F I L E   C O P Y

* * LABEL LIST * *

Case Number:1:04-cv-00463

Lea O. Hong, Esq.
Alston Hunt Floyd & Ing
ASB Tower
1001 Bishop St Ste 1800
Honolulu, HI  96813

Douglas A. Codiga, Esq.
Alston Hunt Floyd & Ing
ASB Tower
1001 Bishop St Ste 1800
Honolulu, HI  96813

Christopher A. Sproul, Esq.
Environmental Advocates
5135 Anza St
San Franciso, CA  94121

Maile R. Chun, Esq.
Office of Corporation Counsel-Honolulu
530 S King St Ste 110
Honolulu, HI  96813

James J. Dragna, Esq.
Bingham & McCutchen LLP
355 S Grand Ave Ste 4400
Los Angeles, CA  90071

Nancy M. Saunders, Esq.
Bingham & McCutchen LLP
355 S Grand Ave Ste 4400
Los Angeles, CA  90071

Bryan K. Brown, Esq.
Bingham & McCutchen LLP
355 S Grand Ave Ste 4400
Los Angeles, CA  90071

Darshann M. Turpin, Esq.
Bingham & McCutchen LLP
355 S Grand Ave Ste 4400
Los Angeles, CA  90071