Case 1:04-cv-00463-DAE-BMK   Document 107   Filed 08/21/2006   Page 1 of 5



Of Counsel:

ORIGINAL

CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Tel: (415) 533-3376, Fax: (415) 358-5695
Email:   csproul@enviroadvocates.com

PAUL ALSTON              1259-0
WILLIAM M. TAM           1887-0
BLAKE K. OSHIRO          6746-0
ALSTON HUNT FLOYD & ING
Attorneys At Law,
A Law Corporation
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Tel: (808) 524-1800, Fax: (808) 524-5976
Email:   palston@ahfi.com
         whunt@ahfi.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 1 2006

at 11 o'clock and 35 min. AM
SUE BEITIA, CLERK

LODGED

AUG 1 6 2006
11:00 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS
and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER;<br>HAWAI'I'S THOUSAND FRIENDS; and<br>OUR CHILDREN'S EARTH<br>FOUNDATION,<br><br>   Plaintiffs, | Civil No. 04-00463 DAE/BMK<br><br>**WITHDRAWAL AND**<br>**SUBSTITUTION OF**<br>**COUNSEL and ORDER;**<br>**CERTIFICATE OF SERVICE** |

621538/7502-1

```
            v.                                    )
                                                  )
                                                  )
CITY AND COUNTY OF HONOLULU and                   )
FRANK DOYLE, DIRECTOR OF THE                      )
DEPARTMENT OF ENVIRONMENTAL                       )
SERVICES, in his official capacity,               )
                                                  )
            Defendants.                           )
                                                  )
```

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to LR 83.6(b) of the United States District Court for the District of Hawaii, Lea Hong hereby withdraws as counsel for Plaintiffs Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends and Our Children's Earth Foundation ("Plaintiffs"). Paul Alston and William S. Hunt hereby make their appearance as counsel for Plaintiffs and Blake K. Oshiro and the law firm of Alston Hunt Floyd & Ing will remain as counsel for said Plaintiffs.

DATED: Honolulu, Hawai'i, August ___, 2006.

_____
LEA HONG
Withdrawing Attorney

---

WITHDRAWAL AND SUBSTITUTION OF COUNSEL and ORDER; Sierra Club, Hawai'i Chapter, et al. v. City and County of Honolulu, et al., Civil No. 04-00463 DAE/BMK.

```
                                    _____
                                    PAUL ALSTON
                                    WILLIAM M. TAM
                                    BLAKE K. OSHIRO
                                    ALSTON HUNT FLOYD & ING
                                    Appearing Attorneys
```

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

===============================================================================
WITHDRAWAL AND SUBSTITUTION OF COUNSEL and ORDER; Sierra Club, Hawaiʻi Chapter, et al. v. City and County of Honolulu, et al., Civil No. 04-00463 DAE/BMK.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following persons by facsimile, hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| CARRIE K.S. OKINAGA, ESQ.<br>Corporation Counsel<br>**MAILE R. CHUN, ESQ.**<br>Deputy Corporation Counsel<br>Department of Corporation Counsel<br>City and County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, HI 96813<br>    and | ( ) | ( ) | ( x ) |

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| JAMES J. DRAGNA, ESQ.<br>NANCY M. WILMS, ESQ.<br>**BRYAN K. BROWN, ESQ.**<br>DARSHANN M. TURPIN, ESQ. | ( ) | ( ) | ( x ) |

Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA  90071-3106

Attorneys for Defendants
CITY AND COUNTY OF
HONOLULU AND FRANK DOYLE,
DIRECTOR OF THE
DEPARTMENT OF
ENVIRONMENTAL SERVICES, IN
HIS OFFICIAL CAPACITY

DATED: Honolulu, Hawai'i, August 16, 2006.

_____
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING
Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH
FOUNDATION