IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SIERRA CLUB, HAWAII CHAPTER, HAWAII'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, | ) ) ) ) ) ) | CV. NO. 04-00463 DAE-BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY AND COUNTY OF HONOLULU, and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER WITHDRAWING PLAINTIFFS' MOTION FOR
RECONSIDERATION WITH THE PROVISO THAT THEY MAY LATER
REFILE IT *NUNC PRO TUNC*

On October 15, 2005, Plaintiffs filed a Motion for Reconsideration of

Order Filed September 30, 2005 Regarding Plaintiffs' Motion for Partial Summary

Judgment on Plaintiffs' Third and Fourth Claims ("Motion for Reconsideration").

However, before the Court could rule on the Plaintiffs' motion, the Parties filed a

Joint Stipulation Re Stay of Litigation.  The Joint Stipulation stated that the parties

intended to work with the Environmental Protection Agency and the Department of Health to reach a mutually agreeable settlement that would obviate the need for further litigation. Therefore, the parties agreed to stay all proceedings in this case until September 29, 2006. The parties further stipulated that after this date, the stay could be lifted upon 30 days written notice from either party.

To the Court's knowledge, the parties are still actively engaged in efforts to reach a settlement. However, as the Motion for Reconsideration has been pending for almost a year, the Court finds it prudent to withdraw the motion, with the proviso that if the parties cannot reach a settlement agreement and subsequently lift the stay, Plaintiffs may refile the Motion for Reconsideration *nunc pro tunc*, thereby relating back to its original filing date.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 1, 2006.



_____
David Alan Ezra
United States District Judge

Sierra Club, Hawaii Chapter; Hawaii's Thousand Friends; and Our Children's Earth Foundation v. City and County of Honolulu and Frank Doyle, Director of the Department of Environmental Services, in his official capacity, CV. NO. 04-00463 DAE-BMK; ORDER WITHDRAWING PLAINTIFFS' MOTION FOR RECONSIDERATION WITH THE PROVISO THAT THEY MAY LATER REFILE IT *NUNC PRO TUNC*

2