CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel: (415) 533-3376,
Fax: (415) 358-5695
Email: csproul@enviroadvocates.com

PAUL ALSTON          1126-0
WILLIAM TAM          1887-0
BLAKE OSHIRO         7646-0
ALSTON HUNT FLOYD & ING
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi  96813
Tel: (808) 524-1800,
Fax: (808) 524-4591
Email: paltson@ahfi.com,
wtam@ahfi.com, boshiro@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻI'S THOUSAND FRIENDS
and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER;<br>HAWAIʻI'S THOUSAND FRIENDS; and<br>OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　　Defendant. | Civil No. 04-00463 DAE/BMK<br><br>**PLAINTIFFS' RE-CALENDERING AND REFILING (NUNC PRO TUNC) OF: MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' THIRD AND FOURTH CLAIMS FILED OCTOBER 14, 2005;  EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. David A. Ezra |

637523_1/7502-1

**PLAINTIFFS' RE-CALENDARING AND REFILING (NUNC PRO TUNC) OF:
MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005
REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ON PLAINTIFFS' THIRD AND FOURTH CLAIMS
FILED OCTOBER 14, 2005**

Plaintiffs SIERRA CLUB, HAWAI'I CHAPTER, HAWAI'I'S THOUSAND FRIENDS, and OUR CHILDREN'S EARTH FOUNDATION (collectively, "Plaintiffs") request this Court to Re-Calendar and Refile *(nunc pro tunc)* Plaintiffs' Motion for Reconsideration of this Court's September 30, 2005 Order Denying Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third and Fourth Claims (originally filed October 14, 2005).

On October 14, 2005, Plaintiffs filed a Motion for Reconsideration of the Court's denial of the Plaintiffs' Motion for Summary Judgment.

On September 30, 2006, the Court ordered Plaintiffs' Motion for Reconsideration withdrawn in light of the Parties' stipulation for a stay of litigation. However, the Court indicated that Plaintiffs could refile their Motion for Reconsideration *nunc pro tunc* if the Parties (a) were not able to reach a settlement agreement; and (b) lifted the stay by written notice as provided in the stipulation.

Previously, on August 30, 2006, Plaintiffs gave Defendant City and County of Honolulu ("CCH") thirty days written notice (by letter) that Plaintiffs intended to lift the stay. Accordingly, on September 29, 2006, the stay was lifted.

Since September 29, 2006, Plaintiffs and Defendants CCH, the U.S. Environmental Protection Agency ("EPA") and the Hawai'i Department of Health ("DOH") have pursued settlement communications in a number of detailed face to face meetings, by phone, by electronic mail, and by exchange of numerous settlement related documents.  The Parties have communicated thoroughly and amicably.  They understand each other's core settlement positions.  The Parties are at an impasse.  The negotiations will not proceed without a further rulings from this Court.  Until this Court decides Plaintiffs' Motion for Reconsideration, it is unlikely any progress on settlement can be made.

Plaintiffs' Motion for Reconsideration is based upon Rules 7, 56, 59, and 60 of the Federal Rules of Civil Procedure, Rule 60.1 of the Rules of the United States District Court for the District of Hawai'i and the files and records herein.

There is no need for new or additional briefing on the Motion for Reconsideration.  The facts and arguments are set forth in: (a) Plaintiffs' original Motion for Reconsideration and supporting papers filed on October 15, 2006; (b) CCH's Opposition Memorandum and supporting papers filed on October 25, 2006; and (c) Plaintiffs' Reply Memorandum in support of the original Motion for Reconsideration filed November 2, 2005.

Plaintiffs request that Plaintiffs renewed Motion for Reconsideration be deemed submitted on the basis of these earlier

filings.  For the Court's convenience, a copy of Plaintiffs'

original Motion for Reconsideration is attached as Exhibit A.

DATED:  Honolulu, Hawai'i, March 2, 2007.

*Christopher A. Sproul*

_____
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM TAM
BLAKE OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs SIERRA
CLUB, HAWAI'I CHAPTER, HAWAI'I
THOUSAND FRIENDS, and OUR
CHILDREN'S EARTH FOUNDATION