IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, <br><br>       Plaintiffs, <br><br>   v. <br><br> CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity, <br><br>       Defendants. | Civil No. 04-00463 DAE/BMK <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following persons by e-mail, hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

| | HAND-DELIVERED | E-MAIL | MAILED |
|---|:---:|:---:|:---:|
| CARRIE K.S. OKINAGA, ESQ.<br>Corporation Counsel<br>**MAILE R. CHUN, ESQ.**<br>Deputy Corporation Counsel<br>Department of Corporation Counsel<br>City and County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, HI  96813<br>     and | ( ) | ( X ) | ( ) |

639975_1/7502-1

|  | HAND-DELIVERED | E-MAIL | MAILED |
|---|---|---|---|
| JAMES J. DRAGNA, ESQ.<br>NANCY M. SAUNDERS, ESQ.<br>**BRYAN K. BROWN, ESQ.**<br>DARSHANN M. TURPIN, ESQ.<br>Bingham McCutchen LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA   90071-3106<br><br>Attorneys for Defendants<br>CITY AND COUNTY OF HONOLULU AND<br>FRANK DOYLE, DIRECTOR OF THE<br>DEPARTMENT OF ENVIRONMENTAL<br>SERVICES, IN HIS OFFICIAL<br>CAPACITY | ( ) | ( X ) | ( ) |

DATED:  Honolulu, Hawai'i, March 2, 2007.

*Christopher a. Sproul*

_____
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

LEA HONG
ALSTON HUNT FLOYD & ING
Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I THOUSAND FRIENDS, and OUR
CHILDREN'S EARTH FOUNDATION