IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>        Defendants. | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

    DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR
    RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005
    REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
    JUDGMENT ON PLAINTIFFS' THIRD AND FOURTH CLAIMS

was duly served upon the following individuals at their address listed below on

March 15, 2007:

Served Electronically through CM/ECF:       Email address

CHRISTOPHER SPROUL                csproul@enviroadvocates.com
Environmental Advocates
5135 Anza Street
San Francisco, California  94121

PAUL ALSTON                       palston@ahfi.com
WILLIAM M. TAM                    wtam@ahfi.com
BLAKE K. OSHIRO                   boshiro@ahfi.com
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Honolulu, Hawaii.

DATED:  Honolulu, Hawaii, March 15, 2007.

CARRIE K.S. OKINAGA
Corporation Counsel

By /s/ Maile R. Chun
   MAILE R. CHUN
   Deputy Corporation Counsel
   Attorneys for Defendants