CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel: (415) 533-3376,
Fax: (415) 358-5695
Email: csproul@enviroadvocates.com

PAUL ALSTON           1126-0
WILLIAM TAM           1887-0
BLAKE OSHIRO          7646-0
ALSTON HUNT FLOYD & ING
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i  96813
Tel: (808) 524-1800,
Fax: (808) 524-4591
Email: paltson@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS
and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>　　　　Defendants. | Civil No. 04-00463 DAE/BMK<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS; MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATE OF WORD COUNT; DECLARATION OF CHRISTOPHER SPROUL; ATTACHMENT WITH TABLES 1-9; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. David A. Ezra |

650066-2/ 7502-3

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
## ON PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS

Plaintiffs Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends, and Our Children's Earth Foundation (collectively, "Plaintiffs") by and through their attorneys, Alston, Hunt, Floyd & Ing, hereby moves this Honorable Court for partial summary judgment as to Plaintiff's Third, Fourth, and Eighth claims in his Complaint. There is no genuine issue of material fact. Plaintiffs are entitled to judgment as a matter of law as to those claims.

This Motion is made pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure, and Rules 7.2, 7.6, and 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawai'i, and is supported by the Memorandum in Support, Separate and Concise Statement of Facts, Declaration of William M. Tam, exhibits, and the records and files herein.

DATED:  Honolulu, Hawai'i, July 26, 2007.

/s/ William Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM TAM
BLAKE OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs SIERRA CLUB, HAWAI'I CHAPTER, HAWAI'I THOUSAND FRIENDS, and OUR CHILDREN'S EARTH FOUNDATION