**TABLE OF CONTENTS**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . iii

I.   INTRODUCTION.. . . . . . . . . . . . . . . . . . . . . . . . . 1

II.  STANDARD OF REVIEW FOR SUMMARY JUDGMENT. . . . . . . . . . . 2

III. STATEMENT OF FACTS.. . . . . . . . . . . . . . . . . . . . . 4

     A.   THE SAND ISLAND WASTEWATER TREATMENT PLANT. . . . . . 4

     B.   THE CLEAN WATER ACT AND THE "NATIONAL POLLUTION
          DISCHARGE ELIMINATION SYSTEM" PERMIT REGULATION OF
          CCH'S SAND ISLAND PUBLICLY OWNED TREATMENT WORKS... . 6

          1.   THE CLEAN WATER ACT – STATUTORY BACKGROUND.. . . 6

          2.   THE SAND ISLAND NPDES PERMIT LIMITS AND
               REQUIREMENTS:  POLLUTANT LIMITS, CAPITAL
               IMPROVEMENTS AND ADMINISTRATIVE ORDERS . . . . . 7

               a.   POLLUTANT LIMITS. . . . . . . . . . . . . . 8

               b.   CAPITAL IMPROVEMENTS. . . . . . . . . . . . 9

          3.   NPDES PERMIT VIOLATIONS. . . . . . . . . . . . . 9

               a.   POLLUTANT LIMITS. . . . . . . . . . . . . . 9

               b.   CAPITAL IMPROVEMENTS SCHEDULE
                    REQUIREMENTS. . . . . . . . . . . . . . . . 10

                    (1)  DISINFECTION FACILITY. . . . . . . . . 11

                    (2)  HART STREET PUMP STATION . . . . . . . 11

               c.   ADMINISTRATIVE ORDERS.. . . . . . . . . . . 12

IV.  SUMMARY JUDGMENT IS PARTICULARLY APPROPRIATE IN CWA
     CASES .. . . . . . . . . . . . . . . . . . . . . . . . . . . 13

V.   CITIZEN PLAINTIFFS MAY ENFORCE CWA VIOLATIONS AGAINST CCH. 14

VI.  CCH REPEATEDLY VIOLATED THE SAND ISLAND NPDES PERMIT.. . 16

     A.   CCH VIOLATED THE SAND ISLAND'S PERMIT LIMITS ON
          POLLUTANT DISCHARGE (THIRD CLAIM). . . . . . . . . . 16

       1.   CCH VIOLATED THE SAND ISLAND ENTEROCOCCUS PERMIT LIMIT... . . . . . . . . . . . . . . . . . . . . 16

       2.   CCH VIOLATED THE SAND ISLAND PERMIT LIMITS ON PESTICIDES.. . . . . . . . . . . . . . . . . . . . 18

            a.   CCH VIOLATED ITS AVERAGE ANNUAL LIMITS ON PESTICIDES. . . . . . . . . . . . . . . . . 18

            b.   CHLORDANE VIOLATIONS. . . . . . . . . . . . 18

            c.   DIELDRIN VIOLATIONS.. . . . . . . . . . . . 19

  B.   CCH VIOLATED THE SAND ISLAND PERMIT'S COMPLIANCE SCHEDULE PROVISIONS (FOURTH CLAIM)... . . . . . . . . 21

       1.   DISINFECTION UNIT .. . . . . . . . . . . . . . . 21

       2.   HART STREET PUMP STATION.. . . . . . . . . . . . 22

  C.   CCH VIOLATED EPA'S 2002 ADMINISTRATIVE ORDER (EIGHTH CLAIM). . . . . . . . . . . . . . . . . . . . 22

VII. CONCLUSION.. . . . . . . . . . . . . . . . . . . . . . . . 25