## TABLE OF AUTHORITIES

### FEDERAL CASES

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 91 L. Ed. 2d 202, 106 S. Ct. 2505 (1986) ........................................ 3

*Atlantic States Legal Foundation, Inc. v. Tyson Foods, Inc.*, 897 F.2d 1128 (11th Cir. 1990) .......................... 15, 16

*Celotex Corp. v. Catrett*, 477 U.S. 317, 91 L. Ed. 2d 265, 106 S. Ct. 2548 (1986) ........................................ 3

*Friends of the Earth v. Carey*, 535 F.2d 165 (2d Cir. 1976) ... 15

*Hawaii's Thousand Friends v. Honolulu*, 821 F. Supp. 1368 (D. Haw. 1993) ................................... 7, 13, 17, 18

*Matsushita Electric Industrial Co. v. Zenith Radio Corp.*, 475 U.S. 574, 89 L. Ed. 2d 538, 106 S. Ct. 1348 (1986) ........ 3

*Proffitt v. Municipal Authority of the Borough of Morrisville*, 716 F. Supp. 837 (E.D. Pa. 1989) ............................ 15

*Pronsolino v. Nastri*, 291 F.3d 1123 (9th Cir. 2002) .......... 7

*Public Interest Research Group of New Jersey, Inc. v. Powell Duffryn Terminals, Inc.*, 913 F.2d 64 (3d Cir. 1990) .......... 17

*Save Our Bays & Beaches v. City and County of Honolulu*, 904 F. Supp. 1098 (D. Haw. 1994) ........................... 14, 16

*Sierra Club v. Chevron U.S.A., Inc.*, 834 F.2d 1517 (9th Cir. 1987) ............................................. 15

*Sierra Club v. Union Oil Co. of California,* 813 F.2d 1480 (9th Cir. 1987), *vac'd on other grounds*, 485 U.S. 931, (1988), *reinstated*, 853 F.2d 667 (9th Cir. 1988) ........ 13, 14, 15, 16

*T.W. Electric Serv., Inc. v. Pacific Electric Contractors Association*, 809 F.2d 626 (9th Cir. 1987) .................... 3

*United States v. Smithfield Foods*, 191 F.3d 516 (4th Cir. 1999), *cert. denied*, 531 U.S. 813, 121 S. Ct. 46 (2000) ............. 17

*Western Sunview Properties, LLC v. Federman*, 338 F. Supp. 2d 1106 (D. Haw. 2004)............................................. 3

## FEDERAL STATUTES

40 C.F.R. § 122.41(a)(2)....................................... 15

40 C.F.R. § 122.44(d)(1)........................................ 7

40 C.F.R. § 125.58(u).......................................... 4

40 C.F.R. § 131.3(i)........................................... 7

40 C.F.R. § 133.102............................................ 6

69 Fed. Reg. 67218 (Nov. 16, 2004)............................. 5

69 Fed. Reg. 67220 (Nov. 16, 2004)............................. 5

Fed. R. Civ. P. 56 (2003)............................... 2, 3, 13

## MISCELLANEOUS

33 U.S.C. § 1251(a)............................................ 6

33 U.S.C. § 1292(2)............................................ 4

33 U.S.C. § 1311(a)......................................... 6, 13

33 U.S.C. § 1311(h)............................................ 6

33 U.S.C. § 1313(c)............................................ 7

33 U.S.C. § 1342(b)............................................ 6

33 U.S.C. § 1342(c)............................................ 6

33 U.S.C. § 1342(k)........................................... 13

33 U.S.C. § 1365(a)........................................... 15

CWA § 101(a) .................................................. 6

CWA § 301(a) .............................................. 6, 13

CWA § 301(b) .............................................. 6, 7

CWA § 301(h) .................................................... 6, 7, 8

CWA § 303(c) ....................................................... 7

CWA § 402 .......................................................... 6

CWA § 402(b) ....................................................... 6

CWA § 402(c) ....................................................... 6

CWA § 402(k) ...................................................... 13

CWA § 505(a) .................................................. 15, 22

CWA § 505(d) ...................................................... 16

CWA § 505(f) ...................................................... 15

Haw. Admin. R. § 11-54-8(b)(1) ..................................... 7

Haw. Admin. R. § 11-54-8(b)(3) ..................................... 7