IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; ) <br> HAWAIʻI'S THOUSAND FRIENDS; and ) <br> OUR CHILDREN'S EARTH FOUNDATION,) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF HONOLULU and ) <br> FRANK DOYLE, DIRECTOR OF THE ) <br> DEPARTMENT OF ENVIRONMENTAL ) <br> SERVICES, in his official ) <br> capacity, ) <br> ) <br> Defendants. ) <br> ) <br> _____) | Civil No. 04-00463 DAE/BMK <br><br> **CERTIFICATE OF WORD COUNT** |

**CERTIFICATE OF WORD COUNT**

Pursuant to Local Rule 7.5, I hereby certify that the previous reply memorandum contains 5,875 words, exclusive of case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificates of service.

DATED:  Honolulu, Hawaiʻi, July 26, 2007.

/s/ William Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM TAM
BLAKE OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs SIERRA CLUB, HAWAIʻI CHAPTER, HAWAIʻI THOUSAND FRIENDS, and OUR CHILDREN'S EARTH FOUNDATION

650066-2/ 7502-3