```
CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553 - 3376
Fax:  (415) 358 - 5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON                1259-0
WILLIAM TAM                1887-0
BLAKE K. OSHIRO            6746-0
ALSTON HUNT FLOYD & ING
Attorneys At Law
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i  96813
Tel:  (808) 524-1800
Fax:  (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Applicants
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity, <br><br> Defendants. | Civil No. 04-00463 DAE/BMK <br><br> **DECLARATION OF CHRISTOPHER SPROUL; ATTACHMENT WITH TABLES 1 TO 9** |

## DECLARATION OF CHRISTOPHER SPROUL

I, CHRISTOPHER SPROUL, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am also a member of the United States District Court of Hawai'i bar. I am a member of the law firm Environmental Advocates and make this Declaration on my personal knowledge, unless otherwise stated.

2. On behalf of Plaintiff Our Children's Earth Foundation, Environmental Advocates submitted a Freedom of Information Act ("FOIA") request to the U.S. Environmental Protection Agency ("EPA") on May 12, 2004 and on August 23, 2004. Exhibits 1, 3, and 6 to 11 attached to this Declaration are true and correct copies of selected pages of documents that EPA provided to our firm either as e-mail messages, electronic files attached to e-mail messages, or paper copies, in response to the 2004 FOIA requests. More specifically,

    a. Exhibit 1 is a true and correct copy of the July 24, 1998 EPA and Hawaii DOH FACT SHEET on the DRAFT NPDES Permit No HI 0020117 for the Sand Island Wastewater Treatment Plant.

    b. Exhibit 3 is a true and correct copy of the May 30, 2007 letter from Ken Greenberg, Chief, EPA Region IX CWA Compliance Office to Ms Jodene Isaacs, Esq., Environmental Advocates responding to Environmental Advocates April 23, 2007 FOIA request.

    c. Exhibit 6 is a true and correct copy of Appendix J, Sand Island Wastewater Treatment Plant, NPDES Permit No. HI 0020117.

    d. Exhibit 7 is a true and correct copy of the November 29, 2002 letter from Timothy E. Steinberger, Director, Department of Environmental Services, City and County of Honolulu to Ms Jo Ann Cole, CWA Compliance Office, EPA Region IX, regarding Finding of Violation and Order for Compliance, Docket No. CWA -402-9-02-61 Effluent Limits Action Plan.

    e. Exhibit 8 is a true and correct copy of the August 4, 2004 letter from Kathi Moore, Chief, CWA Compliance Office, EPA Region IX to Mr. Frank Doyle, Director, Department of Environmental Services, City and County of Honolulu regarding CCH failure to comply with EPA's September 30, 2002 Administrative Order for the Sand Island Wastewater Treatment Plant.

    f. Exhibit 9 is a true and correct copy of the October 27, 1999 letter from Ms Alexis Strauss, Director, Water Division, EPA Region IX to Mr. Kenneth E. Sprague, Director, Department of Environmental Services, City and County of Honolulu regarding Finding of Violation and Order for Compliance for the the Sand Island Wastewater Treatment Plant, NPDES Permit No. HI 0020117.

    g. Exhibit 10 is a true and correct copy of September 30, 2002 letter from Ms Alexis Strauss, Director, Water Division, EPA Region IX to Mr. Timothy E. Steinberger, Director,

Department of Environmental Services, City and County of Honolulu regarding Finding of Violation and Order for Compliance for the the Sand Island Wastewater Treatment Plant, NPDES Permit No. HI 0020117; Docket No. CWA 402-9-02-61.

       h.  Exhibit 11 is a true and correct copy of the May 5, 2003 letter from Frank J. Doyle, Acting Director, Department of Environmental Services, City and County of Honolulu to Mr. Wayne Nastri, Regional Administrator, EPA Region IX, submitting an Application for an NPDES Permit for the Sand Island Wastewater Treatment Plant, NPDES Permit No. HI 0020117.

      3.  On behalf of all Plaintiffs, Environmental Advocates submitted a FOIA request to the U.S. Environmental Protection Agency ("EPA") on April 25, 2007 asking for any correspondence between EPA and CCH regarding the status of the Hart Street Pump Station Expansion Project and the Sand Island disinfection unit completion date. EPA responded to the FOIA request on May 30, 2007.

      Exhibit 2 attached to this Declaration is a true and correct copy of the May 30, 2207 letter from Ken Greenberg, Chief, CWA Compliance Office, EPA Region IX to Ms Jodene Isaacs, Esq, Environmental Advocates, regarding Environmental Advocates's April 25, 2007 FOIA request for information about the Sand Island Wastewater Treatment Plant.

      4.  Exhibit 5 attached to this Declaration is a true and correct copy of the March 1, 2007 letter from Dr. Eric S.

Takamura, Director, Department of Environmental Services, City and County of Honolulu to Ms Jo Ann Cola, CWA Compliance Office, EPA Region IX submitting annual reports on CCH's Operation and Maintenance, Compliance Schedule, and Effluent Limits Action Plan for the Sand Island Wastewater Treatment Plan. These documents were provided by EPA to Plaintiffs (in paper copy format) in response to Plaintiffs' April 25, 2007 FOIA request.

