ATTACHMENT TO DECLARATION OF CHRISTOPHER SPROUL

IN SUPPORT OF

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON

PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS

TABLES 1 to 9:

CALCULATING ALL CCH VIOLATIONS:

AUGUST 1, 2004 to MAY 30, 2007

(And totaling all violations established in January 2005 Motion)

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 1: Violations of Daily Maximum Enterococcus Limit[1] | | | |
|---|---|---|---|
| Reporting Date[2] | Permit Limit: 18,000 CFU[3] (from 7/21/2002 to present) | Reported Maximum Concentration[4] (CFU/100 ml) | Number of Violations in Time Period |
| August 2004 | 18,000 | 6800000 | 31 |
| September 2004 | 18,000 | 6200000 | 30 |
| October 2004 | 18,000 | 6700000 | 31 |
| November 2004 | 18,000 | 6000000 | 30 |
| December 2004 | 18,000 | 5800000 | 31 |
| January 2005 | 18,000 | 7800000 | 31 |
| February 2005 | 18,000 | 6300000 | 28 |
| March 2005 | 18,000 | 6400000 | 31 |
| April 2005 | 18,000 | 5800000 | 30 |
| May 2005 | 18,000 | 5800000 | 31 |
| June 2005 | 18,000 | 6800000 | 30 |
| July 2005 | 18,000 | 8400000 | 31 |
| August 2005 | 18,000 | 6500000 | 31 |
| September 2005 | 18,000 | 5400000 | 30 |
| October 2005 | 18,000 | 5900000 | 31 |
| November 2005 | 18,000 | 6300000 | 30 |
| December 2005 | 18,000 | 5300000 | 31 |

---

[1] Sand Island National Pollution Discharge Elimination System Permit ("NPDES") No. HI0020117. See Isaacs Declaration, Exhibit 3 at 22927 (all page references in exhibits citations are to Bates numbers).
[2] All 'Reported' values in this and the following tables were copied from the Discharge Monitoring Reports ("DMRs") submitted by the City and County of Honolulu ("CCH") to the Hawaii Dept. of Health ("DOH").
[3] Colony Forming Units per milliliter.
[4] CCH's DMRs report only a single maximum enterococcus value each month. This table assumes this reported value is representative of the level of enterococcus in Sand Island WWTP effluent each day in the month for purposes of counting number of violations.

2

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 1: Violations of Daily Maximum Enterococcus Limit[1] | | | |
|---|---|---|---|
| **Reporting Date**[2] | **Permit Limit: 18,000 CFU[3] (from 7/21/2002 to present)** | **Reported Maximum Concentration[4] (CFU/100 ml)** | **Number of Violations in Time Period** |
| January 2006 | 18,000 | 4900000 | 31 |
| February 2006 | 18,000 | 4500000 | 28 |
| March 2006 | 18,000 | 5300000 | 31 |
| April 2006 | 18,000 | 4700000 | 30 |
| May 2006 | 18,000 | 4900000 | 31 |
| June 2006 | 18,000 | 4500000 | 30 |
| July 2006 | 18,000 | 6100000 | 31 |
| August 2006 | 18,000 | 4000000 | 31 |
| September 2006 | 18,000 | 4300000 | 30 |
| October 2006 | 18,000 | 4500000 | 31 |
| November 2006 | 18,000 | 3200000 | 30 |
| December 2006 | 18,000 | 36000 | 31 |
| January 2007 | 18,000 | 31000 | 31 |
| February 2007 | 18,000 | 30000 | 28 |
| | | **Total** | **942** |

3

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 2: Violations Chlordane Average Annual Concentration Limit [5] | | | |
|---|---|---|---|
| Reporting Date | Permit Limit (ug/l) [6] | Reported Value (ug/l) | Number of Violations in Time Period [7] |
| August 2004 | 0.0076 | 0.1001 | 31 |
| September 2004 | 0.0076 | 0.1063 | 30 |
| October 2004 | 0.0076 | 0.112 | 31 |
| November 2004 | 0.0076 | 0.1157 | 30 |
| December 2004 | 0.0076 | 0.1161 | 31 |
| January 2005 | 0.0076 | 0.1149 | 31 |
| February 2005 | 0.0076 | 0.1167 | 28 |
| March 2005 | 0.0076 | 0.1109 | 31 |
| April 2005 | 0.0076 | 0.1098 | 30 |
| May 2005 | 0.0076 | 0.1112 | 31 |
| June 2005 | 0.0076 | 0.1092 | 30 |
| July 2005 | 0.0076 | 0.1095 | 31 |
| August 2005 | 0.0076 | 0.1093 | 31 |
| September 2005 | 0.0076 | 0.1082 | 30 |
| October 2005 | 0.0076 | 0.1126 | 31 |
| November 2005 | 0.0076 | 0.1123 | 30 |
| December 2005 | 0.0076 | 0.0955 | 31 |
| January 2006 | 0.0076 | 0.0877 | 31 |
| February 2006 | 0.0076 | 0.0854 | 28 |
| March 2006 | 0.0076 | 0.0874 | 31 |
| April 2006 | 0.0076 | 0.096 | 30 |
| May 2006 | 0.0076 | 0.0963 | 31 |

