IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; ) <br> HAWAIʻI'S THOUSAND FRIENDS; and ) <br> OUR CHILDREN'S EARTH FOUNDATION,) <br>                                ) <br>         Plaintiffs,           ) <br>                                ) <br>    vs.                         ) <br>                                ) <br> CITY AND COUNTY OF HONOLULU and ) <br> FRANK DOYLE, DIRECTOR OF THE    ) <br> DEPARTMENT OF ENVIRONMENTAL     ) <br> SERVICES, in his official      ) <br> capacity,                       ) <br>                                ) <br>         Defendants.            ) <br> _____) | Civil No. 04-00463 DAE-BMK <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

|  | **HAND-DELIVERED** | **E-MAIL** | **MAILED** |
|---|---|---|---|
| CARRIE OKINAGA, ESQ. <br> cokinaga@honolulu.gov <br> MAILE R. CHUN, ESQ. <br> mchun@honolulu.gov <br> Corporation Counsel <br> City & County of Honolulu <br> 530 So. King Street <br> Honolulu, HI  96813 <br>      and | ( ) | ( x ) | ( ) |

650066-2/ 7502-3

|  | HAND-DELIVERED | E-MAIL | MAILED |
|---|---|---|---|
| JAMES DRAGNA, ESQ.<br>jim.dragna@bingham.com<br>NANCY WILMS, ESQ.<br>nancy.wilms@bingham.com<br>BRYAN K. BROWN, ESQ.<br>bryan.brown@bingham.com<br>c/o Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br><br>Attorneys for Defendants<br>City and County of Honolulu and<br>Frank Doyle, Director of the<br>Department of Environmental<br>Services, in his official capacity | ( ) | ( x ) | ( ) |

DATED: Honolulu, Hawai'i, July 26, 2007.

    /s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION