CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553 - 3376
Fax: (415) 358 - 5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON            1259-0
WILLIAM TAM            1887-0
BLAKE K. OSHIRO        6746-0
ALSTON HUNT FLOYD & ING
Attorneys At Law
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i  96813
Tel:  (808) 524-1800
Fax: (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>　　　　Defendants. | Civil No. 04-00463 DAE/BMK<br><br>**PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS; EXHIBITS 1-12; CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. David A. Ezra |

**PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR (1) MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS**

Pursuant to Rule 56.1 of the Rules of the United States District Court for the District of Hawai‘i, Plaintiffs SIERRA CLUB, HAWAI‘I CHAPTER, HAWAI‘I'S THOUSAND FRIENDS and OUR CHILDREN'S EARTH FOUNDATION ("Plaintiffs") hereby file this Separate and Concise Statement of Facts ("Facts") with Exhibits 1 to 12 in support of their Motion for Partial Summary Judgment Against Defendants City and County of Honolulu ("CCH").

GLOSSARY OF TERMS

| | |
|---|---|
| AO | Administrative Order |
| CCH | Defendants City and County of Honolulu |
| CWA | Clean Water Act |
| DOH | Department of Health, State of Hawai'i |
| EPA | U.S. Environmental Protection Agency |
| NPDES | National Pollution Discharge Elimination System |
| Sand Island | Sand Island Wastewater Treatment Plant |
| WWTP | Wastewater treatment plant |

| FACTS | EVIDENCE |
|---|---|
| 1. CCH owns and operates the Sand Island WWTP, which discharges primary treated effluent into Māmala Bay. | Ex. 1 at 28048-49. |
| 2. Sand Island discharges a variety of pollutants. | Ex. 11 at 22115, 22117, 22118; Ex. 1 at 28055. |
| 3. BOD, TSS, and pesticides can negatively impact the environment and human health. | Ex. 12 at 28819-20, 28822, 28824. |
| 4. The Sand Island NPDES permit issued November 2, 1998 contains (a) effluent limitations, (b) reporting requirements, and (c) requires capital improvements. | Ex. 3 at (a) 22926-28, (b) 22964-74, (c) 22928-33. |
| 5. The permit required CCH to construct a Sand Island disinfection facility by July 21, 2002 and then begin to operate this facility continuously for a period of one year. | Ex. 3 at 22931. |
| 6. The Sand Island NPDES permit requires CCH to modify and upgrade the Hart Street Pump Station by February 18, 2005. | Ex. 3 at 22929. |
| 7. CCH did not complete the Sand Island disinfection facility until December 20, 2006. | Ex. 5 at 35171. |
| 8. CCH has not completed final construction on the Hart Street Pump Station (New/Alternative) project due to ongoing cavitation problems. | Ex. 5 at 35167. |
| 9. EPA and its consultant have indicated that the UV disinfection system CCH is building is unlikely to disinfect Sand Island effluent effectively. | Ex. 6 at 24572-73, 24575-77. |
| 10. CCH has admitted that CCH's Sand Island effluent discharge cannot meet CCH's dieldrin or chlordane permit limits. | Ex. 7 at 24912; Ex. 8 at 28724-25. |

| FACTS | EVIDENCE |
|---|---|
| 11.  The Sand Island permit requires projects designed to improve Sand Island's performance and reduce public health risks. | Ex. 3 at 22928. |
| 12.  EPA issued an AO for Sand Island violations in 1999 and another similar AO in 2002 for failing to comply with the 1999 AO and the Sand Island NPDES Permit. | Ex. 9; Ex 10 at 25020-25023 |
| 13.  EPA's 2002 required CCH to (a) immediately comply with all Sand Island permit requirements and (b) submit Action Plans for meeting Compliance Schedule, Effluent Limits, and Operation and Maintenance requirements. | Ex. 10 at (a) 25023, (b) 25023-25023. |
| 14.  Sand Island discharge has exceeded CCH's enterococcus NPDES permit limit every month between August 2004 and February 2007, equaling 942 days of violations during this time period. | Ex. 4 at 35005, 35012, 35017,35022, 35027, 35032, 35037, 35042, 35047, 35052, 35057, 35062, 35067, 35072, 35077, 35082, 35087, 35092, 35097, 35102, 35107, 35112, 35117, 35122, 35127, 35132, 35137, 35142, 35147, 35152, 35157, 35162; Declaration of Christopher Sproul in Support of Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims ("Sproul Decl."), ¶¶ 7-8. |
| 15. CCH committed 713 days of violation for the failure to complete the required Sand Island disinfection facility between January 6, 2005 and December 19, 2006. | Ex. 5 at 35171; Sproul Decl., ¶ 9. |
| 16. CCH has committed 832 days of violation through May 30, 2007 for the failure to complete the required Hart Street Pump Station (New/Alternative) by February 18, 2005. | Ex. 5 at 35167; Sproul Decl., ¶¶ 3, 10, 11. |

