

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION IX
75 Hawthorne Street
San Francisco, CA 94105

MAY 3 0 2007

Jodene Isaacs, Esq.
Environmental Advocates
Attorneys At Law
5135 Anza Street
San Francisco, California 94121

RE: Freedom of Information Act Request 09-RIN-00405-07

Dear Ms. Isaacs:

This is in response to your Freedom of Information Act (FOIA) request of April 25, 2007, regarding various file material pertaining to the Sand Island Waste Water Treatment Plant operated by the City and County of Honolulu (CCH), Hawaii. Please find enclosed material which is responsive to your request.

Please note that there was one document you had requested that we were unable to locate at this time. The document in question pertained to a CCH report dated January 13, 2006. There is a reference to this report which mentions a completion date for the Hart St. pump station. We are still searching our files for this document and will forward it to you if we locate it.

Pursuant to 40 C.F.R. Section 2.120(a), there will be a charge for providing the enclosed information. Please refer to the enclosed FOIA Billing Fact Sheet for guidance on payment for these services. See the enclosed bill for more details.

Should you have any questions regarding the above, you may contact Jo Ann Cola of my staff at (415) 972-3578.

Sincerely,

Ken Greenberg, Chief
CWA Compliance Office
Water Division

Enclosure

**EXHIBIT 2**

35196