# APPENDIX J

## Sand Island Wastewater Treatment Plant

## Existing Permit

NPDES Permit Number: HI0020117



**EXHIBIT 3**

22919



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION IX
75 Hawthorne Street
San Francisco, CA 94105-3901

OFFICE OF THE
REGIONAL ADMINISTRATOR

September 28, 1998

The Honorable Jeremy Harris
Mayor of Honolulu
Honolulu Hale 530 S. King Street
Honolulu, HI 96813

Dear Mayor Harris:

I am very pleased to let you know I have approved the City's application for renewal of its waiver, under Clean Water Act section 301(h), to allow the Sand Island Wastewater Treatment Plant to treat effluent to less-than-secondary standards.

Concurrent with my approval, we are issuing a new wastewater discharge permit for the facility. This permit and waiver represent the culmination of years of technical cooperation between the City and EPA to evaluate the City's wastewater operations, and to plan for the much-needed improvements to the City's collection and treatment infrastructure. The Department of Environmental Services is now on track to provide improved levels of wastewater treatment with vital additions such as continuous disinfection and a new monitoring program. We thank you for your leadership in this effort which will help build community confidence and send an important message for the vital tourist industry in assuring recreational waters are safe for bathing.

There are public health and environmental benefits which will accrue from this commitment, and I wish to pledge our partnership in working with you to obtain the results we're aiming for. I encourage you to spread the good word about this important step we've taken, as we shall do from the mainland. I look forward to meeting you when the next opportunity arises, perhaps in the context of our shared commitment to the Ala Wai watershed.

Yours,

Felicia Marcus
Regional Administrator

*Printed on Recycled Paper*

**22920**



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION IX
75 Hawthorne Street
San Francisco, CA 94105-3901

OFFICE OF THE
REGIONAL ADMINISTRATOR

In Re:

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU'S | FINAL DECISION |
| SAND ISLAND WASTEWATER | OF THE |
| TREATMENT PLANT APPLICATION | REGIONAL ADMINISTRATOR |
| FOR A MODIFIED NPDES PERMIT | PURSUANT TO 40 CFR PART 125, |
| UNDER SECTION 301(h) OF THE | SUBPART G |
| CLEAN WATER ACT | |

It is my final decision to grant the request by the City and County of Honolulu for renewal of a modified National Pollutant Discharge Elimination System (NPDES) permit under section 301(h) of the Clean Water Act. Section 301(h) provides for a variance from the secondary treatment requirements of the Clean Water Act. The basis for this decision is described in the NPDES permit Fact Sheet for the Sand Island Wastewater Treatment Plant.

The EPA received the City and County of Honolulu's 301(h) renewal application on August 18, 1994. Additional information was submitted to the EPA on May 4, 1998 and July 22, 1998. A tentative decision to approve the application was issued by the EPA on July 24, 1998. Concurrently, the EPA and the Hawaii State Department of Health (DOH) jointly proposed re-issuance of a draft 301(h)-modified NPDES permit incorporating both federal 301(h) requirements and State Zone of Mixing requirements. A joint public workshop on the tentative decision and draft permit was held on August 25, 1998, and a joint public hearing was conducted on August 25, 1998 at which time verbal and written testimony was presented by the public. The EPA and the DOH revised the draft permit based in part on public comments.

The permit shall be issued upon the date of signature by the EPA (September 30, 1998) and shall become effective on November 2, 1998, unless there is a written request for an evidentiary hearing under 40 CFR Part 124.74. Any request for an evidentiary hearing must be submitted within 33 days of the date of this letter. All written requests for an evidentiary hearing should be addressed to: Regional Administrator, U. S. Environmental Protection Agency, Region IX; ATTN: Permits Record Coordinator, WTR-5; 75 Hawthorne Street; San Francisco, CA 94105-3901.

Dated:    September 30, 1998

FELICIA MARCUS
Regional Administrator

*Printed on Recycled Paper*



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION IX
**75 Hawthorne Street**
**San Francisco, CA 94105-3901**

Reply to:
WTR-5

September 30, 1998

Kenneth E. Sprague, Director
City and County of Honolulu
Department of Environmental Services
650 South King Street, 3rd Floor
Honolulu, HI 96813

Dear Mr. Sprague:

A final National Pollutant Discharge Elimination System (NPDES) permit, incorporating federal requirements pursuant to Section 301(h) of the Clean Water Act and State Zone of Mixing requirements in accordance with the Hawaii Revised Statutes (HRS), has been jointly issued by the U. S. Environmental Protection Agency (EPA) and the Hawaii State Department of Health (DOH) for the following discharge:

Sand Island Wastewater Treatment Plant
NPDES Permit No. HI 0020117

A draft NPDES permit was jointly public noticed by the EPA and the DOH on July 24, 1998. A workshop and public hearing was held in Honolulu, Hawaii, on August 25, 1998. After considering the expressed views of all interested persons and agencies, and pertinent federal and State statutes and regulations, the EPA and the DOH have prepared a final NPDES permit which does not differ significantly from that previously proposed.

Enclosed are copies of the final 301(h)-modified NPDES permit, response to comments and public noticed fact sheet, and the Regional Administrator's final 301(h) decision letter. The final NPDES permit shall become effective 33 days from date of signature by the Regional Administrator (November 2, 1998). If you have any questions, please call Ms. Robyn Stuber, of my staff, at 415/744-1921, or Mr. Alec Wong, of the DOH, at 808/586-4309.

Sincerely,

Alexis Strauss, Acting Director
Water Division

Enclosure

cc:    DOH, Clean Water Branch
       Sand Island WWTP 301(h) mailing list [only final 301(h) decision letter]

*Printed on Recycled Paper*

NPDES Permit No. HI 0020117
Page 1 of 53

## AUTHORIZATION TO DISCHARGE UNDER THE
## NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM

In compliance with the provisions of the Clean Water Act, as amended, (33 U.S.C. 1251 *et seq.*; the Act) and Chapter 342D, Hawaii Revised Statutes, and Chapters 11-54 and 11-55, Administrative Rules, Department of Health, State of Hawaii,

### CITY AND COUNTY OF HONOLULU
### DEPARTMENT OF ENVIRONMENTAL SERVICES
### (Sand Island Wastewater Treatment Plant)

(hereinafter "Permittee"),

is authorized to discharge treated wastewater from its Sand Island Wastewater Treatment Plant (WWTP),

located at 1150 Sand Island Parkway Road, Honolulu, Hawaii,

to receiving waters named Mamala Bay of the Pacific Ocean, through Discharge Serial Number 001 at Latitude 21°17'01" N, Longitude 157°54'24" W,

in accordance with effluent limitations, monitoring requirements, and other conditions set forth herein, and in the attached Department of Health "Standard NPDES Permit Conditions," dated October 1, 1997.

