CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553 - 3376
Fax:  (415) 358 - 5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON            1259-0
WILLIAM TAM            1887-0
BLAKE K. OSHIRO        6746-0
ALSTON HUNT FLOYD & ING
Attorneys At Law
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi  96813
Tel:  (808) 524-1800
Fax: (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻI'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>        Plaintiffs,<br>   vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>        Defendants. | Civil No. 04-00463 DAE/BMK<br><br>**ADDITIONAL EXHIBITS TO PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS; EXHIBIT 4; CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. David A. Ezra |