NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
# DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

**PERMITTEE NAME/ADDRESS** (include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 1NF A

MONITORING PERIOD
FROM YEAR 04 / MO 08 / DAY 01 TO YEAR 04 / MO 08 / DAY 31

MAJOR

F-FINAL INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | | QUALITY OR CONCENTRATION | | | | NO. EX (46-53) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | 40,955 | 41,339 | KG/DAY | 183 | 157 | 161 | MG/L | 0 | 30 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT DAILY MX | REPORT MO AVG | REPORT DAILY MX | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | ********* | 47,447 | KG/DAY | ********* | ********* | ********* | | 0 | 30 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 G 0 0 | SAMPLE MEASUREMENT | 37,993 | 39,090 | KG/DAY | 178 | 145 | 152 | MG/L | 0 | 30 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT DAILY MX | REPORT MO AVG | REPORT DAILY MX | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 G 0 0 | SAMPLE MEASUREMENT | ********* | 47,768 | KG/DAY | ********* | ********* | ********* | | 0 | 30 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 0 0 | SAMPLE MEASUREMENT | 7,448 | 9,173 | KG/DAY | ********* | 28.6 | 34.8 | MG/L | 0 | 14 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.027 | KG/DAY | ********* | ********* | 0.099 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.011 | KG/DAY | ********* | ********* | 0.039 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER

SILVESTRE L. ULEP, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

DATE: 04 / 09 / 23

TELEPHONE (808) 692-5096

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here).

X - Chlordane result is an estimate with s = 0.019 ug/L.
A - See noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.

(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35001

# EXHIBIT 4

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
## DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

MONITORING PERIOD
FROM YEAR 04 MO 08 DAY 01   TO   YEAR 04 MO 08 DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (63-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 00 | SAMPLE MEASUREMENT | 4,881 | 7,192 | KG/DAY (01) | ******** | 18.7 | 26.5 | MG/L (19) | 0 | ONCE/MONTH 14/31 | CALC'TD |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | CALC'TD |
| PETROLEUM HYDROCARBONS, 82180 G 00 | SAMPLE MEASUREMENT | 2,567 | 3,788 | KG/DAY (01) | ******** | 9.9 | 14.4 | MG/L (19) | 0 | ONCE/MONTH 14/31 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | GRAB-3 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 70.1 | 98.8 | MGD (03) | ******** | ******** | ******** | | 0 | CONTINUOUS 31/31 | RECORDER |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | ******** | ******** | | | | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 75.5 | MGD (03) | ******** | ******** | ******** | | 0 | CONTINUOUS 31/31 | RECORDER |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | ******** | ******** | ******** | | | | RECORDER |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (Ref. 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096 area code NUMBER

DATE 04/04/23 YEAR MO DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
B - See noncompliance report (2).
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-98)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 2 OF 5

35002

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
**NAME: HONOLULU, CITY AND COUNTY OF**
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

MONITORING PERIOD
FROM YEAR 04 | MO 08 | DAY 01   TO   YEAR 04 | MO 04 | DAY 31

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (45-46) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (20-27) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 90.9 | (2G) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.75 | 28.70 | DEG. C | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 27,356 | 28,611 | (01) | 121 | 101 | 109 | (19) | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 36934 MO AVG | 49633 HI WK AV | KG/DAY | REPORT DAILY MX | 110 MO AVG | 160 HI WK AV | MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 31,464 | (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.83 | ******** | 7.10 | (12) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE/TIME WEEK | GRAB |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 13,824 | 15,620 | (01) | 74 | 51 | 53 | (19) | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 31404 MO AVG | 32266 HI WK AV | KG/DAY | REPORT DAILY MX | 89 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 04/04/23

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these provisions may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.

(REPLACES EPA FORM 7-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35003

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM YEAR 04 / MO 08 / DAY 01 TO YEAR 04 / MO 08 / DAY 31

MAJOR

NOTE: Read instructions before completing this form.

