FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM: YEAR 04 MO 12 DAY 01  TO  YEAR 04 MO 12 DAY 31

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (4 Card Only) (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,247 | 5,695 | KG/DAY | ********* | 13.0 | 22.9 | MG/L | 0 | 14 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ********* | REPORT MO AVG | REPORT DAILY MX | (19) | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,589 | 3,417 | KG/DAY | ********* | 10.4 | 14.0 | MG/L | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ********* | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 68.2 | 97.1 | MGD | ********* | ********* | ********* | | 0 ^ | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 77.3 | MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ********* | REPORT HMK AV | (03) | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | MGD | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these provisions may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 3 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code  NUMBER

DATE 05 | 01 | 20
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See noncompliance report (1).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.
(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35024

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  YEAR 04  MO 12  DAY 01   TO   YEAR 04  MO 12  DAY 31

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 90.9 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 25.85 | 26.90 | (04) | 0 | 29 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 26,279 | 28,035 | (01) | 111 | 97 | 103 | (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 35,984 MO AVG | 49,533 HI WK AV | KG/DAY | REPORT DAILY MX | 116 MO AVG | 160 HI WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | ******** | 31,444 | (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | ******** | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.90 | ******** | 7.17 | (12) | 0 | 30 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | ******** | 9.0 MAXIMUM | SU | | FIVE TIMES/ WEEK | GRAB |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 13,566 | 15,287 | (01) | 76 | 50 | 53 | (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 21,404 MO AVG | 32,252 HI WK AV | KG/DAY | REPORT DAILY MX | 69 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE
05 / 01 / 20
YEAR  MO  DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35025

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  04 | 12 | 01  TO  04 | 12 | 31

F-FINAL
DISCHARGE 001
NO DISCHARGE

MAJOR

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 28,450 | KG/DAY | ******** | ******** | | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT DAILY MX | | | | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,857 | 5,718 | KG/DAY | 21.7 | 21.8 | (19) MG/L | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT ANN AVG | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,372 | 6,004 | KG/DAY | 16.5 | 23.5 | (19) MG/L | 0 | 14 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT ANN AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0321 | 0.077 | KG/DAY | 0.1161 | 0.287 | (28) UG/L | 0 B | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | | REPORT ANN AVG | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0112 | 0.020 | KG/DAY | 0.040 | 0.076 | (28) UG/L | 0 G | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | | REPORT ANN AVG | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 71.6 | 98.9 | MGD | ******** | ******** | | | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | CONTIN- UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | ******** | 82.6 | MGD | ******** | ******** | | | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | CONTIN- UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE  05 | 01 | 70
YEAR | MO | DAY

I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION...

COMMENT AND EXPLANATION OF ANY VIOLATIONS
B - See noncompliance report (2).    G - See noncompliance report (3).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (Reference all attachments here)    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 4 OF 5

35026

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER HI0020117
DISCHARGE NUMBER 001 A
MONITORING PERIOD FROM YEAR 04 MO 12 DAY 01 TO YEAR 04 MO 12 DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO EX (46-47) | FREQUENCY OF ANALYSIS (54-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (32-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 1,940 | 4,098 | KG/DAY | ********* | 7.3 | 13.6 | MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO.AVG | REPORT DAILY MX | | | REPORT MO.AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ********* | ********* | | 4,576,530 | 5,116,890 | 5,800,000 | CFU/ 100 ML | .6 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO.GEO.MN | REPORT WK.GEO.MN | REPORT DAILY.MX | | | DAILY | GRAB |
| PHOSPHATE, TOTAL (AS P) COLOR, METHOD 70505 1 0 0 | SAMPLE MEASUREMENT | 838 | 1,272 | KG/DAY | ********* | 3.12 | 4.85 | MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN.AVG | REPORT DAILY MX | | | REPORT ANN.AVG | REPORT DAILY.MX | | | ONCE/ MONTH | COMP24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 35 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO.AVG | | | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 62 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 60 MO.AVG | | | | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,432 | 3,245 | KG/DAY | ********* | 9.2 | 12.7 | MG/L | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO.AVG | REPORT DAILY MX | | | REPORT MO.AVG | REPORT DAILY.MX | | | THREE/ WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 01 / 20

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35027

35028

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM YEAR 05 MO 01 DAY 01 TO YEAR 05 MO 01 DAY 31

MAJOR

F-FINAL
INFLUENT/MONTHLY ***
NO DISCHARGE ***

NOTE: Read instructions before completing this form.

