FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  YEAR 05 | MO 04 | DAY 01   TO  YEAR 05 | MO 04 | DAY 30

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX (46-49) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62-63) | MINIMUM (38-45) | MAXIMUM (54-61) | UNITS (19) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 1,843 | 2,756 | (01) | ********* | 7.5 | 11.0 | (19) | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/MONTH | CALCTD |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ********* | ********* | | 4,268,216 | 4,766,534 | 6,800,000 | CFU 100 ML | 8 1 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | ********* | ********* | | REPORT MO GEO MN | REPORT WK GEO MN | 18/00 DAILY MX | | | DAILY | GRAB |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 727 | 831 | (01) | ********* | 3.06 | 3.04 | (19) | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | KG/DAY | | REPORT ANN AVG | REPORT MO AVG | MG/L | | ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 34 | ********* | ********* | PERCENT | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ********* | ********* | | 30 MO AVG | ********* | ********* | | | ONCE/MONTH | CALCTD |
| PERCENT REMOVAL | | | | | | | | | | | |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 63 | ********* | ********* | PERCENT | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ********* | ********* | | 60 MO AVG | ********* | ********* | | | ONCE/MONTH | CALCTD |
| PERCENT REMOVAL | | | | | | | | | | | |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,361 | 3,158 | (01) | ********* | 9.7 | 13.2 | (19) | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ILEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code    NUMBER

DATE  05 / 05 / 24
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 5 OF 5

35047

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A
MONITORING PERIOD: FROM 05 | 05 | 01  TO  05 | 05 | 31

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 37,370 | 38,622 | KG/DAY | 196 | 156 | 166 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 45,179 | | KG/DAY | | | | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | ******** | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS 00530 G 00 | SAMPLE MEASUREMENT | 32,161 | 32,794 | KG/DAY | 159 | 134 | 138 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 36,951 | KG/DAY | | | | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | ******** | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 5,646 | 6,704 | KG/DAY | ******** | 23.5 | 27.0 | MG/L | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE / WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | 0.018 | 0.018 | KG/DAY | | ******** | 0.078 | UG/L | 0  X | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.006 | KG/DAY | | | 0.026 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE
05 / 06 / 23

YEAR | MO | DAY

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.019 ug/L.

EPA Form 3320-1 (Rev. 9-86)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM 1-40 WHICH MAY NOT BE USED.)    PAGE 1 OF 5

35048

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM: YEAR 05 MO 05 DAY 01 TO YEAR 05 MO 05 DAY 31

MAJOR

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) | | | QUALITY OR CONCENTRATION (4 Card Only) (38-45) | | | NO. EX (63-66) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,215 | 4,807 | (01) KG/DAY | ******** | 13.4 | 19.3 | (19) MG/L | 0 | 13 / 31 ONCE/ MONTH | CALC-TD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| RAW SEWAGE/INFLUENT HYDROCARBONS, 82180 G 0 0 | SAMPLE MEASUREMENT | 2,431 | 3,749 | (01) KG/DAY | ******** | 10.1 | 15.1 | (19) MG/L | 0 | 13 / 31 ONCE/ MONTH | CALC-TD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 63.2 | 65.8 | (03) MGD | ******** | ******** | ******** | | 0 | 31 / 31 THREE/ WEEK | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | ******** | ******** | | | | |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 65.5 | (03) MGD | ******** | ******** | ******** | | 0 | 31 / 31 CONTIN- UOUS | RECORDER |
| | PERMIT REQUIREMENT | REPORT HI WK/AV | | | | ******** | ******** | | | CONTIN- UOUS | RECORDER |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
NATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED. BASED ON MY INQUIRY OF THE PERSON OR PERSONS WHO MANAGE THE SYSTEM, OR THOSE PERSONS DIRECTLY RESPONSIBLE FOR GATHERING THE INFORMATION, THE INFORMATION SUBMITTED IS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE, ACCURATE, AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05/06/05

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance reports (1), (2), and (3).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.     (Reference all attachments here)     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35049

