FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM: YEAR 05 MO 09 DAY 01   TO: YEAR 05 MO 09 DAY 30

MAJOR
FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (03-37) | | QUANTITY OR LOADING (54-61) | | UNITS | QUALITY OR CONCENTRATION (46-61) | | | UNITS | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (46-53) | MAXIMUM | | MINIMUM | AVERAGE | MAXIMUM | | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | >357.1 | (2G) CHRONIC TOXICITY | 0 | 2 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE / MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE / MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.84 | 28.90 | (04) DEG. C | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 23,898 | 24,174 | (01) KG/DAY | 108 | 94 | 96 | (19) MG/L | 0 A F | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 35,884 MO AVG | 45,633 WK AV | | REPORT DAILY MX | 94 MO AVG | 160 WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 28,942 | (01) KG/DAY | ******** | ******** | ******** | | 0 A F | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| PH 00400 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 6.83 | ******** | 7.07 | (12) SU | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | | | FIVE TIME/ WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 12,128 | 12,575 | (01) KG/DAY | 69 | 47 | 51 | (19) MG/L | 0 F | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 21,404 MO AVG | 32,265 WK AV | | REPORT DAILY MX | 59 MO AVG | 108 WK AV | | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (See 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. Penalties under these items may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096 area code NUMBER

DATE: YEAR 2005 / MO 10 / DAY 28

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS   (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).
F - See Sand Island WWTP noncompliance report (6).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 3 OF 5

35070

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD
FROM YEAR 05 MO 09 DAY 01 TO YEAR 05 MO 09 DAY 30

F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) AVERAGE | (54-61) MAXIMUM | UNITS (01) | QUALITY OR CONCENTRATION (46-53) MINIMUM | (38-45) AVERAGE | (54-61) MAXIMUM | UNITS | NO. EX (63-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 16,859 | KG/DAY | ******** | ******** | ******** | | 0 F | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX. | | | | ******** | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,593 | 5,267 | KG/DAY | | 22.3 | 22.7 | (19) MG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT ANNL AVG | REPORT MO AVG | (19) | | ONCE MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 4,706 | 6,312 | KG/DAY | | 18.6 | 23.3 | MG/L | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX. | | | REPORT MO AVG | REPORT DAILY MX. | | | THREE WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0283 | 0.014 | KG/DAY | | 0.1082 | 0.060 | (28) UG/L | X 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX. | | | REPORT ANNL AVG | REPORT DAILY MX. | (28) | | ONCE MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0102 | 0.005 | KG/DAY | | 0.039 | 0.022 | (28) UG/L | 0 D | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX. | | | REPORT ANNL AVG | REPORT DAILY MX. | (28) | | ONCE MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 67.5 | 77.8 | MGD | | ******** | ******** | (03) | 0 F | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX. | | | ******** | ******** | (03) | | CONTINUOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 69.5 | MGD | | ******** | ******** | | 0 F | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT H MX AV | | | ******** | ******** | | | CONTINUOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2005 / 10 / 28
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L
C - See Sand Island WWTP noncompliance report (3).
F - See Sand Island WWTP noncompliance report (6).
D - See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 9-86)   Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   (Reference all attachments here)

PAGE 4 OF 5

35071

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

MONITORING PERIOD
FROM: YEAR 05 / MO 09 / DAY 01  TO  YEAR 05 / MO 09 / DAY 30

F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 1,910 | 2,400 | KG/DAY | ******** | 7.6 | 9.8 | MG/L | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCTD |
| EFFLUENT GROSS VALUE ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 3,920,483 | 4,357,257 | 5,400,000 | CFU/ 100 ML | 30 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MN | | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 813 | 759 | KG/DAY | ******** | 3.17 | 3.27 | MG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | | REPORT ANN AVG | REPORT MO AVG | | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 42 | ******** | ******** | PERCENT | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 66 | ******** | ******** | PERCENT | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 60 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,796 | 4,199 | KG/DAY | ******** | 11.0 | 15.3 | MG/L | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2005/10/28

