NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMIT NUMBER (2-19): HI0020117
DISCHARGE NUMBER (17-19): INF A

**MONITORING PERIOD**
FROM YEAR 06 / MO 02 / DAY 01 TO YEAR 06 / MO 02 / DAY 28

PERMITTEE NAME/ADDRESS (include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:    MAJOR
LOCATION:
ATTN: DON PIEPGRASS

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62-63) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (64-65) | (66-67) | (68-70) | (71-72) |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 41,541 | 44,692 | KG/DAY | 224 | 170 | 175 | MG/L | 0 | 26 / 28 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI MX AV | (19) | | | |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 62,740 | KG/DAY | ********* | ********* | ********* | | 0 | 26 / 28 | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | (01) | ********* | ********* | ********* | | | DAILY | |
| TOTAL SUSPENDED SOLIDS 00530 G 00 | SAMPLE MEASUREMENT | 38,280 | 45,597 | KG/DAY | 232 | 157 | 184 | MG/L | 0 | 28 / 28 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI MX AV | (19) | | | |
| TOTAL SUSPENDED SOLIDS RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 55,738 | KG/DAY | ********* | ********* | ********* | | 0 | 28 / 28 | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | (01) | ********* | ********* | ********* | | | DAILY | |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 6,017 | 9,306 | KG/DAY | ********* | 24.4 | 39.4 | MG/L | 0 | 12 / 28 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ********* | REPORT DAILY MX | REPORT DAILY MX | (19) | | | |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.024 | KG/DAY | ********* | ********* | 0.100 | UG/L | 0 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | (01) | ********* | ********* | REPORT DAILY MX | (28) | | | |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.012 | KG/DAY | ********* | ********* | 0.050 | UG/L | 0 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | (01) | ********* | ********* | REPORT DAILY MX | (28) | | ONCE / MONTH | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 03 / 08

(Reference all attachments here)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance reports (1) and (2).

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 1 OF 5

35093

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM  YEAR 08 / MO 02 / DAY 01   TO   YEAR 06 / MO 02 / DAY 28

MAJOR

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING (3 Card Only) AVERAGE | MAXIMUM | UNITS | QUALITY OR CONCENTRATION (4 Card Only) MINIMUM | AVERAGE | MAXIMUM | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 4,089 | 7,440 | | ********* | 16.8 | 31.5 | | 0 | 12 / 28 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | ********* | REPORT MO AVG | REPORT DAILY MX | (19) MG/L | | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |
| PETROLEUM HYDROCARBONS 82180 G 0 0 | SAMPLE MEASUREMENT | 1,928 | 2,885 | | ********* | 7.8 | 11.0 | | 0 | 12 / 28 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | ********* | REPORT MO AVG | REPORT DAILY MX | (19) MG/L | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 64.4 | 74.0 | | ********* | ********* | ********* | | 0 F | 28 / 28 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) MGD | ********* | ********* | ********* | | | CONTINUOUS | RECORDER |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 66.6 | | ********* | ********* | ********* | | 0 | 28 / 28 | RECORDER |
| | PERMIT REQUIREMENT | REPORT HWK AV | | (03) MGD | ********* | ********* | ********* | | | CONTINUOUS | RECORDER |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: 2006 / 03 / 28  (YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
F - See Sand Island WWTP noncompliance report (7).

EPA Form 3320-1 (Rev. 8-90) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35094

**PERMITTEE NAME/ADDRESS:** (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

**FACILITY:**

**LOCATION:**
ATTN: DON PIERGRASS

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMIT NUMBER: HI0020117 (2-19)
DISCHARGE NUMBER: 001 A (17-19)

