NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-19)

DISCHARGE NUMBER: 001 A (17-19)

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM YEAR 06 MO 06 DAY 01  TO  YEAR 06 MO 06 DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) | | | QUALITY OR CONCENTRATION (4 Card Only) (46-53) | | | NO EX (8-243) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS (01) | MINIMUM | MAXIMUM | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 16,288 | KG/DAY | ********* | ********* | | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT DAILY MX | | | | | | | DAILY | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,657 | 5,816 | KG/DAY | 22.1 | 22.8 | MG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN/AVG | REPORT MO/AVG | | REPORT ANN/AVG | REPORT MO/AVG | (19) | | ONCE/MONTH | |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 6,268 | 8,584 | KG/DAY | 24.7 | 33.6 | MG/L | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO/AVG | REPORT DAILY MX | | REPORT MO/AVG | REPORT DAILY MX | (19) | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0249 | 0.018 | KG/DAY | 0.0968 | 0.073 | UG/L | X A | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 0.0024 ANN/AVG | 0.0 DAILY MX | | 0.0076 ANN/AVG | 0.038 DAILY MX | (28) | | ONCE/MONTH | |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0106 | 0.006 | KG/DAY | 0.041 | 0.024 | UG/L | B | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 0.0037 ANN/AVG | 0.05 DAILY MX | | 0.012 ANN/AVG | 0.018 DAILY MX | (28) | | ONCE/MONTH | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 66.9 | 68.0 | MGD (03) | ********* | ********* | | 0 C | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO/AVG | REPORT DAILY MX | | | | | | CONTINUOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 67.4 | MGD (03) | ********* | ********* | | 0 C | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT 7 MX/AVG | | | | | | CONTINUOUS | RECORDER |

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (See 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines and/or imprisonment of between 6 months and 5 years.)

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
AREA CODE   NUMBER

DATE 2006 / 7 / 21
YEAR / MO / DAY

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here):
X - Chlordane result is an estimate with s = 0.019 ug/L.
B - See Sand Island WWTP noncompliance report (2).
A - See Sand Island WWTP noncompliance report (1).
C - See Sand Island WWTP noncompliance report (3).

EPA Form 3320-1 (Rev. 8-98) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35116

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD: FROM 06 06 01 TO 06 06 30

MAJOR

F-FINAL DISCHARGE 001 — NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,879 | 5,478 | | ***** | 11.3 | 21.6 | | MG/L | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ***** | REPORT MO AVG | REPORT DAILY MX | | | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI, EFFLUENT GROSS VALUE 61211 1 0 1 | SAMPLE MEASUREMENT | ***** | ***** | | 2,744,516 | 3,125,811 | 4,500,000 | | CFU/ 100 ML | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | ***** | ***** | | REPORT MO GEO MN | REPORT WK GEO MN | 18000 DAILY MX | | | | DAILY | GRAB |
| PHOSPHATE, TOTAL (AS P) EFFLUENT GROSS VALUE 70505 1 0 0 | SAMPLE MEASUREMENT | 742 | 770 | | ***** | 2.91 | 3.02 | | MG/L | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | KG/DAY | ***** | REPORT ANN AVG | REPORT MO AVG | | | | ONCE/ MONTH | COMP24 |
| COLOR, METHOD (AS P) EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ***** | ***** | | 56 | ***** | ***** | | PERCENT | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ***** | ***** | | 30 MO AVG | ***** | ***** | | | | ONCE/ MONTH | CALCTD |
| BOD, 5-DAY 81010 K 0 0 PERCENT REMOVAL | SAMPLE MEASUREMENT | ***** | ***** | | 85 | ***** | ***** | | PERCENT | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ***** | ***** | | 50 MO AVG | ***** | ***** | | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED 81011 K 0 0 PERCENT REMOVAL | SAMPLE MEASUREMENT | 3,389 | 5,416 | | ***** | 13.4 | 21.2 | | MG/L | 0 | 12 / 30 | GRAB-3 |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | KG/DAY | ***** | REPORT MO AVG | REPORT DAILY MX | | | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 7 / 21

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
D - See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35117

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM  YEAR 06 / MO 07 / DAY 01  TO  YEAR 06 / MO 07 / DAY 31

MAJOR

F-FINAL ☐
INFLUENT/MONTHLY ☐
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (56-63) | FREQUENCY OF ANALYSIS (68-69) | SAMPLE TYPE (62-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 55,498 | 59,271 | KG/DAY | 313 | 218 | 236 | MG/L | 0 | 29 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | * * * * * * * * | 77,954 | KG/DAY | * * * * * * * * | * * * * * * * * | * * * * * * * * | | 0 | 29 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 71,161 | 88,154 | KG/DAY | 580 | 280 | 351 | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | MG/L | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | * * * * * * * * | 144,451 | KG/DAY | * * * * * * * * | * * * * * * * * | * * * * * * * * | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 5,991 | 7,995 | KG/DAY | * * * * * * * * | 23.5 | 32.2 | | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX) AND METABOLITES) 39350 G 01 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | * * * * * * * * | 0.019 | KG/DAY | * * * * * * * * | * * * * * * * * | 0.077 | | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | UG/L | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 G 01 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | * * * * * * * * | 0.009 | KG/DAY | * * * * * * * * | * * * * * * * * | 0.037 | | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | UG/L | | ONCE/ MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code    number

