NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF

ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:

ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM  YEAR 06 / MO 11 / DAY 01  TO  YEAR 06 / MO 11 / DAY 30

MAJOR

F-FINAL INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | UNITS (19) | NO. EX (62-63) | FREQUENCY OF ANALYSIS (67-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) (3 Card Only) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) (4 Card Only) | AVERAGE (46-53) | MAXIMUM (54-61) | | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 00 | SAMPLE MEASUREMENT | 2,662 | 5,891 | (01) | ******** | 10.3 | 23.8 | (19) | 0 | 11 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L | B | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT, HYDROCARBONS, PETROLEUM 82180 G 00 | SAMPLE MEASUREMENT | 1,925 | 2,810 | (01) | ******** | 7.4 | 11.0 | (19) | 0 | 11 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L | B | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 67.3 | 89.4 | (03) | ******** | ******** | ******** | | 0 | 29 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | ******** | ******** | ******** | | A | CONTIN- UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 70.8 | (03) | ******** | ******** | ******** | | 0 | 29 / 30 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT HI WK AV | MGD | ******** | ******** | ******** | | A | CONTIN- UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER

ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 05/12/28
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

A - See Sand Island WWTP noncompliance report (1).   B - See Sand Island WWTP noncompliance report (2).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35139

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No. 2040-0004

**PERMITTEE NAME/ADDRESS:** (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  YEAR 06  MO 11  DAY 01  TO  YEAR 06  MO 11  DAY 30

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| Parameter (32-37) | | Quantity or Loading (54-61) — Average | Maximum | Units (62-63) | Quality or Concentration — Minimum (48-53) | Average (38-45) | Maximum (54-61) | Units (62-63) | No. Ex (69-53) | Frequency of Analysis (64-68) | Sample Type (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | >357.1 | | | 2 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | (2G) CHRONIC TOXICITY | 0 | ONCE/MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | | | ******** | ******** | 22.7 | | | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | (2G) CHRONIC TOXICITY | 0 | ONCE/MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | | 26.71 | 27.90 | | | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | (04) DEG. C | 0 | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310. 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 29,808 | 31,404 | (01) KG/DAY | 148 | 117 | 126 | | | 27 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 35984 MO AVG | 49633 HI WK AV | (01) KG/DAY | | 116 MO AVG | 160 HI WK AV | (19) MG/L | C,A 1 | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 37,868 | (01) KG/DAY | REPORT DAILY MX | | ******** | | | 27 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) KG/DAY | | | | | 0 A | DAILY | COMP24 |
| PH 00400 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 6.75 | | 7.08 | | | 29 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | (12) SU | 0 | FIVE TIME/WEEK | GRAB |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 11,895 | 12,612 | (01) KG/DAY | 82 | 47 | 50 | | | 27 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 21404 MO AVG | 32262 HI WK AV | (01) KG/DAY | REPORT DAILY MX | 69 MO AVG | 104 HI WK AV | (19) MG/L | 0 A | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein and, based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 3 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT: *Eric S. Takamura*

TELEPHONE (808) 692-5096  area code  NUMBER

DATE 04/12/28  YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS:
C - See Sand Island WWTP noncompliance report (3).
A - See Sand Island WWTP noncompliance report (1).
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

35140

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-16)
DISCHARGE NUMBER: 001 A (17-19)

MONITORING PERIOD
FROM  YEAR 06 | MO 11 | DAY 01   TO   YEAR 06 | MO 11 | DAY 30

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | NO. EX | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 25,040 | (01) | ******** | ******** | | 0 | 27 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | ******** | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,438 | 5,438 | (01) | ******** | 21.8 | (19) | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | REPORT ANNL AVG | MG/L | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,136 | 7,234 | (01) | ******** | 29.0 | (19) | 0 | 9 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT DAILY MX | MG/L | B, D | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0225 | 0.014 | (01) | ******** | 0.0858 | (28) | 2 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 0.0024 ANNL AVG | 0.12 DAILY MX | KG/DAY | | 0.0076 ANNL AVG | UG/L | X.E | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0095 | 0.008 | (01) | ******** | 0.036 | (28) | 2 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | 0.0037 ANNL AVG | 0.05 DAILY MX | KG/DAY | | 0.012 ANNL AVG | UG/L | F | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 67.3 | 89.4 | (03) | ******** | ******** | | 0 | 29 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | | ******** | | | CONTIN- UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 70.8 | (03) | ******** | ******** | | 0 | 29 / 30 | RECORDER |
| | PERMIT REQUIREMENT | | REPORT HI/WK AV | MGD | | ******** | | | CONTIN- UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under State law may also apply.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096  area code  NUMBER

DATE  06 / 12 / 28
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.022 ug/L.
A - See Sand Island WWTP noncompliance report (1).    B - See Sand Island WWTP noncompliance report (2).    D - See Sand Island WWTP noncompliance report (4).
E - See Sand Island WWTP noncompliance report (5).    F - See Sand Island WWTP noncompliance report (6).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.   (Reference all attachments here)   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED)

PAGE 4 OF 5

35141

FORM APPROVED
OMB No.2040-0004

**PERMITTEE NAME/ADDRESS:** (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMIT NUMBER (2-16): HI0020117
DISCHARGE NUMBER (17-19): 001 A

