DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-053

March 1, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Jo Ann Cola
U.S. Environmental Protection Agency
Clean Water Act Compliance Office (WTR-7) Water Division
75 Hawthorne Street
San Francisco, California  94105

Dear Ms. Cola:

Subject:    Finding of Violation and Order for Compliance
Sand Island Wastewater Treatment Plant (NPDES Permit Number HI0020117)
EPA Docket No. CWA-402-9-02-61;
Annual Progress Report

Pursuant to the above-subject Finding of Violation and Order for Compliance, subparagraphs V. Plan Review and Approval and VI. Annual Progress Reports, we hereby submit the attached annual reports on our Operation & Maintenance, Compliance Schedule, and Effluent Limits Action Plans.

I certify under penalty of law that this document and all attachments were prepared under my direct or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, I certify that the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

if there are any questions, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachments:    Compliance Schedule
Operation and Maintenance Action Plan
Effluent Limits Action Plan

cc:  Mr. Denis R. Lau, Hawaii Department of Health

# EXHIBIT 5

## COMPLIANCE SCHEDULE ACTION PLAN
### Annual Progress Report of March 1, 2007

Pursuant to the Finding of Violation and Order for Compliance for the Sand Island Wastewater Treatment Plant (NPDES Permit Number HI0020117); Docket Number CWA-402-9-02-61, dated September 30, 2002 ("Order for Compliance"), paragraphs III and VI of the Order for Compliance, the City and County of Honolulu (CCH) submits the following Compliance Schedule Action Plan Annual Progress Report:

The Order for Compliance requires, in part, submittal of a plan to ensure immediate and continuous compliance with the compliance schedules at NPDES Permit No. HI0020117, Section A.2. The plan shall include, at the minimum, the following elements:

    A.    *Comprehensive, critical path schedules for completion of all Sand Island upgrade projects described in Section A.2. of the Permit;*

    B.    *A schedule, time line, or flowchart of all ongoing construction projects which depicts the relationships and dependencies among projects and planned operational pilot testing; and*

    C.    *A description of measures that will be taken in order to coordinate the construction activities with plant operations to ensure permit compliance at all times.*

CCH has and will continue to work diligently to address all of the compliance schedules contained in NPDES Permit No. HI0020117, Section A.2.

    A.    *Comprehensive, critical path schedules for completion of all Sand Island upgrade projects described in Section A.2. of the Permit.*

The following provides a written explanation of the current status of each project. The attached Project Schedules dated February 27, 2007, show the time lines and interdependencies for each project.

Construction has been completed on five (5) projects: Hart Street Wastewater Pump Station Force Main Replacement (2001), Sand Island Interim Chemical Treatment Facility Improvements (2002), Sand Island Wastewater Treatment Plant In-Vessel Bioconversion Facility (2006), Sand Island Wastewater Treatment Plant Disinfection Facility and Effluent Pump

Station (2006) and Sand Island Wastewater Treatment Plant Unit 1 Phase 2A New Headworks and Primary Clarifiers 7 & 8 (2007). Construction has started on three (3) projects: Hart Street Wastewater Pump Station (New/Alternative) (February 2002), Ala Moana Wastewater Pump Station Modification (March 2004) and Sand Island Parkway Wastewater Pump Station Modification (June 2004) and construction is ongoing. The construction for the Sand Island Primary Treatment Expansion project began in September 2004 on the solids process portion (In-vessel Bioconversion Facility completed in 2006) and is scheduled to commence on the liquids process and odor control portions by May 2007. The following table provides additional information on the eight NPDES Permit-required construction projects:

| PROJECT | CONSTRUCTION COST (x 1,000,000) [contract price] | BUDGETED CONSTRUCTION COST (x 1,000,000) |
|---|---|---|
| a. Ala Moana Pump Station | $17.9 | |
| b. Hart Street Pump Station | $23.0 | |
| c. Hart Street Force Main | $23.3 | |
| d. Sand Island Parkway Pump Station | $1.0 | |
| e. Sand Island Unit 1 Phase 2A | $92.7 | |
| f(1). Sand Island Expansion - liquids process, odor control | $77.0 | |
| f(2). Sand Island Expansion - primary clarifier mods, wet sludge sotrage tank rehab | | $119.8 |
| f(3). Sand Island Expansion - solids process | $40.2 | |
| g. Sand Island Disinfection | $83.0 | |
| h. Sand Island Interim Chemical Facility | $1.5 | |
| TOTALS | $359.6 | $119.8 |

The total investment of $479.4 million is significant and CCH is very sensitive to delays. Steps are being taken to expedite the work as much as possible and to minimize delays. However, as has been discussed in prior CCH submittals to the EPA and during various meetings with the EPA and DOH, unforeseen situations and circumstances have extended four (4)

-2-

35165

project schedules. As noted below, these four projects are subject to non-enforceable milestones for completion.

The following is a narrative summary of the status for each of the eight (8) permit-required Sand Island upgrade projects.

Ala Moana Wastewater Pump Station Modification:

The permit-required scope of this project is to accommodate higher collection system flows and the higher head of the new Sand Island WWTP headworks. The existing pump station is to be upgraded/improved to increase reliability, accommodate higher collection flows, and accommodate the higher head of the downstream facility. The modifications shall include replacing/rehabilitating existing pumps, generator facility, electrical works, and associated appurtenances, as appropriate.

The design deadline of July 24, 2002, was delayed in large part by the inability to complete the design and advertise the project due to the lack of necessary rights of entry to land for the construction of the pump station force main. However, the design was successfully completed on August 10, 2003. The design stage delay necessarily postponed the completion of the remaining pre-construction project steps, which were aggressively pursued to completion following the finalization of the design. Advertisement of the job was successfully completed on August 11, 2003. Bid opening was completed on October 14, 2003, with the receipt of proposals from offerors in response to Request for Proposals RFP-014.

A contract was awarded to Hawaiian Dredging on December 22, 2003. RCI subsequently protested the award of the contract. The protest was resolved without affecting the construction completion date.

A major leak on the Ala Moana force main delayed the start of construction by approximately six months.

