DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 ◻ KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 ◻ FAX: (808) 692-5113 ◻ Website: www.co.honolulu.hi.us



JEREMY HARRIS
Mayor

TIMOTHY E. STEINBERGER, P.E.
Director

FRANK J. DOYLE, P.E.
Deputy Director

<u>CERTIFIED MAIL</u>

EMC 02-528

U.S. Environmental Protection Agency
Attention: Ms. Jo Ann Cola
Clean Water Act Compliance Office (WTR-7) Water Division
75 Hawthorne Street
San Francisco, California 94105

Dear Ms. Jo Ann Cola:

Subject: <u>Finding of Violation and Order for Compliance; Docket No. CWA-402-9-02-61; Effluent Limits Action Plan</u>

Attached, please find our submittal in compliance with the subject issue. The submittal will be updated as more information becomes available.

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted, Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, I certify that the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are 'Significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations."

If there are any questions, please contact Ross Tanimoto, Division of Environmental Quality, at (808) 692-5371.

Sincerely

TIMOTHY E. STEINBERGER, P.E.
Director

Attachment

cc: w/ attachment to:
Denis R. Lau
Hawaii Department of Health
Environmental Management Division
Clean Water Branch
Room 301
919 Ala Moana Blvd.
Honolulu, Hawaii 96814-4920



**EXHIBIT 7**

24908

# EFFLUENT LIMITS ACTION PLAN
(November 26, 2002)

As required by the September 30, 2002 Finding of Violation and Order for Compliance for the Sand Island Wastewater Treatment Plant {NPDES Permit Number HI0020117}; Docket Number CWA-402-9-02-61, paragraph II of the "Order for Compliance" section, we submit the following response.

The subject action requires a plan on the actions taken to ensure immediate and continuous compliance with the effluent limits found in NPDES Permit No. HI0020117, Section A.1. The plan shall also include, at the minimum, a description and a schedule for all interim and future actions planned by CCH to improve and achieve consistent treatment so as to ensure continuous compliance with all permit effluent limits.

The effluent limits found in the NPDES Permit, No. HI0020117, Section A.1, requires the following (Note: bold faced entries are the focus of this report):

A.  *EFFLUENT LIMITATIONS AND MONITORING REQUIREMENTS (based upon an average daily design flow of 3.59 $m^3$/sec, or 82 MGD)*

1.  *During the period beginning with the effective date of this permit and lasting through the expiration date of this permit, the Permittee is authorized to discharge treated wastewater from Discharge Serial No. 001. The discharge shall be limited and monitored by the Permittee as specified below:*

| Discharge Parameter | Discharge Limitations | | | | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| | Average Monthly | Average Weekly | Maximum Daily | Units | Minimum Frequency | Sample Type |
| Flow | report | report | report | MGD | continuous | recorder or totalizer |
| Biochemical Oxygen Demand (5-day) | 116<br>79,330 | 160<br>109,421 | report | mg/l<br>lbs/day | daily | 24 hr composite |
| | As a monthly average, not less than 30% removal efficiency from influent stream | | | | | |
| Total Suspended Solids | 69<br>47,187 | 104<br>71,124 | report | mg/l<br>lbs/day | daily | 24 hr composite |
| | As a monthly average, not less than 60% removal efficiency from influent stream | | | | | |

24909

| Discharge Limitations | | | | | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| Discharge Parameter | Average Annual | Average Monthly | Average Daily | Units | Minimum Frequency | Sample Type |
| Enterococci | Report | report | report | CFU/100 ml | daily | grab |
| Total Oil and grease | N/a | report | report | mg/l lbs/day | 3 days/ calendar week | grab |
| Total Petroleum Hydrocarbons | N/a | report | report | mg/l lbs/day | 3 days/ calendar week | grab |
| Fats, oils and grease | N/a | report | report | mg/l lbs/day | n/a | calculate |
| Temperature | N/a | report | report | °C | once/calendar week | grab |
| Total Nitrogen | Report | report | n/a | mg/l lbs/day | once/calendar month | 24 hr composite |
| Total Phosphorus | Report | report | n/a | mg/l lbs/day | once/calendar month | 24 hr composite |
| pH | Not less than 6.0 nor greater than 9.0 | | | standard units | 5 days/ calendar week | grab |
| Chronic Toxicity | n/a | n/a | 94 | TUc | once/calendar month | 24 hr composite |
| Chlordane | 0.0076 0.0052 | n/a | 0.38 0.26 | ug/l lbs/day | once/calendar month | 24 hr composite |
| Dieldrin | 0.012 0.0082 | n/a | 0.18 0.12 | ug/l lbs/day | once/calendar month | 24 hr composite |
| Remaining Pollutants | Report | report | n/a | ug/l lbs/day | once/6 calendar months | 24 hr composite or grab |

Paragraph (A)(2)(g) also requires:

The Permittee shall investigate and determine appropriate disinfection technology, and design, construct, and operate continuously for one year, an effluent disinfection facility which achieves effective effluent disinfection. Effective disinfection is defined as compliance with a maximum daily discharge limitation of 18,000 CFU/100 ml for enterococci. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start (no later than) | Finish |
|---|---|---|
| Planning | | June 30, 1999 |
| Design | | June 30, 2000 |
| Advertise | | August 29, 2000 |
| Bid Opening | | August 29, 2000 |
| Award | | September 28, 2000 |
| Construction | | July 20, 2002 |
| Continuous Operation | July 21, 2002 | |

