

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION IX
**75 Hawthorne Street**
**San Francisco, CA 94105-3901**

August 4, 2004

Mr. Frank Doyle
Director
Department of Environmental Services
City and County of Honolulu
1000 Uluohia Street, Suite 308
Kapolei, HI 96707

Dear Mr. Doyle:

As you are aware, the City and County of Honolulu ("CCH") has thus far failed to achieve compliance with the Sand Island Administrative Order ("AO") dated September 30, 2002, Docket Number CWA-402-9-02-61. The AO required, among other things, the submission of three plans: the Compliance Schedule Action Plan, the Effluent Limits Action Plan, and the Operations and Maintenance Action Plan. These plans were originally submitted to EPA by CCH in November 2002. EPA sent written comments in a letter to you dated March 19, 2003. CCH revised the plans in May 2003 but the revised plans did not satisfactorily respond to the comments. The agency comments on the re-submitted plans were supplied to CCH verbally, at your request, when EPA and CCH met in May 2003. To date, EPA has received no response to the verbal comments. Based upon our conversations in San Francisco on May 18, 2004, we are attaching herewith three tables containing the agency comments on the May 2003 Plans submitted by CCH. The comments have been updated to reflect the current knowledge of events and conditions at Sand Island. Paragraph V of the AO requires CCH to submit revised plans within 30 days of receipt of this letter.

If you have any questions, please feel free to call JoAnn Cola of my staff at 415/972-3578.

Sincerely,

Kathi Moore
Chief, Clean Water Act Compliance Office

cc:    Hugh Barroll
       Denis Lau, HDOH

**EXHIBIT 8**

*Printed on Recycled Paper*

28723

## EFFLUENT LIMITS ACTION PLAN

| Ref. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| BOD | Many of the construction project descriptions indicate that the purpose is to ensure continuous permit compliance. Regardless the claim of continuous permit compliance since 1999, the plan should include, at a minimum, discussions of contingency measures (such as centrate hauling, addition of chemicals, etc.) to maintain compliance. | The facility is not following the Action Plan previously submitted: Centrate has been hauled daily and continuously since December 2003. Note that there has been another violation of the minimum 30% BOD removal permit requirement: The November 2003 BOD removal was 29%. | Resubmit Action Plan with a complete and accurate description of all contingency measures which may be used to maintain compliance. "Contingency measures" includes all measures being used by the facility which are outside normal operating procedures. |
| TSS | Despite the City's claim of continuous permit compliance, the plan should include, at a minimum, discussions of contingency measures to maintain compliance. | There have been two (2) violations of the minimum 60% TSS removal permit requirement: The August and October 2003 TSS removals were 59%. | Resubmit Action Plan with a complete and accurate description of all contingency measures which may be used to maintain compliance. |
| pH | Despite the City's claim of continuous permit compliance, the plan should include, at a minimum, discussions of contingency measures to maintain compliance. | Added a paragraph. | Resubmit Action Plan with a complete and accurate description of all contingency measures which may be used to maintain compliance. |

### Chlordane and Dieldrin

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 1 | The submittal does not include either plan or schedule to bring Sand Island WWTP into compliance with effluent limits for chlordane or dieldrin in the Permit. The plan should correct these deficiencies. | A schedule was mentioned in the last paragraph, but no schedule was "attached." The plan is to reduce I/I, although they don't think this plan will be effective. | Resubmit Action Plan with a plan and schedule to bring the facility into compliance with the effluent limits for both chlordane and dieldrin. |

Page 1 of 4

28724

EFFLUENT LIMITS ACTION PLAN

## Chlordane and Dieldrin

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 2 | The first paragraph states that the approach is to "prevent this pollutant from entering our system". However, a subsequent paragraph states that the "origin of this pollutant is not associated with wastewater sources for which we have control". Given these statements, the plan should explain how the City plans to prevent the pollutant from entering the system. | The "plan" is deficient in that it lacks specifics on how, when, and where they intend to reduce I/I and how they will monitor the effectiveness of this approach. | Resubmittal shall describe what CCH actually plans to do. |
| 3 | Paragraph 1 also states that "we do not anticipate individuals having this pollutant to be discharging to our system." This appears to conflict with paragraph 3, which implies that there are individuals discharging pesticides to the system. Paragraph 1 stated that the "consistent presence" of pesticides did not seem to be characteristic of industrial discharge or of individuals intentionally dumping these pesticides into the wastewater collection system. | | Resubmittal shall address this apparent conflict. |
| 4 | The "test" of the hypothesis is not well described. The plan should describe how the sample sites were selected and whether the lab detection limit differed from that used for analyzing the wastewater samples. | Still not well described. | Resubmittal shall include the rationale for selecting sample sites and detection limits and describe how this relates to meeting effluent limits. |
| 5 | The plan should clarify these statements and describe: (i) how the sampling program will distinguish intentional discharges from dry weather I/I sources; (ii) the criteria used to select the sample | Not clarified. | Resubmittal shall clarify the statements as previously requested. |

