

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 9**
75 Hawthorne Street
San Francisco, CA  94105-3901

September 30, 2002

Certified Mail Receipt 7001 2510 0003 5944 0971

Mr. Timothy E. Steinberger, P.E., Director
Department of Environmental Services
City and County of Honolulu
1000 Uluohia Street, Suite 308
Kapolei, HI  96707

Re: Finding of Violation and Order for Compliance for the Sand Island Wastewater Treatment Plant (NPDES Permit Number HI0020117); Docket Number CWA-402-9-02-61

Dear Mr. Steinberger:

On April 1 and 2, 2002 and July 30 and 31, 2002, the U.S. Environmental Protection Agency, Region 9 (EPA) conducted inspections of the Sand Island Wastewater Treatment Plant (Sand Island) owned and operated by of the City and County of Honolulu (CCH).  The Hawaii Department of Health (HDOH) also inspected Sand Island on August 6, 2001.  Based on these inspections, a review of discharge monitoring reports for Sand Island, and other information available to EPA, we find that CCH is in violation of the National Pollutant Discharge Elimination System (NPDES) Permit, No. HI0020117, for Sand Island.

Based on the seriousness of the violations and the length of time likely required for CCH to come into compliance with the NPDES permit for Sand Island, I am issuing the enclosed Finding of Violation and Order for Compliance pursuant to Clean Water Act Sections 308(a) and 309(a).  33 USC §§1318(a) and 1319 (a).  The Order requires CCH to initiate measures to prevent all further violations of the NPDES permit for Sand Island.  The required measures include the development and implementation of plans to address, among other things, operations and maintenance deficiencies, effluent limit violations, and violations of permit required construction schedules for bringing on line disinfection of the Sand Island effluent.

EPA is also concerned about ongoing violations of the 1995 consent decree.  We will be shortly sending you a letter describing those concerns.

Please call Jo Ann Cola of my staff at 415/972-3578 to discuss this matter further.

Sincerely,

*Catru Kuhlma*

Alexis Strauss
Director
Water Division

Enclosure

cc:     Denis R. Lau, Hawaii Department of Health, Clean Water Branch

# EXHIBIT 10

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION IX

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Docket No. CWA-402-9-02-61 |
| | ) | |
| THE CITY AND COUNTY OF HONOLULU | ) | **FINDING OF VIOLATION AND ORDER FOR** |
| HONOLULU, HAWAII | ) | **COMPLIANCE** |
| | ) | |
| Proceeding under Sections 308(a) and | ) | |
| 309(a) of the Clean Water Act, as amended. | ) | |
| | ) | |
| | ) | |

## AUTHORITY

The following Findings are made and Order issued under authority vested in the Administrator of the United States Environmental Protection Agency (EPA) under Sections 308(a) and 309(a) of the Clean Water Act (CWA), as amended, 33 U.S.C. §§1318(a) and 1391(a), which has been duly delegated to the Director, Water Division, EPA, Region IX (Director). Notice of this action has been given to the State of Hawaii Department of Health (HDOH).

## FINDING OF VIOLATION

The Director finds:

1.  The City and County of Honolulu (CCH) is a municipality or political subdivision of the State of Hawaii. Therefore, CCH is a "person" as defined by Section 502(5) of the CWA, 33 USC §1362(5), and subject to CWA requirements.

2.  CCH is the owner and operator of Sand Island Wastewater Treatment Plant (Sand Island WWTP), located at 1150 Sand Island Parkway Road, a publicly-owned treatment works (POTW) as defined in CWA section 212 and 40 CFR§125.58(s). Sand Island WWTP collects and treats sanitary sewage from Honolulu, Hawaii.

3.  Sand Island WWTP discharges to Mamala Bay of the Pacific Ocean, which is a "navigable water" as defined by Section 502(7) of the CWA, 33 USC §1362(7), and a

1

"water of the United States" as defined by EPA regulations in 40 CFR §122.2

4.    Section 301(a) of the CWA, 33 USC §1311(a), prohibits the discharge of pollutants by any person to waters of the United States except in compliance with certain sections of the CWA, including section 402, 33 USC §1342. Section 402 of the CWA authorizes EPA, or approved States, to issue National Pollutant Discharge Elimination System (NPDES) permits allowing for the discharge of pollutants into waters of the United States. Compliance with Section 301(a) of the CWA, 33 USC §1311(a), therefore, requires compliance with a valid NPDES permit, inter alia.

5.    Section 301(h) of the CWA, 33 USC §1311(h), authorizes EPA, with the concurrence of the State, to issue an NPDES permit that modifies the secondary treatment requirements of Section 301(b)(1)(B) of the CWA, 33 USC §1311(b)(1)(B), to a POTW discharging treated wastewater to marine waters.

6.    The State of Hawaii administers an EPA-approved NPDES program in Hawaii and issues NPDES permits through Hawaii Department of Health. However, the authority to grant a Section 301(h) variance from the secondary treatment requirements rests with EPA.

7.    On September 30, 1998, EPA and HDOH issued NPDES Permit No. HI0020117 to CCH. The permit incorporates the EPA-granted 301(h) variance from secondary treatment requirements. The permit became effective on November 2, 1998 and is set to expire on November 2, 2003.

8.    On October 27, 1999, EPA issued a Finding of Violation and Order for Compliance (1999 Order), EPA Region 9 Docket No. 309-9-00-003, to CCH for violating NPDES Permit No. HI0020117 and Section 301(a) of the CWA, 33 U.S.C. §1311(a). Among the violations cited in the 1999 Order were: exceedances of effluent limits for several constituents, including Chlordane; late submission of the 1999 Disinfection Study that was inadequate to ensure effective disinfection by Sand Island WWTP's disinfection facility; and various operation and maintenance deficiencies, including those concerning the clarifiers and inventory system.

