CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553 - 3376
Fax: (415) 358 - 5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON                    1259-0
WILLIAM TAM                    1887-0
BLAKE K. OSHIRO                6746-0
ALSTON HUNT FLOYD & ING
Attorneys At Law
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i  96813
Tel:  (808) 524-1800
Fax: (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, <br><br> Plaintiffs, <br> vs. <br><br> CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity, <br><br> Defendants. | Civil No. 04-00463 DAE/BMK <br><br> **ADDITIONAL EXHIBITS TO PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS; EXHIBITS 11-12; CERTIFICATE OF SERVICE** <br><br> Judge:  Hon. David A. Ezra |