DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308   KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159   FAX: (808) 692-5113   Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



FRANK J. DOYLE, P.E.
Acting Director

<u>CERTIFIED MAIL</u>

**MAY 0 5 2003**

EMC 03-193

Mr. Wayne Nastri
Regional Administrator
U.S. Environmental Protection Agency
Attention: Ms. Robyn Stuber (WTR-5)
75 Hawthorne Street
San Francisco, California 94105

Dear Mr. Nastri:

Subject:     Submittal of Application for NPDES Permit
             <u>Sand Island Wastewater Treatment Plant, NPDES Permit No. HI 00200117</u>

Submitted herewith is the original City and County of Honolulu Sand Island Wastewater Treatment Plant application for renewal of our National Pollutant Discharge Elimination System (NPDES) Permit under the provisions of Section 301(h) of the Clean Water Act .

This application seeks a third renewal of this permit since our first application for a waiver permit from secondary treatment was initially filed for in 1978. This renewal application will be based on some major improvements now being completed at the Sand Island facility including the installation of ultraviolet disinfection facilities.

The renewal application has been completed and submitted by the statutory deadline of May 7, 2003, 180 days in advance of the expiration of our present permit. Our staff and consultants will be available to assist in the review process and we will provide a timely response to any supplemental information request from your staff. We respectfully urge EPA and the Hawaii Department of Health to maintain close contact with our staff throughout your review so that we can answer questions that arise during the course of your evaluation. We hope that EPA and the Department of Health can expeditiously review the renewal application and that a new NPDES Permit renewal can be issued in a timely manner.

We are seeking no change in our permit limits but are expanding the plant to provide for more capacity to handle wet weather flows. We have shown in our application that granting the proposed permit will not result in changes in the marine environment and that the statutory criteria applicable to the granting of such a modified permit have been met.

This submittal letter serves a dual purpose. It formally transmits our application to EPA Region IX and the Hawaii Department of Health who is responsible for the NPDES permitting program in the State of Hawaii. The application provides all reviewing regulatory agencies with complete information for considering its technical merits

# EXHIBIT 1 1

22103

Mr. Wayne Nastri
Page Two

MAY 0 5 2003

The City currently has underway many capital improvement projects to maintain and improve our existing wastewater management program based on the Sand Island WWTP. Some $380 million is likely to be spent during the next five years to provide upgrades and improved treatment at Sand Island. A copy of the present construction schedule is included in the application. We may be supplementing our permit application, should new information become available, as we continue to move forward and fine-tune our long-term Capital Improvement Plan and Operational Plan.

The City needs regulatory cooperation in solving some of the problems we face being a large urban island community. The City is working to address many water quality issues in local streams and managing urban runoff. The Ala Wai Canal is a good example. We need to muster the resources and work with other agencies to continue to improve nearshore and recreational water quality due to the inputs from non-point sources. This will require significant amounts of time and resources. We believe spending limited dollars on the most pressing needs is crucial. From our assessment of all the data, continuation of the waiver permit is an essential part of managing resources as we tackle the nonpoint source problems. We look forward to achieving our mutual objectives and resolving outstanding permit issues. We welcome your participation in meeting the goal we all seek – fishable/swimmable waters.

If there are any questions, please contact Ross Tanimoto, Division of Environmental Quality, at (808) 692-5371.

Sincerely

FRANK J. DOYLE, P.E.
Acting Director

Attachment

cc: w/ attachment to:
   Denis R. Lau
   Hawaii Department of Health
   Environmental Management Division
   Clean Water Branch
   Room 301
   919 Ala Moana Blvd.
   Honolulu, Hawaii 96814-4920

Please print or type in unshaded areas only
(fill-in areas are spaced for elite type, i.e., 12 characters/inch)

Form Approved    OMB No. 2040-0086

| FORM<br>**1**<br>GENERAL | **EPA** | U.S. ENVIRONMENTAL PROTECTION AGENCY<br>**GENERAL INFORMATION**<br>*Consolidated Permits Program*<br>*(Read the "General Instructions" before starting)* | I. EPA I.D. NUMBER<br>F |
|---|---|---|---|

**I. EPA I.D. NUMBER**

**III. FACILITY NAME**    Sand Island Wastewater Treatment Plant

**V. FACILITY MAILING ADDRESS**    1350 Sand Island Parkway
Honolulu, Hawaii 96819

**VI. FACILITY LOCATION**    1350 Sand Island Parkway
Honolulu, Hawaii 96819

**GENERAL INSTRUCTIONS**

If a preprinted label has been provided, affix it in the designated space. Review the information carefully; if any of it is incorrect, cross through it and enter the correct data in the appropriate fill-in area below. Also, if any of the preprinted data is absent (the area to the left of the label space lists the information that should appear), please provide it in the proper fill-in area(s) below. If the label is complete and correct, you need not complete Items I, III, V, and VI (except VI-B which must be completed regardless). Complete all items if no label has been provided. Refer to the instructions for detailed item descriptions and for the legal authorizations under which this data is collected.

**II. POLLUTANT CHARACTERISTICS**

INSTRUCTIONS:  Complete A through J to determine whether you need to submit any permit application forms to the EPA. If you answer "yes" to any questions, you must submit this form and the supplemental form listed in the parenthesis following the question. Mark "X" in the box in the third column if the supplemental form is attached. If you answer "no" to each question, you need not submit any of these forms. You may answer "no" if your activity is excluded from permit requirements; see Section C of the instructions. See also, Section D of the instructions for definitions of bold-faced terms.

| SPECIFIC QUESTIONS | YES | NO | FORM ATTACHED | SPECIFIC QUESTIONS | YES | NO | FORM ATTACHED |
|---|---|---|---|---|---|---|---|
| A. Is this facility a publicly owned treatment works which results in a discharge to waters of the U.S.? (FORM 2A) | X | | | B. Does or will this facility (either existing or proposed) include a concentrated animal feeding operation or aquatic animal production facility which results in a discharge to waters of the U.S.? (FORM 2B) | | X | |
| C. Is this a facility which currently results in discharges to waters of the U.S. other than those described in A or B above? (FORM C) | | X | | D. Is this a proposed facility (other than those described in A or B above) which will result in a discharge to waters of the U.S.? (FORM 2D) | | X | |
| E. Does or will this facility treat, store, or dispose of hazardous wastes? (FORM 3) | | X | | F. Do you or will you inject at this facility industrial or municipal effluent below the lowermost stratum containing, within one quarter mile of the well bore, underground sources of drinking water? (FORM 4) | | X | |
| G. Do you or will you inject at this facility any produced water or other fluids which are brought to the surface in connection with conventional oil or natural gas production, inject fluids used for enhanced recovery of oil and natural gas, or injection fluids for storage of liquid hydrocarbons? (FORM 4) | | X | | H. Do you or will you inject at this facility fluids for special processes such as mining of sulfur by the Frasch process, solution mining of minerals, in situ combustion of fossil fuel, or recovery of geothermal energy. (FORM 4) | | X | |
| I. Is this facility a proposed stationary source which is one of the 28 industrial categories listed in the instructions and which will potentially emit 100 tons per year of any air pollutant regulated under the Clean Air Act and may affect or be located in an attainment area? (FORM 5) | | X | | J. Is this facility a proposed stationary source which is NOT one of the 28 industrial categories listed in the instructions and which will potentially emit 250 tons per year of any air pollutant regulated under the Clean Air Act and may affect or be located in an attainment area? (FORM 5) | | X | |

