**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI040698 | Test number: SI050698 | Test number: SI060398 |
|---|---|---|---|
| **a. Test information.** | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 04/05/98 - 04/06/98 | 05/05/98 - 05/06/98 | 06/02/98 - 06/03/98 |
| Date test started | 4/6/98 | 5/6/98 | 6/3/98 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| **b. Give toxicity test methods followed.** | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| **c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used.** | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| **d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)** not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| **e. Describe the point in the treatment process at which the sample was collected.** | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| **f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both.** | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| **g. Provide the type of test performed.** | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| **h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source.** | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| **i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used.** | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| **j. Give the percentage effluent used for all concentrations in the test series.** | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.40 | 0.40 | 0.40 |
| | 0.70 | 0.70 | 0.70 |
| | 1.30 | 1.30 | 1.30 |
| | 2.60 | 2.60 | 2.60 |
| | 5.20 | 5.20 | 5.20 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI040698 | Test number: SI050698 | Test number: SI060398 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 1.30 % | 0.40 % | 0.70 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 4/6/98 | 5/6/98 | 6/3/98 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe:      Compliance value was exceeded on 05/6/98 and on 06/03/98.

TIE investigations were initiated to determine the nature of substance(s) toxic to the sea urchin gametes.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI070798 | Test number: SI080498 | Test number: SI090998 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 07/06/98 - 07/07/98 | 08/03/98 - 08/04/98 | 09/08/98 - 09/09/98 |
| Date test started | 7/7/98 | 8/4/98 | 9/9/98 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)   not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.40 | 0.40 | 0.40 |
| | 0.70 | 0.70 | 0.70 |
| | 1.30 | 1.30 | 1.30 |
| | 2.60 | 2.60 | 2.60 |
| | 5.20 | 5.20 | 5.20 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-8 & 7550-22.

**22127**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | *Form Approved 1/14/99* *OMB Number 2040-0085* |
|---|---|---|---|
| | Test number: SI070798 | Test number: SI080498 | Test number: SI090998 |
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| **Acute:** | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| **Chronic:** | | | |
| NOEC REPRODUCTION | 0.40 % | 0.40 % | < 0.40 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 7/7/98 | 8/4/98 | 9/9/98 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No    If yes, describe:    Compliance value was exceeded on 7/17/98, 8/4/98, and on 9/9/98.

Toxicity Identification evaluation studies (May -August 1998) using EPA-recommended manipulations showed that the toxicants were not removed by complexation with disodium EDTA but were significantly eliminated by solid phase extraction using a C18 column. This behavior indicated the nonpolar/ organic nature of toxicants in Sand Island effluent.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22128

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI101498 | Test number: SI110598 | Test number: SI120898 |
|---|---|---|---|
| **a. Test information.** | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 10/13/98 - 10/14/98 | 11/04/98 - 11/05/98 | 12/07/98 - 12/08/98 |
| Date test started | 10/14/98 | 11/5/98 | 12/8/98 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| **b. Give toxicity test methods followed.** | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| **c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used.** | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| **d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)** | not applicable | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| **e. Describe the point in the treatment process at which the sample was collected.** | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| **f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both.** | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| **g. Provide the type of test performed.** | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| **h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source.** | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| **i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used.** | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| **j. Give the percentage effluent used for all concentrations in the test series.** | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.40 | 0.28 | 0.28 |
| | 0.70 | 0.55 | 0.55 |
| | 1.30 | 1.10 | 1.10 |
| | 2.60 | 2.20 | 2.20 |
| | 5.20 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22129**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|
| | Test number: SI101498 | Test number: SI110598 | Test number: SI120898 |
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| LC$_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.40 % | < 0.28 % | 1.10 % |
| IC$_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 10/14/98 | 11/5/98 | 12/8/98 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe:   Compliance value was exceeded on 10/14/98 and on 11/05/98.

Additional sample manipulations confirmed that toxicants in the effluent had affinity to particulate materials. Sample toxicity was reduced either by filtration or centrifugation.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22130**

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI122298 | Test number: SI010599 | Test number: SI011399 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 12/21/98 - 12/22/98 | 01/04/99 - 01/05/99 | 01/12/99 - 01/13/99 |
| Date test started | 12/22/98 | 1/5/99 | 1/13/99 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22131**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI122298 | Test number: SI010599 | Test number: SI011399 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 2.20 % | 0.55 % | 2.20 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 12/22/98 | 1/5/99 | 1/13/99 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the t

✓ Yes __ No   If yes, describe:     Compliance value was exceeded on 01/05/99.

