| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI061300 | Test number: SI071000 | Test number: SI080500 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| **Acute:** | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| **Chronic:** | | | |
| NOEC REPRODUCTION | 0.55 % | 0.28 % | 0.28 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 6/13/00 | 7/10/00 | 8/5/00 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No    If yes, describe:    Compliance value was exceeded on 06/03/00, 07/10/00, and on 08/05/00.

22150

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI090200 | Test number: SI100800 | Test number: SI111400 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 09/01/00 - 09/02/00 | 10/07/00 - 10/08/00 | 11/13/00 - 11/14/00 |
| Date test started | 9/2/00 | 10/8/00 | 11/14/00 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)    not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI090200 | Test number: SI100800 | Test number: SI111400 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| LC$_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | <0.28 % | 0.28 % | <0.28 % |
| IC$_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 9/2/00 | 10/8/00 | 11/14/00 |
| Other (describe) | | | |

**E.3, Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

　✔ Yes　__ No　If yes, describe:　Compliance value was exceeded on 09/02/00, 10/08/00, and on 11/14/00.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI121400 | Test number: SI010601 | Test number: SI020501 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 12/13/00 -12/14/00 | 01/05/00 -01/06/00 | 02/04/01 - 02/05/01 |
| Date test started | 12/14/00 | 1/6/01 | 2/5/01 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)     not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22153**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI121400 | Test number: SI010601 | Test number: SI020501 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | 0.28 % | 0.55 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 12/14/00 | 1/6/01 | 2/5/01 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe:   Compliance value was exceeded on 12/14/00, 01/06/01, and on 02/05/01.

Wastewater samples from various points in the collection system were analyzed for toxicity. Higher level of toxicity found in the Hart St. WWPS sample compared to that found in the Ala Moana WWPS sample was consistent with the greater industrial discharge in Hart St. WWPS.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI030201 | Test number: SI040701 | Test number: SI050601 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 03/01/01 -03/02/01 | 04/06/01 - 04/07/01 | 05/05/01 - 05/06/01 |
| Date test started | 3/2/01 | 4/7/01 | 5/6/01 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|
| | Test number: SI030201 | Test number: SI040701 | Test number: SI050601 |
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| LC$_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | 0.55 % | 0.28 % |
| IC$_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 3/2/01 | 4/7/01 | 5/6/01 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe:   Compliance value was exceeded on 03/02/01, 04/07/01, and on 05/06/01.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22156**

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI060601 | Test number: SI070701 | Test number: SI080401 |
|---|---|---|---|
| **a. Test Information.** | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 06/05/01 - 06/06/01 | 07/06/01 -07/07/01 | 08/03/01 - 08/04/01 |
| Date test started | 6/6/01 | 7/7/01 | 8/4/01 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| **b. Give toxicity test methods followed.** | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| **c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used.** | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| **d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)** | | not applicable | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| **e. Describe the point in the treatment process at which the sample was collected.** | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| **f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both.** | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| **g. Provide the type of test performed.** | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| **h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source.** | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| **i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used.** | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| **j. Give the percentage effluent used for all concentrations in the test series.** | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22157**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI060601 | Test number: SI070701 | Test number: SI080401 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | <0.28 % | 0.55 % | 0.28 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 6/6/01 | 7/7/01 | 8/4/01 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe:   Compliance value was exceeded on 06/06/01, 07/07/01, and on 08/04/01.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22158

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI090801 | Test number: SI100401 | Test number: SI101201 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 09/07/01 - 09/08/01 | 10/03/01 - 10/04/01 | 10/11/01 - 10/12/01 |
| Date test started | 9/8/01 | 10/4/01 | 10/12/01 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)  not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22159**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|

| | Test number: SI090801 | Test number: SI100401 | Test number: SI101201 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| LC$_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | QC criteria not met. % | <0.28 % |
| IC$_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 9/8/01 | 10/4/01 | 10/12/01 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe:   Compliance value was exceeded on 09/08/01 and on 10/12/01.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22160

