DEPARTMENT OF HEALTH

Amendment and Compilation of Chapter 11-54
Hawaii Administrative Rules
August 31, 2004

SUMMARY

1. §§11-54-1, 1.01, 3, 4, 5, 6, 8, and 10 are amended.

2. Chapter 54 is compiled.

**EXHIBIT 12**

HAWAII ADMINISTRATIVE RULES

TITLE 11

DEPARTMENT OF HEALTH

CHAPTER 54

WATER QUALITY STANDARDS

| | |
|---|---|
| §11-54-1 | Definitions |
| §11-54-1.1 | General policy of water quality antidegradation |
| §11-54-2 | Classification of state waters |
| §11-54-3 | Classification of water uses |
| §11-54-4 | Basic water quality criteria applicable to all waters |
| §11-54-5 | Uses and specific criteria applicable to inland waters; definitions |
| §11-54-5.1 | Inland water areas to be protected |
| §11-54-5.2 | Inland water criteria |
| §11-54-6 | Uses and specific criteria applicable to marine waters |
| §11-54-7 | Uses and specific criteria applicable to marine bottom types |
| §11-54-8 | Specific criteria for recreational areas |
| §11-54-9 | Zones of mixing |
| §11-54-9.1 | Water quality certification |
| §11-54-9.1.01 | Water quality certification; contents of certification |
| §11-54-9.1.02 | Water quality certification; contents of application |
| §11-54-9.1.03 | Water quality certification; notice and hearing |
| §11-54-9.1.04 | Water quality certification; waiver |
| §11-54-9.1.05 | Water quality certification; adoption of new water quality standards |
| §11-54-9.1.06 | Water quality certification; inspection of facility or activity before operation |
| §11-54-9.1.07 | Water quality certification; notification to licensing or permitting agency |
| §11-54-9.1.08 | Water quality certification; termination or suspension |
| §11-54-9.1.09 | Water quality certification; review and advice |
| §11-54-10 | Water quality analyses |
| §11-54-11 | Revision |
| §11-54-12 | Severability |

27998

§11-54-4

acute standards listed in paragraph (3). All state waters shall also be free from acute toxicity as measured using the toxicity tests listed in section 11, or other methods specified by the director.
(B) Chronic Toxicity Standards: All state waters shall be free from pollutants in concentrations which on average during any twenty-four hour period exceed the chronic standards listed in paragraph (3). All state waters shall also be free from chronic toxicity as measured using the toxicity tests listed in section 11-54-10, or other methods specified by the director.
(C) Human Health Standards: All state waters shall be free from pollutants in concentrations which, on average during any thirty day period, exceed the "fish consumption" standards for non-carcinogens in paragraph (3). All state waters shall also be free from pollutants in concentrations, which on average during any 12 month period, exceed the "fish consumption" standards for pollutants identified as carcinogens in paragraph (3).
(3) Numeric standards for toxic pollutants applicable to all waters. The freshwater standards apply where the dissolved inorganic ion concentration is less than 0.5 parts per thousand; saltwater standards apply above 0.5 parts per thousand. Values for metals refer to the dissolved fraction. All values are expressed in micrograms per liter.

| Pollutant | Freshwater | | Saltwater | | Fish Consumption |
|---|---|---|---|---|---|
| | Acute | Chronic | Acute | Chronic | |
| Acenapthene | 570 | ns | 320 | ns | Ns |
| Acrolein | 23 | ns | 18 | ns | 250 |
| Acrylonitrile* | 2,500 | ns | ns | ns | 0.21 |
| Aldrin* | 3.0 | ns | 1.3 | ns | 0.000026 |
| Aluminum | 750 | 260 | ns | ns | ns |
| Antimony | 3,000 | ns | ns | ns | 15,000 |
| Arsenic | 360 | 190 | 69 | 36 | ns |
| Benzene* | 1,800 | ns | 1,700 | ns | 13 |
| Benzidine* | 800 | ns | ns | ns | 0.00017 |
| Beryllium* | 43 | ns | ns | ns | 0.038 |
| Cadmium | 3+ | 3+ | 43 | 9.3 | ns |

