IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>　　　　Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

　　　　I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

|  | **HAND-DELIVERED** | **E-MAIL** | **MAILED** |
|---|---|---|---|
| CARRIE OKINAGA, ESQ.<br>cokinaga@honolulu.gov<br>MAILE R. CHUN, ESQ.<br>mchun@honolulu.gov<br>Corporation Counsel<br>City & County of Honolulu<br>530 So. King Street<br>Honolulu, HI  96813<br>　　　and | ( ) | ( x ) | ( ) |

651250-2 / 7502-3

|  | **HAND-DELIVERED** | **E-MAIL** | **MAILED** |
|---|---|---|---|
| JAMES DRAGNA, ESQ._<br>jim.dragna@bingham.com_<br>NANCY WILMS, ESQ.<br>_nancy.wilms@bingham.com_<br>BRYAN K. BROWN, ESQ.<br>_bryan.brown@bingham.com_<br>c/o Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br><br>Attorneys for Defendants<br>City and County of Honolulu and<br>Frank Doyle, Director of the<br>Department of Environmental<br>Services, in his official capacity | ( ) | ( x ) | ( ) |

DATED:  Honolulu, Hawai'i, July 27, 2007.

　　　　　　　　　　　　　　　/s/ William M. Tam
　　　　　　　　　　　　　CHRISTOPHER SPROUL
　　　　　　　　　　　　　ENVIRONMENTAL ADVOCATES

　　　　　　　　　　　　　PAUL ALSTON
　　　　　　　　　　　　　WILLIAM M. TAM
　　　　　　　　　　　　　BLAKE K. OSHIRO
　　　　　　　　　　　　　ALSTON HUNT FLOYD & ING

　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　SIERRA CLUB, HAWAI'I CHAPTER,
　　　　　　　　　　　　　HAWAI'I'S THOUSAND FRIENDS, and
　　　　　　　　　　　　　OUR CHILDREN'S EARTH FOUNDATION