CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553 - 3376
Fax:  (415) 358 - 5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON              1259-0
WILLIAM TAM              1887-0
BLAKE K. OSHIRO          6746-0
ALSTON HUNT FLOYD & ING
Attorneys At Law
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi  96813
Tel:  (808) 524-1800
Fax:  (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻI'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>Defendants. | Civil No. 04-00463 DAE/BMK<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. David A. Ezra |

**AMENDED CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 27, 2007, I caused a true and correct copy of the following:

1. Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims; Memorandum in Support of Motion for Partial Summary Judgment; Certificate of Word Count; Declaration of Christopher Sproul; Attachment with Tables 1-9; Certificate of Service (Document 113)

2. Plaintiffs' Separate and Concise Statement of Facts in Support of Their Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims; Exhibits 1-12; Certificate of Service (Document 115)

3. Additional Exhibits to Plaintiffs' Separate and Concise Statement of Facts in Support of Their Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims; Exhibit 4; Certificate of Service (Document 116)

4. Additional Exhibits to Plaintiffs' Separate and Concise Statement of Facts in Support of Their Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims; Exhibit 4; Certificate of Service (Document 117)

5. Additional Exhibits to Plaintiffs' Separate and Concise Statement of Facts in Support of Their Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims; Exhibits 5-10; Certificate of Service (Document 118)

6. Additional Exhibits to Plaintiffs' Separate and Concise Statement of Facts in Support of Their Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims; Exhibits 11-12; Certificate of Service (Document 119)

7. Notice of Hearing on Motion (Document 114)

to be served on the following parties by U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

JAMES DRAGNA, ESQ.
*jim.dragna@bingham.com*
NANCY WILMS, ESQ.
*nancy.wilms@bingham.com*
BRYAN K. BROWN, ESQ.
*bryan.brown@bingham.com*
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106

Attorneys for Defendants
City and County of Honolulu and Frank Doyle, Director
of the Department of Environmental Services, in his
official capacity


DATED:  Honolulu, Hawai'i, July 27, 2007.


    /s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION