# EXHIBIT B

CARRIE OKINAGA, 5958
Corporation Counsel
MAILE R. CHUN, 4906
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Telephone: (808) 527-5351
Facsimile: (808) 523-4583
Email: mchun@co.Honolulu.hi.us

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
Special Deputy Counsel (*Pro Hac Vice*):
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.saunders@bingham.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU AND
FRANK DOYLE, DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
SERVICES, IN HIS OFFICIAL CAPACITY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v. | CIV. NO. CV 04-00463 DAE-BMK<br><br>**JOINT STIPULATION RE STAY OF LITIGATION** |

**EXHIBIT B**

| CITY & COUNTY OF HONOLULU et al., | |
|---|---|
| Defendants. | |

Whereas Defendant City and County of Honolulu ("CCH"), the United States Environmental Protection Agency ("EPA") and the Hawaii Department of Health ("DOH") have agreed to commence negotiations on improvements to CCH's waste water collection system, with the first negotiation scheduled for March 29 and 30, 2006;

Whereas Plaintiffs Sierra Club, Hawai'i Chapter ("Sierra Club"), Hawai'i's Thousand Friends ("HTF"), and Our Children's Earth Foundation ("OCE") (collectively "Plaintiffs") expressed their interest in participating in these negotiations;

Whereas it is the intention of the Plaintiffs and CCH to work with EPA and DOH in good faith to reach a mutually agreeable settlement that will obviate the need for further litigation in this matter;

Whereas Plaintiffs and CCH wish to avoid the expense of additional litigation during these negotiations;

IT IS HEREBY STIPULATED by Plaintiffs and CCH that the above-captioned litigation shall be stayed at least until September 29, 2006. Thereafter, the stay can be lifted upon 30 days written notice from either

Plaintiffs or CCH. The Plaintiffs further agree not to file any additional claims against CCH and not to issue any additional 60-day notice letters to CCH for the period of the stay.

DATED: March 29, 2006

/s/ Maile Chun
CARRIE OKINAGA
CORPORATION COUNSEL
MAILE CHUN
DEPUTY CORPORATION COUNSEL
CITY AND COUNTY OF HONOLULU

DATED:  March 28, 2006

/s/ Christopher A. Sproul
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

LEA HONG
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs SIERRA CLUB, HAWAI'I CHAPTER, HAWAI'I'S THOUSAND FRIENDS, and OUR CHILDREN'S EARTH FOUNDATION

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, April 11, 2006.



David Alan Ezra
United States District Judge

Sierra Club, Hawaii'i Chapter, et al. vs. City & County of Honolulu, et al., Cv. 04-00463 DAE-BMK; JOINT STIPULATION RE STAY OF LITIGATION