# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV. NO. 07-00235 DAE-KSC |
| ) | |
| and ) | |
| ) | |
| STATE OF HAWAII, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY & COUNTY OF ) | |
| HONOLULU, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER STAYING DECISION ON STIPULATED ORDER

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. On May 8, 2007, Plaintiffs, United States of America at the request and at the behest of the Environmental Protection Agency and the State of Hawaii's Department of Health, filed an action for injunctive relief against Defendant City and County of Honolulu for violations of the Federal Water Pollution Control Act, as amended by the Clean Water Act of 1977 and the Water Quality Act of 1987 ("Clean Water Act"). Plaintiffs made one claim for relief for the unpermitted discharge of sewage in violation of the Clean Water Act, Section

**EXHIBIT I**

301(a) and Hawaii Revised Statutes § 342D-50(a). That same day, the parties filed a Stipulated Order to avoid further litigation and to work cooperatively on issues relating to Defendant's Wastewater Collection System. The terms of the Stipulated Order are contained therein.

On May 24, 2007, the Sierra Club, Hawaii Chapter, Hawaii's Thousand Friends, and Our Children's Earth Foundation (collectively "Sierra Club") filed a Motion to Intervene to enforce the Clean Water Act, Section 505(b)(1)(B), 33 U.S.C. § 1365(b)(1)(B). On June 8, 2007, the Government filed a Statement of No Opposition regarding the Motion to Intervene, and Defendant opposed that Motion. That Motion is set for hearing before Magistrate Judge Kevin S.C. Chang on June 28, 2007.

The Court hereby stays a decision on the Stipulated Order until resolution of the Motion to Intervene to give the Sierra Club an opportunity to challenge or to concur in the Stipulated Order, if its Motion is granted. In the event that intervention is allowed, Sierra Club shall have a reasonable time not to exceed 30 days within which to file an opposition or a concurrence to the Stipulated Order.

## CONCLUSION

For the reasons stated above, the Court STAYS a decision on the Stipulated Order until the Sierra Club's Motion to Intervene is resolved.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 26, 2007.



David Alan Ezra
United States District Judge

United States of America, et al. vs. City & County of Honolulu, Civil No. 07-00235 DAE-KSC; ORDER STAYING DECISION ON STIPULATED ORDER

3