CARRIE K. S. OKINAGA, 5958
Corporation Counsel
MAILE R. CHUN, 4906
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 527-5351
Facsimile: (808) 523-4583
Email: mchun@co.honolulu.hi.us

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
 City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) ) ) Plaintiffs, ) ) v. ) ) CITY AND COUNTY OF HONOLULU, ) ) ) Defendant. ) ) | CIV. NO. 94-00765 DAE-KSC **CERTIFICATE OF SERVICE** |

A/40376264.1/2017866-0000309724

CERTIFICATE OF SERVICE

The undersigned certifies that on this date a copy of the following documents:

DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION TO STAY

DEFENDANT CITY AND COUNTY OF HONOLULU'S EX PARTE APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO STAY, OR ALTERNATIVELY, TO STAY HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNTIL AFTER DEFENDANT'S MOTION TO STAY IS RULED UPON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME

DECLARATION OF MAILE R. CHUN IN SUPPORT OF DEFENDANT CITY AND COUNTY OF HONOLULU'S (1) EX PARTE APPLICATION TO EXPEDITE HEARING ON MOTION TO STAY, OR ALTERNATIVELY, TO STAY HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNTIL AFTER DEFENDANT'S MOTION TO STAY IS HEARD AND (2) MOTION TO STAY

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO STAY, OR ALTERNATIVELY, TO STAY HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNTIL AFTER DEFENDANT'S MOTION TO STAY IS RULED UPON

were duly served upon the following individuals at their address listed below on August 14, 2007:

|  | Hand Delivered | E-Mail | Mailed |
|---|---|---|---|
| CHRISTOPHER SPROUL<br>Environmental Advocates<br>5135 Anza Street<br>San Francisco, CA  94121<br>csproul@enviroadvocates.com | ( ) | ( X ) | ( ) |

|  | Hand Delivered | E-Mail | Mailed |
|---|---|---|---|
| PAUL ALSTON<br>WILLIAM M. TAM<br>BLAKE K. OSHIRO<br>Alston Hunt Floyd & Ing<br>18th Floor, ASB Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br>palston@ahfi.com<br>wtam@ahfi.com<br>boshiro@ahfi.com | ( ) | ( X ) | ( ) |
| MARK K. BENNETT<br>Attorney General\Office of the Attorney General<br>State of Hawaii<br>Kekuanao`a Building<br>465 So. King Street, Room 200<br>Honolulu HI  96813 | ( ) | ( ) | ( X ) |
| ROBERT MULLANEY<br>Environmental Enforcement Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA  94105<br>Robert.Mullaney@usdoj.gov | ( ) | ( X ) | ( ) |
| MICHAEL CHUN<br>Office of the United States Attorney<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd., Suite 6100<br>Honolulu, HI  96850 | ( ) | ( ) | ( X ) |

A/40376264.1/2017866-0000309724

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Honolulu, Hawaii.

Dated: Honolulu, Hawaii, August 14, 2007.

/s/ Maile R. Chun
Deputy Corporation Counsel
Attorneys for Defendant City and
County of Honolulu