IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) <br> HAWAI'I'S THOUSAND FRIENDS;    ) <br> and OUR CHILDREN'S EARTH        ) <br> FOUNDATION,                              ) <br> ) <br> Plaintiffs,    ) <br> ) <br> vs.    ) <br> ) <br> CITY AND COUNTY OF                 ) <br> HONOLULU and FRANK DOYLE, ) <br> DIRECTOR OF THE DEPARTMENT ) <br> OF ENVIRONMENTAL SERVICES, ) <br> in his official capacity,                    ) <br> ) <br> Defendants.    ) <br> _____) | CIVIL NO. CV04-00463 DAE-BMK <br><br> AMENDED CERTIFICATE OF SERVICE |

<u>AMENDED CERTIFICATE OF SERVICE</u>

The undersigned hereby certify that on August 14, 2007, a copy of the following document(s):

DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION TO STAY

DEFENDANT CITY AND COUNTY OF HONOLULU'S EX PARTE APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO STAY, OR ALTERNATIVELY, TO STAY HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNTIL AFTER DEFENDANT'S MOTION TO STAY IS RULED UPON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME

DECLARATION OF MAILE R. CHUN IN SUPPORT OF DEFENDANT CITY AND COUNTY OF HONOLULU'S (1) EX PARTE APPLICATION TO EXPEDITE HEARING ON MOTION TO STAY, OR ALTERNATIVELY, TO STAY HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNTIL AFTER DEFENDANT'S MOTION TO STAY IS HEARD AND (2) MOTION TO STAY

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO STAY, OR ALTERNATIVELY, TO STAY HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT UNTIL AFTER DEFENDANT'S MOTION TO STAY IS RULED UPON

were duly served upon the following individuals at their address listed below:

    Served Electronically through CM/ECF:    <u>Email address</u>

        CHRISTOPHER SPROUL    csproul@enviroadvocates.com
        Environmental Advocates
        5135 Anza Street
        San Francisco, California  94121

        PAUL ALSTON    palston@ahfi.com
        WILLIAM M. TAM    wtam@ahfi.com
        BLAKE K. OSHIRO    boshiro@ahfi.com
        Alston Hunt Floyd & Ing
        18th Floor, ASB Tower
        1001 Bishop Street
        Honolulu, Hawaii  96813

        Attorneys for Plaintiffs

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Honolulu, Hawaii.

DATED:  Honolulu, Hawaii, August 16, 2007.

CARRIE K.S. OKINAGA
Corporation Counsel

By /s/ Maile R. Chun
    MAILE R. CHUN
    Deputy Corporation Counsel
    Attorneys for Defendants
