CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553 - 3376
Fax: (415) 358 - 5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON                1259-0
WILLIAM TAM                1887-0
BLAKE K. OSHIRO            6746-0
ALSTON HUNT FLOYD & ING
Attorneys At Law
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i  96813
Tel:  (808) 524-1800
Fax: (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Applicants
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>  Defendants. | Civil No. 04-00463 DAE/BMK<br><br>**PLAINTIFFS' RESPONSE TO CITY AND COUNTY OF HONOLULU'S EX PARTE APPLICATION TO EXPEDITE THE HEARING ON DEFENDANT'S MOTION TO STAY; CERTIFICATE OF SERVICE** |

654821-3 / 7502-3

**PLAINTIFFS' RESPONSE TO CITY AND
COUNTY OF HONOLULU'S EX PARTE APPLICATION TO
EXPEDITE THE HEARING ON DEFENDANT'S MOTION TO STAY**

On Tuesday, August 14, 2007, Defendant City and County of Honolulu ("CCH") filed a Motion to Stay this case. Concurrently, CCH moved *Ex Parte* to Expedite Hearing on CCH's Motion to Stay and requested a hearing on Tuesday, September 4, 2007.

Plaintiffs Sierra Club, Hawaiʻi Chapter, Hawaiʻi's Thousand Friends, and Our Children's Earth Foundation (collectively, "Plaintiffs") oppose CCH's Motion to Stay.

However, with some modification in timing, Plaintiffs agree with CCH that expedited resolution of CCH's Motion to Stay is in the interest of all concerned and that a hearing date should be set with a reasonable briefing schedule.

CCH's proposed September 4, 2007 hearing date is unrealistically short and not adequate to provide Plaintiffs the time needed to respond. The complexity of this case requires a reasonable briefing schedule to address a number of significant matters. CCH's Motion to Stay (as Plaintiffs' Memorandum in Opposition will explain) is tantamount to a request to dismiss Plaintiffs' claims. Plaintiffs deserve a fair opportunity to respond and to provide this Court with the careful explanation that the Court deserves.

Plaintiffs propose that the hearing be scheduled one week later on June 11, 2007 (or as soon thereafter as the court has time) to allow Plaintiffs one week to prepare its Memorandum in

Opposition and one week for CCH to file its Reply. Accordingly, Plaintiffs propose that the revised schedule on CCH's Motion to Stay be as follows:

1. Plaintiffs' Opposition to CCH's Motion to Stay to be filed not later than Tuesday, August 28, 2007.
2. CCH's Reply to Plaintiffs' Opposition to be filed not later than Tuesday, September 4, 2007.
3. Hearing on CCH's Motion to Stay is set for Tuesday, September 11, 2007 or as soon thereafter as the Court may hear the matter.

A one week extension of the hearing date proposed by CCH is appropriate.

We communicated this proposal to CCH's counsel verbally. They are considering the proposal, but have not yet gotten back to us.

Dated: Honolulu, Hawaii August 21, 2007.

    /s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM TAM
BLAKE OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs SIERRA CLUB, HAWAI'I CHAPTER, HAWAI'I THOUSAND FRIENDS, and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; )<br>HAWAIʻI'S THOUSAND FRIENDS; and )<br>OUR CHILDREN'S EARTH FOUNDATION,)<br>                                )<br>          Plaintiffs,           )<br>                                )<br>     vs.                        )<br>                                )<br>CITY AND COUNTY OF HONOLULU and )<br>FRANK DOYLE, DIRECTOR OF THE    )<br>DEPARTMENT OF ENVIRONMENTAL     )<br>SERVICES, in his official       )<br>capacity,                       )<br>                                )<br>          Defendants.           )<br>_____) | Civil No. 04-00463 DAE-BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

|  | **HAND-DELIVERED** | **E-MAIL** | **MAILED** |
|---|---|---|---|
| CARRIE OKINAGA, ESQ.<br>*cokinaga@honolulu.gov*<br>MAILE R. CHUN, ESQ.<br>*mchun@honolulu.gov*<br>Corporation Counsel<br>City & County of Honolulu<br>530 So. King Street<br>Honolulu, HI  96813<br>     and | ( ) | ( X ) | ( ) |

651629_1/7502-3

|  | **HAND-DELIVERED** | **E-MAIL** | **MAILED** |
|---|---|---|---|
| JAMES DRAGNA, ESQ.<br>jim.dragna@bingham.com<br>NANCY WILMS, ESQ.<br>nancy.wilms@bingham.com<br>BRYAN K. BROWN, ESQ.<br>bryan.brown@bingham.com<br>c/o Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106 | ( ) | ( X ) | ( ) |

Attorneys for Defendants
City and County of Honolulu and
Frank Doyle, Director of the
Department of Environmental
Services, in his official capacity

DATED: Honolulu, Hawai'i, August 21, 2007.

　　　　　　　　　　　　　　　　 /s/ William M. Tam
　　　　　　　　　　　　　　　CHRISTOPHER SPROUL
　　　　　　　　　　　　　　　ENVIRONMENTAL ADVOCATES

　　　　　　　　　　　　　　　PAUL ALSTON
　　　　　　　　　　　　　　　WILLIAM M. TAM
　　　　　　　　　　　　　　　BLAKE K. OSHIRO
　　　　　　　　　　　　　　　ALSTON HUNT FLOYD & ING

　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　SIERRA CLUB, HAWAI'I CHAPTER,
　　　　　　　　　　　　　　　HAWAI'I'S THOUSAND FRIENDS, and
　　　　　　　　　　　　　　　OUR CHILDREN'S EARTH FOUNDATION