CARRIE OKINAGA, 5958
Corporation Counsel
MAILE R. CHUN, 4906
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 527-5351
Facsimile: (808) 523-4583
Email: mchun@co.honolulu.hi.us

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>         Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF HONOLULU<br>         Defendant. | CIVIL NO. CV 04-00463 DAE-BMK<br><br>**DEFENDANT CITY AND COUNTY OF HONOLULU'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S EX PARTE APPLICATION TO EXPEDITE THE HEARING ON DEFENDANT'S MOTION TO STAY; DECLARATION OF MAILE R. CHUN; CERTIFICATE OF SERVICE** |

ACTIVE/72148432.2/2017866-0000309724

**DEFENDANT CITY AND COUNTY OF HONOLULU'S REPLY IN SUPPORT OF ITS EX PARTE APPLICATION TO EXPEDITE THE HEARING ON DEFENDANT'S MOTION TO STAY**

On August 21, 2007, plaintiffs Sierra Club, Hawaii Chapter, Hawaii's Thousand Friends, and Our Children's Earth Foundation (collectively, "plaintiffs") filed a Response to the City and County of Honolulu's ("CCH") Ex Parte Application to Expedite Hearing on CCH's Motion to Stay, filed on August 14, 2007. In its Ex Parte Application, CCH requested that the Court expedite the hearing on CCH's Motion to Stay to on or before September 4, 2007, or alternatively, to stay the hearing on plaintiffs' Motion for Partial Summary Judgment ("MPSJ"), currently set for October 9, 2007, as well as the deadline for the filing of CCH's opposition thereto, currently due on September 21, 2007, until dates to be determined after the Motion to Stay is ruled upon by this Court. CCH explained that ex parte relief was necessary to avoid the significant costs associated with opposing the MPSJ, which alleges over 17,000 violations of the Clean Water Act, which would be unnecessary if the Motion to Stay is granted.

Plaintiffs' Response states that while plaintiffs intend to oppose the Motion to Stay, they "agree with CCH that expedited resolution of CCH's Motion to Stay is in the interest of all concerned." ***Thus, all of the parties agree that the Motion to Stay should be decided before the MPSJ.***

However, in their Response, plaintiffs proposed a briefing schedule

1

for the Motion to Stay based on hearing date of September 11, 2007, "or as soon thereafter as the court may hear the matter." Because CCH's opposition to the MPSJ is currently due on September 21, 2007, *plaintiffs' proposed schedule defeats the purpose of the ex parte application* -- to avoid the costs and effort of opposing the MPSJ if the Motion to Stay is granted, costs and effort that are better used toward settlement. Given the complexity and seriousness of the issues involved in the MPSJ, plaintiffs' schedule does not address the exigent circumstances raised in the Ex Parte Application as CCH would have to have the opposition substantially complete by September 11, 2007. Attached Declaration of Maile R. Chun ("Chun Decl."), ¶ 2.

Given plaintiffs' agreement that the Motion to Stay should be decided before the MPSJ, CCH requested that plaintiffs continue the hearing on the MPSJ for one month. Chun Decl., ¶ 3. Plaintiffs refused to postpone the hearing on the MPSJ so that CCH can avoid the costs of preparing its opposition if the Motion to Stay is granted. Id.

Given the proximity to September 4 -- the date CCH requested for the hearing on the Motion to Stay -- CCH respectfully requests that the Court either hear the Motion to Stay on or before September 4, or, alternatively, stay the hearing on plaintiffs' MPSJ, currently set for October 9, 2007, as well as the deadline for the filing of CCH's opposition thereto, currently due on September 21,

2

2007, until dates scheduled by this Court after the Motion to Stay is ruled upon by this Court.[1]

    DATED:  Honolulu, Hawaii, August 23, 2007.

                                                CARRIE K.S. OKINAGA
                                                Corporation Counsel

                                                /s/Maile R. Chun
                                                MAILE R. CHUN
                                                Attorneys for Defendant
                                                City and County of Honolulu

---

[1] CCH agrees with plaintiffs that a reasonable briefing schedule on the Motion to Stay is necessary.  However, CCH notes that plaintiffs have had the Motion to Stay since it was served on August 14, 2007, plenty of time for them to brief their opposition in advance of a September 4 hearing date.

## DECLARATION OF MAILE R. CHUN

I, MAILE R. CHUN, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Hawaii and before this Court. I am Deputy Corporation Counsel for the City and County of Honolulu ("CCH"). I have personal knowledge of and am competent to make this Declaration concerning the matters set forth herein.

2. A hearing date of September 11, 2007 on the Motion to Stay will not allow CCH to avoid most of the costs of opposing the MPSJ. In fact, by that date, given the serious nature of the allegations in that motion, CCH would have to have the opposition substantially completed by September 11, 2007.

3. On August 22, 2007, I called William Tam, counsel for plaintiffs, and requested that plaintiffs stay the hearing on the MPSJ for one month. On August, 23, 2007, Mr. Tam refused this request, even though I explained that plaintiffs' proposed schedule defeats the purpose of the ex parte application.

I, Maile R. Chun, do declare under penalty of law under the laws of the United States that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 23, 2007.

By: /s/ Maile R. Chun
MAILE R. CHUN