IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY AND COUNTY OF HONOLULU<br>　　　　　Defendant. | ) CIVIL NO. CV 04-00463 DAE-BMK<br>)<br>) **DECLARATION OF MAILE R.**<br>) **CHUN**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MAILE R. CHUN

I, MAILE R. CHUN, hereby declare as follows:

1.　I am an attorney licensed to practice law in the State of Hawaii and before this Court.  I am Deputy Corporation Counsel for the City and County of Honolulu ("CCH").  I have personal knowledge of and am competent to make this Declaration concerning the matters set forth herein.

2.　A hearing date of September 11, 2007 on the Motion to Stay will not allow CCH to avoid most of the costs of opposing the MPSJ.  In fact, by that date, given the serious nature of the allegations in that motion, CCH would have to have the opposition substantially completed by September 11, 2007.

3.     On August 22, 2007, I called William Tam, counsel for plaintiffs, and requested that plaintiffs stay the hearing on the MPSJ for one month. On August, 23, 2007, Mr. Tam refused this request, even though I explained that plaintiffs' proposed schedule defeats the purpose of the ex parte application.

I, Maile R. Chun, do declare under penalty of law under the laws of the United States that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, August 23, 2007.

By: /s/ Maile R. Chun
MAILE R. CHUN