IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>          Defendants. | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**DEFENDANT CITY AND COUNTY OF HONOLULU'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S EX PARTE APPLICATION TO EXPEDITE THE HEARING ON DEFENDANT'S MOTION TO STAY; DECLARATION OF MAILE R. CHUN**

was duly served upon the following individuals at their address listed below on

August 23, 2007:

    Served Electronically through CM/ECF:        Email address

        CHRISTOPHER SPROUL        csproul@enviroadvocates.com
        Environmental Advocates
        5135 Anza Street
        San Francisco, California  94121

        PAUL ALSTON        palston@ahfi.com
        WILLIAM M. TAM        wtam@ahfi.com
        BLAKE K. OSHIRO        boshiro@ahfi.com
        Alston Hunt Floyd & Ing
        18th Floor, ASB Tower
        1001 Bishop Street
        Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

    DATED:  Honolulu, Hawaii, August 23, 2007.

                              CARRIE K.S. OKINAGA
                              Corporation Counsel

                              By /s/ Maile R. Chun
                                  MAILE R. CHUN
                                  Deputy Corporation Counsel
                                  Attorneys for Defendants