IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI`I CHAPTER; HAWAI`I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>            Plaintiffs,<br><br>       vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>            Defendant.<br>_____ | CV. NO. 04-00463 DAE-BMK |

ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR
ORDER SHORTENING TIME TO HEAR MOTION TO STAY

On August 14, 2007, Defendant filed an Ex Parte Application, requesting that this Court set an expedited hearing on its motion to stay. Pursuant to Local Rule 7.2(d), the Court finds the ex parte application suitable for disposition without a hearing.

The ex-parte application to shorten time for a hearing on the motion to stay is GRANTED. The hearing on Defendant's Motion to Stay is set for September 10, 2007, at 11:15 a.m., before the Honorable David Alan Ezra, in his courtroom, United States District Court, 300 Ala Moana Boulevard, Honolulu,

Hawaii.  The opposition brief is due by midnight Friday, August 31, 2007, and the reply brief is due on September 5, 2007, at 9:00 a.m.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, August 27, 2007.



_____
David Alan Ezra
United States District Judge

<u>Sierra Club, Hawai`i Chapter, et al. vs. City and County of Honolulu,</u> Civil No. 04-00463 DAE-BMK; ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO STAY