IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>and )<br>)<br>STATE OF HAWAI'I, by Margery )<br>S. Bronster, its Attorney General, and )<br>LAWRENCE MIIKE, M.D., Director )<br>of Health, State of Hawai'i,, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY AND COUNTY OF )<br>HONOLULU, et al., )<br>)<br>Defendants. )<br>_____ ) | CIVIL 07-00235DAE-KSC |

### ORDER ADOPTING MAGISTRATE'S
### FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on June 28, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant Sierra Club, Hawai'i Chapter, Hawai'i's Thousand

**EXHIBIT E**

Friends and our Children's Earth Foundation's Amended Motion to Intervene," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 25, 2007.



David Alan Ezra
United States District Judge

United States of America, et al. vs. City and County of Honolulu, et al., Civil No. 07-00235 DAE-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION