**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

No. 07-177

# RESOLUTION

TO RETAIN THE SERVICES OF BINGHAM McCUTCHEN LLP ("BINGHAM") TO REPRESENT THE CITY AND COUNTY OF HONOLULU ("CITY") IN ALL ACTIONS RELATING TO THE TENTATIVE DECISIONS BY THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ("EPA") TO DENY APPLICATIONS FOR A RENEWED VARIANCE FROM SECONDARY TREATMENT REQUIREMENTS FOR THE HONOULIULI AND SAND ISLAND WASTEWATER TREATMENT PLANTS ("WWTP")

WHEREAS, EPA issued its tentative decision to deny an application for a renewed variance from secondary treatment for the Honouliuli Wastewater Treatment Plant ("WWTP") on March 28, 2007; and

WHEREAS, the City is expecting to receive EPA's tentative decision to deny an application for a renewed variance from secondary treatment for the Sand Island WWTP in October 2007; and

WHEREAS, if the City's applications are ultimately denied for both the Sand Island and Honouliuli WWTPs, the cost for secondary treatment will exceed $1 billion dollars in construction costs; and

WHEREAS, the benefit of secondary treatment to the outfall marine environment is speculative at best and the City needs to focus its resources on the wastewater collection system; and

WHEREAS, Bingham was retained by the City in 2004 as co-counsel in the Sierra Club lawsuit[1] that asserts, among other things, claims relating to alleged violations of the NPDES 301(h) waiver permits for the Sand Island and Honouliuli WWTPs and improper operation and maintenance at these two WWTPs, as well as allegations of spills from the collection systems; and

WHEREAS, as part of the City's defense of the Sierra Club lawsuit, consultants were hired through Bingham and have been working diligently to evaluate and advise the City on alternatives for possible upgrades for the two WWTPs; and

WHEREAS, legal representation is needed with regard to all actions relating to the tentative decisions by EPA to deny applications for a renewed variance from

---

[1] Civil No. CV04-00463 DAE-BMK, *Sierra Club, et al. v. City and County of Honolulu, et al.*

COR00004.R07

1 **EXHIBIT I**

EM



**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

No. 07-177

# RESOLUTION

secondary treatment requirements for the Honouliuli and Sand Island WWTPs and said legal representation will involve complex issues of law and fact, requiring specialized legal knowledge and expertise in the handling of said matters; and

WHEREAS, Section 5-204.1 of the Revised Charter of the City and County of Honolulu 1973 (2000 Edition) provides that special deputies may be appointed by the Corporation Counsel with the approval of the Council; now therefore,

BE IT RESOLVED by the Council of the City and County of Honolulu that:

(1) Pursuant to Section 5-204.1 of the Revised Charter of the City and County of Honolulu 1973 (2000 Edition), the Council hereby authorizes and approves the appointment of Bingham McCutchen LLP to serve as co-counsel with the deputies of the Department of the Corporation Counsel in representing the City and County of Honolulu in all actions relating to the tentative decisions by EPA to deny applications for a renewed variance from secondary treatment requirements for the Honouliuli and Sand Island WWTPs;

(2) The billing rate for James Dragna shall not exceed the rate of $425.00 per hour, and the billing rate for Nancy Wilms, Bryan Brown, and all other attorneys working on these matters shall not exceed the rate of $395.00 per hour for their services rendered in connection with these matters;

(3) The Special Deputy Corporation Counsel(s) shall also be allowed reimbursement for reasonable costs incurred in connection with its services;

(4) The Special Deputy Corporation Counsel(s) may be paid monthly for their services, provided that the Special Deputy Corporation Counsel(s) submit to the Department of the Corporation Counsel an itemized monthly statement reflecting the specific services rendered, together with the total number of hours (in tenths of an hour billing) for the specific services and costs incurred thereto, and the monthly statement is reviewed and approved by the Corporation Counsel before any payments are made by the City and County of Honolulu; and

(5) The total sum to be expended by the Special Deputy Corporation Counsel(s) shall not exceed $1,200,000.00, but this amount may be increased by the Council if it is satisfied with the justification made upon recommendation by the Corporation Counsel for a waiver of said maximum amount; and



# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

No. **07-177**

## RESOLUTION

BE IT FINALLY RESOLVED by the Council that the Clerk be and hereby is directed to transmit copies of this Resolution to be transmitted to BINGHAM McCUTCHEN LLP, attention: James Dragna, Esq., 355 South Grand Avenue, Suite 4400, Los Angeles, California 90071-1560, and to the Corporation Counsel.

INTRODUCED BY:

_/s/ Ann Kobayashi_

_____

_____

_____

_____

_____

_____

_____

Councilmembers

DATE OF INTRODUCTION:

MAY 17 2007

Honolulu, Hawaii

3

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII
CERTIFICATE

**RESOLUTION 07-177**

Introduced: 05/17/07   By: ANN KOBAYASHI           Committee: EXECUTIVE MATTERS

Title: RESOLUTION TO RETAIN THE SERVICES OF BINGHAM McCUTCHEN LLP ("BINGHAM") TO REPRESENT THE CITY AND COUNTY OF HONOLULU ("CITY") IN ALL ACTIONS RELATING TO THE TENTATIVE DECISIONS BY THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ("EPA") TO DENY APPLICATIONS FOR A RENEWED VARIANCE FROM SECONDARY TREATMENT REQUIREMENTS FOR THE HONOULIULI AND SAND ISLAND WASTEWATER TREATMENT PLANTS ("WWTP").

Links: RES07-177

| | | |
|---|---|---|
| EXECUTIVE MATTERS | 5/16/07 | CR-187 – RESOLUTION REPORTED OUT OF COMMITTEE FOR ADOPTION. |
| COUNCIL | 6/6/07 | RESOLUTION AND CR-187 ADOPTED. |

APO Y   CACHOLA Y   DELA CRUZ Y   DJOU N   GARCIA Y
KOBAYASHI Y   MARSHALL Y   OKINO Y   TAM Y

I hereby certify that the above is a true record of action by the Council of the City and County of Honolulu on this RESOLUTION.

_____
DENISE C. DE COSTA, CITY CLERK

_____
BARBARA MARSHALL, CHAIR AND PRESIDING OFFICER