IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER;  )<br>HAWAIʻI'S THOUSAND FRIENDS; and )<br>OUR CHILDREN'S EARTH FOUNDATION,)<br>                                )<br>        Plaintiffs,            )<br>                                )<br>    vs.                         )<br>                                )<br>CITY AND COUNTY OF HONOLULU and )<br>FRANK DOYLE, DIRECTOR OF THE    )<br>DEPARTMENT OF ENVIRONMENTAL     )<br>SERVICES, in his official       )<br>capacity,                       )<br>                                )<br>        Defendants.             )<br>                                ) | Civil No. 04-00463 DAE-BMK<br><br>**CERTIFICATE OF WORD COUNT** |

**CERTIFICATE OF WORD COUNT**

Pursuant to Local Rule 7.5, I hereby certify that **Plaintiffs' Opposition to Defendant City and County of Honolulu's Motion to Stay** contains 8,299 words, exclusive of case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificates of service.

DATED:  Honolulu, Hawaiʻi, August 31, 2007.

                               /s/ William M. Tam
                              CHRISTOPHER SPROUL
                              Environmental Advocates

                              PAUL ALSTON
                              WILLIAM M. TAM
                              BLAKE K. OSHIRO
                              Alston Hunt Floyd & Ing

                              Attorneys for SIERRA CLUB, HAWAIʻI
                              CHAPTER, HAWAIʻI'S THOUSAND
                              FRIENDS, and OUR CHILDREN'S EARTH
                              FOUNDATION