IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SIERRA CLUB, HAWAI‘I CHAPTER;<br>HAWAI‘I'S THOUSAND FRIENDS; and<br>OUR CHILDREN'S EARTH FOUNDATION,<br><br>       Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU and<br>FRANK DOYLE, DIRECTOR OF THE<br>DEPARTMENT OF ENVIRONMENTAL<br>SERVICES, in his official<br>capacity,<br><br>       Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

| | **HAND-<br>DELIVERED** | **E-MAIL** | **MAILED** |
|---|---|---|---|
| CARRIE OKINAGA, ESQ.<br>*cokinaga@honolulu.gov*<br>MAILE R. CHUN, ESQ.<br>*mchun@honolulu.gov*<br>Corporation Counsel<br>City & County of Honolulu<br>530 So. King Street<br>Honolulu, HI  96813<br>    and | ( ) | ( X ) | ( X ) |

651629_1/7502-3

|  | **HAND-DELIVERED** | **E-MAIL** | **MAILED** |
|---|---|---|---|
| JAMES DRAGNA, ESQ.<br>jim.dragna@bingham.com<br>NANCY WILMS, ESQ.<br>nancy.wilms@bingham.com<br>BRYAN K. BROWN, ESQ.<br>bryan.brown@bingham.com<br>c/o Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106 | ( ) | ( X ) | ( ) |

Attorneys for Defendants
City and County of Honolulu and
Frank Doyle, Director of the
Department of Environmental
Services, in his official capacity

DATED:  Honolulu, Hawai'i, August 31, 2007.

\_\_\_/s/ William M. Tam_____
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION