## Chun, Maile R.

| | |
|---|---|
| **From:** | Dragna, Jim [jim.dragna@bingham.com] |
| **Sent:** | Friday, August 31, 2007 8:32 AM |
| **To:** | Chris Sproul; WILLIAM TAM |
| **Cc:** | robert.mullaney@usdoj.gov; barroll.hugh@epa.gov; Okinaga, Carrie K S; Chun, Maile R. |
| **Subject:** | City and County of Honolulu |

Dear Chris and Bill:

The City and County of Honolulu ("CCH"), U.S. EPA and the State of Hawaii have scheduled a meeting to kick off our global settlement negotiations on October 1 at our offices in San Francisco. These negotiations will focus on any remaining issues involving CCH's collection system not otherwise addressed in the Stipulated Order. They are also to include some or all of the NPDES permit compliance issues at issue in the pending NGO litigation.

CCH would like to include the NGO's in these settlement discussions so that the NGO's concerns, to the extent different than those of the governments, can be considered during the settlement negotiations. In the past, CCH has requested that the NGO's commit in good faith to the settlement process by dismissing (without prejudice) their pending NPDES litigation against CCH prior to participating in negotiations so that the parties may focus their resources and attention on settlement rather than on costly and unnecessary litigation. The NGO's have rejected this approach. In an effort to reach a compromise on this issue, CCH asks that the NGO's agree to stay their pending litigation against CCH and not pursue additional litigation during the pendency of the negotiations as a condition precedent to their participation in the negotiations. Of course, the stay would not include the NGO's objections to our current settlement agreement with the governments, which the NGO's are free to pursue. Hopefully, we can defer completely the NGO's pending lawsuit, resolve our outstanding issues, and avoid future settlement challenges. CCH continues to believe that the public interest is better served by spending time and resources on addressing the wastewater system rather than continuously being in litigation.

Please let me know if the NGO's are willing to accept this proposal at you earliest convenience. As you know, we are scheduled to appear before Judge Ezra on Monday, September 10 to discuss our request for a stay of the NGO litigation. The NGO's acceptance of this proposal would, of course, eliminate the need for this hearing and save resources of the parties and the Court.

I look forward to hearing from you.

Jim Dragna

---

The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

---

9/4/2007

EXHIBIT A