City and County of Honolulu
Wastewater System Negotiations— Timeline

| Date | CS/WWTP* | Event/Description |
|---|---|---|
| **2006** | | |
| 2006 Mar 29 | ALL | CCH meets with DOJ, EPA, DOH and Citizens in San Francisco to negotiate collection system issues and alleged violations of the 1995 Consent Decree and SI and HN permits. |
| 2006 Apr 20 | CS | DOJ proposes that CCH enter into accelerated negotiations on an interim settlement agreement to address critical force mains. |
| 2006 May 2-3 | ALL | CCH meets with EPA, DOJ, DOH and Citizens in Honolulu to negotiate issues on CCH wastewater system. |
| 2006 May 15 | CS | CCH responds to DOJ and agrees to enter into accelerated negotiations on an interim settlement agreement to address critical force mains. |
| 2006 May 18 | CS | DOJ presents a list of proposed projects (force main projects and gravity line projects) to CCH copied to DOH, EPA and Citizens to be included in the interim settlement agreement. |
| 2006 May 22 | CS | Citizens propose additional issues, which they would like to be included in the interim settlement agreement. |
| 2006 Jun 1 | CS | DOJ provides background information to CCH copied to EPA, DOH and Citizens regarding interim settlement agreement scope of work. |
| 2006 Jun 13 | CS | CCH presents web-conference presentation to EPA, DOH and Citizens to provide information regarding interim settlement agreement scope of work. |
| 2006 Jun 15 | CS | DOJ document and information request to CCH relating to June 13 web conference copied to EPA, DOJ, DOH and Citizens. |
| 2006 Jun 21 | CS | CCH submits a letter to EPA, DOH and Citizens stating CCH's position on the interim settlement agreement scope of work. |
| 2006 Jun 22 | CS | CCH responds to DOJ, EPA, DOH and Citizens re June 15 document request. |
| 2006 Jun 26 | CS | CCH submits a Technical Memo to EPA, DOH and Citizens regarding additional information on the interim settlement agreement scope of work. |
| 2006 Jun 28 | CS | Conference call among CCH, EPA, DOH, and Citizens regarding CCH's position on the interim settlement agreement scope of work. |
| 2006 Jul 5 | CS | DOJ submits additional information request regarding CCH's June 26th and 28th submittals. |
| 2006 Jul 13 | CS | CCH responds to DOJ, EPA, DOH and Citizens re July 5 information request. |
| 2006 Jul 16 | CS | CCH submits additional response to DOJ's July 5, 2006 information request. |
| 2006 Jul 19 - | CS | CCH meets with EPA, DOH and Citizens in San Francisco regarding interim settlement agreement |

EXHIBIT B

City and County of Honolulu
Wastewater System Negotiations— Timeline

| Date | CS/WWTP* | Event/Description |
|---|---|---|
| 20 | | scope of work. |
| 2006 Jul 26 | CS | DOJ submits a letter to CCH regarding interim settlement agreement scope of work. |
| 2006 Aug 11 | CS | CCH responds to DOJ's July 26, 2006 letter. |
| 2006 Aug 28 | CS | Conference call among CCH, DOJ, EPA, DOH and Citizens regarding interim settlement agreement scope of work. |
| 2006 Aug 30 | CS | DOJ replies to CCH's August 11, 2006 letter. |
| 2006 Aug 30 | CS | Citizens submit Notice of Lifting Stay and Response to CCH's August 11, 2006 counterproposal to DOJ. |
| 2006 Sep 15 | CS | CCH responds to DOJ's August 30, 2006 letter. |
| 2006 Sep 28 | CS | Magistrate Kevin Chang conducts status conference with DOJ, CCH, DOH and Citizens indicates parties should pursue settlement negotiations. |
| 2006 Sep 28 | CS | Conference call among CCH, DOJ, EPA and DOH regarding CCH's September 15, 2006 letter. |
| 2006 Sep 28-29 | CS | Email exchange among CCH, DOJ, EPA, DOH and Citizens re scheduling meet and confer date for further settlement negotiations. |
| 2006 Oct 05 | CS | Conference call among CCH, DOJ, EPA, DOH and Citizens re interim settlement agreement. |
| 2006 Oct 12 | CS | DOJ submits draft interim settlement agreement to CCH. |
| 2006 Oct 13 | CS | Citizens submit a letter to Mayor requesting that CCH enter into a settlement agreement with EPA and DOH. |
| 2006 Oct 13 | CS | Conference call among CCH, EPA, DOJ, DOH, Citizens. |
| 2006 Oct 17 | CS | DOJ submits draft appendices to interim settlement agreement, which include scope of work. |
| 2006 Oct 18 | CS | DOJ submits additional information for Kaneohe Kailua force main schedule. |
| 2006 Oct 19 | CS | Citizens submit a letter to CCH regarding Supplemental Environmental Projects (SEPs) and additional settlement issues. |
| 2006 Oct 24 | CS | CCH meets with DOJ, EPA, DOH and Citizens in San Francisco re draft interim settlement agreement, appendices and Kaneohe/Kailua Force Main Schedule. |
| 2006 Oct 24 | CS | CCH submits revised appendices to interim settlement agreement to DOJ, EPA, DOH and Citizens. |
| 2006 Nov 1 | CS | Conference call between CCH counsel and DOJ. |
| 2006 Nov 13 | CS | DOJ submits revised appendices to interim settlement agreement to CCH, DOH and Citizens. |
| 2006 Nov 17 | CS | CCH submits letter to EPA, DOH and Citizens summarizing issues that CCH has with EPA's October 12, 2006 draft interim settlement agreement. |

