IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER;<br>HAWAI'I'S THOUSAND FRIENDS;<br>and OUR CHILDREN'S EARTH<br>FOUNDATION,<br><br>             Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF<br>HONOLULU and FRANK DOYLE,<br>DIRECTOR OF THE DEPARTMENT<br>OF ENVIRONMENTAL SERVICES,<br>in his official capacity,<br><br>             Defendants. | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**DEFENDANT CITY AND COUNTY OF HONOLULU'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO STAY; DECLARATION OF MAILE R. CHUN; EXHIBITS A AND B**

was duly served upon the following individuals at their address listed below on September 5, 2007:

Served Electronically through CM/ECF:                Email address

    CHRISTOPHER SPROUL        csproul@enviroadvocates.com
    Environmental Advocates
    5135 Anza Street
    San Francisco, California 94121

    PAUL ALSTON        palston@ahfi.com
    WILLIAM M. TAM        wtam@ahfi.com
    BLAKE K. OSHIRO        boshiro@ahfi.com
    Alston Hunt Floyd & Ing
    18th Floor, ASB Tower
    1001 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, September 5, 2007.

                                    CARRIE K.S. OKINAGA
                                    Corporation Counsel

                                    By /s/ Maile R. Chun
                                        MAILE R. CHUN
                                        Deputy Corporation Counsel
                                        Attorneys for Defendants