# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00463DAE-BMK |
| CASE NAME: | Sierra Club, Hawaii Chapter, et al. v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Christopher Sproul(VIA PHONE)<br>Paul Alston<br>Douglas A. Codiga |
| ATTYS FOR DEFT: | Carrie Okinaga<br>James Dragnar |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 09/10/2007 | TIME: | 10:30am-11:30am |

COURT ACTION:  EP:  [121] MOTION to Stay.

Oral arguments heard.

[121] MOTION to Stay-DENIED without prejudice.

Court to issue order.

Status conference set for 1/15/08 @130pmDAE.

Submitted by:  Theresa Lam, Courtroom Manager