# EXHIBIT B

CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Tel: (415) 533-3376
Fax: (415) 358-5695
Email:    csproul@enviroadvocates.com

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU

'05 NOV 14 A11 :09

REFERRED TO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 4 2005

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

LEA HONG                5558-0
ALSTON HUNT FLOYD & ING
Attorneys At Law,
A Law Corporation
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Tel: (808) 524-1800
Fax: (808) 524-5976
Email:    lea@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS
and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER;<br>HAWAI'I'S THOUSAND FRIENDS; and<br>OUR CHILDREN'S EARTH<br>FOUNDATION,<br><br>          Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF HONOLULU and<br>FRANK DOYLE, DIRECTOR OF THE | ) Civil No. 04-00463 DAE/BMK<br>)<br>)<br>) **PLAINTIFFS' MORE**<br>) **DEFINITE STATEMENT ON**<br>) **THEIR EIGHTH CLAIM OF**<br>) **SECOND AMENDED**<br>) **COMPLAINT FILED**<br>) **JANUARY 10, 2005;**<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>) |

596128v1/7502-1

**EXHIBIT B**

DEPARTMENT OF ENVIRONMENTAL  )
SERVICES, in his official capacity,  )
                                   )
        Defendants.  )
_____  )

### PLAINTIFFS' MORE DEFINITE STATEMENT
### ON THEIR EIGHTH CLAIM OF SECOND
### AMENDED COMPLAINT FILED JANUARY 10, 2005

Plaintiffs Sierra Club, Hawai'i Chapter ("Sierra Club"), Hawai'i's

Thousand Friends ("HTF"), and Our Children's Earth Foundation ("OCE")

(collectively, "Plaintiffs"), by and through their attorneys, hereby submit a More

Definite Statement related to their Eighth Claim for Relief (Violations of 2002

EPA Sand Island Order) in their Second Amended Complaint filed January 10,

2005 ("Complaint").

Plaintiffs agreed to provide a more definite statement of their Eighth

Claim. In this Court's Order filed September 30, 2005, the Court required that

such a statement be filed by November 14, 2005. Plaintiffs supplement the

allegations and claims related to the Eighth Claim in their Complaint as follows:

### EIGHTH CLAIM FOR RELIEF
### Violations of 2002 EPA Sand Island Order
### 33 U.S.C. §§ 1311(a), 1365

1.     EPA issued an administrative order to CCH in September 2002

that required CCH to take specified measures to correct its NPDES permit

violations and ensure permit compliance ("2002 EPA Sand Island Order"). As

specified below, CCH has violated the requirements of the 2002 EPA Sand Island Order. Accordingly, CCH is in on-going violation of the 2002 EPA Sand Island Order.

2. The 2002 EPA Sand Island Order required CCH, immediately upon receiving the Order, to initiate all necessary measures to prevent all further permit violations and to bring the Sand Island WWTP into immediate and continuous compliance with all provisions of the Sand Island NPDES Permit. 2002 EPA Sand Island Order, Order for Compliance ¶ I. CCH did not immediately initiate and has yet to initiate all measures needed to prevent all further Sand Island permit violations and to bring the Sand Island WWTP into immediate and continuous compliance with all provisions of the Sand Island NPDES Permit. Thus, CCH has not complied with this requirement of the 2002 EPA Sand Island Order. Since the 2002 EPA Sand Island Order was issued, CCH has committed numerous violations of effluent limits set forth in Sand Island Permit ¶ A.1 on at least the following pollutants: daily maximum enterococcus levels, daily maximum mass amount of dieldrin, dieldrin average annual mass amount and concentration levels, chlordane average annual mass amount and concentration levels, monthly average BOD percent removal, and monthly average TSS percent removal.

3.    CCH failed to complete capital improvement projects as required by the Sand Island Permit compliance schedule provisions. Specifically, CCH failed to complete the Sand Island Wastewater Treatment Plan Disinfection Facility by the July 20, 2002 deadline and then continuously operate the facility by July 21, 2002 as required by the compliance schedule provisions of the Sand Island Permit. *See* Sand Island Permit ¶ A.2.g. CCH further failed to complete the Hart Street Wastewater Pump Station project by February 18, 2005 as required by the compliance schedule provisions of the Sand Island Permit. *See* Sand Island Permit ¶ A.2.b.

