# EXHIBIT D



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION IX
75 Hawthorne Street
San Francisco, CA 94105-3901

Reply to:
WTR-5

September 30, 1998

Kenneth E. Sprague, Director
City and County of Honolulu
Department of Environmental Services
650 South King Street, 3rd Floor
Honolulu, HI 96813

Dear Mr. Sprague:

    A final National Pollutant Discharge Elimination System (NPDES) permit, incorporating federal requirements pursuant to Section 301(h) of the Clean Water Act and State Zone of Mixing requirements in accordance with the Hawaii Revised Statutes (HRS), has been jointly issued by the U. S. Environmental Protection Agency (EPA) and the Hawaii State Department of Health (DOH) for the following discharge:

        Sand Island Wastewater Treatment Plant
        NPDES Permit No. HI 0020117

    A draft NPDES permit was jointly public noticed by the EPA and the DOH on July 24, 1998. A workshop and public hearing was held in Honolulu, Hawaii, on August 25, 1998. After considering the expressed views of all interested persons and agencies, and pertinent federal and State statutes and regulations, the EPA and the DOH have prepared a final NPDES permit which does not differ significantly from that previously proposed.

    Enclosed are copies of the final 301(h)-modified NPDES permit, response to comments and public noticed fact sheet, and the Regional Administrator's final 301(h) decision letter. The final NPDES permit shall become effective 33 days from date of signature by the Regional Administrator (November 2, 1998). If you have any questions, please call Ms. Robyn Stuber, of my staff, at 415/744-1921, or Mr. Alec Wong, of the DOH, at 808/586-4309.

                                      Sincerely,

                                      Alexis Strauss, Acting Director
                                      Water Division

Enclosure

cc:    DOH, Clean Water Branch
        Sand Island WWTP 301(h) mailing list [only final 301(h) decision letter]

*Printed on Recycled Paper*

**EXHIBIT D**

NPDES Permit No. HI 0020117
Page 1 of 59

# AUTHORIZATION TO DISCHARGE UNDER THE
# NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM

In compliance with the provisions of the Clean Water Act, as amended, (33 U.S.C. 1251 *et seq.*; the Act) and Chapter 342D, Hawaii Revised Statutes, and Chapters 11-54 and 11-55, Administrative Rules, Department of Health, State of Hawaii,

**CITY AND COUNTY OF HONOLULU
DEPARTMENT OF ENVIRONMENTAL SERVICES
(Sand Island Wastewater Treatment Plant)**

(hereinafter "Permittee"),

is authorized to discharge treated wastewater from its Sand Island Wastewater Treatment Plant (WWTP),

located at 1150 Sand Island Parkway Road, Honolulu, Hawaii,

to receiving waters named Mamala Bay of the Pacific Ocean, through Discharge Serial Number 001 at Latitude 21°17'01" N, Longitude 157°54'24" W,

in accordance with effluent limitations, monitoring requirements, and other conditions set forth herein, and in the attached Department of Health "Standard NPDES Permit Conditions," dated October 1, 1997.

All references to Title 40 of the Code of Federal Regulations (CFR) are to regulations that are in effect on July 1, 1997, except as otherwise specified. Unless otherwise specified herein, all terms are defined as provided in the applicable regulations in Title 40 of the CFR.

This permit shall become effective on November 2, 1998.

This permit and the authorization to discharge shall expire at midnight, November 3, 2003.

_____        _____
Lawrence Miike, Director                Alexis Strauss, Acting Director
Department of Health                    Water Division
State of Hawaii                         U. S. Environmental Protection Agency
                                        Region IX

                                        for the Regional Administrator

Date: ___SEP 3 0 1998___                Date: ___SEP 3 0 1998___

# TABLE OF CONTENTS

PART A.   EFFLUENT LIMITATIONS AND MONITORING REQUIREMENTS

1. Discharge Limitations and Monitoring Requirements
2. Schedules of Compliance for Sand Island WWTP Upgrade and Discharge Limitations for Enterococcus

PART B.   WHOLE EFFLUENT TOXICITY REQUIREMENTS

1. Chronic Toxicity
2. Quality Assurance
3. Preparation of Initial Investigation TRE Workplan
4. Additional (Accelerated) Toxicity Testing
5. TRE/TIE
6. Reporting

