# EXHIBIT E

*09/30/98 final permit*  NPDES Permit No. HI 0020117
Page 1 of 32

# U. S. Environmental Protection Agency, Region IX
# and
# Hawaii State Department of Health

## Response to Comments
## for the
## Sand Island Wastewater Treatment Plant
## 301(h)-modified NPDES Permit[1]

Carl Takamura, Hawaii Business Roundtable, Incorporated (August 20, 1998 letter)

1.  **COMMENT:**

   All businesses and taxpayers will be better served because of the U. S. Environmental Protection Agency, Region IX's (EPA) responsible and prudent action to grant the 301(h) variance for the Sand Island Wastewater Treatment Plant (WWTP), as long as public health and safety are not compromised.

   **RESPONSE:**

   The EPA agrees and will grant a 301(h) variance for the Sand Island WWTP which assures the protection of public health and the environment.

Roger Fujioka, University of Hawai'i at Manoa (August 21, 1998 letter)

2.  **COMMENT:**

   The commentor writes that his microbial monitoring studies show that fecal indicators in sewage discharged from the Sand Island ocean outfall into Mamala Bay cannot be detected at nearby shoreline stations in marine recreational waters (1,000 feet from shore); and that the Mamala Bay Study Commission's (MBSC) assessment of pollution in Mamala Bay by the Sand Island ocean outfall was not limited to meeting federal 301(h) decision criteria and impacts beyond 1,000 feet from the shoreline. Because some sewage-borne pathogens are more stable in the marine environment than enterococcus, it is possible that these pathogens may reach the shoreline. Also, because higher levels of these pathogens can be expected in areas closer to the outfall, people using these waters

---

[1] Comments/Responses are organized by date. These response to comments are supplemental to the fact sheet for the 07/24/98 *draft* 301(h)-modified National Pollutant Discharge Elimination System (NPDES) permit for the Sand Island WWTP.

*09/30/98 final permit*                                NPDES Permit No. HI 0020117
                                                       Page 11 of 32

and DOH's intent that Sand Island WWTP upgrade project activities be completed without delay, in accordance with the schedules of compliance specified in the final permit. Finally, the Permittee's recommended phrase ". . . as appropriate. . ." has not been included in revised project descriptions where the EPA and DOH believe that its addition would compromise project goals set by the final permit.

Because the "late finish" dates provided by the Permittee (see the Permittee's August 25, 1998 letter to the EPA) do not delay completion of the overall Sand Island WWTP upgrade schedule and do not delay the completion of project activities critical to this permit term, late finish dates are incorporated into the final permit, as shown below.

The Permittee's request that only final completion dates for projects be made compliance items has not been incorporated into the final permit. The EPA and DOH believe that the Permitee's request compromises the EPA's and DOH's ability to ensure that Sand Island WWTP upgrade project activities be completed without delay, in accordance with the schedules of compliance specified in the final permit. However, the EPA and DOH agree to delete "start" dates from the final permit; in conjunction, Parts A.2 and Part I.1.g have been revised, as shown in the redline/strikeout format below.

To summarize, Part A.2 of the permit has been revised as follows:

    a.    **Ala Moana Wastewater Pump Station Modification:** This project is required to accommodate higher collection system flows and the higher head of the new Sand Island WWTP headworks. ~~The Permittee shall replace existing pumps, electrical works, and associated appurtenances to upgrade/improve pump station reliability.~~ The Permittee shall modify the pump station to upgrade/improve station reliability, accommodate higher collection flows, and accommodate higher heads of downstream facilities. Modifications shall include replacing/rehabilitating existing pumps, generator facility, electrical works, and associated appurtenances, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start | Finish |
|---|---|---|
| Planning | ~~January 22, 1996~~ | ~~July 31, 1998~~ October 22, 2000 |
| Design | ~~March 2, 1998~~ | ~~August 11, 2000~~ July 24, 2002 |
| Advertise | ~~August 12, 2000~~ | ~~October 10, 2000~~ September 22, 2002 |

*09/30/98 final permit*  NPDES Permit No. HI 0020117
Page 12 of 32

| Activity Description | Start | Finish |
|---|---|---|
| Bid Opening | n/a | ~~October 10, 2000~~ September 22, 2002 |
| Award | ~~October 11, 2000~~ | ~~November 9, 2000~~ October 22, 2002 |
| Construction | ~~March 9, 2001~~ | ~~March 9, 2003~~ February 18, 2005 |

