# EXHIBIT G

| Facility: | SAND ISLAND | |
|---|---|---|
| Date From: | 11/15/2006 to | 3/31/2007 |

| DATE | Effluent Ent. | > 18,000? |
|---|---|---|
| 11/15/2006 | 5000 | No |
| 11/16/2006 | 16000 | No |
| 11/17/2006 | 10000 | No |
| 11/18/2006 | 8600 | No |
| 11/19/2006 | 6200 | No |
| 11/20/2006 | 35000 | Yes |
| 11/21/2006 | 6200 | No |
| 11/22/2006 | 220000 | Yes |
| 11/23/2006 | 100000 | Yes |
| 11/24/2006 | 57000 | Yes |
| 11/25/2006 | 20000 | Yes |
| 11/26/2006 | 150000 | Yes |
| 11/27/2006 | 7000 | No |
| 11/28/2006 | 16000 | No |
| 11/29/2006 | 10000 | No |
| 11/30/2006 | 4200 | No |
| 12/1/2006 | 3500 | No |
| 12/2/2006 | 9900 | No |
| 12/3/2006 | 14000 | No |
| 12/4/2006 | 9000 | No |
| 12/5/2006 | 1000 | No |
| 12/6/2006 | 8200 | No |
| 12/7/2006 | 5000 | No |
| 12/8/2006 | 14000 | No |
| 12/9/2006 | 23000 | Yes |
| 12/10/2006 | 7800 | No |
| 12/11/2006 | 20000 | Yes |
| 12/12/2006 | 11000 | No |
| 12/13/2006 | 11000 | No |
| 12/14/2006 | 10000 | No |
| 12/15/2006 | 34000 | Yes |
| 12/16/2006 | 26000 | Yes |
| 12/17/2006 | 16000 | No |
| 12/18/2006 | 26000 | Yes |
| 12/19/2006 | 6000 | No |
| 12/20/2006 | 8300 | No |
| 12/21/2006 | 9600 | No |
| 12/22/2006 | 12000 | No |
| 12/23/2006 | 7000 | No |
| 12/24/2006 | 13000 | No |
| 12/25/2006 | 9600 | No |
| 12/26/2006 | 31000 | Yes |
| 12/27/2006 | 18000 | No |
| 12/28/2006 | 36000 | Yes |
| 12/29/2006 | 17000 | No |

EXHIBIT G

| Date | Value | Flag |
|---|---|---|
| 12/30/2006 | 11000 | No |
| 12/31/2006 | 4600 | No |
| 1/1/2007 | 9400 | No |
| 1/2/2007 | 25000 | Yes |
| 1/3/2007 | 18000 | No |
| 1/4/2007 | 15000 | No |
| 1/5/2007 | 28000 | Yes |
| 1/6/2007 | 29000 | Yes |
| 1/7/2007 | 15000 | No |
| 1/8/2007 | 14000 | No |
| 1/9/2007 | 31000 | Yes |
| 1/10/2007 | 19000 | Yes |
| 1/11/2007 | 18000 | No |
| 1/12/2007 | 18000 | No |
| 1/13/2007 | 9100 | No |
| 1/14/2007 | 14000 | No |
| 1/15/2007 | 20000 | Yes |
| 1/16/2007 | 19000 | Yes |
| 1/17/2007 | 15000 | No |
| 1/18/2007 | 19000 | Yes |
| 1/19/2007 | 7700 | No |
| 1/20/2007 | 4000 | No |
| 1/21/2007 | 6300 | No |
| 1/22/2007 | 5700 | No |
| 1/23/2007 | 8000 | No |
| 1/24/2007 | 8000 | No |
| 1/25/2007 | 20000 | Yes |
| 1/26/2007 | 7700 | No |
| 1/27/2007 | 6000 | No |
| 1/28/2007 | 4900 | No |
| 1/29/2007 | 8000 | No |
| 1/30/2007 | 6000 | No |
| 1/31/2007 | 5000 | No |
| 2/1/2007 | 18000 | No |
| 2/2/2007 | 5400 | No |
| 2/3/2007 | 11000 | No |
| 2/4/2007 | 5200 | No |
| 2/5/2007 | 12000 | No |
| 2/6/2007 | 8000 | No |
| 2/7/2007 | 21000 | Yes |
| 2/8/2007 | 16000 | No |
| 2/9/2007 | 12000 | No |
| 2/10/2007 | 6200 | No |
| 2/11/2007 | 17000 | No |
| 2/12/2007 | 9400 | No |
| 2/13/2007 | 12000 | No |
| 2/14/2007 | 13000 | No |
| 2/15/2007 | 30000 | Yes |
| 2/16/2007 | 3300 | No |
| 2/17/2007 | 2800 | No |
| 2/18/2007 | 1500 | No |
| 2/19/2007 | 3000 | No |

| Date | Value | Flag |
|---|---:|---|
| 2/20/2007 | 4300 | No |
| 2/21/2007 | 3300 | No |
| 2/22/2007 | 4600 | No |
| 2/23/2007 | 6000 | No |
| 2/24/2007 | 2700 | No |
| 2/25/2007 | 3200 | No |
| 2/26/2007 | 25000 | Yes |
| 2/27/2007 | 5800 | No |
| 2/28/2007 | 9500 | No |
| 3/1/2007 | 9200 | No |
| 3/2/2007 | 15000 | No |
| 3/3/2007 | 5000 | No |
| 3/4/2007 | 4900 | No |
| 3/5/2007 | 12000 | No |
| 3/6/2007 | 6300 | No |
| 3/7/2007 | 16000 | No |
| 3/8/2007 | 2100 | No |
| 3/9/2007 | 11000 | No |
| 3/10/2007 | 2200 | No |
| 3/11/2007 | 1100 | No |
| 3/12/2007 | 1800 | No |
| 3/13/2007 | 3100 | No |
| 3/14/2007 | 2200 | No |
| 3/15/2007 | 2700 | No |
| 3/16/2007 | 5800 | No |
| 3/17/2007 | 2100 | No |
| 3/18/2007 | 4000 | No |
| 3/19/2007 | 8400 | No |
| 3/20/2007 | 4600 | No |
| 3/21/2007 | 6900 | No |
| 3/22/2007 | 9600 | No |
| 3/23/2007 | 7000 | No |
| 3/24/2007 | 7400 | No |
| 3/25/2007 | 4900 | No |
| 3/26/2007 | 8900 | No |
| 3/27/2007 | 3900 | No |
| 3/28/2007 | 4700 | No |
| 3/29/2007 | 2300 | No |
| 3/30/2007 | 6600 | No |
| 3/31/2007 | 4100 | No |