CARRIE OKINAGA, 5958
Corporation Counsel
MAILE R. CHUN, 4906
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 527-5351
Facsimile: (808) 523-4583
Email: mchun@co.honolulu.hi.us

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>CITY AND COUNTY OF HONOLULU<br>　　　　Defendant. | CIV. NO. CV 04-00463 DAE-BMK<br><br>**LR 7.5 AND 56.1 CERTIFICATE OF COUNSEL**<br><br><br>Date:　　October 9, 2007<br>Time:　　10:30 a.m.<br>Judge:　　Hon. David A. Ezra |

A/72208967.1

## LR 7.5 AND 56.1 CERTIFICATE OF COUNSEL

Pursuant to the Local Rules, Maile R. Chun, attorney for Defendant City and County of Honolulu, hereby certifies that the word count for Defendant's Memorandum In Opposition To Plaintiffs' Motion For Partial Summary Judgment On Plaintiffs' Third, Fourth, and Eighth Claims ("Memorandum") is 8,993 words, and also certifies that Defendants' Opposition to Plaintiffs' Separate and Concise Statement of Facts ("Concise Statement") is 1,483 words. Accordingly, the Memorandum and Concise Statement comply with Local Rules 7.5(b) and (e), and 56.1(d).

DATED:  Honolulu, Hawaii
        September 21, 2007

CARRIE OKINAGA
Corporation Counsel

By: /s/ Maile R. Chun
    MAILE R. CHUN
    Deputy Corporation Counsel
    Attorneys for Defendants
    City and County of Honolulu

1

A/72208967.1