CHRISTOPHER SPROUL
Environmental Advocates
1004 O'Reilly Avenue
San Francisco, California  94129
Tel: (415)561-2222, Fax:(415)561-2223
Email: csproul@enviroadvocates.com

PAUL ALSTON
WILLIAM M. TAM
ALSTON HUNT FLOYD & ING
Attorneys At Law,
A Law Corporation
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai‘i  96813
Tel:(808)524-1800; Fax:(808)524-5976
Email: palston@ahfi.com
       wtam@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI‘I CHAPTER,
HAWAI‘I'S THOUSAND FRIENDS
and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SIERRA CLUB, HAWAI‘I CHAPTER; HAWAI‘I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>         Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>         Defendants.<br>_____ | Civil No. 04-00463 DAE/BMK<br><br>**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE ITS REPLY MEMORANDUM IN EXCESS OF THE WORD COUNT; DECLARATION OF CHRISTOPHER SPROUL; EXHIBITS A; ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE ITS REPLY MEMORANDUM IN EXCESS OF THE WORD COUNT; CERTIFICATE OF SERVICE** |

658158-3 / 7502-3

**PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE
ITS REPLY MEMORANDUM IN EXCESS OF THE WORD COUNT**

Plaintiffs Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends, and Our Children's Earth Foundation ("Plaintiffs") move, *ex parte*, for leave to file its Reply Memorandum in Support of its Motions for Summary Judgment (filed July 27, 2007) in excess of the word count set by Local Rules 7.5(c) and 7.9. Plaintiffs seek leave to increase the word count for Plaintiffs' Reply Memorandum from 4,500 to 6,750 words.

Plaintiffs note that on January 4, 2005, this court granted a similar request for a fifty percent increase in the briefing word count limit in the court's Order Granting Plaintiffs' *Ex Parte* Motion for Leave to File Brief in Excess of Page Limits (attached as Exhibit A). Plaintiffs urge the Court to follow the same approach now.

This Motion is based upon the attached Declaration of Christopher Sproul and the files and record in this case.

DATED:  Honolulu, Hawai'i, September 28, 2007.

           /s/ William M. Tam
CHRISTOPHER SPROUL
WILLIAM M. TAM
Attorneys for Plaintiffs SIERRA
CLUB, HAWAI'I CHAPTER, HAWAI'I'S
THOUSAND FRIENDS and OUR CHILDREN'S
EARTH FOUNDATION