FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2005

___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAII CHAPTER, HAWAII'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>Defendants. | CV. NO. 04-00463 DAE-BMK |

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO
FILE BRIEF IN EXCESS OF PAGE LIMITS

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for

disposition without a hearing. After reviewing Plaintiffs' motion and the

**EXHIBIT A**

supporting and opposing memoranda, the Court GRANTS Plaintiffs' *Ex Parte* Motion For Leave to File Brief In Excess of Page Limits.

Plaintiffs' amended complaint, filed on October 1, 2004, alleges numerous violations of the Clean Water Act by Defendants Frank Doyle and the City and County of Honolulu. On October 8, Defendants filed five motions: (1) a motion to dismiss Plaintiffs' first, second, ninth, eleventh, and twelfth claims for relief; (2) a motion to dismiss claims that are time-barred; (3) a motion to dismiss the amended complaint as to Defendant Frank Doyle; (4) a motion for a more definite statement; and (5) a motion to stay the action. The motions are set to be heard before this Court on February 3, 2005. On, December 16, 2004, Plaintiffs filed an *ex parte* motion for leave to file a single response to these multiple motions that would be in excess of the 9,000-word limit prescribed by Local Rules 7.5 and 7.9. Defendants countered with an opposition to the motion on December 17. Plaintiffs' reply in support of the *ex parte* motion was filed on December 20.

Plaintiffs argue that the nature of the arguments asserted by both parties requires Plaintiffs, in their attempt to survive Defendants' motions to dismiss, to engage in lengthy references to facts from the large administrative

2

record at issue. Plaintiffs also assert that the sheer number of arguments brought forth by Defendants in their multiple motions to dismiss requires Plaintiffs' single opposition memorandum to run longer than the rules would allow. Defendants contest the notion that the case is factually complex, and assert that they will be prejudiced by any increase in the length of Plaintiffs' opposition memorandum, because it will impair Defendants' ability to response to Plaintiffs' counterarguments in the time allotted.

Due to the complexity of the arguments involved, and the number of motions to which Plaintiffs must respond, the Court finds that Plaintiffs may not be able to adequately respond to Defendants' motions to dismiss within the 9,000 word limit prescribed by Local Rules 7.5 and 7.9. Plaintiffs have therefore shown good cause for this Court to allow a memorandum in opposition that is 13,500 words or fewer in length. Moreover, the Court does not find that Defendants will be unduly prejudiced by allowing Plaintiffs to file a responding memorandum of this length. However, to ensure that no harm is incurred by Defendants, the Court hereby extends the page limit for both the Plaintiffs' opposition and the Defendants' reply to a limit of 13,500 words, as opposed to the 9,000 provided for in the rules.

Thus, for the reasons stated above, the Court GRANTS Plaintiffs' *Ex Parte* Motion For Leave to File Brief In Excess of Page Limits.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, JAN- 4 2005.

```
_____
DAVID ALAN EZRA
CHIEF UNITED STATES DISTRICT JUDGE
```

Sierra Club, Hawaii Chapter; Hawaii's Thousand Friends; and Our Children's Earth Foundation v. City and County of Honolulu and Frank Doyle, Director of the Department of Environmental Services, in his official capacity, CV. NO. 04-00463 DAE-BMK; ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS