IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SIERRA CLUB, HAWAI‘I CHAPTER; HAWAI‘I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br>    Defendants.<br>_____ | Civil No. 04-00463 DAE/BMK<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR LEAVE TO FILE ITS REPLY MEMORANDUM IN EXCESS OF THE WORD COUNT** |

**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE
TO FILE ITS REPLY MEMORANDUM IN EXCESS OF THE WORD COUNT**

Upon review of the foregoing Plaintiffs' *Ex Parte* Motion for Leave to File Its Reply Memorandum in Excess of the Word Count ("Ex Parte Motion"), the documents in support thereof, the files and records herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Motion is GRANTED. The word count for Plaintiffs' Reply Memorandum in Support of its Motion for Partial Summary Judgment shall not exceed 6,800 words.

DATED: Honolulu, Hawai‘i, September __, 2007.

_____
DAVID A. EZRA
Judge, United States District Court