IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF HONOLULU<br><br>        Defendants. | ) Civil No. 04-00463<br>) DAE/BMK<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following persons by facsimile, hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

| | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| CARRIE OKINAGA, Esq,<br>Department of Corporation Counsel<br>City and County of Honolulu<br>530 South King Street, Rm 110<br>Honolulu, HI   96813<br>    and | **( X )** | **(   )** | **(   )** |

658243_1/7502-3

|  | **HAND-DELIVERED** | **FAX** | **MAILED** |
|---|---|---|---|
| JAMES J. DRAGNA, ESQ.<br>NANCY M. SAUNDERS, ESQ.<br>BRYAN K. BROWN, ESQ.<br>DARSHANN M. TURPIN, ESQ.<br>Bingham McCutchen LLP<br>355 South Grand Ave, Ste 4400<br>Los Angeles, CA   90071-3106<br><br>Attorneys for Defendants<br>CITY AND COUNTY OF HONOLULU<br>AND FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, IN HIS OFFICIAL CAPACITY | (   ) | ( X ) | ( X ) |

DATED:  Honolulu, Hawai'i, September 28, 2007.

\_\_/s/ William M. Tam_____
CHRISTOPHER SPROUL
WILLIAM M. TAM
Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I THOUSAND FRIENDS, and OUR
CHILDREN'S EARTH FOUNDATION