IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, <br>            Plaintiffs, <br><br>   v. <br><br> CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity, <br>            Defendants. | ) Civil No. 04-00463 <br> ) DAE/BMK <br> ) <br> ) **ORDER GRANTING** <br> ) **PLAINTIFFS'** *EX PARTE* <br> ) **MOTION FOR LEAVE TO FILE** <br> ) **ITS REPLY MEMORANDUM IN** <br> ) **EXCESS OF THE WORD COUNT** <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR LEAVE TO FILE ITS REPLY MEMORANDUM IN EXCESS OF THE WORD COUNT**

Upon review of the foregoing Plaintiffs' *Ex Parte* Motion for Leave to File Its Reply Memorandum in Excess of the Word Count ("Ex Parte Motion"), the documents in support thereof, the files and records herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Motion is GRANTED. The word count for Plaintiffs' Reply Memorandum in Support of its Motion for Partial Summary Judgment shall not exceed **5,500** words.

DATED: Honolulu, Hawaiʻi, September 28, 2007.

_____
David Alan Ezra
United States District Judge