CARRIE K. S. OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, #6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone:  (808) 523-4203/Facsimile:  (808) 523-4583
Email: kkelly@co.honolulu.hi.us

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone:  (213) 680-6400/Facsimile:  (213) 680-6499
Email:  nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>             Plaintiffs,<br><br>       v.<br><br>CITY AND COUNTY OF HONOLULU<br><br>             Defendant. | CIV. NO. CV 04-00463 DAE-BMK<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S NOTICE OF SUBSTITUTION AND OF WITHDRAWAL OF ATTORNEY OF RECORD; CERTIFICATE OF SERVICE |

DEFENDANT CITY AND COUNTY OF HONOLULU'S
NOTICE OF SUBSTITUTION AND OF WITHDRAWAL
OF ATTORNEY OF RECORD

Pursuant to Rule 83.6 of the Rules of the United States District Court for the District of Hawaii, the City and County of Honolulu ("City") hereby requests that Kathleen A. Kelly be substituted for Maile R. Chun as attorney of record for the City. This change is requested because Ms. Chun is no longer employed with the City. Notice of the City's consent to substitution is hereby provided to all counsel of record.

DATED: Honolulu, Hawaii
September 28, 2007

Respectfully submitted,

CARRIE K. S. OKINAGA
Corporation Counsel

By: /s/ KATHLEEN A. KELLY
Attorneys for Defendant
The City and County of
Honolulu