IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

> DEFENDANT CITY AND COUNTY OF HONOLULU'S NOTICE OF SUBSTITUTION AND OF WITHDRAWAL OF ATTORNEY OF RECORD

was duly served upon the following individuals at their address listed below on September 28, 2007:

Served Electronically through CM/ECF:     Email address

    CHRISTOPHER SPROUL    csproul@enviroadvocates.com
    Environmental Advocates
    5135 Anza Street
    San Francisco, California  94121

    PAUL ALSTON    palston@ahfi.com
    WILLIAM M. TAM    wtam@ahfi.com
    BLAKE K. OSHIRO    boshiro@ahfi.com
    Alston Hunt Floyd & Ing
    18th Floor, ASB Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, September 28, 2007.

    CARRIE K.S. OKINAGA
    Corporation Counsel

    By /s/ Kathleen A. Kelly
        KATHLEEN A. KELLY
        Deputy Corporation Counsel
        Attorneys for Defendants