United States
Environmental Protection
Agency

Office of Water
Washington DC
20460

EPA 821-R-02-022
September 2002


 **EPA**

# Method 1600: Enterococci in Water by Membrane Filtration Using membrane-Enterococcus Indoxyl-β-D-Glucoside Agar (mEI)

**EXHIBIT 3**

U.S. Environmental Protection Agency
Office of Water (4303T)
1200 Pennsylvania Avenue, NW
Washington, DC  20460

EPA-821-R-02-022

## Acknowledgments

This method was developed under the direction of James W. Messer and Alfred P. Dufour of the U.S. Environmental Protection Agency's (EPA) Human Exposure Research Division, National Exposure Research Laboratory, Cincinnati, Ohio.

## Disclaimer

The Engineering and Analysis Division, of the Office of Science and Technology, has reviewed and approved this report for publication. The Office of Science and Technology directed, managed, and reviewed the work of DynCorp in preparing this report. Neither the United States Government nor any of its employees, contractors, or their employees make any warranty, expressed or implied, or assumes any legal liability or responsibility for any third party's use of or the results of such use of any information, apparatus, product, or process discussed in this report, or represents that its use by such party would not infringe on privately owned rights. This document combines the information previously published in *Method 1600: Membrane Filter Test Method for Enterococci in Water* (EPA-821-R-97-004) (Reference 18.8) and *Improved Enumeration Methods for the Recreational Water Quality Indicators: Enterococci and Escherichia coli* (EPA/821/R-97/004) (Reference 18.7). Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

Questions concerning this method or its application should be addressed to:

    Robin K. Oshiro
    Engineering and Analysis Division (4303T)
    U.S. EPA Office of Water, Office of Science and Technology
    1200 Pennsylvania Avenue, NW
    Washington, DC 20460
    oshiro.robin@epa.gov
    202-566-1075
    202-566-1053 (facsimile)

# Introduction

EPA has been increasingly concerned with the public health risks of infectious diseases caused by microbial organisms in our nation's beaches. In response to this problem, EPA has established the Beaches Environmental Assessment Closure and Health (BEACH) Program. This analytical method is published for use in the BEACH Program.

In 1986, EPA issued a revision to its bacteriological ambient water quality criteria recommendations to include new indicator bacteria, *E. coli* and enterococci, which provide a better correlation with swimming-associated gastrointestinal illness than the previous criteria recommendations for fecal coliform bacteria. These revised criteria are useful to public health officials because they enable quantitative estimates of illness rates associated with swimming in polluted water.

This method is a revision of EPA's previous enterococci method, used since 1985 in ambient water quality monitoring. It reduces analysis time to 24 hours and improves analytical quality. The method has been validated in single- and multi-laboratory studies and has undergone peer review.

## Table of Contents

1.0  Scope and Application ......................................... 1

2.0  Summary of Method ........................................... 1

3.0  Definitions .................................................. 1

4.0  Interferences ................................................ 1

5.0  Safety ...................................................... 2

6.0  Equipment and Supplies ....................................... 2

7.0  Reagents and Standards ....................................... 3

8.0  Sample Collection, Preservation, and Storage ..................... 5

9.0  Quality Control .............................................. 6

10.0 Calibration and Standardization ................................ 6

11.0 Procedure ................................................... 6

12.0 Data Analysis and Calculations ................................. 7

13.0 Method Performance .......................................... 7

14.0 Reporting Results ............................................ 7

15.0 Verification Procedure ........................................ 7

16.0 Pollution Prevention .......................................... 8

17.0 Waste Management ........................................... 8

18.0 References .................................................. 8

# Method 1600: Enterococci in Water by Membrane Filtration Using membrane-Enterococcus Indoxyl-β-D-Glucoside Agar (mEI)

## September 2002

### 1.0  Scope and Application

**1.1**  This method describes a membrane filter (MF) procedure for the detection and enumeration of the enterococci bacteria in water. Enterococci are commonly found in the feces of humans and other warm-blooded animals. Although some strains are ubiquitous and not related to fecal pollution, the presence of enterococci in water is an indication of fecal pollution and the possible presence of enteric pathogens.

