APPENDIX A TO PART 136
METHODS FOR ORGANIC CHEMICAL ANALYSIS OF MUNICIPAL AND
INDUSTRIAL WASTEWATER

METHOD 608—ORGANOCHLORINE PESTICIDES AND PCBS

1.    Scope and Application

1.1    This method covers the determination of certain organochlorine pesticides and PCBs. The following parameters can be determined by this method:

| Parameter | STORET No. | CAS No. |
|-----------|-----------|---------|
| Aldrin | 39330 | 309-00-2 |
| α-BHC | 39337 | 319-84-6 |
| β-BHC | 39338 | 319-85-7 |
| δ-BHC | 34259 | 319-86-8 |
| γ-BHC | 39340 | 58-89-9 |
| Chlordane | 39350 | 57-74-9 |
| 4,4'-DDD | 39310 | 72-54-8 |
| 4,4'-DDE | 39320 | 72-55-9 |
| 4,4'-DDT | 39300 | 50-29-3 |
| Dieldrin | 39380 | 60-57-1 |
| Endosulfan I | 34361 | 959-98-8 |
| Endosulfan II | 34356 | 33212-65-9 |
| Endosulfan sulfate | 34351 | 1031-07-8 |
| Endrin | 39390 | 72-20-8 |
| Endrin aldehyde | 34366 | 7421-93-4 |
| Heptachlor | 39410 | 76-44-8 |
| Heptachlor epoxide | 39420 | 1024-57-3 |
| Toxaphene | 39400 | 8001-35-2 |
| PCB-1016. | 34671 | 12674-11-2 |
| PCB-1221 | 39488 | 1104-28-2 |
| PCB-1232 | 39492 | 11141-16-5 |
| PCB-1242 | 39496 | 53469-21-9 |
| PCB-1248 | 39500 | 12672-29-6 |
| PCB-1254 | 39504 | 11097-69-1 |
| PCB-1260 | 39508 | 11096-82-5 |

1.2    This is a gas chromatographic (GC) method applicable to the determination of the compounds listed above in municipal and industrial discharges as provided under 40 CFR Part 136.1. When this method is used to analyze unfamiliar samples for any or all of the compounds above, compound identifications should be supported by at least one additional qualitative technique. This method describes analytical conditions for a second gas chromatographic column that can be used to confirm measurements made with the primary column. Method 625 provides gas chromatograph/mass spectrometer (GC/MS) conditions appropriate for the qualitative and quantitative confirmation of results for all of the parameters listed above, using the extract produced by this method.

**EXHIBIT 4**

1.3   The method detection limit (MDL, defined in Section 14.1)[1] for each parameter is listed in Table 1. The MDL for a specific wastewater may differ from those listed, depending upon the nature of interferences in the sample matrix.

1.4   The sample extraction and concentration steps in this method are essentially the same as in Methods 606, 609, 611, and 612. Thus, a single sample may be extracted to measure the parameters included in the scope of each of these methods. When cleanup is required, the concentration levels must be high enough to permit selecting aliquots, as necessary, to apply appropriate cleanup procedures. The analyst is allowed the latitude, under Section 12, to select chromatographic conditions appropriate for the simultaneous measurement of combinations of these parameters.

1.5   Any modification of this method, beyond those expressly permitted, shall be considered as a major modification subject to application and approval of alternate test procedures under 40 CFR Parts 136.4 and 136.5.

1.6   This method is restricted to use by or under the supervision of analysts experienced in the use of a gas chromatograph and in the interpretation of gas chromatograms. Each analyst must demonstrate the ability to generate acceptable results with this method using the procedure described in Section 8.2.

## 2.   Summary of Method

2.1   A measured volume of sample, approximately 1 L, is extracted with methylene chloride using a separatory funnel. The methylene chloride extract is dried and exchanged to hexane during concentration to a volume of 10 mL or less. The extract is separated by gas chromatography and the parameters are then measured with an electron capture detector.[2]

2.2   The method provides a Florisil column cleanup procedure and an elemental sulfur removal procedure to aid in the elimination of interferences that may be encountered.

## 3.   Interferences

3.1   Method interferences may be caused by contaminants in solvents, reagents, glassware, and other sample processing hardware that lead to discrete artifacts and/or elevated baselines in gas chromatograms. All of these materials must be routinely demonstrated to be free from interferences under the conditions of the analysis by running laboratory reagent blanks as described in Section 8.1.3.

   3.1.1   Glassware must be scrupulously cleaned.[3] Clean all glassware as soon as possible after use by rinsing with the last solvent used in it. Solvent rinsing should be followed by detergent washing with hot water, and rinses with tap water and distilled water. The glassware should then be drained dry, and heated in a muffle furnace at 400°C for 15-30 minutes. Some thermally stable materials, such as PCBs, may not be eliminated by this treatment. Solvent rinses with acetone and pesticide quality hexane may be substituted for the muffle furnace heating. Thorough rinsing with such solvents usually eliminates PCB interference. Volumetric ware should not be heated in a muffle furnace. After drying and cooling, glassware should be sealed and stored in a clean environment to prevent

any accumulation of dust or other contaminants. Store inverted or capped with aluminum foil.

3.1.2 The use of high purity reagents and solvents helps to minimize interference problems. Purification of solvents by distillation in all-glass systems may be required.

3.2 Interferences by phthalate esters can pose a major problem in pesticide analysis when using the electron capture detector. These compounds generally appear in the chromatogram as large late eluting peaks, especially in the 15 and 50% fractions from Florisil. Common flexible plastics contain varying amounts of phthalates. These phthalates are easily extracted or leached from such materials during laboratory operations. Cross contamination of clean glassware routinely occurs when plastics are handled during extraction steps, especially when solvent-wetted surfaces are handled. Interferences from phthalates can best be minimized by avoiding the use of plastics in the laboratory. Exhaustive cleanup of reagents and glassware may be required to eliminate background phthalate contamination.[4,5] T interferences from phthalate esters can be avoided by using a microcoulometric or electrolytic conductivity detector.

3.3 Matrix interferences may be caused by contaminants that are co-extracted from the sample. The extent of matrix interferences will vary considerably from source to source, depending upon the nature and diversity of the industrial complex or municipality being sampled. The cleanup procedures in Section 11 can be used to overcome many of these interferences, but unique samples may require additional cleanup approaches to achieve the MDL listed in Table 1.

4. Safety

4.1 The toxicity or carcinogenicity of each reagent used in this method has not been precisely defined; however, each chemical compound should be treated as a potential health hazard. From this viewpoint, exposure to these chemicals must be reduced to the lowest possible level by whatever means available. The laboratory is responsible for maintaining a current awareness file of OSHA regulations regarding the safe handling of the chemicals specified in this method. A reference file of material data handling sheets should also be made available to all personnel involved in the chemical analysis. Additional references to laboratory safety are available and have been identified[6-8] for the information of the analyst.

