NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
650 SOUTH KING STREET
HONOLULU, HI 96813

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD
FROM: YEAR 99 / MO 05 / DAY 01
TO: YEAR 99 / MO 05 / DAY 31

NOTE: Read instructions before completing this form.
MAJOR    F-FINAL DISCHARGE    NO DISCHARGE

| PARAMETER (32-37) | | QUANTITY OR LOADING | | UNITS | QUALITY OR CONCENTRATION | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 31,720 | 33,522 | (01) | ******** | 118 | 125 | (19) | 31 | 31/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35984 MO AVG | 49833 HI WK AV | KG/DAY | ******** | 116 MO AVG | 160 HI WK AV | MG/L | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 1 0 0 | SAMPLE MEASUREMENT | 13,532 | 13,845 | (01) | ******** | 50 | 51 | (19) | 0 | 31/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21404 MO AVG | 32262 HI WK AV | KG/DAY | ******** | 89 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | | | | 6.85 | | 7.15 | (12) | 0 | 31/31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIME/ WEEK | GRAB |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 71.1 | 78.4 | (03) | ******** | ******** | ******** | | 0 | 31/31 | CONTIN-UOUS |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | ******** | ******** | ******** | | | CONTIN-UOUS | RECORDER |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,150 | 6,450 | (01) | ******** | 15.5 | 24.0 | (19) | 0 | 12/31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,270 | 3,299 | (01) | ******** | 8.5 | 12.4 | (19) | 0 | 12/31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB-3 |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 1,880 | 4,354 | (01) | ******** | 7.0 | 16.2 | (19) | 0 | 12/31 | CALCULATE |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | CALCULATE |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER: KENNETH E. SPRAGUE, DIRECTOR
DEPARTMENT OF ENVIRONMENTAL SERVICES

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

TYPED OR PRINTED    SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT    TELEPHONE 808 527-6663    DATE 99 06 28

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See noncompliance report (1).                           (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 2 OF 4

EXHIBIT "90"
EXHIBIT 5

FORM APPROVED
OMB No. 2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
650 SOUTH KING STREET
HONOLULU, HI 96813

FACILITY:
LOCATION:
ATTN: DON PERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD
FROM: YEAR 99 MO 07 DAY 01 TO YEAR 99 MO 07 DAY 31

MAJOR
FINAL DISCHARGE (01)
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 32,351 | 34,380 | (01) KG/DAY | ******** | 117 | 124 | (19) MG/L | 31 | 31/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35964 MO AVG | 49633 HI WK AV | | | 116 MO AVG | 160 HI WK AV | MG/L | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS 00530 1 0 0 | SAMPLE MEASUREMENT | 14,147 | 15,027 | (01) | ******** | 51 | 54 | (19) | 0 | 31/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21404 MO AVG | 32262 HI WK AV | KG/DAY | | 68 MO AVG | 104 HI WK AV | MG/L | | DAILY | COMP24 |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.78 | ******** | 7.08 | (12) SU | 0 | 31/31 | GRAB |
| EFFLUENT GROSS VALUE FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | SU | | FIVE TIME/WEEK | GRAB |
| | SAMPLE MEASUREMENT | 72.9 | 74.6 | (03) MGD | ******** | ******** | ******** | | 0 | 31/31 | RECORDER |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | ******** | ******** | | | CONTINUOUS | RECORDER |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 5,436 | 10,671 | (01) | ******** | 19.8 | 40.2 | (19) | 0 | 12/31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/WEEK | GRAB-3 |
| PETROLEUM HYDROCARBONS, 82160 1 0 0 | SAMPLE MEASUREMENT | 2,345 | 3,501 | (01) | ******** | 8.5 | 12.9 | (19) | 0 | 12/31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/WEEK | GRAB-3 |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 3,091 | 8,289 | (01) | ******** | 11.3 | 30.3 | (19) | 0 | 12/31 | CALCULATE |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/WEEK | CALCULATE |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: KENNETH E. SPRAGUE, DIRECTOR
DEPARTMENT OF ENVIRONMENTAL SERVICES

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein; and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: 808 527-6669

DATE: YEAR 99 MO 8 DAY 22

TYPED OR PRINTED
COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See noncompliance report (1).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted. (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.) PAGE 2 OF 4

28993

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
650 SOUTH KING STREET
HONOLULU, HI 96813

FACILITY: MAJOR

LOCATION:
ATTN: DON PERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM: YEAR 99 MO 07 DAY 01   TO: YEAR 99 MO 07 DAY 31

NOTE: Read instructions before completing this form.

