DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

2007 MAY 29    9:43AM

**MUFI HANNEMANN**
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Second Deputy Director

<u>**CERTIFIED MAIL**</u>

May 25, 2007

EMC 07-125

Regional Administrator
U.S. Environmental Protection Agency
Region IX, Water Division
CWA Compliance Office (WTR-7)
75 Hawthorne Street
San Francisco, California  94105-3901

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii  96814-4920

Gentlemen and Dr. Fukino:

Subject:    Discharge Monitoring Reports – April 2007
<u>City and County of Honolulu</u>

    Enclosed are the April 2007 Discharge Monitoring Reports (DMRs) for all NPDES-permitted City and County of Honolulu Wastewater Treatment Plant (WWTPs). These DMRs were originally developed on WordPerfect under the guidance of Mr. Carey Houk, EPA Region IX. The forms are now being generated using the Excel program. We are, therefore, not using the preprinted DMR forms transmitted by EPA, Region IX. This submittal includes the following enclosures:

A.    Honouliuli WWTP:  (1) Discharge Monitoring Report, (2) Honouliuli WWTP Noncompliance Reports, (3) Barber's Point Outfall Monthly Shoreline and Nearshore Receiving Water Monitoring Data, (4) Barber's Point Outfall Offshore Receiving Water Monitoring Data, (5) Honouliuli WWTP Whole Effluent Toxicity Data, and (6) Reference Toxicant.

B.    Kailua Regional WWTP:  (1) Discharge Monitoring Report, (2) Kailua Regional WWTP Noncompliance Report, (3) Mokapu Outfall Monthly Shoreline and Nearshore Receiving Water Monitoring Data, (4) Kailua Regional WWTP Whole Effluent Toxicity Data, (5) Reference Toxicant, (6) Second Quarter Offshore Water Quality Monitoring Data, (7) Second Quarter Offshore Water Quality Compliance Determination, (8) Second Quarter Mokapu Outfall CTD Data, and (9) Second Quarter Oxygen Percent Saturation Calculations.

# EXHIBIT 6

Regional Administrator, EPA
Chiyome L. Fukino, M.D.
May 25, 2007
Page Two

C.   Sand Island WWTP: (1) Discharge Monitoring Report, (2) Sand Island
     WWTP Noncompliance Reports, (3) Sand Island Outfall Monthly
     Shoreline, Nearshore, and Offshore Receiving Water Monitoring Data,
     (4) Sand Island WWTP Whole Effluent Toxicity and TSERF WET Data
     CD for April 2007, and (5) Reference Toxicant.

D.   Wahiawa WWTP: (1) Discharge Monitoring Report – (The Discharge
     Monitoring Report for Wahiawa WWTP has been modified with EPA's
     permission to incorporate the requirements of the Wahiawa Consent
     Decree, which became effective on March 2, 1998.), (2) Wahiawa WWTP
     Noncompliance Report, and (3) Wahiawa WWTP Whole Effluent Toxicity.

E.   Waianae WWTP: (1) Discharge Monitoring Report, (2) Waianae WWTP
     Noncompliance Report, (3) Waianae Outfall Monthly Shoreline and
     Nearshore Receiving Water Monitoring Data, (4) Waianae WWTP Whole
     Effluent Toxicity, (5) Reference Toxicant, (6) Second Quarter Offshore
     Water Quality Monitoring Data, (7) Second Quarter Offshore Water
     Quality Compliance Determination, (8) Second Quarter Waianae Outfall
     CTD Data, and (9) Second Quarter Oxygen Percent Saturation
     Calculations.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions, please contact Lesley Toyota at (808) 692-5209 or Cleveland Jaramilla at (808) 692-5115 of our Monitoring and Compliance Branch, Division of Environmental Quality.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Enclosures: Attachments A thru E

# ATTACHMENT C

## SAND ISLAND
## WASTEWATER TREATMENT PLANT

### NPDES Permit No. HI 0020117

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name& Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER
HI0020117

DISCHARGE NUMBER
INF A

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE

MONITORING PERIOD

FROM  YEAR 07 / MO 04 / DAY 01   TO   YEAR 07 / MO 07 / DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) (54-61) | | | QUALITY OR CONCENTRATION (46-53) (54-61) | | | NO. EX (68-69) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 64,711 | 71,154 | (01) KG/DAY | 514 | 266 | 292 | (19) MG/L | 0 A | 29 / 30 | COMP. |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | | |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 126,651 | (01) KG/DAY | ********* | ********* | ********* | | 0 A | 29 / 30 | COMP. |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |
| TOTAL SUSPENDED SOLIDS, 00530 G 00 | SAMPLE MEASUREMENT | 89,932 | 115,883 | (01) KG/DAY | 862 | 369 | 470 | (19) MG/L | 0 | 30 / 30 | COMP. |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | | |
| RAW SEWAGE/INFLUENT | | | | | | | | | | DAILY | |
| TOTAL SUSPENDED SOLIDS, | SAMPLE MEASUREMENT | ********* | 212,400 | (01) KG/DAY | ********* | ********* | ********* | | 0 | 30 / 30 | COMP. |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 5,047 | 6,801 | (01) KG/DAY | ********* | 20.7 | 27.6 | (19) MG/L | 0 | 13 / 30 | GRAB |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |
| CHLORDANE (TECH MIX.) AND METABOLITES) 39350 G 01 | SAMPLE MEASUREMENT | ********* | 0.015 | (01) KG/DAY | ********* | ********* | 0.064 | (28) UG/L | 0 X | 1 / 30 | COMP. |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP. |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |
| DIELDRIN 39380 G 01 | SAMPLE MEASUREMENT | ********* | 0.009 | (01) KG/DAY | ********* | ********* | 0.037 | (28) UG/L | 0 | 1 / 30 | COMP. |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP. |
| RAW SEWAGE/INFLUENT | | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096   area code   NUMBER

DATE   2007 / 5 / 28
YEAR / MO / DAY

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with s = 0.022 ug/L.
A - See Sand Island WWTP noncompliance report (1).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 1 OF

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INFA

MONITORING PERIOD
FROM: YEAR 07 / MO 04 / DAY 01   TO: YEAR 07 / MO 04 / DAY 30

MAJOR

F-FINAL
INFLUENT / MONTHLY
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (60-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | Sample Measurement | 3,294 | 5,618 | (01) KG/DAY | ********* | 13.5 | 22.8 | (19) MG/L | 0 | 13 / 30 | CALC |
| | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | ONCE/MONTH | |
| PETROLEUM HYDROCARBONS, 82180 G 0 0 RAW SEWAGE/INFLUENT | Sample Measurement | 1,754 | 2,991 | (01) KG/DAY | ********* | 7.2 | 12.1 | (19) MG/L | 0 | 13 / 30 | CALC |
| | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | ONCE/MONTH | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | Sample Measurement | 64.3 | 66.7 | (03) MGD | ********* | ********* | ********* | | 0 | 30 / 30 | GRAB |
| | Permit Requirement | REPORT MO AVG | REPORT DAILY MX | | ********* | ********* | ********* | | | CONTINUOUS | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT RAW SEWAGE/INFLUENT | Sample Measurement | ********* | 65.4 | (03) MGD | ********* | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| | Permit Requirement | | REPORT DAILY MX | | | | | | | CONTINUOUS | |
| RAW SEWAGE/INFLUENT | Sample Measurement | | | | | | | | | | |
| | Permit Requirement | | | | | | | | | | |
| | Sample Measurement | | | | | | | | | | |
| | Permit Requirement | | | | | | | | | | |
| | Sample Measurement | | | | | | | | | | |
| | Permit Requirement | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code   number

DATE 2007 / 5 / 2
YEAR / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF

FORM APPROVED
OMB No. 2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM  07 / 04 / 01   TO   07 / 04 / 30

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING — Average | Maximum | Units | QUALITY OR CONCENTRATION — Minimum | Average | Maximum | Units | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TT03W 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | >357.1 | | | | |
| | PERMIT REQUIREMENT | | | | | | DAILY MX | (2G) CHRONIC TOXICITY | 0 | 2 / 30 | COMP |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | | | | |
| | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | (2G) CHRONIC TOXICITY | 0 | 1 / 30 | COMP |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 26.51 | 28.10 | | | | |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C (04) | 0 | 30 / 30 | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 28,255 | 29,967 | | 144 | 116 | 123 | | 0 A B | 28 / 30 | COMP |
| | PERMIT REQUIREMENT | 35,894 MO AVG | 49,653 WK AV | (01) KG/DAY | REPORT DAILY MX | 116 MO AVG | 160 WK AV | MG/L (19) | | DAILY | COMP |
| BOD, 5-DAY (20 DEGREES C) EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | 35,482 | | ******** | ******** | ********* | | 0 A B | 28 / 30 | COMP |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | (01) KG/DAY | | | | | | DAILY | COMP |
| PH 00400 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 6.74 | ********* | 6.96 | | 0 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 8.0 MAXIMUM | SU (12) | | FIVE TIMES / WEEK | GRAB |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 11,231 | 11,912 | | 64 | 46 | 48 | | 0 | 29 / 30 | COMP |
| | PERMIT REQUIREMENT | 31,804 MO AVG | 39,882 WK AV | (01) KG/DAY | REPORT DAILY MX | 65 MO AVG | 68 DAILY MX | MG/L (19) | | DAILY | COMP |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 5 /

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

COMMENT AND EXPLANATION OF ANY VIOLATIONS    (Reference all attachments here)
A - See Sand Island WWTP noncompliance report (1).    B - See Sand Island WWTP noncompliance report (2).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 3 OF

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

MONITORING PERIOD
FROM YEAR 07 MO 04 DAY 01  TO  YEAR 07 MO 04 DAY 30

NOTE: Read instructions before completing this form.

