IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>　　　　　Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**CERTIFICATE OF WORD COUNT** |

**CERTIFICATE OF WORD COUNT**

Pursuant to Local Rule 7.5, I hereby certify that **Plaintiffs' Reply Memorandum in Support of Their Motion for Partial Summary Judgment** contains 5497 words, exclusive of case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificate of service.

DATED:  Honolulu, Hawaiʻi, September 28, 2007.

　　　　　　　　　　　　　　　　　　 /s/ William M. Tam
　　　　　　　　　　　　　　　　　CHRISTOPHER SPROUL
　　　　　　　　　　　　　　　　　Environmental Advocates

　　　　　　　　　　　　　　　　　PAUL ALSTON
　　　　　　　　　　　　　　　　　WILLIAM M. TAM
　　　　　　　　　　　　　　　　　BLAKE K. OSHIRO
　　　　　　　　　　　　　　　　　Alston Hunt Floyd & Ing

　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　SIERRA CLUB, HAWAIʻI CHAPTER,
　　　　　　　　　　　　　　　　　HAWAIʻI'S THOUSAND FRIENDS, and OUR
　　　　　　　　　　　　　　　　　CHILDREN'S EARTH FOUNDATION

658166_1/7502-3