SCHLACK ITO LOCKWOOD PIPER & ELKIND

A LIMITED LIABILITY LAW COMPANY

DOUGLAS A. CODIGA

TOPA FINANCIAL CENTER
745 FORT STREET · SUITE 1500
HONOLULU, HAWAII 96813

TELEPHONE (808) 523-6040 · FAX (808) 523-6030

DIRECT DIAL:
(808) 523-6047

INTERNET:
dcodiga@sil-law.com

September 28, 2007

Clerk
U.S. District Court for the District of Hawaii
300 Ala Moana Boulevard, Room C338
Honolulu, HI  96850

> Re:   Case Name:   Sierra Club-Hawaii C, et al v. City and County, et al
> Case Number: 1:04-cv-463 DAE - BMK

Gentlemen:

Please be advised that I left the firm of Alston Hunt Floyd & Ing in September 2005, and am no longer involved in the above-entitled case.  Please remove my name from all future notices of electronic filing.

If you have any questions, please contact me.

Very truly yours,

SCHLACK ITO LOCKWOOD PIPER & ELKIND
A LIMITED LIABILITY LAW COMPANY

Douglas A. Codiga

DAC:bjm

RECEIVED
CLERK U.S. DISTRICT COURT

OCT 01 2007

DISTRICT OF HAWAII