CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, #6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone:  (808) 523-4203
Facsimile:  (808) 523-4583
Email:  kkelly@co.honolulu.hi.us

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant:
CITY AND COUNTY OF
HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV 04-00463 DAE-BMK<br><br>**DEFENDANT CITY AND COUNTY OF HONOLULU'S NOTICE OF ERRATA IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS; CERTIFICATE OF SERVICE**<br><br>Date:    October 9, 2007<br>Time:    10:30 a.m.<br>Judge:  Hon. David E. Ezra |

## <u>NOTICE OF ERRATA</u>

In their Motion for Partial Summary Judgment, plaintiffs Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends, and Our Children's Earth Foundation (collectively, "plaintiffs") allege 11,452 violations of the Clean Water Act based on alleged exceedances of dieldrin and chlordane average annual limits set forth in the City and County of Honolulu's ("CCH") Sand Island WWTP NPDES Permit. Mtn., 18-20; Sproul Declaration Tables 2-5. CCH opposed plaintiffs' Motion based on alleged exceedances of dieldrin and chlordane average annual limits in its September 21, 2007 Opposition. CCH's Opp. at 26-30. Since filing its Opposition and in reviewing plaintiffs' Reply, filed on September 28, 2007, CCH has discovered that plaintiffs' Second Amended Complaint does not allege violations of dieldrin and chlordane average annual limits. <u>See</u> 2d. Am. Compl., ¶ 90. Until plaintiffs amend their Complaint to properly allege violations of average annual limits for these constituents, their Motion based on these limits is premature.

DATED:   Honolulu, Hawaii    Respectfully submitted,
          October 2, 2007      CARRIE OKINAGA
                             Corporation Counsel

                             By:  /s/Kathleen A. Kelly
                               Kathleen A. Kelly
                               Attorneys for Defendant
                               City and County of Honolulu