IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; )<br>HAWAI'I'S THOUSAND FRIENDS; )<br>and OUR CHILDREN'S EARTH )<br>FOUNDATION, )<br>)<br>                Plaintiffs, )<br>)<br>     vs. )<br>)<br>CITY AND COUNTY OF )<br>HONOLULU and FRANK DOYLE, )<br>DIRECTOR OF THE DEPARTMENT )<br>OF ENVIRONMENTAL SERVICES, )<br>in his official capacity, )<br>)<br>           Defendants. )<br>_____ ) | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date a copy of the

following document(s):

**DEFENDANT CITY AND COUNTY OF HONOLULU'S
NOTICE OF ERRATA IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON
PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS**

was duly served upon the following individuals at their address listed below on

October 2, 2007:

Served Electronically through CM/ECF:          Email address

      CHRISTOPHER SPROUL          csproul@enviroadvocates.com
      Environmental Advocates
      5135 Anza Street
      San Francisco, California  94121

      PAUL ALSTON          palston@ahfi.com
      WILLIAM M. TAM          wtam@ahfi.com
      BLAKE K. OSHIRO          boshiro@ahfi.com
      Alston Hunt Floyd & Ing
      18th Floor, ASB Tower
      1001 Bishop Street
      Honolulu, Hawaii  96813

      Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, October 2, 2007.

                CARRIE K.S. OKINAGA
                Corporation Counsel

                By /s/ Kathleen A. Kelly
                    KATHLEEN A. KELLY
                    Deputy Corporation Counsel
                    Attorneys for Defendants