IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>　　　　Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

| | HAND-DELIVERED | E-MAIL via ECF | MAILED |
|---|:---:|:---:|:---:|
| CARRIE OKINAGA, ESQ.<br>cokinaga@honolulu.gov<br>KATHLEEN A. KELLY, ESQ.<br>kkelly@co.honolulu.hi.us<br>Corporation Counsel<br>City & County of Honolulu<br>530 So. King Street<br>Honolulu, HI  96813<br>　　and | ( X ) | ( X ) | (   ) |

|  | HAND-<br>DELIVERED | E-MAIL<br>via ECF | MAILED |
|---|---|---|---|
| JAMES DRAGNA, ESQ.<br>jim.dragna@bingham.com<br>NANCY WILMS, ESQ.<br>nancy.wilms@bingham.com<br>BRYAN K. BROWN, ESQ.<br>bryan.brown@bingham.com<br>c/o Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br><br>Attorneys for Defendants<br>City and County of Honolulu and<br>Frank Doyle, Director of the<br>Department of Environmental<br>Services, in his official capacity | ( ) | ( X ) | ( ) |

DATED:  Honolulu, Hawaiʻi, October 5, 2007.

   /s/ William M. Tam   
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻI'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION