# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00463DAE-BMK |
| CASE NAME: | Sierra Club, Hawaii Chapter, et al. v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Christopher Sproul |
| ATTYS FOR DEFT: | James Dragnar |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/09/2007 | TIME: | 1:40pm-2:00pm |

COURT ACTION: EP: [113] MOTION for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims by Sierra Club-Hawaii Chapter, Hawaii's Thousand Friends, Our Children's Earth Foundation.

Oral arguments heard.

[113] MOTION for Partial Summary Judgment on Plaintiffs' Third, Fourth, and Eighth Claims by Sierra Club-Hawaii Chapter, Hawaii's Thousand Friends, Our Children's Earth Foundation- TAKEN UNDER ADVISEMENT.

Supplemental briefing on chlordane issue, not to exceed 20 pages-due 10/16/2007 @4:00pm.

Responsive pleading, not to exceed 20 pages-due 10/22/2007 @4:00pm.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager