# EXHIBIT A-2

(3) Metals.

Metals constitute a unique category of toxic pollutants because there are natural sources of metal which may significantly affect water quality. Metals are typically associated with volcanic deposits, and the presence of metals in Hawaiian geology is well documented. A 1972 Water Resources Research Center report stated: "It is clear that Hawaiian basalts are a rich source of heavy metals, particularly chromium, copper, nickel, and lead, and that they yield residues having comparable concentrations."

The State's goal in proposing standards is to protect public health and the environment from pollution, while avoiding any standard which is unattainable due to natural conditions. For this reason, the State proposes to adopt the EPA criteria for metals where information exists indicating that they are achievable, but to base other standards on the metals concentrations found in unpolluted Hawaiian environments. In a few cases for marine waters there is insufficient information to either determine that the EPA criteria are achievable, or to develop alternate standards based on unimpacted conditions. The State is therefore preparing a monitoring program to obtain accurate low-level Hawaiian marine metals data which will be used to develop the remaining standards. It is anticipated that these standards will be proposed for adoption within one year.

Most of the proposed freshwater standards are based upon the results of U. S. Geological Survey (USGS) measurements collected since 1970 in five Hawaiian streams and rivers. These are: Honolii Stream and the Wailuku River (above 1,090 ft.), on Hawaii; Kahakuloa Stream on Maui; Halawa Stream on Molokai; and the Waimea River on Kauai. The drainage areas of these streams above the USGS sample stations are primarily undeveloped, and should be representative of unimpacted conditions. The database from these five streams includes approximately 200 results for each metal. The proposed standard listed for each metal is equal to the highest of the 95% upper limits of the results for the five unimpacted streams. Concentrations above these values are very unlikely to occur

naturally. It is encouraging to note that the long-term results for Waikele and Kalihi Streams, on Oahu, which drain agricultural and urban areas, do not show significantly different metals concentrations.

The EPA criteria in freshwater are, for most metals, not single values but rather equations relating toxicity to water hardness. Toxicity decreases as hardness increases. The state proposes to use the EPA equations when the receiving water hardness causes the calculated values to be above the listed standards. This will generally be the case for nickel and zinc.

Compared to freshwater, there is very little reliable data on the concentration of metals in Hawaiian marine waters. However, since accurately measured ocean metal concentrations are generally about two orders of magnitude below the EPA criteria, the Department can conservatively conclude that the majority of the criteria are achievable. A notable exception is the EPA fish consumption criteria for arsenic. The EPA criteria is 0.0175 micrograms per liter (at the $10^{-6}$ risk level and 6.5 gram per day consumption), however the normal unpolluted ocean concentration is about 1 microgram per liter - over 50 times higher than the EPA criteria. This natural arsenic level is not a public health concern because researchers have determined that the form of arsenic occurring in marine waters is not toxic.

The Department is also not currently proposing the adoption of six other EPA marine metals criteria. These are the fish consumption criteria for beryllium and mercury, the chronic criteria for lead and mercury, and the acute and chronic criteria for copper. Given the concentrations of these metals which have been found in unimpacted freshwater in Hawaii, it is conceivable that unpolluted nearshore concentrations could exceed the criteria. As discussed above, the Department is preparing a low-level marine metals sampling survey, and expects to adopt either the remaining six EPA criteria or standards based on unpolluted conditions within one year.

Proposed paragraph 11-54-04(b)(3) states that the metals standards refer to the dissolved fraction, which is generally considered to be the source of toxicity to aquatic life, although EPA currently recommends that standards be expressed in terms of "total recoverable metal." This refers to a test method involving digestion of any sediment in the water with heated hydrochloric acid. EPA warns however, that this method is not very scientific and "is probably too rigorous in some situations" because it may measure metals that are occluded in minerals, clays and sand, and are not toxic. The Department has examined the extensive USGS data on total recoverable metals in unpolluted Hawaiian streams, and found that the method does in fact measure the metals which occur naturally in Hawaiian sediments. Adoption of this procedure would result in extreme natural violations of the standards, particularly for copper, lead, nickel and zinc. For this reason the proposed standards are expressed as dissolved metal, which should prevent toxicity, but is not affected by natural sediments.

Although the proposed standards are expressed as dissolved metal, federal regulations at 40 CFR 122.45(c) require that NPDES discharge permit limits for metals be expressed as total recoverable metal (except for species such as hexavalent chromium, which is inherently dissolved). The purpose of this regulation is to ensure that discharges are free from precipitated metals which may dissolve, and become toxic, in the receiving waters.

(4) Tributyltin.

