# EXHIBIT B

## Comparison of EPA Criteria With Hawaii Water Quality Standards (WQS)

| Chemical | EPA Criteria[a] (ug/l) (10-6 carcinogenicity risk) | Divided by 3.06[b] | Hawaii WQS (ug/l) | Ratio |
|---|---|---|---|---|
| Acrylonitrile | 0.65 | 0.21 | 0.21 | 1.0 |
| Aldrin | 0.000079 | 0.00 | 0.000026 | 1.0 |
| Benzene | 40 | 13 | 13 | 1.0 |
| Benzidine | 0.00053 | 0.00017 | 0.00017 | 1.0 |
| Beryllium | 0.117 | 0.038 | 0.038 | 1.0 |
| Carbon tetrachloride | 6.94 | 2.3 | 2.3 | 1.0 |
| Chlordane | 0.00048 | 0.00016 | 0.000016 | 10 |
| bis(2-chloroethy)ether | 1.36 | 0.44 | 0.44 | 1.0 |
| bis(chloromethy)ether | 0.00184 | 0.0006 | 0.0006 | 1.0 |
| Chloroform | 15.7 | 5.1 | 5.1 | 1.0 |
| DDT | 0.000024 | 0.000008 | 0.000008 | 1.0 |
| Dichlorobenzidine | 0.020 | 0.007 | 0.007 | 1.0 |
| 1,2-Dichloroethane | 243 | 79 | 79 | 1.0 |
| Dieldrin | 0.000076 | 0.000025 | 0.000025 | 1.0 |
| Dinitrotoluenes | 9.1 | 3 | 3 | 1.0 |
| Dioxin | 1.40E-08 | 4.57E-09 | 5.00E-09 | 0.9 |
| Heptachlor | 0.00029 | 0.00009 | 0.00009 | 1.0 |
| Hexachlorobenzene | 0.00074 | 0.00024 | 0.00024 | 1.0 |
| Hexachlorobutadiene | 50 | 16 | 16 | 1.0 |
| Hexachlorocyclohexane, alpha | 0.031 | 0.01 | 0.01 | 1.0 |
| Hexachlorocyclohexane, beta | 0.0547 | 0.018 | 0.018 | 1.0 |
| Hexachlorocyclohexane, technical | 0.0414 | 0.014 | 0.014 | 1.0 |
| Hexachloroethane | 8.74 | 2.9 | 2.9 | 1.0 |
| Lindane | 0.0625 | 0.02 | 0.02 | 1.0 |
| N-Nitrosodibutylamine | 0.587 | 0.19 | 0.19 | 1.0 |
| N-Nitrosodiethylamine | 1.24 | 0.41 | 0.41 | 1.0 |
| N-Nitrosodimethylamine | 16 | 5.2 | 5.3 | 1.0 |
| N-Nitrosodiphenylamine | 16.1 | 5.3 | 5.3 | 1.0 |
| N-Nitrosopyrrolidine | 91.9 | 30 | 30 | 1.0 |
| Polychlorinated biphenyls | 0.000079 | 0.000026 | 0.000079 | 0.3 |
| Polynuclear aromatic hydrocarbons | 0.0311 | 0.01 | 0.01 | 1.0 |
| 1,1,2,2-Tetrachloroethane | 10.7 | 3.5 | 3.5 | 1.0 |
| Tetrachloroethylene | 8.85 | 2.9 | 2.9 | 1.0 |
| Toxaphene | 0.00073 | 0.00024 | 0.00024 | 1.0 |
| 1,1,2-Trichloroethane | 41.8 | 14 | 14 | 1.0 |
| Trichloroethylene | 80.7 | 26 | 26 | 1.0 |
| 2,4,6-Trichlorophenol | 3.6 | 1.2 | 1.2 | 1.0 |
| Vinyl chloride | 525 | 171 | 170 | 1.0 |

a. The EPA Criteria are for fish consumption, based on a 1x10-6 cancer risk, as reported in the 1980 Criteria Documents (with the exception of beryllium and dioxin which are from the 1986 documents).

b. The factor of 3.06 is the ratio of the average per capita consumption of locally caught fish and shellfish in Hawaii of 19.9 grams/day, to the national average of 6.5 grams per day used in 1980 EPA Criteria.

**EXHIBIT B**