# EXHIBIT C

United States
Environmental Protection
Agency

Office of Water
Regulations and Standards
Criteria and Standards Division
Washington DC 20460

EPA 440/5-80-027
October 1980



# Ambient Water Quality Criteria for Chlordane



EXHIBIT C

AMBIENT WATER QUALITY CRITERIA FOR

CHLORDANE

Prepared By
U.S. ENVIRONMENTAL PROTECTION AGENCY

Office of Water Regulations and Standards
Criteria and Standards Division
Washington, D.C.

Office of Research and Development
Environmental Criteria and Assessment Office
Cincinnati, Ohio

Carcinogen Assessment Group
Washington, D.C.

Environmental Research Laboratories
Corvalis, Oregon
Duluth, Minnesota
Gulf Breeze, Florida
Narragansett, Rhode Island

TABLE OF CONTENTS

| | Page |
|---|---|
| Criteria Summary | |
| Introduction | A-1 |
| Aquatic Life Toxicology | B-1 |
|     Introduction | B-1 |
|     Effects | B-1 |
|         Acute Toxicity | B-1 |
|         Chronic Toxicity | B-3 |
|         Plant Effects | B-4 |
|         Miscellaneous | B-6 |
|         Summary | B-6 |
|     Criteria | B-7 |
|     References | B-22 |
| Mammalian Toxicology and Human Health Effects | C-1 |
|     Exposure | C-1 |
|         Ingestion from Water | C-1 |
|         Ingestion from Food | C-2 |
|         Inhalation | C-4 |
|         Dermal | C-4 |
|     Pharmacokinetics | C-5 |
|         Absorption | C-5 |
|         Distribution | C-5 |
|         Metabolism | C-6 |
|         Excretion | C-7 |
|     Effects | C-8 |
|         Acute, Subacute, and Chronic Toxicity | C-8 |
|         Synergism and Antagonism | C-11 |
|         Teratogenicity | C-12 |
|         Mutagenicity | C-12 |
|         Carcinogenicity | C-12 |
|     Criterion Formulation | C-18 |
|         Existing Guidelines and Standards | C-18 |
|         Current Levels of Exposure and Special Groups at Risk | C-18 |
|         Basis and Derivation of Criterion | C-19 |
|     References | C-23 |
| Appendix | C-31 |

# CRITERIA DOCUMENT

## CHLORDANE

### CRITERIA

#### Aquatic Life

For chlordane the criterion to protect freshwater aquatic life as derived using the Guidelines is 0.0043 µg/l as a 24-hour average, and the concentration should not exceed 2.4 µg/l at any time.

For chlordane the criterion to protect saltwater aquatic life as derived using the Guidelines is 0.0040 µg/l as a 24-hour average, and the concentration should not exceed 0.09 µg/l at any time.

#### Human Health

For the maximum protection of human health from the potential carcinogenic effects due to exposure to chlordane through ingestion of contaminated water and contaminated aquatic organisms, the ambient water concentration should be zero based on the nonthreshold assumption for this chemical. However, zero level may not be attainable at the present time. Therefore, the levels which may result in incremental increase of cancer risk over the lifetime are estimated at $10^{-5}$, $10^{-6}$, and $10^{-7}$. The corresponding recommended criteria are 4.6 ng/l, 0.46 ng/l, and 0.046 ng/l, respectively. If the above estimates are made for consumption of aquatic organisms only, excluding consumption of water, the levels are 4.8 ng/l, 0.48 ng/l, and 0.048 ng/l, respectively.