# EXHIBIT D

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
Region 9
75 Hawthorne Street
San Francisco, CA  94105

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU'S HONOULIULI WASTEWATER TREATMENT PLANT APPLICATION FOR A MODIFIED NPDES PERMIT UNDER SECTION 301(h) OF THE CLEAN WATER ACT | TENTATIVE DECISION OF THE REGIONAL ADMINISTRATOR PURSUANT TO 40 CFR PART 125, SUBPART G |

I have reviewed the attached evaluation analyzing the merits of the application of the City and County of Honolulu's request for the Honouliuli Wastewater Treatment Plant and ocean outfall variance from secondary treatment requirements of the Clean Water Act (the Act) pursuant to section 301(h). It is my tentative decision that the Honouliuli Wastewater Treatment Plant and ocean outfall be denied a variance in accordance with the terms, conditions and limitations of the attached evaluation, based on section 301(h) of the Act.

My decision is based on available evidence specific to this particular discharge. It is not intended to assess the need for secondary treatment in general, nor does it reflect on the necessity for secondary treatment by other publicly owned treatment works discharging to the marine environment.

Under the procedures of the Permit Regulations, 40 CFR Part 124, public notice and comment regarding this tentative decision will be made available to interested persons. Following the public comment period on this tentative decision, a final decision will be issued under the procedures in 40 CFR Part 124.

Dated: _____     27 MARCH 2007

Wayne Nastri
Regional Administrator

**EXHIBIT D**

3

# TABLE OF CONTENTS

Introduction.................................................................... 7
Decision Criteria............................................................... 7
Summary of Findings........................................................... 10
Conclusion..................................................................... 11
Recommendation................................................................ 11
Description of Treatment System............................................... 12
Description of Receiving Waters............................................... 16
Physical Characteristics of the Discharge..................................... 19
Application of Statutory and Regulatory Criteria.............................. 24
  A. Compliance with Primary Treatment Requirements............................ 24
  B. Attainment of Water Quality Standards for BOD and Turbidity.............. 27
    1. Dissolved Oxygen.................................................... 28
      a. DO Concentration Upon Initial Dilution......................... 31
      b. Farfield DO Depression Due to BOD Exertion..................... 33
      c. DO Depression Due to Steady-State Oxygen Demand............... 37
      d. DO Depression Due to Abrupt Sediment Resuspension............ 38
    2. Turbidity........................................................... 40
  C. Attainment of Other Water Quality Standards and Impact of Discharge on Shellfish, Fish, and Wildlife; Public Water Supplies; and Recreation
    1. Attainment of Other Water Quality Standards and Criteria......... 43
      a. Bacteria........................................................ 43
      b. Toxics.......................................................... 54
      c. Whole Effluent Toxicity......................................... 57
      d. Nutrients....................................................... 62
      e. pH.............................................................. 65
    2. Impact of the Discharge on Public Water Supplies.................. 66
    3. Impact of the Discharge on Shellfish, Fish, and Wildlife......... 66
      a. Review of Biological Data....................................... 67
        i. Plankton.................................................... 67
        ii. Benthic Infauna............................................ 67
        iii. Fish and Coral Reefs...................................... 68
      b. Review of Whole Effluent Toxicity Data.......................... 71
      c. Review of Chemical-specific Water Quality Data.................. 71
      d. Review of Sediment Quality Data................................. 71
      e. Analysis of Impacts on Shellfish, Fish, and Wildlife........... 75
        i. Toxic Impacts beyond the Zone of Initial Dilution...... 75
        ii. Nutrient-related Impacts beyond the Zone of Initial Dilution
        iii. Impacts within the Zone of Initial Dilution.............. 76
    4. Impact of the Discharge on Recreational Activities................ 76
      a. Fish Consumption................................................ 77
        i. Review of data on Bioaccumulation......................... 77
        ii. Review of Data on Effluent Quality........................ 81
        iii. Review of Data on Sediment Quality....................... 81
        iv. Anaylsis of Impacts....................................... 81

b. Water Contact Recreation...............................................82
5. Additional Requirements for Altered Discharge.......................83
6. Conclusions.................................................................83
D. Establishment of a Monitoring Program...............................84
E. Impact of Modified Discharge on Other Point and Non-point.............85
F. Toxics Control..............................................................85
1. Chemical Analysis....................................................86
2. Toxic Pollutant Source Identification..............................86
3. Industrial Pretreatment Requirements..............................87
4. Nonindustrial Source Control Program...........................87
G. Urban Area Pretreatment Program.....................................88
H. Increase in Effluent Volume or Amount of Pollutants Discharged..........89
I. Compliance with Other Applicable Laws
1. State Coastal Zone Management Program.......................89
2. Marine Sanctuaries..................................................90
3. Endangered or Threatened Species................................90
J. State Determinations and Concurrence...................................91

References...........................................................................93
Figures and Tables.................................................................98

values from the three samples were below applicable chronic criteria and non-carcinogen fish consumption criteria for human health.

After the average dilution value of 412:1 computed by EPA is applied to the detected effluent concentrations, concentrations of two pesticides, chlordane and dieldrin, exceeded the State carcinogen fish consumption criteria for human health. Concentrations of chlordane exceeded the fish consumption criterion in two of the three pesticide scans and concentrations of dieldrin exceeded the fish consumption criterion in all three scans.

The chlordane concentration detected in the January 2005 sample is 0.071 ug/l. This result is below the minimum level (ML) of 0.10 ug/l but above the method detection level (MDL) of 0.059 ug/l. The ML is the level at which the entire analytical system gives a recognizable reading and acceptable calibration points. The MDL is the minimum concentration of a substance that can be measured and reported with 99-percent confidence. Quantitation in the range between the MDL and the ML is not as precise or accurate as it is in the range above the ML. Chlordane was not detected in the August 2004 sample, which is the sample representing the dry season. The chlordane concentration measured in the December 2003 sample is 0.10 ug/l. This value is at the ML and above the MDL. When the long-term effective dilution value of 412:1 is applied to the two sample results where chlordane is detected, the concentration of chlordane in the receiving water at the ZID is calculated to be 0.00017 and 0.00024 ug/l. The water quality criterion for chlordane, to protect human consumption of fish, is 0.00016 ug/l. Thus, the water quality criterion was exceeded in both of the samples where chlordane was detected.

Dieldrin concentrations in the three samples were 0.013, 0.035, and 0.055 ug/l. All three reported values are above the ML of 0.009 ug/l. After the average dilution value of 412:1 is applied to the sample results, dieldrin concentration in the receiving water at the ZID is calculated to be 0.000032, 0.000085 and 0.00013 ug/l. The water quality criterion for dieldrin, protective of human consumption of fish, is 0.000025 ug/l. Thus, all three samples exceed the water quality criterion for dieldrin.

Although chemical analysis of composite samples analyzed before the effluent flow meter was installed on December 1, 2003 only represent an estimate of pollutant concentrations, EPA reviewed these sample results as supporting evidence. EPA's review of these estimated results indicates that the chlordane fish consumption criterion was exceeded in February 2001 and July 2002, and the dieldrin fish consumption criterion was exceeded in the three samples taken in February 2001, July 2002, and January 2003.

As discussed earlier, the applicant indicates that the application is based on an "altered discharge" of various combinations of primary, secondary, and tertiary treated effluent, brine from reverse osmosis treatment, and tertiary treatment filter backwash. Starting in September 1996, the applicant began mixing secondary treated wastewater with the primary treated wastewater for discharge through the ocean outfall. Since September