CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4203
Facsimile: (808) 523-4583
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
CITY AND COUNTY OF
HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendant. | CIVIL NO. CV 04-00463 DAE-BMK<br><br>**DECLARATION OF KATHLEEN A. KELLY IN SUPPORT OF DEFENDANT CITY AND COUNTY OF HONOLULU'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS**<br><br>Heard:  October 9, 2007<br>          10:30 a.m.<br>          Hon. David E. Ezra |

# DECLARATION OF KATHLEEN A. KELLY

I, Kathleen A. Kelly, declare as follows:

1. I am Deputy Corporation Counsel for defendant City and County of Honolulu ("CCH"). I am admitted to practice before this Court.

2. Attached hereto is a true and correct copy of the Declaration of Laurence K. Lau, Deputy Director of Health for the State of Hawaii Department of Health ("DOH"), acknowledging that the fish consumption water quality standard for chlordane, as currently published in Hawaii Administrative Rule §11-54-4, is a typographical error, and the correct standard should be 0.00016 microgram/liter.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 16, 2007, in Honolulu, Hawaii.

By: /s/Kathleen A. Kelly
Kathleen A. Kelly

1

## **DECLARATION OF LAURENCE K. LAU**

I, Laurence K. Lau, declare as follows:

1. I am the Deputy Director of Health, for the State of Hawaii Department of Health. I have been informed of the following facts and believe them to be true, and would testify thereto if called as a witness.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Rationale for the Proposed Revisions to the Department of Health Administrative Rules, Title 11, Chapter 54, Water Quality Standards (the "WQS Rationale"). As described in the WQS Rationale, the State of Hawaii Water Quality Standards for toxic pollutants, as set forth in Hawaii Administrative Rule §11-54-04 ("WQS"), were derived from the U.S. Environmental Protection Agency ("EPA") 1986 and 1987 Water Quality Criteria (the "EPA Criteria").

3. In particular, the WQS for fish consumption for chlordane were derived from the EPA Criteria based on one excess cancer case in a million people, also stated as carcinogenicity of $10^{-6}$ risk.

4. The WQS fish consumption standards were also approximately 3.1 times more stringent than the EPA Criteria, because the average daily consumption of fish locally was estimated to be approximately 3.1 times higher than the average underlying the EPA Criteria.

1

5. The EPA fish consumption criterion for chlordane, based on carcinogenicity of $10^{-6}$ risk was 0.48 ng/l ("nanogram/liter"). 1/3 of that value is 0.16 ng/l or 0.00016 ug/l ("microgram/liter").

6. Correctly applying the methodology that was used to derive the WQS for all other pollutants, the WQS, § 11-54-04(b)(3), HAR for fish consumption for chlordane should be 0.00016 ug/l, rather than 0.000016 ug/l as listed in HAR §11-54-04(b)(3).

7. The WQS for chlordane set forth in HAR §11-54-04(b)(3), of 0.000016 micrograms per liter, is a typographical error. The correct standard should be 0.00016 micrograms per liter.

8. EPA staff who worked on the original Hawaii WQS has confirmed the error.

9. The Department of Health intends to rectify this error.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 15, 2007, in Honolulu, Hawaii.

By: /s/ Laurence K. Lau
Laurence K. Lau
Deputy Director of Health
Department of Health, State of Hawaii

2

A/72219759.1/2017866-0000309724