IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER;<br>HAWAI'I'S THOUSAND FRIENDS;<br>and OUR CHILDREN'S EARTH<br>FOUNDATION,<br><br>           Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF<br>HONOLULU and FRANK DOYLE,<br>DIRECTOR OF THE DEPARTMENT<br>OF ENVIRONMENTAL SERVICES,<br>in his official capacity,<br><br>           Defendants. | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**DEFENDANT CITY AND COUNTY OF HONOLULU'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' THIRD, FOURTH, AND EIGHTH CLAIMS; DECLARATION OF ROSS TANIMOTO; EXHIBITS A THROUGH D; DECLARATION OF KATHLEEN A. KELLY**

was duly served upon the following individuals at their address listed below on October 16, 2007:

    Served Electronically through CM/ECF:    <u>Email address</u>

        CHRISTOPHER SPROUL    <u>csproul@enviroadvocates.com</u>
        Environmental Advocates
        5135 Anza Street
        San Francisco, California  94121

        PAUL ALSTON    <u>palston@ahfi.com</u>
        WILLIAM M. TAM    <u>wtam@ahfi.com</u>
        BLAKE K. OSHIRO    <u>boshiro@ahfi.com</u>
        Alston Hunt Floyd & Ing
        18th Floor, ASB Tower
        1001 Bishop Street
        Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

    DATED:  Honolulu, Hawaii, October 16, 2007.

                        CARRIE K.S. OKINAGA
                        Corporation Counsel

                        By <u>/s/ Kathleen A. Kelly</u>
                            KATHLEEN A. KELLY
                            Deputy Corporation Counsel
                            Attorneys for Defendants