CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553 - 3376
Fax:  (415) 358 - 5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON                  1259-0
WILLIAM TAM                  1887-0
BLAKE K. OSHIRO              6746-0
ALSTON HUNT FLOYD & ING
Attorneys At Law
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i  96813
Tel:  (808) 524-1800
Fax: (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Applicants
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) <br> HAWAI'I'S THOUSAND FRIENDS; and ) <br> OUR CHILDREN'S EARTH FOUNDATION,) <br> ) <br>        Plaintiffs, ) <br> ) <br>   vs. ) <br> ) <br> CITY AND COUNTY OF HONOLULU and ) <br> FRANK DOYLE, DIRECTOR OF THE ) <br> DEPARTMENT OF ENVIRONMENTAL ) <br> SERVICES, in his official ) <br> capacity, ) <br> ) <br>        Defendants. ) <br> ) | Civil No. 04-00463 DAE/BMK <br><br> **DECLARATION OF CHRISTOPHER SPROUL** |

658140-3 / 7502-3

**DECLARATION OF CHRISTOPHER SPROUL**

I, CHRISTOPHER SPROUL, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am also a member of the United States District Court of Hawai'i bar. I am a member of the law firm Environmental Advocates and make this Declaration on my personal knowledge, unless otherwise stated.

2. **EXHIBIT 1** attached to this Declaration are true and correct copies of selected pages of EPA's March 27, 2007 Tentative Decision Document regarding EPA's tentative permit decision for the Honouliuli Wastewater Treatment Plant, which is published on EPA's website at:

http://www.epa.gov/region09/water/npdes/pdf/honouliuli/honouliuli-301(h)-tentative-decision.pdf

3. **EXHIBIT 2** attached to this Declaration are true and correct copies of selected pages of chapter 11 of EPA's NPDES Permit Writers' Manual, which is published on EPA's website at:

http://www.epa.gov/npdes/pubs/chapt_11.pdf

4. On behalf of the Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends, and Our Children's Earth Foundation, I have been closely monitoring EPA's action on the City and County of Honolulu's pending application for renewal of NPDES Permit No. HI 0020117 for the Sand Island Wastewater Treatment Plant ("the Sand Island Permit") which expired on its face on November 3, 2003. I have made repeated inquiries to EPA

personnel concerning when EPA expects to issue a draft renewal of the Sand Island Permit. The most recent of these inquiries was by telephone in late September, 2007. EPA personnel have repeatedly indicated to me that they have not yet issued a draft permit, but expect to do so in December 2007. I am on EPA's list of interested persons to receive EPA's required public notice of issuance of a draft renewed Sand Island Permit. I have not yet received such a notice.

     5. The Plaintiffs have filed true and correct copies of CCH's Discharge Monitoring Reports ("DMRs") with the Court. Specifically, on March 31, 2005, Plaintiffs filed certain CCH DMRs as Exhibit 90 to the Declaration of Patricia Nelson in Support of Plaintiffs' Reply Memoranda in Support of (1) Counter-Motion for Summary Judgment on Plaintiffs' Twelfth Claim Filed January 7, 2005, and (2) Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, Eighth, and Twelfth Claims filed January 6, 2005. Ms. Nelson's Declaration and Exhibit 90 are item no. 81 in the Court's Docket. In addition, on September 28, 2007, Plaintiffs filed additional CCH DMRs as Exhibits 5 and 6 to the Declaration of Christopher Sproul in Support of Plaintiffs' Reply Memorandum in Support of Motion for Partial Summary Judgment. This Declaration and accompanying exhibits are item no. 146 in the Court's Docket.

     6. I have prepared the attached Tables 1 and 2 summarizing CCH's reported violations of the Sand Island NPDES

Permit's annual average chlordane concentration and annual average chlordane mass effluent limits based on my review of these DMRs. As depicted in Table 1, CCH's DMRs report that CCH's Sand Island WWTP discharge has continuously contained chlordane levels exceeding the Sand Island NPDES Permit's annual average chlordane concentration limit from May 30, 1999 to July 31, 2007. Thus, Table 1 depicts 2,985 violations of the Sand Island NPDES Permit's annual average chlordane concentration limit, the number of days from May 30, 1999 to July 31, 2007. As depicted in Table 2, CCH's DMRs report that CCH's Sand Island WWTP discharge has continuously contained chlordane levels exceeding the Sand Island NPDES Permit's annual average chlordane mass limit from May 30, 1999 to July 31, 2007. Thus, Table 2 depicts 2,985 violations of the Sand Island NPDES Permit's annual average chlordane mass limit, the number of days from May 30, 1999 to July 31, 2007. The grand total of Table 1 and Table 2 is 5,970 chlordane violations.

7. As further depicted in Table 1, if CCH's annual average chlordane concentration limit were adjusted to be ten times more lenient as advocated by CCH (from 0.0076 ug/l to 0.076 ug/l) then CCH's Sand Island WWTP discharges would still have exceeded this more lenient limit in the following time periods: (1) from May 30, 1999 through January 31, 2000, (2) from March 1, 2000 through March 31, 2001 and (3) from March 1, 2003 through March 31, 2007. Thus, Table 1 depicts 2,135 violations of CCH's

658140-3 / 7502-3                             4

proposed Sand Island NPDES Permit's annual average chlordane concentration limit, the number of days in these time periods. As further depicted in Table 2, If CCH's annual average chlordane mass effluent limit were adjusted to be ten times more lenient as advocated by CCH (from 0.0024 kg/day to 0.024 kg/day) then CCH's Sand Island WWTP discharges would still have exceeded this more lenient limit in the following time periods: (1) from May 31, 1999 through January 31, 2000 and (2) from April 1, 2003 through September 30, 2006. Thus, Table 2 depicts 1,526 violations of CCH's proposed Sand Island NPDES Permit's annual average chlordane mass limit, the number of days in these time periods. The grand total depicted by Table 1 and Table 2 is 3,661 violations of the modified chlordane limits proposed by CCH.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: San Francisco, California, October 22, 2007.

*Christopher A. Sproul*

---

CHRISTOPHER SPROUL

*SIERRA CLUB ET AL. V. CITY AND COUNTY OF HONOLULU, ET AL.,*
U.S.D.C. HAWAII, CIVIL NO. 04-00463
DECLARATION OF CHRISTOPHER SPROUL