values from the three samples were below applicable chronic criteria and non-carcinogen fish consumption criteria for human health.

After the average dilution value of 412:1 computed by EPA is applied to the detected effluent concentrations, concentrations of two pesticides, chlordane and dieldrin, exceeded the State carcinogen fish consumption criteria for human health. Concentrations of chlordane exceeded the fish consumption criterion in two of the three pesticide scans and concentrations of dieldrin exceeded the fish consumption criterion in all three scans.

The chlordane concentration detected in the January 2005 sample is 0.071 ug/l. This result is below the minimum level (ML) of 0.10 ug/l but above the method detection level (MDL) of 0.059 ug/l. The ML is the level at which the entire analytical system gives a recognizable reading and acceptable calibration points. The MDL is the minimum concentration of a substance that can be measured and reported with 99-percent confidence. Quantitation in the range between the MDL and the ML is not as precise or accurate as it is in the range above the ML. Chlordane was not detected in the August 2004 sample, which is the sample representing the dry season. The chlordane concentration measured in the December 2003 sample is 0.10 ug/l. This value is at the ML and above the MDL. When the long-term effective dilution value of 412:1 is applied to the two sample results where chlordane is detected, the concentration of chlordane in the receiving water at the ZID is calculated to be 0.00017 and 0.00024 ug/l. The water quality criterion for chlordane, to protect human consumption of fish, is 0.00016 ug/l. Thus, the water quality criterion was exceeded in both of the samples where chlordane was detected.

Dieldrin concentrations in the three samples were 0.013, 0.035, and 0.055 ug/l. All three reported values are above the ML of 0.009 ug/l. After the average dilution value of 412:1 is applied to the sample results, dieldrin concentration in the receiving water at the ZID is calculated to be 0.000032, 0.000085 and 0.00013 ug/l. The water quality criterion for dieldrin, protective of human consumption of fish, is 0.000025 ug/l. Thus, all three samples exceed the water quality criterion for dieldrin.

Although chemical analysis of composite samples analyzed before the effluent flow meter was installed on December 1, 2003 only represent an estimate of pollutant concentrations, EPA reviewed these sample results as supporting evidence. EPA's review of these estimated results indicates that the chlordane fish consumption criterion was exceeded in February 2001 and July 2002, and the dieldrin fish consumption criterion was exceeded in the three samples taken in February 2001, July 2002, and January 2003.

As discussed earlier, the applicant indicates that the application is based on an "altered discharge" of various combinations of primary, secondary, and tertiary treated effluent, brine from reverse osmosis treatment, and tertiary treatment filter backwash. Starting in September 1996, the applicant began mixing secondary treated wastewater with the primary treated wastewater for discharge through the ocean outfall. Since September

**EXHIBIT 1**

Table 18. Detected effluent concentrations for priority pollutants and pesticides and predicted concentrations after initial dilution.

| Substance | Maximum Effluent Concentration (ug/L)[1] | Maximum Detection Limit (ug/L)[2] | Maximum Concentration at ZID after critical initial dilution of 118 (ug/L)[3] | Maximum Concentration at ZID after average initial dilution of 412 (ug/L)[4] | Hawaii Water Quality Standards (ug/L) ||| Federal Water Quality Criteria[8] (ug/L) |||| Carcinogen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute[5] | Chronic[6] | Fish Consumption[7] | Acute | Chronic | Human Health - water and organism | Human Health - organism | |
| Antimony | 1.8 | 2.0 | 0.015 | 0.0044 | ns | ns | 15000 | | | 5.6 | 640 | |
| Arsenic | 0.85 | 2.0 | 0.0072 | 0.0021 | 69 | 36 | ns | 69 | 36 | 0.018 | 0.14 | * |
| Beryllium | 0.14 | 0.10 | 0.0012 | 0.00034 | ns | ns | 0.038 | | | | | |
| Cadmium | 0.23 | 0.20 | 0.002 | 0.00056 | 43 | 9.3 | ns | 40 | 8.8 | | | |
| Chromium (VI) | 4.9 | 1.0 | 0.042 | 0.012 | 1100 | 50 | ns | 1100 | 50 | | | |
| Copper | 42 | 2.0 | 0.36 | 0.10 | 2.9 | 2.9 | ns | 4.8 | 3.1 | 1300 | | |
| Lead | 2.4 | 1.0 | 0.020 | 0.0058 | 140 | 5.6 | ns | 210 | 8.1 | | | |
| Mercury | 0.11 | 0.20 | 0.0009 | 0.00027 | 2.1 | 0.025 | 0.047 | 1.8 | 0.94 | | | |
| Nickel | 4.5 | 2.0 | 0.038 | 0.011 | 75 | 8.3 | 33 | 74 | 8.2 | 610 | 4600 | |
| Selenium | 1.6 | 2.0 | 0.014 | 0.0039 | 300 | 71 | ns | 290 | 71 | 170 | 4200 | |
| Silver | 2.3 | 0.4 | 0.02 | 0.0056 | 2.3 | ns | ns | 1.9 | | | | |
| Thallium | ND | | | | 710 | ns | 16 | | | 0.24 | 0.47 | |
| Zinc | 100 | 10 | 0.85 | 0.24 | 95 | 86 | ns | 90 | 81 | 7400 | 26000 | |
| Cyanide | ND | | | | 1 | 1 | ns | 1 | 1 | 140 | 140 | |
| 2,3,7,8-TCDD | ND | | | | ns | ns | 5.00E-09 | | | 5.0E-9 | 5.1E-9 | * |
| Acrolein | 2.8 | 1.0 | 0.024 | 0.0068 | 18 | ns | 250 | | | 190 | 290 | |
| Acrylonitrile | ND | | | | ns | ns | 0.21 | | | 0.051 | 0.25 | * |
| Benzene | ND | | | | 1700 | ns | 13 | | | 2.2 | 51 | * |
| Carbon tetrachloride | ND | | | | 16000 | ns | 2.3 | | | 0.23 | 1.6 | * |

