# Chapter 11

# Administrative Process

Previous discussions in this manual focused on the process of developing NPDES permit conditions and effluent limits. This chapter describes the administrative process that is associated with the issuance of a NPDES permit. **Exhibit 11-1** provides a flow diagram of the NPDES permit administrative process. In general, the administrative process includes:

- Documenting all permit decisions
- Coordinating EPA and State review of the draft permit
- Providing public notice, conducting hearings (if appropriate), and responding to comments
- Defending the permit and modifying it (if necessary) after issuance.

Note that Exhibit 11-1 provides the general framework for both EPA and State NPDES permit administration. State requirements need not be identical to Federal regulatory requirements, provided they are as stringent. Therefore, some delegated States may have slightly different processes for developing and issuing NPDES permits. In addition, the evidentiary hearing and appeal process presented depicts EPA procedure. State procedures for NPDES permit hearings and appeals may vary according to State law.

**EXHIBIT 2**

- Never attempt to testify about subjects outside his or her area of expertise
- Always maintain good communication with counsel.

Where the permitee is granted relief at the evidentiary hearing, the Administrative Law Judge generally will order appropriate relief. Where a request for an evidentiary hearing is denied, the permittee may file a notice of appeal and petition for review with the Environmental Appeals Board (EAB), which may or may not grant an evidentiary hearing based on the factual and legal issues alleged. Similarly, where a permittee is denied relief at an evidentiary hearing, the permittee may appeal to the EAB to overturn the hearing decision. Finally, under certain circumstances decisions of the EAB against the permittee may be appealed in Federal court.

### 11.3.2   Permit Modification, Revocation, Termination, and Transfer

After the final permit is issued, the permit may still need to be modified or revoked prior to the expiration date. Modifications differ from revocations and reissuance. In a permit modification, only the conditions subject to change are reconsidered while all other permit conditions remain in effect. Conversely, the entire permit may be reconsidered when it is revoked and reissued. A permit modification may be triggered in several ways. For example, a representative of the regulatory agency may conduct an inspection of the facility that indicated a need for the modification (i.e., the improper classification of an industry), or information submitted by the permittee may suggest the need for a change. Of course, any interested person may request that a permit modification be made.

There are two classifications of modifications: major and minor. From a procedural standpoint, they differ primarily with respect to the public notice requirement. Major modifications require public notice; minor modifications do not.

Virtually all modifications that result in less stringent conditions must be treated as major modifications, with provisions for public notice and comment. Generally speaking, a permit will not need to be modified during the term of the permit if the facility can fully comply with permit conditions. Conditions that would necessitate a major modification of a permit are described in 40 CFR §122.62 and shown in **Exhibit 11-7**.