**TABLES 1 AND 2: SAND ISLAND EFFLUENT DISCHARGE, VIOLATIONS OF CHLORDANE AVERAGE ANNUAL CONCENTRATION AND MASS LIMITS**

**NOTES TO TABLES 1 AND 2**

**NOTE 1:** Tables 1 and 2 depict the annual average concentration and mass of chlordane in Sand Island effluent calculated for the twelve-month period ending with the month listed as reported by the City and County of Honolulu ("CCH")'s Discharge Monitoring Reports ("DMRs").

**NOTE 2:** Each month, CCH calculates and reports in its DMRs new annual average chlordane concentration and mass values for the preceding 12 months of Sand Island WWTP discharge. If either of these reported averages exceeds the Sand Island Permit's annual limits, then this constitutes 365 violations, one for each day in the time period for which the average value has been calculated. Given this running average methodology, any given day of the year is included in twelve separate CCH calculations of the running average of CCH's chlordane discharge levels. Plaintiffs agree that any given day should not be potentially counted as twelve separate violations of CCH's annual average chlordane limits, but instead should be counted at most as one day of violation (and should be counted as a violation if any of CCH's twelve separate running average calculations show that day to be included as one of the days in a grouping of 365 consecutive days during which chlordane levels exceeded CCH's permit limits).

To avoid double counting of days of CCH violations, this table subtracts any days of violations included in prior months' tallies or that are outside the applicable five-year statute of limitations.

CCH's violations of the Sand Island Permit chlordane limits as written are continuous. Thus, each entry in the columns "Number of Violations in Time" in Tables 1 and 2 only adds the number of days in that month, which reflects that days of violations in prior months will necessarily have already been added to the running total of CCH violations.

**NOTE 3:** CCH contends that its chlordane permit limits should be ten times more lenient. In some months, CCH's calculated running annual averages would be below CCH's advocated adjusted permit limits, but within a year of these months, one of CCH's calculated running annual averages that included that month exceeded CCH's advocated adjusted limits. The columns entitled "Number of Violations in Time Period Assuming CCH's 'Corrected' Limit" depict such months as "0-Y" months. These are months ultimately included in calculation of days of CCH violation. In some other months, CCH's calculated running annual average was

# TABLES

also below CCH's advocated permit limit and CCH did not calculate running annual averages within a year of that month that exceeded the permit limit. This column depicts such months as "0-N" months, which are months in which CCH would have had no violations under permit limits adjusted as CCH advocates.

Table 1: Sand Island Effluent Discharge, Violations of Chlordane Average Annual Concentration Limit

