CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4203
Facsimile: (808) 523-4583
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIV. NO. CV04-00463 DAE-KSC<br><br>**CITY AND COUNTY OF HONOLULU'S MOTION FOR RECONSIDERATION AND CLARIFICATION OF**<br>(continued on next page)<br>Date:     N/A<br>Time:     N/A<br>Judge:    Hon. David Alan Ezra<br>Order Entered: 10/30/07<br><br>**(NON-HEARING MOTION)** |

|  |  |
|---|---|
|  | ) **ORDER FILED OCTOBER 30,** <br> ) **2007 REGARDING PLAINTIFFS'** <br> ) **MOTION FOR PARTIAL** <br> ) **SUMMARY JUDGMENT;** <br> ) **MEMORANDUM IN SUPPORT** <br> ) **OF MOTION; CERTIFICATE OF** <br> ) **SERVICE** <br> ) |

# CITY AND COUNTY OF HONOLULU'S MOTION FOR RECONSIDERATION AND CLARIFICATION OF ORDER FILED OCTOBER 30, 2007 REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant City and County of Honolulu ("CCH") respectfully moves for reconsideration of the Court's October 30, 2007 Order regarding Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends, and Our Children's Earth Foundation's ("plaintiffs") Motion for Partial Summary Judgment on Plaintiffs' Fourth Claim as to the Court's finding of 832 Clean Water Act violations related to delays in the construction of the Hart Street Pump Station.  In addition, CCH further respectfully requests that this Court clarify that plaintiffs' Fifth, Seventh, and Tenth Claims are dismissed because there is no longer an "actual controversy" as to those claims.

//

//

//

This Motion is based upon Local Rules 7.2 and 60.1 of the Rules of the United States District Court for the District of Hawai'i and the attached memorandum.

DATED:    Honolulu, Hawaii            Respectfully submitted,
          November 14, 2007           CARRIE OKINAGA
                                      Corporation Counsel

                                      By: /s/Kathleen A. Kelly
                                          Kathleen A. Kelly
                                          Attorneys for Defendant
                                          The City and County Of Honolulu

ACTIVE/72315158.2/2017866-0000309724