IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) <br> HAWAI'I'S THOUSAND FRIENDS;   ) <br> and OUR CHILDREN'S EARTH   ) <br> FOUNDATION,   ) <br> ) <br> Plaintiffs,   ) <br> ) <br> vs.   ) <br> ) <br> CITY AND COUNTY OF   ) <br> HONOLULU and FRANK DOYLE,   ) <br> DIRECTOR OF THE DEPARTMENT ) <br> OF ENVIRONMENTAL SERVICES,   ) <br> in his official capacity,   ) <br> ) <br> Defendants.   ) <br> _____) | CIVIL NO. CV04-00463 DAE-BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**CITY AND COUNTY OF HONOLULU'S MOTION FOR RECONSIDERATION AND CLARIFICATION OF ORDER FILED OCTOBER 30, 2007 REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION**

was duly served upon the following individuals at their address listed below on November 14, 2007:

    Served Electronically through CM/ECF:    <u>Email address</u>

        CHRISTOPHER SPROUL    csproul@enviroadvocates.com
        Environmental Advocates
        5135 Anza Street
        San Francisco, California 94121

        PAUL ALSTON    palston@ahfi.com
        WILLIAM M. TAM    wtam@ahfi.com
        BLAKE K. OSHIRO    boshiro@ahfi.com
        Alston Hunt Floyd & Ing
        18th Floor, ASB Tower
        1001 Bishop Street
        Honolulu, Hawaii 96813

    Attorneys for Plaintiffs

    DATED: Honolulu, Hawaii, November 14, 2007.

                        CARRIE K.S. OKINAGA
                        Corporation Counsel

                        By <u>/s/ Kathleen A. Kelly</u>
                            KATHLEEN A. KELLY
                            Deputy Corporation Counsel
                            Attorneys for Defendants