CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel: (415) 533-3376,
Fax: (415) 358-5695
Email: csproul@enviroadvocates.com

PAUL ALSTON          1126-0
WILLIAM TAM          1887-0
BLAKE OSHIRO         7646-0
ALSTON HUNT FLOYD & ING
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai‘i  96813
Tel: (808) 524-1800,
Fax: (808) 524-4591
Email: paltson@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI‘I CHAPTER,
HAWAI‘I'S THOUSAND FRIENDS
and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SIERRA CLUB, HAWAI‘I CHAPTER; HAWAI‘I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>　　　　Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF CHRISTOPHER SPROUL; EXHIBITS A-O; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. David A. Ezra<br>Order Entered: 9/30/05<br>(NON-HEARING MOTION) |

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS**

Plaintiffs Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends, and Our Children's Earth Foundation (collectively, "Plaintiffs") move for reconsideration of the Court's Order filed September 30, 2005 regarding Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' First and Second Claims. Plaintiffs' Second Amended Complaint filed January 10, 2005.

This Motion is based upon Rules 7, 56, 59, and 60 of the Federal Rules of Civil Procedure, Rule 60.1 of the Rules of the United States District Court for the District of Hawai'i, the attached memorandum, declarations, and exhibits, and the files and records herein.

Dated: Honolulu, Hawai'i, November 15, 2007.

      /s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM TAM
BLAKE OSHIRO
ALSTON HUNT FLOYD & ING
Attorneys for Plaintiffs