# DOH SPREADSHEET 2

EXHIBIT M

SM:WWSpills99                                                                                                   5/3/2004

| LOCATION/DESCRIPTION | DATE/TIME BEGAN AND DATE/TIME ENDED | DUR | TYPE | QUAN | QUANTITY | FACILITY/RECEIVING | DAYS POSTED | CAUSE/CORRECTIVE ACTIONS TAKEN |
|---|---|---|---|---|---|---|---|---|
| Pier 35 near Hart Street force main, Honolulu, Oahu | 4/16/99 10:05 am 4/17/99 3:20 am | 17 hrs 15 min | raw | 1.99 mg | 1,990,000 | Sand Island WWTP / drain culvert, Honolulu Harbor | 4/16/99 4/19/99 yes harbor | broken force main, sewage spilled into an adjacent drain culvert leading to Honolulu Harbor, warning signs posted, press release made, sampling to be conducted Tel: 4/16/99 D. Piepgrass, FAXes: 4/16/99, 4/19/99, Ltrs: 5/6/99, 5/27/99 |
| Alpha dock, Hickam AFB, Oahu | 4/26/99 5:00 pm 4/28/99 4:45 am | 35 hrs 45 min | raw | 1.2 mg | 1,200,000 | Fort Kam WWTP / Pearl Harbor | 4/27/99 4/30/99 no pier, beach, Iroquois Point | sewage spill due to collapsed 27 inch force main, Navy currently pumping out affected area in order to facilitate repairs, signs posted along beaches near Fort Kam WWTP and Iroquois Point, sampling initiated, press release made, temporary fix completed at |
| Fort Armstrong, Forrest Ave, Kakaako area, Oahu | 10/2/99 4:00 pm 10/3/99 1:15 pm | 9 hrs 15 min | raw | 300,000 to 400,000 | 400,000 | Sand Island WWTP / storm drain | 0 / yes no | sewage spill caused by damaged air relief valve, spill occurred within secured construction area, most of which was contained within excavation, a portion (480 gallons) entered a storm drain, but stopped by a plug (vacuumed out), the line was repaired, sewage in the excavated area was pumped into nearby sewer line, cleanup to be completed this week, info was called to Mike Cripps (HEER), he |
| Fort Kam WWTP, Hickam AFB, Oahu | 12/9/99 4:00 am 12/9/99 5:00 am | 1 hr | 2nd | 340000 | 340,000 | Fort Kam WWTP / Pacific Ocean | 12/9/99 12/9/99 NA shoreline | there was a power outage and the backup generator didn't go online. The Navy is investigating the cause. This resulted in the effluent not being UV treated. The Navy will post signs near housing and take water samples at receiving water station sites, notification to be made to Navy personnel Tel: 12/9/99 Joanne Higuchi, FAX: 12/15/99, Ltr: 12/15/99, 24 hour |
| Bldg 255, Helemano Military Reservation, Oahu | 10/20/99 unk 10/20/99 8:00 am | unk | raw | 237000 | 237,000 | Schofield Barracks WWTP / Poamoho gulch | no | pump failure and alarm did not ring, approximately 237,000 gallons flowed along the roadside into a gulch, believed to have occurred during the night (was noticed at 7:45 am on 10/20/99), note that the gulch is very steep and located in the pineapple fields, cleaning roadside area, press release made Tel: 10/20/99 Russell Leong, FAXes: 10/20/99, 10/26/99, Ltr: 10/26/99 |
| Fort Kam WWTP, Hickam AFB, Oahu | 5/9/99 7:00 pm to 5/9/99 8:00 pm 5/9/99 9:00 pm to 5/9/99 11:00 pm | 3 hrs | secondary | 200000 | 200,000 | Fort Kam WWTP | NA | electrical outage at plant caused the UV curcuit breaker trip twice, secondary treated effluent discharged without UV disinfection Tel: 5/9/99 to State Hospital, 5/10/99 J. Higuchi |

