

## ANNUAL GOALS FOR TOTAL SPILLS (ISLAND-WIDE)
### (1994-2005)
#### (December 2002)

### NUMBER OF SPILLS

| Causes | 1999 Goal | 1999 Actual | 2000 Goal | 2000 Actual | 2001 Goal | 2001 Actual | 2002 Goal | 2002 Actual | 2003 Goal | 2003 Actual | 2004 Goal | 2004 Actual | 2005 Goal | 2005 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roots | 39 | 86 | 32 | 102 | 32 | 77 | 32 | 60 | | | | | | |
| Grease | 22 | 67 | 14 | 57 | 14 | 68 | 14 | 41 | | | | | | |
| Foreign Matter | 31 | 24 | 30 | 31 | 30 | 19 | 30 | 16 | | | | | | |
| Unknown | 24 | 34 | 23 | 33 | 23 | 30 | 23 | 34 | | | | | | |
| Broken Pipe | 3 | 24 | 0 | 22 | 0 | 16 | 0 | 16 | | | | | | |
| Third Party | 10 | 3 | 10 | 1 | 10 | 0 | 10 | 1 | | | | | | |
| Surcharge | 6 | 2 | 6 | 1 | 6 | 1 | 6 | 3 | | | | | | |
| Slide | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | | | | | | |
| Others (CP) | | 2 | | 5 | | 2 | | 2 | | | | | | |
| Total | 138 | 242 | 118 | 252 | 118 | 213 | 118 | 173 | | | | | | |
| Volume | 56,000 | 2,422,178 | 47,000 | 20,261 | 47,000 | 73,352.5 | 47,000 | 382,762 | | | | | | |

28718

EXHIBIT N

## ANNUAL GOALS FOR TOTAL SPILLS (ISLAND-WIDE)
### (1994-2005)
#### (December 2002)

### NUMBER OF SPILLS

| Causes | 6/92 to 5/94 | Yearly Average | 1994 Goal | 1994 Actual | 1995 Goal | 1995 Actual | 1996 Goal | 1996 Actual | 1997 Goal | 1997 Actual | 1998 Goal | 1998 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roots | 151 | 75 | 70 | 84 | 64 | 84 | 60 | 105 | 53 | 93 | 46 | 104 |
| Grease | 116 | 58 | 53 | 66 | 48 | 72 | 41 | 92 | 35 | 84 | 28 | 53 |
| Foreign Matter | 81 | 40 | 40 | 31 | 39 | 36 | 37 | 30 | 35 | 44 | 34 | 17 |
| Unknown | 59 | 30 | 30 | 22 | 29 | 19 | 29 | 17 | 26 | 20 | 25 | 21 |
| Broken Pipe | 34 | 17 | 15 | 20 | 13 | 18 | 12 | 24 | 9 | 34 | 7 | 24 |
| Third Party | 20 | 10 | 10 | 8 | 10 | 5 | 10 | 14 | 10 | 13 | 10 | 3 |
| Surcharge | 13 | 7 | 7 | 11 | 7 | 4 | 7 | 42 | 6 | 9 | 6 | 0 |
| Slide | 6 | 3 | 3 | 5 | 3 | 2 | 3 | 1 | 3 | 2 | 3 | 0 |
| Others (CP) | | | | | | | | | | | | |
| Total | 480 | 240 | 228 | 247 | 213 | 240 | 199 | 325 | 177 | 299 | 159 | 222 |
| Volume | 181,482 | 90,741 | 87,000 | 82,278 | 82,000 | 54,909 | 77,000 | 948,000 | 73,000 | 63,996 | 63,000 | 165,428 |

28719

EXHIBIT N

28719