**The City and County of Honolulu — News and Events**

Government | Kama'aina | Business | Visitors | Kids World | On-Line Services | Economic Development

Quick Find: Select One:          Search:          GO

You are here: Main / Customer Services / Public Communications Division / 2007 / City Crews Contain Minor Sewage Spill

FOR IMEDIATE RELEASE
October 17, 2007

### CITY CREWS CONTAIN MINOR SEWAGE SPILL

Crews from the Cty's Environmental Services Department responded this morning to a minor sewage overflow from a manhole fronting the Honolulu Board of Water Supply at 550 South Beretania Street.

Approximately 26 hundred gallons spilled out from an eight-inch sewer main. The line was clogged by heavy amounts of paper toweling, which itself does not break down in the sewer system.

Crews secured the spill and cleaned the scene. The Department of Health was notified. The city posted warning signs in the affected area.

-30-

*Wednesday, October 17, 2007*

© Copyright 2002-2007 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

EXHIBIT O