IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SIERRA CLUB, HAWAI‘I CHAPTER; ) | Civil No. 04-00463 DAE-BMK |
| HAWAI‘I'S THOUSAND FRIENDS; and ) | |
| OUR CHILDREN'S EARTH FOUNDATION,) | **CERTIFICATE OF SERVICE** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF HONOLULU and ) | |
| FRANK DOYLE, DIRECTOR OF THE ) | |
| DEPARTMENT OF ENVIRONMENTAL ) | |
| SERVICES, in his official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

| | HAND-DELIVERED | E-MAIL via ECF | MAILED |
|---|---|---|---|
| CARRIE OKINAGA, ESQ. *cokinaga@honolulu.gov* KATHLEEN A. KELLY, ESQ. *kkelly@co.honolulu.hi.us* Corporation Counsel City & County of Honolulu 530 So. King Street Honolulu, HI  96813     and | ( ) | ( X ) | ( ) |

|                    | HAND-DELIVERED | E-MAIL via ECF | MAILED |
|--------------------|:---:|:---:|:---:|
| JAMES DRAGNA, ESQ. | ( )  | ( X ) | ( )  |

JAMES DRAGNA, ESQ.
*jim.dragna@bingham.com*
NANCY WILMS, ESQ.
*nancy.wilms@bingham.com*
BRYAN K. BROWN, ESQ.
*bryan.brown@bingham.com*
c/o Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106

Attorneys for Defendants
City and County of Honolulu and
Frank Doyle, Director of the
Department of Environmental
Services, in his official capacity


            DATED:  Honolulu, Hawai'i, November 15, 2007.


                         /s/ William M. Tam
                        _____
                        CHRISTOPHER SPROUL
                        ENVIRONMENTAL ADVOCATES

                        PAUL ALSTON
                        WILLIAM M. TAM
                        BLAKE K. OSHIRO
                        ALSTON HUNT FLOYD & ING

                        Attorneys for Plaintiffs
                        SIERRA CLUB, HAWAI'I CHAPTER,
                        HAWAI'I'S THOUSAND FRIENDS, and
                        OUR CHILDREN'S EARTH FOUNDATION