CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4203
Facsimile: (808) 523-4583
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) | CIVIL NO. CV04-00463 DAE-BMK |
| HAWAI'I'S THOUSAND FRIENDS; ) | |
| and OUR CHILDREN'S EARTH ) | CERTIFICATE OF SERVICE |
| FOUNDATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU, ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the following

document(s):

RESPONSE TO FIRST SET OF REQUEST FOR PRODUCTION OF
DOCUMENTS

was duly served upon the following by hand delivery or mailing the same, postage

prepaid, on November 16, 2007:

CHRISTOPHER SPROUL                          (via mail)
Environmental Advocates
5135 Anza Street
San Francisco, California  94121

PAUL ALSTON                                 (via hand delivery)
WILLIAM M. TAM
BLAKE K. OSHIRO
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, November 21, 2007.

CARRIE K.S. OKINAGA
Corporation Counsel

By /s/ Kathleen A. Kelly
    KATHLEEN A. KELLY
    Deputy Corporation Counsel
    Attorneys for Defendant

2