CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553-3376
Fax:  (415) 358-5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON          1259-0
WILLIAM TAM          1887-0
BLAKE K. OSHIRO      6746-0
Alston Hunt Floyd & Ing
ASB Tower, 18th Floor
1001 Bishop Street
Honolulu, Hawai'i  96813
Tel:  (808) 524-1800
Fax:  (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Applicants
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity, <br><br> Defendants. | Civil No. 04-00463 DAE-BMK <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANT CITY AND COUNTY OF HONOLULU'S NOVEMBER 14, 2007 MOTION FOR RECONSIDERATION AND CLARIFICATION OF ORDER FILED OCTOBER 30, 2007 REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATE OF SERVICE** <br><br> Hearing:  N/A <br> Time:  N/A <br> Judge:  Hon. David A. Ezra <br><br> (NON-HEARING MOTION) |

663110-1 / 7502-3

**PLAINTIFFS' RESPONSE TO DEFENDANT CITY AND COUNTY OF HONOLULU'S NOVEMBER 14, 2007 MOTION FOR RECONSIDERATION AND CLARIFICATION OF ORDER FILED OCTOBER 30, 2007 REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends, and Our Children's Earth Foundation (collectively, "Citizens") do not oppose the Motion for Reconsideration ("Motion") filed by the City and County of Honolulu ("CCH") filed on November 14, 2007.

First, the Citizens agreed in their Reply Brief to dismiss claims related to CCH's failure to complete the Hart Street Pump Station upgrade project. While the Citizens have evidence that significant problems remained with the Hart Street Pump Station upgrade project past the February 18, 2005 completion deadline in the Sand Island Waste Water Treatment Plant NPDES permit, the Citizens elected not to dispute CCH's contention that the upgrade project was complete enough for the pump station to function by then.

Second, the Citizens also agreed in their Reply Brief to dismiss their Fifth, Seventh and Tenth Claims. The Citizens have evidence establishing the merits of these claims, but concluded that remedying the harm caused by CCH's Clean Water Act violations can be accomplished without establishing liability on these claims. Accordingly, the Citizens agree to dismiss these claims to facilitate resolution of CCH's liability and expedite the remedy phase.

**CONCLUSION**

For the reasons stated above, Plaintiffs have no objection to dismissal of (a) Plaintiffs' claims related to the Hart Street Pump Station upgrade project; and (b) Plaintiffs' Fifth, Seventh and Tenth Claims.

DATED: Honolulu, Hawai'i, November 21, 2007.

Respectfully submitted,

/s/ William M. Tam

CHRISTOPHER SPROUL
Environmental Advocates

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
Alston Hunt Floyd & Ing
Attorneys for Plaintiffs