CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4203
Facsimile: (808) 523-4583
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIV. NO. CV04-00463 DAE-KSC<br><br>**CITY AND COUNTY OF HONOLULU'S APPLICATION FOR A HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS; CERTIFICATE OF SERVICE**<br><br>Date Requested:   Jan. 14, 2008<br>Time Requested:   10:30 a.m.<br>Judge:   Hon. David Alan Ezra<br>Order Entered: 9/30/05 |

A/72326325.1

CITY AND COUNTY OF HONOLULU'S APPLICATION FOR
A HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION
OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS'
FIRST AND SECOND CLAIMS

Pursuant to Local Rule 7.2(e), Defendant City and County of Honolulu ("CCH") hereby requests the Court set a hearing on plaintiffs' Motion for Reconsideration of Order Filed September 30, 2005 Dismissing Plaintiffs' First and Second Claims ("Motion for Reconsideration", Docket #155), filed on or about November 15, 2007. CCH requests that the hearing on the Motion for Reconsideration be scheduled for January 14, 2008, at 10:30 a.m. -- the same date and time this Court has scheduled the hearing on plaintiffs' (as plaintiffs in intervention) Motion to Dismiss the United States' and State of Hawaii's complaint against CCH in United States of America, et al. v. City and County of Honolulu, Civ. No. CV07-00235 DAE-KSC ("2007 Lawsuit"), also filed on or about November 15, 2007 ("Motion to Dismiss", Docket #77 in the 2007 Lawsuit"). Both Motions are based entirely on the Court's September 30, 2005 ruling dismissing *with prejudice* plaintiffs' first and second cause of action under the doctrine of *res judicata*.

I.   A HEARING IS NECESSARY

A hearing on the Motion for Reconsideration is necessary for at least two reasons. First, because these Motions involve the propriety and scope of this Court's prior Order, the same or similar issues of law, and the same parties or

1

parties in interest, consideration of these Motions at the same time would serve the Court's interest in economy and the orderly control and efficient disposition of matters on its docket. The Court has previously scheduled hearings on matters in this action and the 2007 Lawsuit for the same date and time. For example, the Court heard both plaintiffs' Motion for Partial Summary Judgment in this lawsuit and plaintiffs' (as plaintiffs in intervention) Opposition to Entry of the Stipulated Order in the 2007 Lawsuit simultaneously on October 8, 2007.

Second, and perhaps even more important, the Motion for Reconsideration seeks to redetermine a critical substantive ruling made by this Court more than two years ago. As this Court is well aware, the United States and State of Hawaii enforced collection system spill claims under a Consent Decree entered in 1995 in <u>United States, et al. v. City and County of Honolulu</u>, Civ. No. 94-00765 DAE-KSC. As described to this Court in CCH's Reply to plaintiffs' Opposition to Entry of the Stipulated Order ("CCH's Reply", Docket #60 in the 2007 Lawsuit), the 2007 Lawsuit and Stipulated Order is additional oversight of the federal and state governments' enforcement of the collection system spill claims. Through their Motion for Reconsideration, plaintiffs seek to entirely undo the prior settlements, which are broad and comprehensive in scope, and involve more than $1 billion in injunctive relief measures. Given the critical issues at

2

stake, CCH submits a hearing is warranted to ensure their full and proper adjudication.

Accordingly, for these reasons, CCH requests the Court set a hearing on the Motion for Reconsideration on January 14, 2008 at 10:30 a.m.

## II. THE COURT SHOULD SET THE BRIEFING SCHEDULE IN ACCORDANCE WITH LOCAL RULES BASED ON THE REQUESTED JANUARY 14, 2008 HEARING DATE

Additionally, CCH respectfully requests that the opposition and reply deadlines for the Motion for Reconsideration be based on the January 14, 2008 hearing date, pursuant to Local Rule 7.4 as that rule relates to "motions set for hearing" (18 and 11 days before the hearing dates, respectively).  The extension of the briefing schedule is particularly important here because CCH's opposition is currently due on November 29, 2007, just after the Thanksgiving holiday.  The current schedule does not provide CCH with adequate time to fully respond to the Motion for Reconsideration, particularly given the magnitude of the issues at stake.

\\

\\

\\

\\

\\

\\

3

III. <u>CONCLUSION</u>

For these reasons set forth above, CCH respectfully requests that the Court schedule a hearing on the Motion for Reconsideration on January 14, 2008 at 10:30 a.m., with an opposition and reply due in accordance with Local Rule 7.4, as that Rule applies to "motions set for hearing."

DATED:  Honolulu, Hawaii         Respectfully submitted,
        November 26, 2007         CARRIE OKINAGA
                                  Corporation Counsel

                                  By: /s/Kathleen A. Kelly
                                      Kathleen A. Kelly
                                      Attorneys for Defendant
                                      The City and County Of Honolulu