IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER;<br>HAWAI'I'S THOUSAND FRIENDS;<br>and OUR CHILDREN'S EARTH<br>FOUNDATION,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF<br>HONOLULU and FRANK DOYLE,<br>DIRECTOR OF THE DEPARTMENT<br>OF ENVIRONMENTAL SERVICES,<br>in his official capacity,<br><br>                     Defendants. | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

CITY AND COUNTY OF HONOLULU'S APPLICATION FOR
A HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION
OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS'
FIRST AND SECOND CLAIMS

was duly served upon the following individuals at their address listed below on

November 26, 2007:

Served Electronically through CM/ECF:     <u>Email address</u>

    CHRISTOPHER SPROUL    csproul@enviroadvocates.com
    Environmental Advocates
    5135 Anza Street
    San Francisco, California  94121

    PAUL ALSTON    palston@ahfi.com
    WILLIAM M. TAM    wtam@ahfi.com
    BLAKE K. OSHIRO    boshiro@ahfi.com
    Alston Hunt Floyd & Ing
    18th Floor, ASB Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, November 26, 2007.

                        CARRIE K.S. OKINAGA
                        Corporation Counsel

                        By <u>/s/ Kathleen A. Kelly</u>
                            KATHLEEN A. KELLY
                            Deputy Corporation Counsel
                            Attorneys for Defendants