IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI`I CHAPTER; HAWAI`I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>            Defendant. | CV. NO. 04-00463 DAE-BMK |

ORDER GRANTING DEFENDANT'S APPLICATION FOR A
HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION
OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING
PLAINTIFFS' FIRST AND SECOND CLAIMS

Pursuant to Local Rule 7.2(d), the Court finds the Defendant's application suitable for disposition without a hearing.  On November 26, 2007, Defendant filed an application requesting a hearing on Plaintiffs' motion for reconsideration filed on November 15, 2007, to be scheduled for January 14, 2008, at 10:30 a.m., the same date and time as the hearing on Plaintiffs' Motion to Dismiss the United States' and State of Hawaii's complaint against CCH in United States of America, et al. v. City and County of Honolulu, Civil No. 07-00235

DAE-KSC), stating that both motions are based on the Court's September 30, 2005 ruling. Because the reconsideration motion raises serious issues and is related in some respect to the motion to dismiss, which is currently set for hearing, the Court hereby GRANTS Defendant's application. A hearing on the reconsideration motion is hereby set for January 14, 2008, at 10:30 a.m. The opposition and reply are due in accordance with Local Rule 7.4, as that Rule applies to "motions set for hearing."

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, November 29, 2007.



_____
David Alan Ezra
United States District Judge

Sierra Club, Hawai`i Chapter, et al. vs. City and County of Honolulu, Civil No. 04-00463 DAE-BMK; ORDER GRANTING DEFENDANT'S APPLICATION FOR A HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS