CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone:  (808) 523-4203
Facsimile:  (808) 523-4583
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499
Email:  nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIV. NO. CV04-00463 DAE-BMK<br><br>**DECLARATION OF KATHLEEN A. KELLY IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS**<br>Date:   Feb. 25, 2008<br>Time:   9:45 a.m.<br>Judge:  Hon. David Alan Ezra |

## DECLARATION OF KATHLEEN A. KELLY

I, Kathleen A. Kelly, declare as follows:

1. I am Deputy Corporation Counsel for defendant City and County of Honolulu ("CCH"). I am admitted to practice before this Court.

2. In an article titled *Sewer upgrades to cost $1.6 billion*, the United States Environmental Protection Agency ("EPA") recognized it is impossible to have "zero spills anywhere....The goal is to have as few spills as possible." A true and correct copy of this article is attached hereto as **Exhibit A**.

3. True and correct copies of the United States' Opposition Reply and the Declaration of Joann Cola in Support of the United States' Opposition Reply, filed September 26, 2007, are attached hereto as **Exhibits B and C**. True and correct copies of the State's Opposition Reply and the Declaration of Lilian Stoddard in support of the State's Opposition Reply, filed September 25, 2007, are attached hereto as **Exhibit D and E**.

4. On May 8, 2007, The United States Environmental Protection Agency ("EPA"), on behalf of itself and the State of Hawai'i Department of Health ("DOH"), lodged a Stipulated Order providing injunctive relief for certain force mains. Concurrently with the lodging of the Stipulated Order, EPA also lodged a complaint ("Beachwalk Claim") with a single cause of action based on a March 24, 2006 spill at the Beachwalk force main. A true and correct copy of the Beachwalk

1

Complaint, filed May 8, 2007, is attached hereto as **Exhibit F**. The Stipulated Order was entered by this Court on October 10, 2007.

   5. On March 6, 2007, plaintiffs filed a Motion to Intervene in the 1994 Government Lawsuit. On May 4, 2007, Magistrate Judge Chang issued Findings and Recommendation allowing plaintiffs to intervene in the 1994 lawsuit, subject to four conditions. This Court adopted those Findings and Recommendation on May 24, 2007. A true and correct copy of Magistrate Judge Chang's May 4, 2007 Findings and Recommendation is attached hereto as **Exhibit G**.

   6. On May 26, 2007, plaintiffs filed a Motion to Intervene in the Beachwalk Claim. On June 28, 2007, Magistrate Judge Chang issued Findings and Recommendation granting intervention. This Court adopted those Findings and Recommendation on July 26, 2007. On November 21, 2007, Magistrate Judge Chang imposed the same four conditions on plaintiffs' intervention. This Court adopted those conditions in its December 13, 2007 Order. A true and correct copy of Magistrate Judge Chang's November 21, 2007 Findings and Recommendation is attached hereto as **Exhibit H**.

   7. Because plaintiffs Sierra Club, Hawai'i Chapter, Hawai'i's Thousand Friends, and Our Children's Earth Foundation (collectively, "plaintiffs") would not agree to a stay in litigation, they have not been included in the

settlement discussions. Plaintiffs continue to pursue litigation, including their Motion for Partial Summary Judgment (Docket #52), extensive written discovery promulgated on October 11, 2007, and the current Motion for Reconsideration. In addition, plaintiffs have also brought a Motion to Dismiss the Beachwalk Claim. A true and correct copy of plaintiffs' Motion to Dismiss, filed November 15, 2007, is attached hereto as **Exhibit I**.

I, Kathleen A. Kelly, do declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of February 2008 in Honolulu, Hawaii.

/s/ Kathleen A. Kelly
Kathleen A. Kelly