CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 527-5351
Facsimile: (808) 523-4583
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIV. NO. CV04-00463 DAE-BMK<br><br>**DECLARATION OF ROSS TANIMOTO IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS**<br>Date: Feb. 25, 2008<br>Time: 9:45 a.m.<br>Judge: Hon. David Alan Ezra |

## DECLARATION OF ROSS TANIMOTO

I, ROSS TANIMOTO, hereby declare as follows:

1. I am Deputy Director of the Department of Environmental Services ("ENV") of the City and County of Honolulu ("CCH"), a defendant in this action. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth herein. ENV, among other things, is charged with the responsibility to administer the planning, design and construction of wastewater facilities, oversee the operation and maintenance of sewer lines, treatment plants and pumping stations, monitor the collection, treatment and disposal of wastewater, promulgate rules and regulations as necessary to administer and enforce requirements established by law, and perform such other duties as may be required by law. As Deputy Director, I assist the Director in overseeing all of these activities. I have personal knowledge of the following facts, or have been informed of them by the responsible CCH personnel and/or CCH's technical/scientific consultants, and believe them to be true, and could and would testify competently thereto if called as a witness.

2. CCH estimates that the 25-year Consent Decree injunctive program requires a total investment of approximately $1 billion ($910,000,000) by CCH in its collection system.

1

3. Spills have declined from 321 in 1999 to 183 in 2007. Spills from CCH's gravity mainline sewers have likewise declined, from 120 in 1999 to 57 in 2007, a decrease of more than 50 percent.

4. At about the same time CCH, the United States Environmental Protection Agency ("EPA") and the State of Hawai'i's Department of Health ("DOH") (collectively, the "Governments") were set to begin settlement negotiations regarding collection system issues in early 2006, CCH experienced the failure of its Beachwalk Force Main on March 24, 2006. This event highlighted for both the Governments and CCH certain urgent needs with regard to the collection system. CCH and the Governments therefore focused their discussions on the urgent force main issues, including Beachwalk; these talks proceeded on a rigorous schedule throughout 2006 and into 2007. On May 8, 2007, EPA lodged the Stipulated Order, which set forth the terms of the agreed-upon injunctive relief program regarding these force mains, thereby augmenting the existing injunctive program under the 1995 Consent Decree.

5. CCH has already made substantial progress in implementing the Stipulated Order. A true and correct copy of a letter dated January 29, 2008 sent to the Governments and the United States Department of Justice attaching a

//

A/72358361.5/2017866-0000309724

chart setting forth CCH's progress as of December 31, 2007 is attached hereto as **Exhibit A**.

I, Ross Tanimoto, do declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of February 2008 in Honolulu, Hawaii.

*/s/ Ross S. Tanimoto*

Ross Tanimoto