CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 527-5351
Facsimile: (808) 523-4583
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF HONOLULU<br>  Defendant. | CIV. NO. CV 04-00463 DAE-BMK<br><br>**LR 7.5 CERTIFICATE OF COUNSEL**<br><br>Date:   Feb. 25, 2008<br>Time:   9:45 a.m.<br>Judge:  Hon. David A. Ezra |

## LR 7.5 CERTIFICATE OF COUNSEL

Pursuant to the Local Rules, Kathleen A. Kelly, attorney for Defendant City and County of Honolulu, hereby certifies that the word count for Defendant's Memorandum In Opposition To Plaintiffs' Motion For Reconsideration Of Order Filed September 30, 2005 Dismissing Plaintiffs' First And Second Claims ("Memorandum"), is 8,010 words. Accordingly, the Memorandum complies with Local Rules 7.5(b) and (e).

DATED:  Honolulu, Hawaii
        February 7, 2008

CARRIE OKINAGA
Corporation Counsel

By /s/ Kathleen A. Kelly_____
   Kathleen A. Kelly
   Deputy Corporation Counsel
   Attorneys for Defendants
   City and County of Honolulu

A/72419791.1/2017866-0000309724