IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) <br> HAWAI'I'S THOUSAND FRIENDS; ) <br> and OUR CHILDREN'S EARTH ) <br> FOUNDATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU and FRANK DOYLE, ) <br> DIRECTOR OF THE DEPARTMENT ) <br> OF ENVIRONMENTAL SERVICES, ) <br> in his official capacity, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL NO. CV04-00463 DAE-BMK <br><br> CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date a copy of the following document(s):

      CITY AND COUNTY OF HONOLULU'S MEMORANDUM IN
      OPPOSITION TO PLAINTIFFS' MOTION FOR
      RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005
      DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS;
      DECLARATION OF KATHLEEN A. KELLY AND EXHIBITS A
      THROUGH I; DECLARATION OF ROSS TANIMOTO AND
      EXHIBIT A, AND LR. 7.5 CERTIFICATE OF COUNSEL

was duly served upon the following individuals at their address listed below on February 7, 2008:

    Served Electronically through CM/ECF:    <u>Email address</u>

        CHRISTOPHER SPROUL    <u>csproul@enviroadvocates.com</u>
        Environmental Advocates
        5135 Anza Street
        San Francisco, California  94121

        PAUL ALSTON    <u>palston@ahfi.com</u>
        WILLIAM M. TAM    <u>wtam@ahfi.com</u>
        BLAKE K. OSHIRO    <u>boshiro@ahfi.com</u>
        Alston Hunt Floyd & Ing
        18th Floor, ASB Tower
        1001 Bishop Street
        Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

    DATED:  Honolulu, Hawaii, February 7, 2008.

                                              CARRIE K.S. OKINAGA
                                              Corporation Counsel

                                              By <u>/s/ Kathleen A. Kelly</u>
                                                   Kathleen A. Kelly
                                                 Deputy Corporation Counsel
                                                 Attorneys for Defendants