IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; ) <br> HAWAIʻI'S THOUSAND FRIENDS; and ) <br> OUR CHILDREN'S EARTH FOUNDATION,) <br> ) <br> Plaintiffs,  ) <br> ) <br> vs.  ) <br> ) <br> CITY AND COUNTY OF HONOLULU and ) <br> FRANK DOYLE, DIRECTOR OF THE  ) <br> DEPARTMENT OF ENVIRONMENTAL  ) <br> SERVICES, in his official  ) <br> capacity,  ) <br> ) <br> Defendants.  ) <br> ) | Civil No. 04-00463 DAE-BMK <br><br> **CERTIFICATE OF WORD COUNT** |

**CERTIFICATE OF WORD COUNT**

Pursuant to Local Rule 7.5, I hereby certify that Plaintiffs' Reply Memorandum in Support of Their Motion for Reconsideration of Order Filed September 30, 2005 Dismissing Plaintiffs' First and Second Claims contains 3,637 words, exclusive of case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificate of service.

DATED: Honolulu, Hawaiʻi, February 14, 2008.

                                                    /s/ William M. Tam  
                                                  CHRISTOPHER SPROUL  
                                                  Environmental Advocates  
                                                  PAUL ALSTON  
                                                  WILLIAM M. TAM  
                                                  BLAKE K. OSHIRO  
                                                  Alston Hunt Floyd & Ing  
                                                  Attorneys for Plaintiffs  
                                                  SIERRA CLUB, HAWAIʻI CHAPTER,  
                                                  HAWAIʻI'S THOUSAND FRIENDS, and OUR  
                                                  CHILDREN'S EARTH FOUNDATION