IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity, <br><br> Defendants. | Civil No. 04-00463 DAE-BMK <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

| | HAND-DELIVERED | E-MAIL via ECF | MAILED |
|---|---|---|---|
| CARRIE OKINAGA, ESQ. *cokinaga@honolulu.gov* KATHLEEN A. KELLY, ESQ. *kkelly@co.honolulu.hi.us* Corporation Counsel City & County of Honolulu 530 So. King Street Honolulu, HI 96813 and | ( ) | ( X ) | ( ) |

|  | HAND-<br>DELIVERED | E-MAIL<br>via ECF | MAILED |
|---|---|---|---|
| JAMES DRAGNA, ESQ. | ( ) | ( X ) | ( ) |

JAMES DRAGNA, ESQ.
*jim.dragna@bingham.com*
NANCY WILMS, ESQ.
*nancy.wilms@bingham.com*
BRYAN K. BROWN, ESQ.
*bryan.brown@bingham.com*
c/o Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106

Attorneys for Defendants
City and County of Honolulu and
Frank Doyle, Director of the
Department of Environmental
Services, in his official capacity

DATED:  Honolulu, Hawai'i, February 14, 2008.


      /s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION