# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00463DAE-BMK |
| CASE NAME: | Sierra Club, Hawaii Chapter, et al. v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Christopher Sproul(by phone) <br> William Tam |
| ATTYS FOR DEFT: | Carrie Okinaga <br> Kathleen Kelly <br> James Dragnar(by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 02/25/2008 | TIME: | 9:50am-10:10am |

COURT ACTION: EP: [155]MOTION for Reconsideration PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS by Sierra Club-Hawaii Chapter, Hawaii's Thousand Friends, Our Children's Earth Foundation.

Oral arguments heard.

[155]MOTION for Reconsideration PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS by Sierra Club-Hawaii Chapter, Hawaii's Thousand Friends, Our Children's Earth Foundation- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager