# EXHIBIT I

Case 1:04-cv-00463-DAE-BMK   Document 167-11   Filed 03/11/2008   Page 1 of 12



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION IX
75 Hawthorne Street
San Francisco, CA 94105-3901

JUN 30 2003

Certified Mail #7000 0520 0021 6108 9618

Frank J. Doyle
Director
Department of Environmental Services
City and County of Honolulu
1000 Uluohia Street, Suite 308
Kapolei, HI 96707

Dear Mr. Doyle:

  EPA and the Hawaii Department of Health are concerned about frequent sewage spills from the City and County of Honolulu wastewater collection system to the Kalihi and Nuuanu Streams in Honolulu. Our review of City and County spill reports indicate that since April 1998 there have been 15 spills to Kalihi Stream and 18 spills to Nuuanu Stream and tributaries. In April 2003, Ken Greenberg of the U.S. Environmental Protection Agency, Region 9 (EPA) met with your staff and visited the locations of several of the spills in the Kalihi and Nuuanu watersheds. It appears that many of the spills are caused by old and deteriorated sewer pipes.

  Based on the findings from our site visit and a review of Honolulu's sewage spill reports, I am issuing the enclosed Finding of Violation and Order for Compliance. The Order requires the City and County of Honolulu to report measures taken to control the spills and to develop plans to eliminate sewage spills in the Kalihi Stream and Nuuanu Stream watersheds.

  EPA is aware that the City and County of Honolulu is implementing a 20-year sewer rehabilitation and replacement program agreed to by our offices pursuant to the 1995 consent decree. EPA wants to ensure that the 20-year sewer improvement program is sufficient to prevent the types of chronic spills that are happening in the Kalihi and Nuuanu Stream watersheds. Last month, your staff submitted the report, "Kalihi Stream Source Investigation", dated April 29, 2003 which describes repairs in progress on one damaged sewer pipe that runs along Kalihi Stream between North School Street and North King Street. The enclosed Order requires you to summarize some of the information already reported in the "Kalihi Stream Source Investigation" and to provide information about additional problem pipes in the Kalihi and Nuuanu watersheds. While we are pleased that the City and County has initiated repairs along Kalihi Stream, we want to ensure that other problem pipes are addressed promptly. Once you have responded to the Order, EPA would like to meet with you and Hawaii DOH to discuss your plans for addressing chronic spills as part of your 20-year sewer improvement program.

*Printed on Recycled Paper*

**EXHIBIT I**

2

If you have any questions regarding this matter, please contact Ken Greenberg of my staff at (415) 972-3577.

Sincerely,

Catherine Kuhlman
Acting Director
Water Division

enclosure

cc:   Dennis Lau, Hawaii DOH (w/encl.)

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION IX

| | |
|---|---|
| IN THE MATTER OF: ) | Docket No. CWA-309-9-03-019 |
| ) | |
| THE CITY AND COUNTY OF HONOLULU) | **FINDINGS OF VIOLATION** |
| NPDES PERMIT NO. HI0020117 ) | **AND** |
| ) | **ORDER FOR COMPLIANCE** |
| Proceeding under Sections 308(a) and 309(a) ) | |
| of the Clean Water Act ) | |
| ) | |
| ) | |

## STATUTORY AUTHORITY

The following Findings are made and Order issued under authority vested in the Administrator of the United States Environmental Protection Agency ("EPA") under sections 308(a) and 309(a) of the Clean Water Act, as amended ("CWA"), 33 U.S.C. §§ 1318(a), 1319(a). This authority has been delegated to the Regional Administrator of EPA, Region 9, and re-delegated by the Regional Administrator to the Director, Water Division ("Director"). Notice of this action has been given to the State of Hawaii Department of Health (HDOH).

## FINDINGS OF VIOLATION

On the basis of the following facts, the Director of the Water Division of EPA, Region 9, finds that the City and County of Honolulu is in violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a):

1. Under section 301(a) of the CWA, 33 U.S.C. § 1311(a), it is unlawful for any person to discharge any pollutant from a point source into "navigable waters" except in compliance with a permit issued under the CWA. Under section 402 of the CWA, EPA or the State of Hawaii Department of Health issues National Pollutant Discharge Elimination System permits ("NPDES permits") for the discharge of pollutants into navigable waters located within the State of Hawaii.

