# EXHIBIT K

CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 527-5351
Facsimile: (808) 523-4583
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIV. NO. CV04-00463 DAE-BMK<br><br>**DECLARATION OF ROSS TANIMOTO IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER FILED SEPTEMBER 30, 2005 DISMISSING PLAINTIFFS' FIRST AND SECOND CLAIMS**<br>Date:   Feb. 25, 2008<br>Time:   9:45 a.m.<br>Judge:  Hon. David Alan Ezra |

A/72358361.5/2017866-0000309724

**EXHIBIT K**

## DECLARATION OF ROSS TANIMOTO

I, ROSS TANIMOTO, hereby declare as follows:

1. I am Deputy Director of the Department of Environmental Services ("ENV") of the City and County of Honolulu ("CCH"), a defendant in this action. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth herein. ENV, among other things, is charged with the responsibility to administer the planning, design and construction of wastewater facilities, oversee the operation and maintenance of sewer lines, treatment plants and pumping stations, monitor the collection, treatment and disposal of wastewater, promulgate rules and regulations as necessary to administer and enforce requirements established by law, and perform such other duties as may be required by law. As Deputy Director, I assist the Director in overseeing all of these activities. I have personal knowledge of the following facts, or have been informed of them by the responsible CCH personnel and/or CCH's technical/scientific consultants, and believe them to be true, and could and would testify competently thereto if called as a witness.

2. CCH estimates that the 25-year Consent Decree injunctive program requires a total investment of approximately $1 billion ($910,000,000) by CCH in its collection system.

3. Spills have declined from 321 in 1999 to 183 in 2007. Spills from CCH's gravity mainline sewers have likewise declined, from 120 in 1999 to 57 in 2007, a decrease of more than 50 percent.

4. At about the same time CCH, the United States Environmental Protection Agency ("EPA") and the State of Hawai'i's Department of Health ("DOH") (collectively, the "Governments") were set to begin settlement negotiations regarding collection system issues in early 2006, CCH experienced the failure of its Beachwalk Force Main on March 24, 2006. This event highlighted for both the Governments and CCH certain urgent needs with regard to the collection system. CCH and the Governments therefore focused their discussions on the urgent force main issues, including Beachwalk; these talks proceeded on a rigorous schedule throughout 2006 and into 2007. On May 8, 2007, EPA lodged the Stipulated Order, which set forth the terms of the agreed-upon injunctive relief program regarding these force mains, thereby augmenting the existing injunctive program under the 1995 Consent Decree.

5. CCH has already made substantial progress in implementing the Stipulated Order. A true and correct copy of a letter dated January 29, 2008 sent to the Governments and the United States Department of Justice attaching a

//

chart setting forth CCH's progress as of December 31, 2007 is attached hereto as **Exhibit A**.

I, Ross Tanimoto, do declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of February 2008 in Honolulu, Hawaii.

*Ross F. Tanimoto*

Ross Tanimoto

3

# EXHIBIT A
# (Ross Tanimoto)

### DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308, KAPOLEI, HAWAII 96707
TELELPHONE: (808) 768-3486 • FAX: (808) 768-3487 • WEBSITE: http://www.co.honolulu.gov

MUFI HANNEMANN
MAYOR



ERIC S. TAKAMURA, Ph.D., P.E.
DIRECTOR

KENNETH A. SHIMIZU
DEPUTY DIRECTOR

ROSS S. TANIMOTO, P.E.
DEPUTY DIRECTOR

IN REPLY REFER TO:
PRO 08-005

January 29, 2008

**VIA EMAIL AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. JoAnn Cola
Clean Water Act Compliance Office (WTR-7)
Water Division
United States Environmental Protection Agency, Region 9
75 Hawthorne Street
San Francisco, California 94105

Mr. Robert Mullaney, Esq.
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Re: DOJ No. 90-5-1-1-3825/1

Kathleen S.Y. Ho, Esq.
Edward G. Bohlen, Esq.
Deputy Attorneys General
Department of the Attorney General, State of Hawaii
465 South King Street, Room 200
Honolulu, Hawaii 96813

Dear Mesdames and Messieurs:

    Subject:    Stipulated Order, Civil No. CV 07-00235 HG-KSC
                   2007 Annual Report
                   (Activities from January 1, 2007 to December 31, 2007)

      Pursuant to the requirements of Paragraph 16a of the above subject Stipulated Order, we hereby submit the 2007 Annual Report covering activities from January 1, 2007 to December 31, 2007.

      I certify under penalty of law that this document and its attachments were prepared either by me personally or under my direction or supervision in a manner designed to ensure that qualified and knowledgeable personnel properly gathered and presented the information contained therein. I further certify, based on my personal knowledge or on my inquiry of these

Ms. JoAnn Cola
Mr. Robert Mullaney, Esq.
Ms. Kathleen S.Y. Ho, Esq.
Mr. Edward G. Bohlen, Esq.
January 29, 2008
Page 2

individuals immediately responsible for obtaining the information that to the best of my knowledge and belief the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing and willful submission of a materially false statement.

