IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) <br> HAWAI'I'S THOUSAND FRIENDS;  ) <br> and OUR CHILDREN'S EARTH     ) <br> FOUNDATION,                   ) <br>                                ) <br> Plaintiffs,       ) <br>                                ) <br> vs.                            ) <br>                                ) <br> CITY AND COUNTY OF             ) <br> HONOLULU and FRANK DOYLE,      ) <br> DIRECTOR OF THE DEPARTMENT    ) <br> OF ENVIRONMENTAL SERVICES,    ) <br> in his official capacity,      ) <br>                                ) <br> Defendants.       ) <br>                                ) | CIVIL NO. CV04-00463 DAE-BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**CITY AND COUNTY OF HONOLULU'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AND SECOND CLAIMS FOR RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION; DECLARATION OF KATHLEEN A. KELLY; EXHIBITS A-M**

was duly served upon the following individuals at their address listed below on March 11, 2008:

    Served Electronically through CM/ECF:    <u>Email address</u>

        CHRISTOPHER SPROUL    csproul@enviroadvocates.com
        Environmental Advocates
        5135 Anza Street
        San Francisco, California 94121

        PAUL ALSTON    palston@ahfi.com
        WILLIAM M. TAM    wtam@ahfi.com
        BLAKE K. OSHIRO    boshiro@ahfi.com
        Alston Hunt Floyd & Ing
        18th Floor, ASB Tower
        1001 Bishop Street
        Honolulu, Hawaii 96813

    Attorneys for Plaintiffs

    DATED: Honolulu, Hawaii, March 11, 2008.

                CARRIE K.S. OKINAGA
                Corporation Counsel

                By <u>/s/ Kathleen A. Kelly</u>
                    Kathleen A. Kelly
                    Deputy Corporation Counsel
                    Attorneys for Defendants