IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**CERTIFICATE OF WORD COUNT** |

**CERTIFICATE OF WORD COUNT**

Pursuant to Local Rule 7.5, I hereby certify that Plaintiffs' Opposition to Defendant City and County of Honolulu's Motion to Dismiss Plaintiffs' First and Second Claims for Relief contains 8,087 words, exclusive of case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificate of service.

DATED: Honolulu, Hawaiʻi, April 10, 2008.

    /s/ William M. Tam
CHRISTOPHER SPROUL
Environmental Advocates
PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
Alston Hunt Floyd & Ing
Attorneys for Plaintiffs
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻI'S THOUSAND FRIENDS, and OUR
CHILDREN'S EARTH FOUNDATION