IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; )<br>HAWAI'I'S THOUSAND FRIENDS; and )<br>OUR CHILDREN'S EARTH FOUNDATION,)<br>                                )<br>            Plaintiffs,         )<br>                                )<br>     vs.                        )<br>                                )<br>CITY AND COUNTY OF HONOLULU and )<br>FRANK DOYLE, DIRECTOR OF THE    )<br>DEPARTMENT OF ENVIRONMENTAL     )<br>SERVICES, in his official       )<br>capacity,                       )<br>                                )<br>            Defendants.         )<br>_____ ) | Civil No. 04-00463 DAE-BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

|  | **HAND-DELIVERED** | **E-MAIL via ECF** | **MAILED** |
|---|---|---|---|
| CARRIE OKINAGA, ESQ.<br>_cokinaga@honolulu.gov_<br>KATHLEEN A. KELLY, ESQ.<br>_kkelly@co.honolulu.hi.us_<br>Corporation Counsel<br>City & County of Honolulu<br>530 So. King Street<br>Honolulu, HI  96813<br>     and | ( ) | ( X ) | ( ) |

651629_1/7502-3

|  | **HAND-DELIVERED** | **E-MAIL via ECF** | **MAILED** |
|---|---|---|---|
| JAMES DRAGNA, ESQ.<br>jim.dragna@bingham.com<br>NANCY WILMS, ESQ.<br>nancy.wilms@bingham.com<br>BRYAN K. BROWN, ESQ.<br>bryan.brown@bingham.com<br>c/o Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106 | ( ) | ( X ) | ( ) |

Attorneys for Defendants
City and County of Honolulu and
Frank Doyle, Director of the
Department of Environmental
Services, in his official capacity

DATED: Honolulu, Hawai'i, April 10, 2008.

    /s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION