# EXHIBIT 2

```
 1  THOMAS L. SANSONETTI
    Assistant Attorney General
 2  Environment & Natural Resources Division
    DAVID B. GLAZER
 3  MATTHEW FOGELSON
    Environmental Enforcement Section
 4  Environment and Natural Resources
    Division
 5  301 Howard Street, Suite 1050
    San Francisco, California 94105
 6  Telephone: (415) 744-6491
    Facsimile: (415) 744-6476
 7  DEBRA W. YANG
    United States Attorney
 8  Central District of California
    SUZETTE CLOVER (State Bar No. 89066)
 9  Assistant United States Attorney
    300 North Los Angeles Street
10  Los Angeles, California 90012
    Telephone: (213) 894-3996
11  Facsimile: (213) 894-7819

12  Attorneys for Plaintiff United States of America
    (Additional Attorneys Listed on Following Pages)
13
              UNITED STATES DISTRICT COURT FOR THE
14               CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
15
    UNITED STATES OF AMERICA and    )  Civil Action No. 01-191-RSWL
16  PEOPLE OF THE STATE OF          )
    CALIFORNIA ex rel. CALIFORNIA   )  Civil Action No. 98-9039-RSWL
17  REGIONAL WATER QUALITY          )
    CONTROL BOARD, LOS ANGELES      )       CONSOLIDATED
18  REGION,                         )
                       Plaintiffs,  )
19  v.                              )
                                    )
20  CITY OF LOS ANGELES,            )
                                    )  SETTLEMENT AGREEMENT
21        Defendant.                )  AND FINAL ORDER
                                    )
22  _____)
    SANTA MONICA BAYKEEPER, a       )
23  non-profit corporation;         )
                                    )
24        Plaintiff,                )
                                    )
25  v.                              )
                                    )
26  THE CITY OF LOS ANGELES,        )
                                    )
27        Defendant.                )
                                    )
28  _____)
```

FILED
CLERK, U.S. DISTRICT COURT
OCT 28 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
CLERK, U.S. DISTRICT COURT
OCT 27 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
OCT 29 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP RULE 77(d)

**EXHIBIT 2**

RightFAX                    11/1/2004 5:46    PAGE 011/091    Fax Server

1  sale or transfer of the City's interests in, or operating role with respect to, the
2  City's "treatment works" or "POTW," as those terms are defined in 33 U.S.C.
3  § 1292(2)(A) and 40 C.F.R. § 403.3(o) (2004), shall not in any manner relieve the
4  City of its responsibilities for meeting the terms and conditions of this Settlement
5  Agreement.

### III. OBJECTIVES

7. The objectives of this Settlement Agreement are to resolve the pending consolidated litigation, to set out the program requirements that the City will implement to reduce Sanitary Sewer Overflows to the maximum extent feasible, and to investigate, resolve, and mitigate sewer odors to the maximum extent practicable in furtherance of the objectives of the Clean Water Act as set forth in Section 101 of the Act, 33 U.S.C. § 1251, and the objectives of the Porter-Cologne Water Quality Control Act as set forth at California Water Code Sections 13000, 13001, 13370, and 13372.

### IV. DEFINITIONS

8. Unless otherwise defined herein, terms used in this Settlement Agreement shall have the meaning given to those terms in the Clean Water Act, 33 U.S.C. §§ 1251 *et seq.*, and the regulations promulgated thereunder. Whenever terms set forth below are used in this Settlement Agreement, the following definitions shall apply:

"Baykeeper" shall mean the Santa Monica Baykeeper.

"Calibration" shall mean the process of running a model using a set of input data and then comparing the results to actual measurements of the system. If the model results do not reasonably approximate the actual measurements, the modeler reviews the components of the model to determine if adjustments should be made so that the model better reflects the system it represents. A model is

-5-

1  settlement embodied in this Settlement Agreement, and this Settlement Agreement
2  supersedes all prior agreements and understandings, whether oral or written,
3  concerning the settlement embodied herein. Other than Deliverables that are
4  subsequently submitted pursuant to this Settlement Agreement, no other document
5  and no other representation, inducement, agreement, understanding, or promise
6  constitutes any part of this Settlement Agreement or the settlement it represents,
7  nor shall they be used in construing the terms of this Settlement Agreement.

## XXIV. FINAL JUDGMENT

177. Upon approval and entry of this Settlement Agreement and Final Order by the Court, this Settlement Agreement and Final Order shall constitute a final judgment of the Court as to the Parties.

Dated and entered this 28th day of October, 2004.

**RONALD S.W. LEW**
_____
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE
Central District of California

-68-