# EXHIBIT 3

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DIS...
APR 8  11 37 AM '98
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| LEAGUE OF WOMEN VOTERS OF NEW | ) | |
| ORLEANS. et al. | ) | |
| Plaintiff-Intervenors, | ) | |
| v. | ) | CIVIL ACTION NO. 93-3212 |
| | ) | |
| SEWERAGE AND WATER BOARD OF | ) | Section "S" |
| NEW ORLEANS, CITY OF NEW ORLEANS, | ) | |
| and the STATE OF LOUISIANA, | ) | Mag. 1 |
| | ) | |
| Defendants. | ) | |

## CONSENT DECREE

I.      JURISDICTION ......................................................... 4

II.     VENUE ................................................................ 4

III.    PARTIES .............................................................. 5

IV      BINDING EFFECT ....................................................... 5

V.      PURPOSE .............................................................. 6

VI.     DEFINITIONS .......................................................... 7

VII.    COMPLIANCE WITH CLEAN WATER ACT AND CLEAN AIR ACT .................. 9

VIII.   CLEAN AIR ACT REMEDIAL MEASURES ................................... 10

IX.     CLEAN WATER ACT REMEDIAL MEASURES: PUMP STATIONS ................. 10

X.      CLEAN WATER ACT REMEDIAL MEASURES: SCADA AND REMOTE MONITORING  10

DATE OF ENTRY APR 2 1 1998



**EXHIBIT 3**



and/or provide the additional information necessary to support the modification, within sixty (60) days of receipt of such comments. Once the Request for Modification to the Preventive Maintenance Program is approved by EPA or resolved by dispute resolution, the Board shall comply with the Modified Preventive Maintenance Program within sixty (60) days of approval or resolution of the dispute. Until that time, the previously approved Preventive Maintenance Program shall remain in effect.

27.    If, after receipt of the Annual Report, EPA determines that there are one or more violations of the Consent Decree or the Clean Water Act, and that there is a nexus between the violations and the Preventive Maintenance Program, EPA may require the Board to modify the Preventive Maintenance Program in accordance with specific recommendations. The Board shall make the needed changes to address EPA's concerns within sixty (60) days of receipt of such recommendations, or invoke dispute resolution. Once the Request for Modification to the Preventive Maintenance Program is resolved by dispute resolution, the Board shall comply with the Modified Preventive Maintenance Program within sixty (60) days of resolution of the dispute. Until that time, the previously approved Preventive Maintenance Program shall remain in effect.

## XIII.
## CLEAN WATER ACT REMEDIAL MEASURES: SEWER OVERFLOW ACTION PLAN

28.    The Board has developed a Sewer Overflow Action Plan (Exhibit 4), approved by EPA, intended to ensure that, through the expedient and consistent application of technically sound response techniques, when an unauthorized discharge occurs the volume of untreated wastewater discharged to the environment and the impact of the discharge on the environment will be minimized. The Board shall comply with the Sewer Overflow Action Plan in

Dated and entered this _22_ day of _April_____ 1998.

_____
United States District Judge