# EXHIBIT 4

Case 1:04-cv-00463-DAE-BMK    Document 171-6    Filed 04/17/2008    Page 1 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN DADE COUNTY, )<br>MIAMI-DADE WATER AND )<br>SEWER AUTHORITY DEPARTMENT, )<br>and the STATE OF FLORIDA )<br>)<br>Defendants. )<br>_____) | CASE NO.<br>CIV-93-1109-MORENO<br>MAGISTRATE JUDGE JOHNSON<br><br>SECOND AND FINAL<br><u>PARTIAL CONSENT DECREE</u> |

WHEREAS, Plaintiff, the United States of America, by the authority of the Attorney General of the United States and through its undersigned counsel, acting at the request and on behalf of the Administrator of the United States Environmental Protection Agency ("EPA"), has filed a complaint in this action seeking injunctive relief pursuant to Section 504 of the Clean Water Act (the "Clean Water Act"), 33 U.S.C. § 1364, alleging that defendants, Metropolitan Dade County and the Miami-Dade Water and Sewer Authority Department (hereinafter collectively referred to as the "Defendants"), are posing an imminent and substantial endangerment to the health or welfare of persons by a) the continued use of the 72-inch force main that conveys untreated wastewater from the City of Miami under Biscayne Bay to the Central District Wastewater Treatment Plant ("Central Plant") and b) the unpermitted discharge of untreated wastewater from Defendants' wastewater treatment and collection system; and

**EXHIBIT 4**

specified in Paragraph 61 of any successor in interest at least twenty-one (21) days prior to any such transfer.

C. Defendants shall provide a copy of this Consent Decree to each engineer, consultant and contractor to be retained to perform the work or any portion thereof herein described upon execution of any contract relating to such work, and shall provide a copy to each engineer, consultant and contractor already retained no later than thirty (30) days after the Date of Lodging of this Consent Decree.

V.

## OBJECTIVES

8. It is the express purpose of the parties entering into this Consent Decree to further the objectives set forth in Section 101 of the Clean Water Act, 33 U.S.C. § 1251, and to resolve the issues alleged by the United States in the Third Claim for Relief, Fourth Claim for Relief, Fifth Claim for Relief and Sixth Claim for Relief in the complaint. In light of these objectives, Defendants agree to, *inter alia*, cause the immediate implementation of the remedial measures as herein set forth, take all steps necessary to minimize further unpermitted discharges of untreated wastewater containing raw sewage to local surface waters, and agree to all other conditions of this Consent Decree.

VI.

## DEFINITIONS

9. Unless otherwise defined herein, terms used in this Consent Decree shall have the meaning given to those terms in the

Docket as of October 19, 1996 1:26 pm                              Web PACER (v2.4)

---

# U.S. District Court

## Southern District of Florida (Miami)

### CIVIL DOCKET FOR CASE #: 93-CV-1109

### United States v. Metro Dade County, et al

Filed: 06/10/93
Assigned to: Judge Federico A. Moreno
Demand: $0,000
Nature of Suit: 893
Lead Docket: None
Jurisdiction: US Plaintiff
Dkt# in other court: None
Cause: 33:1319 Clean Water Act

---

UNITED STATES OF AMERICA            Peter Burchell Outerbridge
    plaintiff                       [COR LD NTC]
                                    United States Attorney's Office
                                    99 Northeast 4th Street
                                    Miami, FL 33132

                                    Adam M. Kushner
                                    202-514-4046
                                    [COR LD NTC]
                                    United States Department of
                                    Justice
                                    Environment & Natural Resouces
                                    Division
                                    PO Box 7611 Ben Franklin
                                    Station
                                    Washington, DC 20044
                                    202-514-3264

v.

METROPOLITAN DADE COUNTY            Robert Anthony Cuevas, Jr.
    defendant                       [COR LD NTC]
                                    Dade County Attorney's Office
                                    111 Northwest 1st Street
                                    Suite 2810 Stephen P. Clark
                                    Center
                                    Miami, FL 33128-1993
                                    305-375-5151

MIAMI-DADE WATER AND SEWER          Robert Anthony Cuevas, Jr.

| | |
|---|---|
| AUTHORITY DEPARTMENT<br>    defendant | (See above)<br>[COR LD NTC] |

☐

| | |
|---|---|
| STATE OF FLORIDA<br>    defendant | Robert Anthony Cuevas, Jr.<br>(See above)<br>[COR LD NTC]<br><br>Jonathan A. Glogau<br>[COR LD NTC]<br>Florida Attorney General's Office<br>Special Projects Div.<br>2020 Southeast Capitol Circle<br>Suite 307<br>Tallahassee, FL 32311<br>904-488-5899 |

