# EXHIBIT 5

FILED

2007 OCT 12  AM 9: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ *CP* _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CIV. NO. 03-CV-1349K (POR) |
| | ) |
| v. | ) FINAL CONSENT DECREE |
| | ) |
| CITY OF SAN DIEGO, | ) |
| | ) |
| Defendant. | ) |

-------------------------------------------------

| | |
|---|---|
| SAN DIEGO BAYKEEPER, et al., | ) |
| | ) |
| Plaintiffs, | ) CIV. NO. 01-CV-0550B (POR) |
| | ) |
| v. | ) |
| | ) |
| CITY OF SAN DIEGO, | ) |
| | ) |
| Defendant. | ) |

-------------------------------------------------

**EXHIBIT 5**

system that are less than or equal to fifteen (15) inches in diameter.

"United States" shall mean the United States of America.

## V. OBJECTIVES

In entering into this Final Consent Decree, the Parties intend to further the objectives set forth in Section 101 of the CWA, 33 U.S.C. § 1251, to settle the claims alleged by the Plaintiffs in their respective Complaints and to achieve expeditious compliance with this Final Consent Decree for such purposes as eliminating spills to the extent feasible.

## VI. BINDING EFFECT

A.     The provisions of this Final Consent Decree shall apply to, and be binding upon the City, United States, EPA, Baykeeper, and Surfrider and their successors and assigns.

B.     The City shall give written notice, and provide a copy of this Final Consent Decree to any person or entity to whom the City may transfer ownership or operation of its publicly owned treatment works, including any portion of the Collection System. The City shall notify the United States and EPA in writing of any successor in interest at least forty-five (45) days prior to any such transfer.

C.     The City shall provide a copy of this Final Consent Decree, or otherwise make it available to:

1.     Each engineering, consulting, and contracting firm to be retained to perform any material activities required by this Final Consent Decree upon execution of any contract relating to such work; and

2.     Each engineering, consulting, and contracting firm already retained for such purpose.

-10-

1  improper, or inadequate. The City agrees to entry of this Final Consent Decree without further

2  notice.

3

4      IT IS SO ORDERED this  9  day of  October, 2007.

5

6

7

8

9      HON. RUDI M. BREWSTER

10     UNITED STATES DISTRICT COURT JUDGE
       SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                    -59-