# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                                )<br>           Plaintiff,                                    )<br>                                                                )     Civil Action No. _____<br>           v.                                                )<br>                                                                )<br>THE GHK COMPANY, L.L.C.                )<br>and GHK/POTATO HILLS LIMITED   )<br>PARTNERSHIP,                                      )<br>                                                                )<br>           Defendants.                              )<br>                                                                ) | |

**CONSENT DECREE**

**EXHIBIT 6**

records, or other information created or generated pursuant to the requirements of this Consent Decree will be withheld on grounds of privilege. GHK may also assert that information required to be provided under this Section is protected as Confidential Business Information ("CBI") under 40 C.F.R. Part 2. As to any information that GHK seeks to protect as CBI, GHK will follow the procedures set forth in 40 C.F.R. Part 2.

75. This Consent Decree in no way limits or affects any right of entry and inspection, or any right to obtain information, held by the United States pursuant to applicable federal laws, regulations, or permits, nor does it limit or affect any duty or obligation of GHK to maintain documents, records, or other information imposed by applicable federal or state laws, regulations, or permits.

## XIII. EFFECT OF SETTLEMENT/RESERVATION OF RIGHTS

76. This Consent Decree resolves:

a. the civil claims of the United States under section 309(b) and (d) of the Act, 33 U.S.C. § 1319(b) and (d), against GHK for the discharge of pollutants without a permit in violation of section 301 at the following sites, through the date of lodging: Allen #2-22; Betty; Cedar Creek #3-33; Don Stevens #4-33; EMRW #1-3; Four Star #1-7; Karr #1-10; Koopman #1-2; Keyse #1-9; London #2-6; Mary #2-34; Mary Ratcliff #2-33; Morgan #1-5; Pettit #1-3; Ratcliff #1-33; Shaw; Sinclair; Statler #2-44; Thompson #1-4;

b. the civil claims of the United States under section 309(b) and (d) of the Act, 33 U.S.C. § 1319(b) and (d), against GHK for the discharge of pollutants without a permit in violation of section 404 at the following sites, through the date of lodging: Don Stevens #4-33; London #2-6; Statler; Pettit #1-3; Morgan #1-5; and

  c.  the civil claims of the United States under section 309(b) and (d) of the Act, 33 U.S.C. § 1319(b) and (d), against GHK for failure to respond fully to a request for information regarding potential violations, issued by EPA pursuant to section 308 of the Act, 33 U.S.C. § 1318, as alleged in the Complaint filed in this action, through the date of lodging.

  77.  The United States reserves all legal and equitable remedies available to enforce the provisions of this Consent Decree, except as expressly stated herein. This Consent Decree shall not be construed to limit the rights of the United States to obtain penalties or injunctive relief under the Act or implementing regulations, or under other federal laws, regulations, or permit conditions, except as expressly specified herein. The United States further reserves all legal and equitable remedies to address any imminent and substantial endangerment to the public health or welfare or the environment arising at, or posed by, GHK's Sites, whether related to the violations addressed in this Consent Decree or otherwise.

  78.  This Consent Decree is not a permit, or a modification of any permit, under any federal, State, or local laws or regulations. GHK is responsible for achieving and maintaining complete compliance with all applicable federal, State, and local laws, regulations, and permits; and GHK's compliance with this Consent Decree shall be no defense to any action commenced pursuant to said laws, regulations, or permits. The United States does not, by its consent to the entry of this Consent Decree, warrant or aver in any manner that GHK's compliance with any aspect of this Consent Decree will result in compliance with provisions of the Clean Water Act, 33 U.S.C. §§ 1251-1331, *et seq.*, or its implementing regulations.

  79.  This Consent Decree does not limit or affect the rights of GHK or of the United States against any third parties, not party to this Consent Decree, nor does it limit the

rights of third parties, not party to this Consent Decree, against GHK, except as otherwise provided by law.

  80. This Consent Decree shall not be construed to create rights in, or grant any cause of action to, any third party not party to this Consent Decree.

## XIV. COSTS

  81. The Parties shall bear their own costs of this action, including attorneys' fees, except that the United States shall be entitled to collect the costs (including attorneys fees') incurred in any action necessary to collect any portion of the civil penalty or any Stipulated Penalties due but not paid by GHK.

