CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 768-5235
Facsimile: (808) 523-4583
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br>             Plaintiffs,<br><br>         v.<br><br>CITY AND COUNTY OF HONOLULU<br>             Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIV. NO. CV 04-00463 DAE-BMK<br><br>**LR 7.5 CERTIFICATE OF COUNSEL**<br><br><br>Date:   April 28, 2008<br>Time:  9:45 am<br>Judge: Hon. David Alan Ezra |

## LR 7.5 CERTIFICATE OF COUNSEL

Pursuant to the Local Rules, Kathleen A. Kelly, attorney for Defendant City and County of Honolulu ("CCH"), hereby certifies that the word count for CCH's Reply Memorandum In Support Of Defendant's Motion To Dismiss Plaintiffs' First And Second Claims For Relief ("Reply Memorandum"), is 4,480 words. Accordingly, the Reply Memorandum complies with Local Rules 7.5(c) and (e).

DATED:   Honolulu, Hawaii
          April 17, 2008

CARRIE OKINAGA
Corporation Counsel

By: /s/Kathleen A. Kelly
    Kathleen A. Kelly
    Deputy Corporation Counsel
    Attorneys for Defendants
    City and County of Honolulu

A/72506603.1/2017866-0000309724