IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) <br> HAWAI'I'S THOUSAND FRIENDS;   ) <br> and OUR CHILDREN'S EARTH      ) <br> FOUNDATION,                   ) <br>                                ) <br>         Plaintiffs,            ) <br>                                ) <br>   vs.                          ) <br>                                ) <br> CITY AND COUNTY OF             ) <br> HONOLULU and FRANK DOYLE,      ) <br> DIRECTOR OF THE DEPARTMENT     ) <br> OF ENVIRONMENTAL SERVICES,     ) <br> in his official capacity,      ) <br>                                ) <br>         Defendants.            ) <br> _____ ) | CIVIL NO. CV04-00463 DAE-BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**CITY AND COUNTY OF HONOLULU'S REPLY TO OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' FIRST AND SECOND CLAIMS FOR RELIEF; DECLARATION OF KATHLEEN A. KELLY; EXHIBITS 1-6; LR 7.5 CERTIFICATE OF COUNSEL**

was duly served upon the following individuals at their address listed below on April 17, 2008:

    Served Electronically through CM/ECF:    Email address

        CHRISTOPHER SPROUL    csproul@enviroadvocates.com
        Environmental Advocates
        5135 Anza Street
        San Francisco, California 94121

        PAUL ALSTON    palston@ahfi.com
        WILLIAM M. TAM    wtam@ahfi.com
        BLAKE K. OSHIRO    boshiro@ahfi.com
        Alston Hunt Floyd & Ing
        18th Floor, ASB Tower
        1001 Bishop Street
        Honolulu, Hawaii 96813

    Attorneys for Plaintiffs

    DATED: Honolulu, Hawaii, April 17, 2008.

                      CARRIE K.S. OKINAGA
                      Corporation Counsel

                      By /s/ Kathleen A. Kelly
                          Kathleen A. Kelly
                          Deputy Corporation Counsel
                          Attorneys for Defendants