# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00463DAE-BMK |
| CASE NAME: | Sierra Club, Hawaii Chapter, et al. V. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Christopher Sproul(by phone)<br>William Tam |
| ATTYS FOR DEFT: | James Dragnar(by phone)<br>Carrie Okinaga<br>Kathleen Kelly |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 04/28/2008 | TIME: | 9:45am-10:15am |

COURT ACTION: EP: [167] MOTION to Dismiss Plaintiffs' First and Second Claims for Relief.

Oral arguments heard.

[167] MOTION to Dismiss Plaintiffs' First and Second Claims for Relief - TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager