CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel: (415) 533-3376,
Fax: (415) 358-5695
Email: csproul@enviroadvocates.com

PAUL ALSTON          1126-0
WILLIAM TAM          1887-0
BLAKE OSHIRO         7646-0
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi  96813
Tel: (808) 524-1800,
Fax: (808) 524-4591
Email: paltson@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Plaintiffs
Sierra Club, Hawaiʻi Chapter,
Hawaiʻi's Thousand Friends
and Our Children's Earth Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>　　　　　Defendants. | Civil No. 04-00463 DAE/BMK<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' FIRST AND SECOND CLAIMS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' FIRST AND SECOND CLAIMS

Plaintiffs Sierra Club, Hawaiʻi Chapter, Hawaiʻi's Thousand Friends, and Our Children's Earth Foundation (collectively, "Plaintiffs") by and through their attorneys, Alston, Hunt, Floyd & Ing, hereby move this Court for Partial Summary Judgment on Plaintiff's First and Second claims. There is no genuine issue of material fact. Plaintiffs are entitled to judgment as a matter of law.

This Motion is made pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure, and Rules 7.2, 7.6, and 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, and is supported by the Memorandum in Support, the Separate and Concise Statement of Facts, the Declarations of Jodene Isaacs, Christopher Sproul (I and II), and Matthew McGranaghan, and the Exhibits, Records and files in this case.

DATED: Honolulu, Hawaiʻi, May 19, 2008.

/s/ William Tam
CHRISTOPHER SPROUL
Environmental Advocates

PAUL ALSTON
WILLIAM TAM
BLAKE OSHIRO
Alston Hunt Floyd & Ing
Attorneys for Plaintiffs
Sierra Club, Hawaiʻi Chapter,
Hawaiʻi Thousand Friends, and Our
Children's Earth Foundation