IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; ) <br> HAWAIʻI'S THOUSAND FRIENDS; and ) <br> OUR CHILDREN'S EARTH FOUNDATION,) <br>                                ) <br>         Plaintiffs,           ) <br>                                ) <br>      vs.                       ) <br>                                ) <br> CITY AND COUNTY OF HONOLULU and ) <br> FRANK DOYLE, DIRECTOR OF THE    ) <br> DEPARTMENT OF ENVIRONMENTAL     ) <br> SERVICES, in his official      ) <br> capacity,                       ) <br>                                ) <br>         Defendants.            ) <br> _____) | Civil No. 04-00463 DAE-BMK <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

|  | **HAND-DELIVERED** | **E-MAIL via ECF** | **MAILED** |
|---|---|---|---|
| CARRIE OKINAGA, ESQ. <br> cokinaga@honolulu.gov <br> KATHLEEN A. KELLY, ESQ. <br> kkelly@co.honolulu.hi.us <br> Corporation Counsel <br> City & County of Honolulu <br> 530 So. King Street <br> Honolulu, HI  96813 <br>      and | ( ) | ( X ) | ( ) |

651629_1/7502-3

|  | HAND-<br>DELIVERED | E-MAIL<br>via ECF | MAILED |
|---|---|---|---|
| JAMES DRAGNA, ESQ.<br>jim.dragna@bingham.com<br>NANCY WILMS, ESQ.<br>nancy.wilms@bingham.com<br>BRYAN K. BROWN, ESQ.<br>bryan.brown@bingham.com<br>c/o Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br><br>Attorneys for Defendants<br>City and County of Honolulu and<br>Frank Doyle, Director of the<br>Department of Environmental<br>Services, in his official capacity | ( ) | ( X ) | ( ) |

DATED:  Honolulu, Hawai'i, May 20, 2008.

　　　　　/s/ William M. Tam
　　　　CHRISTOPHER SPROUL
　　　　ENVIRONMENTAL ADVOCATES

　　　　PAUL ALSTON
　　　　WILLIAM M. TAM
　　　　BLAKE K. OSHIRO
　　　　ALSTON HUNT FLOYD & ING

　　　　Attorneys for Plaintiffs
　　　　SIERRA CLUB, HAWAI'I CHAPTER,
　　　　HAWAI'I'S THOUSAND FRIENDS, and
　　　　OUR CHILDREN'S EARTH FOUNDATION