CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553-3376
Fax:  (415) 358-5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON            1259-0
WILLIAM TAM            1887-0
BLAKE K. OSHIRO        6746-0
Alston Hunt Floyd & Ing
Attorneys At Law
ASB Tower, 18th Floor
1001 Bishop Street
Honolulu, Hawai'i  96813
Tel:  (808) 524-1800
Fax:  (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Applicants
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' FIRST AND SECOND CLAIMS; DECLARATION OF JODENE ISAACS; EXHIBITS 1-5; DECLARATIONS OF CHRISTOPHER SPROUL (I and II); DECLARATION OF MATTHEW MCGRANAGHAN; CERTIFICATE OF WORD COUNT; CERTIFICATE OF SERVICE** |

677993-3 / 7502-3

**PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF FACTS
IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT
ON PLAINTIFFS' FIRST AND SECOND CLAIMS**

Pursuant to Local Rule 56.1, Plaintiffs file this Separate and Concise Statement of Facts in support of their Motion for Partial Summary Judgment on their First and Second Claims Against Defendant City and County of Honolulu ("CCH").[1]

| FACTS | EVIDENCE |
|---|---|
| 1.  Honouliuli requires CCH to report all CCH noncompliance: sewage spills, overflows, bypasses that may endanger human health or environment. | Declaration of Jodene Isaacs ("Isaacs") ¶28, 29, Ex.1[2] at 27697 |
| 2.  Sand Island requires CCH submit reports:  sewage spills to waters from Sand Island WWTP collection system. | Isaacs ¶28, 29, Ex.2 at 22973-74 |
| 3.  CCH submits monthly "WD/Report" to EPA/DOH for Honouliuli and Sand Island WWTPs/collection systems. | Isaacs ¶¶28-30, Ex.4 at 35419-35524 |
| 4.  1995 CD addressed only CCH's sewage spills to October 3, 1994 (date CD lodged). | Isaacs ¶6, Ex.3 at 25168, 25109 |
| 5.  1995 CD (Sec. IX, ¶¶B-E ) requires CCH to submit Q/Reports of non-compliance with any requirements. | Isaacs ¶7, Ex.3 at 25157-58 |
| 6.  1995 CD (Sec. VII, ¶F ) mandates Q/Report by CCH of all collection system spills (dry/wet weather) and all WWTP emergency bypasses caused by infiltration and inflow. | Isaacs ¶7, Ex.3 at 25142-43 |
| 7.  CCH submits reports of sewage spills and bypasses with Q/Report:  "Collection Systems Spills (Summary) & Treatment Plant Spills and Bypasses (Summary)." | Isaacs ¶¶22-26, 47, Ex.4A-4H |

---

[1]   Table of Terms is attached as Exhibit "A."

[2]   References are to Exhibits attached to Isaacs Declaration unless otherwise noted.

| **FACTS** | **EVIDENCE** |
|---|---|
| 8.  Sand Island prohibits unanticipated, intentional diversion of waste stream from treatment facility ("bypass") unless CCH demonstrates: bypass (1) did not exceed effluent limitation; (2) was necessary for essential maintenance to assure efficient operation; OR 1) bypass unavoidable to prevent loss of life, personal injury, or severe property damage; (2)no feasible alternatives; and (3) CCH provided notice of both within 24 hours and reported bypass. | Isaacs ¶5, Ex.2 at 23001-02 |
| 9.  Sand Island. In enforcement proceeding CCH has burden of proof to establish exception applies.  CCH must monitor effluent discharges during bypass to prove effluent limitations met. | Isaacs ¶5, Ex.2 at 23002 |
| 10.  Honouliuli (Sec. B. Prohibitions) prohibits "overflow" or "bypass" of treatment facilities, including "waste" collection system. | Isaacs ¶4, Ex.1 at 27688 |
| 11.  Honouliuli (Sec. A, ¶19)defines "Overflow" -intentional or unintentional diversion of flow from collection and transport systems, including pumping facilities. | Isaacs ¶4, Ex.1 at 27685 |
| 12.  Honouliuli (Sec. A, ¶2)defines "Bypass" -intentional diversion of waste stream from any portion of treatment facility whose operation is necessary to maintain compliance with terms and conditions of permit. | Isaacs ¶4, Ex.1 at 27680 |
| 13.  Honouliuli provides EPA/DOH may not take enforcement action against CCH for unanticipated bypasses if: 1) bypass was unavoidable to prevent loss of life, personal injury, or severe property damage; (2) no feasible alternatives existed; and (3) CCH provided EPA/DOH oral notice within 24 hours and written explanation within five days. | Isaacs ¶4 Ex.1 at 27688, 27697 |

