# EXHIBIT 4

## LIST OF
## WASTESTREAM DIVERSIONS REPORTS

| NO. | REPORT |
|-----|--------|
| 4A | Quarterly Reports for the Period of April 1, 1999 to December 31, 1999 |
| 4B | Quarterly Reports for the Period of January 1, 2000 toDecember 31, 2000 |
| 4C | Quarterly Reports for the Period of January 1, 2001 to December 31, 2001 |
| 4D | Quarterly Reports for the Period of January 1, 2002 to December 31, 2002 |
| 4E | Quarterly Reports for the Period of January 1, 2003 to December 31, 2003 |
| 4F | Quarterly Reports for the Period of January 1, 2004 to December 31, 2004 |
| 4G | Quarterly Reports for the Period of January 1, 2005 to December 31, 2005 |
| 4H | Quarterly Reports for the Period of October 1, 2007 to December 31, 2007 |
| 4I | Honouliuli Waste Water Treatment Plant Spill/Bypass Reports for the Period of January 2006 to January 2007, March 2007, and June 2007 - August 2007 |