DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET
HONOLULU HI 96813

JEREMY HARRIS
Mayor



KENNETH E. SPRAGUE, P.E., Ph.D.
Director

BARRY FUKUNAGA
Deputy Director

CERTIFIED MAIL

JUL 1 9 1999

EMC 99-585

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention: Mr. Steve Fuller (WTR-7)

Gentlemen:

SUBJECT:     QUARTERLY REPORT FOR THE PERIOD OF April 1, 1999 TO June 30, 1999;
Ref: United States of America and State of Hawaii v. City and County of
Honolulu, Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Second Quarter of 1999, as required by the
Consent Decree, Section IX, Paragraph B.

This report was prepared by the staff of the Department of Environmental Services with assistance
from consultants that are involved in the Consent Decree programs. As such, we provide the following
certification, pursuant to Section XV:

I certify under penalty of law that the document and all attachments
were prepared under my direction or supervision in accordance with a
system designed to assure that qualified personnel properly gathered
and evaluated the information submitted. Based on my inquiry of the
person or persons who manage the system, or those persons directly
responsible for gathering the information, the information submitted is,
to the best of my knowledge and belief, true, accurate, and complete.
I am aware that there are significant penalties for submitting false
information, including the possibility of fine and imprisonment for
knowing violations.

If you have any questions or comments regarding this submittal, please feel free to contact
Ross Tanimoto, Division of Environmental Quality, at (808) 527-6663.

Sincerely,

KENNETH E. SPRAGUE
Director

Attachment

cc:     Mr Marshall Lum, State Department of Health
Mr. Paul Achitoff, Earth Justice

35200

EXHIBIT 4A

# APRIL–JUNE 1999 WASTESTREAM DIVERSIONS

**Legend (abbreviations):**

( )=possibly · AR=rodor dtrl chem solution · C=contained · (C)chlorinated · CD=construction damage · CN=new construction · CR=contaminated rainwater · (D)=digested · DP=damaged pipe

DSF=disinfection · EFF=effluent · FE=faulty equipment · FM=force main · G=grease · GT=grit · GW=ground water · (H)=heat-treated · INT=intersection

IW=injection well · M=miscellaneous (see Remarks) · NC=noncompliant · NC-X=unable to sample (insufficient volume) · NR=not required · OP=operator error · P=primary-treated · PM=preventive maintenance

PP=paper products · Pre=preliminary-treated · PT=partially-treated · PVT=private · R=roots · RG=rags · RK=rocks · RPMT=repair &/or maintenance · S=secondary-treated

Sc=screened · SL=sludge · SUBD=new subdivision · Sup=supernatant · SUR=surcharge · SW=storm water · TRIB=tributary · U=unknown · UT=untreated

**TREATMENT PLANT ABBREVIATIONS:** HN=Honouliuli WWTP · KI=Kailua WWTP · KK=Kailua WWTP · PK=Paalaa Kai WWTP · SI=Sand Island WWTP · WM=Waimanalo WWTP · WN=Waianae WWTP · WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Volume Removed | Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Start / Arrival | Stop | Total (min) | TRB / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Apr-99 | 500 Primary | Sand Island WWTP | N | | N | pipe flange | DP | 1315 | 1425 | 70 | SI | Replace pipe | ¦ | Cracked flange on retention tank inlet pipe |
| 03-Apr-99 | 30 Unleaded | East of Saint Louis Drive / Palolo Stream | Y 30 / 0 | Palolo Stream | N | weephole | U | 1352 1323 | 1450 | 58 | SI | TV line, monitor | ¦ | Plugged weephole; Remains clean/flowing |
| 03-Apr-99 | 150 Unleaded | 91-812 Makaonaona Street | Y 100 / 0 | | N | MH# EB 0067 | G | 1610 1330 | 1640 | 30 | HN | Monitor | ¦ | |
| 05-Apr-99 | 18 Unleaded | 1700 Houghtailing Street / 1400 Alani Street | 18 absorbed | | N | MH# AA 2004 main 6 | GP G | 754 728 | 800 | 6 | SI | Repair pipe | 3-28-99 | Absorbed by dirt in drain |
| 05-Apr-99 | U [trace] Unleaded | 5020 Maunawili Circle | N | | N | cleanout lateral 4 | R | 1810 1725 | U | U | SI | Monitor (extensive root intrusion in main) | ¦ | Evidence only contained in yard |
| 09-Apr-99 | 3 Unleaded | 75 Mahiloa Street | N | | N | cleanout lateral 6 | M | 908 952 | U | U | KK | Monitor | ¦ | MH accumulated cloth fibers; evidence only, contained in garage |
| 09-Apr-99 | 10 Unleaded | 331 Libby Street | N | | N | main 6 | PP DP | 1540 1613 | 1750 | 130 | SI | Need enforcement on business- recurrence of paper towel problem. | 8-6-99 | PP=paper towels; DP=sag in line; intermittent |
| 11-Apr-99 | 10 Unleaded | 2121 Lanihuli Drive | N | | N | cleanout lateral 6 | R | 1337 1308 | 1342 | 5 | SI | Monitor to revise PM | 10-15-98 | Most spilled when cleanout cap removed |
| 12-Apr-99 | 55 Unleaded | 2238 Kahuaopalena Street | Y 15 / 0 | | N | cleanout lateral 6 | G | 1740 1721 | 1745 | 5 | SI | Monitor, revise PM | 7-22-99 | Most spill returned to manhole |
| 16-Apr-99 | 50 Unleaded | 98-139 Kanuku Street | N | | N | MH# YB 0560 main 8 | G | 1850 1820 | 1915 | 25 | HN | Flush line, monitor for illegal dumping | 3-4-99 | Intermittent spill, contained on roadway/returned to system |

35201

EXHIBIT 4A

# APRIL-JUNE 1999 WASTESTREAM DIVERSIONS

) =possibly
A=major oil chem solution
C=contained
(Cl)=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
(D)=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
(H)=heat-treated
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample
(insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Prel=prelim/nary-treated
PT=partially-treated
PVT=private
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SuR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu) WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Pailoa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER / STORM DRAIN Y/N — Volume / Removed / Ocean-Stream | S G N S | DISCHARGE POINT / PROBLEM LINE | C A U S E S | Start/Arrival Time | Stop Time | Total (min) | T R I B | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-Apr-99 | 1,900,000 / Untreated | Pier 35, Honolulu Harbor | Y — 1,900,000 / 0 / Honolulu Harbor | Y | pipe / force main 48 | DP | 1005 / 938 | 320 | 15 15 | SI | Repair pipe; return to service 4/17/99 | 4-16-99 | DP=corrosion; sample analyzed by US EPA method |
| 17-Apr-99 | 468 / Untreated | 2454 Beretania Street (South) | N | N | drain (floor) / main 14 | RG PP G | 942 / 932 | 1114 | 87 | SI | Monitor; initiate Source Control investigation | 7-6-99 | Contained on site/returned to system |
| 17-Apr-99 | 50 / Untreated | 1120 Makalwa Street | N — 25 / 0 | N | MH# AB 0018 / main 8 | M RG G | 1750 / 1730 | 1845 | 55 | SI | Monitor | -- | Manhinium pole |
| 18-Apr-99 | 10 / Untreated | 1423 Emerson Street | N | N | cleanout / main 6 | G | 1655 / 1630 | 1730 | 35 | SI | Monitor | -- | Contained on site |
| 20-Apr-99 | 4 / Untreated | 2183 King Street (North) | N | N | cleanout / lateral 6 | G PP | 1000 / 940 | 1007 | 7 | SI | Monitor | -- | Spilled when cleanout cap removed; contained in planter |
| 21-Apr-99 | U (trace) / Untreated | 868 Leighton Street | N | N | pipe (floating) / lateral 4 | DP | 1925 / 1639 | U | U | SI | Monitor | 11-23-97 | DP=separated floating line, evidence only contained in basement |
| 23-Apr-99 | 5 / Untreated | 1452 Kamola Street | N | N | MH# CC 0284 / main 8 | R (DP) | 900 / 900 | 925 | 25 | SI | Monitor; schedule repair | 7-27-95 | Discovered when crew went to clean line |
| 25-Apr-98 | U (trace) / Untreated | 94-426 Kiolena Place | N | N | cleanout / lateral 6 | U | 1056 / 1012 | U | U | HN | Monitor | -- | Evidence only |
| 26-Apr-99 | 1 / Untreated | 2183 King Street (North) | N | N | cleanout / lateral 4 | G PP | 1045 / 1022 | 1050 | 5 | SI | Require Env Quality enforcement on facility | 4-20-99 | Spilled when cleanout cap removed; contained in planting |
| 27-Apr-99 | 40 / Untreated | 753 Halekauwila Street | Y — 10 / 0 | N | MH# AC 0198 / main 8 | G | 800 / 741 | 820 | 20 | SI | Monitor to revise PM | 8-13-96 | Contained by debris in drain |

35202

EXHIBIT 4A

# APRIL–JUNE 1999 WASTESTREAM DIVERSIONS

**Legend**

( )=possibly
ARRt=reactor clrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NO X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Prol=preliminary-treated
PT=partially-treated
PVT=private
R=rocks
RG=rags
RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated

Scr=screened
St=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SH=Sand Island WWTP
VM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Vol (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | Entered Receiving Water Storm/Drain Y/N Vol Removed | S G N S | Discharge Point / Problem Line | C A U S E | Start/Arrival | Stop | Total (min) | T R I B / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-Apr-99 | 1.5 / Untreated | 44-676 Kahinani Place | N | N | cleanout / lateral 4 | R | 905 / 645 | 900 | | 1 KK | Monitor | | Spilled when cleanout cap removed |
| 28-Apr-99 | 45 / Centrate [H] | Sand Island WWTP | N | N | centrifuge trough | RG | 2320 | 2325 | 5 | SI | Clean drain line-remove rag | | Rag in drain line, contained in plant |
| 28-Apr-99 | 5 / Primary see Remarks | Honouliuli WWTP | N | N | air relief valve / force main | FE | 1145 | 1150 | U | HN | Increasing pump pressure closed valve | | ARV on force main from pump station to biotower; treatment=primary plus some biotower-treated flows; leaked onto ground |
| 28-Apr-99 | U / Untreated | 1454 Ehupua Street | N | N | cleanout / lateral 6 | R PP | 1000 / 850 | U | U | SI | Monitor to revise PM | 3-24-97 | Evidence only |
| 30-Apr-99 | 80 / Untreated | Easement Aupaka Street | N | N | MH# XE 1000 / main 8 | G R | 1330 | 1350 | 20 | HN | Monitor to revise PM | 8-30-98 | Crew in neighborhood called by consultant who found evidence |
| 04-May-99 | 30 / Untreated | 1810 A King Street (South) | N | N | cleanout / lateral 6 | U (DP) | 15 / 2305 | 16 | 1 | SI | Monitor | | (DP)=tag in line, contained on site-some returned to system |
| 04-May-99 | 60 / Untreated | 410 Atkinson Drive | Y / 30 | N | MH# AD 0537 / main 8 | G | 834 | | | SI | Residual grease & toilet paper may have forced into sag - will monitor / keep on monthly PM | 5-3-99 | Residual grease & toilet paper may have forced into sag - will monitor / keep on monthly PM |
| 07-May-99 | 20 / Secondary | Kailua Regional WWTP | N | N | | | 2300 | 2340 | 10 | KK | Decrease blower output | | Contained in plant |
| 08-May-99 | U / Untreated | 1040 Pinkham Street | N | N | toilet (base) / main 6 | G | 855 / 818 | 918 | 23 | SI | Monitor | | Contained on site, cleanup by occupant |
| 09-May-99 | 4 / Secondary | Honouliuli WWTP | N | N | pipe | DP | 920 | 923 | 3 | HN | Repair joint | | Traveling screen water supply line parted away from 90-deg joint |

