# QUARTERLY REPORT

FOR THE PERIOD OF

January 1, 2000 to March 31, 2000

Prepared for:

**The United States Environmental Protection Agency**
**Region IX**

**And**

**State of Hawaii Department of Health**
**Wastewater Branch**

Prepared by:

**The Department of Environmental Services**
**City and County of Honolulu**

April 20, 2000

35218

EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
(D)=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-Mar-00 | none<br>Untreated | 1421 Ahuawa Loop | N | N | cleanout<br>lateral 4 | (DP) | 2140<br>2114 | U | U | SI | Monitor | -- | Cleanout cap removed by plumber |
| 18-Mar-00 | 5<br>Untreated | 2933 Laukoa Place | N | N | MH# SI21AK0126<br>main 8 | R G | 1245<br>1206 | 1430 | 105 | SI | Monitor | 9-8-98 | Contained/dissipated on site |
| 19-Mar-00 | 250<br>Sludge | Sand Island WWTP | N | N | inlet gauge line (Heat Treat #2 reactor) | FE | 1045 | 1216 | 90 | SI | Replace pipe | -- | FE=inlet gauge line threads, worn by contact with acid, broke |
| 19-Mar-00 | U<br>Untreated | 91-1309 Hoopio Street | N | N | cleanout<br>lateral 4 | PP | 1700<br>1612 | 1705 | 5 | HN | Monitor | -- | PP=paper towels |
| 19-Mar-00 | 2<br>Untreated | 207 Namilimili Street | N | N | cleanout<br>lateral 6 | M | 1815<br>1732 | 2030 | 135 | SI | Monitor | -- | M=gravel/sludge; contained around cleanout |
| 20-Mar-00 | 60<br>Untreated | 1756 Kaiaepaa Drive | N | N | cleanout<br>lateral 4 | U | 1245<br>1228 | 1300 | 15 | SI | Monitor | -- | 50 gal contained on site, 10 gal on roadside |
| 20-Mar-00 | 52<br>Untreated | 2269 Tantalus Drive | N<br>52<br>0<br>Kanaha Stream | N | MH# SI21AM0109<br>main 6 | G R | 1202<br>1155 | 1315 | 73 | SI | Place on 1-month PM; 5 previous spills here | 9-28-99 | Contained on site |
| 24-Mar-00 | 20<br>Untreated | 89-352 Pelikea Street | N | N | pipe<br>main 8 | DP | 1815<br>1711 | 1850 | 35 | WN | Repair line | 2-28-00 | Intermittent; returned flow to system; backhoe damaged line during excavation |
| 27-Mar-00 | 875<br>Preliminary | Kaneohe WWPTF | N | N | pipe<br>force main 16 | DP | 815 | 845 | 30 | KK | Use portable pump until repairs completed 3/31/00 | | DP=stress crack |
| 27-Mar-00 | 3<br>Untreated | 3131 Magnolia Place | N | N | cleanout<br>lateral 6 | U | 1600<br>1534 | 1615 | 15 | SI | Monitor | -- | |



EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalae Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival/Call Recv'd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27-Mar-00 | 2 / Untreated | 87-2198 Farrington Highway | N | N | cleanout / lateral 8 | U | 1815 / 1535 | 1830 | 15 | WN | Monitor | -- | Contained around cleanout |
| 31-Mar-00 | 3 / Untreated | 1827 Halekoa Drive | N | N | cleanout / 4 | R | 1200 | 1205 | 5 | SI | Place on 2-month PM | 1-10-99 | |

35220

EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
(C)=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
(D)=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
(H)=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalae Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Jan-00 | 3<br>Untreated screenings | Kailua Regional WWTP | Y<br>contained in plant drainage channel | N | bin (screenings) | OP | 1000 | 1001 | 1 | KK | Counsel operator on driving forklift & reporting spills; retrain him on stormwater pollution prevention | -- | Operator returned spilled solids to bin & washed remainder into storm drain believing it led to plant sewer |
| 02-Jan-00 | U (trace)<br>Untreated | 98-1448 Kulawai Street | N<br>-- | N | cleanout<br>lateral 6 | R | 2145<br>2034 | U | U | HN | Monitor | -- | Evidence only, percolated into ground |
| 02-Jan-00 | U (trace)<br>Untreated | 99-015 Kauhale Street | N<br>dissipated<br>-- | N | cleanout<br>lateral 6 | G | 953<br>915 | U | U | HN | Place on monthly PM | 12-14-99 | Evidence only |
| 02-Jan-00 | 50<br>Untreated | 2044 9th Avenue | N<br>-- | N | MH# SI21AX0164<br>main 8 | G<br>M | 1130<br>1100 | 1203 | 33 | SI | Place on 3-month PM | 2-8-99 | M=mud |
| 02-Jan-00 | 80<br>Untreated | 1405 Kaminaka Drive | N<br>-- | N | MH# SI21AZ0018<br>main 8 | R | 1550<br>1501 | 1650 | 60 | SI | Place on 3-month PM | 3-9-93 | Percolated into ground around manhole |
| 03-Jan-00 | 90<br>Untreated | 2084 Mauna Place | N<br>50<br>-- | N | MH# SI21AJ0742<br>main 6 | G<br>R<br>(DP) | 1015<br>959 | 1045 | 30 | SI | Place on 3-month PM | 6-3-99 | 50 gal returned to system |
| 03-Jan-00 | U (trace)<br>Untreated | 2124 Alaeloa Place | N<br>-- | N | cleanout<br>lateral 6 | R | 1835<br>1825 | U | U | SI | Repair lateral | 12-1-99 | Evidence only percolated into ground |
| 06-Jan-00 | 1<br>Untreated | 96-400 Kaluamoi Drive | N<br>-- | N | MH# HN25YA0460<br>main 8 | G | 2145<br>2048 | 2220 | 35 | HN | Monitor to revise PM | 6-15-98 | Seeped from mh cover |
| 08-Jan-00 | U (trace)<br>Untreated | 99-051 Iele Place | N<br>-- | N | cleanout<br>lateral 6 | G | 1940<br>1753 | U | U | HN | Place on 3-month PM | 7-6-99 | Evidence only contained in yard |
| 08-Jan-00 | 500<br>Untreated | 94-099 Awamoku Street | Y<br>450<br>200<br>-- | N | MH# HN05CR0849<br>main 8 | G<br>DP | 1840<br>1735 | 1900 | 20 | HN | Monitor to revise PM | 12-16-96 | DP=sag; remainder contained in drain--traced drain (also next day) |

