DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, 3RD FLOOR • HONOLULU, HAWAII 96813
PHONE: (808) 527-6663 • FAX: (808) 527-6875 • Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor

KENNETH E. SPRAGUE, P.E., Ph.D.
Director

BARRY FUKUNAGA
Deputy Director

**CERTIFIED MAIL**



OCT 2 0 2000

EMC 00-805

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention:   Mr. Steve Fuller (WTR-7)

Gentlemen:

Subject:   QUARTERLY REPORT FOR THE PERIOD OF July 1, 2000 TO September 30, 2000;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Third Quarter of 2000, as required by the Consent Decree, Section IX, Paragraph B.

This report was prepared by the staff of the Department of Environmental Services with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please feel free to contact Ross Tanimoto, Division of Environmental Quality, at (808) 527-6663.

Sincerely,

KENNETH E. SPRAGUE
Director

Attachment

cc:   Mr Marshall Lum, State Department of Health
      Mr. Paul Achitoff, Earth Justice

35239

EXHIBIT 4B (part 2 of 2)

# JULY - SEPTEMBER 2000 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend (abbreviations):**

( )=possibly; AR=aqdor dif chem solution; C=solids; (C)=chlorinated; CD=construction damage; CN=new construction; CR=contaminated rainwater; (D)=digested; DP=damaged pipe; DSF=disinfection; EFF=effluent; FE=faulty equipment; FM=force main; G=grease; GT=grit; GW=ground water; (H)=heat-treated; INT=intersection; M=miscellaneous (see Remarks); NC=noncompliant; NC-X=unable to sample (insufficient volume); NR=not required; OP=operator error; P=primary-treated; PM=preventive maintenance; PP=paper products; Prel=preliminary-treated; PT=partially-treated; PVT=private; PWR=power; R=roots; RG=rags; RK=rocks; RP/MT=repair &/or maintenance; S=secondary-treated; Sc=screened; SL=sludge; SUBD=new subdivision; Sup=supernatant; SUR=surcharge; SW=storm water; TRIB=tributary; U=unknown; UT=untreated

**TREATMENT PLANT ABBREVIATIONS:** HN=Honouliuli WWTP; KH=Kahuku WWTP; KK=Kailua WWTP; PK=Paalaa Kai WWTP; SI=Sand Island WWTP; WM=Waimanalo WWTP; WN=Waianae WWTP; WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER Y/N - Storm Drain - Volume Removed - Ocean/Stream | DISCHARGE POINT / PROBLEM LINE | CAUSE | ESTIMATED DURATION - Time Start/Stop - Actual Call/Rcvd | Total (min) | TR/TB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-Jul-00 | 5 | Untreated | 3045 Woolsey Place (across) | N | pipe | DP | 1234 / 1252 / 1128 | 18 | SI | Slide area; monitor | -- | DP=open joint, contained/dissipated on site |
| 03-Jul-00 | U | Untreated | 92-765 Paakai Street | N | main 8 / cleanout / lateral 4 | M | 1715 / U / 1438 | U | HN | Monitor | -- | Evidence only contained in yard; M=sticks/toys |
| 03-Jul-00 | 105 | Untreated | 2915 Laucha Place | N | MH# SI21AK0140 / main 6 | R | 2045 / 2120 / 1952 | 35 | SI | Monitor for runaway roots | 6-29-00 | Flowed down hillside/percolated into ground |
| 04-Jul-00 | 50 | Untreated | 3320 Kaohinani Drive | N / 40 / Niuanu Stream | MH# SI21AW0358 / main 6 | G R | 1054 / 1104 / 1037 | 10 | SI | Revise PM frequency to 6 months | 11-30-98 | 10 gallons contained on site |
| 07-Jul-00 | <100 | Sludge (digested) | Paalaa Kai WWTP | N / Aiea Stream | tanker valve | OP | 820 / 825 | 5 | PK | Secure valve | -- | Discharge valve partially open while filling |
| 07-Jul-00 | 300 | Untreated | 99-067 Iele Place (possibly private line) | Y / 300 / 0 | pipe | G | 1700 / 1715 / 1656 | 15 | HN | Investigating storm drain; monitor; cleared City's main of grease; patched hole in private line | 5-5-98 | Sewer line (possibly private) passes through storm drain -- no evidence of upstream spill |
| 08-Jul-00 | 25 | Untreated | 3899 Nikolo Street | N | MH# SI40PA0671 / main 6 | R | 1234 / 1340 / 1147 | 66 | SI | TV inspect, follow up PM | 11-30-99 | Intermittent, contained/dissipated on site |
| 08-Jul-00 | U | Untreated | 1692 Pupwaena Drive | N | cleanout / main 6 | U | 1845 / 1930 / 1815 | 45 | SI | Monitor | -- | Moisture around/inside basement |
| 10-Jul-00 | 100 | Untreated | 4200 Salt Lake Boulevard | Y / 75 | MH# SI05AA2003 / main 10 | G | 2150 / 2200 / 2125 | 10 | SI | Monitor | 6-6-94 | Contained/dissipated in drain -- no evidence at downstream manhole |
| 11-Jul-00 | U | Untreated | 1037 Kualono Street | N | cleanout / lateral 4 | R | 0051 / U / 1051 | U | SI | Electric eel; monitor | -- | Evidence only percolated into ground |

35240

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER / STORM DRAIN Y/N | Volume Removed | Ocean/Stream | DISCHARGE POINT | PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Arrival Call Recd | Stop | Total (min) | T/R/B | TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Jul-00 | 100 | Untreated | 2490 Pacific Heights Road | N | | | MH# SI21AK0242 | main 6 | RG PP | 840 830 | 900 | 20 | SI | | Monitor | | RG=service station rags (non-biodegradable) |
| 11-Jul-00 | U | Untreated | 1216 Kaliana Street | N | | | pipe lateral 4 | | DP | 1635 1556 | U | U | SI | | Monitor | | Evidence only contained in yard; hole at top of private pipe |
| 11-Jul-00 | 450 | Untreated | 149 Kaulana Way | Y | 200 | | MH# SI41CP0061 | main 8 | R G | 1800 1711 | 1845 | 45 | SI | | Clean main | | Flowed down hillside, some into private drain (direction unknown) leading to Kaulana Place; roots blocked manhole outlet |
| 13-Jul-00 | 20 | Primary | Honouliuli WWTP | N | | | pipe (from unused pump) | | DP | 1330 | 1332 | 2 | HN | | Disinfect with bleach | | Mechanics unaware pipe full - thought line dead when opened blind flange |
| 13-Jul-00 | 450 | Untreated | 2252 Halekoa Drive | N | | | MH# SI21AA0445 | main 8 | R | 2215 2135 | 2257 | 42 | SI | | Follow up PM | 7-22-99 | Contained/percolated in yard |
| 15-Jul-00 | U | Untreated | 1813 Palipaa Place | N | | | cleanout | main 8 | R (DP) | 845 734 | U | U | SI | | TV lateral/main; adjust PM | 5-31-00 | Evidence only percolated into ground |
| 16-Jul-00 | U | Untreated | 1731 Halekoa Drive | N | | | MH# SI21AA0314 | main 8 | R | 2250 2240 | 330 | 270 | SI | | Place on 2-month PM | 5-31-99 | Percolated into ground |
| 18-Jul-00 | 215 | Untreated | Honolulu Harbor Pier | Y | 200 | Honolulu Harbor | MH# SI21AQ0563 - SI21AQ0556 | main 10 | G (DP) | 1910 1854 | 2245 | 215 | SI | | Emergency project to replace line - monitor & flush until repairs are made | 6-17-99 | |
| 19-Jul-00 | U | Untreated | 2249 Kawiliasau Street | N | | | cleanout lateral 4 | | DP RG PP | 1710 1650 | U | U | SI | | Place on 4-month PM; follow up PM for lateral/main | 7-22-98 | DP=bad joint; PP=toilet paper |
| 20-Jul-00 | U | Untreated | 2238 Kaluaopalena Street | N | | | cleanout | 4 | U | 1630 1450 | U | U | SI | | Place on 6-month PM | 4-18-00 | Evidence only around cleanout |
| 20-Jul-00 | 35 | Untreated | 2266 Kaluaopalena Street | Y | 10 20 | | cleanout lateral 4 | | G PP | 2203 2141 | 2210 | 7 | SI | | Place on 6-month PM | 4-18-00 | PP=paper napkins; resident opened cleanout |
| 22-Jul-00 | 20 | Untreated | 1585 Laumaile Street | N | | | cleanout | main 8 | G R | 1113 1045 | 1128 | 15 | SI | | Place on 4-month PM | 11-8-98 | Contained/dissipated in yard |
| 25-Jul-00 | 420 | Untreated | 2670 Pacific Heights Road | N | 420 0 | Nuuanu Stream | MH# SI21AK0122 | main 8 | R GT | 745 745 | 930 | 105 | SI | | Place on 3-month PM | 1-1-99 | Manhole in easement |

