# QUARTERLY REPORT

FOR THE PERIOD OF

January 1, 2001 to March 31, 2001


Prepared for:

**The United States Environmental Protection Agency
Region IX**

**And**

**State of Hawaii Department of Health
Wastewater Branch**


Prepared by:

The Department of Environmental Services
City and County of Honolulu


April 20, 2001

35257

EXHIBIT 4C

# JANUARY-MARCH 2001 WASTESTREAM DIVERSIONS

**CITY & COUNTY OF HONOLULU**

**Legend:**

| | | | |
|---|---|---|---|
| ( )=possibly | G=grease | OP=operator error | RG=rags |
| (C)=chlorinated | GT=grit | P=primary-treated | R(X)=rocks |
| CD=construction damage | (H)=heat-treated | PM=preventive maintenance | R/MAT=repair &/or maintenance |
| CN=new construction | INT=intersection | PP=paper products | Sc=screened |
| (D)=digested | M=miscellaneous (see Remarks) | Pre=preliminary-treated | SL=sludge |
| DP=damaged pipe | NC=noncompliant | PT=partially-treated | SUR=surcharge |
| DSF=disinfection | NCA=unable to sample | PVT=private | SW=storm water |
| FE=faulty equipment | (insufficient volume) | PWR=power failure/surge | TRIB=tributary |
| FM=force main | NR=not required | R=roots | U=unknown |

**TREATMENT PLANT ABBREVIATIONS**
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

35258

| Date | Est. Volume (gal) | Treatment Level | Location (Facility or Sewer Line) | Entered Recv'g Water/Storm Drain (Y/N) | SIGNS | Discharge Point / Problem Line | CAUSES | Arrival/Call Rcvd | Start | Stop | Total (min) | TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Jan-01 | 200 | Sludge [heat-treat] | Honolulu WWTP | N | N | bin | OP | 300 | 300 | 305 | 5 | HN | Secure bin gate; let spill dry/clean debris | -- | Drained liquid from thickened heat-treated sludge spilled from an improperly secured bin gate onto in-plant road |
| 04-Jan-01 | 10 | Untreated | 1054 11th Avenue | N | N | cleanout / lateral 4 | R | 2146 | 2215 | 2215 | 1 | SI | Monitor | -- | Spilled when cleanout opened; contained in yard |
| 05-Jan-01 | U | Untreated | 1017 King Street (North) | N | N | drain (open) / 4 | M | 1135 | 1225 | 1345 | 80 | SI | Monitor | -- | Evidence only; M=debris |
| 09-Jan-01 | 180 | Untreated | 2032 Alaeloa Street | N | N | MH# SI21AAO356 | GT M SL | 1241 | 1336 | 1414 | 38 | SI | Place on 3-month PM | 6-15-00 | M=dirt |
| 07-Jan-01 | 20 | Untreated | 98-1290 Kulawai Street | N | N | main 8 / cleanout / lateral 6 or 4 | M PP | 930 | 1010 | 1011 | 1 | HN | Change to monthly PM | 8-31-00 | Spilled when cleanout opened; M=hair; contained/dissipated on site |
| 07-Jan-01 | U | Untreated | 98-065 Lii Ipo Street | N | N | MH# HN25YB0950 / main 8 | G | 1807 | 1845 | U | U | HN | Monitor | 5-13-07 | Evidence only around manhole |
| 07-Jan-01 | U | Untreated | 1525 Hooli Circle | N | N | cleanout / lateral 4 | U | 1857 | 1945 | U | U | HN | Change to monthly PM | 9-27-00 | Evidence only around cleanout |
| 07-Jan-01 | 10 | Untreated | 2117 Okoa Street | N | N | cleanout / lateral 4 | U | 2000 | 2040 | 2040 | 1 | SI | Place on 5-month PM | 2-28-99 | Unable to pass through riser; spill when cleanout cap removed |
| 07-Jan-01 | 15 | Untreated | 98-135 Lipoa Place | N | N | MH# HN25XC0210 / main 10 | G | 2241 | 2315 | 2435 | 80 | HN | Monitor / revise PM | 10-16-00 | Intermittent |
| 09-Jan-01 | 15 | Untreated | 2849 Ipuiei Place | N | N | MH# SI24AX0494 / main 8 | R | 1615 | 1705 | 1725 | 20 | SI | Monitor | -- | Contained/dissipated on roadway |
| 09-Jan-01 | 10 | Untreated | INT Houghtailing Street / Alani Street | Y | N | MH# SI69AA2004 / main 8 | DP RK | 619 | 745 | 750 | 5 | SI | Inspect line every 2 weeks | 6-13-00 | |

EXHIBIT 4C

# JANUARY-MARCH 2001 WASTESTREAM DIVERSIONS

CITY & COUNTY OF HONOLULU

( )=possibly  
[C]=chlorinated  
CD=construction damage  
CN=new construction  
[D]=digested  
DP=damaged pipe  
DSF=disinfection  
FE=faulty equipment  
FM=force main  

G=grease  
GT=grit  
[H]=heat-treated  
INT=intersection  
M=miscellaneous (see Remarks)  
NC=noncompliant  
NC-X=unable to sample  
(=insufficient volume)  
NR=not required  

OP=operator error  
P=primary-treated  
PM=preventive maintenance  
Pre1=preliminary-treated  
PP=partially-treated  
PV=private  
PWR=power failure/surge  
Reroute  

RG=rags  
RK=rocks  
RP/MT=repair &/or maintenance  
Sc=screened  
SL=sludge  
SUR=surcharge  
SW=storm water  
TRIB=tributary  
U=unknown  

TREATMENT PLANT ABBREVIATIONS  
HN=Honolulu WWTP  
KH=Kahuku WWTP  
KK=Kailua WWTP  
PK=Paalaa Kai WWTP  
SI=Sand Island WWTP  
WM=Waimanalo WWTP  
WN=Waianae WWTP  
WW=Wahiawa WWTP  

| Date | Est. Vol (gal) | Treatment Level | Location Facility or Sewer Line | Entered Receiv'g Water / Storm Drain (Y/N, Volume, Removed, Ocean/Stream) | SGS | Discharge Point / Problem Line | Cause | Start/Arrival/Call/Road | Stop Time | Total (min) | TRIB TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-Jan-01 | 15 | Untreated | 142 Kaloko Lane | N | N | cleanout / main 6 | G | 2015 / 1944 | 2016 | 1 | SI | Send vactor crew to clean main & electric eel crew to clear cleanout. monitor | -- | Spilled when cleanout opened; contained in driveway/returned to system |
| 11-Jan-01 | 5 | Untreated | 92-1020 Palailai Place | N | N | cleanout / 6 | G | 1915 / 1819 | 1915 | 1 | HN | Monitor | -- | Spilled when cleanout opened |
| 11-Jan-01 | 10 | Untreated | 98-103 Kanuku Street | N | N | cleanout 6 / lateral 6 | G | 2020 / 1639 | 2023 | 3 | HN | Monitor & readjust PM | 11-3-00 | Contained near driveway / returned to system |
| 13-Jan-01 | 200 | Untreated | 2861 Numana Road | Y, 150, 0, Kalihi Stream | Y | MH# SI&GA2002 / main 6 | R | 1635 / 1526 | 1715 | 40 | SI | Place on 3-month PM | 1-15-99 | Due to CSM oversight, monitoring initiated 1/16/01 |
| 14-Jan-01 | 45 | Untreated | 602 Wahiao Road | N | N | cleanout / lateral 4 | G | 1600 / 1519 | 130 | 570 | KK | Work with Kailua Heights Sewer Pump Station operator to monitor wetwell | -- | Spilled when cleanout opened |
| 14-Jan-01 | U | Untreated | 5934C Kalanianaole Highway | N | N | MH# SK2BEO003 / main 6 | R | 1830 / 1746 | 1915 | 45 | SI | Place on 3-month PM | -- | Evidence only around manhole |
| 16-Jan-01 | 3 | Untreated | 98-103 Kanuku Street | N | N | cleanout / lateral 6 | G | 1635 / 1605 | 1638 | 3 | HN | Change to monthly PM | 11-3-00 | Intermittent; contained along driveway/returned to system |
| 17-Jan-01 | U | Untreated | 94-329 Kahuanani Street | N | N | cleanout / lateral 4 | G SL | 1100 / 1044 | U | U | HN | Inspect / clean accordingly | 6-9-99 | Evidence only around cleanout |
| 19-Jan-01 | 20 | Untreated | 2465 Aumakua Street | N | N | cleanout / lateral 4 | PP | 1125 / 1045 | 1145 | 20 | HN | Monitor | 6-28-93 | Evidence only around cleanout, PP=tissue |
| 19-Jan-01 | 25 | Untreated | 1065 Kapiolani Boulevard | N | N | manhole (private) / lateral 6 | M PP | 1710 / 1658 | 1745 | 35 | SI | Monitor | -- | M=wires, PP=paper towels |
| 20-Jan-01 | U | Untreated | 1245 Nehoa Street | N | N | drain (floor) / main 6 | DP G | 1031 / 1007 | 1050 | 19 | SI | Monitor | -- | Evidence only; DP=sag 114 underground from Mott-Smith Drive |

35259

EXHIBIT 4C

# JANUARY-MARCH 2001 WASTESTREAM DIVERSIONS

## CITY & COUNTY OF HONOLULU

( )=possibly
(C)=chlorinated
CD=construction damage
CN=new construction
(D)=digested
DP=damaged pipe
DSF=disinfection
FE=faulty equipment
FM=force main

M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample
(x=insufficient volume)
NR=not required

OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products
Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power failure/surge
R=roots

RG=rags
RK=rocks
RPM=repair &/or maintenance
Sc=screened
SL=sludge
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
HH=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
Pk=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | Entered Recvg Water/Storm Drain Y/N | Vol. Removed / Ocean·Stream | Location Facility or Sewer Line | Signs | Discharge Point / Problem Line | Cause | Time Arrival/Recd · Stop/Call | Total (min) | T/R/B · TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-Jan-01 | U | Untreated | N | | 3623 Ala Haukulu Place | N | cleanout / main 6 | R | 1735 / 1705 | U | SI | Monitor | 11-1-94 | Evidence only contained around cleanout/returned to system |
| 28-Jan-01 | 255 | Untreated | N | | 1954 Aupuni Street | N | cleanout / main 6 | G PP | 850 / 907, 627 | 17 | SI | Monitor and change to 3-month PM | 3-17-00 | Contained/dissipated on site/neighbor's yard |
| 29-Jan-01 | U | Untreated | N | | 2260 Moreira Street | N | cleanout / lateral 6 | RK M | 1350 / 1329 | U | SI | Monitor | : : | M=metal rod |
| 29-Jan-01 | 125 | Untreated | N | | 1827A 9th Avenue | N | pipe / main 6 | (DP) | 1705 / 1622 | 235 | SI | CCTV inspect line; repair as soon as possible, monitor | 4-20-97 | Releasing blockage difficult |
| 01-Feb-01 | 90 | Untreated | N | 80 | 1216 Laukahi Street | N | cleanout / lateral 6 | R | 1545 / 1444 | 105 | SI | Monitor | : : | Spilled when cleanout opened; contained on sidewalk |
| 01-Feb-01 | 75 | Untreated | N | | 805 Kokea Street | N | cleanout / lateral 6 | G PP | 1625 / 1550 | 40 | SI | Place on 3-month PM | 6-19-00 | PP=paper towels; contained in restroom/hallway; swept back into floor drains |
| 02-Feb-01 | U | Untreated | N | | 548 Hao Street | N | cleanout / lateral 4 | R PP | 900 / 830 | U | SI | Monitor | : : | Evidence only around cleanout; PP=paper towels |
| 02-Feb-01 | U | Untreated | N | | 3522 Salt Lake Boulevard | N | cleanout / lateral 6 | R | 1930 / 1802 | U | SI | Monitor | : : | Evidence only around cleanout |
| 03-Feb-01 | U | Untreated | N | | 2127 Houghtailing Street | N | cleanout / 6 | U | 1019 / 957 | U | SI | Inspect/clean when required | 6-30-00 | Evidence only around cleanout dissipated |
| 05-Feb-01 | U | Untreated | N | | 1331 Kamehameha IV Road | N | toilet (outside) / main 6 | RK Dirt | 1045 / 955 | U | SI | Monitor | 8-30-00 | Evidence only, contained/percolated around outside bathroom |
| 08-Feb-01 | 30 | Untreated | N | | 1929 Valdez Avenue | N | cleanout / lateral 4 | G R PP | 920 / 903 | 90 | SI | CCTV inspect cleanout, monitor | 7-22-97 | Contained on site; PP=paper towels |

