DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308  KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159  FAX: (808) 692-5113  Website: www.co.honolulu.hi

JEREMY HARRIS
Mayor



TIMOTHY E. STEINBERGER, P.E.
Director

FRANK J. DOYLE, P.E.
Deputy Director

**CERTIFIED MAIL**

APR 2 2 2002

EMC 02-164

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Attention:  Ms. Joann Cola (WTR-7)

Gentlemen:

SUBJECT:    QUARTERLY REPORT FOR THE PERIOD OF January 1, 2002 TO
            March 31, 2002; Ref: United States of America and State of
            Hawaii v. City and County of Honolulu, Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the First Quarter of 2002, as required by the
Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants
that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant
to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my
> direction or supervision in accordance with a system designed to assure that qualified
> personnel properly gathered and evaluated the information submitted. Based on my inquiry
> of the person or persons who manage the system, or those persons directly responsible for
> gathering the information, the information submitted is, to the best of my knowledge and
> belief, true, accurate, and complete.  I am aware that there are significant penalties for
> submitting false information, including the possibility of fine and imprisonment for knowing
> violations.

If you have any questions or comments regarding this submittal, please feel free to contact Ross Tanimoto,
Division of Environmental Quality, at (808) 692-5371.

Sincerely,

TIMOTHY E. STEINBERGER, P.E.
Director

Attachment

cc:    Mr. Marshall Lum, State Department of Health
       Mr. Paul Achitoff, Earth Justice

35279

EXHIBIT 4D

# JANUARY-MARCH 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**

- U=possibly
- CD=construction damage
- CN=new construction
- DP=damaged pipe
- FE=faulty equipment
- FM=force main

- G=grease
- GT=grit
- M=miscellaneous (see Remarks)
- OP=operator error
- P=primary-treated
- PM=preventive maintenance

- PP=paper products
- PWR=power
- R=roots
- RG=rags
- RK=rocks
- RPMT=repair &/or maintenance

- S=secondary-treated
- SL=sludge
- SUR=surcharge
- SW=storm water
- U=unknown
- UT=untreated

**TREATMENT PLANT ABBREVIATIONS:**
- HN=Honouliuli WWTP
- KH=Kahuku WWTP
- KK=Kailua WWTP
- PK=Paalaa Kai WWTP
- SI=Sand Island WWTP
- WM=Waimanalo WWTP
- WN=Waianae WWTP
- WW=Wahiawa WWTP

| DISCHARGE Date | Est. Volume (gal) | Treatment Level | LOCATION / FACILITY or SEWER LINE | ENTERED RECVG WATER Y/N (Storm Drain / Volume / Remarks / Ocean/Stream) | S-I-S | DISCHARGE POINT / PROBLEM LINE | CAUSES | DURATION Start/Arr/Resol | Stop | Total (min) | TRIB | TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-Jan-02 | 80 | Untreated | 769 Iaukea Street | N / 50 / 0 / Kanaha Stream | N | MH SI21AM0102 / main 6 | R | 1313 / 1246 | 1335 | 22 | SI | | Revise to 3-month PM, monitor | 2-28-01 | Stream bed dry |
| 08-Jan-02 | 35 | Prim/Sec (aerobic SW) | Kahuku WWTP | N | N | truck | DP | 930 | 931 | 1 | KH | | Chantel truck driver | | Truck driver overfilled tanker w/ aerobic sludge |
| 13-Jan-02 | 1 | Untreated | 1356A Mamalu Street | N | N | MH SI85GD2300 / main 6 | U | 2005 / 1951 | 2035 | 30 | SI | | Electric eel, monitor | -- | Seeped through wall |
| 14-Jan-02 | U | Untreated | 2657 Ferdinand Avenue | N | N | cleanout / lateral 6 | R | 910 / 842 | U | | SI | | Monitor, adjust PM | 7-26-00 | Evidence only, no cap on riser |
| 14-Jan-02 | U | Untreated | 31-819D Poeono Place | N | N | cleanout / lateral 4 | U | 1000 / 1751 | U | | HN | | Monitor | 9-11-95 | Evidence only contained/dissipated in yard |
| 15-Jan-02 | 75 | Untreated | 630 Iho Street | N | N | cleanout / lateral 6 | U | 1010 | 2130 | 140 | SI | | Electric eel, monitor | 2-11-98 | Spilled when cleanout cap removed |
| 16-Jan-02 | 35 | Untreated | 2004 Humewell Street | N | N | cleanout / lateral 6 | M | 1545 / 1520 | 1730 | 105 | SI | | Place on 6-month PM | 10-10-01 | M=mud |
| 17-Jan-02 | U | Untreated | '89-840 Hakaakaa Avenue | N | N | cleanout / lateral 6 | DP | 1230 / 1250 | U | | WN | | Monitor | | DP=bad joint; evidence around cleanout |
| 17-Jan-02 | 25 | Untreated | 89 Kihapai Street | N | N | cleanout / lateral 6 | G | 1655 / 1620 | 1715 | 20 | KK | | Place on 6-month PM | 5-31-99 | |
| 22-Jan-02 | 50 | Untreated | 1820 University Avenue | N | N | MH SI21AD0334 / lateral 6 | M DP | 845 / 811 | U | | SI | | Clean, monitor | 1-27-99 | M=rocks entered manhole damage by Board of Water Supply main break; spilled from restaurant cleanout, contained on property |

35280

EXHIBIT 4D

# JANUARY-MARCH 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:
( )=possibly
CD=construction damage
CN=new construction
DP=damaged pipe
FE=faulty equipment
FM=force main

G=grease
GT=grit
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
PW=Tap power
R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance

S=secondary-treated
SL=sludge
SUR=surcharge
SW=storm water
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honoluli WWTP
KH=Kahaluu WWTP
KK=Kailua WWTP
PK=Paalua Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
Wh=Wahiwa WWTP
WW=Waihiawa WWTP

| Date | Est. Vol. (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER Y/N | STORM DRAIN Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSE | Snart Stop Call Rcvd | Time Arrival | TRIB | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-Jan-02 | 35 / Untreated | 95-491 Kailua Place | N | | N | cleanout / lateral 6 | RK | 2350 / 0015 / 2205 | | 25 HN | Monitor/revise PM | 2-19-90 | Rocks in lateral - no cleanout cap |
| 24-Jan-02 | 55 / Untreated | 2317 Kadulalaao Street | N | | N | cleanout / lateral 6 | R | 1955 / 2000 / 1925 | | 5 SI | Place on 2-month PM | 9-19-91 | Spilled when cleanout cap removed |
| 25-Jan-02 | 50 / Untreated | 201 Hanakua Drive | N | | N | cleanout / lateral 6 | G | 2040 / 2105 | | 25 KK | Electric rod | | Contained around cleanout |
| 27-Jan-02 | 450 / Untreated | Kaumale Street | N | 450 / 0 Aiea Stream | Y | MH HN25X/JD125 main 15 | G GT | 943 / 1013 / 915 | | 30 HN | Monitor, clean as needed, revise PM to near cleaning cycle | 7-1-01 | Sample improperly preserved |
| 27-Jan-02 | U / Untreated | 426B Kokau Place | N | | | cleanout / lateral 6 | (SW/SUR) | 1220 / U / 1200 | | U SI | Will check surcharge during rain | 4-25-01 | Possible surcharge from heavy rain, evidence only contained in yard |
| 27-Jan-02 | 4 / sludge & water | Honokuli WWTP | N | | | sludge sample tap (Blend Tank) | FE | 1630 / 1631 | 15 sec | HN | Repair tap | | Sample tap broke off during flushing of transfer pumping/piping |
| 29-Jan-02 | 400 / Untreated | 426J Kekau Place | Y | 300 / 0 Liliha Stream | | cleanout / lateral 4 | (SW/SUR) | 615 / 835 / 730 | | 20 SI | Monitor; check downstream conditions | 4-25-01 | Possible surcharge from heavy rain |
| 29-Jan-02 | U / Untreated | 94-1064 Hoomaktoa Street | N | | | cleanout / lateral 4 | PP | 1145 / 1121 | | U HN | Monitor | 11-28-02 | Evidence only contained/dissipated in yard; PP=toilet paper |
| 29-Jan-02 | 325 / Untreated | INT School Street (North) / Kino Street | Y | 100 / 0 Kalihi Stream | N | MH SR04A4104 main 10 | SW/SUR | 735 / 800 / 701 | | 25 SI | Photo on 3-month PM, check downstream | 10-30-02 | Surcharge from heavy rain, manhole 40' from stream |
| 29-Jan-02 | 600 / Primary | Kailua Regional WWTP | Y | | N | cleanout (scum line) | SW/SUR (FE) | 730 / 930 | | 120 KK | Plugged cleanout line w/ mechanical plug | | (SW/SUR)=rain-related; (FE)=mechanical problem |

35281

EXHIBIT 4D

# JANUARY-MARCH 2002 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly  
CD=construction damage  
CN=new construction  
DM=damaged pipe  
FE=facility equipment  
FM=force main  

G=grease  
GT=grit  
M=miscellaneous (see Remarks)  
OP=operator error  
P=primary-treated  
PM=preventive maintenance  

