DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308    KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159    FAX: (808) 692-5113    Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



FRANK J. DOYLE, P.E.
Acting Director

CERTIFIED MAIL

APR 2 1 2003

EMC 03-153

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Attention:  Ms. Joann Cola (WTR-7)

Gentlemen:

SUBJECT:     QUARTERLY REPORT FOR THE PERIOD OF January 1, 2003 TO March  31, 2003;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the First Quarter of 2003, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs.  As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto, Division of Environmental Quality, at (808) 692-5371.

Sincerely,

FRANK J. DOYLE, P.E.
Acting Director

Attachment

cc:    Mr Marshall Lum, State Department of Health
Mr. Paul Achitoff, Earth Justice

35308

EXHIBIT 4E

# JANUARY-MARCH 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
FE=faulty equipment

G=grease
GT=grit
M=miscellaneous (see Remarks)
OP=operator error

PM=preventive maintenance
PP=paper products
R=roots
RG=rags

Rk=rocks
RPMT=repair &/or maintenance
SW/SUR=storm water/surcharge
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP     KH=Kahuku WWTP
Ki=Kailua WWTP          PK=Paalaa Kai WWTP
Si=Sand Island WWTP     WM=Waimanalo WWTP
WN=Waianae WWTP         WW=Wahiawa WWTP

| DISCHARGE Date | Est. Volume (gal) / Treatment Level | LOCATION FACILITY OF SEWER LINE | ENTERED RECEIVING WATER Y/N | STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSE | ESTIMATED DURATION (Start/Call Rcvd, Arrival, Stop, Total min) | TP (T/R/B) | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Jan-03 | 25 / Untreated | 1423 Emerson Street | N | | N | cleanout / main 6 | R | 1003 / 0945 / 1009 / 6 | SI | Monitor & repair if necessary | 09-10-02 | Spill in laundry returned to system |
| 19-Jan-03 | 100 / Untreated | 2420 Koa Avenue | N | | N | cleanout / lateral 6 | U | 1348 / 1348 / U / U | SI | Monitor, inspectors did not find anything unusual | 11-13-02 | Spilled when plumber opened cleanout |
| 19-Jan-03 | 5 / Untreated | 3910A Sierra Drive | N | | N | cleanout / lateral 6 | R | 0834 / 0612 / 0938 / 4 | SI | If repair not required, place on 3-month PM | 08-23-02 | |
| 19-Jan-03 | 15 / Untreated | 407 King Street (North) | Y | 15 / 0 / Nuuanu Stream | N | cleanout / lateral 6 | G | 1920 / 1832 / 1940 / 20 | SI | CCTV-main okay, monitor/maintain | 06-15-93 | Spilled before scheduled flush, bacti monitoring-ongoing from previous College Walk spill |
| 21-Jan-03 | 3 / Untreated | 1406 Manalu Street | N | | N | MH SI8#GE2100 / main 6 | DP | 1330 / 1325 / U / U | SI | Repair line 1/23/03 | 07-30-99 | Leaking from rock wall |
| 21-Jan-03 | 15 / Untreated | 2238 Kaluapulama Street | N | | N | cleanout / lateral 6 | G, M | 1410 / 1336 / 1413 / 3 | SI | Monitor / maintain | 12-19-02 | M=debris |
| 23-Jan-03 | 2 / Secondary sludge | Waimanalo WWTP | N | | N | hose | OP | 1120 / 1121 / 1 | WM | Repair hose | -- | Driver didn't secure valve before opening connection cover to connect hose to tanker |
| 27-Jan-03 | U / Untreated | 45-664 Pua Alowalo Street | N | | N | drain / lateral 6 | U | 1830 / 1630 / U / U | KK | KK Monitor, investigate (by other City agency) illegal roof drain connection to cleanout | 11-26-02 | Lines okay, illegal connection--rain gutter drains into cleanout, crew found signs of backup from makeshift patio bathroom |
| 31-Jan-03 | 40 / Untreated | 87-222 Malpaloca Road | N | | N | cleanout / main 10 | G | 1430 / 1345 / 1531 / 61 | WN | Place on 6-month PM | 11-20-02 | |
| 02-Feb-03 | U / Untreated | 2035 Liloa Rise | N | | N | toilet / main 6 | R | 1224 / 1155 / U / 18 | SI | Revise 6 to 12-month PM | 01-30-99 | Evidence on lower floor |

Page 2 of 6

35309

EXHIBIT 4E

# JANUARY-MARCH 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
FE=faulty equipment

G=grease
GT=grit
M=miscellaneous (see Remarks)
OP=operator error

PM=preventive maintenance
PP=paper products
R=roots
RG=rags

RK=rocks
RPMT=repair &/or maintenance
SW/SUR=storm water/surcharge
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP        KH=Kahuku WWTP
KK=Kailua WWTP          PK=Paalaa Kai WWTP
SI=Sand Island WWTP     WM=Waimanalo WWTP
WN=Waianae WWTP         WW=Waihiawa WWTP

| DISCHARGE Date | DISCHARGE Est. Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Y/N | Volume Removed | Ocean/Stream | IS G S | DISCHARGE POINT / PROBLEM LINE | CAUSE | Time Start/Arrival | Call Rcvd | Stop | Total (min) | TP / TR B | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-Feb-03 | 20 / Untreated | 2313 Nuuanu Avenue | N | | | N | MH S/21AW0055 main -18 | G R RG | 0915 | 0900 | 0920 | 5 | SI | Revise to 12-month PM | 09-19-00 | |
| 09-Feb-03 | 56 / Secondary chlorinated | Waimanalo WWTP | N | | | N | 4" hose (portable pump discharge) | FE | 815 | 0900 | 816 | 1 | WM | Replace hose | - | Hose was inspected before use |
| 06-Feb-03 | U / Untreated | 2287 Auhuhu Street | N | | | N | cleanout lateral 4 | R | 1440 | 1416 | U | 10 | HN | CCTV; monitor | 01-31-03 | Evidence around cleanout |
| 07-Feb-03 | U / Untreated | 1625 Ruth Place | N | | | N | cleanout lateral 6 | R | 2110 | 2030 | U | 80 | SI | Monitor | 09-19-99 | Evidence around cleanout |
| 09-Feb-03 | 25 / Untreated | 1748 Gulick Avenue | N | | | N | cleanout lateral 6 | G | 1200 | 1130 | 1220 | 20 | SI | Monitor | 01-16-03 | Contained in yard |
| 10-Feb-03 | U / Untreated | 1625 Ruth Place | N | | | N | cleanout lateral 6 | R | 1855 | 1545 | U | U | SI | Monitor | 09-19-99 | Evidence around cleanout |
| 10-Feb-03 | U / Untreated | 1710 Kilohana Street | N | | | N | cleanout lateral 6 | U | 2020 | 1830 | U | U | SI | Monitor | 04-08-95 | Evidence around cleanout |
| 13-Feb-03 | U / Untreated | 46-467 Konohi Street | N | | | N | cleanout lateral 6 | R | 1220 | 1200 | U | U | KK | Monitor | 06-07-99 | Evidence around cleanout |
| 14-Feb-03 | 225 / Untreated | 855 Hookanike Street | Y | 225 | 0 Komo Mai Bridge Canal | Y | cleanout main 8 | G | 1005 | 0928 | 1120 | 75 | HN | Place on 6-month PM | - | Couldn't clear due to heavy rain, DOH waived monitoring due to heavy rain & high flow in canal |
| 14-Feb-03 | U / Untreated | 1205 Aloha Oe Drive | N | | | N | cleanout lateral 6 | U | 1035 | 1030 | U | U | KK | Place on 6-month PM | 02-08-00 | Evidence around cleanout |

