DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: www.co.honolulu.hi.us



JEREMY HARRIS
Mayor

FRANK J. DOYLE, P.E.
Director

TIMOTHY A. HOUGHTON
Deputy Director

**CERTIFIED MAIL**

APR 2 0 2004

EMC 04-153

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Attention:     Ms. Joann Cola (WTR-7)

Gentlemen:

Subject:     QUARTERLY REPORT FOR THE PERIOD OF January 1, 2004 TO March  31, 2004;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the first quarter of 2004, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs.  As such, we provide the following certification, pursuant to Section XV:

I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto from our Division of Environmental Quality at (808) 692-5371.

Sincerely,

For FRANK J. DOYLE, R.E.
Director

Attachment

cc:     Mr. Marshall Lum - State Department of Health
Mr. Dennis Lau  - State Department of Health
Mr. Paul Achitoff - Earth Justice

35336

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANTS**
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWT
WM=Waimanalo WW
WN=Waianae WWTP
WW=Wahiawa WWT

| Date | Est Vol (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | Entered Receiving Water Y/N | Storm Drain Volume Removed | Ocean/Stream | SIGNS Y/N | DISCHARGE POINT PROBLEM LINE | CAUSES | Start Time Arrival / Call Rcvd | Stop Time | Total (min) | TRIB / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-Jan-04 | 5 / Untreated | 1916 Aumoee Street | N | | | N | MH SI218A2009 main 6 | SW/SUR | 1030 / 1005 | U | U | SI | Inspect for obstructions after surcharge from heavy rain | 10-30-99 | SW/SUR=sustained rainstorms/flooding; evidence around cleanout |
| 02-Jan-04 | 3,600 / Untreated | 426 Kekau Place | N | | Nuuanu Stream | Y | MH SI6AA2022 main 15 | SW/SUR | 1201 / 1132 | 1330 | 90 | SI | Inspect for damage from surcharge from heavy rain | 09-26-03 | SW/SUR=sustained rainstorms/flooding |
| 02-Jan-04 | U / Untreated | 1738 Palenehe Place originally reported as Lehua St | N / 0 | | Kalihi Stream | Y | MH SI83A-1050 main 10 | SW/SUR | 1230 / 1230 | 1200 | 1410 | SI | Inspect for obstructions after surcharge from heavy rain | 12-12-02 / 12-12-02 | SW/SUR=sustained rainstorms/flooding |
| 02-Jan-04 | U / Untreated | 1723 Lehua Street | U / 0 | | Kalihi Stream | Y | MH SI83MA0000 main 10 | SW/SUR | 1230 / 1230 | 1200 | 1410 | SI | Inspect for obstructions after surcharge from heavy rain | 12-12-02 | SW/SUR=sustained rainstorms/flooding |
| 02-Jan-04 | 85,000 / 900 Remarks | Waimanalo WWTP | Y / 65,000 / 0 | | Puha Stream | Y | Injection Wells 1-4; Rapid Blocks (mauka) | SW/SUR | 1310 | 2100 | 3h 50m | WM | Storm preparation measures carried out prior to minimize impact | -- | SW/SUR=sustained rainstorm/flooding, 7,500 gals chlorinated office/secondary-treated ww spilled/mixed w/ rainwater, soaked into grd; 77,500 gals primary ww pooled in-plant, mixed w/ rainwater; to stream |
| 02-Jan-04 | U / Untreated | Olapa Loop | U | | Waimalu Stream / Pearl Harbor | Y | manholes main 8 | SW/SUR | 1900 / 1735 | 1130 | 990 | HN | New project in design | 10-07-03 | SW/SUR=sustained rainstorms/flooding |
| 02-Jan-04 | U / Untreated | 98-168 Pahemo Street | U | | Waimalu Stream / Pearl Harbor | Y | cleanout main 8 | SW/SUR | 1800 / 1800 | 1130 | 990 | HN | Rehab project in design | 09-30-03 | SW/SUR=sustained rainstorms/flooding |
| 02-Jan-04 | 105,000 / Partially-treated | Sand Island WWTP | Y / U | | | Y | overflow from effluent channel main U | SW/SUR | 2000 / 2000 | 2300 | 180 | SI | Ran all diesel effluent pumps, opened all bar screens, put all floator clarifiers in gravity mode | -- | SW/SUR=excessive inflows due to sustained rainstorms/flooding |
| 02-Jan-04 | U / Untreated | 2444 Hihiwai Street | Y / U / 0 | | Ala Wai Canal | Y | MH SI30BB0204 main U | SW/SUR | 2050 / 2050 | 1200 | 910 | SI | Inspect condition of line after surcharge from heavy rain | 08-04-03 | SW/SUR=sustained rainstorms/flooding |

35337

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HNH=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWT
WM=Waimanalo WWT
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Y/N | Volume / Removed | Ocean/Stream | S I N S | DISCHARGE POINT / PROBLEM / LINE | CAUSES | Start/Arrival · Call Rcvd | Stop | Total (min) | TRIB / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-Jan-04 | 194,000 | Untreated | Hart St WWPS | N | 194,000 / 0 | Honolulu Harbor | Y | overflow line | SW/SUR | 2100 | 2310 | 130 | SI | Expansion of pump station and Sand Island WWTP to increase capacity currently under construction | -- | SW/SUR=excessive inflows due to sustained rainstorms/flooding |
| 03-Jan-04 | 900 | R1 | Honouliuli WWTP | N | | | N | PC scum pit #1 | DP | 0750 | 0820 | 30 | HN | Replace broken valve | -- | 1-1/2" pvc valve broke off standpipe |
| 03-Jan-04 | U | Untreated | 5403 Kalanianaole Highway | Y / U | | Wailupe Stream | Y | cleanout; 6 | SW/SUR | 2100 · 1622 | 1600 | 1140 | SI | Inspect for obstructions after surcharge from heavy rain | 07-12-02 | SW/SUR=sustained rainstorms/flooding |
| 03-Jun-04 | U | Untreated | 5307C Kalanianaole Highway | Y / U | | Wailupe Stream | Y | main/lateral 15' | SW/SUR | 2100 · 1716 | 1600 | 1140 | SI | Inspect for obstructions after surcharge from heavy rain | 05-22-02 | SW/SUR=sustained rainstorms/flooding |
| 06-Jan-04 | 50-75 | treated | Sand Island WWTP | N | | | N | Heat Treatment Bldg 6 | DP | 1200 | 1230 | 30 | SI | Replace hose | -- | DP=flexible hose leak |
| 10-Jan-04 | 5 | Untreated | INT King Street / Piikoi Street | N | | | N | cleanout; main 12 | G | 1158 · 1115 | 1223 | 25 | SI | Increase to 2-month PM | 01-15-01 | |
| 11-Jan-04 | 58 | Untreated | 3454 Paalaa Street | N | | | N | pipe; main 6 | (DP) | 1423 · 1359 | 1452 | 29 | SI | CCTV to determine problem; address accordingly | 04-29-00 | |
| 12-Jan-04 | U | Untreated | 721 Alder Street | Y / U / 0 | | | N | MH SI21AJ0197; main 8 | PP RG | 2030 · 2015 | U | U | SI | Place on 2-month PM | 01-13-03 | Evidence entering drain, no ponding. PP=paper towels |
| 16-Jan-04 | 85 | Untreated | 1810 Hunnewell Street | Y / 20 / 0 | | | N | MH (no ISAP); main 6 | R | 2025 · 2005 | 2050 | 25 | SI | Place on 2-month PM | 10-23-02 | Leaves/debris in drain |

35338

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SWSU=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWT
WM=Waimanalo WW
WN=Wainae WWTP
WW=Wahiawa WWT

| Date | Estimated Volume (gal) | Treatment Level | Entered Receiving Water Y/N / Storm Drain Volume Removed / Ocean/Stream | S G N S | Discharge Point | Problem Line | Cause | Start/Arrival | Call Rcvd | Stop | Total (min) | TRIB/TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Jan-04 | 6,388 | | BYP 29,670 / Lake Wilson | N | UV disinfection | | PWR | 900 | | 904 | 4 | WW | Working w/ vendor to solve problem | -- | |
| 22-Jan-04 | 10,000 Untreated | | N / Lake Wilson | N | Primary Clarifiers 1 & 2 | | SUR | 2400 / 0020 | | | 20 | KK | Revised communication procedures w/h PTF operators and supervisors | -- | 7,000 gals contained in building/routed back to plant, 3,000 gals onto grd, then contractor's excavated hole, when gates to PCs 1&2 opened, increased flow ft Kaneohe FM surged into bldg |
| 22-Jan-04 | 29,670 Tertiary | | BYP 29,670 / Lake Wilson | N | UV disinfection | | PWR | 2340 | | 2355 | 15 | WW | Working w/ vendor to solve problem | -- | PW=HECO power flicker shutdown UV disinfection unit |
| 23-Jan-04 | 450 Untreated | | Y 4 / 0 | N | MH 3614D3 | main 8 | DP RK GT | 1000 / 0630 | | 1130 | 90 | SI | Repair line 1/27/04 | 10-23-02 | |
| 24-Jan-04 | 15 Untreated | | N | N | cleanout | lateral 6 | GT | 1427 / 1557 | | 1505 | 38 | SI | Place on 12-month PM | 10-17-02 | Intermittent, manhole serves as cleanout |
| 27-Jan-04 | 90 Untreated | | Y 20 / 0 | N | cleanout | lateral 6 | U | 1640 | | 1700 | 20 | HN | Monitor to revise FM | 10-02-03 | Spilled when cleanout cap removed, absorbed by debris in drain |
| 27-Jan-04 | 16,860 Tertiary | | BYP 16,860 / Lake Wilson | N | UV disinfection | | PWR | 902 | | 911 | 9 | WW | Working w/ vendor to solve problem | -- | |
| 28-Jan-04 | U Untreated | | N | N | pipe | lateral 6 | DP | 1635 | | U | U | HN | Repair line 1/28/04 | 05-02-02 | Evidence around excavated trench, DP=separated pipe |
| 29-Jan-04 | U Untreated | | N | N | dumpster drain | main 12 | U | 1130 / 1125 | | 1230 | 60 | HN | Cut drain line from sewer | -- | Illegal connection from dumpster drain |

Locations:
- 19-Jan-04: Wahiawa WWTP
- 22-Jan-04: Kahua Regional WWTP*
- 22-Jan-04: Wahiawa WWTP
- 23-Jan-04: 2250 Hunnewell Street
- 24-Jan-04: 1926 Kalelio Drive
- 27-Jan-04: 98-204 Ana Kai Place
- 27-Jan-04: Wahiawa WWTP
- 28-Jan-04: 99-1010B Kahua Place
- 29-Jan-04: 98-1247 Kaaihumanu Street (Illegal connection)

35339

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:

( )=possibly, [C]=chlorinated, CD=construction damage, DP=damaged pipe, EXF=exfiltration, FE=faulty equipment, FM=force main

G=grease, GT=grit, [H]=heat-treated, INT=intersection, M=miscellaneous (see Remarks), OP=operator error, P=primary-treated

