DEPARTMENT OF ENVIRONMENTAL SERVICES
**CITY AND COUNTY OF HONOLULU**
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor




ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

**CERTIFIED MAIL**

APR 21 2005

EMC 05-125

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention: Ms. Joann Cola (WTR-7)

Gentlemen:

Subject: QUARTERLY REPORT FOR THE PERIOD OF January 1, 2005 to March 31, 2005; Ref: United States of America and State of Hawaii v. City and County of Honolulu, Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the first quarter of 2005, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto, Division of Environmental Quality, at (808) 692-5371.

Sincerely,

Ross S. Tanimoto
fr Dr. Eric S. Takamura, P.E.
Director

Attachment

cc: State Department of Health - Mr. Marshall Lum
State Department of Health - Mr. Dennis Lau
Earth Justice - Mr. Paul Achitoff

35367

EXHIBIT 4G

# QUARTERLY REPORT

FOR THE PERIOD OF

January 1, 2005 to March 31, 2005

Prepared for:

**The United States Environmental Protection Agency**
**Region IX**

**And**

**State of Hawaii Department of Health**
**Wastewater Branch**

Prepared by:

The Department of Environmental Services
City and County of Honolulu

April 21, 2005



EXHIBIT 4G

# ATTACHMENT A-2

# COLLECTION SYSTEM SPILLS (SUMMARY) & TREATMENT PLANT SPILLS AND BYPASSES (SUMMARY)



EXHIBIT 4G

# JANUARY - MARCH 2005 WASTESTREAM DIVERSIONS

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE | | | LOCATION | ENTERED RECEIVING WATER | | | | SIGNS | DISCHARGE POINT | PROBLEM | | CAUSES | | ESTIMATED DURATION | | | | DSF | TRIB (TP) | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STORM DRAIN | | | OCEAN / STREAM | | | | | | | Time | | | | | | | | |
| Date | Estimated Volume (gal) | Treatment Level | FACILITY or SEWER LINE | Y/N | Volume (gal) | Removed | | | | Type | Size | | | Call Rcvd | Start / Arrival | Stop | Total (00h 00m) | | | | | |
| 12-28-04 | 30 | M | Honouliuli WWTP | N | | | – | N | M | M | M | DP | | | 1030 | 1032 | 2m | Y | HN | | – | Raw sewage spilled when the discharge line broke near the influent pump station return flow project. The spill had dissipated into the ground. |
| 01-01-05 | 10 | M | Honouliuli WWTP | N | | | – | N | M | M | M | FE | | | 700 | 715 | 15m | Y | HN | | – | During emergency power the scum pumps did not work. Mixture of Re-use water and scum had overflowed over the scum pit. The spill had dissipated into the ground. |
| 01-02-05 | U | UT | 2449 Ala Wai Blvd. | N | | | – | N | MH434148 | Main | 6 | RK | | 844 | 915 | 910 | 15m | Y | SI | BWS repaired the broken MH. | 04-21-04 | BWS main had ruptured, which in turn cased debris to fill downstream of manhole. |
| 01-03-05 | U | UT | 1703 Fern Street | N | | | – | N | cleanout | lateral | 6 | PP | | 1030 | 1035 | 1045 | 10m | Y | SI | Will monitor lateral. | 12-21-04 | Bundled toilet paper found in the line. |
| 01-03-05 | 2 | UT | 99-1010 Kahua Place | N | | | – | N | cleanout | lateral | 6 | R | | 1542 | 1715 | 1945 | 2h 30m | Y | HN | Will monitor. | 05-02-02 | Roots and debris found in the line. |
| 01-06-05 | 150 | UT | 320 Liliuokalani Avenue | N | | | – | N | M | main | 8 | M | | 1300 | 1330 | 2130 | 8h | Y | SI | Line was cleared & MH was repaired where water entered the system. | 04-21-04 | A broken water main had caused a MH cover & rim to shift therefore causing debris to fall into the SMH. Dirt, rocks, wooden wedges, and a 25' tape measure was the cause of the blokage. The spill was contained with in the property. |
| 01-08-05 | 60 | UT | 99-370 Moanalua Road | N | | | – | N | MH#622834 | main | 6 | R | | 1655 | 1730 | 1750 | 20m | Y | HN | Will place on annual PM schedule. | 01-01-02 | Spill dissipated into the ground. |
| 01-11-05 | 5 | UT | 1001 Ahua Street | N | | | – | N | MH240055 | main | 10 | G | | 1235 | 1245 | 1415 | 1h 30m | Y | SI | Will place on annual PM schedule. | 10-18-04 | |
| 01-13-05 | U | UT | 98-1304 Kuluwai Street | N | | | – | N | cleanout | lateral | 4 | DP | | 1145 | 1230 | 1330 | 1h | Y | HN | Will repair lateral. | 05-27-04 | Bend drop in line. |
| 01-13-05 | 40 | UT | 1554 Meyers Street | N | | | – | N | cleanout | lateral | 6 | DP | | 1525 | 1645 | 1830 | 1h 45m | Y | SI | Lateral repaired on 01/14/05. | 12-15-04 | |
| 01-19-05 | 110 | UT | 2602-A Liliha Street | Y | 110 | 0 | – | N | pipe | main | 8 | G | | 1555 | 1625 | 1720 | 55m | Y | SI | Will require investigation for source of grease. | 11-30-04 | Debris in the storm drain soaked up the spill. |
| 01-20-05 | 20 | UT | 2700 Waialae Avenue | N | | | – | N | cleanout | main | 6 | GT | RG | 842 | 900 | 910 | 10m | Y | SI | Will clean and place on annual PM schedule. | 01-25-99 | |
| 01-20-05 | U | UT | 79 Nimitz Hwy. | N | | | – | N | MH# Unknown | lateral | 6 | PP | RG | 1045 | 1105 | 1350 | 2h 45m | Y | SI | EQ will take enforcement action against State Harbors Division. | 12-06-04 | |
| 01-21-05 | 2300000 | UT | Pearl City Pump Station | Y | | | Waiawa Stream | Y | M | main | 12 | M | | | 1400 | 1845 | 4h 45m | Y | HN | Improve communication between contractor and City personnel. | – | Contractor removed 12' elbow from the discharge line of the pumping station. Pump station became rendered inoperable. Pump station became flooded under 4' of sewage. Collection line upstream overflowed into the Stream. |
| 01-23-05 | 60 | UT | 98-302 Kamehameha Hwy. | N | | | – | N | cleanout | main | 8 | G | | 815 | 844 | 909 | 25m | Y | HN | Will ensure PM schedule is maintained. | 07-23-04 | |
| 01-25-05 | 450 | UT | 1243 North School Street | Y | 450 | 0 | Kapalama Stream | Y | MH#274048 | main | 8 | G | R | 1255 | 1400 | 1430 | 30m | Y | SI | Will keep PM cleaning on schedule. | 04-01-04 | |

