DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308, KAPOLEI, HI 96707
TELEPHONE: (808) 768-3486  FAX: (808) 768-3487  WEBSITE: http://www.co.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

**CERTIFIED MAIL**

January 18, 2008

ERC 08-020

Ms. Joann Cola (WTR-7)
U. S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Dear Ms. Cola:

Subject:   309 QUARTERLY REPORT
For The Period Of October 1, 2007 To December 31, 2007;
Ref: United States of America and State of Hawaii v. City and County of Honolulu,
Civ. No. 94-00765 DAE

    Please find attached herewith, the Quarterly Report for the fourth quarter of 2007, as required by the Consent Decree, Section IX, Paragraph B.

    The staff of the Department of Environmental Services prepared this report with assistance from consultants that are involved in the Consent Decree programs. As such, we provide the following certification, pursuant to Section XV:

    I certify under penalty of law that the document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

    If you have any questions or comments regarding this submittal, please contact Kimo Marion of our Regulatory Control Branch, Division of Environmental Quality, at (808) 768-3261.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:   309 Fourth Quarter Report

cc:   State Department of Health - Mr. Marshall Lum
State Department of Health - Mr. Dennis Lau
Earth Justice - Mr. Paul Achitoff

035402

EXHIBIT 4H

# QUARTERLY REPORT

FOR THE PERIOD OF

October 1, 2007 to December 31, 2007

Prepared for:

**The United States Environmental Protection Agency
Region IX**

**And**

**State of Hawaii Department of Health
Wastewater Branch**

Prepared by:

The Department of Environmental Services
City and County of Honolulu

January 21, 2007

035403

EXHIBIT 4H

# ATTACHMENT A-1

# SRAP TASKING SHEET

035404

EXHIBIT 4H

# OCTOBER - DECEMBER 2007 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**
( )=possibly; [C]=chlorinated; [CD]=construction damage; [D]=digested; DP=damaged pipe; FE=faulty equipment; FM=force main; G=grease; GT=grit; INT=intersection; M=miscellaneous (see Remarks); OP=operator error; P=primary-treated; PM=preventive maintenance; PP=paper products; PWR=power; R=roots; RG=rags; RK=rocks; RP/MT=repair &/or maintenance; S=secondary-treated; SL=sludge; SW/SUR=storm water/surcharge; U=unknown; UT=untreated; PK=Paalaa Kai WWTP; SI=Sand Island WWTP; WM=Waimanalo WWTP; WN=Wahiawa WWTP; WW=Waianae WWTP