   5. Exhibit 12 attached to this Declaration is a true and correct copy of the State of Hawaii Department of Health Water Quality Standards (a publicly available document), Title 11, Chapter 54, pages 54-1; 54-13 through 54-19; 54-45 through 54-50; and 54-61 (adopted August 31, 2004).

   6. On behalf of all Plaintiffs, Environmental Advocates submitted a Hawaii Uniform Information Practices Act, Haw. Rev. State. Chapter 92F ("UIPA") request to the Hawaii State Department of Health ("DOH") on April 19, 2007.

   7. Exhibit 4 attached to this Declaration are true and correct copies of Discharge Monitoring Reports ("DMRs") provided by DOH to Plaintiffs' counsel, Alston Hunt Floyd & Ing, in response to Plaintiffs' April 19, 2007 UIPA request. The DMRs date from August 1, 2004 to March 1, 2007.

   These pages report the levels of enterococcus, the pesticides dieldrin and chlordane, biochemical oxygen demand ("BOD"), and total suspended solids ("TSS") in the City and

County of Honolulu ("CCH") discharges from the Sand Island Wastewater Treatment Plant ("WWTP").

8.  I supervised the examination of DMR pages (attached as Exhibit 4 to this Declaration) used to prepare the summary tables of Sand Island NPDES permit effluent limitation violations set forth in Tables 1 to 5 included in this Declaration *infra*. Tables 1 to 5 summarize Plaintiffs' computations of CCH's CWA violations established by the DMR data from August 1, 2004 to March 1, 2007.

Using the sum function within the Microsoft Word program, I supervised the tallying of Sand Island Effluent Violations from August 1, 2004 (the beginning date of violations established by the Court's April 16, 2007 Order Granting Plaintiffs' Motion for Reconsideration) to March 1, 2007 (the last month for which DMR data was available at the time of the UIPA request). This tally is as follows:

> *Sand Island Effluent Violations From August 1, 2004 to March 1, 2007*
>
> Table 1:  Violations of Daily Maximum Enterococcus Limit = 942
>
> Table 2:  Violations Chlordane Average Annual Concentration Limit = 973
>
> Table 3:  Violations of Chlordane Average Annual Mass Limit = 973
>
> Table 4:  Violations Dieldrin Average Annual Concentration Limit = 973
>
> Table 5:  Violations of Dieldrin Average Annual Mass Limit = 973

Total of all CCH Sand Island WWTP CWA Violations shown by Tables 1-5 = 4,834.

9. I supervised the creation of Table 6 based on Exhibit 5 which establishes that CCH did not construct and begin to operate the Sand Island disinfection facility until December 20, 2006. Plaintiffs' January 2005 Motion for Partial Summary Judgment totaled the number of violations (900) for failing to build the Sand Island disinfection facility from July 21, 2002 to until January 5, 2005.

Using the sum function within the Microsoft Word program, I supervised the tallying of the days from January 6, 2005 to December 19, 2006 (the date CCH completed the Sand Island disinfection facility). This sum equals 713 days of violations during which CCH failed to complete and operate the Sand Island disinfection facility.

10. Exhibit 5 (submitted to EPA on March 1, 2007) is CCH's Annual Progress report on the status of all of the Action Plans required under EPA's 2002 Sand Island Administrative Order. (*In the Matter of: the City and County of Honolulu*, Docket No. CWA-402-9-02-6, Sept. 30, 2002). CCH's March 2007 Annual Progress Report that the final completion and project close out for the Hart Street Pump Station (New / Alternative) project has not yet been possible due to ongoing unresolved cavitation problems. As of May 30, 2007 (the date EPA provided its FOIA response to Environmental Advocates) CCH had not provided EPA with any indication that Hart Street Pump Station (New /

Alternative) project (required by the Sand Island Permit) had been completed.

Using the sum function within the Microsoft Word program, I supervised the generation of Table 7 to tally the number of days from February 18, 2005 (the date the Sand Island Permit required the Hart Street Pump Station to be completed) to May 30, 2007 (the date Environmental Advocates received EPA's response to our April 25, 2007 FOIA request). This sum equals 832 days of violations during which CCH failed to complete the Hart Street Pump Station project.

11. I supervised the generation of Table 8 by using the sum function within the Microsoft Word program to calculate the number of days from September 30, 2002 (the date of EPA's September 2002 Administrative Order) to May 30, 2007 (the most recent date that Plaintiffs established CCH failed to build the Hart Street Pump Station (New/Alternative) project. This sum equals 1703 days of violations of the September 2002 Administrative Order.

12. I supervised the generation of Table 9 using the sum function within the Microsoft Word program to calculate CCH's violations of the Sand Island permit based on Plaintiffs' 2005 Motion for Partial Summary Judgment, this Court's April 16, 2007 Order Granting Plaintiffs' Motion for Reconsideration, and the permit violations presented in Tables 1 through 8 of this Declaration.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: San Francisco, California, July 26, 2007.

*Christopher A. Sproul*
_____
CHRISTOPHER SPROUL

*SIERRA CLUB ET AL. V. CITY AND COUNTY OF HONOLULU, ET AL.,*
U.S.D.C. HAWAII, CIVIL NO. 04-00463
DECLARATION OF CHRISTOPHER SPROUL