---

[5]  This table depicts the annual average concentration of chlordane in Sand Island effluent calculated for the twelve-month period ending with the last day of the month listed.

[6]  Micrograms per liter.

[7]  Each exceedance of an annual average limit constitutes 365 violations, but to avoid double counting, this table subtracts any violations included in prior months' tallies.

4

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

| Table 2: Violations Chlordane Average Annual Concentration Limit [5] | | | |
|---|---|---|---|
| **Reporting Date** | **Permit Limit (ug/l)[6]** | **Reported Value (ug/l)** | **Number of Violations in Time Period[7]** |
| June 2006 | 0.0076 | 0.0968 | 30 |
| July 2006 | 0.0076 | 0.0939 | 31 |
| August 2006 | 0.0076 | 0.0958 | 31 |
| September 2006 | 0.0076 | 0.0954 | 30 |
| October 2006 | 0.0076 | 0.0902 | 31 |
| November 2006 | 0.0076 | 0.0858 | 30 |
| December 2006 | 0.0076 | 0.0854 | 31 |
| January 2007 | 0.0076 | 0.0843 | 31 |
| February 2007 | 0.0076 | 0.0823 | 28 |
| March 2007 | 0.0076 | 0.0788 | 31 |
| | | **Total** | **973** |

5

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 3: Violations of Chlordane Average Annual Mass Limit[8] | | | |
|---|---|---|---|
| Reporting Date | Permit Limit: 0.0052 (lbs/day or 0.0024 kg/day)[9] | Reported Value (kg/day) | Number of Violations in Time Period[10] |
| August 2004 | 0.0024 | 0.0294 | 31 |
| September 2004 | 0.0024 | 0.031 | 30 |
| October 2004 | 0.0024 | 0.0325 | 31 |
| November 2004 | 0.0024 | 0.0335 | 30 |
| December 2004 | 0.0024 | 0.0321 | 31 |
| January 2005 | 0.0024 | 0.032 | 31 |
| February 2005 | 0.0024 | 0.0327 | 28 |
| March 2005 | 0.0024 | 0.0307 | 31 |
| April 2005 | 0.0024 | 0.0303 | 30 |
| May 2005 | 0.0024 | 0.0302 | 31 |
| June 2005 | 0.0024 | 0.0292 | 30 |
| July 2005 | 0.0024 | 0.0291 | 31 |
| August 2005 | 0.0024 | 0.0228 | 31 |
| September 2005 | 0.0024 | 0.0283 | 30 |
| October 2005 | 0.0024 | 0.0294 | 31 |
| November 2005 | 0.0024 | 0.0291 | 30 |
| December 2005 | 0.0024 | 0.0245 | 31 |
| January 2006 | 0.0024 | 0.022 | 31 |
| February 2006 | 0.0024 | 0.0212 | 28 |
| March 2006 | 0.0024 | 0.0217 | 31 |
| April 2006 | 0.0024 | 0.0247 | 30 |
| May 2006 | 0.0024 | 0.0248 | 31 |

[8] This table depicts the annual average mass of chlordane in Sand Island effluent calculated for the twelve-month period ending with the last day of the month listed.

[9] Pounds per day, kilograms per day. The Sand Island Permit limit is denoted in pounds per day units, but the City and County of Honolulu reports the limit in kilograms per day units.

[10] Each exceedance of an annual average limit constitutes 365 violations, but to avoid double counting, this table subtracts any violations included in prior months' tallies.