651250-2 / 7502-3

2

| FACTS | EVIDENCE |
|---|---|
| 17. Sand Island discharges have exceeded CCH's annual average concentration effluent limit for chlordane continuously between August 2004 and March 31, 2007, equaling 973 days of violations during this time period. | Ex. 4 at 35004, 35011, 35016, 35021, 35026, 35031, 35036, 35041, 35046, 35051, 35056, 35061, 35066, 35071, 35076, 35081, 35086, 35091, 35096, 35101, 35106, 35111, 35116, 35121, 35126, 35131, 35136, 35141, 35146, 35151, 35156, 35161; Sproul Decl., ¶¶ 7, 8. |
| 18. Sand Island discharges have exceeded CCH's annual average mass effluent limit for chlordane continuously between August 2004 and March 2007, equaling 973 days of violations during this time period. | Ex. 4 at 35004, 35011, 35016, 35021, 35026, 35031, 35036, 35041, 35046, 35051, 35056, 35061, 35066, 35071, 35076, 35081, 35086, 35091, 35096, 35101, 35106, 35111, 35116, 35121, 35126, 35131, 35136, 35141, 35146, 35151, 35156, 35161; Sproul Decl., ¶¶ 7, 8. |
| 19. Sand Island discharges have exceeded CCH's annual average concentration effluent limit for dieldrin continuously between August 2004 and March 2007, equaling 973 days of violations during this time period. | Ex. 4 at 35004, 35011, 35016, 35021, 35026, 35031, 35036, 35041, 35046, 35051, 35056, 35061, 35066, 35071, 35076, 35081, 35086, 35091, 35096, 35101, 35106, 35111, 35116, 35121, 35126, 35131, 35136, 35141, 35146, 35151, 35156, 35161; Sproul Decl., ¶¶ 7,8. |
| 20. Sand Island discharges have exceeded CCH's annual average mass effluent limit for dieldrin continuously between August 2004 and March 2007, equaling 973 days of violations during this time period. | Ex. 4 at 35004, 35011, 35016, 35021, 35026, 35031, 35036, 35041, 35046, 35051, 35056, 35061, 35066, 35071, 35076, 35081, 35086, 35091, 35096, 35101, 35106, 35111, 35116, 35121, 35126, 35131, 35136, 35141, 35146, 35151, 35156, 35161; Sproul Decl., ¶¶ 7, 8. |
| 21. CCH has committed a total of 1703 violations of the 2002 EPA AO between October 1, 2002 and May 30, 2007. | Ex. 10 at 25023; Ex. 4; Ex. 5 at 35167, 35171; Sproul Decl., ¶¶ 3, 11. |

| **FACTS** | **EVIDENCE** |
|---|---|
| 22.  As of May 30, 2007, EPA had not received any additional documentation from CCH establishing that the Hart Street Pump Station (New/Alternative) project has been completed or the station's operational problems resolved. | Ex. 2; Sproul Decl., ¶¶ 3, 10. |

Dated:  Honolulu, Hawai'i July 26, 2007.

         /s/ William M. Tam
CHRISTOPHER SPROUL
PAUL ALSTON
WILLIAM TAM
BLAKE OSHIRO

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS and OUR
CHILDREN'S EARTH FOUNDATION