All references to Title 40 of the Code of Federal Regulations (CFR) are to regulations that are in effect on July 1, 1997, except as otherwise specified. Unless otherwise specified herein, all terms are defined as provided in the applicable regulations in Title 40 of the CFR.

This permit shall become effective on November 2, 1998.

This permit and the authorization to discharge shall expire at midnight, November 3, 2003.

Lawrence Miike, Director
Department of Health
State of Hawaii

Date: _____ SEP 3 0 1998 _____

Alexis Strauss, Acting Director
Water Division
U. S. Environmental Protection Agency
Region IX

for the Regional Administrator

Date: _____ SEP 3 0 1998 _____

22923

NPDES Permit No. HI 0020117
Page 2 of 59

## TABLE OF CONTENTS

PART A.    EFFLUENT LIMITATIONS AND MONITORING REQUIREMENTS

1. Discharge Limitations and Monitoring Requirements
2. Schedules of Compliance for Sand Island WWTP Upgrade and Discharge Limitations for Enterococcus

PART B.    WHOLE EFFLUENT TOXICITY REQUIREMENTS

1. Chronic Toxicity
2. Quality Assurance
3. Preparation of Initial Investigation TRE Workplan
4. Additional (Accelerated) Toxicity Testing
5. TRE/TIE
6. Reporting

PART C.    SPECIFIC WATER QUALITY CRITERIA FOR RECREATIONAL AREAS

PART D.    ZONE OF INITIAL DILUTION LIMITATIONS, ZONE OF MIXING LIMITATIONS, AND MONITORING REQUIREMENTS

PART E.    RECEIVING WATER MONITORING PROGRAM REQUIREMENTS

PART F.    WASTEWATER POLLUTION PREVENTION PROGRAM

1. Annual Report

PART G.    PRETREATMENT REQUIREMENTS

PART H.    SLUDGE/BIOSOLIDS REQUIREMENTS

PART I.    REPORTING REQUIREMENTS

1. Reporting Monitoring Results
2. Reporting Noncompliance and Other Incidents
3. Other Reporting Requirements

PART J.    SPECIAL CONDITIONS

22924

NPDES Permit No. HI 0020117
Page 3 of 59

PART K.    APPENDIX
  1.    Location Maps
  2.    Process Diagrams
  3.    Core Monitoring Stations

STANDARD NPDES PERMIT CONDITIONS (Attached)

22925

NPDES Permit No. HI 0020117
Page 4 of 59

A. **EFFLUENT LIMITATIONS AND MONITORING REQUIREMENTS** (based upon an average daily design flow of 3.59 m³/sec, or 82 MGD)

1. During the period beginning with the effective date of this permit and lasting through the expiration date of this permit, the Permittee is authorized to discharge treated wastewater from Discharge Serial No. 001. The discharge shall be limited and monitored by the Permittee as specified below:

| | Discharge Limitations | | | | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| Discharge Parameter | Average Monthly | Average Weekly | Maximum Daily | Units | Minimum Frequency | Sample Type |
| Flow | report | report | report | MGD | continuous | recorder or totalizer |
| Biochemical Oxygen Demand (5-day) | 116 79,330 | 160 109,421 | report | mg/l[1] lbs/day[2] | daily | 24 hr composite |
| | As a monthly average, not less than 30% removal efficiency from influent stream[3] | | | | | |
| Total Suspended Solids | 69 47,187 | 104 71,124 | report | mg/l[1] lbs/day[2] | daily | 24 hr composite |
| | As a monthly average, not less than 60% removal efficiency from influent stream[3] | | | | | |



---

[1] The average monthly discharge limitation (in mg/l) is that value associated with the 95th percentile of January 1993 through December 1997 daily effluent concentration data for all months achieving ≥30% removal of influent BOD₅, as provided by the Permittee on May 4, 1998. For BOD₅, the average weekly discharge limitation (in mg/l) approximates the maximum value associated with daily effluent concentration data. For TSS, the average weekly discharge limitation (in mg/l) is 1.5 times the average monthly discharge limitation (in mg/l).

[2] The average monthly discharge limitation (in lbs/day) is the average monthly discharge limitation (in mg/l) times the average daily design flow of 3.59 m³/s (82 MGD) and the constant, 8.34. The average weekly discharge limitation (in lbs/day) is the average weekly discharge limitation (in mg/l) times the average daily design flow of 3.59 m³/s (82 MGD) and the constant, 8.34. The Permittee's 2000 and 2005 projected average daily flows are 3.58 m³/s and 3.70 m³/s, respectively.

[3] For BOD₅, the average monthly influent percent removal efficiency limitation is based on 40 CFR 125.57(a)(9). For TSS, the average monthly influent percent removal efficiency limitation is based on information provided by the Permittee on May 4, 1998.

22926

| Discharge Limitations | | | | | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| Discharge Parameter | Average Annual | Average Monthly | Average Daily | Unit | Minimum Frequency | Sample Type |
| Enterococci | report[5] | report[6] | report | CFU/100 ml | daily | grab[4] |
| Total Oil and grease | n/a[6] | report | report | mg/l lbs/day | 3 days/ calendar week | grab[7] |
| Total Petroleum Hydrocarbons | n/a | report | report | mg/l lbs/day | 3 days/ calendar week | grab[7] |
| Fats, oils and grease | n/a | report | report | mg/l lbs/day | n/a | calculate[8] |
| Temperature | n/a | report | report | °C | once/calendar week | grab |
| Total Nitrogen | report | report | n/a | mg/l lbs/day | once/calendar month | 24 hr composite |
| Total Phosphorus | report | report | n/a | mg/l lbs/day | once/calendar month | 24 hr composite |
| pH[9] | Not less than 6.0 nor greater than 9.0 | | | standard units | 5 days/ calendar week | grab |

[4] The average daily discharge limitation (in ug/l) is the saltwater chronic criterion times the initial dilution value of 94:1. The average monthly discharge limitation (in ug/l) is the fish consumption (non-carcinogen) criterion times the initial dilution value of 94:1. The average annual discharge limitation (in ug/l) is the fish consumption (carcinogen) criterion times the long-term dilution value of 476:1. The discharge limitation (in lbs/day) is the corresponding discharge limitation (in mg/l) times the average daily design flow of 3.59 m³/s (82 MGD) and the constant, 8.34.