F-FINAL DISCHARGE 001   NO DISCHARGE ☐

| PARAMETER | Quantity or Loading AVERAGE | MAXIMUM | UNITS | Quality or Concentration MINIMUM | AVERAGE | MAXIMUM | UNITS | NO EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | ******** | 19,970 | KG/DAY (01) | ******** | 22.2 | 20.6 | MG/L (19) | 0 | 31 / 31 DAILY | COMP24 |
| Permit Requirement | | REPORT DAILY MX | | | | REPORT DAILY MX | | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 5,922 | 6,495 | KG/DAY (01) | ******** | 22.2 | | MG/L (19) | 0 | 1 / 31 ONCE/MONTH | COMP24 |
| Permit Requirement | REPORT ANNL AVG | REPORT MO AVG | | | REPORT MO AVG | | | | | |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 5,487 | 7,575 | KG/DAY (01) | ******** | 20.7 | 29.3 | MG/L (19) | 0 | 14 / 31 THREE/WEEK | GRAB-3 |
| Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| CHLORDANE (TECH MIX, AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 0.0294 | 0.023 | KG/DAY (01) | ******** | 0.1001 | 0.080 | UG/L (28) | 0 XC | 1 / 31 ONCE/MONTH | COMP24 |
| Permit Requirement | REPORT ANNL AVG | REPORT DAILY MX | | | REPORT ANNL AVG | REPORT DAILY MX | | | | |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 0.0126 | 0.006 | KG/DAY (01) | ******** | 0.043 | 0.023 | UG/L (28) | 0 D | 1 / 31 ONCE/MONTH | COMP24 |
| Permit Requirement | REPORT ANNL AVG | REPORT DAILY MX | | | 0.012 ANNL AVG | 0.018 DAILY MX | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 71.8 | 100.4 | MGD (03) | ******** | | | | 0 | 31 / 31 CONTINUOUS | RECORDER |
| Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | | | | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT EFFLUENT GROSS VALUE — Sample Measurement | ******** | 78.6 | MGD (03) | ******** | | | | 0 | 31 / 31 CONTINUOUS | RECORDER |
| Permit Requirement | | REPORT DAILY MX | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND I AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS. (See 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these laws may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 04 / 09 / 23 (YEAR / MO / DAY)

(Reference all attachments here)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

35004

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303.
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM  YEAR 04 / MO 08 / DAY 01  TO  YEAR 04 / MO 08 / DAY 31

F-FINAL DISCHARGE 001
NO DISCHARGE
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX (46-49) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | MAXIMUM (62-68) | (4 Card Only) AVERAGE (38-45) | QUALITY OR UNITS | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 3,179 | 4,974 | KG/DAY | ******** | 12.0 | 19.1 | MG/L (19) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 5,141,073 | 6,800,000 | CFU/ 100 ML (32) | 0 | 31 / 31 | GRAB |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | PERMIT REQUIREMENT | ******** | ******** | | 4,737,238 | REPORT WK GEO MN | 10,000 DAILY MX | | | DAILY | GRAB |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 825 | 826 | | ******** | 3.09 | 2.62 | MG/L (19) | 0 | 1 / 31 | COMP24 |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | REPORT MO GEO MN | REPORT ANNL AVG | | | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 35 | ******** | ******** | PERCENT (23) | 0 ^A | 1 / 31 | CALCTD |
| PERCENT REMOVAL BOD, 5-DAY 81010 K 0 0 | PERMIT REQUIREMENT | ******** | ******** | KG/DAY | 30 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 65 | ******** | ******** | PERCENT (23) | 0 ^A | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL PETROLEUM HYDROCARBONS, 82180 1 0 0 | SAMPLE MEASUREMENT | 2,308 | 3,929 | | ******** | 8.7 | 15.0 | MG/L (19) | 0 | 14 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 04 / 09 / 25
YEAR / MO / DAY

(Reference all attachments here)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A – See noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35005

35006

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: www.honolulu.gov



JEREMY HARRIS
Mayor

'04  OCT 21  AI0 :19

FRANK J. DOYLE, P.E.
Director

TIMOTHY A. HOUGHTON
Deputy Director

**CERTIFIED MAIL**

OCT 1 9 2004

EMC 04-402

Dr. Chiyome Fukino, M.D.
Director of Health
Clean Water Branch
Environmental Management Division
State Department of Health
919 Ala Moana Boulevard, 3rd Floor
Honolulu, Hawaii  96814

Dear Dr. Fukino:

Subject:   Discharge Monitoring Correction for Sand Island WWTP - August 2004
City and County of Honolulu, NPDES No. HI0020117

Enclosed is a corrected page 4 of the Sand Island WWTP Discharge Monitoring Report (DMR) for the month of August 2004.  Please replace this page in your copies of the DMR.

While reviewing the Sand Island DMR for the month of August 2004, we found that the footnote "C" and "D" were not printed on the original DMR "COMMENT AND EXPLATION OF ANY VIOLATIONS" sent to you, letter number EMC 04-374.

In order to prevent future occurrences of this problem, person(s) responsible for the DMRs will review final DMRs more carefully to ensure that the footnotes are printed on the original DMRs before forwarding for final signature.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions, please call Ross Tanimoto from our Division of Water Quality at 692-5371.