| PARAMETER | | (3 Card Only) QUANTITY OR LOADING | | | (4 Card Only) QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | 37,471 | 38,427 | KG/DAY | | 143 | 153 | MG/L | 0 | 30 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | ******** | 45,609 | KG/DAY | ******** | ******** | ******** | | 0 | 30 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT DAILY MX | | | | | | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED 00530 G 0 0 | SAMPLE MEASUREMENT | 36,402 | 39,343 | KG/DAY | 166 | 139 | 148 | MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED | SAMPLE MEASUREMENT | ******** | 51,438 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT DAILY MX | | | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 0 0 | SAMPLE MEASUREMENT | 6,850 | 12,890 | KG/DAY | ******** | 27.5 | 52.8 | MG/L | 0 | 12 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.044 | KG/DAY | ******** | ******** | 0.160 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.032 | KG/DAY | ******** | ******** | 0.117 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 02 / 25

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A – See noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (Reference all attachments here)    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: NFA

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE

LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM: YEAR 05 / MO 01 / DAY 01   TO   YEAR 05 / MO 01 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE | MAXIMUM | UNITS | (4 Card Only) MINIMUM | AVERAGE | MAXIMUM | UNITS | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 4,623 | 10,742 | KG/DAY | ********* | 18.8 | 44.0 | (19) MG/L | 12 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | 12 / 31 ONCE MONTH | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,227 | 3,583 | KG/DAY | ********* | 8.9 | 13.6 | (19) MG/L | 12 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | 12 / 31 THREE WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 69.4 | 95.7 | MGD | ********* | ********* | ********* | | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | ********* | ********* | | 31 / 31 CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 70.7 | MGD | ********* | ********* | ********* | | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ********* | REPORT HI WK AVG | | ********* | ********* | ********* | | 31 / 31 CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | |

NO EX: 0, 0 B, 0, 0

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

TYPED OR PRINTED
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE
05 / 02 / 05
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
B - See noncompliance report (2).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-86) Previous edition to be used until supply is exhausted.

(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35029

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM 05 / 01 / 01  TO  05 / 01 / 31

MAJOR

FORM APPROVED
OMB No.2040-0004

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | (3 Card Only) | QUANTITY OR LOADING | | | (4 Card Only) | QUALITY OR CONCENTRATION | | | | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | EX (69) | | | |
| TUC STAT 1 HR CHR 00000 TRIPNEUSTES GRATILLA | SAMPLE MEASUREMENT | ********* | ********* | | ******** | ******** | 45.5 | (2G) | 0 | 1 / 31 | COMP24 |
| TTG3W 1 00 | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | (2G) | | ONCE / MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR 00000 CERIODAPHNIA DUBIA | SAMPLE MEASUREMENT | ********* | ********* | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| TTP3B 1 00 | PERMIT REQUIREMENT | | | | | | 9.4 DAILY MX | (2G) | | ONCE / MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | ******** | 25.26 | 27.10 | DEG. C | 0 | 30 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | (04) | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 00 | SAMPLE MEASUREMENT | 26,567 | 28,624 | (01) KG/DAY | 116 | 97 | 101 | (19) MG/L | 0 | 30 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35694 MO AVG | 40633 HI WK AV | (01) KG/DAY | REPORT DAILY MX | REPORT MO AVG | 160 HI WK AV | MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 31,394 | (01) KG/DAY | ******** | ******** | ********* | | 0 | 30 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) KG/DAY | | | | | | DAILY | COMP24 |
| PH 00400 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | 6.78 | ******** | 7.16 | (12) SU | 0 | 30 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIMES / WEEK | GRAB |
| SOLIDS, TOTAL SUSPENDED 00530 1 00 | SAMPLE MEASUREMENT | 13,877 | 14,699 | (01) KG/DAY | 66 | 50 | 53 | (19) MG/L | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21404 MO AVG | 32252 HI WK AV | (01) KG/DAY | REPORT DAILY MX | 68 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 02 / 14
YEAR / MO / DAY

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

DEPARTMENT OF ENVIRONMENTAL SERVICES

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See noncompliance report (1).    C - See noncompliance report (3).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

35030

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD
FROM: YEAR 05 / MO 01 / DAY 01   TO: YEAR 05 / MO 01 / DAY 31

F-FINAL DISCHARGE 001
NO DISCHARGE ****

NOTE: Read instructions before completing this form.