LOCATION:
ATTN: DON PIEPGRASS

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A    MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM YEAR 05 MO 05 DAY 01  TO YEAR 05 MO 05 DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING Average (46-53) | Maximum (54-61) | Units | QUALITY OR CONCENTRATION Minimum (38-45) | Average (46-53) | Maximum (54-61) | Units | FREQUENCY OF ANALYSIS (63-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 181.8 V5 | (2G) CHRONIC TOXICITY | 3 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | ONCE/MONTH | COMP24 |
| TUC STAT R7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (26) CHRONIC TOXICITY | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | 94 DAILY MX | | | ONCE/MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.08 | 28.60 | DEG. C (04) | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 00 | SAMPLE MEASUREMENT | 26,324 | 27,279 | (01) KG/DAY | 125 | 103 | 108 | (19) MG/L | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 34964 MO AVG | 49663 HI WK AV | | | 116 MO AVG | 160 HI WK AV | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 31,216 | (01) KG/DAY | ******** | ******** | ******** | | | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | | DAILY | COMP24 |
| PH 00400 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | 6.87 | ******** | 7.01 | (12) SU | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | | FIVE TIME/ WEEK | GRAB |
| SOLIDS, TOTAL SUSPENDED 00530 1 00 | SAMPLE MEASUREMENT | 12,454 | 12,843 | (01) KG/DAY | 64 | 49 | 51 | (19) MG/L | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 21409 MO AVG | 32562 HI WK AV | KG/DAY | REPORT DAILY MX | 89 MO AVG | 104 HI WK AV | MG/L | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05/06/23   YEAR / MO / DAY

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35050

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD
FROM  YEAR 05 / MO 05 / DAY 01   TO   YEAR 05 / MO 05 / DAY 31

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐
*** NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 16,836 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,818 | 5,874 | KG/DAY | ******** | 21.9 | 24.4 | (19) MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | | REPORT ANN AVG | REPORT MO AVG | (19) MG/L | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 4,303 | 5,487 | KG/DAY | ******** | 16.8 | 21.7 | | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0302 | 0.022 | KG/DAY | ******** | 0.1112 | 0.091 | (28) UG/L | X B | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 0.0024 ANN AVG | 0.012 DAILY MX | | | 0.0016 ANN AVG | 0.36 DAILY MX | (28) UG/L | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0106 | 0.005 | KG/DAY | ******** | 0.039 | 0.019 | (28) UG/L | C | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 0.0037 ANN AVG | 0.06 DAILY MX | | | 0.012 ANN AVG | 0.18 DAILY MX | (28) UG/L | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 67.6 | 71.1 | MGD | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | CONTIN- UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 69.6 | MGD | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | CONTIN- UOUS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED. BASED ON MY INQUIRY OF THE PERSON OR PERSONS WHO MANAGE THE SYSTEM, OR THOSE PERSONS DIRECTLY RESPONSIBLE FOR GATHERING THE INFORMATION, THE INFORMATION SUBMITTED IS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE, ACCURATE, AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS.

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05/06/23  YEAR MO DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with s ≤ 0.019 ug/L.    B - See Sand Island WWTP noncompliance report (4).
C - See Sand Island WWTP noncompliance report (5).    D - See Sand Island WWTP noncompliance report (2) and (3).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35051

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD
FROM: YEAR 05 / MO 05 / DAY 01  TO  YEAR 05 / MO 05 / DAY 31

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read Instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) | | | QUALITY OR CONCENTRATION (4 Card Only) (38-45) | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 1,901 | 3,043 | KG/DAY | ********* | 7.5 | 12.2 | MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCTD |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ********* | ********* | | 3,801,755 | 4,028,672 | 5,800,000 | CFU/ 100 ML | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 8,000 DAILY MX | | | DAILY | GRAB |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| PHOSPHATE, TOTAL (AS P) COLOR. METHOD 70505 1 0 0 | SAMPLE MEASUREMENT | 822 | 761 | KG/DAY | ********* | 3.09 | 3.16 | MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | ********* | REPORT ANN AVG | REPORT MO AVG | | | ONCE/ MONTH | CALCTD |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 34 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ********* | ********* | | 30 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 64 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ********* | ********* | | 60 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,402 | 3,379 | KG/DAY | ********* | 9.4 | 12.7 | MG/L | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 06 / 23

COMMENT AND EXPLANATION OF ANY VIOLATIONS    (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35052

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY: SAND ISLAND WWTP
LOCATION: 1000 ULUOHIA STREET, SUITE 303 KAPOLEI, HI 96707
ATTN: DON PIEPGRASS