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1).
E - See Sand Island WWTP noncompliance report (5).
F - See Sand Island WWTP noncompliance report (6).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 5 OF 5

35072

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
    1000 ULUOHIA STREET, SUITE 303
    KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MAJOR

LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM: YEAR 05 / MO 10 / DAY 01  TO  YEAR 05 / MO 10 / DAY 31

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | | NO. EX (63-60) | FREQUENCY OF ANALYSIS (64-66) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62-63) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | | |
| BOD, 5-DAY (20 DEGREES C) 00310  G 00 | SAMPLE MEASUREMENT | 39,742 | 42,357 | (01) KG/DAY | 251 | 158 | 170 | (19) MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT MX AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI MX AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 61,562 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | ******** | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED 00530  G 00 | SAMPLE MEASUREMENT | 35,836 | 39,260 | (01) KG/DAY | 210 | 143 | 163 | (19) MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI MX AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI MX AV | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED | SAMPLE MEASUREMENT | ******** | 50,870 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | ******** | | | DAILY | COMP24 |
| OIL AND GREASE 03582  G 00 | SAMPLE MEASUREMENT | 5,334 | 7,336 | (01) KG/DAY | ******** | 20.7 | 29.5 | (19) MG/L | 0 | 14 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350  G 0 1 | SAMPLE MEASUREMENT | ******** | 0.032 | (01) KG/DAY | ******** | ******** | 0.126 | (28) UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380  G 0 1 | SAMPLE MEASUREMENT | ******** | 0.022 | (01) KG/DAY | ******** | ******** | 0.085 | (28) UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05-11-2006

COMMENT AND EXPLANATION OF ANY VIOLATIONS          (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.          (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)          PAGE 1 OF 5

35073

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INFA
MAJOR

MONITORING PERIOD
FROM: YEAR 05 / MO 10 / DAY 01   TO: YEAR 05 / MO 10 / DAY 31

NOTE: Read instructions before completing this form.
F-FINAL   INFLUENT/MONTHLY   NO DISCHARGE ☐

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | (62-63) | (64-68) | (69-70) |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 00 | SAMPLE MEASUREMENT | 3,564 | 5,272 | | | 13.9 | 21.2 | | 0 | 14 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/MONTH | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 00 | SAMPLE MEASUREMENT | 1,770 | 2,389 | | | 6.9 | 9.8 | | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 66.7 | 78.8 | | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | ******** | ******** | ******** | | | CONTINUOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 70.2 | | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX AVG | MGD | ******** | ******** | ******** | | | CONTINUOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT: _Ross Tanimoto_

TELEPHONE: (808) 692-5096

DATE: 05 - 11 - 2Y   YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous editions to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 2 OF 5

35074

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD
FROM: YEAR 05 / MO 10 / DAY 01  TO  YEAR 05 / MO 10 / DAY 31

F-FINAL DISCHARGE 001
NO DISCHARGE ☐    ***

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 90.9 | (2G) | 0 | 3 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 45.5 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.13 | 28.50 | (04) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 24,324 | 25,497 | (01) | 120 | 97 | 98 | (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 35694 MO AVG | 49633 HI WK AVG | KG/DAY | REPORT DAILY MX | REPORT MO AVG | 110 HI WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 29,432 | (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | ******** | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.84 | ******** | 7.12 | (12) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | ******** | 9.0 MAXIMUM | SU | | FIVE TIME/ WEEK | GRAB |
| EFFLUENT GROSS VALUE TOTAL SUSPENDED SOLIDS, 00530 1 0 0 | SAMPLE MEASUREMENT | 11,733 | 12,372 | (01) | 66 | 47 | 50 | (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 31404 MO AVG | 32250 HI WK AVG | KG/DAY | REPORT DAILY MX | 68 MO AVG | 80 HI WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 - 11 - 28

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM 1-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