MAJOR

**MONITORING PERIOD**
FROM YEAR 06 MO 02 DAY 01 TO YEAR 06 MO 02 DAY 28

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (46-49) | FREQUENCY OF ANALYSIS (54-58) | SAMPLE TYPE (59-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 100 | (3 Card Only) SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 90.9 | (2G) CHRONIC TOXICITY | 0 | 2 / 28 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | | | | ONCE / MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 100 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE / MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 100 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 25.04 | 26.10 | (04) DEG. C | 0 | 28 / 28 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 100 | SAMPLE MEASUREMENT | 25,784 | 26,720 | (01) KG/DAY | 120 | 106 | 109 | (19) MG/L | 0 | 26 / 28 | COMP24 |
| | PERMIT REQUIREMENT | 35684 MO AVG | 49635 7/WK AV | | REPORT DAILY MN | 115 MO AVG | 180 7/WK AV | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 30,810 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 26 / 28 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | ******** | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| PH 00400 100 | SAMPLE MEASUREMENT | ******** | ******** | | 6.83 | ******** | 7.05 | (12) SU | 0 | 28 / 28 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | | | FIVE TIMES/ WEEK | GRAB |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 100 | SAMPLE MEASUREMENT | 12,085 | 13,070 | (01) KG/DAY | 64 | 50 | 55 | (19) MG/L | 0 | 28 / 28 | COMP24 |
| | PERMIT REQUIREMENT | 21404 MO AVG | 32292 7/WK AV | | REPORT DAILY MN | 66 MO AVG | 80 7/WK AV | | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. REF. 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 03 / 28 YEAR / MO / DAY

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance reports (1) and (2).
(Reference all attachments here)

EPA Form 3320-1 (Rev. 8-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

35095

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD: FROM YEAR 06 MO 02 DAY 01 TO YEAR 06 MO 02 DAY 28

MAJOR

F-FINAL DISCHARGE 001 — NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX (63-53) | FREQUENCY OF ANALYSIS (54-58) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | ******** | 15,988 | (01) KG/DAY | ******** | ******** | | 0 | 28 / 28 | COMP24 |
| | Permit Requirement | | REPORT DAILY MX | | | | | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | 5,672 | 5,756 | (01) KG/DAY | 23.1 | 22.2 | (19) MG/L | 0 | 1 / 28 DAILY | COMP24 |
| | Permit Requirement | REPORT ANNL AVG | REPORT MO AVG | | REPORT ANNL AVG | REPORT MO AVG | | | | |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | 4,762 | 6,770 | (01) KG/DAY | 19.4 | 27.1 | (19) MG/L | 0 | 12 / 28 | GRAB-3 |
| | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | REPORT MO AVG | REPORT DAILY MX | | | | |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | 0.0212 | 0.020 | (01) KG/DAY | 0.0854 | 0.085 | (28) UG/L | X B | 1 / 28 ONCE/MONTH | COMP24 |
| | Permit Requirement | 0.0382 ANNL AVG | 0.14 DAILY MX | | 0.0078 ANNL AVG | 0.58 DAILY MX | | | | |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | 0.0079 | 0.007 | (01) KG/DAY | 0.032 | 0.029 | (28) UG/L | C 0 | 1 / 28 ONCE/MONTH | COMP24 |
| | Permit Requirement | 0.0012 ANNL AVG | 0.05 DAILY MX | | 0.0012 ANNL AVG | 0.19 DAILY MX | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | Sample Measurement | 64.4 | 74.0 | (03) MGD | ******** | ******** | | D 0 | 28 / 28 CONTINUOUS | RECORDER |
| | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | | | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | Sample Measurement | ******** | 66.6 | (03) MGD | ******** | ******** | | 0 | 28 / 28 CONTINUOUS | RECORDER |
| | Permit Requirement | | REPORT HI.MX A.V | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 03 / 28
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS   (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.019 ug/L.   B - See Sand Island WWTP noncompliance report (3).
C - See Sand Island WWTP noncompliance report (4).   D - See Sand Island WWTP noncompliance report (5).

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

F-FINAL  DISCHARGE 001  NO DISCHARGE ☐

**MONITORING PERIOD**
FROM YEAR 06 / MO 02 / DAY 01  TO  YEAR 06 / MO 02 / DAY 28

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 81210 1 00 | SAMPLE MEASUREMENT | 2,378 | 3,647 | | ***** | 9.7 | 14.6 | | 0 | 1 / 28 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | | REPORT MO AVG | REPORT DAILY MX | (19) MG/L | | ONCE/MONTH | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS EFFLUENT GROSS VALUE 61211 1 01 | SAMPLE MEASUREMENT | ***** | ***** | | 3,140,707 | 3,438,965 | 4,500,000 | | 0 E | 28 / 28 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | (32) CFU/100 ML | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 00 | SAMPLE MEASUREMENT | 750 | 773 | | ***** | 3.05 | 2.98 | | 0 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | (01) KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | (19) MG/L | | ONCE/MONTH | COMP24 |
| BOD 5-DAY PERCENT REMOVAL 81010 K 00 | SAMPLE MEASUREMENT | ***** | ***** | | 38 | ***** | ***** | | 0 A | 1 / 28 | CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | (23) PERCENT | | ONCE/MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 00 | SAMPLE MEASUREMENT | ***** | ***** | | 68 | ***** | ***** | | 0 | 1 / 28 | CALCTD |
| | PERMIT REQUIREMENT | | | | 50 MO AVG | | | (23) PERCENT | | ONCE/MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 00 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,385 | 3,123 | | | 9.8 | 12.8 | | 0 | 12 / 28 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | | REPORT MO AVG | REPORT DAILY MX | (19) MG/L | | THREE/WEEK | GRAB |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