DATE 2006 / 08 / 28
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.007 ug/L.
A - See Sand Island WWTP noncompliance reports (1) and (2).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 1 OF 5

35118

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PFEFGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A
MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE

MONITORING PERIOD
FROM  YEAR 06 / MO 07 / DAY 01  TO  YEAR 06 / MO 07 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (52-63) | FREQUENCY OF ANALYSIS (59-60) | SAMPLE TYPE (69-70) |
| | | (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,026 | 4,951 | (01) | ********* | 11.9 | 20.0 | (19) | 0 | 13 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,965 | 4,759 | (01) | ********* | 11.6 | 18.3 | (19) | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 67.4 | 70.2 | (03) | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | | | | | | CONTIN- UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 69.1 | (03) | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | | REPORT HI WK AV | MGD | | | | | | CONTIN- UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND, BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE, AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 08 / 28
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 2 OF 5

35119

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI. 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM: YEAR 06 / MO 07 / DAY 01   TO   YEAR 06 / MO 07 / DAY 31

MAJOR

F-FINAL DISCHARGE 001 ☐   NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 90.9 | (2G) | 0 | 2 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.01 | 28.50 | (04) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 26,663 | 30,588 | (01) KG/DAY | 138 | 104 | 118 | (19) | 0 A,G | 28 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35584 MO AVG | 49633 HI WK AV | KG/DAY | REPORT DAILY MX | 116 MO AVG | 160 HI WK AV | MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) 00310 | SAMPLE MEASUREMENT | ******** | 35,261 | (01) KG/DAY | ******** | ******** | ******** | | 0 A,G | 28 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | ******** | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.78 | ******** | 7.03 | (12) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIME/ WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS, 00530 1 0 0 | SAMPLE MEASUREMENT | 11,609 | 11,984 | (01) KG/DAY | 64 | 45 | 46 | (19) | 0 | 30 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21404 MO AVG | 32262 HI WK AV | KG/DAY | REPORT DAILY MX | 69 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACH, CHIEF DEO

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND, BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

TYPED OR PRINTED: ATHAN K. ADACH, CHIEF DEO

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 2006 / 08 / 28
YEAR / MO / DAY

DEPARTMENT OF ENVIRONMENTAL SERVICES

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See Sand Island WWTP noncompliance reports (1) & (2).
C - See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35120

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM  (NPDES)
DISCHARGE MONITORING REPORT  (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER
HI0020117

DISCHARGE NUMBER
001 A

MAJOR

FACILITY:

LOCATION:
ATTN: DON PIERGRASS

F-FINAL
DISCHARGE 001
NO DISCHARGE ***

NOTE: Read instructions before completing this form.

MONITORING PERIOD

FROM  YEAR 06 | MO 07 | DAY 01    TO  YEAR 06 | MO 07 | DAY 31

| PARAMETER | | QUANTITY OR LOADING | | | | QUANTITY OR CONCENTRATION | | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 17,538 | KG/DAY (01) | | ******** | ******** | ******** | (19) | 0 | 30 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,651 | 5,680 | KG/DAY (01) | | ******** | 22.0 | 22.2 | MG/L (19) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | | REPORT ANNL AVG | REPORT MO AVG | | | ONCE/ MONTH | |
| OIL AND GREASE | SAMPLE MEASUREMENT | 5,465 | 7,827 | KG/DAY (01) | | ******** | 21.2 | 30.1 | MG/L (19) | 0 | 13 / 31 | GRAB-3 |
| 03582 1 0 0 EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0241 | 0.012 | KG/DAY (01) | | ******** | 0.0939 | 0.048 | UG/L (28) | X.D | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0024 ANNL AVG | 0.12 DAILY MX | | | | 0.0076 ANNL AVG | 0.38 DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0104 | 0.004 | KG/DAY (01) | | ******** | 0.040 | 0.017 | UG/L (28) | E | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0037 ANNL AVG | 0.05 DAILY MX | | | | 0.012 ANNL AVG | 0.18 DAILY MX | | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 68.2 | 73.5 | MGD (03) | | ******** | ******** | ******** | | F | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | | CONTIN- UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 69.1 | MGD (03) | | ******** | ******** | ******** | | F | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT HI WK AV | | | | | | | | CONTIN- UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE
2006/08/28