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE 001

**MONITORING PERIOD**

FROM YEAR 06 MO 11 DAY 01 TO YEAR 06 MO 11 DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING — AVERAGE (3 Card Only) (46-53) | MAXIMUM (54-61) | UNITS (01) | QUALITY OR CONCENTRATION — MINIMUM (4 Card Only) (38-45) | (46-53) | MAXIMUM (54-61) | UNITS (19) | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,969 | 5,273 | | ******** | 11.7 | 21.3 | | 0 (B,D) | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI COLONY FORMING UNITS 61211 1 01 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 174,437 | 2,510,502 | 3,200,000 | | 20 (G) | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | CFU/ 100 ML | | 30 / 30 | GRAB |
| PHOSPHATE, TOTAL (AS P) COLOR. METHOD (AS P) 70505 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 751 | 748 | | ******** | 2.89 | 3.00 | | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | MG/L | | ONCE/ MONTH | COMP24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 PERCENT REMOVAL | SAMPLE MEASUREMENT | ******** | ******** | | 42 | | ******** | | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | PERCENT | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 PERCENT REMOVAL | SAMPLE MEASUREMENT | ******** | ******** | | 82 | | ******** | | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | | | | 60 MO AVG | | | PERCENT | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,167 | 3,452 | | ******** | 8.2 | 11.8 | | 0 (B,D) | 9 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-6096

DATE: 06 / 12 / 28 (YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)

B - See Sand Island WWTP noncompliance report (2).    D - See Sand Island WWTP noncompliance report (4).    G - See Sand Island WWTP noncompliance report (7).

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA Form T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35142

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIER/GRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A
MAJOR

MONITORING PERIOD: FROM 06 / 12 / 01 TO 06 / 12 / 31
(YEAR / MO / DAY)

F-FINAL ☐ INFLUENT/INTAKE ☐
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (63-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 0 0 — RAW SEWAGE/INFLUENT | Sample Measurement | 66,359 | 84,712 | KG/DAY | 414 | 275 | 361 | MG/L | 0 | 30 / 31 | COMP24 |
| | Permit Requirement | REPORT MO AVG | REPORT HI WKAV | KG/DAY | ******** | ******** | REPORT HI WKAV | (19) MG/L | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 G 0 0 — RAW SEWAGE/INFLUENT | Sample Measurement | 93,474 | 133,013 | KG/DAY | 712 | 388 | 567 | MG/L | 0 | 31 / 31 | COMP24 |
| | Permit Requirement | REPORT MO AVG | REPORT HI WKAV | KG/DAY | ******** | ******** | REPORT HI WKAV | (19) MG/L | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED — RAW SEWAGE/INFLUENT | Sample Measurement | ******** | 168,163 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | Permit Requirement | | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 0 0 — RAW SEWAGE/INFLUENT | Sample Measurement | 5,075 | 6,147 | KG/DAY | ******** | 21.0 | 25.1 | MG/L | 0 | 13 / 31 | GRAB-3 |
| | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | (19) MG/L | | THREE WEEK | GRAB-8 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1 — RAW SEWAGE/INFLUENT | Sample Measurement | ******** | 0.021 | KG/DAY | ******** | ******** | 0.083 | UG/L | 0 | 1 / 31 ONCE MONTH | COMP24 |
| | Permit Requirement | ******** | REPORT DAILY MX | KG/DAY | ******** | ******** | REPORT DAILY MX | (28) UG/L | | ONCE MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 — RAW SEWAGE/INFLUENT | Sample Measurement | ******** | 0.000 | KG/DAY | ******** | ******** | 0.044 | UG/L | 0 | 1 / 31 ONCE MONTH | COMP24 |
| | Permit Requirement | ******** | REPORT DAILY MX | KG/DAY | ******** | ******** | REPORT DAILY MX | (28) UG/L | | ONCE MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND THAT BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these laws may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2006 / 01 / 26
(YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X – Chlordane result is an estimate with s = 0.022 ug/L.
A – See Sand Island WWTP noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

35143

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 'SAND ISLAND WWTP'
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER
HI0020117    INFA    MAJOR
(2-16)

DISCHARGE NUMBER
(17-19)

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM YEAR 06 | MO 12 | DAY 01    TO YEAR 06 | MO 12 | DAY 31

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (46-65) | | | NO EX (69-70) | FREQUENCY OF ANALYSIS (54-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE | MAXIMUM | UNITS | (4 Card Only) MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 2,910 | 3,756 | (01) KG/DAY | ********* | 12.1 | 15.8 | (19) MG/L | 0 | 13 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 2,164 | 3,242 | (01) KG/DAY | ********* | 8.9 | 13.3 | (19) MG/L | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 63.9 | 69.6 | (03) MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | | |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 66.3 | (03) MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | | |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE
2007 / 01 / 26
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-86) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 2 OF 5

35144

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULIOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (3-19)
DISCHARGE NUMBER: 001 A (20-22)