Two witnessed factory tests for the new pumps (Pump Station #1) were performed by the manufacturer on October 7 & 9, 2005 (horizontal test) and February 2, 2006 (vertical test). With the completion of the two tests, the pumps are scheduled to be shipped on February 24, 2006.

The installation of Hawaiian Electric Company's electric duct lines to supply the project commercial power has been delayed and is expected to be completed by March 31, 2007. Without the electrical power, Pump Station #1 cannot be energized and the major equipment cannot be tested.

Due to the various delays discussed above, the contract completion date has been revised from the original non-enforceable milestone of February 18, 2005 to August 31, 2007.

35166

The completion of this project does not affect the schedules of the other NPDES Permit-required projects.

Hart Street Wastewater Pump Station *(New/Alternative)*

The permit-required scope of this project is to accommodate higher collection system flows and the higher head of the new Sand Island WWTP headworks. The existing pump station is to be upgraded/improved to increase reliability, accommodate the higher collection flows, and accommodate the higher head of the downstream facility. The modifications shall include replacing/rehabilitating existing pumps, generator facility, electrical works, and associated appurtenances, as appropriate.

An approximately three-month delay was experienced due to additional work needed to repair a badly deteriorated 54" influent line and redesign the interior piping in the pump station from ductile iron and heavy support structures to HDPE pipe and smaller support structures, as well as to rain delays. However, construction of the project was substantially concluded by the permit deadline of February 18, 2005. Final completion and project close out is delayed due to problems with the new pumps installed at the pump station. Serious cavitation and vibration problems were encountered during testing/training/startup in October 2004. A consultant was hired to investigate the vibration problem. After consultations with the contractor, designer, manufacturer, and vibration consultant, an on-site full-scale testing program of the pumping system is being developed to identify the problem. The problem has been isolated and identified as cavitation in the pumps at higher running speeds. Resolution of the cavitation problem is ongoing.

As noted on the attached project schedules dated February 27, 2007, a dependency exists between the Hart Street Pump Station (New/Alternative) and the Sand Island Wastewater Treatment Plant Unit 1 Phase 2A Projects. Due to the configuration of large diameter yard piping to allow for continuity of operation, it is necessary that the Hart Street Pump Station connect to and utilize the new Hart Street force main prior to redirection of flow into the new headworks facility. The Hart St. WWPS Diversion Pump Station was connected to and began using the new Hart Street force main on February 14, 2004. Repair of the July 2004 damage to the force main (see below) was completed and the force main was restored to service on November 28, 2005.

Hart Street Wastewater Pump Station Force Main Replacement:

The permit-required scope of this project is to install a new force main extending from Hart Street pump station to Sand Island WWTP to replace the existing 47-year-old force main.

The new force main was accepted, tested and deemed fully functional on May 15, 2001, which was well ahead of schedule. All punch list items were

-4-

completed before the November 30, 2002 deadline for completion of construction.

As was previously reported to EPA, the new force main could not be put into service until start up of the diversion pump station for the Hart Street (Alternative) pump station, which occurred on February 14, 2004. At that time, the new force main was put into service.

In July 2004, the new force main was damaged due to construction activities by a non-City contractor. The project to repair the damage was awarded to Frank Collucio Construction Company for $1,377,000. The repair has been completed and the force main restored to service on November 28, 2005. During the repair, the flow in the new force main was diverted to the old force main.

The completion of this project construction does not affect the schedules of the other NPDES Permit-required projects.

Sand Island Parkway Wastewater Pump Station Modification:

The permit-required scope of this project is to accommodate higher collection system flows and the higher head of the new Sand Island WWTP headworks. The existing pump station is to be upgraded/improved to increase reliability, accommodate the higher collection flows, and accommodate the higher head of the downstream facility. The modifications shall include replacing/rehabilitating existing pumps, generator facility, electrical works, and associated appurtenances, as appropriate.

A construction contract was awarded to Oceanic Companies, Inc. for approximately $971,000, with extra contingencies due to possible PCB contamination in the construction area. The project, which has a non-enforceable construction completion milestone of February 18, 2005, experienced delays in the delivery of parts such as the motor control centers ("MCC"), delays due to encountering asbestos piping, and delays due to standby power availability because the headworks standby power, which services both the headworks and the Sand Island Parkway pump station. Standby power became available on January 29, 2007. The new completion date is March 15, 2007.

As noted on the attached project schedules dated February 27, 2007, a dependency exists between the Sand Island Parkway Wastewater Pump Station Project and the Sand Island Unit 1 Phase 2A Project. Because standby power comes from the headworks facility, final connection of the permanent standby power for the Parkway Pump Station Project is dependent upon the completion of the headworks facility. However, the

35168

Parkway pump station can come on line upon completion through the use of portable generators for standby power.

Sand Island Wastewater Treatment Plant Unit I Phase 2A (Headworks):

The permit-required scope of this project is to construct facilities to satisfy 301(h) requirements to consistently remove $\geq$30% of influent $BOD_5$ and improve WWTP performance. Facilities shall include replacing/expanding headworks and associated facilities, as appropriate. This project is also known as "Headworks."

In addition to the new headworks facility, CCH included the two new primary clarifiers originally identified with the Sand Island WWTP Primary Treatment Expansion project (Clarifiers #7 and #8) in this project scope. This was necessary to maintain five (5) operating clarifiers throughout the construction within the Sand Island WWTP.

The non-enforceable February 18, 2005, project finish milestone was not met. As was previously reported to EPA in the May 1, 2003 CSAP, the construction of the project was delayed because CCH was required to revise the State Air Permit application and complete its processing (two (2) month delay), and due to the unanticipated discovery and removal of PCBs in the excavation areas of Clarifiers #7 and #8 (eight (8) month delay).  There were also delays due to a 56-day cement workers strike. To minimize the effect of these delays, CCH expedited the processing of written orders and change orders, issued unilateral change orders and direction, authorized overtime to accelerate critical work (e.g., jet grouting), authorized and paid for advance bypass piping work to accelerate the project schedule, and allowed connection work to occur in advance of clarifier completion.