24910

During the period beginning with July 21, 2002 and lasting through the expiration date of this permit, the authorized discharge of treated wastewater from Discharge Serial No. 001 shall be limited and monitored by the Permittee as specified below:

| Discharge Limitations | | | | | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| Discharge Parameter | Average Monthly | Average Weekly | Maximum Daily | Units | Minimum Frequency | Sample Type |
| Enterococci | report[12] | report[12] | 18,000 | CFU/100 ml | daily | grab[12] |
| Total Chlorine Residual[13] | report | report | 64 | ug/l | daily | grab[12] |

The parameters for which effluent limits are imposed are: **$BOD_5$, TSS, pH, Chronic Toxicity, chlordane, dieldrin, and enterococcus.**

**Biochemical Oxygen Demand ($BOD_5$):** We experienced a few events since permit issuance where we did not meet effluent limits:

    30% removal for:
        (a) July 1999 - monthly average 23% $BOD_5$
        (b) August 1999 - monthly average 29% $BOD_5$

Effluent (monthly average) $BOD_5$ concentrations for May 1999 (118 mg/l) and July 1999 (117 mg/l); the permit limit is 116 mg/l.

Since 1999, we have been in permit compliance. Every effort will be made to continue to operate the plant in a compliant manner. We are approaching the completion, estimated end of construction December 2002, for the refurbishment of the dissolve air flotation (DAF) system (clarifiers 1, 2, 5, and 6), and anticipate this will assist us in meeting permit requirements. In 2004, we anticipate completion of the Headworks Projects. This should further contribute to our ability to achieve permit compliance.

**Total Suspended Solids (TSS):** We have not encountered a TSS permit violation. Given this, we do not anticipate the possibility of a permit violation is probable.

**Effluent acidity (pH):** We have not encountered a pH permit violation. We believe our Pretreatment Program effectively prevents pH violations from occurring. We also believe the industrial discharge section in the Sand Island WWTP service area does not have the capability, via the nature of their business or the volume of discharge, to effect a violation for this parameter. We reference you to our annual Pretreatment Program Annual Assessment Report, submitted annually under a separate cover, for more detailed information. Given this, we do not anticipate the possibility of a permit violation is probable.

24911

**Chronic Toxicity**: We have been in compliance with the Chronic Toxicity requirement (Water flea, *Ceriodaphnia dubia*) since permit issuance. Given this, we do not anticipate the possibility of a permit violation is probable.

**Chlordane and dieldrin**: We are currently unable to meet permit requirements at this time. The approach is to prevent this pollutant from entering our system. We hypothesize, however, the origin of this pollutant is not associated with wastewater sources for which we have control, rather a manifestation of dry weather infiltration and inflow (I/I). We base our hypothesis on several points. First both chlordane and dieldrin have been banned from use in the United States in the late eighty's (Note: although banned for use in the United States, chlordane is still manufactured for export). Prior to the eighty's, chlordane and dieldrin were used as pesticides for agricultural applications. Until 1987, chlordane and dieldrin were approved as termite control in the home. In 1987 and 1988, dieldrin and chlordane, respectively, were banned for termite control. Both were applied underground and around the foundations of home, particularly in Asian communities on Oahu. Their effectiveness, in part, as a treatment against termites lies in its ability to resist break down. Secondly, because of its effectiveness against termites, we do not anticipate individuals having this pollutant to be discharging it to our system. Third, the consistent presence of chlordane/dieldrin in our influent/effluent does not seem characteristic of an industrial source; see Figures 1 and 2.

To test our hypothesis, we had sampled various areas having high I/I, low I/I, anticipated high usage of chlordane/dieldrin, and anticipated low usage of chlordane/dieldrin. Sampling of sixteen sites was done on February 24, 2002. No chlordane was detected, probably because of the high detection limit associated with the lab process. Dieldrin was detected at seven sites. Because the chlordane detection limits were too high, we have rescheduled another round of sampling before the end of the year. We will complete a report, citing our findings by January 2003.

If our hypothesis is incorrect (e.g., the source of chlordane/dieldrin is not from dry weather I/I), we will affect an outreach program to address dischargers having a potential of handling chlordane/dieldrin and a probability of discharging to our system. We will also establish a sampling program to determine the source(s) of chlordane/dieldrin and cease its discharge to our system. This plan will be included in the January 2003 report.

If our hypothesis is correct (e.g., the source of chlordane/dieldrin is from dry weather I/I), several options are available. First, we could affect a program to minimize chlordane/dieldrin from entering our system. We do not believe this is an effective remedy because the pollutant will still make its way to recreational waters. Although we do not purport to capture all the pollutant, at least we are in a position to sample its presences. As mentioned, we have not detected the presences of chlordane/dieldrin in fish tissue or sediments around the outfall during the existing permit period. Our second approach would be to associate ourselves with the Persistent Bioaccumulative and Toxic (PBT) chemical Program. We understand this is a national program to address chemicals (particularly chlordane and dieldrin). In either case, we would still affect an outreach effort, albeit not as rigorous as if we had not associated the pollutant with I/I, because there still may be a possibility of the pollutant entering our system from a discharger. We will specify our preferred option along with a plan in our January 2003 report.

24912

**Enterococcus:** We are currently unable to meet permit requirements (specifically 18,000 cfu/100mL, grab) continuously for one year because, as stated under a previous cover, we are behind schedule for our UV disinfection project. We will evaluate the possibility of injecting disinfectants into our waste stream to effect compliance with the effluent requirement and forward our findings on or before February 28, 2003. We are cautious about affecting this alternative because of the potential to impact the marine environment. These concerns will be provided in the February 2003 report.

# FIGURES

24914



Figure 1: Chlordane Concentration vs Time

24915



Figure 2; Dieldrin Concentration vs Time

24916