28725

## EFFLUENT LIMITS ACTION PLAN

### Chlordane and Dieldrin

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| | sites. The plan should clearly account for the source(s) contributing to the continuing presence of these pesticides in the system. | | |
| 6 | The second and third sentences of paragraph 4 appear to imply that chlordane and dieldrin currently make their way to recreational waters through a transport pathway other than the discharge of effluent ("the pollutant will still make its way to recreational waters"). The plan should specify the data which support the hypothesis that pesticides make their way to the recreational waters via any other transport pathway such as streams or groundwater. | The statement ("pollutant will still...") no longer appears to be in the resubmittal. Data was submitted (Tables 2 & 3), but it does not appear to support the hypothesis and there is no narrative describing how these two tables prove that these pollutants are still making their way into recreational waters. | Resubmittal shall include the data that supports their hypotheses (not found in fish tissue, not found in sediments around the outfall, not found in the recreational waters, and found in streams and groundwater which discharge to recreational waters). |
| 7 | Paragraph 4 appears to list two options for responding to the case in which the above hypothesis is correct. It is expected that the January 2003 report will more fully explain the criteria for developing the potential options and the bases, the potential pros and cons and environmental effects, for selecting the options. This is the type of information and level of specificity the plan should include. As of today, we have not received this report. | Neither EPA nor DOH still have received the "January 2003" report. | If this report forms part of the plan for meeting effluent limits, then it must be submitted with appropriate reference to the AO docket number. |
| 8 | As we discussed in our February 11 meeting, the City's thought seems to be that transport via the collection system will continue to occur. To make meaningful efforts toward achieving compliance, | Response not sufficient. | •Resubmittal shall include the results of the tests to determine whether secondary treatment would remove enough of these pollutants to meet |

Page 3 of 4

28726

# EFFLUENT LIMITS ACTION PLAN

## Chlordane and Dieldrin

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|------------------------|----------------------------|
|     | we believe that the City needs to either contemplate potential modes of treatment or make significant progress in preventing these pollutants from entering the wastewater collection system. The plan should be revised to describe the steps the City will plan to take to achieve compliance. | | the effluent limits. • Resubmittal shall respond to the initial comment. |

## Enterococcus

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|------------------------|----------------------------|
| 1 | The submittal fails to include either a plan or a schedule for bringing Sand Island WWTP into compliance with the effluent limit for enterococcus in the Permit. The plan should correct these deficiencies. | Not done. | Resubmittal shall include plan with schedule. |
| 2 | It appears that the UV Disinfection Facility construction is now at least 3-1/2 years behind schedule. Although it is possible to evaluate the interim use of other disinfection methods, it may also be beneficial to consider alternatives for accelerating the completion of the UV Disinfection Facility. The plan should describe the City's plan to achieve compliance with the permit. | Nothing proposed. | Resubmittal shall respond to the initial comment. |

28727

## OPERATIONS AND MAINTENANCE ACTION PLAN

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 1 | Comments to the Order indicate that bar screens 1 and 4 were scheduled for repair in December 2002. The inspection team notes that screens 1 and 4 were operating on February 10, 2003. A check of operating records appears to indicate that the screens have been rotated on a (more-or-less) weekly basis since December 2002. The plan should confirm completion of the repair. | The Plan submitted May 1, 2003 still states that they anticipate two bar screens will be operational by December 31, 2002. The plan does not confirm completion of the repair. | Resubmittal shall confirm completion of the repair. |
| 2 | EPA believes that the discussion of incinerator issues should be described as in "A", below, explaining the reasoning for not operating the incinerator now, along with a discussion of the effects of this decision on plant operation and permit compliance. The status of annual testing for inoperable equipment is not required under the Order. | CCH's May 2003 revised plan referred the reader to Attachment "A", apparently an example of the annual DOH letter; however, it did not appear to be attached to CCH's revised plan. The annual letter merely grants CCH exemption from annual source testing because the incinerator is not operable. The Plan submitted May 1, 2003 does not include discussion of the effects of this decision, etc. | The March 2003 EPA comment referred to Paragraph A located on page 7 of 8 of EPA's March 19, 2003 letter. CCH's May 2003 revised plan referred to a letter, "Attachment A", which was neither included in either EPA's or HDOH's response, nor responsive to the comment. The original comment remains unaddressed. The Action Plan resubmittal shall address the original comment, explaining the reason the incinerator is inoperable, and how the non-operation of this piece of process equipment affects the plant operation and permit compliance. |
| 3 | Paragraph 22B states that the clarifier refurbishment work was scheduled for completion by December 2002. The plan should confirm completion of the work. | The Plan submitted May 1, 2003 does not confirm that the clarifier refurbishment have been completed. | The Action Plan resubmittal shall confirm completion of the work. |
| 4 | Influent variations in BOD and TSS alone do not | The Plan submitted May 1, 2003 does not | The Action Plan resubmittal shall |