9.    The 1999 Order also required CCH to take specified measures to correct the violations and ensure permit compliance. CCH has not carried out the following required corrective measures: completing the spare parts inventory evaluation project by December 15, 2000; completing the clarifier refurbishment project by December 15, 2000; and fully implementing the recommendations addressing primary treatment, solids treatment, operation and maintenance effectiveness, and spare parts in a required independent evaluation study, the Independent Evaluation of Operation and Maintenance of Sand Island Wastewater Treatment Plant, by Carollo Engineers, dated May 2000.

10.   Since NPDES Permit No. HI0020117 took effect, the Sand Island WWTP has been inspected by HDOH and/or EPA on a regular basis. The more recent inspections included HDOH's August 6, 2001 Operation and Maintenance Inspection, and two EPA

2

NPDES Compliance Inspections, conducted on April 1 and 2, 2002, and again on July 30, 31 and August 1, 2002. CCH representatives were present during all three inspections. Various noncompliance issues, including some that were cited in the 1999 Order and earlier HDOH inspections, were noted during all three inspections and shared with CCH representatives. These noncompliance issues were further documented in HDOH's report for its August 2001 inspection and EPA's report for the April 2000 inspection. Copies of these inspection reports were sent to CCH.

11.     Based on information available to EPA, including documents submitted by CCH and the above-referenced inspections, EPA finds that CCH continues to be in violation of NPDES Permit No. HI0020117 and Section 301(a) of the CWA, 33 USC §1311(a). The violations are summarized below:

**EFFLUENT LIMIT VIOLATIONS**

12.     Section A.1. of Permit No. HI0020117 sets forth the discharge limits for specified constituents, including chlordane, dieldrin, and enterococcus, for effluent discharged from Sand Island WWTP. The limits for chlordane and dieldrin have been in effect since the NPDES permit took effect on November 2, 1998; the limit for enterococcus has been in effect since July 21, 2002, the permit deadline by which Sand Island WWTP must achieve effective effluent disinfection.

13.     A review of the Discharge Monitoring Reports (DMRs) submitted by CCH for the months of January 1999 through July 2002 shows that CCH has been in violation of the permit concentration limits for chlordane and dieldrin during for each and every month in which results were reported. A printout of the effluent discharge violations based on the DMRs submitted by CCH is attached herein and incorporated as part of this Finding and Order.

14.     In addition, a review of the DMR submitted by CCH for the month of August, 2002 shows CCH to be in violation of the maximum daily discharge limit of 18,000CFU/100 ml for enterococcus. CCH is behind the construction and operation deadlines set by the permit for the Sand Island WWTP Disinfection Facility (see paragraphs 18 and 19 below), and is unlikely to be able to meet this daily discharge limit until the Sand Island WWTP Disinfection Facility becomes fully operational. A copy of the DMR for August 2002 is attached herein and incorporated as part of this Finding and Order.

**COMPLIANCE SCHEDULE VIOLATIONS**

15.     Paragraph A.2 of NPDES Permit No. HI0027117 requires CCH to meet specified compliance schedules for upgrades "to improve Sand Island WWTP performance and reliability, and to select and implement an effluent disinfection treatment option that will reduce the risk of human exposure to pathogenic organisms in marine recreational waters of Mamala Bay by decreasing bacterial indicator loadings from the Sand Island ocean outfall."

16.     CCH has violated Paragraph A.2.a. of NPDES Permit No. HI0020117 by failing to meet

3

the compliance deadline of July 24, 2002 for design completion of the Ala Moana Pump Station Modifications project.

17.    CCH has violated Paragraph A.2.f. of NPDES Permit No. HI0020117 by failing to meet the compliance deadline of July 14, 2002 for design completion of the Sand Island Primary Expansion project.

18.    CCH has violated Paragraph A.2.g. of NPDES Permit No. HI0020117 by failing to meet the compliance deadline of July 20, 2002 for construction completion of the Sand Island WWTP Disinfection Facility.

19.    CCH has violated Paragraph A.2.g. of NPDES Permit No. HI0020117 by failing to meet the compliance deadline of July 21, 2002 for continuous operation of the Sand Island WWTP Disinfection Facility.

20.    CCH has violated Paragraph A.2.i. of NPDES Permit No. HI0020117, which requires submittal of written reports of non-compliance with requirements contained in the compliance schedule of the permit substantially later than "no later than 14 days following each scheduled date," by making substantially late submittals.

**OPERATION AND MAINTENANCE VIOLATIONS**

21.    Section 9 of the "Standard NPDES Permit Conditions" of NPDES Permit No. HI0020117 requires, among other things, that CCH "shall at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the Permittee to achieve compliance with the conditions of this permit."

22.    CCH has violated Section 9 of the "Standard NPDES Permit Conditions" of NPDES Permit No. HI0020117, with deficient operation and maintenance practices. These deficiencies were most recently noted during HDOH's August 2001 inspection and EPA's 2002 inspections as well as the related inspection reports.