**III. NAME OF FACILITY**

| 1 | SKIP | S A N D   I S L A N D   W A S T E W A T E R   T R E A T M E N T   P L A N T |
|---|---|---|

**IV. FACILITY CONTACT**

| | A. NAME & TITLE *(last, first, title)* | B. PHONE *(area code & no.)* |
|---|---|---|
| 2 | F R A N K   J   D O Y L E ,   A C T I N G   D I R E C T O R | 808  692  5159 |

**V. FACILITY MAILING ADDRESS**

| | A. STREET OR P.O. BOX |
|---|---|
| 3 | 1 0 0 0   U L U O H I A   S T R E E T ,   S U I T E   3 0 8 |

| | B. CITY OR TOWN | C. STATE | D. ZIP CODE |
|---|---|---|---|
| 4 | K A P O L E I | H I | 9 6 7 0 7 |

**VI. FACILITY LOCATION**

| | A. STREET, ROUTE NO. OR OTHER SPECIFIC IDENTIFIER |
|---|---|
| 5 | 1 3 5 0   S A N D   I S L A N D   P A R K W A Y |

| | B. COUNTY NAME |
|---|---|
| | H O N O L U L U |

**22105**

| | C. CITY OR TOWN | D. STATE | E. ZIP CODE | F. COUNTY CODE *(if known)* |
|---|---|---|---|---|
| 6 | H O N O L U L U | H I | 9 6 8 1 9 | |

EPA Form 3510-1 (8-90)

CONTINUE ON REVERSE

CONTINUED FROM FRONT

## VII. SIC CODES (4-digit, in order of priority)

**A. FIRST**
8 | 7 4 9 5 2 | (specify) SEWERAGE SYSTEMS

**B. SECOND**
C | 7 | (specify)

**C. THIRD**
7 | (specify)

**D. FOURTH**
C | 7 | (specify)

## VIII. OPERATOR INFORMATION

**A. NAME**
8 | C I T Y  &  C O U N T Y  O F  H O N O L U L U

**B. Is the name listed in Item VIII-A also the owner?**
[X] YES   [ ] NO

**C. STATUS OF OPERATOR** (Enter appropriate letter into answer box; if "Other", specify)

F = FEDERAL
S = STATE
P = PRIVATE
M = PUBLIC (other than Federal or State)
O = OTHER (specify)

M | (specify) COUNTY

**D. PHONE (area code & no.)**
C | A | 8 0 8 | 8 4 7 | 8 3 0 0

**E. STREET OF P.O. BOX**
1 3 5 0  S A N D  I S L A N D  P A R K W A Y

**F. CITY OR TOWN**
8 | H O N O L U L U

**G. STATE** H I

**H. ZIP CODE** 9 6 8 1 9

**IX. INDIAN LAND**
Is the facility located on Indian lands?
[ ] YES   [X] NO

## X. EXISTING ENVIRONMENTAL PERMITS

**A. NPDES (Discharges to Surface Waters)**
9 | N | H I  0 0 2 0 1 1 7

**D. PSD (Air emissions from Proposed Sources)**
9 | P

**B. UIC (Underground Injection of Fluids)**
9 | U

**E. OTHER (specify)**
9 | (specify)

**C. RCRA (Hazardous Wastes)**
9 | R

**E. OTHER (specify)**
9 | (specify)

## XI. MAP

Attach to this application a topographic map of the area extending to at least one mile beyond property boundaries. The map must show the outline of the facility, the location of each of its existing and proposed intake and discharge structures, each of its hazardous waste treatment, treatment, or disposal facilities, and each well where it injects fluids underground. Include all springs, rivers and other surface water bodies in the map area. See instructions for precise requirements.

## XII. NATURE OF BUSINESS (provide a brief description)

Collection, treatment and disposal of residential, commercial and industrial wastewater for the southeast area of the island of Oahu. The service area, which is known as the East Mamala service area, encompasses about 79 square miles.

Sand Island Treatment Plant is presently operated in the primary treatment mode. The 82 million gallon per day (mgd) capacity plant presently treats an average wastewater flow of 65.6 mgd.

Sand Island Wastewater Treatment Plant is undergoing an increase in capacity to a design flow of 90 mgd.

## XIII. CERTIFICATION (see instructions)

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this application and all attachments and that, based on my inquiry of those persons immediately responsible for obtaining the information contained in the application, I believe that the information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

**A. NAME & OFFICIAL TITLE (type or print)**
FRANK J. DOYLE, ACTING DIRECTOR

**B. SIGNATURE**
Frank J. Doyle

**C. DATE SIGNED**
5/5/03

**COMMENTS FOR OFFICIAL USE ONLY**
C

EPA Form 3510-1 (8-90)

22106

22107

| FACILITY NAME AND PERMIT NUMBER: | Form Approved 1/14/99 |
|---|---|
| Sand Island Wastewater Treatment Plant - Permit No. HI 0020117 | OMB Number 2040-0086 |

| FORM 2A NPDES | NPDES FORM 2A APPLICATION OVERVIEW |
|---|---|

## APPLICATION OVERVIEW

Form 2A has been developed in a modular format and consists of a "Basic Application Information" packet and a "Supplemental Application Information" packet. The Basic Application Information packet is divided into two parts. All applicants must complete Parts A and C. Applicants with a design flow greater than or equal to 0.1 mgd must also complete Part B. Some applicants must also complete the Supplemental Application Information packet. The following items explain which parts of Form 2A you must complete.

### BASIC APPLICATION INFORMATION:

**A.** **Basic Application Information for all Applicants.** All applicants must complete questions A.1 through A.8. A treatment works that discharges effluent to surface waters of the United States must also answer questions A.9 through A.12.