Toxicity studies showed that the addition of centrate from heat-treated sludge to Sand Island wastewater did not alter its toxicity profile.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22132**

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI011999 | Test number: SI020499 | Test number: SI020999 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 01/18/99 - 01/19/99 | 02/03/99 -02/04/99 | 02/08/99 - 02/09/99 |
| Date test started | 1/19/99 | 2/4/99 | 2/9/99 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) | not applicable | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI011999 | Test number: SI020499 | Test number: SI020999 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| LC$_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | QC criteria not met % | 2.20 % |
| IC$_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 1/19/99 | 2/4/99 | 2/9/99 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

____Yes ✔ No    If yes, describe: ___    Compliance value was exceeded on 01/19/99.

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI030299 | Test number: SI040799 | Test number: SI050599 |
|---|---|---|---|
| **a. Test information.** | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 03/01/9-03/02/99 | 04/06/99 - 04/07/99 | 05/04/99 - 05/05/99 |
| Date test started | 3/2/99 | 4/7/99 | 5/5/99 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| **b. Give toxicity test methods followed.** | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| **c. Give the sample collection method(s) used.** For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| **d. Indicate where the sample was taken in relation to disinfection.** (Check all that apply for each)    not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| **e. Describe the point in the treatment process at which the sample was collected.** | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| **f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both.** | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| **g. Provide the type of test performed.** | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| **h. Source of dilution water.** If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| **i. Type of dilution water.** It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| **j. Give the percentage effluent used for all concentrations in the test series.** | | | |
| ▓▓▓▓▓▓▓▓▓▓ | 0.00 | 0.00 | 0.00 |
| ▓▓▓▓▓▓▓▓▓▓ | 0.28 | 0.28 | 0.28 |
| ▓▓▓▓▓▓▓▓▓▓ | 0.55 | 0.55 | 0.55 |
| ▓▓▓▓▓▓▓▓▓▓ | 1.10 | 1.10 | 1.10 |
| ▓▓▓▓▓▓▓▓▓▓ | 2.20 | 2.20 | 2.20 |
| ▓▓▓▓▓▓▓▓▓▓ | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI030299 | Test number: SI040799 | Test number: SI050599 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
|     Percent survival in 100% effluent | % | % | % |
|     $LC_{50}$ | | | |
|     95% C.I. | % | % | % |
|     Control percent survival | % | % | % |
|     Other (describe) | | | |
| Chronic: | | | |
|     NOEC REPRODUCTION | 1.10 % | 1.10 % | 0.55 % |
|     $IC_{25}$ | % | % | % |
|     Control percent survival | % | % | % |
|     Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 3/2/99 | 4/7/99 | 5/5/99 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

\_\_\_\_Yes  ✓  No   If yes, describe: \_\_\_\_     Compliance value was exceeded on 05/05/99

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22136

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI051399 | Test number: SI052599 | Test number: SI061599 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 05/12/99 - 05/13/99 | 05/24/99 - 05/25/99 | 06/14/99 - 06/15/99 |
| Date test started | 5/13/99 | 5/25/99 | 6/15/99 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) | not applicable | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22137**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI051399 | Test number: SI052599 | Test number: SI061599 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | < 0.28 % | 0.28 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 5/13/99 | 5/25/99 | 6/15/99 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No  If yes, describe:  Compliance value was exceeded on 05/13/99, 05/25/99, and on 06/15/99.

More frequent testing were performed to determine the persistence of toxicity.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22138

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI062399 | Test number: SI070799 | Test number: SI072199 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 06/22/99 - 06/23/99 | 07/06/99 - 07/07/99 | 07/20/99 - 07/21/99 |
| Date test started | 6/23/99 | 7/7/99 | 7/21/99 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)    not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP H10020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|
| | Test number: SI062399 | Test number: SI070799 | Test number: SI072199 |
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | <0.28 % | <0.28 % | 0.55 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 6/23/99 | 7/7/99 | 7/21/99 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔Yes __ No    If yes, describe:    Compliance value was exceeded on 06/23/99, 07/07/99, and on 07/21/99.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22140**

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI080299 | Test number: SI090999 | Test number: SI091499 |
|---|---|---|---|
| **a. Test information.** | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 08/01/99 - 08/02/99 | 09/08/99 - 09/09/99 | 09/13/99 - 09/14/99 |
| Date test started | 8/2/99 | 9/9/99 | 9/14/99 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| **b. Give toxicity test methods followed.** | | | |
| Manual title. | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| **c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used.** | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| **d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)** | not applicable | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| **e. Describe the point in the treatment process at which the sample was collected.** | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| **f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both.** | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| **g. Provide the type of test performed.** | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| **h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source.** | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| **i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used.** | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| **j. Give the percentage effluent used for all concentrations in the test series.** | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 | |
|---|---|---|---|---|
| | Test number: S1080299 | Test number: S1090999 | Test number: S1091499 | |

| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
|---|---|---|---|
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |

| l. Test Results. | | | |
|---|---|---|---|
| **Acute:** | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| **Chronic:** | | | |
| NOEC  REPRODUCTION | 0.55 % | QC criteria not met % | 2.20 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |

| m. Quality Control/Quality Assurance. | | | |
|---|---|---|---|
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 8/2/99 | 9/9/99 | 9/14/99 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

☑ Yes __ No   If yes, describe:   Compliance value was exceeded on 08/02/99.