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI110301 | Test number: SI121101 | Test number: SI010602 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 11/02/01 - 11/03/01 | 12/10/01 - 12/11/01 | 01/05/02 - 01/06/02 |
| Date test started | 11/3/01 | 12/11/01 | 1/6/02 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) | not applicable | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP H10020117 | | *Form Approved 1/14/99* *OMB Number 2040-0085* |
|---|---|---|---|

| | Test number: SI110301 | Test number: SI121101 | Test number: SI010602 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | 1.10 % | QC criteria not met. % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 11/3/01 | 12/11/01 | 1/6/02 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

  ✔ Yes __ No   If yes, describe:     Compliance value was exceeded on 11/03/01.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI012202 | Test number: SI020202 | Test number: SI021102 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 01/21/02 - 01/22/02 | 02/01/02 - 02/02/02 | 02/10/02 - 02/11/02 |
| Date test started | 1/22/02 | 2/2/02 | 2/11/02 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) | not applicable | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22163

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|
| | Test number: SI012202 | Test number: SI020202 | Test number: SI021102 |
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| LC$_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 1.10 % | QC criteria not met. % | QC criteria not met. % |
| IC$_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 1/22/02 | 2/2/02 | 2/11/02 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No    If yes, describe:

Investigations were conducted to compare levels of toxicity in samples from Hart St. WWPS and in samples from Ala Moana WWPS. Results confirmed the higher level of toxicity in Hart St. WWPS samples. However, toxicity in Sand Island wastewater samples was significantly higher than that determined in samples from these two WWPS.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22164

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

|  | Test number: SI021602 | Test number: SI030202 | Test number: SI040702 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 02/15/02 - 02/16/02 | 03/01/02 - 03/02/02 | 04/06/02 -04/07/02 |
| Date test started | 2/16/02 | 3/2/02 | 4/7/02 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)   not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
|  | 0.00 | 0.00 | 0.00 |
|  | 0.28 | 0.28 | 0.28 |
|  | 0.55 | 0.55 | 0.55 |
|  | 1.10 | 1.10 | 1.10 |
|  | 2.20 | 2.20 | 2.20 |
|  | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | | *Form Approved 1/14/99* *OMB Number 2040-0085* |
|---|---|---|---|---|

| | | Test number: S1021602 | Test number: S1030202 | Test number: S1040702 |
|---|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | | |
| pH | | Yes | Yes | Yes |
| Salinity | | Yes | Yes | Yes |
| Temperature | | Yes | Yes | Yes |
| Ammonia | | Yes | Yes | Yes |
| Dissolved oxygen | | Yes | Yes | Yes |
| l. Test Results. | | | | |
| Acute: | | | | |
| | Percent survival in 100% effluent | % | % | % |
| | $LC_{50}$ | | | |
| | 95% C.I. | % | % | % |
| | Control percent survival | % | % | % |
| | Other (describe) | | | |
| Chronic: | | | | |
| | NOEC REPRODUCTION | 0.28 % | 0.55 % | 0.55 % |
| | $IC_{25}$ | % | % | % |
| | Control percent survival | % | % | % |
| | Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | | |
| Is reference toxicant data available? | | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | | 2/16/02 | 3/2/02 | 4/7/02 |
| Other (describe) | | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No    If yes, describe:    Compliance value exceeded on 2/16/02, 3/2/02, and on 4/7/02.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI050302 | Test number: SI060502 | Test number: SI070802 |
|---|---|---|---|
| **a. Test information.** | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 05/02/02 - 05/03/02 | 06/04/02 - 06/05/02 | 07/07/02 - 07/08/02 |
| Date test started | 5/3/02 | 6/5/02 | 7/8/02 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| **b. Give toxicity test methods followed.** | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| **c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used.** | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| **d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)** | not applicable | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| **e. Describe the point in the treatment process at which the sample was collected.** | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| **f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both.** | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| **g. Provide the type of test performed.** | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| **h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source.** | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| **i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used.** | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| **j. Give the percentage effluent used for all concentrations in the test series.** | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22167