§11-54-4

| Pollutant | Freshwater Acute | Freshwater Chronic | Saltwater Acute | Saltwater Chronic | Fish Consumption |
|---|---|---|---|---|---|
| Carbon tetra-chloride* | 12,000 | ns | 16,000 | ns | 2.3 |
| Chlordane* | 2.4 | 0.0043 | 0.09 | 0.004 | 0.000016 |
| Chlorine | 19 | 11 | 13 | 7.5 | ns |
| Chloroethers- ethy(bis-2)* | ns | ns | ns | ns | 0.44 |
| isoprophyl | ns | ns | ns | ns | 1,400 |
| methyl(bis)* | ns | ns | ns | ns | 0.00060 |
| Chloroform* | 9,600 | ns | ns | ns | 5.1 |
| Chlorophenol(2) | 1,400 | ns | ns | ns | ns |
| Chlorpyrifos | 0.083 | 0.041 | 0.011 | 0.0056 | ns |
| Chromium (VI) | 16 | 11 | 1,100 | 50 | ns |
| Copper | 6+ | 6+ | 2.9 | 2.9 | ns |
| Cyanide | 22 | 5.2 | 1 | 1 | ns |
| DDT* | 1.1 | 0.001 | 0.013 | 0.001 | 0.000008 |
| metabolite TDE* | 0.03 | ns | 1.2 | ns | ns |
| Demeton |  | 0.1 | ns | 0.1 | ns |
| Dichloro-benzenes* | 370 | ns | 660 | ns | 850 |
| benzidine* | ns | ns | ns | ns | 0.007 |
| ethane(1,2)* | 39,000 | ns | 38,000 | ns | 79 |
| ehenol(2,4) | 670 | ns | ns | ns | ns |
| propanes | 7,700 | ns | 3,400 | ns | ns |
| propene(1,3) | 2,000 | ns | 260 | ns | 4.6 |
| Dieldrin* | 2.5 | 0.0019 | 0.71 | 0.0019 | 0.000025 |
| Dinitro o-cresol(2,4) | ns | ns | ns | ns | 250 |
| toluenes* | 110 | ns | 200 | ns | 3.0 |
| Dioxin* | 0.003 | ns | ns | ns | $5.0 \times 10^{-9}$ |

28011

§11-54-4

| Pollutant | Freshwater Acute | Freshwater Chronic | Saltwater Acute | Saltwater Chronic | Fish Consumption |
|---|---|---|---|---|---|
| Diphenyl-hydrazine(1,2) | ns | ns | ns | ns | 0.018 |
| Endosulfan | 0.22 | 0.056 | 0.034 | 0.0087 | 52 |
| Endrin | 0.18 | 0.0023 | 0.037 | 0.0023 | ns |
| Ethylbenzene | 11,000 | ns | 140 | ns | 1,070 |
| Fluoranthene | 1,300 | ns | 13 | ns | 18 |
| Guthion | ns | 0.01 | ns | 0.01 | ns |
| Heptachlor* | 0.52 | 0.0038 | 0.053 | 0.0036 | 0.00009 |
| Hexachloro-benzene* | ns | ns | ns | ns | 0.00024 |
| butadiene* | 30 | ns | 11 | ns | 16 |
| cyclohexane-alpha* | ns | ns | ns | ns | 0.010 |
| beta* | ns | ns | ns | ns | 0.018 |
| technical* | ns | ns | ns | ns | 0.014 |
| cyclopentadiene | 2 | ns | 2 | ns | ns |
| ethane* | 330 | ns | 310 | ns | 2.9 |
| Isophorone | 39,000 | ns | 4,300 | ns | 170,000 |
| Lead | 29+ | 29+ | 140 | 5.6 | ns |
| Lindane* | 2.0 | 0.08 | 0.16 | ns | 0.020 |
| Malathion | ns | 0.1 | ns | 0.1 | ns |
| Mercury | 2.4 | 0.55 | 2.1 | 0.025 | 0.047 |
| Methoxychlor | ns | 0.03 | ns | 0.03 | ns |
| Mirex | ns | 0.001 | ns | 0.001 | ns |
| Naphthalene | 770 | ns | 780 | ns | ns |
| Nickel | 5+ | 5+ | 75 | 8.3 | 33 |
| Nitrobenzene | 9,000 | ns | 2,200 | ns | ns |
| Nitrophenols* | 77 | ns | 1,600 | ns | ns |