City and County of Honolulu
Wastewater System Negotiations – Timeline

| Date | CS/WWTP* | Event/Description |
|---|---|---|
| 2006 Nov 27 | CS | CCH submits revised appendices to interim settlement agreement to DOJ, EPA, DOH and Citizens. |
| 2006 Nov 29 | CS | CCH submits to DOJ, EPA and DOH a revised draft interim settlement agreement. |
| 2006 Nov 30 | CS | CCH meets with DOJ, EPA, DOH and Citizens in Honolulu regarding CCH's November 29, 2006 draft interim settlement agreement. |
| 2006 Dec 5 | CS | Conference call among CCH counsel, DOJ, EPA counsel, and DOH counsel. |
| **2007** | | |
| 2007 Feb 6 | CS | CCH submits a revised draft interim settlement agreement to DOJ, EPA, DOH and Citizens. |
| 2007 Feb 7 | CS | CCH submits a letter to Citizens regarding their role in the interim settlement agreement and other issues. |
| 2007 Feb 8 | CS | CCH meets in Honolulu with Citizens' counsel William Tam. |
| 2007 Feb 12 | ALL | Conference call among CCH, EPA and DOH in which EPA and DOH state that they are: 1) no longer interested in negotiating the interim settlement agreement and will proceed with litigation and, 2) will issue the TDD for HN in March 2007. |
| 2007 Mar 2 | ALL | Citizens Re-Calendar and Re-File their Motion for Reconsideration of Judge David Ezra's September 30, 2005 Order in the Sierra Club 2004 litigation. |
| 2007 Mar 5 | ALL | CCH meets with DOJ and EPA in Washington DC. |
| 2007 Mar 6 | CS | Citizens file Motion to Intervene in the United States of America's 1995 Consent Decree Litigation. |
| 2007 Mar 8 | CS | CCH letter to DOJ and EPA re interim settlement agreement. |
| 2007 Mar 12 | CS | DOJ letter to CCH and EPA re interim settlement agreement |
| 2007 Mar 21 | CS | Conference call among CCH, EPA and DOH counsel re terms of interim settlement agreement. |
| 2007 Mar 21 | CS | DOJ submits letter to CCH, EPA and DOH re interim settlement agreement, |
| 2007 Mar 21 | CS | DOH and EPA submit revised appendices and text for interim settlement agreement to CCH. |
| 2007 Mar 27 | CS | CCH responds to DOH and DOH re interim settlement agreement |
| 2007 Mar 30 | CS | DOJ submits revised interim settlement documents to CCH, EPA and DOH. |
| 2007 Apr 09 | CS | DOJ submits final version of interim settlement documents to CCH, EPA and DOH. |
| 2007 Apr 09 | CS | CCH submits email to Citizens regarding their role in the interim settlement agreement. |
| 2007 Apr 09 | CS | Citizens submit email and letter to CCH re interim settlement agreement. |
| 2007 Apr 12 | CS | CCH responds to Citizens re interim settlement agreement. |
| 2007 May 8 | CS | DOJ files complaint and lodges stipulated order with USDC. |

City and County of Honolulu
Wastewater System Negotiations— Timeline

| Date | CS/WWTP* | Event/Description |
|---|---|---|
| 2007 May 24 | CS | Citizens file motion to intervene in United States of America stipulated order filed on May 8, 2007. |

Notes:
* Acronyms Used In Timeline
  CS = Collection System
  WWTP = Wastewater Treatment Plant
  SI = Sand Island Wastewater Treatment Plant
  HN = Honouliuli Wastewater Treatment Plant
  EPA= Environmental Protection Agency
  DOH= Hawaii State Department of Health
  CCH= City and County of Honolulu