4.    The 2002 EPA Sand Island Order required CCH by December 1, 2002 to submit to EPA an Effluent Limits Action Plan setting forth a plan on the actions CCH will take to ensure immediate and continuous compliance with the effluent limits in the Sand Island Permit. 2002 EPA Sand Island Order, Order for Compliance ¶ II. CCH failed to submit a timely and adequate Effluent Limits Action Plan as evidenced, *inter alia*, by CCH's continued violation of Sand Island Permit effluent limits.

5.    The 2002 EPA Sand Island Order required CCH by November 1, 2002 to submit to EPA a Compliance Schedule Action Plan setting forth a plan to ensure immediate and continuous compliance with the compliance schedules in the Sand Island Permit. 2002 EPA Sand Island Order, Order for Compliance ¶ III.

CCH failed to submit a timely and adequate Compliance Schedule Action Plan as evidenced, *inter alia*, by CCH's continued violation of Sand Island Permit compliance schedule provisions well past the deadlines for completion of compliance schedule requirements.

   6. The 2002 EPA Sand Island Order required CCH by December 1, 2002 to submit to EPA an Operation and Maintenance Action Plan setting forth a plan to ensure immediate and continuous compliance with the operation and maintenance requirements of the Sand Island Permit. 2002 EPA Sand Island Order, Order for Compliance ¶ IV. CCH failed to submit a timely and adequate Operation and Maintenance Action Plan as evidenced, *inter alia*, by CCH's continued failure to operate and maintain the Sand Island WWTP in a fashion that ensures effective treatment of Sand Island WWTP effluent and the reduction of pollutant discharge to be expected by a well-maintained and operated sewage treatment facility.

DATED: Honolulu, Hawai'i, November 14, 2005.

_____
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

LEA HONG
ALSTON HUNT FLOYD & ING
Attorneys for Plaintiffs SIERRA CLUB,
HAWAI'I CHAPTER, HAWAI'I'S
THOUSAND FRIENDS, and OUR
CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

SIERRA CLUB, HAWAI'I CHAPTER; )  Civil No. 04-00463 DAE/BMK
HAWAI'I'S THOUSAND FRIENDS; and )
OUR CHILDREN'S EARTH )  **CERTIFICATE OF SERVICE**
FOUNDATION, )
　 )
　　　　Plaintiffs, )
　 )
　　v. )
　 )
CITY AND COUNTY OF HONOLULU and )
FRANK DOYLE, DIRECTOR OF THE )
DEPARTMENT OF ENVIRONMENTAL )
SERVICES, in his official capacity, )
　 )
　　　　Defendants. )
　 )
_____ )

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct

copy of the foregoing to be served on the following persons by facsimile, hand-

delivery or U.S. mail, postage prepaid (as indicated below) to their respective

addresses:

|  | **HAND-DELIVERED** | **FAX** | **MAILED** |
|---|---|---|---|
| CARRIE K.S. OKINAGA, ESQ.<br>Corporation Counsel<br>**MAILE R. CHUN, ESQ.**<br>Deputy Corporation Counsel<br>Department of Corporation Counsel<br>City and County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, HI 96813<br>and | ( x ) | ( ) | ( ) |
| JAMES J. DRAGNA, ESQ.<br>NANCY M. WILMS, ESQ.<br>**BRYAN K. BROWN, ESQ.**<br>DARSHANN M. TURPIN, ESQ.<br>Bingham McCutchen LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA 90071-3106 | ( ) | ( ) | ( x ) |

Attorneys for Defendants
CITY AND COUNTY OF
HONOLULU AND FRANK DOYLE,
DIRECTOR OF THE
DEPARTMENT OF
ENVIRONMENTAL SERVICES, IN
HIS OFFICIAL CAPACITY

596128v1/7502-1

2

DATED:  Honolulu, Hawai'i, November 14, 2005.

_____
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

LEA HONG
DOUGLAS A. CODIGA
ALSTON HUNT FLOYD & ING
Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH
FOUNDATION