PART C.   SPECIFIC WATER QUALITY CRITERIA FOR RECREATIONAL AREAS

PART D.   ZONE OF INITIAL DILUTION LIMITATIONS, ZONE OF MIXING LIMITATIONS, AND MONITORING REQUIREMENTS

PART E.   RECEIVING WATER MONITORING PROGRAM REQUIREMENTS

PART F.   WASTEWATER POLLUTION PREVENTION PROGRAM

1. Annual Report

PART G.   PRETREATMENT REQUIREMENTS

PART H.   SLUDGE/BIOSOLIDS REQUIREMENTS

PART I.   REPORTING REQUIREMENTS

1. Reporting Monitoring Results
2. Reporting Noncompliance and Other Incidents
3. Other Reporting Requirements

PART J.   SPECIAL CONDITIONS

PART K.    APPENDIX
   1.    Location Maps
   2.    Process Diagrams
   3.    Core Monitoring Stations

**STANDARD NPDES PERMIT CONDITIONS (Attached)**

NPDES Permit No. HI 0020117
Page 4 of 59

A. **EFFLUENT LIMITATIONS AND MONITORING REQUIREMENTS** (based upon an average daily design flow of 3.59 m$^3$/sec, or 82 MGD)

1. During the period beginning with the effective date of this permit and lasting through the expiration date of this permit, the Permittee is authorized to discharge treated wastewater from Discharge Serial No. 001. The discharge shall be limited and monitored by the Permittee as specified below:

| Discharge Parameter | Discharge Limitations ||||| Monitoring Requirements ||
|---|---|---|---|---|---|---|
| | Average Monthly | Average Weekly | Maximum Daily | Units | Minimum Frequency | Sample Type |
| Flow | report | report | report | MGD | continuous | recorder or totalizer |
| Biochemical Oxygen Demand (5-day) | 116<br>79,330 | 160<br>109,421 | report | mg/l[1]<br>lbs/day[2] | daily | 24 hr composite |
| | As a monthly average, not less than 30% removal efficiency from influent stream[3] |||||| 
| Total Suspended Solids | 69<br>47,187 | 104<br>71,124 | report | mg/l[1]<br>lbs/day[2] | daily | 24 hr composite |
| | As a monthly average, not less than 60% removal efficiency from influent stream[3] ||||||

---

[1] The average monthly discharge limitation (in mg/l) is that value associated with the 95th percentile of January 1993 through December 1997 daily effluent concentration data for all months achieving ≥30% removal of influent BOD$_5$, as provided by the Permittee on May 4, 1998. For BOD$_5$, the average weekly discharge limitation (in mg/l) approximates the maximum value associated with daily effluent concentration data. For TSS, the average weekly discharge limitation (in mg/l) is 1.5 times the average monthly discharge limitation (in mg/l).

[2] The average monthly discharge limitation (in lbs/day) is the average monthly discharge limitation (in mg/l) times the average daily design flow of 3.59 m$^3$/s (82 MGD) and the constant, 8.34. The average weekly discharge limitation (in lbs/day) is the average weekly discharge limitation (in mg/l) times the average daily design flow of 3.59 m$^3$/s (82 MGD) and the constant, 8.34. The Permittee's 2000 and 2005 projected average daily flows are 3.58 m$^3$/s and 3.70 m$^3$/s, respectively.

[3] For BOD$_5$, the average monthly influent percent removal efficiency limitation is based on 40 CFR 125.57(a)(9). For TSS, the average monthly influent percent removal efficiency limitation is based on information provided by the Permittee on May 4, 1998.

NPDES Permit No. HI 0020117
Page 5 of 59

| Discharge Parameter | Discharge Limitations | | | | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| | Average Annual[4] | Average Monthly[5] | Average Daily[4] | Units | Minimum Frequency | Sample Type |
| Enterococci | report[5] | report[4] | report | CFU/100 ml | daily | grab[4] |
| Total Oil and grease | n/a[6] | report | report | mg/l lbs/day | 3 days/ calendar week | grab[7] |
| Total Petroleum Hydrocarbons | n/a | report | report | mg/l lbs/day | 3 days/ calendar week | grab[7] |
| Fats, oils and grease | n/a | report | report | mg/l lbs/day | n/a | calculate[8] |
| Temperature | n/a | report | report | °C | once/calendar week | grab |
| Total Nitrogen | report | report | n/a | mg/l lbs/day | once/calendar month | 24 hr composite |
| Total Phosphorus | report | report | n/a | mg/l lbs/day | once/calendar month | 24 hr composite |
| pH[9] | Not less than 6.0 nor greater than 9.0 | | | standard units | 5 days/ calendar week | grab |