b. **Hart Street Wastewater Pump Station (New/Alternative):** This project is required to accommodate higher collection system flows and the higher head of the new Sand Island WWTP headworks. ~~The Permittee shall rehabilitate the existing Hart Street pump station complete with generator facility, new pumps, and electrical works. This work includes all piping to connect to inflow lines and new and existing force mains.~~ The Permittee shall modify the pump station to upgrade/improve station reliability, accommodate higher collection flows, and accommodate higher heads of downstream facilities. Modifications shall include replacing/rehabilitating existing pumps, generator facility, electrical works, and associated appurtenances, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start | Finish |
|---|---|---|
| Planning | ~~January 12, 1996~~ | ~~April 28, 1998~~ June 4, 2000 |
| Design | ~~June 9, 1998~~ | ~~July 27, 2000~~ July 24, 2002 |
| Advertise | ~~July 28, 2000~~ | ~~September 25, 2000~~ September 22, 2002 |
| Bid Opening | n/a | ~~September 25, 2000~~ September 22, 2002 |
| Award | ~~September 26, 2000~~ | ~~October 25, 2000~~ October 22, 2002 |
| Construction | ~~February 23, 2001~~ | ~~February 22, 2003~~ February 18, 2005 |

c. **Hart Street Wastewater Pump Station Force Main Replacement:** The Permittee shall install a new force main extending from Hart Street pump station to Sand Island WWTP to

*09/30/98 final permit*                                                NPDES Permit No. HI 0020117
                                                                        Page 13 of 32

replace the existing 47-year old force main. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start | Finish |
|---|---|---|
| Planning | ~~October 1, 1994~~ | May 5, 1998 |
| Design | ~~March 9, 1998~~ | May 4, 2000 |
| Advertise | ~~May 5, 2000~~ | July 3, 2000 |
| Bid Opening | n/a | July 3, 2000 |
| Award | ~~July 4, 2000~~ | August 2, 2000 |
| Construction | ~~December 1, 2000~~ | November 30, 2002 |

d. **Sand Island Parkway Wastewater Pump Station Modification:** This project is required to accommodate the higher head of the new Sand Island WWTP headworks. ~~The Permittee shall replace existing pumps, electrical works, and associated appurtenances to upgrade/improve pump station reliability.~~ The Permittee shall modify the pump station to upgrade/improve station reliability, accommodate higher collection flows, and accommodate higher heads of downstream facilities. Modifications shall include replacing/ rehabilitating existing pumps, electrical works, and associated appurtenances, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start | Finish |
|---|---|---|
| Planning | ~~September 1, 1998~~ | ~~May 12, 2000~~<br>April 30, 2001 |
| Design | ~~May 13, 2000~~ | ~~January 22, 2002~~<br>January 10, 2003 |
| Advertise | ~~January 23, 2002~~ | ~~February 21, 2002~~<br>February 9, 2003 |
| Bid Opening | n/a | ~~February 21, 2002~~<br>February 9, 2003 |
| Award | ~~February 22, 2002~~ | ~~March 23, 2002~~<br>March 11, 2003 |
| Construction | ~~June 22, 2002~~ | ~~March 4, 2004~~<br>February 18, 2005 |

*09/30/98 final permit*                NPDES Permit No. HI 0020117
Page 14 of 32

e. **Sand Island Wastewater Treatment Plant Unit 1 Phase 2A:** ~~The Permittee shall construct new headworks and associated facilities to satisfy 301(h) requirements to consistently remove ≥30% of influent BOD, and improve WWTP performance.~~ The Permittee shall construct facilities to satisfy 301(h) requirements to consistently remove ≥30% of influent BOD, and improve WWTP performance. Facilities shall include replacing/expanding headworks and associated facilities, as appropriate. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start | Finish |
|---|---|---|
| Planning | ~~December 1, 1994~~ | ~~September 11, 1999~~ *October 4, 1999* |
| Design | ~~February 24, 1999~~ | ~~June 22, 2001~~ *July 15, 2001* |
| Advertise | ~~July 16, 2001~~ | September 13, 2001 |
| Bid Opening | ~~n/a~~ | September 13, 2001 |
| Award | ~~September 14, 2001~~ | October 13, 2001 |
| Construction | ~~February 11, 2002~~ | *February 10, 2004* |
| Finish Milestone | ~~n/a~~ | *February 18, 2005* |

f. **Sand Island Wastewater Treatment Plant Primary Treatment Expansion:** The Permittee shall construct additional primary treatment facilities, including pretreatment facilities, to expand treatment plant capacity from 82 MGD to 90 MGD (average daily design flow) and improve plant hydraulic capacity, and increase solids handling capacity. The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start | Finish |
|---|---|---|
| Design | ~~September 12, 1999~~ | ~~May 18, 2002~~ *July 14, 2002* |
| Advertise | ~~July 15, 2002~~ | September 12, 2002 |
| Bid Opening | ~~n/a~~ | September 12, 2002 |
| Award | ~~September 13, 2002~~ | October 12, 2002 |

*09/30/98 final permit*                                             NPDES Permit No. HI 0020117
                                                                                               Page 15 of 32

| Activity Description | Start | Finish |
|---|---|---|
| Construction | ~~February 10, 2003~~ | February 18, 2005 |

    g.     **Sand Island Wastewater Treatment Plant Disinfection Facility:** The Permittee shall . . . . The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start (no later than) | Finish |
|---|---|---|
| Planning | ~~February 28, 1999~~ | ~~April 24, 1999~~ June 30, 1999 |
| Design | ~~July 1, 1999~~ | June 30, 2000 |
| Advertise | ~~July 1, 2000~~ | August 29, 2000 |
| Bid Opening | n/a | August 29, 2000 |
| Award | ~~August 30, 2000~~ | September 28, 2000 |
| Construction | ~~December 28, 2000~~ | July 20, 2002 |
| ~~1-Year~~ Continuous Operation | July 21, 2002 | ~~July 20, 2003~~ |