**1.2**  The enterococci test measures the bacteriological quality of recreational waters. Epidemiological studies have led to the development of criteria which can be used to promulgate recreational water standards based on the established relationship between health effects and water quality. The significance of finding enterococci in recreational water samples is the direct relationship between the density of enterococci in the water and swimming-associated gastroenteritis studies of marine and fresh water bathing beaches (Reference 18.3, Reference 18.4).

**1.3**  The test for enterococci can be applied to potable, fresh, estuarine, marine, and shellfish growing waters.

**1.4**  Since a wide range of sample volumes or dilutions can be analyzed by the MF technique, a wide range of enterococci levels in water can be detected and enumerated.

### 2.0  Summary of Method

**2.1**  The MF method provides a direct count of bacteria in water based on the development of colonies on the surface of the membrane filter (Reference 18.5). A water sample is filtered through the membrane which retains the bacteria. Following filtration, the membrane containing the bacterial cells is placed on a selective medium, mEI agar, and incubated for 24 h at 41°C. All colonies (regardless of color) with a blue halo are recorded as enterococci colonies. Magnification and a small fluorescent lamp are used for counting to give maximum visibility of colonies.

### 3.0  Definitions

**3.1**  In this method, enterococci are those bacteria which produce colonies with a blue halo after incubation on mEI agar. Enterococci include *Streptococcus faecalis*, *Streptococcus faecium*, *Streptococcus avium*, and their variants.

### 4.0  Interferences

**4.1**  Water samples containing colloidal or suspended particulate materials can clog the membrane filter and prevent filtration, or cause spreading of bacterial colonies which could interfere with identification of target colonies.

## 5.0 Safety

**5.1** The analyst/technician must know and observe the normal safety procedures required in a microbiology laboratory while preparing, using, and disposing of cultures, reagents, and materials, and while operating sterilization equipment.

**5.2** Mouth-pipetting is prohibited.

## 6.0 Equipment and Supplies

**6.1** Glass lens with magnification of 2-5x or stereoscopic microscope.

**6.2** Lamp, with a cool, white fluorescent tube.

**6.3** Hand tally or electronic counting device.

**6.4** Pipet container, stainless steel, aluminum or borosilicate glass, for glass pipets.

**6.5** Pipets, sterile, T.D. bacteriological or Mohr, glass or plastic, of appropriate volume.

**6.6** Graduated cylinders, 100-1000 mL, covered with aluminum foil or kraft paper and sterile.

**6.7** Membrane filtration units (filter base and funnel), glass, plastic or stainless steel, wrapped with aluminum foil or kraft paper and sterilized.

**6.8** Ultraviolet unit for sanitization of the filter funnel between filtrations (optional).

**6.9** Line vacuum, electric vacuum pump, or aspirator for use as a vacuum source. In an emergency or in the field, a hand pump or a syringe equipped with a check valve to prevent the return flow of air, can be used.

**6.10** Flask, filter, vacuum, usually 1 L, with appropriate tubing. A filter manifold to hold a number of filter bases is optional.

**6.11** Flask for safety trap placed between the filter flask and the vacuum source.

**6.12** Forceps, straight or curved, with smooth tips to handle filters without damage.

**6.13** Ethanol, methanol or isopropanol in a small, wide-mouth container, for flame-sterilizing forceps.

**6.14** Burner, Bunsen or Fisher type, or electric incinerator unit for sterilizing loops and needles.

**6.15** Thermometer, checked against a National Institute of Standards and Technology (NIST) certified thermometer, or one that meets the requirements of NIST Monograph SP 250-23.

**6.16** Petri dishes, sterile, plastic, 9 x 50 mm, with tight-fitting lids.

**6.17** Bottles, milk dilution, borosilicate glass, screw-cap with neoprene liners, marked at 99 mL for 1:100 dilutions. Dilution bottles marked at 90 mL or tubes marked at 9 mL may be used for 1:10 dilutions.

**6.18** Flasks, borosilicate glass, screw-cap, 250-2000 mL volume.

**6.19** Membrane filters, sterile, white, grid marked, 47 mm diameter, with $0.45 \pm 0.02$ μm pore size.

**6.20** Inoculation loops, at least 3 mm diameter, and needles, nichrome or platinum wire, 26 B & S gauge, in suitable holders. Sterile disposable applicator sticks or plastic loops are alternatives to inoculation loops.