4.2 The following parameters covered by this method have been tentatively classified as known or suspected, human or mammalian carcinogens: 4,4′-DDT, 4,4′-DDD, the BHCs, and the PCBs. Primary standards of these toxic compounds should be prepared in a hood. A NIOSH/MESA approved toxic gas respirator should be worn when the analyst handles high concentrations of these toxic compounds.

**5.      Apparatus and Materials**

5.1     Sampling equipment, for discrete or composite sampling.

   5.1.1   Grab sample bottle— 1-L or 1-qt, amber glass, fitted with a screw cap lined with Teflon. Foil may be substituted for Teflon if the sample is not corrosive. If amber bottles are not available, protect samples from light. The bottle and cap liner must be washed, rinsed with acetone or methylene chloride, and dried before use to minimize contamination.

   5.1.2   Automatic sampler (optional)—The sampler must incorporate glass sample containers for the collection of a minimum of 250 mL of sample. Sample containers must be kept refrigerated at 4°C and protected from light during compositing. If the sampler uses a peristaltic pump, a minimum length of compressible silicone rubber tubing may be used. Before use, however, the compressible tubing should be thoroughly rinsed with methanol, followed by repeated rinsings with distilled water to minimize the potential for contamination of the sample. An integrating flow meter is required to collect flow proportional composites.

5.2.    Glassware (All specifications are suggested. Catalog numbers are included for illustration only.)

   5.2.1   Separatory funnel— 2-L, with Teflon stopcock.

   5.2.2   Drying column—Chromatographic column, approximately 400 mm long x 19 mm ID, with coarse frit filter disc.

   5.2.3   Chromatographic column—400 mm long x 22 mm ID, with Teflon stopcock and coarse frit filter disc (Kontes K-42054 or equivalent).

   5.2.4   Concentrator tube, Kuderna-Danish— 10-mL, graduated (Kontes K-570050-1025 or equivalent). Calibration must be checked at the volumes employed in the test. Ground glass stopper is used to prevent evaporation of extracts.

   5.2.5   Evaporative flask, Kuderna-Danish—500- mL (Kontes K-570001-0500 or equivalent). Attach to concentrator tube with springs.

   5.2.6   Snyder column, Kuderna/Danish—Three-ball macro (Kontes K-503000-0121 or equivalent).

   5.2.7   Vials—10 to 15-mL, amber glass, with Teflon-lined screw cap.

5.3     Boiling chips-Approximately 10/40 mesh. Heat to 400°C for 30 minutes or Soxhlet extract with methylene chloride.

5.4     Water bath—Heated, with concentric ring cover, capable of temperature control (±2°C). The bath should be used in a hood.

5.5     Balance—Analytical, capable of accurately weighing 0.0001 g.

5.6     Gas chromatograph—An analytical system complete with gas chromatograph suitable for on-column injection and all required accessories including syringes, analytical columns, gases, detector, and strip-chart recorder. A data system is recommended for measuring peak areas.

    5.6.1   Column 1—1.8 m long x 4 mm ID glass, packed with 1.5% SP-2250/1.95% SP-2401 on Supelcoport (100/120 mesh) or equivalent. This column was used to develop the method performance statements in Section 14. Guidelines for the use of alternate column packings are provided in Section 12.1.

    5.6.2   Column 2—1.8 m long x 4 mm ID glass, packed with 3% OV-1 on Supelcoport (100/120 mesh) or equivalent.

    5.6.3   Detector—Electron capture detector. This detector has proven effective in the analysis of wastewaters for the parameters listed in the scope (Section 1.1), and was used to develop the method performance statements in Section 14. Guidelines for the use of alternate detectors are provided in Section 12.1.

## 6.    Reagents

6.1     Reagent water—Reagent water is defined as a water in which an interferent is not observed at the MDL of the parameters of interest.

6.2     Sodium hydroxide solution (10 N)—Dissolve 40 g of NaOH (ACS) in reagent water and dilute to 100 mL.

6.3     Sodium thiosulfate—(ACS) Granular.

6.4     Sulfuric acid (1+1)—Slowly, add 50 mL to $H_2SO_4$ (ACS, sp. gr. 1.84) to 50 mL of reagent water.

6.5     Acetone, hexane, isooctane, methylene chloride—Pesticide quality or equivalent.

6.6     Ethyl ether—Nanograde, redistilled in glass if necessary.

    6.6.1   Ethyl ether must be shown to be free of peroxides before it is used as indicated by EM Laboratories Quant test strips. (Available from Scientific Products Co., Cat. No. P1126-8, and other suppliers.)

    6.6.2   Procedures recommended for removal of peroxides are provided with the test strips. After cleanup, 20 mL of ethyl alcohol preservative must be added to each liter of ether.

6.7     Sodium sulfate—(ACS) Granular, anhydrous. Purify by heating at 400°C for four hours in a shallow tray.

6.8     Florisil—-PR grade (60/100 mesh). Purchase activated at 1250°F and store in the dark in glass containers with ground glass stoppers or foil-lined screw caps. Before use, activate each batch at least 16 hours at 130°C in a foil-covered glass container and allow to cool.

6.9    Mercury—Triple distilled.

6.10    Copper powder—Activated.

6.11    Stock standard solutions (1.00 µg/µL)—Stock standard solutions can be prepared from pure standard materials or purchased as certified solutions.

    6.11.1    Prepare stock standard solutions by accurately weighing about 0.0100 g of pure material. Dissolve the material in isooctane and dilute to volume in a 10 mL volumetric flask. Larger volumes can be used at the convenience of the analyst. When compound purity is assayed to be 96% or greater, the weight can be used without correction to calculate the concentration of the stock standard. Commercially prepared stock standards can be used at any concentration if they are certified by the manufacturer or by an independent source.

    6.11.2    Transfer the stock standard solutions into Teflon-sealed screw-cap bottles. Store at 4°C and protect from light. Stock standard solutions should be checked frequently for signs of degradation or evaporation, especially just prior to preparing calibration standards from them.

    6.11.3    Stock standard solutions must be replaced after six months, or sooner if comparison with check standards indicates a problem.

6.12    Quality control check sample concentrate—See Section 8.2.1.

**7.    Calibration**

7.1    Establish gas chromatographic operating conditions equivalent to those given in Table 1. The gas chromatographic system can be calibrated using the external standard technique (Section 7.2) or the internal standard technique (Section 7.3).

7.2    External standard calibration procedure

    7.2.1    Prepare calibration standards at a minimum of three concentration levels for each parameter of interest by adding volumes of one or more stock standards to a volumetric flask and diluting to volume with isooctane. One of the external standards should be at a concentration near, but above, the MDL (Table 1) and the other concentrations should correspond to the expected range of concentrations found in real samples or should define the working range of the detector.

    7.2.2    Using injections of 2-5 µL, analyze each calibration standard according to Section 12 and tabulate peak height or area responses against the mass injected. The results can be used to prepare a calibration curve for each compound. Alternatively, if the ratio of response to amount injected (calibration factor) is a constant over the working range (<10% relative standard deviation, RSD), linearity through the origin can be assumed and the average ratio or calibration factor can be used in place of a calibration curve.