FINAL DISCHARGE
NO DISCHARGE

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | | | |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 2,840,733 | 3,485,714 | 4,900,080 | 0 | 31/31 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | REPORT DAILY MX | | | |
| EFFLUENT GROSS VALUE BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 23 | ******** | ******** | 1 | DAILY | GRAB |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | | | |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 62 | ******** | ******** | 0 | 1/31 ONCE/MONTH | CALCTD |
| | PERMIT REQUIREMENT | | | | 50 MO AVG | | | PERCENT | | 1/31 ONCE/MONTH | CALCTD |
| | | | | | | | | PERCENT | | | CALCTD |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
KENNETH E. SPRAGUE, DIRECTOR
DEPARTMENT OF ENVIRONMENTAL SERVICES
TELEPHONE: 808 527-6863
DATE: 99/8/27

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

COMMENT AND EXPLANATION OF ANY VIOLATIONS
D - See noncompliance report (3).

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted. (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

28995

PAGE 4 OF 4

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if Different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 650 SOUTH KING STREET
HONOLULU, HI 96813

FACILITY: SAND ISLAND WWTP

LOCATION:
ATTN: DON PREP/GRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

FINAL
DISCHARGE 001 ☐
NO DISCHARGE ☐

MONITORING PERIOD
FROM: YEAR 98 / MO 08 / DAY 01
TO: YEAR 99 / MO 08 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | | MAXIMUM | UNITS | | |
| ENTEROCOCCI, COLONY FORMING UNITS 51211 1 00 | SAMPLE MEASUREMENT | ******** | ******** | | 2,892,308 | 3,228,571 | 4,800,000 | (3Z) CFU/100 ML | 0 | 31/31 GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | REPORT DAILY MX | | | DAILY GRAB |
| BOD, 5-DAY PERCENT REMOVAL 81010 K00 | SAMPLE MEASUREMENT | ******** | ******** | | 29 | ******** | ******** | (23) PERCENT | 1 | 1/31 CALCTD |
| PERCENT REMOVAL SOLIDS, SUSPENDED | PERMIT REQUIREMENT | | | | 30 MO AVG | | | | | ONCE/MONTH CALCTD |
| PERCENT REMOVAL 81011 K00 | SAMPLE MEASUREMENT | ******** | ******** | | 64 | ******** | ******** | (23) PERCENT | 0 | 1/31 CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | | | | 60 MO AVG | | | | | ONCE/MONTH CALCTD |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein; and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 527-5264

DATE: YEAR 99 / MO 09 / DAY 28

COMMENT AND EXPLANATION OF ANY VIOLATIONS
D - See noncompliance report (3).

EPA Form 3320-1 (Rev. 3-88) Previous edition to be used until supply is exhausted.     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 4 OF 4

28998

**FORM APPROVED** OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: "SAND ISLAND WWTP"
650 SOUTH KING STREET
HONOLULU, HI 96813

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD: FROM YEAR 99 MO 10 DAY 01 TO YEAR 99 MO 10 DAY 31