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | | QUALITY OR CONCENTRATION (46-53) | | | | NO. EX (63-65) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 15,843 | (01) KG/DAY | ********* | ********* | ********* | | 0 B | 29 / 30 | COMP |
| | PERMIT REQUIREMENT | 5,730 | REPORT DAILY MX | | | | | | | DAILY | COMP |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,730 | 6,157 | (01) KG/DAY | ********* | 23.1 | 25.7 | (19) MG/L | 0 | 1 / 30 | COMP |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT ANNL AVG | REPORT MO AVG | | | ONCE/ MONTH | COMP |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 4,350 | 6,225 | (01) KG/DAY | ********* | 17.8 | 25.9 | (19) MG/L | 0 | 13 / 30 | GRAB |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT ANNL AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB |
| CHLORDANE (TECH MIX. AND METABOLITES) (TE05) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0168 | 0.013 | (01) KG/DAY | ********* | 0.0670 | 0.056 | (28) UG/L | 0 X,C | 1 / 30 | COMP |
| | PERMIT REQUIREMENT | 0.0024 ANNL AVG | 0.2 DAILY MX | | | 0.0078 ANNL AVG | 0.38 DAILY MX | | | ONCE/ MONTH | COMP |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0067 | 0.008 | (01) KG/DAY | ********* | 0.027 | 0.033 | (28) UG/L | 0 D | 1 / 30 | COMP |
| | PERMIT REQUIREMENT | 0.0031 ANNL AVG | 0.05 DAILY MX | | | 0.012 ANNL AVG | 0.019 DAILY MX | | | ONCE/ MONTH | COMP |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 64.3 | 66.7 | (03) MGD | ********* | ********* | ********* | | 0 E | 30 / 30 | RECOR |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | CONTI- NUOUS | RECOR |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 65.4 | (03) MGD | ********* | ********* | ********* | | 0 | 30 / 30 | RECOR |
| | PERMIT REQUIREMENT | | REPORT MX AV | | | | | | | CONTI- NUOUS | RECOR |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under state statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 5 / 18

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
X - Chlordane result is an estimate with ≤ 0.022 ug/L.
B - See Sand Island WWTP noncompliance report (2).
C - See Sand Island WWTP noncompliance report (3).
D - See Sand Island WWTP noncompliance report (4).
E - See Sand Island WWTP noncompliance report (5).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 4

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON RIEPGRASS

PERMIT NUMBER (2-16): HI0020117
DISCHARGE NUMBER (17-19): 001 A

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM  YEAR 07 / MO 04 / DAY 01   TO   YEAR 07 / MO 04 / DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | MINIMUM (38-45) (4 Card Only) | QUALITY OR CONCENTRATION (46-53) | MAXIMUM (54-61) | UNITS (19) | (68-63) | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,469 | 4,422 | KG/DAY | ********* | 10.1 | 18.4 | (19) | 0 | 1 / 30 | CALC |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | MG/L | | ONCE/ MONTH | |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ********* | ********* | | 5,593 | 6,748 | 22,000 | CFU/ 100 ML | 0 | 30 / 30 | CALC |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | | F | DAILY | |
| PHOSPHATE, TOTAL COLOR, METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 776 | 834 | KG/DAY | ********* | 3.13 | 3.48 | (19) | 0 | 1 / 30 | COMI |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | ********* | REPORT ANNL AVG | REPORT MO AVG | MG/L | | ONCE/ MONTH | |
| BOD, 5-DAY 81010 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 56 | ********* | ********* | (23) | 0 B | 1 / 30 | CALC |
| PERCENT REMOVAL | PERMIT REQUIREMENT | | | | 30 MO AVG | | | PERCENT | | ONCE/ MONTH | |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 88 | ********* | ********* | (23) | 0 B | 1 / 30 | CALC |
| PERCENT REMOVAL | PERMIT REQUIREMENT | | | | 60 MO AVG | | | PERCENT | | ONCE/ MONTH | |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 1,881 | 3,031 | KG/DAY | ********* | 7.7 | 12.3 | (19) | 0 | 13 / 30 | CALC |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE / WEEK | GRAB |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code   NUMBER

DATE  2007 / 5 / 8
YEAR  MO  DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
B - See Sand Island WWTP noncompliance report (2).   F - See Sand Island WWTP noncompliance report (6).

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 51

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(1)

APRIL 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the April 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The Sand Island WWTP NPDES Permit requires the City to monitor and analyze the influent and effluent wastewater for the Five-day Biochemical Oxygen Demand ($BOD_5$) concentrations and mass emission rates for seven days in a calendar week. The City did not meet this requirement for the fourth week of April 2007. For the fourth week of April 2007, there are only six valid influent and effluent $BOD_5$ samples. $BOD_5$ were invalid due to failure to meet QC limits for the Glucose-Glutamic Acid (GGA) Standard Checks associated with the respective data sets. GGA was 150 mg/l. LCL = 167 mg/L.

2.    CAUSE:

A possible change in the microbial population in the Honouliuli WWTP influent 24 hour flow-weighted composite (seed Source). Optimal GGA recovery is totally dependent on seed quality.

3.    DATE, TIME, AND DURATION:

Sampling date of April 22, 2007.

4.    MITIGATIVE EFFORT:

We will closely monitor the situation but will not change the seed source at this time.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(2)

APRIL 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the April 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The Sand Island WWTP NPDES Permit requires the City to monitor and analyze the effluent wastewater for the Five-day Biochemical Oxygen Demand ($BOD_5$) and Total Suspended Solids (TSS) concentrations and mass emission rates for seven days in a calendar week. The City did not meet this requirement for the third week of April 2007. For the third week of April 2007, there are only six valid effluent $BOD_5$ and TSS samples. Analytical results for $BOD_5$ and TSS were not reported due to human error.

2.    CAUSE:

The effluent composite was not collected because the sampling discharge hose was not installed. The person conducting sampling erred by not insuring that the discharge hose was secured to the receiving carboy.

3.    DATE, TIME, AND DURATION:

The sampling was from 7:45 a.m. on April 20, 2007 to 8:13 a.m. on April 21, 2007.

4.    MITIGATIVE EFFORT:

Personnel conducting the sampling will be provided additional training and instructions to thoroughly verify that every step of the sampling SOP has been satisfactorily completed before leaving the sampling station.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(3)

APRIL 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the April 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The annual average concentration and MER for chlordane reported in the April 2007 DMR are noncompliant with the annual average limitations.

2.    CAUSE:

Since the sale and commercial application of chlordane has been banned since 1988, it is thought that the presence of chlordane is probably attributable to leaching from the ground and entrance into the collection system with I/I. Chlordane was heavily used in Hawaii as a ground treatment for termite control from 1948 to 1988.

3.    DATE, TIME, AND DURATION

The average March 2007 results is of 12 monthly readings from May 1, 2006 to April 30, 2007 inclusive for the duration of one year.

4.    MITIGATIVE EFFORT

Typical uses, areas of most concentrated use, and background concentrations as found by testing by other agencies and in other studies are being researched. The concentration in key areas of the collection system from infiltration and inflow is being measured. Once this information has been assembled a method to reduce concentrations to the Sand Island WWTP will be formulated. Data gathered to date indicate that a significant reduction in these chemicals entering the collection system is possible but it is, at the present time, unknown whether the amount of these reductions will be enough that the plant will come into compliance for this pollutant.

The City has chosen Manoa Valley, as the area in the City that is most contaminated by chlordane and dieldrin, as a test area on how to reduce the entry of these chemicals into the sewer system. As part of this effort and in conjunction with the I/I minimization plan, smoke testing was scheduled in Manoa Valley to identify defects in the sewer collection system. The smoke testing program was initiated in September 2004.

Updates on this research project are being supplied to the regulators as responses to the Sand Island Administrative Orders.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(4)

APRIL 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING
REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance
occurrence as shown in the April 2007 Discharge Monitoring Report (DMR) for the Sand Island
WWTP.

1.    DESCRIPTION

        The annual average concentration and MER for dieldrin reported in the April 2007
        DMR are noncompliant with the annual average limitations.

2.    CAUSE:

        Since the sale and commercial application of dieldrin has been banned since 1988,
        it is thought that the presence of dieldrin is probably attributable to leaching from
        the ground and entrance into the collection system with I/I.  Dieldrin was heavily
        used in Hawaii as a ground treatment for termite control between 1950 and 1987.

3.    DATE, TIME, AND DURATION

        The average March 2007 results is of 12 monthly readings from May 1, 2006 to
        April 30, 2007 inclusive for the duration of one year.

4.    MITIGATIVE EFFORT

        Typical uses, areas of most concentrated use, and background concentrations as
        found by testing by other agencies and in other studies are being researched.  The
        concentration in key areas of the collection system from infiltration and inflow is
        being measured.  Once this information has been assembled a method to reduce
        concentrations to the Sand Island WWTP will be formulated.  Data gathered to date
        indicate that a significant reduction in these chemicals entering the collection
        system is possible but it is, at the present time, unknown whether the amount of
        these reductions will be enough that the plant will come into compliance for this
        pollutant.

        The City has chosen Manoa Valley, as the area in the City that is most
        contaminated by chlordane and dieldrin, as a test area on how to reduce the entry
        of these chemicals into the sewer system.  As part of this effort and in conjunction
        with the I/I minimization plan, smoke testing was scheduled in Manoa Valley to
        identify defects in the sewer collection system.  The smoke testing program was
        initiated in September 2004.

        Updates on this research project are being supplied to the regulators as responses
        to the Sand Island Administrative Orders.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(5)

APRIL 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the April 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.   DESCRIPTION

During April 2007 the influent flow metering system was used to drive the effluent sampler and the influent flow values were reported for effluent flow values.

2.   CAUSE:

During April 2007 the effluent flow meter operated continuously, however, the data appeared biased especially during periods of low flow.  For this reason the flow signal from the influent sampler was used to drive the effluent sampler, and the influent flow data was used for all effluent flow data reporting.

3.   DATE, TIME, AND DURATION

| | |
|---|---|
| Ongoing From: | April 1, 2007 |
| Ongoing On: | April 30, 2007 |
| Duration | 30 days |

4.   FLOW MONITORING DURING NONCOMPLIANCE:

The influent and effluent flow meters were operable during all of April, 2007, however, the effluent flow meter was providing data, which sometimes equaled 125 percent of the daily influent flow totals.  For this reason the effluent flow meter was used to drive the effluent sampler and influent flow data was used for effluent reporting.

4.   MITIGATIVE EFFORT

The City is examining the effluent flow output data.  During this review process the influent flow will be used in place of the effluent flow.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(6)

APRIL 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the April 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

During April 2007, the effluent UV Disinfection Facility and Effluent Pump Station were operating in startup mode with most systems in operation. The 18,000 CFU/100 ml was not met on one (1) day during April, 2007.

2.    CAUSE:

Operation of the UV system is sensitive to the results of operations in other parts of the facility and time is needed to optimize and integrate the operation of the various systems, especially the Headworks and its chemical addition systems, to produce a consistent effluent for disinfection by the UV system. During this integration period there may be occasional exceedances of the daily 18,000 CFU limit for enterococcus.

3.    DATE, TIME, AND DURATION

The plant met the daily enterococcus effluent limitation of 18,000 CFU on 29 of the 30 days in April 2007. The daily limit was not met on April 20, 2007.

4.    MITIGATIVE EFFORT

The daily effluent monitoring consists of a single grab sample collected between 12 noon and 3:00 pm. Based on this requirement, the daily limit was met on 29 of 30 days. The monthly geometric mean was 5,593 CFU and the weekly geometric mean was 6,748 CFU. The City is optimizing the new facilities and is preparing a monitoring plan.