As discussed in the introduction, the concentrations of the marine anti-fouling agent, tributyltin, which have been measured in small-boat harbors in Hawaii, are among the highest in the nation. The proposed standards for tributyltin are based upon the EPA "Ambient Aquatic Life Water Quality Advisories for Tributyltin," dated September 14, 1987. Among the species discussed in the advisory document is the Pacific oyster, Crassostrea gigas, a native species. Tributyltin was found to be lethal to the larvae of this oyster at 0.047 micrograms per liter. The proposed saltwater chronic standard of 0.01 micrograms per liter should be protective of this important species.

(5) Chemical Analytic Detection Levels.

The two categories of water quality standards discussed above, aquatic toxicity and human-health standards, are derived from research which in general is done without the need for chemical analyses of pollutant concentrations in water. Most aquatic toxicity research, for example, is done by adding a known amount of a chemical to clean water and making a series of dilutions having decreasing chemical concentrations. The chemical concentration in each of the test dilutions is known from the amount added, not from a chemical analysis. Aquatic toxicity researchers continue diluting the test pollutant until they find the concentration which causes no harm to aquatic organisms. This pollutant level may be far below the level which can be measured by chemical analysis. Similarly, the levels of pollutants which are calculated to protect human-health may also be below the levels detectable by chemical analyses. Since some pollutants have been determined to be toxic at levels below chemical detection levels, some of the proposed water quality standards are also below standard chemical detection levels.

There are three options which may be chosen in regard to a proposed water quality standard which is below chemical detection levels. The first is to adopt the proposed standard. The second is to set the standard at the detection level, and the third is delay action until analytic methods are improved. A consideration of the uses of the standards shows that options two and three have no advantages while option one, adoption of the proposed standard, has clear advantages.

The proposed water quality standards will have two main uses. The first is to compare with receiving water monitoring data to determine whether ambient water quality is sufficient to protect beneficial uses. Options one and two are about equally suited to this purpose. If a monitoring result is above the detection level, then either option one or two would indicate that the water quality is insufficient to protect beneficial uses, while option three would provide no information. Option one has one advantage over option two in this situation

because as analytic methods are improved, there will be no need for standards changes, whereas option two would require periodic standards updates. If a monitoring result is below the detection level, then all three options produce the same result: there is no information indicating a standards violation.

The second major use of the proposed standards is as the basis of effluent limitations or permit conditions for dischargers of toxic pollutants. Option one, the adoption of the proposed standards, has clear advantages over option two for the control of sources of toxic pollutants, while option three provides no protection at all against toxicity. As discussed in section E, below, the effluent limitations for certain dischargers are calculated based upon dilution factors. If, for example, the dilution factor for a discharger is 100, then the effluent limitations will be 100 times the water quality standard. Thus, while the standard may be below the detection level, once the dilution factor is applied, the effluent limitation may be above the detection level. If, in this situation, option two had been chosen, and the water quality standard had been set at the detection level, then the resulting discharge limit would be too high to prevent receiving water toxicity.

In some situations, the effluent limits calculated with dilution factors (or effluent limits for dischargers who are given no dilution credit) will still be below detection levels. As discussed in the document, "State Toxics Control Program: Derivation of Water Quality-based Discharge Toxicity Limits for Biomonitoring and Specific Pollutants" it is not useful to apply a final effluent limit which is below the chemical detection level. In these cases, permit conditions other than final effluent limitations should be applied. For example, limits can be applied to internal wastestreams, prior to mixing with larger wastestreams. Another type of permit condition would be a limitation on the mass of a pollutant used in a process, or, for a particularly toxic pollutant, a prohibition against discharge or use. In all cases, conditions calculated using the proposed standards would protect the beneficial uses of the receiving waters while those based upon standards set at detection levels would be underprotective.

In conclusion, the limitations of chemical analyses will always impact the regulation of pollutants. Water quality standards which are below chemical detection levels add complexity to the regulatory process, but they do not prevent the establishment of conditions and limitations on pollutant sources which will protect receiving waters.

E. Basic Discharge Standards.

The proposed basic discharge standards in paragraph 11-54-04(b)(4) will prevent toxic impacts from the majority of existing dischargers in Hawaii. They include standards for continuous discharges from submerged outfalls, and standards for discharges without submerged outfalls.

The category of continuous dischargers with submerged outfalls encompasses the majority of the municipal sewage flow in the state. Continuous discharges have the greatest potential to cause long-term impacts to the aquatic environment and bioaccumulation in aquatic organisms, therefore the minimum discharge requirements in this category are based upon achievement of the chronic toxicity and human health standards. Achievement of the chronic toxicity standards will also ensure that the acute toxicity standards are achieved.