[1] Maximum effluent concentration detected on scans conducted on December 3, 2003; August 17, 2004; and January 19, 2005.
[2] Maximum detection limit reported by CCH.
[3] Predicted concentration at the ZID boundary using the critical initial dilution of 118:1 and the reported maximum effluent concentration.
[4] Predicted concentration at the ZID boundary based on the average initial dilution of 412:1 and the reported maximum effluent concentration.
[5] Acute criteria contained in Hawaii water quality standards do not apply to submerged outfalls. Presented here only for reference.
[6] Chronic criteria contained in Hawaii water quality standards to protect aquatic life.
[7] Fish consumption criteria contained in Hawaii water quality standards to protect human health.
[8] EPA's 304(a) water quality criteria.

| Substance | Maximum Effluent Concentration (ug/L)[1] | Maximum Detection Limit (ug/L)[2] | Maximum Concentration at ZID after critical initial dilution of 118 (ug/L)[3] | Maximum Concentration at ZID after average initial dilution of 412 (ug/L)[4] | Hawaii Water Quality Standards (ug/L) | | | Federal Water Quality Criteria[8] (ug/L) | | | | Carcinogen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute[5] | Chronic[6] | Fish Consumption[7] | Acute | Chronic | Human Health - water and organism | Human Health - organism | |
| Bis(2-Chloroethyl)Ether | ND | | | | ns | ns | 0.44 | | | 0.030 | 0.53 | * |
| Bis(2-Ethylhexyl) Phthalate | 7 | 9.7 | 0.059 | 0.017 | ns | ns | 16000 | | | 1.2 | 2.2 | |
| 1,2-Dichlorobenzene | 2.1 | 2 | 0.018 | 0.0051 | 660 | ns | 850 | | | 420 | 1300 | * |
| 3,3'Dichloro benzidene | ND | | | | ns | ns | 0.007 | | | 0.021 | 0.028 | * |
| Diethyl Phthalate | 4.7 | 9.7 | 0.04 | 0.011 | ns | ns | 590000 | | | 17000 | 44000 | |
| Dimethyl Phthalate | ND | | | | ns | ns | 950000 | | | 270000 | 1100000 | |
| Di-n-Butyl Phthalate | ND | | | | ns | ns | 50000 | | | 2000 | 4500 | |
| 2,4-Dinitrotoluene | ND | | | | 200 | ns | 3 | | | 0.11 | 3.4 | |
| 2,6-Dinitrotoluene | ND | | | | 200 | ns | 3 | | | | | |
| 1,2-Diphenyl hydrazine | ND | | | | ns | ns | 0.018 | | | 0.036 | 0.20 | |
| Fluoranthene | ND | | | | 13 | ns | 18 | | | 130 | 140 | |
| Hexachlorobenzene | ND | | | | ns | ns | 0.00024 | | | 0.00028 | 0.00029 | * |
| Hexachloro butadiene | ND | | | | 11 | ns | 16 | | | 0.44 | 18 | * |
| Hexachlorethane | ND | | | | 310 | ns | 2.9 | | | 1.4 | 3.3 | |
| Isophorone | ND | | | | ns | 4300 | ns | | | 35 | 960 | |
| Napthalene | ND | | | | 780 | ns | ns | | | | | |
| Nitrobenzene | ND | | | | 2200 | ns | ns | | | 17 | 690 | |
| N-Nitroso dimethylamine | ND | | | | ns | ns | 5.3 | | | 0.00069 | 3.0 | |
| N-Nitrosodi-n-Propylamine | ND | | | | ns | ns | 30 | | | 0.0050 | 0.51 | |
| N-Nitroso diphenylamine | ND | | | | ns | ns | 5.3 | | | 3.3 | 6.0 | |
| Aldrin | ND | | | | 1.3 | ns | 0.000026 | 1.3 | | 0.000049 | 0.000050 | * |
| Gamma-BHC (Lindane) | ND | 0.1 | | | 0.16 | ns | 0.020 | | | 0.98 | 1.8 | * |
| Chlordane | 0.1 | | 0.00085 | 0.00024 | 0.09 | 0.004 | 0.000016 | 0.09 | 0.004 | 0.00080 | 0.00081 | * |