| | Date of Violation | Permit Limit 0.0076 (ug/l) | CCH's Alleged Corrected Limit (kg/day) | Reported Value (ug/l) | Number of Violations in Time Period | Number of Violations in Time Period Assuming CCH's "Corrected" Limit |
|---|---|---|---|---|---|---|
| 1 | May-99 | 0.0076 | 0.076 | 0.4881 | 2 | 2 |
| 2 | Jun-99 | 0.0076 | 0.076 | 0.4468 | 30 | 30 |
| 3 | Jul-99 | 0.0076 | 0.076 | 0.4049 | 31 | 31 |
| 4 | Aug-99 | 0.0076 | 0.076 | 0.3706 | 31 | 31 |
| 5 | Sep-99 | 0.0076 | 0.076 | 0.3369 | 30 | 30 |
| 6 | Oct-99 | 0.0076 | 0.076 | 0.3088 | 31 | 31 |
| 7 | Nov-99 | 0.0076 | 0.076 | 0.3144 | 30 | 30 |
| 8 | Dec-99 | 0.0076 | 0.076 | 0.3083 | 31 | 31 |
| 9 | Jan-00 | 0.0076 | 0.076 | 0.3030 | 31 | 31 |
| 10 | Feb-00 | 0.0076 | 0.076 | 0.0563 | 29 | 0-N |
| 11 | Mar-00 | 0.0076 | 0.076 | 0.0512 | 31 | 0-Y |
| 12 | Apr-00 | 0.0076 | 0.076 | 0.0633 | 30 | 0-Y |
| 13 | May-00 | 0.0076 | 0.076 | 0.0540 | 31 | 0-Y |
| 14 | Jun-00 | 0.0076 | 0.076 | 0.0409 | 30 | 0-Y |
| 15 | Jul-00 | 0.0076 | 0.076 | 0.0663 | 31 | 0-Y |
| 16 | Aug-00 | 0.0076 | 0.076 | 0.0611 | 31 | 0-Y |
| 17 | Sep-00 | 0.0076 | 0.076 | 0.0687 | 30 | 0-Y |
| 18 | Oct-00 | 0.0076 | 0.076 | 0.0752 | 31 | 0-Y |
| 19 | Nov-00 | 0.0076 | 0.076 | 0.0696 | 30 | 0-Y |
| 20 | Dec-00 | 0.0076 | 0.076 | 0.0644 | 31 | 0-Y |
| 21 | Jan-01 | 0.0076 | 0.076 | 0.0697 | 31 | 0-Y |
| 22 | Feb-01 | 0.0076 | 0.076 | 0.0767 | 28 | 365 |
| 23 | Mar-01 | 0.0076 | 0.076 | 0.0767 | 31 | 31 |
| 24 | Apr-01 | 0.0076 | 0.076 | 0.0575 | 30 | 0-N |
| 25 | May-01 | 0.0076 | 0.076 | 0.0645 | 31 | 0-N |
| 26 | Jun-01 | 0.0076 | 0.076 | 0.0645 | 30 | 0-N |
| 27 | Jul-01 | 0.0076 | 0.076 | 0.0333 | 31 | 0-N |
| 28 | Aug-01 | 0.0076 | 0.076 | 0.0333 | 31 | 0-N |
| 29 | Sep-01 | 0.0076 | 0.076 | 0.0258 | 30 | 0-N |
| 30 | Oct-01 | 0.0076 | 0.076 | 0.0193 | 31 | 0-N |
| 31 | Nov-01 | 0.0076 | 0.076 | 0.0255 | 30 | 0-N |
| 32 | Dec-01 | 0.0076 | 0.076 | 0.0303 | 31 | 0-N |
| 33 | Jan-02 | 0.0076 | 0.076 | 0.0302 | 31 | 0-N |
| 34 | Feb-02 | 0.0076 | 0.076 | 0.0379 | 28 | 0-N |
| 35 | Mar-02 | 0.0076 | 0.076 | 0.0436 | 31 | 0-N |
| 36 | Apr-02 | 0.0076 | 0.076 | 0.0496 | 30 | 0-N |
| 37 | May-02 | 0.0076 | 0.076 | 0.0514 | 31 | 0-N |
| 38 | Jun-02 | 0.0076 | 0.076 | 0.0514 | 30 | 0-N |
| 39 | Jul-02 | 0.0076 | 0.076 | 0.0514 | 31 | 0-N |
| 40 | Aug-02 | 0.0076 | 0.076 | 0.0570 | 31 | 0-N |
| 41 | Sep-02 | 0.0076 | 0.076 | 0.0632 | 30 | 0-N |
| 42 | Oct-02 | 0.0076 | 0.076 | 0.0738 | 31 | 0-N |
| 43 | Nov-02 | 0.0076 | 0.076 | 0.0676 | 30 | 0-N |
| 44 | Dec-02 | 0.0076 | 0.076 | 0.0628 | 31 | 0-N |
| 45 | Jan-03 | 0.0076 | 0.076 | 0.0577 | 31 | 0-N |
| 46 | Feb-03 | 0.0076 | 0.076 | 0.0429 | 28 | 0-N |
| 47 | Mar-03 | 0.0076 | 0.076 | 0.0432 | 31 | 0-Y |
| 48 | Apr-03 | 0.0076 | 0.076 | 0.0445 | 30 | 0-Y |

Table 1: Sand Island Effluent Discharge, Violations of Chlordane Average Annual Concentration Limit