Page 1

A 000093

EXHIBIT M

SM-WWSpills99　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5/3/2004

| Location | Date/Time Began and Ended | Duration | Type | Volume (gal) | Reached State Waters | Receiving Water | Date Reached / Date Ended / Disposition | Cause / Response / Corrective Action |
|---|---|---|---|---|---|---|---|---|
| Kulaimano WWTP, Kulaimano, Hawaii | 5/30/99 12:00 5/31/99 1:00 pm | 25 hrs | 2nd eff | ~75,000 / 75,000 | no | Kulaimano WWTP / Pacific Ocean | no | release of nonchlorinated effluent to the ocean through the treatment plant outfall, cause was the malfunctioning of chlorination equipment, press release made Tel: 6/16/99 |
| Kahuku WWTP, Oahu | 12/7/99 8:00 am 12/7/99 9:00 am | 1 hr | 2nd, chlorinated | 10600 | 10,600 | no | Kahuku WWTP / wetlands, bird sanctuary | 12/7/99 12/13/99 sanctuary | break in 8 inch cast iron force main between WWTP and injection well. Fish & Wildlife personnel discovered the discharge this morning and called CCH to repair and pump back effluent, effluent is ponding in pasture and going into wetlands/bird sanctuary (not open to public), public notice was waived, WWB will be sending a NAV for the spill to the ground |
| 45-031 Lilipuna Place, Kaneohe, Oahu | 2/1/99 2:30 pm 2/1/99 8:00 pm | 5.5 hrs | raw | 30 gpm | 9,900 | no | Kailua Regional WWTP / Kaneohe Bay | 2/2/99 2/11/99 shoreline | flows backed up in the line leading to the Waikapoki PS and overflowed a manhole at Lilapuna Place (about a mile away) and spilling into Kaneohe Bay Tel: 2/2/99, 2/5/99 K. Sugihara, FAXes: 2/2/99, 2/4/99, 2/5/99, 2/7/99, Ltr: 3/16/99 |
| Tripler AMC, Oahu | 4/15/99 11:45 am 4/15/99 5:00 pm | 5 hrs 15 min | raw | 8000 | 8,000 | yes | Sand Island WWTP / Moanalua Stream | 4/15/99 4/21/99 stream | sewage spill near main gate at Jarett-White Road, suspected cause due to roots and extensive debris in line Tel: 4/15/99 Cliff Takenaka, FAXes: 4/19/99, 4/21/99, Ltrs: 4/20/99, 5/3/99 |
| 45-180 Mahalani Place, Waikapoki PS, Kaneohe, Oahu | 2/1/99 10:00 pm 2/2/99 3:00 am | 5 hrs | raw | 7200 | 7,200 | no | Kailua Regional WWTP / Keaahala Stream, Kaneohe Bay | 2/2/99 2/11/99 shoreline | break in force main at Waikapoki PS caused a surcharge into the collection system, sewage discharged from manhole, manhole is in water within high water mark, sampling conducted, signs posted Tel: 2/2/99, 2/5/99 K. Sugihara, FAXes: 2/2/99, 2/4/99, 2/7/99, Ltr: 3/16/99 |
| 2211 Aniniku Street, Honolulu, Oahu | 5/10/99 10:00 am 5/14/99 11:15 am | 4 days 1 hr 15 min | raw, groundwater | 6200 | 6,200 | no | Sand Island WWTP / Kanaha Stream | 5/14/99 5/28/99* stream | exfiltration from broken 8 inch main into dry stream bed (Kanaha Stream) within construction site, ponding in pit, no public access, currently vacuuming with truck, removed 3000 gallons (some sewage, mostly groundwater/runoff) *estimate only, CCH not sure |

Page 2

A 000094

EXHIBIT M

SM-WWSpills99                                                                                                                                        5/3/2004

| LOCATION OF SPILL | DATE/TIME SPILL BEGAN | DATE/TIME SPILL ENDED | DURATION | RAW/TREATED | GALLONS | EST. QUANTITY | RECEIVING WATERS | REACHED STATE WATERS | DATE POSTED/DATE REMOVED | OBSERVATIONS/ACTIONS TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|
| Aliamanu Military Reservation, Oahu | 5/20/99 1:00 pm | 5/20/99 6:00 pm | 5 hrs | raw | 6000 | 6,000 | Sand Island WWTP / storm drain | yes | 5/20/99 5/21/99 park 5/21/99 lake | gravity line break located on crater rim, sewage flowed down to the city park (traveled along a jogging trail to the park), entered a storm drain located in the parking lot, and possibly into the lake, entire area was disinfected, signs posted Tel: 5/20/99 |
| between 3537 Makanui Place & 2374 10th Avenue, Palolo, Hulu, Oahu | 12/9/99 1:00 pm | 12/9/99 5:00 pm | 4 hrs | raw | 5500 | 5,500 | Sand Island WWTP / Waiomao Stream, Palolo Stream | no | 12/9/99 12/13/99 stream | sewage spill caused by roots, grease and rags, line was routed, press release made, signs posted, sampling conducted, note that there is a future project to replace line Tel: 12/9/99 C. Nishimura, 12/10/99, FAXes: 12/10/99, 12/12/99, Ltr: 1/27/2000 |
| 2293 Liliha Street near Wyllie, Honolulu, Oahu | 12/2/99 10:10 am | 12/2/99 2:05 pm | 3 hrs 55 min | raw | 4800 | 4,800 | Sand Island WWTP / Waolani Stream | no | 12/2/99 12/6/99 stream | sewage discharge from manhole, cause due to roots and possible surcharging from storm water, all entered Waolani Stream, line was rodded and affected area cleaned and disinfected, sampling conducted, signs posted Tel: 12/2/99 C. Nishimura, FAXes: 12/3/99, 12/4/99, Ltrs: 1/25/2000, 1/27/2000 |
| headworks at Kailua Regional WWTP, Kailua, Oahu | 1/21/99 1:30 am | 1/21/99 2:30 am | 1 hr | raw | 4800 | 4,800 | Kailua Regional WWTP / drainage channel | no | 1/21/99 1/25/99 channel | overflow of grit classifier, possible plug in pump caused back up, 2000 entered the drainage channel around WWTP, contained on site, signs posted, sampling conducted Tel: 1/21/99 Keith Sugihara, 1/21/99 to State Hospital, FAXes: 1/21/99, 1/22/99, 1/24/99, 1/25/99, Ltr: 3/2/99 |
| 1750 Ala Moana Blvd Honolulu, Oahu | 3/3/99 8:50 pm | 3/3/99 11:15 pm | 2 hrs 25 min | raw | 2900 | 2,900 | Sand Island WWTP / storm drain, Ala Moana Park canal | yes / no | 3/4/99 3/8/99 canal | sewage discharge from manhole, 2800 gallons entered the storm drain, cause due to grease, signs posted along canal, sampling to be conducted, press release to be made Tel: 3/4/99 C. Nishimura, FAXes: 3/4/99, 3/6/99, 3/8/99 |
| 2404 10th Avenue Place, Honolulu, Oahu | 1/5/99 10:20 pm | 1/6/99 12:05 am | 1 hr 45 min | raw | 2100 | 2,100 | Sand Island WWTP / storm drain, Palolo Stream | yes / no | 1/6/99 1/11/99 stream | discharge from two manhole, all entered Palolo Stream, cause due to roots in line, signs posted, sampling conducted, press release made 1/6/99 (note: the area had heavy rains last night) Tel: to State Hospital last night, 1/6/98 C. Nishimura, D. Piepgrass, FAXes: 1/6/99, 1/8/99, 1/11/99, Ltrs: 2/12/99, 3/2/99 |