1

2. Pollutants include sanitary sewage. 33 U.S.C. § 1362(6). A point source is any confined and discrete conveyance, including a pipe or other conduit. 33 U.S.C. § 1362(14). Navigable waters are defined as "waters of the United States," which include all waters used in interstate commerce, including tidal waters and all their tributaries. 33 U.S.C. § 1362(7); 40 C.F.R. §§ 122.3, 230.3(s).

3. The City and County of Honolulu ("Honolulu" or "CCH") is a political subdivision of the State of Hawaii and as such is a person under section 502(5) of the CWA. 33 U.S.C. § 1362(5).

4. Honolulu operates a separate sanitary sewage collection system that collects sanitary sewage in the City and County of Honolulu and conveys this sewage for treatment at several wastewater treatment plants including the Sand Island Wastewater Treatment Plant. The Honolulu collection system includes approximately 1300 miles of separate sanitary sewage gravity mains and 65 pump stations (this system hereinafter is collectively referred to as "the sewage collection system" or "the collection system").

5. On September 30, 1998 the Hawaii Department of Health and EPA reissued NPDES Permit HI0020117 to the City and County of Honolulu authorizing the discharge of treated wastewater from the Sand Island WWTP to the Pacific Ocean through the ocean outfall.

6. On May 15, 1995, the U.S. Environmental Protection Agency, the Hawaii Department of Health and the City and County of Honolulu entered into a consent decree (Civ. No. 94-00765DAE) requiring CCH to, among other things, implement various measures necessary to reduce the number and volume of sewage spills from its collection system. Provision VII.A.4. of the consent decree requires implementation of a Spill Reduction Plan and Provision VII.E. of the consent decree requires development and implementation of a 20-year sewer rehabilitation program. Provision VII.A.3. of the consent decree provides that "CCH remains liable under the [Clean Water] Act for any unauthorized discharges from its Collection System, and the United States and the State retain all authority, judicial and administrative, to seek injunctive relief and/or penalties pursuant to federal and State laws concerning such unauthorized discharges."

7. CCH provides telephone and written reports to Hawaii DOH of spills from the collection system. CCH provides quarterly reports to EPA and Hawaii DOH of spills from the collection system. Based on a review of the CCH spill reports for the time period April 15, 1998 through April 15, 2003, EPA makes the following findings.

8. Between April 15, 1998 and April 15, 2003, Honolulu reported 15 sewage spills from portions of the sewage collection system owned and operated by the City and County of Honolulu to the Kalihi Stream. The sewage spills to Kalihi Stream were from portions of the CCH collection system in the Sand Island WWTP service area. Kalihi Stream flows

through residential and urbanized areas of the City and County of Honolulu to Keehi Lagoon, contiguous with the Pacific Ocean. Kalihi Stream is a waters of the United States. Sewage spills to Kalihi Stream are listed in Attachment 1.

9. In Hawaii's 2002 list of waterbodies not attaining State water quality standards (the Clean Water Act section 303(d) list), Kalihi Stream is listed as non-attainment for nutrients, turbidity and trash. Keehi Lagoon is listed as non-attainment for pathogens and other contaminants. Monitoring of the Kalihi Stream by the City and County of Honolulu indicate high concentrations of Enterococcus and C. Perfringens and concentrations of Fecal Coliform in excess of State Water Quality Standards.

10. In its report, "Kalihi Stream Source Investigation" dated April 29, 2003, the City and County of Honolulu describes two problematic sewer pipes running along Kalihi Stream between School Street and King Street and the steps being taken to address the problem pipes. Several of the spills listed in Attachment 1 are from the pipes described in the April 29, 2003 report.

11. Between April 15, 1998 and April 15, 2003, Honolulu reported 18 sewage spills from portions of the sewage collection system owned and operated by the City and County of Honolulu to the Nuuanu Stream and Waolani Stream, tributary to Nuuanu Stream. The sewage spills to Nuuanu and Waolani Streams were from portions of the CCH collection system in the Sand Island WWTP service area. Nuuanu Stream flows through residential and urbanized areas of the City and County of Honolulu to Honolulu Harbor, contiguous with the Pacific Ocean. Nuuanu and Waolani Streams are waters of the United States. Spills to Nuuanu and Waolani Streams are listed in Attachment 1.