    If you have any questions, please call Lisa Kimura from our Office of Administrative Support at 808-768-3455.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment

cc: James J. Dragna, Esq. (via email)
Mike Tsuji, Department of Health (via email and U.S. mail)
Libby Stoddard, Department of Health (via email and U.S. mail)

January 1, 2007 through December 31, 2007 Annual Report                                   Page 1 of 4
Civil No. CV 07-00235 HG-KSC, Stipulated Order

The status of the projects required by Paragraphs 8 through 13 and Paragraph 15 of Section V (Compliance Requirements) are presented in the following table. Project that have been completed have been shaded and progress on upcoming due dates in 2008 are indicated in the table.

| Paragraph | Project | Due Date | Project Status | Completion Date |
|---|---|---|---|---|
| 8. Beachwalk Projects | | | | |
| 8.a | Construction of Temporary Force Main | June 30, 2007 | Completed | June 30, 2007 |
| 8.b | Construction of Permanent Force Main | December 31, 2012 | | |
| 8.b.i | - Design contract execution milestone | December 31, 2008 | Completed | February 16, 2006 |
| 8.b.ii | - Construction contract execution milestone | December 31, 2010 | | |
| 8.c | Condition Assessment of Existing Force Main | | | |
| | - Meet and confer with EPA/DOH Engineers (Appendix A requirement) | N/A | Completed | June 20, 2007 |
| 8.c.i | - Submit Condition Assessment Report  Two major tasks to complete Condition Assessment Report include: a) completion of field work, and b) development of the report | July 31, 2008 | Field work for condition assessment has been completed and report is currently in development and will be submitted by due date. | |
| 8.e | Condition Assessment of Existing Pump Station | | | |
| 8.e.i | - Submit Condition Assessment Report  Two major tasks to complete Condition Assessment Report include: a) completion of field work, and b) development of the report | January 31, 2008 | Field work for condition assessment has been completed and report is currently in development and will be submitted by due date. | |

January 1, 2007 through December 31, 2007 Annual Report
Civil No. CV 07-00235 HG-KSC, Stipulated Order

Page 2 of 4

| Paragraph | Project | Due Date | Project Status | Completion Date |
|---|---|---|---|---|
| 9. Ala Moana Force Main Projects | | | | |
| 9.a | Condition Assessment of Ala Moana Force Main No. 2 | | | |
| | - Meet and confer with EPA/DOH Engineers (Appendix A requirement) | N/A | Completed | August 15, 2007 |
| 9.a.i | - Submit Condition Assessment Report  Two major tasks to complete Condition Assessment Report include: a) completion of field work, and b) development of the report | June 30, 2008 | Field work is currently scheduled for February 2008 and report will be in development following the completion of the field work. | |
| 9.b | Additional Condition Assessment of Ala Moana Force Main No. 2 | | | |
| | - Meet and confer with EPA/DOH Engineers (Appendix A requirement) | N/A | | |
| 9.b | - Submit Condition Assessment Report  Two major tasks to complete Condition Assessment Report include: a) completion of field work, and b) development of the report | June 30, 2011 | | |
| 9.c | Construction of Ala Moana Force Main No. 3 | December 31, 2014 | | |
| 9.c.i | - Design contract execution milestone | December 31, 2009 | | |
| | - Construction contract execution milestone | July 31, 2012 | | |

January 1, 2007 through December 31, 2007 Annual Report
Civil No. CV 07-00235 HG-KSC, Stipulated Order

Page 3 of 4

| Paragraph | Project | Due Date | Project Status | Completion Date |
|---|---|---|---|---|
| 10. Hart Street Force Main Projects | | | | |
| 10.a | Force Main Connection (connect old Force Main to the new Hart Street Pump Station) | January 31, 2008 | Completed | December 14, 2006 |
| 10.b | Condition Assessment | | | |
| | - Meet and confer with EPA/DOH Engineers (Appendix A requirement) | N/A | To be scheduled in 2008 | |
| 10.b.i | - Submit Condition Assessment Report<br>Two major tasks to complete Condition Assessment Report include: a) completion of field work, and b) development of the report | January 31, 2009 | | |
| 11. Kaneohe/Kailua Force Main Projects | | | | |
| 11.a | Condition Assessment | | | |
| | - Meet and confer with EPA/DOH Engineers (Appendix A requirement) | N/A | Exterior condition assessment discussion completed; separate session will be scheduled for interior discussion in 2008 | August 15, 2007 (exterior) |
| 11.a.i | - Submit Condition Assessment Report<br>Two major tasks to complete Condition Assessment Report include: a) completion of field work, and b) development of the report | January 31, 2009 | | |
| 11.b | Construct New Force Main | December 31, 2014 | | |
| 11.b.i | - Design contract execution milestone | December 31, 2009 | | |
| 11.b.ii | - Construction contract execution milestone | July 31, 2012 | | |

January 1, 2007 through December 31, 2007 Annual Report
Civil No. CV 07-00235 HG-KSC, Stipulated Order

Page 4 of 4

| Paragraph | Project | Due Date | Project Status | Completion Date |
|---|---|---|---|---|
| 12. Waimalu Force Main Projects | | | | |
| 12.a | Condition Assessment | | | |
| | - Meet and confer with EPA/DOH Engineers (Appendix A requirement) | N/A | Completed | September 18, 2007 |
| 12.a.i | - Submit Condition Assessment Report<br><br>Two major tasks to complete Condition Assessment Report include: a) completion of field work, and b) development of the report | January 31, 2009 | Field work for the condition assessment has been completed and report is currently in development. | |
| 13. Kahala Force Main Projects | | | | |
| 12.a | Condition Assessment | | | |
| | - Meet and confer with EPA/DOH Engineers (Appendix A requirement) | N/A | Completed | September 18, 2007 |
| | - Submit Condition Assessment Report<br><br>Two major tasks to complete Condition Assessment Report include: a) completion of field work, and b) development of the report | January 31, 2009 | | |
| 15. Spill Contingency Plans | | | | |
| 15 | Submit site-specific Spill Contingency Plans for: Beachwalk, Ala Moana No. 2, Hart Street, Kaneohe/Kailua, Waimalu, and Kahala | January 31, 2008 | Plans are currently in development and will be submitted by due date. | |
| 15.c | - Annual update of Spill Contingency Plans | January 31 | | |