-----------------------

☐

---

## DOCKET   PROCEEDINGS

---

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 6/10/93 | 1 | COMPLAINT filed; A-7, LRJ (vr) [Entry date 06/11/93] |
| 6/10/93 | -- | Magistrate identification: Magistrate Judge Linnea R. Johnson (vr) [Entry date 06/11/93] |
| 6/10/93 | 2 | SUMMONS(ES) issued for Metro Dade County (vr) [Entry date 06/11/93] |
| 6/10/93 | 3 | SUMMONS(ES) issued for Metro Dade County (vr) [Entry date 06/11/93] |
| 6/10/93 | 4 | SUMMONS(ES) issued for State of Florida (vr) [Entry date 06/11/93] |
| 6/10/93 | 5 | SUMMONS(ES) issued for Miami-Dade Water (vr) [Entry date 06/11/93] |
| 6/17/93 | 6 | NOTICE of attorney appearance for United States by Adam M. Kushner (vr) [Entry date 06/18/93] |
| 6/18/93 | 7 | MOTION by United States, Metro Dade County, Miami-Dade |

|  |  |  |
|---|---|---|
|  |  | refile, granting a contingent discovery extension, granting [87-1] motion for leave to file a memorandum in excess of 20 pages in support of motion to compel full and complete answers to written discovery ( signed by Magistrate Linnea R. Johnson on 1.9.95) CCAP (sk) [Entry date 01/12/95] |
| 1/20/95 | 102 | ORDER, staying proceedings until 4.21.95 granting [99-1] joint motion to stay litigation, mooting [99-2] joint motion notice of settlement agreement, mooting [99-3] joint motion request for status conference denying [81-1] motion for Hearing under LR 4, mooting [44-1] motion for entry of scheduling order, mooting [41-1] motion to enter proposed scheduling order ( signed by Judge Federico A. Moreno on 1.18.95) CCAP (sk) [Entry date 01/26/95] |
| 1/20/95 | 103 | Minute entry for status conference proceeding held before Judge Federico A. Moreno on 1.18.95 (sk) [Entry date 01/26/95] |
| 2/16/95 | 104 | ORDER mooting [44-1] motion for entry of scheduling order, mooting [41-1] motion to enter proposed scheduling order ( signed by Judge Federico A. Moreno on 2.15.95) CCAP (sk) [Entry date 02/21/95] |
| 2/24/95 | 105 | NOTICE OF approval of second and final partial consent decree filed by Metro Dade County, Miami-Dade Water (sk) [Entry date 03/06/95] |
| 2/24/95 | 106 | Minute entry for telephonic proceeding held before Judge Federico A. Moreno on 2/23/95 cancelling pretrial conference set for 2/27/95 (sk) [Entry date 03/06/95] |
| 3/31/95 | 107 | MOTION by Jeffrey Epstein, Pamela Epstein to intervene by Jeffrey Epstein, Pamela Epstein (sk) [Entry date 04/06/95] |
| 3/31/95 | 108 | EMERGENCY MOTION with memorandum in support by Jeffrey Epstein, Pamela Epstein to enforce or to modify consent decree (sk) [Entry date 04/06/95] |
| 3/31/95 | 111 | REQUEST by Jeffrey Epstein, Pamela Epstein for emergency Hearing (sk) [Entry date 04/20/95] |
| 4/4/95 | 109 | ORDER, Response to motion reset to 4/17/95 for [108-1] motion to enforce or to modify consent decree ( signed by Judge Federico A. Moreno on 3.31.95) CCAP (sk) [Entry date 04/10/95] |
| 4/14/95 | 110 | STIPULATION by United States, Metro Dade County, Miami-Dade Water, State of Florida, Jeffrey Epstein, Pamela Epstein In Re: withdrawal of request for emergency hearing, motion to enforce or modify consent decree and motion to intervene re Jeffrey and Pamela Epstein (sk) [Entry date 04/20/95] |
| 4/14/95 | -- | WITHDRAWAL of [108-1] motion to enforce or to modify consent decree, [107-1] motion to intervene by Jeffrey Epstein, Pamela Epstein (sk) [Entry date 04/20/95] |
| 4/14/95 | -- | WITHDRAWAL of [111-1] motion for emergency Hearing (sk) [Entry date 04/20/95] |