## XV. NOTICES

  82. Unless otherwise specified herein, whenever notifications, submissions, or communications are required by this Consent Decree, they shall be made in writing and addressed as follows:

As to the United States:
Chief, Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Reference Case No. 90-5-1-1-07654

As to the EPA:
Ellen Chang Vaughan (6RC-EW)
U.S. EPA, Region 6
1445 Ross Avenue
Suite # 1200
Dallas, TX 75202-2733

and

Casey Luckett Snyder (6EN-WO)

-38-

CLOSED

## U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CIVIL DOCKET FOR CASE #: 6:05-cv-00116-FHS

USA v. GHK Company, L.L.C., et al  
Assigned to: Judge Frank H. Seay  
Demand: $0  
Cause: 33:1319 Clean Water Act  

Date Filed: 03/15/2005  
Date Terminated: 05/16/2005  
Jury Demand: None  
Nature of Suit: 893 Environmental Matters  
Jurisdiction: U.S. Government Plaintiff  

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2005 | 1 | COMPLAINT (dma, Deputy Clerk) (Entered: 03/16/2005) |
| 03/15/2005 |   | MAGISTRATE'S CONSENT FORM furnished to plaintiff's counsel. (dma, Deputy Clerk) (Entered: 03/16/2005) |
| 03/15/2005 | 2 | PRAECIPE by plaintiff and issuing 1 Summons (dma, Deputy Clerk) (Entered: 03/16/2005) |
| 03/15/2005 | 3 | NOTICE by plaintiff USA of Lodging of Proposed Consent Decree (dma, Deputy Clerk) (Entered: 03/16/2005) |
| 03/17/2005 | 4 | CERTIFICATE of Service by plaintiff (trl, Deputy Clerk) (Entered: 03/18/2005) |
| 03/21/2005 | 5 | DISTRICT JUDGE OPTION by plaintiff USA (Certificate of Service not signed) (dma, Deputy Clerk) (Entered: 03/22/2005) |
| 03/21/2005 | 6 | MINUTE ORDER: Directing the Clerk to comply with Misc. Order 03-08 for the reassignment of this case. (JHP) (cc: all counsel) (dma, Deputy Clerk) (Entered: 03/22/2005) |
| 03/21/2005 | 7 | MINUTE ORDER: REASSIGNING this case to District Judge Frank H. Seay. All documents filed in this case in the future shall reflect the assignment to U.S. District Judge Frank H. Seay (e.g. CIV-05-116-S). (CLERK) (cc: all counsel) (dma, Deputy Clerk) (Entered: 03/22/2005) |
| 03/28/2005 | 8 | RETURN OF SERVICE executed upon defendant The GHK Company, L.L.C. c/o Mary Ellen Ternes on 3/22/05 by certified mail (signature on green card illegible) (dma, Deputy Clerk) (Entered: 03/29/2005) |
| 04/06/2005 | 9 | ATTORNEY APPEARANCE for defendants The GHK Company, L.L.C., & GHK/Potato Hills by John N. Hermes (trl, Deputy Clerk) (Entered: 04/06/2005) |
| 04/06/2005 | 10 | UNOPPOSED MOTION by defendants to extend time to answer ; response deadline 4/21/05 (trl, Deputy Clerk) (Entered: 04/06/2005) |
| 04/06/2005 | 11 | MINUTE ORDER: Defendants' Unopposed Motion to Extend Time to Answer or Respond to Plaintiff's Complaint [10-1] is hereby GRANTED. Accordingly, defendants' answer is extended to 4/26/05. (CLERK) (cc: all counsel) (dma, |

| | | |
|---|---|---|
| | | Deputy Clerk) (Entered: 04/06/2005) |
| 04/07/2005 | 12 | MINUTE ORDER: Upon further consideration of defendants GHK Company, L.L.C. and GHK/Potato Hills Limited Partnership's Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint filed on 4/6/05, the Court GRANTS defendants an additional extension of time until 5/31/05 in which to file an answer. (FHS) (cc: all counsel) (dma, Deputy Clerk) (Entered: 04/07/2005) |
| 04/29/2005 | 13 | UNOPPOSED MOTION by plaintiff for entry of consent decree ; response deadline 5/16/05 (dma, Deputy Clerk) (Entered: 04/29/2005) |
| 04/29/2005 | 14 | MEMORANDUM by plaintiff in support of motion for entry of consent decree (dma, Deputy Clerk) (Entered: 04/29/2005) |
| 04/29/2005 | 15 | NOTICE OF APPEARANCE for plaintiff by Kenneth G. Long (dma, Deputy Clerk) (Entered: 04/29/2005) |
| 04/29/2005 | 16 | CERTIFICATE of Service by plaintiff of mailing Plaintiff's Unopposed Motion for Entry of Consent Decree, Supporting Memorandum and Notice of Appearance to defendants on 4/29/05 (dma, Deputy Clerk) (Entered: 04/29/2005) |
| 05/16/2005 | 17 | CONSENT DECREE by Judge Frank H. Seay closing case (cc: all counsel) (trl, Deputy Clerk) (Entered: 05/17/2005) |
| 05/25/2005 | 18 | SATISFACTION of Judgment by plaintiff USA (dma, Deputy Clerk) (Entered: 05/26/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/16/2008 14:11:04 | | | |
| PACER Login: | bd0037 | Client Code: | 0000309724-27497 |
| Description: | Docket Report | Search Criteria: | 6:05-cv-00116-FHS Start date: 3/15/2005 End date: 4/16/2008 |
| Billable Pages: | 1 | Cost: | 0.08 |

https://ecf.oked.uscourts.gov/cgi-bin/DktRpt.pl?937919086882447-L_195_0-1