| FACTS | EVIDENCE |
|---|---|
| 14.  Honouliuli (Sec. C, ¶2) requires CCH to "at all times, properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the discharger to achieve compliance with this permit." | Isaacs ¶4, Ex.1 at 27689 |
| 15.  Honouliuli(Sec. C, ¶4)requires CCH operate its collection, treatment, and disposal systems in manner that precludes public contact with wastewater. | Isaacs ¶¶4, Ex.1 at 27690 |
| 16.  CCH's monthly WD Reports and Q/Reports 1) identify geographic location of CCH's sewage spills or bypasses, sewer line or pump station overflowed; 2) indicate total spill volume, amount removed, amount reaching waters, whether spill or bypass entered storm drain or waterbody, and name of collection system or treatment plant; raw or inadequately treated sewage from sewer manholes, sewer lines rupture flows, pump stations overflows, or WWTP equipment overflows, and flows into public streets, streams, beaches, ocean, and other areas outside the collection system or WWTP equipment, including other publicly accessible areas. | Isaacs ¶¶22-26 |
| 17.  Honouliuli, Sand Island, and 1995 CD require all reporting to be signed and certified as accurate under penalty of law. | Isaacs ¶4, Ex.1 at 27700; ¶5, Ex.2 at 22992-93; ¶6, Ex.3 at 25166; ¶7(c) |
| 18.  DOH's CWB database tracks all CCH spill and bypass reports pursuant to 1995 CD, Honouliuli and Sand Island, and state law. | Isaacs ¶¶31-41, Ex.5A&5B; Declaration of Christopher Sproul, ¶¶9-10, 16 ("Sproul") |

| **FACTS** | **EVIDENCE** |
|---|---|
| 19.  1995 CD, Honouliuli and Sand Island, and state law specify that CCH's spill and bypass reports (a) identify spill source points in collection system/WWTPs; and (b) specify which waters/streams receive spill:  Ahuimanu, Aiea, Ala Wai Boat Harbor, Ala Wai Canal, Enchanted Lake, Halawa, Inoanole, Kaelepulu, Kahala, Kahana, Kahanaiki, Kalawahine, Kalihi, Kana, Kanaha, Kaneohe, Kapalama Canal, Kawa, Kawainui Marsh, Kawainui, Keaahala, Keehi Lagoon, Kewalo Basin, Komo Mai Bridge Canal, Kuou, Lake Wilson (Wahiawa Reservoir), Liliha, Makakilo Gulch, Manoa, Maunalua Bay, Maunawili, Moanalua, Nanakuli, Niniko, Nuuanu, Nuupia Ponds, Pacific Ocean, Palolo, Pauoa, Puehuehu, Puekiuehu, Puha, Waiawa, Waikalua, Waikele, Waimanalo, Waiola, Waiomao, Waolani. | Isaacs ¶¶12-15, Ex.4, 5A&5B; Sproul ¶¶8, 9, 10, 13 |
| 20.  Streams/water bodies:  Ahuimanu, Aiea, Ala Wai Boat Harbor, Ala Wai Canal, Enchanted Lake, Halawa, Inoanole, Kaelepulu, Kahala, Kahana, Kahanaiki, Kalawahine, Kalihi, Kana, Kanaha, Kaneohe, Kapalama Canal, Kawa, Kawainui Marsh, Kawainui, Keaahala, Keehi Lagoon, Kewalo Basin, Komo Mai Bridge Canal, Kuou, Lake Wilson (Wahiawa Reservoir), Liliha, Makakilo Gulch, Manoa, Maunalua Bay, Maunawili, Moanalua, Nanakuli, Niniko, Nuuanu , Nuupia Ponds, Palolo, Pauoa Stream, Puehuehu, Puekiuehu, Puha, Waiawa , Waikalua, Waikele, Wailupe, Waimalu, Waiola, Waiomao, and Waolani are each tributaries to or part of Pacific Ocean or navigable waters. | Declaration of Matthew McGranaghan, ¶¶2-3 |
| 21.  CCH committed 332 sewage spills or bypasses to U.S. waters (para. 21) (May 30, 1999 to Dec 31 2007). | Isaacs ¶¶37-47, Ex.4, 5A&5B; Sproul ¶16 |