35203

EXHIBIT 4A

# APRIL–JUNE 1999 WASTESTREAM DIVERSIONS

**Legend:**

( )=possibly
A=reactor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
PM=preventive maintenance

PP=paper products
Prel=preliminary-treated
PT=partially-treated
PVT=private
R=rocks
RG=rags
RK=rocks
RPAM=repair &/or maintenance
S=secondary-treated

Sc=screenings
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS:**
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Ka WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waiawa WWTP
WW=Wahiawa WWTP

| Date | Est. Vol (gal) | Treatment Level | Location Facility or Sewer Line | Entered Recv'g Water Y/N / Volume Removed / Ocean-Stream | SGS | Discharge Point / Problem Line | Cause | Arrival | Stop | Total (min) | TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-May-99 | 50 | Untreated | Kemoo Farm WWPS | N | N | pipe (emergency bypass valve) | OP | 815 | 816 | 1h 15 sec | WW | Clean / disinfect area | -- | Pumps activated while mechanics connected portable discharge hose to emergency bypass valve pipe; contained in plant |
| 10-May-99 | U | Untreated | 2211 Anlanliku Street (EXFILTRATION) | N; unknown 6,200 Kanaha Stream (dry) | Y | pipe / main 8 | OP | 1000 | 1115 | 4d1h 1h / 15m | SI | Start bypass St4499, 11:15 am; contractor lined entire reach; 6,200 removed gallons mostly groundwater/ runoff | 5-29-98 | EXFILTRATION - main break (entire line) caused exfiltration into construction site; sewage mixed with large amt. of groundwater; contained in depression (dry stream bed); removed 3,000 gallons |
| 10-May-99 | 75 | Untreated | Sand Island WWTP | N | N | pipe | OP | 815 | 820 | 5 | SI | Submit emergency work order; repair line | -- | OP=knob in return sump pump discharge line, pump auto-activates when water reaches specific level; discovered during station check |
| 11-May-99 | 20 | Untreated | 4006 Lurline Drive | N | N | cleanout / lateral 8 | RK M | 1258 / 1128 | 1316 | 18 | SI | CCTV lateral; place on quarterly PM if not damaged | 11-5-98 | Medi it |
| 11-May-99 | 25 | | Kahuku WWTP | N | N | hose | FE | 1300 | 1301 | 1h | KH | Instruct operator to ensure discharge hose properly secured before pumping | -- | FE=loose securing rope |
| 12-May-99 | 25 | Untreated | 2243 Kaululawe Street | N | N | cleanout / lateral | U | 940 / 830 | 943 | 3 | SI | Place on 6-month PM | 7-22-98 | Spilled when cleanout cap removed |
| 12-May-99 | 3 | Sludge [heat treat] | Honouliuli WWTP | N | N | drain (relief valve) | (PV) FE | 325 | 327 | 2 | HN | Modify relief valve | -- | PV=high system pressure from startup after power flickers; contained in plant |
| 13-May-99 | U | Untreated | 3368 Anoal Place | N | N | cleanout / lateral 4 | R | 1053 / 970 | U | U | SI | Place on monthly PM | 1-17-90 | Evidence only around cleanout, over rock well, in grass, heavy root intrusion |
| 13-May-99 | 25 | Secondary | Honouliuli WWTP | N | N | standpipe (gravity thickener center drive) | OP | 1200 | 1220 | 20 | HN | Replace corroded pipe | -- | DP=corrosion, sample analyses - estimate from secondary effluent sample of 5/1299; contained in plant |
| 13-May-99 | 30 | Primary | Kailua Regional WWTP | N | N | scum pit | FE | 2050 | 2057 | 7 | KK | Repair float | -- | Faulty float in scum pit |

35204

EXHIBIT 4A

# APRIL–JUNE 1999 WASTESTREAM DIVERSIONS

**Legend:**

( )=porosity
ARR=odor d/l chem solution
C=contained
[Cl]=chlorinated
CD=construction damage
CN=new construction
CRE=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncontained
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Prel=preliminary-treated
PT=partially-treated
PVT=private
R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WA=Waimanalo WWTP
WN=Waianae WWTP
WV=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | Entered Receiving Water/Storm Drain Y/N | Volume Removed | Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Start/Arrival | Stop | Total (min) | Plant (T/I/B TP) | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-May-99 | 5 | Untreated | 2525 King Street (South) | Y / contained | 4 | – | N | MH# BB 0130 / 8 | G PP GT | 956 / 938 | 1006 | 10 | SI | Monitor | -- | PP=paper towels |
| 14-May-99 | U | Untreated | 1744 Kaloo Drive | N | – | | N | MH# FA 0083 / main 8 | M G | 745 / 718 | | U | U SI | Monitor to revise PM | 16-30-98 | Evidence only. M=rubber gloves, plastic bags, paper towels |
| 17-May-99 | 185 | Untreated | 1760 Eames Street | N | | | N | MH# EJ 0011 / main 8 | R | 1925 / 1842 | 2002 | | 37 WW | Monitor | 11-9-93 | Contained on roadway / adjacent grass area |
| 18-May-99 | 250 | Secondary | Honouliuli WWTP | N | | | N | drain (basement - secondary odor control) | M | 1500 | 1730 | | 150 HN | Clear drain line | -- | Drain partly closed / effluent flush spilled onto roadway near blower bldg (within fenceline) - sample analyses - estimate from secondary effluent sample of 5/18/99 |
| 19-May-99 | 5 | Untreated | 92-830 Kohuipono Street | N | | | N | MH# MA 0035 / main 10 | M RG | 800 / 954 | 808 | | 8 HN | Monitor to determine PM | 5-20-94 | Relief valve of LPO reactor leaked onto gravel area. Metrohit, EPA sample method results BOD=405.1, TSS=160.2, pH=160.1 |
| 20-May-99 | 30 | Secondary | Honouliuli WWTP | N | | | N | valve (reactor relief) | FE | 300 / 2052 | 320 | | 20 HN | Repair relief valve | -- | Relief valve of LPO reactor leaked onto gravel area - estimate from secondary effluent sample of 5/19/99, contained in plant |
| 21-May-99 | 20 | Untreated | 3462 Paalea Street | N | | | N | pipe (wall) / main 6 | G R | 2100 / 2052 | 2118 | | 18 SI | Place on 6-month PM | 4-19-97 | Spilled through bio wall onto sidewalk/street. |
| 22-May-99 | U (trace) | Untreated | 94-579 Awamoi Street | N | | | N | cleanout / lateral 6 | G | 800 / 722 | | U | U HN | Monitor / clean as needed | 5-4-99 | Evidence only container/disposed on site |
| 29-May-99 | U (trace) | Untreated | 1302 Ainapua Street | N | | | N | MH# AA 1006 / main 6 | R | 822 / 747 | | U | U SI | Monitor to revise PM | 8-5-98 | Evidence only swept back into system |
| 29-May-99 | 290 | Untreated | 2306 Kipoma Place | Y | 240 / 0 | Waiomao Stream | Y | pipe (ground) / main 12 | G M | 1118 / 1030 | 1216 | | 59 SI | Monitor to revise PM | 8-8-96 | M=coconut husk |

35205

EXHIBIT 4A

# APRIL-JUNE 1999 WASTESTREAM DIVERSIONS

Legend:

( )=possibly
ARI=odor ctrl chem solution
C=contained
(C)=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=spotted
DP=damaged pipe

OSF=subsurface
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
PM=preventive maintenance

PP=paper products
Prel=preliminary-treated
PT=partially-treated
PVT=private
R=roots
RG=rags
Rk=rocks
RPMT=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Vol. (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | Entered Water Vol. Removed | Open/Stream | S G N S | DISCHARGE POINT / PROBLEM LINE | C A U S E S | Start/Arrival | Stop | Total (min) | TRIB / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Jun-99 | 50 | Untreated | Kailua Regional WWTP | N | | N | manhole (in-plant) | OP | 900 | 910 | 10 | KK | Instruct operators to include manhole in routine plant checks; CSM cleared line | : | Manhole connected to in-plant sewer overflowed near solids contactor |
| 01-Jun-99 | 320 | Untreated | 3060 Waialae Avenue | Y 320 | Paloko Stream | Y | pipe / main 8 | DP | 1030 | 130 | 900 | SI | Repair line 8/2/99 (4/5/99 CCTV/flush; line okay) | 4-5-99 | DP=collapsed line caused exfiltration through weepholes into stream |
| 07-Jun-99 | 5 | Untreated | Kailua Regional WWTP | N | | N | screenings compactor | RPMT | 500 | 515 | 15 | KK | Clear compactor | : | Screenings compactor plugged |
| 08-Jun-99 | 5 | Untreated | Ahuimanu WWPTF | N | | N | screenings conveyor | FE | 700 | 715 | 15 | KK | Repair conveyor | : | FE=screenings conveyor failed |
| 09-Jun-90 | 1 | Untreated | WWPS Waiawa Industrial Park | N | | N | air relief valve / force main | RPMT | 850 | 850 | 3 sec | HN | Isolate/remove ARV, install new overhauled ARV to continue evaluation project | : | ARV discharged while testing force main |
| 09-Jun-99 | 55 | Untreated | 1827 Paligae Place | Y unknown disputed | | Y | MHF AA 0038 / main 0 | R M | 1145 | 1155 | 10 | SI | Monitor to revise PM | | M=debris |
| 09-Jun-99 | U (trace) | Untreated | 84-321 Kahuanani Street | N | | N | cleanout / lateral 4 | G | 2130 / 2030 | | U | U HN | Place on 4-month PM | 11-19-96 | Evidence only |
| 10-Jun-99 | 20 | Untreated | 1214 Aulepe Street | N | | N | cleanout / 4 | R M | 1245 / 1235 | 1430 | 75 | KK | Monitor | : | M=debris |
| 10-Jun-99 | 50 | Untreated | 2525 Laola Place | N | | N | MHF AK 0122 / 4 | R | 1630 / 1441 | 1630 | 60 | SI | Monitor to revise PM | 10-5-98 | |
| 10-Jun-99 | 10 | Untreated | 1017 Long Lane | N | | N | shower (basement) main / 8 | RG PP | 1730 / 1428 | 1800 | 30 | SI | Monitor to determine PM | 9-9-93 | PP=paper towels, obstructed main caused lateral backup |

35206

EXHIBIT 4A

# APRIL-JUNE 1999 WASTESTREAM DIVERSIONS

**Legend of abbreviations:**

| | | | | |
|---|---|---|---|---|
| I=possibly | DSF=disinfection | IW=injection well | PP=paper products | Scr=screened |
| AR=rotor ctrl chem solution | EFF=effluent | M=miscellaneous (see Remarks) | Pre=preliminary-treated | SL=sludge |
| C=contained | FE=faulty equipment | NC=noncompliant | PT=partially-treated | SUBD=new subdivision |
| [C]=chlorinated | FM=force main | NCA=unable to sample (insufficient volume) | PVT=private | Sup=supernatant |
| CD=construction damage | G=grease | NR=not required | R=roots | SUR=surcharge |
| CN=new construction | GT=grit | OP=operator error | RG=rags | SW=storm water |
| CR=contaminated rainwater | GW=ground water | P=primary-treated | RK=rocks | TRIB=tributary |
| [D]=digested | [H]=heat-treated | PM=preventive maintenance | RP/MT=repair &/or maintenance | U=unknown |
| DP=damaged pipe | INT=intersection | | S=secondary-treated | UT=untreated |