35221

EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-Jan-00 | 10 / Untreated | 4752 Malsonia Drive | N / -- | N | cleanout / lateral 6 | R | 1730 / 1636 | 1730 | 1 | SI | Monitor | -- | Spilled when cap removed; most returned to system |
| 07-Jan-00 | 3 / Effluent (chlorinated) | Waimanalo WWTP | N | N | Injection Well #5 | OP | 925 | 926 | 1 | WM | Instruct operators to ensure 3" cap secure before back-flush | -- | 3" cap inadvertently left open while back-flushing |
| 09-Jan-00 | 75 / Untreated | 1240 Auld Lane | N / -- | N | manhole / main 6 | G | 913 / 845 | 938 | 25 | SI | Place on 3-month PM | 8-17-99 | Contained/returned to manhole |
| 09-Jan-00 | 1.5 / Untreated | 2080 Mahaoo Place | N / -- | N | cleanout / 6 | U (DP) | 1545 / 1510 | 1110 | 17h 45m | SI | Repair riser, monitor | 3-18-99 | (DP)=broken/separated 6x4 reducer) |
| 09-Jan-00 | 10 / Untreated | INT Kapiolani Boulevard / Keeaumoku Street | N / -- | N | cleanout / lateral 6 | G | 2200 / 2123 | 2310 | 70 | SI | Monitor for grease; refer to EQ for investigation | 10-12-99 | Contained in area; heavy grease |
| 11-Jan-00 | 250 / Untreated | 1506 Amelia Street | N / 250 / 0 / Kalihi Stream | Y | MH# SI04AA1036 / main 10 | M RG G PP | 1200 / 1146 | 1225 | 25 | SI | Monitor to ensure manhole secure | 4-2-96 | M=1x2x7 metal channel iron |
| 12-Jan-00 | 15,000 - 20,000 / Untreated | 93-093 Waipahu Depot Street | N / -- | N | pipe / force main 42 | CD | 930 | 1100 | 49.5h | HN | Repair completed 1/22/00; force main returned to service 1/24/00 | -- | Goodfellow Bros excavation broke off bell end of force main; spill contained in trench; dye-test to see if reached Kapakahi Str negative |
| 12-Jan-00 | 600 / Secondary (eff reuse) | Honouliuli WWTP | N / -- | N | hose (eff reuse) | OP | 1810 | 1830 | 20 | HN | Operator will be more careful | -- | Hose not secured properly while filling Solids Contactor #1 w/ treated reuse eff; sodium hypochlorite residual in effluent=1.01 mg/L |
| 12-Jan-00 | 490 / Untreated | 1673 Ala Aolani Street | N / 490 / 0 / Moanalua Stream | Y | MH# SI13AA1049 / main 10 | R G | 855 / 830 | 1005 | 70 | SI | Place on 3-month PM | 6-25-96 | |
| 12-Jan-00 | 1200 / Untreated | 45-600 Keaahala Road | Y / 900 / 0 / Keaahala Stream | Y | MH# KK30FA1310 / main 10 | R | 1230 / 1215 | 1330 | 60 | KK | CCTV negative; monitor to determine source of roots | 2-13-96 | |



EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Jan-00 | 20<br>Untreated | Maunawili Road (betw Aloha Oe Drive & Kelewina St) | Y<br>20<br>dissipated<br>-- | N | MH# KK10XB0600<br>main<br>8 | R | 1920<br>1800 | 1930 | 10 | KK | Monitor to revise PM | 5-22-98 | DOH waived monitoring/signing since water trail at outlet only was 3' |
| 14-Jan-00 | 10<br>Sludge [dig aer] | Kahuku WWTP | N | N | truck (tanker) | OP | 1110 | 1111 | 1 | KH | Instruct driver to pay closer attention | -- | Operator overfilled tanker |
| 14-Jan-00 | U (trace)<br>Untreated | 4287 Kahala Avenue | N<br>-- | N | MH# SI41AX0044<br>main<br>10 | R | 1715<br>1631 | 1800 | 45 | SI | Monitor closely to determine if repair required | 12-20-99 | Evidence only |
| 15-Jan-00 | 40<br>Untreated | 98-801 Hoohalawai Place | N<br>-- | N | cleanout<br>main<br>8 | R | 1915<br>1827 | 2015 | 60 | HN | Monitor | -- | Percolated into ground |
| 17-Jan-00 | 2800<br>Untreated | 96-121 Waiawa Road | N<br>-- | N | MH# HN24YA0200<br>main<br>8 | M | 1151<br>1105 | 1626 | 4h 35m | HN | Secure manhole | 12-12-98 | M=manhole bar opener blocked downstream invert; dissipated at site |
| 17-Jan-00 | U (trace)<br>Untreated | 95-441 Kuahelani Avenue | N<br>-- | N | cleanout<br>6 | U | 1830<br>1405 | U | U | HN | Monitor | -- | Evidence only; plumber released blockage |
| 17-Jan-00 | 50<br>Secondary (eff reuse) | Honouliuli WWTP | N<br>-- | N | pipe union (eff reuse water - PC pump house #2 | FE | 1740 | 1740 | 0.5 | HN | Issue work order to repair pipe | -- | Line worn by weather |
| 19-Jan-00 | 5<br>Secondary sludge | Kailua Regional WWTP | N | N | (pipe) drain line | DP | 530 | 545 | 15 | KK | Switch to #4 RAS pump; submit repair work order | -- | Hole in drain line |
| 19-Jan-00 | U (trace)<br>Untreated | 95-584 Naholoholo Street | N<br>-- | N | cleanout<br>lateral<br>4 | R | 930<br>802 | U | U | HN | Monitor to determine PM | 4-7-97 | Evidence only; intrusion located after reducer |
| 19-Jan-00 | 70<br>Untreated | 5180 Likini Street | 70<br>0<br>(Salt Lake) | N | cleanout<br>lateral<br>6 | R | 957<br>910 | 1230 | 153 | SI | Monitor | -- | |



EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
{D}=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume / Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Jan-00 | 200 / Untreated | 3036 Kahaloa Drive | Y / 200 / 0 / Manoa Stream | Y | MH# SI21AU0331 / main 6 | G M GT (DP) | 2030 / 1851 | 2050 | 20 | SI | Repair pipe | 7-19-97 | M=debris; (DP)=sag |
| 20-Jan-00 | U (trace) / Untreated | 611 Mokauea Street | N / -- | N | cleanout / lateral 6 | G PP | 800 / 751 | U | U | SI | Monitor | -- | Evidence only; PP=paper towels |
| 20-Jan-00 | 50 / Untreated | 1919 Gulick Avenue | N / contained / -- | N | MH / main 8 | M | 1230 / 1230 | 1235 | 5 | SI | Replaced rim/cover; place property owner "on notice" | -- | M=manhole (cover/rim removed) backfilled with debris/car parts |
| 20-Jan-00 | 400 / Untreated | 3194 Alika Avenue | N / U / 0 / Waolani Stream | Y | cleanout / main 10 | SW/SUR | 1800 / 1716 | 1920 | 80 | SI | Check for downstream obstructions | -- | Spill flowed under house, then ?; monitored Waolani Str for bacti |
| 20-Jan-00 | 200 / Primary effluent | Sand Island WWTP | -- | N | pipe (elbow) | M | 1450 | 1500 | 10 | SI | Repair line | -- | OP=hole in recirculation line elbow from rust |
| 20-Jan-00 | 2660 / Untreated | 45-285 Kaneohe Bay Drive | N / 600 / 0 / Kawa Stream | Y | MH# KK30DS2012 / main 21 | G | 2035 / 2008 | 2145 | 70 | KK | Place on 3-month PM; EQ to investigate | 1-14-97 | Most ponded on golf course, then returned to system |
| 21-Jan-00 | 25 / P/S sludge | Kailua Regional WWTP | N | N | garbage can | RP/MT | 900 | 905 | 5 | KK | Mechanics/operators tried to contain spill | -- | As mechanics replaced defective 10" suction valve, garbage can used to collect excess from pipe overflowed; contained at Daft & Recirc Pumps |
| 22-Jan-00 | 60 / Untreated | 2127 Houghtailing Street | N | N | cleanout / main 6 | R | 1315 / 1235 | 1530 | 75 | SI | Place on 3-month PM | 8-17-97 | Home flooded; contained in yard |
| 23-Jan-00 | 40 / Untreated | 1660 Kaioo Drive | Y / 40 / 0 / -- | N | MH# SI21FA0082 / main 8 | G PP | 1040 / 1015 | 1055 | 15 | SI | Monitor to revise PM | 1-5-99 | PP=paper towels |
| 24-Jan-00 | U (trace) / Untreated | 847 Oneawa Street | N | N | cleanout / lateral 4 | DP M | 830 / 755 | U | U | KK | Monitor | -- | Evidence only; DP=cleanout cap broken, possibly in riser; M=debris in cleanout |

35224

EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-Jan-00 | 20 / Untreated | 4741 Matsonia Drive | N | N | cleanout / lateral 4 | R | 1200 / 1142 | 1240 | 40 | SI | Place on 3-month PM | 7-9-99 | Cleanout in heavy brush; majority spilled when cleanout cap removed to clear blockage |
| 24-Jan-00 | 45 / Untreated | 99-1175 Aiea Heights Drive | N / -- | N | pipe / main 8 | R | 1400 / 1328 | 1700 | 180 | HN | Monitor to determine PM | -- | Seepage from ground ran down roadside into grass |
| 26-Jan-00 | 25 / Secondary [eff reuse] | Honouliuli WWTP | N / -- | N | hose bib (reuse) | FE | 430 | 432 | 2 | HN | Replace hose bib | -- | Reuse hose bib broke while flushing scum pit - sprayed onto gravel |
| 27-Jan-00 | 28 / Untreated | 2275 Dole Street | N | N | MH# SI30BB0098 / main 6 | G PP | 922 / 904 | 930 | 8 | SI | Monitor to revise PM | 11-26-97 | PP=paper towels |
| 28-Jan-00 | 85 / Untreated | 1356 Laukahi Street | N | N | MH# SI41CC0264 / main 8 | R | 1315 / 1107 | 1400 | 45 | SI | Monitor, instruct crews to capture roots | 1-25-00 | R=runaway roots possibly; seeped through retaining wall in easement |
| 29-Jan-00 | 60 / Untreated | 3027 Kaheloa Drive | Y / 20 / 0 / -- | N | MH# SI21AU0331 / main 8 | DP | 1228 / 1160 | 1325 | 57 | SI | Determine damage, repair line | 1-20-00 | Evidence only of initial spill contained around manhole; later, intermittent; MH initially reported as SI21AF0331** |
| 30-Jan-00 | U [trace] / Untreated | 2283 Auhuhu Street | N / -- | N | cleanout / lateral 6 | U | 921 / 830 | U | U | HN | Monitor | 9-16-94 | Evidence only dissipated on site |
| 01-Feb-00 | U [trace] / Untreated | 45-285 Kaneohe Bay Drive | N | N | MH# KK33AA1212 / main 8 | G R M | 1400 / 1321 | U | U | KK | Place on 6-month PM | 5-5-98 | M=debris; evidence only; contained in depressed manhole |
| 03-Feb-00 | 90 / Untreated | Tantalus Drive | N | N | pipe / main 6 | R DP | 1100 / 1040 | 1200 | 60 | SI | Place on 3-month PM | 2-5-99 | Roots caused backup through break |
| 04-Feb-00 | 200 / Untreated | 2005 Kalia Road | Y / 200 / 200 / -- | N | MH# SI35FA0011 / main 12 | U | 920 / 901 | 940 | 20 | SI | EQ to follow up with Hilton Hotel again | 12-29-99 | |