35241

EXHIBIT 4B (part 2 of 2)

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER / STORM DRAIN Y/N Volume Removed Ocean/Stream | ENTERED SEWER Y/N | DISCHARGE POINT PROBLEM LINE | CAUSE | Time Start/Arrival/Call/Road | Time Stop | Dur. (min) | TR | TB | TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27-Jul-00 | 40 | Untreated | 2946B Haili Road | Y 40 0 Nuuanu Stream | Y | MH# SI21AX0117 main 8 | R | 805 805 | 815 | 10 | SI | | | Revise PM frequency to 6 months | 1-1-99 | R=runaway roots |
| 27-Jul-00 | 450 | Untreated | 2122 King Street (North) | N 450 0 Kalihi Stream | Y | MH# 3182DR1500 main 8 | R PP | 645 1315 1130 | 1400 | 45 | SI | | | Monitor | 4-8-00 | PP=paper towels |
| 28-Jul-00 | 50 | Secondary chlorinated | Honouliuli WWTP | N | N | blend tank | DP | 815 | 817 | 2 | HN | | | Replace hose | -- | Fire hose ruptured (possibly from old age) as operator filled tank with reuse water |
| 28-Jul-00 | <100 | Untreated | Waianae WWTP | N | N | sand drying bed #1 | OP | 1300 | 1305 | 5 | WN | | | Material removed by vactor truck; clean/ disinfect area | -- | Discharge from vactor truck overflowed sandbed onto driveway & adjacent gravel area |
| 31-Jul-00 | U | Untreated | 47-490 Poohaili Place | N | N | cleanout 6 | U | 1130 1030 | 1245 | 75 | KK | | | TV inspect, monitor, electric eel line | -- | |
| 01-Aug-00 | 50 | Untreated | 891 River Street | Y 50 0 Honolulu Harbor | N | cleanout / floor drains lateral 5 | G | 1825 1737 | 1834 | 9 | SI | | | Monitor; EQ/RC notified to inspect entire building | 5-12-00 | |
| 02-Aug-00 | U | Untreated | 1239 Ala Aloalo Street | N | N | cleanout lateral 4 | U | 930 902 | 1030 | 60 | SI | | | Monitor | -- | Evidence only around cleanout |
| 02-Aug-00 | 100 | Untreated | 891 River Street | Y 50 0 Honolulu Harbor | N | cleanout lateral 6 | G | 2005 1945 | 2045 | 40 | SI | | | Flush main/lateral; EQ/RC on notice to inspect building | 8-2-00 | |
| 03-Aug-00 | U | Secondary (partial) | Honouliuli WWTP | N | N | Bypassed weirs (v-notched) in secondary clarifier | FE | 1030 | 1200 | 90 | HN | | | Remove secondary clarifier tank from service to lower water level to stop bypass; repair crack | -- | Crack in secondary clarifier launder caused fraction of wastewater to bypass weirs; wastewater clean/ consistent as normal sec effluent; sec effluent of 8/2/00 indicated 12 mg/l BOD |
| 09-Aug-00 | 5 | Untreated | 47-492 Hui lo Street | N | N | cleanout lateral 4 | R | 1947 1845 | 2005 | 18 | KK | | | Electric eel lateral, poison roots, monitor | -- | Spilled when cleanout cover removed, percolated into ground |
| 11-Aug-00 | 5 | Untreated | 1739 Liliha Street | N | N | cleanout lateral 4 | (DP) | 1915 1851 | 1916 | 1 | SI | | | TV lateral, monitor if required | -- | Spilled when cleanout opened to release backup |
| 13-Aug-00 | 30 | Untreated | 1622 10th Avenue | N | N | MH# SI21AX0125 main 6 | U | 1545 1525 | 1615 | 30 | SI | | | Follow up PM; monitor | 11-9-00 | |
| 14-Aug-00 | 4 | Untreated | 3686-B Lilinoe Place | N | N | cleanout lateral 4 | R | 845 829 | 855 | 10 | SI | | | Monitor | -- | Contained in yard |

35242

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV G WATER/STORM DRAIN Y/N | Volume Removed | Ocean/Stream | DISCHARGE POINT | PROBLEM LINE | CAUSE S G N S | ESTIMATED DURATION Arrival/Call | Start Time | Stop Time | Total (min) | T R I B | TYP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-Aug-00 | U | Untreated | 5072 Maunalani Circle | N | | | cleanout | lateral 4 | R | | 1550 | 853 | U | | U | SI | Monitor | | Evidence only contained/dissipated in yard; no cleanout cover |
| 19-Aug-00 | 5 | Untreated | 5266 Kalanianaole Highway | Y | 5 | 0 | | main 6 | G M | 1605 | 1425 | 1630 | 25 | | SI | Place on 6-month PM | 4-16-95 | M=debris; flow restricted when entering 36" trunk line |
| 21-Aug-00 | 10 | Untreated | 2258 Tantalus Drive | N | | | MH# AM0108 | main 8 | R | 1530 | 1454 | 1615 | 45 | | SI | Rod main, increase frequency to 3 months | 3-20-00 | Percolated into ground |
| 25-Aug-00 | 30 | Untreated | 1667 Nalo Street | N | | | pipe | main 8 | U | 1900 | 1831 | 1910 | 10 | | SI | Monitor; adjust PM frequency | 3-5-97 | Seeped from ground, contained in yard |
| 28-Aug-00 | U | Untreated | 98-103 Kamuku Street | N | | | cleanout | lateral 6 | G | 1905 | 1835 | | U | L HN | Monitor | 8-14-00 | Evidence only contained on site/returned to system |
| 29-Aug-00 | U | Untreated | 3460 Alani Drive | N | | | cleanout | lateral 6 | R | 1110 | 1050 | | U | | SI | Clean; monitor | | Evidence only contained/dissipated on site |
| 30-Aug-00 | U | Untreated | 5340 Kahalakua Street | N | | | MH# SI41CD0128 | main 6 | R | 1100 | 1035 | 1250 | 110 | | SI | Follow up and adjust PM | 4-8-00 | |
| 01-Sep-00 | 5 | Untreated | 2171 Atherton Road | N | | | cleanout | main 6 | M RG | 830 | 807 | 850 | 20 | | SI | Monitor PM | | M=debris |
| 02-Sep-00 | 100 | Untreated | 411 King Street (North) | Y 100 | | Honolulu Harbor | cleanout | lateral 6 | G | 821 | 754 | 915 | 54 | | SI | TV inspect, electric eel; adjust PM | 7-8-98 | Some contained in gutter |
| 04-Sep-00 | 50 | Untreated | 1562 Royal Palm Drive | N | | | cleanout | main 6 | G R | 1129 | 1035 | 1148 | 25 | | WH | Monitor | | Contained/dissipated on site |
| 05-Sep-00 | 20 | Untreated | 399 King Street (North) | N | | | cleanout | main 6 | G M | 815 | 759 | 835 | 20 | | SI | Schedule repair | 9-2-00 | M=debris; cleanout risers 6" |
| 09-Sep-00 | U | Untreated | 1320 Aloha Oe Drive | N | | | wash basin (home owner) | | U | 1915 | 1823 | 1945 | 30 | | KK | Electric Eel | | |
| 10-Sep-00 | 20 | Untreated | 84-985 Farrington Highway | N | | | cleanout | lateral 6 | U | 1321 | 1214 | 1336 | 15 | | WN | Monitor | | Spilled when cleanout opened |