35260

EXHIBIT 4C

# JANUARY-MARCH 2001 WASTESTREAM DIVERSIONS

# CITY & COUNTY OF HONOLULU

**Legend:**

J=possibly
[C]=chlorinated
CD=construction damage
CN=new construction
[D]=digested
DP=damaged pipe
DSF=disinfection
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=fast-treated
INT=intersection
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample
(insufficient volume)
N/R=not required

OP=operator error
P=newly-treated
PM=preventive maintenance
PP=paper products
Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power failure/surge
R=roots

RG=rags
RK=rocks
RPM/T=repair &/or maintenance
Sc=screened
SL=sludge
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown

TREATMENT PLANT ABBREVIATIONS
HH=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | LOCATION FACILITY or SEWER LINE | Est. Volume (gal) / Treatment Level | ENTERED RECEIVG WATER STORM DRAIN Y/N, Volume Removed, Ocean/Stream | S G S | DISCHARGE POINT / PROBLEM LINE | C U S E S | Time Start/Stop | Arrival Call Rcvd | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-Feb-01 | 1558 10th Avenue | U / Untreated | N | N | cleanout / main 6 | G | 1620 / 1548 | | U | SI | Follow-up cleaning of main, revise PM | 3-31-99 | Evidence only around cleanout |
| 05-Feb-01 | 3949 Gail Street | 10 / Untreated | N | N | MH# SI21PA0116 / main 8 | R | 1004 / 1349 | 931 | 225 | SI | CCTV main, place on 3-month PM | 11-15-00 | Toilet paper around manhole |
| 09-Feb-01 | 458 Hao Street | U / Untreated | N | N | cleanout / lateral 6 | R | 2030 / 1958 | | U | SI | Place on 3-month PM | 5-31-99 | Evidence only around cleanout |
| 09-Feb-01 | 2407 Nihi Street | 10 / Untreated | N | N | cleanout / main 6 | G | 1816 / 1825 | 1749 | 10 | SI | Place on monthly PM | 10-4-99 | Intermittent, owner removed cleanout cover |
| 12-Feb-01 | 6125A Summer Street | 35 / Untreated | N | N | cleanout / lateral 6 | G | 2030 / 2032 | 1810 | 2 | SI | Monitor | -- | Spilled onto sidewalk/grass, swept back into system |
| 12-Feb-01 | 86-150 Hokukahi Street | U / Untreated | N | N | MH# WN01AB0043 / main 8 | G | 2225 / 1820 | | U | WN | Monitor / revise PM | 4-30-99 | Evidence only around manhole |
| 15-Feb-01 | 2471 Pacific Heights Road | 300 / Untreated | Y 300 / 0 | N | MH# SI21AK0204 / main 8 | R G GT | 903 / 933 | 830 | 30 | SI | Place on 4-month PM | 9-29-95 | Contained/dissipated in drain |
| 16-Feb-01 | Kailua Regional WWTP | 150 / Primary | N | N | hose (portable pump) | M | 1300 / 1301 | | 1 | KK | Replace hose | -- | M=discharge hose plugged, contained in plant (#1 daft tank) |
| 20-Feb-01 | 94-013 Waipahu Depot Road | U / Untreated | N | N | cleanout / lateral 6 | G | 2015 / 1830 | | U | HN | Place on monthly PM, monitor | 6-8-00 | Evidence only around cleanout |
| 22-Feb-01 | 550 Beretania Street (South) | 300 / Untreated | Y 275 / 100 | N | MH# SI21AC0370 / main 8 | G | 1715 / 1745 | 1630 | 30 | SI | Place on 6-month PM, monitor | 7-31-99 | Evidence only around cleanout |
| 22-Feb-01 | 94-236 Kahuanani Street | U / Untreated | N | N | cleanout / lateral 4 | G GT | 830 / 710 | | U | HN | Increase to 2-month PM, monitor | 12-20-00 | Evidence only around cleanout |

35261

EXHIBIT 4C

# JANUARY-MARCH 2001 WASTESTREAM DIVERSIONS

# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
CN=new construction
[D]=digested
DP=damaged pipe
DSF=disinfection
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample
NR=not required (insufficient volume)

OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products
Prel=preliminary-treated
PT=partially-treated
PT=private
PWR=power failure/surge
R=roots

RG=rags
RK=rocks
RP/MT=repair &/or maintenance
Scr=screened
SL=sludge
SVR=surcharge
SW=storm water
TRB=tributary
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PKr=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Vol (gal) | Treatment Level | LOCATION Facility or Sewer Line | Entered Receiv'g Water Y/N | Storm Drain Y/N Vol Removed / Ocean/Stream | SGS | Discharge Point / Problem Line | Cause | Start/Call Rcvd | Stop | Total (min) | Arrival | TRTB / TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-Feb-01 | 10 | Untreated | 3949 Gail Street | N | N | N | MH# SI40PA0116 / main 8 | R | 915 / 900 | 930 | 15 | | SI | Clean thoroughly / inspect routinely | 2-8-01 | Contained near manhole |
| 24-Feb-01 | 25 | Untreated | 4741 Matsonia Drive | N | N | N | cleanout / lateral 6 | R | 829 / 743 | 847 | 18 | | SI | Place on 3-month PM; monitor | -- | Spilled when cleanout opened; contained/ dissipated on site |
| 25-Feb-01 | 55 | Untreated | 60 Kuakini Street (North) | Y | 0 / Nuuanu Stream | N | main 6 | U | 829 / 815 | 840 | 11 | | SI | Place on 3-month PM; monitor | 8-10-00 | Most spill bermed in gutter & returned to system |
| 25-Feb-01 | 26 | Untreated | INT Frear Street / Magellan Avenue | Y | 20 | N | main 6 | DP RK | 1323 / 1315 | 1336 | 13 | | SI | CCTV inspect, repair if needed; monitor | 2-25-01 | Intermittent |
| 27-Feb-01 | 40 | Untreated | 98-500 Hookanike Street | Y | 0 | N | cleanout / lateral 4 | M RG | 830 / 730 | 840 | 10 | | HN | Monitor | 2-27-01 | M=rebar, plastic bags, contained in grassed area; vacuumed as spilled from cleanout into vector truck |
| 27-Feb-01 | U | Untreated | 2552 Manoa Road | N | N | N | MH# SI21AR0194 / main 6 | R | 820 / 733 | 840 | 20 | | SI | Place on 8-month PM | 2-27-01 | Contained/dissipated |
| 01-Mar-01 | 40 | Untreated | 2122 King Street (North) | Y | 40 / Kalihi Stream | Y | MH#SI82DR1500 / main 6 | G | 810 / 801 | 830 | 20 | | SI | Place on monthly PM | 4-30-99 | DOH waived warning signs |
| 03-Mar-01 | 190 | Untreated | 2010 Nuuanu Avenue | Y | 190 / Nuuanu Stream | N | MH# SI21AW0006 / main 6 | G R | 750 / 735 | 809 | 19 | | SI | Place on 4-month PM | 8-25-00 | DOH waived warning signs |
| 03-Mar-01 | 2 | Untreated | INT Frear Street / Magellan Avenue | Y | 2 | N | MH# SI21AC0474 / main 6 | DP G | 1910 / 1625 | 1930 | 15 | | SI | Repair main | 3-2-01 | Contained in drain; DP=pipe offset |
| 05-Mar-01 | U | Untreated | 45-320A Mahalani Circle | N | N | N | cleanout / lateral 4 | U | 1850 / 1702 | U | U | | KK | Monitor | -- | Evidence only around cleanout |
| 05-Mar-01 | 75 | Untreated | 85-914 Mill Street | N | N | N | cleanout / main 8 | G | 2110 / 2040 | 2135 | 25 | | WN | Place on 3-month PM | 3-18-98 | Contained within/percolated into yard |

35262

EXHIBIT 4C

# JANUARY-MARCH 2001 WASTESTREAM DIVERSIONS

## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
CN=new construction
[D]=digested
DP=damaged pipe
DSF=disinfection
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample
  (insufficient volume)
NR=not required

OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products
Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power failure/surge
R=roots

RG=rags
RK=rocks
RPMT=repair &/or maintenance
Sc=screened
SL=sludge
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown

**TREATMENT PLANT ABBREVIATIONS**
HH=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER/STORM DRAIN Y/N | Volume Removed / Ocean/Stream | S/G/N/S | DISCHARGE POINT / PROBLEM LINE | CAUSE | Start/Call | Arrival/Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-Mar-01 | 10 | Untreated | 1535 Hoaiaina Street | N | N | N | MH# SI41CC0059 / main 6 | R | 2320 / 2021 | 2435 | | 75 | SI | Place on 6-month PM | 2-24-00 | Intermittent; contained on site |
| 07-Mar-01 | 10 | Untreated | 1702 Houghtailing Street | Y | 10 / 25 | N | MH# SI89AA2888 / main 6 | G | 800 / 730 | 805 | | 5 | SI | Repair main | 2-3-01 | Contained in/removed from storm drain |
| 09-Mar-01 | 900 | Untreated | 1816 Aumoae Street | N | | N | cleanout / main 6 | G R M | 800 / 710 | 1100 | | 180 | SI | Inspect weekly; line rehab/ replacement project in planning/ design - high priority | 10-5-98 | M=debris; contained/dissipated in yard |
| 12-Mar-01 | 15 | Primary | Kailua Regional WWTP | N | | N | hose (portable pump) | FE | 935 | 936 | | 1 | KK | Replace hose | : | FE=hose ruptured; contained in plant (#2 draft tank) |
| 14-Mar-01 | 10 | Untreated | 3907 Pili Place | N | | N | MH# SI21ABD165 / main 4 | G R | 1925 / 1851 | 2010 | | 45 | SI | Place on 2-month PM | 12-18-00 | Seepage contained/dissipated near manhole |
| 18-Mar-01 | 100 | Untreated | 1320 Kamehameha IV Road | N | | N | MH# HS04GA1009 / main 6 | G RK PP | 855 / 830 | 919 | | 24 | SI | Monitor - inspect every 2 weeks | 8-30-00 | PP=hand towels; 20 gal contained on roadside; remainder contained on property |
| 19-Mar-01 | 4 | Untreated | 742 Queen Street | N | | N | cleanout / main 6 | (RK) (DP) | 1315 / 1266 | 1445 | | 90 | SI | CCTV lateral; monitor | 2-23-88 | Problem on owner's side of riser; contained on site |
| 23-Mar-01 | U | Untreated | 91-221 Opio Place | N | | N | cleanout / lateral 4 | U | 1625 / 1505 | U | | U | HN | Monitor | : | Evidence only around cleanout |
| 24-Mar-01 | U | Untreated | 1629 Ruth Place | N | | N | MH | R (DP) | 1215 / 1125 | U | | U | SI | Repair line | 9-19-99 | Evidence only contained/dissipated |
| 24-Mar-01 | 2 | Untreated | B-1408 Hob Place | N | | N | cleanout / lateral 6 | R | 1630 / 1515 | 1645 | | 15 | HN | Monitor | : | |
| 25-Mar-01 | 150 | Untreated | 47-357 Ahuimanu Road | Y | 150 / Ahuimanu Stream | Y | MH# KK21AA1124 / main 8 | G | 1327 / 1300 | 1338 | | 11 | KK | Monitor | 3-5-93 | |