PP=paper products  
PW=power  
R=roots  
RG=rags  
RK=rocks  
RPM=repair &/or maintenance  

S=secondary-treated  
SL=sludge  
SUR=surcharge  
SW=storm water  
U=untreated  
UT=untreated  

TREATMENT PLANT ABBREVIATIONS  
HH=Honouliuli WWTP  
HN=Hanalua WWTP  
KH=Kahuku WWTP  
KK=Kailua WWTP  
PK=Paalaa Kai WWTP  
SI=Sand Island WWTP  
WM=Waimanalo WWTP  
WN=Waianae WWTP  
WW=Wahiawa WWTP  

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N: Volume Removed, Ocean/Stream | S/G/N/S | DISCHARGE POINT / PROBLEM LINE | C/A/U/S/E/S | ESTIMATED DURATION Std/Arrival/Call/Recvd / Total (min) | T/R/I/B TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Feb-02 | 30,000 | Untreated | 44-837 Kaneohe Bay Drive | N 30,000 Kaneohe Bay | Y | pipe (chimney cover & ground) main 15 | M | 1502 1500 / 1800 / 178 | KK | Clean/repair drop line/manhole, manhole rehabilitated 11/98 | 03-25-98 | At esphalt/controlste possibly from paving contractor |
| 02-Feb-02 | U | | 04-320 Kahuanunui Street | N | N | cleanout / lateral 6 | G | 0959 0928 / 1000 / 9 | HN | Monitor monthly | 08-02-01 | Evidence around cleanout |
| 02-Feb-02 | 30 | Untreated | 399 King Street (North) | Y 5 0 | N | cleanout / lateral 6 | G | 1356 1337 / 1358 / 2 | KK | Repair lateral | 03-15-00 | Most contained in gutter |
| 03-Feb-02 | 65 | Untreated | 45-072 Waipae Place | N 50 0 Kaneohe Stream | N | MH KK63AA1215 | R | 1900 1803 / 1912 / 12 | KK | Place on 12-month PM | 03-08-00 | Heavy root intrusion |
| 06-Feb-02 | 90 | | 2345 Makanoa Street | N | N | MH S#65BC1007 / main 8 | R | 1330 1247 / 1420 / 53 | SI | Place on 6-month PM | 05-27-01 | Flowed under house/down hillside |
| 13-Feb-02 | 75 | Untreated | 85-914 Mill Street | N | N | cleanout / main 8 | G | 1920 1755 / 2010 / 50 | WN | Place on 3-month PM | 03-16-01 | 1" hole in cleanout cap; contained around cleanout |
| 16-Feb-02 | 70 | Untreated | 45-230 Kulauli Street | N | N | truck (vactor) knife valve | OP | 1215 / 1216 / 1 | KK | Educate operators on vactor operation. | -- | |
| 17-Feb-02 | U | | 1272 Auwaiki Street | N | N | cleanout / lateral 6 | R | 0628 0745 / U / U | KK | Clean, CCTV, monitor line | 10-31-98 | Evidence of very small spill on sidewalk |
| 17-Feb-02 | U | Untreated | 3273 Lincoln Avenue | N | N | cleanout / main 6 | R | 1222 1130 / U / U | SI | Monitor/adjust PM | 01-18-02 | Evidence of very small spill around manhole |
| 18-Feb-02 | 200 | Untreated | 2450 Dole Street | N | N | cleanout / lateral 6 | G | 0756 0729 / 0803 / 7 | SI | Place on 12-month PM | 07-30-99 | Contained in/vacuumed from gutter |

35282

EXHIBIT 4D

# JANUARY-MARCH 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

I=possibly
CD=construction damage
CH=new construction
DP=dumped pipe
FE=faulty equipment
FM=force main

G=grease
GT=grit
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RPM=repair & or maintenance

S=secondary-treated
SI=sludge
SUR=surcharge
SW=storm water
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HW=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kaa WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Wainae WWTP
WV=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Y/N | Volume Removed | Ocean/Stream | S/G/N/S | DISCHARGE POINT / PROBLEM LINE | C/U/E/S | Time Arrival Call Rcvd | Time Stop | Total (min) | T/R/I/B TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Feb-02 | 30 | Untreated | 1610 Glen Avenue | N | | | N | MH WVW00XF0046 / main / 0 | G R | 0042 / 0908 | 0052 | 10 | WVW | Place on 12-month PM | 10-28-99 | Some spill fronting 1766 Glen Ave |
| 18-Feb-02 | 55 | Untreated | 45-072 Waipo Place | N | 25 | 0 / Kaneohe Stream | N S | MH KK33AA1215 / main / 8 | R | 1405 / 1318 | 1416 | 11 | KK | Place on 12-month PM | 03-06-99 | 20 gallons percolated into bank |
| 21-Feb-02 | 420 | Untreated | 1240 Gulick Avenue | 420 | 0 | Kalihi Stream | Y | MH SI04FE1001 / main / 10 | G | 0916 / 0948 | 0939 | 21 | SI | Place on weekly PM | 05-31-01 | Signs posted from previous week |
| 22-Feb-02 | 10 | Untreated | 1384 Aina Koa Avenue | N | | | N | cleanout / lateral / 4 | R (DP) | 1350 / 1332 | 1400 | 10 | SI | CCTV/repair if needed, monitor, clean if required | 01-02-02 | Contained in yard |
| 23-Feb-02 | U | Untreated | 94-961 Neli Street | N | | | N | cleanout / 0 | U | 1420 / 1350 | U | U | HN | Place on monthly PM | 11-28-01 | Evidence around cleanout |
| 27-Feb-02 | U | Untreated | 837 Kualono Street | N | | | N | cleanout / lateral / 6 | U | 2230 / 2265 | U | U | SI | Clean/monitor monthly | 12-17-01 | Evidence around cleanout |
| 28-Feb-02 | 150 | sludge liquid | Honouliuli WWTP | N | | | N | discant tank #2 | OP | 0945 / 0700 | 0700 | 15 | HN | Operator will be aware that both pumps need to be turned off | - | DC #2 discharge pump off for shaft seal leak/ malfunctioning pump repair while influent pump on; overflow onto gravel |
| 29-Feb-02 | U | Untreated | 04-961 Neli Street | N | | | N | cleanout / lateral / 0 | G | 1930 / 1600 | U | U | HN | Monitor/adjust PM | 11-28-01 | Evidence around cleanout |
| 02-Mar-02 | 15 | Untreated | 724 7th Avenue | N | | | N | MH SI21AG0230 / main / 8 | R | 828 / 757 | 922 | 56 | SI | Monitor to adjust PM, clean | 3-21-00 | Evidence around manhole; most returned to system |
| 02-Mar-02 | 165 | Untreated | 2003 Stanley Street | N | | | N | MH SI82DR1008 / main / 8 | G | 1111 / 1043 | 1123 | 12 | SI | Monitor to adjust PM, clean when required | 2-10-02 | 125 gal returned to system |

35283

EXHIBIT 4D

# JANUARY-MARCH 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**
( )=possibly
CD=construction change
CN=new construction
DP=damaged pipe
FE=faulty equipment
FM=force main

G=grease
GT=grit
M=miscellaneous (see Remarks)
OP=operator error
P=pipinary-treated
PM=preventive maintenance

PP=paper products
PW=power
R=roots
RG=rags
RK=rocks
RP&M=repair &/or maintenance

S=secondary-treated
SL=sludge
SUR=surcharge
SW=storm water
U=unknown
UT=untreated

**TREATMENT PLANT ABBREVIATIONS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | DISCHARGE Est Vol (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECV'G WATER/STORM DRAIN y/n, Volume Removed, Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION (Arrival/Call/Rcvd) | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Mar-02 | 20 | Untreated | 3079 Pacific Heights Road | N | N | MH 5921AK0305 main 6 | R | 820 / 851 | 31 | SI | Place on 6-month PM | 4-22-01 | Intermittent |
| 05-Mar-02 | 50 | Untreated | 15 Kamoku Place | Y 40 / 40 | N | cleanout lateral 4 | PP | 1107 / 1031 / 1115 | 6 | HN | Clean, monitor for next cleaning | 12-8-01 | |
| 06-Mar-02 | U | Untreated | 278 Auwaiolimu Street | N | N | cleanout lateral 6 | G R | 1115 / 1100 / 1135 | 20 | SI | Clean; monitor to determine PM | 6-12-01 | No cleanout cap |
| 06-Mar-02 | U | Untreated | 1036 Middle Street | N | N | cleanout 6 | RK | 805 / 735 / 1320 | 315 | SI | Monitor | -- | Evidence around cleanout; no cleanout cap |
| 06-Mar-02 | U | Untreated | 521 Kuwili Street | N | N | lateral 6 | U | 930 / U | U | SI | Monitor | -- | Evidence around manhole |
| 07-Mar-02 | U | Untreated | 94-114 Palai Place | N | N | cleanout 6 | U | 2030 / 1945 / U | U | HN | Clean, monitor | 9-30-00 | Evidence around cleanout |
| 07-Mar-02 | 3,500,000 | Untreated | Kamehameha Hwy WWPS | Y 3,500,000 / 0 Keehi Lagoon | N | pipe force main 36 | OP | 1556 / 1505 / 219 | 624 | SI | Repair force main | -- | |
| 14-Mar-02 | 50 | Tertiary | Wahiawa WWTP | N | N | pipe (reuse) | CD | 930 / 930 / 935 | 5 | WW | Contractor repaired pipe | -- | CD=excavation |
| 16-Mar-02 | 55 | Untreated | 1918 Aumoe Street | N 45 Waokani Stream | N | main 6 | G GT | 1034 / 1013 / 1129 | 55 | SI | Place on annual PM | 10-30-90 | Contained on site |
| 22-Mar-02 | U | Untreated | 250 Ilihau Street | N | N | cleanout lateral 6 | U | 1930 / 1605 / 2015 | 45 | KK | Monitor | 11-8-99 | |