35310

EXHIBIT 4E

# JANUARY-MARCH 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
FE=faulty equipment

G=grease
GT=grit
M=miscellaneous (see Remarks)
OP=operator error

PM=preventive maintenance
PP=paper products
R=roots
RG=rags

RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
U=unknown

TREATMENT PLANT ABBREVIATIONS:
HN=Honouliuli WWTP        KH=Kahuku WWTP
KK=Kailua WWTP            PK=Paalaa Kai WWTP
SI=Sand Island WWTP       WM=Waimanalo WWTP
WN=Waianae WWTP           WW=Wahiawa WWTP

| Date | DISCHARGE Estimated Volume (gal) / Treatment Level | ENTERED RECEIVING WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | S I G N S | DISCHARGE POINT / PROBLEM LINE | C A U S E S | ESTIMATED DURATION Time Start/Stop / Arrival / Call Recd | Total (min) | T R B / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17-Feb-03 | 30 / Untreated | N | N | MH SI35FA0062 / main 8 | G / R | 1145 1203 / 1110 | 18 | SI | Place on monthly PM | 11-19-02 | Intermittent seepage. 25 gals returned to system |
| 18-Feb-03 | 2 / Untreated | N | N | cleanout (2) / lateral 4 | G PP / GT | 1414 1429 / 1406 | 15 | SI | Monitor | 01-21-03 | Contained on site |
| 19-Feb-03 | U / Untreated | N | N | cleanout / main 8 | PP | 1830 U / 1810 | U | SI | Place on 3-month PM | 02-28-99 | Evidence around cleanout & sidewalk. PP, paper towels |
| 22-Feb-03 | 30 / Untreated | N | N | cleanout / lateral 6 | U | 1458 1726 / 1442 | 148 | SI | Place on 6-month PM | -- | Intermittent; contained on site |
| 23-Feb-03 | 40 / Untreated | Y / 30 / 0 / Nuuanu Stream | N | cleanout / lateral 6 | G | 0909 0916 / 0845 | 7 | SI | Monitor / maintain | 02-01-03 | Most spilled when cleanout opened; stream monitoring ongoing |
| 25-Feb-03 | 50 / Untreated | N | N | pipe (riser) / main 6 | R DP | 1545 1730 / 1520 | 105 | SI | Repair pipe; monitor | 01-27-00 | DP=separated pipe from root infiltration |
| 26-Feb-03 | 3 / Untreated | N | N | pipe / riser 4 | R | 0759 0827 / 0739 | 28 | SI | Monitor | 02-13-03 | |
| 26-Feb-03 | U / Untreated | N | N | cleanout / lateral 6 | R | 1010 U / 1515 | U | SI | Monitor, adjust PM | 05-21-02 | Evidence around cleanout |
| 27-Feb-03 | 40 / Untreated | N | N | pipe / lateral 6 | G DP | 1550 2110 / 1530 | 320 | SI | Repair lateral | -- | |
| 04-Mar-03 | 325 / Untreated | N | N | MH SI21AA0316 / main 8 | R | 2205 2255 / 2040 | 50 | SI | Place on 3-month PM | 05-28-02 | Displaced down ridge |

LOCATION / FACILITY or SEWER LINE:
17-Feb-03: 411 Hadron Lane
18-Feb-03: 1703 Fern Street
19-Feb-03: 2043 Dillingham Boulevard
22-Feb-03: 1831 King Street (South)
23-Feb-03: 417 King Street (North)
25-Feb-03: 203 Prospect Street
26-Feb-03: 2355 Tantalus Drive
26-Feb-03: 4477 Sierra Drive
27-Feb-03: 19 Hotel Street (North)
04-Mar-03: 1747 Halekoa Drive

35311

EXHIBIT 4E

# JANUARY-MARCH 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
FE=faulty equipment

G=grease
GT=grit
M=miscellaneous (see Remarks)
OP=operator error

PM=preventive maintenance
PP=paper products
R=roots
RG=rags

RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
U=unknown

TREATMENT PLANT ABBREVIATIONS:
HN=Honolulu WWTP    KH=Kahuku WWTP
KK=Kailua WWTP    PK=Paalaa Kai WWTP
SI=Sand Island WWTP    WM=Waimanalo WWTP
WN=Waianae WWTP    WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | ENTERED RECEIVING WATER Y/N | STORM DRAIN Volume Removed | Ocean/Stream | SIGNS | DISCHARGE LOCATION FACILITY or SEWER LINE | DISCHARGE POINT | PROBLEM LINE | CAUSES | Time Call Rcvd | Arrival | Start/Stop | Total (min) | TRB/TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-Mar-03 | 100 | | N | | | | Kailua Regional WWTP | daft hopper (#2) | | OP | 1120 | | 1122 | 2 | KK | Operations aware of situation | -- | |
| 10-Mar-03 | 4 | Untreated | N | | | | 1359A Mamalu Street | cleanout | main 6 | PP | 1100 / 1016 | | 1130 | 30 | SI | Place on 6-month PM | 08-07-01 | PP=toilet paper/paper towels |
| 12-Mar-03 | 45 | Untreated | N | | | | 41-579 Poalima Street | MH WN02AT0036 main | 6 | G RK | 1730 / 1625 | | 1750 | 20 | WM | WM:Monitor, adjust PM | 04-15-99 | |
| 17-Mar-03 | 110 | Untreated | Y | 50 / 0 | | | 1045 Fort Street Mall | MH SI21AQ1121 main | 10 | G M | 1905 / 1850 | | 1920 | 15 | SI | Ensure maintain PM as scheduled | 07-28-01 | M=underwear |
| 16-Mar-03 | 800 | Untreated | Y | 800 / 0 | | | 94-065 Kuahelani Avenue | MH HN00AI00603 main | 8 | RK GT | 0921 / 0840 | | 0921 | 8 | HN | Place on 12-month PM | 07-28-98 | Dislodged in drain |
| 17-Mar-03 | 30 | Untreated | N | | | | 1073 Hind Iuka Drive | pipe lateral | 6 | U | 1715 / 1605 | | 1755 | 40 | SI | Inspect lateral, monitor | -- | Trickling from retaining wall |
| 17-Mar-03 | 25 | Untreated | N | | | | Honolulu WWTP | cleanout | | M | U | U | U | U | HN | Replace cleanout cap | -- | M=classification in Primary Clarifier #2 scum line blow cap off the cleanout. |
| 18-Mar-03 | U | Untreated | N | | | | 4668 Sierra Drive | cleanout main | 8 | R | 1253 / 1215 | | U | U | SI | Place on 4-month PM | 02-17-01 | Evidence (trace) around cleanout |
| 20-Mar-03 | 5 | Secondary chlorinated | N | | | | Waimanalo WWTP | hose (portable pump discharge) | | FE | 0735 | | 0736 | 1 | WM | Submit work order for installation of permanent submersible pump in channel | | Hose was inspected before use |
| 20-Mar-03 | U | Untreated | N | | | | 92-514 Akaula Street | cleanout lateral | 4 | R | 0905 / 0835 | | U | U | HN | Clean lateral; monitor | -- | Heavy roots |

35312

EXHIBIT 4E

# JANUARY-MARCH 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
FE=faulty equipment

G=grease
GT=grit
M=miscellaneous (see Remarks)
OP=operator error

PM=preventive maintenance
PP=paper products
R=roots
RG=rags

Rk=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
U=unknown

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP            KH=Kahuku WWTP
KK=Kailua WWTP                PK=Paalaa Kai WWTP
SI=Sand Island WWTP          WM=Waimanalo WWTP
WN=Waianae WWTP              WW=Wahiawa WWTP

| DISCHARGE | | | ENTERED RECEIVING WATER | | | | DISCHARGE POINT | | CAUSE | ESTIMATED DURATION | | | | | | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Estimated Volume (gal) | Treatment Level | STORM DRAIN Y/N | Volume Removed | Ocean/Stream | S I G N S | PROBLEM LINE | | | Call Rcvd | Arvd | Stad/Stop Time | Total (min) | HN | SI | | | |
| 21-Mar-03 | 110 | | N | | | N | cleanout | | M RG | | 1830 | 1720 | 1900 | 30 | HN | Monitor | -- | Spilled when cleanout cap removed: M=plastic bags |
| | Untreated | | | | | | lateral 6 | | | | | | | | | | | |
| 21-Mar-03 | 80 | | N | 80 | | N | MH SI21AX0467 | | R | | 1315 | 1003 | 1450 | 85 | SI | Place on 6-month PM | -- | Contained on stream bank |
| | Untreated | | | 0 Paiolo Stream | | | main 10 | | | | | | | | | | | |
| 30-Mar-03 | 5 | | N | | | N | cleanout | | G | | 1245 | 1220 | 1249 | 4 | HN | Monitor, adjust PM | 02-25-03 | Spilled when cleanout cap removed |
| | Untreated | | | | | | lateral 6 | | | | | | | | | | | |