PM=preventive maintenance, PP=paper products, PWR=power, R=rocks, RG=rags, RK=rocks, RP/MT=repair &/or maintenance

S=secondary-treated, Sl=sludge, SW/SUR=storm water/surcharge, TERT=tertiary, TRIB=tributary, U=unknown, UT=untreated

TREATMENT PLANTS: HN=Honouliuli WWTP, KH=Kahuku WWTP, KK=Kailua WWTP, PK=Paalaa Kai WWTP, SI=Sand Island WWT, WM=Waimanalo WW, WN=Waianae WWTP, WW=Wahiawa WWT

| Date | Est. Volume (gal) | Treatment Level | Location Facility or Sewer Line | Storm Drain Y/N | Volume Removed | Ocean/Stream | S/I/N/S | Discharge Point / Problem Line | Causes | Arrival / Call Rcvd | Stop | Total (min) | TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Jan-04 | 580 | Untreated | 92-1151B Palahia Street | N | | | N | MH HN01MA1703 / main 8 | M | 1447 / 1352 | 1516 | 29 | HN | Repair damaged manhole, monitor | -- | M=rebars/rocks in manhole; no cover |
| 01-Feb-04 | U | Untreated | 1968 Dillingham Boulevard | N | | | N | cleanout 8 / main 10 | G | 1317 / 1110 | 1415 | 58 | SI | Monitor to revise PM | 12-11-03 | Evidence returned to system |
| 03-Feb-04 | U | Untreated | 99-1010 Kahua Place | N | | | N | pipe / lateral 6 | DP | 1625 / 1535 | 1700 | 35 | HH | Repair pipe | 05-02-02 | DP=separated pipe, moisture in trench/around exposed pipe |
| 04-Feb-04 | 60 | Untreated | 45-624 Hilianoe Place | Y | 20 | 0 | N | MH KK30GA1116 / main 8 | G R | 1820 / 1735 | 1845 | 25 | KK | Place on 12-month PM | 05-01-99 | Absorbed by leaves/debris in drain |
| 05-Feb-04 | 60 | Untreated | 98-1815 Ipuala Place | N | | | N | MH / main 8 | G R | 0838 / 0815 | 0951 | 1h8m | HN | Place on 2-month PM | 06-13-03 | Contained/disposed on site |
| 06-Feb-04 | 2,050 | Untreated | 1260 Richard Lane | Y | 2,050 0 | Kalihi Stream | Y | MH SI04AA1028 / main 15 | G RG M | 1710 / 1645 | 1815 | 1h5m | HN | Place on 2-month PM | 03-24-99 | M=plastic bags |
| 09-Feb-04 | U | Untreated | 1916 Aumzae Street | N | | | N | cleanout / main 6 | RK PP | 0820 / 0725 | 0850 | 30 | SI | Monitor | 10-30-99 | Leaking cleanout |
| 10-Feb-04 | U | Untreated | 45-324 Mahialani Street | N | | | N | cleanout / lateral 4 | R | 0850 / 0735 | U | U | KK | Monitor | 02-01-99 | Evidence around cleanout |
| 12-Feb-04 | U | Untreated | 98-201 Aiea Kai Place | N | | | N | cleanout / lateral 4 | U | 1315 / | 1400 | 45 | HN | Place on monthly PM | -- | Evidence upon arrival: spilled from vactor pressure during flush |

35340

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:
( )=possibly / (C)=chlorinated / CD=construction damage / DP=damaged pipe / EXF=exfiltration / FE=faulty equipment / FM=force main
G=grease / GT=grit / (H)=heat-treated / INT=intersection / M=miscellaneous (see Remarks) / OP=operator error / P=primary-treated
PM=preventive maintenance / PP=paper products / PWR=power / R=roots / RG=rags / RK=rocks / RP/MT=repair &/or maintenance
S=secondary-treated / SL=sludge / SW/SUR=storm water/surcharge / TERT=tertiary / TRIB=tributary / U=unknown / UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP / KH=Kahuku WWTP / KK=Kailua WWTP / PK=Paalaa Kai WWTP
SI=Sand Island WWTP / WA=Waimanalo WWTP / WN=Waianae WWTP / WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | Receiving Water Storm Drain Y/N | Volume Removed | Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Call Rcvd | Arrival | Start | Stop | Total (min) | TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Feb-04 | 30 | Untreated | Mayor Wright Housing | N | | | N | cleanout | G | | | 1130 | 1145 | 15 | SI | Cleanod State of Hawaii line because of backup; monitor lateral to determine FM | 05-15-93 | Liliha Street side of housing |
| 26-Feb-04 | 24,000 | Untreated | Aliamanu WWPS #1 | Y | | Navy-Marine Golf Course | Y | lateral 6 | PW | 0827 | 1610 | 1610 | 1825 | 135 | SI | Plant diesel generator and portable pump used until HECO power restored | -- | PW=HECO power outage & emergency generation failed (lightning damaged emergency power transfer switch); flowed onto Navy-Marine Golf Course driving range |
| 26-Feb-04 | 2,085 | Secondary (filtered) | Waimanalo WWTP | N | 300 | Ravine | Y | injection wells | SW/SUR | | | 1615 | 2005 | 3h50m | WW | Improvements/new wells planned | -- | Spill, diluted by flood waters, entered/contained in bermed ravine next to plant |
| 26-Feb-04 | 57,000 | Untreated | 394 Wanaao Road | Y | 57,000 / 0 | Kaelepulu Stream | Y | MH / main | SW/SUR CD | | | 1730 | 0140 | 8h10m | KK | New downstream line under construction to alleviate surcharge condition | 04-13-99 | CD=contractor's pump failed, SW/SUR=sustained rainstorm/flooding |
| 27-Feb-04 | 24,300 | Untreated | 1053 Liku Street | Y | 24,300 / 0 | Kaelepulu Stream | Y | MH KK06AG0400 / main 12 | SW/SUR CD | | | 1130 | 0100 | 810 | KK | Kailehua trunk sewer under construction; will provide additional capacity | -- | CD=contractor's pump failed, SW/SUR=sustained rainstorm/flooding |
| 27-Feb-04 | 21,600 | Untreated | 1047 Keolu Drive | Y | 21,000 / 0 | Kaelepulu Stream | Y | MH KK06AG0500 / main 12 | SW/SUR CD | | | 1130 | 1130 | 720 | KK | Kailehua trunk sewer under construction; will provide additional capacity | -- | CD=contractor's pump failed, SW/SUR=sustained rainstorm/flooding |
| 27-Feb-04 | 21,000 | Untreated | 1006 Hele Street | Y | 21,600 / 0 | Kaelepulu Stream | Y | MH KK06AG0600 / main 12 | SW/SUR CD | | | 1130 | 1130 | 720 | KK | Kailehua trunk sewer under construction; will provide additional capacity | -- | CD=contractor's pump failed, SW/SUR=sustained rainstorm/flooding |
| 27-Feb-04 | 24,300 | Untreated | 1025 Keolu Drive | Y | 24,300 / 0 | Kaelepulu Stream | Y | MH KK06AG0300 / main 12 | SW/SUR CD | | | 1130 | 0100 | 810 | KK | Kailehua trunk sewer under construction; will provide additional capacity | -- | CD=contractor's pump failed, SW/SUR=sustained rainstorm/flooding |
| 27-Feb-04 | 24,300 | Untreated | 1105 Keolu Drive | Y | 24,300 / 0 | Kaelepulu Stream | Y | MH KK06AH2600 / main 12 | SW/SUR CD | | | 1130 | 0100 | 810 | KK | Kailehua trunk sewer under construction; will provide additional capacity | -- | CD=contractor's pump failed, SW/SUR=sustained rainstorm/flooding |

35341

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**

( )=possibly · [C]=chlorinated · CD=construction damage · DP=damaged pipe · EXF=exfiltration · FE=study equipment · FM=force main

G=grease · GT=grit · [H]=heat-treated · IRT=intersection · M=miscellaneous (see Remarks) · OP=operator error · Pr=primary-treated

PM=preventive maintenance · PP=paper products · PWR=power · R=roots · RG=rags · RK=rocks · RPMT=repair &/or maintenance

S=secondary-treated · Sl=sludge · SW/SUR=storm water/surcharge · TERT=tertiary · TRIB=tributary · U=unknown · UT=untreated

TREATMENT PLANTS: HN=Honolulu WWTP · KH=Kahuku WWTP · KK=Kailua WWTP · PK=Paalaa Kai WWTP · SI=Sand Island WWT · VM=Waimanalo WW · WA=Waianae WWTP · WW=Wahiawa WWTP

| Date | Est. Vol. (gal) / Treatment Level | Location Facility or Sewer Line | Entered Receiving Water Y/N (Storm Drain Y/N) | Volume Removed | Ocean/Stream | Discharge Point / Problem Line | Signs | Cause | Start/Arrival/Call Rcvd | Stop | Total (min) | TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27-Feb-04 | 24,300 / Untreated | 1111 Keolu Drive | Y | 24,300 / 0 | Kaelepulu Stream | MH KK0/6AH2700 / main 12 | Y | SW/SUR; CD | 1130 | 0100 | 810 | KK | Kalahea trunk sewer under construction; will provide additional capacity | -- | CD=contractor's pump failed; SW/SUR=sustained rainstorms/flooding |
| 27-Feb-04 | 121,500 / Untreated | 1006 Kupau Street | Y | 121,500 / 0 | Kaelepulu Stream | MH KK06XC2100 / main 21 | Y | SW/SUR; CD | 1130 | 0100 | 810 | KK | Kalahoo trunk sewer under construction; will provide additional capacity | -- | CD=contractor's pump failed; SW/SUR=sustained rainstorms/flooding |
| 27-Feb-04 | 121,500 / Untreated | 1025 Keolu Drive | Y | 121,500 / 0 | Kaelepulu Stream | MH KK00/XC2200 / main 21 | Y | SW/SUR; CD | 1130 | 0100 | 810 | KK | Kalahea trunk sewer under construction; will provide additional capacity | -- | CD=contractor's pump failed; SW/SUR=sustained rainstorms/flooding |
| 27-Feb-04 | 400,000 / Untreated | 394 Wanaao Road | Y | 400,000 / 0 | Kaelepulu Stream | MH (transition-no #) FM / main 14 / 24 | Y | SW/SUR; CD | 1210 / 1210 | 2130 | 2000 | KK | Kalahea trunk sewer under construction; will provide additional capacity | -- | CD=contractor's pump failed; SW/SUR=sustained rainstorms/flooding |
| 27-Feb-04 | 24,800 / Secondary (filtered) | Waimanalo WWTP | N | 6,625 / -- | Ravine | Injection Wells 1, 2, 3, & 4 | -- | SW/SUR | 1445 / 1840 | | 7h55m / 55m | VM | Improvements/new wells planned; storm preparation measures carried out prior to minimize impact | -- | |
| 27-Feb-04 | 200 / Untreated | Kaneohe PTF | N | | N | MH (by cottage pump) | N | SW/SUR | 1500 | 1505 | 5 | KK | | -- | |
| 27-Feb-04 | 47,250 / treated | Sand Island WWTP | N | | | pump station (effluent) | N | SW/SUR | 1500 | 2015 | 7h15m | SI | Made efforts to increase effluent discharge rate; request repairs to correct equipment deficiencies | -- | Effluent pump station (max discharge capacity = 158-162 mgd) unable to accommodate higher influent (200 mgd) due to infiltration from rainstorm/flooding |
| 27-Feb-04 | 2,800 / Untreated | Alamanu WWPS #1 | Y | | Navy-Marina Golf Course | wetwell | Y | SW/SUR | 1400 | 1915 | 5h15m | SI | Pump station upgrade in planning phase | -- | SW/SUR=inflow to pump station due to rainstorm/flooding above design capacity; spill into storm drain system leading to Navy-Marine GC; GC mgr requested no disinfection to protect grass |
| 27-Feb-04 | 24,300 / Untreated | Keolu Drive / Hele Street | Y | 24,300 / 0 | Kaelepulu Stream | MH KK06AG0300 / main 12 | Y | SW/SUR; CD | 1030 | 600 | 3h30m | KK | Kalahea trunk sewer under construction; will provide additional capacity | -- | |