35370

EXHIBIT 4G

# JANUARY - MARCH 2005 WASTESTREAM DIVERSIONS

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE | | | LOCATION | ENTERED RECEIVING WATER | | | | SIGNS | DISCHARGE POINT | PROBLEM | | CAUSES | | ESTIMATED DURATION | | | | DSF | TRIB (TP) | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STORM DRAIN | | | | | | | | | | Time | | | | | | | | |
| Date | Estimated Volume (gal) | Treatment Level | FACILITY or SEWER LINE | Y/N | Volume (gal) | Removed | OCEAN / STREAM | | | Type | Size | | | Call Rcvd | Start / Arrival | Stop | Total (00h 00m) | | | | | |
| 01-29-05 | 13500 | UT | 5307 L Kalanianaole Highway | Y | 13,500 | 0 | Waiiupe Stream | Y | MH#464866 & MH#464765 | main | 24 | SUR | SW | 1130 | 1130 | 1900 | 7h 30m | Y | SI | Surcharge condition from heavy rains. | 05-22-02 | Wet weather. |
| 01-29-05 | 132900 | UT | INT Puuikena Street & Kalanianaole Hwy. | Y | 132,900 | 0 | Kawaikui Beach | Y | MH#467974 & MH#467977 | main | 24 | M | | 1300 | 1145 | 1908 | 7h 23m | Y | SI | Third party event, cheking upstream for additional construction debris. | 07-12-02 | Construction material found in the line. |
| 01-29-05 | 36000 | UT | 300 block Kewalhao Street. | Y | 36,000 | 0 | Kuliouou Beach Park | Y | MH# Unknown | main | 12 | SUR | SW | 1620 | 1620 | 2200 | 5h 40m | Y | M | Surcharge condition from Kuliouou WWPS as a result of heavy rains. | N/A | Spill entered the tributary managed by Hawaii-American Water Company. |
| 01-29-05 | 1480 | S | Waimanalo WWTP | Y | 960 | 0 | Inoaloie Stream | Y | M | M | M | SUR | SW | 1450 | 1450 | 2100 | 6h 10m | Y | WM | Project to increase flow capacity at the Treatment is in the works. | -- | Over at injection well no. 1, 4, and 2. |
| 01-29-05 | 5700 | UT | Aliamanu No. 2 WWPS | Y | 5,700 | 0 | Salt Lake | Y | M | M | M | SUR | SW | 1445 | 1445 | 1655 | 2h 10m | Y | SI | Operator utilized standby portable pump to pump extra flow through collection system. | -- | Heavy rains overcame the station's pumping capacity. Discharge point was from an 8" overflow line in the wet well. |
| 01-29-05 | 5500 | UT | Aliamanu No. 1 WWPS | Y | 5,500 | 0 | M | Y | M | M | M | SUR | SW | 1450 | 1450 | 1700 | 2h 10m | Y | SI | Operator utilized standby portable pump to pump extra flow through collection system. | -- | Heavy rains overcame the station's pumping capacity. Spill ended at the Navy Marine golf course driving range. |
| 01-30-05 | 20 | UT | Honouliuli WWTP | N | | | -- | N | M | M | M | M | | | 800 | 802 | 2m | Y | HN | Removed broken diffuser head. | -- | A diffuser head dislodged and jammed into the horizontal grit screw causing grit to back up and spill out of the conveyor. |
| 02-02-05 | 2025 | UT | Niu Valley WWPS | Y | 2,025 | 0 | Niu Beach | Y | pipe | FM | 16 | DP | | 730 | 730 | 915 | 1h 45m | Y | SI | Pipe repair completed on 2/3/05 | N/A | Spill occurred within the WWPS through ground. |
| 02-03-05 | 3 | UT | 395 Wanaao Road | N | | | -- | N | MH#39009016 | main | 36 | SUR | SW | 958 | 958 | 959 | 1m | Y | KK | Manually operate Pump Station during high flow. | 05-10-04 | |
| 02-05-05 | U | UT | 94-1153 Nali Street | N | | | -- | N | cleanout | main | 10 | G | | 945 | 1031 | 1058 | 27m | Y | HN | Will monitor and clean accordingly. | 12-04-04 | |
| 02-05-05 | 30 | UT | 588 Kipuka Place | N | | | -- | N | MH#48370 | main | 8 | G | | 1045 | 1045 | 1115 | 30m | Y | KK | Will place on 12 month PM after cleanning and CCTV. | 06-28-04 | |
| 02-06-05 | 20 | UT | 3331 Hayden Street | N | | | -- | N | MH# not Listed | main | 8 | RG | | 2240 | 2315 | 2400 | 45m | Y | SI | Repair completed on 2/10/05 | 06-12-00 | |
| 02-07-05 | U | UT | 1391 Kapiolani Boulevard | N | | | -- | N | MH#382137 | main | 6 | M | RK | 1710 | 2115 | 2250 | 1h 35m | Y | SI | Will place on 3 month PM and determine source of asphalt and oil. | 09-30-04 | Other causes: AC, Macadam, & Black oily liquid. |
| 02-14-05 | 30 | UT | 645 Kapahulu Avenue | N | | | -- | N | cleanout | lateral | 6 | G | PP | 1015 | 1058 | 1059 | 1m | Y | SI | Will investigate source of paper towels. | 01-31-01 | |
| 02-14-05 | U | UT | 5683 Kalanianaole Highway | Y | U | 0 | Niu Beach | Y | pipe | FM | 16 | DP | | 1550 | 1700 | 1830 | 1h 30m | Y | SI | Repair completed on 2/16/05 | N/A | |
| 02-16-05 | 60 | UT | 1551 Kapiolani Boulevard | N | | | -- | N | MH#382391 | main | 6 | M | | 1305 | 1315 | 1600 | 2h 45m | Y | SI | Will place on 2 month PM schedule. | 08-06-04 | Cause: Offset pipe. |
| 02-16-05 | 50 | UT | 87-1784 Farrington Highway | N | | | -- | N | cleanout | lateral | 6 | U | | 1515 | 1715 | 1810 | 55m | Y | WN | Repair completed on 2/17/05 | 06-06-03 | |
| 02-18-05 | U | UT | 94-135 Mokuksua Street | N | | | -- | N | MH#616900 | main | 8 | G | | 1515 | 1645 | 1750 | 1h 5m | Y | HN | Will keep PM on schedule. | 09-23-04 | |
| 02-18-05 | 25 | UT | 275 Auwaiolimu Street | N | | | -- | N | cleanout | main | 6 | M | | 1330 | 1400 | 1405 | 5m | Y | SI | Contractor to repair CIPP liner. | 07-17-03 | Cause: CIPP liner bunched up in 6" mainline causing water to backup. |
| 02-21-05 | U | UT | 94-321 Kahuanani Street | N | | | -- | N | cleanout | lateral | 6 | M | | 1040 | 1112 | 1130 | 32m | Y | HN | Will place on one month PM schedule. | 12-04-04 | Cause: Foreign matter. |
| 02-22-05 | 60 | UT | 94-165 Kapuahi Place | N | | | -- | N | cleanout | lateral | 6 | M | | 1855 | 2000 | 2010 | 10m | Y | HN | Will monitor lateral. | 04-03-00 | Cause: Debris in the line. |