| DATE | VOLUME (estimate) (gals) | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER Y/N | STORM DRAIN Volume (gal) | STORM DRAIN Removed | WATER BODY | S | I | G | S | DISCHARGE POINT | LINE TYPE | LINE SIZE | ASSET NO | CAUSE | CALL REC'D | Arrival | Est Start | Secure Spill | ESTIMATED DURATION D | H | TOTAL M | SAMPLE ANALYSES SITE | BOD | TSS | pH Lab | Hold | D F R B | S T S I | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-02-07 | 40 | 1442 Moliena Place | N | | | | | | | N | Private cleanout | lateral | 6 | 403600 | Tissue build up | 1915 | 2025 | | 2115 | | | | | | | | | Y | SI | Will follow up on investigation and propt-owner. | 01-05-06 | Disposed into ground. |
| 07-02-07 | 50 | 87-119 Helelua Street | N | 50 | 50 | None | | | | N | cleanout | lateral | 6 | 4046145 | Grease, rags and clothes. | 0730 | 0829 | | 1043 | | | 2 | 14 | | | | | | Y | SI | WN Crew flushed main line | 03-29-04 | Cleaned overflowed when opened. Vactor contained and sucked up 50 gallons |
| 07-03-07 | 15 | 335 Ala Kano Drive | N | | | | | | | N | cleanout | lateral | 6 | 2597180 | Roots. | 1141 | 1220 | | 1221 | | | | 1 | | | | | | Y | SI | CCTV, cut roots and applied roots. | 06-22-05 | Evidenced by toilet paper wound cleanout. Water dissipated. Holding dissipated into receiving waters. |
| 07-05-07 | 3 | 1623 Keolu Drive | N | | | | | | | N | ground | main | 6 | 251830 | Roots and broken tie pipe. | 1030 | 1108 | | 1149 | | | | 19 | | | | | | Y | SI | J. Chronie cuddled the main line on 6/30/07. | 12-13-06 | Puddle stuck on separated joint. (Very small fish) |
| 07-09-07 | 10 | TP-WN WWTP, Waimanalo Wastewater Reclamation Facility | N | | | | | | | N | discharged out from secondly broken disposal | | | | contractor accidentally damaged the surface providing cleanout when moving equipment in that area | 1030 | 1108 | 0715 | 0725 | | | | 10 | | | | | | Y | SI | M plant operations immediately repaired the damaged cleanout, involved personnel were alerted to exercise caution when moving construction equipment in this area of the cleanout. | | |
| 07-10-07 | 5 | TP-KRWWTP final clarifier 2 scum removal pump piping | N | | | | | | | N | scum removal pump piping | | | | deteriorated piping broke when workers in the area were preparing area for contractor upcoming work | | | 1000 | 1020 | | | | 20 | | | | | | N | KK | Isolate the break and clean up the spilled waste water. Perform repair/replacement. | | |
| 07-11-07 | 60 | 1206 Kims Street, South | N | | | | | | | N | Broken 4" el pipe | lateral | 6 | | No.4 for lateral listed. Mud and possible broken pipe on map | 1630 | 1725 | | 1805 | | | | 35 | | | | | | Y | SI | Repair completed on 7/12/07 by J. Chironic | 01-25-07 | Contained in excavated trench, dissipated into ground. |
| 07-13-07 | 20 | 654 Wailea Place | N | | | | | | | N | Road | main | 6 | 2872332 | Roots. | 1143 | 1410 | | 1418 | | | | 55 | | | | | | Y | SI | Will CCTV main line for detects. Will schedule to rod main line. | 10-30-99 | Water dissipated onto ground. Nothing discharged into receiving waters. |