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 3: Violations of Chlordane Average Annual Mass Limit[8] | | | |
|---|---|---|---|
| **Reporting Date** | **Permit Limit: 0.0052 (lbs/day or 0.0024 kg/day)[9]** | **Reported Value (kg/day)** | **Number of Violations in Time Period[10]** |
| June 2006 | 0.0024 | 0.0249 | 30 |
| July 2006 | 0.0024 | 0.0241 | 31 |
| August 2006 | 0.0024 | 0.0247 | 31 |
| September 2006 | 0.0024 | 0.0248 | 30 |
| October 2006 | 0.0024 | 0.0234 | 31 |
| November 2006 | 0.0024 | 0.0225 | 30 |
| December 2006 | 0.0024 | 0.0224 | 31 |
| January 2007 | 0.0024 | 0.0221 | 31 |
| February 2007 | 0.0024 | 0.0216 | 28 |
| March 2007 | 0.0024 | 0.0207 | 31 |
| | | **Total** | **973** |

7

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 4: Violations Dieldrin Average Annual Concentration Limit[11] | | | |
|---|---|---|---|
| Last day of 12-month period | Permit Limit (ug/l)[12] | Reported Value (ug/l) | Number of Violations in Time Period[13] |
| August 2004 | 0.012 | 0.043 | 31 |
| September 2004 | 0.012 | 0.044 | 30 |
| October 2004 | 0.012 | 0.044 | 31 |
| November 2004 | 0.012 | 0.047 | 30 |
| December 2004 | 0.012 | 0.04 | 31 |
| January 2005 | 0.012 | 0.041 | 31 |
| February 2005 | 0.012 | 0.043 | 28 |
| March 2005 | 0.012 | 0.039 | 31 |
| April 2005 | 0.012 | 0.039 | 30 |
| May 2005 | 0.012 | 0.039 | 31 |
| June 2005 | 0.012 | 0.039 | 30 |
| July 2005 | 0.012 | 0.039 | 31 |
| August 2005 | 0.012 | 0.039 | 31 |
| September 2005 | 0.012 | 0.039 | 30 |
| October 2005 | 0.012 | 0.043 | 31 |
| November 2005 | 0.012 | 0.043 | 30 |
| December 2005 | 0.012 | 0.04 | 31 |
| January 2006 | 0.012 | 0.034 | 31 |
| February 2006 | 0.012 | 0.032 | 28 |
| March 2006 | 0.012 | 0.034 | 31 |
| April 2006 | 0.012 | 0.041 | 30 |
| May 2006 | 0.012 | 0.041 | 31 |
| June 2006 | 0.012 | 0.041 | 30 |

---

[11] This table depicts the annual average concentration of dieldrin in Sand Island effluent calculated for the twelve-month period ending with the last day of the month listed.

[12] Micrograms per liter.

[13] Each exceedance of an annual average limit constitutes 365 violations, but to avoid double counting, this table subtracts any violations included in prior months' tallies.

8

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 4: Violations Dieldrin Average Annual Concentration Limit[11] | | | |
|---|---|---|---|
| **Last day of 12-month period** | **Permit Limit (ug/l)[12]** | **Reported Value (ug/l)** | **Number of Violations in Time Period[13]** |
| July 2006 | 0.012 | 0.04 | 31 |
| August 2006 | 0.012 | 0.04 | 31 |
| September 2006 | 0.012 | 0.041 | 30 |
| October 2006 | 0.012 | 0.037 | 31 |
| November 2006 | 0.012 | 0.036 | 30 |
| December 2006 | 0.012 | 0.035 | 31 |
| January 2007 | 0.012 | 0.036 | 31 |
| February 2007 | 0.012 | 0.035 | 28 |
| March 2007 | 0.012 | 0.034 | 31 |
| | | **Total** | **973** |

9

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 5: Violations of Dieldrin Average Annual Mass Limit [14] | | | |
|---|---|---|---|
| Last day of 12-month period | Permit Limit: 0.0082 (lbs/day or 0.0037 kg/day)[15] | Reported Value (kg/day) | Number of Violations in Time Period[16] |
| August 2004 | 0.0037 | 0.0126 | 31 |
| September 2004 | 0.0037 | 0.0129 | 30 |
| October 2004 | 0.0037 | 0.013 | 31 |
| November 2004 | 0.0037 | 0.0137 | 30 |
| December 2004 | 0.0037 | 0.0112 | 31 |
| January 2005 | 0.0037 | 0.0114 | 31 |
| February 2005 | 0.0037 | 0.012 | 28 |
| March 2005 | 0.0037 | 0.0108 | 31 |
| April 2005 | 0.0037 | 0.0107 | 30 |
| May 2005 | 0.0037 | 0.0106 | 31 |
| June 2005 | 0.0037 | 0.0105 | 30 |
| July 2005 | 0.0037 | 0.0105 | 31 |
| August 2005 | 0.0037 | 0.0103 | 31 |
| September 2005 | 0.0037 | 0.0102 | 30 |
| October 2005 | 0.0037 | 0.0112 | 31 |
| November 2005 | 0.0037 | 0.0111 | 30 |
| December 2005 | 0.0037 | 0.0102 | 31 |
| January 2006 | 0.0037 | 0.0085 | 31 |
| February 2006 | 0.0037 | 0.0079 | 28 |