[5] Report as geometric mean. Effluent monitoring shall consist of one grab sample collected between 12 noon and 3:00 p.m. Enterococci samples shall be analyzed using Method 1600, *Membrane Filter Test Method for Enterococci in Water* (EPA 821-R-97-004, May 1997).

[6] Not applicable.

[7] Influent and effluent monitoring shall consist of a minimum of three grab samples collected over a 24 hour period at approximately equal intervals. One grab sample shall be collected during peak flow. Grab samples shall be analyzed individually, as specified in EPA Method 1664. Individual analytical results shall be mathematically flow proportioned to derive a single value for reporting.

[8] Fats, oils and grease = Total oil and grease – Total petroleum hydrocarbons.

[9] Discharge limitation is based on federal secondary treatment standards in accordance with 40 CFR 133.102(c).

NPDES Permit No. HI 0020117
Page 6 of 59

| Discharge Parameter | Average Annual | Average Monthly | Average Daily | Unit | Minimum Frequency | Sample Type |
|---|---|---|---|---|---|---|
| Chronic Toxicity | n/a | n/a | 94 | TUc | once/calendar month | 24 hr composite |
| Chlordane | 0.0076 0.0052 | n/a | 0.38 0.26 | ug/l lbs/day | once/calendar month | 24 hr composite |
| Dieldrin | 0.012 0.0082 | n/a | 0.18 0.12 | ug/l lbs/day | once/calendar month | 24 hr composite |
| Remaining Pollutants[10] | report | report | n/a | ug/l lbs/day | once/6 calendar months | 24 hr composite or grab[10] |

The header row spans "Discharge Limitations" over Discharge Parameter, Average Annual, Average Monthly, Average Daily, Unit and "Monitoring Requirements" over Minimum Frequency, Sample Type.

2.  Schedules of Compliance for Sand Island WWTP Upgrade and Discharge Limitations for Enterococcus

The purpose of the following requirements is to improve Sand Island WWTP performance and reliability, and to select and implement an effluent disinfection treatment option that will reduce the risk of human exposure to pathogenic organisms in marine recreational waters of Mamala Bay by decreasing bacterial indicator loadings from the Sand Island ocean outfall. These requirements are consistent with the Mamala Bay Study Commission recommendation "that appropriate disinfection be provided for the ocean outfall discharge at the Sand Island WWTP." (Mamala Bay Study Commission, April 1996). The Permittee shall comply with the following schedules[11]:

a.  **Ala Moana Wastewater Pump Station Modification:** This project is required to accommodate higher collection system flows and the higher head of the new Sand Island WWTP headworks. The Permittee shall modify the pump station to upgrade/improve station reliability, accommodate higher collection flows, and accommodate higher heads of downstream facilities. Modifications shall include replacing/rehabilitating existing pumps, generator facility, electrical works, and associated appurtenances, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Planning | October 22, 2000 |



---

[10]  *Remaining Pollutants* and their *Sample Type* are listed in Part I of this permit.

[11]  *Italicized* dates are not enforceable under the terms of this permit.

22928

| Activity Description | Finish |
|---|---|
| Design | July 24, 2002 |
| Advertise | September 22, 2002 |
| Bid Opening | September 22, 2002 |
| Award | October 22, 2002 |
| Construction | *February 18, 2005* |

b.    **Hart Street Wastewater Pump Station (New/Alternative):** This project is required to accommodate higher collection system flows and the higher head of the new Sand Island WWTP headworks. The Permittee shall modify the pump station to upgrade/improve station reliability, accommodate higher collection flows, and accommodate higher heads of downstream facilities. Modifications shall include replacing/rehabilitating existing pumps, generator facility, electrical works, and associated appurtenances, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Planning | June 4, 2000 |
| Design | July 24, 2002 |
| Advertise | September 22, 2002 |
| Bid Opening | September 22, 2002 |
| Award | October 22, 2002 |
| Construction | February 18, 2005 |

c.    **Hart Street Wastewater Pump Station Force Main Replacement:** The Permittee shall install a new force main extending from Hart Street pump station to Sand Island WWTP to replace the existing 47-year old force main. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Planning | *May 5, 1998* |
| Design | May 4, 2000 |
| Advertise | July 3, 2000 |
| Bid Opening | July 3, 2000 |

| Activity Description | Schedule (Finish) |
|---|---|
| Award | August 2, 2000 |
| Construction | November 30, 2002 |

d.    **Sand Island Parkway Wastewater Pump Station Modification:** This project is required to accommodate the higher head of the new Sand Island WWTP headworks. The Permittee shall modify the pump station to upgrade/improve station reliability, accommodate higher collection flows, and accommodate higher heads of downstream facilities. Modifications shall include replacing/ rehabilitating existing pumps, electrical works, and associated appurtenances, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Schedule (Finish) |
|---|---|
| Planning | April 30, 2001 |
| Design | January 10, 2003 |
| Advertise | February 9, 2003 |
| Bid Opening | February 9, 2003 |
| Award | March 11, 2003 |
| Construction | *February 18, 2005* |

e.    **Sand Island Wastewater Treatment Plant Unit 1 Phase 2A:** The Permittee shall construct facilities to satisfy 301(h) requirements to consistently remove ≥30% of influent $BOD_5$ and improve WWTP performance. Facilities shall include replacing/expanding headworks and associated facilities, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Schedule (Finish) |
|---|---|
| Planning | October 4, 1999 |
| Design | July 15, 2001 |
| Advertise | September 13, 2001 |
| Bid Opening | September 13, 2001 |
| Award | October 13, 2001 |
| Construction | *February 10, 2004* |



| Activity Description | Date |
|---|---|
| Finish Milestone | *February 18, 2005* |

f.  **Sand Island Wastewater Treatment Plant Primary Treatment Expansion:**
The Permittee shall construct additional primary treatment facilities, including
pretreatment facilities, to expand treatment plant capacity from 82 MGD to 90
MGD (average daily design flow) and improve plant hydraulic capacity, and
increase solids handling capacity. The Permittee shall conduct this project in
accordance with the following schedule of activities:

| Activity Description | Date |
|---|---|
| Design | July 14, 2002 |
| Advertise | September 12, 2002 |
| Bid Opening | September 12, 2002 |
| Award | October 12, 2002 |
| Construction | *February 18, 2005* |

g.  **Sand Island Wastewater Treatment Plant Disinfection Facility:** The Permittee
shall investigate and determine appropriate disinfection technology, and design,
construct, and operate continuously for one year, an effluent disinfection facility
which achieves effective effluent disinfection. Effective disinfection is defined as
compliance with a maximum daily discharge limitation of 18,000 CFU/100 ml for
enterococci. The Permittee shall conduct this project in accordance with the
following schedule of activities:

| Activity Description | Start (Vacuum Date) | Date |
|---|---|---|
| Planning | | June 30, 1999 |
| Design | | June 30, 2000 |
| Advertise | | August 29, 2000 |
| Bid Opening | | August 29, 2000 |
| Award | | September 28, 2000 |
| Construction | | July 20, 2002 |
| Continuous Operation | July 21, 2002 | |

During the period beginning with July 21, 2002 and lasting through the expiration

date of this permit, the authorized discharge of treated wastewater from Discharge Serial No. 001 shall be limited and monitored by the Permittee as specified below:

| Discharge Limitations | | | | | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| Discharge Parameter | Average Monthly | Average Weekly | Maximum Daily | Units | Minimum Frequency | Sample Type |
| Enterococci | report[12] | report[12] | 18,000 | CFU/100 ml | daily | grab[12] |
| Total Chlorine Residual[13] | report | report | 64 | ug/l | daily | grab[12] |

h. **Sand Island Wastewater Treatment Plant Interim Chemical Treatment Facility Improvements:** The Permittee shall improve the ability of Sand Island WWTP to remove $BOD_5$ by upgrading the Chemical Treatment (polymer) Facility. This shall include the installation of aging tanks and new polymer injection equipment, as required. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Design | January 12, 2000 |
| Advertise | March 12, 2000 |
| Bid Opening | March 12, 2000 |
| Award | April 11, 2000 |
| Construction | February 10, 2002 |

i. **Sand Island Wastewater Treatment Plant Chlorination Study:** The Permittee shall monitor Mamala Bay to obtain background data for receiving water bacterial indicator levels, oceanic currents, and Sand Island WWTP plume characteristics. This project shall be conducted in accordance with the DOH/EPA-approved *Sand Island Wastewater Treatment Plant Chlorination Study Plan*, as modified by the DOH on February 23, 1998. The Permittee shall conduct this project in

---

[12] Report enterococci as geometric mean. Effluent monitoring shall consist of one grab sample collected between 12 noon and 3:00 p.m. Enterococci samples shall be analyzed using Method 1600, *Membrane Filter Test Method for Enterococci in Water* (EPA 821-R-97-004, May 1997).

[13] If the Permittee determines that the appropriate disinfection technology to achieve effective disinfection is chlorination, then the Permittee shall monitor total chlorine residual upon initiation of chlorination. Contact time following chlorination and prior to effluent discharge shall not be less than 15 minutes.

accordance with the following schedule of activities:

| Activity Schedule | Deadline |
|---|---|
| Data Collection | *December 30, 1998* |
| Interim Report | *April 15, 1998* |
| Final Report | March 31, 1999 |

In accordance with 40 CFR 122.41(l)(5), written reports of compliance or noncompliance with, or any progress reports on, requirements contained in these schedules of compliance for the Sand Island WWTP Upgrade shall be submitted by the Permittee no later than 14 days following each scheduled date. In addition, beginning March 31, 1998, written progress reports shall be submitted quarterly to the EPA and DOH detailing the status of project activities described in Part A.2 of this permit. Reports shall also include a discussion of the status of project activities in relation to project activity description "early" and "late" start dates provided in the Permittee's August 25, 1998 letter to the EPA (WMC 98-736).

3.  a.   All *Discharge Parameters* in Part A of this permit shall be monitored in the influent and effluent, except for enterococci, temperature, total nitrogen, total phosphorous, chronic toxicity, dioxin, and total chlorine residual, which shall be monitored only in the effluent. For individual discharge parameters monitored in the influent and effluent, monitoring shall be conducted on the same day. All influent and effluent monitoring shall be arranged so that each day of the calendar week is represented once per month (i.e., for discharge parameters monitored 5 days/calendar week, or 3 days/calendar week), or once per two months (i.e., for discharge parameters monitored once/calendar week). Effluent monitoring for total nitrogen and total phosphorous shall be conducted on the same day that receiving water monitoring for total nitrogen and total phosphorous is conducted.

b.   Samples taken in compliance with the monitoring requirements in Part A of this permit shall be taken at the following locations:

(1)   All influent samples shall be taken downstream of any additions to the trunk sewer, and upstream of any in-plant return flows, and prior to treatment where representative samples of the influent can be obtained.

(2)   All effluent samples shall be taken downstream from any additions to the treatment plant and any in-plant return flows or disinfection units, and prior to mixing with the receiving waters where representative samples of the effluent can be obtained.

(3)     Monitoring locations shall not be changed without notification to and the approval from the Director of Health and the Regional Administrator.

c.      *Composite sample* means a combination of at least eight sample aliquots, collected at periodic intervals during the operating hours of the facility over a 24 hour period. The composite sample must be flow proportional; either the time interval between each aliquot or the volume of each aliquot must be proportional to either the stream flow at the time of sampling or the total stream flow since the collection of the previous aliquot. Aliquots may be collected manually or automatically.

*Grab sample* means an individual sample collected at a randomly-selected time over a period not exceeding 15 minutes.

## B.     WHOLE EFFLUENT TOXICITY REQUIREMENTS

1.      Chronic Toxicity

The Permittee shall conduct monthly chronic toxicity tests on flow-weighted 24-hour composite effluent samples.

a.      Test Species and Methods

The Permittee shall conduct monthly tests with the following invertebrate species.

(1)     Invertebrate:   Water flea, *Ceriodaphnia dubia.*

(2)     Invertebrate:   Hawaiian sea urchin, *Trypneustes gratilla.*

For *Ceriodaphnia dubia*, the presence of chronic toxicity shall be estimated as specified in *Short-Term Methods for Estimating the Chronic Toxicity of Effluents and Receiving Water to Freshwater Organisms* (EPA-600-4-91-002, 1994). For *Trypneustes gratilla*, the presence of chronic toxicity shall be estimated as specified in *Hawaiian Collector Urchin, Trypneustes gratilla (hawa'e) Fertilization Test Method*[14].