Sincerely,

FRANK J. DOYLE, P.E.
Director

Enclosures

Copyright © 1992-1998, WindowChem Software™, Inc., (707) 864-0845, All rights reserved, Version 4.0, http://www.windowchem.com

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD
FROM  YEAR 04  MO 08  DAY 01  TO  YEAR 04  MO 08  DAY 31

F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 19,970 | KG/DAY | ********* | ********* | ********* | MG/L | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,922 | 6,495 | KG/DAY | ********* | 22.2 | 20.6 | MG/L | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN.AVG | REPORT DAILY.MX | (01) | | REPORT ANN.AVG | REPORT MO.AVG | (19) | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,487 | 7,575 | KG/DAY | ********* | 20.7 | 29.3 | MG/L | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO.AVG | REPORT DAILY.MX | (01) | | REPORT ANN.AVG | REPORT DAILY.MX | (19) | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0294 | 0.023 | KG/DAY | ********* | 0.1001 | 0.080 | UG/L | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 0.0024 ANN.AVG | 0.12 DAILY.MX | (01) | | REPORT ANN.AVG | 0.16 DAILY.MX | (28) | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0126 | 0.006 | KG/DAY | ********* | 0.043 | 0.023 | UG/L | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 0.00037 ANN.AVG | 0.006 DAILY.MX | (01) | | 0.012 ANN.AVG | 0.18 DAILY.MX | (28) | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 71.8 | 100.4 | MGD | ********* | ********* | ********* | | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO.AVG | REPORT DAILY.MX | (03) | | | | | CONTIN- UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 78.6 | MGD | ********* | ********* | ********* | | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT HI.WK.AVG | (03) | | | | | CONTIN- UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (See 18 U.S.C. §1001 and 33 U.S.C. §1319.) (PENALTIES UNDER THESE STATUTES MAY INCLUDE FINES UP TO $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096    area code  NUMBER

DATE  04 / 10 / 15  YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.     C - See noncompliance report (3).     D - See noncompliance report (4).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)    Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35007

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A   MAJOR

MONITORING PERIOD
FROM  YEAR 04 / MO 09 / DAY 01   TO   YEAR 04 / MO 09 / DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62-63) | QUALITY OR CONCENTRATION (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (64-65) | NO. EX (68-69) | FREQUENCY OF ANALYSIS (54-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOD, 5-DAY (20 DEGREES C) 00310 G00 | SAMPLE MEASUREMENT | 40,531 | 44,135 | | 245 | 157 | 169 | | | | |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI MX AV | (01) KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI MX AV | (19) MG/L | 0 | 30 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT BOD, 5-DAY (20 DEGREES C) 00310 G00 | SAMPLE MEASUREMENT | ********* | 64,449 | | ********* | ********* | ********* | | | | |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) KG/DAY | | | REPORT DAILY MX | | 0 | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT SOLIDS, TOTAL SUSPENDED 00530 G00 | SAMPLE MEASUREMENT | 38,308 | 39,924 | | 242 | 148 | 153 | | | | |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI MX AV | (01) KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI MX AV | (19) MG/L | 0 | 30 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT SOLIDS, TOTAL SUSPENDED | SAMPLE MEASUREMENT | ********* | 61,553 | | ********* | ********* | ********* | | | | |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) KG/DAY | | | REPORT DAILY MX | | 0 | DAILY | COMP24 |
| OIL AND GREASE 03582 G00 | SAMPLE MEASUREMENT | 6,219 | 8,699 | | ********* | 24.1 | 33.6 | | | | |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | | REPORT MO AVG | REPORT DAILY MX | (19) MG/L | 0 | 13 / 30 THREE/WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.021 | | ********* | ********* | 0.080 | | | | |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) KG/DAY | | | REPORT DAILY MX | (28) UG/L | 0 X | 1 / 30 ONCE/MONTH | COMP24 |
| RAW SEWAGE/INFLUENT DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.007 | | ********* | ********* | 0.028 | | | | |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) KG/DAY | | | REPORT DAILY MX | (28) UG/L | 0 | 1 / 30 ONCE/MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5098
(Area code, Number)

DATE  04 / 10 / 04  (YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.019 ug/L.