| PARAMETER | Quantity or Loading Average | Quantity or Loading Maximum | Units | Quality or Concentration Minimum | Quality or Concentration Average | Quality or Concentration Maximum | Units | No. Ex | Frequency of Analysis | Sample Type |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 — EFFLUENT GROSS VALUE — Sample Measurement | ******** | 20,021 | (01) KG/DAY | ******** | 5,911 | ******** | (19) MGIL | 0 | 31 / 31 | COMP24 |
| — Permit Requirement | | REPORT DAILY MX | (01) KG/DAY | | REPORT ANNL AVG | ******** | (19) MGIL | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 — EFFLUENT GROSS VALUE — Sample Measurement | | 6,002 | (01) KG/DAY | | 21.6 | 20.7 | (19) MG/L | 0 | 1 / 31 | COMP24 |
| — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | | REPORT MO AVG | | (19) | | ONCE/MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 — EFFLUENT GROSS VALUE — Sample Measurement | 4,981 | 6,040 | (01) KG/DAY | | 18.7 | 23.4 | (19) MG/L | 0 | 12 / 31 | GRAB-3 |
| — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | | REPORT MO AVG | | (19) | | THREE/WEEK | GRAB |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 — EFFLUENT GROSS VALUE — Sample Measurement | 0.0320 | 0.047 | (01) KG/DAY | | 0.1149 | 0.166 | (28) UG/L | 0 | 1 / 31 | COMP24 |
| — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | | 0.0076 ANNL AVG | 0.58 DAILY MX | (28) | D | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 — EFFLUENT GROSS VALUE — Sample Measurement | 0.0114 | 0.028 | (01) KG/DAY | | 0.041 | 0.098 | (28) UG/L | 0 | 1 / 31 | COMP24 |
| — Permit Requirement | 0.0037 ANNL AVG | 0.05 DAILY MX | (01) KG/DAY | | 0.012 ANNL AVG | 0.14 DAILY MX | (28) | E | ONCE/MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 — EFFLUENT GROSS VALUE — Sample Measurement | 72.7 | 97.4 | (03) MGD | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | (03) MGD | | | | | | CONTIN-UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT — EFFLUENT GROSS VALUE — Sample Measurement | ******** | 74.9 | (03) MGD | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| — Permit Requirement | | REPORT DAILY MX | (03) MGD | | | | | | CONTIN-UOUS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEO

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 02 / 17

I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION...

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
D- See noncompliance report (5).   E - See noncompliance report (5).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.  (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM YEAR 05 MO 01 DAY 01 TO YEAR 05 MO 01 DAY 31

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE ***

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING AVERAGE | QUANTITY OR LOADING MAXIMUM | UNITS | QUALITY OR CONCENTRATION MINIMUM | (avg) | MAXIMUM | UNITS | NO EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,346 | 3,419 | (01) KG/DAY | ******** | 8.8 | 12.6 | (19) MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | ONCE/MONTH | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 5,127,604 | 5,700,906 | 7,800,000 | (32) CFU/100 ML | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 843 | 806 | (01) KG/DAY | ******** | 3.09 | 2.78 | (19) MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | | ******** | REPORT ANN AVG | REPORT MO AVG | | | ONCE/MONTH | COMP2 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 PERCENT REMOVAL | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 32 | | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | (23) | | ONCE/MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 PERCENT REMOVAL | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 64 | | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 80 MO AVG | | | (23) | | ONCE/MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,635 | 3,924 | (01) KG/DAY | ******** | 9.9 | 15.2 | (19) MG/L | 0 | 12 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096   area code   NUMBER

DATE 05/02/25   YEAR MO DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See noncompliance report (1).

(Reference all attachments here)

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

35032

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
# DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INFA
MAJOR

MONITORING PERIOD
FROM 05 02 01 TO 05 02 28

NOTE: Read instructions before completing this form.