PERMIT NUMBER HI0020117
DISCHARGE NUMBER INF A

MONITORING PERIOD
FROM  YEAR 05 | MO 06 | DAY 01   TO   YEAR 05 | MO 06 | DAY 30

MAJOR

F-FINAL ***   INFLUENT/MONTHLY ***
NO DISCHARGE ☐
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | UNITS (01) | QUALITY OR CONCENTRATION (46-53) | | | UNITS (19) | NO. EX (56-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE | MAXIMUM | | | (4 Card Only) MINIMUM | AVERAGE | MAXIMUM | | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | 36,931 | 38,082 | | (01) KG/DAY | | 155 | 160 | MG/L | 0 | 25 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | | |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 42,070 | | (01) KG/DAY | | ******** | ******** | | 0 | 25 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | ******** | ******** | ******** | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 G 0 0 | SAMPLE MEASUREMENT | 34,164 | 35,671 | | (01) KG/DAY | | 143 | 148 | MG/L | 0 | 30 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, | SAMPLE MEASUREMENT | ******** | 40,898 | | (01) KG/DAY | | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | ******** | ******** | ******** | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 0 0 | SAMPLE MEASUREMENT | 5,923 | 9,794 | | (01) KG/DAY | | 24.8 | 41.4 | MG/L | 0 | 12 / 30 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE / WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.038 | | (01) KG/DAY | | ******** | 0.156 | UG/L | 0 | 1 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | | ******** | ******** | REPORT DAILY MX | | | ONCE / MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.008 | | (01) KG/DAY | | ******** | 0.032 | UG/L | 0 | 1 / 30 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | | ******** | ******** | REPORT DAILY MO | | | ONCE / MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319 (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 | 07 | 27

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate value # ≤ 0.019 ug/L.
A - See Sand Island WWTP noncompliance report (1).

(Reference all attachments here)    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.

PAGE 1 OF 5

35053

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A
MAJOR

F-FINAL
INFLUENT/MONTHLY/
NO DISCHARGE

NOTE: Read Instructions before completing this form.

MONITORING PERIOD
FROM YEAR 05 MO 06 DAY 01 TO YEAR 05 MO 06 DAY 30

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | (63-82) | (64-68) | (69-70) |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,684 | 7,286 | KG/DAY | ******** | 15.4 | 30.8 | MG/L | 0  A | 12 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,239 | 3,667 | KG/DAY | ******** | 9.4 | 15.6 | MG/L | 0  A | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 63.1 | 65.0 | MGD | ******** | ******** | ******** | | 0  B | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | ******** | ******** | | | CONTIN JOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 64.3 | MGD | ******** | ******** | ******** | | 0  B | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT HI WK AV | REPORT DAILY MX | | ******** | ******** | ******** | | | CONTIN JOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096 area code  NUMBER

DATE 05 / 07 / 27  YEAR MO DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1).     B - See Sand Island WWTP noncompliance reports (2), (3), and (4).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.     (Reference all attachments here)     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35054

FORM APPROVED
OMB No.2040-0004

**PERMITTEE NAME/ADDRESS:** (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMIT NUMBER HI0020117
DISCHARGE NUMBER 001 A

MONITORING PERIOD
FROM YEAR 05 MO 06 DAY 01 TO YEAR 05 MO 06 DAY 30

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE
NOTE: Read instructions before completing this form.

| PARAMETER | | Qty Loading Avg | Qty Loading Max | Qty Units | Qual Min | Qual Avg | Qual Max | Qual Units | No. Ex | Freq. of Analysis | Sample Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TUC STAT 1 HR CHR / TRIPNEUSTES GRATILLA / TTG3W 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 357.1 vs | (2G) CHRONIC TOXICITY | 0 | ONCE/MONTH 2 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | | COMP24 |
| TUC STAT RE 7 DAY CHR / CERIODAPHNIA DUBIA / TTP3B 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| TEMPERATURE, WATER / DEGREE CENTIGRADE / 00010 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | 27.51 | 28.30 | (04) DEG. C | 0 | 30 / 30 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) / 00310 1 00 | SAMPLE MEASUREMENT | 27,433 | 27,752 | (01) KG/DAY | 123 | 108 | 111 | (19) MG/L | 0 ^ | 25 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35984 MO AVG | 49883 HI WK AV | (01) KG/DAY | REPORT DAILY MX | 136 MO AVG | 166 HI WK AV | (19) MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 31,418 | (01) KG/DAY | ********* | ********* | ********* | | 0 ^ | 25 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| PH / 00400 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | 6.82 | ********* | 7.00 | (12) SU | 0 | 30 / 30 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 5.0 MINIMUM | | 9.0 MAXIMUM | | | FIVE TIMES / WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS / 00530 1 00 | SAMPLE MEASUREMENT | 13,175 | 13,730 | (01) KG/DAY | 68 | 52 | 53 | (19) MG/L | 0 | 30 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21404 MO AVG | 32262 HI WK AV | KG/DAY | REPORT DAILY MX | 89 MO AVG | 104 HI WK AV | (19) MG/L | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEO
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT
TELEPHONE (808) 692-5096
area code  NUMBER
DATE 05 / 07 / 27
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35055