35075

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE

MONITORING PERIOD
FROM YEAR 05 MO 10 DAY 01 TO YEAR 05 MO 10 DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (4 Card Only) (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 16,413 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,886 | 5,568 | KG/DAY (01) | ******** | 22.5 | 23.5 | MG/L (19) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | | REPORT ANN AVG | REPORT MO AVG | | | ONCE/MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,224 | 5,874 | KG/DAY (01) | ******** | 16.4 | 21.0 | MG/L (19) | 0 | 14 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX) AND METABOLITES 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0294 | 0.031 | KG/DAY (01) | ******** | 0.1126 | 0.122 | UG/L (28) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0024 ANN AVG | 0.014 DAILY MX | | | 0.0076 ANN AVG | 0.036 DAILY MX | | | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0112 | 0.017 | KG/DAY (01) | ******** | 0.043 | 0.065 | UG/L (28) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.009 ANN AVG | 0.018 DAILY MX | | | 0.012 ANN AVG | 0.018 DAILY MX | | | ONCE/MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 66.7 | 78.8 | MGD (03) | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | CONTINUOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 70.2 | MGD (03) | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AV | | | | | | | | CONTINUOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these laws may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05 / 11 / 28 (YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).    B - See Sand Island WWTP noncompliance report (2).
C - See Sand Island WWTP noncompliance report (3).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED)

35076

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location of officers)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEFGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

MONITORING PERIOD
FROM  YEAR 05 / MO 10 / DAY 01   TO   YEAR 05 / MO 10 / DAY 31

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | QUALITY OR CONCENTRATION (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FATS, OILS & GREASE (TOT OKG LESS TPH) 61210 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 1,940 | 3,468 | | ******** | 7.5 | 12.4 | MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | | | | CALCTD |
| ENTEROCOCCI, 61211 1 0 1 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 3,761,853 | 4,322,812 | 5,900,000 | CFU/ 100 ML | 31 D | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MAX | | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 814 | 701 | | ******** | 3.21 | 2.96 | MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | | | ONCE/ MONTH | COMP24 |
| BOD, 5-DAY 81010 K 0 0 PERCENT REMOVAL | SAMPLE MEASUREMENT | ******** | ******** | | 39 | ******** | ******** | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 PERCENT REMOVAL | SAMPLE MEASUREMENT | ******** | ******** | | 67 | ******** | ******** | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 50 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,285 | 3,520 | | ******** | 8.9 | 12.5 | MG/L | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (Reference all attachments here)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT: *Ross Tanimoto*

TELEPHONE (808) 692-5096
DATE 05 / 11 / 28  (YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
D - See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 5 OF 5

35077

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117 (3-19)

DISCHARGE NUMBER: INF A (17-19)

MONITORING PERIOD: FROM 05 / 11 / 01 TO 05 / 11 / 30  (YEAR / MO / DAY)

MAJOR

Stamp: 2005 DEC 29 2:03PM

F-FINAL ☐   NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

35078

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | NO EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62-63) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 41,197 | 44,207 | (01) KG/DAY | 256 | 166 | 179 | (19) MG/L | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 62,401 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | ******** | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED 00530 G 00 | SAMPLE MEASUREMENT | 37,535 | 43,488 | (01) KG/DAY | 326 | 151 | 170 | (19) MG/L | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 85,880 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | ******** | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 7,172 | 25,350 | (01) KG/DAY | ******** | 29.1 | 104.0 | (19) MG/L | 0 | 13 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 0.033 | (01) KG/DAY | ******** | ******** | 0.134 | (28) UG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 0.018 | (01) KG/DAY | ******** | ******** | 0.074 | (28) UG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT THIS DOCUMENT AND ALL ATTACHMENTS WERE PREPARED UNDER MY DIRECTION OR SUPERVISION IN ACCORDANCE WITH A SYSTEM DESIGNED TO ASSURE THAT QUALIFIED PERSONNEL PROPERLY GATHER AND EVALUATE THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319 (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 1 OF 5

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM YEAR 05 MO 11 DAY 01 TO YEAR 05 MO 11 DAY 30