(Reference all attachments here)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: 2006 / 03 / 22  (YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance reports (1) and (2).
E - See Sand Island WWTP noncompliance report (8).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35097

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY: SAND ISLAND WWTP
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: NFA

MAJOR
F-FINAL INFLUENT/MONTHLY
NO DISCHARGE

MONITORING PERIOD
FROM  YEAR 06  MO 03  DAY 01
TO    YEAR 06  MO 03  DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (54-61) | | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 44,067 | 48,206 | KG/DAY (01) | 219 | 152 | 174 | MG/L (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT DAILY MX | REPORT MO AVG | REPORT 7 WK AV | | | DAILY | |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 68,800 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | DAILY | |
| TOTAL SUSPENDED SOLIDS, 00530 G 00 | SAMPLE MEASUREMENT | 40,931 | 49,515 | KG/DAY (01) | 241 | 137 | 150 | MG/L (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT DAILY MX | REPORT MO AVG | REPORT 7 WK AV | | | DAILY | |
| TOTAL SUSPENDED SOLIDS, RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 126,155 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | DAILY | |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 8,196 | 42,674 | KG/DAY (01) | ******** | 27.3 | 138.0 | MG/L (19) | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE / WEEK | |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 01 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 0.032 | KG/DAY (01) | ******** | ******** | 0.128 | UG/L (28) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE / MONTH | |
| DIELDRIN 39380 G 01 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 0.018 | KG/DAY (01) | ******** | ******** | 0.072 | UG/L (28) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE / MONTH | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS.

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5098

DATE: 2006 / 04 / 28  (YEAR MO DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS  (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.  (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35098

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM  YEAR 06 / MO 03 / DAY 01   TO   YEAR 06 / MO 03 / DAY 31

MAJOR

F-FINAL  INFLUENT  *** NO DISCHARGE [ ]  MONTHLY [ ] ***

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 6,028 | 40,289 | KG/DAY | ******** | 19.8 | 128.4 | MG/L | 0 | 14 / 31 | CALCLTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | (46-53) | (19) | | (03-63) | (19) | (69-70) |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,168 | 3,281 | KG/DAY | ******** | 7.4 | 12.9 | MG/L | 0 | ONCE/ MONTH | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | | | 14 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 78.4 | 138.3 | MGD | ******** | ******** | ******** | | 0 E | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | ******** | ******** | ******** | | | | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 97.9 | ******** | MGD | ******** | ******** | ******** | | 0 E | 31 / 31 | CONTIN. LIQUS |
| | PERMIT REQUIREMENT | REPORT MO AVG | | (03) | ******** | ******** | ******** | | | | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | MGD | | | | | | CONTIN. LIQUS | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 04 / 28
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
E - See Sand Island noncompliance report (5)

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35099

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED OMB No.2040-0004

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM YEAR 06 MO 03 DAY 01 — TO YEAR 06 MO 03 DAY 31

MAJOR
F-FINAL  DISCHARGE-001  NO DISCHARGE ☐

NOTE: Read Instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 45.5 | (2G) CHRONIC TOXICITY | 0 | 3 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | | | ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 24.92 | 25.80 | (04) DEG. C | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 26,254 | 27,582 | (01) KG/DAY | 120 | 91 | 106 | (19) MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 35634 MO AVG | 49633 HI WK AV | | REPORT DAILY MX | 110 MO AVG | 160 HI WK AV | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 31,067 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.85 | | 7.26 | (12) SU | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | | | DAILY | GRAB |
| EFFLUENT GROSS VALUE TOTAL SUSPENDED SOLIDS 00530 1 0 0 | SAMPLE MEASUREMENT | 13,360 | 16,053 | (01) KG/DAY | 62 | 45 | 47 | (19) MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 21404 MO AVG | 32292 HI WK AV | | REPORT DAILY MX | 55 MO AVG | 104 HI WK AV | | | FIVE TIMES WEEK | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (Reference all attachments here)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006/04/28