COMMENT AND EXPLANATION OF ANY VIOLATIONS                    (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.007 ug/L.
D - See Sand Island WWTP noncompliance report (5).
E - See Sand Island WWTP noncompliance report (6).
F - See Sand Island WWTP noncompliance report (7).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 4 OF 5

35121

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM 06 / 07 / 01 TO 06 / 07 / 31

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE □

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) | | | QUALITY OR CONCENTRATION (4 Card Only) (46-53) | | | NO. EX (23-63) | FREQUENCY OF ANALYSIS (56-58) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS (01) | MINIMUM | AVERAGE | MAXIMUM | UNITS (19) | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,350 | 3,693 | | ******** | 9.1 | 13.9 | | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/ MONTH | CALCTD |
| EFFLUENT GROSS VALUE ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 2,680,733 | 2,869,079 | 6,100,000 | (32) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | CFU/ 100 ML | B | DAILY | GRAB |
| EFFLUENT GROSS VALUE PHOSPHATE, TOTAL (AS P) COLOR, METHOD 70505 1 0 0 | SAMPLE MEASUREMENT | 740 | 768 | (01) | ******** | 2.89 | 3.00 | (19) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | MG/L | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 53 | ******** | ******** | (23) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | | | PERCENT | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 84 | ******** | ******** | (23) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 60 MO AVG | | | PERCENT | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 3,114 | 4,707 | (01) | ******** | 12.1 | 18.1 | (19) | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 08 / 28
YEAR / MO / DAY

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS
B - See Sand Island WWTP noncompliance report (3).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.

(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35122

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MAJOR

MONITORING PERIOD
FROM  YEAR 06 / MO 08 / DAY 01   TO   YEAR 06 / MO 08 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) (3 Card Only) | MAXIMUM (54-61) | UNITS (62-63) | MINIMUM (38-45) (4 Card Only) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | (69-63) | (64-68) | (69-70) |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | 49,554 | 61,930 | KG/DAY (01) | 323 | 198 | 249 | MG/L (19) | 0 | 30 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | MG/L (19) | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) 00530 G 0 0 | SAMPLE MEASUREMENT | ******** | 80,077 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 30 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY (01) | | | | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 G 0 0 | SAMPLE MEASUREMENT | 55,676 | 80,034 | KG/DAY (01) | 448 | 222 | 322 | MG/L (19) | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY (01) | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | MG/L (19) | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS | SAMPLE MEASUREMENT | ******** | 111,406 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY (01) | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 0 0 | SAMPLE MEASUREMENT | 5,803 | 7,503 | KG/DAY (01) | ******** | 23.2 | 30.3 | MG/L (19) | 0 | 15 / 31 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.033 | KG/DAY (01) | ******** | ******** | 0.124 | UG/L (28) | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY (01) | | | REPORT DAILY MX | UG/L | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ******** | 0.009 | KG/DAY (01) | ******** | ******** | 0.036 | UG/L (28) | 0 | 1 / 31 | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY (01) | | | REPORT DAILY MX | UG/L | | ONCE/ MONTH | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 09 / 28
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A – See Sand Island WWTP noncompliance report (1)

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 1 OF 5

35123

# NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES) DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM: YEAR 06 | MO 08 | DAY 01   TO   YEAR 06 | MO 08 | DAY 31

MAJOR

F-FINAL  INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | (3 Card Only) QUANTITY OR LOADING | | | (4 Card Only) QUALITY OR CONCENTRATION | | | | NO. EX (46-43) | FREQUENCY OF ANALYSIS (59-60) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (46-53) AVERAGE | (54-61) MAXIMUM | UNITS | (38-45) MINIMUM | (46-53) AVERAGE | (54-61) MAXIMUM | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 00 | SAMPLE MEASUREMENT | 3,319 | 4,704 | (01) | ******** | 13.3 | 19.3 | (19) | 0 | 15 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 00 | SAMPLE MEASUREMENT | 2,483 | 3,787 | (01) | ******** | 9.9 | 15.0 | (19) | 0 | 15 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 66.2 | 68.2 | (03) | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | | | | | | CONTIN-UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 67.2 | (03) | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT HI WK AV | MGD | | | | | | CONTIN-UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
AREA CODE | NUMBER

DATE 2006/09/28
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35124

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

**PERMITTEE NAME/ADDRESS:** (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707
FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117 (2-16)
DISCHARGE NUMBER: 001 A (17-19)

MONITORING PERIOD
FROM: YEAR 06 MO 08 DAY 01 TO YEAR 06 MO 08 DAY 31

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | NO EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 100 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | >357 | (26) | 0 | 2 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 100 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (26) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 100 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.01 | 28.00 | DEG. C | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 100 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 29,849 | 30,924 | (01) KG/DAY | 148 | 116 | 119 | (19) MG/L | 0 | 30 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 35984 MO AVG | 49633 HI WK AV | | | 116 MO AVG | 160 HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 36,870 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 30 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| PH 00400 100 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 6.66 | ******** | 6.95 | (12) SU | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | | | FIVE TIME/ WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS, 00530 100 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 10,136 | 10,920 | (01) KG/DAY | 54 | 39 | 43 | (19) MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 21404 MO AVG | 32262 HI WK AV | | REPORT DAILY MX | 69 MO AVG | 104 HI WK AV | | | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 09 / 28
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1)
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED)    PAGE 3 OF 5