MONITORING PERIOD
FROM  YEAR 06 | MO 12 | DAY 01   TO   YEAR 06 | MO 12 | DAY 31

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (38-45) | | UNITS | QUALITY OR CONCENTRATION (4 Card Only) (46-53) | | | UNITS | NO. EX. (63-62) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | | MINIMUM | AVERAGE | MAXIMUM | | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 **EFFLUENT GROSS VALUE** | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 357.1 | (2G) | 0 | 2 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 **EFFLUENT GROSS VALUE** | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 64 DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 26.25 | 27.40 | DEG. C | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | (04) | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 **EFFLUENT GROSS VALUE** | SAMPLE MEASUREMENT | 30,964 | 31,418 | (01) KG/DAY | 163 | 128 | 134 | (19) | 0 A,B | 30 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 35984 MO AVG | 49633 HI WK AV | KG/DAY | REPORT DAILY MX | 116 MO AVG | 160 HI WK AV | MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) **EFFLUENT GROSS VALUE** | SAMPLE MEASUREMENT | ******** | 38,621 | (01) KG/DAY | ******** | ******** | ******** | | 0 | 30 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.57 | ******** | 6.87 | (12) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIMES/ WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS, 00530 1 0 0 **EFFLUENT GROSS VALUE** | SAMPLE MEASUREMENT | 11,103 | 11,340 | (01) KG/DAY | 59 | 46 | 47 | (19) | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | 21804 MO AVG | 30262 HI WK AV | KG/DAY | REPORT DAILY MX | 69 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007/01/26   YEAR | MO | DAY

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS   (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).    B - See Sand Island WWTP noncompliance report (2).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35145

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULIOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER (2/9): HI0020117
DISCHARGE NUMBER (11/16): 001 A
MAJOR

F-FINAL DISCHARGE 001    NO DISCHARGE

MONITORING PERIOD
FROM: YEAR 06 MO 12 DAY 01    TO: YEAR 06 MO 12 DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (46-61) | | | | NO EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE | MAXIMUM | UNITS | MINIMUM (4 Card Only) | AVERAGE | MAXIMUM | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 5,718 | 14,940 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 DAILY | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | ******** | ******** | | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | REPORT ANNL AVG | 5,755 | KG/DAY | ******** | 21.8 | 22.9 | MG/L | 0 | 1 / 31 ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | (01) | ******** | REPORT MO AVG | | (19) | | | |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,058 | 5,429 | KG/DAY | ******** | 16.8 | 21.9 | MG/L | 0 | 13 / 31 THREE/WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | (19) | | | |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0224 | 0.020 | KG/DAY | ******** | 0.0854 | 0.080 | UG/L | 0 X,C | 1 / 31 ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.00037 ANNL AVG | 0.0081 DAILY MX | (01) | ******** | 0.0076 ANNL AVG | 0.030 DAILY MX | (28) | | | |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0094 | 0.008 | KG/DAY | ******** | 0.035 | 0.033 | UG/L | 0 D | 1 / 31 ONCE/MONTH | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.00057 ANNL AVG | 0.0034 DAILY MX | (01) | ******** | 0.0012 ANNL AVG | 0.016 DAILY MX | (28) | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 63.9 | 69.6 | MGD | ******** | | | | 0 | 31 / 31 CONTINUOUS | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | | | ******** | | | | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | REPORT MO AV | 66.3 | MGD | ******** | | | | 0 | 31 / 31 CONTINUOUS | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT M W AV | | (03) | | | ******** | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 2007 / 01 / 26    YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X – Chlordane result is an estimate with s = 0.022 ug/L.    C – See Sand Island WWTP noncompliance report (3).    D – See Sand Island WWTP noncompliance report (4).

EPA Form 3320-1 (Rev. 5-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED)    PAGE 4 OF 5

35146

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
    1000 ULUOHIA STREET, SUITE 303
    KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM   YEAR 06 / MO 12 / DAY 01   TO   YEAR 06 / MO 12 / DAY 31

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | EX | | |
| FATS, OILS & GREASE (TOT O&G & LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,389 | 3,090 | KG/DAY | ******** | 9.9 | 12.1 | MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCTD |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| ENTEROCOCCI, 81211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | KG/DAY | 11,212 | 17,327 | 36,000 | CFU/ 100 ML | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MAX | | E | DAILY | GRAB |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | .756 | .751 | KG/DAY | ******** | 2.90 | 2.99 | MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | ******** | REPORT ANN AVG | REPORT MO AVG | | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 53 | ******** | ******** | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | | A | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 88 | ******** | ******** | PERCENT | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 1,667 | 2,504 | KG/DAY | ******** | 6.9 | 10.1 | MG/L | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEO
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (REF. 18 U.S.C. 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 2007 / 01 / 26   YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A – See Sand Island WWTP noncompliance report (1).    E – See Sand Island WWTP noncompliance report (5).