The operational tests for the new Headworks Facility and Primary Clarifiers 7 & 8 were completed on November 6, 2006, commissioning completed on January 23, 2007 and construction completed on February 27, 2007.

Sand Island Wastewater Treatment Plant Primary Treatment Expansion:

The permit-required scope of this project is to construct additional primary treatment facilities, including pretreatment facilities, to expand treatment plant capacity from 82 MGD to 90 MGD (average daily design flow), improve plant hydraulic capacity, and increase solids handling capacity. This project has a non-enforceable completion milestone of February 18, 2005.

The original scope of the project included two (2) new primary clarifiers to increase the plant's hydraulic capacity to 90 MGD and new solids handling facilities to increase the plant's solids handling capacity. However, in order

35169

to maintain five (5) operating clarifiers in service throughout the construction within the Sand Island WWTP, construction of the two (2) new clarifiers (Clarifiers #7 and #8) were moved forward into the Sand Island Unit I 2A Project. The solids handling facilities are being addressed by the on-going In-vessel Bioconversion Facility project, which includes the following items taken out of the Expansion Project: sludge stabilization (digester), dewatering (centrifuge), and final disposal (sludge dryer and recycle/disposal).

The In-Vessel Bioconversion Facility Project is to design, build and operate a digestion, dewatering and drying facility for sludge generated at the Sand Island WWTP, and market the end product. The Invitation for Bids was advertised on October 29, 1999, the Final Award was made on May 7, 2002, and the Notice to Proceed for the construction phase was issued on September 23, 2004. Substantial Completion of the project was achieved on November 9, 2006.

Additional treatment plant expansion work, to improve the hydraulics of the existing clarifiers including converting them from dual mode (DAF/gravity) to strictly gravity clarifiers, to improve odor control facilities, and to refurbish the solids thickening and wet sludge storage areas, will be completed under this Sand Island Wastewater Treatment Plant Primary Treatment Expansion Project. For execution, this project has been separated into several parts to allow work to proceed pending completion and operation of Clarifiers #7 and #8 contained in the Headworks Project. Work on the existing six (6) clarifiers will not be started until Clarifiers #7 and #8 are in operation and five (5) clarifiers can be available for plant operation.

The remaining work in the Expansion Project includes: 1) the reconfiguration of the influent channels and the addition of flow splitting flumes: 2) the construction of new clarifier effluent piping; 3) the replacement of sludge and scum pumps and piping; 4) the refurbishment of the gravity thickeners and wet sludge storage tanks; 5) the construction of new scum handling systems and; 6) the construction of new odor control systems.

CCH extended the original completion of the Expansion Project 30 months to avoid conflicts among the work on the site for the numerous projects. Award of the first part of the work (odor control systems, electrical power improvements and gravity thickener rehabilitation) was awarded on December 21, 2005. Following re-evaluation of the project scope, the work is anticipated to commence by May 1, 2007. The alternatives for implementation of the remaining work (primary clarifier modifications and wet sludge storage tank rehabilitation) are currently being considered.

Sand Island Wastewater Treatment Plant Disinfection Facility (Disinfection):

35170

The permit-required scope of this project is to investigate and determine appropriate disinfection technology, and design, construct, and operate continuously for one year, an effluent disinfection facility that achieves effective effluent disinfection.

During the preliminary engineering (planning) phase, it was determined that the scope of the project had to be significantly increased from that originally stated in the permit. Instead of installing UV equipment within the existing effluent pump station, as originally intended, a new effluent pump station to include new effluent screens, UV equipment channels, effluent pumps and wet well, power substation, and large diameter yard piping was required. The construction cost of the facility increased from $20M to $83.5M. CCH discussed these improvements with EPA, and then proposed that the NPDES Permit be modified to reflect new dates for award of construction contract (May 2, 2001), and commencement of UV operation (August 2, 2003).

The contract was awarded to Robison Construction, Inc. on May 1, 2001. Based upon contract performance periods, beneficial use of the new disinfection facility was expected by July 2, 2003. CCH intended to meet the proposed start of UV operation by August 2, 2003.

However, as previously reported to EPA in the May 1, 2003 CSAP, due to delays from jet grouting operations, PCB remediation, and dewatering, the project could not meet the proposed August 2, 2003, continuous operation date. Litigation in the form of two different lawsuits ensued between the contractor and CCH, further delaying progress on the project.

During these numerous setbacks, CCH directed the contractor to continue with the work, without prejudice to their position. Construction of the project was 98% complete, however, a major setback occurred in May, 2005 when it was discovered that the standby generator and effluent pump radiators were undersized.

The operational testing, training and commissioning were completed and the construction completed on December 20, 2006.

The project schedules dated February 27, 2007, indicate that "tie-in" of new Clarifiers 7 and 8 is dependent upon the beneficial occupancy by CCH of the Disinfection Project. As indicated on the approved construction plans, the new primary clarifier effluent is to be directed to the junction structure of the Disinfection Project. Therefore, the operation of the new disinfection facility is necessary prior to the diversion of the primary effluent by the Headworks Project.

Sand Island Wastewater Treatment Plant Interim Chemical Treatment Facility Improvements:

35171

The permit-required scope of this project is to improve the ability of Sand Island WWTP to remove $BOD_5$ by upgrading the chemical treatment (polymer) facility. This includes the installation of aging tanks and new polymer injection equipment, as required.

The construction portion of the project was concluded on schedule. The February 10, 2002, completion deadline was met, operators were trained, and the facility is ready to use.

> **B.** *A schedule, time line, or flowchart of all ongoing construction projects which depicts the relationships and dependencies among projects and planned operational pilot testing.*

The attached project schedules show the project relationships and dependencies. These include: Hart Street Wastewater Pump Station (New/Alternative), Hart Street Wastewater Pump Station Force Main Replacement, Sand Island Wastewater Treatment Plant Unit 1 Phase 2A (specifically Clarifiers #7 and #8), Sand Island Parkway Wastewater Pump Station Modification, and Sand Island Primary Treatment Expansion (insofar as conversion of the six existing flotator/clarifiers) and Sand Island UV Disinfection Facility.