28728

## OPERATIONS AND MAINTENANCE ACTION PLAN

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| | constitute deficient practice. However, as stated in Finding 22.D of the Order, EPA's concern is the City's apparent inability to explain the variability and its effect on permit compliance. According to the plant operations staff, influent variability is the most important factor in BOD and TSS removal rates. The plan should describe operation of the plant so as to maintain continuous permit compliance despite influent variability. | describe how the plant will be operated so as to remain in compliance with permit requirements despite influent variability. | describe operation of the plant so as to maintain continuous permit compliance despite influent variability. |
| A | The Order requires "A plan, including a schedule, for returning operation of Sand Island WWTP equipment to within operating parameters recommended in the facility's Operations and Maintenance Manual, or, where this may neither be feasible nor practicable, for determining new operating parameters." The inspection team observed that the equipment is being returned to operation within recommended parameters. The plan, as submitted, does not respond to this requirement, as it does not describe current and future efforts, and should be amended accordingly. | A detailed review of the narrative and tables in Attachments B and C revealed that it is difficult to find the processes described in the narrative in the tables. There appear to be discrepancies between the narrative and the tables. See comments at the end regarding the detailed review of Attachments B and C. | •Resubmittal shall address the following comments: 1. Attachment C tables shall follow the same order as the narrative. 2. Provide rationale for optimizing operations. •See comments at the end regarding the detailed review of Attachments B and C. |
| B | The Order requires "A plan, including schedule, for reviewing and revising routine maintenance procedures." The plan, as submitted, does not respond to this requirement because no procedures are described. The inspection team notes that efforts are currently underway to modernize preventive maintenance tracking. The plan should describe the new procedures. | | Resubmittal shall respond to the following questions: 1. Which system, if any, is CCH currently using to track preventative maintenance (PM) at its WWTPs? 2. How are PMs generated for Sand Island WWTP? 3. Narrative states that the Supervisor "will be" responsible: Who is |

Page 2 of 5

28729

## OPERATIONS AND MAINTENANCE ACTION PLAN

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| | | | responsible now? |
| C | The Order requires " A plan, including a schedule, for ensuring compliance with Paragraph J.2. of the Permit, which requires either an alternate power source sufficient for maintaining operation of the Sand Island WWTP or a plan to "halt, reduce, or otherwise control all discharges upon the reduction, loss, or failure of the primary source of power"." The plan, as submitted does not respond to this requirement. A dual feed is often considered to be an acceptable alternate power source if the WWTP is able to maintain operation when primary source of power is lost. Pumping untreated wastewater through the outfall during a power outage does not constitute compliance with the requirements of the NPDES permit. The plan should correct the deficiencies to comply with the requirement of the Order. | CCH states that they believe the current power failure plan (alternate power only for effluent pumps) complies with NPDES permit requirements and they want to meet with the EPA in the first quarter of 2003 to discuss this issue. | During May 2004 meeting in SF, EPA clarified for CCH the language of the permit. The resubmittal must describe the current strategy for operating the plant during a power failure. Is there currently any solids removal when power failure occurs? Could the bar screens and effluent screens clog because they are not operating? Could this result in bypasses and spills inside the plant? Resubmittal shall describe how CCH plans to fully comply with this permit requirement. |
| D | The Order requires "A plan, including a schedule, for improving and/or verifying the accuracy of flow measurements." The plan, as submitted does not respond to this requirement. We understand that the new Headworks and Effluent Pump Station projects represent a long-term solution to the problem. However, the projects are not currently expected to be completed for at least two more years. An interim plan, covering the period until the projects are completed and operational, is missing. The long-term plan needs to describe the project in more detail. In addition, the long-term plan should also discuss flow totalization and include | Did not discuss proposed methods as requested. Since this submittal, there have been more problems with the flow meters. The errors in flow metering compound the problems caused by a bad card in the SCADA computer because of their inability to reconcile influent and effluent flow. | Resubmittal shall provide the information previously requested. |

Page 3 of 5

28730

## OPERATIONS AND MAINTENANCE ACTION PLAN

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| | schematics depicting influent flow and metering locations. The proposed methods for "research, gathering, and reviewing historical documents and flow data" should be discussed. | | |
| E | The Order requires "A plan, including schedules, for completing the implementation of the independent evaluation report recommendations. The plan is to cover those recommendations addressing primary treatment, solids treatment, operations and maintenance effectiveness and spare parts." The plan, as submitted, does not respond to this requirement and should be revised accordingly. | The Plan submitted May 1, 2003 states "the plan for completing the implementation of the independent evaluation report recommendations was previously submitted in our February 8, 2003 correspondence, but we are still evaluating and updating the schedule. We plan to be complete with our review and update by January 31, 2003." | • February 8, 2003 was a Saturday. The DOH CWB database did not indicate that any correspondence from the City with that date had been received. Please provide tracking number.<br>• Was the "review and update" completed by January 31, 2003? If so, why didn't the May 1, 2003 Plan submittal include the updated information.<br>• Resubmittal shall include the requested plan and schedule. |
| F | The Order requires "A schedule for completing the clarifier refurbishment and DAF piping replacement projects." We agree that the schedules for completion in the Compliance Schedule Action Plan will be sufficient. | | |

### Detailed Review of Attachments B & C

Much of the narrative for Attachment C is repeated from Attachment B. It is difficult to find the processes described in the narrative in the tables at the end of Attachment C. There appear to be discrepancies between the tables and the narrative. Together they are both incomplete and redundant.

The operating parameters for the following processes were not discussed anywhere:

Page 4 of 5

28731

## OPERATIONS AND MAINTENANCE ACTION PLAN

1. Interim Chemical Treatment Facility
2. Centrate polymer dosing
3. Ferric salts
4. Process LPO and raw sludge - how do they decide the % and what are the criteria for the decision?

Many of the "processes" listing in the Attachment C table are equipment (hoist), not treatment processes. Many of the treatment processes described in the narrative (Attachments B & C) are not listed in the tables.