A.    Inoperable equipment: CCH has equipment that has remained inoperable for extended periods. For example, during all three inspections, two of the four bar screens were inoperable, one of the three centrifuges was inoperable, and both of the incinerators were inoperable;

B.    Deficient clarifiers: CCH has failed to ensure that the clarifiers are in good working condition at all times. This deficiency was noted in a number of HDOH inspection reports and required to be refurbished by December 15, 2000 under the 1999 Order. While CCH has begun to refurbish the clarifiers, the overall project, which includes conducting related piping work, will not be complete for several more months;

C.    Flow metering inconsistencies;

4

D.   unexplained variations in influent BOD and TSS concentrations; and

E.   Lack of operational documentation for process control and routine maintenance.

23.   Section 3.b of the "Standard NPDES Permit Conditions" of NPDES Permit No. HI0020117 requires that "[a]ppropriate flow measurement devices and methods consistent with accepted scientific practices shall be used so as to insure the accuracy and reliability of measurements of the volume of discharges." CCH has violated this provision, as its reported effluent flow consistently exceeds influent flow by 8% to 10%. During the April 2002 EPA-led inspection, plant staff stated that this phenomenon was caused by clogging of the propeller meters with debris and that effluent flow was measured before a side stream is taken for in-plant use. However, this practice does not reasonably ensure the accuracy of flow measurement and the reliability of the reported effluent volumes, as required by the permit. This violation was specifically noted in the reports for the HDOH's August 2001 inspection and EPA's April 2002 inspection.

24.   Paragraph J.2. of NPDES Permit No. HI0020117 requires CCH to "maintain in good working order a sufficient alternate power source for operating the wastewater treatment and disposal facilities" or, if there is no alternative power source, to "halt, reduce, or otherwise control all discharges upon the reduction, loss, or failure of the primary source of power." CCH has violated this provision by neither having an alternate power source sufficient to operate the facility nor the ability to control discharges upon loss of the primary power source. Based on discussions with CCH personnel during EPA's April 2002 inspection, Sand Island WWTP only has standby generators to operate the effluent pumps.

## ORDER FOR COMPLIANCE

Considering the foregoing Findings, EPA has determined that compliance in accordance with the following requirements is reasonable. Pursuant to the authority of sections 308(a) and 309(a) of the CWA, it is hereby ORDERED that CCH immediately comply with the following requirements:

I.   **COMPLIANCE WITH ALL PERMIT REQUIREMENTS**: Immediately upon receipt of this Order, CCH shall initiate all necessary measures to prevent all further permit violations and to bring Sand Island WWTP into immediate and continuous compliance with all provisions of NPDES Permit No. HI0020117.

II.   **EFFLUENT LIMITS ACTION PLAN**: By December 1, 2002, CCH shall submit a plan on the actions taken to ensure immediate and continuous compliance with the effluent limits at NPDES Permit No. HI0020117, Section A.1. The plan shall also include, at the minimum, a description and a schedule for all interim and future actions planned by CCH to improve and achieve consistent treatment so as to ensure continuous compliance with all permit effluent limits;

25023

III.  **COMPLIANCE SCHEDULE ACTION PLAN**:  By November 1, 2002, CCH shall submit a plan to ensure immediate and continuous compliance with the compliance schedules at NPDES Permit No. HI0020117, Section A.2.  The plan shall include, at the minimum, the following elements:

  A.  Comprehensive, critical path schedules for completion of all Sand Island upgrade projects described in Section A.2. of the Permit;

  B.  A schedule, time line, or flowchart of all ongoing construction projects which depicts the relationships and dependencies among projects and planned operational pilot testing; and

  C.  A description of measures that will be taken in order to coordinate the construction activities with plant operations to ensure permit compliance at all times.

IV.  **OPERATION AND MAINTENANCE ACTION PLAN**  By December 1, 2002, CCH shall submit a report on the actions taken and to be taken to ensure immediate and continuous compliance with the operation and maintenance requirements of the permit. The report shall include, at the minimum, the following items:

  A.  A plan, including a schedule, for returning operation of Sand Island WWTP equipment to within operating parameters recommended in the facility's Operations and Maintenance Manual, or, where this may neither be feasible nor practicable, for determining new operating parameters;

  B.  A plan, including schedule, for reviewing and revising routine maintenance procedures;

  C.  A plan, including a schedule, for ensuring compliance with Paragraph J.2. of the Permit, which requires either an alternate power source sufficient for maintaining operation of the Sand Island WWTP or a plan to "halt, reduce, or otherwise control all discharges upon the reduction, loss, or failure of the primary source of power";

  D.  A plan, including a schedule, for improving and/or verifying the accuracy of flow measurements;

  E.  A plan, including schedules, for completing the implementation of the independent evaluation report recommendations.  The plan is to cover those recommendations addressing primary treatment, solids treatment, operation and maintenance effectiveness and spare parts; and

  F.  A schedule for completing the clarifier refurbishment and DAF piping replacement projects.

V.  **PLAN REVIEW AND APPROVAL**:  Where this Order requires the submittal of a plan to EPA, that plan shall be subject to EPA review, comment and approval.  CCH shall make any revisions requested by EPA or respond to any EPA comments by submitting

25024

a revised plan to EPA within 30 days of receipt of EPA's comments. Upon approval by EPA, the plans are automatically incorporated by reference as an enforceable part of this Order. All annual reports required by this Order are also subject to EPA review and approval in accordance with this paragraph.

**VI.**    **ANNUAL PROGRESS REPORTS** On March 1 of each calendar year in which activities are conducted pursuant to this Order, CCH shall submit a written summary progress report detailing its implementation of the requirements of this Order during the preceding year. The reports shall also evaluate the effectiveness of the programs, and detail additional actions CCH plans to take in order to ensure compliance with its NPDES permit. The annual progress report shall also contain the Sand Island WWTP annual budget for the current year; however, the budget is not subject to EPA approval. Annual progress reports are subject to EPA review and approval in accordance with Paragraph V.