**B.** **Additional Application Information for Applicants with a Design Flow ≥ 0.1 mgd.** All treatment works that have design flows greater than or equal to 0.1 million gallons per day must complete questions B.1 through B.6.

**C.** **Certification.** All applicants must complete Part C (Certification).

### SUPPLEMENTAL APPLICATION INFORMATION:

**D.** **Expanded Effluent Testing Data.** A treatment works that discharges effluent to surface waters of the United States and meets one or more of the following criteria must complete Part D (Expanded Effluent Testing Data):

  1. Has a design flow rate greater than or equal to 1 mgd,

  2. Is required to have a pretreatment program (or has one in place), or

  3. Is otherwise required by the permitting authority to provide the information.

**E.** **Toxicity Testing Data.** A treatment works that meets one or more of the following criteria must complete Part E (Toxicity Testing Data):

  1. Has a design flow rate greater than or equal to 1 mgd,

  2. Is required to have a pretreatment program (or has one in place), or

  3. Is otherwise required by the permitting authority to submit results of toxicity testing.

**F.** **Industrial User Discharges and RCRA/CERCLA Wastes.** A treatment works that accepts process wastewater from any significant industrial users (SIUs) or receives RCRA or CERCLA wastes must complete Part F (Industrial User Discharges and RCRA/CERCLA Wastes). SIUs are defined as:

  1. All industrial users subject to Categorical Pretreatment Standards under 40 Code of Federal Regulations (CFR) 403.6 and 40 CFR Chapter I, Subchapter N (see instructions); and

  2. Any other industrial user that:

     a. Discharges an average of 25,000 gallons per day or more of process wastewater to the treatment works (with certain exclusions); or

     b. Contributes a process wastestream that makes up 5 percent or more of the average dry weather hydraulic or organic capacity of the treatment plant; or

     c. Is designated as an SIU by the control authority.

**G.** **Combined Sewer Systems.** A treatment works that has a combined sewer system must complete Part G (Combined Sewer Systems).

## ALL APPLICANTS MUST COMPLETE PART C (CERTIFICATION)

**22108**

| FACILITY NAME AND PERMIT NUMBER: | Form Approved 1/14/99 |
|---|---|
| Sand Island Wastewater Treatment Plant - Permit No. HI 0020117 | OMB Number 2040-0086 |

# BASIC APPLICATION INFORMATION

## PART A. BASIC APPLICATION INFORMATION FOR ALL APPLICANTS:

All treatment works must complete questions A.1 through A.8 of this Basic Application Information packet.

**A.1.  Facility Information.**

| | |
|---|---|
| Facility name | Sand Island Wastewater Treatment Plant |
| Mailing Address | 1350 Sand Island Parkway |
| | Honolulu, Hawaii  96819 |
| Contact person | Allen Perry |
| Title | Superintendent |
| Telephone number | (808) 847-8329 |
| Facility Address | 1350 Sand Island Parkway |
| (not P.O. Box) | Honolulu, Hawaii  96819 |

**A.2.  Applicant Information.** If the applicant is different from the above, provide the following:

| | |
|---|---|
| Applicant name | City and County of Honolulu |
| Mailing Address | 1000 Uluohia Street, Suite 308 |
| | Kapolei, Hawaii  96707 |
| Contact person | Ross Tanimoto |
| Title | Branch Head |
| Telephone number | (808) 692-5371 |

Is the applicant the owner or operator (or both) of the treatment works?

✔ owner    ✔ operator

Indicate whether correspondence regarding this permit should be directed to the facility or the applicant.

____ facility    ✔ applicant

**A.3.  Existing Environmental Permits.**  Provide the permit number of any existing environmental permits that have been issued to the treatment works (include state-issued permits).

| | | | |
|---|---|---|---|
| NPDES | HI 0020117 | PSD | |
| UIC | | Other | LF-0032-99 (landfill permit) |
| RCRA | | Other | |

**A.4.  Collection System Information.**  Provide information on municipalities and areas served by the facility. Provide the name and population of each entity and, if known, provide information on the type of collection system (combined vs. separate) and its ownership (municipal, private, etc.).

| Name | Population Served | Type of Collection System | Ownership |
|---|---|---|---|
| North Honolulu | 115,557 | separate | municipal |
| South Honolulu | 287,467 | separate | municipal |
| Fort Shafter | 9,258 | separate | municipal |
| Total population served | 412,282 | See annotation (for year 2000) | |

EPA Form 3510-2A (Rev. 1-99).  Replaces EPA forms 7550-6 & 7550-22.

**22109**

| FACILITY NAME AND PERMIT NUMBER: | Form Approved 1/14/99 |
|---|---|
| Sand Island Wastewater Treatment Plant - Permit No. HI 0020117 | OMB Number 2040-0086 |

**A.5.    Indian Country.**

   a.    Is the treatment works located in Indian Country?

   _____ Yes    ___✔___ No

   b.    Does the treatment works discharge to a receiving water that is either in Indian Country or that is upstream from (and eventually flows through) Indian Country?

   _____ Yes    ___✔___ No

**A.6.    Flow.**  Indicate the design flow rate of the treatment plant (i.e., the wastewater flow rate that the plant was built to handle).  Also provide the average daily flow rate and maximum daily flow rate for each of the last three years.  Each year's data must be based on a 12-month time period with the 12th month of "this year" occurring no more than three months prior to this application submittal.

   a.    Design flow rate _____90*_____ mgd    * Design dry weather flow    **See annotation page**

| | Two Years Ago | Last Year | This Year | |
|---|---|---|---|---|
| b.    Annual average daily flow rate | (2000) | (2001) | (2002) | mgd |
| c.    Maximum daily flow rate | (2000) | (2001) | (2002) | mgd |

**A.7.    Collection System.**  Indicate the type(s) of collection system(s) used by the treatment plant.  Check all that apply.  Also estimate the percent contribution (by miles) of each.