Toxicity Identification Evaluation studies indicated that substances in Sand Island effluent that were toxic to sea urchin gametes have affinity to particulate material, are biologically degradable or are unstable; are nonpolar and organic in nature.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22142

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI092299 | Test number: SI101399 | Test number: SI111299 |
|---|---|---|---|
| **a. Test information.** | | | |
| Test species & test method number | T. gratilla ( draft method ) | T. gratilla ( draft method ) | T. gratilla ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 09/21/99 - 09/22/99 | 10/12/99 -10/13/99 | 11/11/99 - 11/12/99 |
| Date test started | 9/22/99 | 10/13/99 | 11/12/99 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| **b. Give toxicity test methods followed.** | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| **c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used.** | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| **d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)** | | not applicable | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| **e. Describe the point in the treatment process at which the sample was collected.** | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| **f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both.** | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| **g. Provide the type of test performed.** | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| **h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source.** | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| **i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used.** | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| **j. Give the percentage effluent used for all concentrations in the test series.** | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | |
|---|---|---|---|
| | | | Form Approved 1/14/99 OMB Number 2040-0085 |

| | Test number: SI092299 | Test number: SI101399 | Test number: SI111299 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | 0.55 % | 0.28 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 9/22/99 | 10/13/99 | 11/12/99 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation**. Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No    If yes, describe:    Compliance value was exceeded on 09/22/99, 10/13/99, and 11/12/99.

22144

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI121999 | Test number: SI012300 | Test number: SI021200 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 12/18/99 -12/19/99 | 01/22/00 -01/23/00 | 02/11/00 - 02/12/00 |
| Date test started | 12/19/99 | 1/23/00 | 2/12/00 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |

| | Test number: SI121999 | Test number: SI012300 | Test number: SI021200 |
|---|---|---|---|
| **k.** Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| **l.** Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | 0.55 % | 0.28 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| **m.** Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 12/19/99 | 1/23/00 | 2/12/00 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe:        Compliance value was exceeded on 12/19/99, 1/23/00, and on 02/12/00.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI031200 | Test number: SI041800 | Test number: SI051300 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | T. gratilla ( draft method ) | T. gratilla ( draft method ) | T. gratilla ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 03/11/00 -03/12/00 | 04/17/00 -04/18/00 | 05/12/00 - 05/13/00 |
| Date test started | 3/12/00 | 4/18/00 | 5/13/00 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) | not applicable | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22147**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | *Form Approved 1/14/99* *OMB Number 2040-0085* | | | |
|---|---|---|---|---|---|---|
| | Test number: | SI031200 | Test number: | SI041800 | Test number: | SI051300 |
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | | | | |
| pH | | Yes | | Yes | | Yes |
| Salinity | | Yes | | Yes | | Yes |
| Temperature | | Yes | | Yes | | Yes |
| Ammonia | | Yes | | Yes | | Yes |
| Dissolved oxygen | | Yes | | Yes | | Yes |
| l. Test Results. | | | | | | |
| Acute: | | | | | | |
| | Percent survival in 100% effluent | % | | % | | % |
| | $LC_{50}$ | | | | | |
| | 95% C.I. | % | | % | | % |
| | Control percent survival | % | | % | | % |
| | Other (describe) | | | | | |
| Chronic: | | | | | | |
| | NOEC REPRODUCTION | 2.20 % | | 2.20 % | | 0.55 % |
| | $IC_{25}$ | % | | % | | % |
| | Control percent survival | % | | % | | % |
| | Other (describe) NOEC SURVIVAL | % | | % | | % |
| m. Quality Control/Quality Assurance. | | | | | | |
| Is reference toxicant data available? | | Yes | | Yes | | Yes |
| Was reference toxicant test within acceptable bounds? | | Yes | | Yes | | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | | 3/12/00 | | 4/18/00 | | 5/13/00 |
| Other (describe) | | | | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe:   Compliance value was exceeded on 05/13/00.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI061300 | Test number: SI071000 | Test number: SI080500 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 06/12/00 - 06/13/00 | 07/09/00 - 07/10/00 | 08/04/00 - 08/05/00 |
| Date test started | 6/13/00 | 7/10/00 | 8/5/00 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) | not applicable | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.