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 | |
|---|---|---|---|---|
| | Test number: SI050302 | Test number: SI060502 | Test number: SI070802 | |

| k. Parameters measured during the test. (State whether parameter meets test method specifications) | SI050302 | SI060502 | SI070802 |
|---|---|---|---|
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |

| l. Test Results. | | | |
|---|---|---|---|
| **Acute:** | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| **Chronic:** | | | |
| NOEC REPRODUCTION | <0.28 % | 0.28 % | <0.28 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |

| m. Quality Control/Quality Assurance. | | | |
|---|---|---|---|
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 5/3/02 | 6/5/02 | 7/8/02 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No    If yes, describe:    Compliance value exceeded on 5/3/02, 6/5/02, and on 7/8/02.

Investigations were undertaken to identify within-plant sources of toxicity. Effluent samples that have been treated with cationic polymers showed increased toxicity levels compared to the influent.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22168

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI080602 | Test number: SI090602 | Test number: SI100202 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 08/05/02 - 08/06/02 | 09/05/02 - 09/06/02 | 10/01/02 - 10/02/02 |
| Date test started | 8/6/02 | 9/6/02 | 10/2/02 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each) not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22169**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | *Form Approved 1/14/99* *OMB Number 2040-0085* |
|---|---|---|---|

|  | Test number: SI080602 | Test number: SI090602 | Test number: SI100202 |
|---|---|---|---|
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | <0.28 % | 0.28 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 8/6/02 | 9/6/02 | 10/2/02 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe:   Compliance value exceeded on 8/6/02, 9/6/02, and on 10/2/02.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22170**

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI110402 | Test number: SI120302 | Test number: SI010603 |
|---|---|---|---|
| a. Test information. | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 11/03/02 - 11/04/02 | 12/02/02 - 12/03/02 | 01/05/03 - 01/06/03 |
| Date test started | 11/4/02 | 12/3/02 | 1/6/03 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| b. Give toxicity test methods followed. | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used. | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)   not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| e. Describe the point in the treatment process at which the sample was collected. | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| f. For each test, include whether the test was intended to assess chronic toxicity, acute toxicity, or both. | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| g. Provide the type of test performed. | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source. | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| i. Type of dilution water. It salt water, specify "natural" or type of artificial sea salts or brine used. | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| j. Give the percentage effluent used for all concentrations in the test series. | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP H10020117 | | Form Approved 1/14/99 OMB Number 2040-0085 |
|---|---|---|---|
| | Test number:  SI110402 | Test number:  SI120302 | Test number:  SI010603 |
| k. Parameters measured during the test. (State whether parameter meets test method specifications) | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| l. Test Results. | | | |
| Acute: | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| Chronic: | | | |
| NOEC REPRODUCTION | 0.55 % | 0.28 % | 0.55 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| m. Quality Control/Quality Assurance. | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 11/4/02 | 12/3/02 | 1/6/03 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No    If yes, describe:    Compliance value exceeded on 11/4/02, 12/3/02, and on 1/6/03.

Higher toxicity to sea urchin gametes was determined in effluent that has been treated with polymer in the clarifier.

Toxicity screening of wastewater grab samples from various points in the Hart St. WWPS collection area was performed using luminescent bacteria as toxicity indicator. All samples showed similar toxicity levels which are expected to be detectable using the sea urchin bioassay.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22172

**E.2. Individual Test Data.** Complete the following chart for each whole effluent toxicity test conducted in the last four and one-half years. Allow one column per test (where each species constitutes a test). Copy this page if more than three tests are being reported.