28012

§11-54-4

| Pollutant | Freshwater Acute | Freshwater Chronic | Saltwater Acute | Saltwater Chronic | Fish Consumption |
|---|---|---|---|---|---|
| Nitrosamines* | 1,950 | ns | ns | ns | 0.41 |
| Nitroso |  |  |  |  |  |
|   dibutylamine-N* | ns | ns | ns | ns | 0.19 |
|   diethylamine-N* | ns | ns | ns | ns | 0.41 |
|   dimethylamine-N* | ns | ns | ns | ns | 5.3 |
|   diphenylamine-N* | ns | ns | ns | ns | 5.3 |
| Pyrrolidine-N* | ns | ns | ns | ns | 30 |
| Parathion | 0.065 | 0.013 | ns | ns | ns |
| Pentachloro- |  |  |  |  |  |
|   ethanes | 2,400 | ns | 130 | ns | ns |
|   benzene | ns | ns | ns | ns | 28 |
|   phenol | 20 | 13 | 13 | ns | ns |
| Phenol | 3,400 | ns | 170 | ns | ns |
|   2,4-dimethyl | 700 | ns | ns | ns | ns |
| Phthalate esters |  |  |  |  |  |
|   dibutyl | ns | ns | ns | ns | 50,000 |
|   diethyl | ns | ns | ns | ns | 590,000 |
|   di-2-ethylhexyl | ns | ns | ns | ns | 16,000 |
|   dimethyl | ns | ns | ns | ns | 950,000 |
| Polychlorinated biphenyls* | 2.0 | 0.014 | 10 | 0.03 | 0.000079 |
| Polynuclear aromatic hydrocarbons* | ns | ns | ns | ns | 0.01 |
| Selenium | 20 | 5 | 300 | 71 | ns |
| Silver | 1+ | 1+ | 2.3 | ns | ns |
| Tetrachloro- |  |  |  |  |  |
|   ethanes | 3,100 | ns | ns | ns | ns |
|   benzene(1,2,4,5) | ns | ns | ns | ns | 16 |
|   ethane(1,1,2,2)* | ns | ns | 3,000 | ns | 3.5 |

28013

§11-54-4

| Pollutant | Freshwater Acute | Freshwater Chronic | Saltwater Acute | Saltwater Chronic | Fish Consumption |
|---|---|---|---|---|---|
| ethylene* | 1,800 | ns | 3,400 | 145 | 2.9 |
| phenol(2,3,5,6) | ns | ns | ns | 440 | ns |
| Thallium | 470 | ns | 710 | ns | 16 |
| Toluene | 5,800 | ns | 2,100 | ns | 140,000 |
| Toxaphene* | 0.73 | 0.0002 | 0.21 | 0.0002 | 0.00024 |
| Tributyltin | ns | 0.026 | ns | 0.01 | ns |
| Trichloro-ethane(1,1,1) | 6,000 | ns | 10,400 | ns | 340,000 |
| ethane(1,1,2)* | 6,000 | ns | ns | ns | 14 |
| ethylene* | 15,000 | ns | 700 | ns | 26 |
| phenol(2,4,6)* | ns | ns | ns | ns | 1.2 |
| Vinyl chloride* | ns | ns | ns | ns | 170 |
| Zinc | 22+ | 22+ | 95 | 86 | ns |

ns - No standard has been developed.
  * - Carcinogen.
  + - The value listed is the minimum standard. Depending upon the receiving water $CaCO_3$ hardness, higher standards may be calculated using the respective formula in the U. S. Environmental Protection Agency publication Quality Criteria for Water (EPA 440/5-86-001, Revised May 1, 1987).
Note - Compounds listed in the plural in the "Pollutant" column represent complex mixtures of isomers. Numbers listed to the right of these compounds refer to the total allowable concentration of any combination of isomers of the compound, not only to concentrations of individual isomers.
  (4) The following are basic requirements applicable to discharges to state waters. These standards shall be enforced through effluent limitations or other conditions in discharge permits. The director may apply more stringent discharge requirements to any discharge if necessary to ensure compliance with all standards in paragraph (2).
    (A) Continuous discharges through submerged outfalls. The No Observed Effect Concentration (NOEC), expressed as percent effluent, of continuous discharges through submerged outfalls shall not be less than 100 divided by the minimum dilution. In

28014

§11-54-5

        addition, such discharges shall not contain:
- (i) Pollutants in twenty four hour average concentrations greater than the values obtained by multiplying the minimum dilution by the standards in paragraph (3) for the prevention of chronic toxicity.
- (ii) Non-carcinogenic pollutants in thirty day average concentrations greater than the values obtained by multiplying the minimum dilution by the standards in paragraph (3) for fish consumption.
- (iii) Carcinogenic pollutants in twelve month average concentrations greater than the values obtained by multiplying the average dilution by the standards in paragraph (3) for fish consumption.