[4] The average daily discharge limitation (in ug/l) is the saltwater chronic criterion times the initial dilution value of 94:1. The average monthly discharge limitation (in ug/l) is the fish consumption (non-carcinogen) criterion times the initial dilution value of 94:1. The average annual discharge limitation (in ug/l) is the fish consumption (carcinogen) criterion times the long-term dilution value of 476:1. The discharge limitation (in lbs/day) is the corresponding discharge limitation (in mg/l) times the average daily design flow of 3.59 m$^3$/s (82 MGD) and the constant, 8.34.

[5] Report as geometric mean. Effluent monitoring shall consist of one grab sample collected between 12 noon and 3:00 p.m. Enterococci samples shall be analyzed using Method 1600, *Membrane Filter Test Method for Enterococci in Water* (EPA 821-R-97-004, May 1997).

[6] Not applicable.

[7] Influent and effluent monitoring shall consist of a minimum of three grab samples collected over a 24 hour period at approximately equal intervals. One grab sample shall be collected during peak flow. Grab samples shall be analyzed individually, as specified in EPA Method 1664. Individual analytical results shall be mathematically flow proportioned to derive a single value for reporting.

[8] Fats, oils and grease = Total oil and grease − Total petroleum hydrocarbons.

[9] Discharge limitation is based on federal secondary treatment standards in accordance with 40 CFR 133.102(c).

NPDES Permit No. HI 0020117
Page 6 of 59

| Discharge Parameter | Discharge Limitations | | | | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| | Average Annual[a] | Average Monthly[a] | Average Daily[a] | Units | Minimum Frequency | Sample Type |
| Chronic Toxicity | n/a | n/a | 94 | TUc | once/calendar month | 24 hr composite |
| Chlordane | 0.0076<br>0.0052 | n/a | 0.38<br>0.26 | ug/l<br>lbs/day | once/calendar month | 24 hr composite |
| Dieldrin | 0.012<br>0.0082 | n/a | 0.18<br>0.12 | ug/l<br>lbs/day | once/calendar month | 24 hr composite |
| Remaining Pollutants[10] | report | report | n/a | ug/l<br>lbs/day | once/6 calendar months | 24 hr composite or grab[10] |

2.  Schedules of Compliance for Sand Island WWTP Upgrade and Discharge Limitations for Enterococcus

    The purpose of the following requirements is to improve Sand Island WWTP performance and reliability, and to select and implement an effluent disinfection treatment option that will reduce the risk of human exposure to pathogenic organisms in marine recreational waters of Mamala Bay by decreasing bacterial indicator loadings from the Sand Island ocean outfall. These requirements are consistent with the Mamala Bay Study Commission recommendation "that appropriate disinfection be provided for the ocean outfall discharge at the Sand Island WWTP." (Mamala Bay Study Commission, April 1996). The Permittee shall comply with the following schedules[11]:

    a.  **Ala Moana Wastewater Pump Station Modification:** This project is required to accommodate higher collection system flows and the higher head of the new Sand Island WWTP headworks. The Permittee shall modify the pump station to upgrade/improve station reliability, accommodate higher collection flows, and accommodate higher heads of downstream facilities. Modifications shall include replacing/rehabilitating existing pumps, generator facility, electrical works, and associated appurtenances, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

        | Activity Description | Finish |
        |---|---|
        | Planning | October 22, 2000 |

---

[10] *Remaining Pollutants* and their *Sample Type* are listed in Part I of this permit.

[11] *Italicized* dates are not enforceable under the terms of this permit.