During the period beginning with July 21, 2002 and lasting through the expiration date of this permit, the authorized discharge of treated wastewater from Discharge Serial No. 001 shall be limited and monitored by the Permittee as specified below: . . . .

    h.     **Sand Island Wastewater Treatment Plant Interim Chemical Treatment Facility Improvements:** The Permittee shall . . . . The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Description | Start | Finish |
|---|---|---|
| Design | ~~June 1, 1998~~ | ~~July 31, 1999~~ January 12, 2000 |
| Advertise | ~~August 1, 1999~~ | ~~September 29, 1999~~ March 12, 2000 |
| Bid Opening | n/a | ~~September 29, 1999~~ March 12, 2000 |
| Award | ~~September 30, 1999~~ | ~~October 29, 1999~~ April 11, 2000 |

*09/30/98 final permit*  
NPDES Permit No. HI 0020117  
Page 16 of 32

| Activity Description | Start | Finish |
|---|---|---|
| Construction | ~~February 27, 2000~~ | ~~August 29, 2001~~ February 10, 2002 |

i. **Sand Island Wastewater Treatment Plant Chlorination Study:**
The Permittee shall . . . . The Permittee shall conduct this project in accordance with the following schedule of activities:

| Activity Schedule | Start | Finish |
|---|---|---|
| Data Collection | ~~January 1, 1997~~ | December 30, 1998 |
| Interim Report | ~~January 1, 1998~~ | April 15, 1998 |
| Final Report | ~~December 31, 1998~~ | March 31, 1999 |

In accordance with 40 CFR 122.41(l)(5), written reports of compliance or noncompliance with, or any progress reports on, requirements contained in these schedules of compliance for the Sand Island WWTP Upgrade shall be submitted by the Permittee no later than 14 days following each scheduled date. In addition, beginning March 31, 1998, written progress reports shall be submitted quarterly to the EPA and DOH detailing the status of project activities described in Part A.2 of this permit. Reports shall also include a discussion of the status of project activities in relation to project activity description "early" and "late" start dates provided in the Permittee's August 25, 1998 letter to the EPA (WMC 98-736).

Part I.1.g has been revised as follows:

| Report | Reporting Period | Report Due Date |
|---|---|---|
| Discharge Monitoring Report | Monthly | 28th day of month following completed reporting period |
| Compliance Schedule Reports in Part A.2 of this permit | n/a | 14th day following each scheduled date |
|  | Quarterly | As specified in Part A.2 of this permit |
| Initial Investigation TRE Workplan | Once/permit | 90th day after permit effective date |

*09/30/98 final permit*                                          NPDES Permit No. HI 0020117
                                                                 Page 17 of 32

| Report | Reporting Period | Report Due Date |
|---|---|---|
| Wastewater Pollution Prevention Program Annual Report | Annually | March 31 |
| Pretreatment Annual Report | Annually | March 31 |
| SIU Compliance Status Report | Semi-annually | July 31 |
| Sludge/Biosolids Annual Report | Annually | February 19 |

14. **COMMENT:**

   Part A.2.g of the draft permit includes language implying that continuous operation of the Sand Island WWTP Disinfection Facility is required after one year of continuous operation. This requirement is not supported by the TDD, by testing done by the Permittee and the Mamala Bay Study (MBS), and has not been agreed to by the Permittee. The Permittee agreed to do "appropriate disinfection." It is requested that such an appropriate disinfection requirement be incorporated into the final permit. The following wording is suggested:

   > The City shall, after one year of continuous disinfection, operate the Disinfection Facility during periods of prolonged plume surfacing combined with onshore surface currents, or problems with the outfall pipe. The "periods of prolonged onshore current movement" shall be determined by evaluating all ocean current and bacteriological monitoring data collected since 1976, when the existing outfall went into operation. The applicant, EPA Region IX, and State DOH shall jointly set up criteria for the determination of prolonged onshore current movement and shall jointly agree to that determination. When the Disinfection facility is operating during the one year period, a maximum daily limit for enterococcus of 18,000 CFU/100 ml shall be achieved.

   **RESPONSE:**

   The Permittee has communicated to the EPA and DOH that, following one year of continuous operation of the Sand Island WWTP Disinfection Facility, it plans to disinfect the Sand Island WWTP discharge "only when oceanographic conditions indicate a prolonged plume surfacing combined with onshore surface currents or problems with the outfall pipe." The EPA's and DOH's intent regarding the duration of continuous disinfection has been clarified in the final permit. Part A.2.g of the final permit requires a minimum of one year continuous disinfection during the permit term (see response to comment number 13), following which time the Permittee may request that the EPA and