**6.21** Incubator maintained at $41 \pm 0.5°C$.

**6.22** Waterbath maintained at 50°C for tempering agar.

**6.23**   Test tubes, 20 x 150 mm, borosilicate glass or plastic.

**6.24**   Caps, aluminum or autoclavable plastic, for 20 mm diameter test tubes.

**6.25**   Test tubes, screw-cap, borosilicate glass, 16 x 125 mm or other appropriate size.

**6.26**   Whirl-Pak® bags.

## 7.0   Reagents and Standards

**7.1**   Purity of Reagents: Reagent grade chemicals shall be used in all tests. Unless otherwise indicated, reagents shall conform to the specifications of the Committee on Analytical Reagents of the American Chemical Society (Reference 18.9). The agar used in preparation of culture media must be of microbiological grade.

**7.2**   Whenever possible, use commercial culture media as a means of quality control.

**7.3**   Purity of Water: Reagent water conforming to Specification D1193, reagent water conforming Type II, Annual Book of ASTM Standards (Reference 18.1).

**7.4**   Buffered Dilution Water

   **7.4.1**   Composition:

   | | |
   |---|---|
   | Sodium Dihydrogen Phosphate | 0.58 g |
   | Sodium Monohydrogen Phosphate | 2.50 g |
   | Sodium Chloride | 8.50 g |
   | Reagent-Grade Distilled Water | 1.0 L |

   **7.4.2**   Preparation: Dissolve the ingredients in 1 L of reagent water in a flask and dispense in appropriate amounts for dilutions in screw-cap bottles or culture tubes, and/or into containers for use as rinse water. Autoclave after preparation at 121°C (15 lb pressure) for 15 min. Final pH should be $7.4 \pm 0.2$.

**7.5**   Phosphate Buffered Dilution Water (Reference 18.2)

   **7.5.1**   Composition of Stock Phosphate Buffer Solution:

   | | |
   |---|---|
   | Phosphate dihydrogen phosphate | 34.0 g |
   | Reagent-Grade distilled water | 500.0 mL |

   **7.5.2**   Preparation: Adjust the pH of the solution to 7.2 with 1 N NaOH, and bring the volume to 1 L with reagent-grade distilled water. Sterilize by filtration or autoclave at 121°C (15 lb pressure) for 15 min.

   **7.5.3**   Preparation of Stock Magnesium Chloride Solution: Add 38 g anhydrous $MgCl_2$ or 81.1 g $MgCl_2 \cdot 6H_2O$ to 1 L reagent-grade distilled water. Sterilize by filtration or autoclave at 121°C (15 lb pressure) for 15 min.

   **7.5.4**   Storage of Stock Solutions: After sterilization, store the stock solutions in the refrigerator until used. Handle aseptically. If evidence of mold or other contamination appears, the affected stock solution should be discarded and a fresh solution should be prepared.

   **7.5.5**   Working Phosphate Buffered Dilution Water: Mix 1.25 mL of the stock phosphate buffer and 5 mL of the $MgCl_2$ stock per liter of reagent-grade distilled water. Dispense in

*Method 1600*

appropriate amounts for dilutions in screw-cap bottles or culture tubes, and/or into containers for use as rinse water. Autoclave at 121°C (15 lb pressure) for 15 min. Final pH should be $7.0 \pm 0.2$.

7.6  mEI Agar

   7.6.1  Composition of Basal Medium (mE Agar, Difco 0333)

| | |
|---|---|
| Peptone | 10.0 g |
| Sodium Chloride | 15.0 g |
| Yeast Extract | 30.0 g |
| Esculin | 1.0 g |
| Actidione (Cycloheximide) | 0.05 g |
| Sodium Azide | 0.15 g |
| Agar | 15.0 g |
| Reagent-Grade Distilled Water | 1.0 L |

   7.6.2  Preparation of mEI Medium: Add 71.2 g of dehydrated basal medium plus 0.75 grams of indoxyl β-D glucoside to 1 L of reagent grade water in a flask and heat to boiling until ingredients dissolve. Autoclave at 121°C (15 lb pressure) for 15 min and cool in a 50°C water bath.

   7.6.3  Reagents Added After Sterilization: Mix 0.24 g nalidixic acid in 5 mL reagent-grade sterile distilled water, add a few drops of 0.1N NaOH to dissolve; add to the mEI medium. Add 0.02 g triphenyltetrazolium chloride separately to the mEI medium and mix.