7.3    Internal standard calibration procedure—To use this approach, the analyst must select one or more internal standards that are similar in analytical behavior to the compounds of interest. The analyst must further demonstrate that the measurement of the internal standard is not affected by method or matrix interferences. Because of these limitations, no internal standard can be suggested that is applicable to all samples.

   7.3.1   Prepare calibration standards at a minimum of three concentration levels for each parameter of interest by adding volumes of one or more stock standards to a volumetric flask. To each calibration standard, add a known constant amount of one or more internal standards, and dilute to volume with isooctane. One of the standards should be at a concentration near, but above, the MDL and the other concentrations should correspond to the expected range of concentrations found in real samples or should define the working range of the detector.

   7.3.2   Using injections of 2-5 μL, analyze each calibration standard according to Section 12 and tabulate peak height or area responses against concentration for each compound and internal standard. Calculate response factors (RF) for each compound using Equation 1.

*Equation 1*

$$RF = \frac{(A_s)\ (C_{is})}{(A_{is})\ (C_s)}$$

where:

   $A_s$ = Response for the parameter to be measured.
   $A_{is}$ = Response for the internal standard.
   $C_{is}$ = Concentration of the internal standard (μg/L).
   $C_s$ = Concentration of the parameter to be measured (μg/L).

If the RF value over the working range is a constant (<10% RSD), the RF can be assumed to be  invariant and the average RF can be used for calculations. Alternatively, the results can be used to plot a calibration curve of response ratios, $A_s/A_{is}$, vs. concentration ratios $C_s/C_{is}$[*].

7.4    The working calibration curve, calibration factor, or RF must be verified on each working day by the measurement of one or more calibration standards. If the response for any parameter varies from the predicted response by more than ±15%, the test must be repeated using a fresh calibration standard. Alternatively, a new calibration curve must be prepared for that compound.

7.5    The cleanup procedure in Section 11 utilizes Florisil column chromatography. Florisil from different batches or sources may vary in adsorptive capacity. To standardize the amount of Florisil which is used, the use of lauric acid value[9] is suggested. The

---

[*]This equation corrects an error made in the original method publication (49 FR 43234, October 26, 1984). This correction will be formalized through a rulemaking in FY97.

referenced procedure determines the adsorption from hexane solution of lauric acid (mg) per g of Florisil. The amount of Florisil to be used for each column is calculated by dividing 110 by this ratio and multiplying by 20 g.

7.6    Before using any cleanup procedure, the analyst must process a series of calibration standards through the procedure to validate elution patterns and the absence of interferences from the reagents.

## 8.    Quality Control

8.1    Each laboratory that uses this method is required to operate a formal quality control program. The minimum requirements of this program consist of an initial demonstration of laboratory capability and an ongoing analysis of spiked samples to evaluate and document data quality. The laboratory must maintain records to document the quality of data that is generated. Ongoing data quality checks are compared with established performance criteria to determine if the results of analyses meet the performance characteristics of the method. When results of sample spikes indicate atypical method performance, a quality control check standard must be analyzed to confirm that the measurements were performed in an in-control mode of operation.

8.1.1    The analyst must make an initial, one-time, demonstration of the ability to generate acceptable accuracy and precision with this method. This ability is established as described in Section 8.2.

8.1.2    In recognition of advances that are occurring in chromatography, the analyst is permitted certain options (detailed in Sections 10.4, 11.1, and 12.1) to improve the separations or lower the cost of measurements. Each time such a modification is made to the method, the analyst is required to repeat the procedure in Section 8.2.

8.1.3    Before processing any samples, the analyst must analyze a reagent water blank to demonstrate that interferences from the analytical system and glassware are under control. Each time a set of samples is extracted or reagents are changed, a reagent water blank must be processed as a safeguard against laboratory contamination.

8.1.4    The laboratory must, on an ongoing basis, spike and analyze a minimum of 10% of all samples to monitor and evaluate laboratory data quality. This procedure is described in Section 8.3.

8.1.5    The laboratory must, on an ongoing basis, demonstrate through the analyses of quality control check standards that the operation of the measurement system is in control. This procedure is described in Section 8.4. The frequency of the check standard analyses is equivalent to 10% of all samples analyzed but may be reduced if spike recoveries from samples (Section 8.3) meet all specified quality control criteria.

8.1.6    The laboratory must maintain performance records to document the quality of data that is generated. This procedure is described in Section 8.5.

8.2    To establish the ability to generate acceptable accuracy and precision, the analyst must perform the following operations.

    8.2.1    A quality control (QC) check sample concentrate is required containing each single-component parameter of interest at the following concentrations in acetone: 4,4′–DDD, 10 µg/mL; 4,4′–DDT, 10 µg/mL; endosulfan II, 10 µg/mL; endosulfan sulfate, 10 µg/mL; endrin, 10 µg/mL; any other single-component pesticide, 2 µg/mL. If this method is only to be used to analyze for PCBs, chlordane, or toxaphene, the QC check sample concentrate should contain the most representative multicomponent parameter at a concentration of 50 µg/mL in acetone. The QC check sample concentrate must be obtained from the U.S. Environmental Protection Agency, Environmental Monitoring and Support Laboratory in Cincinnati, Ohio, if available. If not available from that source, the QC check sample concentrate must be obtained from another external source. If not available from either source above, the QC check sample concentrate must be prepared by the laboratory using stock standards prepared independently from those used for calibration.

    8.2.2    Using a pipet, prepare QC check samples at the test concentrations shown in Table 3 by adding 1.00 mL of QC check sample concentrate to each of four 1-L aliquots of reagent water.

    8.2.3    Analyze the well-mixed QC check samples according to the method beginning in Section 10.

    8.2.4    Calculate the average recovery ($\overline{X}$) in µg/mL; and the standard deviation of the recovery (s) in µg/mL, for each parameter using the four results.

    8.2.5    For each parameter compare s and $\overline{X}$ with the corresponding acceptance criteria for precision and accuracy, respectively, found in Table 3. If s and $\overline{X}$ for all parameters of interest meet the acceptance criteria, the system performance is acceptable and analysis of actual samples can begin. If any individual s exceeds the precision limit or any individual $\overline{X}$ falls outside the range for accuracy, the system performance is unacceptable for that parameter.

        NOTE:    The large number of parameters in Table 3 present a substantial probability that one or more will fail at least one of the acceptance criteria when all parameters are analyzed.

    8.2.6    When one or more of the parameters tested fail at least one of the acceptance criteria, the analyst must proceed according to Section 8.2.6.1 or 8.2.6.2.

        8.2.6.1    Locate and correct the source of the problem and repeat the test for all parameters of interest beginning with Section 8.2.2.

8.2.6.2 Beginning with Section 8.2.2, repeat the test only for those parameters that failed to meet criteria. Repeated failure, however, will confirm a general problem with the measurement system. If this occurs, locate and correct the source of the problem and repeat the test for all compounds of interest beginning with Section 8.2.2.

8.3    The laboratory must, on an ongoing basis, spike at least 10% of the samples from each sample site being monitored to assess accuracy. For laboratories analyzing one to ten samples per month, at least one spiked sample per month is required.