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.18 | 28.50 | (04) DEG. C | 0 | 31/31 | GRAB |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | | |
| EFFLUENT GROSS VALUE TUC STAT RE 7 DAY CHR TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) CHRONIC TOXICITY | 0 | WEEKLY | GRAB |
| | PERMIT REQUIREMENT | | | | | | | | A | 1/31 | COMP1 |
| EFFLUENT GROSS VALUE TUC STAT 1 HR CHR TTG3W 1 0 0 | SAMPLE MEASUREMENT | | | | | | 94 DAILY MX | | | ONCE/MONTH | COMP24 |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| TRIPNEUSTES GRATILLA | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 182 | (2G) CHRONIC TOXICITY | 0 | 1/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | A | ONCE/MONTH | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 6,229 | 6,067 | (01) KG/DAY | ******** | 22.4 | 20.9 | (19) MG/L | 0 | 1/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT ANNL AVG | REPORT MO AVG | | | ONCE/MONTH | COMP24 |
| PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 838 | 790 | (01) KG/DAY | ******** | 3.02 | 2.72 | (19) MG/L | 0 | 1/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT ANNL AVG | REPORT MO AVG | | | ONCE/MONTH | COMP24 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 1 | SAMPLE MEASUREMENT | 0.0869 | 0.000 | (01) KG/DAY | ******** | 0.3088 | 0.000 | (28) UG/L | 0 | 1/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0024 ANNL AVG | 0.12 DAILY MX | | | 0.0076 ANNL AVG | 0.38 DAILY MX | | B | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 1 0 1 | SAMPLE MEASUREMENT | 0.0060 | 0.005 | (01) KG/DAY | ******** | 0.021 | 0.016 | (28) UG/L | 0 | 1/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0037 ANNL AVG | 0.05 DAILY MX | | | 0.012 ANNL AVG | 0.18 DAILY MX | | C | ONCE/MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein, and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 527-5264

DATE: 99/11/23

TYPED OR PRINTED
COMMENT AND EXPLANATION OF ANY VIOLATIONS:
A - See attached summary of WET test results.
B - See noncompliance report (1).
C - See noncompliance report (2).

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted.     (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF 4

29003

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD: FROM 02/05/01 TO 02/05/31
MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ***

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX (69-63) | FREQUENCY OF ANALYSIS (54-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (66-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 15,887 | KG/DAY (01) | ******** | ******** | ******** | | 0 | 31/31 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,826 | 5,787 | KG/DAY (01) | ******** | 21.8 | 21.0 | MG/L (19) | 0 | 1/31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT ANNL AVG | REPORT MO AVG | | | ONCE/ MONTH | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,128 | 6,189 | KG/DAY (01) | ******** | 19.6 | 23.8 | MG/L | 0 | 13/31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0139 | 0.032 | KG/DAY (01) | ******** | 0.0514 | 0.106 | UG/L (28) | 2^A | 1/31 | COMP24 |
| | PERMIT REQUIREMENT | 0.0024 ANNL AVG | 0.12 DAILY MX | | | 0.0076 ANNL AVG | 0.38 DAILY MX | | | ONCE/ MONTH | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0101 | 0.057 | KG/DAY (01) | ******** | 0.035 | 0.189 | UG/L (28) | 4^B | 1/31 | COMP24 |
| | PERMIT REQUIREMENT | 0.0037 ANNL AVG | 0.05 DAILY MX | | | 0.012 ANNL AVG | 0.18 DAILY MX | | | ONCE/ MONTH | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 69.1 | 79.7 | MGD (03) | ******** | ******** | ******** | | 0 | 31/31 | RECORDER |
| | PERMIT REQUIREMENT | ******** | REPORT DAILY MX | | | | | | | CONTIN- UOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 71.4 | MGD (03) | ******** | ******** | ******** | | 0 | 31/31 | RECORDER |
| | PERMIT REQUIREMENT | | REPORT HI WK AV | | | | | | | CONTIN- UOUS | RECORDER |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L. ULEP, CHIEF DEQ, DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein; and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these sections may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT
TELEPHONE: (808) 692-5096
DATE: 02/06/24

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
A - See noncompliance reports (1).
B - See noncompliance reports (2) and (3).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted. (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 4 OF 5

29102

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY: SAND ISLAND WWTP
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 007 A
MONITORING PERIOD: FROM 03/01/01 TO 03/01/31