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

**2007 JUN 29 11:26 AM**



**MUFI HANNEMANN**
Mayor

**ERIC S. TAKAMURA, Ph.D., P.E.**
Director

**KENNETH A. SHIMIZU**
Deputy Director

**ROSS S. TANIMOTO, P.E.**
Second Deputy Director

**CERTIFIED MAIL**

**EMC 07-140**

June 28, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX, Water Division
CWA Compliance Office (WTR-7)
75 Hawthorne Street
San Francisco, California 94105-3901

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii 96814-4920

Gentlemen and Dr. Fukino:

Subject:    Discharge Monitoring Reports – May 2007
            City and County of Honolulu

Enclosed are the May 2007 Discharge Monitoring Reports (DMRs) for all NPDES-permitted City and County of Honolulu Wastewater Treatment Plants (WWTPs). These DMRs were originally developed on WordPerfect under the guidance of Mr. Carey Houk, EPA Region IX. The forms are now being generated using the Excel program. We are, therefore, not using the preprinted DMR forms transmitted by EPA, Region IX. This submittal includes the following enclosures:

A.    Honouliuli WWTP: (1) Discharge Monitoring Report, (2) Honouliuli WWTP Noncompliance Report, (3) Barber's Point Outfall Monthly Shoreline, Nearshore, and Offshore Receiving Water Monitoring Data, (4) Honouliuli WWTP Whole Effluent Toxicity Data, and (5) Reference Toxicant.

B.    Kailua Regional WWTP: (1) Discharge Monitoring Report, (2) Kailua Regional WWTP Noncompliance Report, (3) Mokapu Outfall Monthly Shoreline and Nearshore Receiving Water Monitoring Data, (4) Kailua Regional WWTP Whole Effluent Toxicity Data, and (5) Reference Toxicant.

C.    Sand Island WWTP: (1) Discharge Monitoring Report, (2) Sand Island WWTP Noncompliance Reports, (3) Sand Island Outfall Monthly

Regional Administrator, EPA
Chiyome L. Fukino, M.D.
June 28, 2007
Page Two

            Shoreline, Nearshore, and Offshore Receiving Water Monitoring Data, (4) Sand Island WWTP Whole Effluent Toxicity and TSERF WET Data CD for May 2007, and (5) Reference Toxicant.

D.    Wahiawa WWTP: (1) Discharge Monitoring Report – (The Discharge Monitoring Report for Wahiawa WWTP has been modified with EPA's permission to incorporate the requirements of the Wahiawa Consent Decree, which became effective on March 2, 1998.), (2) Wahiawa WWTP Noncompliance Report, and (3) Wahiawa WWTP Whole Effluent Toxicity.

E.    Waianae WWTP: (1) Discharge Monitoring Report, (2) Waianae Outfall Monthly Shoreline and Nearshore Receiving Water Monitoring Data, (3) Waianae WWTP Whole Effluent Toxicity, and (4) Reference Toxicant .

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions, please contact Cleveland Jaramilla at (808) 692-5115 or Lesley Toyota at (808) 692-5209 of our Monitoring and Compliance Branch, Division of Environmental Quality.

                        Sincerely,

                        Dr. Eric S. Takamura, P.E.
                        Director

Enclosures: Attachments A thru E

2007 JUN 29  11:30AM

# ATTACHMENT C

## SAND ISLAND
## WASTEWATER TREATMENT PLANT

## NPDES Permit No. HI 0020117

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP

1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI  96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: INFA

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

MONITORING PERIOD
FROM  07 / 05 / 01  TO  07 / 05 / 31

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (63-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 49,251 | 60,077 | (01) | ********* | 201 | 244 | (19) | 0 | 31 / 31 | COMP2 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | MG/L | | DAILY | GRAB |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 99,027 | (01) | ********* | ********* | ********* | | 0 | 31 / 31 | COMP2 |
| RAW SEWAGE/INFLUENT SOLIDS, | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ********* | ********* | ********* | | | DAILY | COMP2 |
| TOTAL SUSPENDED 00530 G 00 | SAMPLE MEASUREMENT | 60,634 | 70,675 | (01) | ********* | 247 | 288 | (19) | 0 | 31 / 31 | COMP2 |
| RAW SEWAGE/INFLUENT SOLIDS, | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | KG/DAY | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | MG/L | | DAILY | GRAB |
| TOTAL SUSPENDED | SAMPLE MEASUREMENT | ********* | 131,302 | (01) | ********* | ********* | ********* | | 0 | 31 / 31 | COMP2 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | KG/DAY | ********* | ********* | ********* | | | DAILY | COMP2 |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 5,390 | 10,651 | (01) | ********* | 22.1 | 42.7 | (19) | 0 | 13 / 31 | GRAB |
| RAW SEWAGE/INFLUENT CHLORDANE (TECH MIX. | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | KG/DAY | ********* | REPORT MO AVG | REPORT DAILY MX | MG/L | | THREE/ WEEK | GRAB |
| AND METABOLITES) 39350 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.016 | (01) | ********* | ********* | 0.063 | (28) | 0 X | 1 / 31 | COMP2 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | KG/DAY | ********* | ********* | REPORT DAILY MX | UG/L | | ONCE/ MONTH | |
| DIELDRIN 39380 G 0 1 | SAMPLE MEASUREMENT | ********* | 0.003 | (01) | ********* | ********* | 0.011 | (28) | 0 | 1 / 31 | COMP2 |
| RAW SEWAGE/INFLUENT | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | KG/DAY | ********* | ********* | REPORT DAILY MX | UG/L | | ONCE/ MONTH | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE
2007 / 7 / 27

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with MDL = 0.022 ug/L

EPA Form 3320-1 (Rev. 3-88)  Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

FORM APPROVED
OMB No. 2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM *(NPDES)*
**DISCHARGE MONITORING REPORT *(DMR)***

PERMITTEE NAME/ADDRESS: *(include Facility Name/Location if different)*
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER (2-16): HI0020117
DISCHARGE NUMBER (17-19): INFA

MONITORING PERIOD
FROM (20-21)(22-23)(24-25): YEAR 07 / MO 05 / DAY 01
TO (26-27)(28-29)(30-31): YEAR 07 / MO 05 / DAY 31

MAJOR

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE   ***

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62-63) | (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (62-63) | NO. EX (69-63) | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 0 0 | SAMPLE MEASUREMENT | 3,795 | 7,882 | KG/DAY (01) | ********* | 15.6 | 31.6 | MG/L (19) | 0 | 13 / 31 | CAL |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | ONCE / MONTH | CAL |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 0 0 | SAMPLE MEASUREMENT | 1,595 | 3,052 | KG/DAY (01) | ********* | 6.5 | 12.2 | MG/L (19) | 0 | 13 / 31 | GRAB |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | THREE / WEEK | GRAB |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 64.8 | 66.5 | MGD (03) | ********* | ********* | ********* | | 0 | 31 / 31 | RECORD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | ********* | ********* | | | CONTIN UOUS | RECORD |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 65.4 | MGD (03) | ********* | ********* | ********* | | 0 | 31 / 31 | RECORD |
| | PERMIT REQUIREMENT | ********* | REPORT HI MX AV | | ********* | ********* | ********* | | | CONTIN UOUS | RECORD |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE
OFFICER OR AUTHORIZED AGENT

TELEPHONE
area code (808) 692-5096 NUMBER

DATE
YEAR 2007 / MO 7 / DAY 12

COMMENT AND EXPLANATION OF ANY VIOLATIONS

*(Reference all attachments here)*

EPA Form 3320-1 (Rev. 9-88)  *Previous edition to be used until supply is exhausted.*  (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
DISCHARGE MONITORING REPORT (DMR)

| PERMIT NUMBER | DISCHARGE NUMBER |
|---|---|
| HI0020117 | 001 A |

MONITORING PERIOD

| | YEAR | MO | DAY | | YEAR | MO | DAY |
|---|---|---|---|---|---|---|---|
| FROM | 07 | 05 | 01 | TO | 07 | 05 | 31 |

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | (63-68) | (69) |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | >357.1 | (2G) | 0 | 2 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH |  |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) | 0 | 1 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | CHRONIC TOXICITY | | ONCE/ MONTH |  |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.06 | 28.40 | (04) | 0 | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | DEG. C | | WEEKLY |  |
| BOD, 5-DAY (20 DEGREE S C) 00310 1 0 0 | SAMPLE MEASUREMENT | 26,195 | 28,390 | (01) | 136 | 107 | 116 | (19) | 0 | 31 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 35584 MO AVG | 49633 HI WK AV | KG/DAY | REPORT DAILY MX | 116 MO AVG | 180 HI WK AV | MG/L | | DAILY |  |
| BOD, 5-DAY (20 DEGREE S C) | SAMPLE MEASUREMENT | ******** | 35,261 | (01) | ******** | ******** | ******** | (12) | 0 | 31 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | ******** | | | DAILY |  |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.79 | ******** | 6.95 | (12) | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 8.0 MAXIMUM | SU | | ONE TIME/ WEEK |  |
| TOTAL SUSPENDED SOLIDS 00530 1 0 0 | SAMPLE MEASUREMENT | 10,286 | 12,674 | (01) | 65 | 42 | 52 | (19) | 0 | 31 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21404 MO AVG | 32292 HI WK AV | KG/DAY | REPORT DAILY MX | 69 MO AVG | 104 HI WK AV | MG/L | | DAILY |  |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE
(808) 692-5096

DATE
2007 / 7 / 27

COMMENT AND EXPLANATION OF ANY VIOLATIONS

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER (2-16): HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

MONITORING PERIOD
FROM YEAR 07 / MO 01 / DAY 05 TO YEAR 07 / MO 01 / DAY 31

F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) AVERAGE | (54-61) MAXIMUM | UNITS | QUALITY OR CONCENTRATION (38-45) MINIMUM | (46-53) AVERAGE | (54-61) MAXIMUM | UNITS | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 16,853 | (01) KG/DAY | ********* | ********* | ********* | (__) | 0 | 31 / 31 | COMP |
| | PERMIT REQUIREMENT | REPORT DAILY MX | | | | | | | | DAILY | |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,792 | 6,100 | (01) KG/DAY | ********* | 23.3 | 25.3 | (19) MG/L | 0 | 1 / 31 | COMP |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | | REPORT ANNL AVG | REPORT MO AVG | | | ONCE/ MONTH | |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 4,083 | 5,676 | (01) KG/DAY | ********* | 16.7 | 23.0 | (19) MG/L | 0 | 14 / 31 | GRAB |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0157 | 0.010 | (01) KG/DAY | ********* | 0.0624 | 0.040 | (28) UG/L | X-A | 1 / 31 | COMP |
| | PERMIT REQUIREMENT | 0.0024 ANNL AVG | 0.12 DAILY MX | | | 0.0076 ANNL AVG | 0.08 DAILY MX | | 0 | | |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0064 | 0.001 | (01) KG/DAY | ********* | 0.025 | 0.006 | (28) UG/L | Y-B | 1 / 31 | COMP |
| | PERMIT REQUIREMENT | 0.0047 ANNL AVG | 0.05 DAILY MX | | | 0.0012 ANNL AVG | 0.018 DAILY MX | | 0 | ONCE/ MONTH | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 64.8 | 68.5 | (03) MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | ********* | ********* | | | CONTIN- UOUS | |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 65.4 | (03) MGD | ********* | ********* | ********* | | 0 | 31 / 31 | RECORD |
| | PERMIT REQUIREMENT | | REPORT MX AVG | | | | | | | CONTIN- UOUS | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. & 1001 AND 33 U.S.C. & 1319. (PENALTIES UNDER THESE STATUTES MAY INCLUDE FINES UP TO $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code NUMBER

DATE 2007 / 7 / 12
YEAR / MO / DAY

(Reference all attachments here)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with MDL = 0.022 ug/L.    Y - Dieldrin result is an estimate with MDL = 0.002 ug/L.
A - See Sand Island WWTP noncompliance report (1).    B - See Sand Island WWTP noncompliance report (2).    C - See Sand Island WWTP noncompliance report (3).