Two dilution factors are calculated for submerged outfalls: average dilution, and minimum dilution. Minimum dilution occurs at maximum receiving water density stratification and maximum projected discharge flowrate. Minimum dilution is used to calculate limits to prevent chronic toxicity in the receiving water because minimum dilution conditions may exist for a long period (e.g., months) in relation to the length of sensitive life stages of aquatic organisms, and in relation to the 24-hour average used to express the chronic toxic pollutant standards. Minimum dilution is also used to calculate limits based on the fish consumption standards for non-carcinogens. Average dilution is used to calculate limits based on the annual average fish consumption standards for carcinogens.

Submerged marine outfalls induce rapid dilution because of discharge momentum and buoyancy. As the discharge leaves the outfall, it is moving in relation to the receiving water, and entraining dilution water, which rapidly decreases the effluent concentration. Discharges without submerged outfalls do not induce dilution in the receiving water, therefore, their minimum discharge requirement is more stringent. Assimilation in the receiving waters for discharges without submerged outfalls is controlled by ambient processes which may provide little or no dilution over time frames significant to aquatic toxicity - particularly acute toxicity. The minimum standard for dischargers without submerged outfalls is therefore no acute toxicity in the discharge itself.

The no acute toxicity standards will be implemented by applying effluent limitations equal to the acute toxicity standards for specific pollutants, and by requiring at least 80 percent survival of test organisms in any acute toxicity test of undiluted effluent. One hundred percent survival is not required because of the limitations of the test methods. Tests are generally run using organisms less than 30 days old to maximize sensitivity. In an acceptable test, only 90 percent survival is required in the unexposed control group. Survival of less than 80 percent in the test group is a statistically significant difference indicating acute toxicity.

The minimum requirement of no acute toxicity for dischargers without submerged outfalls will not be sufficient to ensure protection against chronic toxicity and human health impacts in all cases. The document, "State Toxics Control Program: Derivation of Water Quality-based Discharge Toxicity Limits for Biomonitoring and Specific Pollutants" discusses situations where more stringent chronic and human health based limits would need to be developed by the Department of Health when issuing discharge permits. Such situations might include large or continuous discharges, or discharges to sensitive areas such as streams.

A discharger without a submerged outfall could be given a limited allowance for dilution if he installed a "high-rate" outfall, with a lateral discharge velocity above 3 meters per second. Such an outfall would provide some discharge-induced dilution, which would be reflected in less stringent permit limitations. Although

the Department knows of no existing "high-rate" outfalls in the State, provisions for these are made in the proposed standards.

F. Class 1 Waters.

Class 1 inland waters are the only state surface waters with a designated beneficial use of domestic water supply. The EPA Quality Criteria for Water contain toxic pollutant criteria for waters used for both water supply and fish consumption, in addition to the fish consumption only criteria discussed above. However, the state is not proposing adoption of these additional criteria for class 1 waters, because these waters are already protected by a more stringent water quality standard and discharge prohibition.

Paragraph 11-54-03(b)(1) of the water quality standards states:

> "It is the objective of class 1 waters that these waters remain in their natural state as nearly as possible with an absolute minimum of pollution from any human-caused source. To the extent possible, the wilderness character of these areas shall be protected. Waste discharge into these waters is prohibited."

Adoption of the EPA water quality criteria for water supply and fish consumption would not provide additional protection to class 1 waters. For example, the EPA water supply criteria for the common solvent 1,1,1-trichloroethane is 18,400 parts per billion. However, under the existing standard quoted above, the appropriate concentration of 1,1,1-trichloroethane, and all other synthetic toxic pollutants in class 1 waters, is zero.

G. References.

Akazawa, Eugene. "Occurrence and Regulation of TBT Compounds in Hawaiian Harbors." State of Hawaii Department of Health, Pollution Investigation and Enforcement Branch. Presented at Hawaii Water Pollution Control Association annual conference, March 2, 1989.

Dinnel, Paul A. "Adaptation of the Sperm/Fertilization Bioassay Protocol to Hawaiian Sea Urchin Species," Marine Biological Consultants, WA. Final Report for Contract #88-405, State of Hawaii Department of Health, June, 1988.

Edmonds, J. and Francesconi, K., "WA [Western Australian] Researchers Solve Arsenic Mystery." FINS, p. 20, Vol. 21, No. 3, 1988.

Halbig, J.B. et al. A Baseline Study of Soil Geochemistry in Selected Areas on the Island of Hawaii, State of Hawaii Department of Planning and Economic Development, Honolulu, HI, 1985.