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | May-03 | 0.0076 | 0.076 | 0.0419 | 31 | 0-Y |
| 50 | Jun-03 | 0.0076 | 0.076 | 0.0482 | 30 | 0-Y |
| 51 | Jul-03 | 0.0076 | 0.076 | 0.0542 | 31 | 0-Y |
| 52 | Aug-03 | 0.0076 | 0.076 | 0.0486 | 31 | 0-Y |
| 53 | Sep-03 | 0.0076 | 0.076 | 0.0424 | 30 | 0-Y |
| 54 | Oct-03 | 0.0076 | 0.076 | 0.0318 | 31 | 0-Y |
| 55 | Nov-03 | 0.0076 | 0.076 | 0.0371 | 30 | 0-Y |
| 56 | Dec-03 | 0.0076 | 0.076 | 0.0606 | 31 | 0-Y |
| 57 | Jan-04 | 0.0076 | 0.076 | 0.0756 | 31 | 0-Y |
| 58 | Feb-04 | 0.0076 | 0.076 | 0.0832 | 29 | 366 |
| 59 | Mar-04 | 0.0076 | 0.076 | 0.0898 | 31 | 31 |
| 60 | Apr-04 | 0.0076 | 0.076 | 0.0916 | 30 | 30 |
| 61 | May-04 | 0.0076 | 0.076 | 0.0915 | 31 | 31 |
| 62 | Jun-04 | 0.0076 | 0.076 | 0.0929 | 30 | 30 |
| 63 | Jul-04 | 0.0076 | 0.076 | 0.0934 | 31 | 31 |
| 64 | Aug-04 | 0.0076 | 0.076 | 0.1001 | 31 | 31 |
| 65 | Sep-04 | 0.0076 | 0.076 | 0.1063 | 30 | 30 |
| 66 | Oct-04 | 0.0076 | 0.076 | 0.1120 | 31 | 31 |
| 67 | Nov-04 | 0.0076 | 0.076 | 0.1157 | 30 | 30 |
| 68 | Dec-04 | 0.0076 | 0.076 | 0.1161 | 31 | 31 |
| 69 | Jan-05 | 0.0076 | 0.076 | 0.1149 | 31 | 31 |
| 70 | Feb-05 | 0.0076 | 0.076 | 0.1167 | 28 | 28 |
| 71 | Mar-05 | 0.0076 | 0.076 | 0.1109 | 31 | 31 |
| 72 | Apr-05 | 0.0076 | 0.076 | 0.1098 | 30 | 30 |
| 73 | May-05 | 0.0076 | 0.076 | 0.1112 | 31 | 31 |
| 74 | Jun-05 | 0.0076 | 0.076 | 0.1092 | 30 | 30 |
| 75 | Jul-05 | 0.0076 | 0.076 | 0.1095 | 31 | 31 |
| 76 | Aug-05 | 0.0076 | 0.076 | 0.1093 | 31 | 31 |
| 77 | Sep-05 | 0.0076 | 0.076 | 0.1082 | 30 | 30 |
| 78 | Oct-05 | 0.0076 | 0.076 | 0.1126 | 31 | 31 |
| 79 | Nov-05 | 0.0076 | 0.076 | 0.1123 | 30 | 30 |
| 80 | Dec-05 | 0.0076 | 0.076 | 0.0955 | 31 | 31 |
| 81 | Jan-06 | 0.0076 | 0.076 | 0.0877 | 31 | 31 |
| 82 | Feb-06 | 0.0076 | 0.076 | 0.0854 | 28 | 28 |
| 83 | Mar-06 | 0.0076 | 0.076 | 0.0874 | 31 | 31 |
| 84 | Apr-06 | 0.0076 | 0.076 | 0.0960 | 30 | 30 |
| 85 | May-06 | 0.0076 | 0.076 | 0.0963 | 31 | 31 |
| 86 | Jun-06 | 0.0076 | 0.076 | 0.0968 | 30 | 30 |
| 87 | Jul-06 | 0.0076 | 0.076 | 0.0939 | 31 | 31 |
| 88 | Aug-06 | 0.0076 | 0.076 | 0.0958 | 31 | 31 |
| 89 | Sep-06 | 0.0076 | 0.076 | 0.0954 | 30 | 30 |
| 90 | Oct-06 | 0.0076 | 0.076 | 0.0902 | 31 | 31 |
| 91 | Nov-06 | 0.0076 | 0.076 | 0.0858 | 30 | 30 |
| 92 | Dec-06 | 0.0076 | 0.076 | 0.0854 | 31 | 31 |
| 93 | Jan-07 | 0.0076 | 0.076 | 0.0843 | 31 | 31 |
| 94 | Feb-07 | 0.0076 | 0.076 | 0.0823 | 28 | 28 |
| 95 | Mar-07 | 0.0076 | 0.076 | 0.0788 | 31 | 31 |
| 96 | Apr-07 | 0.0076 | 0.076 | 0.0670 | 30 | 0-N |
| 97 | May-07 | 0.0076 | 0.076 | 0.0624 | 31 | 0-N |
| 98 | Jun-07 | 0.0076 | 0.076 | 0.0621 | 30 | 0-N |
| 99 | Jul-07 | 0.0076 | 0.076 | 0.0624 | 31 | 0-N |
| | | | | Totals: | 2985 | 2135 |