Page 3

A 000095

EXHIBIT M

SM-WWSpills99 — 5/3/2004

| Location | Start Date/Time | End Date/Time | Duration | Type | Gallons | Gallons | Reached Water | Facility / Receiving Water | Dates | Description / Corrective Action |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 Kalia Road at intersection with Paoa, Honolulu, Oahu | 12/29/99 8:40 am | 12/29/99 9:05 am | 25 min | raw | 1250 | 1,250 | yes | Sand Island WWTP / storm drain, Duke Kahanamoku Beach, Ilikai boat harbor | 12/29/99 12/31/99 beach, harbor | grease blockage in sewer line resulting in app. 1000 gallons entering the storm drain, 1000 gallons pumped out of storm drain, CDD, press release made, sampling conducted, signs posted Tel: 12/29/99 Ross Tanimoto, D. Piepgrass, FAXes: 12/29/99, 12/31/99, 1/1/2000, 1/2/2000, 1/27/2000, 3/9/2000 |
| Fort Shafter PS, Honolulu, Oahu | 12/28/99 6:30 am | 12/28/99 6:35 am | 5 min | raw | 1000 | 1,000 | no | Sand Island WWTP / Kahauiki stream | 12/28/99 12/30/99 stream | a bypass line leaked near on the of the seals on the line, the bypass line was used to repair a force main to the Sand Island WWTP, 250 gallons entered the stream Tel: 12/28/99 Clifton Takenaka, FAX: 12/30/99, |
| 2951 Noonan Street, Doris Miller Park, Oahu | 12/12/99 10:22 am | 12/12/99 2:30 pm | 3 hrs 52 min | raw | 800 | 800 | yes | Fort Kam WWTP / storm drain | no | sewage spill caused by blockage (roots & grease) in line at Halsey Terrace causing the sewage to discharged from another housing area, 50 gallons entered a storm drain, cleaned and disinfected affected area, will be TVing line Tel: 12/13/99 J. Higuchi, Ltr: 12/16/99 |
| 2386 10th Avenue Place, Honolulu, Oahu | 1/5/99 10:20 pm | 1/5/99 10:40 pm | 20 min | raw | 600 | 600 | no | Sand Island WWTP / Palolo Stream | 1/6/99 1/11/99 stream | discharge from manhole, all entered Palolo Stream, cause due to roots in line, signs posted, sampling conducted, press release made 1/6/99 (note: the area had heavy rains last night) Tel: to State Hospital last night, 1/6/98 C. Nishimura, D. Piepgrass, FAXes: 1/6/99, 1/8/99, 1/11/99, Ltrs: 2/12/99, 3/2/99 |
| Waiomao Road, Palolo, Oahu | 12/24/99 1:05 pm | 12/24/99 1:25 pm | 20 min | raw | 560 | 560 | | Sand Island WWTP / | 12/24/99 | sewage spill caused by grease and coconut husks FAX: 12/24/99 |
| Qtrs 4907A housing area below Kole Kole Pass, Schofield Barracks, Oahu | 5/6/99 5:15 pm | 5/6/99 6:40 pm | 1 hr 25 min | raw | 500 | 500 | yes | Schofield Barracks WWTP / storm drain | no | sewage spill caused by grease build up and clog, sewage discharge from manhole and into storm drain, absorbed in storm drain, cleared line and disinfected area Tel: 5/6/99 to State Hospital, 5/7/99 Walter Nagai, Ltr: 5/13/99 |

Page 4

A 000096

EXHIBIT M

SM-WWSpills99      5/3/2004

| LOCATION OF SPILL | DATE/TIME BEGAN | DATE/TIME ENDED | DURATION | TYPE | EST. QUANTITY (gal) | QUANTITY RECOVERED (gal) | REACHED STATE WATERS | TREATMENT FACILITY / RECEIVING WATERS | DATE REPORTED | CAUSE/CORRECTIVE MEASURES |
|---|---|---|---|---|---|---|---|---|---|---|
| 3086 Waialae Avenue, Kaimuki City Mill, Honolulu, Oahu | 6/1/99 10:30 am | 6/2/99 1:30 am | 15 hrs | raw | 320 | 320 | no | Sand Island WWTP / Palolo Stream | 6/1/99 6/16/99 stream | sewage spill caused by ruptured 8 inch line, sampling conducted, signs posted, line was repaired note: conferred with Eugene Akazawa regarding signs, he okayed removal, but asked if the city could do some checking on the lines (possibly dye testing...) Te |
| 1488 Hale Koa Drive, Waialae Nui, Honolulu, Oahu | 8/17/99 10:10 am | 8/17/99 10:21 am | 11 min | raw | 300 | 300 | yes / yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots, all entered the storm drain, but CCH could not detect flow at Kahala, did not reach Kahala Stream, affected area cleaned and disinfected Tel: 8/17/99 C. Nishimura, Ltrs: 9/24/99, 9/29/99 |
| Pier S1A, Subbase, Pearl Harbor, Oahu | 1/28/99 4:20 pm | 1/28/99 5:15 pm | 55 min | raw | 300 | 300 | yes | Fort Kam WWTP / storm drain, Pearl Harbor | no | mechanical problem, float control malfunctioned causing sewage to backup in manhole, 100 gallons entered storm drain which leads to Pearl Harbor Tel: 1/29/99 Reid Maekawa, Ltr: 2/3/99 |
| 300 North Beretania Street, Honolulu, Oahu | 8/31/99 6:35 pm | 8/31/99 8:00 pm | 1 hr 25 min | raw | 300 | 300 | yes / no | Sand Island WWTP / storm drain, Nuuanu Stream | 9/1/99 9/7/99 stream | sewage spill caused by grease, discharged from 10 inch main, about 250 gallons entered storm drain, 30 gallons were pumped out, line cleared and affected area cleaned and disinfected Tel: 9/1/99 D. Piepgrass, FAXes: 9/3/99, 9/7/99, Ltr: 9/24/99 |
| 2106 Kipona Place, Palolo, olulu, Oahu | 5/29/99 11:18 am | 5/29/99 12:16 | 58 min | raw | 290 | 290 | no | Sand Island WWTP / Waiamao Stream | 5/29/99 6/17/99 stream | sewage spill caused by grease, roots and coconut husks (coconuts were removed) note: conferred with Eugene Akazawa regarding signs, he okayed removal, but asked if the city could do some checking on the lines (possibly dye testing...) Tel: 5/29/99 to Stat |
| 1930 Manoa Road, Honolulu, Oahu | 8/9/99 5:12 pm | 8/9/99 5:30 pm | 18 min | raw | 255 | 255 | yes / yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots, estimated 200 gallons entered and was contained in a storm drain FAX: 8/9/99, Ltrs: 9/22/99, 9/24/99 |