12. In Hawaii's 2002 list of waterbodies not attaining State water quality standards (the Clean Water Act section 303(d) list), Nuuanu Stream is listed as non-attainment for nutrients, turbidity, trash, Dieldrin and Chlordane. Honolulu Harbor is listed as non-attainment for pathogens and other contaminants. Monitoring of the Nuuanu Stream by the City and County of Honolulu indicate high concentrations of Enterococcus and C. Perfringens and concentrations of Fecal Coliform in excess of State Water Quality Standards.

13. Each of the 33 sewage spills listed in Attachment 1 was a discharge of pollutants from a point source to waters of the United States.

14. EPA finds that sewage spills from the CCH collection system are caused by blockage of sewer lines, usually caused by roots, debris and grease build-ups; sewer pipe breaks; construction accidents; and various other causes. The old age and deteriorated condition of many sewer pipes is a contributing factor to many spills from the collection system.

15. I therefore find that the City and County of Honolulu, on 33 occasions, as set forth in Paragraphs 8 and 11 above, discharged pollutants from a point source to waters of the

3

United States without authorization of an NPDES permit and thus is in violation of section 301(a) of the CWA.

Considering the foregoing Findings and the potential environmental and human health effects of the violations, EPA has determined that compliance in accordance with the following requirements is reasonable. Pursuant to the authority of sections 308(a) and 309(a) of the CWA, it is hereby ORDERED:

## ORDER

The City and County of Honolulu shall take all steps necessary to eliminate spills from the collection system to waters of the U.S. including Kalihi Stream and Nuuanu Stream. For portions of the collection system in the Kalihi Stream and Nuuanu Stream watersheds, the City and County of Honolulu shall report information and submit plans as required below.

I.  **SPILL HISTORY AND PIPE CONDITION:** By August 27, 2003, submit a report to EPA and HDOH providing the following information regarding spills from portions of the collection system in the Kalihi Stream and Nuuanu Stream watersheds:

   A. In addition to the spills in Attachment 1, provide a list of any other sewage spills between April 15, 1998 and April 15, 2003 in the Kalihi Stream and Nuuanu Stream watersheds. For each spill, report the date, duration, location, volume, cause and indicate whether the spill was to land or surface waters.

   B. Provide a table listing each spill in Attachment 1 and each spill reported pursuant to paragraph I.A. above. For each spill, indicate the identifying number of the overflowing manhole(s) and provide the size (diameter), material, age and assessed condition of the sewer pipes associated with each spill.

   C. Provide maps showing streams, streets and CCH sanitary sewers in the Kalihi Stream and Nuuanu Stream watersheds. On the maps, mark the location of each spill listed in Attachment 1 and reported pursuant to paragraph I.A. above.

   D. Based on the most recent CCTV inspections, provide a list of any other sanitary sewer pipes in the Kalihi Stream and Nuuanu Stream watersheds known to be in poor condition and in need of repair, rehabilitation or replacement.

II. **MAINTENANCE AND REPAIR MEASURES:** By August 27, 2003, submit a report to EPA and HDOH describing maintenance and repair measures for portions of the collection system in the Kalihi Stream and Nuuanu Stream watersheds including:

   A. The cleaning schedule for the sewer pipes associated with each spill listed in

4

Attachment 1 or reported pursuant to paragraph I.A.

B. List any repairs, replacement or rehabilitation completed on sewer pipes in the Kalihi Stream and Nuuanu Stream watersheds since April 15, 1998.

C. Provide the schedule and describe any plans for sewer pipe repairs, replacement or rehabilitation in the Kalihi Stream and Nuuanu Stream watersheds.

D. Indicate if any of the projects listed pursuant to Paragraphs II.B. and II.C. are included in the 20-year sewer rehabilitation program required under Provision VII.E. of the consent decree.

III. **CONDITION ASSESSMENT:** For each sewer pipe associated with the spills listed in Attachment 1 or reported pursuant to paragraph I.A., if the pipe has not been inspected by CCTV within the last 5 years, complete a CCTV inspection and report the inspection findings, including a description of the pipe condition, by September 29, 2003.