| FACTS | EVIDENCE |
|---|---|
| 22.  CCH committed 207 sewage spills or overflows/bypasses from Honouliuli collection system or Honouliuli WWTP that CCH did not unambiguously report reached U.S. waters in Consent Decree Q/Reports or Honouliuli WD Reports from:  May 30, 1999 to December 31, 2005, January 2006, February 2006, March 2006, April 2006, June 2006, July 2006, October 2006, December 2006, June 2007, July 2007, August 2007 and the fourth quarter of 2007.  DOH/EPA  provided Environmental Advocates copies of 1995 CD Q/Reports or Honouliuli WD Reports). | Isaacs ¶¶36-54, Ex.4,5A&5B |
| 23.  Post-1995 CD, several hundred regular sewage spills throughout O'ahu at rates exceeding 1995 CD goals. Spills closed beaches and threatened health and well-being of Hawai'i's residents and visitors. | Declaration of Christopher Sproul ("Sproul II"), ¶¶11-17 (Docket Document No. 155-3, filed Nov. 15, 2007); Sproul II Ex. L, M, N, O |
| 24.  Sewage spill due to same causes as 1995 CD:  sewer line blockages, pump station failures, collapsing sewer lines, and excessive I/I; raw sewage spills into public streets, streams, beaches, the ocean, and other publicly accessible areas. | Sproul II, ¶16 |
| 25.  May 8, 2007, EPA/DOH brought enforcement case against CCH for **one** spill violation, *United States v. CCH*, Civ. No. 07-00235 DAE-KSC ("*EPA II*")(injunctive relief for 48 million gallon raw sewage spill into Ala Wai Canal March 26-30, 2006 from Beachwalk force main rupture). | Sproul II, ¶8, Ex.D |

| FACTS | EVIDENCE |
|---|---|
| 26.  EPA/DOH filed *EPA II* complaint and lodged Stipulated Order purporting to resolve **one** asserted claim, but: (a) requires CCH remedial action on six force main lines: Beachwalk, Ala Moana, Old Hart Street, Kailua/Kaneohe, Waimalu, and Kahala lines over 11 years (2007-2018); (b) recognizes CCH does not admit for Beachwalk spill liability; (c) imposes no civil penalties; (d) requires no SEPs in lieu of penalties. | Sproul II, ¶8 and Ex.E to Sproul II |
| 27.  Court entered Stipulated Order (October 10, 2007). | Sproul II, ¶8; Ex.F |
| 28.  Honouliuli, Sand Island, Kailua, and Wa'ainae NPDES Permits authorize treated sewage discharge to WWTP's deep ocean outfalls, subject to effluent limitations, prohibitions, and other requirements. | Isaacs, ¶28 |
| 29. DOH maintains electronic database (reported sewage spills and bypasses) showing: date spills begin, date ended, spill location, quantity, type of wastewater spilled (raw sewage, partially treated sewage), whether spill entered storm drain/waterway, whether warning signs posted, cause of overflow, and other information. | Isaacs ¶¶37-43, Ex.5A&5B |
| 30.  DOH database shows 880 spills or bypass incidents reported to DOH (May 30, 1999 to December 31, 2007). | Isaacs ¶37, 40, 41; Ex.5A&5B |
| 31.  CCH did not receive authorization for any spill or bypass incidents described in Table 1. | Isaacs ¶55 |
| 32.  CCH failed to submit Q/Reports to DOH/EPA (January 1, 2006 to September 30, 2007. | Isaacs ¶¶11-21 |
| 33.  CCH reported 278 total sewage spill or overflow violations from collection system; 23 sewage spill or overflow violations from WWTPs; 31 bypass violations:  332 total violations (May 30, 1999 - December 31, 2007. | Isaacs ¶¶46-50 |

| FACTS | EVIDENCE |
|---|---|
| 34.  CCH reported 207 total sewage spills to ground (May 30, 1999 - December 31, 2007). | Isaacs ¶¶51-54 |

Dated:  Honolulu, Hawaiʻi, May 19, 2008.

    /s/ William M. Tam
CHRISTOPHER SPROUL
Environmental Advocates

PAUL ALSTON
WILLIAM TAM
BLAKE K. OSHIRO
Alston Hunt Floyd & Ing

Attorneys for Plaintiffs
Sierra Club, Hawaiʻi, Chapter,
Hawai`i's Thousand Friends, and Our Children's Earth Foundation

**EXHIBIT "A"**

**TABLE OF TERMS**

| | |
|---|---|
| CCH | Defendants City and County of Honolulu |
| CWA | Clean Water Act |
| DOH | State of Hawai'i Department of Health / Clean Water Branch |
| EPA | U.S. Environmental Protection Agency |
| NPDES | National Pollution Discharge Elimination System |
| WWTP | Wastewater treatment plant |
| Honouliuli | Honouliuli WWTP NPDES Permit No. HI0020877 |
| Sand Island | Sand Island WWTP NPDES Permit No. HI0020117 |
| SEP | Supplemental Environmental Project |
| WD/Report | Wastewater Diversion Report submitted by CCH to DOH and EPA pursuant to Honouliuli and Sand Island Permits detailing all sewage spill or treatment bypasses in given month for each treatment plant and collection system |
| 1995 CD | 1995 Consent Decree in *United States, et al. v. City and County of Honolulu*, Civ. No. 94-00765 DAE-KSC |
| Q/Report | Quarterly Report submitted by CCH to DOH and EPA pursuant to the 1995 Consent Decree that details all sewage spill or treatment bypasses from treatment plants or collection systems owned and operated by CCH in three month periods |