**TREATMENT PLANT ABBREVIATIONS:**
HN=Honolulu WWTP · KH=Kahuku WWTP · KK=Kailua WWTP · PK=Paalaa Kai WWTP · SI=Sand Island WWTP · WM=Waimanalo WWTP · WN=Waianae WWTP · WW=Wahiawa WWTP

| DISCHARGE Date | Est. Volume (gal) / Treatment Level | ENTERED RECEIVING WATER? STORM DRAIN? Y/N; Volume Removed; Ocean/Stream | LOCATION FACILITY or SEWER LINE | S/G/N/S | DISCHARGE POINT / PROBLEM LINE | CAUSES | Start/Arrival Time | Stop Time | Total (min) | T/T/I/B TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-Jun-99 | 5 / Untreated | N | 1834 Kamole Street | N | cleanout | R PP | 1900 / 1827 | 1930 | 30 | SI | Monitor | -- | PP=toilet issue |
| 10-Jun-99 | 25 / Untreated | N | 1425 Middle Street | N | cleanout / 6 | U | 1126 / 1045 | 1127 | 1 | SI | Monitor | 1-11-99 | |
| 17-Jun-99 | 5 / Untreated | N | Pier 7 (Aloha Tower) | N | MH# AG 0053 / main 10 | G | 2000 / 1952 | 2100 | 60 | SI | Place on 6-month PM & monitor for illegal dumping | 4-1-98 | Contained around manhole adjacent crosswalk |
| 18-Jun-99 | 24 / Untreated | Y contained 24 | 1039 Haleloa Drive | N | MH# AA 0311 / main 8 | R | 1320 / 1323 | 1323 | 3 | SI | Place on 6-month PM | 6-9-97 | Crew found spill during routine maintenance |
| 18-Jun-99 | 5 / Untreated | N | 1425 Middle Street | N | cleanout / lateral 6 | PP (DP) | 1530 / 1453 | 1630 | 60 | SI | Separate 2 laterals | 6-10-99 | (DP)=Possible sag or break |
| 20-Jun-99 | 50 / Untreated | Y | 2042 Manoa Road | N | MH# AD 0400 / main 6 | R (DP) RK GT | 1005 / 842 | 1025 | 20 | SI | Will repair | 9-22-98 | (DP)=Possible break |
| 21-Jun-98 | 1 / Untreated | N | 1034 Makuakane Street | N | pipe / lateral | CD | 1200 / 1229 | 1230 | 30 | SI | Contractor replaced damaged area w/ PVC pipe | -- | CD=contractor damaged top section of sewer lateral, spilled into trench |
| 22-Jun-96 | 20 / Untreated | Y contained/dissipated 20 | INT Nihihua Lane / Young St | N | cleanout / lateral | G | 1245 / 1203 | 1250 | 5 | SI | Monitor | -- | Cleanout for Safeway |
| 22-Jun-99 | 5 / Untreated | unknown dissipated | 1247 School Street (North) | N | cleanout / lateral 6 | G M | 1250 / 1229 | 1255 | 6 | SI | Monitor | -- | M=debris, notified store owner to service grease trap; mostly spilled when cleanout cap removed |
| 28-Jun-99 | 20 / Untreated | N | 98-1030 Paluia Way | N | pipe / main 8 | R DP | 925 / 841 | 1015 | 50 | HN | Repair line | -- | Spilled down the wall behind house; TV inspection showed opening in reducer & bend |

35207

EXHIBIT 4A

# APRIL-JUNE 1999 WASTESTREAM DIVERSIONS

I,J=soleby
ARI=odor del chem solution
C=contained
[Cl]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
(3)=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primely-treated
PM=preventive maintenance

PP=paper products
Pref=preliminary-treated
PT=partially-treated
PVT=private
R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated

Sc=screened
Sl=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HH=Honouliuli WWTP
KH=Kahaluu WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N — Volume Removed Ocean/Stream | S G N S | DISCHARGE POINT / PROBLEM LINE | C A U S E S | ESTIMATED DURATION Time Start/Arrival | Stop | Total (min) | T R I B / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30-Jun-99 | 120 | Untreated | 87-134 Helelua Street | N | N | drain (floor); main 10 | DP G | 850 655 | 1020 | 30 | | Monitor | -- | Sag caused grease accumulation |

35208

EXHIBIT 4A

# QUARTERLY REPORT

FOR THE PERIOD OF

July 1, 1999 to September 30, 1999

Prepared for:

**The United States Environmental Protection Agency**
**Region IX**

**And**

**State of Hawaii Department of Health**
**Wastewater Branch**

Prepared by:

The Department of Environmental Services
City and County of Honolulu

October 20, 1999

35209

EXHIBIT 4A

# 1999 3RD QUARTER WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU TREATMENT PLANTS

**Legend:**

( )=possibly
AR=odor ctrl chem solution
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NCX=unable to sample
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
PreP=preliminary-treated
PT=partially-treated
PV=PVC pipe
R=rocks
RG=rags
RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS:**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
VAMs=Waimanalo WWTP
WN=Wainae WWTP
WV=Wahiawa WWTP

| DISCHARGE Date | Est Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED REC WATER / STORM DRAIN Y/N | Vol Removed | Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Time Start | Time Stop | Call Arrival | Call Rcvd | Total (min) | TRIB | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-Oct-98 (Not logged previously) | 50 | Secondary | TP Waimanalo WWTP | N | | | N | pipe (inj Well #5) | FC | 1700 | 2000 | | | 180 | WV | Repair damage by 6-15-99. FC=inadequately bolted joint in original construction buckled during pressure test; pipe not usually in use | -- | 8/12/99 contractor found separated joint; suspect damage done during pressure test 10/13/98 because of "groundwater" seen at this time |
| 11-Jun-99 Revised – not logged previously | 200 | Secondary chlorinated | TP Waimanalo WWTP | N | | | N | pipe (inj Well #6) | FC | 1200 | 1201 | | | 1 | WV | Repair damage by 6-15-99. FC=inadequately bolted joint in original construction buckled during pressure test; pipe not usually in use | -- | 8/12/99 water gushed from, then sank into ground as contractor backwashed well #5; suspect damage done during pressure test 10/13/98; see 10/13/98 entry |
| 30-Jun-99 Not logged in previous quarterly rpt | 80-100 | Secondary Dif partial | TP Honouliuli WWTP | N | | | N | catchment (under carbon units @ central odor ctrl catchment drain) | RPMT | 2115 | 2130 | | | 15 | HN | Clear screen | -- | Partially plugged catchment drain. Not reported in previous quarterly report |
| 04-Jul-99 | 10 | Untreated | 911 Lokahi Street | N | | | N | MH# BB 0030 / main 6 | G | 1610 | 1630 | 1557 | | 20 | SI | Flush line, monitor to revise PM, may be affected by flow condition of 48" trunk line | 10-1-98 | Contained/absorbed on site |
| 05-Jul-99 | U (trace) | Untreated | 45-115 Waikalua Road | N | | | N | cleanout / lateral | U | 940 | 948 | | 901 | 8 | KK | Electric eel / TV lateral; revise PM pending TV inspection | 5-28-99 | Evidence only dissipated on site |
| 06-Jul-99 | 10 | Untreated | 273 Panio Street | N | | | N | cleanout / lateral 6 | R | 908 | 1100 | | 848 | 112 | SI | Release blockage / electric eel lateral; monitor lateral until PM established | -- | Contained on site |
| 08-Jul-99 | 11 | Untreated | 111 California Avenue | N | | | N | truck (cesspool) | FE | 615 | 1220 | | | 375 | WV | Discharge tank / remove truck from service for valve repair | -- | FE=leaky valve on cesspool truck |
| 09-Jul-99 | 75 | Untreated | 411 King Street (North) | Y | 10 0 | | N | cleanout / lateral 6 | G | 1850 | 1904 | 1834 | | 14 | SI | Electric eel / TV lateral, monitor to determine PM | -- | Contained in drain |
| 10-Jul-99 | 5 | Untreated | TP Kailua Regional WWTP | N | | | N | grit classifier | OP | 100 | 105 | | | 5 | KK | Return units in auto | -- | Operator activated 2 grit pumps, contained on plant grounds |
| 10-Jul-99 | U (trace) | Untreated | 1627 Halekoa Drive | N | | | N | cleanout / lateral | U | 1438 | U | | 1403 | U | SI | Electric eel lateral / rod main | 10-17-98 | Evidence only contained/dissipated on site |
| 12-Jul-99 | U (trace) | Untreated | 1564 Keolu Drive | N | | | N | cleanout / lateral 4 | DP M | 1600 | U | | 849 | U | KK | Have homeowner replace cleanout; monitor | -- | Evidence only; DP=damaged cleanout; M=debris plugged lateral |

35210

EXHIBIT 4A

1999 3RD QUARTER WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU TREATMENT PLANTS

Legend / Abbreviations:

I=potability
AH=hydro ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample
        (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Pre=preliminary-treated
PT=partially-treated
PVT=private
R=roots
RG=rags
RK=rocks
RPI/MT=repair &/or maintenance
S=secondary-treated

So=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUF=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS:
HN=Honolulu WWTP
KH=Kahaluu WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WMe=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N (Volume Removed) / Open Stream | S.G.N.S | DISCHARGE POINT / PROBLEM LINE | C.A.U.S.E.S | ESTIMATED DURATION Start/Stop (min) Time Arrived/Call Rec'd / Total (min) | T.R.T.B / TP | REMEDIAL ACTION | LAST CLEAN |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-Jul-99 | 10 / Untreated | 2140 Eluwene Street | N | N | cleanout / lateral 6 | O | 1705 / 1715 / 1035 / 10 | SI | Electric eel lateral / follow up accordingly | -- |
| 13-Jul-99 | 5 / Untreated | TP Kailua Regional WWTP | N | N | grit classifier | FE | 50 / 52 | 2 KK | Submit work order to put system under SCADA control to prevent equipment from running simultaneously | -- |
| 13-Jul-99 | 1 / Primary [sludge] | TP Kailua Regional WWTP | N | N | valve (soft back pressure) | FE | 240 / 243 | 3 KK | Submit work order to replace valve | -- |
| 13-Jul-99 | 4 / Untreated | 1450 Olino Street | N | N | MH# XD 1340 / main 8 | G | 1315 / 1330 / 1227 | 15 HN | Rod line; monitor to revise PM | 2-11-96 |
| 13-Jul-99 | 1,067 / Untreated | 4420 Lawehana Street | Y 1,035 Pearl Harbor | Y | manhole (no number) / main 8 | G | 1725 / 2300 / 1644 | 335 HN | Flush line from Radford HS to spill site, place on 8-month PM | 12-17-97 |
| 13-Jul-99 | U [trace] / Untreated | 146 A Melumi Avenue | N | N | cleanout / lateral 6 | U | 2135 / U / 1643 | U KK | Monitor after owner repairs cleanout assembly | -- |
| 13-Jul-99 | 20 / Untreated | 1570 Haleloa Drive | N | N | MH# AA 0284 / main 8 | R | 2230 / 2300 / 2134 | 30 SI | Monitor / revise PM | -- |
| 14-Jul-99 | 2 / Untreated | 94-570 Kupuna Loop | N | N | cleanout / lateral 6 | DP | 140 / 315 / 46 | 95 HN | Repair lateral 7/15/99 | -- |
| 15-Jul-99 | 1 / Primary [sludge] | TP Kailua Regional WWTP | N | N | valve (soft back pressure) | FE | 2115 / 2130 | 15 KK | Submit work order to replace valve | -- |
| 16-Jul-99 | U [trace] / Untreated | 1541 Ipolula Street | N | N | cleanout / lateral 6 | R | 1820 / U / 1553 | U | Monitor | -- |
| 19-Jul-99 | U [trace] / Untreated | 1435 Auld Lane | N | N | cleanout / main 8 | G | 1835 / U / 1819 | U SI | Place on 8-month PM | 7-9-98 |