35225

EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume / Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-Feb-00 | 720<br>Untreated | 500 Hobron Lane | Y<br>720<br>0<br>Ala Wai Canal | N | MH / cleanout<br>lateral 8 | G (DP) | 940<br>915 | 1004 | 24 | SI | CCTV line | -- | Tide up |
| 06-Feb-00 | 35 - 45<br>Untreated | 46-047 Kamehameha Hwy | Y<br>45<br>contained<br>-- | N | cleanout<br>lateral 6 | G | 1138<br>1100 | 1249 | 71 | KK | Place on 6-month PM | 1-12-98 | Most spill vacuumed; owner's cleanout spilled - service cleanout not hidden |
| 07-Feb-00 | 5<br>Untreated | Beretania Street / Aala Street | N | N | MH# SI02XA2003<br>main 10 | G | 1905<br>1856 | 1925 | 20 | SI | Place on 3-month PM | 8-31-99 | Contained around manhole |
| 08-Feb-00 | 40<br>Untreated | 4006 Lurline Drive | N | N | cleanout<br>lateral 4 | R | 945<br>945 | 1040 | 55 | SI | Place on 3-month PM | 8-17-99 | 95% spilled when removed cap and cleared line w/ hand cable |
| 08-Feb-00 | U<br>Untreated | 98-949 Kaonohi Street | N | N | MH# HN25XB4800<br>main 8 | RK Dirt | 1135<br>1106 | U | U | HN | Monitor & reschedule accordingly | -- | Possibly from BWS break above manhole; self-released |
| 09-Feb-00 | 2<br>Untreated | 94-096 Awamoku Street | Y | N | MH# HN25CR0849<br>main 8 | G | 825<br>811 | 835 | 10 | HN | Place on 6-month PM | 11-19-98 | |
| 09-Feb-00 | 55<br>Untreated | Waikalua Road | N | N | MH# KK33AA1126<br>lateral 6 | G R | 850<br>807 | 901 | 11 | KK | Place on 6-month PM | -- | Lateral services Habilitat |
| 10-Feb-00 | U<br>Untreated | 998 Hanau Street | N | N | cleanout<br>lateral 4 | M DP | 1710<br>1540 | 1735 | 25 | WW | Monitor | 12-12-96 | Evidence only; M=sticks/cans; DP=no cleanout cover |
| 11-Feb-00 | 60<br>Untreated | 204 Ohai Street | N | N | cleanout<br>lateral 4 | R | 1700<br>1528 | 1915 | 135 | WW | Monitor | -- | Intermittent; contained on sidewalk/roadway & returned to system |
| 13-Feb-00 | 33<br>Untreated | 319 Walker Avenue | N | N | MH# WW00GF0008<br>main 8 | RK | 819<br>730 | 830 | 11 | WW | Monitor to revise PM | 2-10-94 | Intermittent; some entered open dry ditch |

35226

EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume / Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-Feb-00 | 5 Untreated | 45-624 Hinamoe Place | N | N | MH# KK30GA1116 / main 8 | R | 2045 / 1958 | 2100 | 15 | KK | Rod line, poison roots; monitor at 3-month frequency | 2-12-94 | Leaked onto roadway |
| 18-Feb-00 | 30 Untreated | 41-1687 Kalanianaole Highway | N | N | truck (cesspool) | OP | 1150 | U | U | WM | Monitor appropriate fill level | -- | Spilled from top of truck (cutoff valve open) as ascended small hill |
| 22-Feb-00 | 60 Untreated | 94-099 Waipahu Street | Y / 50 / 0 / -- | N | cleanout / lateral 6 | G | 1610 / 1453 | 1620 | 10 | HN | Monitor | -- | Mixed w/ debris in storm drain |
| 24-Feb-00 | 12 Sludge dewatered | Kailua Regional WWTP | N | N | truck | OP | 900 | 903 | 3 | KK | Remind operator to check tailgate lock before moving truck | -- | Operator didn't secure tailgate lock before moving truck |
| 25-Feb-00 | 390 Secondary (eff reuse) | Honouliuli WWTP | N / -- | N | drain channel (Secondary Odor (Ctrl to Blower bldg) | M | 2005 | 2018 | 13 | HN | Halt use of reuse water to flush channel & clear | -- | Drain plugged with debris from area, incl small amount of NaOH and ARI 310, 310M, & 400 chemicals; characterization of spill taken from regular effluent testing of reuse water |
| 27-Feb-00 | 975 Untreated | 1030 Homer Street | Y / 975 / 0 / Kalihi Stream | Y | MH# SI21DL1000 / main 8 | G GT | 920 / 900 | 945 | 25 | SI | Place on 3-month PM | 9-18-99 | |
| 27-Feb-00 | U Untreated | 87-176 Kelikipi Street | N | N | bathroom / main 8 | G | 1930 / 1845 | U | U | WN | Monitor | 9-3-99 | Evidence only |
| 28-Feb-00 | 15 Untreated | 409 King Street (North) | N | N | cleanout / lateral 6 | G PP | 1430 / 1415 | 1630 | 120 | SI | EQ to escalate enforcement action; status quo on previous action | 2-25-00 | Spilled when removed cleanout cap & while cleaning lateral; PP=paper towels |
| 29-Feb-00 | U Untreated | 2415 Kini Place | N | N | cleanout / lateral 6 | DP | 1555 / 1431 | U | U | SI | Monitor | -- | Evidence only; DP=sag; contained in yard |
| 03-Mar-00 | 250 Untreated | 1240 Gulick Avenue | N / 250 / 0 / Kalihi Stream | N | MH# SI04FA1018 / main 10 | G PP | 935 / 920 | 940 | 5 | SI | Place on 6-month PM; 1 previous spill here | 7-22-95 | PP=paper towels |