35243

EXHIBIT 4B (part 2 of 2)

| Date | DISCHARGE Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECV'G WATER STORM DRAIN Y/N Volume Removed Ocean/Stream | B G N S | DISCHARGE POINT / PROBLEM LINE | C A U S E S | ESTIMATED DURATION Time Start/Arrival/Rcvd | Time Stop | Total (min) | T R I B | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Sep-00 | U / Untreated | 84-737 Lahaina Street | N | N | cleanout / lateral 6 | U | 1920 / 1837 | U | U | U / WN | Monitor | | Evidence only contained in yard; owner removed cleanout cover |
| 13-Sep-00 | 65 / Untreated | 1121 Beretania Street (South) | Y / 10 / 0 | N | cleanout / lateral 6 | G | 830 / 815 | 845 | 15 | SI | Place on 5-month PM | 7-30-00 | Spilled when cleanout opened |
| 13-Sep-00 | 10 / Untreated | 3048 Maigret Street | N | N | cleanout / lateral 6 | R | 830 / 818 | 848 | 18 | SI | Check PM, change or monitor to 8-month schedule | 3-31-99 | |
| 13-Sep-00 | 10 / Untreated | 1612 Alencastre Street | N | N | cleanout / main 6 | R | 805 / 848 | 1100 | 115 | SI | Check PM, change or monitor to 8-month schedule | 7-19-94 | |
| 14-Sep-00 | 50 / Untreated | 1673 B Lima Street | N | N | cleanout / main 6 | DP G | 2050 / 2024 | 120 | 270 | SI | Monitor / adjust PM | 2-19-98 | DP=sag in line; spill contained/dissipated in yard |
| 14-Sep-00 | 90 / Untreated | 1447 Alencastre Street | Y / 90 / 0 Palolo Stream | N | MH# S121A20314 / main 6 | R | 924 / 848 | 950 | 26 | SI | Place on 4-month PM | 5-31-00 | Entered 1411 Alencastre St drain - clean |
| 15-Sep-00 | U / Untreated | 46-466 Makena Street | N | N | cleanout / lateral 6 | R | 205 / 2416 | U | U | KK | Monitor | | Evidence only |
| 16-Sep-00 | 10 / Untreated | 151 Maono Place | N | N | cleanout / lateral 6 | R | 942 / 914 | 958 | 16 | SI | Place on PM / Monitor | | Contained/dissipated on site |
| 16-Sep-00 | U / Untreated | 29 Kawananakoa Street | N | N | pipe 4" / main 6 | G R | 1045 / 1024 | 1139 | 83 | SI | Follow up / Monitor | | Spilled under house when main backed up; cracked 4" lateral |
| 18-Sep-00 | 500 / R1 | Honouliuli WWTP | N | N | pipe (special) / 10 | DP | 1050 / 1024 | 1120 | 30 | HN | Repair line | | Spool after US Filter line separated - R-1 water spilled/percolated into ground; lab data per US Filter; R-1 water UV disinfected |
| 22-Sep-00 | U / Untreated | 392 King Street (North) | N | N | cleanout / lateral 6 | G M | 815 / 800 | U | U | SI | Lateral repair being scheduled | 9-5-00 | M=plastic, rags, debris; 4th incident this month |
| 22-Sep-00 | 600 / R1 | Honouliuli WWTP | N | N | hose (R-1 water) | M | 1445 / 1450 | 1450 | 5 | HN | Secure hose; remind operator to be more careful securing hose | | Hose separated from center well of decant tank; R-1 water spilled/percolated into ground; R-1 water UV disinfected |
| 22-Sep-00 | 5 / Untreated | 87-104 Kulaia Place | N | N | cleanout / lateral 6 | U | 1635 / 1525 | 1635 | 0 | WN | Monitor / revise PM | 8-11-00 | Spilled when cleanout opened |

35244

| DISCHARGE Date | Estimated Volume (gal) Treatment Level | LOCATION FACILITY or SEWERLINE | ENTERED RECEIV'G WATER / STORM DRAIN Y/N Volume Removed Ocean/Stream | S G N S | DISCHARGE POINT PROBLEM LINE | C A U S E S | ESTIMATED DURATION Time Start/ Stop (min) Arrival Call Recv | Total (min) | T R I B T P | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-Sep-00 | U / Untreated | 1825 A 9th Avenue | N | N | MH# SI21AX0126 main 8 | DP | 1820 1751 | U | U SI | Check PM / Revise if needed | 11-8-99 | DP=sag in line; evidence only |
| 22-Sep-00 | U / Untreated | 5944 Kalanianaole Highway | N | N | MH# SI42BX0018 main 10 | DP | 2105 1941 | U | U SI | Flush main, check PM | 2-1-00 | DP=sag in line; evidence only |
| 23-Sep-00 | U / Untreated | 286 Auwaiolimu Street | N | N | cleanout main 6 | G | 905 847 | 58 | G SI | Follow up trouble call; place on annual PM | 2-9-99 | MH buried; release caused blockage downstream (see 286 Auwaiolimu St) |
| 23-Sep-00 | U / Untreated | 286 Auwaiolimu Street | N | N | cleanout / toilet main 6 | G RG R PP | 1038 1030 1107 | 31 | G SI | Follow up trouble call; place on annual PM | 2-9-99 | PP=paper towels; caused by release at 286 Auwaiolimu St (upstream) |
| 23-Sep-00 | 200 / Untreated | 2043 Bereania Street (South) | Y 10 0 | N | MH# SI21AD0138 main 6 | G RK GT | 1247 1222 1310 | 28 | G SI | Follow up trouble call, monitor | 5-1-00 | Most contained in parking lot, returned to system, about 30 gal behind apts dissipated |
| 23-Sep-00 | U / Untreated | 92-1085 Makakilo Drive | N | N | cleanout lateral 6 | R G | 1645 1226 | U | U HN | Monitor | | Evidence only |
| 24-Sep-00 | 10 / Untreated | 1907 Halekoa Drive | N | N | cleanout lateral 6 | U | 1700 1629 | 2130 270 | U SI | Locate/clean manhole, monitor | 4-11-00 | Cleanout (under house) full, overflowed when fixtures used |
| 26-Sep-00 | 100 / SL (waste activated) | Honouliuli WWTP | N | N | manhole (septage receiving station) | DP | 1335 | 1338 3 | 3 HN | Remind truck driver to remain at site while discharging load | | Tanker from Wahiawa WWTP overfilled septage receiving station manhole; percent solids data from daily test |
| 29-Sep-00 | 2 / Untreated | 399 King Street (North) | N | N | cleanout lateral 8 | DP | 1700 | 1730 30 | 30 SI | Repaired line 9/29/00 | 9-22-00 | Spilled when downstream line cleared; contained on site |
| 28-Sep-00 | U / Untreated | 1357 Laukahi Street | N | N | cleanout lateral 6 | U (M) | 1935 1925 | U | U SI | CCTV; monitor | | Evidence only contained in yard; M=bottle in lateral |
| 30-Sep-00 | U / Untreated | 2641 Kuahine Drive | N | N | cleanout lateral 6 | R | 2315 2245 | 2318 3 | 3 SI | Clean / monitor | | Moisture around cleanout |