35263

EXHIBIT 4C

# JANUARY-MARCH 2001 WASTESTREAM DIVERSIONS

# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
CN=new construction
[D]=digested
DP=damaged pipe
DSF=disinfection
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
NC=noncompliant
NC-X=unable to sample
NR=not required

OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products
Pre=preliminary-treated
PT=partially-treated
PV=private
PWR=power failure/surge
R=roots

RG=rags
RK=rocks
RP/MT=repair &/or maintenance
Sc=screened
SL=sludge
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KK=Kahuku WWTP
KI=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WA=Waianae WWTP
WM=Waimanalo WWTP
WW=Waiawa WWTP
WV=Wahiawa WWTP

| DISCHARGE | | | ENTERED RECEIV'G WATER S/N/G/S STORM DRAIN Y/N Volume (insufficient volume) Ditch/Pond Ocean/Stream | DISCHARGE POINT PROBLEM LINE | C/A/U/S/E/S | ESTIMATED DURATION | | | T/R/I/B TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Estimated Volume (gal) Treatment Level | LOCATION FACILITY or SEWER LINE | | | | Start/ Arrival/ Call Rcvd | Time Stop | Total (min) | | | | |
| 28-Mar-01 | 50 Effluent [reuse] | Wahiawa WWTP | N | pipe | CD | 1515 | 1520 | 5 | WV | Repair pipe | – | Contractor (Bodell) damaged reuse wash station pipe while excavating |
| 30-Mar-01 | 70 Untreated | 900 Illalo Street | N | MH# SI21AC0128 main 6 | (CD) G mud/dirt/ grout | 1410 1405 | 1425 | 15 | SI | CCTV inspect to see if contractor damaged pipe | 11-19-00 | Contained on road; probably caused by contractor working in area |
| 31-Mar-01 | 3 Untreated | 1731 Elua Place | Y 2 0 | MH# HS83GH1001 main 6 | G | 914 844 | 942 | 28 | SI | Place on quarterly PM | 6-21-00 | Spill across site; clog between HS83GH1000 & HS83GH1009 |
| 31-Mar-01 | U Untreated | 908 Leighton Street | N | pipe joint 4 | DP | 1125 1057 | 1140 | 15 | SI | Repair line | – | DP=separated pipe |

35264

EXHIBIT 4C

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, 3RD FLOOR • HONOLULU, HAWAII 96813
PHONE: (808) 527-6663 • FAX: (808) 527-6675 • Website:www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



TIMOTHY E. STEINBERGER, P.E.
Acting Director

**CERTIFIED MAIL**

JUL 2 0 2001

EMC 01-403

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention: Mr. Steve Fuller (WTR-7)

Gentlemen:

SUBJECT:    QUARTERLY REPORT FOR THE PERIOD OF April 1, 2001 TO June 30, 2001;
            Ref: United States of America and State of Hawaii v. City and County of Honolulu,
            No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Second Quarter of 2001, as required by the Consent Decree, Section IX, Paragraph B.

This report was prepared by the staff of the Department of Environmental Services with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please feel free to contact Ross Tanimoto from the Division of Environmental Quality at (808) 527-6663.

Sincerely,

TIMOTHY E. STEINBERGER, P.E.
Acting Director

Attachment

cc:    Mr. Marshall Lum, State Department of Health
       Mr. Paul Achitoff, Earth Justice

**35266**

EXHIBIT 4C

# APRIL-JUNE 2001 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
C2=construction damage
CN=new construction
DP=damaged pipe
EFF=effluent
FE=faulty equipment
FM=force main

G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)
NC=noncompliant
OP=operator error
PM=preventive maintenance

PP=paper products
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

SUBD=new subdivision
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP    SI=Sand Island WWTP
KI=Kahuku WWTP    WM=Waimanalo WWTP
KK=Kailua Regional WWTP    WN=Waianae WWTP
Pk=Paalaa Kai WWTP    WW=Wahiawa WWTP

| Date | Discharge Est. Volume (gal) / Treatment Level | Location Facility or Sewer Line | Entered Receiv'g Water Storm Drain Y/N | Volume Removed | Ocean/Stream | S G N S | Discharge Point / Problem Line | C A U S E S | Start/Arrival | Call Rec'd | Stop | Total (min) | T T I B / TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-Apr-01 | 8 / effluent [reuse] | Wahiawa WWTP | N | | | N | pipe (post-chlorination) | CD | 930 | | 950 | 20 | WW | WW Repair pipe | -- | Contractor (Bodell) damaged pipe while excavating |
| 04-Apr-01 | 150 / effluent [reuse] | Wahiawa WWTP | N | | | N | pipe (post-chlorination) | CD | 1115 | | 1200 | 45 | WW | WW Repair pipe | -- | Contractor (electrical) damaged pipe |
| 06-Apr-01 | 3 / Untreated | 2238 Kakuapalema Street | N | | | N | cleanout / lateral 8 | DP G | 833 | 805 | U | U | SI | SI Place on monthly PM | 4-13-90 | Evidence only around cleanout; DP=sag in line |
| 11-Apr-01 | 15 / Untreated | 98-204 Alea Kai Place | N | | | N | cleanout / lateral 8 | PP | 1330 | 1300 | 1345 | 15 | HN | SI Place on 2-week PM | 3-7-01 | M=non-biodegradable paper towels |
| 16-Apr-01 | 2 / Untreated | 2055 Wihelmina Rise | Y 15 15 | | | N | cleanout / lateral 0 | G R | 1550 | 1516 | 1600 | 10 | SI | SI Place on 6-month PM | 5-23-99 | Toilet paper/debris around manhole |
| 16-Apr-01 | U / Untreated | Keimu Loop | N | | | N | cleanout / lateral 0 | U | 1900 | 1822 | 1910 | 10 | HN | HN Place on 6-month PM | 2-28-94 | Evidence only - toilet paper around cleanout |
| 18-Apr-01 | 1 / Untreated | 2261 Tantalus Drive | N | | | N | cleanout / lateral 4 | R | 1546 | 1511 | 1556 | 10 | SI | SI Electric eel lateral; place on 6-month PM | 5-26-98 | Contained/dissipated in easement |
| 20-Apr-01 | U / Untreated | 47-407 Lulani Street | N | | | N | cleanout / lateral 0 | R | 1625 | 1625 | 1650 | 25 | KK | KK Monitor | -- | Evidence only contained/dissipated in backyard |
| 24-Apr-01 | U / Untreated | 99-039 Kaimiki Street | N | | | N | MH# HN20K07200 / main 0 | 3RD | 1600 | 1520 | U | U | HN | HN Repair manhole | -- | Evidence only, 3rd=Board of Water Supply main break inundated system |
| 24-Apr-01 | U / Untreated | 98-983 Hapaki Street | N | | | N | cleanout / lateral 0 | U | 1810 | 1728 | U | U | HN | HN Monitor to determine PM | 5-00 | Evidence only - toilet paper around cleanout |
| 27-Apr-01 | U / Untreated | 631 School Street (North) | N | | | N | cleanout / main 0 | DP | 0800 | | U | U | SI | SI Repair line 4/27/01 | -- | Evidence only, two 2-story homes release cleanout during backups, continue to wash/use water |

35267

EXHIBIT 4C

# APRIL-JUNE 2001 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:
( )=possibly  CD=construction damage  CN=new construction  DP=damaged pipe  EFF=effluent  FE=faulty equipment  FM=force main
G=grease  GT=grit  INT=intersection  M=miscellaneous (see Remarks)  NC=noncompliant  OP=operator error  PM=preventive maintenance
PP=paper products  PVT=private  PWR=power  R=roots  RG=rags  RK=rocks  RP=repair &/or maintenance
SUB()=new subdivision  SUR=surcharge  SW=storm water  TRIB=tributary  U=unknown  UT=untreated

TREATMENT PLANT ABBREVIATIONS:
HN=Honolulu WWTP  KH=Kahuku WWTP  KK=Kailua Regional WWTP  Pk=Paalaa Kai WWTP  SI=Sand Island WWTP  WM=Waimanalo WWTP  WN=Waianae WWTP  WW=Wahiawa WWTP

| Date | Est. Vol. Treated | Untreated | LOCATION / FACILITY or SEWER LINE | Entered Recv'g Water Y/N / Vol(gal) / Recv | SINGS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Time Start / Arrival / Call Rcvd | Stop | Total (min) | TRIB/TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27-Apr-01 | 29 | Untreated | 1949 Saint Louis Drive | N | N | cleanout / main / 6 | R M | 1000 | 1029 | 29 | SI | Place on 4-month PM | 3-16-94 | M=debris |
| 27-Apr-01 | 15 | Untreated | 3442 Kahawai Drive | N | N | MH# SI21AW0449 / main / 6 | G R | 1217 / 1200 | U | U | SI | Monitor, adjust PM | 12-20-00 | Evidence only contained on site |
| 27-Apr-01 | 75 | Untreated | 4028 Koko Drive | N | N | MH# SI21ABC027 / main / 8 | R | 1950 / 1830 | 2020 | 30 | SI | Monitor, adjust PM | ˮ | Contained/percolated in yard |
| 28-Apr-01 | U | Untreated | 1943 Saint Louis Drive | N | N | cleanout / bathtub / toilet - utility room / main / 6 | R | 806 / 747 | 843 | 37 | SI | Place on 4-month PM | 9-20-00 | Contained in unit |
| 28-Apr-01 | 20 | Untreated | INT Pāolo Avenue / Wailoa Avenue | N | N | MH# SI21AG0032 / main / 6 | G R | 1220 / 1169 | 1242 | 22 | SI | Place on 12-month PM | 3-31-99 | Most spill returned to system/evaporated |
| 03-May-01 | U | Untreated | 2160 Saint Louis Drive | N | N | cleanout / lateral / 6 | R | 845 / 721 | 1030 | 105 | SI | Monitor to determine PM | 4-20-98 | Evidence only - toilet paper around cleanout |
| 04-May-01 | 4 | Untreated | 753 Bannister Street | N | N | MH# SI16HA2015 / main / 6 | DP G | 2010 / 1946 | 2120 | 70 | SI | Record not available at this time due to computer problem | ˮ | DP=sag in line |
| 05-May-01 | U | Untreated | 3050 Pacific Heights Drive | N | N | cleanout / lateral / 6 | U | 1710 / 1646 | 1745 | 35 | SI | Monitor | ˮ | |
| 10-May-01 | 24 | Untreated | 4-1248 Huelai Street | Y / 20 / 6 | N | MH# HN05WP0467 / main / 8 | G | 806 / 722 | 810 | 4 | HN | Record not available at this time due to computer problem | ˮ | |
| 10-May-01 | 500 | Untreated | Ahuimanu WWPTF | N | N | valve (surge arrestor relief) | FE | 1900 | 1925 | 25 | KK | Operate surge arrestor manually until repair complete | ˮ | FE=Ahuimanu force main surge arrestor's solenoid valve (installed earlier that day) failed; off-duty operator observed spouting sewage, called SCADA; closed valve; solenoid opened but failed to close |
| 14-May-01 | 5 | Untreated | INT Beretania Street (North) / Aala Street | N | N | MH# SI81CA2003 / main / 10 | DP G | 2055 / 2040 | 2110 | 15 | SI | Vactor flush follow-up 5/5/01 | 2-7-00 | DP=sag in line |