35284

EXHIBIT 4D

# JANUARY-MARCH 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

I=trespassly
CD=construction damage
CN=new construction
DP=damaged pipe
FE=faulty equipment
FM=force main

G=grease
GT=grit
M=miscellaneous (non Remolds)
OP=operator error
P=primary-treated
PM=prevention maintenance

PP=paper products
PWR=prowork
R=rock
RG=rags
RK=rocks
RPMT=repair & for maintenance

S=secondary-treated
SL=sludge
SUR=surcharge
SW=storm water
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION | ENTERED RECEIVING WATER/STORM DRAIN Y/N Volume Removed | Ocean/Stream | S I G N S | DISCHARGE POINT PROBLEM LINE | C A U S E S | ESTIMATED DURATION Arrival Call Recd | Time Stop | Total (min) | T R I B / TP | REMEDIAL ACTION | LAST CLEAN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-Mar-02 | 30 | Untreated | 2694 Oahu Avenue | N | | | N | MH SI21A70303 / main 6 | G R | 1208 / 1100 | 1224 | 16 | SI | Place on annual PM | 5-24-00 | Intermittent/contained/desipated |
| 24-Mar-02 | 12000 | Untreated | Alamanu WWPS 2 | Y 150 0 | | | N | pipe / force main 8 | DP | 1045 / 1034 | 1330 | 165 | SI | Repair main 3/25/02 | : | |
| 25-Mar-02 | <1,000 | Untreated | Sand Island WWTP | N | | | N | pipe / force main 4 | (CD) | U / U | U | U | SI | Repair pipe | : | (CD)=track hoe working in adjacent space |
| 27-Mar-02 | 300 | Untreated | INT Pauoa Road / Luakaha Street | N | | | N | pipe / main 6 | CD | 730 / | U | U | SI | Contractor repaired main | : | Asphalt broke off and fell on pipe in trench |
| 27-Mar-02 | U | Untreated | 2656 Pauoa Road | N | | | N | MH SI21AK0601 / main 6 | R | 1810 / 1753 | U | U | SI | Revise to annual PM | 4-25-01 | Evidence around manhole |
| 31-Mar-02 | 5 | Untreated | 2634 Kupihe Drive | N | | | N | cleanout / lateral 6 | R | 2150 / 21:31 | 2415 | 145 | SI | Monitor | 1-17-99 | |

35285

EXHIBIT 4D

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 FAX: (808) 692-5113 Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



TIMOTHY E. STEINBERGER, P.E.
Director

FRANK J. DOYLE, P.E.
Deputy Director

**CERTIFIED MAIL**

JUL 2 2 2002

EMC 02-283

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention: Ms. Joann Cola (WTR-7)

Gentlemen:

> SUBJECT:     QUARTERLY REPORT FOR THE PERIOD OF April 1, 2002 TO June 30, 2002
> Ref: United States of America and State of Hawaii v. City and County of Honolulu
> Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Second Quarter of 2002, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto, Division of Environmental Quality, at (808) 692-5371.

Sincerely,

TIMOTHY E. STEINBERGER, P.E.
Director

Attachment

cc:     Mr. Marshall Lum, State Department of Health
Mr. Paul Achitoff, Earth Justice

**35287**

EXHIBIT 4D

# APRIL-JUNE 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:
( )=possibly | FM=force main | OP=operator error | R=roots | SL=sludge
[C]=chlorinated | G=grease | P=primary-treated | RG=rags | SW/SUR=storm water/surcharge
CD=construction damage | GT=grit | PM=preventive maintenance | RK=rocks | TRB=tributary
DP=damaged pipe | INT=interaction | PP=paper products | RP/AT=repair &/or maintenance | U=unknown
FE=faulty equipment | M=miscellaneous (see Remarks) | PWR=power | S=secondary-treated | UT=untreated

| Date | Est. Volume (gal) | Treatment Level | Location Facility or Sewer Line | Entered Receiving Water Y/N – Storm Drain – Volume Removed – Ocean/Stream | Signs | Discharge Point / Problem Line | Cause | Est. Duration Time Start/Call/Rcvd | Time Stop | Total (min) | TRIB/TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-Apr-02 | 100 Untreated | | 4901 Kilauea Avenue | Y 50/0 | N | MH S921AA0028 / main 8 | R | 1950 1920 | 2010 | 20 | SI | Revise to annual PM | 10-31-00 | |
| 06-Apr-02 | U Untreated | | 3271 Paty Drive | Y U/0 | N | cleanout / lateral 4 | R | 0750 0720 | U | | SI | Monitor | 04-20-01 | Evidence contained on site |
| 08-Apr-02 | 50 Untreated | | 1324 School Street (North) | Y 50/50 | N | MH SIB6AA1001 / main 6 | G RG | 0900 0830 | 0905 | 5 | SI | Place on 3-month PM | 06-13-00 | |
| 08-Apr-02 | U | | 1527 Kealia Road | N (Kapalama Canal) | N | MH SIB5BA2007 / main 6 | G | 1345 1330 | U | | SI | Place on annual PM | 03-20-00 | Evidence around manhole |
| 10-Apr-02 | 90 Untreated | | 2123 Wilson Street | Y 70/70 | N | MH SI 83A1000 / main 8 | G GT | 0850 0900 | 0905 | 15 | SI | Cleanout, flush, place on annual PM | 04-06-00 | Heavy grit |
| 11-Apr-02 | 3,500 Primary | | Waianae WWTP | N | N | pump (trickling filter #3) | FE | 1835 | 11008 | 33 | WN | Immediately remove Pump #3 from service, unit to be repaired after Pump #1 repair | – | FE=mechanical failure of Trickling Filter #3 pump resulted in leakage between pump housing & packing tank |
| 15-Apr-02 | 50 Untreated | | 98-2001 Kilaia Street | Y 20/0 | N | cleanout / lateral 6 | U | 2040 2000 | 2105 | 25 | HN | Monitor | 05-25-00 | Spilled when cleanout cap. removed |
| 16-Apr-02 | 105 Untreated | | 1856 Alewa Drive | Y 30/0 | N | MH SI85GA2035 / main 6 | RK PP M | 1755 1730 | 1835 | 40 | SI | Place on 6-month PM | 03-16-00 | |
| 19-Apr-02 | 500 Untreated | | 94-515 Waipahu Street | Y 450/0 (Waikele Stream) | Y | MH HN05WP0177 / main 10 | OP G | 0820 0750 | 0825 | 5 | HN | Place on monthly PM, planning project to replace line | 07-31-01 | DP=sag |
| 19-Apr-02 | 2,260 Untreated | | 94-665 Waipahu Street | N | N | MH HN05WP0173 / main 10 | OP G | 1130 1120 | 1242 | 72 | HN | Place on 6-month PM | 05-01-00 | DP=sag; contained on property |
| 20-Apr-02 | U Untreated | | 94-1110 Naili Street | N | N | cleanout / lateral 6 | G | 1625 1735 | U | | HN | Monitor & adjust accordingly | 08-30-00 | Evidence around cleanout |

35288

EXHIBIT 4D

# APRIL–JUNE 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
FE=faulty equipment

FM=force main
G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)

OP=operator error
P=primary-treated
PM=preventative maintenance
PP=paper products
PWR=power