### LOCATION — FACILITY or SEWER LINE
- 92-577 Makakilo Drive
- Lahi Road (betw telephone poles 111 & 112)
- 98-103 Kanuku Street

35313

EXHIBIT 4E

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308   KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159   FAX: (808) 692-5113   Website: www.co.honolulu.hi.us



JEREMY HARRIS
Mayor

FRANK J. DOYLE, P.E.
Director

<u>CERTIFIED MAIL</u>

JUL 18 2003

EMC 03-307

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Attention:  Ms. Joann Cola (WTR-7)

Gentlemen:

Subject:    Quarterly Report for the Period of April 1, 2003 to June 30, 2003; Ref: United States of
            America and State of Hawaii v. City and County of Honolulu, Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Second Quarter of 2003, as required by the
Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants
that are involved in the Consent Decree programs.  As such, we provide the following certification, pursuant to
Section XV:

> I certify under penalty of law that the document and all attachments were
> prepared under my direction or supervision in accordance with a system
> designed to assure that qualified personnel properly gathered and evaluated
> the information submitted.  Based on my inquiry of the person or persons
> who manage the system, or those persons directly responsible for gathering
> the information, the information submitted is, to the best of my knowledge
> and belief, true, accurate, and complete.  I am aware that there are
> significant penalties for submitting false information, including the possibility
> of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto, Division of
Environmental Quality, at (808) 692-5371.

Sincerely,

FRANK J. DOYLE, P.E.
Director

Attachment

cc:    Mr. Marshall Lum, State Department of Health
       Mr. Paul Achitoff, Earth Justice

35315

EXHIBIT 4E

# APRIL–JUNE 2003 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PWR=power

Periods
RG=rags
RK=rocks
RPMT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WV=Wahiawa WWTP

| Date | Est. Vol. (gal) Volume / Untreated | Recv'g Water Y/N | Storm Drain Vol. Removed | Ocean/Stream | Signs Y/N | Location (Facility or Sewer Line) | Discharge Point / Problem Line | Causes | Arrival / Call Rcvd | Stop | Total (min) | TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Apr-03 | 10 / | Y | 5 | – | N | 98-103 Kanuku Street | cleanout / lateral | G, PP | 0925 / 0900 | 0930 | 5 | HN | Monitor every 2 weeks | 02-25-03 | PP=toilet paper; car blocked access to catch basin |
| 02-Apr-03 | 9 / 0 | Y | 0 | – | N | 559 Beretania Street (South) | MH SI21AC0376 / main 8 | G, PP | 1114 / 1102 | 1117 | 3 | SI | Investigate source of grease/paper towels, monitor | 01-07-03 | PP=paper towels |
| 02-Apr-03 | 25 / | N | | | N | 99-273 Aiea Kai Place | cleanout / lateral 6 | PP, SL | 2325 / 2255 | 2340 | 15 | HN | Monitor lateral, adjust PM | 08-26-01 | PP=paper towels |
| 03-Apr-03 | 2000 / 2000 | N | 2000 / 0 | Kalihi Stream | N | 1485 Unapuni Street | MH SI0421A/A1031 / main 12 | G | 0740 / 0710 | 1000 | 140 | SI | Increase to 3-month PM after contractor exposes manhole (to properly clean line) | 03-24-99 | Contractor had buried downstream manhole (near blockage) - had to expose for City to properly clean line |
| 07-Apr-03 | 249 / | Y | 0 | Kalihi Stream | N | 1585 Laumaile Street | cleanout / main 6 | G, R | 1107 / 1058 | 1315 | 128 | SI | Place on 2-month PM | 01-16-03 | Large amount dislodged in yard/on street |
| 12-Apr-03 | 10 / | N | | | N | 1880 Ala Moana Boulevard | cleanout / lateral 4 | PP | 2035 / 2010 | | 5 | SI | Investigate source of paper towels; monitor lateral | 03-19-03 | PP=paper towels |
| 14-Apr-03 | U / | N | | | N | 99-273 Aiea Kai Place | cleanout / lateral 6 | G | 1620 / 1530 | U | U | HN | Monitor/clean lateral as needed | 01-15-03 | Evidence around cleanout |
| 15-Apr-03 | 60 / | N | | | N | 808 Leighton Street | pipe (disconnected) / main 4 | DP | 0930 / 0805 | 1030 | 60 | SI | Monitor | 04-30-02 | DP=separation of floating line |
| 18-Apr-03 | 1200 / 1200 | Y | 1200 / 0 | Nuuanu Stream | N | 2485 Pacific Heights Road | main 8 | R | 2420 / 2340 17-Apr | 0155 | 95 | SI | Place on 3-month PM | 01-23-03 | |

35316

EXHIBIT 4E

# APRIL–JUNE 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PWR=power

R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WAI=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Est. Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | RECEIV'G WATER Y/N | ENTERED STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Start/Call | Stop | Total (min) | TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-Apr-03 | 20 / Untreated | INT Beretania Street / Akai Street | Y | U / 0 | N | MH SI02XA2003 / main / 6 | G | 1000 / 1000 | 1015 | 15 | SI | Investigate grease source, monitor line | 03-10-03 | Small amount in drain |
| 22-Apr-03 | 70 / Untreated | 91-1811 Park Row Street | N | | N | cleanout / lateral | U | 1855 / 1740 | 1915 | 20 | HN | Monitor | -- | Contained/percolated in grass/dirt area |
| 28-Apr-03 | 15 / Untreated | 3040A Sierra Drive | N | | N | MH SI21AO0515 / main / 8 | R | 1041 / 1020 | 1054 | 13 | SI | Discuss trapping/removal of roots w/ crew, continue 3-month PM | 03-20-03 | R-probably runaway |
| 28-Apr-03 | 350 / Untreated | 286 Beretania Street (North) | Y / 300 / Nuuanu Stream | | N | MH SI02XA2003 / main / 8 | G | 1905 / 1855 | 1925 | 20 | SI | Place on 6-week PM, investigate grease source | 03-10-03 | |
| 30-Apr-03 | U / Untreated | 320 Liliuokalani Avenue | N | | N | (pipe) / main / 8 | (DP) | 1040 / 1040 | U | U | SI | CCTV inspect for sand source, take necessary action | 04-02-03 | Evidence only |
| 07-May-03 | 150 / Untreated | 1704 Keeaumoku Street | N | | N | basement / lateral / 6 | U | 1415 / 1412 | 1416 | 1 | SI | Monitor lateral, place main on 8-month PM | 08-06-02 | Contained in basement, returned to system |
| 09-May-03 | 30 / Untreated | 1592 Ala Amoamo Street | N | | N | cleanout / lateral / 6 | R | 0925 / 0925 | 0930 | 5 | SI | Monitor, adjust PM | 03-21-02 | Spilled when cleanout cap removed |
| 10-May-03 | 1105 / Untreated | 94-605 Waipahu Street | N | | N | MH HN05WP0173 / main / 12 | G / DP | 1210 / 1128 | 1606 | 238 | HN | Place on 1-month PM | -- | Contained on site, removed/dissipated |
| 11-May-03 | 20 / Untreated | 801 17th Avenue | N | | N | cleanout / lateral / 8 | (DP) | 1454 / 1435 | U | U | SI | CCTV line, take corrective action | 04-30-00 | Evidence contained/dissipated on site |

35317

EXHIBIT 4E

# APRIL-JUNE 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=chlorinated
CB=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PP=paper products
PWR=power

Rerocls
RG=rags
RK=rocks
RPMT=repair &/or maintenance
SW/SUF=storm water/surcharge
TRB=tributary
U=unknown