35342

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly  
[C]=chlorinated  
CD=construction damage  
DP=damaged pipe  
EXF=exfiltration  
FE=faulty equipment  
FM=force main  

G=grease  
GT=grit  
[H]=heat-treated  
INT=intersection  
M=miscellaneous (see Remarks)  
OP=operator error  
P=primary-treated  

PM=preventive maintenance  
PP=paper products  
PWR=power  
R=roots  
RG=rags  
RK=rocks  
RP/MT=repair &/or maintenance  

S=secondary-treated  
SL=sludge  
SW/SUR=storm water/surcharge  
TERT=tertiary  
TRIB=tributary  
U=unknown  
UT=untreated  

TREATMENT PLANTS  
HN=Honolulu WWTP  
KH=Kahuku WWTP  
KK=Kailua WWTP  
PK=Paalaa Kai WWTP  

SI=Sand Island WWT  
WM=Waimanalo WW  
WN=Waianae WWTP  
WW=Wahiawa WWT

| DISCHARGE Date | Est. Volume (gal) / Treatment Level | LOCATION (Facility or Sewer Line) | ENTERED RECEIVING WATER: Storm Drain Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Start/Arrival/Call Rcvd | Stop | Total (min) | TRIB/TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27-Feb-04 | 45,000 / Untreated | Kaneohe PTF | N / 25,000 / 0 / Kawa Stream/Kaneohe Bay | Y | MH (by PTF) | SW/SUR | 1730 | 2220 | 290 | KK | Pump down influent/effluent wetwells monitor flows 24 hrs/day | -- | 20,000 gals spilled in plant / 25,000 gals spilled outside plant, also affected Bay View Golf Course |
| 27-Feb-04 | 240 / Secondary | Waimanalo WWTP | N / / Ravine | N | final clarifier #1 (mauka end) | SW/SUR | 1820 | 1920 | 1h | WM | improvements/new wells planned, storm preparation measures carried out prior to minimize impact | | |
| 27-Feb-04 | 12,000 / Untreated | 1185 Punua Place | Y / 12,000 / 0 / Kaelepulu Stream | Y | MH KA05AH2640 / main 8 | SW/SUR CD | 2115 | 1045 | 810 | KK | Kalaheo trunk sewer under construction; will provide additional capacity | -- | CD-contractor's pump failed; SW/SUR=sustained rainstorms/flooding; related to Keolu Drive/Hele Street spill |
| 27-Feb-04 | U / Untreated | 87-976 Ehu Street | N / 0 | N | MH WN02XA0047 / main 30 | SW/SUR | 2150 / 1500 | U | U | WN | Clean line | 04-25-03 | Evidence around manhole; SW/SUR=sustained rainstorms/flooding - 36" line surcharge caused spill in 30" trunk line |
| 27-Feb-04 | U / Untreated | 87-410 Kulaaupuni Street | N / 0 | N | MH WN02XA50015 / main 8 | SW/SUR | 2340 / 1530 | U | U | WN | Clean line | 01-09-04 | Evidence around manhole; SW/SUR=sustained rainstorms/flooding |
| 27-Feb-04 | U / Untreated | Mapeliaoa Road | N / 0 | N | MH WN02AW0001 / main 8 | SW/SUR | 2250 / 1730 | U | U | WN | Clean line | 12-15-03 | Evidence around manhole; SW/SUR=sustained rainstorms/flooding |
| 27-Feb-04 | U / Untreated | 99-156 Oiepe Loop | Y / U / 0 / Waimalu Stream | Y | MH | SW/SUR | U | U | U | HN | | | SW/SUR=sustained rainstorms/flooding |
| 28-Feb-04 | 31,200 / Secondary [filtered] | Wahiawa WWTP | BYPASS / 31,200 / 0 / Lake Wilson | Y | UV Disinfection | PWR | 1524 | 1539 | 15 | WW | Working w/ vendor to solve problem | | UV system failed during power switchover to emergency generator |
| 01-Mar-04 | 1,500 / Untreated | 1809 Alu Place | N / 1,500 / 0 / Kalihi Stream | Y | MH SI83AA1049 / SI83AA1050 / main 15 | R | 0830 / 755 | 1500 | 390 | SI | CCTV main; place on monthly PM | 02-23-04 | Heavy roots |

35343

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANTS**
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | Entered Receiving Water Y/N | Storm Drain Y/N | Volume Removed | Ocean/Stream | SGNs | DISCHARGE POINT / PROBLEM LINE | CAUSES | Start Time/Arrival/Call Rcvd | Stop Time | Total (min) | TRB/TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-Mar-04 | 108,000 | Untreated | 394 Wanaao Road | Y | | 108,000 | Kaelepulu Stream / 0 | Y | MH (no number) / main 24 | SW/SUR CD | 0734 / 734 | 1930 | 716 | KK | KK Kalaheo trunk sewer under construction; will provide additional capacity | 04-13-99 | CD=contractor's pump failed; SW/SUR=rainstorm/flooding |
| 02-Mar-04 | 400 | Untreated | Honouliuli WWTP | | N | – / 300 | | N | pipe (from Blend Tank) | OP | 0915 | 0920 | 5 | HN | HN Contractor to check with operator before opening pipes | – | Contractor removed top fitting of 6" pipe without consulting operator; 100 gals seeped into gravel |
| 02-Mar-04 | 50 | sludge heat-treated | Kaneohe WWPS 45-230 Kulauli Street | | N | | | N | bins (debris) | SW/SUR CD | 1000 / 1445 | U | U | KK | KK Revise dumping procedures | – | When operators dumped rainwater from bins, found sewage too |
| 02-Mar-04 | 1,220 | Untreated | Waimanalo WWTP | N | | 1,220 | Ravine | N | Injection Wells 1 & 2 | SW/SUR | 1110 | 2155 | 10h 45m | WM | | | |
| 03-Mar-04 | U | Untreated | 44-217 Mikiola Drive | | N | 0 | Kaneohe Bay | N | MH KK50XE0528 / main 21 | SW/SUR | 1630 / 1515 | U | U | KK | KK Surcharge condition - check for obstructions | 04-09-03 | Evidence around manhole; spill occurred 2/27/04 during storm per complainant; SW/SUR=rainstorm/flooding |
| 04-Mar-04 | 2,000,000 | Untreated | Ala Moana Force Main | Y | | 2,000,000 | Honolulu Harbor | Y | pipe / force main | DP | 0900 | 1115 | 135 | SI | SI Repairs underway | | Once diversion from 68" to 55" dia fm, the spill ended; from that point all quantities were routed to the plant either via pumper truck or interim piping. |
| 04-Mar-04 | U | Untreated | 2490 Kalakaua Avenue | | N | 0 | | N | MH SI00BAO128 / main 6 | R | 2145 / 2125 | U | U | SI | SI Place on 3-month PM | 07-31-03 | Evidence around manhole/curb |
| 05-Mar-04 | U | Untreated | 92-103 Manauea Place | | N | | | N | cleanout / lateral 6 | U | 2100 / 1925 | U | U | HN | HN Monitor | – | Evidence around cleanout |
| 06-Mar-04 | 50 | Untreated | 1209 Akupa Place | | N | | | N | cleanout / lateral 6 | U | 0145 | 0200 | 15 | KK | | | Spilled when cleanout cap removed to clear obstruction |

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

| ( )=possibly | G=grease | PM=preventive maintenance | S=secondary-treated | TREATMENT PLANTS | SI=Sand Island WWT |
|---|---|---|---|---|---|
| [Cl]=chlorinated | GT=grit | PP=paper products | SL=sludge | HN=Honouliuli WWTP | WM=Waimanalo WW |
| CD=construction damage | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | KH=Kahuku WWTP | WN=Waianae WWTP |
| DP=damaged pipe | INT=intersection | R=roots | TERT=tertiary | KK=Kailua WWTP | WW=Wahiawa WWTP |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | TRIB=tributary | PK=Paalaa Kai WWTP | |
| FE=faulty equipment | OP=operator error | RK=rocks | U=unknown | | |
| FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | UT=untreated | | |

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER SIGNS (Y/N) | STORM DRAIN Y/N / Volume Removed / Closed/Stream | DISCHARGE POINT PROBLEM / LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-Mar-04 | U | Untreated | 1251 Nanakai Street | N | N | cleanout / lateral | U | 0917 / 0845 | 0923 | 6 | HN | Monitor | 02-03-03 | Evidence around cleanout |
| 09-Mar-04 | U (>1,000) | | Waianae WWTP | N | N | pipe (HDPE effluent) / 24 | U | U | 1000 | U | WN | | -- | Operators discovered sinkhole under Final Clarifier 1 piping during daily plant check |
| 11-Mar-04 | U | Untreated | 2117 King Street (South) | N | N | cleanout / lateral 6 | G M | 2330 / 2330 | U | U | SI | Monitor; submit EIR | 07-23-03 | Evidence around cleanout/sidewalk; M=oil |
| 12-Mar-04 | 138 | Untreated | 2304 Saint Louis Drive | N | Y 130 0 | MH SI21A20226 / main 8 | G R | 0920 / 0900 | 1006 | 46 | SI | Monitor to revise PM | 09-27-02 | Dissipated in storm drain |
| 16-Mar-04 | U | Untreated | 915 Eu Lane | N | N | cleanout / main 18 | G GT | 0809 / 0750 | U | U | SI | Missed cleaning; will maintain schedule | 01-28-04 | Evidence around cleanout |
| 19-Mar-04 | U | Untreated | 45-371 Paewalani Place | N | N | 4 | GT | 0915 / 0900 | U | U | KK | Monitor | 03-10-04 | |
| 19-Mar-04 | 10 | Sludge (activated) | Honouliuli WWTP | N | N | MBR unit | OP | 1500 | 1515 | 15 | HN | Adjust operation of unit | -- | Ionics Membrane Bioreactor Unit (carried/spilled onto ground |
| 23-Mar-04 | U | Untreated | 99-695 Holo Street | N | N | cleanout / lateral 6 | U | 1815 | U | U | HN | Monitor | 01-14-03 | Evidence around cleanout |
| 23-Mar-04 | 110 | Untreated | 2909 Alphonse Place | N | N | cleanout | U | 2055 / 2025 | 2315 | 140 | SI | CCTV; monitor if not broken | 01-08-04 | |