EXHIBIT 4G

# JANUARY - MARCH 2005 WASTESTREAM DIVERSIONS

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
FM=force main

G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
P=primary-treated

PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance

S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TERT=tertiary
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE | | | LOCATION | ENTERED RECEIVING WATER | | | | SIGNS | DISCHARGE POINT | PROBLEM | | CAUSES | | | ESTIMATED DURATION | | | | DSF | TRIB (TP) | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STORM DRAIN | | | | | | | | | | | Time | | | | | | | | |
| Date | Estimated Volume (gal) | Treatment Level | FACILITY or SEWER LINE | Y/N | Volume (gal) | Removed | OCEAN / STREAM | | | Type | Size | | | | Call Rcvd | Start / Arrival | Stop | Total (00h 00m) | | | | | |
| 02-26-05 | 3000 | UT | Niu Valley WWPS | Y | 3,000 | 0 | Niu Beach | Y | pipe | FM | 16 | DP | | | 1054 | 1100 | 1120 | 20m | Y | SI | Repair completed on 2/27/05. | N/A | |
| 02-27-05 | 290 | UT | INT Pacific Heights Road & Von Hamm Place | Y | 100 | 0 | - | N | MH#293151 | main | 8 | RK | G | M | 1210 | 1244 | 1252 | 8m | Y | SI | Will place on 6 month PM schedule. | 07-07-00 | Other causes: Macadam. |
| 02-27-05 | U | UT | 94-321 Kahuanani Street | N | | | - | N | cleanout | lateral | 6 | U | | | 1213 | 1351 | 1353 | 2m | Y | HN | Will clean lateral with the main on a monthly basis. | 12-04-04 | |
| 03-04-05 | U | UT | 2407 Tantalus Drive | N | | | - | N | cleanout | lateral | 4 | R | | | 920 | 920 | 921 | 1m | Y | SI | Will repair on 2/7/05 | 06-15-04 | |
| 03-04-05 | U | UT | 94-321 Kahuanani Street | N | | | - | N | cleanout | lateral | 6 | U | | | 1515 | 1635 | 1715 | 40m | Y | HN | Will monitor lateral weekly. | 12-04-04 | |
| 03-15-05 | 350 | UT | 87-135 Kulaa Place | N | | | - | N | MH#3014746 | main | 10 | RK | | | 2215 | 2325 | 330 | 4h 5m | Y | WN | Will weld MH cover to prevent anyone from opening it. | 07-08-03 | Rocks purposely thrown into SMH. |
| 03-18-05 | 1100 | UT | 98-535 Iho Place | Y | 1,100 | 0 | - - | Y | MH#604614 | main | 8 | R | | | 1815 | 2025 | 2100 | 35m | Y | HN | Will place on 18 month PM schedule. | 06-30-04 | Spill dissipated into the ditch. Did not reach receiving stream. |
| 03-18-05 | U | UT | 85-132E Ala Walua Street | N | | | - | N | cleanout | lateral | 6 | M | | | 1830 | 2320 | 30 | 1h 10m | Y | WN | Will investigate impact of kennel on lateral. | 02-24-00 | Dog poop in cleanout. |
| 03-24-05 | 100 | UT | 98-703 Iho Place | N | | | - | N | MH#604818 | main | 8 | R | | | 2330 | 15 | 45 | 30m | Y | HN | Will CCTV downstream area to determine if there are additional roots or offsets joints. | 06-30-04 | |
| 03-31-05 | 3 | M | Kailua WWTP | N | | | - | N | M | M | M | M | | | 1300 | 1300 | 1301 | 1m | Y | KK | Clean up spill - hose area. | | The spill occurred during maintenance. Vavles were being replaced at the DAFT area. |

35372

EXHIBIT 4G

DEPARTMENT OF ENVIRONMENTAL SERVICES
**CITY AND COUNTY OF HONOLULU**
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor




ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

**CERTIFIED MAIL**

EMC 05-218

JUL 21 2005

U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Attention: Ms. Joann Cola (WTR-7)

Gentlemen:

SUBJECT: QUARTERLY REPORT FOR THE PERIOD OF APRIL 1, 2005 TO JUNE 30, 2005;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Attached is the Quarterly Report for the second quarter of 2005, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

> I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto from our Division of Environmental Quality at (808) 692-5371.

Sincerely,

For Dr. Eric S. Takamura, P.E.
Director

Attachment

cc: State Department of Health - Mr. Marshall Lum
State Department of Health - Mr. Dennis Lau
√Earth Justice - Mr. Paul Achitoff

35374

EXHIBIT 4G

# QUARTERLY REPORT

FOR THE PERIOD OF

April 1, 2005 to June 30, 2005

Prepared for:

**The United States Environmental Protection Agency**
**Region IX**

**And**

**State of Hawaii Department of Health**
**Wastewater Branch**

Prepared by:

The Department of Environmental Services
City and County of Honolulu

July 21, 2005



EXHIBIT 4G

# ATTACHMENT A-2

# COLLECTION SYSTEM SPILLS
# (SUMMARY)
# &
# TREATMENT PLANT SPILLS
# AND
# BYPASSES
# (SUMMARY)



EXHIBIT 4G

# APRIL - JUNE 2005 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PP=paper products

PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
L=Laie WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-Apr-05 | 40 Untreated | 328A Iolani Avenue | N | N | manhole / main 6 | R RG | 1650 / 1625 | 1815 | 85 | SI | CCTV lateral; place on Root-X program | 01-30-00 | SMH wall leak |
| 05-Apr-05 | 85 Untreated | 1660 Ihiloa Loop | N | N | pipe / main 6 | R RK M | 2140 / 1900 | 2205 | 25 | SI | CCTV/repair lateral | 03-05-03 | Seeped from ground;M=pipe pieces |
| 06-Apr-05 | U Untreated | 86-906 Moekahi Street | N | N | cleanout / lateral 6 | U | 1815 / 1645 | U | U | WN | Monitor lateral | 04-24-02 | Evidence on ground/sidewalk |
| 07-Apr-05 | 200-400 Untreated | 45-138 Waikalua Road / Mahalani Street 45-354 | Y 25 25 – | N | manhole / force main 16 | U | 0200 / 0200 | U | U | KK | Investigating cause; checking downstream pump station | – | Evidence (ponding) on road; pumped catch basin of wastewater, mud/debris |
| 07-Apr-05 | 60 Untreated | 1416 Mokuna Place | N | N | cleanout / lateral 6 | R | 1900 | 1910 | 10 | SI | CCTV lateral; monitor | 02-22-02 | Percolated into next property |
| 08-Apr-05 | U Untreated | 2124 Alaeloa Place | N | N | cleanout / lateral 6 | R | 1855 | U | U | SI | Electric eel follow-up; CCTV lateral | 07-13-04 | Evidence around cleanout |
| 11-Apr-05 | 90 Untreated | 2910 Alphonse Place | N | N | pipe / main 6 | DP | 1705 | 1825 | 65 | SI | CCTV main; repair line 4/13/05 | 01-08-04 | DP=joint leak from exposed main |
| 12-Apr-05 | 27 Untreated | 1916 Aumoae Street | N | N | cleanout / main 6 | M | 900 / 0832 | 0945 | 45 | SI | Line replacement project awarded | 10-30-99 | M=offset line (3" auger could not pass through) |
| 12-Apr-05 | 20 Untreated | 2910 Alphonse Place | N | N | pipe / main 6 | DP MT | 0936 / 0936 | 0957 | 21 | SI | Repair main 4/13/05 | 01-08-04 | Damaged main exposed in easement; intermittent spill while rodding line |



EXHIBIT 4G

# APRIL - JUNE 2005 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PP=paper products

PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
L=Laie WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume / Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Apr-05 | 45<br>Untreated | 2910 Alphonse Place | N | N | pipe<br>main<br>6 | DP | 1905<br>1835 | 1915 | 10 | SI | Repair main 4/13/05 | 01-08-04 | Dissipated in vegetation |
| 14-Apr-05 | 150<br>Untreated | 2885 Kalakaua Avenue | N | N | hose (vactor truck) | OP | 1300 | 1300 | 0 | SI | Ensure valve secure before moving truck | -- | OP=valve not closed properly |
| 15-Apr-05 | 18<br>Untreated | 1341 Kapiolani Boulevard | N | N | lateral (private manhole)<br>main<br>10 | G | 1322<br>1307 | 1331 | 9 | SI | Place on 3-month PM | 06-05-03 | 36" main full of grease (private???) |
| 20-Apr-05 | U<br>Untreated | 3840 Paki Avenue | N | N | cleanout<br>main<br>8 | G<br>R | 1030<br>1010 | 1345 | 195 | SI | Revise to 3-month PM & Root-X | 06-17-04 | Contained in restroom and around cleanout |
| 26-Apr-05 | 15<br>Untreated | 45-425 Kamehameha Highway | N | N | MH<br>force main<br>16 | M | 2130<br>1945 | 2200 | 30 | KK | Review pump station operation | -- | Spilled from space between manhole rim and cover |
| 28-Apr-05 | 300<br>Untreated | 254 Beretania Street (North) | Y<br>250<br>250<br>Nuuanu Stream | Y | 302017<br>main<br>8 | G | 1740<br>1725 | 1930 | 110 | SI | Revise to 6-month PM; investigate grease source | 04-24-05 | |
| 02-May-05 | 150<br>Untreated | Honouliuli WWTP | N | N | pipe (underground) Abandoned<br>4-6 | DP | 0800 | | | HN | Excavate/found leaking pipe; secure leak; repair pipe 5/14/05; bury pipe 5/16/05 | -- | Intermittent leak from ground; liquid clear, no odor |
| 04-May-05 | U<br>Untreated | 2490 Kalakaua Avenue | N | N | 689391<br>main<br>6 | R | 120<br>2355 | 0215 | 55 | SI | Place on 12-month PM | 10-22-03 | Evidence around manhole & sidewalk |
| 04-May-05 | U<br>Untreated | 1442 Kewalo Street | N | N | cleanout<br>lateral<br>6 | U | 1555<br>1520 | 1635 | 40 | SI | Monitor lateral | 09-24-04 | Evidence on sidewalk |