| 07-13-07 | 5 | 1762 Alewa Drive | N | | | | | | | N | cleanout | lateral | 6 | 2551/21 | | 1405 | 1515 | | | | | | 1 | | | | | | Y | SI | Place on PM list for laterals. | 11-22-06 | Water dissipated. Nothing discharged into receiving waters |
| 07-16-07 | 50 | 2025 Pouwina Drive | N | | | | | | | N | cleanout | lateral | 6 | 3204-89 | Tissue build up. | 16-15 | 1710 | | 1805 | | | | 45 | | | | | | Y | SI | On 8/28/07 V. Hoffman found nothing that would have caused the spill. No roots or bad joints. | 08-28-03 | Wade hose and moisture around cleanout. Dispersed onto road and ground. |
| 07-17-07 | 95 | 1457 Olelelote Street | N | | | | | | | N | main | main | 6 | 462130 | Roots. | 0905 | 1020 | | 1045 | | | 1 | 40 | | | | | | Y | SI | C. Gamboa rodded main line and removed roots on 7/18/07 | 07-18-07 | Water dispersed into ground along hillside. Nothing discharged into receiving waters. |
| 07-19-07 | 175 | 2488 Kupulau Boulevard | N | | | | | | | N | cracks on sidewalk | lateral | 6 | 391378 | Tissue build up. | 1535 | 1720 | | 1830 | | | 1 | 5 | | | | | | Y | SI | Request to begin the work at September 3, 2007 | 07-25-07 | Dispersed onto sidewalk and curb— vacuumed most of spill. |
| 07-31-07 | 1300 | 98-785 Iho Place | Y | 1200 | 0 | Y | | | | N | MH604612 | main | 8 | 658823 | Roots | 1355 | 1625 | | 1735 | | | 1 | 40 | | | | | | Y | HN | H/H 8/10/07 J. Sylva is assigned to follow up with rodding of mainline. J. Lee assigned CCTV crew to inspect. Pending results. | 07-30-00 | Entered dry valve hole (Waimalu Dry Stream Bed). Made visual inspection of drains in golf course, no signs or smells from entry point to side of freeway 1.7 miles from spill point. |
| 08-03-07 | 90 | 1954 Aupuni Street | N | | | | | | | N | cleanout | main | 6 | 252304 | Roots & broken pipe | 1222 | 1400 | | | | | 1 | 8 | | | | | | Y | SI | Lines in this area scheduled to be fixed by private contractor. Will change PM frequency. | 07-31-99 | Spill was contained in yard. |
| 08-03-07 | 5 | 603 Iliao Street | N | | | | | | | N | cleanout | lateral | 6 | 420021 | Roots. | 07-31-07 1822 | 1305 | | | | | | 10 | | | | | | Y | SI | Ed cleanout and remove roots and Roots. | 09-06-02 | Nothing discharged into receiving waters, water dissipated |
| 08-02-07 | 5 | 871 Kapiolani Boulevard | N | | | | | | | N | cleanout | lateral | 6 | 340852 | Grease, & paper towels. | 1275 | 1310 | | 1320 | | | | 45 | | | | | | Y | SI | Cleared grease with rod and TV'd on 8/2/07 | 06-06-07 | Cleanout overflowing when opened. Water dissipated |
| 08-07-07 | 50 | 1956 Aio Mahamoe Place | N | | | | | | | N | cleanout | main | 8 | 2259/04 | Roots. | 1630 | 1645 | | 1710 | | | | 40 | | | | | | Y | SI | Crew rodded line on 8/8/07. Took out about 15 gallons of roots. | 05-12-06 | Dissipated into ground |
| 08-07-07 | 60 | 1847 Kaahioni Street | N | | | | | | | N | cleanout | lateral | 6 | 119939 | Roots | 1900 | 1920 | | 1945 | | | | 45 | | | | | | Y | SI | V. Hoffman rodded lateral (roots) also put roots on 8/8/07. | 02-22-07 | Dispersed into ground |