[14] This table depicts the annual average mass level of dieldrin in Sand Island effluent calculated for the twelve-month period ending with the last day of the month listed.

[15] Pounds per day, kilograms per day. The Sand Island Permit limit is denoted in pounds per day units, but City and County of Honolulu reports the limit in kilograms per day units.

[16] Each exceedance of an annual average limit constitutes 365 violations, but to avoid double counting, this table subtracts any violations included in prior months' tallies.

10

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

| Table 5: Violations of Dieldrin Average Annual Mass Limit [14] | | | |
|---|---|---|---|
| Last day of 12-month period | Permit Limit: 0.0082 (lbs/day or 0.0037 kg/day)[15] | Reported Value (kg/day) | Number of Violations in Time Period[16] |
| March 2006 | 0.0037 | 0.0085 | 31 |
| April 2006 | 0.0037 | 0.0106 | 30 |
| May 2006 | 0.0037 | 0.0107 | 31 |
| June 2006 | 0.0037 | 0.0106 | 30 |
| July 2006 | 0.0037 | 0.0104 | 31 |
| August 2006 | 0.0037 | 0.0105 | 31 |
| September 2006 | 0.0037 | 0.0107 | 30 |
| October 2006 | 0.0037 | 0.0098 | 31 |
| November 2006 | 0.0037 | 0.0095 | 30 |
| December 2006 | 0.0037 | 0.0094 | 31 |
| January 2007 | 0.0037 | 0.0095 | 31 |
| February 2007 | 0.0037 | 0.0093 | 28 |
| March 2007 | 0.0037 | 0.0089 | 31 |
| | | **Total** | **973** |

11

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

**Table 6: Violations for Failure to Complete the Sand Island Disinfection Facility, Days from January 6, 2005 to December 19, 2006**

| Month of Violation | Count of Days |
|---|---:|
| January 6 - 31, 2005 | 26 |
| February 2005 | 28 |
| March 2005 | 31 |
| April 2005 | 30 |
| May 2005 | 31 |
| June 2005 | 30 |
| July 2005 | 31 |
| August 2005 | 31 |
| September 2005 | 30 |
| October 2005 | 31 |
| November 2005 | 30 |
| December 2005 | 31 |
| January 2006 | 31 |
| February 2006 | 28 |
| March 2006 | 31 |
| April 2006 | 30 |
| May 2006 | 31 |
| June 2006 | 30 |
| July 2006 | 31 |
| August 2006 | 31 |
| September 2006 | 30 |
| October 2006 | 31 |
| November 2006 | 30 |
| December 1 - 19, 2006 | 19 |
| **Total Days** | **713** |

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

**Table 7: Total Violations for Failure to Complete the Hart Street Pump Station Project, Number of Days from February 18, 2005 to May 30, 2007**

| Month of Violation | Count of Days |
|---|---:|
| February 18 - 28, 2005 | 11 |
| March 2005 | 31 |
| April 2005 | 30 |
| May 2005 | 31 |
| June 2005 | 30 |
| July 2005 | 31 |
| August 2005 | 31 |
| September 2005 | 30 |
| October 2005 | 31 |
| November 2005 | 30 |
| December 2005 | 31 |
| January 2006 | 31 |
| February 2006 | 28 |
| March 2006 | 31 |
| April 2006 | 30 |
| May 2006 | 31 |
| June 2006 | 30 |
| July 2006 | 31 |
| August 2006 | 31 |
| September 2006 | 30 |
| October 2006 | 31 |
| November 2006 | 30 |
| December 2006 | 31 |
| January 2007 | 31 |
| February 2007 | 28 |
| March 2007 | 31 |
| April 2007 | 30 |
| May 30, 2007 | 30 |
| **Total Number of Violations** | **832** |