---

[14]   Adapted by Amy Wagner, U. S. EPA, Region 9 Laboratory, Richmond, CA from a method developed by George Morrison, U. S. EPA, ORD Narragansett, RI and Diane Nacci, Science Applications International Corporation, ORD Narragansett, RI.

22934

b.    Definition of Chronic Toxicity

Chronic toxicity measures a sublethal effect (e.g., reduced growth) to experimental test organisms exposed to an effluent compared to that of the control organisms. The no observed effect concentration (NOEC) is the highest effluent concentration to which organisms are exposed in a chronic test, that causes no observable adverse effect on the test organisms (e.g., the highest concentration of toxicant to which the values for the observed responses are <u>not</u> statistically significantly different from the controls). Test results shall be reported in TUc, where TUc = 100/NOEC. For this discharge, chronic toxicity for *Ceriodaphnia dubia* is defined by an exceedance of a chronic toxicity discharge limitation specified in Part A.1 of this permit.

The chronic toxicity discharge limitation in Part A.1 of this permit does not apply to monitoring results for toxicity tests using *Trypneustes gratilla*. Chronic toxicity for *Trypneustes gratilla* is defined by an exceedance of an average daily chronic toxicity discharge value of 94 TUc.

2.    Quality Assurance

a.    A series of five dilutions and a control shall be tested. The series shall include the instream waste concentration (IWC), two dilutions below the IWC, and two dilutions above the IWC (e.g., 12.5, 25, 50, 75, and 100 percent effluent, where IWC = 50). The chronic IWC for this discharge is 1.1 percent effluent.

b.    Concurrent testing with reference toxicants shall be conducted.

c.    Reference toxicant tests shall be conducted using the same test conditions as effluent toxicity tests (i.e., same test duration, etc.).

d.    If either the reference toxicant tests or the effluent tests do not meet all test acceptability criteria as specified in the test methods manual, then the Permittee must re-sample and re-test within approximately 14 days.

e.    Control and dilution water should be receiving water or lab water, as described in the test methods manual. If dilution water is different from culture water, then a second control using culture water shall also be tested.

3.    Preparation of Initial Investigation Toxicity Reduction Evaluation (TRE) Workplan

The Permittee shall submit to the DOH and EPA an initial investigation toxicity reduction evaluation (TRE) workplan [approximately 1-2 pages] within 90 days of the effective date of this permit. This workplan shall describe steps which the Permittee intends to

follow in the event that toxicity (as defined) is detected, and should include at minimum:

a.   A description of the investigation and evaluation techniques that would be used to identify potential causes/sources of toxicity, effluent variability, treatment system efficiency;

b.   A description of the facility's method of maximizing in-house treatment efficiency, good housekeeping practices, and a list of all chemicals used in operation of the facility;

c.   If a toxicity identification evaluation (TIE) is necessary, who (e.g., contract laboratory, etc.) will conduct the TIE.

4.   Additional (Accelerated) Toxicity Testing

a.   If toxicity (as defined) is detected, then the Permittee shall conduct six additional tests, one approximately every 14 days, over a 12-week period.  Effluent sampling for the first test of the six additional tests shall commence within approximately 24 hours of receipt of the test results exceeding a chronic toxicity discharge limitation (or value);

b.   However, *if implementation of the initial investigation TRE workplan indicates the source of toxicity* (e.g., a temporary plant upset, etc.), then the Permittee shall conduct only the first test of the six additional tests required above.  If toxicity (as defined) is not detected in this first test, the Permittee may return to the normal sampling frequency required in Part B.1 of this permit.  If toxicity (as defined) is detected in this first test, then Part B.5 of this permit shall apply.

c.   If toxicity (as defined) is not detected in any of the six additional tests required above, then the Permittee may return to the normal sampling frequency required in Part B.1 of this permit.

5.   Toxicity Reduction Evaluation/Toxicity Identification Evaluation (TRE/TIE)

a.   If toxicity (as defined) is detected in any of the six additional tests, then, based on an evaluation of the test results and additional available information, the Director of Health and the EPA may determine that the Permittee shall initiate a TRE, in accordance with the Permittee's initial investigation TRE workplan and *Toxicity Reduction Evaluation Protocol for Municipal Wastewater Treatment Plants* (EPA/600/2-88/062, 1989).  Moreover, the Permittee shall develop a detailed TRE workplan which includes:

(1)   Further actions to investigate/identify the cause(s) of toxicity;

(2)    Actions the Permittee has taken/will take to mitigate the impact of the discharge, to correct the noncompliance, and to prevent the recurrence of toxicity;

(3)    A schedule under which these actions will be implemented;

and shall submit this workplan to the Director of Health and EPA for approval.

b.    As part of this TRE process, the Permittee may initiate a TIE using the test methods manuals, EPA/600/6-91/005F (Phase I), EPA/600/R-92/080 (Phase II), and EPA/600/R-92/081 (Phase III), to identify the cause(s) of toxicity.

c.    If a TRE/TIE is initiated prior to completion of the accelerated testing schedule required by Part B.4 of this permit, then the accelerated testing schedule may be terminated, or used as necessary in performing the TRE/TIE.

6.    Reporting

a.    The Permittee shall submit a full report of toxicity test results, including any toxicity testing required by Parts B.4 and B.5 of this permit, with the DMR for the month in which the toxicity tests are conducted.  A full report shall consist of: (1) toxicity test results; (2) dates of sample collection and initiation of each toxicity test; and (3) acute and/or chronic toxicity discharge limitations (or value). Toxicity test results shall be reported according to the test methods manual chapter on Report Preparation.  The Permittee shall submit the data on an electronic disk in the Toxicity Standardized Electronic Reporting Form (TSERF) (*Standardized Electronic Reporting Format for Monitoring Effluent Toxicity: October 1994 Format*, State Water Resources Control Board, 1995).