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35008

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: INFA

MAJOR

MONITORING PERIOD
FROM  YEAR 04 / MO 09 / DAY 01  TO  YEAR 04 / MO 09 / DAY 30

F-FINAL  INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (54-61) | | | | NO.EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (4 Card Only) (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,535 | 5,799 | KG/DAY | ******** | 13.7 | 22.4 | MG/L | 0 | ONCE/ MONTH | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | 13 / 30 | |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,684 | 3,880 | KG/DAY | ******** | 10.4 | 14.6 | MG/L | 0 | ONCE/ MONTH | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | 13 / 30 | |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 68.3 | 69.9 | MGD | ******** | ******** | ******** | | 0 | THREE/ WEEK | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | ******** | ******** | | | 30 / 30 | |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 69.2 | MGD | ******** | ******** | ******** | | 0 | CONTIN UOUS | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | ******** | | | 30 / 30 | |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | CONTIN UOUS | RECORDER |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (REFERENCE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: YEAR 04 / MO 10 / DAY 14

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.  (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35009

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
**NAME: HONOLULU, CITY AND COUNTY OF**
**ADDRESS: SAND ISLAND WWTP**
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERPGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED OMB No.2040-0004

PERMIT NUMBER: **HI0020117**   DISCHARGE NUMBER: **001 A**

MONITORING PERIOD: FROM YEAR 04 MO 09 DAY 01 TO YEAR 04 MO 09 DAY 30

F-FINAL DISCHARGE 001   NO DISCHARGE ☐   MAJOR

NOTE: Read instructions before completing this form.

| PARAMETER | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 — SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 45.5 | (2G) CHRONIC TOXICITY | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE — PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 — SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE — PERMIT REQUIREMENT | | | | | | 94 DAILY MX | | | ONCE/MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 — SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.95 | 29.00 | (04) DEG. C | 0 | 30 / 30 | GRAB |
| EFFLUENT GROSS VALUE — PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 — SAMPLE MEASUREMENT | 26,866 | 28,102 | (01) KG/DAY | 123 | 101 | 105 | (19) MG/L | 0 | 30 / 30 | COMP24 |
| EFFLUENT GROSS VALUE — PERMIT REQUIREMENT | 3584 MO AVG | 4863 HI MK AV | | REPORT DAILY MX | 116 MO AVG | 80 HI MK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) — SAMPLE MEASUREMENT | ******** | 32,635 | KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| EFFLUENT GROSS VALUE — PERMIT REQUIREMENT | | REPORT DAILY MX / 32,550 HI MK AV | | | | ******** | | | DAILY | COMP24 |
| PH 00400 1 0 0 — SAMPLE MEASUREMENT | ******** | ******** | | 6.78 | ******** | 7.04 | (12) SU | 0 | 30 / 30 | GRAB |
| EFFLUENT GROSS VALUE — PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | | | FIVE TIMES/WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS, 00530 1 0 0 — SAMPLE MEASUREMENT | 14,692 | 15,171 | (01) KG/DAY | 70 | 55 | 57 | (19) MG/L | 0 | 30 / 30 | COMP24 |
| EFFLUENT GROSS VALUE — PERMIT REQUIREMENT | 21,404 MO AVG | 32,550 HI MK AV | | REPORT DAILY MX | 59 MO AVG | 104 HI MK AV | | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
**SILVESTRE L. ULEP, CHIEF DEQ**
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these laws may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

TELEPHONE (808) 692-5096   area code — NUMBER

DATE 09-10-04 (YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS   (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 3 OF 5

35010

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 'SAND ISLAND WWTP'
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117   DISCHARGE NUMBER: 001 A   MAJOR

MONITORING PERIOD: FROM YEAR 04 MO 09 DAY 01 TO YEAR 04 MO 09 DAY 30

F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| Parameter | Quantity or Loading Average | Maximum | Units | Quality or Concentration Minimum | Average | Maximum | Units | No. Ex | Frequency of Analysis | Sample Type |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 — Sample Measurement | ******** | 18,679 | | ******** | ******** | ******** | | | | |
| EFFLUENT GROSS VALUE — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | | | ******** | (01) | 0 | 30 / 30 | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 — Sample Measurement | 5,898 | 5,651 | | ******** | 22.2 | 21.3 | | | | |
| EFFLUENT GROSS VALUE — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | | REPORT MO AVG | REPORT MO AVG | MG/L (19) | 0 | 1 / 30 ONCE/MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 — Sample Measurement | 4,875 | 6,324 | | ******** | 18.3 | 23.8 | | | | |
| EFFLUENT GROSS VALUE — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | | REPORT MO AVG | REPORT DAILY MX | MG/L (19) | 0 | 13 / 30 THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 — Sample Measurement | 0.0310 | 0.020 | | ******** | 0.1063 | 0.074 | | | | |
| EFFLUENT GROSS VALUE — Permit Requirement | REPORT ANNL AVG | REPORT DAILY MX | KG/DAY (01) | | REPORT ANNL AVG | REPORT DAILY MX | UG/L (28) | 0 A,A | 1 / 30 ONCE/MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 — Sample Measurement | 0.0129 | 0.006 | | ******** | 0.044 | 0.024 | | | | |
| EFFLUENT GROSS VALUE — Permit Requirement | REPORT ANNL AVG | REPORT DAILY MX | KG/DAY (01) | | REPORT ANNL AVG | REPORT DAILY MX | UG/L (28) | 0 B | 1 / 30 ONCE/MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 — Sample Measurement | 70.3 | 72.4 | | ******** | ******** | ******** | | | | |
| EFFLUENT GROSS VALUE — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | MGD (03) | | | ******** | | 0 | 30 / 30 CONTINUOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT — Sample Measurement | ******** | 70.9 | | ******** | ******** | ******** | | | | |
| EFFLUENT GROSS VALUE — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | MGD (03) | | | | | 0 | 30 / 30 CONTINUOUS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (REF. 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: 04 / 10 / 04 (YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.
A - See noncompliance report (1).    B - See noncompliance report (2).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA Form T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35011