| PARAMETER | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Average (3 Card Only) | Maximum | Units | Minimum (4 Card Only) | Average | Maximum | Units | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 RAW SEWAGE/INFLUENT — Sample Measurement | 38,986 | 42,104 | (01) KG/DAY | ******** | 152 | 160 | (19) MG/L | 0 | 28 / 28 | COMP24 |
| Permit Requirement | REPORT MO AVG | REPORT HI WK AVG | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AVG | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT — Sample Measurement | ******** | 53,181 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 28 / 28 | COMP24 |
| Permit Requirement | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED 00530 G 0 0 RAW SEWAGE/INFLUENT — Sample Measurement | 35,339 | 37,481 | (01) KG/DAY | 180 | 137 | 139 | (19) MG/L | 0 | 28 / 28 | COMP24 |
| Permit Requirement | REPORT MO AVG | REPORT HI WK AVG | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AVG | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED RAW SEWAGE/INFLUENT — Sample Measurement | ******** | 47,010 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 28 / 28 | COMP24 |
| Permit Requirement | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 0 0 RAW SEWAGE/INFLUENT — Sample Measurement | 5,844 | 7,534 | (01) KG/DAY | ******** | 21.8 | 31.1 | (19) MG/L | 0 | 13 / 28 | GRAB-3 |
| Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE / WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 RAW SEWAGE/INFLUENT — Sample Measurement | ******** | 0.032 | (01) KG/DAY | ******** | ******** | 0.121 | (28) UG/L | 0 | 1 / 28 | COMP24 |
| Permit Requirement | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 RAW SEWAGE/INFLUENT — Sample Measurement | ******** | 0.016 | (01) KG/DAY | ******** | ******** | 0.062 | (28) UG/L | 0 | 1 / 28 | COMP24 |
| Permit Requirement | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |

F-FINAL INFLUENT/MONTHLY
NO DISCHARGE ***

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 25 / 20

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35033

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: INF A

MAJOR

MONITORING PERIOD: FROM YEAR 05 MO 02 DAY 01 TO YEAR 05 MO 02 DAY 28

NOTE: Read Instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO EX (63-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,489 | 6,419 | | ******** | 13.6 | 26.5 | | 0 | 13 / 28 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L (19) | | 13 / 28 | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,155 | 2,975 | | ******** | 8.3 | 11.6 | | 0 | 13 / 28 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L (19) | | 13 / 28 | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 68.2 | 84.5 | | ******** | ******** | ******** | | 0 | 28 / 28 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD (03) | ******** | ******** | ******** | | | 28 / 28 | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 74.7 | | ******** | ******** | ******** | | 0 | 28 / 28 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | MGD (03) | ******** | ******** | ******** | | | 28 / 28 | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 03 / 05

COMMENT AND EXPLANATION OF ANY VIOLATIONS: (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted. (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35034

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: *(Include Facility Name/Location if different)*
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 305
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

F-FINAL
DISCHARGE U01
*** NO DISCHARGE

MONITORING PERIOD
FROM YEAR 05 MO 02 DAY 01   TO YEAR 05 MO 02 DAY 28

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | UNITS | QUALITY OR CONCENTRATION | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | | MINIMUM | AVERAGE | MAXIMUM | | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 45.5 | (2G) | 0 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | | CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP8B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | | CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 25.40 | .94 DAILY MX | (04) | 0 | 28 / 28 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | 27.00 DAILY MX | | | 28 / 28 | GRAB |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 27,224 | 29,158 | (01) KG/DAY | ******** | 101 | 106 | (19) | 0 | 28 / 28 | COMP24 |
| | PERMIT REQUIREMENT | 30603 HI WK AV | 30603 HI WK AV | | REPORT DAILY MX | 116 MO AVG | 1160 HI WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 34,131 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 28 / 28 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.97 | ******** | 7.23 | (12) | 0 | 28 / 28 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIME/ WEEK | GRAB |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 13,345 | 15,237 | (01) KG/DAY | 75 | 49 | 52 | (19) | 0 | 28 / 28 | COMP24 |
| | PERMIT REQUIREMENT | 42401 HI WK AV | 32262 HI WK AV | | REPORT DAILY MX | 69 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. *(Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)*

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 03 / 20 YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

*(Reference all attachments here)*

EPA Form 3320-1 (Rev. 9-88) *Previous edition to be used until supply is exhausted.*     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)     PAGE 3 OF 5

35035

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location of different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 30?
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD — FROM 05 / 02 / 01  TO  05 / 02 / 28

NOTE: Read instructions before completing this form.