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM   YEAR 05 | MO 06 | DAY 01   TO   YEAR 05 | MO 06 | DAY 30

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE    ****

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | | MAXIMUM | | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ********* | 18,017 | KG/DAY | ********* | | ********* | | | 0 | 30 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT DAILY MX | REPORT DAILY MX | | | | | | | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,817 | 5,788 | KG/DAY | ********* | 21.8 | 21.6 | MG/L | (19) | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT MO AVG | | | REPORT ANN AVG | REPORT MO AVG | (19) | | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,899 | 6,720 | KG/DAY | ********* | 19.4 | 26.9 | MG/L | | 0 | 12 / 30 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX, AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0292 | 0.018 | KG/DAY | ********* | 0.1092 | 0.068 | UG/L | (28) | X,C | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | | | REPORT ANN AVG | REPORT DAILY MX | | (28) | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0105 | 0.007 | KG/DAY | ********* | 0.039 | 0.028 | UG/L | (28) | D | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | | | REPORT ANN AVG | REPORT DAILY MX | | (28) | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 67.5 | 70.8 | MGD | ********* | ********* | ********* | | | 0 | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | | CONTIN UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 68.8 | MGD | ********* | ********* | ********* | | | 0 | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | | CONTIN UOUS | RECORDER |

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.
X = Chlordane WWTP noncompliance report (2), (3), and (4).    C - See Sand Island WWTP noncompliance report (5).
D - See Sand Island WWTP noncompliance report (6).

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 | 07 | 07
YEAR | MO | DAY

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

(Reference all attachments here)    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.

PAGE 4 OF 5

35056

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR
FINAL DISCHARGE 001
NO DISCHARGE

MONITORING PERIOD
FROM 05 / 06 / 01  TO  05 / 06 / 30

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | | MAXIMUM | UNITS | NO EX | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,437 | 3,853 | KG/DAY | ******** | 9.6 | 14.6 | MG/L | 0 | 1 / 30 | CALCTD |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | 1 / 30 | CALCTD |
| ENTEROCOCCI, 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 4,420,753 | 4,763,674 | 6,600,000 | CFU/ 100 ML | 0 | 29 / 30 | GRAB |
| COLONY FORMING UNITS | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | REPORT DAILY MX | | | ONCE/ MONTH | GRAB |
| PHOSPHATE, TOTAL 70505 1 0 0 | SAMPLE MEASUREMENT | 825 | 799 | KG/DAY | ******** | 3.10 | 2.98 | MG/L | 0 | DAILY | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | | | REPORT ANN AVG | REPORT MO AVG | | | ONCE/ MONTH | COMP24 |
| COLOR, METHOD (AS P) | SAMPLE MEASUREMENT | ******** | ******** | | 30 | ******** | ******** | PERCENT | 0 | 1 / 30 | CALCTD |
| PERCENT REMOVAL 81010 K 0 0 | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | | | ONCE/ MONTH | CALCTD |
| BOD, 5-DAY PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 64 | ******** | ******** | PERCENT | 0 | 1 / 30 | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL | PERMIT REQUIREMENT | ******** | ******** | | 80 MO AVG | ******** | ******** | | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,462 | 3,098 | KG/DAY | ******** | 9.7 | 12.4 | MG/L | 0 | 12 / 30 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 07 / 27

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35057

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEFGRASS

PERMIT NUMBER: HI0020117 (2-16)
DISCHARGE NUMBER: INF A (17-19)

MONITORING PERIOD
FROM: YEAR 05 MO 07 DAY 01 (20-21)(22-23)(24-25)
TO: YEAR 05 MO 07 DAY 31 (26-27)(28-29)(30-31)