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | QUALITY OR CONCENTRATION (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 5,106 | 22,182 | (01) KG/DAY | ******** | 20.7 | 91.0 | (19) MG/L | 0 | 13 / 30 | CALCLTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | ONCE/MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 G 0 0 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 2,066 | 3,169 | (01) KG/DAY | ******** | 8.3 | 13.0 | (19) MG/L | 0 | 13 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 65.4 | 75.5 | (03) MGD | ******** | ********* | ********* | | | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | ********* | ********* | | | CONTIN-UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 66.9 | (03) MGD | ******** | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | | ******** | ********* | ********* | | | CONTIN-UOUS | RECORDER |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE  YEAR MO DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

NAME TYPED OR PRINTED

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 2 OF 5

35079

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI. 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (3-19)
DISCHARGE NUMBER: 001 A (17-19)
MONITORING PERIOD
FROM YEAR 05 | MO 11 | DAY 01 (20-21) (22-23) (24-25)
TO YEAR 05 | MO 11 | DAY 30 (26-27) (28-30) (31-31)

MAJOR
F-FINAL
DISCHARGE: 001
NO DISCHARGE: ***
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) (54-61) | | | QUALITY OR CONCENTRATION (4 Card Only) (38-45) (46-53) (54-61) | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 45.5 | (2G) CHRONIC TOXICITY | 0 | 2 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | 26.80 | 27.90 | (04) DEG. C | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 25,408 | 26,046 | (01) KG/DAY | 121 | 103 | 106 | (19) MG/L | 0 | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 21094 MO AVG | 49894 HI WK AV | | REPORT DAILY MX | 116 MO AVG | 190 HI WK AV | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 28,827 | (01) KG/DAY | ********* | ********* | ********* | | 0 | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | | ********* | ********* | ********* | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE PH 00400 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 6.84 | ********* | 7.05 | (12) SU | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | ********* | ********* | | 5.0 MINIMUM | ********* | 9.0 MAXIMUM | | | FIVE TIMES/ WEEK | GRAB |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 10,860 | 12,014 | (01) KG/DAY | 66 | 44 | 49 | (19) MG/L | 0 | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 21404 MO AVG | 32263 HI WK AV | | REPORT DAILY MX | 89 MO AVG | 104 HI WK AV | | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TELEPHONE (808) 692-5096
area code | number

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

DATE YEAR | MO | DAY

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (5).

35080

FORM APPROVED
OMB No.2040-0004

# NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES) — DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707
FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM YEAR 05 MO 11 DAY 01 TO YEAR 05 MO 11 DAY 30

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING — AVERAGE | MAXIMUM | UNITS | QUALITY OR CONCENTRATION — MINIMUM | MAXIMUM | UNITS | NO EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 5,705 | 16,238 | (01) | ******** | ******** |  | 0 A | 29 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | KG/DAY | ******** | ******** |  |  | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,630 | ******** | (01) | 22.7 | 22.4 | (19) | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | ******** | KG/DAY | REPORT ANNL AVG | REPORT MO AVG | MG/L |  | ONCE/MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,341 | 6,370 | (01) | 17.6 | 26.8 | (19) | 0 | 13 / 30 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | REPORT MO AVG | REPORT DAILY MX | MG/L |  | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX) AND METABOLITES 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0291 | 0.026 | (01) | 0.1123 | 0.105 | (28) | 0 B | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0876 REPORT MO AVG | 0.13 REPORT DAILY MX | KG/DAY | REPORT ANNL AVG | REPORT DAILY MX | UG/L |  | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0111 | 0.012 | (01) | 0.043 | 0.048 | (28) | 0 C | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.037 REPORT MO AVG | 0.038 REPORT DAILY MX | KG/DAY | REPORT ANNL AVG | REPORT DAILY MX | UG/L |  | ONCE/MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 65.4 | 75.5 | (03) | ******** | ******** | (03) | 0 | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | ******** | ******** | MGD |  | CONTINUOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 66.9 | ******** | (03) | ******** | ******** | (03) | 0 D | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MX AVG | ******** | MGD | ******** | ******** | MGD |  | CONTINUOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ, DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (PENALTIES UNDER THESE STATUTES MAY INCLUDE FINES UP TO $10,000 AND/OR MAXIMUM IMPRISONMENT OF BETWEEN 6 MONTHS AND 5 YEARS.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT: Ross Tanimoto