COMMENT AND EXPLANATION OF ANY VIOLATIONS

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 3 OF 5

35100

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
**MAJOR**

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM: YEAR 06 MO 03 DAY 01  TO  YEAR 06 MO 03 DAY 31

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ********* | 32,455 | (01) KG/DAY | ********* | ********* | | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT DAILY MX | | | | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,704 | 5,999 | (01) KG/DAY | ********* | 18.5 | (19) MG/L | 0 | 2 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT MO AVG | (19) | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,076 | 6,252 | (01) KG/DAY | ********* | 14.2 | 18.9 | | 0 | 14 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0217 | 0.027 | (01) KG/DAY | ********* | 0.0874 | 0.106 | (28) UG/L | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | | | 0.00076 ANNL AVG | 0.98 DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0085 | 0.013 | (01) KG/DAY | ********* | 0.034 | 0.052 | (28) UG/L | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.00037 ANNL AVG | 0.05 DAILY MX | | | 0.0012 ANNL AVG | 0.16 DAILY MX | | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 78.4 | 138.3 | (03) MGD | ********* | ********* | ********* | (03) | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | CONTIN- UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 97.9 | (03) MGD | ********* | ********* | ********* | (03) | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT HR WK AV | | | | | | | CONTIN- UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 04 / 28  YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).  B - See Sand Island WWTP noncompliance report (2).
C - See Sand Island WWTP noncompliance report (3).  E - See Sand Island WWTP noncompliance report 5

TYPED OR PRINTED

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.
(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35101

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

**PERMITTEE NAME/ADDRESS:** (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM: YEAR 06 / MO 03 / DAY 01   TO: YEAR 06 / MO 03 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | NO. EX (75-42) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Average (45-53) | Maximum (54-61) | Units (62) | Minimum (38-45) | Average (46-53) | Maximum (54-61) | Units (62) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | Sample Measurement | 1,636 | 2,827 | KG/DAY | ********* | 5.7 | 9.7 | MG/L | 0 | 1 / 31 | CALCTD |
| EFFLUENT GROSS VALUE | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | (01) | ********* | REPORT MO AVG | REPORT DAILY MX | (19) | | | |
| ENTEROCOCCI 61211 1 0 1 | Sample Measurement | | | | 2,756,534 | 3,431,940 | 5,300,000 | CFU/100 ML | 0  D | 31 / 31 | GRAB |
| COLONY FORMING UNITS EFFLUENT GROSS VALUE | Permit Requirement | ********* | ********* | | REPORT MO GEO MN | REPORT MO GEO MN | 18,900 DAILY MX | (32) | | | |
| PHOSPHATE, TOTAL (AS P) 70505 1 0 0 | Sample Measurement | 747 | 747 | KG/DAY | ********* | 2.93 | 2.30 | MG/L | 0 | 2 / 31 | COMP24 |
| COLOR, METHOD (AS P) EFFLUENT GROSS VALUE | Permit Requirement | REPORT MO AVG | REPORT ANNL AVG | (01) | ********* | REPORT ANNL AVG | REPORT MO AVG | (19) | | | |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | Sample Measurement | ********* | ********* | | 40 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| EFFLUENT GROSS VALUE | Permit Requirement | | | | 30 MO AVG | | | (23) | | | |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | Sample Measurement | ********* | ********* | | 67 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| EFFLUENT GROSS VALUE | Permit Requirement | | | | 50 MO AVG | | | (23) | | | |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | Sample Measurement | 2,440 | 4,083 | KG/DAY | ********* | 8.5 | 16.1 | MG/L | 0 | 14 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | (01) | ********* | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE WEEK | GRAB-3 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code  NUMBER

DATE 2006 / 04 / 28
YEAR / MO / DAY

(Reference all attachments here)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
D - See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 9-86) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 5 OF 5