35125

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

F-FINAL
DISCHARGE 00T
NO DISCHARGE

MONITORING PERIOD
FROM  YEAR 06 / MO 08 / DAY 01  TO  YEAR 06 / MO 08 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | (3 Card Only) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | MAXIMUM (46-53) | UNITS | (65-66) | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | * * * * * * * * | 13,633 | (01) KG/DAY | * * * * * * * * | * * * * * * * * | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | (01) KG/DAY | * * * * * * * * | * * * * * * * * | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,685 | 5,894 | (01) KG/DAY | * * * * * * * * | 22.8 | (19) MG/L | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | (01) KG/DAY | * * * * * * * * | REPORT MO AVG | (19) | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 5,610 | 7,626 | (01) KG/DAY | * * * * * * * * | 21.7 | (19) MG/L | 0 | 15 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | * * * * * * * * | REPORT MO AVG | (19) | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0247 | 0.026 | (01) KG/DAY | * * * * * * * * | 0.0958 | (28) UG/L | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0024 ANNL AVG | 0.12 DAILY MX | (01) KG/DAY | * * * * * * * * | 0.0076 ANNL AVG | (28) | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0105 | 0.007 | (01) KG/DAY | * * * * * * * * | 0.040 | (28) UG/L | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0037 ANNL AVG | 0.05 DAILY MX | (01) KG/DAY | * * * * * * * * | 0.012 ANNL AVG | (28) | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 67.9 | 74.9 | (03) MGD | * * * * * * * * | * * * * * * * * | | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) MGD | * * * * * * * * | * * * * * * * * | | | CONTIN- UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | * * * * * * * * | 70.4 | (03) MGD | * * * * * * * * | * * * * * * * * | | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT HI WK AV | (03) MGD | * * * * * * * * | * * * * * * * * | | | CONTIN- UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 09 / 28

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
B - See Sand Island WWTP noncompliance report (3).    C - See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 9-98) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 4 OF 5

35126

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM YEAR 06 / MO 08 / DAY 01 TO YEAR 06 / MO 08 / DAY 31

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (46-53) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) *(3 Card Only)* | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) *(4 Card Only)* | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,747 | 4,678 | (01) | ******** | 10.6 | 16.5 | (19) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 2,354,502 | 2,901,169 | 4,000,000 | (32) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | CFU/ 100 ML | | DAILY | GRAB |
| PHOSPHATE, TOTAL (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 745 | 791 | (01) | ******** | 2.89 | 3.06 | (19) | 0 | 1 / 31 | COMP24 |
| COLOR, METHOD | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | MG/L | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 41 | ******** | ******** | (23) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | PERCENT | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 82 | ******** | ******** | (23) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 60 MO AVG | | | PERCENT | | ONCE/ MONTH | CALCTD |
| PETROLEUM HYDROCARBONS, 82180 1 0 0 | SAMPLE MEASUREMENT | 2,862 | 3,824 | (01) | ******** | 11.1 | 14.9 | (19) | 0 | 15 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these provisions)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code    NUMBER

DATE: 2006 / 09 / 28
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS     (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).     D - See Sand Island WWTP noncompliance report (2).

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35127

**FORM APPROVED**
**OMB No.2040-0004**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM: YEAR 06 MO 09 DAY 01  TO: YEAR 06 MO 09 DAY 30

F-FINAL  INFLUENT/MONTHLY ***
NO DISCHARGE ___

MAJOR

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | (3 Card Only) QUANTITY OR LOADING | | | (4 Card Only) QUALITY OR CONCENTRATION | | | | NO EX (63-68) | FREQUENCY OF ANALYSIS (59-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 51,383 | 68,973 | | 457 | 213 | 286 | | 0 | 28 / 30 DAILY | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT DAILY MX | MG/L | | | |
| RAW SEWAGE/INFLUENT BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 111,915 | | ********* | ********* | ********* | | 0 | 28 / 30 DAILY | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | KG/DAY | ********* | ********* | ********* | | | | COMP24 |
| TOTAL SUSPENDED SOLIDS 00530 G 00 | SAMPLE MEASUREMENT | 63,525 | 104,945 | | 758 | 263 | 434 | | 0 | 30 / 30 DAILY | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT DAILY MX | MG/L | | | COMP24 |
| RAW SEWAGE/INFLUENT SOLIDS, TOTAL SUSPENDED | SAMPLE MEASUREMENT | ********* | 185,626 | | ********* | ********* | ********* | | 0 | 30 / 30 DAILY | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | KG/DAY | ********* | ********* | ********* | | | | COMP24 |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 5,529 | 8,748 | | ********* | 23.0 | 27.9 | | 0 | 12 / 30 THREE/WEEK | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ********* | REPORT MO AVG | REPORT DAILY MX | MG/L | | | GRAB-3 |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 G 01 | SAMPLE MEASUREMENT | ********* | 0.019 | | ********* | ********* | 0.079 | | 0 | 1 / 30 ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | UG/L | ********* | ********* | REPORT DAILY MX | UG/L | | | COMP24 |
| DIELDRIN 39380 G 01 | SAMPLE MEASUREMENT | ********* | 0.009 | | ********* | ********* | 0.035 | | 0 | 1 / 30 ONCE/MONTH | COMP24 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | UG/L | ********* | ********* | REPORT DAILY MX | UG/L | | | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 &/or maximum imprisonment of between 6 months and 5 years.)