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35147

FORM APPROVED
OMB No.2040-0004

# NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
## DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD: FROM YEAR 07 / MO 01 / DAY 01   TO   YEAR 07 / MO 01 / DAY 31

MAJOR

F-FINAL INFLUENT/MONTHLY    NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | QUALITY OR CONCENTRATION (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | NO EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 52,619 | 62,690 | KG/DAY | 335 | 216 | 256 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 82,799 | KG/DAY | | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | | | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED 00530 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 61,974 | 81,744 | KG/DAY | 452 | 254 | 335 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | DAILY | COMP24 |
| SOLIDS, TOTAL SUSPENDED RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 113,085 | KG/DAY | | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) | | | | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 4,948 | 6,421 | KG/DAY | ******** | 20.4 | 26.3 | MG/L | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 0.014 | KG/DAY | ******** | ******** | 0.057 | UG/L | 0 X | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | | REPORT DAILY MX | (28) | | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ******** | 0.000 | KG/DAY | ******** | ******** | 0.036 | UG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | | REPORT DAILY MX | (28) | | ONCE/MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these provisions may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code    NUMBER

DATE 2007 / 3 / 01
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS    (Reference all attachments here)
X - Chlordane result is an estimate with a s = 0.022 ug/L.

EPA Form 3320-1 (Rev. 9-86) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35148

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117 (2-16)
DISCHARGE NUMBER: INF-A (17-19)

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD
FROM  YEAR 07 | MO 01 | DAY 01  (20-21) (22-23) (24-25)
TO  YEAR 07 | MO 01 | DAY 31  (26-27) ...

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE □  ***

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (45-53) AVERAGE | (54-61) MAXIMUM | UNITS (01) | QUALITY OR CONCENTRATION (4 Card Only) (38-45) MINIMUM | (46-53) AVERAGE | (54-61) MAXIMUM | UNITS (19) | NO. EX (20-21) | FREQUENCY OF ANALYSIS (54-60) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 00 | SAMPLE MEASUREMENT | 3,250 | 4,960 | KG/DAY | ******** | 13.4 | 20.9 | MG/L | 0 | 14 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | (19) | | ONCE/ MONTH | CALCTD |
| RAW SEWAGE/INFLUENT PETROLEUM HYDROCARBONS, 82180 G 00 | SAMPLE MEASUREMENT | 1,698 | 3,611 | KG/DAY | ******** | 7.0 | 14.5 | MG/L | 0 | 14 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | ******** | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 64.5 | 68.4 | MGD | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) | ******** | ******** | ******** | | | CONTIN- UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 66.1 | MGD | ******** | ******** | ******** | | 0 | 31 / 31 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | (03) | ******** | ******** | ******** | | | CONTIN- UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

TELEPHONE (808) 692-5096

DATE 2007/3/01
YEAR | MO | DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS                (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-86)  Previous edition to be used until supply is exhausted.     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35149

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 'SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

MONITORING PERIOD
FROM  YEAR 07 / MO 01 / DAY 01  TO  YEAR 07 / MO 01 / DAY 31

F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) | | | QUALITY OR CONCENTRATION (4 Card Only) (46-53) | | | NO. EX (38-45) | FREQUENCY OF ANALYSIS (54-60) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | > 357.1 | (2G) CHRONIC TOXICITY | 0 | 2 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | 25.73 | 26.90 | (04) DEG. C | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | WEEKLY | GRAB |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 28,023 | 29,756 | (01) KG/DAY | 140 | 115 | 119 | (19) MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT DAILY MX | REPORT MO AVG | REPORT DAILY MX | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 35,092 | (01) KG/DAY | ********* | ********* | ********* | | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| EFFLUENT GROSS VALUE PH 00400 1 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 6.62 | ********* | 6.93 | (12) SU | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | ********* | 9.0 MAXIMUM | | | FIVE TIME/ WEEK | GRAB |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 9,734 | 11,032 | (01) KG/DAY | 56 | 40 | 45 | (19) MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | REPORT DAILY MX | REPORT MO AVG | REPORT DAILY MX | | | DAILY | COMP24 |

EFFLUENT GROSS VALUE

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 3 / 0/

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

35150

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001-A
MAJOR

MONITORING PERIOD
FROM YEAR 07 MO 01 DAY 01 TO YEAR 07 MO 01 DAY 31

F-FINAL DISCHARGE 001
NO DISCHARGE ☐
NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING — Average (46-53) | Maximum (54-61) | Units (62-63) | QUALITY OR CONCENTRATION — Minimum (38-45) | Maximum (46-53) | Units (64-66) | NO. EX (32-35) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 13,947 | | ********* | ********* | | 0 | | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | ********* | ********* | (01) | | 31/31 DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,734 | 6,042 | | ********* | 22.0 | 25.5 | 0 | | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY (01) | ********* | REPORT MO AVG | MG/L (19) | | 1/31 | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 4,174 | 6,027 | | ********* | 17.2 | 24.2 | 0 | | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY (01) | ********* | REPORT MO AVG | MG/L (19) | | 14/31 ONCE/MONTH | GRAB |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0221 | 0.014 | | ********* | 0.0843 | 0.058 | 0 | X A | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | KG/DAY (01) | ********* | REPORT ANNL AVG | UG/L (28) | | THREE/WEEK 1/31 | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0095 | 0.007 | | ********* | 0.036 | 0.029 | 0 | X A | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | KG/DAY (01) | ********* | REPORT ANNL AVG | UG/L (28) | | 1/31 ONCE/MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 64.5 | 68.4 | | ********* | ********* | ********* | 0 | B | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD (03) | | | | | 31/31 CONTINUOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 66.1 | | ********* | ********* | ********* | 0 | C | RECORDER |
| | PERMIT REQUIREMENT | REPORT HM AV | MGD (03) | | | | | | 31/31 CONTINUOUS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007/3/01

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with s = 0.022 ug/L.    A - See Sand Island WWTP noncompliance report (1).
B - See Sand Island WWTP noncompliance report (2).    C - See Sand Island WWTP noncompliance report (3).