The schedule is based upon calendar day durations, consistent with calendar day contract durations within the various projects.

> **C.** *A description of measures that will be taken in order to coordinate the construction activities with plant operations to ensure permit compliance at all times.*

CCH contracted with R. M. Towill Corporation to perform the duties of program coordinator for construction projects within the Sand Island basin. The coordination duties include monitoring of the various project schedules for any issues including potential delays, claims and extra work items, resolving any conflicts of work schedule among the projects and conducting coordination meetings. "Section 2 - Services; C. Program Coordination" of the contract for *Construction Management Services for the Sand Island Wastewater Treatment Plant Disinfection Facility and Effluent Pump Station* between R. M. Towill Corporation and CCH states:

35172

*The construction projects that are within the Sand Island Basin include, but are not limited to:*

a. *Sand Island Wastewater Treatment Plant  Interim Chemical Treatment Facility Modification*
b. *Sand Island Wastewater Treatment Plant  Refurbish Flotator Clarifier Nos. 1,2,5 and 6*
c. *Hart Street Wastewater Pump Station Force Main Replacement*
d. *Hart Street Wastewater Pump Station Modification*
e. *Sand Island Parkway Wastewater Pump Station Modification*
f. *Ala Moana Wastewater Pump Station Modification*
g. *Sand Island Wastewater Treatment Plant New Headworks and Primary Clarifiers 7 and 8*
h. *In-Vessel Bioconversion Facility Project*

The consolidated construction schedule for the various projects was developed by CCH and its design consultants and construction managers. The attachment contains the completion dates as required by EPA permit and the currently planned dates of completion as discussed with the various contractors and construction managers of the projects.  The schedule provided has been condensed to show all projects and their relationships.

The various projects are shown on a critical path chart (see attached) reflect the necessary order in which the projects must be completed to insure that connection between the projects can occur.  This sequence must be followed so that construction can proceed and be completed in a logical manner.

The various projects are monitored based on the information received from the contractor and construction manager of each project or CCH construction management personnel.  Conflicts in work schedules are discussed with the contractor and construction manager and resolved if possible.  Resolutions document what needs to be done and by what party, as agreed to, and include follow up with reminders to the parties involved.

Coordination meetings are held on the second and fourth Fridays of the month at the Sand Island WWTP administration building.  In attendance are the construction managers and contractors for the projects and representatives from the CCH Departments of Design and Construction (DDC) and Environmental Services (ENV).  If necessary, design consultants may attend the meetings.  The program coordinator prepares the agenda and minutes for each meeting.  Topics vary. However, schedule updates are discussed at every meeting and adjustments made as discussed.

Delays, claims and extra work items are discussed at the meetings in the context of how they may impact the schedule.  The construction manager for each project works with the contractor to expedite construction as required. The consolidated schedule incorporates the delays (estimated) as discussed. Details of the delays including an estimated time are provided in a narrative

-10-

35173

manner and are subject to change due to negotiations regarding the claims between the construction manager and contractor.

The program coordinator has requested that the design consultants, for individual projects that interface, exchange plans so any conflicts can be identified and adjustment made as early as possible to prevent additional delay claims from the contractors. There are weekly construction update meetings at the site for each of the projects. In attendance are the construction managers, CCH representatives (engineering and operations) and the contractors. A designer's attendance is requested by CCH as required. ENV also conducts a monthly meeting with DDC to update construction progress for quarterly activity reports.

CCH previously submitted (reference EMC 02-69, dated February 8, 2002, from Timothy Steinberger to Alexis Strauss) and provided an updated copy of its on-site efforts to ensure coordination between operations and construction are being addressed. As explained at that time, ENV assigned Mr. Jay Nakandakare to be its full time liaison for all construction activities at the SIWWTP. As the liaison for ENV, Mr. Nakandakare is responsible for coordinating contractors' activities with the operation of the facility to minimize the effects of construction activities. Decisions related to the progress of contract and meeting construction deadlines, approving change orders and cost issues, administration of the construction contract, etc., remain with DDC.

-11-



35175



Sand Island Wastewater Treatment Plant Program Management
Project Schedules

35176



Sand Island Wastewater Treatment Plant Program Management
Project Schedules

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 71 | Commissioning - Wastewater | Tue 11/14/06 | Thu 12/14/06 |
| 72 | UV Disinfection - Process Performance Tests | Tue 11/21/06 | Wed 12/20/06 |
| 73 | Construction Completion | Wed 12/20/06 | Wed 12/20/06 |
| 74 | Final Completion | Sat 3/3/07 | Sat 3/31/07 |
| 75 | Finish Construction (NPDES Permit) | Sat 7/20/02 | Sat 7/20/02 |
| 76 | Soil Management Project | | |
| 77 | NTP | Mon 7/31/06 | Wed 9/2/07 |
| 79 | Construction | Mon 7/31/06 | Mon 7/31/06 |
| 80 | | Mon 7/31/06 | Wed 6/2/07 |
| 81 | Interim Chemical Treatment Facility (ICTF) Project | | |
| 82 | ICTF Construction | Sat 12/2/00 | Mon 8/3/04 |
| 83 | Punchlist | Sat 12/2/00 | Sun 2/10/02 |
| 84 | Finish Construction (NPDES Permit) | Mon 2/11/02 | Mon 8/5/04 |
| 85 | | Sun 2/10/02 | Sun 2/10/02 |
| 86 | Replace DAF Piping | | |
| 87 | Construction | Tue 7/3/01 | Fri 12/20/02 |
| 88 | | Tue 7/3/01 | Fri 12/20/02 |
| 89 | Refurbish Flocstor Clarifier 1, 2, 5 & 6 Project | | |
| 90 | Construction | Tue 11/7/00 | Fri 12/20/02 |
| 91 | | Tue 11/7/00 | Fri 12/20/02 |
| 92 | Interim Ferric Chloride Project | | |
| 93 | Estimated Construction Period | Mon 3/10/03 | Thu 7/31/03 |
| 94 | Start Use | Mon 3/10/03 | Thu 7/31/03 |
| 95 | | Thu 7/31/03 | Thu 7/31/03 |
| 96 | In-vessel Bioconversion Facility | | |
| 97 | NTP | Wed 9/3/03 | Thu 11/6/06 |
| 98 | Demolition | Wed 9/3/03 | Wed 9/3/03 |
| 99 | Construction | Tue 6/1/04 | Mon 9/13/04 |
| 100 | | Tue 12/14/04 | Thu 11/6/06 |
| 101 | PCB Characterization for SIWWTP | Son 9/15/02 | Wed 9/3/03 |
| 102 | Soil sampling | Sun 9/15/02 | Wed 9/3/03 |
| 103 | Repair EPS Discharge Lines | | |
| 104 | Construction - COMPLETED | Mon 10/1/01 | Thu 1/31/02 |
| 105 | | Mon 10/1/01 | Thu 1/31/02 |