28732

# COMPLIANCE SCHEDULE ACTION PLAN

## Ala Moana Wastewater Pump Station Modification

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 1 | A one-year delay has been estimated, however, it is unclear whether this delay applies only to design, advertise, and award phases or may also be expected to affect the construction schedule. Based on our conversation of February 11, we believe the entire project schedule is subject to delay. The plan should clarify whether or not this is the case. | The anticipated construction completion date is still not clear. EMC 04-010, dated 1/6/04, states that the bids were opened 10/14/03 and the contract was awarded to Hawaiian Dredging on 12/22/03. The award was protested by RCI Construction Co. | •Resubmittal shall identify all currently known sources of potential further delays. •Resubmittal shall provide responses to the following questions: 1. When is the anticipated construction completion date? 2. What is the status of the RCI bid protest? 3. Will this affect the construction completion date? |
| 2 | The plan should describe any potential changes in pump station or force main locations which are expected to affect the compliance schedule deadlines. | None mentioned. | Resubmittal shall state whether the final alignment has been set or whether there are still potential changes in PS or FM locations. |
| 3 | The plan should describe in more detail how the land dispute affects the project, and which aspects of the design can or cannot be successfully completed while the dispute is ongoing. | Not described. | Resubmittal shall clarify whether the land dispute has been resolved or whether it still has the potential to delay completion. |
| 4 | The plan should describe in more detail how completion of this project relates to the new Headworks project and depict this relationship on the schedule. | States that completion does not affect any other project. | |

28733

# COMPLIANCE SCHEDULE ACTION PLAN

## Hart Street Wastewater Pump Station

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 1 | The plan should clarify both in the text and the schedule how this project relates to the Headworks project. Are there relationships among the Hart Street Pump Station modification, the Hart Street Force Main Replacement, and the Headworks projects? If so, they should be described in the text or depicted on the schedule | Added paragraph describing dependency between this project and the force main and Headworks projects. Dependency shown on 4/30/03 Schedule. | |

## Hart Street Wastewater Pump Station Force Main Replacement

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 1 | The text indicates that construction was "function-ally complete" ahead of schedule, however, earlier correspondence from the City stated that punch list items remained to be completed. Were the punch list items completed and was the project accepted prior to the 11/30/02 permit deadline? Please confirm in writing whether the project has been accepted, tested, and fully functional. | Not confirmed in writing. | Resubmittal shall provide written confirmation that project is complete as described and the date on which the project was accepted, tested, and deemed fully functional. |
| 2 | During our February 11, 2003 meeting, EPA, HDOH, and City staff agreed that "construction completion" must meet all of the following requirements: the performance testing and operator training has been completed; the Operation & Maintenance manual has been delivered, the City is able to use each and every | None | Resubmittal shall contain requested information and responses to the following questions: 1. Can the force main be tested if it isn't connected to the Headworks? 2. If not, what other projects might be impacted if problems are |

Page 2 of 14

28734

# COMPLIANCE SCHEDULE ACTION PLAN

## Hart Street Wastewater Pump Station Force Main Replacement

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| | piece of necessary equipment as expected, and beneficial occupancy by the City has occurred. | | encountered during force main testing? |
| 3 | The plan should clarify whether the new force main is currently in service and depict the tie-in on the Gantt schedule. | Only one "tie-in" is indicated: Under the Headworks project. It seems like there should be two tie-ins: Headworks & force mains and PCs 7&8 & UV facility. | Resubmittal shall indicate both influent and effluent tie-ins and their associated dependencies clearly. Following the July 22, 2004 spill from this force main, it is clear that it is now being used. Required notification has not been made. CCH must certify completion and provide date the line was put in service. Are there plans to maintain the "old" Hart St. force main as a redundant force main? |

## Sand Island Wastewater Treatment Plant Unit 1 Phase 2A

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 1 | The plan should specify the probable length of time the City currently expects the project to be delayed. | Delay of 10 months(?): 2 months for Air Permit and 8 (or 10) months due to PCB contamination. | Resubmittal shall clarify the delay due to PCB contamination and show dependency on schedule. |
| 2 | The plan should specify any potential steps that the City plans to take to minimize expected delays. | None specified. | Resubmittal shall specify how CCH plans to minimize the expected delays. |
| 3 | The plan should specify why the construction | Paragraph was added describing the | Note that the delay was caused by |

Page 3 of 14

28735

# COMPLIANCE SCHEDULE ACTION PLAN

## Sand Island Wastewater Treatment Plant Unit 1 Phase 2A

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|-----------------------------|----------------------------|
| | schedule was affected by the amount of time required to obtain the air permit. | mistakes on the Air Permit application. | the City's mistakes on their Air Permit application: CCH did not plan for the concurrent operation of both the old and new Headworks. |
| 4 | The plan should specify how the discovery of PCB contamination created delay in the construction schedule. The schedule should reflect how the contamination may be affecting the construction work. All links in the schedule between the PCB remediation and other aspects of the project should be clearly depicted. | Paragraph was added. | No links are indicated on the Gantt chart for the PCB work. Resubmittal shall contain requested information. |

## Sand Island Wastewater Treatment Plant Primary Treatment Expansion

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|-----------------------------|----------------------------|
| 1 | The plan should describe what the City plans to do to minimize delay, as the text appears to indicate that a decision was made to further delay the project. | States "in the event...current construction activity can be completed sooner, efforts associated with the expansion projects will have an associated impact." CCH did not describe any plans to minimize delay, nor does the statement indicate this will be completed sooner if other projects are completed sooner. The plan submitted did not specify what "associated impact" means. | Resubmittal shall contain requested information. |