**VII.**    **INFORMATION SUBMITTAL**

A.    All submittals made pursuant to this Order shall be mailed to the following addresses:

Jo Ann Cola
U.S. Environmental Protection Agency
Clean Water Act Compliance Office (WTR-7)
Water Division
75 Hawthorne Street
San Francisco, CA 94105

Denis R. Lau
Hawaii Department of Health
Environmental Management Division
Clean Water Branch
Room 301
919 Ala Moana Blvd.
Honolulu, Hawaii 96814-4920

B.    All reports submitted pursuant to this Order shall be signed by a principal executive officer, ranking elected official or duly authorized representative of the City and County of Honolulu [as specified by 40 CFR §122.22(b)(2)] and shall include the following statement:

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, I certify that the information submitted

7

25025

is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations."

C.   The information requested herein must be provided notwithstanding its possible characterization as confidential business information or trade secrets. EPA has promulgated regulations to protect the confidentiality of the business information it receives. These regulations are set forth in part 2, subpart B of Title 40 of the Code of Federal Regulations. A claim of business confidentiality may be asserted in the manner specified by 40 C.F.R. §2.203(b) for part or all of the information requested. EPA will disclose business information covered by such a claim only as authorized under 40 C.F.R. part 2, subpart B. If no such claim accompanies the business information at the time EPA receives it, EPA may make it available to the public without further notice.

## VIII.   GENERAL PROVISIONS

A.   This Order is not a permit under the CWA and does not relieve CCH of any obligations imposed by the CWA or any other law, regulation or permit.

B.   All requirements to submit information to EPA set forth in this Order are not subject to review by the Office of Management and Budget ("OMB") under the Paperwork Reduction Act because they are not "information collection requests" within the meaning of 44 U.S.C. §§3502(3), 3507, 3512, and 3518(c)(1). See also, 5 C.F.R. §§1320.3(c), 1320.4, and 1320.6(a). Furthermore, they are exempt from OMB review under the Paperwork Reduction Act because they are directed to fewer than ten persons and are an exempt investigation. 44 U.S.C. §§3502(4), (11), and 3518(c)(1); 5 C.F.R. §§1320.4 and 1320.6(a).

C.   Issuance of an Order for Compliance shall not be deemed an election by EPA to forego any administrative, civil, or criminal action to seek penalties, fines, or other appropriate relief under the CWA or any other statutes.

D.   Failure to comply with this order could subject CCH to civil action for appropriate relief, including judicial penalties under Section 309(d) of the CWA. 33 USC §1319(d). Failure to submit information required under Section 308 of the CWA (including information required under this Order), or to comply with the NPDES permit or other CWA provisions, could subject CCH to actions under Section 309(a) (for administrative compliance orders), Section 309(b) (for judicial injunctive relief), Section 309(d) (for civil judicial penalties), and/or Section 309(g) (for administrative penalties). 33 USC §1319(b), (d) and (g). In addition, Section 309(c) of the CWA provides criminal sanctions for negligent or knowing violations of the CWA, and for knowingly making false statements. 33 USC §1319(c).

E.   This Order remains in effect until terminated by the Director of the Water Division, EPA, Region 9.

8

Dated this 30th day of September, 2002

Alexis Strauss, Director
Water Division
U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street (WTR-1)
San Francisco, CA  94105

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
ATTN: DON REDFGRASS

LOCATION:

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM YEAR 02 MO 08 DAY 01 TO YEAR 02 MO 08 DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | | |
| TS, OILS & GREASE 00 O&G LESS TPH) 210 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,477 | 3,274 | KG/DAY (01) | ******** | 9.5 | 12.5 | MG/L (19) | | 0 | 1/31 | CALC'TD |
| NTEROCOCCI, 11 1 0 1 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 5,318,631 | 5,711,212 | 10,000,000 | CFU 100 ML (32) | | 0 | 31/31 | GRAB |
| OSPHATE, TOTAL OLOR. METHOD (AS P) 505 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 770 | 786 | KG/DAY (01) | ******** | 2.91 | 3.02 | MG/L (19) | | 0 | 1/31 | COMP24 |
| DD, 5-DAY ERCENT REMOVAL 010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 36 | ******** | ******** | PERCENT (23) | | 0 | 1/31 | CALC'TD |
| OLIDS, SUSPENDED ERCENT REMOVAL 011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 68 | ******** | ******** | PERCENT (23) | | 0 | 1/31 | CALC'TD |
| ETROLEUM DROCARBONS, 180 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 1,889 | 2,724 | KG/DAY (01) | ******** | 7.2 | 10.6 | MG/L (19) | | 0 | 13/31 | GRAB-3 |
| | SAMPLE MEASUREMENT | | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
VESTRE L. ULEP, CHIEF DEQ
PARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 02/04/07

MMENT AND EXPLANATION OF ANY VIOLATIONS

• Effluent disinfection has not been implemented due to on-going construction of the Sand Island Wastewater Treatment Plant Disinfection Facility (per 9/3/02 ephone conversation with DOH.)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.
(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF 5

25028

PCS RETRIEVAL REQUEST EDIT REPORT
FOR JOB RSV    SUBMITTED 09/26/02

PAGE:    1

FY 10/99 TO FY/02 PRESENT DATE EFFLUENT VIOLATION SAND ISLAND
HONOLULU, HAWAII (EFVIOQL5) HI NPID EQ HI0020117

EFFLUENT VIOLATION SAND ISLAND
FOR HONOLULU, HAWAII
(EFVIOQL5)

| NPID | NAM1 | NAM2 | CYRM | LCMN | CYQS CYMS | LCMX | LCUC | |
|---|---|---|---|---|---|---|---|---|
| PRAM | | | | LCMS | LCAS | LCXS | | |
| PRAM MLOC MLOC | | LQAV / LQAS | LQUC | MCMN | MCAV | MCMX | MCUC | |
| VIPQ VDSG MVDT DMRR | MVID NODI MQAV | | | SNCE | SNDE | SRCE | SRDE | |