   ___✔___ Separate sanitary sewer    _____100_____ %

   _____ Combined storm and sanitary sewer    _____ %

**A.8.    Discharges and Other Disposal Methods.**

   a.    Does the treatment works discharge effluent to waters of the U.S.?    ___✔___ Yes    _____ No

   If yes, list how many of each of the following types of discharge points the treatment works uses:

   i.    Discharges of treated effluent    _____1_____

   ii.    Discharges of untreated or partially treated effluent    _____

   iii.    Combined sewer overflow points    _____

   iv.    Constructed emergency overflows (prior to the headworks)    _____

   v.    Other    _____

   b.    Does the treatment works discharge effluent to basins, ponds, or other surface impoundments that do not have outlets for discharge to waters of the U.S.?    _____ Yes    ___✔___ No

   If yes, provide the following for each surface impoundment:

   Location: _____

   Annual average daily volume discharged to surface impoundment(s) _____ mgd

   Is discharge _____ continuous or _____ intermittent?

   c.    Does the treatment works land-apply treated wastewater?    _____ Yes    _____ No

   If yes, provide the following for each land application site:

   Location: _____

   Number of acres: _____

   Annual average daily volume applied to site: _____ Mgd

   Is land application _____ continuous or _____ intermittent?

   d.    Does the treatment works discharge or transport treated or untreated wastewater to another treatment works?    ___✔___ Yes    _____ No

EPA Form 3510-2A (Rev. 1-99).  Replaces EPA forms 7550-6 & 7550-22.

22110

Page 3 of 21

FACILITY NAME AND PERMIT NUMBER:

Sand Island Wastewater Treatment Plant - Permit No. HI 0020117

Form Approved 1/14/99
OMB Number 2040-0086

If yes, describe the mean(s) by which the wastewater from the treatment works is discharged or transported to the other treatment works (e.g., tank truck, pipe).

tanker truck

If transport is by a party other than the applicant, provide:

Transporter name:

Mailing Address:

Contact person:

Title:

Telephone number:

For each treatment works that receives this discharge, provide the following:

Name: Waianae Wastewater Treatment Plant

Mailing Address: 86-100 Farrington Highway

Waianae, Hawaii 96792

Contact person: Steve Saturno

Title: Superintendent

Telephone number: (808) 696-7731

If known, provide the NPDES permit number of the treatment works that receives this discharge.   HI 0020109

Provide the average daily flow rate from the treatment works into the receiving facility.   0.4   mgd

Centrate is hauled as needed

e.  Does the treatment works discharge or dispose of its wastewater in a manner not included in A.8.a through A.8.d above (e.g., underground percolation, well injection)?   _____ Yes   ✔ No

If yes, provide the following for each disposal method:

Description of method (including location and size of site(s) if applicable):

Annual daily volume disposed of by this method:

Is disposal through this method   _____ continuous or   _____ intermittent?

**22111**

FACILITY NAME AND PERMIT NUMBER:

Sand Island Wastewater Treatment Plant - Permit No. HI 0020117

Form Approved 1/14/99
OMB Number 2040-0086

**WASTEWATER DISCHARGES:**

If you answered "yes" to question A.8.a, complete questions A.9 through A.12 once for each outfall (including bypass points) through which effluent is discharged. Do not include information on combined sewer overflows in this section. If you answered "no" to question A.8.a, go to Part B, "Additional Application Information for Applicants with a Design Flow Greater than or Equal to 0.1 mgd."

**A.9. Description of Outfall.**

    a.  Outfall number      Serial No. 001

    b.  Location      Pacific Ocean

                   (City or town, if applicable)             (Zip Code)

                   (County)             (State)

                   (Latitude)             (Longitude)

    c.  Distance from shore (if applicable)      10,026    ft.

    d.  Depth below surface (if applicable)      235    ft.

    e.  Average daily flow rate      90    mgd    See Appendices A and B of application

    f.  Does this outfall have either an intermittent or a periodic discharge?          Yes     ✔    No    (go to A.9.g.)

       If yes, provide the following information:

       Number of times per year discharge occurs:

       Average duration of each discharge:

       Average flow per discharge:           mgd

       Months in which discharge occurs:

    g.  Is outfall equipped with a diffuser?          Yes        No

**A.10. Description of Receiving Waters.**

    a.  Name of receiving water      Pacific Ocean / East Mamala Bay

    b.  Name of watershed (if known)

       United States Soil Conservation Service 14-digit watershed code (if known):

    c.  Name of State Management/River Basin (if known):

       United States Geological Survey 8-digit hydrologic cataloging unit code (if known):

    d.  Critical low flow of receiving stream (if applicable):
       acute        cfs        chronic        cfs

    e.  Total hardness of receiving stream at critical low flow (if applicable):        mg/l of $CaCO_3$

| FACILITY NAME AND PERMIT NUMBER: | Form Approved 1/14/99 |
|---|---|
| Sand Island Wastewater Treatment Plant - Permit No. HI 0020117 | OMB Number 2040-0086 |

**A.11. Description of Treatment.**

a. What levels of treatment are provided? Check all that apply.

   ✔ Primary     _____ Secondary

   _____ Advanced     _____ Other. Describe: _____

b. Indicate the following removal rates (as applicable):

Design BOD$_5$ removal _or_ Design CBOD$_5$ removal     30   %

Design SS removal     60   %

Design P removal     _____ %

Design N removal     _____ %

Other _____     _____ %

c. What type of disinfection is used for the effluent from this outfall? If disinfection varies by season, please describe.

   Standby UV -- see Appendices A and B of application

If disinfection is by chlorination, is dechlorination used for this outfall?     _____ Yes     _____ No

d. Does the treatment plant have post aeration?     _____ Yes     ✔ No

**A.12. Effluent Testing Information.** All Applicants that discharge to waters of the US must provide effluent testing data for the following parameters. Provide the indicated effluent testing required by the permitting authority for each outfall through which effluent is discharged. Do not include information on combined sewer overflows in this section. All information reported must be based on data collected through analysis conducted using 40 CFR Part 136 methods. In addition, this data must comply with QA/QC requirements of 40 CFR Part 136 and other appropriate QA/QC requirements for standard methods for analyses not addressed by 40 CFR Part 136. At a minimum, effluent testing data must be based on at least three samples and must be no more than four and one-half years apart.

Outfall number:     Serial #001        See annotation

| PARAMETER | MAXIMUM DAILY VALUE | | AVERAGE DAILY VALUE | | |
|---|---|---|---|---|---|
| | Value | Units | Value | Units | Number of Samples |
| pH (Minimum) | 6.7 | s.u. | | | |
| pH (Maximum) | 7.24 | s.u. | | | |
| Flow Rate | 212 | MGD | 69.6 | MGD | 364 |
| Temperature (Winter) *See Annotation | 27.5 | ° C | 25.5 | ° C | 7 |
| Temperature (Summer) | | | | | |