| | Test number: SI020303 | Test number: SI030303 | Test number: SI040703 |
|---|---|---|---|
| **a. Test information.** | | | |
| Test species & test method number | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) | *T. gratilla* ( draft method ) |
| Age at initiation of test | Not applicable | Not applicable | Not applicable |
| Outfall number | 01 | 01 | 01 |
| Dates sample collected | 02/02/03 - 02/03/03 | 03/02/03 - 03/03/03 | 04/06/03 - 04/07/03 |
| Date test started | 2/3/03 | 3/3/03 | 4/7/03 |
| Duration | 1 hour 20 minutes | 1 hour 20 minutes | 1 hour 20 minutes |
| **b. Give toxicity test methods followed.** | | | |
| Manual title | Not applicable | Not applicable | Not applicable |
| Edition number and year of publication | Not applicable | Not applicable | Not applicable |
| Page number(s) | Not applicable | Not applicable | Not applicable |
| **c. Give the sample collection method(s) used. For multiple grab samples, indicate the number of grab samples used.** | | | |
| 24-Hour composite | Automatic Flow Composite | Automatic Flow Composite | Automatic Flow Composite |
| Grab | | | |
| **d. Indicate where the sample was taken in relation to disinfection. (Check all that apply for each)** not applicable | | | |
| Before disinfection | | | |
| After disinfection | | | |
| After dechlorination | | | |
| **e. Describe the point in the treatment process at which the sample was collected.** | | | |
| Sample was collected: | Downstream from all plant additions | Downstream from all plant additions | Downstream from all plant additions |
| **f. For each test, indicate whether the test was intended to assess chronic toxicity, acute toxicity, or both.** | | | |
| Chronic toxicity | ✔ | ✔ | ✔ |
| Acute toxicity | | | |
| **g. Provide the type of test performed.** | | | |
| Static | ✔ | ✔ | ✔ |
| Static-renewal | | | |
| Flow-through | | | |
| **h. Source of dilution water. If laboratory water, specify type; if receiving water, specify source.** | | | |
| Laboratory water | Natural seawater | Natural seawater | Natural seawater |
| Receiving water | | | |
| **i. Type of dilution water. If salt water, specify "natural" or type of artificial sea salts or brine used.** | | | |
| Fresh water | | | |
| Salt water | ✔ | ✔ | ✔ |
| **j. Give the percentage effluent used for all concentrations in the test series.** | | | |
| | 0.00 | 0.00 | 0.00 |
| | 0.28 | 0.28 | 0.28 |
| | 0.55 | 0.55 | 0.55 |
| | 1.10 | 1.10 | 1.10 |
| | 2.20 | 2.20 | 2.20 |
| | 4.40 | 4.40 | 4.40 |

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

**22173**

| FACILITY NAME AND PERMIT NUMBER: | Sand Island WWTP HI0020117 | | Form Approved 1/14/99 OMB Number 2040-0085 | |
|---|---|---|---|---|

| | Test number: SI020303 | Test number: SI030303 | Test number: SI040703 |
|---|---|---|---|
| **k. Parameters measured during the test. (State whether parameter meets test method specifications)** | | | |
| pH | Yes | Yes | Yes |
| Salinity | Yes | Yes | Yes |
| Temperature | Yes | Yes | Yes |
| Ammonia | Yes | Yes | Yes |
| Dissolved oxygen | Yes | Yes | Yes |
| **l. Test Results.** | | | |
| **Acute:** | | | |
| Percent survival in 100% effluent | % | % | % |
| $LC_{50}$ | | | |
| 95% C.I. | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) | | | |
| **Chronic:** | | | |
| NOEC REPRODUCTION | 0.55 % | 0.55 % | 0.55 % |
| $IC_{25}$ | % | % | % |
| Control percent survival | % | % | % |
| Other (describe) NOEC SURVIVAL | % | % | % |
| **m. Quality Control/Quality Assurance.** | | | |
| Is reference toxicant data available? | Yes | Yes | Yes |
| Was reference toxicant test within acceptable bounds? | Yes | Yes | Yes |
| What date was reference toxicant test run (MM/DD/YYYY)? | 2/3/03 | 3/3/03 | 4/7/03 |
| Other (describe) | | | |

**E.3. Toxicity Reduction Evaluation.** Is the treatment works involved in a Toxicity Reduction Evaluation?

✔ Yes __ No   If yes, describe.   Compliance value exceeded on 2/3/03, 3/3/03, 4/7/03.

EPA Form 3510-2A (Rev. 1-99). Replaces EPA forms 7550-6 & 7550-22.

22174