    (B) Discharges without submerged outfalls. The survival of test organisms in an undiluted acute toxicity test of any discharge shall not be less than 80 per cent. In addition, no such discharge shall contain pollutants in concentrations greater than the standards in paragraph (3) for the prevention of acute toxicity to aquatic life. The director may make a limited allowance for dilution for a discharge in this category if it meets the following criteria: the discharge velocity is greater than 3 meters per second; the discharge enters the receiving water horizontally, and; the receiving water depth at the discharge point is greater than zero.

(c) The requirements of paragraph (a)(6) shall be deemed met upon a showing that the land on which the erosion occurred or is occurring is being managed in accordance with soil conservation practices acceptable to the applicable soil and water conservation district and the director, and that a comprehensive conservation program is being actively pursued, or that the discharge has received the best degree of treatment or control, and that the severity of impact of the residual soil reaching the receiving body of water is deemed to be acceptable.

(d) In order to reduce a risk to public health or safety arising out of any violation or probable violation of this chapter, the director may post or order posted any state waters. Posting is the placement, erection, or use of a sign or signs warning people to stay out of, avoid drinking, avoid contact with, or avoid using the water. This posting authority shall not limit the director's authority to post or order posting in any other appropriate case or to take any enforcement action. [Eff 11/12/82; am and comp 10/6/84; am and comp 04/14/88; am and comp 01/18/90; am

28015

§11-54-5

and comp 10/29/92, am and comp 04/17/00; am and comp **OCT 02 2004**] (Auth: HRS §§342D-1,342D-4, 342D-5) (Imp: HRS §§342D-4, 342D-5)


§11-54-5 <u>Uses and specific criteria applicable to inland waters.</u> Inland water areas to be protected are described in section 11-54-5.1, corresponding specific criteria are set forth in section 11-54-5.2; water body types are defined in section 11-54-1. [Eff 11/12/82; am and comp 10/6/84; am and comp 04/14/88; am and comp 01/18/90; am and comp 10/29/92, am and comp 04/17/00; am and comp **OCT 02 2004**]   (Auth: HRS §§342D-1, 342D-4, 342D-5) (Imp: HRS §§342D-4, 342D-5)


§11-54-5.1 <u>Inland water areas to be protected.</u>
(a) Freshwaters.
  (1)  Flowing waters: perennial streams and rivers, intermittent streams, springs and seeps, and man-made ditches and flumes that discharge into any other waters of the State.
    A)  Class 1.a.
      (i)   All flowing waters within the natural reserves, preserves, sanctuaries, and refuges established by the department of land and natural resources under chapter 195, HRS, or similar reserves for the protection of aquatic life established under chapter 195, HRS.
      (ii)  All flowing waters in national and state parks.
      (iii) All flowing waters in state or federal fish and wildlife refuges.
      (iv)  All flowing waters which have been identified as a unique or critical habitat for threatened or endangered species by the U.S. Fish and Wildlife Service.
      (v)   All flowing waters in Wai-manu National Estuarine Research Reserve (Hawai'i).
    (B)  Class 1.b.  All flowing waters in protective subzones designated under chapter 13-5 of the state board of land and natural resources.
    (C)  Class 2.  All flowing waters in areas not otherwise classified.
    All flowing waters in classes 1 and 2 in which water quality exceeds the standards specified in this chapter shall not be lowered in quality unless it has been affirmatively demonstrated to the director that the change is justifiable as a result of important economic or social development and will not interfere with or

§11-54-8

        identification. For example, the location and boundaries shall be clarified when a discharge permit is applied for or a waiver pursuant to Section 301(h) of the Federal Water Pollution Control Act of 1972 (33 U.S.C. 1251 et seq.) is required. Permanent benchmark stations may be required where necessary for monitoring purposes. The water quality standards for this subsection shall be deemed to be met if time series surveys of benchmark stations indicate no relative changes in the relevant biological communities, as noted by biological community indicators or by indicator organisms which may be applicable to the specific site.