NPDES Permit No. HI 0020117
Page 7 of 59

| Activity Description | Finish |
|---|---|
| Design | July 24, 2002 |
| Advertise | September 22, 2002 |
| Bid Opening | September 22, 2002 |
| Award | October 22, 2002 |
| Construction | *February 18, 2005* |

b. **Hart Street Wastewater Pump Station (New/Alternative):** This project is required to accommodate higher collection system flows and the higher head of the new Sand Island WWTP headworks. The Permittee shall modify the pump station to upgrade/improve station reliability, accommodate higher collection flows, and accommodate higher heads of downstream facilities. Modifications shall include replacing/rehabilitating existing pumps, generator facility, electrical works, and associated appurtenances, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Planning | June 4, 2000 |
| Design | July 24, 2002 |
| Advertise | September 22, 2002 |
| Bid Opening | September 22, 2002 |
| Award | October 22, 2002 |
| Construction | February 18, 2005 |

c. **Hart Street Wastewater Pump Station Force Main Replacement:** The Permittee shall install a new force main extending from Hart Street pump station to Sand Island WWTP to replace the existing 47-year old force main. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Planning | *May 5, 1998* |
| Design | *May 4, 2000* |
| Advertise | July 3, 2000 |
| Bid Opening | July 3, 2000 |

NPDES Permit No. HI 0020117
Page 8 of 59

| Activity Description | Finish |
|---|---|
| Award | August 2, 2000 |
| Construction | November 30, 2002 |

d. **Sand Island Parkway Wastewater Pump Station Modification:** This project is required to accommodate the higher head of the new Sand Island WWTP headworks. The Permittee shall modify the pump station to upgrade/improve station reliability, accommodate higher collection flows, and accommodate higher heads of downstream facilities. Modifications shall include replacing/ rehabilitating existing pumps, electrical works, and associated appurtenances, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Planning | April 30, 2001 |
| Design | January 10, 2003 |
| Advertise | February 9, 2003 |
| Bid Opening | February 9, 2003 |
| Award | March 11, 2003 |
| Construction | *February 18, 2005* |

e. **Sand Island Wastewater Treatment Plant Unit 1 Phase 2A:** The Permittee shall construct facilities to satisfy 301(h) requirements to consistently remove ≥30% of influent $BOD_5$ and improve WWTP performance. Facilities shall include replacing/expanding headworks and associated facilities, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Planning | October 4, 1999 |
| Design | July 15, 2001 |
| Advertise | September 13, 2001 |
| Bid Opening | September 13, 2001 |
| Award | October 13, 2001 |
| Construction | *February 10, 2004* |

| Activity Description | Finish |
|---|---|
| Finish Milestone | February 18, 2005 |

f. **Sand Island Wastewater Treatment Plant Primary Treatment Expansion:** The Permittee shall construct additional primary treatment facilities, including pretreatment facilities, to expand treatment plant capacity from 82 MGD to 90 MGD (average daily design flow) and improve plant hydraulic capacity, and increase solids handling capacity. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Design | July 14, 2002 |
| Advertise | September 12, 2002 |
| Bid Opening | September 12, 2002 |
| Award | October 12, 2002 |
| Construction | February 18, 2005 |

g. **Sand Island Wastewater Treatment Plant Disinfection Facility:** The Permittee shall investigate and determine appropriate disinfection technology, and design, construct, and operate continuously for one year, an effluent disinfection facility which achieves effective effluent disinfection. Effective disinfection is defined as compliance with a maximum daily discharge limitation of 18,000 CFU/100 ml for enterococci. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start (no later than) | Finish |
|---|---|---|
| Planning | | June 30, 1999 |
| Design | | June 30, 2000 |
| Advertise | | August 29, 2000 |
| Bid Opening | | August 29, 2000 |
| Award | | September 28, 2000 |
| Construction | | July 20, 2002 |
| Continuous Operation | July 21, 2002 | |

During the period beginning with July 21, 2002 and lasting through the expiration

date of this permit, the authorized discharge of treated wastewater from Discharge Serial No. 001 shall be limited and monitored by the Permittee as specified below:

| Discharge Parameter | Discharge Limitations | | | | Monitoring Requirements | |
|---|---|---|---|---|---|---|
| | Average Monthly | Average Weekly | Maximum Daily | Units | Minimum Frequency | Sample Type |
| Enterococci | report[12] | report[12] | 18,000 | CFU/100 ml | daily | grab[12] |
| Total Chlorine Residual[13] | report | report | 64 | ug/l | daily | grab[12] |