   7.6.4  Alternately, the following solutions may be used:

   7.6.4.1  Nalidixic acid: Add 0.48 g of nalidixic acid and 0.4 mL 10 N NaOH to 10 mL of reagent-grade distilled water and mix. Filter-sterilize the solution, and add 5.2 mL per liter of medium.

   7.6.4.2  Triphenyltetrazolium chloride (TTC): Add 0.1 g of TTC to 10 mL of reagent-grade distilled water, and warm to dissolve. Filter-sterilize the solution, and add 2 mL per liter of medium.

   7.6.5  Preparation of mEI Agar Plates: Pour the mEI agar into 9x50 mm petri dishes to a 4-5 mm depth (approximately 4-6 mL), and allow to solidify. Final pH of medium should be $7.1 \pm 0.2$. Store in a refrigerator.

7.7  Brain Heart Infusion Broth (BHIB) (Difco 0037, BD 4311059)

   7.7.1  Composition:

| | |
|---|---|
| Calf Brain Infusion | 200.0 g |
| Beef Heart Infusion | 250.0 g |
| Peptone | 10.0 g |
| Sodium Chloride | 5.0 g |
| Disodium Phosphate | 2.5 g |
| Dextrose | 2.0 g |
| Reagent-Grade Distilled Water | 1.0 L |

   7.7.2  Preparation: Dissolve 37 g of dehydrated brain heart infusion in 1 L of reagent grade water. Dispense in 8-10 mL volumes in screw-cap tubes and autoclave at 121°C (15 lb pressure) for 15 min. If the medium is not used the same day as prepared and sterilized,

heat in boiling water bath for several min to remove absorbed oxygen, and cool quickly without agitation, just prior to inoculation. The final pH should be $7.4 \pm 0.2$.

**7.8**   Brain Heart Infusion Broth (BHIB) with 6.5% NaCl

    **7.8.1**   Composition:

        BHIB with 6.5% NaCl is the same as BHIB above, but with additional NaCl.

    **7.8.2**   Preparation: Add 60.0 g NaCl per liter of medium. Since most commercially available dehydrated media contain sodium chloride, this amount is subtracted from the 65 g per liter required to make a final concentration of 6.5% NaCl.

**7.9**   Brain Heart Infusion Agar (BHIA) (Difco 0418, BD4311065)

    **7.9.1**   Composition:

        BHIA contains the same components as BHIB above with the addition of 15.0 g of agar per L of BHIB.

    **7.9.2**   Preparation: Suspend 52 g dehydrated BHIA in 1 L of reagent-grade distilled water. Heat to boiling until the ingredients are dissolved. Dispense 10 mL of medium in screwcap test tubes, and sterilize for 15 min at 121°C (15 lb pressure). After sterilization, slant until solid. Final pH should be $7.4 \pm 0.2$.

**7.10**   Bile Esculin Agar (BEA) (Difco 0879)

    **7.10.1**   Composition:

| | |
|---|---|
| Bacto Beef Extract | 3.0 g |
| Bacto Peptone | 5.0 g |
| Bacto Oxgall | 40.0 g |
| Bacto Esculin | 1.0 g |
| Ferric Citrate | 0.5 g |
| Bacto Agar | 15.0 g |
| Reagent-Grade Distilled Water | 1.0 L |

    **7.10.2**   Preparation: Add 64.0 g dehydrated BEA to 1 L reagent-grade distilled water, and heat to boiling to dissolve completely. Dispense 10-mL volumes in tubes for slants or larger volumes into flasks for subsequent plating. Autoclave at 121°C (15 lb pressure) for 15 min. Overheating may cause darkening of the medium. Cool in a 50°C waterbath, and dispense into sterile petri dishes. Final pH should be $6.6 \pm 0.2$. Store in a refrigerator.

## 8.0   Sample Collection, Preservation, and Storage

**8.1**   Sampling procedures are described in detail in the USEPA microbiology methods manual, Section II, A (Reference 18.2). Adherence to sample preservation procedures and holding time limits is critical to the production of valid data. Samples shall not be analyzed if these conditions are not met.