8.3.1    The concentration of the spike in the sample should be determined as follows:

8.3.1.1 If, as in compliance monitoring, the concentration of a specific parameter in the sample is being checked against a regulatory concentration limit, the spike should be at that limit or one to five times higher than the background concentration determined in Section 8.3.2, whichever concentration would be larger.

8.3.1.2 If the concentration of a specific parameter in the sample is not being checked against a limit specific to that parameter, the spike should be at the test concentration in Section 8.2.2 or one to five times higher than the background concentration determined in Section 8.3.2, whichever concentration would be larger.

8.3.1.3 If it is impractical to determine background levels before spiking (e.g., maximum holding times will be exceeded), the spike concentration should be (1) the regulatory concentration limit, if any; or, if none (2) the larger of either five times higher than the expected background concentration or the test concentration in Section 8.2.2.

8.3.2    Analyze one sample aliquot to determine the background concentration (B) of each parameter. If necessary, prepare a new QC check sample concentrate (Section 8.2.1) appropriate for the background concentrations in the sample. Spike a second sample aliquot with 1.0 mL of the QC check sample concentrate and analyze it to determine the concentration after spiking (A) of each parameter. Calculate each percent recovery (P) as 100 (A-B)%/T, where T is the known true value of the spike.

8.3.3    Compare the percent recovery (P) for each parameter with the corresponding QC acceptance criteria found in Table 3. These acceptance criteria were calculated to include an allowance for error in measurement of both the background and spike concentrations, assuming a spike to background ratio of 5:1. This error will be accounted for to the extent that the analyst's spike to background ratio approaches 5:1.[10] If spiking was performed at a concentration lower than the test concentration in Section 8.2.2, the analyst must use either the QC acceptance criteria in Table 3, or optional QC acceptance criteria calculated for the specific spike concentration. To calculate optional acceptance criteria for the recovery of a parameter: (1) Calculate accuracy (X') using the equation in Table 4, substituting the spike concentration (T) for C; (2) calculate overall precision (S')

using the equation in Table 4, substituting $X'$ for $\overline{X}$; (3) calculate the range for recovery at the spike concentration as $(100\ X'/T) \pm 2.44(100\ S'/T)\%$.[10]

8.3.4    If any individual P falls outside the designated range for recovery, that parameter has failed the acceptance criteria. A check standard containing each parameter that failed the criteria must be analyzed as described in Section 8.4.

8.4    If any parameter fails the acceptance criteria for recovery in Section 8.3, a QC check standard containing each parameter that failed must be prepared and analyzed.

> NOTE:    The frequency for the required analysis of a QC check standard will depend upon the number of parameters being simultaneously tested, the complexity of the sample matrix, and the performance of the laboratory. If the entire list of parameters in Table 3 must be measured in the sample in Section 8.3, the probability that the analysis of a QC check standard will be required is high. In this case the QC check standard should be routinely analyzed with the spike sample.

8.4.1    Prepare the QC check standard by adding 1.0 mL of QC check sample concentrate (Section 8.2.1 or 8.3.2) to 1 L of reagent water. The QC check standard needs only to contain the parameters that failed criteria in the test in Section 8.3.

8.4.2    Analyze the QC check standards to determine the concentration measured (A) of each parameter. Calculate each percent recovery ($P_s$) as 100 (A/T)%, where T is the true value of the standard concentration.

8.4.3    Compare the percent recovery ($P_s$) for each parameter with the corresponding QC acceptance criteria found in Table 3. Only parameters that failed the test in Section 8.3 need to be compared with these criteria. If the recovery of any such parameter falls outside the designated range, the laboratory performance for that parameter is judged to be out of control, and the problem must be immediately identified and corrected. The analytical result for that parameter in the unspiked sample is suspect and may not be reported for regulatory compliance purposes.

8.5    As part of the QC program for the laboratory, method accuracy for wastewater samples must be assessed and records must be maintained. After the analysis of five spiked wastewater samples as in Section 8.3, calculate the average percent recovery ($\overline{P}$) and the standard deviation of the percent recovery ($s_p$). Express the accuracy assessment as a percent recovery interval from $\overline{P} - 2\ s_p$ to $\overline{P} + 2\ s_p$. If $\overline{P} = 90\%$ and $s_p = 10\%$, for example, the accuracy interval is expressed as 70-110%. Update the accuracy assessment for each parameter on a regular basis (e.g., after each 5-10 new accuracy measurements).

8.6    It is recommended that the laboratory adopt additional quality assurance practices for use with this method. The specific practices that are most productive depend upon the needs of the laboratory and the nature of the samples. Field duplicates may be analyzed to assess the precision of the environmental measurements. When doubt exists over the identification of a peak on the chromatogram, confirmatory techniques such as gas chromatography with a dissimilar column, specific element detector, or mass spectrometer must be used. Whenever possible, the laboratory should analyze standard reference materials and participate in relevant performance evaluation studies.

9.     **Sample Collection, Preservation, and Handling**

9.1    Grab samples must be collected in glass containers. Conventional sampling practices[11] should be followed, except that the bottle must not be prerinsed with sample before collection. Composite samples should be collected in refrigerated glass containers in accordance with the requirements of the program. Automatic sampling equipment must be as free as possible of Tygon tubing and other potential sources of contamination.

9.2    All samples must be iced or refrigerated at 4°C from the time of collection until extraction. If the samples will not be extracted within 72 hours of collection, the sample should be adjusted to a pH range of 5.0-9.0 with sodium hydroxide solution or sulfuric acid. Record the volume of acid or base used. If aldrin is to be determined, add sodium thiosulfate when residual chlorine is present. EPA Methods 330.4 and 330.5 may be used for measurement of residual chlorine.[12] Field test kits are available for this purpose.

9.3    All samples must be extracted within seven days of collection and completely analyzed within 40 days of extraction.[2]

10.    **Sample Extraction**

10.1   Mark the water meniscus on the side of the sample bottle for later determination of sample volume. Pour the entire sample into a 2 L separatory funnel.

10.2   Add 60 mL of methylene chloride to the sample bottle, seal, and shake 30 seconds to rinse the inner surface. Transfer the solvent to the separatory funnel and extract the sample by shaking the funnel for two minutes with periodic venting to release excess pressure. Allow the organic layer to separate from the water phase for a minimum of 10 minutes. If the emulsion interface between layers is more than one-third the volume of the solvent layer, the analyst must employ mechanical techniques to complete the phase separation. The optimum technique depends upon the sample, but may include stirring, filtration of the emulsion through glass wool, centrifugation, or other physical methods. Collect the methylene chloride extract in a 250 mL Erlenmeyer flask.

10.3   Add a second 60 mL volume of methylene chloride to the sample bottle and repeat the extraction procedure a second time, combining the extracts in the Erlenmeyer flask. Perform a third extraction in the same manner.

10.4   Assemble a Kuderna-Danish (K-D) concentrator by attaching a 10 mL concentrator tube to a 500 mL evaporative flask. Other concentration devices or techniques may be used in place of the K-D concentrator if the requirements of Section 8.2 are met.