MAJOR   F-FINAL DISCHARGE: 001   NO DISCHARGE: ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (3 Card Only) (46-53) | | UNITS (01) | QUALITY OR CONCENTRATION (4 Card Only) | | | UNITS (19) | NO. EX (rg-cg) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | | MINIMUM | AVERAGE | MAXIMUM | | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 1,836 | 2,653 | KG/DAY | ******** | 7.1 | 10.4 | MG/L | 0 | 1/31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | | GRAB |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 4,443,316 | 4,976,926 | 6,100,000 | CFU/100 ML | 0 | 31/31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT WK GEO MN | 18,000 DAILY MX | | | DAILY | GRAB |
| PHOSPHATE, TOTAL | SAMPLE MEASUREMENT | 787 | 749 | KG/DAY | ******** | 2.97 | 2.94 | MG/L | 0 | 1/31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | | REPORT ANN AVG | REPORT MO AVG | | | ONCE MONTH | COMP24 |
| COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | ******** | | | | |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | | | 0 A | 1/31 | CALCTD |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 33 | ******** | ******** | PERCENT | | | |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | | | ONCE MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 67 | ******** | ******** | PERCENT | 0 A | 1/31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 60 MO AVG | | | | | ONCE MONTH | CALCTD |
| PETROLEUM HYDROCARBONS, 82180 1 0 0 | SAMPLE MEASUREMENT | 2,139 | 3,474 | KG/DAY | ******** | 8.3 | 13.8 | MG/L | 0 | 13/31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE WEEK | GRAB |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN, AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096
DATE: 05/02/24

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 5 OF 5

29126

**PERMITTEE NAME/ADDRESS:** (Include Facility Name/Location if different)
**NAME:** HONOLULU, CITY AND COUNTY OF
**ADDRESS:** SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707
**FACILITY:**
**LOCATION:**
**ATTN:** DON PIEPGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No. 2040-0004

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD: FROM 03/08/01 TO 03/08/31
MAJOR
F-FINAL DISCHARGE □ NO DISCHARGE □

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | UNITS | QUALITY OR CONCENTRATION | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | | MINIMUM | | MAXIMUM | | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,475 | 3,714 | KG/DAY | ******** | 9.3 | 14.1 | MG/L | 0 | 1/31 | CALCTD |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | ONCE/MONTH | GRAB |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 4,261,945 | 4,724,245 | 7,300,000 | CFU/100 ML | 0 C | 30/31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 1000 DAILY MX | (32) | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 759 | REPORT MO AVG | KG/DAY | ******** | 2.94 | 2.86 | MG/L | 0 | 1/31 | COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | | (01) | | REPORT ANNL AVG | REPORT MO AVG | (19) | | ONCE/MONTH | COMP24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 34 | ******** | ******** | PERCENT | 0 | 1/31 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | | | | 30 MO AVG | | | (23) | | ONCE/MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 59 | ******** | ******** | PERCENT | 0 D | 1/31 | CALCTD |
| PERCENT REMOVAL | PERMIT REQUIREMENT | | | | 60 MO AVG | | | (23) | | ONCE/MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,499 | 3,757 | KG/DAY | ******** | 9.4 | 14.2 | MG/L | 0 | 13/31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) | | REPORT MO AVG | REPORT DAILY MX | (19) | | THREE/WEEK | GRAB-3 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L. ULEP, CHIEF DEQ
TYPED OR PRINTED DEPARTMENT OF ENVIRONMENTAL SERVICES

"I certify under penalty of law that I have personally examined and am familiar with the information submitted herein; and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years)"

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096
DATE: 03/7/13

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
C - See noncompliance report (3).   D - See noncompliance report (4).

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 5 OF 5

29151

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD: FROM 03/10/01 TO 03/10/31

MAJOR
F-FINAL DISCHARGE: 001
NO DISCHARGE: ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) (46-53) | MAXIMUM | UNITS | MINIMUM (4 Card Only) (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,195 | 4,251 | KG/DAY | ******** | 8.1 | 15.3 | MG/L (19) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 4,476,687 | 4,877,258 | 6,300,000 | CFU/ 100 ML (32) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | | | DAILY | GRAB |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 775 | 871 | KG/DAY | ******** | 3.01 | 3.24 | MG/L (19) | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | | | | REPORT ANNL AVG | | | | ONCE/ MONTH | COMP24 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 30 | ******** | ******** | PERCENT (23) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 59 | ******** | ******** | PERCENT (23) | 0 | 1 / 31 | CALCTD |
| | PERMIT REQUIREMENT | | | | 60 MO AVG | | | | | ONCE/ MONTH | CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,405 | 3,144 | KG/DAY | ******** | 8.9 | 11.7 | MG/L (19) | 0 | 13 / 31 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | THREE/ WEEK | GRAB-3 |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 03 / 11 / 26
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted. (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)  PAGE 5 OF 5