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 4 OF

FORM APPROVED
OMB No.2040-0004

**NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)**
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD
FROM: YEAR 07 / MO 05 / DAY 01  TO  YEAR 07 / MO 05 / DAY 31

F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | QUALITY OR CONCENTRATION MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 100 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 2,391 | 3,875 | | ******** | 9.8 | 15.7 | | 0 | 1 / 31 | CALC03 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | (19) MG/L | | ONCE/MONTH | |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 01 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ******** | ******** | | 6,834 | 13,435 | 28,000 | | 2 ᴰ | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | (32) CFU/100 ML | | DAILY | |
| PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 00 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 776 | 721 | | ******** | 3.12 | 2.99 | | 0 | 1 / 31 | COMP2 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | (01) KG/DAY | ******** | REPORT ANNL AVG | REPORT MO AVG | (19) MG/L | | ONCE/MONTH | |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 00 | SAMPLE MEASUREMENT | ******** | ******** | | 47 | ******** | ******** | | 0 | 1 / 31 | CALC03 |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | (23) PERCENT | | ONCE/MONTH | |
| PERCENT REMOVAL SOLIDS, SUSPENDED 81011 K 00 | SAMPLE MEASUREMENT | ******** | ******** | | 83 | ******** | ******** | | 0 | 1 / 31 | CALC03 |
| | PERMIT REQUIREMENT | ******** | ******** | | 80 MO AVG | ******** | ******** | (23) PERCENT | | ONCE/MONTH | |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 00 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 1,693 | 2,569 | | ******** | 6.9 | 10.3 | | 0 | 14 / 31 | GRAB |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | ******** | REPORT MO AVG | REPORT DAILY MX | (19) MG/L | | THREE/WEEK | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I certify under penalty of law that I have personally examined and am familiar with the information submitted herein and based on my inquiry of those individuals immediately responsible for obtaining the information, I believe the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

(Reference all attachments here)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE: 2007 / 7 / 2_   (YEAR / MO / DAY)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
D - See Sand Island WWTP noncompliance report (3).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(1)

MAY 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the May 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The annual average concentration and MER for chlordane reported in the May 2007 DMR are noncompliant with the annual average limitations.

2.    CAUSE:

Since the sale and commercial application of chlordane has been banned since 1988, it is thought that the presence of chlordane is probably attributable to leaching from the ground and entrance into the collection system with I/I. Chlordane was heavily used in Hawaii as a ground treatment for termite control from 1948 to 1988.

3.    DATE, TIME, AND DURATION

The average May 2007 results is of 12 monthly readings from June 1, 2006 to May 31, 2007 inclusive for the duration of one year.

4.    MITIGATIVE EFFORT

Typical uses, areas of most concentrated use, and background concentrations as found by testing by other agencies and in other studies are being researched. The concentration in key areas of the collection system from infiltration and inflow is being measured. Once this information has been assembled a method to reduce concentrations to the Sand Island WWTP will be formulated. Data gathered to date indicate that a significant reduction in these chemicals entering the collection system is possible but it is, at the present time, unknown whether the amount of these reductions will be enough that the plant will come into compliance for this pollutant.

The City has chosen Manoa Valley, as the area in the City that is most contaminated by chlordane and dieldrin, as a test area on how to reduce the entry of these chemicals into the sewer system. As part of this effort and in conjunction with the I/I minimization plan, smoke testing was scheduled in Manoa Valley to identify defects in the sewer collection system. The smoke testing program was initiated in September 2004.

Updates on this research project are being supplied to the regulators as responses to the Sand Island Administrative Orders.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(2)

MAY 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the May 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The annual average concentration and MER for dieldrin reported in the May 2007 DMR are noncompliant with the annual average limitations.

2.    CAUSE:

Since the sale and commercial application of dieldrin has been banned since 1988, it is thought that the presence of dieldrin is probably attributable to leaching from the ground and entrance into the collection system with I/I. Dieldrin was heavily used in Hawaii as a ground treatment for termite control between 1950 and 1987.

3.    DATE, TIME, AND DURATION

The average May 2007 results is of 12 monthly readings from June 1, 2006 to May 31, 2007 inclusive for the duration of one year.

4.    MITIGATIVE EFFORT

Typical uses, areas of most concentrated use, and background concentrations as found by testing by other agencies and in other studies are being researched. The concentration in key areas of the collection system from infiltration and inflow is being measured. Once this information has been assembled a method to reduce concentrations to the Sand Island WWTP will be formulated. Data gathered to date indicate that a significant reduction in these chemicals entering the collection system is possible but it is, at the present time, unknown whether the amount of these reductions will be enough that the plant will come into compliance for this pollutant.

The City has chosen Manoa Valley, as the area in the City that is most contaminated by chlordane and dieldrin, as a test area on how to reduce the entry of these chemicals into the sewer system. As part of this effort and in conjunction with the I/I minimization plan, smoke testing was scheduled in Manoa Valley to identify defects in the sewer collection system. The smoke testing program was initiated in September 2004.

Updates on this research project are being supplied to the regulators as responses to the Sand Island Administrative Orders.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(3)

MAY 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the May 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

During May 2007, the effluent UV Disinfection Facility and Effluent Pump Station were operating in startup mode with most systems in operation. The 18,000 CFU/100 ml was not met on two (2) days during May, 2007.

2.    CAUSE:

Operation of the UV system is sensitive to the results of operations in other parts of the facility and time is needed to optimize and integrate the operation of the various systems, especially the Headworks and its chemical addition systems, to produce a consistent effluent for disinfection by the UV system. During this integration period there may be occasional exceedances of the daily 18,000 CFU limit for enterococcus.

3.    DATE, TIME, AND DURATION

The plant met the daily enterococcus effluent limitation of 18,000 CFU on 29 of the 31 days in May 2007. The daily limit was not met on May 12 and 31, 2007.

4.    MITIGATIVE EFFORT

The daily effluent monitoring consists of a single grab sample collected between 12 noon and 3:00 pm. Based on this requirement, the daily limit was met on 29 of 31 days. The monthly geometric mean was 6,834 CFU and the weekly geometric mean was 13,435 CFU. The City is optimizing the new facilities and is preparing a monitoring plan.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(4)

MAY 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the May 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

During May 2007 the influent flow value metering system was used to drive the effluent sampler and the influent flow values were reported for effluent flow values.

2.    CAUSE:

During May 2007 the effluent flow meter operated continuously, however the flow data, exceeded 105 of the influent flow values. For this reason the flow signal from the influent sampler was used for all effluent flow data reporting.

3.    DATE, TIME, AND DURATION

Ongoing From:      May 1, 2007
Ongoing On:        May 31, 2007
Duration           31 days

4.    FLOW MONITORING DURING NONCOMPLIANCE:

The influent and effluent flow meters were operable during all of May, 2007, however, the effluent flow meter provided data, which deviated from the 10% range of expected discharge values. For this reason the influent flow signal was used for effluent flow reporting.

4.    MITIGATIVE EFFORT

The City is examining the effluent flow output data and evaluating modifications to the effluent flow meter. During this review process the influent flow will be used in place of the effluent flow.

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

2007 JUL 31 11:32AM

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

**CERTIFIED MAIL**

July 27, 2007

EMC 07-160

Regional Administrator
U.S. Environmental Protection Agency
Region IX, Water Division
CWA Compliance Office (WTR-7)
75 Hawthorne Street
San Francisco, California  94105-3901

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii  96814-4920

Gentlemen and Dr. Fukino:

Subject:    Discharge Monitoring Reports – June 2007
            City and County of Honolulu

Enclosed are the June 2007 Discharge Monitoring Reports (DMRs) for all NPDES-permitted City and County of Honolulu Wastewater Treatment Plants (WWTPs). These DMRs were originally developed on WordPerfect under the guidance of Mr. Carey Houk, EPA Region IX. The forms are now being generated using the Excel program. We are, therefore, not using the preprinted DMR forms transmitted by EPA, Region IX. This submittal includes the following enclosures:

A.    Honouliuli WWTP: (1) Discharge Monitoring Report, (2) Honouliuli WWTP Noncompliance Reports, (3) Barber's Point Outfall Monthly Shoreline, Nearshore, and Offshore Receiving Water Monitoring Data, (4) Honouliuli WWTP Whole Effluent Toxicity and Second Quarter 2007 TSERF WET CD Data for EPA only, (5) Reference Toxicant, (6) Second Quarter 2007 Offshore Receiving Water Monitoring Data, and (7) Second Quarter 2007 Barbers Points CTD Data.

B.    Kailua Regional WWTP: (1) Discharge Monitoring Report, (2) Mokapu Outfall Monthly Shoreline and Nearshore Receiving Water Monitoring Data, (3) Kailua Regional WWTP Whole Effluent Toxicity Data, and (4) Reference Toxicant.

C.    Sand Island WWTP: (1) Discharge Monitoring Report, (2) Sand Island WWTP Noncompliance Reports, (3) Sand Island Outfall Monthly Shoreline, Nearshore, and Offshore Receiving Water Monitoring Data,

Regional Administrator, EPA
Chiyome L. Fukino, M.D.
July 27, 2007
Page Two

                    (4) Sand Island WWTP Whole Effluent Toxicity and TSERF WET Data CD for June 2007, (5) Reference Toxicant, (6) Second Quarter 2007 Nearshore and Offshore Nutrient Data, and (7) Second Quarter 2007 Sand Island Outfall CTD Data.

D.     Wahiawa WWTP:  (1) Discharge Monitoring Report – (The Discharge Monitoring Report for Wahiawa WWTP has been modified with EPA's permission to incorporate the requirements of the Wahiawa Consent Decree, which became effective on March 2, 1998.), (2) Wahiawa WWTP Noncompliance Report, and (3) Wahiawa WWTP Whole Effluent Toxicity.

E.     Waianae WWTP:  (1) Discharge Monitoring Report, (2) Waianae Outfall Monthly Shoreline and Nearshore Receiving Water Monitoring Data, (3) Waianae WWTP Whole Effluent Toxicity, and (4) Reference Toxicant .

     I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

     If you have any questions, please contact Lesley Toyota at (808) 692-5209 or Cleveland Jaramilla at (808) 692-5115 of our Monitoring and Compliance Branch, Division of Environmental Quality.