Hudgins, Linda L. "Per Capita Annual Utilization and Consumption of Fish and Shellfish in Hawaii, 1970-77." Marine Fisheries Review, p. 16, February, 1980.

Lau, L. Stephen. The Quality of Coastal Waters, 2nd Annual Report. Water Resources Research Center, Honolulu, HI, September, 1973.

National Research Council of Canada. CASS-1 Nearshore Seawater Reference Material for Trace Metals, Ottawa, January, 1985.

State of Hawaii Department of Health. "Distribution of Heavy Metals, Chlorinated Pesticides, and PCB's in Hawaiian Estuarine Environments," Pollution Investigation and Enforcement Branch, Honolulu, HI, December, 1978.

State of Hawaii Department of Health. "State Toxics Control Program: Derivation of Water Quality-based Discharge Toxicity Limits for Biomonitoring and Specific Pollutants." Environmental Planning Office, April, 1989.

U. S. Department of the Interior. National Pesticide Monitoring Program: Organochlorine Residues in Freshwater Fish, 1976-79, Fish and Wildlife Service, Washington, D.C., Resource Publication 152, 1983.

U. S. Department of the Interior. Water Resources Data for Hawaii and Other Pacific Areas, Volume 1, Hawaii. Geological Survey, Honolulu, HI, Annual Reports.

U. S. Environmental Protection Agency. Initial Mixing Characteristics of Municipal Ocean Discharges, Environmental Research Laboratory, Narragansett, RI, November, 1985, EPA/600/3-85/073.

U. S. Environmental Protection Agency. Methods for Measuring the Acute Toxicity of Effluents to Freshwater and Marine Organisms, Environmental Monitoring and Support Laboratory, Cincinnati, OH, March, 1985, EPA 600/4-85/013.

U. S. Environmental Protection Agency. Permit Writer's Guide to Water Quality-Based Permitting for Toxic Pollutants, Office of Water, Washington, D.C., July, 1987, EPA 440/4-87-005.

U. S. Environmental Protection Agency. Quality Criteria for Water, Office of Water Regulations and Standards, Washington D.C., May 1, 1986, EPA 440/5-86-001 (Revised May 1, 1987).

Quality Criteria for Water provides references for and summarizes the criteria recommendations contained in the 94 Ambient Water Quality Criteria Documents which have been published for individual pollutants or classes of pollutants by EPA. These individual Criteria Documents contain

all the data and complete bibliographies used in the development of the acute, chronic, and human health standards proposed for adoption under Subsection 11-54-04(b)(3).

U. S. Environmental Protection Agency. Short-Term Methods for Estimating the Chronic Toxicity of Effluents and Receiving Waters to Freshwater Organisms, Environmental Monitoring and Support Laboratory, Cincinnati, OH, December, 1985, EPA/600/4-85/014.

U. S. Environmental Protection Agency. "Suspended, Cancelled and Restricted Pesticides", Office of Pesticides and Toxic Substances, Washington, D.C., Third Revision, January, 1985.

U. S. Environmental Protection Agency. Technical Support Document for Water Quality-based Toxics Control, Office of Water, Washington, D.C., September, 1985, EPA 440/4-85-032.

U. S. Environmental Protection Agency. Water Quality Standards Handbook, Office of Water Regulations and Standards, Washington, D.C., December, 1983.

H. Glossary of Chemicals.

Acenaphthene - Coal tar product used in the manufacture of dyes and plastics, and as an insecticide and fungicide. Also detected in cigarette smoke and gasoline exhaust.

Acrolein - Biocide for weed, algae, mollusk and slime control, and to protect liquid fuels from microorganisms. Also used in leather tanning, tissue fixation, paper, textiles, crease-proofing cotton, and as a chemical intermediate, plasticizer, copolymer in photography, builder in laundry and dishwashing detergents, and coating for aluminum and steel.

Acrylonitrile - Copolymer used in the production of fibers and plastics (e.g., ABS - Acrylonitrile-Butadiene-Styrene plastic), and latexes and chemicals. Banned as a resin for soft drink containers and as a fumigant. Similar toxic effects as cyanide. Carcinogen.

Aldrin - Insecticide, used in ground injection for termite control and non-food plant dip. Registration for other uses cancelled. Metabolizes to dieldrin. Carcinogen.

Antimony - A metal. Used as a hardening alloy for lead, particularly in lead-acid batteries. Also used as a semiconductor and in pyrotechnics.

Arsenic - A metal. Used as an alloy with lead and copper in shot, batteries and cables. Arsenic trioxide is used as a pigment and as an insecticide, rodenticide, herbicide, sheep and cattle dip, hide preservative and wood preservative. It was used as a pesticide in the production of canec panels in Hilo. Use in houses is restricted to concentrations below 1.5 percent. Carcinogen.