Table 2: Sand Island Effluent Discharge, Violations of Chlordane Average Annual Mass Limit

| | Date of Violation | Permit Limit: 0.0052 lbs/day (=0.0024 kg/day) | CCH's Alleged Corrected Limit (kg/day) | Reported Value (kg/day) | Number of Violations in Time Period | Number of Violations in Time Period Assuming CCH's "Corrected" Limit |
|---|---|---|---|---|---|---|
| 1 | May-99 | 0.0024 | 0.024 | 0.1377 | 2 | 2 |
| 2 | Jun-99 | 0.0024 | 0.024 | 0.1258 | 30 | 30 |
| 3 | Jul-99 | 0.0024 | 0.024 | 0.1139 | 31 | 31 |
| 4 | Aug-99 | 0.0024 | 0.024 | 0.1043 | 31 | 31 |
| 5 | Sep-99 | 0.0024 | 0.024 | 0.0948 | 30 | 30 |
| 6 | Oct-99 | 0.0024 | 0.024 | 0.0869 | 31 | 31 |
| 7 | Nov-99 | 0.0024 | 0.024 | 0.0885 | 30 | 30 |
| 8 | Dec-99 | 0.0024 | 0.024 | 0.0869 | 31 | 31 |
| 9 | Jan-00 | 0.0024 | 0.024 | 0.0854 | 31 | 31 |
| 10 | Feb-00 | 0.0024 | 0.024 | 0.0156 | 29 | 0-N |
| 11 | Mar-00 | 0.0024 | 0.024 | 0.0141 | 31 | 0-N |
| 12 | Apr-00 | 0.0024 | 0.024 | 0.0178 | 30 | 0-N |
| 13 | May-00 | 0.0024 | 0.024 | 0.0153 | 31 | 0-N |
| 14 | Jun-00 | 0.0024 | 0.024 | 0.0118 | 30 | 0-N |
| 15 | Jul-00 | 0.0024 | 0.024 | 0.0187 | 31 | 0-N |
| 16 | Aug-00 | 0.0024 | 0.024 | 0.0173 | 31 | 0-N |
| 17 | Sep-00 | 0.0024 | 0.024 | 0.0194 | 30 | 0-N |
| 18 | Oct-00 | 0.0024 | 0.024 | 0.0212 | 31 | 0-N |
| 19 | Nov-00 | 0.0024 | 0.024 | 0.0196 | 30 | 0-N |
| 20 | Dec-00 | 0.0024 | 0.024 | 0.0182 | 31 | 0-N |
| 21 | Jan-01 | 0.0024 | 0.024 | 0.0197 | 31 | 0-N |