A 000097

Page 5

EXHIBIT M

SM-WWSpills99    5/3/2004

| ADDRESS | TIME BEGAN / TIME ENDED | DURATION | TYPE | QUANTITY | CONTAINED | FACILITY / RECEIVING WATERS | DATE SHOT | CAUSE / COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 94-1050 Paiwa Place, Waipahu, Oahu | 1/15/99 7:10 pm 1/15/99 9:15 pm | 2 hrs 5 min | raw | 250 | 250 | yes | Honouliuli WWTP / storm drain | no | sewage spill caused by grease, 100 gallons entered the storm drain, affected area cleaned and disinfected Fax from State Hospital 1/16/99, Ltrs: 1/25/99, 2/12/99 |
| 1420 Wilhelmina Rise, Honolulu, Oahu | 9/4/99 8:50 pm 9/4/99 9:00 pm | 10 min | raw | 250 | 250 | yes / yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots, entered storm drain, contained, affected area cleaned and disinfected FAX: 9/4/99, Tel: 9/9/99 D. Piepgrass, Ltrs: 10/15/99, 11/12/99 |
| 5231 Poola Street, Waialae Iki, Honolulu, Oahu | 10/19/99 8:00 pm 10/19/99 8:40 pm | 40 min | raw | 200 | 200 | yes / no | Sand Island WWTP / unnamed stream | 10/20/99 10/21/99 stream | sewage spill caused by roots, discharged from a 8 inch main, about 100 gallons entered a stream, this stream leads to Wailupe Beach, sampling conducted, signs posted Tel: 10/19/99 to Joan Bettencourt last nite, 10/20/99 D. Piepgrass, FAX: 10/20/99, Ltrs: 11/19/99, 11/24/99 |
| Bldg 1860, Aliamanu Military Reservation, Oahu | 5/18/99 11:30 pm 5/19/99 1:30 am | 2 hrs | raw | 200 | 200 | yes | Sand Island WWTP / storm drain, retention basin | 5/19/99 5/24/99 | sewage spill caused by grease in line, line was unclogged, affected area cleaned and disinfected, pumping out water behind weir, signs posted, sampling to be conducted 5/21/99 Tel: 5/20/99 C. Takenaka, Ltr: 5/25/99 |
| 99-015 Kauhale Street, Aiea, 'u | 11/7/99 1:34 pm 11/7/99 3:08 pm | 1 hr 34 min | raw | 188 | 188 | no | Honouliuli WWTP / Aiea Stream | no | sewage spill caused by grease in line, spill went over embankment and about 60-70 gallons entered the stream, vacuumed storm drain, cleaned and disinfected area, reported to State Hospital Tel: 11/8/99 J. Lum, FAX: 11/7/99, State Hospital phone log 11/7/99, Ltrs: 12/6/99, 12/15/99 |
| 2005 Kalia Road, Waikiki, Honolulu, Oahu | 10/30/99 9:20 am 10/30/99 9:52 am | 32 min | raw | 160 | 160 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by paper towels and grease in twelve inch line, 150 gallons entered the storm drain, all was pumped out, clean and disinfected area Tel: 11/1/99 D. Piepgrass, FAX: 10/30/99, Ltrs: 11/19/99, 11/24/99 |

Page 6

A 000098

EXHIBIT M

SM-WWSpills99                                                                                                           5/3/2004