IV. **SPILL REDUCTION PLAN:** By September 29, 2003, submit a plan for additional measures (cleaning, repair, rehabilitation, replacement) necessary to eliminate spills to Kalihi Stream, Nuuanu Stream and tributaries.

V. **IDENTIFY CHRONIC SPILLS:** By September 29, 2003 complete a review of your spill records and submit a list of other areas in the City and County of Honolulu collection system that experience chronic problems with sewage spills.

VI. **INFORMATION SUBMITTAL**
A. All submittals made pursuant to this Order shall be mailed to the following addresses:
   Ken Greenberg
   U.S. Environmental Protection Agency
   Clean Water Act Compliance Office (WTR-7)
   Water Division
   75 Hawthorne Street
   San Francisco, CA 94105

   Denis Lau, Chief
   Clean Water Branch
   Hawaii Department of Health
   P.O. Box 3378
   Honolulu, HI 96801-3378

B. Such submittals shall include the following certification signed by a duly authorized representative:

5

> I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, I certify that the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

C. The information requested herein must be provided notwithstanding its possible characterization as confidential business information or trade secrets. EPA has promulgated regulations to protect the confidentiality of the business information it receives. These regulations are set forth in part 2, subpart B of Title 40 of the Code of Federal Regulations. A claim of business confidentiality may be asserted in the manner specified by 40 C.F.R. section 2.203(b) for part or all of the information requested. EPA will disclose business information covered by such a claim only as authorized under 40 C.F.R. part 2, subpart B. If no such claim accompanies the business information at the time EPA receives it, EPA may make it available to the public without further notice.

## VII. GENERAL PROVISIONS

A. This Order is not a permit under the Act, and does not relieve Honolulu of any obligations imposed by the Act or any other law, regulation or permit.

B. All requirements to submit information to EPA set forth in this Order are not subject to review by the Office of Management and Budget ("OMB") under the Paperwork Reduction Act because they are not "information collection requests" within the meaning of 44 U.S.C. §§3502(3), 3507, 3512, and 3518(c)(1). See also, 5 C.F.R. §§ 1320.3(c), 1320.4, and 1320.6(a). Furthermore, they are exempt from OMB review under the Paperwork Reduction Act because they are directed to fewer than ten persons and are an exempt investigation. 44 U.S.C. §§ 3502(4), (11), 3518(c)(1); 5 C.F.R. §§ 1320.4 and 1320.6(a).

C. Issuance of an Order for Compliance shall not be deemed an election by EPA to forego any administrative, civil, or criminal action to seek penalties, fines, or other appropriate relief under the Act.

D. Failure to respond, or any other violation of the terms of this Order could subject Honolulu to a civil action for appropriate relief pursuant to Section 309(b) of the Act [33 U.S.C. 1319(b)], and/or penalties under Section 309(d) of the Act [33 U.S.C. 1319(d)]. In addition, Section 309(c)(1) of the Act [33 U.S.C. 1319(c)(1)] provides that negligent violations shall be punished by a fine of not less than $2,500 per day or more than $25,000 per day of violation, or imprisonment for not more than one year,

or both. Section 309(c)(2) of the Act [33 U.S.C. 1319(c)(2)] provides that knowing violations shall be punished by a fine of not less than $5,000 per day or more than $50,000 per day of violation, or imprisonment for not more than three years, or both. Section 309(c)(4) of the Act [33 U.S.C. 1319(c)(4)] provides penalties for knowingly making false statements.

E. If any event occurs that may cause a failure to timely carry out any requirement of this Order, the City and County shall notify EPA in writing within twenty-one (21) calendar days of the time the City and County becomes aware of the effect the event may have on compliance. The notice shall describe in detail the precise cause of the failure and measures taken to prevent or minimize the failure. The City and County shall implement reasonable measures to avoid or minimize any such failure. Failure of the City and County to timely notify shall render the provisions of this paragraph void and of no effect as to the particular incident involved unless notice is impossible due to catastrophic circumstances. For purposes of this Order, a Force Majeure is defined as any event arising from causes beyond the control of the City and County and which could not be overcome or prevented by due diligence, and which delays or prevents performance by a date required by this Order. If EPA agrees that the delay was caused by circumstances beyond the control of the City and County, EPA shall modify this Order to provide additional time for performance of the requirement and as applicable, any subsequent requirement.