REMARKS:
- (12-Jul-99) Spilled when cleanout opened / contained on site / returned to system
- (13-Jul-99) Grit classifier overflowed when 2 grit removal pumps activated simultaneously
- (13-Jul-99) Valve leaked while tank was being secured / contained in plant
- (13-Jul-99) Manhole @ 4391 Halupa St. seeped into neighbor's property
- (13-Jul-99) Evidence only - dissipated on site
- (14-Jul-99) DP=damaged lateral
- (15-Jul-99) Valve leaked while tank was being secured / contained in plant
- (16-Jul-99) Evidence only
- (19-Jul-99) Evidence only - cleanout opened by owner

35211

EXHIBIT 4A

# 1999 3RD QUARTER WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU TREATMENT PLANTS

Legend (left):
( )=probably
AR=odor ctrl chem solution
C=corrosion
CI=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NC=unable to sample
(Insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Pref=preliminary-treated
Pri=partially-treated
PVT=private
R=rocks
RG=rags
RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated

Screescreened
SL=sludge
SJBD=new subdivision
Sup=superintendent
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

Legend (right):
TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
Ke=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N Volume Removed Ocean/Stream | S G S | DISCHARGE POINT / PROBLEM LINE | C A U S E S | ESTIMATED DURATION Time Start / Stop / Total (min) / Arrival / Call Rcvd | T R I B TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17-Jul-99 | 600 | 1121 Middle Street | Y 800 0 Moanalua Stream | Y | MHH DA 1018 / main B | G GT | 852 922 / 30 / 836 | SI | Place on 6-month PM | 12-2-98 | |
| 17-Jul-99 | Untreated | | | | | | | | | | |
| 17-Jul-99 | 30 | 2454 Beretania Street (South) | N | N | floor drain main | G | 1454 1005 / 71 / 1430 | SI | Place on quarterly PM | 4-17-99 | Contained / returned to system, needs periodic flushing |
| 17-Jul-99 | Untreated | | | | | | | | | | |
| 20-Jul-99 | 180 | INT Kamokila Boulevard / Uluohia Street | N | N | manhole (no number) 14 / 10 15 | G | 1130 1231 / 61 / 852 | HN | Monitor - new line | ¨ | Percolated into ground |
| 20-Jul-99 | Secondary | | | | | | | | | | |
| 20-Jul-99 | 20 | 94-013 Waipahu Depot Road | N | N | cleanout lateral | G | 1850 U / U / 1810 | U HN | Place on 6-month PM | 12-19-98 | Evidence only contained on site / returned to system |
| 20-Jul-99 | Untreated | | | | | | | | | | |
| 21-Jul-99 | 10 | 855 Umi Street. | N | N | MHH 6 MHH FA 1005 / main 12 | G | 1040 1050 / 10 / 1036 | SI | Monitor to determine PM | ¨ | Dissipated in grass / dirt |
| 21-Jul-99 | Untreated | | | | | | | | | | |
| 21-Jul-99 | 10 | 735 McCully Street. | N | N | cleanout lateral | G | 1940 2020 / 40 / 1924 | SI | Monitor to determine PM | 2-7-96 | Intermittent / dissipated on site |
| 21-Jul-99 | Untreated | | | | | | | | | | |
| 23-Jul-99 | 1,000 | TP Honouliuli WWTP | N | N | standpipe (effluent) | OP | 905 915 / 10 / 905 | HN | Repair standpipe | ¨ | Effluent standpipe broke when caught by fire hose operator, used to hose FC |
| 23-Jul-99 | Secondary | | | | | | | | | | |
| 25-Jul-99 | U [trace] | 3027 Manoa Road | N | N | cleanout lateral | U | 1313 U / U / 1245 | U SI | Monitor | ¨ | U - pushed by plumber, evidence only, contained / dissipated on site |
| 25-Jul-99 | Untreated | | | | | | | | | | |
| 25-Jul-99 | 250 | 1830 9th Avenue | N 100 0 Palolo Stream | N | cleanout main B | G RG M | 1830 1845 / 15 / 1810 | SI | Monitor | ¨ | M=I broomstick, 150 gal percolated into ground |
| 25-Jul-99 | Untreated | | | | | | | | | | |
| 26-Jul-99 | U [trace] | 2810 Manoa Road | N | N | pipe lateral | DP | 835 U / U / U | U SI | Repair lateral 7/26/99 | ¨ | DP=lateral damaged, evidence only discovered when site ranched |
| 26-Jul-99 | Untreated | | | | | | | | | | |
| 28-Jul-99 | 2 | INT Uilipo Street / Kamolu Street | N | N | MHH YB 0060 / main B | G | 1130 U / U / 1105 | U HN | Place on 3-month cleaning schedule | 5-97 | Evidence only in gutter |
| 28-Jul-99 | Untreated | | | | | | | | | | |

35212

EXHIBIT 4A

# 1999 3RD QUARTER WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU TREATMENT PLANTS

**Legend (left):**

( )=possibly
AR=rodur ctrl chem solution
C=contained
(C)=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

INJ=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NCX=unable to sample
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Pre=preliminary-treated
PT=partially-treated
R=roots
RG=rags
RK=rocks
RPM=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=resurcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**

HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WK=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Vol (gal) / Treatment Level | Location Facility or Sewer Line | Storm Drain Y/N / Vol Removed | Signs | Discharge Point / Problem Line | Causes | Start/Stop | Arrival | Call | Total (min) | T-I-B | TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Jul-99 | U [trace] / Untreated | 67-119 Kaukamana Street | N | N | cleanout / lateral 6 | U | 2345 | 1424 |  | 200 | 135 | WN | Monitor | 9-19-93 | Percolated into ground |
| 02-Aug-99 | U [trace] / Untreated | 87-999 Hakeakea Street | N | N | cleanout / lateral 4 | U | 1700 | 1558 |  | U | U | WN | Monitor | -- | Evidence only |
| 08-Aug-99 | 500 / Secondary [some SI] | TP Honolulu WWTP | Y / 200 disipated in drain | N | blend tank #1 | M | 300 | 400 |  | 60 | HN | | Submit work order to unplug blend tank overflow line | -- | M=overflow line plugged while level indicator under repair; reuse water valve open to BT#1; spilled onto gravel |
| 09-Aug-99 | 255 / Untreated | 1930 Manoa Road | N | N | cleanout 6 | R | 1712 | 1648 | 1730 | 18 | SI | | Place on 6-month PM | 12-19-98 | Entered drain @ Nahoa/Punahou Sts.; no flow after Dominis St; cleanout cap popped off |
| 09-Aug-99 | U [trace] / Untreated | 431 Nimitz Highway (North) | N | N | cleanout / lateral 6 | RG PP | 930 | 926 | 1200 | 150 | SI | | Monitor | -- | Evidence only contained on site; PP=paper towels; notified property owner |
| 10-Aug-99 | 10 / Untreated | 3307 Pili Place | N | N | MH/AB 0165 / main 8 | R, OP, GT | 1315 | 1301 |  | U | SI | | Place on 6-month PM | 9-3-98 | Evidence only contained on site; DP=snag |
| 11-Aug-99 | 10 / Secondary | TP Waianae WWTP | N | N | junction box (buried concrete) | FE | 1055 | 1450 |  | 235 | WN | | Excavate unusual grassy spot adjacent jb; verify leak; seal cover | -- | Subsurface leak contained on plant grounds |
| 11-Aug-99 | 25 / Untreated | 1430 Makuahine Street | N | N | pipe / main 8 | CD | 1140 |  | U | SI | | | Contractor repaired immediately w/ pvc pipe | -- | Contractor broke pipe excavating for manhole installation; spill evident by pvc pipe installation |
| 11-Aug-99 | 500 / Secondary | TP Honolulu WWTP | N | N | solids odor control scrubber water line | OP | 1320 | 1324 | U | 4 | HN | | Replace valve; supervisor reminded personnel of proper procedures | -- | Effluent operator started reuse pump when told that another operator had completed his job; effluent reuse under repair in parts of plant; spill partially disinfected |
| 11-Aug-99 | 15 / Secondary | TP Waianae WWTP | N | N | junction box (concrete, buried) | M | 1705 | U | 800 | 16/14 | WN | | Drip stopped 8-30-99; contained in plant | -- | JB repaired, sealed - w/ self-sealing; contained in plant |
| 12-Aug-99 | 10 / Untreated | 2419 Saint Louis Drive | N | N | MH/AZ 0345 / main 8 | R | 1010 | 930 |  | U | SI | | Monitor to adjust PM | 3-28-97 | Evidence only contained around manhole |

35213

EXHIBIT 4A

# 1999 3RD QUARTER WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU TREATMENT PLANTS

**Legend:**

( )=possibly
ARF=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[I]=digested
DP=damaged pipe

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OE=operator error
OP=operator error
P=primary-treated
PM=preventive maintenance

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=not treated
INT=intersection

PP=paper products
PP=prepreliminary-treated
PT=partially-treated
PVT=private
R=rods
RG=rags
R=rocks
RPAT=repair &/or maintenance
S=secondary-treated