EXHIBIT 4B (part 1 of 2)

# JANUARY-MARCH 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
AR=odor ctrl chem solution
C=contained
(C)=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival/Call/Rcvd | Stop | Total (min) | TRIB / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Mar-00 | 10<br>Untreated | 4850 Matsonia Drive | N | N | MH# SI21AO0711<br>main 8 | R | 2405<br>2317 | 2440 | 35 | SI | Place on 3-month PM | 10-29-97 | Contained on property |
| 03-Mar-00 | 15<br>Untreated | 48-069 Lilipuna Road | N<br>15 | N | hose (cesspool truck) | M | 1230 | U | U | SI | Check hoses to ensure void of water | -- | M=excess from hose spilled |
| 04-Mar-00 | 5<br>Untreated | 2903 Robert Place | N | N | MH# SI21AZ0112<br>main 6 | R | 1800 | 1915 | 75 | SI | Place on 2-month PM | 5-7-98 | Contained on site |
| 05-Mar-00 | 30<br>Untreated | 2903 Robert Place | N | N | MH# SI21AZ0112<br>main 6 | R | 1052<br>1030 | 1119 | 27 | SI | Place on 2-month PM | 5-7-98 | Probably runaway roots from previous day's spill; contained on site - easement back of property |
| 05-Mar-00 | 35<br>Untreated | 1433 Laamia Street | N | N | cleanout / bathroom<br>main 8 | R | 2100<br>2031 | 2215 | 75 | SI | Place on 3-month PM | -- | Contained in home |
| 06-Mar-00 | 3<br>Untreated | 1203 Peterson Lane | N | N | cleanout<br>lateral 6 | G<br>PP | 915<br>849 | 917 | 2 | SI | Place on 2-month PM | 12-29-99 | PP=paper towels; spilled when cleanout cap removed; contained on site |
| 07-Mar-00 | 40<br>Untreated | 1439 Laamia Street | N | N | cleanout / toilet<br>main / lateral 8 / 4 | R | 1220<br>1220 | 1225 | 5 | SI | Place on 3-month PM | 5-6-98 | Contained in home/yard |
| 08-Mar-00 | 40<br>Untreated | Waiawa WWPS Force main | N | N | pipe<br>force main 10 | M | U | U | U | HN | T&D to follow up | -- | Evidence only; M=valve to secured, old FM open - spilled thru its cracks/formed large sinkhole |
| 08-Mar-00 | U<br>Untreated | Makaha Valley | N | N | MH# WN01BA0048<br>main 8 | U | 1300<br>1220 | U | U | WN | Monitor | -- | Evidence only |
| 13-Mar-00 | 70<br>Untreated | 2580 La-I Road (rear of) | N<br>70<br>70<br>Palolo Stream | N | pipe<br>main 10 | RK<br>R | 1229<br>1146 | 1305 | 36 | SI | Repair cracked section; 1 previous spill here | 12-18-99 | Rocks fell on main in dry stream bed; spill ponded/removed |

35228

EXHIBIT 4B (part 1 of 2)

DEPARTMENT OF ENVIRONMENTAL SERVICES
CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, 3RD FLOOR • HONOLULU, HI 96813
PHONE: (808) 527-5263 • FAX: (808) 527-6214 • Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



KENNETH E. SPRAGUE, P.E., Ph.D.
Director

BARRY FUKUNAGA
Deputy Director

CERTIFIED MAIL

EMC 00-553

JUL 2

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention: Mr. Steve Fuller (WTR-7)

Gentlemen:

SUBJECT: QUARTERLY REPORT FOR THE PERIOD OF April 1, 2000 TO June 30, 2000; Ref: United States of America and State of Hawaii v. City and County of Honolulu; Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Second Quarter of 2000, as required by the Consent Decree, Section IX, Paragraph B.

This report was prepared by the staff of the Department of Environmental Services with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please feel free to contact Ross Tanimoto, Division of Environmental Quality, at (808) 527-6663.

Sincerely,

KENNETH E. SPRAGUE
Director

Attachment

cc: Mr. Marshall Lum, State Department of Health
Mr. Paul Achitoff, Earth Justice
Fukunaga and Associates

35230

EXHIBIT 4B (part 1 of 2)