35245

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, 3RD FLOOR, HONOLULU, HI 96813
PHONE: (808) 527-6863 / FAX: (808) 527-6675 / Website: www.co.honolulu.hi.us/envl

JEREMY HARRIS
Mayor



KENNETH E. SPRAGUE, P.E., Ph.D.
Acting Director

TIMOTHY E. STEINBERGER, P.E.
Deputy Director

<u>CERTIFIED MAIL</u>

JAN 2 2 2001

EMC 01-24

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention: Mr. Steve Fuller (WTR-7)

Gentlemen:

SUBJECT: QUARTERLY REPORT FOR THE PERIOD OF October 1, 2000 TO December 31, 2000;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Fourth Quarter of 2000, as required by the Consent Decree, Section IX, Paragraph B.

This report was prepared by the staff of the Department of Environmental Services with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please feel free to contact Ross Tanimoto, Division of Environmental Quality, at (808) 527-6663.

Sincerely,

for KENNETH E. SPRAGUE
Acting Director

Attachment

cc: Mr Marshall Lum, State Department of Health
    Mr. Paul Achitoff, Earth Justice

35247

EXHIBIT 4B (part 2 of 2)


Case 1:04-cv-00463-DAE-BMK   Document 178-10   Filed 05/20/2008   Page 9 of 16

# WASTESTREAM DIVERSIONS – OCTOBER-DECEMBER 2000
# CITY & COUNTY OF HONOLULU

**Legend (abbreviations):**
( )=possibly; AR=reactor ctrl chem solution; C=contained; (C)=chlorinated; CD=construction damage; CN=new construction; CR=contaminated rainwater; (D)=digested; DP=damaged pipe; DSF=disinfection; EFF=effluent; FE=faulty equipment; FM=force main; G=grease; GT=grit; GW=ground water; (H)=heat-treated; INT=intersection; M=miscellaneous (see Remarks); NC=noncompliant; NC-X=unable to sample (insufficient volume); NR=not required; OP=operator error; P=primary-treated; PM=preventive maintenance; PP=paper products; Pre=preliminary-treated; PT=partially-treated; PVT=private; PWR=power; R=roots; RG=rags; RK=rocks; RP/MT=repair &/or maintenance; S=secondary-treated; Scr=screened; SL=sludge; SUBD=new subdivision; Sup=supernatant; SUR=surcharge; SW=storm water; TRIB=tributary; U=unknown; UT=untreated

**TREATMENT PLANT ABBREVIATIONS:** HN=Honouliuli WWTP; KH=Kahuku WWTP; KK=Kailua WWTP; PK=Paalaa Kai WWTP; SI=Sand Island WWTP; WM=Waimanalo WWTP; WN=Waianae WWTP; WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION / FACILITY or SEWER LINE | ENTERED RECEIVG WATER/ STORM DRAIN Y/N / Volume Removed / Ocean-Stream | S·I·G·N·S | DISCHARGE POINT / PROBLEM LINE | C·A·U·S·E | ESTIMATED DURATION Start/Stop Time / Arrival / Call Rcvd / Total (min) | T·R·1·B·TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-Dec-00 | 12,800 | Untreated | Waikapoki WWPS Force Main | Y / <1,000 / 0 / Kaaahala Stream | | pipe / force main | DP R | 2000 / 0200 / 127/00 / 360 | KK | City/private contractor repaired main; Waikapoki force main replacement project 90% complete; City reviewing spill response procedures | -- | DP=stress and/or root intrusion of main; most of spill percolated into ground; tankers removed wastewater while pump station down |
| 03-Oct-00 | U | Untreated | 94-233 Paiwa Street | N | N | cleanout / main @ | G | 0115 / U / 2142 / U | HN | Monitor / revise PM | 9-23-99 | Evidence only contained/dissipated in yard |
| 03-Oct-00 | 4300 | Secondary (chlorinated) | Kahuku WWTP | N | N | pipe (effluent) / force main @ | DP | 800 / 820 / U / 80 | KH | Repair main 10/3/00; store effluent in equalization basin during repairs; main replacement project requested after similar break in 1995 | -- | DP=external corrosion; spill just outside southeast perimeter fence (Campbell Estate) returned to plant grounds/percolated into ground; reported by US Fish & Wildlife personnel |
| 03-Oct-00 | 20 | Untreated | 94-233 Paiwa Street | N | N | cleanout / main @ | DP G | 1845 / 2000 / U / 75 | HN | Monitor / revise PM | 9-23-99 | DP=sag in line; contained/dissipated in yard |
| 04-Oct-00 | U | Untreated | 855 Kainoa Place | N | N | cleanout / lateral @ | U | 1034 / U / 0835 / U | SI | CCTV lateral | -- | Evidence only contained/dissipated on site, either 4" ci or 6" vc lateral |
| 07-Oct-00 | 20 | Untreated | 94-233 Paiwa Street | N | N | cleanout / lateral @ | G R | 0857 / U / 0826 / U | HN | Clean lateral/main; monitor | 10-3-00 | Evidence only contained/mostly dissipated on site |
| 10-Oct-00 | U | Untreated | 603 Hao Street | N | N | cleanout / lateral @ | R | 1234 / 1305 / 1125 / 31 | SI | Electric eel; monitor | 11-23-99 | Contained on site |
| 13-Oct-00 | U | Untreated | 84-814 Lahaina Street | N | N | cleanout / lateral @ | U | 1850 / U / 1420 / U | WN | Monitor | -- | Evidence only contained/mostly dissipated on site |
| 14-Oct-00 | 4400 | Secondary (chlorinated) | Kahuku WWTP | N | N | pipe (effluent) / force main @ | DP | 709 / 744 / U / 35 | KH | Repair main 10/15/00; store effluent in equalization basin during repairs; main replacement project requested after similar break in 1995 | -- | DP=external corrosion; spill just outside southeast perimeter fence (Campbell Estate) returned to plant grounds/percolated into ground |
| 15-Oct-00 | 5 | Untreated | 95-113 Lipoa Place | N | N | MH# HN25XC0310 / main @ | G | 1600 / 1700 / 1526 / 60 | HN | Monitor | -- | Contained on roadside |