35268

EXHIBIT 4C

# APRIL-JUNE 2001 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

**Legend**

( )=possibly | G=grease | PP=paper products | SUBD=new subdivision
CD=construction damage | GT=grit | PVT=private | SUR=surcharge
CN=new construction | INT=intersection | PWR=power | SW=storm water
DP=damaged pipe | M=miscellaneous (see Remarks) | R=roots | TRIB=tributary
EfF=effluent | NC=noncompliant | RG=rags | U=unknown
FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated
PM=force main | PM=preventive maintenance | (R/M)T=repair &/or maintenance |

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP | SI=Sand Island WWTP
KH=Kahuku WWTP | WM=Waimanalo WWTP
KK=Kailua Regional WWTP | WN=Waianae WWTP
Pk=Paalaa Kai WWTP | WW=Wahiawa WWTP

| Date | Est. Vol (gal) | Treatment Level | Location / Facility or Sewer Line | Storm Drain Y/N | Vol Removed | Ocean/Stream | Discharge Point | Problem Line | Causes | Start/Call Rcvd | Arrival | Stop | Total (min) | TRIB/TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-May-01 | 700 | Untreated | Kahuku WWTP | N | | | pipe | main 15 | CD | 1200 | 1400 | | 120 | KH | Contractor set up bypass system (manholes on both sides of damaged line), complete repair 5/16/01- return line to service | -- | CD=Trenchless Engineering Corp damaged line while directional drilling/pulling back 16" reamer, contained in trench |
| 16-May-01 | 10 | Untreated | 94-129 Poailani Circle | N | | | cleanout | lateral | G | 1715 | 1745 | U | U | HN | Monitor | -- | Seepage, most spilled when cleanout opened to release blockage in 4" lateral; contained on driveway/ along curbside |
| 23-May-01 | U | Untreated | 99-052 Moanalua Road | N | | | lateral | lateral 6 | U | 1642 | 1715 | U | U | HN | Monitor | -- | Evidence only contained in yard |
| 24-May-01 | 10 | Untreated | 1423 Emerson Street | N | | | cleanout | lateral 6 | R | 1715 | 1735 | 1800 | 25 | SI | Place on 12-month PM | 4-18-99 | Seepage contained in parking garage |
| 31-May-01 | 4 | Sludge (digested) | Waimanalo WWTP | N | | | truck (discharge valve) | | OP | 1715 | 912 | 913 | | WM | Advise driver to pre-check vehicle carefully before leaving baseyard | -- | OP=driver did not secure discharge valve before filling tanker |
| 02-Jun-01 | 10 | Untreated | 2252 Ala Mahamoe Street | N | | | MH# S113FA1096 | main 6 | G R | 830 | 830 | 840 | 10 | SI | Monitor (record temporarily unavailable) | -- | No disinfection- stream nearby; main in easement at back of property alongside gulch |
| 02-Jun-01 | 30 | Untreated | 2915 Lauoha Place | N | | | MH# SI21AA0140 | main 6 | R | 1528 | 1600 | 1630 | 30 | SI | Place on 3-month PM | 7-3-00 | Percolated into ground |
| 03-Jun-01 | 1,200 | Untreated | 1716 Lihipali Place | N | | | MH# SI21AA0314 | main 6 | R DP | 1657 | 1740 | 1913 | 93 | SI | Adjust PM, consider line repair (record temporarily unavailable) | -- | DP=offset (joint excess seepage flowed down hillside; M Tanji, DOH, waived warning signs/news release since spill did not reach State waters / no threat to public |
| 04-Jun-01 | 10 | Untreated | 529 Molanai Place | N | | | cleanout | main 6 | R | 1850 | | 1005 | 15 | RK | Follow up rodding, CCTV inspect, monitor | -- | Contained near driveway/percolated into ground; cleanout opened by complainant |
| 05-Jun-01 | 30 | Untreated | 2115 Eheu Street | N | | | MH# SI06GD2301 | main 8 | RK GT | 1505 | 1646 | 1700 | 15 | RK GT | Monitor, adjust PM (record temporarily unavailable) | -- | Seepage from cover mixed with rain runoff |
| 05-Jun-01 | 150 | Untreated | 4208 Keliai Place | Y | 150 0 | Nuuanu Stream | MH# SI86AA2029 | main 15 | R | 1530 | 1605 | 1620 | 15 | SI | Monitor, adjust PM (record temporarily unavailable) | -- | Heavy rain; no monitoring per DOH |

35269

EXHIBIT 4C

# APRIL-JUNE 2001 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

G=grease
GT=grit
INT=intersection
Mr=miscellaneous (see Remarks)
NC=noncompliant
OP=operator error
PM=preventive maintenance
CD=construction damage
CN=new construction
DP=damaged pipe
EFF=effluent
FE=faulty equipment
FM=force main

PP=paper products
PVT=private
PWR=power
R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance

SURD=new subdivision
SUR=surcharge
SW=storm water
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**

HN=Honouliuli WWTP    SI=Sand Island WWTP
KH=Kahuku WWTP    WM=Waimanalo WWTP
KK=Kailua Regional WWTP    WN=Waianae WWTP
PK=Paniau Kai WWTP    WW=Wahiawa WWTP

| Date | Discharge Est. Volume (gal) | Treatment Level | Entered Recv'g Water Y/N – Storm Drain Vol./Removed | Ocean/Stream | Location Facility or Sewer Line | SINS | Discharge Point | Problem Line | Cause | Call Recd | Arrival | Start | Stop | Total (min) | TRIB/TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-Jun-01 | 300 | Unitreated | Y 300/0 | Nuanu Stream | 2400 Pacific Heights Road | Y | MH# S/21AK0081 | main 8 | R | 1750 | 1714 | | 1805 | 15 | SI | Place on monthly PM | 2-15-01 | Heavy rain; no monitoring per DOH |
| 07-Jun-01 | 25 | Sludge (aerobic) | N | | Kahuku VWWTP | N | truck | | OP | 1001 | | | 1001 | 1 | KH | Truck driver admonished to pay closer attention to task | — | Driver overfilled truck w/ aerobic sludge; spilled onto plant driveway |
| 10-Jun-01 | 40 | Unitreated | Y 5/0 | | 1423 Emerson Street | N | cleanout | main 8 | R | 1354 | 1343 | | 1458 | 48 | SI | CCTV inspect to determine/correct problem | 5-24-01 | Most spill contained/returned to system |
| 11-Jun-01 | 50 | Unitreated | N | | 98-103 Kanuku Street | N | cleanout | lateral 6 | G | 1102 | 1036 | | 1104 | 2 | HN | Monitor to revise PM | 1-10-01 | Sample rejected by Lab - not iced properly |
| 12-Jun-01 | 15 | Unitreated | N | | 99-147 Mikalemi Street | N | manhole | main 4 | G | 1420 | 1310 | | 1510 | 50 | HN | Monitor (last cleaned record temporarily unavailable) | — | |
| 13-Jun-01 | 5 | Unitreated | N | | Kailua Regional WWTP | N | barscreen compactor | | FE | U | | | 2330 | U | KK | Order parts & submit work order to repair unit | — | Bar Screen #1 plugged with grit, causing wash water spill onto ground |
| 14-Jun-01 | 40 | Unitreated | N | | 1948 Alalea Street | N | cleanout | main 8 | U | 1145 | 1142 | | 1215 | 30 | SI | Record temporarily unavailable | — | Contained in yard/basement |
| 16-Jun-01 | 5 | Unitreated | N | | INT Coolidge Street / Isenberg Street | N | main 8 | pipe | G RG | 1047 | 1030 | | 1111 | 24 | SI | Record temporarily unavailable | — | |
| 19-Jun-01 | 5 | Secondary | N | | Kahuku WWTP | N | force main 10 | | CN | 1800 | | | 1815 | 15 | KH | Turn off pumps, install thicker gaskets | — | Gaskets leaked when contractor (Trenchless Engineering Corp) connected new force main to existing |
| 20-Jun-01 | 115 | Unitreated | N 110 | | 99-040B Upaopalu Drive (across street from) | N | pipe | main 8 | G GT | 1005 | 917 | | 1155 | 110 | HN | Monitor to revise PM, pump out basement | 7-7-00 | Grit heavy; seepage from basement of abandoned house |
| 22-Jun-01 | U | Unitreated | N | | 209 Kawaan Avenue | N | cleanout | lateral 4 | R | 2200 | 2125 | | U | U | SI | Follow up with electric eel, monitor | 4-2-94 | Evidence only around cleanout |

35270

**EXHIBIT 4C**

# APRIL–JUNE 2001 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

| Abbreviation key |
|---|
| ( )=possibly |
| CD=construction damage |
| CN=new construction |
| DP=damaged pipe |
| EFF=effluent |
| FE=faulty equipment |
| FM=force main |
| G=grease |
| GT=grit |
| INT=intersection |
| M=miscellaneous (see Remarks) |
| NC=noncompliant |
| OP=operator error |
| PM=preventive maintenance |
| PP=paper products |
| PvT=private |
| PWR=power |
| R=roots |
| RG=rags |
| RK=rocks |
| RP/MT=repair and/or maintenance |
| SUBD=new subdivision |
| SUR=surcharge |
| SW=storm water |
| TRIB=tributary |
| U=unknown |
| UT=untreated |