R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
S=secondary-treated

SL=sludge
SW/SUR=storm water/surcharge
TRB=tributary
U=unknown
UT=untreated

| Date | Est. Volume (gal) | Treatment Level | Location Facility or Sewer Line | Entered Receiving Water Storm Drain Y/N | Volume Removed | Ocean/Stream | SGS | Discharge Point / Problem Line | Cause | Time Arrival / Call Rcvd | Start | Stop | Total (min) | TRIB/TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-Apr-02 | U (Untreated) | | 45-1013 Wailele Road | N | | | N | MH KK37CC3127 / main 8 | G R | 1330 / 1251 | U | | U | KK | Revise to annual PM | 01-01-90 | Evidence around manhole |
| 22-Apr-02 | 350 (Untreated) | | 44-006 Hulakai Place | Y | 50 | Kaneohe Bay | Y | pipe / main | DP | 1825 / 1705 | 2315 | | 290 | KK | Repair liner, monitor | 03-20-08 | Main break infiltrated storm drain, most spill contained in drainage ditch |
| 27-Apr-02 | 3 (Untreated) | | 4444 Wahiawaka Place | N | | | N | MH SI21AA0247 / main 8 | R | 0053 / 0032 | 1025 | | 32 | SI | Follow up & review PM for 18 months | 03-16-00 | Evidence around manhole |
| 27-Apr-02 | 2 (Untreated) | | 441 Iliwai Loop | N | | | N | MH KK01AC0380 / main 8 | R DP | 1525 / 1533 | 1749 | | 15 | KK | Clean/inspect/monitor line to adjust PM | 11-01-99 | M=pieces of pipe, seeping from manhole cover |
| 28-Apr-02 | 10 (Untreated) | | 99-204 Aiea Ika Place | N | | | N | cleanout / main 6 | G | 1115 / 1105 | 1430 | | 105 | HN | Monitor to adjust PM | 04-12-01 | Evidence only |
| 28-Apr-02 | U (Untreated) | | 94-230 Kahaunani Street | N | | | N | cleanout / lateral | U | 1740 / 1650 | U | | U | HN | Monitor | 02-08-02 | Evidence around cleanout |
| 30-Apr-02 | 3 (Untreated) | | 1885 Halekoa Drive | N | | | N | cleanout / lateral 4 | DP | 0910 / 0845 | 0915 | | 5 | SI | Monitor/clean as needed | 12-10-01 | DP=offset pipe; contained in yard |
| 04-May-02 | U (Untreated) | | 1542 Kanalui Street | N | | | N | MH SI21A20305 / main 8 | R | 0952 / 0945 | 1012 | | 20 | SI | Place on 6-month PM | 10-12-01 | Evidence only |
| 04-May-02 | U (Untreated) | | 81 Kaneohe Bay Drive | N | | | N | cleanout / lateral 6 | U | 1105 / 1035 | 1300 | | 160 | KK | Monitor | 07-31-99 | Trace evidence only |
| 06-May-02 | 300 (Untreated) | | Kailua Regional WWTP | N | | | N | primary clarifier (odor control area) | SW/SUR | 2310 | 2320 | | 10 | KK | Biotower repair in progress | 1-29-02 | Heavy rain/high flow & out-of-service Biotower #1 caused back-up at primary clarifiers |
| 06-May-02 | 50 (Untreated) | | Kailua Regional WWTP | N | | | N | primary clarifier scum line | SW/SUR | 2310 | 2330 | | 20 | KK | Biotower repair in progress | 5-6-02 | Heavy rain/high flow & out-of-service Biotower #1 raised prim clarifier water level above normal & overtopped scum trough & caused spill from broken undersized scum line |

35289

EXHIBIT 4D

# APRIL–JUNE 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
FE=faulty equipment

FM=force main
G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)

OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power

R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated

SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

| Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM/DRAIN Y/N — S I G S | DISCHARGE POINT / PROBLEM LINE | C A U S E S | Start/Arrival Call Rcvd | Stop | Total (min) | T R I B TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-May-02 | 8,000 Untreated | Wahiawa WWTP | Y / 8,000 / 0 Lake Wilson — Y | Influent headworks channel / main 10 | SW/SUR | 0530 | 0830 | 85 | WW | Adjust plant operating systems to full capacity | -- | Bacteriological monitoring initially postponed due to unsafe conditions and heavy runoff from tributary area |
| 06-May-02 | 500 Untreated | Wahiawa WWTP | Y / 500 / 0 Lake Wilson — Y | manhole (bypass line) | SW/SUR | 0530 | 0800 | 85 | WW | Adjust plant operating systems to full capacity | -- | Bacteriological monitoring initially postponed due to unsafe conditions and heavy runoff from tributary area |
| 06-May-02 | 500 (Secondary) | Wahiawa WWTP | Y / 500 / 0 Lake Wilson — Y | floor drain (reclamation bldg) | SW/SUR | 0600 | 1000 | 240 | WW | Adjust plant operating systems to full capacity | -- | Bacteriological monitoring initially postponed due to unsafe conditions and heavy runoff from tributary area |
| 07-May-02 | 50 Untreated | 1221 Gulick Avenue | N | MH SI04FA1019 / main 10 | G GT | 0835 / 0817 | 0845 | 10 | SI | Place on 6-month PM | 01-05-00 | Flowed along roadside to Beckley St |
| 07-May-02 | U Untreated | 44-375 Kaneohe Bay Drive | N | cleanout / lateral 6 | U | 0830 / 0745 | 0845 | 75 | KK | Monitor | 03-03-01 | Evidence around cleanout |
| 08-May-02 | 20 Untreated | 2233 Hyde Street | N | cleanout / lateral 6 | U | 1215 / 1157 | 1250 | 35 | SI | Monitor | 01-25-99 | Evidence of initial spill around cleanout, 20 gal spilled when cleanout removed |
| 09-May-02 | 25 Untreated | 2103 Hillcrest Street | N | cleanout / lateral 6 | R | 0850 / 0729 | 0851 | 1 | SI | Clean lateral; monitor to determine PM | 07-20-99 | Evidence of initial spill around cleanout. 25 gallons spilled when cleanout cap removed |
| 11-May-02 | U Untreated | 1740 Farm Street | N | cleanout / lateral 6 | U | 1100 / 1100 | 1135 | 29 | SI | CCTV, monitor to revise PM | 09-11-01 | Evidence around cleanout |
| 12-May-02 | U Untreated | INT Queen Street & Kamakea Street | (Y) | MH / main 8 | (M) | 0937 / 0925 | 0945 | 8 | SI | Monitor, repair manhole | 08-22-01 | Evidence only. (M)=probably from manhole protective shielding |
| 17-May-02 | 100 Untreated (surge tank) | Honouliuli WWTP | N | primary clarifier #3 inlet box | M | 0600 | 0745 | 105 | HN | Hose down foam/disinfect area, operators to watch for foaming, reduce by hosing down or other methods | -- | Operators reduced PC #3 inlet valve opening during low flow to supply full flow to other PCs, foam from decant tank overflowed PC #3 inlet box. |
| 20-May-02 | 1185 Untreated | INT Country Club Road & Pali Highway | Y / 1,185 / 0 Niuliko Stream — Y | pipe / main 12 | R DP | 0938 / 0835 | 1335 | 237 | SI | Repair line 5/31/02, monitor | -- | |

35290

EXHIBIT 4D

# APRIL-JUNE 2002 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

/ )=assebly
(C)=chlorinated
CD=construction damage
DP=damaged pipe
FE=faulty equipment

FM=force main
G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)

OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power

R=rocks
RG=rags
RK=rock
RP/MT=repair &/or maintenance
S=secondary-treated

SL=sludge
SW/SUR=storm water/surcharge
TRB=tributary
U=unknown
UT=untreated

| Date | Estimated Volume Total (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | Entered Receiving Water Storm/Drain Volume Removed | Ocean/Stream | S G S | DISCHARGE POINT / PROBLEM LINE | CAUSES | Time Start/Arrival Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-May-02 | 40 / Unitreated | | 45-237 Nukumoena Place | N | | N | drain (dog kennels) / main 8 | R | 1950 / 1905 | 2020 | 180 | KK | Place on 12-month PM | 10-02-96 | Spilled onto grassy area |
| 01-Jun-02 | U / Unitreated | | 1265 Pau Poni Place | N | | N | cleanout | DP | 0928 / 0858 | 1115 | 107 | HN | Repair line 6/14/02 | -- | Evidence around riser |
| 04-Jun-02 | 25 / Unitreated | | 311 Iolani Avenue | N | | N | lateral 6 / pipe (floating) 6 | DP | 1730 / 0843 | 1900 | 90 | SI | Monitor & check joints | 05-07-01 | DP=separated floating main, spilled during repair |
| 06-Jun-02 | U / Unitreated | | 44-702 Nanamoana Place | N | | N | cleanout / lateral 6 | R | 0830 / 0745 | 1245 | 255 | KK | Monitor | 04-17-98 | Evidence around cleanout |
| 10-Jun-02 | 110 / Unitreated | | 2003 Houghtailing Street | Y 60 0 | | N | pipe / main 6 | DP | 1950 / 1930 | 2100 | 70 | SI | Investigate/CCTV inspect, schedule repair | 07-31-99 | DP=possible damaged main |
| 11-Jun-02 | 10 / Unitreated | | 2003 Houghtailing Street | Y 5 0 | | N | pipe / main 6 | M | 1332 / 1305 | 1416 | 48 | SI | Repair line 6/14/02 | 07-31-99 | M=dirt believed from possible damaged main; intermittent |
| 12-Jun-02 | 10 / Unitreated | | 94-289 Leonui Street | Y 10 0 | | N | cleanout / lateral 6 | G PP | 0905 / 0820 | 0908 | 3 | HN | Monitor | 03-12-00 | PP=toilet tissue |
| 12-Jun-02 | 4,200 / Unitreated | | 14-653C Kaneohe Bay Drive | N 4,150 Kaneohe Bay | | Y | MHKK451CC3012 / main 18 | DP | 1145 / 1130 | 1730 | 345 | KK | Bypass main break, Design & Construction Dept coordinating repairs | 08-20-01 | Spill volume estimated from pump station records |
| 13-Jun-02 | 140 / Unitreated | | 2003 Houghtailing Street | Y 150 | | N | pipe / lateral 6 | DP | 2035 / 1715 | 2215 | 100 | SI | Repair line 6/14/02 | 07-31-99 | Intermittent; further inspection revealed damaged lateral at 2001 Houghtailing St (across street) |
| 14-Jun-02 | 10 / Unitreated | | INT 8th Avenue & Hardesty Street 3404 | Y 10 0 | | N | pipe / main 6 | DP G | 1110 / 1036 | 1120 | 10 | SI | Repair line 6/19/02, monitor | 04-01-00 | CCTV inspection showed spill into storm drain |
| 16-Jun-02 | 2 / Unitreated | | 1336 School Street (North) | N | | N | cleanout / lateral 6 | U | 2119 / 2045 | 2120 | 1 | SI | Clean/repair line | 06-03-00 | Evidence only |