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | Storm Drain Y/N | Vol. Removed | Ocean/Stream | Signs | Location Facility or Sewer Line | Discharge Point | Problem / Line | Cause | Time Start | Call Rcvd | Time Stop | Total (min) | TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-May-03 | 3 | Untreated | N | | | N | 94-307 Hilihua Way | MH HN05CR70724 | main 8 | G | 0845 | 0725 | 0800 | 15 | HN | Place on 6-month PM | 12-12-02 | |
| 14-May-03 | 35 | Untreated | N | | | N | 2707 King Street (South) | MH SI20RB60144 | main 6 | G | 1420 | 1410 | 1435 | 15 | SI | Place on 2-month PM | 01-31-03 | |
| 15-May-03 | U | Untreated | N | | | N | 908 Leighton Street | cleanout | lateral 4 | DP | 1220 | 1000 | U | U | SI | Monitor every 2 weeks | -- | Evidence only |
| 16-May-03 | U | Untreated | N | | | N | 94-1089 Eleu Street | cleanout | lateral 6 | R | 1218 | 1125 | 1224 | 6 | HN | Clean/inspect/monitor lateral | 10-08-02 | Contained/dissipated on site |
| 18-May-03 | U | Untreated | N | | | N | 98-1304 Kuliwai Street | cleanout | lateral 6 | R RK | 1243 | 1218 | U | U | HN | Clean/CCTV inspect/monitor lateral | 02-12-03 | Evidence only, RK=gravel |
| 19-May-03 | 10 | Untreated | N | | | N | 98-103 Kamuku Street | cleanout | lateral 6 | G | 0830 | 0740 | 0939 | 60 | HN | Clean upper lateral, monitor | 02-25-03 | Evidence contained |
| 20-May-03 | 25 | Untreated | Y | 20 | 0 | N | 505 Beretania Street (South) | MH SI21AC0376 | main 6 | G | 0925 | 0816 | 0930 | 5 | SI | Investigate grease source, place line on 6-week PM | 04-09-03 | |
| 20-May-03 | 10 | Untreated | N | | | N | 98-083 Kanuku Place | cleanout | lateral 4 | G | 1010 | 0845 | 1011 | 1 | HN | Flush upper lateral and PM once a month | 02-25-03 | Spilled when cleanout cap removed |
| 23-May-03 | 45 | Untreated | N | | | N | 98-1130 Kahapili Street | MH HN25XB4940 | main 8 | R | 2125 | 2045 | 2235 | 70 | HN | CCTV/repair line; determine PM | 07-30-00 | Seeped from ground |

35318

EXHIBIT 4E

# APRIL–JUNE 2003 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
IC[=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PW=Repowo
PP=paper products

R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Wainae WWTP
WW=Wahiawa WWTP

| DISCHARGE | | | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER | STORM DRAIN Y/N | S G N S | DISCHARGE POINT | PROBLEM LINE | C A U S E S | ESTIMATED DURATION | | | T R I B | | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Estimated Volume (gal) | Treatment Level | | Volume Removed Ocean/Stream | | | | | | Time Start/Stop Call Arrival Rcvd | Total (min) | | | TP | | | |
| 26-May-03 | 3 | Untreated | 98-1130 Kähapili Street | N | | | N | MH HN26X8x4540 main 8 | R (DP) | 1339 1411 1309 | 32 | | HN | CCTV/repair liner, determine PM | 07-30-00 | Seeped from ground, contained |
| 28-May-03 | 200 | Untreated | 5299 Posla Street | Y 150 0 | | | N | KH SI41CD/C080 main 8 | R | 2045 2150 1950 | 65 | | SI | Place on 6-month PM | 03-11-03 | Dispated in drainage ditch |
| 29-May-03 | 210 | Untreated | 1801 Hunnewell Street | Y 180 0 | | | N | pipe main 8 | R PP | 2325 2415 2305 | 40 | | SI | Place on 3-month PM | 10-23-02 | PP=toilet tissue |
| 31-May-03 | 200 | Untreated | 47-060 Leetani Drive | N | | | N | pipe force main 8 | DP | 1000 1100 0900 | 60 | | KK | Repair by contractor | ; | |
| 01-Jun-03 | 40 | Untreated | 1423 Emerson Street | N | | | N | cleanout main 6 | R | 1039 1044 1028 | 5 | | SI | Place on 6-month PM | 09-10-02 | Contained in laundry room, returned to system |
| 01-Jun-03 | 60 | Untreated | 1216 Wilder Avenue | Y 60 60 | | | N | cleanout main 8 | G | 2015 2200 1942 | 105 | | SI | Place on 6-month PM | ; | |
| 01-Jun-03 | U | Untreated | 94-961 Naill Street | N | | | N | cleanout main 8 | G DP | 1243 U 1208 | U | | HN | Place on 2-month PM | 05-07-03 | DP=sag, evidence only |
| 01-Jun-03 | 10 | Untreated | 45-821 Kupohu Street | N | | | N | cleanout lateral 4 | U | 1105 1105 1105 | 1 | | KK | Place on 12-month PM | 03-06-99 | Contained/dissipated in trench |
| 03-Jun-03 | 5 | Secondary sludge | Kahuku WWTP | N | | | N | hose (tanker truck) | FE | 0901 0902 | 1 | | KH | Replace hose | | FE=hose leak |

35319

EXHIBIT 4E

# APRIL-JUNE 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CP=cathodreated
CO=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PP=paper products
PWR=power

R=roots
RG=rags
RK=rocks
RPM=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
Pk=Paalaa Kai WWTP
S=Sand Island WWTP
WN=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Vol (gal) | Treatment Level | Location / Facility or Sewer Line | Storm Drain Y/N | Volume Removed | Ocean/Stream | SIG NS | Discharge Point / Problem Line | Cause | Arrival / Call Rcvd | Stop | Total (min) | TRIB/TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Jun-03 | U | Untreated | 3552 Salt Lake Boulevard | N | | | N | pipe / main 10 | U (G) | 1200 / 1150 | U | U | SI | Revise to 12-month PM | 05-17-05 | Un-contained in trench plumber dug/imposed/ worked on pipe |
| 11-Jun-03 | 54 | Untreated | 2109 Ahiahiko Street | N | | | N | pipe joint / main 8 | G | 1012 / 0956 | 1030 | 16 | SI | Revise to 6-month PM | 04-27-05 | |
| 11-Jun-03 | 50 | Untreated | 614 Cooke Street | Y | 20 / 0 | – | N | MH SI214C0193 / main 6 | G | 1205 / 1205 | 1213 | 8 | SI | Revise to 12-month PM | 10-10-01 | Contained in drain |
| 11-Jun-03 | 30 | Untreated | 1560 Thurston Avenue | N | | | N | cleanout / lateral 6 | G | 1845 / 1825 | 1855 | 10 | SI | Repair pipe | 08-07-02 | Manhole serves as cleanout |
| 12-Jun-03 | 10 | Untreated | 2275 Dole Road | N | | | N | MH SI1AD0098 / main 6 | G | 1215 / 1150 | 1225 | 10 | SI | Revise to 2-month PM | 03-04-03 | |
| 18-Jun-03 | 50-100 | Primary & Sec recycled | Honouliuli WWTP | N | | | N | blower roof (seal) | OP | 0745 / 0745 | 0746 | 1 | HN | Operators to be more careful about pump rate | – | OP=trying to flush patos at end of distribution arms, operators ran pump too high, causing the liquid to hit/seep through cracks on side of dome and drip down walls of blower #2 |
| 23-Jun-03 | U | Untreated | 1535 Aheahoa Place | N | | | N | cleanout / lateral 6 | OP | 1815 / 1730 | U | U | KK | CCTV, repair line; monitor | 07-31-98 | Evidence around cleanout |
| 26-Jun-03 | 1 | Untreated | 1940 Waikahe Place | N | | | N | cleanout / lateral 4 | U | 1045 / 1005 | – | – | SI | Monitor | 03-31-99 | Evidence around cleanout |
| 26-Jun-03 | 20 | Untreated | 46-155 Kamehameha Highway | N | | | N | air release valve / force main 6 | FE | 1400 / 1356 | 1615 | 135 | SI | Locate valve, repair by T&D | – | Evidence on ground, two 10-gallon spills during remediation |

35320

EXHIBIT 4E

# APRIL-JUNE 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=contaminated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PP=paper products
PWR=power