35345

EXHIBIT 4F

# JANUARY-MARCH 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWT
WM=Waimanalo WW
WN=Waianae WWTP
WW=Wahiawa WWT

| DISCHARGE | | | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER S I N G S | | | | DISCHARGE POINT | PROBLEM LINE | C A U S E S | ESTIMATED DURATION | | | T R 1 | B | TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Estimated Volume (gal) | Treatment Level | | STORM DRAIN Y / N | Volume Removed | Ocean/Stream | | | | | Start/ Arrival Time | Stop Call Time Rcvd (min) | Total (min) | | | | | | |
| 29-Mar-04 | 2 | | 1940 Waikahe Place | N | | | | cleanout | | U | 0750 0720 | 0754 | 4 | | SI | Inspect lateral; monitor | 07-30-03 | |
| | | Untreated | | Y 2 0 Kalihi Stream | | | | lateral 6 | | | | | | | | | | |

35346

EXHIBIT 4F

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 ■ KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 ■ FAX: (808) 692-5113 ■ Website: www.co.honolulu.hi.us

JEREMY HARRIS
Mayor



FRANK J. DOYLE, P.E.
Director

TIMOTHY A. HOUGHTON
Deputy Director

**CERTIFIED MAIL**

EMC 04-283

JUL 21 2004

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention:    Ms. Joann Cola (WTR-7)

Gentlemen:

Subject:    QUARTERLY REPORT FOR THE PERIOD OF April 1, 2004 TO June 30, 2003
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the second quarter of 2004, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto from our Division of Environmental Quality at (808) 692-5371.

Sincerely,

*Ross Tanimoto*

/u FRANK J. DOYLE, P.E.
Director

Attachment

cc:    State Department of Health - Mr. Marshall Lum
State Department of Health - Mr. Denis Lau
Earth Justice - Mr. Paul Achitoff

35348

EXHIBIT 4F

# QUARTERLY REPORT

FOR THE PERIOD OF

April 1, 2004 to June 30, 2004

Prepared for:

**The United States Environmental Protection Agency
Region IX**

**And**

**State of Hawaii Department of Health
Wastewater Branch**

Prepared by:

The Department of Environmental Services
City and County of Honolulu

July 20, 2004

35349

EXHIBIT 4F

# ATTACHMENT A-2

## COLLECTION SYSTEM SPILLS
## (SUMMARY)
## &
## TREATMENT PLANT SPILLS
## AND
## BYPASSES
## (SUMMARY)

35350

EXHIBIT 4F

# APRIL-JUNE 2004 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

**Legend:**

| | | | |
|---|---|---|---|
| ( )=possibly | G=grease | PM=preventive maintenance | RK=rocks |
| CD=construction damage | GT=grit | PP=paper products | RPMT=repair &/or maintenance |
| DP=damaged pipe | INT=intersection | PWR=power | SWRSUR=storm water/surcharge |
| EXF=exfiltration | M=miscellaneous (see Remarks) | R=roots | TRIB=tributary |
| FE=faulty equipment | OP=operator error | RG=rags | U=unknown |

**TREATMENT PLANTS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paaaa Kai WWTP
SI=Sand Island WW
WM=Waimanalo W
WN=Waianae WW
WW=Wahawa WW

| Date | Est. Volume (gal) / Treatment Level | Location – Facility & Sewer Line | Entered Receiving Water (Storm Drain Y/N, Volume Removed, Ocean/Stream) | Signs | Discharge Point & Problem Line | Causes | Arrive / Call Rcvd | Time Start/Stop | Tidal (min) | TRB/TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Apr-04 | 100 / Untreated | 1810 Hunnewell Street | N | N | MH SI21AOO327 / SI21AOO998 main | DP | 0820 / 0745 | 0830 | 10 | SI | CCTV; schedule repair | 02-13-04 | |
| 06-Apr-04 | 50 / Untreated | 1778 Ala Moana Boulevard | Y; 50 / 0; Ala Wai Boat Harbor | N | MH SI35FAO083 main 8 | U | 0915 / 0900 | 0930 | 15 | SI | Investigate cause & revise PM | 02-04-04 | |
| 07-Apr-04 | U / Untreated | 1938 Wailana Place | N | N | cleanout / lateral 6 | U | 1610 / 1520 | U | U | SI | CCTV inspection; monitor to determine PM | 07-30-03 | Evidence around cleanout |
| 08-Apr-04 | 75 / Untreated | Honouliuli WWTP | N | N | valve (Blend Tank #1) | FE | 0815 / 0615 | 0830 | 15 | HN | Repair valve | - | |
| 08-Apr-04 | U / Untreated | 92-588 Awawa Street | N | N | cleanout / lateral 6 | R | 1655 / 1515 | U | U | HN | Monitor | 12-10-03 | Evidence around cleanout |
| 17-Apr-04 | 42 / Untreated | 1556 Pohaku Street | N | N | MH SI82HF2001 main 6 | G, RG | 1307 / 1241 | 1321 | 14 | SI | Investigate source of rags; place on 6-month PM | 02-25-03 | 32 gals contained in gutter, 10 gals returned to system |
| 21-Apr-04 | 5 / Untreated | 45-590 Paleka Road | N | N | charcoal filter (collection line) | MT | 0940 / | 1100 | 80 | KK | Adjust pump rate at Ahuimanu pump station to prevent surcharge | 10-08-98 | Spilled while removing charcoal air filter used to minimize H₂S emissions from lines – usually no water in filter |
| 23-Apr-04 | 3,600 / Untreated | 94-376 Welehu Street & 94-450 Kapaahi Street | Y; 3,600 / 0 | N | MH HN05M1086 / HN05M1087 main 6 | 3rd Party | 2030 / 1945 | 2045 | 15 | HN | Dept of Design & Construction to follow up with contractor | 11-24-99 | Private contractor's pumps malfunctioned; manholes overflowed into 3 catch basins (dry when checked by CSM) |
| 28-Apr-04 | 6 / Untreated | 1401 Laamia Place | N | N | pipe | R | 1400 / 1105 | 1600 | 120 | SI | Place on 3-month PM | 03-31-04 | Seeped from ground |
| 28-Apr-04 | 90 / Untreated | 65-914 Mill Street | N | N | cleanout / main 6 | G | 1715 / 1500 | 1825 | 70 | WN | Place on 3-month PM | 01-22-04 | Dissipated around cleanout |

35351

EXHIBIT 4F

# APRIL-JUNE 2004 WASTESTREAM DIVERSIONS CITY & COUNTY OF HONOLULU

( )=porosity
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags

RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANTS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island W...
WN=Waimanalo W...
WW=Waianae WW
WW=Wahiawa W...

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | ENTERED RECEIVING WATER Storm Drain Y/N / Volume Removed / Ocean/Stream | LOCATION FACILITY or SEWER LINE | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Arrival Call Rcvd | Start | Stop | Total (min) | TRIB / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-Apr-04 | 150 / Untreated | N | 510 Malanai Place | N | cleanout / 6" vc riser / main / 6 | RK | 2130 | 2225 | 2400 | 95 | SI | Place on 6-month PM | 06-19-00 | Percolated into ground |
| 28-Apr-04 | 10 / Untreated | N | 849 McCully Street | N | MH SI21AD0072 / main / 8 | G | 1430 | 1430 | 1500 | 30 | SI | Place on 6-month PM | 06-10-03 | Seeped from manhole |
| 29-Apr-04 | 1 / Untreated | N | 399 King Street (North) | N | cleanout / lateral / 8 | G PP | 0615 | 0830 | 1030 | 120 | SI | Environmental Quality to investigate source of grease & paper towels | 01-19-03 | PP=paper towels |
| 06-May-04 | 25 / Untreated | N | 845 22nd Avenue | N | MH SI41AD0111 / main / 6 | G GT | 1055 | 1130 | 1230 | 60 | SI | Place on 12-month PM | 04-29-00 | |
| 07-May-04 | 5 / Untreated | N | 1423 Olaloka Street | N | cleanout / lateral / 6 | R | 0820 | 0830 | U | U | SI | Clean/monitor lateral | 11-19-03 | Evidence around cleanout. R=roots at reducer |
| 08-May-04 | 2 / Untreated | N | 252A Moomuku Place | N | cleanout / lateral / 4 | DP | 1520 | 1000 | U | U | SI | Repair lateral 5/14/04 | 01-09-02 | Evidence around cleanout |
| 16-May-04 | 1 / Untreated | N | 514 Cummins Street | N | cleanout / lateral / 4 | G | 1345 | 1400 | 1415 | 15 | SI | Monitor | 09-23-03 | Van parked over cleanout; notified complainant to remove van |
| 22-May-04 | 5 / Untreated | N | 1662 Ohawai Place | N | cleanout / lateral / 6 | R | 1215 | 1308 | 1332 | 26 | SI | Monitor | 02-28-01 | |
| 23-May-04 | 450 / Primary | Y / 0 | Sand Island WWTP | Y | valve (portable compressor back-up air line) | FE | | 0600 | 0715 | 75 | SI | Isolate/repair leak | — | Nitric acid mixed w/ reuse water leaked from portable air compressor during acid wash of Heat Treatment Unit 2; contained in storm drain |
| 24-May-04 | 1 / Untreated | N | 908 Leighton Street | N | pipe joint / main / 4 | DP | 0936 | 1015 | 1045 | 30 | SI | Install expansion joints | 01-14-04 | |

35352

EXHIBIT 4F

# APRIL-JUNE 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

G=grease
GT=grit
INT=intersection
Misc=miscellaneous (see Remarks)
OP=operator error

PM=preventive maintenance
PP=paper products
PWR=power
RG=rags

RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANTS
HH=Honouliuli WWTP
Kh=Kahuku WWTP
KK=Kailua WWTP
Pk=Paalaa Kai WWTP

SI=Sand Island W.
WM=Waimanalo w.
WW=Waianae WW
WW=Wahiawa W.