35378

EXHIBIT 4G

# APRIL - JUNE 2005 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PP=paper products

PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
L=Laie WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATERS STORM DRAIN Y/N / Volume / Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-May-05 | U<br>Untreated | 1215 Kanoelani Road | N | N | 242472<br>main<br>6 | G | 1955<br>1955 | 2045 | 50 | SI | Place on 6-month PM | 08-16-04 | Evidence around manhole |
| 05-May-05 | 500<br>Primary sludge | Waianae WWTP | N | N | Digester | OP<br>FE | 0615 | 0705 | 50 | WN | Technicians checked high cover alarm; crew checked digester overflow line | -- | OP=primary sludge pump inadvertently left in manual mode; operator overfilled Digester; FE=high-cover alarm equipment malfunction |
| 06-May-05 | 160<br>Untreated | 2490 Kalakaua Avenue | Y<br>50<br>0<br>~ | N | 689426<br>main<br>6 | M<br>PP | 2335<br>2315 | 030 | 55 | SI | CCTV; place on 3-month PM | 10-25-04 | M=6' wire; PP=toilet tissue; debris absorbed spill |
| 07-May-05 | 40<br>Untreated | 2409 Rose Street | N | N | pipe<br>main<br>8 | G<br>RG | 1016<br>0942 | 1052 | 36 | SI | Place on 3-month PM | 02-15-05 | 2-1/2" pipe in driveway |
| 08-May-05 | 160<br>Untreated | 1050 Ala Moana Boulevard / Ward Avenue | Y<br>100<br>0<br>Kewalo Basin | N | 4013594<br>main<br>8 | G | 1414<br>1409 | 1422 | 8 | SI | Place on 6-month PM<br>Request EQ investigate grease source | 10-15-04 | Block drain with burlap bags - remove 60 gallons from curb area |
| 13-May-05 | U<br>Untreated | 98-215 Pahemo Street | N | N | cleanout<br>lateral<br>6 | U | 1805<br>1410 | 1925 | 20 | HN | Clean / monitor check valves | 06-06-02 | Evidence around cleanout |
| 15-May-05 | 20<br>Secondary waste-activated sludge | Honouliuli WWTP | N | N | MBR Enviroquip unit | FE | 0234 | 0240 | 6 | HN | Replace switch | -- | FE=defective float switch caused tank overflow |
| 15-May-05 | U<br>Untreated | 1704 Clark Street | N | N | cleanout<br>lateral<br>6 | U | 835<br>0815 | 0840 | 5 | SI | CCTV; monitor | 02-18-04 | Rocks in lateral & cleanout |
| 23-May-05 | U<br>Untreated | 1510 Nehoa Street | N | N | cleanout<br>lateral<br>6 | G | 1825<br>1819 | 1915 | 50 | SI | Request EQ investigation of grease source | 12-18-04 | |



EXHIBIT 4G

# APRIL - JUNE 2005 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PP=paper products

PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
L=Laie WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE Date | DISCHARGE Estimated Volume (gal) / Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIV'G WATER STORM DRAIN Y/N / Volume / Removed / Ocean/Stream | SIGNS | DISCHARGE POINT / PROBLEM LINE | CAUSES | ESTIMATED DURATION Time Start/Arrival / Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-May-05 | 75<br>Untreated | 94-264 Farrington Highway | Y<br>40<br>0<br>-- | N | cleanout<br>lateral<br>6 | M | 1945<br>1855 | 1955 | 10 | HN | Monitor lateral to see if problem is caused by main | 11-29-04 | M=black sludge; debris absorbed spill |
| 28-May-05 | 10<br>Untreated | 1216 Wilder Avenue | N | N | cleanout<br>main<br>8 | G | 2200<br>2200 | 2230 | 30 | SI | Place on 9-month PM | 08-25-03 | |
| 30-May-05 | 40<br>Untreated | 2700 Waialae Avenue | N | N | cleanout<br>main<br>6 | (DP) | 1118<br>1057 | 1122 | 4 | SI | Place on 12-month PM | 01-25-99 | |
| 01-Jun-05 | 100<br>Untreated | Laie WWPS | Y<br>100<br>0<br>-- | Y | manhole | FE | 0956 | 1006 | 10 | L | Rewired electrical lines at pump station | -- | FE=power strip malfunction shut down pump station; WWPS influent backed up to low point of collection system leading to pump station |
| 08-Jun-05 | 50<br>Untreated | 1884 Ala Mahamoe Street | N | N | cleanout<br>lateral<br>4 | R | 1330<br>1000 | 1500 | 90 | SI | Clean and inspect lateral to determine if repair required | 09-05-03 | Percolated into ground around cleanout |
| 10-Jun-05 | 25<br>Untreated | 3647 Kawelolani Place | N | N | pipe<br>main<br>8 | U | 1042<br>1015 | 1103 | 21 | SI | Clean line until repairs are made | 04-05-05 | |
| 15-Jun-05 | 1100<br>Untreated | 1000 Kamehameha Highway | Y<br>1100<br>0<br>Waiawa Stream | Y | 551911 &<br>4014609<br>main | G<br>RK<br>RG | 2030<br>1920 | 2325 | 175 | HN | CCTV; place on 6-month PM if line is structurally sound | 09-23-03 | |
| 17-Jun-05 | 130<br>Untreated | 2289 Tantalus Drive | Y<br>120<br>0<br>Kanaha Stream | N | 318486<br>main<br>6 | R | 1555<br>1515 | 1815 | 140 | SI | Place on 2-month PM; line pipe | 06-04-05 | Stream bed dry; percolated into ground |
| 22-Jun-05 | 16,346 | Wahiawa WWTP | N<br>Lake Wilson | Y | Disinfection unit | 3rd<br>PWR | 1957 | 2007 | 10 | WW | A study of the UV electrical issues and power quality was done by the City. A list of options were developed by Operations and are under review. | -- | 3rd=HECO power outages due to Helemano & Kipapa substation problems, caused disinfection unit shutdowns |

35380

EXHIBIT 4G

# APRIL - JUNE 2005 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment
G=grease

GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error
PM=preventive maintenance
PP=paper products

PWR=power
R=roots
RG=rags
RK=rocks
RP/MT=repair &/or maintenance
SW/SUR=storm water/surcharge
TRIB=tributary