# OCTOBER - DECEMBER 2007 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**Legend:**
- ( )=possibly
- (Cl)=chlorinated
- CD=construction damage
- [D]=digested
- DP=damaged pipe
- FE=faulty equipment
- FM=force main
- G=grease
- GT=grit
- INT=intersection
- M=miscellaneous (see Remarks)
- OE=operator error
- P=primary-treated
- PM=preventive maintenance
- PP=paper products
- PWR=power
- R=roots
- RG=rags
- RK=rocks
- RP/MT=repair &/or maintenance
- S=secondary-treated
- SL=sludge
- SW/SUR=storm water/surcharge
- U=unknown
- UT=untreated
- PK=Paalaa Kai WWTP
- SI=Sand Island WWTP
- WM=Waimanalo WWTP
- WN=Waianae WWTP
- WW=Wahiawa WWTP

| DATE | VOLUME (estimate) (gals) | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Y/N | Volume (gal) | Removed | WATER BODY | S/I/G | DISCHARGE POINT | TYPE | SIZE | LINE ASSET NO | CAUSE | CALL REC'D | Arrival | EST. Start | ESTIMATED DURATION Secure | Spill | D | H | TOTAL M | SITE | SAMPLE ANALYSES BOD | TSS | pH Lab | Field | D/T/B | S/R/W | T/I | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-14-07 | 50 | 85-226 Waianae Valley Road | N | | | | N | Broken 6" to mainline | main | 6 | 192157 | Grease | 1206 | 1235 | | 1750 | | | 44 | | | | | | | | WR | Rod and flush main line. Line reported on 8/15/07. | 07-07-05 | Water was contained in steroids and pumped out by plumber. |
| 08-15-07 | 40 | 1847 Kapiolani Boulevard | N | | | | N | cleanout | lateral | 6 | 383818 | Grease | 1134 | 1305 | | 1750 | | | 56 | | | | | | | | SI | Clear grease with rod and FIR made. | 05-21-07 | Cleanout overflowed during schlep and spew. Water collected in driveway and sucked out with vactor. |
| 08-16-07 | 50 | 631 Kocamoku Street | Y | 30 | 0 | None | N | cleanout | lateral | 6 | 383747 | Grease | 1052 | 1133 | | 1150 | | | 46 | | | | | | | | SI | Lateral cleaned on 8/28/07. Main line flushed on 8/29/07. | 09-06-07 | Storm drain full of ocean water |
| 08-22-07 | 75 | 1738 Jlua Street | Y | 75 | 0 | Kalihi Stream | N | cleanout | main | 6 | 250765 | Grease, roots and rag. | 0605 | 0629 | | 0740 | | 1 | 35 | | | | | | | | SI | Line flushed with vactor and rodded on 8/22/07. PM frequency to be changed from 12 months to 6 months. Frequency changed to 6 months on 9/13/07 | 05-25-07 | Heavy debris in storm drain contained/absorbed spill. Spill was intermittent |
| 08-22-07 | 15 | 99-145 Inea Place | N | | | | N | cleanout | lateral | 6 | 4000612 | Roots | 0950 | 1040 | | | | | 50 | | | | | | | | HH | Cleared roots with rod and rooter | 02-05-07 | Water dissipated. CSM still did not witness water spilling upon arrival, only evidence of toilet paper around cleanout |
| 08-22-07 | 20 | 3957 Monterey Place | N | | | | N | cleanout | lateral | 6 | 696454 | Roots | 1125 | 2053 | | 2025 | | | 20 | | | | | | | | SI | On 8/23 cleared roots with snake and roots, lateral. | 07-19-07 | Spilled when cleanout was opened. Dissipated into ground. |
| 08-25-07 | 50 | 631 Kocamoku Street | Y | 20 | 0 | | N | cleanout | lateral | 6 | 387747 | Grease | 1226 | 1312 | | 1314 | | | 48 | | | | | | | | SI | Esled and flushed main line. EIR made | 09-06-07 | Vacuumed about 30 gals. (Vactor #6382) |
| 08-26-07 | 25 | 629 Kocamoku Street | Y | 5 | 0 | | N | Base of toilet | lateral | 6 | 383747 | Grease | 0642 | 0644 | | 0921 | | | 30 | | | | | | | | SI | Flushed main line and rodded lateral. EIR made | 07-13-07 | Evidence by spill and toilet tissue and excrement. Signs that it entered storm drain |
| 08-28-07 | 40 | 631 Kocamoku Street | Y | 25 | 0 | Private cleanout from bathroom | N | | lateral | 4 | 383824 | Grease | 0940 | 1045 | | 1105 | | 1 | 25 | | | | | | | | SI | Main line cleaned with vactor, may need to use other cleaning methods | 07-12-07 | Dispersed in storm drain debris, down drain dry. |