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 8: Total Violations of the EPA September 2002 Administrative Order, Number of Days from October 1, 2002 to May 30, 2007 ||
|---|---|
| **Month of Violation** | **Count of Days** |
| October 2002 | 31 |
| November 2002 | 30 |
| December 2002 | 31 |
| January 2003 | 31 |
| February 2003 | 28 |
| March 2003 | 31 |
| April 2003 | 30 |
| May 2003 | 31 |
| June 2003 | 30 |
| July 2003 | 31 |
| August 2003 | 31 |
| September 2003 | 30 |
| October 2003 | 31 |
| November 2003 | 30 |
| December 2003 | 31 |
| January 2004 | 31 |
| February 2004 | 29 |
| March 2004 | 31 |
| April 2004 | 30 |
| May 2004 | 31 |
| June 2004 | 30 |
| July 2004 | 31 |
| August 2004 | 31 |
| September 2004 | 30 |
| October 2004 | 31 |
| November 2004 | 30 |
| December 2004 | 31 |
| January 2005 | 31 |
| February 2005 | 28 |
| March 2005 | 31 |
| April 2005 | 30 |

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

| Table 8: Total Violations of the EPA September 2002 Administrative Order, Number of Days from October 1, 2002 to May 30, 2007 ||
|---|---|
| **Month of Violation** | **Count of Days** |
| May 2005 | 31 |
| June 2005 | 30 |
| July 2005 | 31 |
| August 2005 | 31 |
| September 2005 | 30 |
| October 2005 | 31 |
| November 2005 | 30 |
| December 2005 | 31 |
| January 2006 | 31 |
| February 2006 | 28 |
| March 2006 | 31 |
| April 2006 | 30 |
| May 2006 | 31 |
| June 2006 | 30 |
| July 2006 | 31 |
| August 2006 | 31 |
| September 2006 | 30 |
| October 2006 | 31 |
| November 2006 | 30 |
| December 2006 | 31 |
| January 2007 | 31 |
| February 2007 | 28 |
| March 2007 | 31 |
| April 2007 | 30 |
| May 1 - 30, 2007 | 30 |
| **Total Number of Violations** | **1703** |

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3

**Table 9: Total Violations -**Violations Established by Plaintiffs' 2005 Motion for Partial Summary Judgment Added to Violations Established in Tables 1-8 Above

| Plaintiffs' 2005 Motion for Partial Summary Judgment | Violations |
|---|---|
| Table 1, Daily Maximum Enterococcus Limit | 742 |
| Table 2, Daily Maximum Dieldrin Mass Limit | 62 |
| Table 3, Daily Maximum Dieldrin Concentration Limit | 31 |
| Table 4, Average Annual Dieldrin Mass Limit | 1890 |
| Table 5, Average Annual Dieldrin Concentration Limit | 1890 |
| Table 6, Average Annual Chlordane Mass Limit | 1890 |
| Table 7, Average Annual Chlordane Concentration Limit | 1890 |
| Table 8, Monthly Average BOD Percent Removal Limit | 123 |
| Table 9, Monthly Average TSS Percent Removal Limit | 62 |
| Table 10, Monthly Average BOD Concentration Limit | 33 |
| Table 14, Failure to Complete the Sand Island Disinfection Facility, Days from July 21, 2005 to January 5, 2005 | 900 |
| **Total Violations Established in 2005 Motion** | **9513** |

| Plaintiffs' 2007 Motion for Partial Summary Judgment | Violations |
|---|---|
| Table 1, Daily Maximum Enterococcus Limit | 942 |
| Table 2, Chlordane Average Annual Concentration Limit | 973 |
| Table 3, Chlordane Average Annual Mass Limit | 973 |
| Table 4, Dieldrin Average Annual Concentration Limit | 973 |
| Table 5, Dieldrin Average Annual Mass Limit | 973 |
| Table 6, Failure to Complete the Sand Island Disinfection Facility, Days from January 6, 2005 to December 19, 2006 | 713 |
| Table 7, Failure to Complete the Hart Street Pump Station Project, Days from February 18, 2005 to May 30, 2007 | 832 |
| Table 8, EPA September 2002 Administrative Order Violations, Days from October 1, 2002 to May 30, 2007 | 1703 |
| **Total Violations Tables 1 to 8** | **8082** |

| Sum of all violations | Violations |
|---|---|
| Total Violations Established in 2005 Motion | 9513 |
| Total Violations Tables 1 to 8 | 8082 |
| **Grand Total to May 30, 2007** | **17595** |

16

Attachment to Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims: Tables 1 – 9

651255-1 / 7502-3