If the initial investigation TRE workplan is used to determine that additional (accelerated) toxicity testing is unnecessary, these results shall be submitted with the DMR for the month in which investigations conducted under the TRE workplan occurred.

b.    Within 14 days of receipt of test results exceeding a chronic toxicity discharge limitation (or value), the Permittee shall provide written notification to the DOH and EPA of:

(1)    Findings of the TRE or other investigation to identify the cause(s) of toxicity;

(2)    Actions the Permittee has taken/will take, to mitigate the impact of the discharge and to prevent the recurrence of toxicity;

22937

NPDES Permit No. HI 0020117
Page 16 of 59

(3)     When corrective actions, including a TRE, have not been *completed*, a schedule under which corrective actions will be implemented; or

(4)     The reason for not taking corrective action, if no action has been taken.

## C.     SPECIFIC WATER QUALITY CRITERIA FOR RECREATIONAL AREAS

1.     The discharge of treated wastewater through Discharge Serial Number 001 shall not cause the following water quality criteria to be violated in marine recreational waters:

a.     Within 300 meters (1,000 feet) of the shoreline, including natural public bathing or wading areas, enterococci content shall not exceed a geometric mean of seven per one hundred milliliters in not less than five samples which shall be equally spaced at six day intervals or unequally spaced at five, six, seven or eight day intervals, provided that the total period covered is between 25 and 30 days. Consecutive samples shall not be collected on the same day of the week. Marine recreational waters along sections of coastline where enterococci content does not exceed the standard, as shown by the geometric mean test described above, shall not be lowered in quality.

b.     At locations where sampling is less frequent than five samples per 25-30 days, if one sample exceeds the standard by a factor of 10 or more, sampling should be repeated on the schedule described in Part C.1.a of this permit, and geometric means calculated until it is possible to determine the cause of the high bacterial counts. The nature of the cause will determine if warning signs may be posted.

c.     Raw or inadequately treated sewage, sewage for which the level of treatment is unknown, or other pollutants of public health significance, as determined by the Director of Health, shall not be present in natural public swimming, bathing or wading areas.

22938

NPDES Permit No. HI 0020117
Page 17 of 59

D.  ZONE OF INITIAL DILUTION LIMITATIONS, ZONE OF MIXING LIMITATIONS, AND MONITORING REQUIREMENTS

1.  The discharge of treated wastewater through Discharge Serial Number 001 shall not cause the following water quality criteria to be violated in Class A wet open coastal waters[15] beyond the Zone of Initial Dilution[16] (ZID):

| Parameter | ZID Limitation | | | Unit | Monitoring Requirements | |
| --- | --- | --- | --- | --- | --- | --- |
| | Geometric mean not to exceed the given value | Not to exceed the given value more than ten percent of the time | Not to exceed the given value more than two percent of the time | | Minimum Frequency | Sample Type |
| Light Extinction Coefficient | 0.20 | 0.50 | 0.85 | k units | See Para E.1.b and E.1.c of this permit. | |
| Turbidity | 0.50 | 1.25 | 2.00 | N.T.U. | | |
| Dissolved Oxygen | Not less than seventy-five percent saturation, determined as a function of ambient water temperature and salinity. | | | mg/l | | |

---

[15]  *Open coastal waters* means marine waters bounded by the 183 meter or 600 foot (100 fathom) depth contour and the shoreline, excluding bays named in HAR §11-54-06 (a).  *Class A* means all other open coastal waters not otherwise specified as Class AA in HAR section 11-54-06 (b)(2)(A).  *Wet* means open coastal waters receiving more than three million gallons per day of fresh water discharge per shoreline mile.

[16]  *Zone of Initial Dilution* means the region of initial mixing surrounding or adjacent to the end of the outfall pipe or diffuser ports, provided that the ZID may not be larger than allowed by mixing zone restrictions in applicable water quality standards (see 40 CFR 125.58(dd)).

22939

NPDES Permit No. HI 0020117
Page 18 of 59

2. The discharge of treated wastewater through Discharge Serial Number 001 shall not cause the following water quality criteria to be violated in Class A wet open coastal waters beyond the Zone of Mixing[17] (ZOM):

| Parameter | ZOM Limitations | | | Units | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| | Geometric mean not to exceed the given value | Not to exceed the given value more than ten percent of the time | Not to exceed the given value under ten percent of the time | | Minimum Frequency | Sample Type |
| Total Nitrogen | 150.00 | 250.00 | 350.00 | ug N/l | | |
| Ammonia Nitrogen | 3.50 | 8.50 | 15.00 | ug NH₃-N/l | | |
| Nitrate + Nitrite Nitrogen | 5.00 | 14.00 | 25.00 | ug [NO₃+NO₂]-N/l | | |
| Total Phosphorous | 20.00 | 40.00 | 60.00 | ug P/l | | |
| Chlorophyll a | 0.30 | 0.90 | 1.75 | ug/l | | |
| pH | Shall not deviate more than 0.5 units from a value of 8.1, except at coastal locations where and when freshwater from stream, stormdrain or groundwater discharge may depress the pH to a minimum level of 7.0. | | | standard units | See Parts E.1.b and E.1.c of this permit. | |
| Temperature | Shall not vary more than one degree Celsius from ambient conditions. | | | °C | | |
| Salinity | Shall not vary more than ten percent from natural or seasonal changes considering hydrologic input and oceanographic factors. | | | ppt | | |

17 *Zones of Mixing* means limited areas around outfalls and other facilities to allow for the initial dilution of waste discharges. The ZOM for the Sand Island WWTP discharge was granted by the DOH with the concurrence of the EPA. The ZOM area is 427 meters (1,400 feet) wide and 1,463 meters (4,800 feet) along the centerline of the diffuser, and extends vertically downward to the ocean floor. The center of the ZOM is at Latitude 21°16'58"N. Longitude 157°54'21"W, with the major axis located on an azimuth of 80°01'40" from the south.

22940

### E.    RECEIVING WATER MONITORING PROGRAM REQUIREMENTS

Revisions to this monitoring program by the EPA and DOH may be necessary to confirm that the Permittee is in compliance with the conditions of this permit. Revisions may be made at any time during the permit term and may include increases or decreases in monitoring frequency, number of parameters monitored, number and size of samples collected, or changes to protocols and methods for sampling and analysis.

The following two activities shall constitute the receiving water monitoring program: *Core Monitoring Activities* and *Regional Monitoring Activities*. The Permittee shall conduct Core Monitoring Activities during years one, two, and four of this permit. The Permittee shall conduct Regional Monitoring Activities during years three and five of this permit.