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULIOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: 001 A

MAJOR

MONITORING PERIOD
FROM  YEAR 04 | MO 09 | DAY 01   TO  YEAR 04 | MO 09 | DAY 30

F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | AVERAGE | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,168 | 3,481 | | ******** | 13.1 | 8.1 | | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT DAILY MX | REPORT MO AVG | MG/L | | ONCE/ MONTH | |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 4,573,374 | 6,200,000 | 5,027,589 | | 0 | 30 / 30 | GRAB |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK/GEO MN | REPORT WK/GEO MN | CFU/ 100 ML | | DAILY | |
| EFFLUENT GROSS VALUE PHOSPHATE, TOTAL | SAMPLE MEASUREMENT | 814 | 791 | | ******** | 2.98 | 3.07 | | 0 | 1 / 30 | COMP24 |
| COLOR, METHOD (AS P) 70505 1 0 0 | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | (01) | ******** | REPORT DAILY MX | REPORT ANNL AVG | MG/L | | ONCE/ MONTH | |
| EFFLUENT GROSS VALUE BOD, 5-DAY | SAMPLE MEASUREMENT | ******** | ******** | | 36 | ******** | | PERCENT | 0 | 1 / 30 | CALCTD |
| PERCENT REMOVAL 81010 K 0 0 | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | | | | ONCE/ MONTH | |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 63 | ******** | | PERCENT | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 60 MO AVG | ******** | | | | ONCE/ MONTH | |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,707 | 3,799 | | ******** | 14.4 | 10.2 | | 0 | 13 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT DAILY MX | REPORT MO AVG | MG/L | | THREE/ WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

TYPED OR PRINTED
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (REFERENCE 18 USC. § 1001 AND 33 U.S.C. § 1319. Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096  area code  NUMBER

DATE  YEAR 04 | MO 11 | DAY 0

COMMENT AND EXPLANATION OF ANY VIOLATIONS

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (Reference all attachments here)    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

35012

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI. 96707

FACILITY:
LOCATION:
ATTR: DON PIEPGRASS

PERMIT NUMBER (2-16): HI0020117
DISCHARGE NUMBER (17-19): INF A
MONITORING PERIOD: FROM YEAR 04 MO 10 DAY 01 TO YEAR 04 MO 10 DAY 31

MAJOR

F-FINAL INFLUENT/MONTHLY
NO DISCHARGE
NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | (62-63) | (64-68) | (69-70) |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 38,052 | 41,359 | KG/DAY | ******* | 148 | 160 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******* | REPORT MO AVG | REPORT DAILY MX | | | DAILY | |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******* | 45,695 | KG/DAY | 181 | ******* | ******* | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | REPORT DAILY MX | | | | | DAILY | |
| TOTAL SUSPENDED SOLIDS 00530 G 00 | SAMPLE MEASUREMENT | 37,050 | 38,772 | KG/DAY | ******* | 144 | 150 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******* | REPORT MO AVG | REPORT DAILY MX | | | DAILY | |
| TOTAL SUSPENDED SOLIDS RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******* | 54,911 | KG/DAY | 175 | ******* | ******* | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | REPORT DAILY MX | | | | | DAILY | |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 5,737 | 8,788 | KG/DAY | ******* | 22.9 | 35.5 | MG/L | 0 | 12 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******* | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 G 0 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******* | 0.018 | KG/DAY | ******* | ******* | 0.073 | UG/L | 0 X | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******* | 0.006 | KG/DAY | ******* | ******* | 0.022 | UG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 04 | 11 | 23

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.019 ug/L.