| PARAMETER | | (3 Card Only) Quantity or Loading — Average (46-53) | Maximum (54-61) | Units | Quality or Concentration — Minimum (38-45) | Maximum (46-53) | Maximum (54-61) | Units | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 19,389 | (01) KG/DAY | ******** | ******** | ******** | (19) | 0 | 28 / 28 | COMP24 |
| | PERMIT REQUIREMENT | REPORT DAILY MX | | (01) KG/DAY | | | ******** | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,926 | 5,729 | (01) KG/DAY | ******** | 21.5 | 21.2 | (19) MG/L | 0 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | (01) KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | | | ONCE/MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 4,910 | 6,670 | (01) KG/DAY | ******** | 18.0 | 25.8 | (19) MG/L | 0 | 13 / 28 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH.MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0327 | 0.030 | (01) KG/DAY | ******** | 0.1167 | 0.112 | (28) UG/L | 1 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | (01) KG/DAY | | 0.00036 ANNL AVG | 0.39 DAILY MX | | | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0120 | 0.014 | (01) KG/DAY | ******** | 0.043 | 0.052 | (28) UG/L | 1 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | 0.00037 ANNL AVG | 0.05 DAILY MX | (01) KG/DAY | | 0.012 ANNL AVG | 0.18 DAILY MX | | | ONCE/MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 71.5 | 87.4 | (03) MGD | ******** | ******** | ******** | | 0 | 28 / 28 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) MGD | | ******** | ******** | | | CONTINUOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 78.5 | (03) MGD | ******** | ******** | ******** | | 0 | 28 / 28 | RECORDER |
| | PERMIT REQUIREMENT | | REPORT HI WK AV | (03) MGD | | ******** | ******** | | | CONTINUOUS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

*I certify under penalty of law that I have personally examined and am familiar with the information submitted herein and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. 1001 and 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)*

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE  05 / 03 / 2?

COMMENT AND EXPLANATION OF ANY VIOLATIONS  (Reference all attachments here)
A - See noncompliance report No.1
B - See noncompliance report No.2

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35036

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTF
1000 ULUOHIA STREET, SUITE 308
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD: FROM 05 02 01 TO 05 02 28

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE 001

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX. (63-43) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Average (46-53) | Maximum (54-61) | Units (01) | Minimum (38-45) | Average (46-53) | Maximum (54-61) | Units (19) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | Sample Measurement | 2,120 | 4,472 | | ******** | 7.8 | 17.3 | | | | CALCTD |
| EFFLUENT GROSS VALUE | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | 0 | 1 / 28 | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | Sample Measurement | ******** | ******** | | 4,346,294 | 5,042,696 | 6,300,000 | | | | GRAB |
| EFFLUENT GROSS VALUE | Permit Requirement | | | | REPORT MO GEOMN | REPORT WK GEOMN | 18000 DAILY MX | CFU/ 100 ML | 28 / 28 | GRAB |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | Sample Measurement | 842 | 838 | | ******** | 3.07 | 3.10 | | | DAILY | GRAB |
| EFFLUENT GROSS VALUE | Permit Requirement | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | MG/L | 0 | 1 / 28 | COMP24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | Sample Measurement | ******** | ******** | | 33 | ******** | ******** | | | ONCE/ MONTH | COMP24 |
| | Permit Requirement | | | | 30 MO AVG | | | PERCENT | 0 | 1 / 28 | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | Sample Measurement | ******** | ******** | | 64 | ******** | ******** | | | ONCE/ MONTH | CALCTD |
| | Permit Requirement | | | | 80 MO AVG | | | PERCENT | 0 | 1 / 28 | CALCTD |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 0 0 | Sample Measurement | 2,790 | 3,930 | | ******** | 10.2 | 12.6 | | | ONCE/ MONTH | CALCTD |
| EFFLUENT GROSS VALUE | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | 0 | 13 / 28 THREE/ WEEK | GRAB-3 |
| | Permit Requirement | | | | | | | | | | GRAB-3 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 08 / ...
YEAR / MO / DAY

TYPED OR PRINTED
COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 5 OF 5

35037

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM: YEAR 05 / MO 03 / DAY 01  TO  YEAR 05 / MO 03 / DAY 31

MAJOR

F-FINAL
INFLUENT/MONTHLY

NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO EX (63-53) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62-63) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 39,089 | 40,352 | KG/DAY | 182 | 158 | 159 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG. | REPORT HI WK AV | (01) | REPORT DAILY MX | REPORT MO AVG. | REPORT HI WK AV | (19) | | DAILY | |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******* | 45,034 | KG/DAY | ******* | ******* | ******* | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******* | REPORT DAILY MX | (01) | ******* | ******* | ******* | | | DAILY | |
| TOTAL SUSPENDED SOLIDS, 00530 G 00 | SAMPLE MEASUREMENT | 37,488 | 39,489 | KG/DAY | 206 | 151 | 155 | MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG. | REPORT HI WK AV | (01) | REPORT DAILY MX | REPORT MO AVG. | REPORT HI WK AV | (19) | | DAILY | |
| TOTAL SUSPENDED SOLIDS, | SAMPLE MEASUREMENT | ******* | 51,227 | KG/DAY | ******* | ******* | ******* | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******* | REPORT DAILY MX | (01) | ******* | ******* | ******* | | | DAILY | |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 6,053 | 7,094 | KG/DAY | ******* | 24.2 | 28.7 | MG/L | 0 | 14 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG. | REPORT DAILY MX | (01) | ******* | REPORT MO AVG. | REPORT DAILY MX | (19) | | THREE WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******* | 0.020 | KG/DAY | ******* | ******* | 0.084 | UG/L | 0 X | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******* | REPORT DAILY MX | (01) | ******* | ******* | REPORT DAILY MX | (28) | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******* | 0.008 | KG/DAY | ******* | ******* | 0.031 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******* | REPORT DAILY MX | (01) | ******* | ******* | REPORT DAILY MX | (28) | | ONCE/ MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEO