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (46-53) | | | | NO. EX (68-69) | FREQUENCY OF ANALYSIS (54-60) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (46-53) | MAXIMUM | UNITS (01) | MINIMUM (4 Card Only) (38-45) | AVERAGE (38-45) | MAXIMUM | UNITS (19) | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | 38,760 | 41,518 | KG/DAY | 211 | 160 | 169 | MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO.AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | * * * * * * * * | 51,193 | KG/DAY | * * * * * * * * | * * * * * * * * | * * * * * * * * | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED 00530 G 0 0 | SAMPLE MEASUREMENT | 37,529 | 40,809 | KG/DAY | 204 | 155 | 165 | MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO.AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED | SAMPLE MEASUREMENT | * * * * * * * * | 50,575 | KG/DAY | * * * * * * * * | * * * * * * * * | * * * * * * * * | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 0 0 | SAMPLE MEASUREMENT | 5,840 | 7,191 | KG/DAY | * * * * * * * * | 24.1 | 30.3 | MG/L | 0 | 12 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO.AVG | REPORT HI WK AV | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | * * * * * * * * | 0.024 | KG/DAY | * * * * * * * * | * * * * * * * * | 0.103 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | * * * * * * * * | 0.009 | KG/DAY | * * * * * * * * | * * * * * * * * | 0.037 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these laws may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code    NUMBER

DATE 2005 / 8 / 25
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS                    (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.        (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)        PAGE 1 OF 5

35058

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: "SAND ISLAND WWTP"
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMIT NUMBER: HI0020117    INFA
DISCHARGE NUMBER

MAJOR

MONITORING PERIOD
FROM  YEAR 05 / MO 07 / DAY 01   TO   YEAR 05 / MO 07 / DAY 31

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | (3 Card Only) QUANTITY OR LOADING | | | (4 Card Only) QUALITY OR CONCENTRATION | | | | | | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | NO. EX (68-68) | FREQUENCY OF ANALYSIS (64-68) | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,433 | 4,683 | KG/DAY | ******** | 14.2 | 19.3 | MG/L | 0 | 12 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | (19) | | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,407 | 3,279 | KG/DAY | ******** | 10.0 | 14.2 | MG/L | 0 | 12 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 64.0 | 68.1 | MGD | ******** | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | ******** | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 65.2 | MGD | ******** | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | (03) | ******** | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096
area code    NUMBER

DATE
YEAR 2005 / MO 8 / DAY 25

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-86)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35059

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF:
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: 001 A

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM  05 / 07 / 01   TO   05 / 07 / 31

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 357.1 ≥ 94 X (2G) | | 0 | 2 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TUC STAT RE7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | 27.43 | 28.70 | (04) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | MEERLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 26,478 | 26,956 | (01) | 124 | 104 | 106 | (19) | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35584 HI WK AV | 49633 HI WK AV | KG/DAY | REPORT DAILY MX | 116 MO AVG | 169 HI WK AV | MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 30,085 | (01) | ********* | ********* | ********* | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | ********* | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 6.79 | ********* | 7.01 | (12) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIME/ WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS 00530 1 0 0 | SAMPLE MEASUREMENT | 12,991 | 14,181 | (01) | 69 | 51 | 54 | (19) | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21406 MO AVG | 32282 HI WK AV | KG/DAY | REPORT DAILY MX | 69 MO AVG | 69 HI WK AV | MG/L | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2005 / 8 / 25
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

EPA Form 3320-1 (Rev. 8-88)  Previous edition to be used until supply is exhausted.

(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35060

PERMITTEE NAME/ADDRESS (include Facility Name/Location of effluent)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMIT NUMBER: HI00200117
DISCHARGE NUMBER: 001 A

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE

FORM APPROVED
OMB No.2040-0004

NOTE: Read instructions before completing this form.