TELEPHONE (808) 692-5096

TYPED OR PRINTED

DATE: YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A – See Sand Island WWTP noncompliance report (5).
B – See Sand Island WWTP noncompliance report (1).
C – See Sand Island WWTP noncompliance report (2).
D – See Sand Island WWTP noncompliance report (3).

35081

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE

MONITORING PERIOD
FROM: YEAR 05 MO 11 DAY 01   TO: YEAR 05 MO 11 DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | UNITS (64-66) | NO. EX. (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only)(46-53) AVERAGE | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | (4 Card Only) QUALITY OR (46-53) | CONCENTRATION MAXIMUM (54-61) | UNITS (19) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 1,810 | 3,441 | | ******** | 7.3 | 14.5 | (19) MG/L | 0 | 1 / 30 | CALCTD |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI, 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 3,564,505 | 3,710,808 | 6,300,000 | (32) CFU/ 100 ML | 0 E | 30 / 30 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | 8,000 DAILY MX | | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 807 | 714 | | ******** | 3.20 | 2.84 | (19) MG/L | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | KG/DAY | ******** | REPORT ANN AVG | | | | ONCE/ MONTH | COMP-24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 38 | ******** | ******** | (23) PERCENT | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 71 | ******** | ******** | (23) PERCENT | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 80 MO AVG | ******** | ******** | | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,531 | 4,144 | | ******** | 10.3 | 17.0 | (19) MG/L | 0 | 13 / 30 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these provisions may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096    DATE

COMMENT AND EXPLANATION OF ANY VIOLATIONS
E - See Sand Island WWTP noncompliance report (4).        (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.        (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35082

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM 05 12 01 TO 05 12 31

MAJOR

F-FINAL INFLUENT/MONTHLY
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | NO. EX (63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62) | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 41,711 | 43,452 | (01) | 237 | 172 | 179 | (19) | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | MG/L | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 58,487 | (01) | ******** | ******** | ******** | | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | REPORT DAILY MX | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED 00530 G 00 | SAMPLE MEASUREMENT | 36,470 | 39,143 | (01) | 214 | 150 | 162 | (19) | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | MG/L | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED | SAMPLE MEASUREMENT | ******** | 51,758 | (01) | ******** | ******** | ******** | | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | REPORT DAILY MX | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 5,763 | 10,842 | (01) | ******** | 23.8 | 43.8 | (19) | 13 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.020 | (01) | ******** | ******** | 0.079 | (28) | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | REPORT DAILY MX | UG/L | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.017 | (01) | ******** | ******** | 0.066 | (28) | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | REPORT DAILY MX | UG/L | ONCE/ MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (PENALTIES under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.019 ug/L.

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (Reference all attachments here)    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35083

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-16)

DISCHARGE NUMBER: INF A (17-19)

MAJOR

MONITORING PERIOD
FROM  YEAR 05 | MO 12 | DAY 01   TO   YEAR 05 | MO 12 | DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (46-53) | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE | MAXIMUM | UNITS | (4 Card Only) MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,327 | 6,089 | | ******** | 13.8 | 24.6 | | 0 | 13 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | | REPORT MO AVG | REPORT DAILY MX | MG/L (19) | | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,436 | 4,753 | | ******** | 10.1 | 19.2 | | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | | REPORT MO AVG | REPORT DAILY MX | MG/L (19) | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 64.0 | 69.4 | | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD (03) | | ******** | ******** | | | CONTIN-UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 65.3 | | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT HI WK AV | MGD (03) | | ******** | ******** | | | CONTIN-UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