35102

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001

MONITORING PERIOD
FROM: YEAR 06 / MO 04 / DAY 01  To  YEAR 06 / MO 04 / DAY 30

MAJOR

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (38-61) | | | UNITS | NO. EX (69-70) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 42,300 | 44,828 | (01) | 236 | 163 | 177 | (19) | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | MG/L | | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 59,491 | (01) | ********* | ********* | ********* | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | KG/DAY | ********* | ********* | ********* | | | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT SOLIDS, TOTAL SUSPENDED 00530 G 00 | SAMPLE MEASUREMENT | 36,728 | 41,843 | (01) | 190 | 141 | 172 | (19) | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | MG/L | | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT SOLIDS, TOTAL SUSPENDED | SAMPLE MEASUREMENT | ********* | 48,529 | (01) | ********* | ********* | ********* | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | KG/DAY | ********* | ********* | ********* | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 5,185 | 7,190 | (01) | ********* | 19.9 | 28.1 | (19) | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ********* | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT CHLORDANE (TECH MIX) AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.053 | (01) | ********* | ********* | 0.174 | (28) | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | KG/DAY | ********* | ********* | REPORT DAILY MX | UG/L | | ONCE/ MONTH | COMP24 |
| RAW SEWAGE/INFLUENT DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.039 | (01) | ********* | ********* | 0.128 | (28) | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | KG/DAY | ********* | ********* | REPORT DAILY MX | UG/L | | ONCE/ MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 05 / 25
YEAR / MO / DAY

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS

EPA Form 3320-1 (Rev. 9-86) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

**PERMITTEE NAME/ADDRESS** (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MAJOR

MONITORING PERIOD
FROM: YEAR 06 / MO 04 / DAY 01  TO  YEAR 06 / MO 04 / DAY 30

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (38-45) | | | | FREQUENCY OF ANALYSIS (54-59) | SAMPLE TYPE (60-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,157 | 4,689 | (01) KG/DAY | ******** | 12.1 | 18.0 | (19) MG/L | 0 | 12 / 30 CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | |
| HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,038 | 3,004 | (01) KG/DAY | ******** | 7.8 | 12.4 | (19) MG/L | 0 | 12 / 30 CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | 12 / 30 GRAB-C |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 68.6 | 100.1 | (03) MGD | ******** | ******** | ******** | | 0 | 30 / 30 RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | ******** | ******** | | | 30 / 30 CONTINUOUS |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 76.0 | (03) MGD | ******** | ******** | ******** | | 0 | 30 / 30 RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | ******** | ******** | ******** | | | 30 / 30 CONTINUOUS |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | CONTINUOUS RECORDER |
| | PERMIT REQUIREMENT | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER

ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: YEAR 2006 / MO 05 / DAY 05

COMMENT AND EXPLANATION OF ANY VIOLATIONS  (Reference all attachments here)

EPA Form 3320-1 (Rev. 0-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 6

35104

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEFGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

MONITORING PERIOD
FROM: YEAR 06 MO 04 DAY 01  TO  YEAR 06 MO 04 DAY 30

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) (46-53) AVERAGE | MAXIMUM | UNITS | (4 Card Only) (38-45) MINIMUM | (46-53) AVERAGE | (54-61) MAXIMUM | | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) CHRONIC TOXICITY | (82.63) 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 30 DAILY MX | | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 25.59 | 26.80 | (04) DEG. C | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 25,786 | 26,543 | (01) KG/DAY | 128 | 99 | 106 | (19) MG/L | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 35,984 MO AVG | 56,602 DAILY MX | | REPORT DAILY MX | 176 MO AVG | 60 DAILY MX | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 32,121 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.90 | ******** | 7.26 | (12) SU | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 DAILY MX | | | FIVE TIMES WEEK | GRAB |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 11,943 | 12,352 | (01) KG/DAY | 67 | 46 | 49 | (19) MG/L | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 21,140 MO AVG | 32,263 DAILY MX | | REPORT DAILY MX | 88 MO AVG | 104 DAILY MX | | | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND THAT BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (18 U.S.C. § 1001 and 33 U.S.C. § 1319. Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 2006 / 05 / 25  YEAR / MO / DAY

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS   (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-86)   Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35105

FORM APPROVED
OMB No.2040-0004

35106

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUCHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
NAME: SAND ISLAND WWTP
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117    DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD   FROM  06 / 04 / 01   TO   06 / 04 / 30