DEPARTMENT OF ENVIRONMENTAL SERVICES

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 10 / 26

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.022 ug/L.
A - See Sand Island WWTP noncompliance report (1).

EPA Form 3320-1 (Rev. 8-98) Previous edition to be used until supply is exhausted.      (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35128

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI HI, 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM: YEAR 06 / MO 09 / DAY 01
TO: YEAR 06 / MO 09 / DAY 30

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐ ***

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) (46-53) AVERAGE | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | (4 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,009 | 3,892 | KG/DAY | ********* | 12.5 | 16.4 | MG/L | 0 | 12 / 30 | CALC'TD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ********* | REPORT MO AVG | REPORT DAILY MX | (19) | | ONCE/ MONTH | CALC'TD |
| PETROLEUM HYDROCARBONS, 82180 G 0 0 | SAMPLE MEASUREMENT | 2,521 | 3,265 | KG/DAY | ********* | 10.5 | 13.5 | MG/L | 0 | 12 / 30 | GRAB-3 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ********* | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE / WEEK | GRAB-3 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 63.7 | 65.9 | MGD | ********* | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ********* | REPORT DAILY AV | (03) | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | | 64.0 | MGD | ********* | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | | REPORT DAILY AV | (03) | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 10 / 06
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-98) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED)   PAGE 2 OF 5

35129

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  YEAR 06 MO 09 DAY 01  TO  YEAR 06 MO 09 DAY 30

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (64-61) | | (64-68) | (69-70) |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | > 357.1 | 0 | 3 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 22.7 | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | 27.04 | 28.10 | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 28,553 | 30,439 | KG/DAY | 147 | 114 | 118 | 0 | 28 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 35884 MO AVG | 48663 DAILY MX AV | | REPORT DAILY MX | 130 MO AVG | 160 DAILY MX AV | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 37,167 | KG/DAY | ********* | ********* | ********* | 0 | 28 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE PH 00400 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 6.69 | ********* | 6.96 | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | ********* | 9.0 MAXIMUM | | FIVE TIMES/ WEEK | GRAB |
| EFFLUENT GROSS VALUE TOTAL SUSPENDED SOLIDS, 00530 1 0 0 | SAMPLE MEASUREMENT | 9,865 | 10,621 | KG/DAY | 53 | 39 | 41 | 0 | 30 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 31404 MO AVG | 32282 DAILY MX AV | | REPORT DAILY MX | 68 MO AVG | 104 DAILY MX AV | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006/10/20

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1).    (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

35130

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULIOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM  YEAR 06  MO 06  DAY 01  TO  YEAR 06  MO 09  DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER | | Quantity or Loading — Average (3 Card Only) | Quantity or Loading — Maximum | Units | Concentration — Minimum (4 Card Only) | Concentration — Maximum | Units | No. Ex | Frequency of Analysis | Sample Type |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | Sample Measurement | ******** | 13,856 | KG/DAY (01) | ******** | ******** | MG/L | 0 | 30 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | Permit Requirement | | REPORT DAILY MX | | | | | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | Sample Measurement | 5,738 | 5,945 | KG/DAY (01) | | 22.6 | (19) MG/L | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | Permit Requirement | REPORT MO AVG | REPORT ANN AVG | | 22.0 REPORT ANN AVG | REPORT MO AVG | | | | ONCE/MONTH |
| OIL AND GREASE 03582 1 0 0 | Sample Measurement | 5,498 | 6,766 | KG/DAY (01) | | 27.8 | (19) MG/L | 0 | 11 / 30 | GRAB-3 |
| EFFLUENT GROSS VALUE | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | 21.9 REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | |
| CHLORDANE (TECH MIX) AND METABOLITES 39350 1 0 0 | Sample Measurement | 0.0248 | 0.015 | KG/DAY (01) | 0.0954 | 0.056 | (28) UG/L | X, B | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | Permit Requirement | 0.0024 ANN AVG | 0.012 DAILY MX | | 0.0076 ANN AVG | 0.036 DAILY MX | | | ONCE/MONTH | |
| DIELDRIN 39380 1 0 0 | Sample Measurement | 0.0107 | 0.007 | KG/DAY (01) | 0.041 | 0.025 | (28) UG/L | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | Permit Requirement | 0.0037 ANN AVG | 0.012 DAILY MX | | 0.012 ANN AVG | 0.15 DAILY MX | | | ONCE/MONTH | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | Sample Measurement | 66.6 | 71.4 | MGD (03) | ******** | ******** | | 0 | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | ******** | ******** | | | CONTIN LOUIS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | Sample Measurement | ******** | 68.4 | MGD (03) | ******** | ******** | | 0 | 30 / 30 | RECORDER |
| EFFLUENT GROSS VALUE | Permit Requirement | | REPORT DAILY MX | | ******** | ******** | | | CONTIN LOUIS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, PRINCIPAL EXECUTIVE OFFICER