TYPED OR PRINTED

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35151

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (3-16)
DISCHARGE NUMBER: 001 A (17-19)

MAJOR

MONITORING PERIOD
FROM YEAR 07 MO 01 DAY 01 (20-21) (22-23) (24-25)
TO YEAR 07 MO 07 DAY 31 (26-27) (28-29) (30-31)

NOTE: Read instructions before completing this form.

F-FINAL
DISCHARGE 001
NO DISCHARGE

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | NO. EX (63-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,309 | 3,552 | (01) KG/DAY | ********* | 9.5 | 14.8 | (19) MG/L | 0 | 1 / 31 CALC'D |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | ONCE/MONTH |
| EFFLUENT GROSS VALUE | | | | | | | | | | |
| ENTEROCOCCI, 61211 1 0 1 | SAMPLE MEASUREMENT | ********* | ********* | | 11,899 | 16,716 | 31,000 | (32) CFU/ 100 ML | 0 | 31 / 31 GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | REPORT DAILY MX | | | DAILY |
| EFFLUENT GROSS VALUE | | | | | | | | | | |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 764 | 881 | (01) KG/DAY | ********* | 2.94 | 3.72 | (19) MG/L | 0 | 1 / 31 COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | ********* | REPORT ANN AVG | REPORT MO AVG | | | ONCE/MONTH |
| EFFLUENT GROSS VALUE | | | | | | | | | | |
| PERCENT REMOVAL BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 47 | ********* | ********* | (23) PERCENT | 0 | 1 / 31 CALC'D |
| | PERMIT REQUIREMENT | ********* | ********* | | 30 MO AVG | ********* | ********* | | | ONCE/MONTH |
| PERCENT REMOVAL SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 84 | ********* | ********* | (23) PERCENT | 0 | 1 / 31 CALC'D |
| | PERMIT REQUIREMENT | ********* | ********* | | 80 MO AVG | ********* | ********* | | | ONCE/MONTH |
| PERCENT REMOVAL HYDROCARBONS, 82180 1 0 0 | SAMPLE MEASUREMENT | 1,865 | 3,337 | (01) KG/DAY | ********* | 7.7 | 13.4 | (19) MG/L | 0 | 14 / 31 GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK |
| PETROLEUM EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines float up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 3 / 01

COMMENT AND EXPLANATION OF ANY VIOLATIONS
D - See Sand Island WWTP noncompliance report (4).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.

(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35152

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707
FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-16)
DISCHARGE NUMBER: INF A (17-19)

MONITORING PERIOD
FROM 07 / 02 / 01 (20-21)(22-23)(24-25)  TO 07 / 02 / 28 (YEAR/MO/DAY)

MAJOR
F-FINAL INFLUENT/MONTHLY
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (03-07) | QUANTITY OR LOADING — Average (46-53) | Maximum (54-61) | Units (62-63) | QUALITY OR CONCENTRATION — Minimum (38-45) | Average (46-53) | Maximum (54-61) | Units (62-63) | NO. EX (63-65) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| **BOD, 5-DAY (20 DEGREES C) 00310 G 00** RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | 62,724 | 69,013 | KG/DAY (01) | 374 | 257 | 288 | MG/L (19) | 0 | 26 / 28 | COMP24 |
| PERMIT REQUIREMENT | REPORT MO.AVG | REPORT H.WK.AV | | | REPORT MO.AVG | REPORT H.WK.AV | | A | DAILY | COMP24 |
| **BOD, 5-DAY (20 DEGREES C)** RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | ******** | 89,890 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 26 / 28 | COMP24 |
| PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | A | DAILY | COMP24 |
| **TOTAL SUSPENDED SOLIDS, 00530 G 00** RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | 97,218 | 111,424 | KG/DAY (01) | 794 | 399 | 465 | MG/L (19) | 0 | 28 / 28 | COMP24 |
| PERMIT REQUIREMENT | REPORT MO.AVG | REPORT H.WK.AV | | | REPORT MO.AVG | REPORT H.WK.AV | | A | DAILY | COMP24 |
| **TOTAL SUSPENDED SOLIDS,** RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | ******** | 190,636 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 28 / 28 | COMP24 |
| PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | A | DAILY | COMP24 |
| **OIL AND GREASE 03582 G 00** RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | 4,959 | 6,790 | KG/DAY (01) | ******** | 20.2 | 27.6 | MG/L (19) | 0 | 11 / 28 | GRAB-3 |
| PERMIT REQUIREMENT | REPORT MO.AVG | REPORT DAILY MX | | | REPORT MO.AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| **CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1** RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | ******** | 0.016 | KG/DAY (01) | ******** | ******** | 0.069 | UG/L (28) | 0 | 1 / 28 | COMP24 |
| PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | X | ONCE/MONTH | COMP24 |
| **DIELDRIN 39380 G 0 1** RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | ******** | 0.008 | KG/DAY (01) | ******** | ******** | 0.032 | UG/L (28) | 0 | 1 / 28 | COMP24 |
| PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (PENALTIES UNDER THESE STATUTES MAY INCLUDE FINES UP TO $10,000 AND/OR MAXIMUM IMPRISONMENT OF BETWEEN 6 MONTHS AND 5 YEARS.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 3 / 28 (YEAR / MO / DAY)