Date: February 27, 2007
Fri K:\sm\1927\TSI Sched.mpp

| Task | | Milestone | ◆ | External Tasks |
| SoR | | Summary | | External Milestone | ◆ |
| Progress | | Project Summary | | Deadline |

Page 3

# OPERATIONS AND MAINTENANCE ACTION PLAN
## Annual Progress Report of March 1, 2007

Pursuant to the September 30, 2002 Finding of Violation and Order for Compliance for the Sand Island Wastewater Treatment Plant (Sand Island WWTP) {NPDES Permit Number HI0020117}; Docket Number CWA-402-9-02-61, paragraph VI of the "Order for Compliance," the City and County of Honolulu (CCH) submits the following Operations and Maintenance Action Plan Annual Progress Report:

**A.    A plan, including a schedule, for returning operation of Sand Island WWTP equipment to within operating parameters recommended in the facility's Operations and Maintenance Manual, or, where this may neither be feasible nor practicable, for determining new operating parameters.**

CCH is currently operating the facility in a manner that is consistent with the applicable operation and maintenance (O&M) manuals. The Environmental Protection Agency (EPA) has acknowledged compliance with this requirement in its May 11, 2004 letter from Ms. Kathi Moore to Mr. Frank Doyle.

In addition, CCH has procured, configured, and is implementing the Op10 computer-based wastewater Operations Process Information System software package. This software will manage process data and automate calculation of specified process parameters, provide graphical output, print reports, etc. CCH has completed user training of the O&M staff and anticipates going live with this software by April 2006. Full use at the Sand Island Wastewater Treatment Plant is pending the successful configuration of the newly constructed headworks, clarifiers, solids handling, and disinfection systems into Op10.

**STATUS:  Action Completed**

**B.·    A plan, including schedule, for reviewing and revising routine maintenance procedures.**

The City completed the requirement of reviewing and revising routine maintenance procedures in 2001 by procuring and installing SYNERGEN, a computerized asset management/work management system. The City has been using this system to schedule routine maintenance since April 2003. The implementation of this system has moved forward with enhancements made to the Preventive Maintenance tracking functionality, the addition of an interface to connect the system to City timekeeping, and the providing of user training to approximately 150 system users and experienced users requiring refresher training.

To further enhance the City's routine maintenance procedures, as part of ENV's ongoing implementation of a department-wide Asset Management Program  ("AMP"), ENV organized a

35178

Maintenance Practices Focus Team and a SYNERGEN Users Core Team. These teams are comprised of Maintenance Planners, Operators, and key work management system users from ENV's Division of Wastewater Treatment & Disposal and Division of Collection System Maintenance to review and adopt industry best management maintenance practices. These teams have received considerable user training from the vendor on the SYNERGEN work management software during the past year.

The first two phases of the implementation of Best Maintenance Practices has been rolled out in all three regions of the Wastewater Treatment and Disposal Division including detailed workflows, responsibility matrices and practice documents to further improve the planned maintenance environment by focusing on the implementation of a Formal Work Planning Process, the comprehensive use of the Computerized Work Order System to capture work and asset histories, the implementation of Key Maintenance Performance Metrics, and Inventory Control.

**STATUS:  In Progress (Can we change to "ongoing")**

> C.   **A plan, including a schedule, for ensuring compliance with Paragraph J.2. of the Permit, which requires either an alternate power source sufficient for maintaining operation of the Sand Island WWTP or a plan to "halt, reduce, or otherwise control all discharges upon the reduction, loss, or failure of the primary source of power."**

An alternate power source sufficient for maintaining compliance with the Permit is included in the various Sand Island upgrade projects, including standby power for the UV Disinfection project, the Sand Island Unit 1 Phase 2A Headworks project and the Sand Island Expansion project. The Headworks standby power will also serve the Sand Island Parkway Pump Station. With completion of these facilities and our existing sources, we will have full back up power.

The back up power provided with the UV Disinfection project has been tested and is fully operational. The Headworks back up power is operational. The Headworks back up power was connected to the Sand Island Parkway Pump Station on January 27, 2007, providing fully operational back up power to the pump station. Emergency on-site back power for the clarifiers will be provided as part of the Sand Island WWTP Expansion project.

**STATUS:  In Progress**

> D.   **A plan, including a schedule, for improving and/or verifying the accuracy of flow measurements.**

The City completed this recommendation by verifying the accuracy of the flow measurements at the Sand Island WWTP. Accordingly, CCH has researched, compiled and reviewed historical documents and flow data for Sand Island WWTP for the period from November 1998 through February 2005. As shown below, this evaluation demonstrates that flow measuring accuracies have significantly improved during this period. These improvements can be

explained by changes made by CCH around January 2002, when CCH placed a greater emphasis on all the electrical components of both influent and effluent flow measurements. The effort included replacing parts, calibration, and increased inspections of the various components. CCH compared the percent differences between the average daily influent and effluent flows. Approximately 2,303 influent and effluent flow data points from November 3, 1998 to February 28, 2005, were evaluated according to two parameters: time series and correlation.

The time series parameter is a simplified, temporal method of showing changes in the percent difference between influent and effluent flows. The DOH Standard NPDES Permit Conditions provide that flow accuracy shall not deviate more than ±10% of the true discharge flow rate throughout the expected range of flows. As can be seen in Figure 1, there was a relatively larger variation in percent difference from November 1998 to around December 2001, clustering around the −10% value. In contrast, from around January 2002 to the present there was a smaller variation in percent difference and an improvement in the flow difference between ± 10%.