28736

## COMPLIANCE SCHEDULE ACTION PLAN

### Sand Island Wastewater Treatment Plant Primary Treatment Expansion

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 2 | The text appears to imply that additional clarifier improvements are planned. The plan should clarify whether this is the case. | Paragraph was added listing six (6) items in the scope of work, but it indicates that the solids handling facilities will be included with the Synegro Bioconversion Facility. | • Specify which of the 6 items in the scope of work will be moved to the Synegro facility project.<br>• It is dangerous to plan to operate with only 5 clarifiers. If anything breaks, CCH will only have 4 clarifiers. CCH has had problems meeting permit limits when operating with 4 clarifiers and the UV disinfection will not be effective if the effluent quality is degraded.<br>• Resubmittal shall indicate which projects have been included in the Synegro project, and which remain in the Primary Expansion Project. In addition, resubmittal shall discuss potential operational and compliance problems and plans to address them. |
| 3 | The plan should clarify what is meant by Paragraph 3 of this section, which is difficult to understand precisely. The text mentions "the shear [sic] magnitude of the construction effort now underway", but does not mention whether this refers to the construction related to this project, or to the construction of all of the projects at Sand Island WWTP. The text mentions "the bulk of the improvements will have already been completed and online", but it is unclear to which improve- | No change. | • What part of the improvements, which were in the original scope of work for this project, will be completed by February 18, 2005, the permit required construction completion deadline?<br>• Why is the duration for this project so long (2 years and 8 months)?<br>• Resubmittal shall clearly define the scopes of each project and whether |

28737

## COMPLIANCE SCHEDULE ACTION PLAN

### Sand Island Wastewater Treatment Plant Primary Treatment Expansion

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|----------------------------|----------------------------|
| | ments this refers. The plan should also discuss what effects the decision to delay completion of this particular project by 2-1/2 years may have had on other projects or plant operation. | | elements of projects have been shifted between projects. |
| 4 | Paragraph 2 states that refurbishment of the existing six clarifiers is part of this project. The City's letter, E.C.-02-312, dated July 26, 2002, did not mention this as part of the project, instead, it stated that conversion of the six existing clarifiers to gravity mode operation would be part of this project. The plan should clarify which elements the City now considers as part of this project. | The Plan is still not clear on this point. A paragraph was added detailing 6 items, none of which addresses the gravity mode testing. | Resubmittal shall clarify how and which elements of gravity mode testing fits into the Primary Expansion project. |
| 5 | During our February 11 discussion, it was explained that improvements to the gravity thickeners are a necessary precursor to conversion to gravity mode. It is not clear how gravity mode testing can occur when the gravity thickener improvements are in the same project. Describe the elements of this project and their dependencies. | Gravity mode testing not mentioned anywhere in this submittal. | Resubmittal shall:<br>•Clearly describe when the DAF/gravity mode testing will occur.<br>•Clearly describe all of the dependencies related to this testing. |
| 6 | If conversion of the six existing clarifiers to gravity mode operation is part of this project, the plan should specify: (i) how completion of clarifiers 7 & 8 and the gravity mode testing fits in; (ii) what the gravity mode testing is expected to achieve; (iii) what the interrelationships between all of the current and planned projects are. The plan should also depict the relationships on the | Not specified in the revised submittal. | Resubmittal shall respond to the initial comment. |

28738

## COMPLIANCE SCHEDULE ACTION PLAN

### Sand Island Wastewater Treatment Plant Primary Treatment Expansion

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|-----------------------------|----------------------------|
| | schedule. | | |
| 7 | The City's letter, E.C.-02-312, dated July 26, 2002, stated that the design of the project was 70% complete and that the project would go out for bid in early 2003. The schedule in this plan indicates that the construction is not slated to begin until December 2004. The plan should specify what is expected to occur with respect to this project during the period beginning early 2003 through late 2004 and what is the event the City uses to signify the commencement of the construction period. | Start of construction to follow beneficial occupancy of the new PCs (7 & 8) and the Disinfection Facility. | |

### Sand Island Wastewater Treatment Plant Disinfection Facility

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|-----------------------------|----------------------------|
| 1 | The plan should describe the actions that the City plans to take to minimize delay. | City spent >1$M on the "expedited" PCB work. | Resubmittal shall describe the actions the City plans to take to minimize delay. |
| 2 | According to the text, construction completion appears to be delayed several months longer than indicated in notification sent to EPA and HDOH. The City needs to ensure compliance with the permit requirement that timely notification be provided to the agencies. | | |

Page 7 of 14

28739

# COMPLIANCE SCHEDULE ACTION PLAN

## Sand Island Wastewater Treatment Plant Disinfection Facility

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|-----------------------------|----------------------------|
| 3 | The plan should specify how the beneficial occupancy of the UV disinfection system is dependent upon the completion of "Piping and Misc. Structures of clarifiers 7 & 8" (line 21). | PC effluent goes to UV junction box. | |
| 4 | The plan should reconcile the difference between Line 37 of the schedule, which states that construction "final completion/ testing/acceptance" will finish on Friday, October 1, 2004 and the text, which states that a "definitive schedule cannot be obtained". As written, it is unclear whether the finish date of Line 37 is meaningful. | The statement a "definitive schedule cannot be obtained" is gone now. Still not clear what the current status is of the RCI Change Order demand for $8M+ and 222 days. | Resubmittal shall include the latest schedule update and a narrative description of the cause of all past and potential future delays. |