HI0020117 HONOLULU, CITY & CNTY    SAND ISLAND WWTP    HONOLULU

CHLORDANE (TECH MIX. AND METABOLITES)
39350  1    EFFLUENT GROSS VALUE    DELMON    XXX CC

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 0.0024 ANNL AVG | 0.12 DAILY MX | KG/ DAY | | 0.0076 ANNL AVG | 0.38 DAILY MX | | UG/L |
| 9 | 001A 06/30/02 07/29/02 E90 | 0.0139 | 0.0 | KG/ DAY | R | 0.0514 06/30/02 | 0.0 1 | | UG/L |
| 9 | 001A 05/31/02 06/27/02 E90 | 0.0139 | 0.032 | KG/ DAY | R | 0.0514 05/31/02 | 0.106 1 | | UG/L |
| 9 | 001A 04/30/02 05/29/02 E90 | 0.0132 | 0.018 | KG/ DAY | R | 0.0496 04/30/02 | 0.072 1 | | UG/L |
| 9 | 001A 03/31/02 04/25/02 E90 | 0.0117 | 0.017 | KG/ DAY | R | 0.0436 03/31/02 | 0.068 1 | | UG/L |
| 9 | 001A 02/28/02 04/01/02 E90 | 0.0102 | 0.049 | KG/ DAY | R | 0.0379 02/28/02 | 0.177 1 | | UG/L |
| 9 | 001A 01/31/02 03/04/02 E90 | 0.0082 | 0.016 | KG/ DAY | R | 0.0302 01/31/02 | 0.062 1 | | UG/L |
| 9 | 001A 12/31/01 01/25/02 E90 | 0.0084 | 0.015 | KG/ DAY | | 0.0303 | 0.057 | | UG/L |

25029

EFFLUENT VIOLATION SAND ISLAND
FOR HONOLULU, HAWAII
(EFVIOQL45)

QL ****************************************************************************************** QL

| NPID | | | | | | | | | | | | | | QL |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|----|
| PRAM | NAM1 | | | NAM2 | | | CYNM | | | CYQS | CYNS | | | |
| PRAM | MLQC | MLOC | | LQAV | LQMX | LQUC | | LCNN | LCAV | LCMX | LCUC | | | |
| | | | | LQAS | LQXS | | | LCMS | LCAS | LCXS | | | | |
| VIPQ | VDSG | MVDT | DMRR | MVTO | NODI | MQAV | MQMX | LQUC | MCNN | MCAV | MCMX | MCUC | | |
| | | | | | | SNDE | | | SNCE | SNDE | SRCE | SRDE | | |
| | | | | | | | | | R | 12/31/01 | 1 | | | |
| 9 | 001A 11/30/01 12/27/01 E90 | | | 0.0071 | 0.020 | KG/ | DAY | R | 0.0255 11/30/01 | 0.075 1 | | UG/L | |
| 9 | 001A 10/31/01 11/28/01 E90 | | | 0.0055 | 0.0 | KG/ | DAY | R | 0.0193 10/31/01 | 0.0 1 | | UG/L | |
| 9 | 001A 09/30/01 10/30/01 E90 | | | 0.0072 | 0.0 | KG/ | DAY | R | 0.0258 09/30/01 | 0.0 1 | | UG/L | |
| 9 | 001A 08/31/01 10/01/01 E90 | | | 0.0094 | 0.00 | KG/ | DAY | R | 0.033 08/31/01 | 0.00 1 | | UG/L | |
| 9 | 001A 07/31/01 08/30/01 E90 | | | 0.0094 | 0.0 | KG/ | DAY | R | 0.0333 07/31/01 | 0.0 1 | | UG/L | |
| 9 | 001A 06/30/01 07/31/01 E90 | | | 0.0180 | 0.0 | KG/ | DAY | R | 0.0645 07/31/01 | 0.0 1 | | UG/L | |
| 9 | 001A 05/31/01 06/29/01 E90 | | | 0.018 | 0.023 | KG/ | DAY | R | 0.0645 05/31/01 | 0.084 1 | | UG/L | |
| 9 | 001A 04/30/01 05/29/01 E90 | | | 0.0161 | 0.000 | KG/ | DAY | | 0.0575 | 0.000 | | UG/L | |

25030

09/26/02                                                                                                    PAGE:    3

EFFLUENT VIOLATION SAND ISLAND
FOR HONOLULU, HAWAII
(EFVIOQL55)