* For pH please report a minimum and a maximum daily value

| POLLUTANT | MAXIMUM DAILY DISCHARGE | | AVERAGE DAILY DISCHARGE | | | ANALYTICAL METHOD | ML / MDL |
|---|---|---|---|---|---|---|---|
| | Conc. | Units | Conc. | Units | Number of Samples | | |
| **CONVENTIONAL AND NONCONVENTIONAL COMPOUNDS.** | | | | | | | |
| BIOCHEMICAL OXYGEN DEMAND (Report one)   BOD-5 | 164 | mg/L | 105 | mg/L | 355 | EPA 405.1 | 2 mg/L |
|     CBOD-5 | | | | | | | |
| FECAL COLIFORM   *See Annotation Page | | | | | | | *See Annotation Page |
| TOTAL SUSPENDED SOLIDS (TSS) | 72 | mg/L | 47 | mg/L | 360 | EPA 160.2 | 0.5 mg/L |

## END OF PART A.
## REFER TO THE APPLICATION OVERVIEW TO DETERMINE WHICH OTHER PARTS OF FORM 2A YOU MUST COMPLETE

| FACILITY NAME AND PERMIT NUMBER:                                      | Form Approved 1/14/99 |
| Sand Island Wastewater Treatment Plant - Permit No. HI 0020117        | OMB Number 2040-0086  |

## BASIC APPLICATION INFORMATION

**PART B.    ADDITIONAL APPLICATION INFORMATION FOR APPLICANTS WITH A DESIGN FLOW GREATER THAN OR EQUAL TO 0.1 MGD (100,000 gallons per day).**

All applicants with a design flow rate ≥ 0.1 mgd must answer questions B.1 through B.6. All others go to Part C (Certification).

**B.1.   Inflow and Infiltration.** Estimate the average number of gallons per day that flow into the treatment works from inflow and/or infiltration.

__24.6 mgd dry I/I__ gpd    Based on a base flow of 45 mgd and average daily flow for 2002

Briefly explain any steps underway or planned to minimize inflow and infiltration.

A 20-year Citywide CIP is being implemented that includes Sand Island WWTP's I/I problem.

**B.2.   Topographic Map.** Attach to this application a topographic map of the area extending at least one mile beyond facility property boundaries. This map must show the outline of the facility and the following information. (You may submit more than one map if one map does not show the entire area.)

See Figure 1

a.   The area surrounding the treatment plant, including all unit processes.

b.   The major pipes or other structures through which wastewater enters the treatment works and the pipes or other structures through which treated wastewater is discharged from the treatment plant. Include outfalls from bypass piping, if applicable.

c.   Each well where wastewater from the treatment plant is injected underground.

d.   Wells, springs, other surface water bodies, and drinking water wells that are: 1) within 1/4 mile of the property boundaries of the treatment works, and 2) listed in public record or otherwise known to the applicant.

e.   Any areas where the sewage sludge produced by the treatment works is stored, treated, or disposed.

f.   If the treatment works receives waste that is classified as hazardous under the Resource Conservation and Recovery Act (RCRA) by truck, rail, or special pipe, show on the map where that hazardous waste enters the treatment works and where it is treated, stored, and/or disposed.

**B.3.   Process Flow Diagram or Schematic.** Provide a diagram showing the processes of the treatment plant, including all bypass piping and all backup power sources or redundancy in the system. Also provide a water balance showing all treatment units, including disinfection (e.g., chlorination and dechlorination). The water balance must show daily average flow rates at influent and discharge points and approximate daily flow rates between treatment units. Include a brief narrative description of the diagram.    See Figures 1A, 2A, 3A, 4A, 1B, 2B, 3B, and 4B;

see also Appendices A & B of the permit application

**B.4.   Operation/Maintenance Performed by Contractor(s).**

Are any operational or maintenance aspects (related to wastewater treatment and effluent quality) of the treatment works the responsibility of a contractor?    ____Yes   ✔ No

If yes, list the name, address, telephone number, and status of each contractor and describe the contractor's responsibilities (attach additional pages if necessary).

Name: _____

Mailing Address: _____

_____

Telephone Number: _____

Responsibilities of Contractor: _____

**B.5.   Scheduled Improvements and Schedules of Implementation.** Provide information on any uncompleted implementation schedule or uncompleted plans for improvements that will affect the wastewater treatment, effluent quality, or design capacity of the treatment works. If the treatment works has several different implementation schedules or is planning several improvements, submit separate responses to question B.5 for each. (If none, go to question B.6.)

a.   List the outfall number (assigned in question A.9) for each outfall that is covered by this implementation schedule.

Serial #001

b.   Indicate whether the planned improvements or implementation schedule are required by local, State, or Federal agencies.

✔ Yes   ____No

FACILITY NAME AND PERMIT NUMBER:

Sand Island Wastewater Treatment Plant - Permit No. HI 0020117

Form Approved 1/14/99
OMB Number 2040-0086

c   If the answer to B.5.b is "Yes," briefly describe, including new maximum daily inflow rate (if applicable).

This project partly fulfills the requirement of Consent Decree (Civil No. 94-00765DAE) and permit requirements.

d.   Provide dates imposed by any compliance schedule or any actual dates of completion for the implementation steps listed below, as applicable. For improvements planned independently of local, State, or Federal agencies, indicate planned or actual completion dates, as applicable. Indicate dates as accurately as possible.

| Implementation Stage | Schedule MM / DD / YYYY | Actual Completion MM / DD / YYYY | |
|---|---|---|---|
| – Begin construction | ___/ ___/ _____ | ___/ ___/ _____ | |
| – End construction | ___/ ___/ _____ | ___/ ___/ _____ | See attachment |
| – Begin discharge | ___/ ___/ _____ | ___/ ___/ _____ | |
| – Attain operational level | ___/ ___/ _____ | ___/ ___/ _____ | |

e.   Have appropriate permits/clearances concerning other Federal/State requirements been obtained?   ✔ Yes   ____ No

Describe briefly: _____

_____

**B.6. EFFLUENT TESTING DATA (GREATER THAN 0.1 MGD ONLY).**

Applicants that discharge to waters of the US must provide effluent testing data for the following parameters. Provide the indicated effluent testing required by the permitting authority for each outfall through which effluent is discharged. Do not include information on combined sewer overflows in this section. All information reported must be based on data collected through analysis conducted using 40 CFR Part 136 methods. In addition, this data must comply with QA/QC requirements of 40 CFR Part 136 and other appropriate QA/QC requirements for standard methods for analytes not addressed by 40 CFR Part 136. At a minimum, effluent testing data must be based on at least three pollutant scans and must be no more than four and one-half years old.