(f) Soft bottom communities.
(1) As used in this section:
"Soft bottom communities" means poorly described and "patchy" communities, mostly of burrowing organisms, living in deposits at depths between two to forty meters (approximately six to one hundred thirty feet). The particle size of sediment, depth below sea level, and degree of water movement and associated sediment turnover dictate the composition of animals which rework the bottom with burrows, trails, tracks, ripples, hummocks, and depressions.
(2) Water areas to be protected:
Class II - All soft bottom communities;
(3) Specific criteria to be applied - Oxidation-reduction potential (EH) in the uppermost ten centimeters (four inches) of sediment should not be less than -100 millivolts. The location and boundaries of each bottom-type class shall be clarified when situations require their identification. For example, the location and boundaries shall be clarified when a discharge permit is applied for or a waiver pursuant to Section 301(h) of the Act is required. [Eff 11/12/82; am and comp 10/6/84; am and comp 04/14/88; am and comp 01/18/90; am and comp 10/29/92, am and comp 04/17/00; am and comp **OCT 02 2004**] (Auth: HRS §§342D-1, 342D-4, 342D-5) (Imp: HRS §§342D-4, 342D-5)

§11-54-8 <u>Specific criteria for recreational areas.</u> (a) In inland recreational waters:
(1) Enterococcus content shall not exceed a geometric mean of 33 per one hundred milliliters in not less than five samples which shall be spaced to cover a period between 25 and 30 days. No single sample shall exceed the single sample maximum of 89 CFU per 100 milliliters or the site-specific one-sided 82 per cent confidence limit. Inland recreational waters in which

28037

§11-54-9

(2) enterococcus content does not exceed the standard shall not be lowered in quality.

(3) At locations where sampling is less frequent than five samples per twenty-five to thirty days, no single sample shall exceed the single sample maximum nor shall the geometric mean of these samples taken during the 30-day period exceed 33 CFU per 100 milliliters.

(4) Raw or inadequately treated sewage, sewage for which the degree of treatment is unknown, or other pollutants of public health significance, as determined by the director of health, shall not be present in natural public swimming, bathing or wading areas. Warning signs shall be posted at locations where human sewage has been identified as temporarily contributing to the enterococcus count.

(b) In marine recreational waters:

(1) Within 300 meters (one thousand feet) of the shoreline, including natural public bathing or wading areas, enterococcus content shall not exceed a geometric mean of seven per one hundred milliliters in not less than five samples which shall be spaced to cover a period between twenty-five and thirty days. No single sample shall exceed the single sample maximum of 100 CFU per 100 milliliters or the site-specific one-sided 75 per cent confidence limit. Marine recreational waters along sections of coastline where enterococcus content does not exceed the standard, as shown by the geometric mean test described above, shall not be lowered in quality.

(2) At locations where sampling is less frequent than five samples per twenty-five to thirty days, no single sample shall exceed the single sample maximum nor shall the geometric mean of these samples taken during the thirty-day period exceed 7 CFU per 100 milliliters.

(3) Raw or inadequately treated sewage, sewage for which the degree of treatment is unknown, or other pollutants of public health significance, as determined by the director of health, shall not be present in natural public swimming, bathing or wading areas. Warning signs shall be posted at locations where human sewage has been identified as temporarily contributing to the enterococcus count. [Eff 11/12/82; am and comp 10/6/84; am and comp 04/14/88; am and comp 01/18/90; am and comp 10/29/92, am and comp 04/17/00; am and comp OCT 02 2004] (Auth: HRS §§342D-1, 342D-4, 342D-5) (Imp: HRS §§342D-4, 342D-5)

§11-54-9 Zones of mixing. (a) As used in this section "zones of mixing" means limited areas around outfalls and

28038

§11-54-9

other facilities to allow for the initial dilution of waste discharges.