    h.    **Sand Island Wastewater Treatment Plant Interim Chemical Treatment Facility Improvements:** The Permittee shall improve the ability of Sand Island WWTP to remove $BOD_5$ by upgrading the Chemical Treatment (polymer) Facility. This shall include the installation of aging tanks and new polymer injection equipment, as required. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Finish |
|---|---|
| Design | January 12, 2000 |
| Advertise | March 12, 2000 |
| Bid Opening | March 12, 2000 |
| Award | April 11, 2000 |
| Construction | February 10, 2002 |

    i.    **Sand Island Wastewater Treatment Plant Chlorination Study:** The Permittee shall monitor Mamala Bay to obtain background data for receiving water bacterial indicator levels, oceanic currents, and Sand Island WWTP plume characteristics. This project shall be conducted in accordance with the DOH/EPA-approved *Sand Island Wastewater Treatment Plant Chlorination Study Plan*, as modified by the DOH on February 23, 1998. The Permittee shall conduct this project in

---

[12] Report enterococci as geometric mean. Effluent monitoring shall consist of one grab sample collected between 12 noon and 3:00 p.m. Enterococci samples shall be analyzed using Method 1600, *Membrane Filter Test Method for Enterococci in Water* (EPA 821-R-97-004, May 1997).

[13] If the Permittee determines that the appropriate disinfection technology to achieve effective disinfection is chlorination, then the Permittee shall monitor total chlorine residual upon initiation of chlorination. Contact time following chlorination and prior to effluent discharge shall not be less than 15 minutes.

accordance with the following schedule of activities:

| Activity Schedule | Finish |
|---|---|
| Data Collection | *December 30, 1998* |
| Interim Report | *April 15, 1998* |
| Final Report | *March 31, 1999* |

In accordance with 40 CFR 122.41(l)(5), written reports of compliance or noncompliance with, or any progress reports on, requirements contained in these schedules of compliance for the Sand Island WWTP Upgrade shall be submitted by the Permittee no later than 14 days following each scheduled date. In addition, beginning March 31, 1998, written progress reports shall be submitted quarterly to the EPA and DOH detailing the status of project activities described in Part A.2 of this permit. Reports shall also include a discussion of the status of project activities in relation to project activity description "early" and "late" start dates provided in the Permittee's August 25, 1998 letter to the EPA (WMC 98-736).

3.  a.  All *Discharge Parameters* in Part A of this permit shall be monitored in the influent and effluent, except for enterococci, temperature, total nitrogen, total phosphorous, chronic toxicity, dioxin, and total chlorine residual, which shall be monitored only in the effluent. For individual discharge parameters monitored in the influent and effluent, monitoring shall be conducted on the same day. All influent and effluent monitoring shall be arranged so that each day of the calendar week is represented once per month (i.e., for discharge parameters monitored 5 days/calendar week, or 3 days/calendar week), or once per two months (i.e., for discharge parameters monitored once/calendar week). Effluent monitoring for total nitrogen and total phosphorous shall be conducted on the same day that receiving water monitoring for total nitrogen and total phosphorous is conducted.

    b.  Samples taken in compliance with the monitoring requirements in Part A of this permit shall be taken at the following locations:

        (1)  All influent samples shall be taken downstream of any additions to the trunk sewer, and upstream of any in-plant return flows, and prior to treatment where representative samples of the influent can be obtained.

        (2)  All effluent samples shall be taken downstream from any additions to the treatment plant and any in-plant return flows or disinfection units, and prior to mixing with the receiving waters where representative samples of the effluent can be obtained.

    (3)    Monitoring locations shall not be changed without notification to and the approval from the Director of Health and the Regional Administrator.

c.    *Composite sample* means a combination of at least eight sample aliquots, collected at periodic intervals during the operating hours of the facility over a 24 hour period. The composite sample must be flow proportional; either the time interval between each aliquot or the volume of each aliquot must be proportional to either the stream flow at the time of sampling or the total stream flow since the collection of the previous aliquot. Aliquots may be collected manually or automatically.

*Grab sample* means an individual sample collected at a randomly-selected time over a period not exceeding 15 minutes.

B.    **WHOLE EFFLUENT TOXICITY REQUIREMENTS**

1.    Chronic Toxicity

The Permittee shall conduct monthly chronic toxicity tests on flow-weighted 24-hour composite effluent samples.

    a.    Test Species and Methods

    The Permittee shall conduct monthly tests with the following invertebrate species.