    **8.1.1**   Storage Temperature and Handling Conditions

        Ice or refrigerate bacteriological samples at a temperature of 1-4°C during transit to the laboratory. Use insulated containers to assure proper maintenance of storage

        temperature. Take care that sample bottles are not totally immersed in water during transit or storage.

    **8.1.2**  Holding Time Limitations

        Examine samples as soon as possible after collection. Do not hold samples longer than 6 h between collection and initiation of analyses.

## 9.0 Quality Control

**9.1**  See recommendations on quality control for microbiological analyses in the USEPA microbiology methods manual, Part IV, C (Reference 18.2).

## 10.0 Calibration and Standardization

**10.1**  Check temperatures in incubators daily to ensure operation within stated limits.

**10.2**  Check thermometers at least annually against a NIST certified thermometer or one that meets the requirements of NIST Monograph SP 250-23. Check mercury columns for breaks.

## 11.0 Procedure

**11.1**  Prepare the mEI agar as directed in 7.6.

**11.2**  Mark the petri dishes and report forms with sample identification and sample volumes.

**11.3**  Place a sterile membrane filter on the filter base, grid-side up and attach the funnel to the base so that the membrane filter is now held between the funnel and the base.

**11.4**  Shake the sample bottle vigorously about 25 times to distribute the bacteria uniformly, and measure the desired volume of sample or dilution into the funnel.

**11.5**  Select sample volumes based on previous knowledge of the pollution level, to produce 20-60 enterococci colonies on membranes. Sample volumes of 1-100 mL are normally tested at half log intervals (e.g., 100, 30, 10, 3 mL).

**11.6**  Smaller sample size or sample dilutions can be used to minimize the interference of turbidity or for high bacterial densities. Multiple volumes of the same sample or sample dilutions may be filtered, and the results may be combined.

**11.7**  Filter the sample, and rinse the sides of the funnel at least twice with 20-30 mL of sterile buffered rinse water. Turn off the vacuum and remove the funnel from the filter base.

**11.8**  Use sterile forceps to aseptically remove the membrane filter from the filter base, and roll it onto the mEI agar to avoid the formation of bubbles between the membrane and the agar surface. Reseat the membrane if bubbles occur. Run the forceps around the edge of the filter to be sure that the filter is properly seated on the agar. Close the dish, invert, and incubate at $41 \pm 0.5°C$ for 24 h.

**11.9**  After incubation, count and record colonies on those membrane filters containing, if practical, 20-60 colonies with a blue halo regardless of colony color as an enterococci. Use magnification for counting and a small fluorescent lamp to give maximum visibility of colonies.

*Method 1600*



**Figure 1.**   Enterococci on mEI Agar. Colonies with a blue halo are considered to be enterococci.

## 12.0 Data Analysis and Calculations

**12.1**   Use the following general rules to calculate the enterococci count per 100 ml of sample:

    **12.1.1**   Select the membrane filter with an acceptable number of colonies (regardless of colony color) with a blue halo (20-60). Calculate the number of enterococci per 100 mL according to the following general formula:

$$\text{Enterococci/100 mL} = \frac{\text{Number of enterococci colonies}}{\text{Volume of sample filtered (mL)}} \times 100$$

    **12.1.2**   See the USEPA microbiology methods manual, Part II, Section C, 3.5, for general counting rules (Reference 18.2).

## 13.0 Method Performance

**13.1**   Specificity - The specificity of the medium used in this method is 6.0% false positive and 6.5% false negative for various environmental water samples (Reference 18.6). The false positive rate was calculated as the percent of colonies which reacted typically, but did not verify as members of the enterococcus group. The false negative rate was calculated as the percent of all verified enterococcus colonies not reacting typically.

**13.2**   Bias - The persistent positive or negative deviation of the results from the assumed or accepted true value is not significant (Reference 18.6).

**13.3**   Precision - The precision among laboratories for marine water and surface water was 2.2% and 18.9% (Reference 18.6).

## 14.0 Reporting Results

**14.1**   There should be at least three volumes tested per sample. Report the results as enterococci per 100 mL of sample.

## 15.0 Verification Procedure

**15.1**   Colonies of any color having a blue halo after incubation on mEI agar can be verified as enterococci. Verification of colonies may be required in evidence gathering and it is also recommended as a means of quality control for the initial use of the test and for changes in

Method 1600

sample sites, lots of commercial media, or major ingredients in media compounded in the laboratory. The verification procedure follows.