10.5   Pour the combined extract through a solvent-rinsed drying column containing about 10 cm of anhydrous sodium sulfate, and collect the extract in the K-D concentrator. Rinse the Erlenmeyer flask and column with 20-30 mL of methylene chloride to complete the quantitative transfer.

10.6   Add one or two clean boiling chips to the evaporative flask and attach a three-ball Snyder column. Prewet the Snyder column by adding about 1 mL of methylene chloride to the top. Place the K-D apparatus on a hot water bath (60-65°C) so that the concentrator tube is partially immersed in the hot water, and the entire lower rounded

surface of the flask is bathed with hot vapor. Adjust the vertical position of the apparatus and the water temperature as required to complete the concentration in 15-20 minutes. At the proper rate of distillation the balls of the column will actively chatter but the chambers will not flood with condensed solvent. When the apparent volume of liquid reaches 1 mL, remove the K-D apparatus and allow it to drain and cool for at least 10 minutes.

10.7    Increase the temperature of the hot water bath to about 80°C. Momentarily remove the Snyder column, add 50 mL of hexane and a new boiling chip, and reattach the Snyder column. Concentrate the extract as in Section 10.6, except use hexane to prewet the column. The elapsed time of concentration should be 5-10 minutes.

10.8    Remove the Snyder column and rinse the flask and its lower joint into the concentrator tube with 1-2 mL of hexane. A 5 mL syringe is recommended for this operation. Stopper the concentrator tube and store refrigerated if further processing will not be performed immediately. If the extract will be stored longer than two days, it should be transferred to a Teflon-sealed screw-cap vial. If the sample extract requires no further cleanup, proceed with gas chromatographic analysis (Section 12). If the sample requires further cleanup, proceed to Section 11.

10.9    Determine the original sample volume by refilling the sample bottle to the mark and transferring the liquid to a 1000 mL graduated cylinder. Record the sample volume to the nearest 5 mL.

## 11.    Cleanup and Separation

11.1    Cleanup procedures may not be necessary for a relatively clean sample matrix. If particular circumstances demand the use of a cleanup procedure, the analyst may use either procedure below or any other appropriate procedure. However, the analyst first must demonstrate that the requirements of Section 8.2 can be met using the method as revised to incorporate the cleanup procedure. The Florisil column allows for a select fractionation of the compounds and will eliminate polar interferences. Elemental sulfur, which interferes with the electron capture gas chromatography of certain pesticides, can be removed by the technique described in Section 11.3.

11.2    Florisil column cleanup

11.2.1    Place a weight of Florisil (nominally 20 g) predetermined by calibration (Section 7.5), into a chromatographic column. Tap the column to settle the Florisil and add 1-2 cm of anhydrous sodium sulfate to the top.

11.2.2    Add 60 mL of hexane to wet and rinse the sodium sulfate and Florisil. Just prior to exposure of the sodium sulfate layer to the air, stop the elution of the hexane by closing the stopcock on the chromatographic column. Discard the eluate.

11.2.3    Adjust the sample extract volume to 10 mL with hexane and transfer it from the K-D concentrator tube onto the column. Rinse the tube twice with 1-2 mL of hexane, adding each rinse to the column.

11.2.4 Place a 500 mL K-D flask and clean concentrator tube under the chromatographic column. Drain the column into the flask until the sodium sulfate layer is nearly exposed. Elute the column with 200 mL of 6% ethyl ether in hexane (V/V) (Fraction 1) at a rate of about 5 mL/min. Remove the K-D flask and set it aside for later concentration. Elute the column again, using 200 mL of 15% ethyl ether in hexane (V/V) (Fraction 2), into a second K-D flask. Perform the third elution using 200 mL of 50% ethyl ether in hexane (V/V) (Fraction 3). The elution patterns for the pesticides and PCBs are shown in Table 2.

11.2.5 Concentrate the fractions as in Section 10.6, except use hexane to prewet the column and set the water bath at about 85°C. When the apparatus is cool, remove the Snyder column and rinse the flask and its lower joint into the concentrator tube with hexane. Adjust the volume of each fraction to 10 mL with hexane and analyze by gas chromatography (Section 12).

11.3 Elemental sulfur will usually elute entirely in Fraction 1 of the Florisil column cleanup. To remove sulfur interference from this fraction or the original extract, pipet 1.00 mL of the concentrated extract into a clean concentrator tube or Teflon-sealed vial. Add one to three drops of mercury and seal.[13] Agitate the contents of the vial for 15-30 seconds. Prolonged shaking (two hours) may be required. If so, this may be accomplished with a reciprocal shaker. Alternatively, activated copper powder may be used for sulfur removal.[14] Analyze by gas chromatography.

## 12. Gas Chromatography

12.1 Table 1 summarizes the recommended operating conditions for the gas chromatograph. Included in this table are retention times and MDL that can be achieved under these conditions. Examples of the separations achieved by Column 1 are shown in Figures 1 to 10. Other packed or capillary (open-tubular) columns, chromatographic conditions, or detectors may be used if the requirements of Section 8.2 are met.

12.2 Calibrate the system daily as described in Section 7.

12.3 If the internal standard calibration procedure is being used, the internal standard must be added to the sample extract and mixed thoroughly immediately before injection into the gas chromatograph.

12.4 Inject 2-5 µL of the sample extract or standard into the gas chromatograph using the solvent-flush technique.[15] Smaller (1.0 µL) volumes may be injected if automatic devices are employed. Record the volume injected to the nearest 0.05 µL, the total extract volume, and the resulting peak size in area or peak height units.

12.5 Identify the parameters in the sample by comparing the retention times of the peaks in the sample chromatogram with those of the peaks in standard chromatograms. The width of the retention time window used to make identifications should be based upon measurements of actual retention time variations of standards over the course of a day. Three times the standard deviation of a retention time for a compound can be used to calculate a suggested window size; however, the experience of the analyst should weigh heavily in the interpretation of chromatograms.

12.6    If the response for a peak exceeds the working range of the system, dilute the extract and reanalyze.

12.7    If the measurement of the peak response is prevented by the presence of interferences, further cleanup is required.

## 13.    Calculations

13.1    Determine the concentration of individual compounds in the sample.

13.1.1    If the external standard calibration procedure is used, calculate the amount of material injected from the peak response using the calibration curve or calibration factor determined in Section 7.2.2. The concentration in the sample can be calculated from Equation 2.

*Equation 2*

$$\text{Concentration } (\mu g/L) = \frac{(A)\ (V_t)}{(V_i)\ (V_s)}$$

where:
   $A$ = Amount of material injected (ng).
   $V_i$ = Volume of extract injected ($\mu$L).
   $V_t$ = Volume of total extract ($\mu$L).
   $V_s$ = Volume of water extracted (mL).

13.1.2    If the internal standard calibration procedure is used, calculate the concentration in the sample using the response factor (RF) determined in Section 7.3.2 and Equation 3.