29160

FORM APPROVED
OMB No. 2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD: FROM 03/11/01 TO 03/11/30

MAJOR

F-FINAL
DISCHARGE: 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,429 | 3,714 | | ******** | 9.6 | 14.8 | | 0 | 1/30 CALCTD |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/MONTH CALCTD |
| ENTEROCOCCI, COLONY FORMING UNITS 51211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 3,467,849 | 3,929,684 | 5,200,000 | | 0 | 30/30 GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 19,000 DAILY MX | CFU/100 ML | | DAILY GRAB |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 779 | 829 | | ******** | 3.04 | 3.32 | | 0 | 1/30 COMP24 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | KG/DAY | | REPORT ANNL AVG | REPORT MO AVG | MG/L | | ONCE/MONTH COMP2 |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 29 | ******** | ******** | | 1 E | 1/30 CALCTD |
| | PERMIT REQUIREMENT | | | | 30 MO AVG | | | PERCENT | | ONCE/MONTH CALCTD |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 61 | ******** | ******** | | 0 | 1/30 CALCTD |
| | PERMIT REQUIREMENT | | | | 60 MO AVG | | | PERCENT | | ONCE/MONTH CALCTD |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 1,971 | 2,696 | | ******** | 7.7 | 10.4 | | 0 | 11/30 GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/WEEK GRAB |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: YEAR/MO/DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
E - See noncompliance report (5)

EPA Form 3320-1 (Rev. 8-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 5 OF 5

29163

Dec-29-2004 12:19pm From-DEPT OF HEALTH ENVIRONMENTAL MGMT   8085864392   T-917   P.005/006   F-343

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location & different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707
FACILITY: SAND ISLAND WWTP
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MONITORING PERIOD FROM: YEAR 03 MO 12 DAY 01 TO YEAR 03 MO 12 DAY 31
MAJOR
F-FINAL DISCHARGE: 001
NO DISCHARGE: ☐

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | | MAXIMUM | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ******** | 19,642 | (01) | ******** | ******** | ******** | | 0 | 31/31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | | | | | | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,892 | 5,850 | (01) | ******** | 23.1 | 24.0 | (19) | 0 | DAILY | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | KG/DAY | | REPORT ANN AVG | REPORT MO AVG | MG/L | | 1/31 | COMP |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,388 | 5,101 | (01) | ******** | 17.0 | 20.3 | (19) | 0 | ONCE/MONTH | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | | REPORT MO AVG | REPORT DAILY MX | | | 14/31 | GRAB |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0173 | 0.094 | (01) | ******** | 0.0606 | 0.282 | (28) | 0 | THREE/WEEK | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0024 ANN AVG | 0.012 DAILY MX | KG/DAY | | 0.0076 ANN AVG | 0.038 DAILY MX | UG/L | | 1/31 | COMP |
| DIELDRIN 39980 1 0 0 | SAMPLE MEASUREMENT | 0.0074 | 0.051 | (01) | ******** | 0.025 | 0.152 | (28) | 0 | ONCE/MONTH | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0037 ANN AVG | 0.005 DAILY MX | KG/DAY | | 0.012 ANN AVG | 0.038 DAILY MX | UG/L | | 1/31 | COMP |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 69.4 | 89.5 | (03) | ******** | ******** | ******** | | 0 | 31/31 | RECOR |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | MGD | | | | | | CONTINUOUS | RECOR |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ******** | 93.1 | (03) | ******** | ******** | ******** | | 0 | 31/31 | RECOR |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | MGD | | | | | | CONTINUOUS | RECOR |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: SILVESTRE L. ULEP, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein, and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT
TELEPHONE: (808) 692-5098
DATE: 04/01/23

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See noncompliance report (1).   B - See noncompliance report (2).   (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 4 O

29165