                    Sincerely,

                    Eric S. Takamura, Ph.D., P.E.
                    Director

Enclosures:  Attachments A thru E

# ATTACHMENT C

## SAND ISLAND
## WASTEWATER TREATMENT PLANT

## NPDES Permit No. HI 0020117

FORM APPROVED
OMB No.2040-0004

## NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
## DISCHARGE MONITORING REPORT (DMR)

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY: SAND ISLAND WWTP

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MAJOR

MONITORING PERIOD
FROM 07 / 06 / 01  TO 07 / 06 / 30
(YEAR / MO / DAY)

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 | SAMPLE MEASUREMENT | 54,780 | 60,898 | KG/DAY (01) | | 223 | 247 | MG/L (19) | 0 | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 74,727 | KG/DAY (01) | ********* | ********* | ********* | | 0 | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT DAILY MX | | | | | REPORT HI WK AV | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, 00530 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 65,450 | 78,100 | KG/DAY (01) | 462 | 266 | 316 | MG/L (19) | 0 | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| TOTAL SUSPENDED SOLIDS, RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 111,565 | KG/DAY (01) | ********* | ********* | ********* | | 0 | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT DAILY MX | | | | | REPORT HI WK AV | | | DAILY | COMP24 |
| OIL AND GREASE 03582 G 00 | SAMPLE MEASUREMENT | 5,900 | 8,382 | KG/DAY (01) | ********* | 24.0 | 33.1 | MG/L (19) | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/WEEK | GRAB-3 |
| CHLORDANE (TECH MIX.) AND METABOLITES) 39350 G 0 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 0.024 | KG/DAY (01) | ********* | ********* | 0.093 | UG/L (28) | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |
| DIELDRIN 39380 G 0 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 0.002 | KG/DAY (01) | ********* | ********* | 0.009 | UG/L (28) | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/MONTH | COMP24 |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (PENALTIES under section 309 of the Clean Water Act of fine(s) up to $10,000 and/or maximum imprisonment of between 6 month(s) and 5 year(s).)

TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code NUMBER

DATE 2007 / 7 / 27
YEAR / MO / DAY

(Reference all attachments here)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X - Chlordane result is an estimate with MDL = 0.022 ug/L.
A - See Sand Island WWTP noncompliance report (1).

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 1 OF 5

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No. 2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-16)

DISCHARGE NUMBER: INF A (17-19)

MAJOR

MONITORING PERIOD

FROM: YEAR 07 / MO 06 / DAY 01 (20-21)(22-23)(24-25)  TO  YEAR 07 / MO 07 / DAY 30

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | NO EX (69-69) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (3 Card Only) AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (01) | (4 Card Only) MINIMUM (38-45) | AVERAGE (46-53) | MAXIMUM (54-61) | UNITS (19) | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 G 00 | SAMPLE MEASUREMENT | 3,705 | 5,875 | KG/DAY | ********* | 15.1 | 23.3 | MG/L | 0 | 12 / 30 ONCE/ MONTH | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | | CALCTD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 00 | SAMPLE MEASUREMENT | 2,194 | 3,114 | KG/DAY | ********* | 8.9 | 12.6 | MG/L | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB-3 |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 65.0 | 67.6 | MGD | ********* | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 66.3 | MGD | ********* | ********* | ********* | | 0 | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | ********* | REPORT HI WK AV | | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NOTE: Read instructions before completing this form.

F-FINAL INFLUENT/MONTHLY ***
NO DISCHARGE ☐

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

(Reference all attachments here)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096 area code NUMBER

DATE 2007 / 7 / 27 YEAR / MO / DAY

Forms by WindsorChemTM (310) 644-4440

COMMENT AND EXPLANATION OF ANY VIOLATIONS

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 2 OF 5

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MAJOR

F-FINAL
DISCHARGE 001
NO DISCHARGE ☐

MONITORING PERIOD
FROM YEAR 07 MO 06 DAY 01 TO YEAR 07 MO 06 DAY 30

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | >357.1 | (2G) CHRONIC TOXICITY | 0 | 2 / 30 ONCE/ MONTH | COMP24 |
| | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | | |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | ********* | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 30 ONCE/ MONTH | COMP24 |
| | PERMIT REQUIREMENT | | | | | | DAILY MX | | | | |
| EFFLUENT GROSS VALUE TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | ********* | 27.44 | 28.60 | (04) DEG. C | 0 | 29 / 30 WEEKLY | GRAB |
| | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) 00310 1 00 | SAMPLE MEASUREMENT | 29,328 MO AVG | 31,446 HI WK AV | (01) KG/DAY | 146 | 119 | 127 | (19) MG/L | 1 B, G | 29 / 30 DAILY | COMP24 |
| | PERMIT REQUIREMENT | 35984 MO AVG | 39635 HI WK AV | | | REPORT MO AVG | REPORT DAILY MX | | | | |
| EFFLUENT GROSS VALUE BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ********* | 35,428 | (01) KG/DAY | ********* | ********* | ********* | | 0 B | 29 / 30 DAILY | COMP24 |
| | PERMIT REQUIREMENT | ********* | REPORT DAILY MX | | ********* | ********* | ********* | | | | |
| EFFLUENT GROSS VALUE PH 00400 1 00 | SAMPLE MEASUREMENT | ********* | ********* | | 6.64 | ********* | 7.00 | (12) SU | 0 | 29 / 30 FIVE TIMES/ WEEK | GRAB |
| | PERMIT REQUIREMENT | ********* | ********* | | 6.0 MINIMUM | ********* | 9.0 MAXIMUM | | | | |
| EFFLUENT GROSS VALUE SOLIDS, TOTAL SUSPENDED 00530 1 00 | SAMPLE MEASUREMENT | 11,634 MO AVG | 12,056 | (01) KG/DAY | 74 | 47 | 48 | (19) MG/L | 0 B | 29 / 30 DAILY | COMP24 |
| | PERMIT REQUIREMENT | 91404 MO AVG | 98762 HI WK AV | | REPORT DAILY MX | 60 MO AVG | 104 HI WK AV | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF EXEC

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 7 / 27

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS (Reference all attachments here)
B - See Sand Island WWTP noncompliance report (2).    G - See Sand Island WWTP noncompliance report (7).

EPA Form 3320-1 (Rev. 9-88)    Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIERGRASS

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A
MAJOR

MONITORING PERIOD
FROM  YEAR 07  MO 06  DAY 01   TO   YEAR 07  MO 07  DAY 30

F-FINAL DISCHARGE 001    NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER | (Measurement / Requirement) | QUANTITY OR LOADING — AVERAGE | QUANTITY OR LOADING — MAXIMUM | UNITS | QUALITY OR CONCENTRATION — MINIMUM | QUALITY OR CONCENTRATION — AVERAGE | QUALITY OR CONCENTRATION — MAXIMUM | UNITS | NO EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 18,458 | | ********* | ********* | ********* | | 0 (B) | 29 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | ********* | ********* | ********* | (19) MG/L | | Daily | COMP24 |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 5,812 | 6,050 | | ********* | 23.4 | 24.0 | | 0 | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | (01) KG/DAY | ********* | REPORT ANNL AVG | REPORT MO AVG | (19) MG/L | | Once/Month | COMP24 |
| OIL AND GREASE 03582 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 4,433 | 7,369 | | ********* | 18.0 | 29.1 | | 0 | 12 / 30 | GRAB-3 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (01) KG/DAY | ********* | REPORT MO AVG | REPORT DAILY MX | (19) MG/L | | Three/Week | GRAB-3 |
| CHLORDANE (TECH MIX AND METABOLITES) 39350 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0156 | 0.017 | | ********* | 0.0621 | 0.069 | | 0 (X,C) | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | (01) KG/DAY | ********* | 0.0059 ANNL AVG | 0.036 DAILY MX | (28) UG/L | | Once/Month | COMP24 |
| DIELDRIN 39380 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 0.0060 | 0.001 | | ********* | 0.024 | 0.005 | | 0 (X,D) | 1 / 30 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT DAILY MX | (01) KG/DAY | ********* | 0.0076 ANNL AVG | 0.010 DAILY MX | (28) UG/L | | Once/Month | COMP24 |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | 65.0 | 67.6 | | ********* | ********* | ********* | | 0 (E) | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | (03) MGD | ********* | ********* | ********* | | | Continuous | RECORDER |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | ********* | 66.3 | | ********* | ********* | ********* | | 0 (E) | 30 / 30 | RECORDER |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | (03) MGD | ********* | ********* | ********* | | | Continuous | RECORDER |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER: ATHAN K. ADACHI, CHIEF DEQ

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE: (808) 692-5096

DATE: 2007 / 7 / 27

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. See 18 U.S.C. § 1001 and 33 U.S.C. § 1319 (Variable under state may include fines up to 10,000 and/or maximum imprisonment of between 6 months and 5 years.)

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

COMMENT AND EXPLANATION OF ANY VIOLATIONS:
X - Chlordane result is an estimate with MDL = 0.022 ug/L.    C - See Sand Island WWTP noncompliance report (3).
X - Dieldrin result is an estimate with MDL = 0.002 ug/L.    D - See Sand Island WWTP noncompliance report (4).
                                                             E - See Sand Island WWTP noncompliance report (5).

EPA Form 3320-1 (Rev. 9-88) Previous editions may be used until supply is exhausted.
(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117

DISCHARGE NUMBER: 001 A

**MONITORING PERIOD**

| | YEAR | MO | DAY | | YEAR | MO | DAY |
|---|---|---|---|---|---|---|---|
| FROM | 07 | 06 | 01 | TO | 07 | 06 | 30 |

MAJOR

F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING | | | CONCENTRATION | | | | | FREQUENCY OF ANALYSIS (54-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (46-53) AVERAGE | (54-61) MAXIMUM | UNITS | (46-53) MINIMUM | (46-53) QUALITY OR AVERAGE | (54-61) MAXIMUM | UNITS | NO. EX | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,253 | 4,457 | (01) KG/DAY | ******** | 9.1 | 17.6 | (19) MG/L | 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | | |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ******** | ******** | | 6,063 | 7,604 | 21,000 | (32) CFU/ 100 ML | 1 | 30 / 30 | GRAB |
| | PERMIT REQUIREMENT | ******** | ******** | | REPORT MO GEO MN | REPORT WK GEO MN | 18,000 DAILY MX | | | | |
| EFFLUENT GROSS VALUE PHOSPHATE, TOTAL COLOR. METHOD (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 778 | 797 | (01) KG/DAY | ******** | 3.13 | 3.16 | (19) MG/L | 0 | 1 / 30 | COMP |
| | PERMIT REQUIREMENT | REPORT ANNL AVG | REPORT MO AVG | | ******** | REPORT ANNL AVG | REPORT MO AVG | | | | |
| EFFLUENT GROSS VALUE BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 47 | ******** | ******** | (23) PERCENT | A, B 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 30 MO AVG | ******** | ******** | | | | |
| PERCENT REMOVAL SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 82 | ******** | ******** | (23) PERCENT | A, B 0 | 1 / 30 | CALCTD |
| | PERMIT REQUIREMENT | ******** | ******** | | 58 MO AVG | ******** | ******** | | | | |
| PERCENT REMOVAL HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,180 | 2,912 | (01) KG/DAY | ******** | 8.9 | 11.5 | (19) MG/L | 0 | 12 / 30 | THREE/ WEEK |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ******** | REPORT MO AVG | REPORT DAILY MX | | | | |
| EFFLUENT GROSS VALUE | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT; SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 7 / 26

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See Sand Island WWTP noncompliance report (1).  B - See Sand Island WWTP noncompliance report (2).
F - See Sand Island WWTP noncompliance report (6).