Benzene - Coal tar and petroleum product. Used in pharmaceutical and chemical synthesis, including the production of styrene, detergents, pesticides, thinners and inks. Also used as a cleaner and degreaser, solvent, and gasoline anti-knock additive. Carcinogen.

Benzidine - Aromatic amine used in dye production. Carcinogen.

Beryllium - A metal. Various high-technology uses including nuclear reactor moderator, and structural material. Carcinogen.

BHC - Benzene hexachloride. See hexachlorocyclohexane and Lindane. Carcinogen.

Cadmium - A metal. Used in electroplating and coating, alloys, nickel-cadmium batteries, pigments, and a variety of other industrial areas.

Carbon Tetrachloride - Solvent, grain fumigant, also used in fire extinguishers. Carcinogen.

Chlordane - Insecticide, used for termite control and non-food plant dip. Registration for other uses cancelled. Carcinogen.

Chlorinated Benzenes - Solvents for fats, oils and greases, also used as fumigants, degreasers, lubricants, dielectrics, dye carriers, wood preservatives, and in chemical, pesticide and herbicide production, heat transfer, military pyrotechnics, and termite control. Carcinogen.

Chlorinated Ethanes - Used in the production of tetraethyl lead and vinyl chloride, and as solvents and chemical intermediates. Some forms carcinogenic.

Chlorinated Phenols - (includes chlorinated cresols) Synthesis of dyes, pigments, resins, pesticides, herbicides, and used directly as flea repellents, fungicides, wood preservatives, mold inhibitors, antiseptics, disinfectants, and anti-gumming agents in gasoline. Chlorinated phenol pesticide products include 2,4-D, 2,4-DCP, 2,4,5-T, 2,3,4,6-TCP, and PCP. Some forms carcinogenic.

Chlorine - Chlorine is commonly used to disinfect wastewater and water supplies, and to control fouling organisms in cooling water systems.

Chloroalkyl ethers - Used in organic synthesis, textiles, ion exchange resins, pesticides, reaction solvents.

Chloroform - Chemical solvent. Formed in the chlorination of sewage and water supplies. Carcinogen.

2-Chlorophenol - Intermediate in chemical production of fungicides, slimicides, bactericides, antiseptics, disinfectants, and wood and glue preservatives. Can be produced in the chlorination of drinking water and sewage. May be biodegraded.

Chlorpyrifos - Organophosphorus insecticide (a.k.a. Dursban, Lorsban). Used locally for termite control.

Chromium - A metal. Used in plating, alloys and in pigments. Hexavalent forms are most toxic and are used in cooling tower additives.

Copper - A metal. Used in wiring, plumbing, electroplating, alloys, insecticides, and in anti-fouling paints.

Cyanide - Used and formed in many industrial processes including steel, petroleum, plastics, synthetic fibers, metal plating, mining, and chemical industries.

DDT - Persistent lipid-soluble chlorinated pesticide. Formerly most widely used. All pesticide uses cancelled except by government agencies and physicians. Metabolizes to DDE and TDE. Carcinogen.

Demeton - Systemic insecticide and acaricide applied as a foliage spray and soil drench.

Dichlorobenzenes - Used in air deodorants, insecticides, chemical production, dyes, herbicides, and degreasers.

Dichlorobenzidine - Used in the production of dyes and pigments, and a curing agent for polyurethanes. Carcinogen.

Dichloroethylenes - Intermediate in chemical production, and in polyvinylidene chloride copolymers in food packaging materials (e.g., Saran) and tank coatings. Degradation products of larger chlorinated hydrocarbons. Carcinogen.

2,4-Dichlorophenol - Used in the production of herbicides (2,4-D), and in mothproofing, antiseptics, and seed disinfectants. Metabolic and photodegradation product of the above.

Dichloropropane - Soil fumigant for nematodes, oil and fat solvent, and degreaser.

Dichloropropene - Soil fumigant for nematodes, used in Hawaii on pineapples. Also oil and fat solvent and degreaser.

Dieldrin - Persistent insecticide, used in ground injection for termite control and as non-food plant dip. Registration for other uses cancelled. Carcinogen.

Dinitro-o-cresol - Pesticide, fungicide, insecticide and miticide. Also used as a blossom-thinning agent on fruit trees.

Dinitrotoluene - Commercial and military explosive.

Dioxin - Trace contaminant of chlorinated phenols, chlorinated phenoxy acids (especially the herbicide 2,4,5-T and Silvex) and hexachlorophene. Carcinogen.