| 22 | Feb-01 | 0.0024 | 0.024 | 0.0217 | 28 | 0-N |
| 23 | Mar-01 | 0.0024 | 0.024 | 0.0217 | 31 | 0-N |
| 24 | Apr-01 | 0.0024 | 0.024 | 0.0161 | 30 | 0-N |
| 25 | May-01 | 0.0024 | 0.024 | 0.0180 | 31 | 0-N |
| 26 | Jun-01 | 0.0024 | 0.024 | 0.0180 | 30 | 0-N |
| 27 | Jul-01 | 0.0024 | 0.024 | 0.0094 | 31 | 0-N |
| 28 | Aug-01 | 0.0024 | 0.024 | 0.0094 | 31 | 0-N |
| 29 | Sep-01 | 0.0024 | 0.024 | 0.0072 | 30 | 0-N |
| 30 | Oct-01 | 0.0024 | 0.024 | 0.0055 | 31 | 0-N |
| 31 | Nov-01 | 0.0024 | 0.024 | 0.0071 | 30 | 0-N |
| 32 | Dec-01 | 0.0024 | 0.024 | 0.0084 | 31 | 0-N |
| 33 | Jan-02 | 0.0024 | 0.024 | 0.0082 | 31 | 0-N |
| 34 | Feb-02 | 0.0024 | 0.024 | 0.0102 | 28 | 0-N |
| 35 | Mar-02 | 0.0024 | 0.024 | 0.0117 | 31 | 0-N |
| 36 | Apr-02 | 0.0024 | 0.024 | 0.0132 | 30 | 0-N |
| 37 | May-02 | 0.0024 | 0.024 | 0.0139 | 31 | 0-N |
| 38 | Jun-02 | 0.0024 | 0.024 | 0.0139 | 30 | 0-N |
| 39 | Jul-02 | 0.0024 | 0.024 | 0.0139 | 31 | 0-N |
| 40 | Aug-02 | 0.0024 | 0.024 | 0.0154 | 31 | 0-N |
| 41 | Sep-02 | 0.0024 | 0.024 | 0.0171 | 30 | 0-N |
| 42 | Oct-02 | 0.0024 | 0.024 | 0.0200 | 31 | 0-N |
| 43 | Nov-02 | 0.0024 | 0.024 | 0.0183 | 30 | 0-N |
| 44 | Dec-02 | 0.0024 | 0.024 | 0.0171 | 31 | 0-N |
| 45 | Jan-03 | 0.0024 | 0.024 | 0.0157 | 31 | 0-N |
| 46 | Feb-03 | 0.0024 | 0.024 | 0.0116 | 28 | 0-N |
| 47 | Mar-03 | 0.0024 | 0.024 | 0.0116 | 31 | 0-N |
| 48 | Apr-03 | 0.0024 | 0.024 | 0.0119 | 30 | 0-Y |