| LOCATION | TIME BEGAN | TIME ENDED | DURATION | TYPE | QUANTITY (gal) | ENTERED STATE WATERS | RECEIVING WATERS | DAYS POSTED | CAUSE/CORRECTIVE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| 91-812 Nakaonaona St., Ewa Beach, Oahu | 4/3/99 4:10 pm | | 30 hrs | raw | 150 | 150 yes | Honouliuli WWTP / storm drain | no | sewage spill caused by grease, 100 gallons entered storm drain, affected area cleaned and disinfected FAX: 4/5/99 |
| 95-1300 Makaikai Street, Mililani Mauka, Oahu | 3/8/99 9:15 pm | 3/8/99 9:40 pm | 25 min | raw | 125 | 125 yes | Honouliuli WWTP / storm drain | no | sewage spill, caused by 12 inch plugged line, contained in storm drain, affected area cleaned and disinfected FAX: 3/9/99 |
| NAV STA, pier M-3 & 4, Pearl Harbor, Oahu | 9/27/99 12:00 | 9/27/99 1:00 pm | 1 hr | raw | 100 | 100 NA | Fort Kam WWTP / Pearl Harbor | no | sewage spill from deteriorated pipe located under pier, stopped ship from discharging, put in bypass line, assessed & repaired line on 9/29/99 Tel: 9/29/99 J. Higuchi, Ltr: 9/30/99 |
| intersection of Poki and Wilder, Honolulu | 3/31/99 9:15 am | 3/31/99 9:35 am | 20 min | raw | 100 | 100 yes | Sand Island WWTP / storm drain | no | sewage spill caused by grit and rocks in main, 20 gallons entered storm drain, affected area cleaned and disinfected Tel: 4/1/99 C. Nishimura, 4/5/99 D. Piepgrass |
| Bldg 1492, Schofield Barracks, Oahu | 11/22/99 6:00 pm | 11/22/99 7:30 pm | 1.5 hrs | raw | 100 | 100 yes | Schofield Barracks WWTP / storm drain | no | sewage spill, sticks and branches found in downstream manhole, paper & grease caught on branches, line cleared and jetted, affected area cleaned and disinfected Tel: 11/23/99 Russell Leong |
| Likelike Hwy across from Bishop Museum, Oahu | 12/19/99 7:05 pm | 12/19/99 8:05 pm | 1 hr | raw | 90 | 90 yes | Sand Island WWTP / storm drain | no | sewage spill caused by heavy debris and grit, 50 gallons entered the storm drain, affected area cleaned and disinfected FAX: 12/19/99, 24-hour emergency daily log dated 12/19/99, Ltr: 1/27/2000 |

Page 7

A 000099

EXHIBIT M

SM-WWSpills99                                                                                                5/3/2004

| Location | Date/Time Start | Date/Time End | Duration | Type | Gallons | WWTP | Receiving | Posted | Cause/Corrective Action |
|---|---|---|---|---|---|---|---|---|---|
| 1696 Kalakaua Ave Honolulu, Oahu | 1/20/99 10:05 pm | 1/20/99 10:25 pm | 20 min | raw | 80 | 80 yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease. Tel to HEER: 1/20/99 |
| near Bldg 4810, Schofield Barracks WWTP, Oahu | 11/8/99 2:15 pm | 11/8/99 2:35 pm | 20 min | raw | 80 | 80 yes | Schofield Barracks WWTP / storm drain | no | sewage spill caused by debris in main line, a portion entered the storm drain, wash debris into manhole, cleaned and disinfected area Tel: 11/9/99 Russell Leong |
| 1696 Kalakaua Avenue, Honolulu, Oahu | 1/12/99 8:05 pm | 1/12/99 8:25 pm | 20 min | raw | 80 | 80 yes / no | Sand Island WWTP / storm drain, Ala Wai Canal | no | sewage discharge due to surcharge of sanitary sewer, cause due to exfiltration into ground and drain system Tel: 1/13/99 D. Piepgrass, Ltrs: 2/12/99, 3/10/99 |
| 42-401 Hui Io Street, Ahuimanu, Oahu | 12/4/99 4:15 pm | 12/4/99 4:35 pm | 20 min | raw | 80 | 80 yes / yes | Kailua Regional WWTP / storm drain | no | sewage spill caused by roots, all entered storm drain, affected cleaned and disinfected Tel: 12/6/99 K. Sugihara, FAX: 12/4/99, 24 hour emergency log, |
| 411 North King Street, Honolulu, Oahu | 7/8/99 6:50 pm | 7/8/99 7:04 pm | 14 min | raw | 75 | 75 yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease, 10 gallons entered the storm drain, contained, affected area cleaned and disinfected FAX from State Hospital 7/8/99, Ltrs: 8/25/99, 8/27/99 |
| 410 Atkinson Drive, Honolulu, Oahu | 5/4/99 8:40 am | 5/4/99 8:55 am | 15 min | raw | 60 | 60 yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease, paper buildup, 30 gallons entered the storm drain, contained in storm drain Tel: 5/4/99 C. Nishimura, Ltrs: 5/28/99, 6/15/99 |

Page 8

A 000100

EXHIBIT M

| LOCATION | DATE/TIME START | DATE/TIME END | DURATION | VOLUME (gal) | RAW/TREATED | WWTP / RECEIVING WATER | BYPASS | CAUSE/CORRECTIVE ACTION |
|---|---|---|---|---|---|---|---|---|
| 1001 Ahua Street, Honolulu, Oahu | 11/24/99 1:00 pm | 11/24/99 1:14 pm | 14 min | 60 | raw | Sand Island WWTP / storm drain, Moanalua Stream | no | grease build up in 10 inch vc main, 10 gallons entered Moanalua Stream, affected area cleaned and disinfected Tel: 11/24/99 Warren White, FAXes: 11/25/99, 11/27/99, Ltrs: 1/14/2000, 1/25/2000 |
| 1450 Ninth Avenue, Honolulu, Oahu | 1/5/99 4:55 pm | 1/5/99 5:15 pm | 20 min | 56 | raw | Sand Island WWTP / storm drain | no | discharge from a cleanout, 10 gallons entered the storm drain, cause due to grease in line, affected area was cleaned and disinfected (note: the area had heavy rains last night) Tel: 1/6/98 Craig Nishimura, Don Piepgrass, Ltrs: 1/28/99, 2/12/99 |
| 2238 Kaluaopalena St, Kalihi, Oahu | 4/12/99 5:40 pm | 4/12/99 5:45 pm | 5 min | 55 | raw | Sand Island WWTP / storm drain | no | sewage spill from cleanout caused by grease in 6 inch main, 15 gallons entered storm drain, contained Tel: D. Piepgrass, Ltrs: 5/21/99, 5/27/99 |
| 1827 Palipaa Street, Waialae Nui, Honolulu, Oahu | 6/9/99 11:45 am | 6/9/99 11:55 am | 10 min | 55 | raw | Sand Island WWTP / storm drain | no | sewage spill caused by roots and debris, dissipated in storm drain Tel: 6/10/99, Roy Takara, Ltrs: 6/30/99, 7/26/99 |
| 1347 Kapiolani Blvd, Honolulu, Oahu | 1/20/99 10:27 am | 1/20/99 10:40 am | 13 min | 52 | raw | Sand Island WWTP / storm drain | no | sewage spill caused by grease, unknown amount entered the storm drain, affected area cleaned and disinfected Tel: 1/20/99 C. Nishimura, Ltrs: 2/12/99, 3/2/99 |
| Aiea High School, Aiea, Oahu | 4/21/99 12:35 pm | 4/21/99 1:05 pm | 30 min | 50 | raw | Honouliuli WWTP / storm drain | no | sewage spill caused by grease and paper towels, discharge from manhole located on school grounds, private spill Tel: 4/21/99 C. Nishimura |