F. This Order shall be terminated by the Director of the Water Division, EPA, Region 9 upon Honolulu's satisfactory completion of all actions required by this Order. Upon completing all actions required by the Order the City and County may submit a certification of completion and petition the Director to terminate the Order.

Dated this _____ day of _____, 2003

_____
Catherine Kuhlman
Acting Director
Water Division
U.S. Environmental Protection Agency, Region 9

7

**ATTACHMENT 1: Finding of Violation and Order Docket No. CWA 309-9-03-019**
**City and County of Honolulu**
**Sewage Spills to Waters of the United States: April 15, 1998 to April 15, 2003**

| Date (mo/da/yr) | Spill Location | Total Quantity (gallons) | Receiving Waters |
|---|---|---|---|
| 10/05/98 | 2127C Kealoha Place | 450 | Kalihi Stream |
| 01/11/00 | 1506 Amelia Street | 250 | Kalihi Stream |
| 02/27/00 | 1030 Homer Street | 975 | Kalihi Stream |
| 03/03/00 | 1240 Gulick Avenue | 250 | Kalihi Stream |
| 07/27/00 | 2122 North King Street | 450 | Kalihi Stream |
| 01/13/01 | 2861 Numana Road | 200 | Kalihi Stream |
| 03/01/01 | 2122 North King Street | 40 | Kalihi stream |
| 10/26/01 | 2312 Kam Hwy (Laumaka St.) | 25 | Kalihi Stream |
| 11/12/01 | 1545 Linapuni Street | 300 | Kalihi Stream |
| 11/29/01 | 1485 Linapuni Street | 1,175 | Kalihi Stream |
| 12/03/01 | 1485 Linapuni Street | 58,100 | Kalihi Stream |
| 01/29/02 | Intersection-Kino & School St. | 325 | Kalihi Stream |
| 02/21/02 | 1240 Gulick Avenue | 420 | Kalihi Stream |
| 12/30/02 | 1260 Richard Lane | 1,040 | Kalihi Stream |
| 04/07/03 | 1585 Laumaile St. | 249 | Kalihi Stream |
| 15 spills to Kalihi Stream | | | |

8

| ATTACHMENT 1 (continued) | | | |
|---|---|---|---|
| Date (mm/dd/yy) | Description/Location | Estimated Volume (gallons) | Receiving Water |
| 08/23/98 | 1055 River Street | 180 | Nuuanu Stream |
| 10/15/98 | 2238 Pacific Heights Road | 375 | Nuuanu Stream |
| 11/05/98 | 2306 Pacific Heights Road | 675 | Nuuanu Stream |
| 02/01/99 | 141 Dowsett Avenue | 30 | Nuuanu Stream |
| 08/31/99 | 300 North Beretania Street | 300 | Nuuanu Stream |
| 12/02/99 | 2293 Liliha Street | 4,800 | Waolani Stream |
| 01/20/00 | 3194 Alika Avenue | 400 | Waolani Stream |
| 07/04/00 | 3320 Kaohinani Drive | 30 | Nuuanu Stream |
| 09/02/00 | 411 North King Street | 105 | Nuuanu Stream |
| 10/16/00 | 3750 Polekane Street | 520 | Nuuanu Stream |
| 02/25/01 | 60 North Kuakini Street | 55 | Nuuanu Stream |
| 03/03/01 | Nuuanu Ave. nr. Hawaii Baptist Academy | 190 | Nuuanu Stream |
| 06/05/01 | 426B Kekau Place | 150 | Waolani Stream |
| 08/18/01 | 141 Dowsett Avenue | 300 | Nuuanu Stream |
| 01/11/02 | 3231 Polekane Drive | 55 | Nuuanu Stream |
| 01/29/02 | 426B Kekau Place | 400 | Nuuanu Stream |
| 03/16/02 | 1916 Aumoae Street | 55 | Waolani Stream |
| 10/28/02 | Corner of Kukui Street & College Walk | None | Nuuanu Stream |
| 18 spills to Nuuanu Stream and tributaries | | | |

9