S=screened
SL=sludge
SUBD=new subdivision
S=supernatant
SUR=surcharge
SW=storm water
TRB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
Ki=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Wainai WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECV WATER / STORM DRAIN Y/N / Volume Removed / Ocean-Stream | SIGNS | DISCHARGE POINT | PROBLEM LINE | CAUSE | Arrival / Recvd | Total (min) | TRB | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Aug-99 | U [trace] / Untreated | | 98-238 Pahemo Street | N | N | MH# YB 1330 | main 6 | G | 1740 / 1830 | U | U HN | Monitor to adjust FM | 7-98 | Evidence only contained on roadway; could not sample manhole - removing cover may have caused spill |
| 13-Mar-99 | 5 / Untreated | | 4066 Iwalani Place | N | N | cleanout 6 | lateral 4 | R | 830 / 825 | U | U SI | Monitor to adjust FM | 8-17-98 | Evidence only |
| 14-Aug-99 | U [trace] / Untreated | | 1237 Nanakai Street | N | N | cleanout 4 | lateral 6 | R | 801 / 720 | U | U HN | Monitor to determine PM, electric eel lateral | -- | Evidence only contained on site |
| 16-Aug-99 | U [trace] / Untreated | | 3323 Kahawalu Drive | N | N | cleanout 6 | lateral 6 | R | 1720 / 1609 | U | U SI | Place on quarterly PM | 3-5-90 | Evidence only contained on site |
| 17-Aug-99 | 5 / Secondary [C] Effluent | | TP Waimanalo WWTP | N | N | hose (pump discharge) | | DP OP | 730 / 731 | 731 | 1 WM | Instruct operators to check carefully for leaks before pumping | -- | Operator noticed leak while cleaning chlorine contact chamber |
| 17-Aug-99 | 300 / Untreated | | 1488 Halekoa Drive | Y / 300 dissipated in dry air bed / Kahala Stream | N | MH# AA 0293 | main 8 | R | 1010 / 922 | 11 | 11 SI | Place on 6-month PM | 3-29-98 | R=rods from upstream; spill contained percolated into dry stream bed |
| 17-Aug-99 | 1 / Untreated | | 1240H Auld Lane | N | N | MH# EH 1100 | main 18 | R | 2020 / 2004 | 2325 / 185 | SI | Place on quarterly PM | 2-27-99 | Contained on manhole cover/returned to system |
| 19-Aug-99 | U [trace] / Untreated | | 3940 A Sierra Drive | N | N | cleanout 6 | lateral 6 | R | 1835 / 1615 | 1900 / 25 | SI | Monitor; clean lateral accordingly | 5-5-93 | Evidence only returned to system |
| 20-Aug-99 | 55 / Effluent | | TP Sand Island WWTP | N | N | valve chamber effluent pump station | | FE | 1300 / | 1400 / 60 | SI | Repair leak | -- | Leak in valve chamber of discharge line to outfall percolated into ground |
| 20-Aug-99 | 15 / Untreated | | 665 Wailoa Place | N | N | cleanout 6 | lateral 4/6 | (R) | 1401 / 1313 | 1445 / 44 | SI | Monitor | -- | Intermittent; mostly contained on site, same on road |
| 21-Aug-99 | 5 / Untreated | | 2858 Pacific Heights Road | N | N | cleanout 6 | lateral 4/6 | U | 1830 / 1610 | 2000 / 90 | SI | Monitor | -- | Intermittent; contained on site |

35214

EXHIBIT 4A

# 1999 3RD QUARTER WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU TREATMENT PLANTS

( )=possibly
ARI=odor dif chem solution
[C]=contained
[J]=abandoned
CD=construction damage
CN=new construction
CR=contaminated rainwater
[O]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

IW=injection well
MM=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample
(insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Pre=preliminary-treated
PT=partially-treated
PVT=privative
R=roots
RG=rags
RK=rocks
RPM T=repair after maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVE WATER Y/N | STORM DRAIN Volume Removed / Ocean Stream | SIGNS | DISCHARGE POINT | PROBLEM LINE | C U W E S | Time Start/Stop | Arrival | Call Rcvd | Total (min) | TRB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-Aug-99 | U (trace) | Untreated | 1596 Hanai Loop | N | N | N | cleanout | lateral 6/4 | R (DP) | 1630 / 1730 | 1552 | | 60 | SI | Place on annual PM | 5-2-98 | (DP)=possible break in riser |
| 27-Aug-99 | 5 | Untreated | 266 Auwaiolimu Street | N | N | N | cleanout | main 6 | G | 1000 / 1130 | 927 | | 90 | SI | Monitor | -- | Heavy grease buildup, scraped from cleanout, contained on site |
| 29-Aug-99 | 30 | Untreated | 4028 Koko Drive | N | N | N | MH# AB 0077 | main 8 | R | 1228 / 1331 | 1200 | | 63 | SI | Monitor to revise PM | 12-8-94 | Intermittent; contained/aspoiron on site |
| 31-Aug-99 | U (trace)/40 | Untreated | 45-001 Lilipuna Road | N | N | N | cleanout | lateral 6 & 4 | R | 820 / U | 811 | | U | KK | Monitor | -- | 30-40 gal surge from upstream gushed out while crew cleared lateral because of evidence of spill |
| 31-Aug-99 | 300 | Untreated | 300 Beretania Street (North) | Y | Y 250 / Nuuanu Stream | Y | MH# XA 2003 | main 10 | G | 1835 / 2000 | 1614 | | 85 | SI | Monitor to revise PM | 1-12-95 | Used water to control spill while releasing blockage |
| 03-Sep-99 | 18 | Untreated | 92/737 Paakai Street | N | N | N | MH# NA 0031 | main 10 | G | 1100 / 1230 | 1015 | | 90 | HN | Monitor to revise PM | 2-11-96 | Manhole in backyard easement |
| 03-Sep-99 | 30 | dissipated | 1N Hookelewa Street / Mehula Parkway | Y | Y 30 dissipated | N | cleanout | lateral 4 | U | 1300 / 1330 | 1213 | | 30 | HN | Monitor | -- | Contained/dissipated in drain |
| 04-Sep-99 | 250 | Untreated | 1420 Wilhelmina Rise | N | Y 200 dissipated | N | MH# AO 0845 | main 8 | R | 2050 / 2100 | 2021 | | 10 | SI | Place on quarterly PM | 4-16-99 | Dissipated in drain |
| 05-Sep-99 | 1 | Secondary sludge | TP Kailua Regional WWTP | N | N | N | cleanout | main 8 | CD | 1625 / 1628 | | | 1 | KK | Replace plug | -- | CD=contractor had not plugged cleanout |
| 07-Sep-99 | 3 | Untreated | 3341 Anoai Place | N | N | N | cleanout | lateral 6/4 | R | 1407 / U | 1347 | | U | SI | Place on quarterly PM | 1-16-99 | Evidence only, contained on site |
| 08-Sep-99 | U (trace) | Untreated | 1332 Aulepe Street | N | N | N | cleanout | lateral 4 | U | 830 / U | 718 | | U | KK | CCTV & initiate repairs if needed | 7-1-99 | Evidence only; (DP)=possible break in lateral |

35215

EXHIBIT 4A

# 1999 3RD QUARTER WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU TREATMENT PLANTS

( )=possibly
ARI=odor dirt chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

IW=injection well
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
O=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Prel=preliminary-treated
PT=partially-treated
PVT=private
R=roots
RG=rags
RK=rocks
RPM=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KF=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Vol (gal) / Treatment Level | LOCATION FACILITY OR SEWER LINE | ENTERED RECEIVING WATER/STORM DRAIN Y/N Volume Removed Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Recd | Start/Call Arrival | Stop | Total (min) | TRIB | TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-Sep-99 | 5, Secondary (dechlorinated) | TP Waimanalo WWTP | N | N | hose (diversion box discharge) | CD | 700 | | 701 | 1 | WM | | Instruct contractor to secure hose properly while pumping | -- | CD=contractor failed to secure discharge hose while pumping diversion box |
| 09-Sep-99 | 45, Untreated | 2109 Anilkiku Street | N | N | pipe (ground) main 8 | M | 1300 | 1221 | 1340 | 40 | SI | | Flush line of material probably from ongoing construction | 8-27-98 | Midownstream manhole plugged w/ concrete pieces caused surcharge |
| 11-Sep-99 | 16, Untreated | 624 Pumehana Street | N | N | cleanout main 6 | G M | 150 | 18 | 215 | 25 | SI | | Monitor | 3-3-93 | M=plastic bag contained in parking area, returned to system |
| 13-Sep-99 | 15, Untreated | 2430 Campus Road | N | N | MH# AD 0110 main 8 | R PP | 830 | 753 | 850 | 20 | SI | | Clean line & monitor to revise PM | -- | PP=paper towels |
| 13-Sep-99 | 5, Untreated | 1227 7th Avenue | N | N | MH# AX 0009 main 8 | G | 1745 | 1722 | 1900 | 15 | SI | | Flush line & monitor to revise PM | 7-25-96 | Contained on sidewalk/outside |
| 17-Sep-99 | 5, Untreated | 3746 Kilauea Avenue | N | N | cleanout lateral | R | 125 | 2350 | 1325 | 1 | SI | | Spilled when night crew opened cleanout; regular crew cleaned line w/ electric eel and rod | | Contained/dissipated in yard |
| 17-Sep-99 | 6, Untreated | 92-737 Paakai Street | N | N | MH# NA 0031 main 8 | G M PP | 1020 | 858 | 1145 | 25 | HN | | Monitor for illegal activity | 9-6-99 | M=debris (incl underneath) from suspected illegal dumping cesspool loads; PP=paper towels, sanitary pads; manhole in backyard basement; exceeded recommended holding time for BOD sample by 2 hrs |
| 17-Sep-99 | 20, Untreated | 631 Keeaumoku Street | N | N | toilet lateral G | G | 2045 | 2035 | U | U | SI | | Place lateral on monthly PM | 6-7-99 | Evidence only |
| 19-Sep-99 | 8,500, Primary (sludge) | TP Kailua Regional WWTP | N | N | valve (primary sludge pump) | FE | 200 | | 240 | 40 | KK | | Replace cover; clean basement | -- | Contained within primary sludge pump room in basement of PTF bldg |
| 25-Sep-99 | U (trace), Untreated | 1916 Aumoke Street | N | N | cleanout main 8 | R | 1034 | 1004 | U | U | SI | | Place on quarterly PM | 2-13-99 | Evidence only |
| 26-Sep-99 | 6, Untreated | 1516 Bertram Street | Y, dissipated | N | MH# AZ 0151 main 6 | M | 859 | 839 | 905 | 6 | SI | | Inform crew to observe & remove roots after cutting | 9-19-99 | M=runaway roots cleared at another blockage caused this spill |

35216

EXHIBIT 4A

# 1999 3RD QUARTER WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU TREATMENT PLANTS

**Legend:**

```
( )=possibly                  DSF=disinfection        IW=injection well
AR=rador ctrl chem solution   EFF=effluent            M=miscellaneous (see Remarks)
CI=contained                  FE=faulty equipment     NC=noncompliant
(C)=chlorinated               FM=force main           NC-X=unable to sample
CD=construction damage        G=grease                     (insufficient volume)
CN=new construction           GT=grit                 NR=not required
CR=contaminated rainwater     GW=ground water         OP=operator error
(D)=digested                  (H)=not-treated         P=primary-treated
DP=damaged pipe               INT=intersection        PM=preventive maintenance

PP=paper products             Sc=screened
Prel=preliminary-treated      SL=sludge
PT=partially-treated          SUBD=new subdivision
PVT=private                   SUP=supernatant
R=roots                       SUR=surcharge
RG=rags                       SW=storm water
RK=rocks                      TRIB=tributary
RPM=repair &/or maintenance   U=unknown
S=secondary-treated           UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP
KK=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP
```

| DISCHARGE Date | Estimated Volume (gph) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVG WATER STORM DRAIN Y/N Volume Removed Ocean/Stream | SGS | DISCHARGE POINT / PROBLEM LINE | CUSES | Start/Arrival | Stop/Call | Rcvd | Total (min) | TRB / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-Sep-99 | 20 | Untreated | 2289 Tantalus Drive | 20 / 20 / Kanaha Stream | N | MH# AM 0109 / main 6 | G R | 915 | 1130 | 902 | 135 | SI | Place on 2-month PM | 11-17-98 | Vactor assisted in pumping affected waters from stream |
| 28-Sep-99 | 60 | Untreated | 2551 Kapiolani Boulevard | N | N | cleanout (back) / main 6 | G | 1015 | 1145 | 952 | 90 | SI | Place on annual PM | 9-2-94 | Cleanout back, under house, spill contained under house |
| 28-Sep-99 | 20 | Untreated | 3015 Herman Street | N | N | MH# AZ 0142 / main 6 | M | 1735 | 1750 | 1726 | 15 | SI | Notify crew to remove roots after cutting | 9-27-99 | M=roots may have been from cleaning |
| 28-Sep-99 | 60 | Untreated | 1924 Hawane Place | N | N | MH# CC 0224 / main 6 | M | 1830 | 1905 | 1728 | 35 | SI | Roots possibly from recently cleaned line | 9-23-99 | M=roots may have been from cleaning |
| 30-Sep-99 | 600 | Secondary (partial dist) | TP Honolulu WWTP | N | N | fire hose | M | U 1500-2300 shift | 345 6 hrs | | | HN | Will replace firehose w/ permanent pipe line for tank flushing | — | Hose popped out of retention tank #2, filling air line channel, spill occurred on night shift between 3:00 - 11:00 pm; BOD/TSS values based on weekly lab analyses of reuse water |

35217

EXHIBIT 4A

NO.