# APRIL-JUNE 2000 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenanc
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Apr-00 | 1150 / Untreated | 92-7018 Kahea Street | N | N | MH# HN01MA1642 / main 10 | M G GT | 1155 / 1140 | 1360 | 115 | HN | Raise manhole; monitor | -- | Flowed into Makakilo Gulch; M=manhole rung |
| 03-Apr-00 | 50-70 / Secondary | Honouliuli WWTP | N | N | scrubber tower (odor control) | OP | 2125 | 2130 | 5 | HN | Operator to be more careful | -- | Contained in plant; operator overfilled scrubber tower; mostly scrubber chemical, but secondary effluent also discharged to drain which overflowed |
| 03-Apr-00 | 10 / Untreated | 818 Sheridan Street | N | N | cleanout / lateral 4 | G | 2250 / 2238 | 2340 | 50 | SI | Place on 3-month PM | 12-4-98 | Intermittent; spill contained/returned to system |
| 05-Apr-00 | 100 / Untreated | 94-1017 Naili Street | N | N | pipe / lateral 6 | G CD | 1000 | 1100 | 60 | HN | Contractor repaired lateral; City cleared manhole | -- | Contained in trench; grease/debris blocked manhole, causing backup into laterals; spilled when contractor cut into lateral |
| 06-Apr-00 | 15 / Untreated | 94-729 Farrington Highway | Y / 15 / 0 / -- | N | cleanout / lateral 4 | CD | 1635 / 1414 | 1900 | 145 | HN | Monitor | -- | Spilled when cleanout opened; intermittent; State of Hawaii contractor cut/plugged active lateral by mistake--lateral restored |
| 10-Apr-00 | U / Untreated | 98-301 Kaamilo Street | N | N | cleanout / main 8 | G | 735 / 717 | U | U | HN | Place on PM | 3-16-00 | Evidence only |
| 11-Apr-00 | 45 / Untreated | 1354 Makaikoa Street | N | N | MH# SI21AA0262 / main 8 | R PP | 1110 / 1055 | 1115 | 5 | SI | Monitor, adjust frequency | 9-19-98 | PP=paper towel clumps; contained in yard |
| 12-Apr-00 | 20 / Untreated | 3265 Melemele Place | N | N | cleanout / lateral 6 | R | 1315 / 1243 | 1325 | 10 | SI | Place on quarterly PM | 9-7-99 | Contained/dissipated around cleanout |
| 13-Apr-00 | U / Untreated | 450 Lewers Street | N | N | drain (floor) / main 6 | G | 1700 / 1634 | 1720 | 20 | SI | Place on monthly PM | 3-25-99 | Contained in washroom, returned to system |
| 14-Apr-00 | 150 / Untreated | INT Hunakai Street / Waialae Avenue | Y / 150 / 100 / -- | N | MH# SI41AB0035 / main 8 | G RG | 1205 / 1125 | 1255 | 50 | SI | Place on quarterly PM | -- | Absorbed by debris in drain |



EXHIBIT 4B (part 1 of 2)

# APRIL-JUNE 2000 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenanc
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume / Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-Apr-00 | 20<br>Untreated | 94-013 Waipahu Depot Street | N | N | cleanout<br>lateral 6 | G | 1358<br>1330 | 1408 | 10 | HN | Place on monthly PM | 7-20-99 | Intermittent; contained/dissipated on site |
| 16-Apr-00 | 200<br>Untreated | 927 Auloa Road | Y<br>150<br>0<br>Kawainui Marsh | N | MH# KK09XA0600<br>main 10 | G<br>R | 1040<br>1004 | 1100 | 20 | KK | Place on 3-month PM | 3-6-00 | Marsh dry/inaccessible; 50 gal contained/dissipated on site |
| 17-Apr-00 | 15<br>Sludge (digested) | Waimanalo WWTP | N | N | tanker truck | OP | 817 | 820 | 3 | WM | Instruct driver to stay on top of tanker when filling/pay close attention to liquid level | -- | Contained in plant; OP=truck driver overfilled tanker |
| 18-Apr-00 | 40<br>Untreated | 2303 Tantalus Drive | N<br>U<br>0<br>(Kanaha Stream) | N | MH# SI21AM0109<br>main 6 | R | 1550<br>1452 | 1630 | 40 | SI | Place on monthly PM | -- | Traced spill to end Iaukea Street; stream bed dry |
| 19-Apr-00 | U<br>Untreated | 539 Iana Street | N | N | cleanout<br>lateral 4 | PP | 1730<br>1643 | U | U | KK | Monitor | -- | PP=toilet paper |
| 20-Apr-00 | 1<br>centrate | Kailua Regional WWTP | N | N | manhole (EPS) | M | 1030 | 1031 | 1 | KK | Dewatering and pumping old clarifier diversion box will not be done at same time; notified CSM to install new manhole ring/cover & bolt down | -- | Contained in plant; M=dewater foam expelled from open manhole used to pump down final clarifier diversion box |
| 20-Apr-00 | 52<br>Untreated | 2289 Tantalus Drive | N<br>52<br>0<br>Kanaha Stream | N | MH# SI21AM0109<br>main 6 | G<br>R | 1202 | 1315 | 73 | SI | Place on monthly PM | -- | Contained on site |
| 20-Apr-00 | 10<br>Untreated | 2044 9th Avenue | N | N | MH# SI21AX0104<br>main 6 | G | 1935<br>1905 | 1955 | 20 | SI | Place on monthly PM | 1-2-00 | Contained/dissipated in yard |
| 20-Apr-00 | U<br>Untreated | 1740 Fern Street | N | N | cleanout<br>lateral 6 | U | 2045<br>1900 | U | U | SI | Monitor | -- | Evidence only |
| 21-Apr-00 | U<br>Untreated | 94-749 Hakoa Place | N | N | cleanout<br>lateral 6 | G | 308<br>200 | U | U | HN | Place on 6-month PM | 9-22-98 | Evidence only; contained on roadway/returned to system |



EXHIBIT 4B (part 1 of 2)