35248

EXHIBIT 4B (part 2 of 2)

# WASTESTREAM DIVERSIONS -- OCTOBER-DECEMBER 2000
## CITY & COUNTY OF HONOLULU

**Legend:**
( )=possibly; AR=a/c or chem solution; C=contained; (C)=chlorinated; CD=construction damage; CN=new construction; CR=contaminated rainwater; (D)=digested; DP=damaged pipe; DSF=disinfection; EFF=effluent; FE=faulty equipment; FM=force main; G=grease; GT=grit; GW=ground water; (H)=heat-treated; INT=intersection; M=miscellaneous (see Remarks); NC=noncompliant; NC-X=unable to sample (insufficient volume); NR=not required; OE=operator error; OP=operator; P=primary-treated; PM=preventive maintenance; PP=paper products; PT=partially-treated; PVT=private; PWR=power; R=roots; RG=rags; RK=rocks; RPMT=repair &/or maintenance; S=secondary-treated; Sc=screened; SL=sludge; SUBD=new subdivision; Sup=supernatant; SUR=surcharge; SW=storm water; TRIB=tributary; U=unknown; UT=untreated

**Treatment plant abbreviations:** HN=Honouliuli WWTP; KH=Kahuku WWTP; KK=Kailua WWTP; PK=Paalaa Kai WWTP; SI=Sand Island WWTP; WM=Waimanalo WWTP; WN=Waianae WWTP; WW=Wahiawa WWTP

| Date | DISCHARGE Est. Vol. (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Y/N / Volume / Removed / Ocean-Stream | G/N/S | DISCHARGE POINT / PROBLEM LINE | C/A/U/S/E | ESTIMATED DURATION Start/Stop/Arrival/Call/Rcvd / Total (min) | T/R/I/B / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-Oct-00 | 520 / Untreated | 3250 Pelekane Drive | Y / 500 / 0 / Nuuanu Stream | Y | MH# SI21AV0346 / main 0 | R | 1915 / 1928 / 1811 / / / 13 | SI | Check PM / revise if needed | 10-21-94 | Bacti monitoring 10/17-23/00 |
| 17-Oct-00 | 45 / Untreated | 2035 Wilhelmina Rise | N | N | cleanout / lateral 0 | R | 0900 / 1000 / 0817 / / / 60 | SI | Electric eel lateral; monitor | — | Contained in yard |
| 17-Oct-00 | 100 / Preliminary | Kaneohe WWPTF | N | N | discharge manifold (#1 effluent discharge valve) | CD | 1230 / 1300 / / / / 30 | KK | Told contractor to drain discharge manifold completely of catch spillage when changing valve | — | Residual sewage spilled from discharge manifold when contractor removed effluent discharge valve #1; contained in plant |
| 18-Oct-00 | 1 / Preliminary | Kaneohe WWPTF | N | N | drain line (grit bin) | OP | 1245 / 1300 / / / / 15 | KK | Repair line | — | OP/operator broke grit bin drain line; contained on Kaawa Station grounds |
| 19-Oct-00 | 180 / Untreated | 529 16th Avenue | Y / 180 / 0 | N | MH# SI21AP0054 / MH# SI21AP0053 main 0 | RK MG | 1515 / 1555 / 1345 / / / 40 | SI | Place on 12-month PM | 2-29-00 | Contained/dissipated in storm drain; M=party & 2"x4" lumber |
| 20-Oct-00 | 10305 / R3 reuse | Honouliuli WWTP | N | N | pipe | DP | 1100 / 1445 / 7d45m / / / | HN | Switch to potable water while purchase materials & repair line | — | DP=crack in-plant underground PVC line T-fitting; initial spill thought to have stopped at 2:00 pm, 10/20/00; spill must have restarted at a lesser rate until secured at 2:45 pm, 10/27/00 |
| 22-Oct-00 | 30 / Untreated | 624 Plumehana Street | N | N | cleanout / main 0 | G | 1448 / 1509 / 1430 / / / 21 | SI | Flush main; place on 12-month PM | 9-11-89 | Intermittent, contained, returned to system |
| 22-Oct-00 | U / Untreated | 98-1047 Kaonohi Street | N | N | cleanout / lateral 0 | R | 1600 / 1610 / 1515 / / / 10 | HN | Monitor | — | Percolated into ground |
| 23-Oct-00 | U / Untreated | Waiahole Valley Road | N | N | cesspool truck | M | | KK | — | — | M=hatches rusted; spill possibly from tank vent |
| 25-Oct-00 | 75 / Untreated | 94-837 Kahuailani Street | Y / 50 / 0 | N | MH# HN05AP0328 / main 0 | GR | 2020 / 2035 / 1928 / / / 15 | HN | Place on 6-month PM | — | Contained in drain |

35249

EXHIBIT 4B (part 2 of 2)

# WASTESTREAM DIVERSIONS -- OCTOBER-DECEMBER 2000
## CITY & COUNTY OF HONOLULU

**Abbreviations:**
- I=possibly
- AR=odor ctrl chem solution
- C=aerated
- (C)=chlorinated
- CD=construction damage
- CN=new construction
- CR=contaminated rainwater
- [D]=digested
- DP=damaged pipe
- DSF=disinfection
- EFF=effluent
- FE=facility equipment
- FM=force main
- G=grease
- GT=grit
- GW=ground water
- [H]=heat-treated
- INT=intersection
- M=miscellaneous (see Remarks)
- NC=noncomplaint
- NC-X=unable to sample (insufficient volume)
- NR=not required
- OP=operator error
- P=primary-treated
- PM=preventive maintenance
- PP=paper products
- Pre=preliminary-treated
- PT=partially-treated
- PVT=private
- PWR=power
- R=roots
- RG=rags
- RK=rocks
- RP/MT=repair &/or maintenance
- S=secondary-treated
- Scr=screened
- SL=sludge
- SUBD=new subdivision
- Sup=supernatant
- SUR=surcharge
- SW=storm water
- TRIB=tributary
- U=unknown
- UT=untreated

**TREATMENT PLANT ABBREVIATIONS:**
- HN=Honouliuli WWTP
- KH=Kahuku WWTP
- KK=Kailua WWTP
- PK=Paalaa Kai WWTP
- SI=Sand Island WWTP
- WM=Waimanalo WWTP
- WN=Waianae WWTP
- WW=Wahiawa WWTP