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP  SI=Sand Island WWTP
KH=Kahuku WWTP  WM=Waimanalo WWTP
KK=Kailua Regional WWTP  WN=Waianae WWTP
PK=Paalaa Kai WWTP  WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER / STORM DRAIN Y/N (Volume Removed / Ocean/Stream) | S-I-G-N-S | DISCHARGE POINT / PROBLEM LINE | CAUSES | Start | Stop | Total (min) | Arrival | Call Rcvd | T-R-I-B / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-Jun-01 | 10 / Unitreated | 1847 Kualono Street (1847A isto) | N | N | cleanout / lateral 0 | R | 837 | 840 | 3 | | 807 | SI | Follow up with electric eel; monitor | 3-8-93 | Leak from cap |
| 23-Jun-01 | 3 / Unitreated | 758 Ilana Street | N | N | cleanout / lateral 0 | U | 1410 | 1430 | 20 | | 1330 | KK | CCTV inspect & electric eel; monitor | -- | Contained |
| 24-Jun-01 | 0.5 / Unitreated | 94-065 Waipahu Depot Road | N | N | cleanout / lateral 0 | G | 1228 | 1235 | ? | | 1137 | HN | Monitor | 7-6-97 | Spilled when cleanout opened; contained |
| 24-Jun-01 | 15 / Unitreated | 320 Keaeloa Lane | N | N | cleanout / lateral 0 | R | 1320 | 1321 | 1 | | 1240 | SI | Follow up with electric eel; monitor | -- | Spilled when cleanout opened; most returned to system |
| 26-Jun-01 | 200 / Unitreated | INT Queen Street / Kamekele Street | N | N | MH# SI21AJ0075 B | G M | 830 | 844 | 14 | | 815 | SI | Construction problem requires new manhole (record temporarily unavailable) | -- | M=Heavy debris in line |
| 27-Jun-01 | 20 / Unitreated | Kailua Regional WWTP | N | N | grit washer/classifier #2 | FE | U | 500 | U | | | KK | Secure unit; submit work order to repair unit | -- | Spill leaked from bottom of unit/contained in building |
| 30-Jun-01 | 1 / Unitreated | 909 Leighton Street | N | N | pipe 4 | DP | 1340 | 1355 | 15 | | 1315 | SI | DP=temporary floating line; repair line, adjust PM | 1-31-01 | DP=temporary floating line |

35271

EXHIBIT 4C

*Huuxuicy*

DEPARTMENT OF ENVIRONMENTAL SERVICES
**CITY AND COUNTY OF HONOLULU**
650 SOUTH KING STREET, 3RD FLOOR  HONOLULU, HAWAII 96813
PHONE: (808) 527- 6663 • FAX: (808) 527-6675 • Website: www.co.honolulu.hi

*Mayor*

*file*

JEREMY HARRIS
Mayor



TIMOTHY E. STEINBERGER, P.E.
Acting Director

FRANK J. DOYLE, P.E.
Deputy Director

**CERTIFIED MAIL**

OCT 16 2001

EMC 01-587

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Attention:  Mr. Steve Fuller (WTR-7)

Gentlemen:

SUBJECT:     QUARTERLY REPORT FOR THE PERIOD OF July 1, 2001 TO September 30, 2001;
              Ref: United States of America and State of Hawaii v. City and County of Honolulu,
              Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Third Quarter of 2001, as required by the Consent
Decree, Section IX, Paragraph B.

This report was prepared by the staff of the Department of Environmental Services with assistance from
consultants that are involved in the Consent Decree programs.  As such, we provide the following certification,
pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under
> my direction or supervision in accordance with a system designed to assure that qualified
> personnel properly gathered and evaluated the information submitted.  Based on my
> inquiry of the person or persons who manage the system, or those persons directly
> responsible for gathering the information, the information submitted is, to the best of my
> knowledge and belief, true, accurate, and complete.  I am aware that there are significant
> penalties for submitting false information, including the possibility of fine and
> imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please feel free to contact Ross Tanimoto from
our Division of Environmental Quality at (808) 527-6663.

Sincerely,

TIMOTHY E. STEINBERGER, P.E.
Acting Director

Attachment

cc:     Mr Marshall Lum, State Department of Health
        Mr. Paul Achitoff, Earth Justice

RECEIVED
10-16-01

35273

EXHIBIT 4C

# JULY-SEPTEMBER 2001 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=constuction damage
CN=new construction
DP=damaged pipe
FE=faulty equipment
FM=force main
G=grease

GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=rocks
RG=rags

RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP
KK=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N Volume Recovered Ocean/Stream | S N S | DISCHARGE POINT PROBLEM LINE | C A U S E S | ESTIMATED DURATION Time Arrival/Call/Rcvd | Start/Stop | Total (min) | T R I B / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Jul-01 | 10 | Untreated | 1423 Chalobe Street | N | N | cleanout lateral 6 | R | 1555 1600 | 1600 150 | 5 | SI | Monitor w/ follow up cleaning & revise PM (last cleaned record unavailable) | | Leak from cleanout cover, spilled when cleanout cap removed |
| 03-Jul-01 | 100 | Untreated | 99-164 Kuliaboa Street | Y 75 0 (Pearl Harbor) | N | MH# HN296XBO300 main 15 | G RG | 1815 1730 | 1840 | 26 | HN | Monitor to revise PM | 12-19-98 | Seeped from cover |
| 03-Jul-01 | U | Untreated | 2226 Seaview Drive | N | N | pipe 6 | DP | 1005 945 | U | U | SI | Repair line (last cleaned record temporarily unavailable) | | Evidence only - foul odor at wall |
| 06-Jul-01 | 45 | Untreated | 1124 C 7th Avenue | N | N | main 6 | G | 910 856 | 920 | 10 | SI | Monitor (last cleaned record unavailable) | | Contained in paved parking lot |
| 07-Jul-01 | 10 | Untreated | 227 Kaihi Street | N | N | lateral 6 | U | 950 930 | U | U | SI | Monitor | | Evidence only near cleanout dissipated |
| 09-Jul-01 | U | Untreated | 227 Kaihi Street | N | N | cleanout lateral 6 | PP | 800 715 | U | U | SI | Monitor | | Evidence only contained on site. PP=toilet paper blockage in bend in 4" line |
| 12-Jul-01 | 75 | Untreated | 254 Elelupe Road | N | N | main 8 | G | 1745 1716 | 1800 | 15 | SI | Follow up PM monitor | 9-22-99 | Contained in yard/dissipated |
| 18-Jul-01 | 10 | Unlreated | 1867 Laukahi Street | N | N | cleanout main 4 | R (DP) | 900 754 | 920 | 20 | SI | CCTV inspect, monitor | 9-29-00 | (DP)=possible separation of service line |
| 24-Jul-01 | U | Untreated | 99-1055 Owaa Street | N | N | cleanout 6 | U | 1200 1130 | U | U | SI | Monitor | | Evidence only contained/dissipated on site |
| 31-Jul-01 | U | Untreated | 72 Kawananakoa Place | N | N | cleanout lateral 6 | R | 155 38 | 235 | 40 | HN SI | Follow up w/ electrive cell monitor | | Evidence around cleanout contained/dissipated on site |

35274

EXHIBIT 4C

# JULY-SEPTEMBER 2001 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
CN=new construction
DP=damaged pipe
FE=faulty equipment
FM=force main
G=grease

GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Prel=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags

RK=rocks
RPJM=repair &/or maintenance
S=secondary-treated
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Y/N / S-G-S | DISCHARGE POINT / PROBLEM LINE | CAUSE | Start/Recvd | Stop | Total (min) | TRIB/TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Aug-01 | 10 | Untreated | 2911 Lauolia Place | N | cleanout | U | 1555 / 1515 | 1555 | 0 | SI | Follow up electric eel/prop scout; monitor | 9-8-96 | |
| 05-Aug-01 | 10 | Untreated | 98-1402 Kuluwai Street | N | cleanout / lateral 6 | U | 1325 / 1255 | 1335 | 10 | HN | Monitor | :: | Intermittent/contained/dissipated on site, sample improperly refrigerated |
| 08-Aug-01 | U | Untreated | 1306 Hooli Circle | N | cleanout / lateral 6 | U | 2000 / 1907 | 2015 | 15 | HN | Monitor | :: | Percolated into ground |
| 07-Aug-01 | U | Untreated | 1038 Mokapu Boulevard | N | cleanout / lateral 6 | R M | 1015 / 957 | 1200 | 105 | KK | Check history, follow up PM, monitor | :: | M=debris |
| 08-Aug-01 | U | Untreated | 3881 Poka Street | N | MH# SI41AN0007 / main 6 | R | 846 / 817 | 846 | 0 | SI | Follow up PM frequency, monitor | 10-16-98 | Evidence around manhole |
| 09-Aug-01 | 150 | Untreated | 1893 Laiea Place | N | MH# SI41C00048 / main a | R | 840 / 810 | 935 | 55 | SI | Monitor | :: | Percolated into ground near manhole & 1893 Laiea Place |
| 09-Aug-01 | 10 | Untreated | 45-411 Meakaua Street | N | MH# KK30DC3119 / main B (DP) | G M | 1315 / 1300 | 1340 | 25 | KK | Monitor to revise PM | 10-1-98 | M=debris, DP=rags |
| 13-Aug-01 | 15 | Untreated | 1865 Owawa Street | N | cleanout / lateral 5 | U (DP) | 1720 / 1630 | 1735 | 15 | SI | Monitor | 9-21-97 | Owner opened cleanout, puddled waste along roadside returned to system |
| 14-Aug-01 | 5 | Untreated | 5431 Panolo Place | N | MH# SI41CN0152 / main 6 | M | 835 / 820 | 846 | 10 | SI | TV main, monitor | :: | M=debris, contained on site |
| 14-Aug-01 | U | Untreated | 3556 Alohea Avenue | N | cleanout / lateral 6 | R | 1700 / 1635 | U | U | SI | Clean lateral, place on PM if needed, monitor | :: | Evidence only around cleanout |

35275

EXHIBIT 4C

# JULY-SEPTEMBER 2001 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
CN=new construction
DP=damaged pipe
FE=faulty equipment
FM=force main
G=grease

GT=grit
H=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Pre=preliminary-treated
PT=partially-treated
PVT=private
PWM=power
R=rocks
RG=rags

RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated
SWSUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gall) / Level / Treatment | Location Facility & Sewer Line | Storm Drain Y/N | Vol. | Removed | Ocean/Stream | S G N S | Problem Line | Cause | Rcvd | Arrival/Call | Stop | Total (min) | T R I B / TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-Aug-01 | 20 / Untreated | 1216 Wilder Avenue | N | | | | N | cleanout | G | 1850 | 1932 | 1959 | 9 | SI | Check/adjust PM, monitor | | Puddled along curbside |
| 18-Aug-01 | 300 / Untreated | 141 Dowsett Avenue | N | 250 | 0 | Nuuanu Stream | N | MH# SI21AK0323 main 10 | R | 940 | 923 | 1010 | 20 | SI | Check frequency, adjust to 3-month PM if needed, monitor | 11-6-00 | |
| 19-Aug-01 | 45 / Untreated | 1934 Lusitana Street | N | | | | N | MH# SI21AK0050 main 6 | G | 1655 | 1625 | 1745 | 50 | SI | Follow up PM, revise if needed to 6-month, monitor | 2-29-00 | Contained on roadside |
| 21-Aug-01 | U / Untreated | 92-564 Palailai Street | N | | | | N | MH# HN01MA0501 main 6 | R | 2000 | 1906 | 2035 | 35 | HN | Monitor to revise PM | 6-29-01 | Manhole buried; ground wet |
| 23-Aug-01 | 13 / Untreated | 1017 King Street (North) | N | | | | N | cleanout lateral 6 | G GT RK | 950 | 900 | 1015 | 25 | SI | Place on 3-month PM | 1-5-01 | Another open cleanout near building used as storm water drainage; puddled at end of driveway |
| 23-Aug-01 | U / Untreated | 2371 Saint Louis Drive | N | | | | N | MH# SI21AZ0215 main 6 | G | 1225 | 1200 | 1305 | 40 | SI | Follow up PM, monitor | 9-18-00 | Contained around manhole |
| 27-Aug-01 | 5 / Untreated | 331A Kapiolani Place | Y | 2 | 0 | | N | cleanout lateral 6 | RK GT | 834 | 802 | 915 | 41 | SI | Monitor | | Backlog sewage spilled when cleanout opened |
| 28-Aug-01 | 10 / Untreated | 2911 Laodha Place | N | | | | N | cleanout lateral 6 | R M | 1855 | 1635 | 2300 | 245 | SI | CCTV & electric cel; monitor | | |
| 31-Aug-01 | 15 / Untreated | 2122 King Street (North) | Y | 5 | 0 | | N | MH# SI82OK1500 main 6 | G | 830 | 739 | 830 | 5 | SI | Place on annual PM | 4-30-99 | M=mud |
| 04-Sep-01 | U / Untreated | B32 Kailua Road (Kailua Pump Station) | N | | | | N | Truck (waste hauler) [PVT] (OP) | U | 800 | | U | U | KK | City crew cleaned spill | | Private or city waste hauler missed discharge manhole by 5'; reported by 3rd party waste hauler |