35291

EXHIBIT 4D

# APRIL-JUNE 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
(C)=chlorinated
CD=construction damage
DP=damaged pipe
PE=faulty equipment

FM=force main
G=grease
GT=grit
INT=infiltration
M=miscellaneous (see Remarks)

OP=operator error
P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power

R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance
S=secondary-treated

SL=sludge
SW/SUR=storm water/sand/snow
TRIB=tributary
U=unknown
UT=untreated

| Date | Estimated Volume (gal) | Treatment Level | Entered Receiving Water Storm Drain Y/N | Volume Removed | Ocean/Stream | Location Facility or Sewer Line | SIGNS | Discharge Point / Problem Line | Causes | Start Time | Call Rcvd | Stop | Total (min) | TRIB / TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17-Jun-02 | U | Unrtreated | N | | | 45-115 Waikalua Road | N | cleanout | R | 0840 | 0805 | U | U | KK | Place on 6-month PM | 02-23-99 | Evidence only |
| 20-Jun-02 | 50 | Unrtreated | Y | 30 | 0 | 1439 Alancastra Street | N | lateral 6 / cleanout main 6 | R RG | 1800 | 1725 | 1810 | 10 | SI | Place on 12-month PM | 05-31-00 | Combined in drain |
| 28-Jun-02 | 40 | Unrtreated | N | | | 94-1046 Eleu Street | N | cleanout 6 / lateral 6 | U | 1810 | 1625 | 1825 | 15 | HN | Monitor | 09-30-00 | |
| 30-Jun-02 | 825 | Unrtreated | Y | 600 | 0 Nuuanu Stream | 2516 Pacific Heights Road | N | MH SI21A00242 / main 6 | G R | 1102 | 1047 | 1157 | 56 | SI | Place on 2-month PM | 01-11-94 | |

35292

EXHIBIT 4D

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 ◊ KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 ◊ FAX: (808) 692-5113 ◊ Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



TIMOTHY E. STEINBERGER, P.E.
Director

FRANK J. DOYLE, P.E.
Deputy Director

EMC 02-471

CERTIFIED MAIL

OCT 21 2002

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Attention:  Ms. Joann Cola (WTR-7)

Gentlemen:

Subject:      Quarterly Report for the Period of July 1, 2002 to September 30, 2002

Ref:          United States of America and State of Hawaii v. City and County of Honolulu
              Civ. No. 94-00765DAE

Please find attached herewith, the Quarterly Report for the Third Quarter of 2002, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto, Division of Environmental Quality, at (808) 692-5371.

Sincerely,

TIMOTHY E. STEINBERGER, P.E.
Director

Attachment

cc:     Mr Marshall Lum, State Department of Health
        Mr. Paul Achitoff, Earth Justice

**35294**

EXHIBIT 4D

# JULY-SEPTEMBER 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**
J=possibly · CD=construction damage · CN=new construction · [D]=digested · DP=damaged pipe · FE=faulty equipment · FM=force main
G=grease · GT=grit · [H]=heat-treated · INT=intersection · M=miscellaneous (see Remarks) · O?=operator error · P=primary-treated
PM=preventive maintenance · PP=paper products · PVR=power · R=roots · RG=rags · RK=rocks · RPMT=ripair &/or maintenance
S=secondary-treated · Sof=softened · SL=sludge · SUBD=new subdivision · SW/SUR=storm water/surcharge · U=unknown · UT=untreated

**TREATMENT PLANT ABBREVIATIONS:**
HN=Honouliuli WWTP · KH=Kahuku WWTP · KK=Kailua WWTP · PK=Paalaa Kai WWTP · SI=Sand Island WWTP · WM=Wainanae WWTP · WN=Waianae WWTP · WW=Wahiawa WWTP

| Date | Estimated Volume (gpd) / Treatment Level | Storm/Drain Y/N | Volume Removed | Ocean/Stream | SIGNS | Location Facility or Sewer Line | Discharge Point / Problem Line | Cause | Start / Arrival Call | Stop / Rcvd | Total (min) | TRIB TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Jul-02 | 125 / Untreated | N | 100 | 0 / Nuuanu Stream | Y | 2306 Pacific Heights Road | MH S121AK0105 / main 8 | DP | 0810 | 1035 | 110 | SI | Place on 3-month PM | 08-21-02 | |
| 02-Jul-02 | 5 / Untreated | N | | | N | 1504 Nehoa Street | cleanout / lateral 6 | U | 0847 / 0827 | U | U | SI | Place lateral on PM schedule | 10-05-02 | Evidence on sidewalk |
| 03-Jul-02 | 50 / Untreated | N | | | N | 1954 Aupuni Street | cleanout / lateral 6 | RG PP | 0900 / 0845 | 1000 | 60 | SI | Monitor | 07-31-99 | |
| 06-Jul-02 | U / Untreated | N | | | N | 2230 Kealia Place | MH S121AR0042 / main 8 | U | 2134 / 2035 | U | U | SI | Monitor/revise PM | 01-20-99 | Evidence only |
| 09-Jul-02 | U / Untreated | N | | | N | 87-209 Ohola Plaza | cleanout / lateral 6 | U | 1815 / 1645 | U | U | WN | Repair lateral | 06-18-02 | Evidence around cleanout/grassy area |
| 13-Jul-02 | 887,000 / tertiary wastewater | N | 887,000 | 0 / Lake Wilson | Y | Wahiawa WWTP | UV disinfection unit | FE | 1900 (see remark) | 1100 (see Re-mark) | 11 hrs | WW | Installed alarm-condition alert to SCADA; initiate daily scrubbing of low-water sensor | – | FE=electrical low-water sensor's false signals caused intermittent shutdowns, spill duration 11 hrs over 16-hr span, 7/13-14/02 |
| 21-Jul-02 | 50 / Untreated | N | | | N | 1954 Aupuni Street | cleanout / main 6 | RK | 0800 / 0742 | 0930 | 21 | SI | Monitor/revise PM | 07-31-99 | Contained/dissipated on site |
| 22-Jul-02 | 15 / Untreated | N | | | N | 908 Leighton Street | pipe (joints) / manhole/lateral 4 | DP | 1620 / 1525 | 1645 | 25 | SI | Monitor | 05-10-02 | Leaked from floating line joints |

35295

EXHIBIT 4D

# JULY-SEPTEMBER 2002 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
CN=new construction
[Di]=digested
DP=damaged pipe
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=introduced
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
Scr=screened
SL=sludge
SUBD=new subdivision
SW/SUR=storm water/surcharge
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
Pke=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER Y/N STORM DRAIN (Volume / Removed / Ocean/Stream) | S G S | DISCHARGE POINT PROBLEM LINE | C A U S E S | ESTIMATED DURATION (Stand/Arrival — Time Stop/Call — Total (min)/Rcvd) | T R I B / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-Jul-02 | 30 / Untreated | 550 Berétania Street (South) | Y / 30 / 25 / – | N | MH S121AC0376 main 6 | M PP G | 0930 / 0925 — 0933 — 3 | SI | Continue PM, Environmental Quality Division to Investigate | 4-27-02 | M=plastic bags; PP=paper towels |
| 24-Jul-02 | 3960 / Untreated & Pebble | Sand Island WWTP | – | N | main 6 pipe (sump pump discharge) | (CD) | 0910 — 1200 — Resolve | SI | Contractor repaired line | – | Suspect contractor damaged line excavating on May 8, 2002 |
| 24-Jul-02 | 120 / Untreated | 1935 Houghtailing Street | N | N | cleanout main 6 | R RK | 1935 / 1915 — 2055 — 80 | SI | Monitor | 07-31-99 | Contained/disposed on site |
| 26-Jul-02 | 70 / Untreated | 1060 Kilani Avenue | Y / 40 / 0 | N | cleanout lateral 8 | G | 1950 / 1830 — 2015 — 25 | WW | Place on 12-month PM | 05-31-99 | Rubbish/leaves in drain |
| 29-Jul-02 | 330,000 / Untreated | Nimitz Highway | N / 150,000 / 0 Kalihi Stream / Keehi Lagoon | Y | pipe force main 36 | DP | 1840 / 1815 — 2000 — 80 | SI | Divert flow to 42" force main, repair main | – | |
| 30-Jul-02 | U / Untreated | 2747A Lilhu Street | N | N | MH S980MC2014 main 6 | U | 1335 / 1330 — U — U | SI | Environmental Quality to investigate possible grease problem | 07-16-02 | Evidence only |
| 30-Jul-02 | U / Untreated | 96-1514 Akaka Street | N | N | cleanout lateral 6 | R | 1615 / 1520 — U — U | HN | Place on 2-month PM | 04-08-02 | Evidence only |
| 31-Jul-02 | 120 / Untreated | 1230 Aala Street | Y / 30 / 0 | N | MH SR02XD2009 main 6 | G | 1950 / 1935 — 2055 — 65 | SI | Keep PM schedule | 07-01-01 | Most contained on road |
| 01-Aug-02 | 80 / Primary | Sand Island WWTP | N | N | chlorine retention tank | RP/MT | 0800 — 0900 — 60 | SI | Tank inspection port(s) will be removed and vessel visually inspected to prevent recurrence of spill | – | Mechanic started work to replace flange gasket, line not fully drained |