R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KR=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WA=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE | | | LOCATION | ENTERED RECEIVING WATER | | | S I N S | DISCHARGE POINT | C A U S E S | ESTIMATED DURATION | | | | T R I B / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Estimated Volume (gal) | Treatment Level | FACILITY or SEWER LINE | STORM DRAIN Y/N | Volume Removed | Ocean/Stream | | PROBLEM LINE | | Time Arrival Call Rcvd | Start | Stop | Total (min) | | | | |
| 20-Jun-03 | U | Untreated | 2526 Gardenia Street | N | | | N | pipe / main / 8 | DP | 1531 / 1531 | U | U | | SI | CCTV; line repair scheduled; place on 12-month PM | -- | Evidence on ground |
| 20-Jun-03 | 7 | Untreated | 1840 Waikahe Place | Y | 5 | 0 | N | cleanout / lateral / 6 | G | 0834 / 0812 | 0836 | 5 | | SI Monitor | | 05-31-99 | |
| 30-Jun-03 | 50 | Untreated | 1518 Iiaka Drive | N | 0 | Kalihi Stream | N | cleanout / lateral / 6 | R | 1000 / 0930 | U | U | | SI Monitor | | 06-20-00 | Evidence near cleanout |

35521

EXHIBIT 4E

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308   KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159   FAX: (808) 692-5113   Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



FRANK J. DOYLE, P.E.
Director

TIMOTHY A. HOUGHTON
Deputy Director

CERTIFIED MAIL

OCT 21 2003

EMC 03-470

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention: Ms. Joann Cola (WTR-7)

Gentlemen:

SUBJECT:     QUARTERLY REPORT FOR THE PERIOD OF July 1, 2003 TO September 30, 2003
             Ref: United States of America and State of Hawaii v. City and County of Honolulu
             Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Third Quarter of 2003, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto, Division of Environmental Quality, at (808) 692-5371.

Sincerely,

For FRANK J. DOYLE, P.E.
Director

Attachment

cc:     Mr Marshall Lum, State Department of Health
        Mr. Dennis Lau, State Department of Health
        Mr. Paul Achitoff, Earth Justice

35323

EXHIBIT 4E

# JULY-SEPTEMBER 2003 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CO=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RPMT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
U=unknown
TRIB=tributary
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Wainanalo WWTP

| DISCHARGE Date | Estimated Volume (gal) Total | Treatment Level | ENTERED RECEIV'G WATER STORM DRAIN Y/N Volume Removed | Ocean/Stream | S I N G S | DISCHARGE POINT PROBLEM LINE | C A U S E S | Time Start/Arrival | Stop/Call Rcvd | Total (min) | T R I B TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-Jul-03 | 55 | Untreated | N | | N | MH St214M0109 main 8 | R | 1000 | 1030 | 30 | SI | Place on monthly PM | 05-09-03 | Puddle field dissipated along bank |
| 3-Jul-03 | U | Untreated | N | | N | cleanout lateral 6 | G | 2000 / 1940 | U | U | SI | Monitor/schedule PM | 09-30-99 | Evidence around cleanout, also spilled from private cleanout |
| 4-Jul-03 | U | Untreated | U 0 Kawainui Channel | | N | pipe (wye betw 18" FM & 16" branch) force main 18 | DP | 1530 | 1430 (Aug 7) | 53d22h | KK | Frank Coluccio Construction replaced wye | -- | Joint between 18 force main and the 16" branch that relieves hydraulic flow failed |
| 7-Jul-03 | U | Untreated | N | | N | cleanout lateral 4 | DP | 0940 | U | U | SI | Investigate & repair | 05-07-03 | Evidence contained on site |
| 8-Jul-03 | U | Untreated | N | | N | cleanout lateral 6 | G | 1100 / 1015 | U | U | HN | Monitor, adjust PM | 12-11-01 | Evidence around property line cleanout |
| 9-Jul-03 | 15 | Untreated | N | | N | MH St80DC1000 main 6 | DP | 0815 / 0300 | U | U | SI | Place on 6-month PM | 08-20-02 | DP=sag; lots of orange pulp in manhole/line, evidence around manhole |
| 10-Jul-03 | 50 | Untreated | N | | N | cleanout main 10 | G RK Gut | 1030 | 1100 | 30 | SI | CCTV; place on 2-month PM | 06-04-03 | Contained in patio, removed grit/rocks from manhole SIH6AA2013 |
| 14-Jul-03 | 5 MBR filtered wastewater | | N | | N | hose | RG | 1515 | 1530 | 15 | HN | Clear blockage | -- | Partial plug of rags in toilets unit drain hose; caused overflow in drain channel |
| 14-Jul-03 | 10 | Untreated | N | | N | MH St87AA2046 main 8 | R | 1115 / 1040 | 1130 | 15 | SI | Place on 6-month PM | -- | Contained in grass around manhole |

LOCATION FACILITY or SEWER LINE:
- 762 Isokoa Street
- 629 Kuakini Street (North)
- Kailua Road WWPS
- 2355 Tantalus Drive
- 98-104 Kihala Street
- 521 Kuwili Street
- 1968 Dillingham Boulevard
- Honouliuli WWTP
- 3750 Wooleanaka Street

35324

1 of 6

EXHIBIT 4E

# JULY-SEPTEMBER 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**

( )=possibly
Cl=chlorinated
CD=construction damage
DI=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
U=unknown
UT=untreated
RP=repair &/or maintenance

TREATMENT PLANT ABBREVIATIONS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP

| Date | DISCHARGE Est. Volume (gpd) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER Y/N — STORM DRAIN / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Arrival / Call Rcvd | Stop | Total (min) | T/R/I/B/TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-Jul-03 | 1,200 / Untreated | 1340 Liliha Street | Y — 1,200 / 0 / Nuuanu Stream | Y | MH S/02CH2005 main 8 | G | 1905 / 1845 | 1935 | 30 | SI | Place on 6-month PM, investigate grease source | 06-20-02 | Part of Nuuanu Stream contamination investigation |
| 15-Jul-03 | 30 / Untreated | 1528 Pualele Place | N | N | cleanout 8 / lateral 4 | R | 1145 / 1115 | 1415 | 150 | SI | Monitor | 08-14-02 | Contained in yard |
| 17-Jul-03 | 100 / Untreated | Kailua Regional WWTP | N | N | Headworks grit chamber | (M) | 1110 / --- | 1130 | 20 | KK | Unsuccessful in duplicating similar condition to verify suspected cause | --- | [M]=trapped air, released from clogged line used to keep grit in suspension, forced wastewater out of grit chamber |
| 25-Jul-03 | 10 / Untreated | 5042 Maunalani Circle | N | N | cleanout / lateral 4 | R (DP) | 1345 / 1340 | 1415 | 30 | SI | Monitor lateral & schedule PM | 01-12-01 | Contained in neighbor's yard |
| 25-Jul-03 | 90 / Untreated | 91-1390 Kaiwai Street | N | N | cleanout / lateral 4 | R | 1705 / 1535 | 1720 | 15 | HN | Monitor lateral / schedule PM | 05-27-03 | Spilled when cleanout cap removed, contained/dissipated around cleanout |
| 28-Jul-03 | 20 / Untreated | Kailua Road WWPS | N | N | hose (portable discharge) | DP | 0445 / --- | 0446 | -- | KK | Replace hose, inform personnel to inspect hose prior to all operations | --- | Hose ruptured when pumping to tanker |
| 29-Jul-03 | 5 / Untreated | 1504 Nehoa Street | N | N | cleanout / lateral 6 | DP G | 0835 / 0817 | 0836 | -- | SI | Increase to 9-month PM | 10-18-02 | DP=sag, spilled when cleanout cap removed |
| 29-Jul-03 | 5 / Untreated | 2317 Kauluhau Street | N | N | cleanout / lateral 6 | R DP | 1403 / 1220 | 1405 | 2 | SI | Repair lateral 7/30/03 | 05-23-03 | DP=4x6 reducer; contained in grass |
| 31-Jul-03 | U / Untreated | 3057 Monterey Place | N | N | cleanout / lateral 6 | R | 1915 / 1845 | U | U | SI | Monitor to determine PM | 02-24-03 | Evidence around cleanout |

35325

EXHIBIT 4E

# JULY-SEPTEMBER 2003 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

Legend (left):
I=possibly
Cl=chlorinated
CO=construction damage
DI=digested
DP=damaged pipe
EXF=exfiltration
rf=faulty equipment

FM=force main
G=grease
GT=grit
[H]=host-treated
PWR=power
R=roots
RG=rags
Rk=rocks
INT=intersection
OP=operator error
M=miscellaneous (see Remarks)