| Date | Est. Vol (gal) / Treatment Level | Location Facility or Sewer Line | SIG | Entered Receiving Water Y/N / Storm Drain Y/N / Volume Removed / Ocean-Stream | Discharge Point / Problem Line | Cause | Call Recd | Start/Arrival | Stop | Total (min) | TRB | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-May-04 | 50 / Untreated | 2747 Liliha Street | N | Y / 50 / 50 | MH SI686C2014 / main 6 | G | 1403 | 1455 | 1504 | 9 | SI | Place on monthly PM | 12-10-03 | |
| 25-May-04 | 375 / Untreated | 21 Kuakini Street (South) | Y | Y / 250 / 0 / Nuuanu Stream | cleanout / lateral 8 | DP | 1343 | 1403 | 1530 | 87 | SI | Repair line 5/26/04 | 08-29-00 | |
| 26-May-04 | U / Untreated | 1703 Fern Street | N | N | cleanout (private) / lateral 6 | U | 1820 | 1835 | U | U | SI | Monitor to revise PM | 01-08-04 | Evidence around private cleanout |
| 28-May-04 | U / Untreated | 3523 Ala Haukulu Place | N | N | cleanout / main 6 | R | 1820 | 1945 | 2025 | 40 | SI | Monitor | 03-08-02 | |
| 28-May-04 | 15 / dewater water | Sand Island WWTP | N | N / 15 / 0 / - | Ala Moana force main | DP | 1208 | 1208 | 1518 | 190 | SI | Inspect/repair line | - | Leaks caused by vibration to temporary line & exposure to elements |
| 30-May-04 | 60 / Untreated | 94-590 Awamoi Street | N | N | MH 3011668 / main 10 | G | 1000 | 1046 | 1108 | 22 | HN | Place on 6-month PM; wait for downstream construction project | 03-30-04 | Intermittent; heavy grease (see EIR 04/0704C) |
| 30-May-04 | 5 / Untreated | 1508 Amelia Street | N | N | cleanout / lateral 4 | U | 1947 | 2015 | 2017 | 2 | SI | Monitor | 12-30-03 | Contained around cleanout |
| 01-Jun-04 | 20 / Untreated | 1892 Ala Mahamoe Place | N | N | cleanout / lateral 6 | R | 1307 | 830 | 1630 | 480 | HN | Place on 6-month PM | 05-13-03 | |
| 01-Jun-04 | 350 / Untreated | 99-040B Upapalu Drive | N | N | pipe / main 8 | G | 1656 | 1900 | 2055 | 115 | HN | Place on 3-month PM | - | Spill from exposed damaged riser on adjacent property (demolished house) |
| 04-Jun-04 | U / Untreated | 603 Hao Street | N | N | cleanout / lateral 6 | R | 1520 | 1610 | U | U | SI | Monitor to revise PM | 09-06-02 | Evidence around cleanout |

35353

EXHIBIT 4F

# APRIL-JUNE 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

G=grease
GT=grit
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags

RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island W
WM=Waimanalo W
WN=Waianae WW
WW=Wahiawa W

| Date | Est. Volume (gpd) | Treatment Level | Location Facility or Sewer Line | Entered Receiving Water Y/N — Storm Drain (S/G/N) | Volume | Removed | Ocean/Stream | Discharge Point | Problem Line | Causes | Time Start/Arrival | Time Stop/Calif Road | Total (min) | TRIB/TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Jun-04 | U | Untreated | 1927 Ula Street | N | | | | cleanout | main 8 | G RG (DP) | 951 / 925 | 1004 | 13 | SI | Place on 3-month PM | 02-27-03 | (DP)=possible sag in-line |
| 15-Jun-04 | 30 | Untreated | 5135 Maunalani Circle | N | | | | MH SI21ACD0615 | main 8 | R | 1745 / 1640 | 1820 | 35 | SI | Place on 6-month PM | 09-12-01 | |
| 16-June-04 | 3 | Untreated | 2097E 10th Avenue | N | | | | cleanout | lateral 6 | RK | 1345 / 1205 | 1350 | 5 | SI | Instruct homeowner to keep cap on | 02-11-04 | Cleanout cover off; contained in yard |
| 18-Jun-04 | 75 | Untreated | 1001 Ahua Street | N | | | | cleanout (private) | main 10 | G | 1735 / 1540 | 1815 | 40 | SI | Place on 12-month flushing | 12-24-02 | Return spill to cleanout |
| 19-Jun-04 | 35 | Untreated | 54-017 Hautoi Place | N | | | | truck (cesspool) | | FE | 925 / 925 | U | U | KH | Nothing required | | Valve on back of truck broke |
| 28-Jun-04 | 3 | Untreated | 1138 Hodai Street | N | | | | MH 353085 | main 8 | M G GT | 928 / 808 | 1007 | 41 | SI | Place on monthly PM | 04-07-04 | M=plastic bags |
| 28-Jun-04 | 2 | Untreated | 2737 Dow Street | N | | | | cleanout | lateral 4 | (M) | 1715 / 1640 | 1718 | 3 | SI | CCTV cleanout; monitor | 06-13-02 | (M)=broken cleanout cap |
| 28-Jun-04 | 30 | Untreated | Olomana Lane (nr stairway) | N | 30 | 0 | Pauoa Stream | cleanout | lateral 6 | Vandalism | 1755 / 1645 | 1800 | 5 | SI | Ensure cleanout repair and cap | | Vandalism=kids threw rocks in cleanout |
| 28-Jun-04 | 10 | Untreated | 41-575 Kalanianaole Highway | N | | | | toilets | | M | 1700 / 1700 | 1715 | 15 | SI | WM Parks & Recreation Dept maintenance | | M=blockage in toilets (other toilets okay; cesspool 4' down); contained in bath house |
| 29-Jun-04 | 45 | Untreated | 1168 Wailmanu Street | N | | | | cleanout | lateral 6 | U | 1550 / 1515 | 1610 | 20 | SI | CCTV; monitor | 11-25-03 | |

35354

EXHIBIT 4F

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: www.honolulu.gov



JEREMY HARRIS
Mayor

FRANK J. DOYLE, P.E.
Director

TIMOTHY A. HOUGHTON
Deputy Director

**CERTIFIED MAIL**

OCT 21 2004

EMC 04-390

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Attention:     Ms. Joann Cola (WTR-7)

Gentlemen:

Subject:     QUARTERLY REPORT FOR THE PERIOD OF July 1, 2004 TO September  30, 2004;
             Ref: United States of America and State of Hawaii v. City and County of Honolulu,
             Civ. No: 94-00765 DAE

Please find attached herewith, the Quarterly Report for the third quarter of 2004, as required by the Consent
Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants
that are involved in the Consent Decree programs.  As such, we provide the following certification, pursuant to
Section XV:

I certify under penalty of law that the document and all attachments were prepared under my direction or
supervision in accordance with a system designed to assure that qualified personnel properly gathered and
evaluated the information submitted.  Based on my inquiry of the person or persons who manage the system, or
those persons directly responsible for gathering the information, the information submitted is, to the best of my
knowledge and belief, true, accurate, and complete.  I am aware that there are significant penalties for submitting
false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto from our Division
of Environmental Quality at (808) 692-5371.

Sincerely,

FRANK J. DOYLE, P.E.
Director

Attachment

cc:     State Department of Health - Mr. Marshall Lum
        State Department of Health - Mr. Denis Lau
        Earth Justice - Mr. Paul Achitoff

35356

EXHIBIT 4F

# QUARTERLY REPORT

FOR THE PERIOD OF

July 1, 2004 to September 30, 2004

Prepared for:

**The United States Environmental Protection Agency
Region IX**

**And**

**State of Hawaii Department of Health
Wastewater Branch**

Prepared by:

The Department of Environmental Services
City and County of Honolulu

October 21, 2004

35357

EXHIBIT 4F

# ATTACHMENT A-2

# COLLECTION SYSTEM SPILLS
# (SUMMARY)
# &
# TREATMENT PLANT SPILLS
# AND
# BYPASSES
# (SUMMARY)

35358

EXHIBIT 4F

# JULY-SEPTEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=porosity
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
Ps=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honolulu WWTP     SI=Sand Island WWTP
KH=Kahuku WWTP     WM=Waimanalo WWTP
KK=Kailua WWTP     WN=Waianae WWTP
PK=Paalaa Kai WWTP     WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | STORM DRAIN Y/N | Volume | Removed | Ocean/Stream | DISCHARGE POINT / PROBLEM LINE | CAUSES | Time Start/Arrival | Call Rcvd | Stop | Total (min) | TRIB/TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Jul-04 | 100 | MLSS | Honolulu WWTP | N | | | | MBR tanks | OP | 0700 | | 0715 | 15 | TP | Reduce air entering tank; remove/dispose of contaminated gravel | -- | Tank was foaming and overflowed to gravel. |
| 08-Jul-04 | 75 | Untreated | 45-268 Kokokahi Place | N | | | | cleanout / lateral 6 | R PP | 1720 | 1630 | 1745 | 25 | KK | Monitor effectiveness of root poison; adjust PM accordingly | 11-13-03 | PP=paper towels |
| 10-Jul-04 | 90 | centrate | Sand Island WWTP | N | | | | sump | CD | 1455 | | 1458 | 3 | SI | Contact contractor to ensure their employees are more aware | -- | CD=truck driver for contractor hired to haul centrate forgot to open centrate valve after filling truck, causing sump to overflow into parking area |
| 12-Jul-04 | 2 | Untreated | 2447 Aha Aina Place | N | | | | MH 666903 / lateral | U | 0930 | 0830 | 1130 | 120 | SI | Place on 3-month PM | 01-14-04 | |
| 12-Jul-04 | 85 | Untreated | 1568 Laumaile Street | N | | | | cleanout / lateral 6 | RG M | 1605 | 1515 | 1625 | 20 | SI | Investigate source of wire/rags, dye-test or rat-bait | 12-03-03 | |
| 14-Jul-04 | 100 | Untreated | 1240 Ala Moana Boulevard | Y | 80 | 0 | -- | MH 380359 / main 12 | G | 1250 | 1230 | 1320 | 30 | SI | Place on 2-month PM | 04-18-04 | |
| 16-Jul-04 | 5 | Untreated | Aloha Tower Drive #1 | N | | | | MH SI21AC0107 / main 8 | G | 1414 | 1355 | 1514 | 60 | SI | Place on 3-month PM; investigate source of fog | 06-23-04 | |
| 18-Jul-04 | U | Untreated | 654 Oneawa Street | N | | | | cleanout / lateral 8 | U | 2005 | 1915 | 2100 | 55 | KK | Monitor | 08-30-89 | |
| 21-Jul-04 | 200 | MLSS | Honolulu WWTP | N | | | | MBR tanks | FE | 1400 | | 1430 | 30 | HN | Secured loose hose | -- | MLSS hose separated from tank |

35359

EXHIBIT 4F

# JULY-SEPTEMBER 2004 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

**Legend:**

( )=possibly · [C]=chlorinated · CD=construction damage · DP=damaged pipe · EXF=exfiltration · FE=faulty equipment · FM=force main

G=grease · GT=grit · [H]=heat-treated · INT=intersection · M=miscellaneous (see Remarks) · OP=operator error · P=primary-treated

PM=preventive maintenance · PP=paper products · PWR=power · R=roots · RG=rags · RK=rocks · RP/MT=repair &/or maintenance

S=secondary-treated · SL=sludge · SW/SUR=storm water/surcharge · TERT=tertiary · TRIB=tributary · U=unknown · UT=untreated