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
L=Laie WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DISCHARGE<br>Date | Estimated Volume (gal)<br>Treatment Level | LOCATION<br>FACILITY or SEWER LINE | ENTERED RECEIV'G WATER<br>STORM DRAIN Y/N<br>Volume Removed<br>Ocean/Stream | SIGNS | DISCHARGE POINT<br>PROBLEM LINE | CAUSES | ESTIMATED DURATION<br>Time Start/Arrival<br>Call Rcvd | Stop | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-Jun-05 | 8,438 | Wahiawa WWTP | N<br>Lake Wilson | Y | Disinfection unit | 3rd<br>PWR | 2105 | 2110 | 5 | WW | A study of the UV electrical issues and power quality was done by the City. A list of options were developed by Operations and are under review. | – | 3rd=HECO power outages due to Helemano & Kipapa substation problems, caused disinfection unit shutdowns |
| 28-Jun-05 | 64<br>Untreated | 3118 Monsarrat Avenue | Y<br>40<br>0<br>-- | N | 470721<br>main<br>8 | G<br>R<br>GT | 742<br>0718 | 0803 | 21 | SI | Place on 3 month PM | 06-01-04 | Rubbish/leaves in drain |
| 29-Jun-05 | U<br>Untreated | 444 Waiakamilo Road | N | N | cleanout<br>lateral<br>6 | U | 1715<br>1615 | 1910 | 115 | SI | Monitor | 03-03-05 | Percolated into ground |



EXHIBIT 4G

DEPARTMENT OF ENVIRONMENTAL SERVICES
**CITY AND COUNTY OF HONOLULU**
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor




ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

**CERTIFIED MAIL**

EMC 05-324

October 20, 2005

Ms. Joann Cola (WTR-7)
U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Dear Ms. Cola:

Subject: QUARTERLY REPORT FOR THE PERIOD OF July 1, 2005 TO September 30, 2005;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the third quarter of 2005, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto from our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Eric S. Takamura

Dr. Eric S. Takamura, P.E.
Director

Attachment

cc: Mr. Marshall Lum - State Department of Health
Mr. Dennis Lau - State Department of Health
Mr. Paul Achitoff - Earth Justice

35383

EXHIBIT 4G

# JULY - SEPTEMBER 2005 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DATE | DISCHARGE Estimated Volume (gal) | DISCHARGE Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN | ENTERED RECEIVING WATER Volume (gal) | ENTERED RECEIVING WATER Removed | ENTERED RECEIVING WATER OCEAN/ STREAM | SIGNS | DISCHARGE POINT | PROBLEM LINE Line | PROBLEM LINE Size | CAUSES | Call Rcvd | ESTIMATED DURATION Time Start/ Arrival Call Rcvd | ESTIMATED DURATION Time Stop | Days | Hrs | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Jul-05 | 85 | Untreated | 94-1054 Hahana Street | Y | 85 | 0 | None | N | Manhole (no #) | main | 8 | RK | 2005 | 2035 | 2140 | | 1 | 5 | HN | Inspect/investigate | -- | New line/subdivision - line may not have been turned over to City yet |
| 06-Jul-05 | U | Untreated | 1968 Dillingham Boulevard | N | | | None | N | pipe | main | 10 | RK | 1715 | 1745 | U | | | U | SI | Repair line 7/13/05 | 03-17-05 | Spill not in progress upon arrival - evidence around drain (open pipe on site w/ demo structure) |
| 08-Jul-05 | U | Untreated | 1323 Kalakaua Avenue | N | | | None | N | cleanout | lateral | 6 | G Mud | 1530 | 1555 | U | | | U | SI | CCTV / investigate | 06-07-05 | Spill not in progress upon arrival - evidence around cleanout/sidewalk |
| 08-Jul-05 | U | Untreated | 931 Makahiki Way | N | | | None | N | cleanout | lateral | 6 | U | 1805 | 2050 | U | | | U | SI | CCTV lateral / main to determine cause | 09-09-04 | Spill not in progress upon arrival - evidence around cleanout/sidewalk |
| 11-Jul-05 | U | Untreated | 1645 10th Avenue | N | | | None | N | cleanout | lateral | 4 | U | 0030 | 0200 | U | | | U | SI | Monitor | 12-22-04 | Spill not in progress upon arrival - evidence around cleanout; lateral clear |
| 14-Jul-05 | 606 | Untreated | Waimanalo Gulch Landfill main roadway (300' past scale house) | N | | | None | N | truck | | | OP | | 1300 | 1310 | | | 10 | KK | Start new procedure - tailgate turnbuckles release only at actual dump site | -- | Driver removed tailgate turnbuckles at scale house on way to landfill; tailgate popped open, spilling cake onto roadway |
| 19-Jul-05 | 90 | Untreated | 1018 Kealaolu Avenue | N | | | None | N | 457688 | main | 8 | G | 1445 | 1500 | 1530 | | | 30 | SI | Increase PM to 36 months from 60 | 03-31-00 | Contained on property; used vactor to clean up |
| 20-Jul-05 | U | Untreated | 1308 Nakuina Street | N | | | None | N | cleanout | lateral | 6 | U | 2005 | 2020 | 2100 | | | 40 | SI | Monitor | 09-17-04 | Dissipated on sidewalk |
| 21-Jul-05 | 300 | Untreated | 159 A Rose Street | N | | | None | N | 110530 | main | 8 | G | 0710 | 0800 | 0900 | | 1 | | WH | Place on 6 month PM; complete EIR | 07-12-04 | Percolated into private property |
| 26-Jul-05 | 200 | Untreated | 94-590 Awamoi Street | Y | 150 | 0 | Waikele Stream | Y | 3011870 & 3011868 | main | 10 | G | 1930 | 2030 | 2140 | | 1 | 10 | HN | Place on one month PM; rehab down stream line segments | 06-02-05 | |
| 28-Jul-05 | 270 | Untreated | 1622 Waikahalulu Lane | N | 130 | 0 | Nuuanu Stream | Y | 309695 | main | 8 | RK | 1030 | 1050 | 1155 | | 1 | 5 | SI | CCTV; place on 6 month PM if no major defects | 06-22-05 | |
| [illegible]-Jul-05 | U | Untreated | 1206 Peterson Lane | N | | | None | N | cleanout (private, rear of property) | main | 8 | G | 2025 | 2040 | U | | | U | SI | Monitor; due to extreme deterioration, lines cannot be maintained; project to replace line within next four years | 08-24-99 | Spill not in progress upon arrival - evidence around cleanout/under house |
| [illegible]-Jul-05 | 40 | Untreated | INT Kilani Avenue / Koa Street | N | | | None | N | 105773 | main | 8 | G | 0815 | 0930 | 0935 | | | 5 | WH | Place on 2 month PM; investigate grease source | 09-28-04 | Heavy grease |
| [illegible]-Aug-05 | 125 | Untreated | 2142 School Street, North | N | | | None | N | cleanout (private) | main | 6 | G | 1905 | 1925 | 2115 | | 2 | 10 | SI | Place on 6 month PM | 01-10-05 | Spill dissipated from concrete slab and percolated into ground |
| [illegible]-Aug-05 | 60 | Untreated | 2022 & 10th Avenue 2028 | N | | | None | N | pipe (retaining rock wall) | main | 6 | G | 1910 | 1935 | 1950 | | | 40 | SI | CCTV 8/23/05 | 07-01-04 | Leak from retaining rock wall (both parcels lower than street) |