| 08-29-07 | 30 | 1177 Kapiolani Boulevard | N | | | | N | cleanout | lateral | 6 | 3034388 | Paper towels, tampons and pads | 1530 | 1645 | | 1835 | | 1 | 40 | | | | | | | | SI | Lateral was rid and cleaned by J. Clemente & crew | 08-10-07 | Note: Different parts of lateral goes under water and J. Clemente was able to see the main line. Main line okay. |
| 08-30-07 | 100 | 5284 Paralea Place | N | | | | N | cleanout | main | 8 | 465675 | Roots | 1017 | 1034 | | 1127 | | 1 | 1 | | | | | | | | SI | Cleaned up the house and property. Homeowner wants to install flapper valve. | 05-28-99 | Contained on property out side of ridge. Roots blocking downstream invert |
| 09-04-07 | 50 | 1032 Fort Street Mall | N | | | | N | cleanout | lateral | 6 | 3012385 | Tissue build up | 1900 | 2005 | | 2020 | | | 40 | | | | | | | | SI | On 9/5/07 we checked with camera and no problems were seen. Video tape was made by V. Hoffman. | 09-21-06 | Thinned out onto sidewalk. |
| 09-04-07 | 40 | 1965 Unlabe Street | N | | | | N | MH357330 | main | 8 | 360259 | Roots. | 0949 | 1015 | | | | | 26 | | | | | | | | SI | We cleaned roots with rods and various cutters | 10-19-06 | Upon crews arrival, no spill in progress only evidence by water on driveway |
| 09-07-07 | 75 | 399 King Street, North | Y | 50 | None | | N | cleanout | lateral | 6 | 305408 | Grease and paper towels. | 0652 | 0727 | | 0731 | | | 39 | | | | | | | | SI | Lateral cleaned on 9/10/07 by V. Lullisan | 08-16-07 | Visual inspection of 2 storm drains downstream of spill. Heavy amounts of debris 1 cavce and trash. No signs that water traveled any further. |
| 09-15-07 | 4 | 1956 Ala Mahame Place | N | | | | N | cleanout | lateral | 6 | 229925 | Roots & broken pipe | 0814 | 0833 | | 0841 | | | 27 | | | | | | | | SI | Broken pipe and lateral repaired on 9/17/07. | 05-12-06 | Water and tissue around cleanout. Continued and dissipated on site. No spill in progress when CSM arrived at scene. Flow restored at 8 15 a.m. |
| 09-17-07 | 1 | 1245 Luna Place | N | | | | N | cleanout | lateral | 4 | 520704 | Lint and rocks | 1226 | 1250 | | | | | 24 | | | | | | | | SI | Rodded lateral with 6" cutter and removed roots. Check with camera and roots through cleanout | 12-16-06 | Evidenced by toilet paper and fecal matter. CSM did not witness any discharge from cleanout. No ongoing spill when CSM arrived only evidence. |
| 09-22-07 | 10 | 1112 King Street, South | N | | | | N | cleanout | lateral | 6 | 353840 | Sag in lateral. | 2150 | 2240 | | 2235 | | | 45 | | | | | | | | SI | Lateral TV'd by B. Yamamoto and showed a sag in the line. Will place on PM frequency | 09-21-04 | |
| 09-23-07 | 20 | 2862 Iguiti Place | N | | | | N | cleanout | lateral | 6 | 332461 | Roots. | 0858 | 0919 | | 0930 | | | 2 | | | | | | | | SI | It Yamamoto TV'd, rodded and rooter the line | 09-21-07 | Spill healed for 2 mm, only where cleanout was opened. |
| 09-26-07 | 75 | 120 Koaloa Lane | N | | | | N | cleanout | lateral | 6 | 4029397 | Roots & broken pipe | 2130 | 2130 | | 2245 | | | 55 | | | | | | | | SI | CCTV and rided lateral on 9/26/07. Repair lateral due to roots at the pointer to be scheduled for future | 09-26-07 | Spilled when cleanout was opened. Dissipated onto road. CCTV inspection shows roots at joints. |

035406

EXHIBIT 4H

# OCTOBER – DECEMBER 2007 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly  
[C]=chlorinated  
CD=construction damage  
[D]=digested  
DP=damaged pipe  

FE=faulty equipment  
FM=force main  
G=grease  
GT=grit  
INT=intersection  

M=miscellaneous (see Remarks)  
OP=operator error  
P=primary-treated  
PM=preventive maintenance  
PP=paper products  

PWR=power  
R=roots  
RG=rags  
RK=rocks  
RP/MT=repair &/or maintenance  

S=secondary-treated  
SI=sludge  
SW/SUR=storm water/surcharge  
U=unknown  
UT=untreated  