1.    Core Monitoring Activities (Figure 3)

The Permittee shall verify all station locations (latitude and longitude) and depths with GPS or DGPS during the first sampling survey, and shall submit this information in the annual report for year one of this permit.

a.    Shoreline Water Quality Monitoring

Shoreline monitoring for enterococci is used to determine the compliance of marine recreational waters with specific water quality criteria for recreational areas (see Part C of this permit).

The Permittee shall sample enterococci at five shoreline stations. At each station, samples shall be collected seven days per month. Sampling shall be scheduled to ensure that not more than five consecutive days occur between sampling events. In conjunction with enterococci sampling, visual observations shall be made at all shoreline stations. Monitoring results that exceed water quality criteria for recreational areas shall be reported as exceedances of State water quality standards with the most probable source of contamination noted and explained.

Shoreline stations shall be identified as follows:

| Station | Location | Latitude | Longitude |
|---------|----------|----------|-----------|
| S1 | Western corner of Sand Island Beach Park (old S1) | 21°18' 56" | 157°53' 32" |
| S2 | Center of Sand Island Beach Park (old S2) | 21°18' 11" | 157°53' 12" |
| S7 | Off Kewalo Basin County Park | | |
| S5 | East end of Ala Moana Beach Park (old S5) | 21°17' 26" | 157°50' 56" |

22941

| Station | Location | Latitude | Longitude |
|---------|----------|----------|-----------|
| S8 | Off of Waikiki Beach, past Ala Wai Canal | | |

Shoreline water quality parameters shall be sampled as follows:

| Parameter (Unit) | Sample Type | Minimum Frequency |
|------------------|-------------|-------------------|
| Enterococci (CFU/100 ml) | Surface grab | 7 days/month |
| Visual Observations | Visual | 7 days/month |

Wind direction and speed, weather, and sea condition shall be recorded for each day of sampling. At each station, unusual water color, turbidity, odor, or other physical evidence of sewage shall be noted on the log sheet.

b.    Recreational Waters and Nearshore Water Quality Monitoring

Recreational waters and nearshore water quality monitoring data are used to determine compliance with State water quality standards and 301(h) decision criteria. Sampling of recreational waters (R) and nearshore © stations shall be coordinated with shoreline sampling. Monitoring results for R and C stations that exceed applicable State water quality standards shall be reported as exceedances of the standards with the most probable source of contamination noted and explained.

The Permittee shall monitor water quality at three R stations and five C stations. Each R and C station shall be sampled once per quarter (i.e., February/March; May/June; August/September; November/December) for the water quality parameters indicated below, except for enterococci and visual observations which shall be sampled seven days each month, and water clarity which shall be determined monthly.

R and C stations shall be located using a land based microwave positioning system which affords a high degree of accuracy and precision (e.g., mini-ranger), or other means that allow reoccupation of the station within ±6 m (e.g., GPS or DGPS). R and C stations shall be identified as follows:

| Station | Location | Latitude | Longitude |
|---------|----------|----------|-----------|
| *Recreational Waters (R) Stations* | | | |
| R1 | Keehi Lagoon, off northeast corner of reef runway | | |
| R2 | Keehi Lagoon, off south east corner of reef runway | | |

22942

| Station | Description | Latitude | Longitude |
|---|---|---|---|
| R3 | Keehi Lagoon, in boat channel in line with edge of reef runway | | |
| *Nearshore Stations [between 10 m (33 ft) and/or on the 20 m (66 ft) depth contour]* | | | |
| C1 | Near the Honolulu Airport surfing area (west of old N1) | | |
| C2 | At entrance to Keehi Lagoon boat channel | | |
| C3 | Near Sand Island Beach Park surfing area west (old N2) | 21°17'38" | 157°53'39" |
| C4 | Near the State Waterfront Park surfing area (old N4) | 21°17'32" | 157°52'12" |
| C5 | Near the Ala Moana Beach County Park (old N5) | 21°17'13" | 157°51'33" |

At each R and C station, a secchi disk shall be used to assess transparency, and visual observations of the water surface shall be noted. Dissolved oxygen, pH, temperature, and salinity shall be measured on a continuous depth profile (CDP) basis, from 1 m below the surface to 2 m above the bottom at 2 m intervals. At each R and C station, grab samples for total nitrogen, total phosphorus, chlorophyll a, and enterococci shall be collected at 1 m below the surface, mid-depth, and 2 m above the bottom. At each C station, grab samples for turbidity, ammonia nitrogen, and nitrate + nitrite nitrogen shall be collected at 1 m below the surface, mid-depth, and 2 m above the bottom.

| Parameter (Units) | Sample Type | Station | Monitoring Frequency[1] |
|---|---|---|---|
| Transparency (m) | secchi disc | R, C | *Monthly* |
| Visual Observations | visual | R, C | *7 days/month* |
| Dissolved Oxygen (mg/l) | CDP[18] | R, C | Quarterly |
| pH (pH units) | CDP | R, C | Quarterly |
| Temperature (°C) | CDP | R, C | Quarterly |
| Salinity (ppt) | CDP | R, C | Quarterly |
| Light Extinction Coefficient (k units) | secchi disc | R, C | Quarterly |
| Turbidity (N.T.U.) | surface, mid-depth, bottom grab | C | Quarterly |
| Total Nitrogen (ug N/l) | surface, mid-depth, bottom grab | C | Quarterly |

[18] Continuous depth profile (CDP) is a plot of depth versus a water quality parameter. The maximum interval between points on the curve shall be 2 m.

| Parameter (Unit) | Sample Type | Analysis | Monitoring Frequency |
|---|---|---|---|
| Ammonia Nitrogen (ug NH$_4$-N/l) | surface, mid-depth, bottom grab | R, C | Quarterly |
| Nitrate+Nitrite Nitrogen (ug [NO$_3$+NO$_2$]-N/l) | surface, mid-depth, bottom grab | C | Quarterly |
| Total Phosphorus (ug P/l) | surface, mid-depth, bottom grab | R, C | Quarterly |
| Chlorophyll a (ug/l) | surface, mid-depth, bottom grab | R, C | Quarterly |
| Enterococci (CFU/100 ml) | surface, mid-depth, bottom grab | R, C | *7 days/month* |

c.    Offshore Water Quality Monitoring

Offshore water quality monitoring data are used to determine compliance with State water quality standards and 301(h) decision criteria.