EPA Form 3320-1 (Rev. 9-98) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 1 OF 5

35013

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM 04 / 10 / 01 TO 04 / 10 / 31

MAJOR

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,385 | 6,164 | KG/DAY | ********* | 13.6 | 24.9 | MG/L | 0 | 12 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ********* | REPORT MO AVG | REPORT DAILY MX | (19) | (0348) | (64-68) ONCE/ MONTH | (69-70) CALCTD |
| PETROLEUM HYDROCARBONS, 82180 G 0 0 | SAMPLE MEASUREMENT | 2,352 | 3,690 | KG/DAY | ********* | 9.3 | 14.4 | MG/L | 0 | 12 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ********* | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE/ WEEK | GRAB |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 67.9 | 82.9 | MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 68.3 | MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | (03) | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 04 / 11 / 23

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED).

PAGE 2 OF 5

35014

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  YEAR 04  MO 10  DAY 01  TO  YEAR 04  MO 10  DAY 31

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 45.5 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.59 | 28.60 | DEG. C | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | (04) | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 26,156 | 26,769 | KG/DAY | 111 | ******** | 100 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 36,584 MO AVG | 40,531 HI WK AV | (01) | REPORT DAILY MX | 97 MO AVG | 116 HI WK AV | (19) | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 30,502 | | ******** | ******** | ******** | | | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | REPORT DAILY MX | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.87 | ******** | 7.11 | SU | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | (12) | | FIVE TIME/WEEK | GRAB |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 14,527 | 15,098 | KG/DAY | 66 | 54 | 56 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 21,404 MO AVG | 32,250 HI WK AV | (01) | REPORT DAILY MX | 59 MO AVG | 104 HI WK AV | (19) | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code    number

DATE  04 / 11 / 23
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

35015

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM: YEAR 04 MO 10 DAY 01
TO: YEAR 04 MO 10 DAY 31

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (45-63) | | | QUALITY OR CONCENTRATION (45-53) | | | UNITS | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (45-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (4 Card Only) (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | EX (70-43) | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ********* | 21,334 | KG/DAY | ********* | ********* | ********* | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | ********* | ********* | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,897 | 5,656 | KG/DAY | ********* | 22.1 | 20.9 | MG/L (19) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | ********* | REPORT ANN AVG | REPORT MO AVG | | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,462 | 6,146 | KG/DAY | ********* | 16.8 | 23.6 | MG/L (19) | 0 | 12 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0325 | 0.018 | KG/DAY | ********* | 0.1120 | 0.069 | UG/L (28) | 0  XA | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | | ********* | 0.0078 ANN AVG | 0.036 DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0130 | 0.005 | KG/DAY | ********* | 0.044 | 0.019 | UG/L (28) | 0  B | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0090 ANN AVG | 0.05 DAILY MX | | ********* | 0.012 ANN AVG | 0.18 DAILY MX | | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 71.5 | 85.4 | MGD (03) | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 73.1 | MGD (03) | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 04 | 11 | 23

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with s ≤ 0.019 ug/L.
A - See noncompliance report (1).   B - See noncompliance report (2).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 4 OF 5

35016

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM: YEAR 04 MO 10 DAY 01   TO: YEAR 04 MO 10 DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (54-61) | | | NO. EX (63-68) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MINIMUM | AVERAGE | MAXIMUM | MINIMUM | AVERAGE | MAXIMUM | | | |
| | | (3 Card Only)(46-53) | (54-61) | (62-69) | (4 Card Only)(38-45) | (46-53) | (54-61) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | | 2,215 | 4,123 | | | 15.4 | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | REPORT MO AVG | REPORT DAILY MX | | | REPORT DAILY MX | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI, 61211 1 0 1 | SAMPLE MEASUREMENT | UNITS (01) KG/DAY | ******** | ******** | | 8.3 | | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO GEO MN | | | DAILY | GRAB |
| COLONY FORMING UNITS 61221 1 0 1 | SAMPLE MEASUREMENT | | | | 4,782,718 | 4,973,597 | 6,700,000 | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | | ONCE/ MONTH | COMP24 |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | | 799 | 687 | | 3.01 | 2.54 | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | REPORT ANN AVG | REPORT MO AVG | | REPORT ANN AVG | REPORT MO AVG | | ONCE/ MONTH | CALCTD |
| BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | UNITS (01) KG/DAY | ******** | ******** | 35 | ******** | ******** | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | | ******** | ******** | 63 | ******** | ******** | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 85 MO AVG | | | | ONCE/ MONTH | CALCTD |
| PETROLEUM HYDROCARBONS, 82180 1 0 0 | SAMPLE MEASUREMENT | | 2,247 | 3,006 | | 8.4 | 11.2 | 0 | 12 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | | REPORT MO AVG | REPORT DAILY MX | | REPORT MO AVG | REPORT DAILY MX | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | |