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: 05 / 04 / 05

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.

(Reference all attachments here)    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.

PAGE 1 OF 5

35038

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
## DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM: YEAR 05 / MO 03 / DAY 01   TO   YEAR 05 / MO 03 / DAY 31

MAJOR

FINAL INFLUENT/MONTHLY   NO DISCHARGE [ ]

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | EX. (68-69) | FREQUENCY OF ANALYSIS (54-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (4 Card Only) (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,755 | 4,591 | KG/DAY (01) | ******** | 15.0 | 19.1 | MG/L (19) | 0 | 14 / 31 | CALC'TD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/MONTH | CALC'TD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,298 | 3,214 | KG/DAY (01) | ******** | 9.2 | 13.5 | MG/L (19) | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 65.6 | 73.7 | MGD (03) | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | ******** | ******** | | | CONTINUOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 67.8 | MGD (03) | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | | ******** | ******** | | | CONTINUOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these provisions may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 05 / 04 / 20

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-98) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 2 OF 5

35039

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707
FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

MONITORING PERIOD
FROM: YEAR 05 / MO 03 / DAY 01
TO: YEAR 05 / MO 05 / DAY 31

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING Average | Maximum | Units | QUALITY OR CONCENTRATION Minimum | Average | Maximum | Units | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 181.8 [159] | (2G) | 0 | 3 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | | (2G) CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | | (2G) CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 25.28 | 26.70 | DEG. C (04) | 0 | 30 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 27,073 | 28,987 | KG/DAY (01) | 131 | 106 | 110 | MG/L (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 35994 MO AVG | 49633 7WK AV | | REPORT DAILY MX | 160 MO AVG | 160 7WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 32,874 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT DAILY MX | | | | | | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.88 | ******** | 7.09 | SU (12) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | ******** | 9.0 MAXIMUM | SU | | FIVE TIME/WEEK | GRAB |
| EFFLUENT GROSS VALUE TOTAL SUSPENDED SOLIDS 00530 1 0 0 | SAMPLE MEASUREMENT | 13,732 | 14,547 | KG/DAY (01) | 67 | 54 | 57 | MG/L (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 31404 MO AVG | 32252 7WK AV | | REPORT DAILY MX | 69 MO AVG | 104 7WK AV | MG/L | | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

TELEPHONE (808) 692-5096

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

DATE 05/04/ ... 1-6

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

35040

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Named location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM YEAR 05 MO 03 DAY 01  TO  YEAR 05 MO 03 DAY 31