MONITORING PERIOD
FROM 05 / 07 / 01  TO  05 / 07 / 31

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ********* | 18,543 | KG/DAY | ********* | ********* | ********* | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,813 | 5,762 | KG/DAY | ********* | 22.0 | 23.6 | MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT ANNL AVG | REPORT MO MX | | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,697 | 7,499 | KG/DAY | ********* | 18.3 | 30.2 | MG/L | 0 | 12 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0291 | 0.021 | KG/DAY | ********* | 0.1095 | 0.082 | UG/L | X,B | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | | | REPORT ANNL AVG | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0105 | 0.007 | KG/DAY | ********* | 0.039 | 0.028 | UG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | | | REPORT ANNL AVG | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 67.5 | 71.0 | MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | CONTIN UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 69.7 | MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | | REPORT HI WK AVG | | | | | | | CONTIN UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2005 / 8 / 25

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.019 ug/L.    B - See Sand Island WWTP noncompliance report (2).
C - See Sand Island WWTP noncompliance report (3).    D - See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35061

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM 05/07/01 TO 05/07/31

NOTE: Read Instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (32-37) | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | MAXIMUM (46-53) | AVERAGE (38-45) | UNITS (19) | (69-70) | (64-68) | (69-70) |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,322 | 6,158 | KG/DAY | ******* | 24.8 | 9.1 | MG/L | 0 | 1 / 31 | CALCTD |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT DAILY MX | REPORT MO AVG | | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ******* | ******* | | 4,609,650 | 6,400,000 | 5,631,564 | CFU/ 100 ML | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | ******* | ******* | | REPORT MO GEO MIN | REPORT DAILY MX | REPORT WK GEO MN | | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 824 | 789 | (01) | ******* | 3.23 | 3.12 | MG/L | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | ******* | REPORT MO AVG | REPORT ANNL AVG | | | ONCE/ MONTH | COMP24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******* | ******* | | 35 | ******* | ******* | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ******* | ******* | | 30 MO AVG | ******* | ******* | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******* | ******* | | 67 | ******* | ******* | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ******* | ******* | | 60 MO AVG | ******* | ******* | | | ONCE/ MONTH | CALCTD |
| PETROLEUM HYDROCARBONS 82180 1 0 0 | SAMPLE MEASUREMENT | 2,374 | 3,482 | (01) | ******* | 13.2 | 9.2 | MG/L | 0 | 12 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******* | REPORT DAILY MX | REPORT MO AVG | | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

*(Reference all attachments here)*

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE 2005 / 8 / 05
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 5 OF 5

35062

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: H10020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM: YEAR 05 MO 08 DAY 01  TO: YEAR 05 MO 08 DAY 31

MAJOR

F-FINAL
INFLUENT/MONTHLY ☐
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING — AVERAGE (3 Card Only) | MAXIMUM | UNITS (01) | QUALITY OR CONCENTRATION — MINIMUM (4 Card Only) | AVERAGE | MAXIMUM | UNITS | NO. EX (63-64) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOD, 5-DAY (20 DEGREES C) 00310 G00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 43,501 | 58,023 | KG/DAY | 294 | 177 | 236 | MG/L (19) | 0 (A) | 28 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 72,443 | KG/DAY | ********* | ********* | ********* | (19) | 0 (A) | 28 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED 00530 G00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 45,073 | 70,034 | KG/DAY | 403 | 184 | 285 | MG/L (19) | 0 (B) | 30 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 98,691 | KG/DAY | ********* | ********* | ********* | | 0 (B) | 30 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 6,186 | 8,558 | KG/DAY | ********* | 25.4 | 35.0 | MG/L (19) | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX) AND METABOLITES 39350 G01 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 0.022 | KG/DAY | ********* | ********* | 0.092 | UG/L (28) | 0 (X) | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 G01 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 0.007 | KG/DAY | ********* | ********* | 0.028 | UG/L (28) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code   number

DATE 05/9/26
YEAR  MO  DAY

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.
A - See Sand Island WWTP noncompliance report (1), (2), and (3).
B - See Sand Island WWTP noncompliance report (2).

(Reference all attachments here)

(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.

PAGE 1 OF 5

35063

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303,
KAPOLEI, HI, 98707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (3-16)
DISCHARGE NUMBER: INFA (17-19)

MONITORING PERIOD
FROM YEAR 05 / MO 08 / DAY 01   TO YEAR 05 / MO 08 / DAY 31

MAJOR

FINAL
INFLUENT/MONTHLY
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) | | | QUALITY OR CONCENTRATION (4 Card Only) (38-45) | | | UNITS | NO. EX (75-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,632 | 5,893 | (01) | ********* | 14.9 | 24.1 | (19) | 0 | 14 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ********* | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,554 | 4,139 | (01) | ********* | 10.5 | 16.9 | (19) | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ********* | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 64.5 | 65.4 | (03) | ********* | ********* | ********* | | 0 | 30 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 65.0 | (03) | ********* | ********* | ********* | | 0 | 30 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