F-FINAL
INFLUENT/MONTHLY ***
NO DISCHARGE ☐

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 3 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE  YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35084

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM YEAR 05 / MO 12 / DAY 01   TO   YEAR 05 / MO 12 / DAY 31

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (28-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 181.8 | (2G) | 0 | 2 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 26.18 | 27.50 | (04) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 00 | SAMPLE MEASUREMENT | 26,701 | 27,547 | | 154 | 110 | 114 | (19) | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35984 MO AVG | 48633 HI WK AV | KG/DAY | REPORT DAILY MX | 116 MO AVG | 160 HI WK AV | MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 37,713 | | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | (01) | | | COMP24 |
| PH 00400 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | 6.37 | ******** | 7.00 | (12) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIME/ WEEK | GRAB |
| SOLIDS, TOTAL SUSPENDED 00530 1 00 | SAMPLE MEASUREMENT | 11,909 | 12,438 | | 68 | 49 | 52 | (19) | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21404 MO AVG | 32262 HI WK AV | KG/DAY | REPORT DAILY MX | 69 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT
Reno S. Tanigawa

TELEPHONE (808) 692-5096

DATE   YEAR / MO / DAY

TYPED OR PRINTED
COMMENT AND EXPLANATION OF ANY VIOLATIONS   (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35085

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-16)
DISCHARGE NUMBER: 001 A (17-19)
MAJOR

MONITORING PERIOD
FROM: YEAR 05 / MO 12 / DAY 01  TO  YEAR 05 / MO 12 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING — AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | QUALITY OR CONCENTRATION — MINIMUM (38-45) | (46-53) | MAXIMUM (46-53) | UNITS | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 16,550 | KG/DAY | ********* | ********* | ********* | (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,685 | 5,480 | KG/DAY | ********* | | 22.8 | MG/L (19) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | 22.8 ANNL AVG | REPORT MO AVG | MG/L | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 4,734 | 6,129 | KG/DAY | ********* | 19.6 | 25.5 | MG/L (19) | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0245 | 0.021 | KG/DAY | ********* | 0.0955 | 0.085 | UG/L (28) | X.8 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 0.0024 ANNL AVG | 0.0034 DAILY MX | KG/DAY | | 0.0076 ANNL AVG | 0.38 DAILY MX | UG/L | 0 | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0102 | 0.010 | KG/DAY | ********* | 0.040 | 0.038 | UG/L (28) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 0.0037 ANNL AVG | 0.05 DAILY MX | KG/DAY | | 0.012 ANNL AVG | 0.18 DAILY MX | UG/L | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 64.0 | 69.4 | MGD (03) | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD (03) | | | | | | CONTIN- UOUS | RECORDE |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 65.3 | MGD (03) | ********* | | | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | | REPORT HI WK AV | MGD | | | | | | CONTIN- UOUS | RECORDER |

F-FINAL
NO DISCHARGE: 001

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X – Chlordane result is an estimate with s = 0.019 ug/L.
B – See Sand Island WWTP noncompliance report (2).
A – See Sand Island WWTP noncompliance report (1).
C – See Sand Island WWTP noncompliance report (3).

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, Chief DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (18 U.S.C. § 1319. Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096 area code NUMBER

DATE YEAR | MO | DAY

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED).

PAGE 4 OF 5

35086

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER (2-16): HI0020117
DISCHARGE NUMBER (17-19): 001 A
MONITORING PERIOD — FROM: YEAR 05 / MO 12 / DAY 01 (20-21)(22-23)(24-25) — TO: YEAR 05 / MO 12 / DAY 31 (26-27)(28-29)(30-31)