F-FINAL DISCHARGE 001    NO DISCHARGE ☐
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (46-53) | FREQUENCY OF ANALYSIS (54-59) | SAMPLE TYPE (60-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ********* | 16,954 | (01) KG/DAY | ********* | ********* | ********* | | 0 | 30 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,695 | 5,841 | (01) KG/DAY | ********* | 22.1 | 21.6 | (19) MG/L | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT ANNL AVG | REPORT MO AVG | | | ONCE/ MONTH | |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,571 | 5,798 | (01) KG/DAY | ********* | 17.5 | 23.0 | (19) MG/L | 0 | 12 / 30 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX, AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0247 | 0.060 | (01) KG/DAY | ********* | 0.0960 | 0.198 | (28) UG/L | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.00024 ANNL AVG | 0.12 DAILY MX | | | 0.0076 ANNL AVG | 0.08 DAILY MX | | | ONCE/ MONTH | |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0106 | 0.035 | (01) KG/DAY | ********* | 0.041 | 0.113 | (28) UG/L | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.00035 ANNL AVG | 0.035 DAILY MX | | | 0.0312 ANNL AVG | 0.048 DAILY MX | | | ONCE/ MONTH | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 69.6 | 100.1 | (03) MGD | ********* | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | CONTIN UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 76.0 | (03) MGD | ********* | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT M MX AV | | | | | | | CONTIN UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER   ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (See 18 U.S.C. 1001 and 33 U.S.C. 1319. Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code  NUMBER

DATE  2006 / 05 / 25
YEAR  MO  DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).    B - See Sand Island WWTP noncompliance report (2).
C - See Sand Island WWTP noncompliance report (3).

EPA Form 3320-1 (Rev. 8-98)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULIOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEFGRASS

PERMIT NUMBER (2/6): HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM YEAR 06 MO 04 DAY 01  TO  YEAR 06 MO 04 DAY 30

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE □

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (46-49) | FREQUENCY OF ANALYSIS (54-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,123 | 3,554 | KG/DAY | ******** | 8.1 | 14.1 | MG/L | 0 | 1 / 30 | CALCTD |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | (18) | | 1 / 30 | CALCTD |
| ENTEROCOCCI, 81211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 3,046,986 | 3,552,231 | 4,700,000 | CFU/ 100 ML | 0 | 30 / 30 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MA | 8,000 DAILY MX | (32) | D | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 747 | 726 | KG/DAY | ******** | 2.91 | 2.78 | MG/L | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | (01) | ******** | REPORT ANN AVG | REPORT MO AVG | (19) | | ONCE/ MONTH | COMP24 |
| PERCENT REMOVAL BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 39 | ******** | ******** | PERCENT | 0 | 1 / 30 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | (23) | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 68 | ******** | ******** | PERCENT | 0 | 1 / 30 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | (23) | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,449 | 3,404 | KG/DAY | ******** | 9.4 | 13.9 | MG/L | 0 | 12 / 30 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACH, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT FOR KNOWING VIOLATIONS.

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 05 / 25
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
D - See Sand Island WWTP noncompliance report (4).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 6-98) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35107

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A
MAJOR

MONITORING PERIOD
FROM 06 05 01 TO 06 05 31

NOTE: Read instructions before completing this form.

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (54-61) | | | UNITS | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 53,227 | 59,334 | KG/DAY | 384 | 223 | 248 | MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI/MX | (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI/MX AVG | (19) | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 92,439 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 G 00 | SAMPLE MEASUREMENT | 55,511 | 62,121 | KG/DAY | 427 | 237 | 262 | MG/L | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI/MX | (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI/MX AVG | (19) | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, | SAMPLE MEASUREMENT | ******** | 102,790 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 4,345 | 6,506 | KG/DAY | ******** | 18.3 | 27.5 | MG/L | 0 | 14 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE / WEEK | GRAB-3 |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.026 | KG/DAY | ******** | ******** | 0.108 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | REPORT DAILY MX | (28) | | ONCE / MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.010 | KG/DAY | ******** | ******** | 0.042 | UG/L | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | REPORT DAILY MX | (28) | | ONCE / MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (PENALTIES UNDER THESE STATUTES MAY INCLUDE FINES UP TO $10,000 AND/OR MAXIMUM IMPRISONMENT OF BETWEEN 6 MONTHS AND 5 YEARS.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 06 / 21
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 1 OF 5

35108

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: "SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A
MAJOR

MONITORING PERIOD
FROM  YEAR 06 / MO 05 / DAY 01  TO  YEAR 06 / MO 05 / DAY 31

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE □
*** NOTE: Read instructions before completing this form. ***