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these laws may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 10 / 26

DEPARTMENT OF ENVIRONMENTAL SERVICES

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here).
X - Chlordane result is an estimate with s = 0.022 ug/L.
B - See Sand Island WWTP noncompliance report (2).    C - See Sand Island WWTP noncompliance report (3).

TYPED OR PRINTED: ATHAN K. ADACHI, CHIEF DEQ

EPA Form 3320-1 (Rev. 9-86) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35131

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI HI 96707
FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD
FROM  YEAR 06 / MO 09 / DAY 01   TO  YEAR 06 / MO 09 / DAY 30

FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,803 | 5,427 | (01) KG/DAY | ******** | 22.3 | 11.2 MO AVG | (19) MG/L | 0 | 1 / 30 | CALCTD |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT DAILY MX | REPORT MO AVG | | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | | | | 2,374,325 | 4,300,000 | 2,820,026 MO GEO MEAN | (32) CFU/100 ML | 0 | 30 / 30 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MEAN | REPORT DAILY MX | REPORT MO GEO MEAN | | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 747 | 784 | (01) KG/DAY | ******** | 2.98 | 2.87 ANN AVG | (19) MG/L | 0 | 1 / 30 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | ******** | REPORT DAILY MX | REPORT ANN AVG | | | ONCE/ MONTH | COMP24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 47 | ******** | | PERCENT | 0 | 1 / 30 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 85 | ******** | | PERCENT | 0 | 1 / 30 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | ******** | ******** | | 85 MO AVG | ******** | | | | ONCE/ MONTH | CALCTD |
| PETROLEUM HYDROCARBONS, 82160 1 0 0 | SAMPLE MEASUREMENT | 2,695 | 4,077 | (01) KG/DAY | ******** | 15.5 | 10.6 MO AVG | (19) MG/L | 0 | 11 / 30 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT DAILY MX | REPORT MO AVG | | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
DATE 2006 / 10 / 26

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A -- See Sand Island WWTP noncompliance report (1).    D - See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM 7-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35132

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INFA

MAJOR

MONITORING PERIOD
FROM 06 / 10 / 01 TO 06 / 10 / 31

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 | SAMPLE MEASUREMENT | 51,064 | 66,008 | KG/DAY | 428 | 209 | 274 | MG/L | 0 | 26 / 31 DAILY | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | | REPORT MO AVG | REPORT HI WK AV | | A,B | | |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 101,735 | KG/DAY | ********* | ********* | ********* | | 0 | 26 / 31 DAILY | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | ********* | | A,B | | |
| TOTAL SUSPENDED SOLIDS 00530 G 0 0 | SAMPLE MEASUREMENT | 71,526 | 112,514 | KG/DAY | 766 | 292 | 467 | MG/L | 0 | 30 / 31 DAILY | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | | REPORT MO AVG | REPORT HI WK AV | | B | | |
| TOTAL SUSPENDED SOLIDS | SAMPLE MEASUREMENT | ********* | 182,077 | KG/DAY | ********* | ********* | ********* | | 0 | 30 / 31 DAILY | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | ********* | | B | | |
| OIL AND GREASE 03582 G 0 0 | SAMPLE MEASUREMENT | 5,402 | 6,990 | KG/DAY | ********* | 22.1 | 28.5 | MG/L | 0 | 13 / 31 DAILY | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | | REPORT MO AVG | REPORT DAILY MX | | C | | |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.012 | KG/DAY | ********* | ********* | 0.050 | UG/L | 0 | 1 / 31 THREE / WEEK | GRAB-3 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | X | | |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.000 | KG/DAY | ********* | ********* | 0.030 | UG/L | 0 | 1 / 31 ONCE/ MONTH | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | 1 / 31 ONCE/ MONTH | COMP24 |

F-FINAL ____ INFLUENT/MONTHLY ____
NO DISCHARGE [ ]

RAW SEWAGE/INFLUENT (repeated for each parameter row)

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.022 ug/L
A - See Sand Island WWTP noncompliance report (1).    B - See Sand Island WWTP noncompliance report (2).    C - See Sand Island WWTP noncompliance report (3).