TYPED OR PRINTED

(Reference all attachments here)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.022 ug/L.
A - See Sand Island WWTP noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35153

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MAJOR

MONITORING PERIOD
FROM  YEAR 07 / MO 02 / DAY 01  TO  YEAR 07 / MO 02 / DAY 28

F-FINAL
INFLUENT/MONTHLY    ***
NO DISCHARGE  ☐    ***

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (46-53) | | | | | (56-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | EX (63) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 00 | SAMPLE MEASUREMENT | 3,618 | 5,388 | (01) KG/DAY | ******* | 14.7 | 21.9 | (19) MG/L | 0 | 11 / 28 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG. | REPORT DAILY MX | | ******* | REPORT MO AVG | REPORT DAILY MX | | | | | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 00 | SAMPLE MEASUREMENT | 1,341 | 1,959 | (01) KG/DAY | ******* | 5.5 | 8.4 | (19) MG/L | 0 | 11 / 28 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG. | REPORT DAILY MX | | ******* | REPORT MO AVG | REPORT DAILY MX | | | | | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 64.6 | 66.7 | (03) MGD | ******* | ******* | ******* | | 0 | 28 / 28 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG. | REPORT DAILY MX | | ******* | ******* | ******* | | | THREE/WEEK CONTIN UOUS | | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******* | 65.2 | (03) MGD | ******* | ******* | ******* | | 0 | 28 / 28 | RECORDER |
| | PERMIT REQUIREMENT | ******* | REPORT WK AVG | | ******* | ******* | ******* | | | CONTIN UOUS | | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 3 / 28

COMMENT AND EXPLANATION OF ANY VIOLATIONS *(Reference all attachments here)*

EPA Form 3320-1 (Rev. 9-98) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35154

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FORM APPROVED
OMB No.2040-0004

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  YEAR 07  MO 02  DAY 01   TO   YEAR 07  MO 02  DAY 28

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE
NOTE: Read instructions before completing this form.

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) | | | QUALITY OR CONCENTRATION (4 Card Only) (46-53) | | | NO. EX (63-62) | FREQUENCY OF ANALYSIS (64-66) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | >357.1 | (2G) | 0 | 2 / 28 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 25.67 | 27.00 | (04) | 0 | 28 / 28 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 27,813 | 29,258 | (01) KG/DAY | 151 | 114 | 119 | (19) | 0 A | 26 / 28 | COMP24 |
| | PERMIT REQUIREMENT | 36584 MO AVG | 45633 HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | 80 HI WK AV | MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 36,750 | (01) KG/DAY | ******** | ******** | ******** | | 0 A | 26 / 28 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.48 | ******** | 7.37 | (12) | 0 | 28 / 28 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIME/WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS, 00530 1 0 0 | SAMPLE MEASUREMENT | 10,840 | 12,024 | (01) KG/DAY | 58 | 44 | 49 | (19) | 0 | 28 / 28 | COMP24 |
| | PERMIT REQUIREMENT | 21800 MO AVG | 32600 HI WK AV | KG/DAY | REPORT DAILY MX | 60 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 3 / 28

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 3 OF 5

35155

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A          MAJOR

MONITORING PERIOD
FROM: YEAR 07 MO 02 DAY 01   TO   YEAR 07 MO 02 DAY 28

F-FINAL
NO DISCHARGE ☐   FINAL DISCHARGE 001 ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) AVERAGE | MAXIMUM | UNITS (01) | QUALITY OR CONCENTRATION (4 Card Only) MINIMUM | AVERAGE | MAXIMUM | UNITS | NO. EX (63-54) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 14,511 | KG/DAY | ******** | ******** | ******** | | 0 | 28 / 28 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | | ******** | | ******** | (19) | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,737 | 5,792 | KG/DAY | ******** | 22.1 | 23.8 | MG/L | 0 | 1 / 28 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN.AVG | REPORT MO.AVG | | ******** | REPORT ANN.AVG | REPORT MO.AVG | (19) | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 3,951 | 5,144 | KG/DAY | ******** | 16.1 | 21.3 | MG/L | F 0 | 11 / 28 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO.AVG | REPORT DAILY MX | | ******** | REPORT MO.AVG | REPORT DAILY MX | (19) | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | .0216 | 0.015 | KG/DAY | ******** | 0.0823 | 0.062 | UG/L | X 2 | 1 / 28 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | .00024 ANN.AVG | .002 DAILY MX | | ******** | 0.00076 ANN.AVG | 0.06 DAILY MX | (28) | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | .0093 | 0.005 | KG/DAY | ******** | 0.035 | 0.022 | UG/L | C 2 | 1 / 28 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | .00037 ANN.AVG | .005 DAILY MX | | ******** | 0.0012 ANN.AVG | 0.018 DAILY MX | (28) | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 64.6 | 66.7 | MGD | ******** | ******** | ******** | | D 0 | 28 / 28 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO.AVG | REPORT DAILY MX | (03) | ******** | ******** | ******** | | | CONTIN. UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 65.2 | | MGD | ******** | ******** | ******** | | D 0 | 28 / 28 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN.AVG | | (03) | ******** | ******** | ******** | | | CONTIN. UOUS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT
[signature]