Histograms can also be used to evaluate the spread of the data (Figures 2 to 4). Figure 2 contains all data between November 1998 to February 2005 and shows a relatively normal distribution centered around −9%. The histogram also shows that roughly 25.6% of the time, the percent difference is not within the acceptable range of plus or minus ten percent. The dramatic improvements in flow measuring accuracy can be seen when you isolate the data pre- and post-January 2002. In Figure 3, which represents data from November 1998 through December 2001 only, roughly 40 percent of the time, the percent difference is not within the acceptable range of ±10%. In contrast, in Figure 4, which represents only data from January 2002 through February 2005, roughly only 1.4 percent of the time the data was outside of the ±10% accuracy range, a substantial improvement in flow measuring accuracy.

The second parameter used by CCH to evaluate flow measurement accuracy improvement is the correlation between the average daily influent and the average daily effluent. It is anticipated that the influent values should be correlated to the effluent values based on the principle of continuity. A correlation coefficient of 1 implies the two values are perfectly correlated. Similarly, a correlation coefficient of −1 implies the values behave in an opposite manner. A correlation coefficient of between 0.7 and 1 is usually accepted as sufficiently correlated by industry standards. The correlation coefficient for the average daily influent and average daily effluent from November 1998 to February 2005 is 0.701, showing that during the entire period at issue the influent and effluent flow are correlated within acceptable parameters. However, when the data for the pre- and post-January 2002 periods are isolated, the correlation coefficient for the average daily influent and effluent flows are 0.689 and 0.866, respectively, showing, as with the time series parameters, a significant improvement in flow accuracy measurements after the improvements made around January 2002.

35181



**Figure 1**
**Influent/Effluent Flow Difference vs Time**
**November 3, 1998 to February 28, 2005**



Figure 2
Flow Difference from November 3, 1998 to February 28, 2005 - Histogram

35182



**Figure 3**
Flow Difference from November 1998 to December 2001 - Histogram

35183



Figure 4
Flow Difference from January 2002 to February 2005 - Histogram

35184

In addition, in order to comply with the requirement to improve or verify the accuracy of flow measurements, Parshall flow meters for influent flow and Venturi flow meters for effluent flow are being installed in the Sand Island WWTP Headworks and Disinfection projects.

**STATUS: Action Completed**

E.   A plan, including schedules, for completing the implementation of the independent evaluation report recommendations.  The plan is to cover those recommendations addressing primary treatment, solids treatment, operation and maintenance effectiveness and spare parts.

Updates for each of the twenty-six recommendations set forth in the May 2000 Independent Evaluation Study are as follows:

1.   Plant Spills

   a.   Track & Categorize All Spills

      CCH's spill reporting policy was revised and submitted to the State of Hawaii Department of Health (DOH) under letter to DOH, dated March 13, 2001 (WAS01-044).  The revised reporting policy contained a new form tracking and categorizing spills.

      **STATUS: Action Completed**

   b.   DOH Questionnaire

      CCH staff met with DOH and revised the standard operating procedure, the spill reporting form, and the O&M Manual to reflect DOH reporting requirements.

      **STATUS: Action completed**

2.   Primary Treatment

   a.   Improve Chemical Addition

      Iron salt jar testing:  City personnel completed iron salt jar testing of ferric chloride with anionic polymer and PAC1 and produced a report in May 2002.  That testing and report verified the results of the R. M. Towill Corporation jar testing published in the Sand Island WWTP Unit 1, Phase 2A Preliminary Engineering Report dated September 1999.

35185

STATUS:  Action Completed

Implement Ferric Chloride or PAC1 addition:  The Sand Island WWTP Unit 1, Phase 2A (Headworks) Project includes construction and installation of a permanent chemical treatment facility which will add ferric chloride and/or PAC1 as needed to meet permit removal limits.  The Sand Island WWTP Unit 1, Phase 2A (Headworks) Project has been completed and the provided chemical addition facility is operational.  Further improvement to the chemical delivery system to provide polymer introduction at the optimal site for treatment will occur with the clarifier upgrades in the Sand Island Expansion Project.

STATUS:  Action Completed

b.    Obtain EPA Approval to Eliminate DAF

Full scale testing of non-DAF operation:  Full-scale testing of non-DAF operation was initially attempted in November 2000.  The trial was to be performed in stages with (1) three clarifiers on DAF mode and three on gravity mode, (2) alternating mode of treatment between the six clarifiers, and (3) complete gravity treatment mode.  After the first stage was begun, CCH terminated the testing because the $BOD_5$ removal efficiency dropped significantly.  Gravity mode testing will be initiated upon completion of the thickener tank refurbishment because it is expected that thickened sludge will increase during gravity mode operation.

Shut down DAF system:  Because the full-scale testing of non-DAF operation (with polymer addition) as described above has not been completed, this action is premature.

The plant converted to full gravity operation on July 24, 2006.

STATUS:  Action Completed

c.    Improve Process Control

The 2000 Carollo Evaluation recommended that the City implement a new and improved system of process control. In order to achieve this goal, the following actions have been taken.  First, data collection sheets on equipment performance, equipment runtime and physical observation of equipment have been reviewed and updated. Insuring correct operation of each component of the process helps to insure overall system performance.  In addition, control parameters for each process have been identified based on O&M manuals and process evaluation worksheets have been developed and are in use by operators to insure equipment is operating within those design control parameters.  To further improve

process control, SCADA instrumentation has been installed at many plant locations to make information more available to trigger quicker response to system changes. Full use of this system in an automated mode is being developed in relation to the many ongoing and upcoming projects at the Sand Island WWTP.

CH2M Hill's Information Technology Master Plan (ITMP) was completed in February 2006 and provides the roadmap for the implementation and development of a governance structure for the enterprise-wide management of all ENV information systems including the Op10 Process information software.