## Sand Island Wastewater Treatment Plant
## Interim Chemical Treatment Facility Improvements

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|-----------------------------|----------------------------|
| 1 | The plan should describe the actions that the City plans to take to minimize delay. | City spent >1$M on the "expedited" PCB work. | |
| 2 | This project description requires additional explanation, because a project is normally considered complete when the owner accepts the project. | Less explanation than the first submittal. | Resubmittal shall provide requested information. |
| 3 | The text indicates that the facility construction completion date of February 10, 2002 was met, but the project has not been accepted due to | Not addressed. | Resubmittal shall address the initial comment. |

28740

# COMPLIANCE SCHEDULE ACTION PLAN

**Sand Island Wastewater Treatment Plant**
**Interim Chemical Treatment Facility Improvements**

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| | "outstanding punch list items". The text and schedule state that the project was complete in September 2001, in advance of the permit-required deadline. The City's letter, E.C.-02-303, dated July 23, 2002, states that outstanding items included change order requests including drain lines and electrical control valve changes, replacement of a flow meter which apparently did not operate properly with the polymer to be used. These appear to be material change orders, which are not normally considered mere punch list items. Please clarify in writing whether this project meets the following requirements for construction completion: the performance testing and operator training has been completed; the Operation & Maintenance manual has been delivered, the City is able to use each and every piece of necessary equipment as expected, and beneficial occupancy by the City has occurred. | | |
| 4 | To date, EPA has not received notification that the project has been completed, tested, and accepted. The City's letter, E.C.-02-303, dated July 23, 2002, states that the City expected this to be completed by September 2002. The City must ensure compliance with the permit, which requires the City to provide written confirmation of project completion. | Not addressed. | Resubmittal shall provide responses to the following questions:<br>1. Is the ICTF in use?<br>2. Does it work?<br>3. Did project testing determine operational parameters?<br>4. If it is effective, why the need for continuous centrate hauling? |

Page 9 of 14

28741

# COMPLIANCE SCHEDULE ACTION PLAN

## Sand Island Wastewater Treatment Plant
## Interim Chemical Treatment Facility Improvements

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|-----------------------------|----------------------------|
|     |                              |                             | 5. Has CCH complied with the completion confirmation required by the permit? |

**Replace DAF Piping.**
1. While this is not a permit-required project, it is required under EPA's 1999 Administrative Order.

**Refurbish Flotator Clarifiers 1,2,5, & 6.**
1. The plan should specify whether this project was completed as per the permit compliance schedule date of December 13, 2002.

## Sand Island Wastewater Treatment Plant
## In-Vessel Bioconversion Facility

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|-----------------------------|----------------------------|
| 1   | While this is not a permit-required project, it is required by EPA's 1999 Administrative Order. | Project is on schedule. | Resubmittal shall provide responses to the following questions: 1. Does the continuing political controversy about the egg-shaped digester have the ability to create potential delay? 2. In the "Primary Expansion" section, it is stated "the plant's solids handling facilities will be addressed by the on-going Bioconversion Facility." Specify which of the 6 |

28742

## COMPLIANCE SCHEDULE ACTION PLAN

### Sand Island Wastewater Treatment Plant
### In-Vessel Bioconversion Facility

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| | | | Items in the Primary Expansion scope of work will be moved to the Synegro facility.<br>3. What other projects may be impacted by delays with the Synegro facility? |

Regarding Subpart "C" of the Subject NOV, Paragraph...

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 1 | Sections of the tasks assigned to the program coordinator are cited here. However, the plan should specify the tasks the City will undertake to coordinate construction activities and plant operation in order to ensure permit compliance at all times. | Not specified. | Resubmittal shall include discussion of the tasks that CCH is currently undertaking in order to coordinate construction activities with plant operations so as to ensure continuous permit compliance. |
| 2 | The letter quoted in the plan says, without any detail, that Mr. Nakandakare is assigned to the project to ensure that construction acti ties do not hamper permit compliance and provide the operator's viewpoint. The plan should specify how he is to accomplish this. | He is authorized to stop construction activities that impact plant operations. | |

28743

## COMPLIANCE SCHEDULE ACTION PLAN

### PROJECT SCHEDULES

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 1 | The schedule shows start or finish dates as occurring on weekends. The plan should clarify whether this schedule was prepared using a standard Monday through Friday work week. | Calendar days | |
| 2 | Neither duration nor float is shown. The critical path cannot be determined. The plan should correct these deficiencies. | Duration is shown (length of bar and dates), but the "critical path" is not identified. No "float" is shown. Any delay will have a "ripple" effect. | Resubmittal shall indicate the critical path and float, if any. Time should be allowed (float) for problems detected during start up and testing. |
| 3 | Several projects on this schedule have no links depicted to any other projects, which implies that no other task or project is dependent upon the start or completion of these tasks. The City should verify that this is the case for Ala Moana Pump Station Modifications (ID 1), Sand Island Parkway Pump Station (ID 13), Interim Chemical Treatment Facility Project (ID 40), Interim Ferric Chloride Project (ID 53), In-vessel Bioconversion Facility (ID 57), PCB Characterization for SIWWTP (ID 60), and Repair of EPS Discharge Lines (ID 63). | Dependencies to the Gantt chart/ schedule referenced in the text have been added. | |
| 4 | The plan should specify and depict relationships between the Ala Moana Pump Station Modifications, the Hart Street Pump Station Modifications, and the Headworks project. | Same as above. | |
| 5 | The plan should clarify why the beginning of the SIWWTP Primary Treatment Expansion | Link deleted. | |