QL ********************************************************************************************************** QL

| NPID | NAM1 | NAM2 | | CYNM | LCNN | CYQS CYMS | | QL |
|---|---|---|---|---|---|---|---|---|
| PRAM | | LCAV LCAS | LCQC | | LCNN LCMS | LCAV LCAS | LCMX LCXS | LCUC |
| PRAM | MLCC MLCC | | | | | | | |
| VIPQ | VDSG MVDT DMRR MVIO NODI | MCAV | MCMX | LCQC | MCNN | MCAV | MCMX | LCUC |
| | | SNDE | SNDE | | SNCE | SNDE | SRCE | SRDE |
| | | | | | R | 04/30/01 | 1 | |
| 9 | 001A 03/31/01 04/27/01 E90 | 0.0217 | 0.0 | KG/ DAY | R | 0.0767 03/31/01 | 0.0    1 | UG/L |
| 9 | 001A 02/28/01 03/29/01 E90 | 0.0217 | 0.025 | KG/ DAY | R | 0.0767 05/31/01 | 0.084  1 | UG/L |
| 9 | 001A 01/31/01 03/01/01 E90 | 0.0197 | 0.018 | KG/ DAY | R | 0.0697 01/31/01 | 0.063  1 | UG/L |
| 9 | 001A 12/31/00 01/29/01 E90 | 0.0182 | 0.000 | KG/ DAY | R | 0.0644 04/30/01 | 0.000  1 | UG/L |
| 9 | 001A 10/31/00 11/30/00 E90 | 0.0212 | 0.021 | KG/ DAY | R | 0.0752 10/31/00 | 0.078  1 | UG/L |
| 9 | 001A 09/30/00 10/26/00 E90 | 0.0194 | 0.026 | KG/ DAY | R | 0.0687 09/30/00 | 0.091  1 | UG/L |
| 9 | 001A 08/31/00 09/29/00 E90 | 0.0173 | 0.0 | KG/ DAY | R | 0.0611 08/31/00 | 0.0    1 | UG/L |
| 9 | 001A 07/31/00 08/29/00 E90 | 0.0187 | 0.103 | KG/ DAY | | 0.0663 | 0.374 | UG/L |

25031

```
09/26/02                              EFFLUENT VIOLATION SAND ISLAND                              PAGE:    4
                                          FOR HONOLULU, HAWAII
                                              (EPVIOQL5)
QL ***********************************************************************************************************
NPID   NAM1              NAM2                      CYRM            CYOS CYMS                                 QL
PRAM                     LQAV      LQMX    LQUC    LCMN   LCAV    LCMX   LCUC
     MLOC MLOC           LQAS      LQXS            LCMS   LCAS    LCXS
VIPQ VDSG NVDT  DMRR  MVIO NODI MQAV  MQMX  LQUC   MCMN   MCAV    MCMX   MCUC
                                                  SNCE   SNDE    SRCE   SRDE

                                                    R    07/31/00   1

  9   001A 06/30/00 07/31/00 E90   0.0118  0.00  KG/ DAY    R    0.0409   0.00     UG/L
                                                                06/30/00   1

  9   001A 05/31/00 06/29/00 E90   0.0153  0.0   KG/ DAY    R    0.0540   0.0      UG/L
                                                                06/30/00   1

  9   001A 04/30/00 05/30/00 E90   0.0178  0.068 KG/ DAY    R    0.0633   0.230    UG/L
                                                                06/30/00   1

  9   001A 03/31/00 05/02/00 E90   0.0141  0.000 KG/ DAY    R    0.0512   0.000    UG/L
                                                                06/30/00   1

  9   001A 11/30/99 12/29/99 E90   0.0885  0.019 KG/ DAY    R    0.3144   0.067    UG/L
                                                                11/30/99   2     04/30/00

  9   001A 10/31/99 11/29/99 E90   0.0869  0.000 KG/ DAY    R    0.3088   0.000    UG/L
                                                                12/31/99   2     04/30/00

  9   001A 09/30/99 10/27/99 E90   0.0948  0.000 KG/ DAY    R    0.3369   0.000    UG/L
                                                                09/30/99   2     04/30/00

  9   001A 08/31/99 09/29/99 E90   0.1043  0.018 KG/ DAY         0.3706   0.062    UG/L
```

25032

09/26/02

EFFLUENT VIOLATION SAND ISLAND
FOR HONOLULU, HAWAII
(EFVIOQL5)

PAGE: 5

QL ***************************************************************** QL

| NPID | NRM1 | | | | NAM2 | | CYRM | | CYQS CYMS | | | QL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRAM | | | | | LQAV | LQUC | | LCMN | LCAV | LCMX | LCUC | |
| PRAM | MLOC MLOC | | | | LQAS | LQXS | | LCMS | LCAS | LCXS | | |
| VIPQ | VDSG WVDT | DMRR | MVIO NODI MQAV | | MQNV | NCMX | | MCMN | MCAV | NCMX | LCUC | |
| | | | | | | | | SNCE | SNDE | SRCE | SRDE | |
| 9 | 001A 07/31/99 08/30/99 E90 | | | | 0.1139 | 0.019 | KG/ DAY | R | 12/31/99 | 2 | 04/30/00 | |
| 9 | 001A 06/30/99 07/28/99 E90 | | | | 0.01258 | 0.043 | KG/ DAY | R | 0.4049 07/31/99 | 0.070 2 | 04/30/00 UG/L | |
| 9 | 001A 05/31/99 06/29/99 E90 | | | | 0.1377 | 0.031 | KG/ DAY | R | 0.4468 06/30/99 | 0.157 2 | 04/30/00 UG/L | |
| 9 | 001A 04/30/99 06/01/99 E90 | | | | 0.1555 | 0.023 | KG/ DAY | R | 0.4881 05/31/99 | 0.111 2 | 04/30/00 UG/L | |
| 9 | 001A 03/31/99 04/29/99 E90 | | | | 0.1820 | 0.017 | KG/ DAY | R | 0.5510 04/30/99 | 0.085 2 | 04/30/00 UG/L | |
| 9 | 001A 01/31/99 03/01/99 E90 | | | | 0.0182 | 0.018 | KG/ DAY | R | 0.5442 03/31/99 | 0.062 2 | 04/30/00 UG/L | |
| | | | | | | | | | 0.0663 02/28/99 | 0.064 2 | 04/30/00 UG/L | |