Outfall Number:   Serial #001

| POLLUTANT | MAXIMUM DAILY DISCHARGE | | AVERAGE DAILY DISCHARGE | | | ANALYTICAL METHOD | ML / MDL |
|---|---|---|---|---|---|---|---|
| | Conc. | Units | Conc. | Units | Number of Samples | | |
| **CONVENTIONAL AND NONCONVENTIONAL COMPOUNDS.** | | | | | | | |
| AMMONIA (as N) | 9.6 | mg/L | 3.71 mg/L | | 12 | EPA Method 350.2 | 0.1 mg/L |
| CHLORINE (TOTAL RESIDUAL, TRC) | | | | | | | |
| DISSOLVED OXYGEN | | | | | | | |
| TOTAL KJELDAHL NITROGEN (TKN) | 11.9 | mg/L | 5.8 | mg/L | 12 | EPA Method 351.3 | 0.2 mg/L |
| NITRATE PLUS NITRITE NITROGEN | 25 | mg/L | 16.5 | mg/L | 12 | EPA Method 353.3 | 0.2 mg/L |
| OIL and GREASE | | | | | | | |
| PHOSPHORUS (Total) | 3.7 | mg/L | 3.3 | mg/L | 12 | EPA Method 365.3 | 0.08 mg/L |
| TOTAL DISSOLVED SOLIDS (TDS) | | | | | | | |
| OTHER | | | | | | | |

## END OF PART B.
## REFER TO THE APPLICATION OVERVIEW TO DETERMINE WHICH OTHER PARTS OF FORM 2A YOU MUST COMPLETE

**22115**

| FACILITY NAME AND PERMIT NUMBER: | Form Approved 1/14/99 |
|---|---|
| Sand Island Wastewater Treatment Plant - Permit No. HI 0020117 | OMB Number 2040-0086 |

## BASIC APPLICATION INFORMATION

### PART C. CERTIFICATION

All applicants must complete the Certification Section. Refer to instructions to determine who is an officer for the purposes of this certification. All applicants must complete all applicable sections of Form 2A, as explained in the Application Overview. Indicate below which parts of Form 2A you have completed and are submitting. By signing this certification statement, applicants confirm that they have reviewed Form 2A and have completed all sections that apply to the facility for which this application is submitted.

Indicate which parts of Form 2A you have completed and are submitting:

✔ Basic Application Information packet     Supplemental Application Information packet:

✔ Part D (Expanded Effluent Testing Data)

✔ Part E (Toxicity Testing:  Biomonitoring Data)

✔ Part F (Industrial User Discharges and RCRA/CERCLA Wastes)

_____ Part G (Combined Sewer Systems)

### ALL APPLICANTS MUST COMPLETE THE FOLLOWING CERTIFICATION.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system or those persons directly responsible for gathering the information, the information is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Name and official title     Frank J. Doyle, Acting Director, Department of Environmental Services

Signature _____

Telephone number     (808) 692-5159

Date signed     5/5/03

Upon request of the permitting authority, you must submit any other information necessary to assess wastewater treatment practices at the treatment works or identify appropriate permitting requirements.

**SEND COMPLETED FORMS TO:**

22116

| FACILITY NAME AND PERMIT NUMBER:<br>Sand Island Wastewater Treatment Plant - Permit No. HI 0020117 | Form Approved 1/14/99<br>OMB Number 2040-0086 |
|---|---|

## SUPPLEMENTAL APPLICATION INFORMATION

### PART D.  EXPANDED EFFLUENT TESTING DATA

Refer to the directions on the cover page to determine whether this section applies to the treatment works.

**Effluent Testing: 1.0 mgd and Pretreatment Treatment Works.** If the treatment works has a design flow greater than or equal to 1.0 mgd or it has (or is required to have) a pretreatment program, or is otherwise required by the permitting authority to provide the data, then provide effluent testing data for the following pollutants.  Provide the indicated effluent testing information and any other information required by the permitting authority <u>for each outfall through which effluent is discharged</u>.  Do not include information on combined sewer overflows in this section.  All information reported must be based on data collected through analyses conducted using 40 CFR Part 136 methods.  In addition, these data must comply with QA/QC requirements of 40 CFR Part 136 and other appropriate QA/QC requirements for standard methods for analytes not addressed by 40 CFR Part 136.  Indicate in the blank rows provided below any data you may have on pollutants not specifically listed in this form.  At a minimum, effluent testing data must be based on at least three pollutant scans and must be no more than four and one-half years old.

Outfall number: __001_____ (Complete once for each outfall discharging effluent to waters of the United States.)

| POLLUTANT | MAXIMUM DAILY DISCHARGE | | | | AVERAGE DAILY DISCHARGE | | | | | ANALYTICAL METHOD | ML/ MDL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Conc. | Units | Mass | Units | Conc. | Units | Mass | Units | Number of Samples | | |
| METALS (TOTAL RECOVERABLE), CYANIDE, PHENOLS, AND HARDNESS. | | | | | | | | | | | |
| ANTIMONY | 0.67 | ug/L | 0.176 | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 2 ug/L |
| ARSENIC | 2.0 | ug/L | 0.527 | kg/day | | | | | | SM 3113B | 2 ug/L |
| BERYLLIUM | ND | ug/L | NA | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 0.5 ug/L (99), 2 ug/L |
| CADMIUM | 0.30 | ug/L | 0.079 | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 1.0 ug/L (99), 2 ug/L |
| CHROMIUM | 4.4 | ug/L | 1.159 | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 2 ug/L |
| COPPER | 27 | ug/L | 7.109 | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 5 ug/L (99), 2 ug/L |
| LEAD | 1.9 | ug/L | 0.50 | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 5 ug/L (99), 2 ug/L |
| MERCURY | 0.14 | ug/L | 0.037 | kg/day | | | | | | SM 3112B | 0.2 ug/L |
| NICKEL | 5.2 | ug/L | 1.369 | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 5 ug/L (99), 2 ug/L |
| SELENIUM | 2.0 | ug/L | 0.527 | kg/day | | | | | | SM 3113B | 5 ug/L (99), 2 ug/L |
| SILVER | 2.9 | ug/L | 0.764 | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 1.0 ug/L (99), 2 ug/L |
| THALLIUM | 2.2 | ug/L | 0.5793 | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 5 ug/L (99), 2 ug/L |
| ZINC | 76 | ug/L | 20.01 | kg/day | | | | | | SM 3113B (99)<br>EPA 200.8 (00,01) | 20 ug/L (99), 2 ug/L |
| CYANIDE | 1.9 | ug/L | 0.500 | kg/day | | | | | | EPA 335.2 | 5 ug/L |
| TOTAL PHENOLIC COMPOUNDS | NA | | NA | | | | | | | | |
| HARDNESS (AS CaCO₃) | NA | | NA | | | | | | | | |
| Use this space (or a separate sheet) to provide information on other metals requested by the permit writer. | | | | | | | | | | | |
| | | | | | | | | | | | |

EPA Form 3510-2A (Rev. 1-99).  Replaces EPA forms 7550-6 & 7550-22.