    (b) Zones of mixing for the assimilation of domestic, agricultural, and industrial discharges which have received the best degree of treatment or control are recognized as being necessary. It is the objective of these limited zones to provide for a current realistic means of control over the placement and manner of discharges or emissions so as to achieve the highest attainable level of water quality or otherwise to achieve the minimum environmental impact considering initial dilution, dispersion, and reactions from substances which may be considered to be pollutants.

    (c) Establishment, renewal, and termination.

(1) Application for establishment of a zone of mixing shall be made concurrently with any discharge permits whenever applicable and the conditions of a zone of mixing shall be incorporated as conditions of the discharge permits. Every application for a zone of mixing shall be made on forms furnished by the director and shall be accompanied by a complete and detailed description of present conditions, how present conditions do not conform to standards, and other information as the director may prescribe;

(2) Each application for a zone of mixing shall be reviewed in light of the descriptions, statements, plans, histories, and other supporting information as may be submitted upon the request of the director, and in light of the effect or probable effect upon water quality standards established pursuant to this chapter;

(3) Whenever an application is approved, the director shall establish the zone of mixing, taking into account the environmental impact, including but not limited to factors such as the protected uses of the body of water, existing natural conditions of the receiving water, character of the effluent, and the adequacy of the design of the outfall and diffuser system to achieve maximum dispersion and assimilation of the treated or controlled waste with a minimum of undesirable or noticeable effect on the receiving water;

(4) Approval of a zone of mixing shall be made either after a public hearing is held by the director in the county where the source is situated, in accordance with chapters 91 and 92, HRS and the rules of practice and procedures of the department, or after the public notification and comment process duly established for a discharge permit in the case when the zone of mixing is being considered concurrently with the discharge permit;

(5) No zone of mixing shall be established by the director unless the application and the supporting information

28039

§11-54-9

  clearly show that:
  (A) The continuation of the function or operation involved in the discharge by the granting of the zone of mixing is in the public interest;
  (B) The discharge occurring or proposed to occur does not substantially endanger human health or safety;
  (C) Compliance with the existing water quality standards from which a zone of mixing is sought would produce serious hardships without equal or greater benefits to the public; and
  (D) The discharge occurring or proposed to occur does not violate the basic standards applicable to all waters, will not unreasonably interfere with any actual or probable use of the water areas for which it is classified, and has received (or in the case of a proposed discharge will receive) the best degree of treatment or control;
(6) Any zone of mixing or renewal thereof shall be established within the requirements of this section and for time periods and under conditions consistent with the reasons therefore and within the following limitations:
  (A) If the zone of mixing is established on the grounds that there is no reasonable means known or available for the adequate prevention, control, or abatement of the discharge involved, it shall be allowed only until the necessary means for prevention, control or abatement become practicable, and subject to the taking of any substitute or alternative measures that the director may prescribe. No renewal of a zone of mixing established under this subsection shall be allowed without a thorough review of known and available means of preventing, controlling, or abating the discharge involved;
  (B) The director may issue a zone of mixing for a period not exceeding five years;
  (C) Every zone of mixing established under this section shall include, but not be limited to, conditions requiring the applicant to perform appropriate effluent and receiving water sampling including monitoring of bottom biological communities and report the results of each sampling to the director. A program of research to develop reasonable alternatives to the methods of treatment or control in use by the applicant may be required if research is deemed prudent by the director; and
  (D) In order to prevent high temperature discharges from violating section 11-54-04(a)(4), no new or increased domestic, industrial, or other

28040

§11-54-9

    controllable source shall discharge at a maximum
    temperature which will cause temperatures to
    exceed 3 degrees Celsius above ambient, or 30
    degrees Celsius, whichever is less, within one
    meter of the bottom within a zone of mixing. For
    discharges with or without submerged outfalls, the
    director may make a limited allowance for higher
    discharge temperatures if there is satisfactory
    demonstration that the elevated temperature will
    not cause damage to the local aquatic community.