    (1)    Invertebrate:   Water flea, *Ceriodaphnia dubia*.

    (2)    Invertebrate:   Hawaiian sea urchin, *Trypneustes gratilla*.

For *Ceriodaphnia dubia*, the presence of chronic toxicity shall be estimated as specified in *Short-Term Methods for Estimating the Chronic Toxicity of Effluents and Receiving Water to Freshwater Organisms* (EPA-600-4-91-002, 1994). For *Trypneustes gratilla*, the presence of chronic toxicity shall be estimated as specified in *Hawaiian Collector Urchin, Trypneustes gratilla (hawa'e) Fertilization Test Method*[14].

---

[14] Adapted by Amy Wagner, U. S. EPA, Region 9 Laboratory, Richmond, CA from a method developed by George Morrison, U. S. EPA, ORD Narragansett, RI and Diane Nacci, Science Applications International Corporation, ORD Narragansett, RI.

2. Reporting of Noncompliance and Other Incidents

   a. Immediate Reporting

      (1) Any Bypass, Upset or Sewage Spill Resulting in or Contributing to a Discharge to State Waters

      Any bypass, upset or sewage spill resulting in or contributing to a discharge to State waters shall be orally reported at the time the Permittee's authorized representative becomes aware of the circumstances.

      These reporting requirements replace the *twenty-four hour notice* requirements for bypasses (Standard NPDES Conditions (updated October 1, 1997) section 17(d)(2)(B) and 40 CFR 122.41(1)(6)(ii)(A)) and upsets (Standard NPDES Conditions (updated October 1, 1997) section 18(c)(3) and 40 CFR 122.41(l)(6)(ii)(B)).

      (2) Any Bypass, Upset or Sewage Spill Resulting in or Contributing to a Discharge of 1,000 Gallons or More to State Waters

      In addition to oral reporting under paragraph (1), immediate reporting shall be made to the Associated Press news wire services by the Permittee's authorized representative.

      (3) Any Exceedance of a Maximum Daily Discharge Limitation

      Any exceedance of a maximum daily discharge limitation shall be orally reported at the time the Permittee's authorized representative becomes aware of the circumstances.

   b. Contact for Oral Reports

      Oral reports during regular office hours (7:45 a.m. to 4:30 p.m.) shall be made to the Clean Water Branch at 808/586-4309.

      Oral reports outside of regular office hours shall be made to the State-On-Scene Coordinator (SOSC) from the Office of Hazard Evaluation and Emergency Response (HEER) at 808/226-3799, or to the State Hospital Operator (24 hours) at 808/247-2191.

   c. Written Submission

      A written noncompliance report [submission] shall also be submitted

[provided]/postmarked or faxed within five (5) working days of the time the Permittee's authorized representative becomes aware of the [circumstances] noncompliance to the Clean Water Branch at the following address:

> Director of Health
> State Department of Health
> Environmental Management Division
> Clean Water Branch
> 919 Ala Moana Boulevard, Room 301
> Honolulu, HI 96814-4920
> (Fax No.: 808/586-4352)

The written noncompliance report [submission] shall contain a description of the noncompliance and its cause; the period of noncompliance, including exact dates and times, and if the noncompliance has not been corrected, the [anticipated] length of time the noncompliance [it] is expected to continue; public notice efforts, if any; clean-up efforts, if any; and steps taken or planned to reduce, eliminate, and prevent reoccurrence of the noncompliance.

The Director of Health may waive the written report on a case-by-case basis for bypasses, upsets, sewage spills, and violations of maximum daily discharge limitations if the oral report has been received within 24 hours.

d. Other Noncompliance

The Permittee shall report all instances of noncompliance not reported under Parts I.2.a and I.2.b at the time monitoring reports are submitted as required by Part I.1 of this permit. The noncompliance reports shall contain the information listed in Part I.2.c of this permit.

3. Other Reporting Requirements

The Permittee shall comply with the reporting requirements of 40 CFR 122.41(l)(1), 122.41(l)(2), 122.41(l)(3), 122.41(l)(4), 122.41(l)(5), and 122.41(l)(8), as incorporated by Standard NPDES Permit Conditions (updated as of October 1, 1997) section 16. Parts I.1, I.2, and I.3 of this permit supersede the requirements of 40 CFR 122.41(l)(6) and 122.41(l)(7).