**15.2** Using a sterile inoculating needle, transfer cells from the centers of at least 10 well-isolated typical colonies into a BHIB tube and onto a BHIA slant. Incubate broth tubes for 24 h and slants for 48 h at $35 \pm 0.5°C$.

**15.3** After a 24 h incubation, transfer a loopful of material from each BHIB tube to BEA, BHIB and BHIB with 6.5% NaCl.

    **15.3.1** Incubate the BEA and BHIB with 6.5% NaCl at $35 \pm 0.5°C$ for 48 h.

    **15.3.2** Incubate the BHIB at $45 \pm 0.5°C$ for 48 h.

**15.4** Observe for growth.

**15.5** After 48 h incubation, apply a Gram stain to growth from each BHIA slant.

**15.6** Gram-positive cocci that grow and hydrolyze esculin on BEA (*i.e.*, produce a black or brown precipitate), and grow in BHIB at $45 \pm 0.5°C$ and BHIB with 6.5% NaCl at $35 \pm 0.5°C$ are verified as enterococci.

## 16.0 Pollution Prevention

**16.1** The solutions and reagents used in this method pose little threat to the environment when recycled and managed properly.

**16.2** Solutions and reagents should be prepared in volumes consistent with laboratory use to minimize the volume of expired materials to be disposed.

## 17.0 Waste Management

**17.1** It is the laboratory's responsibility to comply with all federal, state, and local regulations governing waste management, particularly the biohazard and hazardous waste identification rules and land disposal restrictions, and to protect the air, water, and land by minimizing and controlling all releases from fume hoods and bench operations. Compliance with all sewage discharge permits and regulations is also required.

**17.2** Samples, reference materials, and equipment known or suspected to have viable enterococci attached or contained must be sterilized prior to disposal.

**17.3** Samples preserved with HCl to pH <2 are hazardous and must be neutralized before being disposed, or must be handled as hazardous waste.

**17.4** For further information on waste management, consult "The Waste Management Manual for Laboratory Personnel" and "Less Is Better: Laboratory Chemical Management for Waste Reduction," both available from the American Chemical Society's Department of Government Relations and Science Policy, 1155 16th Street NW, Washington, DC 20036.

## 18.0 References

**18.1** Annual Book of ASTM Standards, Vol. 11.01, American Society for Testing and Materials, Philadelphia, PA 19103.

**18.2** Bordner, R., J.A. Winter and P.V. Scarpino (eds.), Microbiological Methods for Monitoring the Environment, Water and Wastes, EPA-600/8-78-017. Office of Research and Development, USEPA.

**18.3** Cabelli, V. J., A. P. Dufour, M. A. Levin, L. J. McCabe, and P. W. Haberman, 1979. Relationship of Microbial Indicators to Health Effects at Marine Bathing Beaches. *Amer. Jour. Public Health.* 69:690-696.

**18.4** Dufour, A.P. 1984. Health Effects Criteria for Fresh Recreational Waters, EPA-600/1-84-004. Office of Research and Development, USEPA.

**18.5** Levin, M.A., J.R. Fischer and V.J. Cabelli. 1975. Membrane Filter Technique for Enumeration of Enterococci in Marine Waters. *Appl. Microbiol.* 30:66-71.

**18.6** Messer, J.W. and A.P. Dufour. 1998. A Rapid, Specific Membrane Filtration Procedure for Enumeration of Enterococci in Recreational Water. *Appl. Environ. Microbiol.* 64:678-680.

**18.7** Improved Enumeration Methods for the Recreational Water Quality Indicators: Enterococci and *Escherichia coli*. 2000. EPA/821/R-97/004. Office of Science and Technology, Washington D.C.

**18.8** Method 1600: Membrane Filter Test Method for Enterococci in Water. 1997. EPA-821-R-97-004. Office of Water, Washington D.C.

**18.9** Reagent Chemicals, American Chemical Society Specifications, American Chemical Society, Washington, DC. For suggestions of the testing of reagents not listed by the American Chemical Society, see Analar Standards for Laboratory Chemicals, BDH Ltd., Poole, Dorset, UK and the United States Pharmacopeia.