*Equation 3*

$$\text{Concentration (µg/L)} = \frac{(A_s)\ (I_s)}{(A_{is})\ (RF)\ (V_o)}$$

where:

$A_s$ = Response for the parameter to be measured.
$A_{is}$ = Response for the internal standard.
$I_s$ = Amount of internal standard added to each extract (µg).
$V_o$ = Volume of water extracted (L).

13.2    When it is apparent that two or more PCB (Aroclor) mixtures are present, the Webb and McCall procedure[16] may be used to identify and quantify the Aroclors.

13.3    For multicomponent mixtures (chlordane, toxaphene, and PCBs) match retention times of peaks in the standards with peaks in the sample. Quantitate every identifiable peak unless interference with individual peaks persist after cleanup. Add peak height or peak area of each identified peak in the chromatogram. Calculate as total response in the sample versus total response in the standard.

13.4    Report results in µg/L without correction for recovery data. All QC data obtained should be reported with the sample results.

**14.    Method Performance**

14.1    The method detection limit (MDL) is defined as the minimum concentration of a substance that can be measured and reported with 99% confidence that the value is above zero.[1] The MDL concentrations listed in Table 1 were obtained using reagent water. Similar results were achieved using representative wastewaters. The MDL actually achieved in a given analysis will vary depending on instrument sensitivity and matrix effects.

14.2    This method has been tested for linearity of spike recovery from reagent water and has been demonstrated to be applicable over the concentration range from 4 x MDL to 1000 x MDL with the following exceptions: Chlordane recovery at 4 x MDL was low (60%); Toxaphene recovery was demonstrated linear over the range of 10 x MDL to 1000 x MDL.[17]

14.3    This method was tested by 20 laboratories using reagent water, drinking water, surface water, and three industrial wastewaters spiked at six concentrations.[18] Concentrations used in the study ranged from 0.5-30 µg/L for single-component pesticides and from 8.5-400 µg/L for multicomponent parameters. Single operator precision, overall precision, and method accuracy were found to be directly related to the concentration of the parameter and essentially independent of the sample matrix. Linear equations to describe these relationships are presented in Table 4.

## References

1. 40 CFR Part 136, Appendix B.

2. "Determination of Pesticides and PCBs in Industrial and Municipal Wastewaters," EPA 600/4-82-023, National Technical Information Service, PB82-214222, Springfield, Virginia 22161, April 1982.

3. ASTM Annual Book of Standards, Part 31, D3694-78. "Standard Practices for Preparation of Sample Containers and for Preservation of Organic Constituents," American Society for Testing and Materials, Philadelphia.

4. Giam, C.S., Chan, H.S., and Nef, G.S. "Sensitive Method for Determination of Phthalate Ester Plasticizers in Open-Ocean Biota Samples," *Analytical Chemistry, 47,* 2225 (1975).

5. Giam, C.S. and Chan, H.S. "Control of Blanks in the Analysis of Phthalates in Air and Ocean Biota Samples," U.S. National Bureau of Standards, Special Publication 442, pp. 701-708, 1976.

6. "Carcinogens-Working With Carcinogens," Department of Health, Education, and Welfare, Public Health Service, Center for Disease Control, National Institute for Occupational Safety and Health, Publication No. 77-206, August 1977.

7. "OSHA Safety and Health Standards, General Industry," (29 CFR Part 1910), Occupational Safety and Health Administration, OSHA 2206 (Revised, January 1976).

8. "Safety in Academic Chemistry Laboratories," American Chemical Society Publication, Committee on Chemical Safety, 3rd Edition, 1979.

9. Mills, P.A. "Variation of Florisil Activity: Simple Method for Measuring Absorbent Capacity and Its Use in Standardizing Florisil Columns," *Journal of the Association of Official Analytical Chemists, 51,* 29, (1968).

10. Provost, L.P. and Elder, R.S. "Interpretation of Percent Recovery Data," *American Laboratory, 15,* 58-63 (1983). (The value 2.44 used in the equation in Section 8.3.3 is two times the value 1.22 derived in this report.)

11. ASTM Annual Book of Standards, Part 31, D3370-76. "Standard Practices for Sampling Water," American Society for Testing and Materials, Philadelphia.

12. "Methods 330.4 (Titrimetric, DPD-FAS) and 330.5 (Spectrophotometric, DPD) for Chlorine, Total Residual," Methods for Chemical Analysis of Water and Wastes, EPA-600/4-79-020, U.S. Environmental Protection Agency, Environmental Monitoring and Support Laboratory, Cincinnati, Ohio 45268, March 1979.

13. Goerlitz, D.F. and Law, L.M. *Bulletin for Environmental Contamination and Toxicology, 6,* 9 (1971).

14.   "Manual of Analytical Methods for the Analysis of Pesticides in Human and Environmental Samples," EPA-600/8-80-038, U.S. Environmental Protection Agency, Health Effects Research Laboratory, Research Triangle Park, North Carolina.

15.   Burke, J.A.   "Gas Chromatography for Pesticide Residue Analysis; Some Practical Aspects," *Journal of the Association of Official Analytical Chemists, 48,* 1037 (1965).

16.   Webb, R.G. and McCall, A.C.   "Quantitative PCB Standards for Election Capture Gas Chromatography," *Journal of Chromatographic Science, 11,* 366 (1973).

17.   "Method Detection Limit and Analytical Curve Studies, EPA Methods 606, 607, and 608," Special letter report for EPA Contract 68-03-2606, U.S. Environmental Protection Agency, Environmental Monitoring and Support Laboratory, Cincinnati, Ohio  45268, June 1980.

18.   "EPA Method Study 18 Method 608-Organochlorine Pesticides and PCBs," EPA 600/4-84-061, National Technical Information Service, PB84-211358, Springfield, Virginia 22161, June 1984.

**Table 1—Chromatographic Conditions and Method Detection Limits**

| Parameter | Retention time (min) | | Method detection limit (µg/L) |
|---|---|---|---|
| | Column 1 | Column 2 | |
| α-BHC | 1.35 | 1.82 | 0.003 |
| γ-BHC | 1.70 | 2.13 | 0.004 |
| β-BHC | 1.90 | 1.97 | 0.006 |
| Heptachlor | 2.00 | 3.35 | 0.003 |
| δ-BHC | 2.15 | 2.20 | 0.009 |
| Aldrin | 2.40 | 4.10 | 0.004 |
| Heptachlor epoxide | 3.50 | 5.00 | 0.083 |
| Endosulfan I | 4.50 | 6.20 | 0.014 |
| 4,4'-DDE | 5.13 | 7.15 | 0.004 |
| Dieldrin | 5.45 | 7.23 | 0.002 |
| Endrin | 6.55 | 8.10 | 0.006 |
| 4,4'-DDD | 7.83 | 9.08 | 0.011 |
| Endosulfan II | 8.00 | 8.28 | 0.004 |
| 4,4'-DDT | 9.40 | 11.75 | 0.012 |
| Endrin aldehyde | 11.82 | 9.30 | 0.023 |
| Endosulfan sulfate | 14.22 | 10.70 | 0.066 |
| Chlordane | mr | mr | 0.014 |
| Toxaphene | mr | mr | 0.240 |
| PCB-1016 | mr | mr | nd |
| PCB-1221 | mr | mr | nd |
| PCB-1232 | mt | mr | nd |
| PCB-1242 | mr | mr | 0.065 |
| PCB-1248 | mr | mr | nd |
| PCB-1254 | mr | mr | nd |
| PCB-1260 | mr | mr | nd |

Column 1 conditions:  Supelcoport (100/120 mesh) coated with 1.5% SP-2250/1.95% SP-2401 packed in a 1.8 m long x 4 mm ID glass column with 5% methane/95% argon carrier gas at 60 mL/min. flow rate.  Column temperature held isothermal at 200°C, except for PCB-1016 through PCB-1248, should be measured at 160°C.