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM 1-40 WHICH MAY NOT BE USED)

PAGE 5 OF 5

## WASTEWATER NONCOMPLIANCE REPORT
## SAND ISLAND WWTP

(1)

JUNE 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the June 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The Sand Island WWTP NPDES Permit requires the City to monitor and analyze the influent and effluent wastewater for the Five-day Biochemical Oxygen Demand (BOD$_5$) and Total Suspended Sold (TSS) concentrations and mass emission rates for seven days in a calendar week.  The City did not meet this requirement for the week of June 24-30, 2007.  There were only six (6) valid BOD$_5$ and TSS sample for the week.

2.    CAUSE:

Sampler malfunction.

3.    DATE, TIME, AND DURATION:

Sampling from June 29, 2007 at 07:47 a.m. to 08:13 a.m. on June 30, 2007.

4.    MITIGATIVE EFFORT:

More thorough checking of sampler will be undertaken prior to initiating sampling.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(2)

JUNE 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the June 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The Sand Island WWTP NPDES Permit requires the City to monitor and analyze the influent and effluent wastewater for the Five-day Biochemical Oxygen Demand ($BOD_5$) and Total Suspended Sold (TSS) concentrations and mass emission rates for seven days in a calendar week.  The City did not meet this requirement for the week of June 03-09, 2007.

2.    CAUSE:

The Sand Island WWTP effluent sampler pump failed.

3.    DATE, TIME, AND DURATION:

Sampling date of June 6, 2007.

4.    MITIGATIVE EFFORT:

Repairs were made and the pump was put back into operation.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(3)

JUNE 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the June 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The annual average concentration and MER for chlordane reported in the June 2007 DMR are noncompliant with the annual average limitations.

2.    CAUSE:

Since the sale and commercial application of chlordane has been banned since 1988, it is thought that the presence of chlordane is probably attributable to leaching from the ground and entrance into the collection system with I/I. Chlordane was heavily used in Hawaii as a ground treatment for termite control from 1948 to 1988.

3.    DATE, TIME, AND DURATION

The average June 2007 results is of 12 monthly readings from July 1, 2006 to June 30, 2007 inclusive for the duration of one year.

4.    MITIGATIVE EFFORT

Typical uses, areas of most concentrated use, and background concentrations as found by testing by other agencies and in other studies are being researched. The concentration in key areas of the collection system from infiltration and inflow is being measured. Once this information has been assembled a method to reduce concentrations to the Sand Island WWTP will be formulated. Data gathered to date indicate that a significant reduction in these chemicals entering the collection system is possible but it is, at the present time, unknown whether the amount of these reductions will be enough that the plant will come into compliance for this pollutant.

The City has chosen Manoa Valley, as the area in the City that is most contaminated by chlordane and dieldrin, as a test area on how to reduce the entry of these chemicals into the sewer system. As part of this effort and in conjunction with the I/I minimization plan, smoke testing was scheduled in Manoa Valley to identify defects in the sewer collection system. The smoke testing program was initiated in September 2004.

Updates on this research project are being supplied to the regulators as responses to the Sand Island Administrative Orders.

## WASTEWATER NONCOMPLIANCE REPORT
## SAND ISLAND WWTP

### (4)

### JUNE 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the June 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    **DESCRIPTION**

The annual average concentration and MER for dieldrin reported in the June 2007 DMR are noncompliant with the annual average limitations.

2.    **CAUSE:**

Since the sale and commercial application of dieldrin has been banned since 1988, it is thought that the presence of dieldrin is probably attributable to leaching from the ground and entrance into the collection system with I/I. Dieldrin was heavily used in Hawaii as a ground treatment for termite control between 1950 and 1987.

3.    **DATE, TIME, AND DURATION**

The average June 2007 results is of 12 monthly readings from July 1, 2006 to June 30, 2007 inclusive for the duration of one year.

4.    **MITIGATIVE EFFORT**

Typical uses, areas of most concentrated use, and background concentrations as found by testing by other agencies and in other studies are being researched. The concentration in key areas of the collection system from infiltration and inflow is being measured. Once this information has been assembled a method to reduce concentrations to the Sand Island WWTP will be formulated. Data gathered to date indicate that a significant reduction in these chemicals entering the collection system is possible but it is, at the present time, unknown whether the amount of these reductions will be enough that the plant will come into compliance for this pollutant.

The City has chosen Manoa Valley, as the area in the City that is most contaminated by chlordane and dieldrin, as a test area on how to reduce the entry of these chemicals into the sewer system. As part of this effort and in conjunction with the I/I minimization plan, smoke testing was scheduled in Manoa Valley to identify defects in the sewer collection system. The smoke testing program was initiated in September 2004.

Updates on this research project are being supplied to the regulators as responses to the Sand Island Administrative Orders.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(5)

JUNE 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the June 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

During June 2007 the influent flow values were reported for effluent flow values.

2.    CAUSE:

During June 2007 the effluent flow meter operated continuously, however the flow data, exceeded by more than 10%,the influent flow values.  For this reason the flow signal from the influent sampler was used for all effluent flow data reporting.

3.    DATE, TIME, AND DURATION

| | |
|---|---|
| Ongoing From: | June 1, 2007 |
| Ongoing On: | June 30, 2007 |
| Duration | 30 days |

4.    FLOW MONITORING DURING NONCOMPLIANCE:

The influent and effluent flow meters were operable during all of June, 2007, however, the effluent flow meter provided data, which deviated more than 10% from the range of expected discharge volumes.  For this reason the influent flow data was used for effluent flow reporting.

5.    MITIGATIVE EFFORT

The City is examining the effluent flow output data and evaluating modifications to the effluent flow meter.  During this review process the influent flow will be used in place of the effluent flow.

## WASTEWATER NONCOMPLIANCE REPORT
## SAND ISLAND WWTP

(6)

### JUNE 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the June 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

During June 2007, the effluent UV Disinfection Facility and Effluent Pump Station were operating in startup mode with most systems in operation. The 18,000 CFU/100 ml was not met on one (1) day during June, 2007.

2.    CAUSE:

Operation of the UV system is sensitive to the results of operations in other parts of the facility and time is needed to optimize and integrate the operation of the various systems, especially the Headworks and its chemical addition systems, to produce a consistent effluent for disinfection by the UV system. During this integration period there may be occasional exceedances of the daily 18,000 CFU limit for enterococcus.

3.    DATE, TIME, AND DURATION

The plant met the daily enterococcus effluent limitation of 18,000 CFU on 29 of the 30 days in June 2007. The daily limit was not met on June 2, 2007.

4.    MITIGATIVE EFFORT

The daily effluent monitoring consists of a single grab sample collected between 12 noon and 3:00 pm. Based on this requirement, the daily limit was met on 29 of 30 days. The monthly geometric mean was 6,053 CFU and the weekly geometric mean was 7,604 CFU. The City is optimizing the new facilities and is preparing a monitoring plan.

## WASTEWATER NONCOMPLIANCE REPORT
## SAND ISLAND WWTP

### (7)

### JUNE 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the March 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

Sand Island WWTP effluent average BOD5 concentration exceeded the monthly average limit of 116 mg/L.  The actual BOD5 average value is 119 mg/L.

2.    CAUSE:

The City is looking into the cause of the high BOD reading at the SIWWTP.

3.    DATE, TIME, AND DURATION:

The noncompliance is for June 1, 2007 to June 30, 2007.  Duration of the noncompliance is 30 days.

4.    MITIGATIVE EFFORT:

We will continue chemical addition to assist with improving solids capture.

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

2007 AUG 29 11:21AM

**MUFI HANNEMANN**
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

### CERTIFIED MAIL

August 28, 2007

EMC 07-182

Regional Administrator
U.S. Environmental Protection Agency
Region IX, Water Division
CWA Compliance Office (WTR-7)
75 Hawthorne Street
San Francisco, California  94105-3901

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii  96814-4920

Gentlemen and Dr. Fukino:

Subject:     Discharge Monitoring Reports – July 2007
             City and County of Honolulu

      Enclosed are the July 2007 Discharge Monitoring Reports (DMRs) for all NPDES-permitted City and County of Honolulu Wastewater Treatment Plant (WWTPs).  These DMRs were originally developed on WordPerfect under the guidance of Mr. Carey Houk, EPA Region IX.  The forms are now being generated using the Excel program. We are, therefore, not using the preprinted DMR forms transmitted by EPA, Region IX.  This submittal includes the following enclosures:

A.     Honouliuli WWTP:  (1) Discharge Monitoring Report, (2) Honouliuli WWTP Noncompliance Reports, (3) Barbers Point Outfall Monthly Shoreline, Nearshore, and Offshore Receiving Water Monitoring Data, (4) Honouliuli WWTP Whole Effluent Toxicity, and (5) Reference Toxicant.

B.     Kailua Regional WWTP:  (1) Discharge Monitoring Report, (2) Mokapu Outfall Monthly Shoreline and Nearshore Receiving Water Monitoring Data, (3) Kailua Regional WWTP Whole Effluent Toxicity Data, and (4) Reference Toxicant.

Regional Administrator, EPA
Chiyome L. Fukino, M.D., DOH
August 28, 2007
Page Two

    C.     Sand Island WWTP: (1) Discharge Monitoring Report, (2) Sand Island WWTP Noncompliance Reports, (3) Sand Island Outfall Monthly Shoreline, Nearshore, and Offshore Receiving Water Monitoring Data, (4) Sand Island WWTP Whole Effluent Toxicity and TSERF WET Data CD for July 2007, and (5) Reference Toxicant.

    D.     Wahiawa WWTP: (1) Discharge Monitoring Report – (The Discharge Monitoring Report for Wahiawa WWTP has been modified with EPA's permission to incorporate the requirements of the Wahiawa Consent Decree, which became effective on March 2, 1998.), (2) Wahiawa WWTP Noncompliance Report, and (3) Wahiawa WWTP Whole Effluent Toxicity.

    E.     Waianae WWTP: (1) Discharge Monitoring Report, (2) Waianae Outfall Monthly Shoreline and Nearshore Receiving Water Monitoring Data, (3) Waianae WWTP Whole Effluent Toxicity, (4) Reference Toxicant.

    I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

    If you have any questions, please contact Lesley Toyota at (808) 768-3254 or Cleveland Jaramilla at (808) 768-3253 of our Monitoring and Compliance Branch, Division of Environmental Quality.