Diphenylhydrazine - Used as a reagent for the sugars arabinose and lactose and for the production of phenylbutanone and benzidine.

Endosulfan - Insecticide and acaricide (a.k.a. Thiodan). Used on pineapples in Hawaii.

Endrin - Pesticide, rodenticide, avicide. Used on sugarcane to control the sugarcane beetle. Registration cancelled for control of the sugarcane borer. Teratogen.

Ethylbenzene - Up to 20 percent of gasoline. Widespread commercial use including production of styrene, diluents in paints, and use as insecticides.

Fluoranthene - A polynuclear aromatic hydrocarbon. Primarily a pyrolysis product formed in frying, smoking, incineration etc. Natural as well as man-made sources. Carcinogen.

Guthion - Organophosphorus pesticide used for many pests on various fruits, melons, nuts, vegetables, field crops, ornamentals, and shade trees.

Heptachlor - Insecticide registered for termite control and nonfood plant dip. Registration for other uses cancelled. Carcinogen.

Hexachlorobutadiene - Organic solvent, used in chlorine production recovery, in rubber and lubricant production, and as a gyroscope fluid. Carcinogen.

Hexachlorocyclohexane - Broad spectrum insecticide (a.k.a. BHC). Only the gamma isomer, Lindane, is currently registered and produced. Carcinogen.

Hexachlorocyclopentadiene - Base of several chlorinated pesticides including: Aldrin, Dieldrin, Chlordane, Heptachlor, Endrin, Isodrin, Kepone, Mirex, Endosulfan, and Pentac. Also used in the production of flame retardants.

Isophorone - Solvent for fats, oils, gums, natural and synthetic resins, cellulose derivatives, lacquers, pesticides and herbicides. Used in chemical and plant growth retardant production.

Lead - A metal. Used in batteries, gasoline additives, solder, and ammunition.

Lindane - Broad spectrum insecticide used in livestock sprays, forestry, christmas trees, structural treatments, hardwood logs and lumber, dog sprays, dusts and dips, flea collars, moth sprays, seed treatments, shelf paper, and household sprays. Carcinogen.

Malathion - Organophosphorus insecticide used for many insects including aphids, spider mites, scale insects, house flies, mosquitos, and for insects attacking fruits, vegetables, ornamentals and stored products. Used in public health programs to control mosquitos.

Mercury - A metal. Used in dentistry, electronics, instruments, lamps, metallurgy and formerly in anti-fouling paints.

Methoxychlor - Organochlorine pesticide.

Mirex - Organophosphorus insecticide. Registration cancelled 12/1/77. Mirex was used to control fire ants on pineapples in Hawaii.

Naphthalene - Primary constituent of coal tar. Used in dye production, formulation of solvents, and chemical synthesis. Also used in lubricants and motor fuels, and as a moth repellant, insecticide, anthelminthic, vermicide, and intestinal antiseptic.

Nickel - A metal. Used in alloys, electroplating, and batteries.

Nitrobenzene - Used in the production of aniline dyes, rubber, medicinals, metal polish, shoe black, perfume, and as a combustion propellant and chemical reaction and crystallizing solvent.

Nitrophenols - 2,4,6 trinitrophenol (picric acid) has been used as an explosive, dye intermediate, reagent, germicide, fungicide, staining agent and tissue fixative, and in photochemicals, pharmaceuticals, and metal etching. Mono and di-nitrophenols would occur in the environment primarily from discharges from manufacturing plants, or possibly from the degradation of pesticides. They are used in the production of dyes, photochemicals, pesticides, wood preservatives, explosives, and leather treatments. See also 2,4 dinitro-o-cresol.

Nitrosamines - Only small quantities are synthesized for research, and rubber and pesticide production. Primary environmental exposure is probably due to the nitrosation of amine and amide precursors in reactions in air, soil, water, food, and animal systems. Carcinogen.

Parathion - Organophosphorus pesticide used on fruit, nut, vegetable, and field crops.

Pentachlorophenol - Very common pesticide, fungicide, and bactericide (a.k.a. PCP).

Phenol - Used in production of epoxy and phenolic resins, pharmaceuticals, germicides, fungicides, slimicides, herbicides, dyes and acids, and as a disinfectant and antiseptic.

Phthalate Esters - Plasticizers used especially in PVC (Polyvinyl chloride) production. Easily extractable, and up to 60 percent of the total weight of plastic. Also used in the production of pesticide carriers, cosmetics, fragrances, munitions, industrial oils, and insect repellents.