Table 2: Sand Island Effluent Discharge, Violations of Chlordane Average Annual Mass Limit

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | May-03 | 0.0024 | 0.024 | 0.0108 | 31 | 0-Y |
| 50 | Jun-03 | 0.0024 | 0.024 | 0.0125 | 30 | 0-Y |
| 51 | Jul-03 | 0.0024 | 0.024 | 0.0140 | 31 | 0-Y |
| 52 | Aug-03 | 0.0024 | 0.024 | 0.0126 | 31 | 0-Y |
| 53 | Sep-03 | 0.0024 | 0.024 | 0.0109 | 30 | 0-Y |
| 54 | Oct-03 | 0.0024 | 0.024 | 0.0080 | 31 | 0-Y |
| 55 | Nov-03 | 0.0024 | 0.024 | 0.0094 | 30 | 0-Y |
| 56 | Dec-03 | 0.0024 | 0.024 | 0.0173 | 31 | 0-Y |
| 57 | Jan-04 | 0.0024 | 0.024 | 0.0214 | 31 | 0-Y |
| 58 | Feb-04 | 0.0024 | 0.024 | 0.0232 | 29 | 0-Y |
| 59 | Mar-04 | 0.0024 | 0.024 | 0.0255 | 31 | 366 |
| 60 | Apr-04 | 0.0024 | 0.024 | 0.0261 | 30 | 30 |
| 61 | May-04 | 0.0024 | 0.024 | 0.0264 | 31 | 31 |
| 62 | Jun-04 | 0.0024 | 0.024 | 0.0272 | 30 | 30 |
| 63 | Jul-04 | 0.0024 | 0.024 | 0.0275 | 31 | 31 |
| 64 | Aug-04 | 0.0024 | 0.024 | 0.0294 | 31 | 31 |
| 65 | Sep-04 | 0.0024 | 0.024 | 0.0310 | 30 | 30 |
| 66 | Oct-04 | 0.0024 | 0.024 | 0.0325 | 31 | 31 |
| 67 | Nov-04 | 0.0024 | 0.024 | 0.0335 | 30 | 30 |
| 68 | Dec-04 | 0.0024 | 0.024 | 0.0321 | 31 | 31 |
| 69 | Jan-05 | 0.0024 | 0.024 | 0.0320 | 31 | 31 |
| 70 | Feb-05 | 0.0024 | 0.024 | 0.0327 | 28 | 28 |
| 71 | Mar-05 | 0.0024 | 0.024 | 0.0307 | 31 | 31 |
| 72 | Apr-05 | 0.0024 | 0.024 | 0.0303 | 30 | 30 |
| 73 | May-05 | 0.0024 | 0.024 | 0.0302 | 31 | 31 |
| 74 | Jun-05 | 0.0024 | 0.024 | 0.0292 | 30 | 30 |
| 75 | Jul-05 | 0.0024 | 0.024 | 0.0291 | 31 | 31 |
| 76 | Aug-05 | 0.0024 | 0.024 | 0.0228 | 31 | 31 |
| 77 | Sep-05 | 0.0024 | 0.024 | 0.0283 | 30 | 30 |
| 78 | Oct-05 | 0.0024 | 0.024 | 0.0294 | 31 | 31 |
| 79 | Nov-05 | 0.0024 | 0.024 | 0.0291 | 30 | 30 |
| 80 | Dec-05 | 0.0024 | 0.024 | 0.0245 | 31 | 31 |
| 81 | Jan-06 | 0.0024 | 0.024 | 0.0220 | 31 | 31 |
| 82 | Feb-06 | 0.0024 | 0.024 | 0.0212 | 28 | 28 |
| 83 | Mar-06 | 0.0024 | 0.024 | 0.0217 | 31 | 31 |
| 84 | Apr-06 | 0.0024 | 0.024 | 0.0247 | 30 | 30 |
| 85 | May-06 | 0.0024 | 0.024 | 0.0248 | 31 | 31 |
| 86 | Jun-06 | 0.0024 | 0.024 | 0.0249 | 30 | 30 |
| 87 | Jul-06 | 0.0024 | 0.024 | 0.0241 | 31 | 31 |
| 88 | Aug-06 | 0.0024 | 0.024 | 0.0247 | 31 | 31 |
| 89 | Sep-06 | 0.0024 | 0.024 | 0.0248 | 30 | 30 |
| 90 | Oct-06 | 0.0024 | 0.024 | 0.0234 | 31 | 0-N |
| 91 | Nov-06 | 0.0024 | 0.024 | 0.0225 | 30 | 0-N |
| 92 | Dec-06 | 0.0024 | 0.024 | 0.0224 | 31 | 0-N |
| 93 | Jan-07 | 0.0024 | 0.024 | 0.0221 | 31 | 0-N |
| 94 | Feb-07 | 0.0024 | 0.024 | 0.0216 | 28 | 0-N |
| 95 | Mar-07 | 0.0024 | 0.024 | 0.0207 | 31 | 0-N |
| 96 | Apr-07 | 0.0024 | 0.024 | 0.0168 | 30 | 0-N |
| 97 | May-07 | 0.0024 | 0.024 | 0.0157 | 31 | 0-N |
| 98 | Jun-07 | 0.0024 | 0.024 | 0.0156 | 30 | 0-N |
| 99 | Jul-07 | 0.0024 | 0.024 | 0.0157 | 31 | 0-N |
| | | | | Totals: | 2985 | 1526 |