A 000101

EXHIBIT M

SM-WWSpills99 | 5/3/2004

| LOCATION OF SPILL | DATE/TIME BEGAN 6/20/99 10:05 am 6/20/99 10:25 am | DURATION 20 min | TYPE raw | EST. VOLUME 50 | REACHED STATE WATERS 50 yes | RECEIVING WATERS Sand Island WWTP / storm drain | BY-PASS no | CAUSE / CORRECTIVE ACTIONS sewage spill caused by roots in line, affected area cleaned and disinfected Tel: 6/21/99 C. Nishimura, Ltrs: 7/21/99, 7/26/99 |
|---|---|---|---|---|---|---|---|---|
| 2042 Manoa Road, Honolulu, Oahu | | | | | | | | |
| 1120 Makaiwa St, Kahala, Honolulu, Oahu | 4/17/99 5:50 pm 4/17/99 6:15 pm | 25 min | raw | 50 | 50 yes | Sand Island WWTP / storm drain | no | sewage spill caused by aluminum pole in a 8 inch vcp main, contained Tel: 4/26/99 D. Piepgrass, Ltr: 5/27/99 |
| Fort Shafter, Oahu | 8/3/99 7:20 am 8/3/99 7:40 am | 20 min | raw | 50 | 50 yes | Sand Island WWTP / storm drain | no | someone walked on an exposed sewer lateral, located in an earthen storm drain/open swale, and the line broke, sewage spill and absorbed into ground, repaired at 7:40 am, information to be submitted with the quarterly spill report Tel: 8/3/99 Cliff Takenaka |
| 4222 Kahala Ave, Honolulu, Oahu | 12/20/99 1:45 pm 12/20/99 unk | unk | raw | 50 | 50 yes / yes | Sand Island WWTP / storm drain | no | sewage spill, cause unknown, evidence only Ltr. 1/27/2000 |
| 1753 Halekauwila Street, olulu, Oahu | 4/27/99 8:00 am 4/27/99 8:20 am | 20 min | raw | 40 | 40 yes | Sand Island WWTP / storm drain | no | about 10 gallons of a 40 gallon sewage spill entered a storm drain, cause due to grease, lines were cleared and affected areas cleaned and disinfected Tel: 4/27/99 C. Nishimura, Ltrs: 5/21/99, 5/27/99 |
| 94-419 Keaoopua Street, Mililani, Oahu | 3/23/99 12:30 pm 3/23/99 1:10 pm | 40 min | raw | 40 | 40 yes | Honouliuli WWTP / storm drain | no | sewage discharge from private manhole in townhouse complex under the control of Chaney Brooks, about 40 gallons entered the storm drain, CCH responded to a trouble call, Tel: 3/23/99 C. Nishimura, FAX: 3/23/99 |

A 000102

Page 10

EXHIBIT M

SM-WWSpills99  5/3/2004

| Location | Start / End Date-Time | Duration | Type | Quantity (gal) | Entered State Waters | Receiving Water | Reached Ocean | Description |
|---|---|---|---|---|---|---|---|---|
| 369 Hobron Lane, Waikiki, Oahu | 11/6/99 8:00 am  11/6/99 8:38 am | 38 min | raw | 40 | 40 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots and grease, entered storm drain, storm drain vacuumed, cleaned and disinfected area Tel: 11/6/99 daily log to Bill Perry, FAX: 11/7/99, Ltrs: 12/3/99, 1/14/2000 |
| Ford Island, Bldg 3 Oahu | 8/14/99 8:00 am  8/14/99 2:00 pm | 6 hrs | raw | 40 | 40 | no | Fort Kam WWTP / Pearl Harbor | no | broken air relief valve, repaired line and sanitized area Tel: 8/16/99 Joanne Higuchi, FAX: 8/14/99, Ltr: 8/17/99 |
| 1272 South King Street, Honolulu, Oahu | 3/4/99 1:15 pm  3/4/99 1:25 pm | 10 min | raw | 40 | 40 | yes | Sand Island WWTP / storm drain | NA | sewage spill caused by grease and toilet paper buildup, about 10 gallons entered storm drain, all contained within the drain Tel: 3/4/99 C. Nishimura, FAX: 3/6/99, Ltr: 3/23/99 |
| intersection of Alani and Houghtailing, Kalihi, Oahu | 3/28/99 10:35 am  3/28/99 10:43 am | 8 min | raw | 40 | 40 | yes | Sand Island WWTP / storm drain | no | sewage spill from a 6 inch main, cause due to grease, affected area cleaned and disinfected Tel: 3/30/99 D. Piepgrass, FAX: 3/29/99 |
| 141 Dowsett Avenue, Nuuanu, Honolulu, Oahu | 2/11/99 1:22 pm  2/11/99 1:34 pm | 12 min | raw | 36 | 36 | no | Sand Island WWTP / Nuuanu Stream | no | sewage spill through broken joint, infiltrated thru ground and retaining wall, wall at edge of stream, cause due to grease and roots blockage Tel: C. Nishimura, Ltr: 3/23/99 |
| 3270 Beaumont Woods Place, Manoa, Honolulu, Oahu | 3/1/99 2:30 pm  3/1/99 2:37 pm | 7 min | raw | 35 | 35 | yes | Sand Island WWTP / storm drain | no | discharge from cleanout, 15 gallons entered storm drain, dissipated in storm drain, cause due to probable broken lateral Tel: 3/2/99 C. Nishimura, Ltr: 2/23/99 |