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, 3RD FLOOR ● HONOLULU, HAWAII 96813
PHONE: (808) 527-6663 ● FAX: (808) 527-6675 ● Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



KENNETH E. SPRAGUE, P.E., Ph.D.
Director

BARRY FUKUNAGA
Deputy Director

**CERTIFIED MAIL**

JAN 2 0 2000

EMC 00-28

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention:    Mr. Steve Fuller (WTR-7)

Gentlemen:

Subject:   QUARTERLY REPORT FOR THE PERIOD OF October 1, 1999 to December 31, 1999;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Fourth Quarter of 1999, as required by
the Consent Decree, Section IX, Paragraph B.

This report was prepared by the staff of the Department of Environmental Services with
assistance from consultants that are involved in the Consent Decree programs. As such, we
provide the following certification, pursuant to Section XV:

I certify under penalty of law that the document and all attachments were prepared under
my direction or supervision in accordance with a system designed to assure that qualified
personnel properly gathered and evaluated the information submitted. Based on my inquiry
of the person or persons who manage the system, or those persons directly responsible for
gathering the information, the information submitted is, to the best of my knowledge and
belief, true, accurate, and complete. I am aware that there are significant penalties for
submitting false information, including the possibility of fine and imprisonment for knowing
violations.

If you have any questions or comments regarding this submittal, please feel free to contact
Ross Tanimoto at (808) 527-6663.

Sincerely,

KENNETH E. SPRAGUE
Director

Attachment

cc:    Mr. Marshall Lum, State Department of Health
       Mr. Paul Achitoff, Earth Justice

A 009871

EXHIBIT 4A

# OCTOBER-DECEMBER 1999 WASTESTREAM DIVERSIONS

Case 1:04-cv-00463-DAE-BMK  Document 178-8  Filed 05/20/2008  Page 20 of 28

**Legend:**

( )=possibly
AR=odor ctrl chem solution
[C]=contained
[Ch]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | Location / Facility or Sewer Line | Entered Receiving Water/Storm Drain (Y/N) | Volume Removed | Ocean/Stream | SGS | Discharge Point | Problem Line | Cause | Start/Arrival/Rcvd | Stop/Call/Rcvd | Duration (min) | TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Oct-99 | 10 | Untreated | 45-539 Paleka Road | N | | | N | cleanout | lateral 4 | M | 909 / 847 | 910 | 1 | KK | TV & monitor | -- | M=debris; spilled when cleanout opened |
| 02-Oct-99 | 480 | Untreated | Forrest Avenue (Fort Armstrong) | Y | 485 / 490 | | N | pipe | force main 66 | DP | 849 / 830 | 1027 | 98 | SI | See next | -- | Storm drain seems to be clogged |
| 02-Oct-99 | 400,000 | Untreated | Forrest Avenue (Fort Armstrong) | N | | | N | pipe | force main 66 | DP | 1600 / 2021 | 115 | 555 | SI | Secure/cap 4" line; complete repair 10/3/99 | -- | |
| 03-Oct-99 | 100 | Secondary DSF partial | TP Honouliuli WWTP | N | | | N | hose | | FE | 1950 | 2000 | 10 | HN | Remove defective hose | -- | Effluent reuse firehose in Gravity Thickener 2 ruptured; half spill flowed back into system; half sprayed onto gravel area outside basement & dissipated |
| 04-Oct-99 | U (trace) | Untreated | 2124 Aleioloa Place | N | | | N | cleanout | lateral 4 | R | 820 / 746 | U | U | SI | Place on 2-month PM | 7-13-99 | Evidence only contained on site |
| 05-Oct-99 | 30 | Untreated | 1464 Hele Street | Y | 30 / 0 | Enchanted Lake | N | MH# KK06XC2500 | main B | G, R | 811 / 713 | 831 | 20 | KK | Monitor to revise PM | 10-12-98 | 1464 Hele St manhole spilled |
| 07-Oct-99 | 3 | Sludge | TP Honouliuli WWTP | N | | | N | vent (Gravity Thickener) | main B | OP | 830 | 831 | 1 | HN | Install plug on pigtail unit to prevent further spills | -- | Spill onto ground when operator opened valve for preventive maintenance |
| 08-Oct-99 | U (trace) | Untreated | 98-536 Kalmu Loop | N | | | N | cleanout | lateral 4 | R, U | 1100 / 1025 | U | U | HN | Monitor | 12-16-93 | Evidence only percolated into ground |
| 09-Oct-99 | 1 | Untreated | 91-1798 Paeko Street | N | | | N | cleanout | lateral 4 | DP | 1800 / 1705 | U | U | HN | Repair line | -- | Evidence only |
| 10-Oct-99 | U (trace) | Untreated | 98-108 Pahemo Place | N | | | N | cleanout | main B | G | 2110 / 2035 | U | U | HN | Monitor clean as needed; area has settled & lines have significantly sagged - planning effort ongoing to fix lines | 8-26-99 | Evidence only percolated into ground |

A 009909

EXHIBIT 4A

# OCTOBER-DECEMBER 1999 WASTESTREAM DIVERSIONS

**Legend / Abbreviations:**

( )=possibly
AR=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est Volume (total) | Treatment Level | Location / Facility or Sewer Line | Entered Receiving Water / Storm Drain (Y/N, Volume Removed, Ocean/Stream) | SNS | Discharge Point / Problem Line | Cause | Start | Stop | Total (min) | Arrival | TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Oct-99 | 10 | Untreated | 3923 Lurline Drive | N | N | cleanout / lateral 8 | R | 530 | 830 | 60 | 415 | SI | Monitor | -- | Percolated into ground |
| 11-Oct-99 | U (trace) | Untreated | 1627 Halekoa Drive | N | N | cleanout / lateral 6 | U | 1324 | U | U | 1284 | SI | Place on 2-month PM | 7-20-99 | Evidence only contained on site, obstruction self-released |
| 14-Oct-99 | U (trace) | Untreated | 4096 Iwalani Place | N | N | cleanout / 4 | U | 837 | U | U | 820 | SI | Place on quarterly PM | 4-27-99 | Evidence only contained on site |
| 14-Oct-99 | 25 | Untreated | 94-340 Waipahu Depot Street | N | N | cleanout / lateral 6 | G | 1850 | 2225 | 235 | 1708 | HN | Monitor | -- | Spilled into garden, percolated |
| 14-Oct-99 | U (trace) | Untreated | 71 Kaulia Street | N | N | cleanout / lateral 6 | G | 200 | U | U | 2315 | SI | Monitor to revise PM | 8-24-98 | Evidence only; private cleanout; contained in planted area |
| 15-Oct-99 | U (trace) | Untreated | 437 Portlock Road | N | N | cleanout / lateral 6 | (R) | 1655 | U | U | 1545 | SI | Monitor | -- | Evidence only; percolated into ground |
| 19-Oct-99 | 200 | Untreated | 5231 Poola Street | Y, 200, 100 reached beach Wailupe Beach | Y | MH# SI#1CD0080 / main 6 | R | 2000 | 2040 | 40 | 1913 | SI | Monitor continuously / PM accordingly | 9-15-99 | 100 gal reached Wailupe Beach / 100 gal flowed into open lot near stream |
| 20-Oct-99 | 600 | Untreated | 46-229 Kahuhipa Street | N | N | MH - private / main 6 | G | 800 | 830 | 30 | 715 | KK | Private line for City housing complex - inspection of line ongoing when spill occurred | -- | Main in property, contained on site |
| 20-Oct-99 | 22 | Sludge | TP Sand Island WWTP | N | N | Wet Sludge Storage Tank #4 | FE | 1112 | 1114 | 2 | | SI | Return spill to tank | -- | Foam leaked from tank cover |
| 20-Oct-99 | 5,671 | Secondary chlorinated | TP Kahuku WWTP | N | Y | pipe / force main 8 | DP | 1400 | 1500 | 60 | | KH | Repair 10-21-99, 4:00 am; request replacement of pipe after similar break in 1995 | -- | DP=external corrosion; store effluent in equalization basin during repair |

EXHIBIT 4A

# OCTOBER-DECEMBER 1999 WASTESTREAM DIVERSIONS

**Legend**

| | | | |
|---|---|---|---|
| ( )=possibly | DSF=disinfection | Prel=preliminary-treated | M=miscellaneous (see Remarks) | Scr=screened |
| AR=odor cntrl chem solution | EF=effluent | PT=partially-treated | NC=noncompliant | SL=sludge |
| C=chlorinated | FE=faulty equipment | PVT=private | NC-X=unable to sample (insufficient volume) | SUBD=new subdivision |
| [C]=chlorinated | FM=force main | PWR=power | NR=not required | Sup=supernatant |
| CD=construction damage | G=grease | R=rocks | OP=operator error | SUR=surcharge |
| CN=new construction | GT=grit | RG=rags | P=primary-treated | SW=storm water |
| CR=contaminated rainwater | GW=ground water | RK=rocks | PM=preventive maintenance | TRIB=tributary |
| [D]=digested | [H]=Heat-treated | RF/MT=repair &/or maintenance | PP=paper products | U=unknown |
| DP=damaged pipe | INT=intersection | S=secondary-treated | | UT=untreated |