# APRIL-JUNE 2000 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenanc
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-Apr-00 | 5<br>Untreated | 66-946 Kamakahala Street | N | N | cleanout | U | 920<br>800 | 922 | 2 | PK | Monitor | -- | Spilled when cleanout opened |
| 21-Apr-00 | 3<br>centrate | Kailua Regional WWTP | N | N | manhole (EPS) | OP | 1130 | 1135 | 5 | KK | Dewatering and pumping old clarifier diversion box will not be done at same time; notified CSM to install new manhole ring/cover & bolt down | -- | Contained in plant; OP=dewater foam expelled from open manhole used to pump down final clarifier diversion box |
| 22-Apr-00 | 85,000<br>Sludge heat-treat | Sand Island WWTP | Y -- drainage swale<br>1,500<br>diluted sludge percolated into ground | N | underdrain - wet sludge storage tank #4 | DP | 1420 | 1530 | 70 | SI | Repair pipe; remove sludge fibers from drainage swale | -- | Isolation valve separated from underdrain; most contained in building & parking lot (30,000 gal exited building; 15,000 into sewer); contained in plant |
| 23-Apr-00 | 75-100<br>Secondary | Honouliuli WWTP | N | N | pipe | DP | 1230 | 1240 | 10 | HN | Repair pipe | -- | DP=sun damaged pvc union valve/pipe; estimated BOD/TSS/pH from 4/19/00 secondary effluent analyses |
| 24-Apr-00 | 141<br>Untreated | Kapahu Street | Y<br>20<br>0<br>(Kanaha Stream) | N | MH# SI21AM0042<br>main<br>8 | R | 926<br>833 | 1013 | 47 | SI | Place on 2-month PM | 4-5-00 | New Hawaiian Homes project |
| 27-Apr-00 | U<br>Untreated | 92-520 Akaula Street | N | N | MH# HN01MA0482<br>main<br>8 | R | 2320<br>2229 | U | U | HN | Monitor | 8-22-95 | Evidence only |
| 28-Apr-00 | U<br>Untreated | 918 Sheridan Street | N | N | MH# SI21AJ0220<br>main<br>8 | G | 1925<br>1842 | U | U | SI | Increase PM | 8-9-99 | Evidence only |
| 03-May-00 | U<br>Untreated | 1027 Hala Drive | N | N | pipe (rock wall)<br>8 | U (DP) | 755<br>722 | U | U | SI | TV inspect main/lateral, then determine PM | 4-19-00 | Evidence only; contained/dissipated in parking lot |
| 03-May-00 | 25<br>Untreated | 925 Kokea Street | Y<br>25<br>25<br>-- | N | (private pumper) | U | 1340<br>1328 | 1430 | 50 | SI | Suspect illegal discharge by private pumper - DOH to investigate | -- | Sludge/debris in dry canal--no evidence of spill from manhole/cleanout in area |
| 03-May-00 | 5<br>Secondary | Kailua Regional WWTP | N | N | hose (discharge) | OP | 1730 | 1730 | <1 | KK | Advise supervisors to check hoses before pumping | -- | Failed to secure hose before pumping |



EXHIBIT 4B (part 1 of 2)

# APRIL-JUNE 2000 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenanc
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N Volume Removed Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-May-00 | 1 Untreated | 98-108 Pahemo Place | N | N | cleanout / main 6 | G | 1900 / 1845 | 1910 | 10 | HN | Monitor | 7-2-96 | Contained/percolated in yard |
| 07-May-00 | U Untreated | 2121 Lanihuli Drive | N | N | cleanout / lateral 6 | R | 1238 / 1218 | U | U | SI | Monitor to revise PM | 7-3-98 | Evidence of minute spill contained on site |
| 08-May-00 | 10 Untreated | 140 Alala Road | N | N | reducer / main 6 | R (M) | 1405 / 1355 | 1435 | 30 | KK | Monitor - may be related to system backup from Kailua Regional WWTP | -- | Contained in trench being repaired by contractor; (M)=may be related to system backup from plant |
| 12-May-00 | 15 Untreated | 2511 E Waiomao Road | N | N | cleanout / main 6 | R | 2030 / 2006 | 2031 | 15 sec | SI | Clean / monitor | -- | Spilled when cleanout opened |
| 13-May-00 | U Untreated | 717 Alder Street | N | N | MH# SI21AJ0197 / main 6 | G | 2015 / 1944 | U | U | SI | Place on 3-month PM | 10-27-98 | Evidence only upon arrival, although blocked |
| 17-May-00 | U Untreated | 87-389 Kulaaupuni Street | N | N | cleanout / lateral 4 | RK M | 930 / 735 | U | U | WN | Owner to expose riser (pipe not connected) | 5-11-00 | M=debris; evidence contained/percolated on site |
| 17-May-00 | 50 Secondary | Kailua Regional WWTP | N | N | hose (discharge) | DP | 1230 | 1240 | U | KK | Replace hose; inspect hoses before use | -- | DP=pinhole leak |
| 18-May-00 | 10 Untreated | 3737 Manoa Road | N | N | cleanout / lateral 6 | G R | 1730 / 1652 | 1815 | 45 | SI | Schedule PM for lateral | 12-4-97 | Intermittent spill into heavy vegetation |
| 22-May-00 | U Untreated | 99-557 Kaulainahee Place | N | N | cleanout / lateral 6 | R | 1830 / 1832 | U | U | HN | Monitor | -- | Evidence only-percolated on site |
| 23-May-00 | 50 Untreated | 2873 Von Hamm Place | N | N | cleanout / main 6 | R | 1645 / 1549 | 1735 | 50 | SI | Place on 3-month PM | 3-31-99 | Contained/percolated on hillside |

35234

EXHIBIT 4B (part 1 of 2)