| Date | DISCHARGE Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER Y/N Storm Drain / Volume Removed / Ocean Stream | GIS Y/N | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Start/Arrival/Rec'd Stop/Call Total (min) | TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27-Oct-00 | 20 / Untreated | 95-168 Okepe Loop | N | N | drain (shower) / main / 15 | DP G | 2120 / 2043 / — / 2330 / — / 130 | HN | Sewer tracking system down, will increase to monthly PM | 8-21-00 | DP= sag in line; contained in shower, returned to system |
| 29-Oct-00 | 20 / Untreated | 5412 Pahiolo Place | N | N | MHM SI41CN00156 / main / 8 | R RK | 1028 / 1000 / — / 1109 / — / 39 | SI | Follow up on PM, rod line 10-30-00, monitor | 7-8-92 | Intermittent, contained, returned to system |
| 29-Oct-00 | U / Untreated | 3270 Pakoa Avenue | N | N | cleanout / main / 6 | R | 1145 / 1138 / — / 1210 / — / 25 | SI | Electric eel, monitor | — | Evidence only contained/dissipated on site |
| 30-Oct-00 | 50 / Untreated | 2054 Young Street | N | N | MHM SI21AD00132 / main / 6 | U | 1030 / 1021 / — / 1040 / — / 10 | SI | Inspect system to determine PM | 9-23-00 | Contained along roadside |
| 31-Oct-00 | U / Untreated | 92-1130 Kupahaha Place | N | N | cleanout / lateral / 4 | G | 1715 / 1541 / — / U / — / U | HN | Monitor | — | Evidence only contained/dissipated in yard |
| 02-Nov-00 | 20 / Untreated | 1847-A Kuaiono Street | N | N | cleanout / lateral / 4 | R | 0829 / 0730 / — / 0829 / — / 1 | SI | Electric eel / CCTV inspect / monitor | 3-6-93 | Spilled when cleanout opened |
| 02-Nov-00 | U / Untreated | 1734 Beckley Street | N | N | cleanout / lateral / 4 | U | 2130 / 2110 / — / U / — / U | SI | Monitor | — | Evidence only around cleanout; private plumber opened cleanout |
| 04-Nov-00 | 50 / SL (waste activated) | Honouliuli WWTP | N | N | manhole (septage) | OP | 0904 / — / — / 0906 / — / 2 | HN | Remind driver to monitor manhole while dumping | — | Wahiawa tanker; sample results of Wahiawa daily test |
| 06-Nov-00 | 3000 / Primary | Waianae WWTP | N | N | Primary Clarifier (scum pit) | FE | 1010 / — / — / 1025 / — / 15 | WN | Repaired sluice gate same day | — | FE=sluice gate, dislocated from valve stem, closed discharge channel; caused backflow into scum trough and pit in pump room; flowed out onto gravel near PC distribution boxes |
| 06-Nov-00 | U / Untreated | 90-015 Kauhale Street | N | N | cleanout / lateral / 4 | G | 2135 / 2045 / — / U / — / U | HN | Place on 3-month PM | 1-2-00 | Evidence only contained/dissipated in yard |

35250

EXHIBIT 4B (part 2 of 2)

# WASTESTREAM DIVERSIONS -- OCTOBER-DECEMBER 2000
## CITY & COUNTY OF HONOLULU

**Abbreviations key:**
- ( )=spoilsby
- AR=acidic ctrl chem solution
- C=contained
- (C)=chlorinated
- CD=construction damage
- CN=new construction
- CR=recontaminated rainwater
- (D)=digested
- DP=damaged pipe
- DSF=disinfection
- EFF=effluent
- FE=faulty equipment
- FM=force main
- G=grease
- GT=grit
- GW=ground water
- (H)=heat-treated
- INT=intersection
- M=miscellaneous (see Remarks)
- NC=noncompliant
- NC-X=unable to sample (insufficient volume)
- NR=not required
- OP=operator error
- P=primary-treated
- PM=preventive maintenance
- PP=paper products
- Pre=preliminary-treated
- PT=partially-treated
- PVT=private
- PWR=power
- R=rocks
- RG=rags
- RK=rocks
- RPM=repair &/or maintenance
- S=secondary-treated
- Sc=screened
- SL=sludge
- SUBD=new subdivision
- Sup=supernatant
- SUR=surcharge
- SW=storm water
- TRIB=tributary
- U=unknown
- UT=untreated

**TREATMENT PLANT ABBREVIATIONS:**
- HN=Honouliuli WWTP
- KH=Kahuku WWTP
- KK=Kailua WWTP
- PK=Paalaa Kai WWTP
- SI=Sand Island WWTP
- WM=Waimanalo WWTP
- WN=Waianae WWTP
- WW=Wahiawa WWTP

| Date | DISCHARGE Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER/STORMDRAIN Y/N / Volume Removed / Ocean/Stream | S-I-G-N-S | DISCHARGE POINT / PROBLEM LINE | C-A-U-S-E | ESTIMATED DURATION Time Start/Arrival/Call / Stop/Rmd / Total (min) | T-R-I-B / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-Nov-00 | 10 / Untreated | 2254 Citron Street | N | N | MH# SI00BB0349 / main 8 | R | 1254 / U / U | SI | Place on 4-month PM | 6-26-00 | Evidence only in gutter, contained |
| 12-Nov-00 | 25 / Untreated | 2963 Omiea Place | N | N | cleanout / lateral 5 | U | 1232 / 1800 / 1815 / 15 | SI | Monitor | | Spilled when cleanout opened |
| 13-Nov-00 | 100 / Untreated | 1126 School Street (North) | N / 100 | N | cleanout / lateral 4 | U | 1725 / 1500 / U / U | SI | Monitor | | Evidence only contained in trench/pumped out, plumber may have left clear open |
| 15-Nov-00 | U / Untreated | 41-204 Hauhola Street | N | N | cleanout / lateral 4 | DP | 1358 / 0830 / U / U | WM | Hawaiian Homes to repair | 10-31-00 | DP=separated pipe, evidence only around cleanout |
| 15-Nov-00 | U / Untreated | 1050 Mokapu Boulevard | N | N | cleanout / lateral 6 | M | 0738 / 1145 / U / U | KK | Monitor | | M=debris, unknown obstruction |
| 16-Nov-00 | 0.25 / Preliminary | Kailua Regional WWTP | N | N | sampler (temporary) | SUR | 1130 / 730 / 731 / 1 | KK | Notified Sand Island lab personnel that operations personnel are not authorized to handle sampler | | Sampler at suction line leaked when surge occurred; contained in plant |
| 18-Nov-00 | 3 / Untreated | 1203 Peterson Lane | N | N | cleanout / lateral 6 | G | 1848 / 1910 / 22 | SI | Electric eel / CCTV inspect, 11-17-00 / determine PM | 3-6-00 | Spilled when cleanout opened to release destruction, contained in driveway |
| 18-Nov-00 | U / Untreated | 94-236 Kahuamani Street | N | N | cleanout / lateral 6 | G | 1825 / 1508 / U / U | HN | Monitor | 9-26-00 | Evidence only contained/dissipated on site |
| 21-Nov-00 | 68 / Untreated | 1269 Laukahi Street | Y / U / O | N | MH# SI41CA0067 / main 8 | R / RK | 1420 / 0917 / 0950 / 33 | SI | Follow up/revise PM frequency | 2-28-99 | Contained/mostly dissipated on site |
| 22-Nov-00 | U / Untreated | 45-155 Moekaka Way | N | N | cleanout / lateral 4 | U | 0850 / 0840 / U / U | KK | Monitor | | Evidence only around cleanout |

35251

# WASTESTREAM DIVERSIONS -- OCTOBER-DECEMBER 2000
# CITY & COUNTY OF HONOLULU

**Legend:**
( )=possibly; ARI=odor/air drain solution; C=contained; CL=chlorinated; CD=construction damage; CN=new construction; CR=contaminated rainwater; D=digested; DP=damaged pipe; DSF=disinfection; EFF=effluent; FE=faulty equipment; FM=force main; G=grease; GT=grit; GW=ground water; (H)=heat-treated; INT=intersection; Miscellaneous (see Remarks); NC=noncompliant; NC-X=unable to sample (insufficient volume); NR=not required; OP=operator error; P=primary-treated; PM=preventive maintenance; PP=paper products; Prel=preliminary-treated; PT=partially-treated; PVT=private; PWR=power; R=roots; RG=rags; RK=rocks; RP/MT=repair &/or maintenance; S=secondary-treated; Scr=screened; SL=sludge; SUBD=new subdivision; Sup=supernatant; SUR=surcharge; SW=storm water; TRIB=tributary; U=unknown; UT=untreated