35276

EXHIBIT 4C

# JULY-SEPTEMBER 2001 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
CN=new construction
OP=damaged pipe
FE=faulty equipment
FM=force main
G=grease

GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Prei=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags

RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS:
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paniau Kai WWTP
SI=Sand Island WWTP
VM=Waimanalo WWTP
VN=Valanae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTER'G RECEIV'G WATER Y/N — Storm Drain Volume Returned | Ocean/Stream | S-G-S | DISCHARGE POINT PROBLEM LINE | CAUSES | EST. DURATION Start Time/Call/Rcved | Arrival | Stop | Total (min) | T-R-I-B TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-Sep-01 | 40 | Untreated | 748A Aikina Street | N | | N | MH# SI41CN0216 / main 6 | R | 1545 / 1500 | | 1635 | 50 | SI | Follow up on frequency; adjust PM | -- | Contained around manhole |
| 04-Sep-01 | 25 | Untreated | 98-1426 Kolwai Street | N | | N | cleanout / lateral 6 | R | 1835 / 1810 | | 1850 | 15 | HN | Monitor | -- | Contained around cleanout |
| 05-Sep-01 | 20 | centrate | Kailua Regional WWTP | Y 2 0 | | N | truck | OP | 745 / 745 | | 746 | 1:KK | | Hose spill back to truck bay | -- | Original spill report did not state spill entered storm drain so L Stoddard said letter not required |
| 05-Sep-01 | 75 | Untreated | 2044 9th Avenue | N | | N | MH# SI21AX0164 / main 6 | DP | 1200 / 1130 | | 1330 | 90 | SI | Repair main | 2-15-01 | DP caused by undermining of manhole area |
| 06-Sep-01 | 3 | Untreated | 408 Kuakini Street (North) | Y 3 3 | | N | cleanout 6 | DP G | 815 / 815 | | 818 | 3 | SI | CCTV, repair monitor | 9-30-99 | |
| 07-Sep-01 | U | Untreated | 1243 Luna Place | N | | N | MH# SI21AJ0701 / main 6 | R | 812 / 755 | | U | U | SI | Monitor, revise PM | 7-10-01 | Evidence only around manhole |
| 07-Sep-01 | 3 | Untreated | 750 9th Avenue | N | | N | cleanout / lateral 4 | U | 920 / 800 | | 920 | 20 | U | CCTV, monitor | 5-29-00 | Contained in yard |
| 09-Sep-01 | 200-300 | sludge liquid | Honolulu WWTP | N | | N | decant tank | FE | 2030 | | 2050 | 20 | HN | Restart pump initially, replace pump | -- | Pump transferring decant tank (DT#1) overflow and centrate to DT #2 failed |
| 12-Sep-01 | 50 | Untreated | 3015 Woolsey Place | N | | N | pipe / main 6 | DP | 1725 / 1700 | | 1740 | 15 | SI | Repair line; check rest of floating line | 11-16-98 | Joint leak |
| 12-Sep-01 | 20 | Untreated | 3323 Kahawalu Drive | N | | N | cleanout / lateral | R | 1830 / 1815 | | 1840 | 10 | SI | Follow up lateral cleaning; schedule PM monitor | 5-2-95 | |

35277

EXHIBIT 4C

# JULY-SEPTEMBER 2001 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
CN=new construction
DP=damaged pipe
FE=faulty equipment
FM=force main
G=grease

GT=grit
H=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
Pre=preliminary-treated
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags

S=secondary-treated
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

RK=rocks
RP/MT=repair &/or maintenance

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
Pk=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY of SEWER LINE | ENTERED RECEIVG WATER STORM DRAIN Y/N | Volume Removed | Ocean/Stream | S G N S | DISCHARGE POINT PROBLEM LINE | C A U E S | Time Start/Arrival/Call/Recd | Stop | Total (min) | T R I B TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-Sep-01 | 1 | | 2331 Kuahea Street | N | | | N | pipe main 8 | DP | 13:00 / 1100 | 1335 | 35 | SI | Line to be repaired/rehabilitated | 9-12-01 | Crack in road |
| 14-Sep-01 | 100 | Untreated | Kailua Regional WWTP | N | | | N | grit equipment | OP | 1425 | 1430 | 5 | KK | New procedure - only operators (instead of maintenance crew) to shut down equipment during maintenance | | Magin removal equipment, shut down for repairs, returned to service by operator (maintenance crew failed to open valve), spill on road leading to pretreatment facility |
| 14-Sep-01 | 25 | Untreated | 1176 Sand Island Parkway | N | | | N | cleanout lateral 6 | U | 1545 / 1520 | 1555 | 10 | SI | Monitor | | Spilled when cleanout opened contained around cleanout |
| 17-Sep-01 | 25 | Untreated | 1289 Kapiolani Boulevard / Pikoi Street | N | | | N | cleanout lateral 4 | G | 2020 / 2020 | 2040 | 10 | SI | Monitor PM frequency | 11-21-88 | |
| 19-Sep-01 | 100 | Untreated | 94-695 Waipahu Street | N | | | N | MH# HN05WP0171 main 10 | G R | 850 / 830 | 910 | 20 | HN | Monitor, future project to rehabilitate/ replace lines | | Contained |
| 19-Sep-01 | 90 | Untreated | INT Ulune Street / Wiliko Street 96-230 | Y | 20 0 | | N | MH# HN26XJ1002 main 8 | G | 1620 / 1545 | 1710 | 50 | HN | Monitor, revise PM | | |
| 23-Sep-01 | 250 | Untreated | 1303 Noelani Place | Y | 220 0 | | N | MH# HN24XA3265 main 10 | G R | 956 / 925 | 1028 | 32 | HN | Revise PM to 6 month frequency | 6-30-00 | Channel dry/inaccessible |
| 30-Sep-01 | 15 | Untreated | 610 Wyllie Street | N | | | N | cleanout lateral 6 | U | 919 / 900 | 924 | 5 | SI | Follow up cleaning, CCTV monitor | 2-7-97 | |

35278

EXHIBIT 4C

DEPARTMENT OF ENVIRONMENTAL SERVICES
**CITY AND COUNTY OF HONOLULU**
650  SOUTH KING STREET, 3RD FLOOR  HONOLULU, HAWAII 96813
PHONE: (808) 527-6663 • FAX: (808) 527-6675 • Website: www.co.honolulu.hi

JEREMY HARRIS
Mayor



TIMOTHY E. STEINBERGER, P.E.
Director

FRANK J. DOYLE, P.E.
Deputy Director

**CERTIFIED MAIL**

**JAN 2 2 2002**

EMC 02-27

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention:  Mr. Steve Fuller (WTR-7)

Gentlemen:

Subject:    Quarterly Report for the Period of October 1, 2001 to December 31, 2001
            Ref: United States of America and State of Hawaii v. City and County of Honolulu
            Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Fourth Quarter of 2001, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs.  As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please feel free to contact Ross Tanimoto from our Division of Environmental Quality at (808) 527-6663.

Sincerely,

TIMOTHY E. STEINBERGER, P.E.
Director

Attachment

cc:    Mr. Marshall Lum, State Department of Health
       Mr. Paul Achitoff, Earth Justice
       Fukunaga and Associates (Fukunaga & Associates Inc./1388 Kapiolani Boulevard,
       2nd Floor/Honolulu, HI 96814/Attn.: Mr. Jon Nishimura)

**A 010169**

EXHIBIT 4C

# OCTOBER-DECEMBER 2001 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

I=possibly
C=chlorinated
CD=construction damage
CN=new construction
DP=damaged pipe
EFF=effluent
FE=faulty equipment

FM=force main
G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags

R=rocks
RPM=repair &/or maintenance
S=secondary-treated
SL=sludge
SUBID=new subdivision
SWSUR=storm water and/or surcharge
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP
KK=Kailua Regional WWTP
KH=Kahuku WWTP
SI=Sand Island WWT
WN=Wahiawa WWTP
PK=Paalaa Kai WWTP
WM=Waimanalo WWTP
WA=Waianae WWTP

| Date | Est. Volume (gal) | Treatment Level | Location Facility or Sewer Line | Entered Receiving Water Y/N | Volume Removed | Discharge Point / Problem Line | Causes | Call | Arrival/Rcvd | Stop Rcvd | Total (min) | TRIB TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Oct-01 | 870 | Untreated | 94-695 Waipahu Street | N | | MH HN05WP0173 main 12 | G RG | | 0905 | 1003 | 58 | HN | Line replacement in planning; monitor/clean as needed | -- | Contained in grass & under building |
| 02-Oct-01 | 130 | Untreated | 2012 Oswald Street | N | | pipe 8 | R | 1850 | 1920 | 2130 | 130 | SI | Check/adjust PM; monitor | 9-20-00 | Contained under house |
| 04-Oct-01 | 40 | Untreated | 355 Ilimano Place | N | | cleanout 6 / lateral 6 | R | 0842 | 1020 | 1050 | 30 | KK | Monitor | -- | Gushed out when cleanout cap removed; spill contained/percolated in trench |
| 05-Oct-01 | 50 | Untreated | 320 Kaeeloa Place | N | | cleanout 6 / lateral 6 | R | 1020 | 1035 | 1055 | 20 | SI | Follow up electric eel & roobc; monitor | -- | Spilled onto gravel/grass when cleanout opened |
| 08-Oct-01 | 25 | Untreated | 411 King Street (North) | Y | 25 / 0 | cleanout 6 / lateral 6 | G | 0230 | 0435 | 0450 | 15 | SI | Line previously repaired; possible sag; monitor | 9-29-00 | |
| 10-Oct-01 | 50 | Untreated | 1421 8th Avenue | N | | pipe 6 / lateral 6 | mud | 2015 | 2130 | 2405 | 155 | SI | Follow up electric eel & CCTV; monitor | -- | Contained/percolated in trench |
| 12-Oct-01 | U | Untreated | 98-159 Olepe Loop | N | | MH HN25Y80700 main 15 | G | 1230 | 1245 | U | U | HN | Monitor/clean as needed; lines sagging | 5-10-01 | Evidence only |
| 12-Oct-01 | 40 | Untreated | 900 Punahou Street | Y | 10 / 0 | MH SI226B7516 main 6 | G | 1625 | 1645 | 1705 | 20 | SI | Place on monthly PM; monitor | 6-11-01 | Noncompliant - did not meet 5-day written report requirement |
| 14-Oct-01 | 10 | Untreated | 1960 Nalo Street | N | | cleanout 6 / lateral 6 | DP | 1105 | 1128 | 1415 | 167 | SI | Repair line | 7-30-99 | |
| 15-Oct-01 | 100 | Untreated | 2370 Tantalus Drive | N | | pipe 8 | G | 1605 | 1530 | 1700 | 90 | SI | Follow up PM; monitor | 9-19-01 | |
| 16-Oct-01 | 100 | secondary | Wahiawa WWTP | N | | manhole 8 | FE | | 1015 | 1020 | 5 | WW | Contractor increased tension on counterweight pulley as temporary measure; request contractor replace or repair level controller (under warranty) | -- | Reported chronic after 3rd spill (10/16/01) in 3 mos; FE=sec eff pump sta level controller malfunction backed up influent to manhole; spill contained/disinfected in new construction excavation pit |