35296

EXHIBIT 4D

# JULY-SEPTEMBER 2002 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
CN=new construction
[D]=digested
DP=damaged pipe
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
Sc=screened
SL=sludge
SUBD=new subdivision
SW/SUR=storm water/surcharge
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Koi WWTP
Si=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER Y/N (Storm Drain) | Volume Removed | Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Time Start/Arrival | Call Rcvd | Stop | Total (min) | TRIB (TP) | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-Aug-02 | 1200 | Untreated | 94-054 Awinokui Street | N | | | N | MH HN05CR0857 / main 8 | G R M | 0845 | 0846 | 0945 | 60 | HN | Ensure PM on schedule | 01-31-01 | Mn-debris |
| 05-Aug-02 | U | Untreated | 2705 Tantalus Drive | N | | | N | pipe / main 8 | DP | 1101 | 1020 | 1140 | 39 | SI | Seal crack, monitor | 08-10-01 | Crack at pipe bottom; evidence only |
| 06-Aug-02 | U | Untreated | 1954 Aupuni Street | N | | | N | cleanout / lateral 4 | U | 1716 | 1610 | 1735 | 20 | SI | Monitor | 07-31-99 | Evidence around cleanout |
| 06-Aug-02 | 30 | Untreated | 98-208 Aiea Koi Place | N | | | N | cleanout / lateral 6 | G | 1910 | 1620 | 1925 | 15 | HN | Monitor/revise PM | 07-05-02 | |
| 08-Aug-02 | U | Untreated | 3065 Nihipali Place | N | | | N | cleanout / main 6 | R | 0720 | 0700 | U | U | SI | Monitor cleanout | 02-28-01 | Evidence of minimal spill; found cleanout cap off |
| 12-Aug-02 | 50 | Untreated | 1610 Hao/Hinalii Street | Y | 30 / 30 | | N | MH SI89AA2304 / main 8 | G | 0740 | 0720 | 0755 | 15 | SI | Revise to 6-month PM | 06-30-96 | |
| 13-Aug-02 | 10 | Untreated | 3314 Kamaaina Drive | N | | | N | cleanout / lateral 7 | R | 0747 | 0747 | U | U | SI | Monitor | -- | Evidence around cleanout |
| 16-Aug-02 | 70 | Untreated | 2707 King Street (South) | N | | | N | MH SI00BB0144 / main 8 | G | 1755 | 1620 | 1630 | 35 | SI | Increase to 2-month PM | | Dissipated on site |
| 17-Aug-02 | U | Untreated | 835 Aalapapa Drive | N | | | N | cleanout / lateral 6 | R | 1355 | 1315 | U | U | KK | Monitor/revise PM | | Evidence only |

35297

EXHIBIT 4D

# JULY-SEPTEMBER 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=toxicity
CD=construction damage
CN=new construction
INF=infiltration
[D]=digested
OP=damaged pipe
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RPM=repair &/or maintenance

S=secondary-treated
Sc=screened
SL=sludge
SUBD=new subdivision
SW/SUP=storm water/surcharge
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WV=Wahiawa WWTP

| DISCHARGE | | | | ENTERED RECEIV'G WATER Y/N | | | | DISCHARGE POINT | C A U S E S | | | ESTIMATED DURATION | | | | | | T R I B TP | | |
| | | | | STORM DRAIN | | Volume Removed | Ocean/Stream | PROBLEM LINE | | S I G | N S | Time Start/Stop | Call Arrival | Recvd | Total (min) | | REMEDIAL ACTION | LAST CLEANED | REMARKS |
| Date | Estimated Volume (gal) | Treatment Level | | Y/N | | | | | | | | | | | | | | | |
| 24-Aug-02 | U Untreated | | | N | | | | cleanout lateral 6 | G | N | | 0740 0742 | 0726 | | 53 | SI | Repair lateral, monitor | 07-19-02 | Seepage from cleanout, manhole lateral |
| 28-Aug-02 | U Untreated | | | N | | | | MH SI21AJ3496 main 6 | G R | N | | 1730 U 1720 | U | | U | SI | Monitor/revise PM | 08-25-99 | Evidence only |
| 31-Aug-02 | 40 Untreated | | | N | | | | toilet main 6 | U | N | | 1615 U 1615 | U | | U | HN | Monitor/revise PM | 03-11-00 | Contained in apartment/parking stall; blockage self-released |
| 05-Sep-02 | U Untreated | | | N | | | | drain (floor) main 6 | G | N | | 1130 U 1030 | U | | U | SI | Monitor/revise PM | 04-18-02 | Evidence in washer area |
| 06-Sep-02 | 110 Untreated | | | N | | | | MH SI21AX0125 main 6 | U | N | | 2305 0015 2025 | U | | 70 | SI | Monitor/revise PM | 03-28-02 | Contained/percolated in easement |
| 14-Sep-02 | 50 Untreated | | | N | | | | drain (floor) main 10 | G | N | | 1223 1246 1140 | U | | 23 | SI | Maintain PM | 04-19-01 | Contained/return to system |
| 14-Sep-02 | U Untreated | | | N | | | | cleanout (homeowner) lateral 6 | U | N | | 1340 U 1330 | U | | U | SI | Monitor/revise PM | 05-31-00 | Evidence around cleanout |
| 15-Sep-02 | 3 Untreated | | | N | | | | MH (no number) main 8 | G | N | | 2000 2010 1821 | U | | 10 | HN | Monitor | | |
| 16-Sep-02 | 50 Untreated | | | N | | | | pipe (cleanout riser) lateral 6 | U | N | | 1710 1800 1620 | U | | 50 | KK | Monitor, CCTV | 06-31-99 | Plumber removed cleanout riser; contained in trench - 40 gals returned to system when obstruction released |

| | | | LOCATION FACILITY or SEWER LINE |
| 444 Lauiki Street |
| 1421 Alapai Street |
| 94-116 Pupukahi Street |
| 1210 Auld Lane |
| 1622 10th Avenue |
| 2454 Beretania Street (South) |
| 3511 Kilauea Avenue |
| 94-1143 Kalali Loop |
| 1304 Manu Laiki Street |

35298

EXHIBIT 4D

# JULY-SEPTEMBER 2002 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
CN=new construction
[D]=digested
DP=damaged pipe
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=rocks
RG=rags
RK=rocks
RP=MT=repair &/or maintenance)

S=secondary-treated
Sc=screened
SL=sludge
SUBD=new subdivision
SW/SUR=storm water/surcharge
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
S=Sand Island WWTP
WA=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE | | | | LOCATION | ENTERED RECEIV'G WATER | | | S I G N S | DISCHARGE POINT | C A U S E S | ESTIMATED DURATION | | | | T R I B TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Estimated Volume (gal) | | Treatment Level | FACILITY or SEWER LINE | STORM DRAIN Y/N | Volume Removed | Ocean/Stream | | PROBLEM LINE | | Start/ Arrival Call Rovd | Stop | Total (min) | | | | | |
| 18-Sep-02 | 40 | | Untreated | 1741 Haleloa Drive | N | | | N | MH S|21AA0315, main 8 | M | 1000 1000 | 1020 | 20 | SI | SI Monitor/revise PM | 05-30-02 | M=runaway roots from upstream manhole, contained on hillside |
| 19-Sep-02 | 70 | | Untreated | 2656 Pauoa Road | N | | | N | MH S|21AK0901, main 6 | R | 2220 2205 | 2300 | 40 | SI | SI Monitor, CCTV | 04-25-01 | |
| 20-Sep-02 | 120 | | Untreated | 94-896 Molonio Street | N | | | N | toilets, main 15 | G | 2150 2105 | 2225 | 35 | HN | HN Ensure PM schedule | 10-24-01 | Toilets spilled into warehouse |
| 21-Sep-02 | U | | Untreated | 4741 Matsonia Drive | N | | | N | cleanout, lateral 6 | R | 1316 1204 | U | U | SI | SI Follow up lateral cleaning—repair if needed; monitor | 02-29-00 | Evidence on grass/driveway |
| 23-Sep-02 | U | | Untreated | 548 Mauinui Avenue | N | | | N | cleanout, lateral 6 | R | 1050 1022 | U | U | KK | KK Monitor | 07-31-99 | Contained/percolated in sandy area |
| 25-Sep-02 | 10 | | Untreated | 2383 Auluhu Street | N | | | N | cleanout, lateral 6 | U | 1900 1755 | 1915 | 15 | HN | HN Monitor to determine PM | 07-23-02 | Contained/percolated around cleanout |
| 26-Sep-02 | 85 | | Untreated | 776 Kailua Road | N | Y 20 0 | | N | cleanout, lateral 6 | U | 1825 1635 | 1840 | 15 | KK | KK Monitor | 05-31-99 | Spilled when cleanout cap removed |
| 28-Sep-02 | 15 | | Untreated | Old Pali Road / Hakumeha | N | | | N | MH S|87KA2001, main 8 | R | 1200 1000 | 1230 | 30 | SI | SI Monitor | 08-22-99 | |
| 30-Sep-02 | 35 | | Untreated | 611 Keeaumoku Street | N | | | N | cleanout, lateral 6 | G | 1955 1935 | 2050 | 50 | SI | SI Revise PM to monthly, monitor, investigate grease source | 07-30-02 | |