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
Rk=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS:
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP

| DISCHARGE | | | | ENTERED RECEIV'G WATER Y-N | | S I G N S | DISCHARGE POINT | | C A U S E S | ESTIMATED DURATION | | | | T R I B | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | STORM DRAIN Volume Removed Ocean/Stream | | | PROBLEM LINE | | | Time Start/Arrival Call Rcvd | Stop | Total (min) | | TP | | | |
| 19-Aug-03 | 420 | | 2239A Kauhana Street | Y 420 0 Palolo Stream | Y | | pipe | G DP | | 1945 1855 | 2010 | 25 | SI | | Place on 6-month PM | 10-10-02 | Spilled when pipe full |
| | Untreated | | | | | | main 6 | | | | | | | | | | |
| 26-Aug-03 | 63,000 | | Hart Street WWPS | N | N | | wetwell | DP | | 604 | 614 | 10 | SI | | Delay all future wetwell maintenance work until force main repaired or replaced | — | When operator had trouble priming pumps, wetwell level rose to spill level, spill contained in construction ditch—no safe access |
| | Untreated | | | | | | | | | | | | | | | | |
| 22-Aug-03 | U | | 99-979 Holo Street | N | N | | cleanout | DP | | 1610 1140 | 1930 | 200 | HN | | Repair line 8/24/03 | 01-14-03 | Intermittent - only when facilities used |
| | Untreated | | | | | | lateral 8 | | | | | | | | | | |
| 24-Aug-03 | U | | 94-1116 Nalii Street | N | N | | cleanout | U | | 0807 0740 | U | U | HN | | CCTV line, determine PM | 05-08-03 | Evidence only |
| | Untreated | | | | | | lateral 6 | | | | | | | | | | |
| 26-Aug-03 | U | | 1918 Auwaiee Street | N | N | | cleanout | R | | 0805 0730 | 1405 | 300 | SI | | Clean & adjust PM | 10-30-99 | Small hole on cleanout cap |
| | Untreated | | | | | | main 8 | | | | | | | | | | |
| 26-Aug-03 | 85 | | 1512 Alapai Street | N | N | | MH SI21A/3505 | R | | 2110 2055 | 2150 | 40 | SI | | Place on 6-month PM | 09-03-02 | |
| | Untreated | | | | | | main 6 | | | | | | | | | | |
| 27-Aug-03 | U | | 2444C Burbank Street | N | N | | cleanout | R | | 0900 0830 | U | U | SI | | Monitor | 08-27-02 | Evidence around cleanout |
| | Untreated | | | | | | lateral 4 | | | | | | | | | | |
| 06-Sep-03 | U | | 98-380 Koauka Loop | N | N | | MH HN25/KD/754 | U | | 2000 1902 | 2030 | 30 | HN | | Place on 6-month PM, CCTV line | 11-17-99 | Evidence around manhole |
| | Untreated | | | | | | main 8 | | | | | | | | | | |
| 06-Sep-03 | U | | 1038 Makapu Boulevard | N | N | | cleanout | R | | 1330 1300 | U | U | KK | | Monitor | 11-22-99 | Evidence around cleanout |
| | Untreated | | | | | | lateral 6 | | | | | | | | | | |

4 of 6

35326

EXHIBIT 4E

# JULY-SEPTEMBER 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS
HN=Honolulu WWTP
KH=Kahaluu WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER? Y/N — STORM DRAIN Volume Removed / Ocean-Stream | SIGNS | DISCHARGE POINT — PROBLEM LINE | CAUSES | EST. DURATION Start/Arrival / Call Rcvd | Stop | Total (min) | REMEDIAL ACTION — TRIB/TP | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-Sep-03 | 90 | Untreated | 41-1537 Kalanianaole Highway | N | N | cleanout (private) | RG | 0930 / 0930 | 1100 | 90 | WM Place on 6-month PM | 01-09-03 | Laundromat w/ open cleanout (no housing/cleanout cap), told property manager to cap their line-- requested City personnel inspect |
| 09-Sep-03 | U | Untreated | 1918 Manoa Road | N | N | cleanout — main 8 | R | 1153 / 1133 | U | U | SI Monitor | 02-02-03 | Evidence around cleanout |
| 11-Sep-03 | U | Untreated | 1206 Aloha Oe Drive | N | N | cleanout — lateral 8 | SUR | 1120 / 1055 | U | U | KK Place on 12-month PM, install back flow valve | 03-07-03 | Evidence only; heavy rain surcharged main |
| 18-Sep-03 | 30 | Untreated | 3231 Pelekane Drive | Y — 30 / 0 — Nuuanu Stream | N | MH 259272 / cleanout — main 8 | G R PP | 0935 / 0925 | 0945 | 10 | SI Place on 2-month PM | 05-14-03 | Warning signs previously posted |
| 22-Sep-03 | 375 | Untreated | 94-075 Poailani Circle | N | N | MH HN05CR0859 — main 8 | G R | 0750 / 0700 | 0810 | 20 | HN Place on 2-month PM | 01-22-03 | Contained/dissipated on site |
| 22-Sep-03 | 500 | Untreated | 1207 Lilo Place | Y — 500 / 0 — - | N | MH SI21AJ0697 — main 8 | R | 0900 / 0834 | 0945 | 45 | SI Place on 3-month PM | 07-07-03 | Contained/dissipated in drain |
| 25-Sep-03 | 100 | Untreated | 2132 Wilson Street | N | N | MH SI83IB1000 / MH SI83IB1001 — main 8 | R PP M | 0805 / 0735 | 0825 | 20 | SI Place on 3-month PM | 07-07-03 | PP=paper towels, M=plastic bags, spill on Likelike Hwy (backyard of 2132 Wilson St) |
| 28-Sep-03 | 200-250 | Untreated | Sand Island WWTP | N | N | division box | OP | 1100 | 1140 | 40 | SI Submit work order to correct problem; continue PM schedule | -- | Step screen clogged and tag screen failed to start on high level sensor, spilled onto plant parking area |
| 29-Sep-03 | 55 | Untreated | 1953 10th Avenue | Y — U / 10 | N | MH SI21AX0143 — main 8 | G | 0835 / 0800 | 0845 | 10 | SI Place on 4-month PM | 01-08-03 | Storm drain welded |

35327

EXHIBIT 4E

# JULY-SEPTEMBER 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
(C)=chlorinated
CD=construction damage
(D)=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
(H)=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RPMT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANT ABBREVIATIONS:
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | RECEIV'G WATER Y/N STORM DRAIN Y/N / Volume / Removed / Ocean/Stream | ENTERED S/I/G/N/S | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION — Time Start / Stop / Total (min) / Arrival Call Rcvd | T R I B / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30-Sep-03 | 16 / Untreated | 47-608 Puapoo Place | N | N | cleanout / lateral 6 | R | Start 0900 / Stop 0915 / Total 15 / Rcvd 0830 | | KK Monitor | -- | Roots in reducer |

6 of 6

35328

EXHIBIT 4E

35329

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



FRANK J. DOYLE, P.E.
Director

TIMOTHY A. HOUGHTON
Deputy Director

**CERTIFIED MAIL**

JAN 21 2004

EMC 04-027

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Attention:      Ms. Joann Cola (WTR-7)

Gentlemen:

Subject:      QUARTERLY REPORT FOR THE PERIOD OF October 1, 2003 TO December 31, 2003;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Fourth Quarter of 2003, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs.  As such, we provide the following certification, pursuant to Section XV:

I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto from our Division of Environmental Quality at (808) 692-5371.