**TREATMENT PLANTS:** HN=Honouliuli WWTP · KH=Kahuku WWTP · KK=Kailua WWTP · Pk=Paalaa Kai WWTP · SI=Sand Island WWTP · WM=Waimanalo WWTP · WN=Waianae WWTP · WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | STORM DRAIN Volume Removed / Ocean/Stream | ENTERED REC. WATER S I N S | DISCHARGE POINT / PROBLEM LINE | CAUSE | Time Arrival/Call Rcvd | Start | Stop | Total (min) | TRIB/TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-Jul-04 | 100 | MLSS | Honouliuli WWTP | N | N | MBR tanks | FE OP | | 1000 | 1015 | 16 | HN | Replaced cramped line and keep liquid level below overflow line | – | Overflow line clogged; Mixed liquor suspended solids spilled from Membrane Filtration Reactor |
| 22-Jul-04 | 400 | MLSS | Honouliuli WWTP | N | N | MBR tanks | FE OP | | 0800 | 0900 | 60 | HN | Replaced cramped line and keep liquid level below overflow line | – | |
| 28-Jul-04 | 400 | Untreated | 2420 Koa Avenue | Y 400 / 200 | Y | cleanout / lateral 4 | G | 1008 | 1100 | 1120 | 20 | SI | Monitor lateral | 03-29-04 | Spill entered Ulunu St drain; grease from lateral |
| 28-Jul-04 | 45 | Untreated | 2118 Makarani Drive | Y 40 / 0 / 0 Ala Wai Canal | N | pipe / lateral 6 | DP | 1700 | 1730 | 1755 | 25 | SI | CCTV; place on 6-month PM | 07-18-03 | |
| 29-Jul-04 | 50 | Primary | Honouliuli WWTP | N | N | Blotower Pump Station Air Chamber | FE | | 8:30 | 8:32 | 2 | HN | Hose down area and disinfected with bleach; issue workorder to fix chamber | – | Blotower pump #4 air chamber leaked when pump was started to backflush blotower |
| 31-Jul-04 | 5 | Untreated | 45-131 Waikalua Road | N | N | pipe / lateral 6 | DP | 0715 | 0822 | 0900 | 38 | KK | Repair lateral 7/31/04 | 10-01-03 | |
| 04-Aug-04 | 5000 | Untreated | 45-270 Waikalua Road | N 5,000 Kaneohe Stream | Y | manhole (peephole) / force main 16 | SW/SUR | 0600 | 0600 | 0642 | 42 | KK | Monitor pumps at Ahuimanu WWPS | – | Storm; surcharge affected by pumping at Ahuimanu Pump Station |
| 04-Aug-04 | 900 | Untreated | 1718 Plikea Street | N 900 Halawa Stream / Pearl Harbor | N | cleanout / lateral 4 | SW/SUR | 0715 | 0825 | 0955 | 90 | HN | LPSS system scheduled for installation | 03-11-04 | SW/SUR=storm; Pearl Harbor site inaccessible by public |
| 04-Aug-04 | 75 | Untreated | 1816 Aumoae Street | N | N | cleanout / main 6 | G RK | 0625 | 0825 | 0940 | 75 | SI | Monitor lateral, main & lateral to be replaced | 10-30-99 | |

35360

EXHIBIT 4F

# JULY-SEPTEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:
( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventative maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honolulu WWTP          SI=Sand Island WWTP
HH=Honouliuli WWTP        WA=Waimanalo WWTP
KH=Kahuku WWTP            WN=Waianae WWTP
KK=Kailua WWTP            WW=Wahiawa WWTP
Pk=Paalaa Kai WWTP

| Date | Est. Vol (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | STORM DRAIN Y/N | Volume Removed | Ocean/Stream | S I N S | DISCHARGE POINT PROBLEM LINE | C A U S E S | Time Start / Arrival Call Rcvd | Time Stop | Total (min) | T R I B / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-Aug-04 | 50 | Untreated | 127 Dowsett Avenue | N | | | N | cleanout / lateral 6 | SW/SUR R | 0915 / 0855 | 1000 | 45 | SI | Clean/monitor lateral | 03-17-04 | |
| 04-Aug-04 | 20 | Untreated | 245 Elelupe Road | Y | 20 | 0 | N | MH 425201 / main 8 | G | 1330 / 1255 | 1430 | 60 | SI | Place on 3-month PM; sag in line | 01-15-04 | |
| 04-Aug-04 | U | Untreated | 47-407 Lulani Street | N | | | N | cleanout / lateral 6 | R | 1800 / 1715 | 1855 | 55 | KK | Monitor lateral | | |
| 05-Aug-04 | 10 | Untreated | 1144 Kamehameha IV Road | N | | | N | cleanout / lateral | DP | 1130 / 1110 | 1515 | 225 | SI | Replace cleanout cover, monitor | 02-10-02 | DP=cleanout cover broke/fell into pipe |
| 07-Aug-04 | 2 | Untreated | 94-716 Keaka Street | N | | | N | MH 574957 / main 6 | G | 1245 / 1245 | 1400 | 75 | HN | Place on 12-month PM | 08-30-00 | Evidence around manhole |
| 08-Aug-04 | 40 | Untreated | 60 Kuakini Street (North) | Y | 5 | Nuuanu Stream 0 | N | cleanout / lateral 6 | G | 0910 / 0900 | 0921 | 11 | SI | Place on 6-month PM | 08-06-02 | |
| 09-Aug-04 | 90 | Untreated | 702 Berelania Street (South) | Y | 80 | 80 | N | cleanout / lateral 4 | M | 1350 / 1332 | 1440 | 50 | SI | Request Regulatory Branch investigate lint source | 03-17-04 | Mslint |
| 09-Aug-04 | U | Untreated | 3120 Huailki Street | N | | | N | MH SI83MA1040 / main 8 | R | U / 1610 | U | U | SI | Place on 12-month PM | 12-19-02 | Evidence around manhole |
| 10-Aug-04 | 750 | Untreated | INT Queen Street / Kamakee Street | Y | 500 | 450 | N | MH 2023414 / main 8 | G | 0905 / 0905 | 0935 | 30 | SI | Investigate grease source from one service line | 11-06-03 | Contained in drain/along curb |

35361

EXHIBIT 4F

# JULY-SEPTEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP          SI=Sand Island WWTP
KH=Kahuku WWTP              WM=Waimanalo WWTP
KK=Kailua WWTP              WN=Waianae WWTP
PK=Paalaa Kai WWTP          WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER Y/N | STORM DRAIN Volume | Removed | Ocean/Stream | S I N G S | DISCHARGE POINT | PROBLEM LINE | C A U S E S | Arrival | Start/Call Rcvd | Stop | Total (min) | T R I B TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Aug-04 | 250 | Untreated | Waikakalua Road | N | | | | N | MH (no I.D. #) force main 18 | | M | 1830 | 1830 | U | U | KK | Clean pump station/reset floats; will set PM | -- | M= Ahuimanu pump station malfunction; absorbed by brush/dirt on stream bank |
| 11-Aug-04 | 80 | Untreated | 702 Barelania Street (South) | N | | | | N | cleanout lateral 6 | | U | 1905 | 1920 | 1955 | 35 | SI | CCTV; monitor lateral | 03-17-04 | |
| 12-Aug-04 | 60 | Untreated | 2118 Matanani Drive | Y | 40 | 0 | | N | pipe lateral 6 | | DP | 1610 | 1635 | 1655 | 20 | SI | CCTV; repair line 8/13/04 | 08-14-03 | Seeped from ground |
| 12-Aug-04 | U | | 550 King Street (North) | N | | | | N | cleanout (private) lateral 8 | | U | 1635 | 1755 | U | U | SI | CCTV; monitor | 10-31-88 | Evidence on sidewalk/parking lot |
| 13-Aug-04 | U | | 2873 Von Hamm Place | N | | | | N | cleanout lateral 6 | | R | 1550 | 1645 | U | U | SI | Clean; revise PM | 04-22-04 | Evidence around cleanout |
| 13-Aug-04 | U | | 45-105 Popolol Street | N | | | | N | cleanout lateral 6 | | U | 1635 | 1840 | 2200 | 80 | KK | Clean/monitor lateral | 05-06-03 | |
| 13-Aug-04 | U | | 92-844 Aahuali Street | N | | | | N | cleanout lateral 6 | | U | 2145 | 2245 | U | U | HN | Clean/monitor | 02-09-04 | Evidence around cleanout |
| 16-Aug-04 | 40 | Untreated | 92-586 Awewa Street | N | | | | N | cleanout lateral 6 | | U | 1515 | 1800 | 1810 | 10 | HN | Place on 3-month PM | 01-06-04 | Spilled when cleanout opened |
| 16-Aug-04 | 75 | Untreated | 98-139 Kanuka Street | N | | | | N | MH HN25YB0560 main 8 | | G | 1855 | 1930 | 2025 | 55 | HN | Place on 2-month PM | 01-06-04 | Contained/dissipated on road/sidewalk |

35362

EXHIBIT 4F

# JULY-SEPTEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | Storm Drain Y/N | Volume Removed | Ocean/Stream | SGNS | Discharge Point / PROBLEM LINE | CAUSES | Start Time | Arrival / Call Rcvd | Stop Time | Total (min) | TRIB / TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Aug-04 | 250 | Untreated | Sand Island WWTP | N | | | N | sump (Solids Bldg cake loading area) | M | 0200 | | 0230 | 30 | SI | Instruct WTD personnel to operate valves used to load truck | – | M=Unitek (contract hauler) tanker driver forgot to open truck valve while loading, causing back up of centrifuge centrate, overflowing sump onto Solids Bldg parking lot |
| 20-Aug-04 | 30 | Untreated | 2386 Oahu Avenue | N | | | N | pipe / main 10 | DP | 1630 | 1600 | 1715 | 45 | SI | Release upstream blockage; excavate/repair pipe | 01-20-99 | |
| 28-Aug-04 | 80 | Untreated | 98-135 Kaloloa Street | Y | 30 | 0 | N | MH HN28/XA0736 / main 6 | M G | 1210 | 2330 | 100 | 50 | HN | Place on 12-month PM; locate wood source | 11-28-02 | M= wood (two 2-foot lengths of 2"x4") |
| 30-Aug-04 | U | Untreated | 1314 King Street (South) | N | | | N | cleanout / lateral 6 | U | 1600 | 1620 | 1705 | 65 | SI | CCTV; monitor lateral | 01-29-04 | |
| 31-Aug-04 | 150 | Untreated | 1550 King Street (South) | N | | | N | cleanout / lateral 4 | U | 1315 | 1315 | 1430 | 75 | SI | Monitor monthly | 06-01-04 | |
| 31-Aug-04 | U | Untreated | 45-285 Kaneohe Bay Drive | N | U | Kaneohe Stream | N | MH KK33AA1212 / main 8 | U | 1755 | 1700 | 1900 | 65 | KK | Place on 18-month PM | 03-08-99 | |
| 01-Sep-04 | 80 | Untreated | 1867 Laukahi Street | N | | | N | cleanout / lateral 6 | U | 2025 | 1955 | 2035 | 10 | SI | Investigate cause; monitor | 03-05-03 | |
| 04-Sep-04 | 255 | Untreated | 1650 California Avenue | N | | | N | cleanout / main 8 | G R RG | 0930 | 0845 | 947 | 17 | WW | Place on 12-month PM | 02-16-99 | Percolated into ground |
| 07-Sep-04 | 60 | Untreated | 91-884 Fort Weaver Road | N | | | N | MH (private) / main 15 | M RK | 2330 | 2330 | 2430 | 60 | HN | Investigate source of bulky items in manhole; monitor | ? | M=trash |