EXHIBIT 4G

# JULY - SEPTEMBER 2005 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TRE ATMENT PLANTS
HN= Honouliuli WWTP
KH= Kahuku WWTP
KK= Kailua WWTP
PK= Paalaa Kai WWTP
SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| DATE | DISCHARGE Estimated Volume (gal) | DISCHARGE Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN | ENTERED RECEIVING WATER Volume (gal) | ENTERED RECEIVING WATER Removed | ENTERED RECEIVING WATER OCEAN/ STREAM | SIGNS | DISCHARGE POINT | PROBLEM LINE Line | PROBLEM LINE Size | CAUSES | Call Rcvd | ESTIMATED DURATION Time Start/ Arrival Call Rcvd | ESTIMATED DURATION Time Stop | Days | Hrs | Total (min) | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-Aug-05 | 50 | Untreated | 1608 Laukahi Street | N | | | None | N | cleanout | lateral | 6 | R | 1720 | 1835 | 1920 | | 2 | 0 | SI | Electric eel lateral, all clear; place on 6-month PM | 05-25-05 | Spil not in progress upon arrival - evidence around cleanout perc lated into ground |
| 09-Aug-05 | 10 | Untreated | 1323 Kalakaua Avenue | N | | | None | N | cleanout | lateral | 6 | DP | 1359 | 1416 | 1436 | | | 37 | SI | Repair lateral 8/22/05 | 06-07-05 | Spil not in progress upon arrival - contained / dissipated on site; spilled after removing cleanout cap |
| 10-Aug-05 | 45 | Untreated | 854 Ailuna Street | N | | | None | N | Broken rubber strap joint | main | 4 | DP | 1715 | 1750 | 1805 | | | 50 | SI | Repair 8/11/05 | N/A | DP= roken rubber strap joint; floating main; percolated into grou d |
| 10-Aug-05 | 75 | Untreated | 1702 Houghtailing Street | Y | 40 | 0 | None | N | 272702 | main | 6 | G | 1925 | 1940 | 1950 | | | 25 | SI | Place on 6 month PM | 07-01-04 | Deb s and leaves absorbed spill |
| 15-Aug-05 | 250 | Untreated | 3815 Monterey Drive | N | | | None | N | cleanout | lateral | 6 | RG M | 1100 | 1130 | 1300 | | 2 | 0 | SI | CCTV 8/16/05 | 09-03-04 | Spil not in progress upon arrival - evidence around cleanout; M=c bris; contained on private property |
| 20-Aug-05 | 4,750 | Untreated | 2445 Kaala Street | Y | 4,750 | 0 | Manoa Stream | Y | 368255 | main | 12 | R | 1050 | 1116 | 1241 | | 1 | 51 | SI | CCTV 8/21/05; place on 24 month PM | 02-24-05 | |
| 26-Aug-05 | 50 | Untreated | 1507 Ehupua Street | N | | | None | N | cleanout | lateral | 6 | R | 1515 | 1610 | 1620 | | 1 | 5 | SI | Electric eel 8/27/05; place on 6-month PM | 05-26-05 | Spil not in progress upon arrival - evidence around cleanout perc lated into ground |
| 3-Sep-05 | 5 | Untreated | 1541 Ipukula Street | N | | | None | N | cleanout | lateral | 6 | R | 1328 | 1427 | 1428 | | | 1 | SI | CCTV and apply rootx | 12-17-04 | Spil not in progress upon arrival - spilled when cleanout cap rem ved; contained and dissipated on site |
| 6-Sep-05 | 146 | Untreated | 2002 Hunnewell Street L | N | | 100 | None | N | pipe (4" ci) | main | 6 | DP | 1008 | 1022 | 1154 | | 1 | 46 | SI | Repair broken lines 9-6-05 | 10-30-04 | DP= " ci pipe break due to crushed 6" main; 46 gals diss ated |
| 6-Sep-05 | 75 | Untreated | 1667 Laukahi Street | N | | | None | N | cleanout | lateral | 6 | pending | 2035 | 2105 | 2200 | | | 30 | SI | Inspect/clean line 9/7/05 | 08-02-05 | Perc lated into ground |
| 23-Sep-05 | 50,000 | Untreated | Kaneohe PTF | Y | 50,000 | 0 | Kaneohe Stream | Y | Manhole (front of division box) | | | SW/SUR | | 1730 | 1805 | | | 35 | KK | Plant personnel diverted excess flows into old storage tanks to prevent additional spillage | -- | |
| 23-Sep-05 | 22,500 | Untreated | Punawai WWPS | | 22,500 | 0 | Heeia Stream | Y | Manhole | | | SW/SUR | | 1715 | 1845 | | 1 | 30 | KK | | -- | Hea y rainfall inundated system |
| 24-Sep-05 | < 100 | Untreated | 46-185 Nahiku Street | N | < 100 | 0 | Kaneohe Bay | N | 137120 | main | 6 | FE | 0716 | 0801 | 0815 | | | 45 | KK | Surcharge caused by pumping problem at Kaneohe PTF; no corrective measure - no problem with line | 09-03-04 | Spil not in progress upon arrival - evidence around manhole |
| 25-Sep-05 | 100 | Untreated | 45-270 Waikalua Road | Y | 100 | 0 | None | N | Manhole (no # on map) pressure manhole | force main | 16 | FE | 1320 | 1320 | 1335 | | | 15 | KK | Need to monitor pumping rate at Ahuimanu PTF. One previous spill from this location. | N/A | Per . Nakamura system overwelmed due to heavy rain. This happened while trying to restore system back to normal. Ros at EQ informed. |



EXHIBIT 4G

33385

DEPARTMENT OF ENVIRONMENTAL SERVICES
**CITY AND COUNTY OF HONOLULU**
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor




ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

**CERTIFIED MAIL**

EMC 06-015

January 23, 2006

Ms. Joann Cola (WTR-7)
U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Dear Ms. Cola:

SUBJECT: Quarterly Report for the Period of October 1, 2005 TO December 31, 2005
Ref: United States of America and State of Hawaii v. City and County of Honolulu, Civ. No. 94-00765 DAE

Please find attached herewith, the Quarterly Report for the Fourth Quarter of 2005, as required by the Consent Decree, Section IX, Paragraph B.

The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions or comments regarding this submittal, please contact Ross Tanimoto, of our Monitoring and Compliance Branch, Division of Environmental Quality, at (808) 692-5371.

Sincerely,

For Eric S. Takamura, P.E.
Director

Attachment: Quarterly Report

cc: State Department of Health, Wastewater Branch, Mr Marshall Lum
State Department of Health, Clean Water Branch, Mr. Dennis Lau
✓Earth Justice, Mr. Paul Achitoff

35395

EXHIBIT 4G

# QUARTERLY REPORT

FOR THE PERIOD OF

October 1, 2005 to December 31, 2005

Prepared for:

**The United States Environmental Protection Agency**
**Region IX**

**And**

**State of Hawaii Department of Health**
**Wastewater Branch**

Prepared by:

The Department of Environmental Services
City and County of Honolulu

January 23, 2006



EXHIBIT 4G

# ATTACHMENT A-1

# COLLECTION SYSTEM SPILLS
# (SUMMARY)
# &
# TREATMENT PLANT SPILLS
# AND
# BYPASSES
# (SUMMARY)



EXHIBIT 4G

# OCTOBER-DECEMBER 2005 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

| DATE | DISCHARGE | | LOCATION | ENTERED WATER BODY | | | | SIGNS | DISCHARGE POINT | PROBLEM LINE | | CAUSES | EST DURATION | | | | | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Volume (gal) | Treatment Level | FACILITY or SEWER LINE | STORM DRAIN | Volume (gal) | Removed | OCEAN/STREAM | | | Line Asset ID# | Size | | Time Start/Arrival / Call Rcvd | Stop | Day | Hr | Min | | | | |
| 1-Oct-05 | 2 | Untreated | 46-355 Kumoo Loop | N | -- | -- | N | M | cleanout | lateral 142604 | 6 | R | 1016 / 0914 | 1019 | | | 3 | KK | Monitor; eel cleanout 10/3/05 | 01-26-04 | Spilled when cleanout cap removed; contained/dissipated on site |
| 10-10-05 | 45 | Untreated | 3719 Harding Avenue | N | -- | -- | N | N | cleanout | lateral 704841 | 6 | R | 0 / 1850 | 0110 | | 1 | 10 | SI | CCTV & treat roots | 04-29-00 | Spilled when cleanout cap removed; percolated into ground |
| 10-10-05 | 80 | Untreated | 2005 King Street, South | Y | 60 | 0 | N | N | Manhole 386303 | main 390069 | 6 | G | 2155 / 2025 | 2240 | | 2 | 15 | SI | Increase to 6-month PM from 12-month; locate manhole, flush main | 07-12-04 | Spill not in progress upon arrival; leaves & debris absorbed spill |
| 10-12-05 | 100 | Untreated | 1940 Liliha Street | N | -- | -- | N | N | cleanout | main 288825 | 8 | M RK G | 410 / 0230 | 0440 | | 2 | 10 | SI | Flush main | 05-18-05 | M= Rocks & debris from Board of Water Supply force main break prior week at 2056 Liliha Street; spill not in progress upon arrival - grease chunks & waste around cleanout |
| 10-13-05 | 2,250 | Untreated | Kalanianaole Highway & Kapaa Quarry Road | Y | 750 | 0 | Kahanaiki Stream | Y | Manhole 4001751 | main 4001754 | 8 | R | 1330 / 1330 | 1415 | | | 45 | KK | Place on 6-month PM; treat roots | N/A | Spill diverted from storm drain with sandbags; Vactor prevented approximately 1,500 gallons from entering storm drain |
| 10-13-05 | 75 | Untreated | 3001 Numana Road | N | -- | -- | Kalihi Stream | N | Manhole 233633 | main 235389 | 12 | M R RK | 2055 / 2030 | 0030 | | 4 | 0 | SI | Remove debris; replace manhole cover; check manholes in area - all covers secure | 07-15-05 | Spill not in progress upon arrival - dried waste & tissue around manhole located in stream area; M=manhole cover missing, tree branches fell into manhole |
| 10-16-05 | 10,000 | Untreated | Pacific Palisades WWPS | None | | | None | N | wet well into cesspool | -- | | M | 2200 | 2230 | | | 30 | HN | Clear cone check valve #2 of debris; test; flush cone check valve #1 and four-way valve to ensure no near future fail | -- | Cone check valve #2 for force main was held open by debris; wastewater backed up into wet well, then into overflow cesspool |
| 10-22-05 | 5 | Untreated | 98-135 Kanuku Street | N | -- | -- | N | N | cleanout | lateral 600940 | 6 | M G | 0752 / 0714 | 0752 | | | 38 | HN | Clean/flush main & lateral; Waimalu Rehab project to rehabilitate system | 06-20-05 | Spill not in progress upon arrival, contained on site; M=debris |
| 10-24-05 | 105 | Untreated | 614 Cooke Street | Y | 85 | 150 | N | N | Manhole 4020189 | main 4020190 | 8 | G | 634 / 0615 | 0640 | | | 25 | SI | Investigate; revise to 6-month PM | 11-19-03 | Vacuumed 20 gallons at curb (drain basin) |
| 10-24-05 | 2 | Untreated | 2839 Dole Street | N | -- | -- | N | N | Manhole 393966 | main 396016 | 6 | R | 0800 / 0735 | 0820 | | | 45 | SI | Rod every 6 months | 03-11-03 | Percolated into ground |
| 10-24-05 | 5 | Untreated | 1875 Kapiolani Boulevard | N | -- | -- | N | N | cleanout | lateral 391410 | 6 | DP | 1330 / 1256 | 1340 | | | 44 | SI | Flush lateral/main every 2 months | 09-15-05 | Percolated into ground |
| 10-25-05 | 8,250 | Untreated | 3234 Woodlawn Drive | Y | 8,250 | 0 | Manoa Stream | Y | cleanout | main 329724 | 8 | R | 0811 / 0740 | 0835 | | | 55 | SI | Cut roots in main; 6-month rodding PM | 02-12-04 | |

TREATMENT PLANTS: HN=Honouliuli WWTP SI=Sand Island WWTP KH=Kahuku WWTP WM=Waimanalo WWTP KK=Kailua WWTP WN=Waianae WWTP PK=Paalaa Kai WWTP WW=Wahiawa WWTP
CD=construction damage, DP=damaged pipe, FE=faulty equipment, G=grease, GT=grit, M=miscellaneous, OP=operator, PP=paper products, PWR=power problem, R=roots, RG=rags, RK=rocks, RP/MT=repair maintenance, SW/SUR=stormwater/surcharge, U=unknown

35398

EXHIBIT 4G

# OCTOBER-DECEMBER 2005 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

| DATE | DISCHARGE Estimated Volume (gal) | DISCHARGE Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED WATER BODY STORM DRAIN | ENTERED WATER BODY Volume (gal) | ENTERED WATER BODY Removed | ENTERED WATER BODY OCEAN/ STREAM | SIGNS | DISCHARGE POINT | PROBLEM LINE Line Asset ID# | PROBLEM LINE Size | CAUSES | EST DURATION Time Start/ Arrival<br>Call Rcvd | EST DURATION Time Stop | Day | Hr | Min | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-25-05 | 50 | Untreated | 56-623 Pualalea Place | N | -- | -- | N | N | cleanout | lateral 98998 | 6 | DP | 2135<br>1720 | 2150 | | | 15 | KA | CCTV; monitor | N/A | Spilled when cleanout cap removed; percolated into grassy area |
| 10-26-05 | 50 | Untreated | 94-336 Kahuanani Street | N | -- | -- | N | N | cleanout | lateral 569653 | 6 | DP | 1715<br>1610 | 1715 | | 1 | 5 | HN | Contractor currently rehabilitating sewer lines | 08-11-05 | Spill not in progress upon arrival - waste & tissue around cleanout; percolated into grassy area / dissipated from curb |
| 10-26-05 | 30 | Untreated | 1875 Kapiolani Boulevard | N | -- | -- | N | N | cleanout | lateral 391410 | 6 | DP | 1855<br>1800 | 1915 | | | 20 | SI | Investigate; place on 3-month PM | 09-15-05 | Spilled when cleanout cap removed; percolated into grassy area |
| 11-02-05 | 250 | Untreated | 2124 Wilson Street | Yes | 250 | 50 | Kalihi Stream | No | Manhole 247151 | main 4023666 | 8 | DP RG G GT | 1945<br>1925 | 2120 | | 1 | 55 | SI | Remove black head hose & clear debris, main line flowing good | 04-06-00 | Drop line clogged with plastic pipe lining & hose section |
| 11-03-05 | 5 | Untreated | 94-1010 Hanauna Street | No | -- | -- | No | No | cleanout | lateral 577473 | 6 | Hand towel | 1330<br>1251 | 1340 | | | 10 | HN | Monitor; instruct resident not to flush hand towels | 11-03-04 | Spill not in progress upon arrival - evidence around cleanout; leaves & debris absorbed spill |
| 11-05-05 | 265 | Untreated | 3472 Kaau Street / 10th Avenue 1401 & 1403 | Yes | 230 | 0 | Palolo Stream | No | Open pipe | main 403666 | 6 | (DP) G | 1159<br>1115 | 1208 | | | 53 | SI | Revise PM to 12 months | 02-22-02 | (DP)=probably separated pipe in property |
| 11-05-05 | 30 | Untreated | 3644 Nihipali Place | No | -- | -- | No | No | cleanout | lateral 695908 | 6 | R | 1426<br>1352 | 1427 | | | 1 | SI | Clean lateral; monitor | 06-18-05 | Spilled when cleanout cap removed (15 sec); contained/dissipated on site |
| 11-07-05 | 5 | Untreated | 1260 Saint Louis Drive | No | -- | -- | No | No | cleanout | lateral 4038562 | 6 | DP RK | 1000<br>0930 | 1100 | | 1 | 30 | SI | Repair lateral 11/7/05 | 03-30-04 | Ponded around cleanout (4 gals reentered cleanout, 1 gal percolated into ground) |
| 11-11-05 | 10 | Untreated | 1049 Alewa Drive | No | -- | -- | No | No | toilet | lateral 286687 | 4 | R | 2045<br>2045 | 2115 | | | 30 | SI | CCTV; clean and place on root treatment program | 01-05-05 | |
| 11-14-05 | 200 | Untreated | 41-520 Poalima Street | No | -- | -- | No | No | Manhole 87508 | main 87672 | 8 | DP G | 0800 | 0800 | | | 0 | WM | Place on twice (2x) per month PM | 12-17-03 | Spill not in progress upon arrival - evidence around manhole contained on private property; DP=sag |
| 11-15-05 | 50 | Untreated | 2210 Anianiku Street | Yes | 2 | 0 | No | No | Manhole 316807 | main 320518 | 10 | M | 1040<br>1010 | 1100 | | | 50 | SI | Place on monthly PM; investigate source of debris. | 08-06-03 | M=grass and weeds; 1 gpm; percolated into ground |
| 11-15-05 | 80 | Untreated | 555 King Street, North | Yes | 80 | 0 | No | No | grease trap / cleanout | lateral (no number) | 6 | G | 2055<br>2040 | 2115 | | | 35 | SI | Monitor; investigate source of grease | 05-04-05 | Debris in drain absorbed spill; cleanout spilled when cap removed |
| 11-16-05 | 100 | Untreated | 2012 Iwi Way | No | -- | -- | No | No | Pipe | main 696701 | 8 | DP | 1850<br>1820 | 1945 | | 1 | 25 | SI | Repair line 11/17/05 | 09-26-03 | DP=broken pipe; spill intermittent |
| 11-18-05 | 2 | Untreated | 2011 Puowaina Drive | No | -- | -- | No | No | Manhole 316657 | main 320418 | 6 | R G | 0930<br>0913 | NA | | | 17 | SI | Place on 6-month PM | 08-28-03 | Spill not in progress upon arrival - evidence around manhole |