PK=Paalaa Kai WWTP  
SI=Sand Island WWTP  
WM=Waimanalo WWTP  
WN=Wainaae WWTP  
WW=Wahiawa WWTP  

| DATE | VOLUME (estimate) (gals) | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER Y/N | STORM DRAIN Volume (gals) | Removed | WATER BODY | I G | S N | S S | DISCHARGE POINT | LINE TYPE | SIZE | ASSET NO | CAUSE | CALL RECD | Arrival | TIME Est Start | ESTIMATED DURATION Sewer Spill | D H | TOTAL M | SAMPLE ANALYSES SITE BOD TSS pH Lab Field | D S R F T B | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-07-07 | 3 | 1142 19th Avenue | N | | | | | | | cleanout | lateral | 6 | 451273 | roots | 1530 | 1615 | 415am | 1620 | | 30 | | SI KK | CCTVd with scope camera. Roots in the lateral | 10-08-07 | None. |
| 10-12-07 | 50 | 1463 Kam Street | N | | | | | | | cleanout | lateral | 6 | 13947 | Tissue and grit. | 1555 | 1645 | | 1700 | 1 | 5 | | SI KK | Ed to clear roots spill travel on 10/13/07 Cut roots then applied roots. | 10-17-07 | Dscepted into ground and sidewalk. |
| 10-17-07 | 2650 | 550 Beretania Street, South | Y | 2650 | 50 | Honolulu Harbor | Y | | | MH#299018 | main | 8 | 343982 | Paper towels | 1015 | 1020 | | 1111 | | 58 | | SI | Line to be flushed on 10/21/07 FG to inspect Queen's Medical Center for possible violations. | 00-09-07 | Main line back in service at 12:45 p.m. Storm drain outlet(s) receiving water per M Ito Honolulu Harbor near Aloha Tower |
| 10-17-07 | 50 | 1902 Kamaan Drive | N | | | | | N | | cleanout | main | 8 | 323916 | Roots. | 1520 | 1840 | | 1810 | 3 | 20 | | Y SI | Lateral cleaned with rod and rotary applied by J Clemente | 05-10-05 | Dissipated into ground. Evidenced by vapor debris/debris and moisture around cleanout. |
| 10-18-07 | 10 | 1326 Alaahi Street | N | | | | | N | | hubaway | main | 6 | 277723 | Paper towel, rags, grease and rods. | 1040 | 1050 | | 1146 | | 56 | | Y SI | Vactor flushed main line. | 05-30-39 | Homeowner cleaned up water that backed up into house before events could make an estimate Vactor vaccumed approximately 10 gallons in front of 1637 Hospitalong St. |
| 10-25-07 | 10 | TP/Lake Water Reclamation Facility | N | | | | | | | convenience bui drain valve | N/A | | | drain valve leaked | N/A | | 10:00 AM | 1005am | | 5 | | N L | drain sort, place adjust before list valve compositional | N/A | drain valve repair scheduled |
| 10-26-07 | 2000 | 98-971 Hani Street | Y | 2000 | 0 | | Y | | | cleanout | main | 8 | 636095 | Roots | 1645 | 1930 | | 2010 | 1 | 25 | | Y HN J | Sylva did follow up on 10/27/07 with rodding of main line. | 11-07-01 | Continued to then out in drain past Aiea High School ( 1 mile down). |
| 10-30-07 | 400 | 45-072 Wanga Place | N | 0 | 0 | Kaneohe Bay (400 gallons) | Y | | | MH#139153 | main | 8 | 152328 | Roots & rags. | 6955 | 1310 | | 1310 | 4 | 47 | | Y KK | Rod main line and CCTV | 10-30-01 | |
| 11-02-07 | 20 | 45-270 Waikalua Road | N | | | None | Y | | N | No MH- Available | force main | 16 | 401.683 | 3" pvc pipe | 0702 | 0739 | | | | 48 | | Y KK | PVC pipe was removed. | N/A | Water dissipated into ground. Pipe is from filter on Polchs Street |
| 11-02-07 | 100 | TP/Kaneohe Bay 4 WWPS, induced gravity collections line, address 44-417 Kaneohe Bay Drive | N | | | | | | | SMH of influent 8" collections system line | N/A | | | grease | Harry Hauck phoned Patrick Roberta 11/2/07 at 6pm | N/A | 530pm | 540pm | 3 | 10 | | Y KK | CSM cleared obstruction, then schedule vactor 11/5/07 | N/A | none |
| 11-04-07 | 10 | 2101 Nouanu Avenue | N | | | | | N | | MH#206644 | main | 12 | 289256 | Overloaded | 1121 | 1142 | | 1200 | 2 | 7 | | Y SI | Minstar disc to heavy rains | 06-16-04 | Contained on site, dissipated. |
| 11-04-07 | 10 | Heie Street & Kaolo Drive | Y | 11200 | 0 | Kuolopahi Stream | Y | | | MH#7092 | main | 21 | 4836 | Overloaded | 0752 | 1152 | | 1200 | 4 | 40 | | Y KK | Used vactors and copped trucks to pump wastewater and to control the spill | 12-18-06 | |
| 11-04-07 | 11200 | | | | | | | N | | cleanout | main | 8 | 483500 | Heavy rains | 1052 | 1152 | | 1400 | 3 | 8 | | Y SI | Flushed main line with vactor, no charge, due to heavy rains | 07-19-07 | Contained on site, dissipated |
| 11-04-07 | 25 | 98-136 Oloipe Loop | N | | | | | N | | MH#599515 & 599546 | main | 15 | 600698 | Heavy rains | 1150 | 1405 | 1007/pm | 1200 | 2 | 22.5 | | Y BN | Cleaned up the area of spill and monitor the level of the sewer manhole | 06-22-07 | Evidenced by toilet paper, grease, chucks on roadway |
| 11-04-07 | 25312 | TP/SIWWTP, Return Flow Pump System | N | | | | | N | | Return Flow Pump Station Well (bing) | N/A | | | Stopper Healy, Ball Float Shutdown Caused Eroneously Level Indication FairyPump Actual Level | Hartson Tomb ng phoned DonPopugane 930am 11/5/07 | N/A | 1007/pm | 1030am | | | | Y SI | dives at appox 2812.2 gallons to accessignia bldg. around sump | N/A | Pagans to request written report 5 Day water from Marshall Lum at 11am 11/5/07 |
| 11-04-07 | 5000 | TP/WEWWTP, Old Chlorine Contact Chamber Overflow to Reservior | | 5000 | | Lake Wilsen | Y | | | old chlorine contact chamber overflow line into Wabiawa Reservior | N/A | | | William Benson phoned Curtis Chun and left message recording at 420am 11/4/07 | N/A | N/A | | 430am | | 15 | | N W W | Open isolation valve between old chlorine and contact chamber | N/A | Extreme heavy weather/rain overflow at the headworks which overflows into the old chlorine contact chamber. Operations that attempted to close the isolation valve between the secondary effluent pump station and the old abandoned first chlorine before opening the valve to the chlorine contact chamber |