The Permittee shall monitor offshore water quality at 10 stations. Each station shall be sampled once per quarter (i.e., February/March; May/June; August/September; November/December) for the water quality parameters indicated below, except for enterococci and visual observations which shall be sampled once per month.

Offshore stations shall be located using a land based microwave positioning system which affords a high degree of accuracy and precision (e.g., mini-ranger), or other means that allow reoccupation of the station within ±6 m (e.g., GPS or DGPS). Offshore stations shall be identified as follows:

| Station | Location | Latitude | Longitude |
|---|---|---|---|
| *At the 50 m (165 ft) depth contour* | | | |
| D1 | Near center of the Honolulu International Airport surfing area | | |
| D2 | Near the eastern edge of the Honolulu International Airport surfing | | |
| D3 | Near Sand Island Beach Park surfing area | | |
| D4 | Off of Kewalo Basin County Park | | |
| D5 | Center of Ala Moana Beach Park surfing area | | |
| *At the 100 m (328 ft) depth contour* | | | |
| E1 | Near center of the Honolulu International Airport surfing area | | |

| Station | Location | Latitude | Longitude |
|---------|----------|----------|-----------|
| E2 | Near the eastern edge of the Honolulu International Airport surfing | | |
| E3 | Near Sand Island Beach Park surfing area | | |
| E4 | Off of Kewalo Basin County Park | | |
| E5 | Center of Ala Moana Beach Park surfing area | | |

At each offshore station, a secchi disk shall be used to assess transparency, and visual observations of the water surface shall be noted. Dissolved oxygen, pH, temperature, and salinity shall be measured on a CDP basis, from 1 m below the surface to 2 m above the bottom at 2 m intervals. For turbidity, total nitrogen, ammonia nitrogen, nitrate + nitrite nitrogen, total phosphorus, chlorophyll a, and enterococci, grab samples shall be collected at 1 m below the surface, mid-depth, and 2 m above the bottom.

Offshore water quality parameters shall be sampled as follows:

| Parameter (units) | Sample Type | Monitoring Frequency |
|-------------------|-------------|----------------------|
| Transparency (m) | secchi disc | *Monthly* |
| Visual Observations | visual | *Monthly* |
| Dissolved Oxygen (mg/l) | CDP[18] | Quarterly |
| pH (pH units) | CDP | Quarterly |
| Temperature (°C) | CDP | Quarterly |
| Salinity (ppt) | CDP | Quarterly |
| Light Extinction Coefficient (k units) | secchi disc | Quarterly |
| Turbidity (N.T.U.) | surface, mid-depth, bottom grab | Quarterly |
| Total Nitrogen (ug N/l) | surface, mid-depth, bottom grab | Quarterly |
| Ammonia Nitrogen (ug $NH_4$-N/l) | surface, mid-depth, bottom grab | Quarterly |
| Nitrate+Nitrite Nitrogen (ug $[NO_3+NO_2]$-N/l) | surface, mid-depth, bottom grab | Quarterly |
| Total Phosphorus (ug P/l) | surface, mid-depth, bottom grab | Quarterly |
| Chlorophyll a (ug/l) | surface, mid-depth, bottom grab | Quarterly |
| Enterococci (CFU/100 ml) | surface, mid-depth, bottom grab | *Monthly* |



d.    Nearshore and Offshore Sediment Monitoring (for Chemistry and Benthic Organisms)

Sediment monitoring is conducted to detect spatial and temporal trends in sediment pollutants and benthic organisms, and to evaluate compliance with 301(h) decision criteria.

The Permittee shall monitor offshore sediments for chemistry and benthic organisms at the ten stations identified in Part E.1.c of this permit. The Permittee shall also monitor nearshore sediments for chemistry and benthic organisms at the five nearshore stations identified in Part E.1.b of this permit. Each station shall be sampled annually (i.e., August/September) for the parameters indicated below. Sediment and biological samples shall be collected and processed in accordance with protocols found in *Quality Assurance and Quality Control (QA/QC) for 301(h) Monitoring Programs: Guidance on Field and Laboratory Methods* (EPA 430/9-86-004 1987).

The Permittee shall include replicates for sediment chemistry and benthic monitoring. The number of samples required at each station is as follows:

| Station | Number of Samples at Each Station (Benthic Replicates) | |
| --- | --- | --- |
| | Chemistry | Benthic Organisms |
| Nearshore (C) stations | 2 | 3 |
| Offshore (D) stations | 2 | 3 |
| Offshore (E) stations | 1 | 3 |

In addition to the sediment samples collected for chemistry and benthic analysis, two subsamples shall be collected at each station for grain size analysis.

(1)    Sediment Chemistry

Sediment shall be collected using a $0.16 \text{ m}^2$ modified van Veen grab sampler. Sediment samples for chemical analyses shall be taken from the top 2 cm of the grab and analyzed for the parameters listed below, using methods developed by NOAA's National Status and Trends Program for Marine Environmental Quality. For metals, the Permittee shall attempt to achieve target detection limits 5 times lower than the Effects Range Low (ERL), or the concentration at which 10% of the studies show effects. Analytical results shall be reported on a dry weight basis.

Sediment chemistry testing shall be conducted during years one and two of

22946

NPDES Permit No. HI 0020117
Page 25 of 59

this permit. These test results will be reviewed by the EPA and DOH to determine the adequacy of sampling frequency.

| Sediment Chemistry Parameter (Units) | |
|---|---|
| Grain size (phi) | |
| Total organic carbon (%) | |
| Oxidation-reduction potential (EH; mv) | |
| Total nitrogen (mg/kg) | |
| Acid volatile sulfides (mg/kg) | |
| *Metals* (mg/kg) | |
| Aluminum | |
| Beryllium | |
| Cadmium | |
| Chromium | |
| Copper | |
| Iron | |
| Lead | |
| Nickel | |
| Selenium | |
| Silver | |
| Zinc | |
| Sediment Chemistry and Biological Parameters (Units) | |
| *Metals* (mg/kg) | |
| Arsenic | |
| Mercury | |
| *DDTs* (ug/kg) | |
| 4,4'-DDT | 2,4'-DDD |
| 2,4'-DDT | 4,4'-DDE |
| 4,4'-DDD | 2,4'-DDE |
| *Chlorinated pesticides other than DDT* (ug/kg) | |
| Aldrin | Heptachlor epoxide |
| Alpha-Chlordane | Hexachlorobenzene |

22947