UNITS column values: (19) MG/L ; (32) CFU/ 100 ML ; (19) MG/L ; (23) PERCENT ; (23) PERCENT ; (19) MG/L

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096
area code    NUMBER

DATE
04 | 11 | 23
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 5 OF 5

35017

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED OMB No.2040-0004

PERMITTEE NAME/ADDRESS (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707
FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-16)
DISCHARGE NUMBER: INF A (17-19)

MONITORING PERIOD
FROM YEAR 04 MO 11 DAY 01 TO YEAR 04 MO 11 DAY 30

MAJOR

F-FINAL □ INFLUENT/MONTHLY □ NO DISCHARGE □

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | 36,549 | 37,622 | KG/DAY | | 134 | 145 | MG/L | 0 | 30 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI MX AV | | | REPORT MO AVG | REPORT HI MX AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 1 | SAMPLE MEASUREMENT | ******** | 44,231 | KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 G 0 0 | SAMPLE MEASUREMENT | 35,718 | 42,097 | KG/DAY | 178 | 130 | 140 | MG/L | 0 | 30 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI MX AV | | | REPORT MO AVG | REPORT HI MX AV | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, | SAMPLE MEASUREMENT | ******** | 69,462 | KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 0 0 | SAMPLE MEASUREMENT | 7,310 | 11,200 | KG/DAY | | 26.4 | 36.3 | MG/L | 0 | 13 / 30 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE WEEK | GRAB-3 |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.031 | KG/DAY | ******** | ******** | 0.122 | UG/L | 0 | 1 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.017 | KG/DAY | ******** | ******** | 0.068 | UG/L | 0 | 1 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (fines are under laws may include fines and imprisonment for knowing violations.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: 04 / 12 / 23    YEAR MO DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 1 OF 5

35018

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location If different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MAJOR
F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE

**MONITORING PERIOD**
FROM: YEAR 04 MO 11 DAY 01  TO: YEAR 04 MO 11 DAY 30

NOTE: Read Instructions before completing this form.

| Parameter | | (3 Card Only) QUANTITY OR LOADING AVERAGE | MAXIMUM | UNITS | (4 Card Only) QUALITY OR CONCENTRATION MINIMUM | AVERAGE | MAXIMUM | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G00 | SAMPLE MEASUREMENT | 4,356 | 7,844 | KG/DAY | ******** | 15.4 | 22.4 | MG/L | 0 | 11 / 30 | CALC'TD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | (19) | A | ONCE/ MONTH | CALC'TD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G00 | SAMPLE MEASUREMENT | 2,806 | 3,601 | KG/DAY | ******** | 10.0 | 13.6 | MG/L | 0 | 11 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | (19) | A | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 72.9 | 103.1 | MGD | ******** | ******** | ******** | | 0 | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | ******** | ******** | ******** | | | CONTIN- UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 79.2 | MGD | ******** | ******** | ******** | | 0 | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HRMX AVG | (03) | ******** | ******** | ******** | | | CONTIN- UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | REPORT HRMX AVG | | MGD | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

TELEPHONE: (808) 692-5096
DATE: YEAR 04 MO 12 DAY 13

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

COMMENT AND EXPLANATION OF ANY VIOLATIONS: (Reference all attachments here)
A - See noncompliance report (1).

EPA Form 3320-1 (Rev. 3-88)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

35019

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  YEAR 04  MO 11  DAY 01  TO  YEAR 04  MO 11  DAY 30

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐
NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 100 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 90.9 | (2G) | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 100 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 2 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 26.62 | 28.00 | (04) | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 00 | SAMPLE MEASUREMENT | 25,215 | 26,176 | (01) | 116 | 89 | 99 | (19) | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 85,904 MO AV | 9,953 HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | 180 HI WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 30,734 | (01) | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| PH 00400 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | 6.85 | ******** | 7.38 | (12) | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIMES/ WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS, 00530 1 00 | SAMPLE MEASUREMENT | 14,466 | 15,963 | (01) | 61 | 50 | 51 | (19) | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 33,104 MO AV | 33,250 HI WK AV | KG/DAY | REPORT DAILY MX | 58 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE
04 12 23
YEAR MO DAY

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR... (certification text)

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

(Reference all attachments here)