MAJOR
F-FINAL DISCHARGE 001   NO DISCHARGE

FORM APPROVED
OMB No.2040-0004

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | (3 Card Only) AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | UNITS | | | |
| **TOTAL SUSPENDED SOLIDS** 00530 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | ********* | 17,371 | (01) KG/DAY | ********* | ********* | (19) MG/L | 0 | 31 / 31 | COMP24 |
| — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | ********* | ********* | (19) MG/L | | DAILY | COMP24 |
| **NITROGEN, TOTAL (AS N)** 00600 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 5,912 | 5,913 | (01) KG/DAY | 21.5 | 23.6 | (19) MG/L | 0 | 1 / 31 | COMP24 |
| — Permit Requirement | REPORT ANN AVG | REPORT MO AVG | (01) KG/DAY | REPORT ANN AVG | REPORT MO AVG | | | ONCE/MONTH | COMP20 |
| **OIL AND GREASE** 03582 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 4,112 | 4,764 | (01) KG/DAY | 16.1 | 19.1 | (19) MG/L | 0 | 14 / 31 | GRAB-3 |
| — Permit Requirement | REPORT ANN AVG | REPORT DAILY MX | (01) KG/DAY | REPORT ANN AVG | REPORT DAILY MX | | | 3/WEEK | GRAB-3 |
| **CHLORDANE (TECH MIX. AND METABOLITES)** 39350 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 0.0307 | 0.021 | (01) KG/DAY | 0.1109 | 0.082 | (28) UG/L | 0  X A | 1 / 31 | COMP24 |
| — Permit Requirement | REPORT ANN AVG | REPORT DAILY MX | (01) KG/DAY | REPORT ANN AVG | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| **DIELDRIN** 39380 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 0.0108 | 0.006 | (01) KG/DAY | 0.039 | 0.024 | (28) UG/L | 0  B | 1 / 31 | COMP24 |
| — Permit Requirement | REPORT ANN AVG | REPORT DAILY MX | (01) KG/DAY | REPORT ANN AVG | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| **FLOW, IN CONDUIT OR THRU TREATMENT PLANT** 50050 1 0 0 EFFLUENT GROSS VALUE — Sample Measurement | 67.4 | 75.7 | (03) MGD | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | (03) MGD | ********* | ********* | | | CONTINUOUS | RECORDER |
| **FLOW, IN CONDUIT OR THRU TREATMENT PLANT** EFFLUENT GROSS VALUE — Sample Measurement | ********* | 70.7 | (03) MGD | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| — Permit Requirement | REPORT MO AVG | REPORT DAILY MX | (03) MGD | ********* | ********* | | | CONTINUOUS | RECORDER |

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.
A - See noncompliance report (1)
B - See noncompliance report (2)

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 04 / 26

(Reference all attachments here)    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.

PAGE 4 OF 5

35041

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name & location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM: YEAR 05 | MO 03 | DAY 01
TO: YEAR 05 | MO 03 | DAY 31

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MAJOR
F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | MAXIMUM | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 1,935 | 2,565 | KG/DAY | ******** | 7.6 | 10.1 | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | | | | 4,469,382 | 4,640,098 | 6,400,000 | 5 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | 10,000 DAILY MX | | DAILY | GRAB |
| PHOSPHATE, TOTAL (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 842 | 789 | KG/DAY | ******** | 3.07 | 3.15 | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | (01) | ******** | REPORT ANN AVG | REPORT MO AVG | | ONCE/ MONTH | COMP24 |
| COLOR, METHOD BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | KG/DAY | 33 | ******** | ******** | 0 | 1 / 31 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | PERCENT | 64 | ******** | ******** | 0 | 1 / 31 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,177 | 2,886 | KG/DAY | ******** | 8.5 | 11.3 | 0 | 14 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | | 3/WEEK | GRAB |
| | SAMPLE MEASUREMENT | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein; and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these and other statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE
05 / 04 / 06

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35042

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A
MONITORING PERIOD FROM: YEAR 05 / MO 04 / DAY 01  TO  YEAR 05 / MO 04 / DAY 30

MAJOR

F-FINAL INFLUENT/MONTHLY □   NO DISCHARGE □

NOTE: Read instructions before completing this form.

| PARAMETER (03-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (46-53) | MAXIMUM (20-27) (22-29) (24-59) | UNITS (01) | MINIMUM (4 Card Only) (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 36,958 | 39,011 | KG/DAY | 187 | 157 | 164 | MG/L | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI/WK AV | (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI/WK AV | (19) | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 44,379 | KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS 00530 G00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 32,614 | 33,284 | KG/DAY | 165 | 138 | 144 | MG/L | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI/WK AV | (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI/WK AV | (19) | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 41,205 | KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 5,926 | 8,478 | KG/DAY | ******** | 25.2 | 36.6 | MG/L | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI/WK AV | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 01 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 0.027 | KG/DAY | ******** | ******** | 0.113 | UG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | REPORT DAILY MX | (28) | | ONCE MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 0.014 | KG/DAY | ******** | ******** | 0.056 | UG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | REPORT DAILY MX | (28) | | ONCE MONTH | COMP24 |

(Reference all attachments here)

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVERTEE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
DATE 05/05/??

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 1 OF 5

35043

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

| PERMIT NUMBER | HI0020117 |
| --- | --- |
| DISCHARGE NUMBER | INF A |

MONITORING PERIOD
FROM YEAR 05 MO 04 DAY 01 TO YEAR 05 MO 04 DAY 30

MAJOR

NOTE: Read instructions before completing this form.