TELEPHONE (808) 692-5096

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

DATE 05 / 9 / 06
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
C – See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 2 OF 5

35064

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER HI0020117
DISCHARGE NUMBER 001 A

MONITORING PERIOD
FROM YEAR 05 MO 08 DAY 01 TO YEAR 05 MO 08 DAY 31

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 181.8 | (2G) | 0 | 3 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 27.71 | 28.50 | (04) | | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 25,333 | 26,334 | (01) | 119 | 105 | 109 | (19) | 0 D | 20 / 31 | COMP24 |
| | PERMIT REQUIREMENT | MO AVG | HI WK AV | KG/DAY | REPORT DAILY MX | MO AVG | HI WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | 29,187 | ******** | (01) | ******** | ******** | ******** | | 0 D | 20 / 31 | COMP24 |
| | PERMIT REQUIREMENT | MO AVG | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.80 | ******** | 7.15 | (12) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIME/ WEEK | GRAB |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 11,505 | 11,921 | (01) | 65 | 48 | 49 | (19) | 0 D | 21 / 31 | COMP24 |
| | PERMIT REQUIREMENT | MO AVG | HI WK AV | KG/DAY | REPORT DAILY MX | MO AVG | HI WK AV | MG/L | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 9 / 26

COMMENT AND EXPLANATION OF ANY VIOLATIONS
D - See Sand Island WWTP noncompliance report (5).

(Reference all attachments here)

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein; and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35065

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED OMB No. 2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD
FROM 05 / 08 / 01 TO 05 / 08 / 31
(YEAR MO DAY)

F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read Instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING Average | QUANTITY OR LOADING Maximum | Units | QUALITY OR CONCENTRATION Minimum | QUALITY OR CONCENTRATION Average | QUALITY OR CONCENTRATION Maximum | Units | No Ex | Frequency of Analysis | Sample Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | ******** | 15,672 | KG/DAY (01) | ******** | ******** | ******** | (19) | D 0 | 21 / 31 | COMP24 |
| | Permit Requirement | | REPORT DAILY MX | | | | | | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | 5,725 | 5,442 | KG/DAY (01) | | 22.2 | 22.5 | MG/L (19) | 0 | DAILY | COMP24 |
| | Permit Requirement | REPORT ANN AVG | REPORT MO AVG | | | REPORT ANN AVG | REPORT MO AVG | | | | |
| OIL AND GREASE 00556 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | 4,960 | 6,413 | KG/DAY (01) | | 20.7 | 26.6 | MG/L (19) | 0 | 14 / 31 | GRAB-3 |
| | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | 0.0288 | 0.019 | KG/DAY (01) | | 0.1093 | 0.078 | UG/L (28) | X E | THREE / WEEK | GRAB-3 |
| | Permit Requirement | 0.0024 ANN AVG | 0.12 DAILY MX | | | 0.076 ANN AVG | 0.038 DAILY MX | | | | |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | 0.0103 | 0.004 | KG/DAY (01) | | 0.039 | 0.018 | UG/L (28) | F 0 | ONCE MONTH | COMP24 |
| | Permit Requirement | 0.0037 ANN AVG | 0.036 DAILY MX | | | 0.011 ANN AVG | 0.038 DAILY MX | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | Sample Measurement | 63.8 | 65.4 | MGD (03) | | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | | | | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | ******** | 65.0 | MGD (03) | | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | Permit Requirement | | REPORT HI WK AV | | | | | | | | |

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X – Chlordane result is an estimate with s = 0.019 ug/L.
D – See Sand Island WWTP noncompliance report (5).
E – See Sand Island WWTP noncompliance report (6).    F – See noncompliance report (7).

(Reference all attachments here)         (Reference all attachments here)

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 9 / 24

EPA Form 3320-1 (Rev. 3-98) Previous editions to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35066

FORM APPROVED
OMB No.2040-0004

**PERMITTEE NAME/ADDRESS:** *(include Facility Name/Location if different)*
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

**FACILITY:**
**LOCATION:**
ATTN: DON REF/GRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMIT NUMBER (2-6): HI0020117
DISCHARGE NUMBER (7-18): 001 A

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐
NOTE: Read instructions before completing this form.