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62-63) | QUALITY OR CONCENTRATION (4 Card Only) MINIMUM | AVERAGE | MAXIMUM | UNITS | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 / EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 1,765 | 3,327 | (01) | ******** | 7.3 | 13.8 | (19) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | DAILY MX | MG/L | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 / EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 3,102,237 | 3,714,176 | 5,300,000 | (32) | 0 [D] | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | CFU/ 100 ML | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 / EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 758 | 687 | (01) | ******** | 3.03 | 2.86 | (19) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | MG/L | | ONCE/ MONTH | COMP24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 / PERCENT REMOVAL | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 36 | ******** | (23) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | | 30 MO AVG | | PERCENT | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 / PERCENT REMOVAL | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 67 | ******** | (23) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | | 60 MO AVG | | PERCENT | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 / EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,969 | 4,257 | (01) | ******** | 12.3 | 17.6 | (19) | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER:
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein; and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these provisions include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT: [signature]
TELEPHONE (area code): (808) 692-5096
DATE: YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here):
D - See Sand Island WWTP noncompliance report (4).

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A
MAJOR

MONITORING PERIOD
FROM YEAR 06 MO 01 DAY 01   TO YEAR 06 MO 01 DAY 31

NOTE: Read instructions before completing this form.
F-FINAL  INFLUEN/MUNTHLY  NO DISCHARGE

| PARAMETER (32-37) | | QUANTITY OR LOADING (56-61) | | | QUALITY OR CONCENTRATION (54-61) | | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 41,084 | 43,945 | KG/DAY (01) | 208 | 162 | 177 | MG/L (19) | 0 | 31 / 31 DAILY | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT DAILY MX | REPORT MO AVG | REPORT DAILY MX | | | | |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 51,961 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 31 / 31 DAILY | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | | |
| TOTAL SUSPENDED SOLIDS 00530 G 00 | SAMPLE MEASUREMENT | 40,240 | 42,076 | KG/DAY (01) | 266 | 159 | 171 | MG/L (19) | 0 | 31 / 31 DAILY | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT DAILY MX | REPORT MO AVG | REPORT DAILY MX | | | | |
| TOTAL SUSPENDED SOLIDS RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 67,356 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 31 / 31 DAILY | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | | |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 6,248 | 8,873 | KG/DAY (01) | ******** | 24.6 | 35.9 | MG/L (19) | 0 | 13 / 31 THREE/WEEK | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 01 | SAMPLE MEASUREMENT | ******** | 0.026 | KG/DAY (01) | ******** | ******** | 0.105 | UG/L (28) | 0 X | 1 / 31 ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | | |
| DIELDRIN 39380 G 01 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 0.009 | KG/DAY (01) | ******** | ******** | 0.036 | UG/L (28) | 0 | 1 / 31 ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 2 / 27  YEAR / MO / DAY

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X — Chlordane results is an estimate with s = 0.019 ug/L

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

(Reference all attachments here)

PAGE 1 OF 5

35088

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)

**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI. 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-16)

DISCHARGE NUMBER: INF A (17-19)

| | YEAR | MO | DAY |
|---|---|---|---|
| FROM | 06 | 01 | 01 |
| TO | 06 | 01 | 31 |

MAJOR

F-FINAL

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) (54-61) | | | QUALITY OR CONCENTRATION (4 Card Only) (38-45) (46-53) (54-61) | | | | NO EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 00 | SAMPLE MEASUREMENT | 3,549 | 5,462 | (01) KG/DAY | ********* | 14.1 | 22.1 | (19) MG/L | 0 | 13 / 31 | CALCLTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCLTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,700 | 4,203 | (01) KG/DAY | ********* | 10.5 | 15.4 | (19) MG/L | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 67.2 | 83.3 | (03) MGD | ********* | ********* | ********* | | 0 E | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 73.4 | (03) MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ********* | REPORT IN MX/DAY | | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER

ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: 2006/2/27

COMMENT AND EXPLANATION OF ANY VIOLATIONS
E - See Sand Island WWTP noncompliance report (5)

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35089

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR
F-FINAL
DISCHARGE: 001
NO DISCHARGE: ☐