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (38-45) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | NO. EX | FREQUENCY OF ANALYSIS (54-59) | SAMPLE TYPE (69-70) |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 2,404 | 3,785 | (01) KG/DAY | ******** | 10.1 | 16.0 | (19) MG/L | 0 | 14 / 31 | CALC'TD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALC'TD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 1,941 | 2,814 | (01) KG/DAY | ******** | 8.1 | 11.8 | (19) MG/L | 0 | 14 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | 62.9 | 67.6 | (03) MGD | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | ******** | ******** | | | CONTIN- UOUS | RECORDER |
| | SAMPLE MEASUREMENT | ******** | 64.4 | (03) MGD | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | | | ******** | ******** | | | CONTIN- UOUS | RECORDER |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 6 / 21
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted.        (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)        PAGE 2 OF 5

35109

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGROSS

PERMIT NUMBER HI0020117
DISCHARGE NUMBER 001 A

MONITORING PERIOD
FROM YEAR 06 MO 05 DAY 01 TO YEAR 06 MO 05 DAY 31

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (69-62) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (3 Card Only) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 45.5 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | | |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP2K |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/MONTH | |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 26.19 | 27.50 | (04) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AV | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 25,539 | 26,686 | (01) | 141 | 107 | 113 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 25,584 MO AV | 49,833 HI WK AV | KG/DAY | REPORT DAILY MX | 111 MG AV | 150 HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 33,142 | (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP2K |
| PH 00400 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 6.90 | ******** | 7.02 | (12) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIMES/WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 10,562 | 11,463 | (01) | 58 | 44 | 47 | (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 21,424 MO AV | 33,262 HI WK AV | KG/DAY | REPORT DAILY MX | 68 MG AV | 104 HI WK AV | MG/L | | DAILY | COMP2K |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (REF 18 U.S.C. 1 001 AND 33 U.S.C. 1319. Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 6 / 21
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1). (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

35110

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-16)
DISCHARGE NUMBER: 001 A
MAJOR
F-FINAL DISCHARGE 001 — NO DISCHARGE 001

MONITORING PERIOD
FROM  YEAR 06  MO 05  DAY 01   TO  YEAR 06  MO 05  DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (63-64) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 14,204 | (01) KG/DAY | ******** | ******** | ******** | | 0  A | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | DAILY | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,655 | 5,357 | (01) KG/DAY | ******** | 22.0 | 22.9 | (19) MG/L | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | | | REPORT ANNL AVG | REPORT MO AVG | (19) MG/L | | ONCE/MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,136 | 5,547 | (01) KG/DAY | ******** | 17.3 | 23.6 | (19) MG/L | 0  B | 13 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX, AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0248 | 0.023 | (01) KG/DAY | ******** | 0.0963 | 0.095 | (28) UG/L | 0  X,C | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | | | 0.0076 ANNL AVG | 0.38 DAILY MX | (28) UG/L | | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0107 | 0.006 | (01) KG/DAY | ******** | 0.041 | 0.024 | (28) UG/L | 0  D | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0032 ANNL AVG | 0.05 DAILY MX | | | 0.012 ANNL AVG | 0.16 DAILY MX | (28) UG/L | | ONCE/MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 62.9 | 67.6 | (03) MGD | ******** | ******** | ******** | | 0  A,E | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | CONTINUOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 64.4 | (03) MGD | ******** | ******** | ******** | | 0  A,E | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT MO AVG | | | | | | | CONTINUOUS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code  NUMBER

DATE  2006 / 6 / 21
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS  (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.019 ug/L.
A - See Sand Island WWTP noncompliance report (1).
B - See Sand Island WWTP noncompliance report (2).
C - See Sand Island WWTP noncompliance report (3).
D - See Sand Island WWTP noncompliance report (4).
E - See Sand Island WWTP noncompliance report (5).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35111