EPA Form 3320-1 (Rev. 9-98) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 1 OF 5

35133

FORM APPROVED.
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM: YEAR 06 MO 10 DAY 01  TO  YEAR 06 MO 10 DAY 31

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,632 | 4,672 | (01) | ******** | 14.9 | 19.5 | (19) | 0 | 13 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L | C | ONCE/ MONTH | CALC'D |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 1,770 | 3,306 | (01) | ******** | 7.3 | 13.5 | (19) | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L | C | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 64.8 | 71.4 | (03) | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | ******** | ******** | ******** | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 66.2 | (03) | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT HI WK AV | MGD | ******** | ******** | ******** | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT
Ross S. Tanimoto

TELEPHONE
(808) 692-5096

DATE
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
C - See Sand Island WWTP noncompliance report (3).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)     PAGE 2 OF 5

35134

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM 06 | 10 | 01  TO  06 | 10 | 31

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE
NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | > 357.1 | (2G) CHRONIC TOXICITY | 0 | 2 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | | | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | | | ONCE/ MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 26.85 | 27.90 | (04) DEG. C | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 27,764 | 28,794 | (01) KG/DAY | 146 | 113 | 118 | (19) MG/L | 0 | 26 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35984 MO AVG | 39631 HI WK AVG | | | | | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) 00400 1 0 0 | SAMPLE MEASUREMENT | 37,294 | REPORT DAILY MX | (01) KG/DAY | ******** | ******** | ******** | (19) MG/L | 0 | 26 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.67 | ******** | 6.94 | (12) SU | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.01 MINIMUM | | 9.0 MAXIMUM | | | FIVE TIME WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS, 00530 1 0 0 | SAMPLE MEASUREMENT | 10,557 | 12,021 | (01) KG/DAY | 69 | 43 | 50 | (19) MG/L | 0 | 30 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21404 MO AVG | 33262 HI WK AVG | | | REPORT DAILY MX | 89 MO AVG | 103 HI WK AVG | | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND, BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1).
(Reference all attachments here)

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

35135

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM: YEAR 06 / MO 10 / DAY 01    TO: YEAR 06 / MO 10 / DAY 31

FORM APPROVED
OMB No.2040-0004

MAJOR
F-FINAL
DISCHARGE 001
NO DISCHARGE ☐
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) — AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | QUALITY OR CONCENTRATION (4 Card Only) — MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 16,871 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 30 / 31 DAILY | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | ******** | ******** | ******** | (19) | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,711 | 5,224 | KG/DAY (01) | ******** | 21.9 | 21.6 | MG/L (19) | 0 | 1 / 31 ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT ANNL AVG | | | REPORT ANNL AVG | REPORT MO AVG | | | | |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,067 | 8,098 | KG/DAY (01) | ******** | 20.7 | 33.8 | MG/L (19) | 0 | 14 / 31 THREE/WEEK | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0234 | 0.014 | KG/DAY (01) | ******** | 0.0902 | 0.059 | UG/L (28) | 2 X E | 1 / 31 ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | 0.0004 ANNL AVG | REPORT DAILY MX | | | 0.0076 ANNL AVG | 0.18 DAILY MX | | | | |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0098 | 0.006 | KG/DAY (01) | ******** | 0.037 | 0.026 | UG/L (28) | 2 F | 1 / 31 ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | | | 0.012 ANNL AVG | 0.18 DAILY MX | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 64.8 | 71.4 | MGD (03) | ******** | ******** | ******** | | 0 | 31 / 31 CONTINUOUS | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | ******** | ******** | ******** | | | | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 66.2 | MGD (03) | ******** | ******** | ******** | | 0 | 31 / 31 CONTINUOUS | RECORDER |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | ******** | ******** | ******** | | | | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of months and 2 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT: Ross S. Tanimoto

TELEPHONE: (808) 692-5096

DATE: YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.022 ug/L.
E - See Sand Island WWTP noncompliance report (4).
F - See Sand Island WWTP noncompliance report (5).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED)

PAGE 4 OF 5

35136

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  YEAR 06  MO 10  DAY 01   TO   YEAR 06  MO 10  DAY 31