TELEPHONE (808) 692-5096   area code   NUMBER

DATE 2007 / 3 / 28   YEAR / MO / DAY

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under state statutes may include fines and imprisonment up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X – Chlordane result is an estimate with s = 0.022 ug/L.
A – See Sand Island WWTP noncompliance report (1).
B – See Sand Island WWTP noncompliance report (2).
C – See Sand Island WWTP noncompliance report (3).
D – See Sand Island WWTP noncompliance report (4).
F – See Sand Island WWTP noncompliance report (6).

(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.

PAGE 4 OF 5

35156

FORM APPROVED
OMB No. 2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM: YEAR 07 MO 02 DAY 01  TO  YEAR 07 MO 02 DAY 28

LOCATION:
ATTN: DON PIERGRASS

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,376 | 3,584 | KG/DAY | ******** | 9.7 | 14.5 | MG/L | 0 | 1 / 28 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCTD |
| EFFLUENT GROSS VALUE ENTEROCOCCI, 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 7,368 | 10,321 | 30,000 | CFU/ 100 ML | 3 | 28 / 28 | GRAB |
| | PERMIT REQUIREMENT | ******** | ******** | | REPORT WK SEO MN | REPORT WK SEO MN | REPORT DAILY MX | | | DAILY | GRAB |
| EFFLUENT GROSS VALUE PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 762 | 752 | | ******** | 2.95 | 3.09 | MG/L | 0 | 1 / 28 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | ******** | REPORT ANNL AVG | REPORT DAILY MX | | | ONCE/ MONTH | COMP24 |
| EFFLUENT GROSS VALUE BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | KG/DAY | 56 | ******** | ******** | PERCENT | 0 | 1 / 28 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 89 | ******** | ******** | PERCENT | 0 | 1 / 28 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 60 MO AVG | ******** | ******** | | | ONCE/ MONTH | CALCTD |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 1,575 | 2,584 | KG/DAY | ******** | 6.4 | 10.7 | MG/L | 0 | 11 / 28 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these terms may include fines and imprisonment of maximum of $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 2007 / 3 / 28

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).    E - See Sand Island WWTP noncompliance report (5).
F - See Sand Island WWTP noncompliance report (6).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35157

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

MAJOR

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM 07 / 03 / 01    TO 07 / 03 / 31

F-FINAL   INFLUENT/MONTHLY
NO DISCHARGE
NOTE: Read instructions before completing this form.

| PARAMETER | QUANTITY OR LOADING (3 Card Only) | | | QUALITY OR CONCENTRATION (4 Card Only) | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| **BOD, 5-DAY (20 DEGREES C) 00310 G 00** — RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | 55,291 | 61,808 | KG/DAY | 340 | 223 | 249 | MG/L | 0 | 31 / 31 | COMP24 |
| PERMIT REQUIREMENT | REPORT MO AV | REPORT HI MX AV | | REPORT DAILY MX | | | | | DAILY | COMP24 |
| **BOD, 5-DAY (20 DEGREES C)** — RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | ******** | 87,381 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| PERMIT REQUIREMENT | REPORT MO AV | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| **TOTAL SUSPENDED SOLIDS, 00530 G 00** — RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | 65,516 | 76,159 | KG/DAY | 414 | 264 | 308 | MG/L | 0 | 31 / 31 | COMP24 |
| PERMIT REQUIREMENT | REPORT MO AV | REPORT HI MX AV | | REPORT DAILY MX | REPORT MO AV | REPORT HI MX AV | | | DAILY | COMP24 |
| **SOLIDS, TOTAL SUSPENDED** — RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | ******** | 104,832 | KG/DAY | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| PERMIT REQUIREMENT | REPORT MO AV | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| **OIL AND GREASE 03582 G 00** — RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | 4,969 | 6,436 | KG/DAY | ******** | 20.1 | 26.0 | MG/L | 0 | 14 / 31 | GRAB-3 |
| PERMIT REQUIREMENT | REPORT MO AV | REPORT DAILY MX | | | REPORT MO AV | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| **CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 0 1** — RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | ******** | 0.020 | KG/DAY | ******** | ******** | 0.083 | UG/L | x | 1 / 31 | COMP24 |
| PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| **DIELDRIN 39380 G 0 1** — RAW SEWAGE/INFLUENT — SAMPLE MEASUREMENT | ******** | 0.011 | KG/DAY | ******** | ******** | 0.046 | UG/L | 0 | 1 / 31 | COMP24 |
| PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
DATE 2007 / 4 / 27

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X – Chlordane result is an estimate with s = 0.022 ug/L.