An implementation team has been formed to plan the process and timeline for completing all the ITMP recommendations, including:

Expediting the implementation of the Op10 Operations Process Information System software with go live anticipated by April 2006. The Op10 Operations Process Information System software went live in April 2006.

Development of a data warehouse containing all laboratory information relevant to process that can be interfaced with Op10, SYNERGEN, and a LIMS system.

Acquisition and implementation of a LIMS system. Efforts are underway to acquire consultant assistance to develop the RFP to acquire and implement a LIMS system.

STATUS: In progress

3. Solids Treatment

The future disposal of solids is tied to the completion and operation of the beneficial solids reuse project currently scheduled for operation on April 22, 2006. When operational, the beneficial solids reuse project will handle solids treatment.

a. Discontinue Zimpro

The existing Zimpro heat treatment process will be discontinued with the completion and operation of the beneficial solids reuse project.

b. Implement New and Improved System of Process Control

See 2c above.

c.    Expedite New Dewatering Facilities

To satisfy the recommendation to expedite new dewatering facilities, in May 2002, the City executed a contract with Synagro to construct and operate an in-vessel bioconversion facility that will process sludge for beneficial reuse. The Synagro project will include dewatering facilities. This project is scheduled to be in operation on April 22, 2006.

As an interim measure to improve the reliability of the current dewatering facilities, CCH rehabilitated the existing centrifuges by replacing the old back drives. In addition, CCH purchased spare rotating elements (bowl and scroll) in the event that future repairs are required.

The Synagro project began accepting 100% of the Sand Island WWTP sludge on May 5, 2006.

STATUS: Action completed

4.    Operations Effectiveness and Efficiency

a.    Develop a Staffing Study

In order to develop a staffing study, this recommendation required the City to reach consensus on how the City operates the plant and determine how many operators are needed. This was accomplished through the ENV's Change Program, initiated in 2001. The Change Program is an internal competitiveness change process program to improve overall departmental performance. As part of ENV's Change Program, a staffing analysis was performed. The conclusion of that analysis was that staffing was adequate to reduce the number of operations stations by combining the low-pressure oxidation and incineration stations that reduced the required staffing by 12 positions.

ENV also implemented a reorganization of the Division of Treatment and Disposal to eliminate unnecessary supervisory levels resulting in a Regional Superintendent, a plant or process superintendent for the Sand Island WWTP and a single pumping supervisor for the region. This reorganization has been formally approved.

STATUS: Action completed

b.    Eliminate Operations Stations

As part of ENV's Change Program, a staffing analysis was performed regarding the potential for the elimination of operations stations. CCH concluded that staffing was adequate to eliminate the operation stations.

As mentioned above, as an interim measure, two operations stations have been consolidated, reducing the number of stations with further reduction in operation stations intended over the next two years.

Further reduction of operations stations will be subject to further evaluation. ·

STATUS:  In Progress

c.    Make Data Useable

This recommendation required that the City develop a useable method of presenting and analyzing data and making this available to the staff.  ENV is working on upgrades that will allow process-related information and laboratory data to be more readily available for use by operations staff.

CCH has procured, configured, and is implementing the Op10 computer-based wastewater Operations Process Information System software package.  This software will manage process data and automate calculation of specified process parameters, provide graphical output, print reports, etc.  CCH has completed user training of the O&M staff and anticipates going live with this software by April 2006.

CH2M Hill's Information Technology Master Plan (ITMP) was completed in February 2006 and provides the roadmap for the implementation and development of a governance structure for the enterprise-wide management of all ENV information systems including the Op10 Process information software.

An implementation team has been formed to plan the process and timeline for completing all the ITMP recommendations, including:

Expediting the implementation of the Op10 Operations Process Information System software with go live anticipated by April 2006.  The Op10 Operations Process Information System software went live in April 2006.

Development of a data warehouse containing all laboratory information relevant to process that can be interfaced with Op10, SYNERGEN, and a LIMS system. ·

Acquisition and implementation of a LIMS system.  Efforts are underway to acquire consultant assistance to develop the RFP to acquire and implement a LIMS system.

35189

Finally, improved connectivity to all facilities is being installed where needed.

STATUS:  In Progress

d.      Resolve Temporary Assignment Issues

This recommendation required the City to resolve the long-standing temporary assignment issue. Previously supervisory positions were filled by temporary short- term assignment of subordinate personnel. The Metro Regional Superintendent position has been reclassified and permanently filled.  The Sand Island WWTP plant (or process) supervisor position has been permanently filled. Four of the five Sand Island WWTP operations shift supervisor positions have been permanently filled. The fifth shift supervisor position has been filled on a long- term temporary promotion. These actions have resolved the temporary assignment issue.

STATUS: Action completed

e.      Coordinate CIP Planning with O&M Problem Areas

This recommendation required the City to coordinate CIP Planning with O&M problem areas. In January 2003, overall management of the CIP program prioritization was returned to ENV from the Department of Design and Construction.  Thus, the Division of Treatment and Disposal staff now has a direct involvement in CIP planning, which has the benefit of more easily defining project requirements generated by O&M needs and more easily integrating needed projects into the overall CIP plan, either by inclusion in an existing project or development of a new CIP or small project.   Funds are available each year for small CIP projects in the annual CIP budget under the project title "Wastewater Treatment Plant, Pump Station, and Force Main Projects".  The Division of Wastewater Treatment and Disposal establishes the prioritized list of projects for use of these funds.

In addition, further improvement in coordination of the CIP with O&M issues will be accomplished as part of the ENV's Asset Management Program (AMP). AMP is defined as the process of integrating maintenance, operations and replacement of equipment and facilities to optimize their life and minimize their costs.  ENV is undertaking a process of evaluating the ways CIP and process related engineering services can be improved.

STATUS: In Progress

f.      Develop a Competitiveness Guidance Document

35190

This recommendation required that the City develop a competitiveness guidance document. As part of ENV's Change Program, ENV developed several plans that will improve effectiveness and efficiency designed at bringing the organization to a point of meeting or exceeding industry best practices.