Page 12 of 14

28744

# COMPLIANCE SCHEDULE ACTION PLAN

## PROJECT SCHEDULES

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
|  | construction is depicted as being dependent only upon the completion of the "Landscaping/misc." of the Headworks Project (ID 26). |  |  |
| 6 | Operational testing of equipment is not depicted on the project schedules. The plan should clarify whether it is included as part of the construction phase, prior to project acceptance. | Added to UV facility only. Not clarified for the other projects. | Resubmittal shall clarify when testing will occur and contingency plans for problems detected during "shake-down testing." |
| 7 | The plan should clarify whether there should be a relationship depicted between DAF testing and the Primary Expansion completion (clarifiers 7 & 8) and whether DAF testing should occur after the completion of clarifiers 7 & 8. | DAF/Gravity testing is no longer on the Gantt chart/schedule. Text mentions that this "effort cannot be initiated prior to the completion of the Refurbish Flotator Clarifiers 1, 2, 5, & 6 project." According to this schedule, the clarifier refurbishment project was "99% complete." There is no indication when the DAF/Gravity testing is scheduled to occur. | Resubmittal shall include DAF/ Gravity testing on the schedule, complete with dependencies indicated. It was previously stated that the Synegro contract requires the facility to provide gravity thickened sludge, not DAF float. |
| 8 | It appears from the schedule that the "beneficial occupancy" of the UV disinfection is linked to the completion of "PC 7 & 8 Piping & Misc. Structures". The plan should explain the reason for this linkage. | Explained. |  |
| 9 | The plan should explain the ways in which the PCB soil sampling in line 61 is different from the PCB soil sampling in line 23. | Not explained | If the PCB remediation delayed the UV and new PCs, why are there no dependencies indicated for PCB work? Resubmittal shall provide explaination. |

28745

COMPLIANCE SCHEDULE ACTION PLAN

PROJECT SCHEDULES

| No. | March 2003 EPA/HDOH Comment | May 2003 EPA/HDOH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 10 | It appears that the DAF testing is scheduled to occur 2/1/03 through 6/21/04 and chemical testing is scheduled to occur from 12/2/02 through 3/24/03. The text implies that testing would be performed as recommended in the Carollo report, which indicated that testing should occur along with chemical addition. The plan should explain the testing strategy to help differentiate results the two simultaneous changes. | Both are now missing from the schedule. | Resubmittal shall include DAF/ Gravity testing on the schedule, complete with dependencies indicated. |

Page 14 of 14

28746

## EFFLUENT LIMITS ACTION PLAN

| Ref. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|------|------------------------------|------------------------|----------------------------|
| BOD | Many of the construction project descriptions indicate that the purpose is to ensure continuous permit compliance. Regardless the claim of continuous permit compliance since 1999, the plan should include, at a minimum, discussions of contingency measures (such as centrate hauling, addition of chemicals, etc.) to maintain compliance. | The facility is not following the Action Plan previously submitted: Centrate has been hauled daily and continuously since December 2003. Note that there has been another violation of the minimum 30% BOD removal permit requirement: The November 2003 BOD removal was 29%. | Resubmit Action Plan with a complete and accurate description of all contingency measures which may be used to maintain compliance. "Contingency measures" includes all measures being used by the facility which are outside normal operating procedures. |
| TSS | Despite the City's claim of continuous permit compliance, the plan should include, at a minimum, discussions of contingency measures to maintain compliance. | There have been two (2) violations of the minimum 60% TSS removal permit requirement: The August and October 2003 TSS removals were 59%. | Resubmit Action Plan with a complete and accurate description of all contingency measures which may be used to maintain compliance. |
| pH | Despite the City's claim of continuous permit compliance, the plan should include, at a minimum, discussions of contingency measures to maintain compliance. | Added a paragraph. | Resubmit Action Plan with a complete and accurate description of all contingency measures which may be used to maintain compliance. |

### Chlordane and Dieldrin

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|-----|------------------------------|------------------------|----------------------------|
| 1 | The submittal does not include either plan or schedule to bring Sand Island WWTP into compliance with effluent limits for chlordane or dieldrin in the Permit. The plan should correct these deficiencies. | A schedule was mentioned in the last paragraph, but no schedule was "attached." The plan is to reduce I/I, although they don't think this plan will be effective. | Resubmit Action Plan with a plan and schedule to bring the facility into compliance with the effluent limits for both chlordane and dieldrin. |

Page 1 of 4

28747

# EFFLUENT LIMITS ACTION PLAN

## Chlordane and Dieldrin

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| | sites. The plan should clearly account for the source(s) contributing to the continuing presence of these pesticides in the system. | | |
| 6 | The second and third sentences of paragraph 4 appear to imply that chlordane and dieldrin currently make their way to recreational waters through a transport pathway other than the discharge of effluent ("the pollutant will still make its way to recreational waters"). The plan should specify the data which support the hypothesis that pesticides make their way to the recreational waters via any other transport pathway such as streams or groundwater. | The statement ("pollutant will still...") no longer appears to be in the resubmittal. Data was submitted (Tables 2 & 3), but it does not appear to support the hypothesis and there is no narrative describing how these two tables prove that these pollutants are still making their way into recreational waters. | Resubmittal shall include the data that supports their hypotheses (not found in fish tissue, not found in sediments around the outfall, not found in the recreational waters, and found in streams and groundwater which discharge to recreational waters). |
| 7 | Paragraph 4 appears to list two options for responding to the case in which the above hypothesis is correct. It is expected that the January 2003 report will more fully explain the criteria for developing the potential options and the bases, the potential pros and cons and environmental effects, for selecting the options. This is the type of information and level of specificity the plan should include. As of today, we have not received this report. | Neither EPA nor DOH still have received the "January 2003" report. | If this report forms part of the plan for meeting effluent limits, then it must be submitted with appropriate reference to the AO docket number. |
| 8 | As we discussed in our February 11 meeting, the City's thought seems to be that transport via the collection system will continue to occur. To make meaningful efforts toward achieving compliance, | Response not sufficient. | •Resubmittal shall include the results of the tests to determine whether secondary treatment would remove enough of these pollutants to meet |