DIELDRIN
39380  1     EFFLUENT GROSS VALUE     0.0037   0.05     KG/ DAY     DELMON     0.012    0.18     UG/L
                                       ANNL AVG  DAILY MX                        ANNL AVG  DAILY MX

| 9 | 001A 06/30/02 07/29/02 E90 | | | | 0.0099 | 0.004 | KG/ DAY | | | 0.035 | 0.015 | UG/L |

25033

QL ************************************************************************************** QL

| NPID | NAM1 | NAM2 | | | CYNM | CYQS CYMS | | | QL |
|------|------|------|---|---|------|-----------|---|---|-----|
| PRAM | PRAM MLQC MLOC | LQAV LQAS | LQMX LQXS | LQUC | | LCNN LCMS | LCAV LCAS | LCMX LCXS | LCUC |
| VIPO | VDSG MVDT DMRR MVIO NODI | MQAV | MQMX | LQUC | | MCNN | MCAV | MCMX | LCUC |
| | | | | | | SNCE | SNDE | SRCE | SRDE |
| | | | | | | R | 06/30/02 | 1 | |
| 9 | 001A 05/31/02 06/27/02 E90 | 0.0101 | 0.057 | KG/ DAY | | R | 0.035 05/31/02 | 0.189 1 | UG/L |
| 9 | 001A 04/30/02 05/29/02 E90 | 0.0060 | 0.004 | KG/ DAY | | R | 0.022 04/30/02 | 0.017 1 | UG/L |
| 9 | 001A 03/31/02 04/25/02 E90 | 0.0059 | 0.004 | KG/ DAY | | R | 0.022 03/31/02 | 0.015 1 | UG/L |
| 9 | 001A 02/28/02 04/01/02 E90 | 0.0059 | 0.018 | KG/ DAY | | R | 0.022 02/28/02 | 0.065 1 | UG/L |
| 9 | 001A 01/31/02 03/04/02 E90 | 0.0052 | 0.003 | KG/ DAY | | R | 0.019 01/31/02 | 0.010 1 | UG/L |
| 9 | 001A 12/31/01 01/25/02 E90 | 0.005 | 0.004 | KG/ DAY | | R | 0.018 12/31/01 | 0.014 1 | UG/L |
| 9 | 001A 11/30/01 12/27/01 E90 | 0.0049 | 0.006 | KG/ DAY | | R | 0.018 11/30/01 | 0.024 1 | UG/L |
| 9 | 001A 10/31/01 11/28/01 E90 | 0.0046 | 0.006 | KG/ DAY | | | 0.017 | 0.023 | UG/L |

25034

09/26/02

EFFLUENT VIOLATION SAND ISLAND
FOR HONOLULU, HAWAII
(EFVIOQS1)

PAGE: 7

| NPID | NAM1 | | | NAM2 | LQMX LQXS MQMX | LQUC | CYRM | LCMN LCMS MCMN | CYQS CYMS | LCMX LCXS MCMX | LCUC |
| PRAM | MLOC MLOC | | | LQAV LQAS MQAV | | | | SNCE | LCAV LCAS MCAV | SRCE | SRDE |
| VIPQ | VDSG KVDT DMRR NVIO NODI MQAV | | | | | LQUC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | R | 10/31/01 | 1 | |
| 9 | 001A 09/30/01 10/30/01 E90 | | | 0.0045 | 0.004 | KG/ | DAY | R | 0.016 09/30/01 | 0.014 1 | UG/L |
| 9 | 001A 08/31/01 10/01/01 E90 | | | 0.0047 | 0.005 | KG/ | DAY | R | 0.017 08/31/01 | 0.019 1 | UG/L |
| 9 | 001A 07/31/01 08/30/01 E90 | | | 0.0052 | 0.004 | KG/ | DAY | R | 0.019 07/31/01 | 0.013 1 | UG/L |
| 9 | 001A 06/30/01 07/31/01 E90 | | | 0.0051 | 0.006 | KG/ | DAY | R | 0.019 07/31/01 | 0.022 1 | UG/L |
| 9 | 001A 05/31/01 06/29/01 E90 | | | 0.005 | 0.008 | KG/ | DAY | R | 0.018 05/31/01 | 0.029 1 | UG/L |
| 9 | 001A 04/30/01 05/29/01 E90 | | | 0.0048 | 0.004 | KG/ | DAY | R | 0.018 04/30/01 | 0.015 1 | UG/L |
| 9 | 001A 03/31/01 04/27/01 E90 | | | 0.0061 | 0.004 | KG/ | DAY | R | 0.022 03/31/01 | 0.014 1 | UG/L |
| 9 | 001A 02/28/01 03/29/01 E90 | | | 0.0060 | 0.009 | KG/ | DAY | | 0.021 | 0.031 | UG/L |

25035

09/26/02

PAGE: 8

EFFLUENT VIOLATION SAND ISLAND
FOR HONOLULU, HAWAII
(EFVIOQL5)