22117

Page 10 of 21

**FACILITY NAME AND PERMIT NUMBER:**

Sand Island Wastewater Treatment Plant - Permit No. HI 0020117

Form Approved 1/14/99
OMB Number 2040-0086

Outfall number: 001          (Complete once for each outfall discharging effluent to waters of the United States.)

| POLLUTANT | MAXIMUM DAILY DISCHARGE | | | | AVERAGE DAILY DISCHARGE | | | | | ANALYTICAL METHOD | ML/ MDL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Conc. | Units | Mass | Units | Conc. | Units | Mass | Units | Number of Samples | | |
| **VOLATILE ORGANIC COMPOUNDS.** | | | | | | | | | | | |
| ACROLEIN | 2.6 | ug/L | 0.68 | kg/day | | | | | | EPA 603 | 1 ug/L |
| ACRYLONITRILE | ND | | NA | | | | | | | EPA 603 | 1 ug/L |
| BENZENE | 3.7 | ug/L | 0.97 | kg/day | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| BROMOFORM | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| CARBON TETRACHLORIDE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| CLOROBENZENE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| CHLORODIBROMO-METHANE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| CHLOROETHANE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| 2-CHLORO-ETHYLVINYL ETHER | ND | | NA | | | | | | ( | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| CHLOROFORM | 0.81 | ug/L | 0.213 | kg/day | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| DICHLOROBROMO-METHANE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| 1,1-DICHLOROETHANE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| 1,2-DICHLOROETHANE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| TRANS-1,2-DICHLORO-ETHYLENE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| 1,1-DICHLOROETHYLENE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| 1,2-DICHLOROPROPANE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| 1,3-DICHLORO-PROPYLENE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ul/L (00) |
| ETHYLBENZENE | 0.54 | ug/L | 0.142 | kg/day | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| METHYL BROMIDE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| METHYL CHLORIDE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| METHYLENE CHLORIDE | 0.69 | ug/L | 0.182 | kg/day | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| 1,1,2,2-TETRACHLORO-ETHANE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| TETRACHLORO-ETHYLENE | ND | | NA | | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |
| TOLUENE | 2.2 | ug/L | 0.58 | kg/day | | | | | | EPA624 | 2 ug/L (99,01), 5 ug/L (00) |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

Page 11 of 21

FACILITY NAME AND PERMIT NUMBER:

**Sand Island Wastewater Treatment Plant / Permit No. HI 0020117**

Form Approved 1/14/99
OMB Number 2040-0086

Outfall number: _____ 001 _____ (Complete once for each outfall discharging effluent to waters of the United States.)

| POLLUTANT | MAXIMUM DAILY DISCHARGE | | | | AVERAGE DAILY DISCHARGE | | | | | ANALYTICAL METHOD | ML/ MDL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Conc. | Units | Mass | Units | Conc. | Units | Mass | Units | Number of Samples | | |
| 1,1,1-TRICHLOROETHANE | ND | | N/A | | ND | | N/A | | | EPA 624 | 2 ug/L (99, 01), 5 ug/L (00) |
| 1,1,2-TRICHLOROETHANE | ND | | N/A | | ND | | N/A | | | EPA 624 | 2 ug/L (99, 01), 5 ug/L (00) |
| TRICHLORETHYLENE | ND | | N/A | | ND | | N/A | | | EPA 624 | 2 ug/L (99, 01), 5 ug/L (00) |
| VINYL CHLORIDE | ND | | N/A | | ND | | N/A | | | EPA 624 | 2 ug/L (99, 01), 5 ug/L (00) |

Use this space (or a separate sheet) to provide information on other volatile organic compounds requested by the permit writer.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACID-EXTRACTABLE COMPOUNDS** | | | | | | | | | | | |
| P-CHLORO-M-CRESOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 2-CHLOROPHENOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 2,4-DICHLOROPHENOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 2,4-DIMETHYLPHENOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99) 20 ug/L (00), 10 ug/L (01) |
| 4,6-DINITRO-O-CRESOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 12 ug/L (99) 10 ug/L (00), 20 ug/L (01) |
| 2,4-DINITROPHENOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 12 ug/L (99) 20 ug/L (00), 40 ug/L (01) |
| 2-NITROPHENOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 4-NITROPHENOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 12 ug/L (99), 10 ug/L |
| PENTACHLOROPHENOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 12 ug/L (99) 20 ug/L (00), 10 ug/L (01) |
| PHENOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 2,4,6-TRICHLOROPHENOL | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |

Use this space (or a separate sheet) to provide information on other acid-extractable compounds requested by the permit writer.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BASE-NEUTRAL COMPOUNDS.** | | | | | | | | | | | |
| ACENAPHTHENE | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| ACENAPHTHYLENE | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| ANTHRACENE | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| BENZIDINE | ND | | N/A | | ND | | N/A | | | EPA 625 | 12 ug/L (99) 50 ug/L (00), 10 ug/L (01) |
| BENZO(A)ANTHRACENE | ND | | N/A | | ND | | N/A | | | EPA 625 | 5 ug/L (99), 10 ug/L |

EPA Form 3510-2A (Rev. 1-99).  Replaces EPA forms 7550-6 & 7550-22.

**22119**

| BENZO(A)PYRENE | ND | | | ND | | | | | EPA 625 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

**FACILITY NAME AND PERMIT NUMBER:**

Sand Island Wastewater Treatment Plant / Permit No. HI 0020117

Form Approved 1/14/99
OMB Number 2040-0086

Outfall number: _____ 001 _____  (Complete once for each outfall discharging effluent to waters of the United States.)