(7) Any zone of mixing established pursuant to this section may be renewed from time to time on terms and conditions and for periods not exceeding five years which would be appropriate on initial establishment of a zone of mixing, provided that the applicant for renewal had met all of the conditions specified in the immediately preceding mixing, and provided further that the renewal and the zone of mixing established in pursuance thereof shall provide for the discharge not greater in quantity of mass emissions than that attained pursuant to the terms of the immediately preceding zone of mixing at its expiration. Any new zones of mixing or requests for zone of mixing renewals for wastewater treatment plants (WWTP) performing primary treatment shall comply with Section 301(h) of the Federal Water Pollution Control Act of 1972 (33 U.S.C. 1251). No renewal shall be allowed except upon application. Any renewal application shall be made at least one hundred and eighty days prior to the expiration of the zone of mixing;

(8) No zone of mixing established pursuant to this part shall be construed to prevent or limit the application of any emergency provisions and procedures provided by law;

(9) The establishment of any zone of mixing shall be subject to the concurrence of the U.S. Environmental Protection Agency;

(10) Each mixing zone may be subject to revocation, suspension, or modification if, after notice and opportunity for a hearing pursuant to chapter 91, HRS and the rules of practice and procedures of the department, the director determines that the terms specified in section 342D-6, HRS have been violated. In taking any action, the director may consider operating records, compliance investigations, or other information regarding discharge quality or impact on receiving waters. The action shall be effected by giving written notice to the permittee, which shall contain the reasons for the action;

(11) The director shall be notified within thirty days of the permanent discontinuance of a discharge. The zone

28041

§11-54-9.1

of mixing shall terminate thirty days after such
notification has been received;
(12) Upon expiration of the period stated in the
designation, the zone of mixing shall automatically
terminate and no rights shall become vested in the
designee. [Eff 11/12/82; am and comp 10/6/84; am and
comp 04/14/88; am and comp 01/18/90; am and comp
10/29/92, am and comp 04/17/00; am and comp **OCT 02 2004**
] (Auth: HRS §§342D-1, 342D-4, 342D-5) (Imp: HRS
§§342D-4, 342D-5)


§11-54-9.1 <u>Water quality certification.</u> As used in
sections 11-54-9.1.01 to 11-54-9.1.10:
"33 CFR" means the Code of Federal Regulations, Title 33,
Corps of Engineers, Department of the Army, Department of
Defense, revised as of July 1, 1998, unless otherwise specified.
"40 CFR" means the Code of Federal Regulations, Title 40,
Protection of the Environment, revised as of July 1, [1998] 2001,
unless otherwise specified.
"Act" means the Clean Water Act (formerly referred to as the
Federal Water Pollution Control Act or Federal Water Pollution
Control Act Amendments of 1972) Public Law 92-500, as amended by
Public Law 95-217, Public Law 95-483 and Public Law 97-117, 33
U.S.C. Section 1251 et. seq.
"Agent" means a duly authorized representative of the owner
as defined in section 11-55-7(b).
"Department" means the state department of health.
"Director" means the director of the department or an
authorized agent.
"Discharge" means the same thing as defined in Section
502(16) of the Act.
"Discharge of a pollutant" and "discharge of pollutants"
means the same thing as defined in Section 502(12) of the Act.
"Duly authorized representative" means a person or position
as defined in 40 CFR Section 122.22(b).
"HRS" means the Hawaii Revised Statutes.
"License or permit" means any permit, certificate, approval,
registration, charter, membership, statutory exemption or other
form of permission granted by an agency of the federal government
to conduct any activity which may result in any discharge into
navigable waters.
"Licensing or permitting agency" means any agency of the
federal government to which a federal application is made for a
"license or permit."
"Navigable waters" means the waters of the United States,
including the territorial seas.
"Owner" means the person who owns any "facility" or
"activity" which results in any discharge into navigable waters.
"Pollutant" means the same thing as defined in Section

28042

Amendments to and compilation of chapter 54, title 11, Hawaii Administrative Rules, on the Summary Page dated [AUG 31 2004] were adopted on AUG 31 2004 following a public hearing held February 18, 2004, after public hearing was given in RFD publication titled State and County Public Notices.

They shall take effect ten days after filing with the Office of the Lieutenant Governor.

_____
CHIYOME L. FUKINO, M.D.

Date: AUG 31 2004

_____
LINDA LINGLE
Governor
State of Hawaii

Date: 9/21/04

APPROVED AS TO FORM:

_____
Mark G. McConnell   27 August 2004
Deputy Attorney General

'04 SEP 22 A9 :57
LIEUTENANT GOVERNOR OFFICE

54-61                                     215.98

28043