J. **SPECIAL CONDITIONS**

1. Wastewater treatment facilities subject to this permit shall be supervised and operated by persons possessing certificates of appropriate grade, as determined by the DOH. If such personnel are not available to staff the wastewater treatment facilities, a program to

promote such certification shall be developed and enacted by the Permittee. Activities of this program shall be reported in the Annual Report in Part F of this permit.

2. The Permittee shall maintain in good working order a sufficient alternate power source for operating the wastewater treatment and disposal facilities. All equipment shall be located to minimize failure due to moisture, liquid spray, flooding, and other physical phenomena. The alternate power source shall be designed to permit inspection and maintenance and shall provide for periodic testing. If such alternate power source is not in existence, the Permittee shall halt, reduce, or otherwise control all discharges upon the reduction, loss, or failure of the primary source of power.

3. The Permittee is currently conducting the *Sand Island Wastewater Treatment Plant Chlorination Study* (see Part A.2.i of this permit) and will submit a Final Report to the EPA and DOH on March 31, 1999. Based on the results of this study, the EPA and DOH may determine that further ocean current monitoring or plume tracking studies are needed to assure that marine recreational waters are not impacted by the plume. At the request of the EPA and DOH, the Permittee shall submit a study plan (by date specified in the request), including detailed scopes of work and reporting schedules, to the EPA and DOH for approval. The Permittee shall implement the approved study plan, as directed by the EPA and DOH.

4. Based on the EPA's review of the *Sand Island Wastewater Treatment Plant Chlorination Study*, or additional ocean current or plume tracking studies, the EPA may conclude that potential impacts to the coral reef community may have occurred due to the plume. Based on this conclusion, the EPA may request the Permittee to study the effect(s) of the plume on the coral reef community. At the request of the EPA, the Permittee shall submit a study plan (by date specified in the request), including detailed scopes of work and reporting schedules, to the EPA for approval. The Permittee shall implement the approved study plan, as directed by the EPA.

5. This permit may be modified by the EPA and DOH to enable the Permittee to participate in regional monitoring activities conducted in the Mamala Bay during the term of this permit. The intent of regional monitoring activities is to maximize the efforts of all monitoring partners using a cost-effective monitoring design and to best utilize the pooled scientific resources of the region. During these coordinated monitoring efforts, the Permittee's sampling and analytical effort may be reallocated to provide a regional assessment of the impact of wastewater discharges to the Mamala Bay. Anticipated modifications to the monitoring program will be coordinated so as to provide a comprehensive picture of the ecological and statistical significance of monitoring results and to determine cumulative impacts of various pollutant sources. If predictable relationships among the biological, water quality and effluent monitoring variables can be demonstrated, it may be appropriate to decrease the Permittee's monitoring effort. Conversely, the monitoring program may be intensified if it appears that the objectives

cannot be achieved through the Permittee's existing monitoring program. These changes will improve the overall effectiveness of monitoring in the Mamala Bay. Minor changes may be made without further public notice.

6. In accordance with 40 CFR 125.66(d), the Permittee shall implement its EPA-approved public education program and Nonindustrial Source Control Program activities as scheduled. Progress shall be reported annually in the Annual Report in Part G of this permit.

7. Following at least one year of continuous operation of the Sand Island WWTP Disinfection Facility, at the request of the Permittee, the EPA and DOH will re-evaluate the need for continuous effluent disinfection. To facilitate this process, the EPA and DOH will work with the Permittee and interested parties to evaluate all available information to assess the effects of the Sand Island WWTP discharge on nearshore and shoreline water quality without and with the operation of the Sand Island WWTP Disinfection Facility, where effective effluent disinfection is achieved (as specified in Part A.2.g of this permit). In order for the EPA and DOH to complete this assessment, the Permittee must provide all bacteriological indicator monitoring data required by this permit and other pertinent information to the EPA and DOH. The EPA and DOH will consider modifying this permit if: (1) the Permittee can demonstrate that the requested modification will not interfere with the attainment or maintenance of water quality that allows recreational activities in and on the water, consistent with federal 301(h) decision criteria, and will meet other NPDES permitting requirements; and (2) the Permittee is in compliance with the terms of this permit and all other applicable EPA requirements.

K. **APPENDIX**

1. Location Maps

2. Process Diagrams

3. Core Monitoring Stations