Column 2 conditions:  Supelcoport (100/120 mesh) coated with 3% OV-one packed in a 1.8 m long x 4 mm ID glass column with 5% methane/95% argon carrier gas at 60 mL/min. flow rate.  Column temperature held isothermal at 200°C for the pesticides; at 140°C for PCB-1221 and 1232; and at 170°C for PCB-1016 and 1242-1268.

mr = Multiple peak response.  See Figures 2-10.
nd = Not determined.

**Table 2—Distribution of Chlorinated Pesticides and PCBs into Florisil Column Fractions[2]**

| Parameter | Percent recovery by fraction[a] | | |
|---|---|---|---|
| | 1 | 2 | 3 |
| Aldrin | 100 | . . . . . . . | . . . . . . . |
| α-BHC | 100 | . . . . . . . | . . . . . . . |
| β-BHC | 97 | . . . . . . . | . . . . . . . |
| δ-BHC | 98 | . . . . . . . | . . . . . . . |
| γ-BHC | 100 | . . . . . . . | . . . . . . . |
| Chlordane | 100 | . . . . . . . | . . . . . . . |
| 4,4'-DDD | 99 | . . . . . . . | . . . . . . . |
| 4,4'-DDE | 98 | . . . . . . . | . . . . . . . |
| 4,4'-DDT | 100 | . . . . . . . | . . . . . . . |
| Dieldrin | 0 | 100 | . . . . . . . |
| Endosulfan I | 37 | 64 | . . . . . . . |
| Endosulfan II | 0 | 7 | 91 |
| Endosulfan sulfate | 0 | 0 | 106 |
| Endrin | 4 | 96 | . . . . . . . |
| Endrin aldehyde | 0 | 68 | 26 |
| Heptachlor | 100 | . . . . . . . | . . . . . . . |
| Heptachlor epoxide | 100 | . . . . . . . | . . . . . . . |
| Toxaphene | 96 | . . . . . . . | . . . . . . . |
| PCB-1016 | 97 | . . . . . . . | . . . . . . . |
| PCB-1221 | 97 | . . . . . . . | . . . . . . . |
| PCB-1232 | 95 | 4 | . . . . . . . |
| PCB-1242 | 97 | . . . . . . . | . . . . . . . |
| PCB-1248 | 103 | . . . . . . . | . . . . . . . |
| PCB-1254 | 90 | . . . . . . . | . . . . . . . |
| PCB-1260 | 95 | . . . . . . . | . . . . . . . |

[a]Eluant composition:

Fraction 1 - 6% ethyl ether in hexane.
Fraction 2 - 15% ethyl ether in hexane.
Fraction 3 - 50% ethyl ether in hexane.

Table 3—QC Acceptance Criteria—Method 608

| Parameter | Test conc. (µg/L) | Limit for s (µg/L) | Range for X (µg/L) | Range for P, P_s %) |
|---|---|---|---|---|
| Aldrin . . . . . . . . . . . . . . . . . . . . . . . | 2.0 | 0.42 | 1.08 - 2.24 | 42 - 122 |
| α-BHC . . . . . . . . . . . . . . . . . . . . . . . | 2.0 | 0.48 | 0.98 - 2.44 | 37 - 134 |
| β-BHC . . . . . . . . . . . . . . . . . . . . . . . | 2.0 | 0.64 | 0.78 - 2.60 | 17- 147 |
| δ-BHC . . . . . . . . . . . . . . . . . . . . . . . | 2.0 | 0.72 | 1.01 - 2.37 | 19 - 140 |
| γ-BHC . . . . . . . . . . . . . . . . . . . . . . . | 2.0 | 0.46 | 0.86 - 2.32 | 32 - 127 |
| Chlordane . . . . . . . . . . . . . . . . . . . . | 50 | 10.0 | 27.6 - 54.3 | 45 - 119 |
| 4,4'-DDD . . . . . . . . . . . . . . . . . . . . . | 10 | 2.8 | 4.8 - 12.6 | 31 - 141 |
| 4,4'-DDE . . . . . . . . . . . . . . . . . . . . . | 2.0 | 0.55 | 1.08 - 2.60 | 30 - 145 |
| 4,4'-DDT . . . . . . . . . . . . . . . . . . . . . | 10 | 3.6 | 4.6 - 13.7 | 25 - 160 |
| Dieldrin . . . . . . . . . . . . . . . . . . . . . . | 2.0 | 0.76 | 1.15 - 2.49 | 36 - 146 |
| Endosulfan I . . . . . . . . . . . . . . . . . . | 2.0 | 0.49 | 1.14 - 2.82 | 45 - 153 |
| Endosulfan II . . . . . . . . . . . . . . . . . | 10 | 6.1 | 2.2 - 17.1 | D - 202 |
| Endosulfan Sulfate . . . . . . . . . . . . . | 10 | 2.7 | 3.8 - 13.2 | 26 - 144 |
| Endrin . . . . . . . . . . . . . . . . . . . . . . . | 10 | 3.7 | 5.1 - 12.6 | 30 - 147 |
| Heptachlor . . . . . . . . . . . . . . . . . . . | 2.0 | 0.40 | 0.86 - 2.00 | 34 - 111 |
| Heptachlor epoxide . . . . . . . . . . . . . | 2.0 | 0.41 | 1.13 - 2.63 | 37 - 142 |
| Toxaphene . . . . . . . . . . . . . . . . . . . . . | 50.0 | 12.7 | 27.8 - 55.6 | 41 - 126 |
| PCB-1016 . . . . . . . . . . . . . . . . . . . . . | 50 | 10.0 | 30.5 - 51.5 | 50 - 114 |
| PCB-1221 . . . . . . . . . . . . . . . . . . . . . | 50 | 24.4 | 22.1 - 75.2 | 15 - 178 |
| PCB-1232 . . . . . . . . . . . . . . . . . . . . . | 50 | 17.9 | 14.0 - 98.5 | 10 - 215 |
| PCB-1242 . . . . . . . . . . . . . . . . . . . . . | 50 | 12.2 | 24.8 - 69.6 | 39 - 150 |
| PCB-1248 . . . . . . . . . . . . . . . . . . . . . | 50 | 15.9 | 29.0 - 70.2 | 38 - 158 |
| PCB-1254 . . . . . . . . . . . . . . . . . . . . . | 50 | 13.8 | 22.2 - 57.9 | 29 - 131 |
| PCB-1260 . . . . . . . . . . . . . . . . . . . . . | 50 | 10.4 | 18.7 - 54.9 | 8 - 127 |

$\underline{s}$ = Standard deviation of four recovery measurements, in µg/L (Section 8.2.4).
$\overline{X}$ = Average recovery for four recovery measurements, in µg/L (Section 8.2.4).
P, $P_s$ = Percent recovery measured (Section 8.3.2, Section 8.4.2).
D = Detected; result must be greater than zero.