                   Sincerely,

                   Eric S. Takamura, Ph.D., P.E.
                   Director

Enclosures: Attachments A thru E

# ATTACHMENT C

## SAND ISLAND
## WASTEWATER TREATMENT PLANT

## NPDES Permit No. HI 0020117

FORM APPROVED
OMB No.2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: INF A

MONITORING PERIOD
FROM 07 / 07 / 01 TO 07 / 07 / 31

MAJOR

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| BOD, 5-DAY (20 DEGREES C) 00310 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 56,039 | 62,901 | KG/DAY | 308 | 219 | 243 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP24 |
| BOD, 5-DAY (20 DEGREES C) RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 81,488 | KG/DAY | ********* | ********* | ********* | | 0 | 31 / 31 | C |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP |
| SOLIDS, TOTAL SUSPENDED 00530 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 71,920 | 89,320 | KG/DAY | 414 | 281 | 346 | MG/L | 0 | 31 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT HI WK AV | | REPORT DAILY MX | REPORT MO AVG | REPORT HI WK AV | | | DAILY | COMP |
| SOLIDS, TOTAL SUSPENDED RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 107,339 | KG/DAY | ********* | ********* | ********* | | 0 | 31 / 31 | C |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP |
| OIL AND GREASE 03582 G 00 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | 5,480 | 7,693 | KG/DAY | ********* | 21.4 | 29.8 | MG/L | 0 | 13 / 31 | GRAB |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 G 01 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 0.027 | KG/DAY | ********* | ********* | 0.106 | UG/L | 0 | 1 / 31 | COMP |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/ MONTH | C |
| DIELDRIN 39380 G 0 1 RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | ********* | 0.015 | KG/DAY | ********* | ********* | 0.058 | UG/L | 0 | 1 / 31 | COMP |
| | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | REPORT DAILY MX | | | ONCE/ MONTH | C |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 8 / 28

COMMENT AND EXPLANATION OF ANY VIOLATIONS

(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.
(REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)
PAGE 1 OF 1

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)

**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS (Include Facility Name/Location if different)

NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER HI0020117

DISCHARGE NUMBER INF A

FACILITY:

LOCATION:
ATTN: DON PIEPGRASS

**MAJOR**

F-FINAL
INFLUENT/MONTHLY
NO DISCHARGE ☐

MONITORING PERIOD

FROM  YEAR 07 / MO 07 / DAY 01   TO   YEAR 07 / MO 07 / DAY 31

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | (3 Card Only) QUANTITY OR LOADING (46-53) | | | (4 Card Only) QUALITY OR CONCENTRATION (38-45) | | | | | FREQUENCY OF ANALYSIS (68-69) | SAMPLE TYPE (70-71) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | NO EX (63-64) | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 51210 G 00 | SAMPLE MEASUREMENT | 3,158 | 5,085 | KG/DAY (01) | ********* | 12.3 | 19.7 | MG/L (19) | 0 | 13 / 31 | CALCD |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALCD |
| RAW SEWAGE/INFLUENT HYDROCARBONS, PETROLEUM 82180 G 00 | SAMPLE MEASUREMENT | 2,322 | 3,521 | KG/DAY (01) | ********* | 9.1 | 13.6 | MG/L (19) | 0 | 13 / 31 | GRAB |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | 67.6 | 69.9 | MGD (03) | ********* | ********* | ********* | | 0 | 31 / 31 | CONTIN UOUS |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 68.3 | MGD (03) | ********* | ********* | ********* | | 0 | 31 / 31 | CONTIN UOUS |
| | PERMIT REQUIREMENT | | REPORT HI WK AV | | ********* | ********* | ********* | | | CONTIN UOUS | RECORDER |
| RAW SEWAGE/INFLUENT | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER

ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES

TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096
area code   NUMBER

DATE 2007 / / MO / DAY

COMMENT AND EXPLANATION OF ANY VIOLATIONS                    (Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.          (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 2 OF

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

FORM APPROVED OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: 'SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER HI0020117
DISCHARGE NUMBER 001 A

MONITORING PERIOD  FROM 07 / 07 / 01  TO 07 / 07 / 31

MAJOR
F-FINAL DISCHARGE 001
NO DISCHARGE

NOTE: Read instructions before completing this form.

| PARAMETER | | QUANTITY OR LOADING | | | QUALITY OR CONCENTRATION | | | | NO. EX | FREQUENCY OF ANALYSIS | SAMPLE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| TUC STAT 1 HR CHR TRIPNEUSTES GRATILLA TTG3W 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | >357.1 | (2G) CHRONIC TOXICITY | 0 | 2 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | REPORT DAILY MX | | | ONCE/ MONTH | COMP |
| TUC STAT RE 7 DAY CHR CERIODAPHNIA DUBIA TTP3B 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | ******** | 22.7 | (2G) CHRONIC TOXICITY | 0 | 1 / 31 | C |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | | 94 DAILY MX | | | ONCE/ MONTH | COMP |
| TEMPERATURE, WATER DEGREE CENTIGRADE 00010 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | ******** | 27.35 | 28.10 | (04) DEG. C | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | | REPORT MO AVG | REPORT DAILY MX | | | WEEKLY | GRAB |
| BOD, 5-DAY (20 DEGREES C) 00310 1 0 0 | SAMPLE MEASUREMENT | 27,205 | 28,632 | (01) | 140 | 106 | 114 | (19) MG/L | 0 | 31 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 36394 MO AVG | 49633 HI WK AV | KG/DAY | REPORT DAILY MX | 116 MO AVG | 160 HI WK AV | | | DAILY | COMP |
| BOD, 5-DAY (20 DEGREES C) | SAMPLE MEASUREMENT | ******** | 36,298 | (01) | ******** | ******** | ******** | | 0 | 31 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | KG/DAY | | | | | | DAILY | COMP |
| PH 00400 1 0 0 | SAMPLE MEASUREMENT | ******** | ******** | | 6.61 | ******** | 6.92 | (12) SU | 0 | 31 / 31 | GRAB |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | | | 6.0 MINIMUM | | 9.0 MAXIMUM | | | FIVE TIMES/ WEEK | GRAB |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | 12,335 | 12,958 | (01) | 70 | 48 | 51 | (19) MG/L | 0 | 31 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 21404 MO AVG | 32261 HI WK AV | KG/DAY | REPORT DAILY MX | 89 MO AVG | 104 HI WK AV | | | DAILY | COMP |

NAME/TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

TELEPHONE (808) 692-5096

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

DATE 2007 / 8 / 28

(Reference all attachments here)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See noncompliance report 1.

EPA Form 3320-1 (Rev. 9-88)  Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)    PAGE 3 OF 5

FORM APPROVED
OMB No. 2040-0004

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)
**DISCHARGE MONITORING REPORT (DMR)**

PERMITTEE NAME/ADDRESS: (Include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
    1000 ULUOHIA STREET, SUITE 303
    KAPOLEI, HI 96707

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

PERMIT NUMBER: HI0020117 (2-16)
DISCHARGE NUMBER: 001 A (17-19)

MONITORING PERIOD
FROM  YEAR 07 MO 07 DAY 01   TO  YEAR 07 MO 07 DAY 31

F-FINAL
DISCHARGE 001
NO DISCHARGE

MAJOR

TELEPHONE (808) 692-5096

| PARAMETER (32-37) | | QUANTITY OR LOADING (46-53) | | UNITS | CONCENTRATION (54-61) | | | UNITS | NO. EX | FREQUENCY OF ANALYSIS (61-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (3 Card Only) | MAXIMUM | | MINIMUM (4 Card Only) | AVERAGE | MAXIMUM | | | | |
| SOLIDS, TOTAL SUSPENDED 00530 1 0 0 | SAMPLE MEASUREMENT | ********* | 17,646 | KG/DAY (01) | ********* | ********* | ********* | (19) | 0 | 31 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT DAILY MX | | | | | | | DAILY | COMP |
| NITROGEN, TOTAL (AS N) 00600 1 0 0 | SAMPLE MEASUREMENT | 5,826 | 5,851 | KG/DAY (01) | ********* | 23.5 | 22.8 | MG/L (19) | 0 | 1 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT DAILY MX | | | REPORT ANN AVG | REPORT MO AVG | | | ONCE/ MONTH | COMP |
| OIL AND GREASE 03582 1 0 0 | SAMPLE MEASUREMENT | 4,527 | 5,332 | KG/DAY (01) | ********* | 17.7 | 20.9 | MG/L (19) | 0 | 13 / 31 | GRAB-3 |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB |
| CHLORDANE (TECH MIX. AND METABOLITES) 39350 1 0 0 | SAMPLE MEASUREMENT | 0.0157 | 0.013 | KG/DAY (01) | ********* | 0.0624 | 0.052 | UG/L (28) | 2 | 1 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0024 ANN AVG | 0.019 DAILY MX | | | 0.0076 ANN AVG | 0.38 DAILY MX | | | ONCE/ MONTH | COMP |
| DIELDRIN 39380 1 0 0 | SAMPLE MEASUREMENT | 0.0063 | 0.008 | KG/DAY (01) | ********* | 0.025 | 0.032 | UG/L (28) | 2 | 1 / 31 | COMP |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | 0.0007 ANN AVG | 0.005 DAILY MX | | | 0.0012 ANN AVG | 0.019 DAILY MX | | | ONCE/ MONTH | COMP |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT 50050 1 0 0 | SAMPLE MEASUREMENT | 67.6 | 69.9 | MGD (03) | ********* | ********* | ********* | | 0 | 31 / 31 | RECORD |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | | | | | | CONTIN- UOUS | RECORD |
| FLOW, IN CONDUIT OR THRU TREATMENT PLANT | SAMPLE MEASUREMENT | ********* | 68.3 | MGD (03) | ********* | ********* | ********* | | 0 | 31 / 31 | RECORD |
| EFFLUENT GROSS VALUE | PERMIT REQUIREMENT | | REPORT HI MX AV | | | | | | | CONTIN- UOUS | RECORD |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ

DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

DATE 2007 / 8 / 2

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. SEE 18 U.S.C. § 1001 AND 33 U.S.C. § 1319. (Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 5 years.)

(Reference all attachments here)

COMMENT AND EXPLANATION OF ANY VIOLATIONS
X – Chlordane result is an estimate with MDL = 0.022 ug/L
A – See noncompliance report 1.   B – See noncompliance report 2.   C – See noncompliance report 3.