Polychlorinated biphenyls (PCBs) - Used as a transformer and capacitor fluid. Also used as a heat transfer, hydraulic, compressor, and vacuum pump fluid, plasticizer, and in lubricants and wax extenders. No longer manufactured in the United States. All pesticide uses eliminated. Carcinogen.

Polynuclear Aromatic Hydrocarbons - Diverse class of compounds formed by incomplete combustion of organics with insufficient oxygen. Examples include benzo[a] pyrene and benz[a] anthracene. Carcinogen.

Selenium - A metalloid element. Used in electronics, rubber production, dandruff shampoo, and a trace element in animal feed.

Silver - A metal. Various electronic, chemical, plating, photographic and dental uses.

TDE - Metabolite of DDT. Carcinogen.

Tetrachloroethylene - Solvent in textile and dry cleaning, metal cleaning, and chemical production (a.k.a. perchloroethylene or PCE). Carcinogen.

Thallium - A metal. Pesticide registration of thallium sulfate cancelled.

Toluene - Aviation fuel and high-octane blending stock, chemical intermediate, thinner, solvent for paints, gums, resins, oils, rubber, and vinyl, and used in plastic cement, chemicals, explosives, and detergents.

Toxaphene - 175 compounds of chlorinated camphene. Formerly the most heavily used pesticide. Registration cancelled in 1982 with exceptions for cattle, pineapples, and bananas. No U. S. production. Persistent in the environment. Carcinogen.

Tributyltin - Tributyltin is of environmental concern primarily because of its use in marine anti-fouling paints. This use has recently been restricted by Congress. Organotins have also been used in agriculture and residential areas to control fungi, and insects including moths, houseflies, cockroaches, and mosquito larvae. The largest use is in stabilizing polyvinyl chloride polymers used in construction materials and food packaging.

Trichlorinated ethanes - Metal degreaser, chemical intermediate, adhesive and resin solvent, pesticide, dry cleaning solvent, formerly used as a fumigant. 1,1,2 isomer carcinogenic.

Trichloroethylene - Degreasing solvent in metal industries. Formerly dry cleaning solvent and extractive solvent in foods (a.k.a. TCE). Carcinogen.

Vinyl Chloride - Polymerized in the production of PVC (polyvinyl chloride), the most widely used material in the manufacture of plastics. All pesticide uses cancelled (whether an active or inert ingredient) for uses in the home, food handling establishments, hospitals, and enclosed areas. Degradation product of larger chlorinated hydrocarbons. Carcinogen.

Zinc - A metal. Used in alloys, electroplating, galvanizing, batteries, cathodic protection.

This glossary is for general use, and is not intended to be a complete or definitive reference. The information was obtained primarily from Environmental Protection Agency (EPA) Ambient Water Quality Criteria documents, which are referenced in EPA's Quality Criteria for Water (EPA 440/5-86-001), updated May 1, 1987. Additional information was obtained from the EPA pamphlet "Suspended, Cancelled and Restricted Pesticides," January, 1985, The Condensed Chemical Dictionary, 10th ed. (Van Nostrand Reinhold Co. Inc., New York, 1981), and The Farm Chemicals Handbook (Meister Publishing Company, Willoughby, OH, 1988).

Information on organotins was obtained from the International Organotin Symposium, held at Halifax, Nova Scotia, in September, 1987, and published in Volume 4 of the Oceans '87 Proceedings, by the Marine Technology Society, Washington, D.C., and IEEE Ocean Engineering Society, Piscataway, NJ.

Part IV. Section 11-54-08, Specific criteria for recreational areas.

Original: 11-54-08(b) - In marine recreational waters within one thousand feet of the shoreline, including natural public bathing or wading areas, enterococci content shall not exceed a geometric mean of thirty-five per one hundred milliliters in not less than five samples equally spaced over a thirty-day period. Raw or inadequately treated sewage or other pollutants of public health significance, as determined by the director of health, shall not be present in natural public bathing or wading areas.

Proposed: 11-54-08(b) - In marine recreational waters within one thousand feet of the shoreline, including natural public bathing or wading areas, enterococci content shall not exceed a geometric mean of seven per one hundred milliliters in not less than five samples equally spaced over a thirty-day period. Raw or inadequately treated sewage or other pollutants of public health significance, as determined by the director of health, shall not be present in natural public bathing or wading areas.

Part V. Rationale for Proposed Revisions to 11-54-08.

In 1972, the Environmental Protection Agency (EPA) initiated a series of studies at marine and fresh water bathing beaches to determine if swimming in sewage-contaminated water carried a health risk for bathers; and, if so, to what type of illness. If a quantitative relationship between water quality and health risk was obtained, two additional goals of the study were to determine which bacterial indicator is best correlated to swimming-associated health effects and if the relationship is strong enough to provide a criterion.