Page 11

A 000103

EXHIBIT M

SM-WWSpills99

| LOCATION OF SPILL | DATE/TIME OF SPILL BEGAN / ENDED | DURATION | TYPE | DIAMETER | QUANTITY (GAL) | REACHING RECEIVING WATERS | AFFECTED FACILITY | CAUSE/CORRECTIVE ACTION |
|---|---|---|---|---|---|---|---|---|
| 1464 Helu Street, Kailua, Oahu | 10/6/99 8:31 am 10/6/99 8:51 am | 20 min | raw | 30 | 30 | yes | Kailua Regional WWTP / storm drain | sewage spill caused by grease, discharged from manhole, affected area cleaned and disinfected Tel: 11/16/99 K. Sugihara, Ltr: 11/23/99 |
| 1640 Houghtailing Street, Kalihi, Honolulu, Oahu | 3/19/99 7:45 pm 3/19/99 7:55 pm | 10 min | raw | 30 | 30 | yes | Sand Island WWTP / storm drain | sewage spill due to sag in line and grease, 10 gallons entered storm drain, contained, affected area cleaned and disinfected FAX: 3/19/99, Tel: 3/22/99 D. Piepgrass |
| Intersection of Hookelewaa and Meheula, Mililani, Oahu | 9/3/99 1:00 pm 9/3/99 1:30 pm | 30 min | raw | 30 | 30 | yes / yes | Honouliuli WWTP / storm drain | sewage discharged from a cleanout, travelled onto dirt and into a storm drain Tel: 9/3/99 C. Nishimura, Ltr: 10/15/99 |
| 2386 10th Avenue Place, Honolulu, Oahu | 1/6/99 10:30 am 1/6/99 10:35 am | 5 min | raw | 30 | 30 | yes / no | Sand Island WWTP / storm drain | while CCH crew was cleaning after the previous sewage spill, about 30 spilled, of which 20 gallons entered the storm drain Tel: 1/7/99 C. Nishimura, Ltr: 2/12/99 |
| 1?39 Hale Koa, Waialae Nui, ?u | 6/18/99 1:20 pm 6/18/99 1:23 pm | 3 min | raw | 24 | 24 | yes | Sand Island WWTP / storm drain | sewage spill caused by roots, all entered the storm drain, contained in drain, affected area cleaned and disinfected Tel: 6/18/99 C. Nishimura, Ltrs: 6/30/99, 7/26/99 |
| 142 Pauhilani Place, Lanikai, Oahu | 3/27/99 11:45 am 3/27/99 12:30 pm | 45 min | raw | 22 | 22 | ?? | Kailua Regional WWTP ?? | sewage spill due to roots FAX: 3/29/99 |

A 000104

EXHIBIT M

SM-WWSpills99                                                                                                               5/3/2004

| LOCATION | DATE/TIME BEGAN | DATE/TIME ENDED | DURATION | TYPE | EST. VOL (gal) | REACHED STATE WATERS | RECEIVING WATERS | INJURIES | CAUSE/CORRECTIVE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| 3462 Paalea Street, Honolulu, Oahu | 5/21/99 9:00 pm | 5/21/99 9:18 pm | 18 min | raw | 20 | yes | Sand Island WWTP | no | sewage spill caused by grease and roots, sewage seeping thru wall and onto sidewalk and street Tel: 5/24/99 D. Piepgrass, Ltrs: 6/15/99, 6/15/99 |
| intersection of Ninihua Lane and Young Street, Makiki, Honolulu, O'ahu | 6/22/99 12:45 pm | 6/22/99 12:50 pm | 5 min | raw | 20 | yes | Sand Island WWTP / storm drain | no | sewage spilled from cleanout, cause due to grease, all entered storm drain, dissipated in drain, affected area cleaned, five day waiver given Tel: 6/22/99 C. Nishimura, Ltrs: 7/26/99 |
| 2289 Tantalus Drive, Honolulu, Oahu | 9/28/99 9:15 am | 9/28/99 11:30 am | 2 hrs 15 min | raw | 20 | no | Sand Island WWTP / Kanaha Stream | no | discharge from manhole to dry stream bed, used vactor truck to suck up spill, cause due to roots and grease Tel: 9/29/99 C. Nishimura, Ltr: 11/2/99 |
| intersection of Houghtailing and Alani St, Kalihi, Oahu | 4/5/99 7:54 am | 4/5/99 8:00 am | 6 min | raw | 18 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease and grit, 18 gallons entered storm drain, affected area cleaned and disinfected Tel: 4/6/99 C. Nishimura, Ltrs: 5/21/99, 5/27/99 |
| 1475 Middle Street, Honolulu, O'ahu | 1/11/99 1:25 pm | 1/11/99 1:30 pm | 5 min | raw | 15 | yes | Sand Island WWTP / storm drain | no | discharge from cleanout into storm drain catch basin, cause due to grease and rags, affected area cleaned and disinfected Tel: 1/11/99 C. Nishimura, Ltrs: 1/28/99, 2/12/99 |
| 1390 Miller Street, Honolulu, Oahu | 12/29/99 11:15 am | 12/29/99 11:50 pm | 35 min | raw | 15 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease, 5 gallons entered the storm drain, contained Ltr: 1/27/2000 |