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Pailaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WV=Wahiawa WWTP

| Date | Discharge Est. Volume (Spill) / Treatment Level | Location / Facility of Sewer Line | Storm Drain Y,N | Volume Removed Ocean/Stream | S/G/S | Discharge Point / Problem Line | Cause | Start/Stop | Total (min) | TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-Oct-99 | 20 Sludge [Digested] | Kailua Regional WWTP | N | N | N | Dewater Bldg | M | 1330 / 1331 | 1 | KK | Clear drain | -- | Median line plugged; spilled out bldg onto driveway; contained in plant |
| 23-Oct-99 | 10 Untreated | 1203 Peterson Lane | N | N | N | cleanout / lateral 8 | G | 1011 / 1016 (632) | 5 | SI | Place on 4-month PM | 5-5-99 | Spilled when cleanout opened; contained/dissipated on site |
| 24-Oct-99 | U [trace] Untreated | 141 Dowsett Avenue | N | N | N | pipe / main 10 | G R | 1218 / 1251 (1153) | 35 | SI | Continue to monitor line and initiate rehab project | 8-28-98 | Seeped through wall - back of property; party refused disinfectant/deodorizer |
| 27-Oct-99 | 3 Primary[C] effluent | TP Sand Island WWTP | N | N | N | pipe (standpipe effluent) | OP | 300 / 330 | 30 | SI | Counsel operator | -- | Line left slightly open after hose down |
| 27-Oct-99 | 20 Secondary [foam] | Kailua Regional WWTP | N | N | N | FC effluent division box | FE | 500 / 750 | 170 | KK | Reduce air flow to solids contactor; choke FC#3 effluent valve; hose foam back to box | -- | Low solids concentration in system due to tank changeover |
| 27-Oct-99 | 15 Untreated | 1052 Spencer Street | N | N | N | MH# SI21AJ0439 / main 6 | R | 1540 / 1555 (1445) | 16 | SI | Monitor flow/flush as needed; created project to repair line | 8-27-98 | Intermittent spill flowed to Wilder Ave |
| 28-Oct-99 | U [trace] Untreated | 2160 Saint Louis Drive | N | N | N | cleanout / 4 | U | 1307 / U (1212) | U | SI | Monitor | -- | Evidence only |
| 30-Oct-99 | 160 Untreated | 2005 Kalia Road | Y 150 / 150 | | N | MH# SI35FA0011 / main 12 | G PP | 920 / 952 (900) | 32 | SI | Monitor; Hilton recently inspected / found noncompliant - will re-inspect; storm drain clogged | 10-24-99 | Spill removed by vactor |
| 30-Oct-99 | U [trace] Untreated | 98-875 Kaamilo Street | N | N | N | cleanout / lateral 6 | U | 1230 / U (1129) | U | HN | Monitor | -- | Evidence only |
| 01-Nov-99 | U [trace] Untreated | 92-610 Palailai Street | N | N | N | cleanout / 6 | R (DP) | 1900 / 2025 (1751) | 85 | HN | Monitor to revise PM | 7-22-96 | |

A 009911

EXHIBIT 4A

# OCTOBER-DECEMBER 1999 WASTESTREAM DIVERSIONS

**Legend / Abbreviations**

| | | | | |
|---|---|---|---|---|
| ( )=possibly | DSF=disinfection | M=miscellaneous (see Remarks) | Pre=preliminary-treated | Sc=screened |
| AR=odor ctrl chem solution | EFF=effluent | NC=noncompliant | PT=partially-treated | SL=sludge |
| C=contained | FE=faulty equipment | NC-X=unable to sample | PVT=private | SUBD=new subdivision |
| [C]=chlorinated | FM=force main | (insufficient volume) | PWR=power | Sup=supernatant |
| CD=construction damage | G=grease | NR=not required | R=rocks | SUR=surcharge |
| CN=new construction | GT=grit | OP=operator error | RG=rags | SW=storm water |
| CR=contaminated rainwater | GW=ground water | P=primary-treated | RX=rocks | TRIB=tributary |
| [D]=digested | [H]=heat-treated | PM=preventive maintenance | RPM=repair &/or maintenance | U=unknown |
| DP=damaged pipe | INT=intersection | PP=paper products | S=secondary-treated | UT=untreated |

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Discharge Date | Est. Volume (gal) | Treatment Level | Location / Facility or Sewer Line | Entered Receiving Water Y/N | Volume Removed | Ocean/Stream | S O G S | Discharge Point | Problem Line | C U S E D | Time Start/Arrival | Time Call Rcvd | Total (min) | TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-Nov-99 | U [trace] | Untreated | 955 Akepo Lane | N | | | N | pipe | main 6 | U (M) | 1545 | 1480 | U | SI | Monitor to see if problem recurs | 7-16-98 | Evidence only; M=mud |
| 05-Nov-99 | 250 | Untreated | 1654 B Liliha Street | N | | | N | cleanout | main 10 | M | 645 | 715 | 30 | SI | Better secure sandbags & place bar in channel to prevent movement | " | M=sandbag ran down line during CCTV operation; spilled into house; 200 gal pumped back to sewer |
| 06-Nov-99 | 450 | Untreated | 1654 C Liliha Street | N | | | N | cleanout | main 10 | M | 645 | 715 | 30 | SI | Better secure sandbags & place bar in channel to prevent movement | " | M=sandbag ran down line during CCTV operation; spilled into house; 400 gal pumped back to sewer |
| 08-Nov-99 | 40 | Untreated | 389 Hobron Lane / 1819 A Lipeepee Street | Y | 35 | 35 | N | MH (private) | main 8 | G R | 800 | 738 | 38 | SI | Monitor to revise PM | 5-9-98 | Spill also from private manhole @ 1819A Lipeepee Street; drain full of rain water |
| 07-Nov-99 | 188 | Untreated | 99-015 Kauhale Street | N | 70 | Alea Stream | N | cleanout | main 15 | G | 1334 | 1253 | 94 | HN | Place on quarterly PM | 5-5-98 | Most spill contained on road & vacant lot; 60-70 gal entered stream |
| 08-Nov-99 | U [trace] | Untreated | 1581 Laumaile Street | N | | | N | cleanout | main 6 | G RG | 1138 | 1020 | 1 | SI | Monitor to adjust PM (could not locate properly) | 8-21-93 | Contained on site |
| 08-Nov-99 | 40 | Untreated | 1585 Laumaile Street | N | | | N | cleanout | main 6 | G RG | 1145 | 1020 | 60 | SI | Monitor to adjust PM (related to previous spill at site) | 8-21-93 | Contained on site |
| 08-Nov-99 | 50 | Untreated | INT Kalihi Street / Elua Street | N | | | N | pipe | 6 | CD | 1540 | 1441 | 15 | SI | Repair line 11/8/99 | " | Contained in trench; pipe damage (misaligned joints, etc) pre-existed break during trenching operations |
| 09-Nov-99 | 25 | Untreated | 415 Keoniana Street | N | | | N | cleanout | lateral 6 | PP | 1430 | 1441 | 50 | SI | Monitor | " | PP=toilet tissue buildup; contained in yard; spill returned to system |
| 10-Nov-99 | 2 | Untreated | 2012 Kalihi Street | N | | | N | pipe | lateral 6 | CD | 1320 | 1335 | 15 | SI | Repair by contractor | " | Damaged during excavation |

A 009912

EXHIBIT 4A

# OCTOBER-DECEMBER 1999 WASTESTREAM DIVERSIONS

**Legend:**

( )=possibly
AR=rodor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample
(insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Pre=preliminary-treated
PT=partially-treated
PVR=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP
KH=Kahuku WWTP
KE=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WV=Wahiawa WWTP

| Date | DISCHARGE Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | RECEIVG WATER STORM DRAIN Y/N Volume Removed Ocean/Stream | ENTERED INTO S N S | DISCHARGE POINT PROBLEM LINE | C A U S E | ESTIMATED DURATION Time Start Stop (min) | Dur'tion (min) | T R B | T P | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-Nov-99 | 20 | Untreated | 45-085 Waikalua Road | N | N | cleanout 4 | U | 1410 1420 1400 | 10 | KK | | CCTV; monitor if cause cannot be determined | -- | Contained & vacuumed |
| 10-Nov-99 | U [trace] | Untreated | 3323 Kahawalu Drive | N | N | cleanout lateral 8 | R | 1715 1846 | U | SI | | Place on quarterly PM | 3-5-99 | Evidence only contained on site |
| 11-Nov-99 | 0.25 | Untreated | 2003 Colburn Street | N | N | MH# SI21A/2001 main 8 | G | 1219 | U | SI | | Monitor | -- | Evidence only; M=mud |
| 12-Nov-99 | 5 | Untreated | 94-013 Waipahu Depot Street | N | N | cleanout lateral 6 | U | 1900 2005 1848 | 65 | HN | | Monitor continuously - PM accordingly | 7-20-99 | NC=sample collected but rejected due to improper storage; spilled when releasing clog |
| 15-Nov-99 | 10 | Untreated | 3821 Mariposa Drive | N | N | cleanout lateral 4 | R (DP) | 930 1015 831 | 45 | SI | | Monitor | -- | Contained in yard |
| 15-Nov-99 | 10 | Untreated | 1482 Olino Street | N | N | cleanout lateral 6 | R | 2240 130 2214 | 170 | HN | | Monitor | -- | No cover on private cleanout; contained in planter; returned to system |
| 16-Nov-99 | U | Untreated | 1353 Ala Hoku Place | N | N | pipe main 8 | G | 915 1025 845 | 70 | SI | | Monitor to revise PM | 2-22-98 | Contained on site (Moanalua Golf Course) |
| 16-Nov-99 | 10 | Untreated | 3844 Nihipali Place | N | N | cleanout lateral 6 | R | 1830 1831 1751 | 1 | SI | | Monitor | -- | Spilled when clean cap removed to clear clog |
| 17-Nov-99 | 5 | Primary [sludge] | Kailua Regional WWTP | N | N | pipe (recirc sludge for dart) | RP/MT | 740 741 | 1 | KK | | Capture sludge; clean area | -- | Residual sludge spilled as mechanics repaired line |
| 17-Nov-99 | 10 | Untreated | 716 F Olokele Avenue | N | N | cleanout lateral 4 | RG | 1800 1915 1736 | 75 | SI | | Monitor | -- | Intermittent spill contained on roadway; RG=wash towel |

A 009913

EXHIBIT 4A

# OCTOBER-DECEMBER 1999 WASTESTREAM DIVERSIONS

**Legend:**

( )=possibly · AR=odor ctrl chem solution · c=contained · [C]=chlorinated · CD=construction damage · CN=new construction · CR=contaminated rainwater · [D]=digested · DP=damaged pipe

DSF=disinfection · EFF=effluent · FE=faulty equipment · FM=force main · G=grease · GT=grit · [H]=heat-treated · INT=intersection

Mis=miscellaneous (see Remarks) · NC=noncompliant · NC-X=unable to sample (insufficient volume) · NR=not required · OP=operator error · P=primary-treated · PM=preventive maintenance · PP=paper products

Pre=preliminary-treated · PT=partially-treated · PVT=private · PWR=power · R=roots · RG=rags · RK=rocks · RP/MT=repair &/or maintenance · S=secondary-treated

Sc=screened · SL=sludge · SUBD=new subdivision · Sup=supernatant · SUR=surcharge · SW=storm water · TRIB=tributary · U=unknown · UT=untreated