# APRIL-JUNE 2000 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenanc
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N Volume Removed Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-May-00 | U / Untreated | 2055 Wilhelmina Rise | N | N | cleanout / lateral 6 | R | 1915 / 1853 | U | U | SI | Place on 6-month PM | 8-31-99 | Evidence only-percolated on site |
| 23-May-00 | U / Untreated | 1619 Ohu Street | N | N | cleanout / lateral 6 | G | 2000 / 1920 | U | U | SI | Place on 6-month PM | 5-8-98 | Evidence only-contained on sidewalk |
| 24-May-00 | U / Untreated | 4228 Salt Lake Boulevard | N | N | MH# SI07AA2000 / main 8 | G | 900 / 730 | U | U | SI | Place on annual PM | 10-11-99 | Evidence only |
| 24-May-00 | 2 / Prim/Sec sludge | Kailua Regional WWTP | N | N | valve (back pressure - Daft #2) | FE | 1330 | 1335 | 5 | KK | Repair recirculation pump | -- | Contained in plant |
| 26-May-00 | U / Untreated | 2643 Terrace Drive | N | N | cleanout / lateral 6 | R PP | 845 / 800 | U | U | SI | Electric eel / monitor | -- | PP=hand towels; evidence only-contained on site |
| 28-May-00 | U / Untreated | 1685 Hoola Street | N | N | MH# HN25XA4281 / main 8 | (G) | 1215 / 1214 | U | U | HN | Monitor | 10-22-94 | Evidence only |
| 30-May-00 | 5 / Untreated | 1854 9th Avenue | N | N | cleanout / lateral 4 | U | 905 / 844 | 905 | 0 | SI | Monitor | -- | Spilled when cleanout opened |
| 30-May-00 | 1000 / Untreated | 92-885 Makakilo Drive (behind Fire Station) | N | N | pipe / main 12 | DP | 1450 | 1900 | 250 | HN | Contractor put accordian sleeve over damaged pipe to repair | -- | Split noticed as contractor worked nearby (had not excavated at site yet); flowed/absorbed into trench & down gully (inaccessible by public) |
| 01-Jun-00 | 0.25 / Untreated | 1922 Uluwehi Place | N | N | cleanout / 6 | PP | 1135 / 1045 | 1145 | 10 | SI | Monitor/clean | 12-19-96 | PP=clumps of paper |
| 01-Jun-00 | 2 / Untreated | 778 Ahuwale Street | N | N | pipe / 6 | DP | 1345 / 1314 | U | U | SI | Dye test lateral--positive; TV inspect | -- | |



EXHIBIT 4B (part 1 of 2)

# APRIL–JUNE 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenanc
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N Volume Removed Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-Jun-00 | 45 Untreated | 1302 Young Street | N | N | cleanout / lateral 6 | G mud/ dirt | 745 / 713 | 945 | 120 | SI | Monitor; contractor repaired lateral | -- | Contained/dissipated on sidewalk/curb |
| 02-Jun-00 | 200 Untreated | 1747 Halekoa Drive | N | N | MH# SI21AA0318 / main 8 | R | 845 / 800 | 906 | 21 | SI | Place on 6-month PM | 11-20-98 | Heavy roots; contained on hillside (easement) |
| 03-Jun-00 | 100 Untreated | INT Bertram Street / Saint Louis Drive | N | N | MH# AZ0516 / main 6 | U | 830 / 800 | 845 | 15 | SI | Monitor & check last trouble call | 4-30-99 | Dissipated along roadside |
| 13-Jun-00 | 150 Untreated | 1638 Mikahala Way | N | N | MH# SI21 AO0522 / main 8 | G R | 1220 / 1130 | 1235 | 15 | SI | Check/adjust frequency; Planning designing rehab of line | 2-29-00 | Contained on hillside |
| 15-Jun-00 | 200 Untreated | 3940 A Sierra Drive | N | N | MH# SI21 AO0514 / main 8 | G R | 1410 / 1410 | 1440 | 30 | SI | Check/adjust frequency; Planning designing rehab of line | 8-26-99 | Manhole shallow w/ 90-deg bend; contained in yard; 8" feeds 6" |
| 18-Jun-00 | 1 Untreated | 1924 B King Street (North) | N | N | cleanout / lateral 6 | (DP) | 1720 / 1616 | 1725 | 5 | SI | Follow with electric eel; monitor | -- | DP=sag |
| 19-Jun-00 | 45 Untreated | 2306 Pacific Heights Road | N | N | MH# SI21 AK0105 / main 8 | R | 806 / 726 | 821 | 15 | SI | Check work order frequency/adjust | 5-21-99 | Contained on site |
| 19-Jun-00 | 7 Untreated | 4909 Maunalani Circle | N | N | cleanout / lateral 6 | R | 1047 / 1026 | 1117 | 30 | SI | Request TV manhole/lateral for root intrusion; monitor | -- | Contained in grass--rear of property; released from MH# SI21AO0727 |
| 19-Jun-00 | 2 Untreated | 805 Kokea Street | N | N | cleanout / lateral 6 | G | 1216 / 1154 | U | U | SI | Monitor PM on mains | 10-10-96 | Evidence only contained on site |
| 21-Jun-00 | U Untreated | 1470 Kapiolani Boulevard | N | N | cleanout / lateral 6 | G | 1735 / 1719 | 1800 | 25 | SI | Monitor | 11-4-95 | Contained around cleanout; on arrival, plumber was working on line |



EXHIBIT 4B (part 1 of 2)

# APRIL-JUNE 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
ARI=odor ctrl chem solution
C=contained
[C]=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
[D]=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
[H]=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenanc
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-Jun-00 | 1<br>Untreated | Sand Island WWTP | N | N | pipe (primary sludge return) | DP | 1640 | 1641 | 1 | SI | Patch leak; submit work order to replace corroded piping | | DP=corroded |
| 25-Jun-00 | U<br>Untreated | 2127 C Kealoha Place | N | N | MH# HS04 FE1001<br>main 8 | G M | 1010<br>945 | U | U | SI | Place on 6-month PM | 3-9-00 | M=plastic straps |
| 26-Jun-00 | U<br>Untreated | 1763 Hanahanai Place | N | N | toilet<br>8 | R | 1840<br>1805 | U | U | SI | Place on 3-month PM | 12-24-98 | Evidence only around toilet--no evidence at manhole |
| 26-Jun-00 | U<br>Untreated | 3323 Kahawalu Drive | N | N | cleanout<br>lateral 4 | R | 1705<br>1624 | U | U | SI | Increase PM on lateral until repairs can be done | 11-10-99 | Evidence only contained in yard |
| 27-Jun-00 | 3<br>centrate | Kailua Regional WWTP | N | N | manhole (EPS) | OP | 630 | 635 | 5 | KK | Instruct operator to cut down polymer; clean area; install new manhole ring & cover by end July | -- | Too much polymer fed into sludge--foam spilled |



EXHIBIT 4B (part 1 of 2)