**TREATMENT PLANT ABBREVIATIONS:**
HN=Honouliuli WWTP; KH=Kahuku WWTP; KK=Kailua WWTP; PK=Paalaa Kai WWTP; SI=Sand Island WWTP; WM=Waimanalo WWTP; WN=Waianae WWTP; WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER/ STORM DRAIN Y/N, Volume Removed, Ocean/Stream | SGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Time Rcvd | Arrival | Start | Stop | Tot. (min) | TR | TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-Nov-00 | U | Untreated | 2055 Wilhelmina Rise | N | N | cleanout / lateral 6 | R | 2214 | | 2240 | 2310 | 30 | | SI | Place on 4-month PM | 5-23-00 | Evidence only contained/dissipated in yard |
| 23-Nov-00 | 20 | Untreated | 2728 Peter Street | N | N | MH# SI21AZ0355 / 6 | R | | 0830 | 0831 | 0850 | 19 | | SI | Place on 3-month PM | 7-30-00 | Contained/dissipated on site; partially clogged |
| 23-Nov-00 | U | Untreated | 2425 Saint Louis Drive | N | N | MH# SI21AZ0346 / 6 | R | 1035 | | 1055 | U | U | | SI | Place on 3-month PM | 8-30-00 | Evidence only contained/dissipated on site; rainy |
| 23-Nov-00 | 30 | Untreated | 2915 Laucha Place | N | N | MH# SI21AK0140 / 6 | G R | 1322 | | 1342 | 1425 | 43 | | SI | Place on 3-month PM | 1-31-99 | Contained/dissipated on site; intermittent |
| 23-Nov-00 | 50 | Untreated | 1702 Houghtailing Street | Y 25 0 Puahuelu Stream | N | main 6 | G M (DP) | 1542 | | 1615 | 1640 | 25 | | SI | Monitor/clean when needed - entire line damaged | 8-30-99 | M=debris |
| 25-Nov-00 | + | Untreated | 1215 Kamoelani Road | N | N | pipe 6 | DP | 1609 | | 1635 | U | U | | SI | Monitor | | Evidence only; DP=sag in line |
| 26-Nov-00 | 60 | Untreated | 352 Kuakini Street (North) | Y 40 0 | N | basement (house) | G | 1048 | | 1109 | 1121 | 12 | | SI | Monitor | | Party was pumping sewer from basement |
| 26-Nov-00 | U | Untreated | 1067 Kanalui Street | N | N | main 6 | R RG | | 1512 | 1600 | 1615 | 15 | | SI | Follow up PM & check frequency | 8-17-99 | |
| 27-Nov-00 | 10 | Untreated | 46-195 Yacht Club Street | N | N | cleanout / lateral 4 & 6 | R | 0728 | | 0845 | 0945 | 60 | | KK | Monitor | 11-30-98 | Spilled when cleanout opened |
| 27-Nov-00 | 92 | Untreated | 2464 Kalakaua Avenue | N 60 0 Waikiki Beach | Y | MH# SI21BA0086 / main 6 | PP | | 0844 | 0911 | 0934 | 23 | | SI | Monitor; EQ to investigate | 10-9-00 | PP=toilet paper & hand towels |

35252

# WASTESTREAM DIVERSIONS -- OCTOBER-DECEMBER 2000
# CITY & COUNTY OF HONOLULU

**Legend abbreviations:**
- (-)=odor
- AR=odor off chem solution
- C=contained
- Cl=chlorinated
- CD=construction damage
- CN=new construction
- CR=contaminated rainwater
- D=digested
- DP=damaged pipe
- DSF=disinfection
- EF=effluent
- FE=faulty equipment
- FM=force main
- G=grease
- GT=grit
- GW=ground water
- H=heat-treated
- INT=intersection
- M=miscellaneous (see Remarks)
- NC=noncompliant
- NC-X=unable to sample (insufficient volume)
- NR=not required
- OP=operator error
- P=primary-treated
- PA=preventive maintenance
- PP=paper products
- Pre=preliminary-treated
- PT=partially-treated
- PVT=private
- PWR=power
- R=roots
- RG=rags
- RK=rocks
- RP/MT=repair &/or maintenance
- S=secondary-treated
- SC=screened
- SL=sludge
- SURD=new subdivision
- Sup=supernatant
- SUR=surcharge
- SW=storm water
- TRIB=tributary
- U=unknown
- UT=untreated

**TREATMENT PLANT ABBREVIATIONS:**
- HN=Honouliuli WWTP
- KH=Kahuku WWTP
- KK=Kailua WWTP
- PK=Paalaa Kai WWTP
- SI=Sand Island WWTP
- WM=Waimanalo WWTP
- WN=Waianae WWTP
- WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION / FACILITY or SEWER LINE | ENTERED RECEIVING WATERS / STORM DRAIN Y/N | Volume Recovered | Ocean/Stream | DISCHARGE POINT | PROBLEM LINE | CAUSES | Arrival | Stop | Recvd | Total (min) | TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-Nov-00 | U | Untreated | 85-728 Kaupuni Place | N | | | MH# WN01AC0029 | main 6 | U | 2010 | 2055 | | 45 | WN | Monitor | 1-29-98 | Evidence only contained/dissipated in yard |
| 01-Dec-00 | U | Untreated | 629 Kuekini Street (North) | N | | | cleanout lateral 4 | | M | 0950 1834 | 1105 | | 75 | SI | Monitor | | M=debris and clamp with cleanout housing completely off filter |
| 03-Dec-00 | 30 | Untreated | INT Waialae St / Kauai St | N | | | MH# SI89MA2015 | main 6 | RG M | 0807 1945 | 2000 | 1919 | 15 | SI | Monitor | | M=debris |
| 06-Dec-00 | 3 | Untreated | 2411 Saint Louis Drive | N | | | MH# SI21AZ0349 | main 8 | R | 1810 0928 | 1815 | | 5 | SI | Place on 3-month PM | 8-30-00 | Flowed down slope; lots of roots in line |
| 08-Dec-00 | 135 | Untreated | 1613 Alencastre Street | N | | | pipe | main 6 | R | 1745 1703 | 1830 | | 45 | SI | Place on 3-month PM | 5-31-00 | Underground leak contained in yard |
| 11-Dec-00 | 300 | Untreated | Pier 52 (Matson Yard) | Y 300 0 Honolulu Harbor | | | pipe force main | | DP | 0900 0614 | 1415 | | 315 | SI | Repair force main | | DP=broken 4" pipe (ARV) on 48" force main |
| 14-Dec-00 | 20 | Untreated | 94-210 Leokane Street | N | | | MH# HN06WP0322 | main 8 | DP G | 1610 1503 | 1625 | | 15 | HN | Monitor | 4-30-00 | DP=sag in line caused grease build-up |
| 17-Dec-00 | 20 | Untreated | 1667 Kamalu Street | N | 0 | | MH# SI21AZ0052 | main 6 | R M | 1121 1044 | 1218 | | 57 | SI | Check PM / monitor | 8-17-99 | Intermittent/contained/dissipated. M=loose roots |
| 19-Dec-00 | 0 | Untreated | 1564 Kaminaka Drive | Y 0 0 | | | MH# SI21AZ0045 | main 8 | R | 0841 0632 | U | | U | SI | Monitor | 4-30-99 | Evidence only - road wet; runaway roots from 1667 Kamalu spill |
| 19-Dec-00 | U | Untreated | 1510 Nehoa Street | N | | | cleanout lateral 6 | | G RG M | 1425 1350 | U | | U | SI | Follow up PM / monitor | 10-18-00 | Evidence only; M=debris; heavy grease/rags |