A 010203

EXHIBIT 4C

Case 1:04-cv-00463-DAE-BMK   Document 178-11   Filed 05/20/2008   Page 23 of 27

( )=possibly
[C]=chlorinated
CD=construction damage
CM=new construction
DP=damaged pipe
EFF=effluent
FE=faulty equipment

PM=preventive maintenance
PP=paper products
PT=partially-treated
PVT=private
PWR=power
R=rocks
RG=regs

FM=force main
G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

R=rocks
RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SS=sewer spill
SUB=new subdivision
SW/SUP=storm water and/or surcharge
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KK=Kailua Regional WWTP
KH=Kahuku WWTP
SI=Sand Island WWTP
WN=Waianae WWTP
PK=Paalaa Kai WWTP
WM=Waimanalo WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVG WATER / STORM DRAIN (Y/N, Volume Removed, Ocean/Stream) | S/O/N/S | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION (Start / Stop / Rcvd / Total min) | TRIB (TP) | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-Oct-01 | 500 / Secondary [chlorinated] | Waimanalo WWTP | N | N | cleanout | RPMT | 1610 / 1618 / — / 8 | WM | Replace cap | — | Effluent well sand bed drain line cleanout cap cracked during cleaning; 400 gal contained in-plant, 100 gal flowed 3 feet outside plant |
| 16-Oct-01 | 200 / secondary | Wahiawa WWTP | N | N | manhole 4 | FE | 0400 / 0420 / — / 20 | WW | Contractor installed second float sys to override malfunction of Healy Ruff system by activating pumps | — | Reported chronic after 3rd spill (10/16/01) in 3 mos; FE=sec eff pump sta level controller malfunction backed up influent to manhole; spill contained/disinfected in new construction excavation pit |
| 16-Oct-01 | 95 / Untreated | 91-911 Mailani Street | Y 25 0 | N | cleanout lateral 4 | DP | 2055 / 2020 / 2415 / 200 | HN | Repair line 10/17/01 | — | Dirt/leaves in storm drain |
| 17-Oct-01 | 4 / Untreated | 99-920 Iwaena Street | Y 2 0 I | N | cleanout lateral 6 | U | 1040 / 0958 / U / U | HN | Remove spill from storm drain; monitor | — | Evidence - ponding on roadway |
| 17-Oct-01 | 400 / Untreated | 98-745 Holoai Street | Y 300 I / Alea Stream | N | MH HN25X/2950 main 8 | R | 1955 / 1920 / 2150 / 115 | HN | Place on 6-month PM | 9-30-00 | Could not monitor dry stream |
| 18-Oct-01 | 30 / Untreated | 2857 Von Hamm Place | N | N | cleanout lateral 6 | R | 1530 / 1520 / 1605 / 35 | SI | Follow up electric eel; monitor | — | Percolated around cleanout |
| 20-Oct-01 | 5 / Untreated | 2423 Nihi Street | Y 5 0 I | N | cleanout main 6 | G DP | 1429 / 1400 / 1438 / 9 | SI | Revise PM to 3-month | 4-6-00 | DP=sag |
| 21-Oct-01 | U / Untreated | 2407 Nihi Street | N | N | cleanout lateral 6 | [M] | 1208 / 1046 / U / U | SI | Revise PM to 3-month | 4-4-00 | Evidence only; [M]=possibly from blockage at 2423 Nihi St |
| 22-Oct-01 | 15 / Untreated | 41-221 Kauholokahiki Street | N | N | cleanout lateral 6 | M DP | 1125 / 1040 / 1127 / 2 | WM | Private owner (Hawaiian Homes) to repair line | — | DP=sag @ bend; M=debris & cleanout cap off |
| 22-Oct-01 | 25 / Untreated | 45-204 Koa Kahiko Place | N | N | cleanout lateral 6 | DP | 1835 / 1800 / 1845 / 10 | KK | Follow up electric eel; monitor | — | DP=broken piece of cleanout cap; contained around cleanout |
| 24-Oct-01 | 250 / Untreated | 2128 Kealoha Place | N | N | cleanout main 6 | G R RG | 0845 / 0833 / 0950 / 65 | SI | Place on 3-month PM | 5-31-01 | Contained in yard, washroom, under house |
| 26-Oct-01 | 25 / Untreated | 2312 Kamehameha Hwy | N 25 0 / Kalihi Stream | N | pipe main 8 | G | 1030 / 0953 / 1120 / 50 | SI | Place on 6-month PM | — | Leaked through wall |

A 010204
EXHIBIT 4C

**Legend**

( )=possibly
[C]=chlorinated
CD=construction damage
CO=new construction
DP=damaged pipe
EFF=effluent
FE=faulty equipment

FM=force main
G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags

RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SUBD=new subdivision
SW/SUR=storm water and/or surcharge
U=unknown

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KK=Kailua Regional WWTP
KH=Kahuku WWTP
SI=Sand Island WWTP
WN=Waianae WWTP
PK=Paalaa Kai WWTP
WM=Waimanalo WWT
WW=Wahiawa WWTP

| Date | Est. Vol. (gal) | Treatment Level | Location (Facility # or Sewer Line) | Entered Recv'g Water/Storm Drain Y/N | Vol. Removed | Crossed Stream | S G N S | Discharge Point / Problem Line | C A U S E | Start | Stop | Actual Call/Flow | Total (min) | T R I B | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30-Oct-01 | 150 | Untreated | 547 Maono Loop | N | | | N | MH SI41COP0054 / main / 8 | R | 1555 | 1645 | 1505 | 50 | SI | Follow up cleaning; check PM schedule | - | Flowed/dissipated down ridge |
| 31-Oct-01 | 275 | Untreated | 2204 Star Road | Y | 275 | 0 Nuuanu Stream | N | MH SI21AKO101 / main / 8 | R | 0730 | 1000 | 0711 | 150 | SI | Place on 3-month PM | - | |
| 02-Nov-01 | 10 | Untreated | 1055 Ahua Street | Y (5 entered stream) | 10 | 0 Moanalua Stream | N | MH SI10AA1007 / main / 15 | G | 1045 | 1055 | 1010 | 10 | SI | Place on 6-month PM | - | Spilled from floor drains of 4 businesses |
| 05-Nov-01 | 300 | Untreated | 1745 Gulick Avenue | N | | | N | MH SI88GA1000 / main / 8 | G DP | 0810 | 0825 | 0725 | 15 | SI | Monitor; pipe recently rehabilitated | - | DP=bad joint |
| 05-Nov-01 | U | Untreated | 925 Kokea Street | Y | 40 | dry bed | N | MH (unknown) / main / 10 | G M | 1450 | 1830 | 1422 | 220 | SI | Monitor to revise PM | - | M=debris |
| 06-Nov-01 | 3 | Untreated | Kalaeloa (formerly Barbers Point Naval Air Station) | N | | | N | truck | M | 1000 | 1001 | | 1 | HH | Remove sludge cake (37% solids) and dirt to ensure complete removal | - | Truck tipped over, bin cover moved to open position releasing sludge |
| 07-Nov-01 | 75 | Untreated | 1572H Alewa Drive | N | | | N | cleanout / lateral / 6 | R | 2325 | 2345 | 2000 | 20 | SI | Follow up electric eel; monitor | - | Spilled when cleanout opened to clear obstruction |
| 09-Nov-01 | 45 | Untreated | 2110 Manoa Road | N | | | N | MH SI21AD0401 / lateral / 6 | R | 1137 | 1205 | 1125 | 23 | SI | Place on annual PM | 9-7-00 | Evidence only |
| 10-Nov-01 | 40 | Untreated | 763 Haleakawila Street | Y | 30 | - | N | MH (no number) / main / 10 | G | 1052 | 1228 | 1045 | 98 | SI | Check PM; monitor | - | Intermittent |
| 11-Nov-01 | U | Untreated | 94-339 Mokuola Street | N | | | N | cleanout / lateral / 6 | U | 1930 | 1940 | 1850 | 10 | SI | Monitor/revise PM | 2-1-01 | |
| 12-Nov-01 | 300 | Untreated | 1546 Linapuni Street | N | 200 | 0 Kalihi Stream | Y | MH SI04FE1005 / main / 8 | R G | 1645 | 1845 | 1635 | 120 | SI | Place on 4-month PM | 6-22-01 | Heavy roots (two 5-gal buckets) |
| 13-Nov-01 | 25 | Untreated | 2957 Kamakini Street | N | | | N | cleanout / main / 8 | G R | 1215 | 1232 | 1155 | 17 | SI | Place on 3-month PM | 2-28-99 | Found cleanout cap off, overflow onto yard; heavy grease |

A 010205

EXHIBIT 4C

Legend (top of page):

- ( )=possibly
- (C)=chlorinated
- CD=construction damage
- CN=new construction
- DP=damaged pipe
- EF=effluent
- FE=faulty equipment

- FM=force main
- G=grease
- GT=grit
- INT=intersection
- M=miscellaneous (see Remarks)
- OP=operator error
- PP=primary-treated

- PM=preventive maintenance
- PP=paper products
- PT=partially-treated
- PVT=private
- PWR=power
- RG=rags

- R=rocks
- RP/MT=repair &/or maintenance
- S=secondary-treated
- SL=sludge
- SUBD=new subdivision
- SW/SUR=storm water and/or surcharge
- U=unknown