35299

EXHIBIT 4D



DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 ▯ KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 ▯ FAX: (808) 692-5113 ▯ Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor

TIMOTHY E. STEINBERGER, P.E.
Director

FRANK J. DOYLE, P.E.
Deputy Director

CERTIFIED MAIL

JAN 2 1 2003

EMC 03-015

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention: Ms. Joann Cola (WTR-7)

Gentlemen:

SUBJECT:    QUARTERLY REPORT FOR THE PERIOD OF October 1, 2002 TO December 31, 2002;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Fourth Quarter of 2002, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto, Division of Environmental Quality, at (808) 692-5371.

Sincerely,

TIMOTHY E. STEINBERGER, P.E.
Director

Attachment

cc:    Mr Marshall Lum, State Department of Health
Mr. Paul Achitoff, Earth Justice Legal Defense Fund

35301

EXHIBIT 4D

# OCTOBER-DECEMBER 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:
( )=possibly
CD=construction damage
DP=damage pipe
FE=faulty equipment
G=grease
GT=grit
M=miscellaneous (see Remarks)
OP=operator error
P=primary-aerated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=regs
RK=rocks
RPM=repair &/or maintenance
Ss=secondary-treated
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP   KH=Kahuku WWTP
KK=Kailua WWTP   PK=Pailoa Kai WWTP
SI=Sand Island WWTP   WM=Waimanalo WWTP
WM=Waianae WWTP   WW=Wahiawa WWTP

| Date | Est. Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | Storm Drain Y/N | Volume Removed | Ocean/Stream | DISCHARGE POINT / PROBLEM / LINE | CAUSE | Time Start/Arrival/Call/Recd | Stop | Total (min) | TRIB/TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Oct-02 | 275 Untreated | 2097 Alaloa Street | Y | 275 | 0 | cleanout main 8 | R | 2205 / 2120 | 2310 | 65 | SI | Place on 2-month PM | 07-11-01 | Flowed onto/percolated into side of ridge |
| 02-Oct-02 | 75 Untreated | 2097 Alaaloa Street | Y | 50 | 0 | cleanout main 8 | R | 0835 | 0905 | 30 | SI | Place on 2-month PM | 07-11-01 | Spilled before follow-up crew arrived |
| 04-Oct-02 | U Untreated | 1856 Aaa Mahaimano Place | N | | | cleanout lateral 6 | U | 1755 / 1655 | U | U | SI | Monitor/revise PM | 05-14-02 | Evidence around cleanout |
| 06-Oct-02 | 15 Untreated | 1161 Akipola Street | N | | | cleanout lateral 6 | U | 0617 / 0720 | 0818 | 1 | KK | Monitor | 05-19-99 | Spilled when cleanout cap removed |
| 07-Oct-02 | U Untreated | 1420 Alapai Street | N | | | cleanout lateral 6 | R | 1640 / 1620 | U | U | SI | Roots, monitor | 09-10-02 | Evidence around cleanout |
| 11-Oct-02 | 15 Untreated | 2314 10th Avenue Place | N | | | cleanout lateral 4 | GT | 1130 / 1100 | 1230 | 60 | SI | Monitor/revise PM | 02-28-99 | Intermittent |
| 12-Oct-02 | 500 Untreated | Sand Island WWTP | Y | 200 | | influent channel | M | 0500 | 1005 | 15 | SI | Discuss/implement remedial measures | — | MH during weekly flushing (one channel in use, other flushed), influent flows packed simultaneously |
| 15-Oct-02 | 40 Untreated | 1225 Waimano Home Road | N | | | cleanout lateral 6 | U | 1655 / 1605 | 1911 | 18 | HN | Monitor | 09-30-00 | Spilled when cleanout cap removed; contained around cleanout |
| 17-Oct-02 | 75 Untreated | 92-535 Pilipono Street | N | | | cleanout lateral 6 | R | 2320 / 2230 | 2340 | 20 | HN | Monitor | — | Spilled when cleanout cap removed, contained around cleanout |
| 19-Oct-02 | 10 Untreated | 1738 Elua Street | Y | 8 | 0 | MH SI21GH10/11 main 6 | RG PP | 0951 / 0625 | 1031 | 40 | SI | Place on 6-month PM | 05-29-00 | |

35302

EXHIBIT 4D

# OCTOBER-DECEMBER 2002 WASTESTREAM DIVERSIONS CITY & COUNTY OF HONOLULU

Prpəslbly
CD=construction damage
DP=damaged pipe
FE=faulty equipment
G=grease

GT=grit
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
PWR=power
R=roots
RG=rags
Rt=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SW/SUR=storm water/surcharge
TRB=tributary
U=unknown

**TREATMENT PLANT ABBREVIATIONS:**
HN=Honouliuli WWTP
KH=Kahuku WWTP
Kk=Kailua WWTP
Si=Sand Island WWTP
WN=Waianae WWTP
Pk=Paalaa Kai WWTP
WMa=Waimanalo WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVG WATER Storm Drain Y/N | Volume Removed | Ocean/Stream | DISCHARGE POINT PROBLEM LINE | CAUSES | ENTERED STORM S/G/S | EST. DURATION Time Arrival/Call/Rcvd | Start | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-Oct-02 | 90 | Untreated | 2317 Koolulau Street | N | | | cleanout / main / 6 | R | N | 1750 | 1815 | 1845 | 30 | SI | Repair, monitor | 09-11-02 | Percolated into grass |
| 22-Oct-02 | U | Untreated | 2370 Tantalus Drive | N | | | MH Sl21AM0227 / main / 6 | G | N | 1230 | 1310 | 1311 | 1 | SI | Place on 3-month PM | 09-11-02 | Seeped from ground |
| 23-Oct-02 | 220 | Untreated | 2316 Tantalus Drive | N | | | MH Sl21AM0224 / main / 6 | R | N | 0745 | 0810 | 0930 | 80 | SI | Place on 3-month PM | 09-11-02 | |
| 25-Oct-02 | 120 | Untreated | 1352 Bertram Street | N | | | MH Sl21AZ0155 / main / 6 | M | N | 1715 | 1800 | 1950 | 110 | SI | Monitor | 10-23-01 | M=plastic bags, small cooler |
| 28-Oct-02 | U | Untreated | 1300 Callapo Walk / Kokui Street (North) 215 | Y | 0 | Nuuanu Stream | pipe / main / 10 | DP | Y | 0715 | 0830 | 0230 | 18 hr | SI | Repair break; CIPP line | 01-31-01 | Leaked through wall |
| 30-Oct-02 | U | Untreated | 215 Kukui Street | | 0 | Nuuanu Stream | pipe / main / 10 | DP | N | 0830 | 0830 | 1100 | 150 | SI | Repair break; CIPP line | 01-31-01 | Leaked through wall |
| 30-Oct-02 | 40 | Untreated | 1887 Laukahi Street | N | | | cleanout / lateral / 6 | U | N | 1945 | 2020 | 2045 | 20 | SI | Electric ool | 03-20-01 | Contained/percolated near cleanout |
| 31-Oct-02 | 15 | Untreated | 2316 Tantalus Drive | N | | | MH Sl21AM0225 / main / 8 | G PP | N | 1300 | 1315 | 1430 | 75 | SI | Place on 2-month PM | 09-11-02 | PP=paper towels |
| 31-Oct-02 | 45 | Untreated | 2252 Ala Mahamoe Street | N | | | MH Sl13FB1000 / main / 6 | R | N | 1515 | 1605 | 1700 | 55 | SI | Roods, monitor | 05-14-02 | Dissipated on mountainside |
| 01-Nov-02 | 300 | Untreated | Waimanalo WWTP | N | | | valve (discharge - sludge drying bed 3) | OP | N | | 915 | 930 | 15 | SI | WM Maintenance staff instructed to secure valve after service & operators instructed to visually check before starting an operation | - | Discharge valve (always closed) left open after servicing by maintenance staff, operator, unaware of open valve, started filling tanker, sludge leaked from sand drying bed #3 at stop gate |

35303

EXHIBIT 4D

# OCTOBER-DECEMBER 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
FE=faulty equipment
PM=preventive maintenance

GT=grit
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PP=paper products
PWR=power
Re=rocks
RG=rags
RK=rocks