Sincerely,

For FRANK J. DOYLE, P.E.
Director

Attachment

cc:      Mr. Marshall Lum -  State Department of Health
Mr. Dennis Lau - State Department of Health
Mr. Paul Achitoff -  Earth Justice

<span style="color:red">EXHIBIT  4E</span>

35330

# OCTOBER-DECEMBER 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUF=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gal) / Treatment Level | Location Facility or Sewer Line | Entered Receiving Water Y/N | Storm Drain Y/N | Volume Removed | Ocean/Stream | Discharge Point / Problem Line | Cause (SES) | Time Arrived/Call Rcvd | Stand/Stop (min) | Total (min) | TRIB/TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Oct-03 | 3 / Untreated | 823 10th Avenue | N | N | | | toilet / lateral 6 | R | 1151 | 1220 1245 | 25 | SI | Monitor | 05-31-02 | Contained w/ towels by owner |
| 04-Oct-03 | 3 / Untreated | 3920 Lurline Drive | N | N | | | cleanout / lateral 6 | R | 0718 | 0748 | U | SI | Monitor/determine PM | 02-03-03 | Evidence contained on site/removed |
| 06-Oct-03 | 100 / Untreated | 1849 Alewa Drive | Y | N | 100 | 50 | MH SI85GA2034 / main 8 | R / RK | 0908 | 0920 0950 | 30 | SI | Place on 4-month PM | 04-23-03 | Contained/dissipated in drain |
| 10-Oct-03 | U / Untreated | 2029 Kuola Place | N | N | | | cleanout / lateral 6 | R / DP | 0830 | 0945 | U | SI | Repair lateral, monitor | 03-20-02 | Evidence around cleanout |
| 12-Oct-03 | 5000 / effluent chlorinated | Sand Island WWTP | N | N | | | pipe (underground) | U | | 1930 2000 | 30 | SI | Submit work order to correct problem | — | |
| 17-Oct-03 | 800 / Untreated | 95-150 Kamehameha Highway | N | N | | | pipe / main 18 | CD / PP | | 1400 1630 | 150 | HN | Contractor lined pipe 10/18/03 | — | Contractor cut top of pipe to retrieve fiberglass bag used to create cast-in-place pipe. PP=toilet paper plugged pipe, causing spill through hole; contained in trench/ entered downstream hole in pipe |
| 19-Oct-03 | 2 / Untreated | 2152 School Street (North) | Y | N | 0.5 | 0 | MH SI04AA1042 / main 6 | G | 0904 | 0941 0952 | 11 | SI | Place on 3-month PM | 01-11-00 | |
| 20-Oct-03 | U / Untreated | 2152 School Street (North) | N | N | | | MH SI04AA1042 / main 6 | G / GT | 1640 | 1705 | U | SI | Place on 3-month PM, see 10/19/03 report | 01-11-00 | Evidence around manhole in driveway easement |
| 20-Oct-03 | 85 / Untreated | 1562 Bertram Street | N | N | | | MH SI21A20Y155 / main 6 | U | 1815 | 1820 2040 | 110 | SI | Place on 3-month PM | 11-06-02 | Dissipated on hillside |

EXHIBIT 4E

35331

# OCTOBER-DECEMBER 2003 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
(C)=chlorinated
CD=construction damage
(D)=digested
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
(H)=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER Y/N STORM DRAIN / Ocean/Stream Volume Removed | S G S | DISCHARGE POINT / PROBLEM LINE | C A U S E | ESTIMATED DURATION Call Rcvd | Arrival Time | Start/Stop Time | Total (min) | T R I B / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-Oct-03 | 90 | | 320 Kaeeloa Lane | N | N | cleanout / 6 | U | | 2305 | 2305 2315 | 10 | SI | Monitor, adjust PM | 09-08-03 | Dissipated on road/grassy area |
| | Untreated | | | | | | | | | 2235 | | | | | |
| 25-Oct-03 | 990 | | Kailua Regional WWTP | N | N | BT Pump #4 | FE | | 420 | 420 430 | 10 | KK | Repair pump | -- | Mechanical seals failed / spilled when pump running |
| | Untreated | | | | | | | | | | | | | | |
| 28-Oct-03 | 90 | | 1418 Ekaha Avenue | N | N | MH SI21AB0036 / main 8 | R | 1434 | 1610 | 1610 1720 | 70 | SI | Monitor, adjust PM | 04-29-00 | |
| | Untreated | | | | | | | | | | | | | | |
| 01-Nov-03 | U | | 224 Kuuhale Street | N | N | cleanout / lateral 6 | U | 0025 | 1011 | 1011 1150 | 109 | KK | Monitor | 10-15-03 | Evidence of very small spill |
| | Untreated | | | | | | | | | | | | | | |
| 01-Nov-03 | 50 | | 2238 Kaluaopalena Street | N | N | cleanout / lateral 4 | U | 1550 | 1620 | 1620 1645 | 25 | SI | Clean lateral/main | 09-04-03 | |
| | Untreated | | | | | | | | | | | | | | |
| 04-Nov-03 | U | | 4112 Puumalai Place | N | N | MH SI21AB0145 / main 6 | R | 1940 | 2140 | 2140 2245 | 65 | SI | Place on 6-month PM | 06-13-03 | Evidence around manhole & driveway |
| | Untreated | | | | | | | | | | | | | | |
| 06-Nov-03 | 90 | | 45-072 Waiipe Place | N U 0 | N | MH KKC33AA1215 / main 8 | R | 1250 | 1315 | 1315 1345 | 30 | KK | Place on 3-month PM | 03-06-99 | MH in easement, heavy vegetation --unable to see spill path or if spill reached stream |
| | Untreated | | Kaneohe Stream | | | | | | | | | | | | |
| 12-Nov-03 | U | | 2231 Nnahi Street | N | N | cleanout / lateral 6 | R | 1029 | 1049 | 1049 1056 | 7 | SI | Cut/maintain lateral | 03-25-03 | |
| | Untreated | | | | | | | | | | | | | | |
| 12-Nov-03 | 20 | | 2047 10th Avenue | N | N | pipe / lateral 6 | DP | 1215 | 1245 | 1245 1330 | 45 | SI | Repair lateral 11/1?/03 | 01-08-03 | Evidence contained in grass area |
| | Untreated | | | | | | | | | | | | | | |

EXHIBIT 4E

# OCTOBER-DECEMBER 2003 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

**Legend:**

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PW=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANTS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Est. Volume (gpd) | Treatment Level | LOCATION/ FACILITY or SEWER LINE | Entered Receiving Water Storm Drain Y/N | SIGS | DISCHARGE POINT / PROBLEM LINE | CAUSE | Time Start/Call | Arrival | Stop | Total (min) | TRI TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Nov-03 | 70 / Untreated | | 1312 Kanewai Street | N | N | MH S130DB1632 / main 6 | RK | 1750 | 1820 | 1915 | 55 | SI | SI Place on 3-month PM | 03-11-03 | |
| 13-Nov-03 | 10 / Untreated | | 45-1013 Wailele Road | N | N | cleanout / lateral 6 | R | 0837 | 0935 | 1345 | 250 | R | KK Place on Roots program, repair lateral | 04-18-03 | Spilled when cleanout cap removed |
| 22-Nov-03 | 15 / Untreated | | 98-1438 Kuawa Street | N | N | cleanout / lateral 6 | R | 1210 | 1247 | 1259 | 12 | R | HN Monitor lateral | 08-14-03 | Spilled when cleanout cap removed |
| 24-Nov-03 | U / Untreated | | 813 Aalapapa Drive | N | N | cleanout / reducer 6 | R | 1140 | 1200 | 1330 | 90 | R | KK Monitor until repairs complete | 02-17-99 | Evidence around riser; no housing/cap; broken riser plumber worked on line 11/21/03 |
| 26-Nov-03 | 300 / Untreated | | 1813 Palipaa Place | N | N | cleanout / lateral 4 | R | | 1324 | 1344 | 20 | R | SI Place on 2-month PM | 08-11-03 | Dissipated down hillside |
| 29-Nov-03 | 680 / Untreated | | 2602 Oswald Street | Y / U / O (Manoa/Palolo Streams) | N | MH S121A2Q221 / main 8 | R M | 1445 | 1510 | 1543 | 33 | SI | SI Place on 3-month PM | 10-16-02 | Mud sheet, brown turbidity in line |
| 29-Nov-03 | 200 / Untreated | | Kaneohe PTF | N | N | manhole (nr cottage pump) / main | SW/ SUR | 1630 | 1630 | 1640 | 10 | SW/ SUR | KK Improve division box monitoring; submit work order to install high level alarm | : | Operator opened sluice gate to Kawa/sluiced storage mode |
| 30-Nov-03 | 00 / Untreated | | 99-160 Kalaloa Street | N | N | MH HN25XB0300 / main 15 | G | 1630 | 1715 | 2235 | 320 | G | HN Place on 6-month PM | 04-24-02 | No sample; area saturated by heavy rains |
| 01-Dec-03 | 3,150 / Untreated | | Kaneohe PTF | N | N | manhole | SW/ SUR | | 1225 | 0128 | 63 | SW/ SUR | KK Divert flow to old plant facility for storage | : | High flows from heavy rainfall produced high wet-cell situation caused spill to plant grounds |