35363

EXHIBIT 4F

# JULY-SEPTEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANTS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | Storm Drain Y/N | Vol. Removed | Ocean/Stream | LOCATION FACILITY or SEWER LINE | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | Call Rcvd | Arrival | Stop | Total (min) | TRB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Sep-04 | U | Untreated | N | | | 354 Kupu Place | N | bathroom / lateral | R | 1115 | 1212 | 1216 | 4 | SI | Place on 3-month PM | 11-13-03 | Evidence only |
| 13-Sep-04 | U | Untreated | N | | | 45-548 Lohi Place | N | MH 170974 / main 8 | R M | 0740 | 0835 | U | U | KK | Place on 6-month PM | 06-29-00 | M=debris; evidence around manhole |
| 14-Sep-04 | 130 | Untreated | N | | | 2222 University Avenue | N | cleanout / main 6 | R M | 1835 | 1900 | 1940 | 40 | SI | CCTV; place lateral on PM; take enforcement action on users | 02-19-89 | M=3-1/2" plastic cleanout cap |
| 15-Sep-04 | 110 | Untreated | N | | | 2747 Liliha Street | N | MH SI86MC2015 / main 6 | G | 1515 | 1555 | 1610 | 15 | SI | Place on monthly PM; investigate Oahu Country Club as grease source | 08-12-04 | Dissipated into grassy area |
| 15-Sep-04 | U | Untreated | N | | | 94-803 Waipahu Street | N | cleanout (private) / main 15 | G | 2145 | 2230 | U | U | HN | Place on 4-month PM | 12-11-02 | Percolated into dirt area |
| 16-Sep-04 | U | Untreated | N | | | 1243 Lola Place | N | cleanout / lateral 8 | R | 1500 | 1615 | U | U | KK | Cut roots; monitor | 10-17-01 | Evidence around cleanout |
| 18-Sep-04 | 19,000 | Untreated | N | | | easement Welo Street | N | MH 841878 / main 10 | M RK | 0751 | 0751 | 2030 | 12h 39m | HN | Secure cover; CCTV; initiate criminal investigation | - | M=bicycle frame, boulders |
| 18-Sep-04 | 5 | Untreated | N | | | 393 King Street (North) | N | cleanout / lateral 10 | G | 0749 | 1415 | 1420 | 5 | SI | CCTV; place lateral on PM; take enforcement action on users | 04-13-04 | |
| 22-Sep-04 | 5,400 | Untreated | Y | 5,400 / 0 | Kaupuni Stream | 85-1083 Kaneaki Street | Y | MH 2034195 / main 12 | G | 1119 | 1230 | 1530 | 180 | WN | Place on 6-month PM; investigate grease source | 08-11-04 | Stream bed dry, Hawaiian Homestead; |

35364

EXHIBIT 4F

# JULY-SEPTEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
CG=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
(H)=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
Wa=Waimanalo WWTP
Wai=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Y/N (Volume Removed Ocean/Stream) | S I G N S | DISCHARGE POINT PROBLEM LINE | C A U S E S | Start/Arrival | Call/Rcvd | Stop | Total (min) | T R I B | TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-Sep-04 | U / Untreated | | 45-240 Wailolua Road | N | N | cleanout, lateral 6 | R | 1437 | 1355 | U | U | KK | | Monitor | 05-17-04 | Evidence around cleanout |
| 28-Sep-04 | 60 / Untreated | | 94-865 Waipahu Street | N | N | MH 582356, main 10 | G RG | 1415 | 1356 | 1430 | 15 | HN | | Project to replace lines will be solicited by year end | 03-31-04 | |
| 28-Sep-04 | 0.5 / Untreated | | Kapiolani Boulevard (near Keeaumoku Street) | N | N | pipe (flex), bypass | CD | 2330 | | 2335 | 5 | SI | | Immediately shut down pump, repair leaks | - | CD=new construction; contractor installed new bypass line & observed leaks upon initial pumping |

35365

EXHIBIT 4F



DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



DR. ERIC S. TAKAMURA, P.E.
Acting Director

KENNETH A. SHIMIZU
Deputy Director

**CERTIFIED MAIL**

JAN 2 1 2005

EMC 05-020

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention:     Ms. Joann Cola (WTR-7)

Gentlemen:

Subject:     QUARTERLY REPORT FOR THE PERIOD OF October 1, 2004 to December 31, 2004;
Ref: United States of America and State of Hawaii v. City and County of Honolulu
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the fourth quarter of 2004, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto from our Division of Environmental Quality at (808) 692-5371.

Sincerely,

DR. ERIC S. TAKAMURA, P.E.
Acting Director

Attachment

cc:     State Department of Health, Wastewater Branch – Mr. Marshall Lum
        State Department of Health, Clean Water Branch - Mr. Dennis Lau
        Earth Justice - Mr. Paul Achitoff

EXHIBIT 4F

# QUARTERLY REPORT

FOR THE PERIOD OF

October 1, 2004 to December 31, 2004

Prepared for:

**The United States Environmental Protection Agency
Region IX**

**And**

**State of Hawaii Department of Health
Wastewater Branch**

Prepared by:

The Department of Environmental Services
City and County of Honolulu

January 21, 2005

35387

EXHIBIT 4F

# ATTACHMENT A-2

# COLLECTION SYSTEM SPILLS
# (SUMMARY)
# &
# TREATMENT PLANT SPILLS
# AND
# BYPASSES
# (SUMMARY)

35388

EXHIBIT 4F

( )=possibly
(C)=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
(H)=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RPMT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
Si=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

## OCTOBER-DECEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

| DISCHARGE Date | DISCHARGE Estimated Volume (gal.) / Treatment level | LOCATION FACILITY / SEWER LINE | ENTERED RECEIVING WATER Y/N Storm Drain / Volume Removed / Ocean-Stream | S G | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Start/Spill Arrival, Stop/Spill Flow, Total (hh:mm) | TR BT P | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-Oct-04 | 15 / UT | 979 Robello Ln. | N | | cleanout / 4 lateral | U | 0931 / 0938 / 7m; 910 | SI | Will clean, CCTV and Monitor. | 06-28-02 | |
| 04-Oct-04 | 90 / UT | 1831 Kealia Drive | Y / 60 / 0 | | pipe / 6 main | G PP | 1655 / 1635 / 40m; 1520 | SI | Will follow up with roding and CCTV. | 03-17-00 | Mud and leaves in the catch basin soaked up the spill. |
| 07-Oct-04 | U / UT | 348 Kupu Place | N | | cleanout / 6 lateral | R | 1740 / 1845 / 1h 5m; 1715 | SI | Will place lateral on 2 month PM schedule. | 11-13-03 | Found waste tissue debris, and moisture around cleanout. |
| 10-Oct-04 | U / UT | 85-193 McArthur Street | N | | MH190425 / 6 main | G | 1155 / 1248 / 53m; 1045 | WN | Will place on 2 month PM frequency. | 06-29-04 | Spill contained and dissipated into the ground. |
| 11-Oct-04 | 500 / SL | Kailua Regional WWTP | N | | M / M | M | 500 / 510 / 10m; 500 | KK | Line secured. Pipe will be repaired. | - | Digester Sludge from the discharge line of the centrifuge feed pump located adjacent to the Digester #1 spilled onto the ground. |
| 11-Oct-04 | U / UT | 2138 N. School Street | N | | cleanout / 6 lateral | U | 2125 / 2220 / 55m; 2105 | SI | Will monitor and clean accordingly. | 12-30-03 | Found evidence of moisture, tissue, and waste debris around cleanout. |
| 14-Oct-04 | U / UT | 2805 Monsarrat Ave. | N | | pipe / 6 lateral | SUR GT M | 1320 / U / U; 1300 | SI | EQ will have zoo monitor the discharge. | 02-09-04 | Honolulu zoo pumps their system into the City line. When they use 2 pumps MH overflows. Sand and hay may also cause the MH to overflow. |
| 20-Oct-04 | 100 / UT | 3131 Noela Street | N | | pipe / 6 lateral | DP | 1225 / 1229 / 4m; 1225 | SI | The line was cut open and the obstruction was removed on 10/2004. Obstruction from homeowner's line. | 06-17-04 | Poor plumbing by private party. 50 gals. Of the spill went in to the SMH and the other 50 dissipated on the roadway. |
| 20-Oct-04 | U / UT | 2022 Kaulalaau Street | N | | cleanout / 6 lateral | RK | 930 / 1100 / 1h.30m; 900 | SI | Cleaned up debris. | 04-05-04 | Upon arrival on the scene the cleanout was not overflowing and the spill was contained in the yard. |
| 23-Oct-04 | U / UT | 1215 Kanoelani Rd. | N | | MH242472 / 6 main | R | 1447 / 1514 / 27m; 1420 | SI | Cut roots. Will follow up with cleaning. Will place on monthly PM schedule. | 08-16-04 | Spill was contained on site it had dissipated into the ground. |

1

35389

EXHIBIT 4F

# OCTOBER-DECEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:

| | | | |
|---|---|---|---|
| ( )=possibly | G=grease | PM=preventive maintenance | S=secondary-treated |
| [Cl]=chlorinated | GT=grit | PP=paper products | SL=sludge |
| CD=construction damage | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge |
| DP=damaged pipe | INT=intersection | R=roots | TERT=tertiary |
| EXF=exfiltration | M=miscellaneous/cleanout (see Remarks) | RG=rags | TRIB=tributary |
| FE=faulty equipment | OP=operator error | RK=rocks | U=unknown |
| FM=force main | P=primary-treated | RPM=repair &/or maintenance | UT=untreated |