TREATMENT PLANTS: HN=Honouliuli WWTP SI=Sand Island WWTP KH=Kahuku WWTP WM=Waimanalo WWTP KK=Kailua WWTP WN=Waianae WWTP PK=Paalaa Kai WWTP WW=Wahiawa WWTP

CD=construction damage, DP=damaged pipe, FE=faulty equipment, G=grease, GT=grit, M=miscellaneous, OP=operator, PP=paper products, PWR=power problem, R=roots, RG=rags, RK=rocks, RP/MT=repair maintenance, SW/SUR=stormwater/surcharge, U=unknown



EXHIBIT 4G

# OCTOBER-DECEMBER 2005 WASTESTREAM DIVERSIONS
# CITY & COUNTY OF HONOLULU

| DATE | DISCHARGE Estimated Volume (gal) | DISCHARGE Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED WATER BODY STORM DRAIN | ENTERED WATER BODY Volume (gal) | ENTERED WATER BODY Removed | ENTERED WATER BODY OCEAN/ STREAM | SIGNS | DISCHARGE POINT | PROBLEM LINE Line Asset ID# | PROBLEM LINE Size | CAUSES | EST DURATION Time Start/ Arrival | EST DURATION Time Call Rcvd | EST DURATION Time Stop | Day | Hr | Min | TRIB TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-21-05 | 300 | Untreated | 94-551 Kupuna Loop | Yes | 300 | 0 | No | No | Manhole 574738 | main 577705 | 8 | G | 1110 | 1044 | NA | | | 28 | HN | Place on 6-month PM; determine source of grease | 11-03-04 | Spill not in progress upon arrival - debris and water ponded on road and embarkment |
| 11-22-05 | 2 | Untreated | 331 Halemaumau Place | No | -- | -- | No | No | cleanout | lateral 468108 | 4 | M | 1100 | 1000 | NA | | 1 | 0 | SI | Monitor | 03-01-02 | Spill not in progress upon arrival - evidence around cleanout; M=debris |
| 11-28-05 | 5 | Untreated | 85-126 Waianae Valley Road | No | -- | -- | No | No | Pipe | main 189648 | 6 | DP G GT | 1400 | 1215 | 1430 | | 2 | 15 | WN | CCTV; repair if necessary | 08-02-05 | Percolated into ground |
| 12-01-05 | 40 | Untreated | 2138 School Street, North | No | -- | -- | No | No | cleanout | lateral 244597 | 6 | G | 1800 | | 1815 | | | 40 | SI | Monitor to set PM frequency | 01-10-05 | Percolated into ground |
| 12-02-05 | 90 | Untreated | 2071 Kilakila Street | No | -- | -- | No | No | Manhole 256364 | main 257318 | 6 | R | 0925 | | 1030 | | 1 | 5 | SI | Place on 6-month PM | 03-04-05 | Percolated into ground |
| 12-01-05 | 40 | Untreated | 2138 School Street, North | No | -- | -- | No | No | cleanout | lateral 244597 | 6 | G GT | 1800 | 1735 | 1815 | | | 40 | SI | Monitor to set PM schedule | 01-10-05 | Spill not in progress upon arrival - evidence around cleanout percolated into ground |
| 12-02-05 | 90 | Untreated | 2071 Kilakila Street | No | -- | -- | No | No | Manhole 256364 | main 257318 | 6 | R | 0925 | | 1030 | | 1 | 5 | SI | Place on 6-month PM schedule | 03-04-05 | Percolated into ground |
| 12-08-05 | 900 | Untreated | Sand Island WWTP | No | -- | -- | No | No | Solids Facility #6 | -- | | OP | 0925 | | 0935 | | | 10 | SI | Spill vacuumed | -- | Spilled from building onto parking lot; water accidentally added to sludge |
| 12-16-05 | 300 | Untreated | 92-1011 Aliinui Drive | No | -- | -- | No | No | Private manhole | main 2001239 | 8 | G | 100 | 2330 | 0155 | | 2 | 25 | HN | Clean line; place on 6-month PM schedule | No info | Spill not in progress upon arrival - dissipated on driveway and into ground |
| 12-19-05 | 40 | Untreated | 98-302 Kamehameha Highway | Yes | 40 | 40 | No | No | cleanout | main 620442 | 8 | G | 1030 | 1000 | N/A | | | 30 | HN | Place on 3-month PM schedule; investigate grease source; several previous grease-caused spills occurred | 05-17-05 | Spill not in progress upon arrival - evidence ponded around cleanout; no sample taken-spill compromised |
| 12-27-05 | 1950 | Untreated | 1342 Hoakoa Place | Yes | 1950 | 0 | Dry stream bed | No | Manhole 456597 | main 458169 | 8 | G R GT | 845 | 0815 | 1130 | | 3 | 15 | SI | Place on 12-month PM; CCTV; treat roots; one previous spill at this location | 08-24-04 | Entered dry stream bed, did not reach coastal waters |
| 12-27-05 | 2700 | Untreated | 3647 Kawelolani Place | No | -- | -- | No | No | Pipe | main 696107 | 8 | R M | 1235 | 1145 | 1400 | | 2 | 15 | SI | Will have contractor line pipe and monitor until work is complete | 04-05-05 | M=debris; discharge from ground between manholes 34565 & 34623 |

TREATMENT PLANTS: HN=Honouliuli WWTP SI=Sand Island WWTP KH=Kahuku WWTP WM=Waimanalo WWTP KK=Kailua WWTP WN=Waianae WWTP PK=Paalaa Kai WWTP WW=Wahiawa WWTP

CD=construction damage, DP=damaged pipe, FE=faulty equipment, G=grease, GT=grit, M=miscellaneous, OP=operator, PP=paper products, PWR=power problem, R=roots, RG=rags, RK=rocks, RP/MT=repair maintenance, SW/SUR=stormwater/surcharge, U=unknown



EXHIBIT 4G