035407

EXHIBIT 4H

# OCTOBER - DECEMBER 2007 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( ) = possibly
CL = chlorinated
CD = construction damage
DI = digested
DP = damaged pipe
FE = faulty equipment
FM = force main
G = grease
GT = grit
INT = intersection
M = miscellaneous (see Remarks)
OE = operator error
P = primary-treated
PM = preventive maintenance
PP = paper products
PWR = power
R = roots
RG = rags
RK = rocks
RP/MT = repair &/or maintenance
S = secondary-treated
SL = sludge
SW/SUR = storm water/surcharge
U = unknown
UT = untreated
PK = Paalaa Kai WWTP
SI = Sand Island WWTP
WM = Waimanalo WWTP
WN = Waianae WWTP
WW = Wahiawa WWTP

| DATE | VOLUME (estimate) (gal) | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER Y/N | STORM DRAIN Volume (gal) | STORM DRAIN Removal | WATER BODY | DISCHARGE POINT | TYPE | LINE SIZE | LINE ASSET NO | CAUSE | CALL REC'D | TIME Arrival | TIME Est. Stop | ESTIMATED DURATION S=acute p=H | TOTAL H | TOTAL M | SAMPLE ANALYSES SITE | BOD | TSS | pH | Lab | Field | D/S/A/B/T | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-04-07 | 1000 | TP/RWWTP, Grit Tank | N | | | N | N/A | N/A | | | Heavy rains inundated the common channel fronting the grit tanks. Overflow occurred from the common channel fronting the grit tanks. | scada for cev 11/5/07 1012cu | N/A | 928am | 928am | | 2 | | | | | | N | HN | Reduced influent level till pumping. | N/A | Marshall WVB grinder Cleveland SD widen vactor 11/5/07 135pm |
| 11-05-07 | 500 | 1429/Almquiste Street | Y | 250 | 0 | None | N | cleanout | main | 6 | 402363 | Roots and rags | 1017 | 1160 | 1245 | 1500 | 1 | 28 | | Y | | | | | SI | Will CCTV and rod main line. | 10-11-06 | Dislodged from cleanout due to blockage (roots) in main line. Water was diverted with sand bags into downstream sewer manhole (250 gallons). |
| 11-06-07 | 100 | 2043/Dillingham Boulevard | N | | | N | cleanout | lateral | 6 | 673516 | tissue build up | 1710 | 1835 | 1900 | 1 | 50 | | | | | | Y | SI | Vactor crew flushed lateral and mainline. Hoffman follow up with electric eel. Will add manhole lateral to mainline PM frequency. | 08-03-07 | Dumped onto sidewalk and curbing |
| 11-07-07 | 70 | 45-236 William Henry Road | N | | | N | cleanout | lateral | 4 | 145302 | Tissue and rocks | 2115 | 2150 | | | 1 | 35 | | | | | | Y | KK | | 11-06-03 | Dumped into ground |
| 11-08-07 | 150 | 2101 St. Louis Drive | N | 275 | 75 | None | N | MH071685 | main | 8 | 716336 | Roots | 0638 | 0758 | 0850 | | 2 | 12 | | | | | Y | SI | | 06-19-05 | 75 gallons sucked up with vactor, spill entered storm drain at 2022 Oswald St. "Pali Hoffman no signs of spill two storm drains downstream of 2022 Oswald St. |
| 11-08-07 | 100 | 45414 Wailalua Road | N | | | N | MH69016 | main | 6 | 159937 | Grease | 1316 | 1345 | 1348 | | 2 | 32 | | | | | Y | KK | Contained on site and vacuumed up | 02-21-07 | |
| 11-11-07 | 8850 | 1432 Wailiemia Rise | Y | 8850 | 0 | None | Y | MH693217 | main | 8 | 697718 | Icons, shredded rags, plastic bags, and shopping bags. | 0845 | 0922 | 0944 | | 2 | 99 | | | | | Y | SI | Per DOH and EPA nothing residual coastal waters. | 10-12-07 | |
| 11-20-07 | 10 | 55-628 Mana Street | N | | | N | LPSS Tank | N/A | N/A | N/A | N/A | Pump failure | 0933 | 0930 | 0950 | | 1 | 17 | | | | | Y | Lane | Pump failure, tank not spilling upon arrival. Evidence around LPSS tank. | N/A | |
| 11-26-07 | 1700 | TP/WWWTP, Digester #1 | N | | | N | N/A | N/A | | | Failed (corroded) supervision piping existing digester #1 | Steve Serrao phoned Jerome Abuba 11/27/07 8:35am | N/A | 12:00 PM | 2:18pm | | 2 | 19 | | | | | Y | WN | Lower digester #1 level, repair corroded piping | none | |
| 11-28-07 | 20 | 2032 Alaeloa Street | N | | | N | cleanout | lateral | 6 | 413029 | Roots | 1635 | 2215 | 2220 | | 1 | 15 | | | | | Y | SI | Spilled when cleanout opened. Disposed into ground and side of mansion | 06-03-07 | |
| 11-29-07 | 150 | 1343/Kam IV Road | N | | | N | MH243496 | main | 6 | 244530 | Grease and rags. | 1800 | 1940 | 2030 | | 2 | 30 | | | | | Y | SI | Dumped onto road and curbing | 11-05-07 | |
| 11-29-07 | 50 | TP/RWWTP, Scum Pit Located Between PC's #1 and #2 | N | | | N | Scum Pit | N/A | N/A | | | Methode Cover Pinched Scum Line Hose | Robert Nakamura phoned CJ at 1:am 11/28/07 | N/A | 830am | 835am | | 2 | 5 | | | | | Y | | Move manhole cover to stop hose pinch. | | Unable to take required sample because spilled wastewater absorbed into ground |
| 11-29-07 | 100 | 506/Olomeih Street | N | | | N | MH69367 | main | 8 | 67597 & 67571 | Kanikala and debris | 1530 | 1659 | | | 1 | 15 | | | | | Y | KK | | 06-22-05 | Evidenced by puddle/water debris around sewer manhole. Dumped onto road and grass area. |
| 11-29-07 | 60 | 519/Kamoke Street | N | | | N | cleanout | lateral | 6 | 103081 | Tissue build up. | 1530 | 1910 | | | 1 | 40 | | | | | Y | WH | | 03-17-04 | Evidenced by wash/tissue debris around cleanout. Dumped onto sidewalk and curb |
| 12-06-07 | 100 | 1809 Hankes Drive | N | | | N | MH04117 | main | 8 | 414055 | Roots | 2125 | 2210 | | | 1 | 45 | | | | | Y | SI | | 06-08-05 | Spill still released. Evidenced by waste debris/moisture around sewer manhole. Dumped onto road and thinned out |
| 12-06-07 | 60 | 1177/Kapiolani Boulevard | N | | | N | Private cleanout | lateral | 6 | 300455 | Tampons and mini-pads. | 1653 | 1755 | 1840 | | 1 | 45 | | | | | Y | SI | | 08-16-07 | Broken pipe. Cleanouts by owner (cur) overflowed when opened. |
| 12-16-07 | 150 | 1301 Punchbowl Street | Y | 150 | 0 | None | N | MH4539018 | main | 8 | 3420182 | Rags. | 1029 | 1100 | 1133 | 1153 | 1 | 20 | | | | | Y | SI | | 02-09-07 | Overflowing manhole at 1301 S. Beretania St. 11:55 am/vactor was sucking water until 11:53 (left) Problem seems to be an access manhole 437/9056 (buried writer pavement) |