PAGE 3 OF 5

35020

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR
DISCHARGE 001 F-FINAL
NO DISCHARGE

MONITORING PERIOD
FROM YEAR 04 MO 11 DAY 01 TO YEAR 04 MO 11 DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Average (46-53) | Maximum (54-61) | Units | Minimum (38-45) | Average (46-53) | Maximum (54-61) | Units | | | (69-70) |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 23,550 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 30/30 DAILY | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,868 | 5,402 | KG/DAY (01) | ******** | 21.9 | 20.1 | MG/L (19) | 0 | 0/30 ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT ANNL AVG | REPORT MO AVG | | | | |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 5,325 | 8,203 | KG/DAY (01) | ******** | 18.3 | 24.6 | MG/L (19) | 0 | 13/30 THREE/WEEK | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0335 | 0.029 | KG/DAY (01) | ******** | 0.1157 | 0.108 | UG/L (28) | 0 B | 1/30 ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | 0.0024 ANNL AVG | 0.12 DAILY MX | | | 0.0209 ANNL AVG | 0.038 DAILY MX | | | | |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0137 | 0.012 | KG/DAY (01) | ******** | 0.047 | 0.046 | UG/L (28) | 0 C | 1/30 ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | 0.0037 ANNL AVG | 0.012 DAILY MX | | | 0.012 ANNL AVG | 0.019 DAILY MX | | | | |
| FLOW IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 76.2 | 103.7 | MGD (03) | ******** | ******** | ******** | | 0 | 30/30 CONTINUOUS | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 81.6 | MGD (03) | ******** | ******** | ******** | | 0 | 30/30 CONTINUOUS | RECORDER |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 04/12/23

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
B - See noncompliance report (2).    C - See noncompliance report (3).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35021

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117 (2-19)
DISCHARGE NUMBER: 001 A (17-19)

MAJOR

F-FINAL DISCHARGE 001 ☐
NO DISCHARGE ☐

MONITORING PERIOD
FROM YEAR 04 MO 11 DAY 01 — TO YEAR 04 MO 11 DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | UNITS (19) | NO. EX (70-43) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,760 | 4,357 | KG/DAY | ******** | 9.4 | 14.1 | MG/L | 0 | 1/30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/MONTH | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 4,485,466 | 5,019,129 | 6,000,000 | CFU/100 ML | .01 | 30/30 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 30,000 DAILY MX | | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 797 | 801 | KG/DAY | ******** | 2.98 | 2.98 | MG/L | 0 | 1/30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT ANNL AVG | | | REPORT MO AVG | REPORT ANNL AVG | | | ONCE/MONTH | COMP24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 34 | ******** | ******** | PERCENT | 0 | 1/30 | CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | | | ONCE/MONTH | CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 61 | ******** | ******** | PERCENT | 0 | 1/30 | CALCTD |
| | PERMIT REQUIREMENT | | | | 60 MO AVG | | | | | ONCE/MONTH | CALCTD |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,460 | 3,847 | KG/DAY | ******** | 8.4 | 12.5 | MG/L | 0 | 12/30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

[signature]
SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096  area code / NUMBER

DATE 04/12/23  YEAR/MO/DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.  (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35022

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

IN A
PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: IN A

MONITORING PERIOD
FROM 04 / 12 / 01   TO 04 / 12 / 31
YEAR / MO / DAY

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE □ ***
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (54-61) | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 38,179 | 39,893 | KG/DAY | 170 | 149 | 153 | MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | (19) | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 44,564 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT SOLIDS, | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | (01) | ******** | ******** | ******** | | | DAILY | COMP24 |
| TOTAL SUSPENDED 00530 G 00 | SAMPLE MEASUREMENT | 33,882 | 38,004 | KG/DAY | 150 | 132 | 135 | MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT SOLIDS, | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | (19) | | DAILY | COMP24 |
| TOTAL SUSPENDED | SAMPLE MEASUREMENT | ******** | 54,394 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | (01) | ******** | ******** | ******** | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 5,836 | 9,102 | KG/DAY | ******** | 23.3 | 36.6 | MG/L | 0 | 14 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT CHLORDANE (TECH MIX) | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE WEEK | GRAB-3 |
| AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.061 | KG/DAY | ******** | ******** | 0.238 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | (01) | ******** | ******** | REPORT DAILY MX | (28) | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.025 | KG/DAY | ******** | ******** | 0.098 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | (01) | ******** | ******** | REPORT DAILY MX | (28) | | ONCE/ MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ.
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096
area code   NUMBER

DATE
05 / 01 / 20
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 1 OF 5

35023