F-FINAL INFLUENT/MONTHLY ***
NO DISCHARGE ☐ ***

| PARAMETER (32-37) | | (3 Card Only) QUANTITY OR LOADING | | | (4 Card Only) QUALITY OR CONCENTRATION | | | UNITS | NO. EX (63-64) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,827 | 7,088 | (01) KG/DAY | ******** | 16.3 | 30.6 | (19) MG/L | 0 | 12 / 30 | CALCTD |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | 12 / 30 | CALCTD |
| PETROLEUM HYDROCARBONS, 82180 G 0 0 | SAMPLE MEASUREMENT | 2,099 | 3,624 | (01) KG/DAY | ******** | 8.9 | 15.1 | MG/L | 0 | 12 / 30 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 62.3 | 67.2 | (03) MGD | ******** | ******** | ******** | | 0 | 30 / 30 | RECORDER |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | | | | | | CONTIN- UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 64.4 | (03) MGD | ******** | ******** | ******** | | 0 | 30 / 30 | RECORDER |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | | | | | | CONTIN- UOUS | RECORDER |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein; and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319 (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
DATE 05 / 05 / 25

COMMENT AND EXPLANATION OF ANY VIOLATIONS        (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.        (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)        PAGE 2 OF 5

35044

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY, OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD
FROM  YEAR 05 | MO 04 | DAY 01   TO   YEAR 05 | MO 04 | DAY 30

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE ▢
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) AVERAGE | MAXIMUM | UNITS | QUALITY OR CONCENTRATION (4 Card Only) MINIMUM | AVERAGE | MAXIMUM | UNITS | NO. EX (46-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TUC-STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 90.9 | (2G) | 0 | 2 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TUC-STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 22.7 | (2G) | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | 26.13 | 28.30 | (04) | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO/AVG | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 25,475 | 26,357 | (01) | 124 | 104 | 108 | (19) | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 35,994 MO/AVG | 44,633 HI/WK/AV | KG/DAY | REPORT DAILY MX | 116 MO/AVG | 160 HI/WK/AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | 29,784 | ********* | (01) | ********* | ********* | ********* | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT DAILY MX | | KG/DAY | | | | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE PH 00400 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 6.85 | ********* | 7.07 | (12) | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIME/ WEEK | GRAB |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 12,521 | 12,871 | (01) | 71 | 51 | 51 | (19) | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 31,404 MO/AVG | 32,262 HI/WK/AV | KG/DAY | REPORT DAILY MX | 58 MO/AVG | 104 HI/WK/AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ

TYPED OR PRINTED

DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED. BASED ON MY INQUIRY OF THE PERSON OR PERSONS WHO MANAGE THE SYSTEM, OR THOSE PERSONS DIRECTLY RESPONSIBLE FOR GATHERING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code    NUMBER

DATE 05 / 05 / ___
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35045

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD
FROM  YEAR 05 / MO 04 / DAY 01   TO   YEAR 05 / MO 04 / DAY 30

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (54-61) | | | UNITS | NO. EX (63-65) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | * * * * * * * * | 18,892 | KG/DAY (01) | * * * * * * * * | * * * * * * * * | * * * * * * * * | | 0 | 30 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,883 | 5,765 | KG/DAY (01) | * * * * * * * * | 21.6 | 24.1 | MG/L | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | (01) | | REPORT ANNL AVG | REPORT MO AVG | (19) | | ONCE MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,204 | 4,930 | KG/DAY (01) | * * * * * * * * | 17.2 | 20.7 | MG/L | 0 | 12 / 30 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE WEEK | GRAB-3 |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0303 | 0.024 | KG/DAY (01) | * * * * * * * * | 0.1098 | 0.095 | UG/L | 0 | XX | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | 0.12 DAILY MX | (01) | | 0.0076 ANNL AVG | 0.39 DAILY MX | (28) | | ONCE MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0107 | 0.009 | KG/DAY (01) | * * * * * * * * | 0.039 | 0.034 | UG/L | 0 | 6 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0037 ANNL AVG | 0.05 DAILY MX | (01) | | 0.012 ANNL AVG | 0.11 DAILY MX | (28) | | ONCE MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 65.0 | 70.3 | MGD (03) | * * * * * * * * | * * * * * * * * | * * * * * * * * | | 0 | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | | | | | | CONTIN-UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | * * * * * * * * | 66.6 | MGD (03) | * * * * * * * * | * * * * * * * * | * * * * * * * * | | 0 | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT MX AV | MGD | | | | | | CONTIN-UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096   area code   NUMBER

DATE 05/05/23   YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.
A - See noncompliance report (1).
B - See noncompliance report (2).

TYPED OR PRINTED

(Reference all attachments here)   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.

PAGE 4 OF 5

35046