MONITORING PERIOD
FROM YEAR 05 / MO 08 / DAY 01  TO YEAR 05 / MO 08 / DAY 31

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | | NO. EX | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (20-27) | AVERAGE (28-35) | MAXIMUM (36-43) | UNITS (19) | (46-53) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,628 | 3,869 | KG/DAY | ******** | 11.0 | 15.8 | MG/L | 0 | | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | ONCE MONTH | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 4,553,078 | 4,917,671 | 6,500,000 | CFU/ 100 ML | Ø | | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WKLY GEO MN | 10,000 DAILY MX | | | | DAILY | GRAB |
| EFFLUENT GROSS VALUE | | | | | | | | | | | | |
| PHOSPHATE, TOTAL (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 815 | 726 | KG/DAY | ******** | 3.15 | 3.00 | MG/L | 0 | | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | | REPORT ANN AVG | REPORT MO AVG | | | | ONCE MONTH | COMP24 |
| COLOR, METHOD (AS P) EFFLUENT GROSS VALUE | | | | | | | | | | | | |
| BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 40 | ******** | ******** | PERCENT | A.B.D 0 | | 1 / 31 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | | | | 30 MO AVG | | | | | | ONCE MONTH | CALCTD |
| SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 74 | ******** | ******** | PERCENT | B.D 0 | | 1 / 31 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | | | | 80 MO AVG | | | | | | ONCE MONTH | CALCTD |
| PERCENT REMOVAL | | | | | | | | | | | | |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,332 | 3,289 | KG/DAY | ******** | 9.7 | 13.6 | MG/L | 0 | | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | THREE WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | | |

**NAME/TITLE PRINCIPAL EXECUTIVE OFFICER**
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein; and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code  number

DATE 05 / 9 / 06
YEAR / MO / DAY

**COMMENT AND EXPLANATION OF ANY VIOLATIONS** *(Reference all attachments here)*
A - See Sand Island WWTP noncompliance report (1), (2), and (3).       B - See Sand Island WWTP noncompliance report (2).
D - See Sand Island WWTP noncompliance report (5).

EPA Form 3320-1 (Rev. 9-98) Previous edition to be used until supply is exhausted.       (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)       PAGE 5 OF 5

35067

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707
FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117    DISCHARGE NUMBER: INF A    MAJOR

MONITORING PERIOD
FROM YEAR 05 MO 09 DAY 01   TO YEAR 05 MO 09 DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | 41,132 | 47,410 | KG/DAY | | 161 | 181 | MG/L | 0 | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | 230 | REPORT MO AVG | REPORT DAILY MX | | | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 59,407 | KG/DAY | | ******** | ******** | | 0 | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS 00530 G 0 0 | SAMPLE MEASUREMENT | 35,471 | 39,961 | KG/DAY | 188 | 139 | 153 | MG/L | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | 188 | REPORT MO AVG | REPORT DAILY MX | | | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT TOTAL SUSPENDED SOLIDS | SAMPLE MEASUREMENT | ******** | 48,032 | KG/DAY | | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 0 0 | SAMPLE MEASUREMENT | 5,599 | 7,508 | KG/DAY | | 22.1 | 29.9 | MG/L | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH. MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.019 | KG/DAY | | ******** | 0.083 | UG/L | 0 X | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| RAW SEWAGE/INFLUENT DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.008 | KG/DAY | | ******** | 0.035 | UG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |

*FINAL INFLUENT/MONTHLY
NO DISCHARGE

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2005 / 10 / 25

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.
A - See Sand Island WWTP noncompliance report (1).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.
(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35068

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INFA

MONITORING PERIOD
FROM 05 | 09 | 01 TO 05 | 09 | 30

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (46-53) | | | | EX (63-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,158 | 5,248 | (01) | ********* | 12.5 | 20.4 | (19) | 0 | 12 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,442 | 3,874 | (01) | ********* | 9.6 | 15.3 | (19) | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 67.5 | 77.8 | (03) | ********* | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | ********* | ********* | ********* | | B | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 69.5 | (03) | ********* | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | ********* | REPORT HI WK AV | MGD | ********* | ********* | ********* | | B | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2005 | 10 | 25

COMMENT AND EXPLANATION OF ANY VIOLATIONS
B - See Sand Island WWTP noncompliance report (2).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35069