MONITORING PERIOD
FROM YEAR 06 MO 01 DAY 01  TO  YEAR 06 MO 01 DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 181.8 | (2G) | 0 | 2 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 25.52 | 27.00 | (04) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 25,980 | 27,229 | (01) KG/DAY | 122 | 103 | 110 | (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 39633 MO AVG | 49633 HI WK AV | | REPORT DAILY MX | 116 MO AVG | 199 HI WK AV | MG/L | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 30,662 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.36 | ******** | 7.08 | (12) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIMES/WEEK | GRAB |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 12,474 | 13,242 | (01) KG/DAY | 75 | 49 | 54 | (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 31404 MO AVG | 32262 HI WK AV | | REPORT DAILY MX | 89 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code   NUMBER

DATE 2006 / 2 / 27
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.  (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

(Reference all attachments here)

PAGE 3 OF 5

35090

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

MONITORING PERIOD
FROM YEAR 06 MO 01 DAY 01 TO YEAR 06 MO 01 DAY 31

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 18,338 | (01) KG/DAY | ********* | ********* | | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 5,670 REPORT DAILY MX | REPORT DAILY MX | | ********* | ********* | | | | 31 / 31 DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,670 | 5,824 | (01) KG/DAY | ********* | 23.0 | 23.6 | (19) MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | | ********* | REPORT ANN AVG | REPORT MO AVG | | | 1 / 31 ONCE MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,292 | 7,217 | (01) KG/DAY | ********* | 20.8 | 29.2 | (19) MG/L | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT ANN AVG | REPORT DAILY MX | | | THREE WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0220 | 0.018 | (01) KG/DAY | ********* | 0.0877 | 0.072 | (28) UG/L | 0 | X,A 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 0.0024 ANN AVG | 0.012 DAILY MX | | ********* | 0.0016 ANN AVG | 0.38 DAILY MX | | | 1 / 31 ONCE MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0085 | 0.006 | (01) KG/DAY | ********* | 0.034 | 0.026 | (28) UG/L | 0 B | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 0.0037 ANN AVG | 0.05 DAILY MX | | ********* | 0.012 ANN AVG | 0.18 DAILY MX | | | 1 / 31 ONCE MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 67.2 | 83.3 | (03) MGD | ********* | ********* | ********* | | 0 C, E | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 73.4 | (03) MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these provisions may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 2 / 27 YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)
X – Chlordane result is an estimate with s = 0.019 ug/L.
B – See Sand Island WWTP noncompliance report (2)
A – See Sand Island WWTP noncompliance report (1)
C – See Sand Island WWTP noncompliance report (3)
E – See Sand Island WWTP noncompliance report (5)

EPA Form 3320-1 (Rev. 9-86) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35091

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD
FROM: YEAR 06 / MO 01 / DAY 01
TO: YEAR 06 / MO 01 / DAY 31

MAJOR
F-FINAL DISCHARGE: 001
NO DISCHARGE: [ ]

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | UNITS | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM | UNITS (01) | MINIMUM (38-45) | QUALITY OR (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,225 | 3,542 | KG/DAY | ******** | 8.8 | 14.2 | MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | ONCE MONTH | CALCTD |
| EFFLUENT GROSS VALUE ENTEROCOCCI 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 3,136,383 | 3,270,906 | 4,900,000 | CFU/ 100 ML | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | REPORT DAILY MX | | D | DAILY | GRAB |
| EFFLUENT GROSS VALUE PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 756 | 780 | (01) | ******** | 3.06 | 3.16 | MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | ******** | REPORT ANNL AVG | REPORT MO AVG | | | ONCE MONTH | COMP2 |
| EFFLUENT GROSS VALUE BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 37 | ******** | ******** | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | | | ONCE MONTH | CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 69 | ******** | ******** | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 60 MO AVG | ******** | ******** | | | ONCE MONTH | CALCTD |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 3,067 | 4,630 | (01) | ******** | 12.0 | 17.5 | MG/L | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these and other applicable law include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code    NUMBER

DATE: 2006 / 02 / 07
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
D - See Sand Island WWTP noncompliance report (4)

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35092