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE

MONITORING PERIOD
FROM: YEAR 06 / MO 05 / DAY 01   TO: YEAR 06 / MO 05 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (46-53) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 1,940 | 3,526 | KG/DAY | ********* | 8.2 | 15.0 | MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | ONCE/MONTH | |
| ENTEROCOCCI / COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ********* | ********* | | 2,940,209 | 3,477,839 | 4,900,000 | CFU/100 ML | 0 F | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | ********* | ********* | | REPORT MO GEO MN | REPORT MO GEO MN | 8,000 DAILY MX | (32) | | DAILY | |
| PHOSPHATE, TOTAL (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 744 | 725 | KG/DAY | ********* | 2.90 | 3.10 | MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | (01) | ********* | REPORT ANN AVG | REPORT MO AVG | (19) | | ONCE/MONTH | COMP24 |
| PERCENT REMOVAL BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 52 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ********* | ********* | | 30 MO AVG | ********* | ********* | (23) | | ONCE/MONTH | |
| PERCENT REMOVAL SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 81 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ********* | ********* | | 85 MO AVG | ********* | ********* | (23) | | ONCE/MONTH | |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,195 | 3,427 | KG/DAY | ********* | 9.2 | 13.8 | MG/L | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE/WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (See 18 U.S.C. 1001 and U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: YEAR 2006 / MO 6 / DAY 21

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).   F - See Sand Island WWTP noncompliance report (6).

35112

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MAJOR

MONITORING PERIOD
FROM  YEAR 06  MO 06  DAY 01   TO  YEAR 06  MO 06  DAY 30

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (54-61) | | | QUALITY OR CONCENTRATION (54-61) | | | NO. EX (63-68) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | 61,707 | 66,110 | KG/DAY | 395 | 243 | 259 | MG/L | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 100,918 | KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT SOLIDS, TOTAL SUSPENDED 00530 G 0 0 | SAMPLE MEASUREMENT | 80,574 | 88,537 | KG/DAY | 655 | 318 | 348 | MG/L | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT SOLIDS, TOTAL SUSPENDED | SAMPLE MEASUREMENT | ******** | 167,344 | KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| RAW SEWAGE/INFLUENT OIL AND GREASE 03582 G 0 0 | SAMPLE MEASUREMENT | 6,721 | 8,107 | KG/DAY | ******** | 26.5 | 32.5 | MG/L | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.020 | KG/DAY | ******** | ******** | 0.082 | UG/L | 0 X | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| RAW SEWAGE/INFLUENT DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.010 | KG/DAY | ******** | ******** | 0.040 | UG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TYPED OR PRINTED

TELEPHONE (808) 692-5096
area code   NUMBER

DATE 2006 / 7 / 21
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X – Chlordane result is an estimate with s = 0.019 ug/L.

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM 1-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35113

(Reference all attachments here)

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM  YEAR 06 / MO 06 / DAY 01  TO  YEAR 06 / MO 06 / DAY 30

MAJOR

F-FINAL
INFLUENT/MONTHLY ☐
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | NO. EX (69-70) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 4,164 | 5,135 | KG/DAY | ******** | 16.4 | 20.1 | MG/L | 0 | 12 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,557 | 3,143 | KG/DAY | ******** | 10.1 | 12.6 | MG/L | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 66.9 | 68.0 | MGD | ******** | ******** | ******** | | 0 | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | ******** | ******** | | | CONTIN-UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 67.4 | MGD | ******** | ******** | ******** | | 0 | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY AV | | ******** | ******** | ******** | | | CONTIN-UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR
WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS
IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED
INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT
PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND
IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE  2006 / 7 / 21  YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS  (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.  (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35114

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)

**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 1000 ULIUOHIA STREET, SUITE 303
KAPOLEI HI 96707

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: 001 A

MAJOR

F-FINAL DISCHARGE 001   NO DISCHARGE ☐   ***

MONITORING PERIOD
FROM 06 06 01 TO 06 06 30

NOTE: Read instructions before completing this form.

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 181.8 | (2G) | 0 | 3 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| DEGREE CENTIGRADE TEMPERATURE, WATER 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.14 | 28.20 | (04) | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | | | REPORT MO AVG | DEG. C | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 26,979 | 28,797 | KG/DAY | 140 | 107 | 114 | (19) | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 3693 MO AVG | 4983 DAILY MX | | REPORT DAILY MX | REPORT MO AVG | 160 DAILY MX | MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 35,768 | KG/DAY | ******** | ******** | ******** | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.83 | ******** | 6.97 | (12) | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 8.0 MAXIMUM | SU | | FIVE TIMES/ WEEK | GRAB |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 11,750 | 13,041 | KG/DAY | 66 | 46 | 52 | (19) | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 21404 MO AVG | 32202 DAILY MX | | REPORT DAILY MX | 69 MO AVG | 104 DAILY MX | MG/L | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE, AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (See 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5006

DATE 2006 / 7 / 21

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted. (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35115