MAJOR
F-FINAL DISCHARGE: 001
NO DISCHARGE
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | FREQUENCY OF ANALYSIS (54-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM | UNITS (01) | MINIMUM (46-53) | AVERAGE (46-53) | MAXIMUM | UNITS (19) | EX (00-43) | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,731 | 5,606 | KG/DAY | * * * * * * * * | 11.2 | 23.4 | MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | |
| ENTEROCOCCI, 61211 1 0 1 | SAMPLE MEASUREMENT | * * * * * * * * | * * * * * * * * | | 2,460,035 | 2,613,374 | 4,500,000 | CFU/ 100 ML | 0 G | 29 / 31 | GRAB |
| | PERMIT REQUIREMENT | * * * * * * * * | * * * * * * * * | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | | | DAILY | GRAB |
| COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 749 | 721 | KG/DAY | * * * * * * * * | 2.87 | 2.98 | MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | * * * * * * * * | | | REPORT ANNL AVG | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | * * * * * * * * | * * * * * * * * | | 46 | * * * * * * * * | * * * * * * * * | PERCENT | 0 AB | 1 / 31 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | * * * * * * * * | * * * * * * * * | | 39 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | * * * * * * * * | * * * * * * * * | | 85 | * * * * * * * * | * * * * * * * * | PERCENT | 0 B | 1 / 31 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | * * * * * * * * | * * * * * * * * | | 60 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,336 | 4,482 | KG/DAY | * * * * * * * * | 9.5 | 18.3 | MG/L | 0 | 14 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT
[signature] Ross S. Tanimoto

TELEPHONE (808) 692-5096

DATE
YEAR  MO  DAY

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).    B - See Sand Island WWTP noncompliance report (2).
G - See Sand Island WWTP noncompliance report (6).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

35137

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
SAND ISLAND WWTP
ADDRESS: 1000 ULUOHIA STREET, SUITE 303
KAPOLEI HI 96707
FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

| PERMIT NUMBER | DISCHARGE NUMBER |
|---|---|
| HI0020117 | INF A |

MAJOR — F-FINAL INFLUENT/MONTHLY — NO DISCHARGE ☐

**MONITORING PERIOD**

| | YEAR | MO | DAY | | YEAR | MO | DAY |
|---|---|---|---|---|---|---|---|
| FROM | 06 | 11 | 01 | TO | 06 | 11 | 30 |

NOTE: Read instructions before completing this form.

| Parameter | (3 Card Only) Quantity or Loading — Average | Maximum | Units | Quality or Concentration — Minimum | Average | Maximum | Units | No. Ex | Frequency of Analysis | Sample Type |
|---|---|---|---|---|---|---|---|---|---|---|
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 — RAW SEWAGE/INFLUENT — Sample Measurement | 51,450 | 56,421 | (01) KG/DAY | 364 | 202 | 224 | (19) MG/L | 0 (A) | 30 / 30 | COMP24 |
| Permit Requirement | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | | |
| BOD, 5-DAY (20 DEGREES C) — RAW SEWAGE/INFLUENT — Sample Measurement | ******** | 93,549 | (01) KG/DAY | ******** | ******** | ******** | | 0 (A) | DAILY | COMP24 |
| Permit Requirement | | REPORT DAILY MX | | | | | | | | |
| SOLIDS, TOTAL SUSPENDED 00530 G 0 0 — RAW SEWAGE/INFLUENT — Sample Measurement | 64,714 | 75,542 | (01) KG/DAY | 492 | 254 | 299 | (19) MG/L | 0 (A) | 30 / 30 | COMP24 |
| Permit Requirement | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | | |
| SOLIDS, TOTAL SUSPENDED — RAW SEWAGE/INFLUENT — Sample Measurement | ******** | 127,376 | (01) KG/DAY | ******** | ******** | ******** | | 0 | DAILY | COMP24 |
| Permit Requirement | | REPORT DAILY MX | | | | | | | | |
| OIL AND GREASE 03582 G 0 0 — RAW SEWAGE/INFLUENT — Sample Measurement | 4,587 | 8,020 | (01) KG/DAY | ******** | 17.8 | 32.4 | (19) MG/L | 0 (B) | 11 / 30 | GRAB-3 |
| Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 — RAW SEWAGE/INFLUENT — Sample Measurement | ******** | 0.020 | (01) KG/DAY | ******** | ******** | 0.074 | (28) UG/L | 0 (X) | 1 / 30 ONCE/MONTH | COMP24 |
| Permit Requirement | | REPORT DAILY MX | | | | REPORT DAILY MX | | | | |
| DIELDRIN 39380 G 0 1 — RAW SEWAGE/INFLUENT — Sample Measurement | ******** | 0.000 | (01) KG/DAY | ******** | ******** | 0.044 | (28) UG/L | 0 | 1 / 30 ONCE/MONTH | COMP24 |
| Permit Requirement | | REPORT DAILY MX | | | | REPORT DAILY MX | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

| DATE | YEAR | MO | DAY |
|---|---|---|---|
| | 06 | 12 | 28 |

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here).
X - Chlordane result is an estimate with s = 0.022 ug/L.
A - See Sand Island WWTP noncompliance report (1).
B - See Sand Island WWTP noncompliance report (2).

EPA Form 3320-1 (Rev. 9-98) Previous edition may be used until supply is exhausted. (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)
PAGE 1 OF 5

35138