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF 5

35158

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 'SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A
MAJOR

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MONITORING PERIOD FROM 07/03/01 TO 07/03/31

NOTE: Read Instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (46-49) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Average (46-53) | Maximum (54-61) | Units (01) | Minimum (38-45) | Average (46-53) | Maximum (54-61) | Units (19) | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,370 | 5,007 | KG/DAY | ********* | 13.6 | 20.7 | MG/L | 0 | 14/31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 1,599 | 2,776 | KG/DAY | ********* | 6.5 | 11.3 | MG/L | 0 | 14/31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 65.6 | 68.7 | MGD | ********* | ********* | ********* | | 0 | 31/31 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | ********* | ********* | | | THREE/WEEK | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 67.2 | MGD | ********* | ********* | ********* | | 0 | 31/31 | RECORDER |
| | PERMIT REQUIREMENT | | REPORT WK AVG | | | ********* | ********* | | | CONTINUOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | MGD | | | | | | CONTINUOUS | RECORDER |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/ TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5098

DATE 2007/4/27

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted. (REPLACES EPA FORM I-40 WHICH MAY NOT BE USED.)

PAGE 2 OF 5

35159

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location of offense)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

MONITORING PERIOD
FROM: YEAR 07 / MO 03 / DAY 01  TO  YEAR 07 / MO 03 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | >357.1 | (2G) | 0 | 3 / 31 | COMP24 |
| | PERMIT REQUIREMENT | | | | | | | | | ONCE/ MONTH | COMP24 |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH | COMP24 |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 26.18 | 27.60 | (04) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 29,001 | 30,498 | (01) | 151 | 117 | 120 | (19) | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35894 MO AVG | 49633 DAILY MX | KG/DAY | | 116 MO AVG | 160 DAILY MX | MG/L | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 36,293 | (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | ******** | | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.70 | ******** | 7.03 | (12) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE/TIMES WEEK | GRAB |
| TOTAL SUSPENDED SOLIDS, 00530 1 0 0 | SAMPLE MEASUREMENT | 11,832 | 12,457 | (01) | 67 | 48 | 51 | (19) | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 31804 MO AVG | 39206 DAILY MX | KG/DAY | | 68 MO AVG | 104 DAILY MX | MG/L | | DAILY | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 2007 / 4 / 27

TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island noncompliance report (1).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 5

35160

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI. 96707

FACILITY:

LOCATION:
ATTN: DON PIER GRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM 07 / 03 / 01 TO 07 / 07 / 31

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | MAXIMUM | | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ********* | 16,458 | | ********* | ********* | | | 0 | 31 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,887 | 5,661 | | ********* | 22.8 | 22.8 | | 0 | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | MG/L | | ONCE MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,073 | 5,495 | | ********* | 16.4 | 22.3 | | 0 | 14 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT ANNL AVG | REPORT DAILY MX | MG/L | | THREE WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0207 | 0.016 | | ********* | 0.0788 | 0.064 | | 0 X.B | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | KG/DAY | | 0.00078 ANNL AVG | 0.036 DAILY MX | UG/L | | ONCE MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0089 | 0.008 | | ********* | 0.034 | 0.034 | | 0 C | 1 / 31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0097 ANNL AVG | 0.05 DAILY MX | KG/DAY | | 0.012 ANNL AVG | 0.014 DAILY MX | UG/L | | ONCE MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 65.6 | 68.7 | | ********* | ********* | ********* | | 0 | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | MGD | | ********* | ********* | | | CONTIN-UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 67.2 | | ********* | ********* | ********* | | 0 D | 31 / 31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT RANK AVG | REPORT DAILY MX | MGD | | ********* | ********* | | | CONTIN-UOUS | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 4 / 27
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.022 ug/L.
C - See sand Island WWTP noncompliance report (3).
B - See Sand Island WWTP noncompliance report (2).
D - See Sand Island WWTP noncompliance report (4).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA Form T-40 WHICH MAY NOT BE USED.)

PAGE 4 OF 5

35161

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI. 98707

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM YEAR 07 / MO 03 / DAY 01   TO YEAR 07 / MO 03 / DAY 31

FACILITY:

LOCATION:
ATTN: DON'T PIE?GRASS

MAJOR

E-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) | MAXIMUM (54-61) | UNITS (19) | | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,332 | 3,719 | KG/DAY | ********* | 9.4 | 15.4 | MG/L | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | 1 / 31 | CALCTD |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | ********* | | 4,897 | 6,573 | 16,000 | CFU/ 100 ML | 0 | 31 / 31 | GRAB |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | | | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 767 | 785 | KG/DAY | ********* | 3.07 | 3.16 | MG/L | 0 | 1 / 31 | COMP24 |
| PHOSPHATE, TOTAL (AS P) 70505 1 0 0 | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | | REPORT ANN AVG | REPORT MO AVG | | | 1 / 31 | COMP24 |
| COLOR, METHOD (AS P) | SAMPLE MEASUREMENT | ********* | ********* | | 48 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| EFFLUENT GROSS VALUE BOD, 5-DAY 81010 K 0 0 | PERMIT REQUIREMENT | | | | 30 MO AVG | | | | | 1 / 31 | CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED 81011 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 82 | ********* | ********* | PERCENT | 0 | 1 / 31 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | | | | 85 MO AVG | | | | | 1 / 31 | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 1,741 | 2,636 | KG/DAY | ********* | 7.0 | 10.9 | MG/L | 0 | 14 / 31 | GRAB-3 |
| PERCENT REMOVAL | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE / WEEK | GRAB-3 |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/ TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 3 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 4 / 27
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

35162