The ENV Change Program is in its third year with 94 business improvement initiatives being implemented in the areas of Information Technology, Internal/External Communication, Asset Management, Staff Development, Operations and Maintenance, and Lab. Twenty-four initiatives are being implemented by Division Management and 70 initiatives are being implemented by selected project managers to assure a fast track implementation. This includes decentralization of maintenance responsibilities within the Division of Treatment and Disposal, reduction of segments in large plants, improvements in automated operations and support systems, additional training of personnel, and numerous other items.

STATUS: Action completed

5.    Maintenance Effectiveness and Efficiency

   a.    Develop Staffing Study

This recommendation required the City to reach consensus on how the City staffs its maintenance functions. This was accomplished through the ENV's Change Program to improve overall departmental performance. A staffing analysis was conducted that resulted in the decentralization of the maintenance functions. The responsibility and decision-making for plant and pump station maintenance was placed in the hands of three Regional Superintendents, including the Metro Regional Superintendent who is responsible for Sand Island WWTP maintenance staffing.

STATUS: Action completed

b.   <u>Improve Preventative Maintenance Program</u>

This recommendation required the City to improve the preventative maintenance program.  The preventative maintenance work backlog for all major treatment facilities and the Collection System Maintenance Division is currently under review by the divisions and the Asset Management Program Manager.  Work orders that appear to be overdue by completion date are being scheduled for completion.  New practices and business processes are being implemented to improve preventative maintenance and corrective maintenance work planning.  A new workflows and SOPs (practices) has been adopted and implemented by the Division of Treatment and Disposal in the three operating regions to address the printing, distribution, and monitoring of completion rates of preventive maintenance work orders on a monthly basis.

This recommendation included the performance of high voltage preventative maintenance. High voltage preventative maintenance was performed in September 2000 and every other year thereafter.  High voltage preventative maintenance is a continuing scheduled preventative maintenance item.

See item B. above for additional information.

<u>STATUS: In Progress</u>

c.   <u>Spare Parts Funding</u>

This recommendation required the City to make spare parts funding available.  Spare parts funding has been made available without limitation for the past five years.

<u>STATUS: Action completed</u>

d.   <u>Provide Dedicated O&M "Small Projects" Support</u>

This recommendation required that the City provide dedicated O&M Small Projects support.  This was accomplished by providing engineering support with engineers from the Divisions of Treatment and Disposal and Environmental Quality, as needed to support these O&M small projects. If full specifications and design are needed, projects are prioritized into CIP support.

<u>STATUS: Action completed</u>

e.    Continue Effort to Standardize Equipment

This recommendation required that the City continue its efforts to standardize equipment where possible. Standardization is pursued through appropriate specification of equipment during construction and other procurement processes. While the State Procurement Code is limiting, ENV anticipates that better availability of maintenance records and costs for individual equipment and the ongoing implementation of an Asset Management Program (AMP) will provide a stronger justification for use of a life cycle costing approach, rather than low bid, for critical equipment with the benefit of additional standardization.

The process of asset standardization through the establishment of design and equipment standards, protocols, and procurement practices will continue to be developed and implemented in the current phase of the AMP.

STATUS: Ongoing

6.    Spare Parts

a.    Provide Assured Funding for Parts

See 5.c. above.

STATUS: Action Completed

b.    Perform Independent Audit of Parts Inventory

A system wide inventory was conducted from April to June 2002, and has been subsequently updated each year since then.

STATUS: Action Completed

c.    Provide Staff Position to Maintain Parts System

This recommendation required that the City provide a staff position to maintain the parts system. The City accomplished this by permanently filling the Storekeeper III position and all Storekeeper I positions. Staff positions to maintain the parts system are in the Property Management Section of the Division of Treatment and Disposal. The Storekeeper III manages the entire storeroom program. Four Storekeeper I positions manage sub-storerooms at each of the three operational regions, including the Metro region at the Sand Island WWTP, of the division and the central storeroom. This function is responsible to maintain stock levels, procure needed spare parts, issue parts and equipment and

35193

maintain current inventory status.   Adequate staffing is currently in place to maintain parts system.

STATUS:  Action Completed

7.    General Recommendations

a.    Develop Process Standards and Evaluation Work Sheets

This recommendation required the City to implement a new and improved system of process control.  Data collection sheets have been reviewed and updated.  Control parameters for each process have been established and process evaluation worksheets have been developed and are in use.

STATUS:  Action Completed

b.    Develop Master Plan Summary Report

The Wastewater enterprise-wide 20-year Capital Improvement Plan consolidates and lists all Sand Island WWTP capital improvement projects in a single document and provides the "master plan summary report". In addition, ongoing projects and projects nearing implementation are discussed by plant operations and maintenance personnel, Division of Environmental Quality personnel, Department of Design and Construction wastewater project management personnel, construction management personnel, and others at a monthly Sand Island coordination meeting.

STATUS:  Action Completed

c.    Decision-Making Process for Capital Facility Decisions and Routine Maintenance and Operational Changes

This recommendation required that the City map the overall decision-making process for routine capital facility decisions and for prioritization of routine maintenance and operational changes.  The decision-making process for capital facilities and routine maintenance and operational changes has been defined for several years but has been refined further given the January 2003 reorganization that placed full responsibility for wastewater long-range planning with ENV.  This organizational change in the planning process was beneficial because it moves decision-making on long-range facility requirements to the department that owns and operates the facilities.  This encourages closer integration of O&M issues in the development of long range and near term capital facility decisions.  A current "map" of the decision-making process for capital facility decisions within ENV is attached as Appendix 1 hereto.

STATUS:  Action Completed

d.    Develop Staffing Study

As indicated in Section 4a and 5a above, changes have been made in operational staffing and organization and in decentralization of maintenance.

STATUS:  In Progress

e.    Develop Procurement Plan for Replacement Parts and Equipment

See section 5.e. above

STATUS:  In Progress

F.    **A schedule for completing the clarifier refurbishment and DAF piping replacement projects.**

The DAF refurbishment project, including the clarifier refurbishment and DAF piping replacement was completed in December 2002.  EPA has acknowledged compliance with this requirement in its May 11, 2004 letter from Ms. Kathi Moore to Mr. Frank Doyle.

**STATUS:  Action Completed**

35195