28748

## OPERATIONS AND MAINTENANCE ACTION PLAN

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| 1 | Comments to the Order indicate that bar screens 1 and 4 were scheduled for repair in December 2002. The inspection team notes that screens 1 and 4 were operating on February 10, 2003. A check of operating records appears to indicate that the screens have been rotated on a (more-or-less) weekly basis since December 2002. The plan should confirm completion of the repair. | The Plan submitted May 1, 2003 still states that they anticipate two bar screens will be operational by December 31, 2002. The plan does not confirm completion of the repair. | Resubmittal shall confirm completion of the repair. |
| 2 | EPA believes that the discussion of incinerator issues should be described as in "A", below, explaining the reasoning for not operating the incinerator now, along with a discussion of the effects of this decision on plant operation and permit compliance. The status of annual testing for inoperable equipment is not required under the Order. | CCH's May 2003 revised plan referred the reader to Attachment "A", apparently an example of the annual DOH letter; however, it did not appear to be attached to CCH's revised plan. The annual letter merely grants CCH exemption from annual source testing because the incinerator is not operable. The Plan submitted May 1, 2003 does not include discussion of the effects of this decision, etc. | The March 2003 EPA comment referred to Paragraph A located on page 7 of 8 of EPA's March 19, 2003 letter. CCH's May 2003 revised plan referred to a letter, "Attachment A", which was neither included in either EPA's or HDOH's response, nor responsive to the comment. The original comment remains unaddressed. The Action Plan resubmittal shall address the original comment, explaining the reason the incinerator is inoperable, and how the non-operation of this piece of process equipment affects the plant operation and permit compliance. |
| 3 | Paragraph 22B states that the clarifier refurbishment work was scheduled for completion by December 2002. The plan should confirm completion of the work. | The Plan submitted May 1, 2003 does not confirm that the clarifier refurbishment have been completed. | The Action Plan resubmittal shall confirm completion of the work. |
| 4 | Influent variations in BOD and TSS alone do not | The Plan submitted May 1, 2003 does not | The Action Plan resubmittal shall |

Page 1 of 5

28749

# OPERATIONS AND MAINTENANCE ACTION PLAN

| No. | March 2003 EPA/HDOH Comment | May 2003 CCH Response | May 2003 EPA/HDOH Comment |
|---|---|---|---|
| | | | responsible now? |
| C | The Order requires " A plan, including a schedule, for ensuring compliance with Paragraph J.2. of the Permit, which requires either an alternate power source sufficient for maintaining operation of the Sand Island WWTP or a plan to "halt, reduce, or otherwise control all discharges upon the reduction, loss, or failure of the primary source of power"." The plan, as submitted does not respond to this requirement. A dual feed is often considered to be an acceptable alternate power source if the WWTP is able to maintain operation when primary source of power is lost. Pumping untreated wastewater through the outfall during a power outage does not constitute compliance with the requirements of the NPDES permit. The plan should correct the deficiencies to comply with the requirement of the Order. | CCH states that they believe the current power failure plan (alternate power only for effluent pumps) complies with NPDES permit requirements and they want to meet with the EPA in the first quarter of 2003 to discuss this issue. | During May 2004 meeting in SF, EPA clarified for CCH the language of the permit. The resubmittal must describe the current strategy for operating the plant during a power failure. Is there currently any solids removal when power failure occurs? Could the bar screens and effluent screens clog because they are not operating? Could this result in bypasses and spills inside the plant? Resubmittal shall describe how CCH plans to fully comply with this permit requirement. |
| D | The Order requires "A plan, including a schedule, for improving and/or verifying the accuracy of flow measurements." The plan, as submitted does not respond to this requirement. We understand that the new Headworks and Effluent Pump Station projects represent a long-term solution to the problem. However, the projects are not currently expected to be completed for at least two more years. An interim plan, covering the period until the projects are completed and operational, is missing. The long-term plan needs to describe the project in more detail. In addition, the long-term plan should also discuss flow totalization and include | Did not discuss proposed methods as requested. Since this submittal, there have been more problems with the flow meters. The errors in flow metering compound the problems caused by a bad card in the SCADA computer because of their inability to reconcile influent and effluent flow. | Resubmittal shall provide the information previously requested. |

Page 3 of 5

28750

# OPERATIONS AND MAINTENANCE ACTION PLAN

1. Interim Chemical Treatment Facility
2. Centrate polymer dosing
3. Ferric salts
4. Process LPO and raw sludge - how do they decide the % and what are the criteria for the decision?

Many of the "processes" listing in the Attachment C table are equipment (hoist), not treatment processes. Many of the treatment processes described in the narrative (Attachments B & C) are not listed in the tables.

28751