QL ************************************************************************* QL

| NPID | NAM1 | NAM2 | | CYRM | | CYQS CYWS | | | QL |
|---|---|---|---|---|---|---|---|---|---|
| PRAM | | LQAV | LQMX | LQUC | | LCMN | LCAV | LCMX | LCUC |
| | PRAM MLOC MLOC | LQAS | LQXS | | | LCMS | LCAS | LCXS | |
| VIPQ | | MQAV | MQNX | LQUC | | MCMN | MCAV | MCMX | LCUC |
| | VDSG NVDT DMRR MVIO NODI | | | | | SNCE | SNDE | SRCE | SRDE |
| | | | | | | R | 05/31/01 | 1 | |
| 9 | 001A 01/31/01 03/01/01 E90 | 0.0053 | 0.000 | KG/ DAY | | R | 0.019 01/31/01 | 0.000 1 | UG/L |
| 9 | 001A 12/30/00 01/29/01 E90 | 0.0055 | 0.004 | KG/ DAY | | R | 0.020 04/30/01 | 0.013 1 | UG/L |
| 9 | 001A 10/31/00 11/30/00 E90 | 0.0054 | 0.005 | KG/ DAY | | R | 0.019 10/31/00 | 0.020 1 | UG/L |
| 9 | 001A 09/30/00 10/26/00 E90 | 0.0054 | 0.006 | KG/ DAY | | R | 0.019 09/30/00 | 0.020 1 | UG/L |
| 9 | 001A 08/31/00 09/29/00 E90 | 0.0054 | 0.012 | KG/ DAY | | R | 0.019 08/31/00 | 0.043 1 | UG/L |
| 9 | 001A 07/31/00 08/29/00 E90 | 0.0049 | 0.002 | KG/ DAY | | R | 0.017 07/31/00 | 0.009 1 | UG/L |
| 9 | 001A 06/30/00 07/31/00 E90 | 0.0053 | 0.005 | KG/ DAY | | R | 0.019 06/30/00 | 0.018 1 | UG/L |
| 9 | 001A 05/31/00 06/29/00 E90 | 0.0057 | 0.005 | KG/ DAY | | | 0.020 | 0.020 | UG/L |

25036

09/26/02

PAGE: 9

EFFLUENT VIOLATION SAND ISLAND
FOR HONOLULU, HAWAII
(EFVIOQL5)

QL ***********************************************************************************************************  QL

| NPID | NAM1 | | | | | NAM2 LQAV/LQAS MQAV | LQMX/LQXS MQMX | LQUC | CYRM | LCMN/LCMS MCMN | SNCB | CYQS CYMS LCAV/LCAS MCAV SNDB | LCMX/LCXS MCMX SRCE | LCUC/LCUC MCUC SRDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRAM | | | | | | | | | | | | | | |
| PRAM | MLOC MLOC | | | | | | | | | | | | | |
| VIPQ | VDSG MVDT | DMRR | MVIO | NODI | | | | | | | | | | |
| 9 | | | | | | | | | | | R | 06/30/00 | 1 | |
| 9 | 001A 04/30/00 | 05/30/00 | E90 | | | 0.0058 | 0.019 | KG/ DAY | | R | 0.020 06/30/00 | 0.066 1 | UG/L |
| 9 | 001A 03/31/00 | 05/02/00 | E90 | | | 0.005 | 0.002 | KG/ DAY | | R | 0.018 06/30/00 | 0.009 1 | UG/L |
| 9 | 001A 11/30/99 | 12/29/99 | E90 | | | 0.005 | 0.000 | KG/ DAY | | R | 0.020 11/30/99 | 0.000 2 | UG/L 04/30/00 |
| 9 | 001A 10/31/99 | 11/29/99 | E90 | | | 0.0060 | 0.005 | KG/ DAY | | R | 0.021 12/31/99 | 0.016 2 | UG/L 04/30/00 |
| 9 | 001A 09/30/99 | 10/27/99 | E90 | | | 0.0061 | 0.006 | KG/ DAY | | R | 0.022 09/30/99 | 0.020 2 | UG/L 04/30/00 |
| 9 | 001A 08/31/99 | 09/29/99 | E90 | | | 0.0061 | 0.006 | KG/ DAY | | R | 0.022 12/31/99 | 0.020 2 | UG/L 04/30/00 |
| 9 | 001A 07/31/99 | 08/30/99 | E90 | | | 0.0062 | 0.008 | KG/ DAY | | R | 0.022 07/31/99 | 0.030 2 | UG/L 04/30/00 |
| 9 | 001A 06/30/99 | 07/28/99 | E90 | | | 0.0059 | 0.009 | KG/ DAY | | | 0.021 | 0.032 | UG/L |

25037

```
09/26/02                    EFFLUENT VIOLATION SAND ISLAND                      PAGE:   10
                               FOR HONOLULU, HAWAII
                                   (EFVIOQL5)
QL ************************************************************************************************ QL
NPID   NAM1                 NAM2                   CYNM              CYQS CYMS
PRAM                        LQAV     LQMX    LQUC          LCMN      LCAV     LCMX       LCUC
       PRAM MLOC MLOC       LQAS     LQXS                  LCMS      LCAS     LCXS
VIPQ   VDSG MVDT  DNRR  NVIO NODI MQAV  MQMX   LQUC        MCMN      MCAV     MCMX       LCUC
                                                           SNCE      SNDE     SRCE       SRDE

                                                           R         06/30/99  2        04/30/00

9      001A 05/31/99 06/29/99 E90   0.0055   0.007   KG/  DAY   R    0.020    0.024      UG/L
                                                                     05/31/99  2        04/30/00

9      001A 04/30/99 06/01/99 E90   0.0054   0.011   KG/  DAY   R    0.019    0.040      UG/L
                                                                     04/30/99  2        04/30/00

9      001A 03/31/99 04/29/99 E90   0.0043   0.004   KG/  DAY   R    0.015    0.013      UG/L
                                                                     03/31/99  2        04/30/00

9      001A 01/31/99 03/01/99 E90   0.0042   0.003   KG/  DAY   R    0.015    0.010      UG/L
                                                                     02/28/99  2        04/30/00

                              SUB-TOTAL QUICK LOOK PRINT LINES:   153

                                TOTAL QUICK LOOK PRINT LINES:   153
```

25038