| POLLUTANT | MAXIMUM DAILY DISCHARGE | | | | AVERAGE DAILY DISCHARGE | | | | | ANALYTICAL METHOD | ML/ MDL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Conc. | Units | Mass | Units | Conc. | Units | Mass | Units | Number of Samples | | |
| 3,4 BENZO-FLUORANTHENE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| BENZO(GHI)PERYLENE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| BENZO(K)FLUORANTHENE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| BIS (2-CHLOROETHOXY) METHANE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| BIS (2-CHLOROETHYL)-ETHER | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| BIS (2-CHLOROISO-PROPYL) ETHER | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| BIS (2-ETHLHEXYL) PHTHALATE | 5 | mg/L | 1316 | kg/day | 5 | mg/L | 1316 | kg/day | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 4-BROMOPHENYL PHENYL ETHER | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| BUTYL BENZYL PHTHALATE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 2-CHLORONAPHTHALENE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 4-CHLORPHENYL PHENYL ETHER | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| CHRYSENE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| DI-N-BUTYL PHTHALATE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| DI-N-OCTYL PHTHALATE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| DIBENZO(A,H) ANTHRACENE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 1,2-DICHLOROBENZENE | ND | | | | ND | | | | | EPA 624 | 2 ug/L (99,01) 5 ug/L (00) |
| 1,3-DICHLOROBENZENE | ND | | | | ND | | | | | EPA 624 | 2 ug/L (99,01) 5 ug/L (00) |
| 1,4-DICHLOROBENZENE | 1.9 | mg/L | 500 | kg/day | 1.9 | mg/L | 500 | kg/day | | EPA 624 | 2 ug/L (99,01) 5 ug/L (00) |
| 3,3-DICHLOROBENZIDINE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| DIETHYL PHTHALATE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| DIMETHYL PHTHALATE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 2,4-DINITROTOLUENE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |
| 2,6-DINITROTOLUENE | ND | | | | ND | | | | | EPA 625 | 5 ug/L (99), 10 ug/L |

EPA Form 3510-2A (Rev. 1-99).  Replaces EPA forms 7550-6 & 7550-22.

**22120**

| 1,2-DIPHENYLHYDRAZINE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |

**FACILITY NAME AND PERMIT NUMBER:**
Sand Island Wastewater Treatment Plant / Permit No. HI 0020117

*Form Approved 1/14/99*
*OMB Number 2040-0086*

Outfall number: 001 _____ (Complete once for each outfall discharging effluent to waters of the United States.)

| POLLUTANT | MAXIMUM DAILY DISCHARGE | | | | AVERAGE DAILY DISCHARGE | | | | | ANALYTICAL METHOD | ML/ MDL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Conc. | Units | Mass | Units | Conc. | Units | Mass | Units | Number of Samples | | |
| FLUORANTHENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| FLUORENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| HEXACHLOROBENZENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| HEXACHLOROBUTADIENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| HEXACHLOROCYCLO-PENTADIENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| HEXACHLOROETHANE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| INDENO(1,2,3-CD)PYRENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| ISOPHORONE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| NAPHTHALENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| NITROBENZENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| N-NITROSODI-N-PROPYLAMINE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| N-NITROSODI- METHYLAMINE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| N-NITROSODI-PHENYLAMINE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| PHENANTHRENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| PYRENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |
| 1,2,4-TRICHLOROBENZENE | ND | | ND | | ND | | ND | | | EPA 625 | 5 ug/L (99); 10 ug/L |

Use this space (or a separate sheet) to provide information on other base-neutral compounds requested by the permit writer.

Use this space (or a separate sheet) to provide information on other pollutants (e.g., pesticides) requested by the permit writer.

## END OF PART D.
## REFER TO THE APPLICATION OVERVIEW TO DETERMINE WHICH OTHER PARTS OF FORM 2A YOU MUST COMPLETE

22121

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

Page 14 of 21

| FACILITY NAME AND PERMIT NUMBER    Sand Island WWTP<br>HI0020117 | Form Approved 1/14/98<br>OMB Number 2040-0085 |
|---|---|

## SUPPLEMENTAL APPLICATION INFORMATION

### PART E. TOXICITY TESTING DATA

POTWs meeting one or more of the following criteria must provide the results of whole effluent toxicity tests for acute or chronic toxicity for each of the facility's discharge points: 1) POTWs with a design flow rate greater than or equal to 1.0 mgd; 2) POTWs with a pretreatment program (or those that are required to have one under 40 CFR Part 403); or 3) POTWs required by the permitting authority to submit data for these parameters.

- At a minimum, these results must include quarterly testing for a 12-month period within the past 1 year using multiple species (minimum of two species), or the results from four tests performed at least annually in the four and one-half years prior to the application, provided the results show no appreciable toxicity, and testing for acute and/or chronic toxicity, depending on the range of receiving water dilution. Do not include information on combined sewer overflows in this section. All information reported must be based on data collected through analysis conducted using 40 CFR Part 136 methods. In addition, this data must comply with QA/QC requirements of 40 CFR Part 136 and other appropriate QA/QC requirements for standard methods for analytes not addressed by 40 CFR Part 136.
- In addition, submit the results of any other whole effluent toxicity tests from the past four and one-half years. If a whole effluent toxicity test conducted during the past four and one-half years revealed toxicity, provide any information on the cause of the toxicity or any results of a toxicity reduction evaluation, if one was conducted.
- If you have already submitted any of the information requested in Part E, you need not submit it again. Rather, provide the information requested in question E.4 for previously submitted information. If EPA methods were not used, report the reasons for using alternate methods. If test summaries are available that contain all of the information requested below, they may be submitted in place of Part E.

If no biomonitoring data is required, do not complete Part E. Refer to the Application Overview for directions on which other sections of the form to complete.

### E.1. Required Tests.

Indicate the number of whole effluent toxicity tests conducted in the past four and one-half years.

__81__ chronic    _____ acute

### E.2. Individual Test Data. Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number:  SI011398 | Test number:  SI021098 | Test number:  SI030398 |
|---|---|---|---|
| **a. Test information.** | | | |
| Test species & test method number | *T. gratilla* (draft method) | *T. gratilla* (draft method) | *T. gratilla* (draft method) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 01/12/98 - 01/13/98 | 02/09/98 - 02/10/98 | 03/02/98 - 03/03/98 |
| Date test started | 1/13/98 | 2/10/98 | 3/3/98 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| **b. Give toxicity test methods followed.** | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| **c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used.** | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| **d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)**     not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER | Sand Island WWTP HI0020117 | | Form Approved 1/14/98 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI011398 | Test number: SI021098 | Test number: SI030398 |
|---|---|---|---|
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | 0.00 0.40 0.70 1.30 2.60 5.20 | 0.00 0.40 0.70 1.30 2.60 5.20 | 0.00 0.40 0.70 1.30 2.60 5.20 |
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| LC50 | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22123

| FACILITY NAME AND PERMIT NUMBER | Sand Island WWTP | | Form Approved 1/14/98 |
|---|---|---|---|
| | HI0020117 | | OMB Number 2040-0085 |

| Chronic: | | | |
|---|---|---|---|
| NOEC REPRODUCTION | 0.40 % | 0.70 % | 0.70 % |
| IC25 | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 1/13/98 | 2/10/98 | 3/3/98 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

____Yes ✓ No    If yes, describe: ___ Compliance value was exceeded on 01/13/98, 02/10/98, and on 03/13/98.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22124