NOTE:    These criteria are based directly upon the method performance data in Table 4. Where necessary, the limits for recovery have been broadened to assure applicability of the limits to concentrations below those used to develop Table 4.

Table 4—Method Accuracy and Precision as Functions of Concentration—Method 608

| Parameter | Accuracy, as recovery, X' (µg/L) | Single analyst precision, $s_r'$ (µg/L) | Overall precision, S' (µg/L) |
|---|---|---|---|
| Aldrin | 0.81C+0.04 | $0.16\overline{X} - 0.04$ | $0.20\overline{X} - 0.01$ |
| α-BHC | 0.84C+0.03 | $0.13\overline{X}+0.04$ | $0.23\overline{X} - 0.00$ |
| β-BHC | 0.81C+0.07 | $0.22\overline{X} - 0.02$ | $0.33\overline{X} - 0.05$ |
| δ-BHC | 0.81C+0.07 | $0.18\overline{X}+0.09$ | $0.25\overline{X}+0.03$ |
| γ-BHC | 0.82C - 0.05 | $0.12\overline{X}+0.06$ | $0.22\overline{X}+0.04$ |
| Chlordane | 0.82C - 0.04 | $0.13\overline{X}+0.13$ | $0.18\overline{X}+0.18$ |
| 4,4'-DDD | 0.84C+0.30 | $0.20\overline{X} - 0.18$ | $0.27\overline{X} - 0.14$ |
| 4,4'-DDE | 0.85C+0.14 | $0.13\overline{X}+0.06$ | $0.28\overline{X} - 0.09$ |
| 4,4'-DDT | 0.93C - 0.13 | $0.17\overline{X}+0.39$ | $0.31\overline{X} - 0.21$ |
| Dieldrin | 0.90C+0.02 | $0.12\overline{X}+0.19$ | $0.16\overline{X}+0.16$ |
| Endosulfan I | 0.97C+0.04 | $0.10\overline{X}+0.07$ | $0.18\overline{X}+0.08$ |
| Endosulfan II | 0.93C+0.34 | $0.41\overline{X} - 0.65$ | $0.47\overline{X} - 0.20$ |
| Endosulfan Sulfate | 0.89C - 0.37 | $0.13\overline{X}+0.33$ | $0.24\overline{X}+0.35$ |
| Endrin | 0.89C - 0.04 | $0.20\overline{X}+0.25$ | $0.24\overline{X}+0.25$ |
| Heptachlor | 0.69C+0.04 | $0.06\overline{X}+0.13$ | $0.16\overline{X}+0.08$ |
| Heptachlor epoxide | 0.89C+0.10 | $0.18\overline{X} - 0.11$ | $0.25\overline{X} - 0.08$ |
| Toxaphene | 0.80C+1.74 | $0.09\overline{X}+3.20$ | $0.20\overline{X}+0.22$ |
| PCB-1016 | 0.81C+0.50 | $0.13\overline{X}+0.15$ | $0.15\overline{X}+0.45$ |
| PCB-1221 | 0.96C+0.65 | $0.29\overline{X} - 0.76$ | $0.35\overline{X} - 0.62$ |
| PCB-1232 | 0.91C+10.79 | $0.21\overline{X} - 1.93$ | $0.31\overline{X}+3.50$ |
| PCB-1242 | 0.93C+0.70 | $0.11\overline{X}+1.40$ | $0.21\overline{X}+1.52$ |
| PCB-1248 | 0.97C+1.06 | $0.17\overline{X}+0.41$ | $0.25\overline{X} - 0.37$ |
| PCB-1254 | 0.76C+2.07 | $0.15\overline{X}+1.66$ | $0.17\overline{X}+3.62$ |
| PCB-1260 | 0.66C+3.76 | $0.22\overline{X} - 2.37$ | $0.39\overline{X} - 4.86$ |

X' = Expected recovery for one or more measurements of a sample containing a concentration of C, in µg/L.

$s_r'$ = Expected single analyst standard deviation of measurements at an average concentration found of $\overline{X}$, in µg/L.

S' = Expected interlaboratory standard deviation of measurements at an average concentration found of $\overline{X}$, in µg/L.

C = True value for the concentration, in µg/L.

$\overline{X}$ = Average recovery found for measurements of samples containing a concentration of C, in µg/L.



**Figure 1. Gas chromatogram of pesticides.**



COLUMN: 1.5% SP-2250/1.95% SP-2401 ON SUPELCOPORT
TEMPERATURE: 200°C.
DETECTOR: ELECTRON CAPTURE

RETENTION TIME, MIN.

Figure 2. Gas chromatogram of chlordane.



**Figure 3.  Gas chromatogram of toxaphene.**



COLUMN: 1.5% SP-2250/1.95% SP-2401 ON SUPELCOPORT
TEMPERATURE: 160°C.
DETECTOR: ELECTRON CAPTURE

RETENTION TIME, MIN.

**Figure 4. Gas chromatogram of PCB-1016.**



COLUMN: 1.5% SP-2250/1.95% SP-2401 ON SUPELCOPORT
TEMPERATURE: 160°C.
DETECTOR: ELECTRON CAPTURE

RETENTION TIME, MIN.

**Figure 5. Gas chromatogram of PCB-1221.**



**Figure 6. Gas chromatogram of PCB-1232.**



COLUMN: 1.5% SP-2250/1.95% SP-2401 ON SUPELCOPORT
TEMPERATURE: 160°C.
DETECTOR: ELECTRON CAPTURE

RETENTION TIME, MIN.

**Figure 7. Gas chromatogram of PCB-1242.**



COLUMN: 1.5% SP-2250/1.95% SP-2401 ON SUPELCOPORT
TEMPERATURE: 160°C.
DETECTOR: ELECTRON CAPTURE

RETENTION TIME, MIN.

**Figure 8. Gas chromatogram of PCB-1248.**



COLUMN: 1.5% SP-2250/1.95% SP-2401 ON SUPELCOPORT
TEMPERATURE: 200°C.
DETECTOR: ELECTRON CAPTURE

RETENTION TIME, MIN.

Figure 9. Gas chromatogram of PCB-1254.



COLUMN: 1.5% SP-2250/1.95% SP-2401 ON SUPELCOPORT
TEMPERATURE: 200°C.
DETECTOR: ELECTRON CAPTURE

RETENTION TIME, MIN.

Figure 10. Gas chromatogram of PCB-1260.