EPA Form 3320-1 (Rev. 9-88)   Previous edition to be used until supply is exhausted.   (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)   PAGE 4 OF 1

NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES)

## DISCHARGE MONITORING REPORT (DMR)

FORM APPROVED
OMB No.2040-0004

PERMITTEE NAME/ADDRESS: (include Facility Name/Location if different)
NAME: HONOLULU, CITY AND COUNTY OF
ADDRESS: SAND ISLAND WWTP
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HI 96707

PERMIT NUMBER: HI0020117
DISCHARGE NUMBER: 001 A

MONITORING PERIOD
FROM YEAR 07 MO 07 DAY 01 TO YEAR 07 MO 07 DAY 31

MAJOR

FACILITY:
LOCATION:
ATTN: DON PIEPGRASS

F-FINAL DISCHARGE 001
NO DISCHARGE ☐

NOTE: Read instructions before completing this form.

| PARAMETER (32-37) | | QUANTITY OR LOADING (54-61) | | | QUALITY OR CONCENTRATION (54-61) | | | | NO. EX (62-63) | FREQUENCY OF ANALYSIS (64-68) | SAMPLE TYPE (69-70) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AVERAGE (46-53) | MAXIMUM | UNITS | MINIMUM | AVERAGE | MAXIMUM | UNITS | | | |
| FATS, OILS & GREASE (TOT O&G LESS TPH) 61210 1 0 0 | SAMPLE MEASUREMENT | 2,491 | 3,454 | (01) KG/DAY | ********* | 9.7 | 13.6 | (19) MG/L | 0 A | 1 / 31 | CALC |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | ONCE/ MONTH | CALC |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| ENTEROCOCCI, COLONY FORMING UNITS 61211 1 0 1 | SAMPLE MEASUREMENT | ********* | ********* | | 4,022 | 9,417 | 49,000 | (3Z) CFU/ 100 ML | 2 A | 31 / 31 | GRAB |
| | PERMIT REQUIREMENT | ********* | ********* | | REPORT MO GEOMN | REPORT WK GEOMN | 8,000 DAILY MX | | | DAILY | GRAB |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| PHOSPHATE, TOTAL (AS P) 70505 1 0 0 | SAMPLE MEASUREMENT | 777 | 760 | (01) KG/DAY | ********* | 3.13 | 2.96 | (19) MG/L | 0 | 1 / 31 | COMP24 |
| | PERMIT REQUIREMENT | REPORT ANN AVG | REPORT MO AVG | | ********* | REPORT ANN AVG | REPORT MO AVG | | | ONCE/ MONTH | COMP24 |
| COLOR, METHOD | | | | | | | | | | | |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| BOD, 5-DAY PERCENT REMOVAL 81010 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 51 | ********* | ********* | (23) PERCENT | 0 A | 1 / 31 | CALC |
| | PERMIT REQUIREMENT | ********* | ********* | | 30 MO AVG | ********* | ********* | | | ONCE/ MONTH | CALC |
| SOLIDS, SUSPENDED PERCENT REMOVAL 81011 K 0 0 | SAMPLE MEASUREMENT | ********* | ********* | | 83 | ********* | ********* | (23) PERCENT | 0 A | 1 / 31 | CALC |
| | PERMIT REQUIREMENT | ********* | ********* | | 60 MO AVG | ********* | ********* | | | ONCE/ MONTH | CALC |
| HYDROCARBONS, PETROLEUM 82180 1 0 0 | SAMPLE MEASUREMENT | 2,036 | 2,890 | (01) KG/DAY | ********* | 8.0 | 11.5 | (19) MG/L | 0 A | 13 / 31 | GRAB |
| | PERMIT REQUIREMENT | REPORT MO AVG | REPORT DAILY MX | | ********* | REPORT MO AVG | REPORT DAILY MX | | | THREE/ WEEK | GRAB |
| EFFLUENT GROSS VALUE | | | | | | | | | | | |
| | SAMPLE MEASUREMENT | | | | | | | | | | |
| | PERMIT REQUIREMENT | | | | | | | | | | |

NAME / TITLE PRINCIPAL EXECUTIVE OFFICER
ATHAN K. ADACHI, CHIEF DEQ
DEPARTMENT OF ENVIRONMENTAL SERVICES
TYPED OR PRINTED

I CERTIFY UNDER PENALTY OF LAW THAT I HAVE PERSONALLY EXAMINED AND AM FAMILIAR WITH THE INFORMATION SUBMITTED HEREIN; AND BASED ON MY INQUIRY OF THOSE INDIVIDUALS IMMEDIATELY RESPONSIBLE FOR OBTAINING THE INFORMATION, I BELIEVE THE SUBMITTED INFORMATION IS TRUE, ACCURATE AND COMPLETE. I AM AWARE THAT THERE ARE SIGNIFICANT PENALTIES FOR SUBMITTING FALSE INFORMATION, INCLUDING THE POSSIBILITY OF FINE AND IMPRISONMENT. (SEE 18 U.S.C. 1001 AND 33 U.S.C. 1319. Penalties under these statutes may include fines up to $10,000 and/or maximum imprisonment of between 6 months and 3 years.)

SIGNATURE OF PRINCIPAL EXECUTIVE OFFICER OR AUTHORIZED AGENT

TELEPHONE (808) 692-5096

DATE 2007 / 8 / 22

COMMENT AND EXPLANATION OF ANY VIOLATIONS
A - See noncompliance report 1.    D - See noncompliance report 4.
(Reference all attachments here)

EPA Form 3320-1 (Rev. 9-88) Previous edition to be used until supply is exhausted.    (REPLACES EPA FORM T-40 WHICH MAY NOT BE USED.)

PAGE 5 OF

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(1)

JULY 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the July 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

During July 2007, the influent flow values were reported for effluent flow values. Also, the influent flow was used to (1) drive the effluent composite sampler and to mathematically composite the (2) effluent oil and grease, and (3) total petroleum hydrocarbon samples.   Thus, the effluent BOD, TSS, oil and grease, total petroleum hydrocarbons, and fats, oils and grease results may vary compared to the values obtained if the effluent flow was used.

2.    CAUSE:

During July 2007 the effluent flow meter operated continuously, however the flow data, exceeded by more than 10%, the influent flow values.  For this reason the flow signal from the influent sampler was used for all effluent flow data reporting.

3.    DATE, TIME, AND DURATION

Ongoing From:      July 1, 2007
Ongoing On:        July 31, 2007
Duration           31 days

4.    FLOW MONITORING DURING NONCOMPLIANCE:

The influent and effluent flow meters were operable during all of July, 2007, however, the effluent flow meter provided data, which deviated more than 10% from the range of expected discharge volumes.  For this reason the influent flow data was used for effluent flow reporting.

5.    MITIGATIVE EFFORT

The City is examining the effluent flow output data and evaluating modifications to the effluent flow meter.  During this review process the influent flow will be used in place of the effluent flow.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(2)

JULY 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the July 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The annual average concentration and MER for chlordane reported in the July 2007 DMR are noncompliant with the annual average limitations.

2.    CAUSE:

Since the sale and commercial application of chlordane has been banned since 1988, it is thought that the presence of chlordane is probably attributable to leaching from the ground and entrance into the collection system with I/I. Chlordane was heavily used in Hawaii as a ground treatment for termite control from 1948 to 1988.

3.    DATE, TIME, AND DURATION

The average July 2007 results is of 12 monthly readings from August 1, 2006 to July 31, 2007 inclusive for the duration of one year.

4.    MITIGATIVE EFFORT

Typical uses, areas of most concentrated use, and background concentrations as found by testing by other agencies and in other studies are being researched. The concentration in key areas of the collection system from infiltration and inflow is being measured. Once this information has been assembled a method to reduce concentrations to the Sand Island WWTP will be formulated. Data gathered to date indicate that a significant reduction in these chemicals entering the collection system is possible but it is, at the present time, unknown whether the amount of these reductions will be enough that the plant will come into compliance for this pollutant.

The City has chosen Manoa Valley, as the area in the City that is most contaminated by chlordane and dieldrin, as a test area on how to reduce the entry of these chemicals into the sewer system. As part of this effort and in conjunction with the I/I minimization plan, smoke testing was scheduled in Manoa Valley to identify defects in the sewer collection system. The smoke testing program was initiated in September 2004.

Updates on this research project are being supplied to the regulators as responses to the Sand Island Administrative Orders.

WASTEWATER NONCOMPLIANCE REPORT
SAND ISLAND WWTP

(3)

JULY 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the July 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

The annual average concentration and MER for dieldrin reported in the July 2007 DMR are noncompliant with the annual average limitations.

2.    CAUSE:

Since the sale and commercial application of dieldrin has been banned since 1988, it is thought that the presence of dieldrin is probably attributable to leaching from the ground and entrance into the collection system with I/I. Dieldrin was heavily used in Hawaii as a ground treatment for termite control between 1950 and 1987.

3.    DATE, TIME, AND DURATION

The average July 2007 results is of 12 monthly readings from August 1, 2006 to July 31, 2007 inclusive for the duration of one year.

4.    MITIGATIVE EFFORT

Typical uses, areas of most concentrated use, and background concentrations as found by testing by other agencies and in other studies are being researched. The concentration in key areas of the collection system from infiltration and inflow is being measured. Once this information has been assembled a method to reduce concentrations to the Sand Island WWTP will be formulated. Data gathered to date indicate that a significant reduction in these chemicals entering the collection system is possible but it is, at the present time, unknown whether the amount of these reductions will be enough that the plant will come into compliance for this pollutant.

The City has chosen Manoa Valley, as the area in the City that is most contaminated by chlordane and dieldrin, as a test area on how to reduce the entry of these chemicals into the sewer system. As part of this effort and in conjunction with the I/I minimization plan, smoke testing was scheduled in Manoa Valley to identify defects in the sewer collection system. The smoke testing program was initiated in September 2004.

Updates on this research project are being supplied to the regulators as responses to the Sand Island Administrative Orders.

## WASTEWATER NONCOMPLIANCE REPORT
## SAND ISLAND WWTP

(4)

### JULY 2007

In accordance with the Sand Island WWTP modified NPDES Permit No. HI0020117, REPORTING REQUIREMENTS, Part I.1.d Reporting Requirements, we submit details of a noncompliance occurrence as shown in the July 2007 Discharge Monitoring Report (DMR) for the Sand Island WWTP.

1.    DESCRIPTION

During July 2007, the effluent UV Disinfection Facility and Effluent Pump Station were operating in startup mode with most systems in operation. The 18,000 CFU/100 ml was not met on two (2) days during July, 2007.

2.    CAUSE:

Operation of the UV system is sensitive to the results of operations in other parts of the facility and time is needed to optimize and integrate the operation of the various systems, especially the Headworks and its chemical addition systems, to produce a consistent effluent for disinfection by the UV system. During this integration period there may be occasional exceedences of the daily 18,000 CFU limit for enterococcus.

In addition on the morning of July 9, 2007 there was an interruption in HECO power which resulted in the shutdown of the three active UV channels. The two standby channels were automatically started, however due to hydraulic constraints only two of the active channels could be shutdown while the lamps in the third channel were restarted. This process took a considerable time as there were problems restarting some of the lamps. This condition contributed to the elevated enterococcus counts on July 9, 2007. And, on the morning of July 13, 2007, the UV equipment manufacturer was conducting power failure tests to better assess equipment performance and it is believed that the after effects of these tests resulted in elevated enterococcus counts.

3.    DATE, TIME, AND DURATION

The plant met the daily enterococcus effluent limitation of 18,000 CFU on 29 of the 31 days in July 2007. The daily limit was not met on July 9 and July 13, 2007.

4.    MITIGATIVE EFFORT

The daily effluent monitoring consists of a single grab sample collected between 12 noon and 3:00 pm. Based on this requirement, the daily limit was met on 29 of 31 days. The monthly geometric mean was 4,022 CFU and the weekly geometric mean was 9,419 CFU. The City is optimizing the new facilities and is preparing a monitoring plan.