The series of studies, spanning 10 years, revealed the following:

- The occurrence of a statistically-significant excess of swimming-associated gastroenteritis in swimmers who bathed at beaches that were more polluted indicated that there is an increased risk of illness from swimming in water contaminated with treated sewage;

- Of the 10 human enteric bacteria examined as potential indicators of treated-sewage pollution, a consistent correlation was seen between mean enterococci densities and swimming-associated gastroenteritis rates; and

- Equations developed by Dufour (1) and Cabelli (2) made it is possible to calculate geometric mean enterococci densities through the use of "accepted" gastrointestinal illness rate, and thereby recommend a water quality criteria.

In 1986, EPA published Ambient Water Quality Criteria for Bacteria (3) which summarized the study protocols, study findings, and recommended enterococci as the preferred indicator of treated-sewage contamination in marine recreational waters. Prior to this, fecal coliforms had been used as the indicator organism for evaluating the microbiological suitability of recreational waters.

Lacking specific epidemiological data on rates of swimming-associated illness in Hawaii, and recognizing the benefit of the new indicator organism for public health protection, the Department of Health accepted EPA's recommendation. In 1988, Hawaii's Water Quality Standards (Section 11-54-08) were revised to read: "In marine recreational waters ... enterococci content shall not exceed a geometric mean of 35 per 100 milliliters in not less than five samples equally spaced over a 30-day period."

Since then, the Director of Health has further examined the studies which lead to EPA's recommendation of enterococci as the fecal pollution indicator for marine recreational waters and data on enterococci densities in Hawaiian waters. In particular, the Director is concerned about EPA's reliance upon "best estimates of accepted illness rates" based on existing water quality nationwide to determine geometric mean enterococci densities and subsequently to establish criteria for Hawaii (3). Based on Dufour and Cabelli's equations, a geometric mean of 35 enterococci corresponds with 19 cases of gastroenteritis per 1000 swimmers (or 1.9 cases per 100 swimmers). The Director finds this level of illness unacceptable, and is therefore proposing a more stringent standard for marine recreational waters: a geometric mean of 7 enterococci per 100 milliliters which corresponds to 10 case of gastroenteritis or less per 1000 swimmers. In the absence of specific epidemiological data for Hawaii, the Director has chosen a more conservative standard for protecting Hawaiian marine recreational waters.

There are limitations associated with any calculated standard. EPA's original studies recognized the possibility that enterococci may be the result of warm-blooded animal fecal contamination. Animal fecal contamination is also a concern in Hawaii, especially in urban areas where high densities of enterococci have been found in streams. These enterococci levels impact coastal water quality.

EPA has recommended the application of enterococci as an indicator organisms unless sanitary and epidemiological studies show the sources of enterococci to be non-human and until it can be shown that these enterococci densities are not indicative of a health risk to swimmers. EPA is sponsoring research to study the health risks of nonpoint source pollution (i.e., discharges from streams and stormdrains) on the safety of water for swimming. Definitive evidence from this study will be incorporated into subsequent revisions of Chapter 54 — Water Quality Standards.

---


1. Dufour, A. P. 1984. Health Effects Criteria for Fresh Recreational Waters. U. S. Environmental Protection Agency, EPA600/1-84-004, Cincinnati, OH.

2. Cabelli, V. J. 1983. Health Effects Criteria for Marine Recreational Waters. U. S. Environmental Protection Agency, EPA600/1-80-031, cincinnati, OH.

3. Ballentine, R. K., A. P. Dufour. 1986. Bacteriological Ambient Water Quality Criteria for Marine and Fresh Recreational Waters, U. S. Environmental Protection Agency, EPA440-/5-84-002, Washington, D.C.

4. Cabelli, V. J. 1976. Indicators of Recreational Water Quality. In: Bacterial Indicators/Health Hazards Associated with Water. Eds. A. W. Hoadley and B. J. Dutka. ASTM, Philadelphia, PA.

July 20, 1989

ERRATA SHEET

for

Rationale for the Proposed Revisions to Department of Health Administrative Rules, Title 11, Chapter 54 - Water Quality Standards
June 22, 1989

Page 15: Paragraph 1, first sentence should read: "A glossary of the toxic pollutants for which standards are proposed is included in Section H of this rationale.

Page 17: Paragraph 1, first sentence should read: "Although the proposed standards contain limits for 97 toxic pollutants, this does not mean that all wastewater discharge permits will contain limits or testing requirements for all pollutants."

Pages 50-59: These pages contain an additional copy of Section H: Glossary of Chemicals. Pages 50 to 59 should be removed and discarded.