Page 13

A 000105

EXHIBIT M

SM-WWSpills99 5/3/2004

| Location | Date/Time | Duration | Type | Volume | Reached State Waters | Receiving WWTP / Water | Public Access | Cause/Remarks |
|---|---|---|---|---|---|---|---|---|
| 98-390 Kamehameha Hwy, Aiea, Oahu | 2/18/99 1:35 pm 2/18/99 1:37 pm | 2 min | raw | 10 | 10 yes | Honouliuli WWTP / storm drain | no | sewage spill discharge from cleanout, caused by hand towels and tampons plugging up lateral, 5 gallons entered storm drain Tel: 2/19/99 C. Nishimura, Ltrs: 3/10/99, 3/15/99 |
| 98-087 Lii Ipo Street, Aiea, Oahu | 2/22/99 9:00 am 2/22/99 9:03 am | 3 min | raw | 10 | 10 yes | Honouliuli WWTP / storm drain | no | sewage discharge from cleanout to storm drain, unknown object in line, will TV line Tel: 2/23/99 C. Nishimura, Ltr. 3/15/99 |
| 94-211 Pulelo Place, Waipahu, Oahu | 3/26/99 8:40 pm 3/26/99 10:00 pm | 1 hr 20 min | raw | 10 | 10 yes | Honouliuli WWTP / storm drain | no | sewage spill due to grease and debris FAX: 3/29/99 |
| 1516 Bertran Street, St. Louis Heights, Honolulu, Oahu | 9/28/99 8:59 am 9/28/99 9:05 am | 6 min | raw | 6 | 6 yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots, affected area cleaned and disinfected Tel: 9/28/99 C. Nishimura, Ltr. 10/15/99 |
| Pier B-2, Pearl Harbor, Oahu | 9/18/99 8:13 am | unk | raw | 6 | 6 NA | Fort Kam WWTP / Pearl Harbor | no | sewage spill from CHT flange, replaced flange Tel: 9/20/99 |
| 1247 North School Street, Kalihi, Honolulu, Oahu | 6/22/99 12:50 pm 6/22/99 12:55 pm | 5 min | raw | 5 | 5 yes | Sand Island WWTP / storm drain | no | sewage spilled from cleanout, cause due to grease and debris, unknown amount entered storm drain, 5 day waiver given Tel: 6/24/99 C. Nishimura, Ltr: 7/26/99 |

Page 14

A 000106

EXHIBIT M

SM-WWSpills99                                                                 5/3/2004

| LOCATION OF SPILL/BYPASS | DATE/TIME STARTED AND TIME ENDED | DURATION | EST. VOL (x1000 gal) | RAW/TREATED | AFFECTED WATERS | ENDED | CAUSE/CORRECTIVE ACTION/COMMENTS |
|---|---|---|---|---|---|---|---|
| 2525 South King Street, Honolulu, Oahu | 5/14/99 9:59 am 5/14/99 10:09 am | 10 min | 4 | raw | yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease, grit and paper towels in the main, spill contained in storm drain Tel: 5/14/99 C. Nishimura, Ltrs: 6/8/99, 6/15/99 |
| B-2, Pearl Harbor, Oahu | 11/20/99 9:16 am |  | <1 | raw | 1 | Fort Kam WWTP / | no | sewage spill FAX: 11/20/99 |
| Valley Recreation Center, Waipio Valley, Oahu | 9/1/99 ~10:00 am 9/1/99 | unk | unk | raw | yes | Wahiawa WWTP / Waikakalaua Stream | no | sewage spill caused by backup in mainline from North Brooke Condo, Tel: 9/1/99 Karen Labasan |
| La Mariana Restaurant 50 Sand Island Road, Honolulu, Oahu | 7/29/99 |  | unk | raw | NA | Sand Island WWTP / Keehi Lagoon | 7/30/99 8/6/99 | sewage spill caused by a toilet left running, overflowed into holding lagoon tank. Sewage used to irrigate plants, some of which appeared to flow into the ocean. CWB inspection report |
| Valley Recreation Center, pio Valley, Oahu | 9/30/99 1:15 pm 9/30/99 3:45 pm | 2 hrs 30 min | unk | raw | yes | Honouliuli WWTP | no | roots in line, sewage running off into storm drain which leads to stream, note: Northbrook condo's mainline, Valley Recreation Center tees into Northbrook, CWB follow up, third incident Tel: 9/30/99 Karen Labasan |
| Halawa Correctional Facility, Halawa, Oahu | 7/5/99 unk 7/7/99 ~11:00 am |  | unk | raw | yes | Honouliuli WWTP / storm drain, Halawa Stream | no | sewage spill caused by plug in line, sewage backed up and discharged into storm drain which empties to Halawa Stream, notified Larry Kiyabu (Corrections, 484-7341) to call CWB, when this type of incident occurs, he will fax info to us Tel: 7/7/99 C. Nishimura |

A 000107

Page 15

EXHIBIT M