**TREATMENT PLANT ABBREVIATIONS:** HN=Honouliuli WWTP · HK=Kahuku WWTP · KK=Kailua WWTP · PK=Paalaa Kai WWTP · SI=Sand Island WWTP · WM=Waimanalo WWTP · WN=Waianae WWTP · WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | Location Facility or Sewer Line | Entered Receiving Water / Storm Drain (y/n) Ocean/Stream · Volume · Remove | SGS | Discharge Point / Problem Line | Cause | Start/Arrival Time | Stop/Call Time | Total (min) | TRIB | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-Nov-99 | 5 | Untreated | 499 King Street (North) | N | N | cleanout / lateral 6 | G | 1237 / 1224 | 1247 | 10 | SI | Monitor | -- | Cleanout cap had been removed- evidence of earlier spill; contained on site |
| 24-Nov-99 | 20 | Untreated | 5422 Kueda Street | N | N | MH# SI41CD0132 / main 6 | DP | 1130 / 1322 | 1730 | 360 | SI | Repair 11/28/99 | -- | Contained in brush |
| 24-Nov-99 | 60 | Untreated | 1001 Ahua Street | Y · 60 · 0 / Moanalua Stream | N | MH# SI21CC1001 / main 10 | G | 1300 / 1215 | 1318 | 18 | SI | Place on annual PM | 7-9-98 | 10 gal reached stream |
| 24-Nov-99 | 5 | Untreated | 50 Robinson Lane | N | N | cleanout / lateral 6 | R | 1835 / 1807 | 1850 | 15 | SI | Monitor | -- | Contained/dissipated in yard |
| 30-Nov-99 | 40 | Sludge [digested] | Kailua Regional WWTP | N | N | Dewater Bldg | OP | 1345 | 1346 | 1 | KK | Remind operator to pay closer attention while flushing unit | -- | M=drain line plugged; spilled out bldg onto driveway; contained in plant |
| 30-Nov-99 | 108 | Untreated | 1939 Waikahe Place | N | N | MH# SI89GE1002 / main 8 | G | 1102 / 1054 | 1138 | 36 | SI | Place on 6-month PM | 11-25-98 | Contained in brush |
| 02-Dec-99 | 4,720 | Sludge [heat-treat] | TP Sand Island WWTP | N | N | solids building | PWR | 850 | 900 | 10 | SI | Remind operator to check equipment after power loss | -- | PWR=momentary power drop caused centrifuge to drop offline - not immediately detected & continued purging sludge |
| 02-Dec-99 | 4,800 | Sludge [heat-treat] | 2293 Liliha Street | N · 4,800 · 0 / Waolani Stream | Y | MH# SI86AA2034 / main 15 | R SW | 1010 / 945 | 1405 | 235 | SI | Place on annual PM | 11-1-93 | Storm-heavy rainfall |
| 03-Dec-99 | 100 | Untreated | PS Kahaluu WWPS | N | N | truck (unidentified private hauler) | PVT | 1130 / 1115 | U | U | U KK | Monitor private pumpers | -- | Evidence only, removed by vactor |
| 03-Dec-99 | U (trace) | Untreated | 85-914 Mill Street | N | N | cleanout / main 8 | G | 1900 / 1800 | U | U | UWN | Monitor | -- | Evidence only |

A 009914

EXHIBIT 4A

# OCTOBER-DECEMBER 1999 WASTESTREAM DIVERSIONS

**Legend:**

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=runable to sample (insufficient volume)
NR=not required
OF=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sups=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
VMe=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Vol. (gal) | Treatment Level | Location Facility or Sewer Line | Entered Recv Water/Storm Drain Y/N | Vol. Removed / Ocean/Stream | SOS | Discharge Point / Problem Line | Cause | Duration Recd/Arrival | Start/Stop | Total (min) | TRIB/TP | Last Clean | Remedial Action | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Dec-99 | U [trace] | Untreated | 98-326 Pono Street | N | | N | MH# HN25YB2600 / main 8 | G | 2200 | 1915 | U | HN | 1-11-98 | Monitor to adjust PM | Evidence only |
| 04-Dec-99 | 80 | Untreated | 47-401 Hui Io Street | Y | 80 / dissipated | N | cleanout / main 8 | R | 1615 | 1635 / 1642 | 20 | KK | " | Monitor | Root infiltrated line in easement |
| 07-Dec-99 | 10,600 | Secondary Chlorinated | TP Kahuku WWTP | N | | Y | pipe (effluent) / force main 8 | DP | 800 | 900 | 60 | KH | " | Repair line, return spill to plant (residual percolated into ground); effluent stored in equalization basin during repair; request replacement of main | DP=external corrosion; break outside southeast fenceline of plant |
| 07-Dec-99 | 5 | Untreated | 3950 Sierra Drive | N | | N | cleanout / lateral 6 | R | 800 | 915 / 724 | 75 | SI | " | Monitor | Spill beneath lanai |
| 08-Dec-99 | U [trace] | Untreated | 3355 Emakona Place | N | | N | cleanout / lateral 6 | R | 2320 | 2330 | 5 | SI | " | Monitor | Evidence only contained on site |
| 09-Dec-99 | 1 | Sludge [heat-treat] | TP Honouliuli WWTP | N | | N | bin (sludge cake) | OP | 300 | 400 | 60 | HN | " | Secure gate; place trough beneath bin to catch drip | Bin tailgate not tightened |
| 09-Dec-99 | U [trace] | Untreated | 735 McCully Street | N | | N | cleanout / lateral 6 | U (DP) | 1405 / 1346 | U | | U SI | 2-7-98 | Repair damaged area | Contained on site |
| 09-Dec-99 | 5,500 | Untreated | 3737 Makanui Street / 2374 10th Avenue Place | Y | 5,600 / 0 / Waiomao Str/Palolo Str | Y | MH# SI21AXO220 / main 12 | R, RG | 1300 | 1700 / 1220 | 240 | SI | 5-29-99 | Monitor continually / rod as needed; minimum PM monthly; plan to replace section ongoing | Waiomao Stream to Palolo Stream to Ala Wai Canal |
| 13-Dec-99 | U [trace] | Untreated | 2175 Makanani Drive | N | | N | cleanout / lateral 6 | R | 1755 / 1724 | U | | U SI | " | Monitor | Evidence only |
| 14-Dec-99 | U [trace] | Untreated | 86-145 Hokuukeli Street | N | | N | cleanout / lateral 6 | G | U / 1454 | U | | U WN | " | Monitor | Evidence only |

A 009915

EXHIBIT 4A

# OCTOBER-DECEMBER 1999 WASTESTREAM DIVERSIONS

**Legend:**

( )=possibly
AR=odor ctrl chem solution
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

P=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RPM=repair &/or maintenance
S=secondary-treated

Sc=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KI=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WH=Waimanalo WWTP
WM=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Vol (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | RECV'G WATER S/G/S | STORM DRAIN Y/N, Volume, Recovered, Ocean/Stream | DISCHARGE POINT / PROBLEM LINE | C/A/U/S | Time Start/Call, Arrival | Stop/Call, End | T/Call (min) | T/R/B TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-Dec-99 | 5 | | Kailua Regional WWTP | N | | bin (screenings) | OP | 1400 | 1401 | 1 | KK | Remind operator: drive slowly or dump bin sooner | -- | Bin tipped during transport; contained in plant |
| 19-Dec-99 | 90 | Untreated | HWY Likelike Highway / (across) Kam Field | Y / 50 / contained | | MH# SI04FA1028 / main 6 | U M GT | 1905 / 1835 | 2005 | 60 | SI | Monitor | -- | M=debris; excess water contained in storm drain |
| 20-Dec-99 | 150 | Secondary Sludge | Kailua Regional WWTP | N | | pipe (waste sludge) 6 | CD | 950 | 1000 | 10 | KK | Repair line | -- | CD=contractor damaged pipe during excavation; spill pumped from excavation to vactor; contained between FC & Datt valve pad |
| 20-Dec-99 | 60 | Untreated | 4222 Kahala Avenue | Y / 30 / contained | | MH# SI41AC0044 / main 8/10 | U | 1345 / 1327 | U | U | SI | Place on 6-month PM | 10-20-98 | Evidence only |
| 21-Dec-99 | 1 cu.ft. | Preliminary grit | TP Waianae WWTP | N | | grit bin | OP | 1000 | 1000 | 24 | WN | Return grit to bin; secure rear gate | -- | Rear gate of bin open 1"-2" to allow drainage of excess water into floor drain of contained area; contained in plant |
| 21-Dec-99 | U [trace] | Untreated | 1240 Makalapua Place | N | | cleanout / lateral 6 | G | 1645 / 1545 | U | U | SI | Monitor | -- | Evidence only contained on driveway |
| 21-Dec-99 | U [trace] | Untreated | 56-811 Pualalea Place | N | | cleanout / lateral 4 | (DP) | 1850 / 1455 | U | U | KH | Monitor | -- | |
| 23-Dec-99 | U [trace] | Untreated | 44-106 Kauinohea Place | N | | cleanout / lateral 6 | U | 1740 / 1710 | U | U | KK | Monitor | -- | Evidence only; no cover on cleanout; contained in grass |
| 23-Dec-99 | 340 | Untreated | 1931 Waikahe Place | N | | MH# SI83GE1002 / main 6 | R G | 2045 / 2020 | 2153 | 68 | SI | Monitor for problem with liner; revise PM accordingly | 11-30-99 | Spilled under chicken coops at 1931 Waikahe Pl |
| 23-Dec-99 | 300 | Untreated | 99-811 Aiea Heights Drive | N | | MH# HN28XJ3050 / main 8 | R | 2255 / 2020 | U | 105 | HN | Monitor to revise PM | 12-7-95 | Spill flowed down/percolated into hillside |

A  009916

EXHIBIT 4A

# OCTOBER-DECEMBER 1999 WASTESTREAM DIVERSIONS

**Legend:**

( )=possibly
AR=odor ctrl chem solution
C=contained
(C)=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
RM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KI=Kahuku WWTP
KE=Kailua WWTP
PK=Paalaa Kai WWTP
Sr=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gal) / Treatment Level | Location Facility or Sewer Line | Entered Receivg Water / Storm Drain Y/N; Volume Removed; Ocean/Stream | Signs | Discharge Point / Problem Line | Causes | Est. Duration: Arrival/Call/Rcvd, Start/Stop, Total (min) | Trib (TP) | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-Dec-99 | 560 / Untreated | Esmt Waimao Road / 10th Avenue Place | N | N | MH# SI21AX0222 / main 8 | M G | 1305 / 1325 / 1216 / 20 | SI | Secure manhole cover, second incidence of coconut husk in line | 5-29-99 | M=coconut husk: main from 10th Avenue Place; contained on site |
| 24-Dec-99 | 25 / Untreated | 1702 Hanahanai Place | N | N | MH# SI41CC0175 / main 6 | R G | 1426 / 1545 / 1400 / 79 | SI | Monitor to revise PM | 5-5-98 | Intermittent, contained/dissipated on site |
| 28-Dec-99 | 12 / Untreated | 1356 Mamalu Street | N | N | MH# SI85GE0100 / main 6 | R | 905 / 925 / 838 / 20 | SI | Monitor to determine PM | : | Contained/dissipated on sidewalk/road |
| 28-Dec-99 | 40 / Untreated | 1405 Kaminaka Street | N | N | MH# SI21AZ0018 / main 8 | R | 1545 / 1625 / 1455 / 40 | SI | Monitor to revise PM | 3-9-97 | Spilled into heavy brush/dissipated |
| 29-Dec-99 | 1,260 / Untreated | 2005 Kalia Road | Y; 1,000 / 1,000; N | N | MH# SI85FA0011 / main 12 | U | 840 / 905 / 822 / 25 | SI | CCTV; seems problems started with Hilton Hawn Village construction | 12-22-99 | |
| 29-Dec-99 | 15 / Untreated | 1390 Miller Street | Y; 5 / contained; N | N | MH# SI21AC0068 / main 8 | G | 1115 / 1150 / 1048 / 35 | SI | Monitor to revise PM | 4-26-96 | |
| 29-Dec-99 | U [trace] / Untreated | 87-219 Laiku Street | N | N | cleanout / lateral 4 | U | 1630 / U / 1428 / U | UWN | Monitor | : | Evidence only contained/percolated into yard |
| 29-Dec-99 | U [trace] / Untreated | 1006 Koohoo Place | N | N | cleanout / lateral 4 | R | 1915 / 1940 / 1825 / 25 | KK | Monitor | : | Evidence only |
| 30-Dec-99 | 15 / Untreated | 56-604 Pualalea Place | N | N | cleanout / lateral 6 | (DP) M | 1015 / 1115 / 849 / 60 | KH | CCTV; monitor | : | M=debris |

A 009917
EXHIBIT 4A