35253

EXHIBIT 4B (part 2 of 2)

# WASTESTREAM DIVERSIONS -- OCTOBER-DECEMBER 2000
## CITY & COUNTY OF HONOLULU

**Legend:**
- ( )=possibly
- AR=odor ctrl chem solution
- C=contained
- [C]=chlorinated
- CD=construction damage
- CN=new construction
- CR=contaminated rainwater
- [D]=digested
- DP=damaged pipe
- D&F=disinfection
- EFF=effluent
- FE=faulty equipment
- FM=force main
- G=grease
- GT=grit
- GW=ground water
- [H]=heat-treated
- INT=intersection
- M=miscellaneous (see Remarks)
- NC=noncompliant
- NC-X=unable to sample (insufficient volume)
- NR=not required
- OP=operator error
- P=primary-treated
- PM=preventive maintenance
- PP=paper products
- Prel=preliminary-treated
- PT=partially-treated
- PVT=private
- PWR=power
- R=roots
- RG=rags
- RK=rocks
- RPMT=repair &/or maintenance
- S=secondary-treated
- Sc=screened
- SL=sludge
- SUBD=new subdivision
- Sup=supernatant
- SUR=surcharge
- SW=storm water
- TRIB=tributary
- U=unknown
- UT=untreated

**TREATMENT PLANT ABBREVIATIONS:**
- HN=Honouliuli WWTP
- KH=Kahuku WWTP
- KK=Kailua WWTP
- PK=Paalaa Kai WWTP
- SI=Sand Island WWTP
- WM=Waimanalo WWTP
- WN=Waianae WWTP
- WW=Wahiawa WWTP

| Date | DISCHARGE Volume (gal) / Treatment Level | LOCATION / FACILITY of SEWER LINE | ENTERED RECEIV'G WATER/ STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Start / Arrival / Recv'd / Stop / Tot (min) | TRB / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-Dec-00 | U / Untreated | 1338 Young Street | N | N | cleanout / lateral | G | 1920 / 1857 / / U / U | SI | Follow up with electric eel, monitor | -- | Evidence only around cleanout/driveway |
| 21-Dec-00 | U / Untreated | 2411 Wadakri Avenue | N | N | MH# SI66MA2009 / main | G M (DP) | 0830 / 0737 / / U / U | SI | Flush/clean with junior rodder, monitor | 11-5-92 | Evidence only in patio & shower, M=debris, (DP)=possible break or sag in line |
| 21-Dec-00 | 3,200 / Secondary chlorinated | Kahuku WWTP | N | N | pipe (effluent) / force main | DP | 1515 / / / 1550 / 35 | KH | Repair main 12/21/00; store effluent in equalization basin during repairs; main replacement project requested after similar break in 1995 | -- | DP=external corrosion; spill (just outside southeast perimeter fence (Campbell Estate) returned to plant grounds/percolated into ground |
| 22-Dec-00 | U / Untreated | 129 Dowsett Avenue | N | N | cleanout / main 12 | R | 1835 / 1805 / / U / U | SI | Clear lines | -- | Evidence only |
| 23-Dec-00 | 10 / Untreated | 586 Kipuka Place | Y / 3 / Ocean | N | MH# KK04XB3732 / main 8 | G RG PP | 1354 / 1260 / / 1428 / 34 | KK | Follow up with vactor | 6-19-99 | |
| 24-Dec-00 | U / Untreated | 92-811 Newa Street | N | N | cleanout / lateral 6 | R | 0928 / 0833 / / 0935 / 7 | HN | Check PM / monitor | 11-2-00 | Evidence only |
| 24-Dec-00 | U / Untreated | 95-684 NaNohoho Street | N | N | cleanout / lateral 6 | R | 1011 / 0944 / / U / U | HN | Place on PM schedule | 4-7-97 | Evidence only contained/dissipated on site |
| 25-Dec-00 | 5 / Untreated | 45-182 Namoku Street | N | N | cleanout / lateral 6 | R | 1216 / 1148 / / 1219 / 3 | KK | Repair lateral | 10-18-00 | Contained/dissipated on site |
| 25-Dec-00 | U / Untreated | 98-1230 Halawa Heights Road | N | N | cleanout / lateral 6 | R | 1565 / 1510 / / U / U | SI | Monitor | -- | Evidence only contained in yard |
| 26-Dec-00 | 5 / Untreated | 3545 Kalihi Street | N | N | cleanout / lateral 6 | R | 1640 / 1624 / / 1705 / 25 | SI | Place on 6-month PM | 1-31-00 | Intermittent; contained in front property |

35254

EXHIBIT 4B (part 2 of 2)

# WASTESTREAM DIVERSIONS -- OCTOBER-DECEMBER 2000
## CITY & COUNTY OF HONOLULU

( )=possibly
AR=odor ctrl chem solution
C=contained
(Cl)=chlorinated
CD=construction damage
CN=new construction
CR=contaminated rainwater
(D)=digested
DP=damaged pipe

DSF=disinfection
EFF=effluent
FE=faulty equipment
FM=force main
G=grease
GT=grit
GW=ground water
(H)=heat-treated
INT=intersection

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample (insufficient volume)
NR=not required
OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products

Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

Scr=screened
SL=sludge
SUBD=new subdivision
Sup=supernatant
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | DISCHARGE Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N | Volume Removed | Ocean/Stream | S G N S | DISCHARGE POINT / PROBLEM LINE | C A U S E S | ESTIMATED DURATION Start/Arrival/Call/Rcvd | Time Stop | Total (min) | T R I B / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-Dec-00 | 1 | Untreated | 235 Lanipo Drive | N | | | N | cleanout / lateral 4 | U | 1130 / 1120 | 1135 | 5 | KK | Follow up with electric eel | 5-11-00 | |
| 27-Dec-00 | U | Untreated | 559 Mooano Loop | N | | | N | MH# SI41CP0056 / main 5 | G R PP | 1033 / 1014 | 1200 | 87 | SI | Flush line, monitor | | Contained on site, manhole shows earlier spill |
| 28-Dec-00 | 4 | Sludge | Honouliuli WWTP | N | | | N | manhole (in-plant sewer) | M | 0530 / 0531 | 0531 | 1 | HN | Reduce drain rate of primary clarifier | | Main-plant sewer, overloaded during primary clarifier draining operations, spilled gravity thickener overflow, mostly bubbles & scum leaked out of manhole |
| 28-Dec-00 | 5 | Untreated | 3338-A Kauhane Street | Y 5 0 Paloio Stream | | | Y | MH# SI21AX0518 / main 6 | R | 1430 / 1450 | 1510 | 40 | SI | Rod main & monitor for 3 consecutive months | 11-30-00 | |

35255

EXHIBIT 4B (part 2 of 2)