TREATMENT PLANT ABBREVIATIONS
- HN=Honouliuli WWTP
- KK=Kailua Regional WWTP
- KH=Kahuku WWTP
- SI=Sand Island WWTP
- WN=Waianae WWTP
- PK=Pailaa Kai WWTP
- WM=Waimanalo VWWT
- WW=Wahiawa WWTP

| Date | Est. Vol (gal)/Treatment Level | Location Facility or Sewer Line | Entered Recv'g Water Y/N | Vol Removed | Drain/Stream | SNGS | Discharge Point | Problem Line | Cause | Start/Stop Time | Arrival/Call Rcvd | Total (min) | TRIB | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-Nov-01 | 20 | 84-802 Farrington Highway | | | | S | cleanout | lateral 6 | RK M | 1645 / 1720 | 1500 | 35 | WN | Monitor | 5-3-01 | M=sticks |
| 14-Nov-01 | 60 / Untreated | 2109 Anianiku Street | N | | | N | MH SI21AM0028 | main 8 | G | 1745 / 1815 | 1730 | 30 | SI | Place on 3-month PM | 7-24-01 | Contained on property; manhole in basement; heavy grease & debris |
| 18-Nov-01 | 350 / Untreated | 2289 Haleloa Drive | N | | | N | cleanout | main 8 | R | 1945 / 2130 | 1857 | 105 | SI | Place on annual PM; clean/disinfect residence | 7-30-09 | Spilled into residence |
| 20-Nov-01 | 8 / Untreated | 1061 Ala Ilikai Street | Y | 8 | 0 | N | cleanout | lateral 4 | U | 1300 / 1305 | 1228 | 5 | SI | Place on annual PM | 7-2-98 | Dissipated in drain |
| 21-Nov-01 | 30 / Untreated | 830 Walaikamilo Road | N | | | N | MH (private) | main 8 | G | 1145 / 1200 | 1110 | 15 | SI | Monitor/revise PM | 1-20-01 | Contained/dissipated on property |
| 22-Nov-01 | 25 / Untreated | 98-1746 Ipuala Loop | N | | | N | MH HN25YE2550 | main 8 | G R | 1915 / 2015 | 1840 | 60 | HN | Place on 3-month PM | 5-26-01 | |
| 23-Nov-01 | 30 / Untreated | 2485 Saint Louis Drive | N | | | N | pipe (exfiltration) | pipe (exfiltration) | (DP) | 1130 / 1415 | 1112 | 165 | SI | CCTV inspect; check/revise PM frequency | 10-10-01 | Exfiltration (through ground) contained in yard |
| 28-Nov-01 | U / Untreated | 859 Hao Street | N | | | N | cleanout | main 6 | R M GT | 2245 / U | 2201 | U | SI | Flush main; CCTV inspect; monitor | -- | Evidence only in/around cleanout |
| 27-Nov-01 | 650 / secondary | Wahiawa WWTP | N | | | N | manhole | | SW/SUR RP/MT | 0345 / 0500 | | 105 | WW | Request contractor install pump asap (pump sent to shop a week ago); return spill to manhole | -- | RP/MT only 2 of 3 pumps in use during heavy rains (3rd effluent pump being repaired) influent line backed up/manhole spilled to excavation pit |
| 27-Nov-01 | 200 / secondary sludge | Kahuku WWTP | N | | | N | secondary treatment unit | | SW/SUR | 0440 / 0510 | | 30 | KH | Reroute flow from Secondary Unit 2 to Equalization Basin & Secondary Unit 1 for storage until tank pumped down to normal level | -- | Portion spilled outside fenceline - no public access |
| 27-Nov-01 | 300 / Untreated | 1837 Houghtailing Street | N | 25 | | N | cleanout | main 6 | SUR | 1030 / 1130 | 1030 | 60 | SI | Reconnect lateral to 10" main | 07-30-99 | Surcharge due to heavy rain; house level with line |
| 28-Nov-01 | 1,775 / Untreated | 1485 Linapuni Street | N | 700 | Kalihi Stream | Y | MH SI04HA1002 | main 8 | G GT | 1030 / 1425 | 1030 | 235 | SI | Place on 2-month PM | 06-08-01 | |

A 010206

EXHIBIT 4C

**Legend:**

( )=possibly
[C]=chlorinated
CD=construction damage
CN=new construction
DP=damaged pipe
EFF=effluent
FE=faulty equipment

FM=force main
G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PT=partially-treated
PVT=private
PWR=power
R=rocks
RG=rags

RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated
SL=sludge
SUBD=new subdivision
SW/SUR=storm water and/or surcharge
U=unknown

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KK=Kailua Regional WWTP
KH=Kahuku WWTP
SI=Sand Island WWTP
WN=Waianae WWTP
PK=Paalaa Kai WWTP
WM=Waimanalo WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gal) / Treatment Level | Location Facility or Sewer Line | Entered Receiv'g Water Storm Drain Y/N | Vol. Removed / Ocean/Stream | SGS | Discharge Point Problem Line | CAUS | Duration Start/Actual Rcvd-Call | Stop | Total (min) | TP | Remedial Action | Last Clean | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-Nov-01 | 45 / primary | Sand Island WWTP | N | | N | 72" modulating valve/discharge line, flex hose | FE | 1100 | 1101 | 1 | SI | Remove wastewater in valve chamber with portable pump; add more restraints to hoses | -- | FE-72" modulating valve & discharge line leaked; portable pump removed spill from manhole (10 gals); effluent pumps restart surge caused spill from discharge line holes (35 gals) |
| 01-Dec-01 | 2,250 / Untreated | 89-404 Farrington Highway | N | 2,250 / 0, Nanakuli Stream | N | main 10 | RK M G | 1025 / 0960 | 1110 | 45 | WN | Repair manhole; monitor line | -- | |
| 03-Dec-01 | 58,100 / Untreated | 1485 Linapuni Street | Y | 700 / 0, Kalihi Stream | Y | main 12 | Vandalism CD RK GT | 0826 / 0730 | 1830 | 484 | SI | State of Hawaii project contractor will repair & secure manhole | 06-08-01 | CD=contractor damaged manhole while clearing, made barricade/weighed down board cover; vandals removed cover/dumped large rocks into manhole, plugging main |
| 04-Dec-01 | U / Untreated | 801 Center Street | N | | N | cleanout 6 / lateral 6 | DP | 1230 / 1200 | U | U | WW | Repair line 12/4/01 | 07-18-01 | Evidence only |
| 04-Dec-01 | 130 / Untreated | 2275 Dole Street | Y | 50 / 0 | N | MH S121AD0058 | G | 1830 / 1605 | 1845 | 15 | SI | Flush main; check/adjust PM | 07-01-01 | |
| 07-Dec-01 | 50 / Untreated | 98-103 Kanuku Street | N | | N | cleanout 8 / lateral 6 | G | 1945 / 1910 | 1955 | 10 | HN | Place on 2-month PM | 05-09-01 | Contained in driveway entrance; sample improperly load |
| 08-Dec-01 | 50 / Untreated | 98-103 Kanuku Street | N | | N | cleanout 8 / lateral 6 | U | 1045 / 1017 | 1051 | 6 | HN | Inspect lateral - spills occur during cleaning of main | 05-09-01 | Contained on site; sample improperly load |
| 08-Dec-01 | 15 / Untreated | 2370 Tantalus Drive | N | | N | pipe 8 | G | 1405 / 1345 | 1445 | 40 | SI | Check/adjust PM frequency | 06-30-01 | Seeped from ground; contained/dissipated on site |
| 09-Dec-01 | 20 / Untreated | 98-103 Kanuku Street | N | | N | cleanout 6 / lateral 6 | U | 1158 / 1123 | 1200 | 2 | HN | Inspect lateral - spills occur during cleaning of main | 05-09-01 | Contained on site; sample failed glucose-glutamic acid QC check |
| 11-Dec-01 | 40 / Untreated | 3808 Diamond Head Road | Y | 20 / 20 | N | MH S305BX0580 / main 8 | R | 0850 / 0830 | 0910 | 20 | SI | Place on 3-month PM | 12-13-01 | |
| 11-Dec-01 | 370 / Untreated | 1918 Manoa Road | Y | 370 / 0, Makiki Stream | N | cleanout 6 / lateral 6 | R RK | 1225 / 1210 | 1239 | 14 | SI | Revise to 3-month PM | 07-02-01 | |
| 12-Dec-01 | U / Untreated | 354 Kupu Place | N | | N | cleanout 6 / lateral 6 | U | 0815 / 810 | U | U | SI | CCTV inspect; monitor | -- | Evidence only |

A 010207

EXHIBIT 4C

**Legend (abbreviations):**

( )=possibly
[C]=chlorinated
CD=construction damage
CN=new construction
DP=damaged pipe
EFF=effluent
FE=faulty equipment

FM=force main
G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
Ps=primary-treated

PM=preventive maintenance
PP=paper products
PT=partially-treated
PVT=private
PWR=power
R=roots
RG=rags

RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated
SL=sludge
SUBD=new subdivision
SW/SUR=storm water and/or surcharge
U=unknown

TREATMENT PLANT ABBREVATIONS
HN=Honolulu WWTP
KK=Kailua Regional WWTP
KH=Kahuku WWTP
SI=Sand Island WWTP
WW=Waianae WWTP

PK=Paalaa Kai WWTP
WM=Waimanalo WWT
WWI=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV G WATER STORM DRAIN Y/N | Volume Removed | Ocean/Stream | S G S | DISCHARGE POINT PROBLEM LINE | C A U S E | Start Rcvd | Time Stop | Arrival | Total (min) | T R B TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Dec-01 | U | Untreated | 1959 Ala Mahamoe Place | N | | Ocean | N | cleanout / lateral 4 | R | 1025 | U | 0917 | U | SI | Monitor/revise PM | 09-30-00 | Evidence only |
| 12-Dec-01 | U | Untreated | 872 First Street | N | | | N | cleanout / lateral 6 | R | 1235 | U | 1204 | U | HN | Revise PM to annual | 07-06-00 | Evidence only |
| 14-Dec-01 | U | Untreated | 80 Kuakini Street | N | | | N | cleanout / lateral 6 | R | 0930 | U | 0903 | U | SI | Place on 6-month PM | 08-19-00 | Evidence only - cleanout cap off |
| 15-Dec-01 | 87 | | INT Pukoloa Street / Ahua Street | Y / 87 / 0 Moanalua Stream | | | N | MH HS05CC1001 / main 10 | G | 1306 | 1335 | 1235 | 29 | SI | Inspect line; place on annual PM | 03-02-94 | |
| 21-Dec-01 | 40 | | 2025 Beretania Street (South) | N | | | N | MH SI21AD0133 / main 6 | G GT | 1542 | 1620 | 1500 | 38 | SI | Place on 6-month PM | 05-23-01 | Contained in yard |
| 23-Dec-01 | U | Untreated | 1937 Aupuni Street | N | | | N | MH SI89GE1004 / main 6 | U | 1810 | 1825 | 1745 | 15 | SI | Clean lines; place on annual PM | 07-30-99 | Evidence only |
| 25-Dec-01 | 5 | Untreated | 1755 Halekoa Drive | N | | | N | cleanout / main 6 | R | 1050 | 1055 | 1030 | 5 | SI | Inspect/clean lateral to determine PM frequency | 02-01-01 | |
| 26-Dec-01 | 20 | Untreated | 44-676 Kahihani Place | N | | | N | cleanout / lateral 6 | R | 1320 | 1321 | 1238 | 1 | KK | Kill roots; CCTV line | 02-03-01 | Spilled when cleanout opened |
| 28-Dec-01 | U | Untreated | 1363 Kuloaa Place | N | | | N | MH KK08CA0340 / main 8 | U | 1435 | U | 1425 | U | KK | Place on annual PM | 10-15-98 | Evidence only |
| 26-Dec-01 | 50 | Untreated | 317 Auwaiolimu Street | N | | | N | MH SI21AC0098 / main 8 | R | 1745 | 1755 | 1720 | 10 | SI | Place on 3-month PM | 06-18-01 | Contained/dissipated in yard |
| 27-Dec-01 | 50 | Untreated | 5-1012 Kamae Street | N | | | N | MH HN05M2137 / main 8 | G | 2005 | 2235 | 1915 | 150 | HN | Place on annual PM | 08-11-99 | |
| 28-Dec-01 | U | Untreated | 5-592A Paleka Road | N | | | N | MH KK30FB2117 / main 6 | U | 1430 | U | 1400 | U | KK | Place on 2-month PM | 00-08-99 | Evidence only |

A  010208

EXHIBIT 4C