RPM=repair &/or maintenance
S=secondary-treated
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP       KH=Kahului WWTP
KI=Kahuku WWTP         PK=Paalaa Kai WWTP
KK=Kailua WWTP         WM=Waimanalo WWTP
Sn=Sand Island WWTP    WW=Wahiawa WWTP
WN=Waianae WWTP

| Date | DISCHARGE Est. Volume (gal) | Treatment Level | LOCATION / FACILITY or SEWER LINE | ENTERED RECEIVING WATER Y/N / STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SGS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Arrival Call Rcvd | Start | Stop | Total (min) | TP TRIB | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Nov-02 | 50 | Untreated | 45-010 Kahanehou Place | N | N | pipe / force main 6 | DP | 1122 / 1045 | 1045 | 1215 | 53 | KK | Repair line 11/3/02 | : | |
| 06-Nov-02 | 475 | Untreated | 45-597 Keaahala Road | Y / U / dry stream bed | N | MH HK00FA1310 / main 10 | R M | 1050 / 1034 | | 1125 | 35 | KK | Place on 6-month PM | 01-29-99 | |
| 11-Nov-02 | 55 | Untreated | 3231 Pelekane Drive | Y / 40 / Nuuanu Stream | N | MH SI21AW0391 / main 6 | R RG | 1053 / 1030 | | 1104 | 11 | SI | Place on 3-month PM | 12-04-01 | |
| 11-Nov-02 | 10 | Untreated | 2043 Dillingham Boulevard | N | N | cleanout / lateral 6 | SL | 1343 / 1330 | | 1403 | 20 | SI | Monitor/adjust 3-month PM | 02-28-90 | |
| 14-Nov-02 | 150 | Untreated | 2307 Tantalus Drive | N | N | cleanout / main 8 | R | 1545 / 1525 | | 1625 | 40 | SI | Revise to 2-month PM | 11-04-02 | |
| 14-Nov-02 | 20 | Untreated | 3378 Hardesty Street | N | N | pipe / main 6 | G | 2140 / 2100 | | 2200 | 20 | SI | Place on 6-month PM; repair pipe | 04-01-99 | |
| 16-Nov-02 | 15 | Untreated | 1423 Emerson Street | N | N | cleanout / main 6 | R | 1002 / 0947 | | 1006 | 4 | SI | Place on 18-month PM | 09-10-02 | |
| 16-Nov-02 | 20 | Untreated | 1246 Makapu Boulevard | N | N | MH KK01BA0200 / main 6 | G GT | 1422 / 1145 | | 1315 | 50 | KK | Place on 12-month PM | 01-16-02 | Siphon line |
| 17-Nov-02 | U | Untreated | 99-118A Kealakaha Drive | N | N | MH HN25KJ1360 / main 6 | R | 1223 / 1155 | | 1316 | 53 | HN | Place on 12-month PM after cleaning | 10-29-02 | Evidence on manhole |
| 18-Nov-02 | 45 | Untreated | 257 Kalihi Street | N | N | cleanout / lateral 6 | U | 1545 / 1515 | | 1600 | 25 | SI | Monitor | 08-08-02 | |

35304

EXHIBIT 4D

# OCTOBER-DECEMBER 2002 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
FE=faulty equipment
G=grease

GT=grit
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP=repair &/or maintenance
S=secondary-treated
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP    KH=Kahuku WWTP
KK=Kailua WWTP        PK=Paalaa Kai WWTP
SI=Sand Island WWTP   WM=Waimanalo WWTP
WN=Waianae WWTP       WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | Location Facility or Sewer Line | Recv'g Water Y/N | Storm Drain Y/N | Volume Removed | Ocean/Stream | Cause | Discharge Point / Problem Line | Arrival/Call Rcvd | Start | Stop | Total (min) | TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Nov-26 | U | Untreated | 444 Waiakamilo Road | | N | | | U | cleanout / lateral 6 | 1520 | 1550 | 1730 | 100 | SI | Monitor | 06-08-02 | |
| 25-Nov-02 | 10 | Untreated | 1565 Ala Napunani Street | | N | | | R | cleanout / lateral 6 | 0740 | 0835 | 836 | 1 | SI | CCTV; monitor | 03-11-02 | |
| 28-Nov-02 | 20 | Untreated | 1830 Laukalu Place | | N | | | R | MH SI41CD0036 / main 8 | 0957 | 1032 | 1124 | 52 | SI | Flush | 03-25-02 | Seeped from manhole rim |
| 01-Dec-02 | 40 | Untreated | 1966 Dillingham Boulevard | | N | | | RK PP | cleanout / main 10 | 1215 | 1232 | 1458 | 146 | SI | Monitor; determine paper towel source | 02-28-99 | PP=paper towels |
| 02-Dec-02 | U | Untreated | 5020 Maunalani Circle | | N | | | R | cleanout / lateral 6 | 1530 | 1610 | U | U | SI | Place on 12-month PM | 06-13-02 | Evidence around cleanout |
| 02-Dec-02 | U | Untreated | 2500 Aapi Way | | N | | | U | cleanout / lateral 6 | 1805 | 1900 | U | U | HN | Monitor | 08-31-98 | Evidence around cleanout discharged |
| 03-Dec-02 | U | Untreated | 44-007 Aina Moi Place | | N | | | U | cleanout / lateral 6 | 0846 | 0910 | U | U | KK | Monitor | 03-31-01 | Evidence around cleanout |
| 05-Dec-02 | 30 | Untreated | 1810 Hunnewell Street | | N | | | R | pipe / main 8 | 1231 | 1250 | 1305 | 15 | SI | Place on 3-month PM | 10-23-02 | Contained alongside road |
| 10-Dec-02 | 30 | Untreated | 1366A Mamalu Street | | N | | | U | pipe joints / main 6 | 1530 | 1555 | 1615 | 20 | SI | Monitor | 08-07-01 | Spilled when pipe full |
| 11-Dec-02 | 180 | Untreated | 1060 King Street (South) | Y | | 160 | 0 | G | cleanout / lateral 6 | 2005 | 2040 | 2145 | 65 | SI | Place on 3-month PM, investigate grease source | 10-14-02 | |

35305

EXHIBIT 4D

# OCTOBER-DECEMBER 2002 WASTESTREAM DIVERSIONS CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
FE=faulty equipment
G=grease

GT=grit
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated
PM=preventive maintenance

PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP        KH=Kahuku WWTP
KK=Kailua WWTP            PK=Paalaa Kai WWTP
SI=Sand Island WWTP       WM=Waimanalo WWTP
WN=Waianae WWTP           WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER/STORM DRAIN Volume Removed (gal) / Ocean/Stream | S G N S | DISCHARGE POINT / PROBLEM LINE | C A U S E S | Start / Call Rcvd | Stop | Total (min) | T R I B TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17-Dec-02 | 30 Untreated | | 1511 Ehupua Place | N | N | cleanout / lateral | R DP | 0930 / 0053 | 0945 | 15 | SI | Repair lateral, monitor | 03-06-01 | DP=saddle wye damage |
| 21-Dec-02 | 3350 Untreated | | 1205 Alpha Oe Drive | 3,350 / 3,350 Maunawili Stream | Y | cleanout / main 8 | R | 0900 / 0838 | 1013 | 67 | KK | Place on 9-month PM | 10-17-01 | Resident hooked up pvc to riser |
| 24-Dec-02 | 60 Untreated | | 94-054 Awamoku Street (Brown Estates) | N | N | MH HN05CR0058 / main 8 | R | 1330 / 1650 | 1850 | 80 | HN | Place on monthly PM | 11-13-02 | |
| 26-Dec-02 | 135 Untreated | | 1702 Houghtailing Street | Y 130 / 130 | N | MH SI89A42004 / main 6 | G | 1007 / 0931 | 1052 | 45 | SI | Place on 2-month PM | 06-30-00 | |
| 29-Dec-02 | 60 Untreated | | 94-517 Laenui Street | U / - / Drainage canal | N | MH HN05CR0473 / main 8 | G | 0923 / 849 | 0935 | 12 | HN | Place on 2-month PM | 05-31-00 | |
| 29-Dec-02 | U Untreated | | 1534 Aalapapa Drive | N | N | cleanout / lateral 6 | R | 1315 / 1235 | 1320 | 5 | KK | Monitor, adjust PM | 02-19-00 | |
| 30-Dec-02 | 1040 Untreated | | 1260 Richard Lane | 1,040 / 0 Kalihi Stream | Y | MH SI04FA1016 / main 10 | G PP | 1014 / 1004 | 1040 | 26 | SI | Pipe lining scheduled, on weekly PM, investigate paper towel source | 02-09-02 | PP=paper towels |
| 30-Dec-02 | 50 Untreated | | 318/1934 Manoa Road | 50 / 0 | N | cleanout / main 8 | R DP RK | 1430 / 1400 | 1500 | 30 | SI | Monitor | 06-26-02 | |
| 31-Dec-02 | 90 Untreated | | 41-522 Pookela Street | N | N | cleanout / main 8 | G R | 1617 / 1615 | 1645 | 28 | WM | Place on 3-month PM | 06-19-02 | |

35306

EXHIBIT 4D