35332

EXHIBIT 4E

# OCTOBER-DECEMBER 2003 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction drainage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=facility equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

35333

| Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | Entered Rec. Water's Y/N (Storm Drain) | Volume Removed | Ocean/Stream | DISCHARGE POINT / PROBLEM LINE | GIS | CAUSES | Start/Arrival, Call Rcvd | Stop | Total (min) | TRIB/TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Dec-03 | 15,000 | Uncreated | Kaneohe PTF | Y | 0 | Kawa Stream | manhole | - | SW/SUR FE | 1400 | 1410 | 10 | KK | KK Operator rewound wet/well level indicator wire | - | Suspect violent action of high flows from heavy rainfall caused unwinding of wire from indicator |
| 02-Dec-03 | 85 | Untreated | 470 Hao Street | N | | | cleanout / lateral 6 | N | R | 2225 / 2150 | 2320 | 55 | SI | SI Monitor/revise PM | 05-15-02 | Contained/dissipated around cleanout |
| 04-Dec-03 | U | Untreated | 3277 Pacific Heights Road | N | | | cleanout / lateral 4 | N | PP | 0823 / 0809 | 0915 | 22 | SI | SI Monitor/revise PM | 04-23-03 | Contained on site |
| 07-Dec-03 | 84 | Untreated | 1020 Auahi Street | Y | 50 / 0 | | MH SI21AJ0003 main | N | G RG | 1340 | 1401 | 21 | SI | SI Place on 3-month PM, investigate source of grease/rags | 12-10-02 | |
| 07-Dec-03 | 20 | Untreated | 127 Dowsett Avenue | N | 20 / 0 | Nuuanu Stream | cleanout main 8 | N | R | 1730 | 1738 | 8 | SI | SI Monitor surcharge conditions | 09-05-03 | |
| 07-Dec-03 | 10 | Untreated | Honouliuli WWTP | N | | | trough of MBR unit | N | OP | 1300 | 1310 | 10 | HN | HN Adjust MBR equipment | | Hydrosieve screenings overflowed trough. City testing Membrane Bioreactor system (MBR) |
| 07-Dec-03 | 195,000 | Untreated | Wahiawa WWTP | Y | 195,000 / 0 | Lake Wilson | headworks | Y | SW/SUR M | 2030 | 2230 | 120 | WW | WW Remove manhole insert that jammed 2 influent grinders; divert incoming flows to all available storage tanks | - | M=high density polyethylene manhole insert jammed 2 influent grinders |
| 07-Dec-03 | 10,000 | Partial treatment | Wahiawa WWTP | BYPASS | 10,000 / 0 | Lake Wilson | influent channel | Y | SW/SUR | 2315 | 0435 | 320 | WW | WW Divert incoming flows to all available storage tanks | - | Stored water partially-treated (old clarifiers, sand filters, UV disinfection) |
| 08-Dec-03 | U | Untreated | Olepe Loop (next to pump station) | N | U / 0 | Waimalu Stream/Pearl Harbor | MH 599546, 599474, 599552, 599434, 599347, 599454 | N | SW/SUR | 0700 / 0700 | 1830 | 690 | HN | HN Project in design to rehab system | - | |

EXHIBIT 4E

# OCTOBER-DECEMBER 2003 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

**Legend**

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SWSUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
Pk=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Wahiawa WWTP
WW=Waialua WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER? Y/N · Storm Drain Y/N · Volume Removed · Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Call Rcvd / Arrival | Start / Stop | Total (min) | TRIB | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-Dec-03 | U | Untreated | Hoomaluhia Botanical Garden | N / 300 / 0 / Kuou Stream | Y | MH 16 / main 8 | SW/SUR R | | 0815 / 1200 | 225 | KK | Release blockage in private line | : | Spilled from pickhole of manhole at edge of stream |
| 10-Dec-03 | 200 | Untreated | 1818 Ala Place | N / 200 / 0 / Kalihi Stream | Y | MH SI83MA1049 / main 10 | G | 1230 | 1230 / 1430 | 120 | SI | Place on 2-month PM | : | |
| 10-Dec-03 | 860 | Untreated | 66-948 Alena Loop | Y / 860 / 0 / Kalihi Stream | N | MH PK01AA0019 / main 8 | CD | 2005 / 2115 | 0140 | 265 | PK | Repair damaged manhole | 08-28-03 | Tapioca Farmland backhoe operator damaged manhole; flow obstructed |
| 10-Dec-03 | 2 | sludge | Honouliuli WWTP | N / 0 / 1 | N | Ionics MBR unit | OP | 1500 | 2100 | 360 | HN | Adjust MBR equipment | | Ionics MBR unit sprayed sludge onto other units; City testing Membrane Bioreactor system (MBR) |
| 11-Dec-03 | 5 | sludge foam | Honouliuli WWTP | N / 0 | N | Zenon MBR unit | OP | 1730 | 1850 | 60 | HN | Adjust MBR equipment | | Sludge foam spilled from hole in top of 2" pipe; City testing MBR system |
| 13-Dec-03 | 15 | Untreated | 3024 Malgret Street | Y / U / U | N | MH SI21A2017.1 / main 6 | G R | 1400 | 1418 / 1428 | 10 | SI | Contractor repaired line 12/14/03 | 10-08-02 | Small hole |
| 16-Dec-03 | 250 | Untreated | 541 Monnaia Street | N | N | MH 20031B03 / main 8 | G R | 1004 | 1050 / 1405 | 195 | SI | Place on 3-month PM | : | Contained on site; manhole in easement |
| 18-Dec-03 | U | Untreated | 1661 Lima Street | N | N | pipe / main 6 | M | 1502 | 1600 / 1745 | 105 | SI | Repair line, monitor | 10-24-03 | M=erosion |
| 18-Dec-03 | 20 | Untreated | 1002 Koonao Place | Y / 20 / 0 | N | cleanout / lateral 4 | RK M | 1716 | 1845 / 1855 | 10 | KK | Monitor | : | M=debris |

35334

EXHIBIT 4E

# OCTOBER-DECEMBER 2003 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly  
[C]=chlorinated  
CD=construction damage  
[D]=digested  
DP=damaged pipe  
EXF=exfiltration  
FE=faulty equipment  

FM=force main  
G=grease  
GT=grit  
[H]=heat-treated  
INT=intersection  
M=miscellaneous (see Remarks)  
OP=operator error  

P=primary-treated  
PM=preventive maintenance  
PP=paper products  
PWR=power  
R=roots  
RG=rags  
RK=rocks  

RP/MT=repair &/or maintenance  
S=secondary-treated  
SL=sludge  
SW/SUR=storm water/surcharge  
TRIB=tributary  
U=unknown  
UT=untreated  

TREATMENT PLANTS  
HN=Honouliuli WWTP  
Kl=Kahuku WWTP  
KK=Kailua WWTP  
PK=Paalaa Kai WWTP  
SI=Sand Island WWTP  
WM=Waimanalo WWTP  
WN=Waianae WWTP  
WW=Wahiawa WWTP  

| Date | Est. Vol (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | STORM DRAIN Y/N | SGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Start/Call Rcvd | Arrival | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-Dec-03 | U | Untreated | 91-195 Makaloa Street | N | N | cleanout / lateral 6 | U | 0904 / 0813 | | U | U | HN | Monitor | ~ | Evidence only |
| 30-Dec-03 | 30 | Untreated | 425C Kawailoa Road | N | N | uncapped dwelling / main 4 | CD | 0845 / 0723 | | 1030 | 105 | KK | Have contractor increase bypass pumping to prevent spills | ~ | CD=contractor's pump malfunctioned |
| 30-Dec-03 | 10 | Untreated | 1545 Ukoliho Street | N | N | MH (private) / lateral 6 | R | 2045 / 2020 | | 2050 | 5 | SI | Place on 3-month PM | ~ | |
| 31-Dec-03 | U | Untreated | 92-351 Laaloa Street | N | N | MH HN16NA0010 / main 6 | G | 1045 / 1015 | | U | U | HN | Place on annual PM | ~ | Evidence around owner's private cleanout contained/dissipated on property |

35335

EXHIBIT 4E