TREATMENT PLANTS:
HM=Honouliuli WWTP · KH=Kahuku WWTP · KK=Kailua WWTP · PK=Paalaa Kai WWTP · SI=Sand Island WWTP · WM=Waimanalo WWTP · WN=Wainea WWTP · WW=Wahiawa WWTP

| Date | Est. Vol (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | STORM DRAIN Y/N | Vol Removed | Ocean/Stream | DISCHARGE POINT / PROBLEM LINE | C/U/E/S | Time Start/Call | Stop/Arrival | Total (hh:mm) | TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-Oct-04 | 72 / UT | | 1200 Ala Moana Blvd. | Y | | | MH380383 / 12 main (N) | G | 1427 / 1415 | 1503 | 36m | SI | EO to take enforcement action. | 07-19-04 | Line was partially clogged. Approximately 20 gals had spilled onto the gutter and was vacuumed. |
| 26-Oct-04 | U / UT | | 1916 Aumoae Street | N | | | MH285925 / 6 main (N) | SW/SUR | 630 / 710 | 900 | 30m | SI | Line will be upgraded. Currently in the design phase. | 10-30-99 | Upon arrival found pieces of grease around cleanout. Clean out was empty and 6" main was flowing freely. |
| 26-Oct-04 | 2 / UT | | 918 Gulick Ave. | N | | | cleanout / 4 lateral (N) | G | 1145 / 1135 | 1215 | 30m | SI | Will follow up with CCTV to determine grease build up and monitor. | 01-30-04 | Sewage seeped out of the cleanout when the cap was removed. Spill was contained and cleaned up on DW. |
| 26-Oct-04 | 60 / UT | | 607 Hausten Street | N | | | cleanout / 6 lateral (N) | U | 1920 / 1906 | 1930 | 10m | SI | Will inspect lateral to locate defects. | 08-01-03 | Spill occurred when the cap was removed from the cleanout. Spill was contained and dissipated into the ground. |
| 29-Oct-04 | 65 / UT | | 1666 Kanunu Street | N | | | cleanout / 6 lateral (N) | U | 2115 / 2100 | 2135 | 20m | SI | Will monitor. | 03-30-01 | Spill dissipated around private cleanout and parking lot. |
| 29-Oct-04 | U / UT | | 92-586 Awawa Street | N | | | cleanout / 4 lateral (N) | U | 1330 / 1300 | 1430 | 1h | HH | Will CCTV to determine if there are any defects. | 12-10-03 | Spill was contained within this property and had dissipated into the ground. |
| 30-Oct-04 | 150 / UT | | 2330 Pacific Heights Road | N | | | MH293605 / 8 main (N) | SUR | 1945 / 1825 | 2100 | 1h 15m | SI | Will place on 3 month PM schedule. | 11-14-03 | |
| 30-Oct-04 | 40 / UT | | 1916 Aumoae Street | N | | | cleanout / 8 main (N) | R / SUR | 1715 / 1625 | 1830 | 1h 15m | SI | Line will be replaced. | 10-30-99 | Found debris build up and pipe defects along the line. |
| 30-Oct-04 | 900 / UT | | Kaneohe PTF | N | | | MH (N) | M | U | U | U | KK | Installed float level indicator. | -- | VFD problems for one of the pumps. |
| 31-Oct-04 | 10 / UT | | 2110 Keoniha Place | N | | | cleanout / 6 lateral (N) | R | 1213 / 1200 | 1333 | 1h 20m | SI | Will clean and monitor lateral. | 09-17-04 | Spill occurred when the cap for the cleanout was removed. Spill was contained on site. |

2

EXHIBIT 4F

# OCTOBER-DECEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

Legend:

| | | | |
|---|---|---|---|
| ( )=possibly | G=grease | PM=preventive maintenance | S=secondary-treated |
| [C]=chlorinated | GT=grit | PP=paper products | SL=sludge |
| CD=construction damage | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge |
| DP=damaged pipe | INT=intersection | R=roots | TERT=tertiary |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | TRIB=tributary |
| FE=faulty equipment | OP=operator error | RK=rocks | U=unknown |
| FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | UT=untreated |

TREATMENT PLANTS
HN=Honouliuli WWTP  KH=Kahuku WWTP  KK=Kailua WWTP  PK=Paalaa Kai WWTP
SI=Sand Island WWTP  WM=Waimanalo WWTP  WN=Waianae WWTP  WW=Wahiawa WWTP

| Date | Est. Volume (gal) | Treatment Level | Location: Facility or Sewer Line | Entered Receiving Water (Y/N) | Storm Drain (Y/N) / Volume Removed (gal) | Channel/Stream | Discharge Point | Problem Line | Entered (Y/N) | Cause | Arrival | Call Rcvd | Stop | Total (hh:mm) | TP | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Oct-04 | U | UT | 912 Hikina Lane | N | N | | cleanout | 4 lateral | N | SUR | 1500 | 1500 | 1700 | 2h | SI | Cleaned main line on 11/01/04 | 09-27-04 | Upon arrival the spill had stopped. The possibility of grease in the trunk line may have caused the problem. |
| 01-Nov-04 | 50 | UT | 912 Hikina Place | N | N | | cleanout | 8 main | N | G | 1430 | 1400 | 1730 | 3h | SI | Line flushed on 11/1/04. Will have EQ investigate source of grease. | 09-27-04 | Spill was contained. |
| 02-Nov-04 | 5 | UT | 1504 Nehoa Street | N | N | | cleanout | 6 lateral | N | U | 0918 | 0900 | 922 | 4m | SI | Will monitor. | 10-18-02 | Spill was contained. |
| 06-Nov-04 | 5000 | UT | 429 Wanaao Road | Y | 5000 / 0 | Kaiegulu Stream | MH56843 | 24 main | Y | SW/SUR | 2030 | 2030 | 2145 | 1h 15m | KK | Construction ongoing to increase capacity of the system. | -- | Rain induced I/I. |
| 07-Nov-04 | 180 | T | Waimanalo WWTP | N | N | | M | | N | SUR | 1315 | 1315 | 1445 | 1h 45m | WM | Work request to repair / replace waterproofing on retaining well wall submitted. | -- | Treated water leaked through well #4 injection well wall. |
| 07-Nov-04 | 30 | T | Waimanalo WWTP | N | N | | M | | N | SUR | 1450 | 1450 | 1505 | 15m | WM | Work request to repair / replace waterproofing on retaining wall submitted. | -- | Treated water leaked through #4 injection well wall. |
| 09-Nov-04 | U | UT | 94-236 Kahuanani Street | N | N | | cleanout | 6 lateral | N | U | 2020 | 1930 | 2100 | 40m | HN | Will monitor and adjust PM schedule. | 05-28-04 | Spill had dissipated into the ground. |
| 01-Nov-04 | 20 | UT | 87-157 Aoyong Homestead Rd. | N | N | | MH201762 | 8 main | N | G | 1127 | 1030 | 1146 | 19m | WN | Will clean and place on 12 month PM schedule. | 06-10-03 | Spill was contained on the road. |
| 18-Nov-04 | 45 | UT | 1673 Ala Aolani Street | N | N | | cleanout | 6 lateral | N | U | 1805 | 1730 | 1900 | 55m | SI | Line was repaired on 11/17/04. | 03-13-02 | Spill dissipated into the ground. |

35391

EXHIBIT 4F

# OCTOBER-DECEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
OD=construction damage
DP=damaged pipe
EX=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

Si=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| Date | Est. Vol. (gall) | Treat. Level | LOCATION FACILITY or SEWER LINE | Entered Receiving Water/Storm Drain Y/N | Vol. Removed / Ocean/Stream | S G S | Discharge Point Problem / Line | S G S | Cause | Start / Arrival / Call / Road | Stop | Total (hh:mm) | Remedial Action | Trip | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-Nov-04 | 2000 | UT | 1506 Amelia Street | Y | 2000 / 0 / Kalihi Stream | Y | MH242368 / 10 main | Y | G | 2115 / 2016 | 2330 | 2h 15m | Will place on 3 month PM schedule. | SI | 09-24-04 | Spill occurred at the end of Amelia St. |
| 22-Nov-04 | 2027 | UT | 2560 Lai Road | Y | 2027 / 0 / Palolo Stream | Y | pipe / 10 main | Y | M | 0900 / 0900 | 1847 | 33h 47m | Repaired 10" VC pipe on 11/23/04. | SI | 02/20/04? | Spill actually started at 9am on 11/21/04, however call was not received until 1:05 pm the next day. |
| 22-Nov-04 | U | UT | 1510 Nehoa Street | N | | | cleanout / 6 lateral | N | U | 1550 / 1217 | 1700 | 1h 10m | Will monitor and adjust PM schedule. | SI | 10-18-02 | Spill dissipated into the ground. |
| 22-Nov-04 | 110 | UT | 2376 Tantalus Drive | N | | | pipe / 8 main | N | R | 1810 / 1750 | 1930 | 1h 20m | Will clear line and repair on 11/23/04. | SI | 08-28-03 | Spill dissipated into the ground. |
| 29-Nov-04 | 150 | UT | INT Queen Street / Kamakee Street | Y | 100 / 100 / - | N | MH360033 / 8 main | N | G | 0745 / 0715 | 800 | 15m | Will place on 2 week PM schedule. Will have EO follow up with grease source. | SI | 10-12-04 | Spill was contained along curbing area. |
| 03-Dec-04 | 30 | UT | 912 Hikina Lane | N | | | cleanout / 8 main | N | G | 0722 / 0722 | 930 | 2h 8m | Flushed sewer main. Need to investigate source of grease. | SI | 09-27-04 | Spill was contained on site. |
| 07-Dec-04 | 40 | UT | 1847 Pacific Heights Road | N | | | cleanoy / 6 lateral | N | DP | 1700 / 1500 | 1830 | 1h 30m | Lateral was repaired on 12/08/04. | SI | - | |
| 09-Dec-04 | 130 | UT | 1423 Emerson Street | Y | 80 / 0 / - | N | cleanout / 6 main | N | U | 1545 / 1515 | 1715 | 1h 30m | Will place on 6 month PM frequency. | SI | 09-03-02 | Spill did not reach receiving water. Rubbish debris in the storm drain soaked up the spill. |
| 15-Dec-04 | 20 | UT | 44-676 Kahinani Place | N | | | cleanout / 6 lateral | N | R | 1020 / 1001 | 1115 | 55m | Will locate area where roots occur and repair. | KK | - | |
| 16-Dec-04 | U | UT | 1858 Paula Drive | N | | | cleanout / 6 lateral | N | U, M | 1610 / 1515 | 1730 | 1h 20m | Will CCTV and determine the cause of the problem and repair defect(s). | SI | 06-13-03 | Possible broken pipe. |

4

35392

EXHIBIT 4F

# OCTOBER-DECEMBER 2004 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
Cl=chlorinated
CD=construction damage
D=damaged pipe
Exf=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
(H)=heat-treated
M=miscellaneous (see Remarks)
OE=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RPM=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
Kk=Kailua WWTP
Pk=Paalaa Kai WWTP

SI=Sand Island WWTP
WMk=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) | Treatment level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER Y/N | STORM DRAIN Y/N | Volume Returned | Volume Ocean/Stream | DISCHARGE POINT | PROBLEM LINE | CAUSE | Time Start | Time End | Stop | Total (000 00m) | TRB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-Dec-04 | U / UT | | 3565 Campbell Avenue | N | N | | | cleanout | 6 lateral | U | 2000 | 1935 | 2105 | 1h 5m | SI | Will monitor. | 06-01-04 | Spill dissipated into the ground. |
| 22-Dec-04 | 200 / UT | | 1757 St. Louise Drive | Y | N | 200 | 0 | MH7155609 | 8 main | G SUR GT | 1100 | 1130 | 1130 | 30m | SI | Will CCTV line and place on 3 month PM schedule. | 07-15-04 | |

5

35393

EXHIBIT 4F