# OCTOBER - DECEMBER 2007 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

( )=possibly  
[C]=chlorinated  
CD=construction damage  
[D]=digested  
DP=damaged pipe  
FE=faulty equipment  
FM=force main  
G=grease  
GT=grit  
INT=intersection  
MI=miscellaneous (see Remarks)  
OP=operator error  
P=primary-treated  
PM=preventive maintenance  
PP=paper products  
PWR=power  
R=roots  
RG=rags  
RK=rocks  
RP/MT=repair &/or maintenance  
S=secondary-treated  
SL=sludge  
SW/SUR=storm water/surcharge  
U=unknown  
UT=untreated  
PK=Pa'ala'a Kai WWTP  
SI=Sand Island WWTP  
WM=Waimanalo WWTP  
WN=Waianae WWTP  
WW=Wahiawa WWTP  

| DATE | VOLUME (estimated) (gals) | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER Y/N | STORM DRAIN Volume (gals) | Removed | WATER BODY | S N | I G | S | DISCHARGE POINT | LINE TYPE | SIZE | LINE ASSET NO. | CAUSE | CALL REC'D | Arrival | TIME 1st Start | ESTIMATED DURATION Secure Spill | D H | TOTAL M | SAMPLE ANALYSES SITE BOD TSS pH fecal | D S F | T R I B | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-12-07 | 50 | 2110 King Street, North | N | | | | | N | S | cleanout | lateral | 6 | 671833 | Grease | 1745 | 1800 | 1825 | 1810 | | 5 | | Y | SI | | 05-16-07 | Spilled when cleanout opened at 6:05 p.m. Dissipated onto sidewalk and curb. |
| 12-15-07 | 100 | 2043 Dillingham Boulevard | N | | | | | N | | cleanout | lateral | 6 | 671316 | Toilet paper and sag in the line | 1200 | 1230 | 1230 | 1240 | | 10 | | Y | SI | | 08-02-07 | Evidenced by debris around cleanout. Cleanout was just not overflowing upon arrival and time secured. |
| 12-13-07 | 80 | 2348 Beretania Street, South | Y | 60 | 0 | None | | N | | cleanout | main | 6 | 392465 | Grease and grit | 0707 | 0830 | 0907 | | 2 | 10 | | Y | SI | | 07-05-07 | 20 gallons sucked up from curbside with vactor. |
| 12-15-07 | 1740 | 683 Kaulima Place | N | | | None | | N | | MH #422196 | main | 8 | 422405 | Roots and rocks. | 1038 | 1124 | | 1132 | 2 | 54 | | Y | SI | | 04-08-05 | Spill into pit patch. |
| 12-17-07 | 5 | 55-647 Loula Street | N | | | None | | N | | LPSS Tank, | N/A | | N/A | Grease | 1015 | 1025 | | | | 10 | | Y | SI | | N/A | Evidence only across tank. Step white crew arrived homeowner stop using toilet system |
| 12-18-07 | 200 | 1824 King Street, North | Y | 200 | 0 | None | | N | | MH #364594 | main | 8 | 268186 | Grit and rags | 0953 | 1028 | | 1102 | 1 | 9 | | Y | SI | | 04-30-99 | Sewer manholes down, stream are buried with river pavement |
| 12-19-07 | 15 | 46-238 Kahali Street | N | | | None | | N | | cleanout | lateral | 6 | 136648 | Roots | 1012 | 1045 | 1045 | 1050 | | 5 | | Y | KK | | N/A | Opened cleanout water overflowed, took about 5 minutes to control the overflow |
| 12-20-07 | 5 | 1645 Ala Wai Boulevard | N | | | None | | N | | cleanout | lateral | 6 | 384805 | Grease and rags. | 0936 | 0942 | | 1030 | 1 | 36 | | Y | SI | | 12-20-07 | Evidence by area wet around sewer manhole, cleanout. Property installed a sewer manhole to be used as their cleanout. Water dissipated |
| 12-21-07 | 50 | 594-1243 Banker Street | N | | | None | | N | | MH #353338 | main | 8 | 368745 | Grease and sag in the downstream line | 1945 | 2050 | 1945 | 21:30 | | 45 | | Y | HN | | 06-22-07 | Unable to collect a sample since spill disappeared onto roadway. Spill area was decontaminated and disinfected Verbal notification was made to Leann Young of the State Hospital on 12-21-07 at 1200. Main line was flushed on 12-27-07. |
| 12-22-07 | 10 | 1440 Kanule Street | N | | | None | | N | | cleanout | lateral | | 462206 & 462203 | Roots | 1090 | 1055 | | | | 5 | | | SI | | 11-07-06 | Cleanout overflowed when opened to service. Water was clean in hose and water dissipated into ground at cleanout. |
| 12-31-07 | 9000 | 1020 Koola Drive | Y | 9000 | 0 | Kaelepulu Stream | | Y | | MH67995 | main | 12 | 5123 | Wooden. | 0058 | 0230 | | 0530 | 3 | 0 | | Y | KK | | 09-24-03 | High level alarm @ 12:58 a.m. not overflowing yet. First truck arrived @ 2:30 a.m. spill in progress. Lab notified by Jim B regarding samples |

035409

EXHIBIT 4H