DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 ● KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 ● FAX: (808) 692-5113 ● Website: http://www.honolulu.gov

**MUFI HANNEMANN**
Mayor



**ERIC S. TAKAMURA, Ph.D., P.E.**
Director

**KENNETH A. SHIMIZU**
Deputy Director

EMC 06-040

February 17, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 308
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject: January 2006 Spill/Bypass Report,
Honouliuli WWTP Permit No. HI0020877

In accordance with the <u>STANDARD PROVISIONS & REPORTING REQUIREMENTS</u>, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills and/or bypasses that occurred in the Honouliuli WWTP collection and treatment system during January 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

for Dr. Eric S. Takamura, P.E.
Director

Attachment: Honouliuli WWTP January 2006 Report

EXHIBIT 4I

# JANUARY 2006 WASTESTREAM DIVERSIONS
## HONOULIULI WWTP NPDES PERMIT #HI 0020877

| DATE | DISCHARGE | | LOCATION FACILITY or SEWER LINE | ENTERED WATER BODY | | | | SIGNS | DISCHARGE POINT | PROBLEM LINE | | CAUSES | EST DURATION | | | | | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Volume (gal) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line Asset ID# | Size | | Time Start/Arrival Call Rcvd | Stop | Day | Hr | Min | | | |
| 01-06-06 | 10 | Untreated | 99-1184 Aiea Heights Drive | No | | | No | N | MH 607565 | main | 8 | M | 1015 1000 | | | | 15 | Cesspool trucks to discharge into trunk line | – | Spill not in progress upon arrival - evidence on road; M=overload when cesspool truck emptied tank in upstream manhole |
| 01-23-06 | 50 | Untreated | 94-233 Paiwa Street | No | | | No | N | cleanout | lateral 590422 | 6 | G | 1950 1900 | 2005 | | 1 | 5 | Monitor and determine source of grease | 05-07-05 | Percolated into ground |

CD=construction damage, DP=damaged pipe, FE=faulty equipment, G=grease, GT=grit, M=miscellaneous, OP=operator, PP=paper products, PWR=power problem, R=roots, RG=rags, RK=rocks, RP/MT=repair maintenance
SW/SUR=stormwater/surcharge, U=unknown

EXHIBIT 4I

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-050

February 27, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 308
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:  January 2006 Spill/Bypass Report
          Sand Island Wastewater Treatment Plant (WWTP),
          <u>Permit No. HI0020117</u>

In accordance with the <u>REPORTING REQUIREMENTS</u>, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during January 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please call Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

for

Dr. Eric S. Takamura, P.E.
Director

Attachment:  Sand Island WWTP January 2006 Spill Report

EXHIBIT 4I

35422

## JANUARY 2006 WASTESTREAM DIVERSIONS
## SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

| DATE | DISCHARGE Estimated Volume (gal) | DISCHARGE Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED WATER BODY STORM DRAIN | ENTERED WATER BODY Volume (gal) | ENTERED WATER BODY Removed | ENTERED WATER BODY OCEAN/ STREAM | SIGNS | DISCHARGE POINT | PROBLEM LINE Line Asset ID# | PROBLEM LINE Size | CAUSES | EST DURATION Time Start/Arrival/Call Rcvd | EST DURATION Stop | Day | Hr | Min | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-10-06 | 5 | Untreated | 444 Waiakamilo Road | No | | | No | N | cleanout | lateral 4034426 | 4 | (DP) | 1400 1323 | | | | 1 | CCTV and repair if necessary | 08-23-05 | Spilled when cleanout cap removed |
| 01-11-06 | 5 | Untreated | 3254 Waialae Avenue | No | | | No | N | MH 400997 | main 403744 | 6 | G | 1100 1035 | | | | 25 | Place on 6 month PM schedule; investigate grease source | 07-21-04 | Spill not in progress upon arrival - evidence on grass next to manhole |
| 01-12-06 | 3 | Untreated | 2260 Kaululaau Street | No | | | No | N | cleanout | lateral 320093 | 6 | U | 0900 0900 | 0910 | | | 10 | Monitor; CCTV didn't show any obstruction | 05-21-05 | Spill not in progress upon arrival - evidence around cleanout/sidewalk |
| 01-15-06 | 110 | Untreated | 2238 Kaluaopalena Street | Y | 2 | 0 | No | N | cleanout | lateral 3013519 | 6 | G | 1041 1024 | 1046 | | | 22 | Keep PM schedule until OCCC project complete | 09-02-05 | Vacuumed all or most of spill from road/gutter |
| 01-23-06 | 5 | Untreated | 1702 Houghtailing Street | No | | | No | N | MH 272702 | main 277678 | 6 | G | 940 930 | | | | 10 | Place on 2 month PM schedule | 08-11-05 | Spill not in progress upon arrival - evidence on grass next to manhole |
| 01-30-06 | 30 | Untreated | 415 Keoniana Street | No | | | No | N | cleanout | lateral | 6 | RK | 1645 | 1735 | | 1 | 15 | CCTV lateral to ensure it is clean; inform resident of problem cleanout cap | 09-01-05 | DP=unsecured cap allowed rocks into cleanout; spill percolated into ground |

CD=construction damage, DP=damaged pipe, FE=faulty equipment, G=grease, GT=grit, M=miscellaneous, OP=operator, PP=paper products, PWR=power problem, R=roots, RG=rags, RK=rocks, RP/MT=repair maintenance, SW/SUR=stormwater/surcharge, U=unknown

35423

EXHIBIT 4I

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-070

March 15, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr Fukino:

Subject:    February 2006 Spill/Bypass Report
            Honouliuli WWTP Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills and/or bypasses that occurred in the Honouliuli WWTP collection and treatment system during February 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Services at (808) 692-5371.

Sincerely,

For

Dr. Eric S. Takamura, P.E.
Director

Attachment:  February 2006 Wastestream Diversions Report

EXHIBIT 4I

35435

# FEBRUARY 2006 WASTESTREAM DIVERSIONS
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | TREATMENT PLANTS |
|---|---|---|---|---|
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | HN=Honouliuli WWTP    SI=Sand Island WWTP |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | KH=Kahuku WWTP    WM=Waimanalo WWTP |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | KK=Kailua WWTP    WN=Waianae WWTP |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | PK=Paalaa Kai WWTP    WW=Wahiawa WWTP |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |

| DATE | DISCHARGE Estimated Volume (gals) Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER | | | SIGNS | DISCHARGE POINT | PROBLEM LINE | | CAUSES | ESTIMATED DURATION | | | | | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line | Size | | Time Start/ Arrival Call Rcvd | Stop | Days | Hours | Total (min) | | | |
| 02-12-06 | 20 Primary (screened) | Honouliuli WWTP INCIDENTAL | No | | | No | N | valve (shutoff) | | | FE | 2230 | 2320 | | | 50 | Replace shutoff valve before restart | -- | Unit part of an experiment operated/maintained by University of Hawaii |
| 02-16-06 | 30 Untreated | 91-778 Pohakupuna Road | No | | | No | N | cleanout | lateral 3002449 | 6 | G GT | 2145 2105 | 2225 | | | 40 | Monitor | 05-14-02 | Spill not in progress upon arrival - percolated into ground. |
| 02-27-06 | 200 Untreated | 98-273 Aiea Kai Place | No | | | No | N | cleanout | lateral | 6 | PP | 1830 1635 | 1845 | 2 | | 10 | Place on monthly monitoring | 01-27-05 | PP=tissue; dissipated along sidewalk curbing to cul-de-sac |

EXHIBIT 4I

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-075

March 24, 2006

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject: February 2006 Spill/Bypass Report
Sand Island Wastewater Treatment Plant (WWTP),
Permit No. HI0020117

In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during February 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

For Dr. Eric S. Takamura, P.E.
Director

Attachment: February 2006 Wastestream Diversions Report

EXHIBIT 41

**FEBRUARY 2006 WASTESTREAM DIVERSIONS**
**SAND ISLAND WWTP, NPDES PERMIT #HI 0020117**

Legend:
( )=possibly
(C)=chlorinated
CD=construction damage
(D)=degraded pipe
DP=damaged pipe
EX=filtration
FE=faulty equipment

FM=force main
G=grease
GT=grit
(H)=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
CP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PW=Power
R=rinse
RO=rings
RK=rocks

P(W)=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SU=storm water/surcharge
TRB=tributary
U=unshown
UT=unretreated

| DATE | DISCHARGE Est. Volume (gal) | Treatment Level | LOCATION (FACILITY or SEWERLINE) | STORM DRAIN | Volume Removed (gal) | OCEAN/STREAM | SIGNS | DISCHARGE POINT | PROBLEM LINE Line | Size | CAUSES | Time Start Actual / Call Rcvd | Stop | Depth | Hours | Total (gal) | DIF | SIRB | Yds TP | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-04-06 | 430 | Untreated | Sand Island WWTP | No | | No | | Cabinet FRE A 1242 (view headworks) | | | CD FE | 0100 | 0142 | | 42 | | N | SI | | Inform contractor of spill, start hi-calibed pump to prevent further spillage | | CD=pump offline for unknown reasons; facilities operations still under contractor's control; C(PR operator discovered spill) |
| 02-12-06 | 833 | Untreated | 4208 Salt Lake Boulevard | Yes | 833 | 0 | Pearl Harbor Y | roadway | force main | 8 | DP-G | 0600 | | 05 | 16 | | Y | SI | | New force main being planned | | Volume calculated by pump station personnel (A Young) |
| 02-22-06 | 50 | Untreated | 729 Kinau Street | Yes | 50 | 0 | No | cleanout | lateral 343330 | 4 | G | 750 0065 / 0045 0005 | | | 2 | | Y | SI | | Place on monthly monitoring | 08-11-04 | |
| 02-27-06 | 50 | Untreated | 1911 Kalani Street | No | | | No | cleanout | lateral 674353 | 6 | PP | 1720 / 1655 | 1750 | | 55 | | Y | SI | | Monitor | 09-15-05 | PP=sanitary products; dissipated on road |

**EXHIBIT 4I**

35439

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-202

July 20, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject: March 2006 Spill/Bypass Report Revision, Honouliuli WWTP Permit No. HI0020877

Attached is a revised Honouliuli WWTP and collection system spill/bypass report for the month of March 2006 with the following addition/corrections:

1.      A spill on March 31, 2006, at 98-171 Aiea Kai Way was inadvertently omitted from the report submitted via letter EMC 06-107 (dated April 13, 2006). The spill, estimated at 5 gallons, was not in progress upon arrival of the responding crew, and did not reach receiving waters.

2.      The Asset Number for the March 2, 2006 spill at 94-185 Kapuahi Place should be 515298 instead of 515211.

3.      The Asset Number for the March 29, 2006 spill at 91-1037 Ahuua Street should be 2013757 instead of 2013751.

Please replace the summary sent earlier with the attached revision.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering

EXHIBIT 4I

Ms. JoAnn Cola, EPA
Chiyome L. Fukino, M.D.
July 20, 2006
Page Two

the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment: Revised March 2006 Wastestream Diversions Report

EXHIBIT 4I

35442

# REVISED - MARCH 2006 WASTESTREAM DIVERSIONS
## HONOULIULI WWTP NPDES PERMIT #HI 0020877

Legend:

( )=possibly
CC=chlorinated
CD=construction damage
DI=digested
DP=damaged pipe
EX=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
(H)=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
SL=sludge
sw/sur=stream water/surcharge
PWR=power
R=roots
RG=rags
TRIB=tributary
U=unknown
UT=untreated
RK=rocks

| DATE | DISCHARGE Est. Vol (gals) | Treatment Level | LOCATION Facility or Sewer Line | ENTERED Storm Drain | Volume Removed (gal) | Receiving Water Ocean/Stream | Signs | Discharge Point | Problem Line Size | Asset No. | Causes | Time Start/Arrival | Stop | Day | Hr | Min | Remedial Action | Last Cleaned | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-01-08 | 42 | Untreated | 952 3rd Street | Yes | 12 | No | N | Manhole 595242 | 8 | 595542 | G | 0750 | 0811 | 1 | | 28 | Environmental Quality to investigate grease source (EIR) | 06-27-05 | Vacuum approx 30 gals of ponded spill |
| 03-02-08 | 80 | Untreated | 94-185 Kapuahi Place | No | | No | N | cleanout | lateral 8 | 515288 | G | 2400 | 2415 | | | 55 | Lateral repair in progress | 04-03-00 | Spill dissipated on sidewalk/road curb |
| 03-29-08 | 25 | Untreated | 91-1037 Ahuua Street | No | | No | N | cleanout | lateral 8 | 2013757 | G RG | 2140 2215 2320 | 2335 | 1 | | 55 | Monitor | No info | Percolated into ground |
| 03-31-08 | 700 | Untreated | 98-159 Olepe Loop / 98-160 / 98-156 / 98-148 | Yes | 800 | Pearl Harbor by Blaisdell Park | Y | Manholes 598434 599615 598474 599552 | main 15 | 600609 600870 600838 600702 | SW/SUR | 1340 | 1430 | 1 | | 30 | | | Entered storm drain at 98-143 Olepe Loop |
| 03-31-08 | 100 | Untreated | 1716 Piikea Street | Yes | 100 | Halawa Stream | N | Manhole 483006 | main 8 | 483982 | SW/SUR | 1630 | | | 3 | 30 | | | Spill not in progress upon arrival-evidence around manhole |
| 03-31-08 | 5 | Untreated | 98-171 Area Kai Way | No | | No | N | Manhole 618855 | main 8 | 620455 | SW/SUR | 1700 | | | 3 | 45 | | 11-10-05 | Spill not in progress upon arrival-evidence around manhole |

EXHIBIT 41

35443

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

**MUFI HANNEMANN**
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-128

April 28, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject: March 2006 Spill/Bypass Report
Sand Island Wastewater Treatment Plant (WWTP)
Permit No. HI0020117

  In accordance with the <u>REPORTING REQUIREMENTS</u>, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during March 2006.

  I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

  If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

*For* Dr. Eric S. Takamura, P.E.
Director

Attachment: March 2006 Wastestream Diversions Report

**EXHIBIT 4I**

35445

**MARCH 2006 WASTESTREAM DIVERSIONS**
**SAND ISLAND WWTP, NPDES PERMIT #HI 0020117**

Legend:
( =possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honolulu WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Peetee Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Watanae WWTP
WW=Wahiawa WWTP

| DATE | DISCHARGE Estimated Volume (gals) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN | Volume (gals) | Retained | OCEAN STREAM | SIGNS | DISCHARGE POINT | PROBLEM LINE Line | Size | CAUSE | ESTIMATED DURATION Start Arrival Call Rcvd | Stop | D | Hr | Mi | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-02-06 | 5 | Untreated | 444 Waiakamilo Road | No | — | — | No | N | cleanout | lateral 4034426 | 6 | RG | 1100 | | | | 26 | Monitor | 08-23-05 | Spill not in progress upon arrival |
| 03-10-06 | 300 | Untreated | Noela Street & Pali Avenue (Kapiolani Park) | Yes | 100 | 250 | No | N | Leaking out of ground in park | main 472407 | 8 | DP | 1032 1750 | 1830 | | 1 | 30 | CCTV and repair; no previous spill at this location | N/A | Heavy rubbish debris to drain - vacuum with vactor truck |
| 03-11-06 | 56,000 | Treatment return flows | Sand Island WWTP Return Flow Pump Station Private Contractor operating new construction | Yes | 1,000 | 0 | No | N | Wetwell | | CN | | 1700 0055 0950 | 115 1010 | | | 20 20 | Correct float sticking problem; contractor to ensure maintenance of floats and pumps | N/A | CN=during operational test, float well floater malfunction prevented activation of pumps to handle high flows in wet well. Parsons (RCI) has operational control of facility (City has not accepted Headworks Facility due to numerous discrepancies |
| 03-12-06 | 1,000 | Untreated | Kuliouou WWPS | No | — | — | No | N | pipe | force main | 12 | DP | 0930 | 1116 | | 1 | 46 | Stop pump, repair force main | N/A | Pumped around break with portable pump |
| 03-12-06 | 315 | Untreated | Auahi Street & Kamakee Street | No | 60 | 5 | No | N | Manhole (no m/h on map) | main 380959 | 8 | RG RG PP | 1441 1405 | 1508 | | 1 | 3 | Place on 6 month PM schedule; no previous spill at this location | 05-23-05 | Vacuumed 3/13/06, spill mostly on roadway |
| 03-13-06 | 25 | Untreated | 320 Keaeloa Lane | No | — | — | No | N | cleanout | lateral 4029397 | | R | 1845 1810 | 1900 | | | 15 | Monitor lateral. | 09-27-05 | Percolated into grass |
| 03-14-06 | 700 | Untreated | 768 Isukea Street | No | — | — | Kahawai - Kapoopoo Stream | N | Manhole 318488 | main 320291 | 6 | R | 2120 2055 | 2315 | | 2 | 20 | This is Hawaiian Homes — we no longer clean Hawaiian Homes | 06-17-05 | Hawaiian Homes |
| 03-22-06 | 120 | Untreated | 7 & 1622 9th Avenue & 10th Avenue | Yes | — | — | No | N | Manhole 399936 | main 402991 | 6 | G RG | 0820 0727 | 0840 | | 1 | 13 | Place on monthly PM schedule; no previous spill at this location | 09-21-05 | |
| 03-23-06 | 1,100 | Untreated | 1821 Palpaa Place | No | — | — | No | N | Manhole 413241 | main 414149 | 8 | R RG GT | 1022 0843 | 1138 | | 2 | 55 | Roots cleared from lateral which blocked main. Will treat lateral with root poison and monitor. | 09-20-04 | |
| 03-24-06 | 48,600,000 | Untreated | 445 Kalolu Street | Y | 48,600,000 | 0 | Ala Wai Canal | N | Break in roadway | force main | 42 | DP | 0720 833 | 1310 | | 5 | 50 | Line repaired and placed back in service on 3/26/06. | N/A | DP=force main break |
| 03-25-06 | 330 | Untreated | 395 King Street, North | Y | 330 | 330 | No | N | cleanout | lateral 305355 | 6 | G | 0645 645 | 0756 | | 1 | 11 | Monitor and investigate source of grease. There were several previous spills at this location. | 05-04-05 | Heavy debris in drain, spill had no where to go |
| 03-28-06 | 108,000 | Treatment return flows | Sand Island WWTP Return Flow Pump Station Private Contractor operating new construction | Yes | Unknown | | Honolulu Harbor | Y | Wetwell | | CN | 1700 | 0015 | 07 | | 15 | Reconnect power to pump and reset control system | N/A | CN=Lag pump Healy Ruff cable had snapped, leaving only lead pump. Parsons (RCI) has operational control of facility (City has not accepted Headworks Facility due to numerous discrepancies |
| 03-31-06 | 8,643 | Yes | Alamanu WWPS 1 | Yes | 8,643 | | Yes | N | Wetwell | | SW/SUR | 1200 | 1521 | 03 | | 21 | Storm slowed relief of surcharge condition | N/A | Inflow above design capacity of station; storm drain emptied onto golf course driving range; storm drain not accessible to public |
| 03-31-06 | 8,132 | Untreated | Alamanu WWPS 2 | Yes | 8,132 | | No | N | Wetwell | | SW/SUR | 1208 | 1916 | 07 | | 8 | Storm slowed relief of surcharge condition | N/A | Inflow above design capacity of station; storm drain emptied onto golf course driving range |
| 03-31-06 | 20 | Untreated | 1904 Houghtailing Street | No | — | — | No | N | tub/shower | main 252080 | | SW/SUR | 1216 | 1230 | | | 14 | | N/A | Spill not in progress upon arrival |
| 03-31-06 | 1,000 | Untreated | 700 Umi Street | Y | 1,000 | 0 | Keehi Lagoon | N | Manhole 263521, 267773, 263438 | main 267778 | 15 | SW/SUR | 1159 1315 | 1410 | | | 55 | | | Unable to determine spill due to rain water getting into system |
| 03-31-06 | 15,000 | Untreated | 1015 School Street, North | Y | 10,000 | 500 | Honolulu Harbor | N | Manhole 274438 | main 278887 | 36 | SW/SUR | 1210 1340 | 1500 | | 1 | 20 | | | Trunk line; unknown if entered stream, spill flowed through storm system |
| 03-31-06 | 100 | Untreated | 503 Kamoku Street | N | 100 | 0 | Ala Wai Canal | N | Manhole private | Private No asset # | | SW/SUR | 1300 1345 1300 | | | | 45 | | | |

4/27/2006

1 of 2

083105 New File for Spill ALL

EXHIBIT 4I

# MARCH 2006 WASTESTREAM DIVERSIONS
## SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

I=possibly
(C)=chlorinated
CD=construction damage
D=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
(H)=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=rags
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HH=Honolulu WWTP     SI=Sand Island WWTP
KH=Kahuku WWTP       WM=Waimanalo WWTP
KK=Kailua WWTP       WN=Waianae WWTP
PK=Paalaa Kai WWTP   WW=Wahiawa WWTP

| DATE | Est. Vol. (gals) | Treatment Level | LOCATION FACILITY or SEWER LINE | STORM DRAIN | Volume (gal) | Recovered | OCEAN STREAM | SIGNS | DISCHARGE POINT | Line | Size | CAUSES | Start/Arrival | Stop/Call Rcvd | Day | Hr | Min | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-31-06 | 25 | Untreated | 2109 Anianiku Street | No | — | — | No | | Pipe 4" | main 320591 | 8 | SW/SUR | 1345 | 1345 | | | 44 | Hawaiian Homes - notified P Young | | Spill not in progress upon arrival |
| 03-31-06 | 80 | Untreated | 2330 Pacific Heights Road | Y | 80 | 0 | Nuuanu Stream | Y | Manhole 293846 | main 295629 | 8 | SW/SUR | 1301 1400 | 1420 | | | 20 | | | Heavy rain, sewage diluted |
| 03-31-06 | 50 | Untreated | 1657 A Liliha Street | No | — | — | No | | shower/tub | main 289668 | 6 | SW/SUR | 1315 1420 | | | | 40 | | | Spill not in progress upon arrival - evidence in basement |
| 03-31-06 | 25 | Untreated | 1956 9th Avenue | No | — | — | No | | toilet/shower | main 695755 | 6 | SW/SUR | 1348 1425 | 1425 | | 1 | 25 | | | Spill not in progress upon arrival; contained on private property |
| 03-31-06 | 300 | Untreated | 1422 School Street, North | No | — | — | No | | toilet/shower | lateral 277596 | 6 | SW/SUR | 1300 1430 | 1430 | | 1 | 30 | | | Spill not in progress upon arrival; contained in building |
| 03-31-06 | 50 | Untreated | 448 Judd Street | Yes | 50 | 0 | No | | Manhole 284704 | main 268744 | 6 | SW/SUR | 1300 1445 | 1445 | | 2 | 42 | | | Spill not in progress upon arrival - evidence around manhole |
| 03-31-06 | 25 | Untreated | 3715 Anuhea Street | No | — | — | No | | toilet/shower | main 697634 | 6 | SW/SUR | 1203 1500 | 1500 | | 2 | 18 | | | Spill not in progress upon arrival; floor wet |
| 03-31-06 | 50 | Untreated | 1406 Mamalu Street | No | — | — | No | | Manhole 254053 | main 255301 | 6 | SW/SUR | 1242 1505 | 1505 | | 3 | 5 | | | SMH located in easement; spill not in progress upon arrival |
| 03-31-06 | 100 | Untreated | 4389 Malia Street | Y | 100 | 0 | Kapakahi Stream | Y | Manhole 456961 | main 458409 | 30 | SW/SUR M | 1200 1640 | 1640 | | 1 | 25 | | | Spill not in progress upon arrival - evidence around manhole; M=pump station failed |
| 03-31-06 | 6,900 | Untreated | 1450 Ala Moana Boulevard | Y | 6900 | 500 | Ala Moana Beach | Y | Manhole 4016068 | main 4016068 | 24 | SW/SUR M | 1515 1648 | 1752 | | 1 | 19 | | | Ala Moana WWPS lost electric power; enter storm drain at Ala Moana & Atkinson |
| 03-31-06 | 1,800,000 | Untreated | Ala Moana WWPS | Yes | 1,800,000 | | Kakaako Waterfront | | Manholes (multiple) | various | | SW/SUR | 1833 1705 | 1730 | | | 25 | Reset automatic switchgear and restarted pumps | N/A | Automatic switchgear tripped when power was lost and generator started at the same time the power was restored |
| 03-31-06 | 100 | Untreated | 1025 Ala Moana Boulevard | Y | 100 | 0 | Ala Moana Beach & Kewalo Basin | Y | Manhole 4009797 | main 4009794 | 69 | SW/SUR M | 1741 1740 | | | | 1 | | | Pump Station failure |
| 03-31-06 | 100 | Untreated | 5017 Kalanianaole Highway | N | 100 | 0 | Wailupe Beach shoreline | Y | Manhole 481383 | main 482751 | 30 | SW/SUR M | 1545 1845 | 1845 | | 3 | 0 | | | Spill not in progress upon arrival |
| 03-31-06 | 100 | Untreated | Coral Street & Auahi Street | Y | 100 | 0 | Honolulu Harbor | Y | Manhole 3010725 | main 3010728 | 72 | SW/SUR M | 1545 1900 | 1730 | | | 25 | | | Pump Station electrical failure |
| 03-31-06 | 300 | Untreated | 5263 Kalanianaole Highway | No | — | — | No | | Manhole 484799 | main 468146 | 8 | SW/SUR | 1705 1920 | 1920 | | 3 | 50 | | | Spill not in progress upon arrival; contained in yard, percolated into ground |
| 03-31-06 | 50 | Untreated | 38 Judd Street, South | No | — | — | No | | Manhole 289896 | main 289937 | 12 | SW/SUR | 1530 2000 | 2000 | | 5 | 40 | | | Spill not in progress upon arrival - evidence around manhole |
| 03-31-06 | 100 | Untreated | 5307 Kalanianaole Highway | Y | 100 | 0 | Wailupe Beach shoreline | Y | Manhole 484765 | main 468128 | 24 | SW/SUR M | 1420 2015 | 2330 | | 10 | 3 | | | Pump station failure |
| 03-31-06 | 100 | Untreated | 1580 Makaloa Street | No | — | — | No | | sink & shower | main 383990 | 8 | | 1327 2050 | 2050 | | 3 | 50 | | | No electricity at Ala Moana WWPS; spill not in progress upon arrival - contained in basement |
| 03-31-06 | 25 | Untreated | 2105 Anianiku Street | No | — | — | No | | drain - toilet & shower | main 320596 | 6 | SW/SUR | 1700 2130 | 2130 | | 3 | 23 | | | Spill not in progress upon arrival; Hawaiian Homes - notified P Young |

4/27/2006

2 of 2

083105 New File for Spill ALL

35447

EXHIBIT 4I

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-140

May 15, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:  April 2006 Spill/Bypass Report, Honouliuli WWTP Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills and/or bypasses that occurred in the Honouliuli WWTP collection and treatment system during April 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

*Ctham K. adach*

*For*

Dr. Eric S. Takamura, P.E.
Director

Attachment:  April 2006 Wastestream Diversions Report

EXHIBIT 4I

35449

# APRIL 2006 WASTESTREAM DIVERSIONS
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RPMT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

| DATE | DISCHARGE | | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER | | | | SIGNS | DISCHARGE POINT | PROBLEM LINE | | | CAUSES | ESTIMATED DURATION | | | | | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|------|-----------|---|---------------------------------|-------------------------|---|---|---|-------|-----------------|--------------|---|---|--------|--------------------|---|---|---|---|-----------------|-------------|---------|
| | Estimated volume (gals) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line | Size | Asset No. | | Time Start/ Arrival Call Rcvd | Stop | Day | Hr | Min | | | |
| 04-23-06 | 750 | Untreated | 93-059 Waipio Point Access Road | No | | | No | Y | Break in force main | main | 30 | 2001602 | DP | 1330 1230 | 2145 | | 9 | 15 | Repair completed on 04-26-06 | N/A | Longitudinal crack in 30" DIP (ductile iron pipe) force main; damage due to external corrosion |
| 04-26-06 | 287 | Untreated | 99-142 Pooholua Drive | No | | | No | N | cleanout | main | 8 | 609931 | R | 0927 0843 | 1112 | | 2 | 29 | Will place on 12 month PM schedule | 10-30-02 | No discharge to receiving waters. Spill was along mountainside; no public access. |

EXHIBIT 4I



DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-149

May 26, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:  April 2006 Spill/Bypass Report
          Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during April 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  April 2006 Wastestream Diversions Report

EXHIBIT 41

35452

APRIL 2006 WASTESTREAM DIVERSIONS
SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SWSUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP          SI=Sand Island WWTP
KH=Kahuku WWTP              WM=Waimanalo WWTP
KK=Kailua WWTP              WN=Waianae WWTP
PK=Paalaa Kai WWTP          WW=Wahiawa WWTP

| DATE | DISCHARGE | | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER | | | SIGNS | DISCHARGE POINT | PROBLEM LINE | | | CAUSES | ESTIMATED DURATION | | | | | | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Volume (gals) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/STREAM | | | Line | Asset No. | Size | | Time Received | Call | Start | Stop | Day | Hr | Min | | | |
| 04-01-06 | 150 | Untreated | 2450 Date Street | N | | | | N | cleanout | | | | | | | | | | | | | | |
| 04-03-06 | 115 | Untreated | 2327 Kuahea Street | Y | 60 | 0 | N | N | MH9374754 | main | 376272 | 8 | Rocks and debris. | 1247 | 1322 | 1500 | | 2 | 13 | Will monitor. | | No discharge into coastal waters. |
| 04-03-06 | 70 | Untreated | 2964 Kahaloa Drive | N | | | | N | ground (broken pipe) | lateral | 330053 | 6 | Broken pipe. | 1945 | 0927 | 0942 | | | 49 | Will investigate and lock manhole. | 02-28-99 | |
| 04-04-06 | 60 | Untreated | Ahua Street & Pea Street | Y | 20 | 0 | Moanalua Stream | N | MH9239923 | main | 240297 | 10 | Grease. | 1800 | 2000 | 2020 | | | 35 | Lateral repaired. | | Spill when in use, dissipated into grassy area and road. |
| 04-04-06 | 80 | Untreated | 2590 La'i Road | N | | | | N | MH9373663 | main | 375403 | 10 | Rocks and mud. | 1525 | 2020 | 2230 | | 2 | 1 | Will place on 6 month PM schedule. | 10-25-04 | Blocked catch basin with dirt to prevent water in gutter from entering. |
| 04-05-06 | 660 | Untreated | 2590 La'i Road | N | 660 | 0 | Palolo Stream | N | Broken section of pipe | main | 375403 | 10 | Broken pipe. Pipe crushed when rocks fell on VCP, possibly from heavy rains. | 0900 | 0900 | 2000 | | 11 | 0 | Line repaired on 4/6/06. | 10-26-05 | After clog started draining in this smh, this smh overflowed. Downstream line unknowingly was also clogged. Spill dissipated into ground. Ross T. of EQ notified. |
| 04-13-06 | 100 | Centrate | TP Sand Island WWTP; PRIVATE SPILL | | | | | N | Centrifuge drain line sump pit overflow | System not accepted. No asset number | | Equipm'n | | 1830 | 1540 | 1550 | | | 10 | Determined and corrected cause of pit overflow. Restored sump pump service. Project CM reported spill details to DDC, C&C. | | Private spill; Contractor performed work on centrate and drain lines earlier before spill; Sump overflow due to excess rate of sump collection and inadequacy of sump pump; Contractor operated. |
| 04-16-06 | 50 | Return Flow | TP Sand Island WWTP; PRIVATE SPILL | | | | | N | Wetwell overflow | System not accepted. No asset number | | Equipm'n | | 1050 | 1045 | 1050 | | | 5 | Determined cause of pump shutdown; Reset return flow pumps; Restarted pumps; Operated and checked pumps; Monitored pumps' operations. Project CM reported spill details to DDC, C&C. | | Private spill; Pump shutdown from overheating; Contractor operated. |
| 04-21-06 | 450 | Untreated | 725 Kinau Street | Y | 300 | 0 | N | N | cleanout | main | 343337 | 8 | Grease and heavy grit. | 1215 | 1258 | 1345 | | 1 | 30 | Will place on 9 month PM schedule. | 08-11-04 | Nothing discharged into coastal waters. 150 gallons pumped out of yard. |
| 04-28-06 | 80 | Untreated | 444 Waiakamilo Road | N | | | | N | cleanout | lateral | 4034426 | 6 | Grease, tissue and tampon build up. | 1600 | 1630 | 1735 | | 1 | 5 | Will repair lateral. | 02-06-06 | Dissipated into ground and onto sidewalk/road curb. |

EXHIBIT 4I

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

1.01 B.1b

**MUFI HANNEMANN**
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-197

July 14, 2006

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California 94105

Dr. Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii 96813

Gentlemen and Dr. Fukino:

Subject:  June 2006 Spill/Bypass Report, Honouliuli WWTP Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills and/or bypasses that occurred in the Honouliuli WWTP (HWWTP) collection and treatment system during June 2006.

Please refer to the attached June 2006 Wastestream Diversions Report.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Services at (808) 692-5371.

Sincerely,

Ross S. Tanimoto

Dr. Eric S. Takamura, P.E.
Director

Attachment:  HWWTP June 2006 Wastestream Diversions Report

bcc:  SWQ (w/attach.)
      WTD (w/attach.)
      CSM (w/attach.)
      RC (w/attach.)
EST/CC:kn

EXHIBIT 4I

35455

# HONOULIULI WWTP NPDES PERMIT #HI 0020877
## JUNE 2006 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

PAGE 1 OF 2

Legend:

- I...possibly
- IC=Infiltrated
- PC=construction damage
- B&G=grease
- RM=damaged pipe
- Me=affiliation
- Fe=affiltration
- ...dulty equipment
- RM=force main
- G=grease
- GT=grit
- (Hi=heat-treated
- INT=intersection
- Memisc(lluance (see Remarks)
- OP=operator error
- Pre=primary-treated
- PM=preventive maintenance
- PP=paper products
- PWR=power
- R=roots
- RG=rags
- RK=rocks

| DATE | DISCHARGE Estimated Volume (gals) | DISCHARGE Treatment Level | LOCATION FACILITY OR SEWER LINE | STORM DRAIN | ENTERED RECEIVING WATER Volume (gal) | ENTERED RECEIVING WATER Removed | OCEAN/ STREAM | S I G N S | SIGN LOCATION | DISCHARGE POINT | PROBLEM LINE Line | PROBLEM LINE Size | PROBLEM LINE Asset No. | CAUSES | ESTIMATED DURATION Call Rcvd | Time Start/ Arrival Call Rcvd | Stop | Days | Hours | Total (min) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-Jun-06 | 60 | untreated | Waipahu Street & Awanoi Street | N | | | N S | | MH#3011868 | main | 10 | 3011871 | The Koch MBR unit is a demonstration treatment unit that is on loan fro the manufacturer to the University of Hawaii. It is operated and maintained University faculty and students along with several other demonstration MBR units the Honouliuli WWTP. During the week of June 4, 2006, the manufacturer's representatives to clean and check the unit. The maintenance was complt d on Friday, June 9, 2006. A student was on-site inspecting the various MBR units o Tuesday, June 13, 2006, and did not see any splashing or spilling at the Koch unit on tr day. As part of the manufacturer's maintenance, the air diffuser in the aerated member r tank was removed and cleaned for the first time since its installation in December 05. As typical in MBR units, the Koch unit's diffuser is automatically turned on ar :ff to periodically clear the plugging that normally occurs. University faculty t odesize that the cleaning may have resulted in pervasive plugging on one side of the liuser and a stronger airstream on the other side, which eventually caused sludge to : ash over the top of the open aerated membrane tank. | 0925 | 1048 | | | 05 | 30 |
| 14-Jun-06 | 2 | mixed liquor sludge | TP Honouliuli WWTP | N | | | N S | | liquid sludge intermittently splashed out of the top of the Koch membrane bioreactor (MBR) unit | | | | | 1000 | 1000 | 1530 | | | 23 |
| 19-Jun-06 | 80 | untreated | Lumalaia Street | N | 1405 | 0 | Y | | Private cleanout | lateral | 6 | 5497753 | Roots. | 1845 | 1935 | | | 05 | 50 |
| 26-Jun-06 | 1905 | untreated | Lumulula Kapole Parkway | 4600 | 1405 | 0 | Y | | MH#4033097, 4033099, 4033101 | main | 12 | 4033102, 4033100, 4033098 | Grease. | 1313 | 1313 | 1440 | | 1 | 27 |

EXHIBIT 4I

35456

# HONOULIULI WWTP NPDES PERMIT #HI 0020877
## JUNE 2006 WASTESTREAM DIVERSIONS
## CITY & COUNTY OF HONOLULU

**PAGE 2 OF 2**

TREATMENT PLANTS
HN=Honouliuli WWTP    SI=Sand Island WWTP
KH=Kahuku WWTP    WA=Waianae WWTP
KK=Kailua WWTP    WN=Waimea WWTP
PK=Paalaa Kai WWTP    WW=Wahiawa WWTP

RP/MT=repair &/or maintenance
S=secondary-created
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

| SITE | SAMPLE ANALYSES BOD mg/L | TSS mg/L | pH (Units) Lab | Field | D S F | REMEDIAL ACTION | LAST CLEANED | VERBAL NOTICE DEPT OF HEALTH Name (To/By) | Date/Time | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | Y | Manhole insert blocking the flow. | 12-08-05 | Charlene/Frederick Sheldon | 06-10-06/12:53pm | Vacuumed up spill. |
| | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | Y | Mr. Lesley Toyota of the Division of Environmental Quality reported this spill to Mr. Ken Murasaka of the Hawaii State Department of Health, Wastewater Branch (HDOHWWB) and in a voicemail to Ms. Jo Ann Cola of the Environmental Protection Agency (EPA) on June 14, 2006. | | | 06-14-06 | The faculty member who oversees the MBR units was on the personnel contacted this person after learning of the spill, and contain the trickling sludge. The contact person was able to a The student installed planks over the top of the aerated memb personnel were on hand to assist with cleaning and disinfecti taken for pH/BOD/TSS analysis. According to the University sludge from this unit and are as follows: pH 7, BOD 5 mg/l, TSS |
| | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | Y | The student installed planks over the top of the aerated membrane tank to stop the sludge splash-over. | | | | ...ntained for an extended period of time. Honouliuli WWTP so placed a containment tray at the Koch units base to i one of his students out to assess and remedy the situation. ...ne tank to stop the sludge splash-over. Honouliuli WWTP ...No spill sample was ...uity member, the expected values for the mixed liquor ...300 mg/l. |
| | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | no sample taken, see remarks historical baseline | Y | Will monitor and place on root poisoning program | 04-30-99 | April/Benjamin Reyes | 06-19-06/9:40pm | Disipated into ground. |
| Kapolei Drain Culvert | 12 | 9 | 7.78 | Y | Y | Will add this line to the PM schedule at 12 month intervals. | No info | Matt Kurano/Herman Ellis | 06-26-06/3:25pm | 500 gallons disipated in the ground.    Disipated into ground.    manhole and storm drain inaccessible. |

EXHIBIT 4I

35457

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 ● KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 ● FAX: (808) 692-5113 ● Website: http://www.honolulu.gov

**MUFI HANNEMANN**
Mayor



**ERIC S. TAKAMURA, Ph.D., P.E.**
Director

**KENNETH A. SHIMIZU**
Deputy Director

EMC 06-224

July 28, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject: Correction to the June 2006 Spill/Bypass Report
         Sand Island Wastewater Treatment Plant (WWTP)
         Permit No. HI0020117

In accordance with the <u>REPORTING REQUIREMENTS</u>, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during June 2006.

Please correct the asset number and line type in the March 2006 Wastestream Diversions Report for the spill at 444 Waiakamilo Road. The Line = Main and the Asset number is 270576.

In addition, there were private contractor spills within the treatment plant for this period, which will be reported by separate letter or next monthly report, when that information is received.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering

**EXHIBIT 4I**

Ms. JoAnn Cola, EPA
Dr. Chiyome L. Fukino, M.D.
July 28, 2006
Page Two

the information, the information submitted is, to the best of my knowledge and belief, true,
accurate and complete.  I am aware that there are significant penalties for submitting false
information, including the possibility of fine and imprisonment for knowing violations.

     If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring
and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  June 2006 Wastestream Diversions Report

EXHIBIT 4I

35460

# JUNE 2006 WASTESTREAM DIVERSIONS
# SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

SHEET 1/2

( )=possibly
(C)=chlorinated
CD=construction damage
[D]=digested
[H]=heat-treated
FE=faulty equipment

FM=force main
G=grease
GT=grit
INT=intersection
Mi=miscellaneous (see Remarks)
OP=operator error

P=primary/treated
PM=preventive maintenance
PP=paper products
PWR=power
R=rocks
RG=rags
RK=rocks

| DATE | DISCHARGE Estimated Volume (gal) | DISCHARGE Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED STORM DRAIN | RECEIVING WATER Volume (gal) | Removed | OCEAN / STREAM | DISCHARGE POINT | PROBLEM LINE Line | Size | Asset | C A U S E S | Call Rcvd | Call Received | Start | Stop | Day | Hr | Min |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-05-06 | 10 | untreated | 1965 Halekoa Drive | N | | | N | cleanout | lateral | 4 | 413985 | Aline seems to have blocked lateral on Saturday. | | 0926 | 1000 | | | | 34 |
| 06-07-06 | 20 | untreated | 1977 Halekoa Drive | N | | | N | cleanout | lateral | 6 | 413941 | Aline lining main line. | | 0931 | 1045 | | | 1 | 14 |
| 06-11-06 | 350 | untreated | 2490 Kalakaua Avenue | N | | | N | MH#68439 | main | 8 | 691030 | Grease. | 0943 | 1023 | 1031 | | | | 48 |
| 06-12-06 | N/A | untreated | 257 Kalihi Street | N | | | N | cleanout | lateral | 6 | 4007887 | Grease and paper towels. | 1018 | 1115 | 1121 | | | 1 | 5 |
| 06-13-06 | 50 | untreated | 1704 Clark Street | N | | | N | cleanout | lateral | 6 | 364447 | Tissue build up. | 1825 | 1915 | 1930 | | | 1 | 15 |
| 06-14-06 | 20 | untreated | 1875 Kapiolani Boulevard | N | | | N | cleanout | lateral | 6 | 391410 | Grease. | 1300 | 1920 | 1950 | | | | 30 |
| 06-16-06 | 750 | untreated | Intersection of Ahiahi Street & Houghtailing Street | Y | 750 | 0 | Kapalama Canal Y | MH#272855 | main | 6 | 277772 | Rags. | 1203 | 0758 | 0822 | 0830 | | | 34 |
| 06-16-06 | 35 | untreated | 1810 School Street, North | N | | | N | Private cleanout | lateral | 6 | 251907 | Grease and towel rags. | 1242 | 2305 | 010 | | | | 50 |
| 06-18-06 | 165 | untreated | 1618 Houghtailing Street | Y | 155 | 0 | Kapalama Canal Y | MH#272855 | main | 6 | 277772 | Grease, rags and bad joint. | 1200 | 1140 | 1206 | 1213 | | | 33 |
| 06-21-06 | 60 | untreated | 801 Halekauwila Street | Y | 40 | 0 | N | MH#4026586 | main | 8 | 4026587 | Grease. | 1515 | 0700 | 0815 | 0845 | | 1 | 45 |
| 06-22-06 | 150 | untreated | 2199 Kalia Road | Y | 150 | 150 | N | cleanout | main | 8 | 696068 | Grease and sand. | 1218 | 1230 | 1245 | | | 1 | 27 |
| 06-23-06 | 30 | untreated | 2857 Von Hamm Place | N | | | N | cleanout | lateral | 6 | 296275 | Roots. | 0952 | 0952 | 1000 | | | | 8 |

EXHIBIT 41

# JUNE 2006 WASTESTREAM DIVERSIONS
## SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

### SHEET 2/2

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANTS**

| | |
|---|---|
| HN=Honouliuli WWTP | SI=Sand Island WWTP |
| KH=Kahuku WWTP | WM=Waimanalo WWTP |
| KK=Kailua WWTP | WN=Waianae WWTP |
| PK=Paliaa Kai WWTP | WW=Wahiawa WWTP |

| SITE | BOD | TSS | pH Lab | pH Field | D S F (Y/N) | REMEDIAL ACTION | LAST CLEANED | VERBAL NOTICE DEPT OF HEALTH Name (TO/B) | Date/Time | NEWS RELEASE DATE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Contractor reinstated lateral. | 02-09-06 | | | 3-31-06 4-1-06 | Main line is being rehab by Aline Company. C/O located in easement. Aline was doing work on the property. |
| NR | | | | | | Contractor reinstated the lateral. | 07-23-05 | | | | Aline didn't cut hole in lateral. Cleanout located in easement. |
| NR | | | | | | Will place on 6 month PM schedule. | 07-18-05 | | | | Aline is lining main line. Evidence by toilet paper around c/o. |
| NR | | | | | | Will monitor and create EIR. | 12-09-05 | | | | Contained at curbside (Kaaiohian St.) Vacuumed spill. |
| NR | | | | | | Will CCTV lateral to determine problem in the line. | 11-30-05 | | | | Spilled when c/o was opened. Dissipated into gras /area. |
| NR | | | | | Y | Will monitor and create EIR. | 05-09-06 | | | | Evidenced by moisture and waste tissue/debris and dissipated into grassy area - sidewalk. |
| NR | | | | | Y | Will place on one month PM schedule. There were no previous spills at this location. | 12-12-05 | Okubo/Florencio Juan | 04-01- 06/11:30am | | Traced spill to nearest downstream entry point. Kou St. & Haughailing St. Notified Ross at EQ for sample taking. |
| NR | | | | | Y | Will notify resident to not flush rags into sewers. | 03-24-00 | Watson Okubo/Florencio Juan | | | Spilled when cleanout was opened. Dissipated into grassy area. |
| NR | | | | | Y | Will place on one month PM schedule. There were no previous spills at this location. | 12-12-05 | W. Okubo/Florencio Juan | | | About 10 gallons contained on site. DOH notified, grs posted. |
| NR | | | | | Y | Will complete EIR and set PM frequency. | No info | W. Okubo/ Juan | | | Car blocking storm drain. |
| NR | | | | | Y | Will keep cleaning on schedule and monitor construction activities in the area. | 12-13-05 | W. Okubo/Florencio Juan | | | Contained in drain, walkway. |
| NR | | | | | Y | Will clean and not poison the lateral. | 04-22-06 | | 04-01- 06/11:30am | | Nothing discharged into receiving waters. Cleanout located in easement. |

EXHIBIT 4I

35462



**DEPARTMENT OF ENVIRONMENTAL SERVICES**

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 ● KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 ● FAX: (808) 692-5113 ● Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-238

August 15, 2006

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii 96813

Gentlemen and Dr. Fukino:

Subject: July 2006 Spill/Bypass Report, Honouliuli WWTP Permit No. HI0020877

　　　In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills and/or bypasses that occurred in the Honouliuli WWTP collection and treatment system during July 2006.

　　　Please refer to the attached, Honouliuli WWTP July 2006 Wastestream Diversions, by the collections or treatment and disposal systems in the Honouliuli basin for July 2006. Incomplete data entry portion(s) will be provided when received.

　　　I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

　　　If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Services at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment: Honouliuli WWTP July 2006 Wastestream Diversions

EXHIBIT 4I

35464

# JULY 2006 WASTE STREAM DIVERSIONS
## HONOULIULI WWP NPDES PERMIT #HI 0020877

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
IXT=intersection
M=miscellaneous (see Remarks)
O/P=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP    SI=Sand Island WWTP
KH=Kahuku WWTP    WM=Waimanalo WWTP
KK=Kailua WWTP    WN=Waianae WWTP
Pk=Paalaa Kai WWTP    WW=Wahiawa WWTP

| DATE | DISCHARGE Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN Volume (gal) | Removed | OCEAN/STREAM Y N S | DISCHARGE POINT | PROBLEM LINE | PROBLEM Size | CAUSE | ESTIMATED DURATION Time Start/Arrival | Stop | Call Rcvd | Days/Hours | Total (min) | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2006 | 10 | mixed liquor | Naili Street | No | No | N | cleanout | 6 | | Pending | 7/6/2006 0811 | 0816 | 0816 | | 5 | Monitor. | 04-10-06 | Upon opening c/o- caused a spill. Contained on site, dissipation. |
| 7/9/2006 | 60 | untreated | Lii Ipo & Kanuku Street | No | No | N | MH#599718 | lateral 3002449 | 8 | Grease. | 7/9/2006 1227 | 1316 | | | 49 | Monitor. | 02-23-06 | Intermittant spill. Contained on grassy area at the corner. |
| 7/31/2006 | 30 | untreated | TP Honouliuli WWTP | | | | MBR | lateral | | UNCONTROLLED OPERATION MODE STATUS CHANGES | 7/31/2006 1500 | 1611 | | | 71 | MBR UNIT ELECTRICAL POWER SECURED. NOTIFY ROGER BABOCK | N/A | FERD J. ARAMILLA PHONED ROGER BABOCK TO FIND CAUSE OF SPILL.08-01-06 11:35PM, SEE ATTACHED SCAN OF CONVERSATION. ADDITIONALLY, ROSS TANIMOTO PRESENTED PROFESSOR BABCOCK A LIST OF RECURRING PILOT PROJECT MBR SPILLS |

EXHIBIT 4I

35465

EXHIBIT 41

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-253

August 28, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:  July 2006 Spill/Bypass Report
Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the reporting requirements, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during July 2006.

Please refer to the attached, JULY 2006 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, NPDES PERMIT NO. HI 0020117.

In addition, please append to the previously issued May 2006 monthly spills and/or bypasses summary attached, ADDENDUM TO MAY 2006 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, NPDES PERMIT NO. HI 0020117

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true,

35468

EXHIBIT 41

Ms. JoAnn Cola, EPA
Chiyome L. Fukino, M.D.
August 28, 2006
Page Two

accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachments: July 2006 Wastestream Diversions Report
Addendum to May 2006 Wastestream Diversions Report

# JULY 2006 WASTESTREAM DIVERSIONS
## SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

( )=possibly
[C]=chlorinated
CD=construction damage
D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

**SHEET 1/2**

| DATE | Approx Vol (gals) | Treatment Level | LOCATION FACILITY or SEWER LINE | STORM DRAIN | OCEAN/STREAM | Volume (gal) | Removed | SIGNS | DISCHARGE POINT | Line | Size | Asset | CAUSES | Call Received | Start | Stop | Day | Hr | Min |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-05-06 | 2,000 | return flow | TP Sand Island WWTP; CONTRACTOR PRIVATE SPILL, RETURN FLOW PUMP STATION | N | | | | N | return flow pump station | | | | WHY(cause) Contractor's maintenance worker was cleaning the pump station's float tube and went to his truck to get some equipment. Upon his return to the pump station, a spill had occurred. | Ha ry Lovell, M&E Pacific, Inc (808) 845-2573 notified Dor Piepgrass unknown date unknown time | 0730 05july 06 | 0830 | | 1hr | |
| 07-06-06 | 80 | UT | 2490 Kalakaua Avenue | N | | | | N | MH#68939I | main | 6 | 691023 | Roots. | 1000 | 1030 | 1045 | | | 15 |
| 07-06-06 | 75 | UT | 2700 Waialae Avenue | N | | | | N | cleanout | main | 6 | 396358 | Hand towels, pads and tampons. | 0940 | 1035 | 1117 | | 1 | 37 |
| 07-12-06 | 14,000 | primary thickened sludge | TP Sand Island WWTP; PRIVATE SPILL | Y | Honolulu channel | 50 | 0 | | underground pipeline ruptured | undisclosed in contractor's report | | | An underground "Y" fitting ruptured during the 1:00AM feeding cycle. We believe the cause is due to a faulty, defective or damaged fitting. | 1100 | 0100 | 0240 | | 02 | 40 |
| 07-18-06 | 250 | UT | 1750 Kalakaua Avenue | N | | | | N | MH#382497 | main | 8 | 384162 | Grease and heavy paper towels. | 1109 | 1200 | 1338 | | 2 | 29 |
| 07-19-06 | 450 | UT | 1905 Houghtailing Street | Y | None | 450 | 0 | N | cleanout | main | 6 | 277306 | Grease. | 1057 | 1142 | 1210 | | 1 | 13 |

EXHIBIT 4I

# JULY 2006 WASTESTREAM DIVERSIONS
## SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

**TREATMENT PLANTS**
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island W. TP
WM=Waimanalo W. WTP
WN=Waiane WWTP
WW=Wahiawa WV TP

**SHEET 2/2**

| REMEDIAL ACTION | LAST CLEANED | VERBAL NOTICE DEPT OF HEALTH Name (To/By) | NEWS RELEASE DATE | Date/Time | REMARKS |
|---|---|---|---|---|---|
| ACTIONS TO CORRECT SPILL/BYPASS AND PREVENT RECURRENCE: Contractor to provide refresher training to their maintenance workers on procedure to clean float tubes at the Pump Station | | unknown | unknown | unknown | DDC formally notified to have contractor comply with regulatory spill req'ts |
| Rod main line. | 07-18-05 | Scott Miyashiro/Florendo Juan | unknown | 07-10-06/9:55 | Spill contained on roadway. |
| Lots of sand and hair from the animals, will monitor. Need to have EQ talk to them about the sand and hair situation. | 01-25-99 | A. Teruya/Florendo Juan | | 07-10-06/10:45 am | Nothing discharged into receiving waters. |
| The pump feeding the pipe was stopped manually at 2:40AM. The spill was contained in the access road (Road "Q") leading to the scale house by the curbs and the slope of the roadway. Berms were constructed on the intersecting roadway (Road "N") to contain the spill and block potential flow to the storm water system. The spill was removed from the roadway using vactor trucks. After the spill was removed from the road surface, the affected area was hosed down with potable water. This water was removed from the road surface with vactor trucks. The affected area was then disinfected. The pipe line was repaired, hydrotested and placed back into service at 12:00AM on July 13, 2006. | | Don Piergrass (DEQ, C&C-ENV) was notified by telephone at 11:00 on July 12, 2006. Marshal Lum (DOH-WWB) was notified by telephone at 11:30AM on July 12, 2006. Scott Mayashiro (DOH-CWB) was notified by telephone on July 12, 2006 at 12:00PM. | unknown | 12july200 6;11:30 &1200 | ADDITIONAL INFORMATION: The distance to the storm water drain to the site boundary is approximately 600 feet. The nearest body of water is the Honolulu Channel approximately 5,000 feet following the path of the storm water system. Please see attached map |
| Will monitor. | 06-26-06 | Ann Teruya/Florendo Juan | | 07-18-06/2:40pm | Not overflowing upon arrival, m/h began overflowing while line was being cleaned. Approximately 15 gals dissipated on roadway and 235 gallons vacuumed. |
| Will be put on a 1 month rodding PM schedule. | 07-31-99 | Scott Miyashiro/Florendo Juan | | 07-19-06/12:59pm | Per K. Kawahara at EQ at 3 p.m. no wastewater reached stream. S. Miyashiro notified second time at 3:07 p.m. informing him that EQ confirmed to wastewater reached stream. |

EXHIBIT 4I

# ADDENDUM TO MAY 2006 WASTESTREAM DIVERSIONS
## SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

SHEET 1/2

( )=possibly
[C]=chlorinated
CO=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

| DATE | DISCHARGE | | LOCATION | ENTERED RECEIVING WATER | | | | | DISCHARGE POINT | PROBLEM LINE | | | | | C A U S E S | Call Rcvd | ESTIMATED DURATION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Approx Vol (gals) | Treatment Level | FACILITY or SEWER LINE | STORM DRAIN | OCEAN/ STREAM | Volume Removed (gal) | S I G N S | | | Line | Size | Asset | | | | | Call Received | Time | | Day | Hr | Min |
| | | | | | | | | | | | | | | | | | | Start | Stop | | | |
| 5/12/2006 | 300 | return floww | SIWWTP Return Flow Pump Station | N | | | N | | discharge line to RPFS | | | | | | Contractor's over dosage of polymer into the effluent water caused foaming in the discharge line to the RPFS. | 05-12-06 12:30PM | 05-12-06 12:30PM | 1230 | 1330 | 1 | | |

EXHIBIT 4I

35471

# ADDENDUM TO MAY 2006 WASTESTREAM DIVERSIONS
## SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

SHEET 2/2

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP
KH=Kahuku WWTP
KK=Kailua WWTP
PK=Paalaa Kai WWTP

SI=Sand Island WWTP
WM=Waimanalo WWTP
WN=Waianae WWTP
WW=Wahiawa WWTP

| D S F | REMEDIAL ACTION | LAST CLEANED | VERBAL NOTICE DEPT OF HEALTH Name (To/By) | Date/Time | NEWS RELEASE DATE | REMARKS |
|---|---|---|---|---|---|---|
| Y/N | | | | | | |
| Y | Contractor to monitor discharge to Return Flow Pump Station when using polymer in their mix. | | Harry Lovell of M&E Pacific, Inc. phoned Don Piepgrass date/time unknown; no record exists that DOH was notified by Lovell | | | |

EXHIBIT 4I

35472

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000  ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-277

September 21, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:     August 2006 Spill/Bypass Report
             Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

        In accordance with the reporting requirements, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during August 2006.

        Please refer to the attachment, August 2006 Wastestream Diversions, Sand Island WWTP, NPDES Permit No. HI 0020117.

        I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

        If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

                                Sincerely,

                                Ross Tanimoto

                                Dr. Eric S. Takamura, P.E.
                                Director

Attachment:  August 2006 Wastestream Diversions Report

EXHIBIT 41

35474

# AUGUST 2006 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP

## NPDES 1.03 A NPDES Permit No. HI 0020117

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION TIME Start/Arrival | Secure/Spill | TOTAL D | H | M | DISCHARGED FROM | LINE TYPE | LINE SIZE | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER STORM DRAIN Y/N | Volume (gals) | Removed | WATER BODY | S I G N | D S F S | CAUSE | LAST CLEANED | REMEDIAL ACTION | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1867 Laukahi Street | 08-04-06 | 0800 | 1010 | | | 2 | 10 | cleanout | lateral | 6 416617 | 10 | N | | | | N S | N Y Roots. | | 08-02-05 | This trouble cal was a clear out will monit. | Cleanout located in easement. Nothing discharged into receiving waters. |

EXHIBIT 4I

35475

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-298

October 16, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject:    September 2006 Spill/Bypass Report
            Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the reporting requirements, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during September 2006.

Please refer to the attachment, September 2006 Wastestream Diversion, Sand Island WWTP, NPDES Permit No. HI 0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  September 2006 Wastestream Diversions, Sand Island WWTP,
             NPDES Permit No. HI 0020117

EXHIBIT 4I

35477

## SEPTEMBER 2006 WASTESTI EAM DIVERSIONS, SAND ISLAND WWTP
### NPDES 1.03 A NPDES Permit N. HI 002017

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | TIME Start/Arrival Spill | TIME Secure | D | H | M | DISCHARGED FROM | LINE TYPE | SIZE | VOLUME (estimate) (gals) | STORM DRAIN Y/N | Volume (gals) | Removed | WATER BODY | S I G N | D S F CAUSE | LAST CLEANED | REMEDIAL ACTION | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 734 Unit Street | 09-01-06 | 1610 | 1620 | | | | 10 | Cesspool truck | N/A | [redacted] | 5 | N | | | | N S | Cesspool truck missed manhole. | 02-28-06 | NOTE: No corrective action needed this time. | Water around sewer manhole. Nothing discharged into storm drain or receiving waters. |
| 1324 Middle Street | 09-08-06 | 2000 | 2015 | | | 1 | 10 | broken lateral | lateral | 6 | 200 | Y | 150 | 0 | None | N Y | Broken lateral pipe. | 02-13-06 | Lateral repaired on 9/9/06 by G. Malapit. | Spill stopped/minimal usage when informed. Spill traveled at 100 p.m. Spill traveled 3 storm drain mhs in city (thinning out). |
| 444 Waialumo Road | 09-12-06 | 1417 | 1445 | | | | 68 | cleanout | lateral | 6 | 50 | N | | | | N Y | Paper towels. | 06-21-06 | Problem in lateral. | Water dissipated around cleanout. |
| 408 Lievers Street | 09-13-06 | 2100 | 2125 | | | 2 | 5 | cleanout | lateral | 6 | Not listed on map | 70 | N | | | N Y | Paper towels and sanitary pads. | 06-09-06 | Problem in lateral. Will have crew clean 4 times per year. | Dissipated onto sidewalk and grassy area. |
| 165 A. Rose Street | 09-17-06 | 0930 | 1002 | 1020 | | | 60 | MH#110530 | main | 8 | 112191 | 2500 | N | | | Y Y | Grease and sanitary napkins. | 07-13-06 | Will send crew to follow up with rodding on 9/18/06. PM schedule will be adjusted pending follow-up from crew's findings. Request for line to be TV'd was made on 9/20/06. | Entered Gulch, back of address. |
| 1607 Hart Street | 09-22-06 | 1625 | 1635 | 1640 | | 3 | 15 | MH#267264 | main | 8 | 270390 | 160 | N | | | N Y | Rags and paper towels. | 03-06-06 | Vactor flushed mainline on 9/23/06. CCTV to be taped on 9/29/06. Also notified EQ (Ira) to inspect businesses in area for type of discharges into city system. Pending results of CCTV inspection. | Spill dissipated onto roadway. |

EXHIBIT 4I

35478

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-344

December 6, 2006

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:    Amendment to October 2006 Monthly Spill Summary (EMC06-325)
            Honouliuli WWTP Permit No. HI0020877

    In accordance with the STANDARD PROVISIONS & REPORTING
REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994
U.S. Environmental Protection Agency letter, we submit an amendment on details of
spills that occurred in the Honouliuli WWTP collection and treatment system during
October 2006.

    Please refer to the attached list for a summary of spills from the collection and
treatment, and disposal system in the Honouliuli basin for the month of October 2006.

    I certify under penalty of law that this document and all attachments were
prepared under my direction or supervision in accordance with a system designed to
assure that qualified personnel properly gather and evaluate the information submitted.
Based on my inquiry of the person or persons who manage the system, or those
persons directly responsible for gathering the information, the information submitted is,
to the best of my knowledge and belief, true, accurate and complete.  I am aware that

EXHIBIT 41

35480

Regional Administrator
Chiyome L. Fukino, M.D.
December 6, 2006
Page Two


there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Should you have any questions, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

For Dr. Eric S. Takamura, P.E.
Director


Attachment:  Honouliuli WWTP October 2006 Monthly Spill Summary - Amendment

EXHIBIT 4I

35481

# OCTOBER 2006 SPILL SUMMARY - AMENDMENT
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

Legend:

| | | | | |
|---|---|---|---|---|
| C=possibly | FM=force main | PM=preventive maintenance | RP/MT=repair &/or maintenance | |
| CO=chlorinated | G=grease | PP=paper products | S=secondary-treated | TREATMENT PLANTS |
| CD=construction damage | GT=grit | PWR=power | SU=sludge | HN=Honouliuli WWTP   SI=Sand Island WWTP |
| DI=digested | INF=infiltration | R=roots | SW/SUR=storm water/surcharge | KH=Kahala WWTP   WA=Waianae WWTP |
| DP=damaged pipe | INT=intersection | RG=rags | TRIB=tributary | KK=Kailua WWTP   WN=Waimanalo WWTP |
| EX=exfiltration | M=miscellaneous (see Remarks) | RK=rocks | U=unknown | PK=Paalaa Kai WWTP   WW=Waialua WWTP |
| FE=faulty equipment | OP=operator error | | UT=untreated | |

| DATE | DISCHARGE Estimated Volume (gal) | Treatment Level | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN | Volume (gal) | Removed (gal) | OCEAN/ STREAM | S I G N S | DISCHARGE POINT | PROBLEM LINE Line | Size | Asset Number | C A U S E S | ESTIMATED DURATION Time Call Recd | Time Staff Arrival | Time Stop | Days | Hours | Total (min) | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 180 | UT | 98-302 (Kamehameha highway) | N | | | None | N S | cleanout | main | 8 | 8206-42 | Grease & 4" x 3' wood. | 1720 | 1820 | 1900 | | 1 | 40 | 09-26-06 | Contained on ground side of building - occurred up approx. 120 gal. (EMC06-306) |
| | 350 | UT | 91-1010 (Noulu Street) | Y | 300 | 0 | None | N S | main | main | 10 | 2038440 | Grease and tissue build up. | 2130 | 2200 | 2240 | | 1 | | N/A | Reached several storm drain manhole - no receiving waters. (EMC06-307) |
| | 100 | PT | TP HWWWTP MBR Bar Screen Unit | N | | | | N S | MBR Bar Screen Unit | | | | Clogged Bar Screen | 1620 | 1620 | 1625 | | | 5 | N/A | EMC06-343 spill letter issued. |

EXHIBIT 4I

35482

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-324

November 9, 2006

Ms. JoAnn Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:     October 2006 Spill/Bypass Report
             Sand Island Wastewater Treatment Plant (WWTP),Permit No. HI0020117

       In accordance with the reporting requirements, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during October 2006.

       Please refer to the attachment, October 2006 Wastestream Diversion, Sand Island WWTP, NPDES permit No. HI 0020117.

       I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

       If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

                              Sincerely,

                              Dr. Eric S. Takamura, P.E.
                       For    Director

Attachment:  October 2006 Wastestream Diversions Report

EXHIBIT 4I

35484

# OCTOBER 2006 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP
## NPDES 1.03 A NPDES Permit No. HI 0020117

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | TIME Start/Arrival | TIME Secure/Spill | TOTAL D | TOTAL H | TOTAL M | DISCHARGED FROM | LINE TYPE | LINE SIZE | (no.) | VOLUME (estimate) (gal) | STORM DRAIN Y/N | Volume (gal) | Removed | WATER BODY | S I S | D G F | CAUSE | LAST CLEANED | REMEDIAL ACTION | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 560 A Sierra Drive | 10-1-06 | 0630 | 0810 | | | | 40 | AH#864883 | main | 6 | 897244 | 30 | N | | | | | Y N | Roots were from upstream line | 09-23-06 | Will follow up on outlet call. | Nothing discharged into receiving waters. Evidenced by debris around smh. |
| 1566 Noa Street | 10-1-06 | 1020 | 1050 | | | | 35 | roadway | main | 8 | | 150 | N | | | | | Y N | Broken pipe. | 03-31-06 | Lines will be rep' ed. | Water dissipated before entering storm drain or waterways. Lines will be repaired. |
| 918 Naopala Lane | 10-11-06 | 1035 | 1055 | | | | 20 | Toilets in house | main | 6 | 298616 | 60 | N | | | | | Y N | Grease. | 03-28-06 | Will follow up on CCTV and flushing. | Nothing discharged into receiving waters. Water and debris in rental units. Will follow up on CCTV and flushing. |
| 921 Naopala Lane | 10-11-06 | 1035 | 1035 | | | | 20 | cleanout | main | 6 | 298616 | 30 | N | | | | | Y N | Grease. | 03-28-06 | Will follow up on CCTV and flushing. | Nothing discharged into receiving waters. Will follow up on CCTV and flushing. |
| TP SIWWTP Primary Clarifiers 7 & 8 Overflow | 10-15-06 | 0965 | 0955 | 1030 | | | 35 | clarifiers odor control conduit wall penetration clearance | | | | 2200 | N | | | | | Y N | plant backup due to loss of HECO and backup power | | contain, cleaning & repair faulty backup or equipment, migrate plant equipment pickup power architecture to normalized to | (2) FEMA standby backup power temporary generators to substitute during interim until repairs completed satisfactorily. |
| 966 Leighton Street | 10-22-06 | 1026 | 1063 | 1063 | | | 25 | 4" pvc broken | lateral | 4 | 418643 | N/A | N | | | | | Y N | Broke 4&6 into or 4" pvc floating line. | 03-24-06 | Will repair main 4" late. on 10/22/06. | Will follow around 966' Akuna St. Repaired 4" lateral on 10/22/06. |
| 2919 Hoku Way | 10-25-06 | 1324 | 1345 | 1445 | | 1 | 21 | Ground near SMH | main | 8 | 235344 | 30 | N | | | | | Y N | Broken pipe (Crack pipe was patched) | | Will repair main as soon as reconverting/building retaining wall. | Water was pumped into SMH by contractor. Nothing discharged into receiving waters. |

EXHIBIT 4I

35485

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308, KAPOLEI, HI 96707
TELEPHONE: (808) 692-5159 FAX: (808) 692-5113 WEBSITE: http://www.co.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-010

January 24, 2007

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject:    November 2006 Spill/Bypass Report
            Sand Island Wastewater Treatment Plant (WWTP), Permit No.HI0020117

In accordance with the reporting requirements, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during November 2006.

Please refer to the attachment, November 2006 Wastestream Diversions, Sand Island WWTP, NPDES Permit #HI0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

EXHIBIT 4I

35487

Ms. Jo Ann Cola, EPA
Chiyome L. Fukino, M.D., DOH
January 24, 2007
Page Two

If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  November 2006 Wastestream Diversions, Sand Island WWTP

EXHIBIT 4I

35488

## NOVEMBER 2006 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP
### NPDES 1.03 A NPDES Permit No. HI 0020117

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | TIME Start/ Arrival | TIME Secure/ Spill | D | H | M | DISCHARGED FROM | LINE TYPE | LINE SIZE | No. | VOLUME (estimate) (gals) | Y/N | STORM DRAIN Volume (gals) | Removed | WATER BODY | CAUSE | REMEDIAL ACTION | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keeaumoku Street | 11-01-06 | 1244 | 1315 | 1316 | | | 1 | cleanout | lateral | 6 | 383813 | 5 | N | | | | | Grease. | Will have night vactor crew flush the main line on 11/2/06. | Cleanout discharged when open to release back up. |
| SIWWTP Primary Clarifiers 7/8 | 11-02-06 | 1842 | 1145 | 1330 | | 01 | 45 | clarifiers odor control penetration | main | ■ | | 64000 | Y | 64000 | 0 | Honolulu Harbor | ongoing plant upgrades and modification improvements | Two news releases were issued on November 02, 2006. Receiving waters circulation patterns were determined by the use of drogues as down on November 03, 2006. Signs were posted by 12:17pm November 03, 2006. Contact was made with private industries in the area to warn them of the possible hazards associated with the spill and, that they would be contacted upon event closure. Sampling commenced November 03, 2006. The spill event was secured from on November 06, 2006. | |
| Pali Highway | 11-02-06 | 1248 | 1330 | 1420 | | 1 | 32 | MH#256562 | lateral | 6 | 257453 | 920 | N | | | Nuuanu Stream | Roots and rags. | Will PM mainline and CCTV for defects. | |
| Waikamilo Road | 11-03-06 | 1520 | 1610 | 1725 | | 1 | 15 | cleanout | lateral | 6 | 403426 | 150 | Y | 50 | 0 | Kalihi Stream | Sanitary pads and paper towels. | H. Ellis assigned this follow up, writing for findings. | Rubbish debris soaked up spill in drain. |
| Dillingham Boulevard | 11-09-06 | 0906 | 0926 | | | | 20 | cleanout | lateral | 6 | 305037 | 3 | N | | | | Possible break. | Will repair by December 29, 2006. | Signs of overflow of sewage around c/o and sidewalk. |
| Kaaloa Place | 11-14-06 | 1115 | 1215 | | | | | ground | N/A | | | 100 | N | | | Kalihi Stream | Grease. | Submitted CCTV request for defects. | Cleanout at property pin is buried. |
| Auwaiolimu Street | 11-13-06 | 1214 | 1230 | 1230 | | | 16 | cleanout | lateral | 6 | 4000744 | 20 | N | | | | Grease. | Submitted CCTV request for defects. | Cleanout discharged when open to release back up. |

EXHIBIT 4I

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-004

January 12, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii 96813

Gentlemen and Dr. Fukino:

Subject:     December 2006 Monthly Spill Summary
             Honouliuli WWTP Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills that occurred in the Honouliuli WWTP collection and treatment system during December 2006.

Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of December 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Services at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  December 2006 Monthly Spill Summary

EXHIBIT 4I

35491

# DECEMBER 2006 MONTHLY SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EX=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
O=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

| DATE | DISCHARGE | | LOCATION FACILITY/SEWER LINE | STORM DRAIN | | ENTERED RECEIVING WATER | | S I N G S | DISCHARGE POINT | PROBLEM LINE | | | CAUSE | ESTIMATED DURATION | | | | | | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Volume (gal) | Treatment Level | | Volume (gal) | Removed | OCEAN/STREAM | | | | Line Size | Asset Number | | | Time Start/Arrival | Stop | Days | Hours | Total (min) | | | |
| 09-Dec-06 | 100 | Primary scum and rinse water combined | TP HWWTP Primary Clarifiers Scum Pit | N | | | | N S | Overflow from Scum Pit | | | | The float controllers in the scum pit lost power due to damaged wiring | 1915 | 1945 | | | 30 | | See spill letter EMC06-364 dated 12/29/06. |

EXHIBIT 4I

35492

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-005

January 17, 2007

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject: December 2006 Spill/Bypass Report
Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the reporting requirements, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during December 2006.

Please refer to the attachment, December 2006 Wastestream Diversion, Sand Island WWTP, NPDES Permit No. HI 0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that

EXHIBIT 4I

35494

Ms. Jo Ann Cola (WTR-7)
Chiyome L. Fukino, M.D.
January 17, 2007
Page Two

there are significant penalties for submitting false information, including the possibility
of fine and imprisonment for knowing violations.

    If there are any questions on this matter, please contact Ross Tanimoto of
our Monitoring and Compliance Branch, Division of Environmental Quality
at (808) 692-5371.

        Sincerely,

        Dr. Eric S. Takamura, P.E.
        Director

Attachment:  December 2006 Wastestream Diversions Report, Sand Island WWTP

EXHIBIT 41

35495

# DECEMBER 2006 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP
# NPDES 1.03 A NPDES Permit No. HI 0020117

| LOCATION FACILITY or SEWER LINE | DATE | CALL REC'D | ESTIMATED DURATION TIME Start/Arrival | ESTIMATED DURATION TIME Secure Spill | TOTAL D | TOTAL H | TOTAL M | DISCHARGED FROM | LINE TYPE | LINE SIZE | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER Y/N | STORM DRAIN Volume (gals) | STORM DRAIN Removed | WATER BODY | CAUSE | REMEDIAL ACTION | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 641 Keeaumoku Street | 12-11-06 | 1038 | 1105 | 1126 | | | 48 | cleanout | lateral | 6 | 383762 | 70 | N | | | | Grease. | EQ investigation ongoing. Owner's need to retrofit their grease traps. Until then will monitor lateral and main line. | 70 gal was returned back into system through cleanout. Back up released at 60' from cleanout. |
| 824 Pumehana Street | 12-12-06 | 2330 | 2355 | 045 | | 1 | 15 | cleanout | main | 6 | 391568 | 70 | N | | | | Grease. | Line flushed by M. Distajo on 12/13/06. Will adjust PM frequency if needed. | Dissipated onto ground and grassy area. |
| 444 Waiakamilo Road | 12-21-06 | 0835 | 0835 | 0854 | | | 19 | cleanout | lateral | 6 | 4034426 | 20 | N | | | | Rags and tampons. | Repairs started on 12/26/06. | Cleanout discharged when opened. Dissipated into ground. |
| 1930 Alaeloa Street | 12-23-06 | 1050 | 1050 | 1103 | | | 13 | MH#412994 | main | 8 | 413980 | 65 | N | | | | Roots. | Will follow up on rodding main line. | Contained and dissipated on site. |
| TP SIWWTP FM Break | 12-26-06 | 0938 | 0830 | 1210 | 3 | | 40 | Cracks in FM located southeast adjacent to property fenceline about centerway | FM, RCP built 3/7/79 no rehab | 66 | 2002570 | 200 | N | | | | The cause of cracking is probably due to pipe age, stress from live loads above and corrosion. | The force main was secured, the area excavated and the multiple cracks water plugged. Signs were posted and lateral removed when the condition was assessed safe. Permanent repair work is scheduled. The force main will remain in standby for emergency use, e.g., during heavy rains. | The potential for more cracks to occur if not already existent, was professed by the chief because of known stressing conditions imposed from historical work in the area. |
| 1267 Mikole Street | 12-27-06 | 1230 | 1310 | | | | 40 | Contractors bypass hose came out of manhole | N/A | -- | N/A | 25 | Y | 20 | 0 | Sand Island Beach Park | Contractors hose not supported inside of manhole. | Contractor cleaned affected areas. Contractor made adjustments to discharge hose. | Checked 3 storm drain manholes downstream of spill, heavy debris (leaves, trash) holding back water. No signs of water ponding. |
| 2680 Manoa Road, & East | 12-27-06 | 1520 | 1605 | 1635 | | 1 | 15 | cleanout | lateral | 6 | 388824 | 5 | N | | | | Roots and separation. | Will repair as soon as possible. | Contained and dissipated on site. |
| 2028 Wilder Avenue | 12-27-06 | 1626 | 1703 | 1800 | | 1 | 34 | cleanout | lateral | 6 | 364643 | 5 | N | | | | Pending. | Follow up with CCTV. | Contained and dissipated on site. |
| 847 A Kualono Street | 12-29-06 | 1420 | 1450 | | | | 30 | cleanout | lateral | 6 | 254987 | 5 | N | | | | Roots. | Will follow up on eeling lateral. | Evidence of spills around cleanout (toilet paper). |
| 348 Kupu Place | 12-31-06 | 0958 | 1030 | 1050 | | | 52 | cleanout | lateral | 6 | 257897 | 10 | N | | | | Pending. | Follow up with CCTV. | Sewer water in small trench. Cleanout opened by party, contained on site. |

EXHIBIT 4I

**CITY AND COUNTY OF HONOLULU**
1000  ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-029

February 5, 2007

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:     January 2007 Spill/Bypass Report
             Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

        In accordance with the reporting requirements, Section I, Items 2.c. and 2.d. of the Sand
Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we submit
details of spills and/or bypasses that occurred in the Sand Island WWTP collection and
treatment system during January 2007.

        Please refer to the attachment, January 2007 Wastestream Diversions, Sand Island
WWTP, NPDES Permit No. HI 0020117.

        I certify under penalty of law that this document and all attachments were prepared under
my direction or supervision in accordance with a system designed to assure that qualified
personnel properly gather and evaluate the information submitted.  Based on my inquiry of the
person or persons who manage the system, or those persons directly responsible for gathering
the information, the information submitted is, to the best of my knowledge and belief, true,
accurate and complete.  I am aware that there are significant penalties for submitting false
information, including the possibility of fine and imprisonment for knowing violations.

        If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring
and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

                                        Sincerely,

                                        Eric S. Takamura

                                        Dr. Eric S. Takamura, P.E.
                                        Director

Attachment:  January 2007 Wastestream Diversions Report

EXHIBIT 4I

35498

**JANUARY 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP**

**NPDES 1.03 A NPDES Permit No. HI 0020117**

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | TIME Arrival | TIME Spill Secure | TOTAL D H M | DISCHARGED FROM | LINE TYPE | LINE SIZE | VOLUME (estimate) (gal) | Y/N | STORM DRAIN Volume (gal) | Removed | WATER BODY | CAUSE | REMEDIAL ACTION | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2218 A Jennie Street | 01-07-07 | 0810 | 08 4 | 0845 | 35 | cleanout | lateral | 6 | 249827 | 25 | N | | | | Roots/pending. | Will follow up on rodding the main line and lateral. | Upon opening c/o - riser. Contained on site, dissipated. Problem may still be in the riser. |
| 628 King Street North | 01-09-07 | 1509 | 15 0 | 1547 | 38 | cleanout | lateral | 6 | 304839 | 5 | Y | 5 | 0 | | Pending. | Crew to follow up with electric eel and t.v. lateral. | Very small seepage. |
| 1938 King Street South | 01-09-07 | 1750 | 18 1 | 1848 | 56 | cleanout | lateral | 6 | 1005345 | 1 | N | | | | Grease. | Crew to follow up with electric eel and t.v. lateral. | Contained on site - dissipated. |
| 1332 A Mamalu Street | 01-14-07 | 0640 | 06 1 | 0632 | 1 | cleanout | lateral | 8 | 255550 | 2 | N | | | | Roots. | Will follow up on CCTV and cleaning the lateral. | Upon opening c/o spill occurred. Contained and dissipated on site. |

EXHIBIT 4I

35499

DEPARTMENT OF ENVIRONMENTAL SERVICES

## CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Second Deputy Director

May 4, 2007

EMC 07-104

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject:    March 2007 Spill/Bypass Report
            Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the reporting requirements, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during March 2007.

Please refer to the attachment, March 2007 Wastestream Diversions, Sand Island WWTP, NPDES Permit No. HI 0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that

EXHIBIT 4I

35501

Ms. Jo Ann Cola (WTR-7), EPA
Chiyome L. Fukino, M.D.
May 4, 2007
Page Two

there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

    If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 527-6758.

                    Sincerely,

                    Dr. Eric S. Takamura, P.E.
            For     Director

Attachment:  March 2007 Wastestream Diversions, Sand Island WWTP

EXHIBIT 4I

35502

# MARCH 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP
## NPDES 1.03 A NPDES Permit No. HI 0020117

| LOCATION / FACILITY or SEWER LINE | DATE | CREW | ESTIMATED DURATION TIME Start/Arrival | Spill/Secure | TOTAL D/H/M | DISCHARGED FROM | LINE TYPE | SIZE | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER Y/N | STORM DRAIN Volume (gals) | Removed | WATER BODY | CAUSE | REMEDIAL ACTION | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1732 Mililani Way | 03-03-07 | No. all m 1 pu c. | 1130 | 1131 | 1 | cleanout | main | ▓ | 6867687 | 5 | N | | | | Roots. | Will CCTV lateral. | Release choke w/up with hand cable. Water in riser and toilet paper around cleanout. |
| 2121 King Street, South | 03-07-07 | 3 | 1316 | 1347 | 39 | cleanout | lateral | 6 | 390283 | 50 | Y | 30 | 20 | None | Grease and sag at 32 Will eet the lateral feet. | | Seems to be a sag with grease. Nothing discharged into receiving waters. Water dissipated in dirt. |
| 2301 Waiomao Road | 03-23-07 | 0 | | 2200 | 12 | Broken main line | main | 8 | 376194 | 40 | Y | 40 | 0 | Palolo Stream | Broken pipe. | Pipe repaired. | Dripping into storm drain. "Confirmed minute leak into storm drain from CCTV inspection at approximately 2:15 p.m. |
| 2748 B Lanikea Road | 03-26-07 | 06-3 | 1014 | | 38 | Lateral | lateral | 6 | 295239 | 5 | N | | | Break. | Repair completed on 3-26-07. | Intermittant spill. Ongoing minute. Contained in back of 2748 B Lanikea Road. |
| 1419 Ala Adami Street | 03-27-07 | 6 | 1229 | | 23 | cleanout | lateral | 6 | 215685 | 5 | N | | | | Roots. | Rod main line per work order. | Toilet tissue around cleanout. Rooter opened c/o, released by plumber. |

EXHIBIT 4I

35503

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

**MUFI HANNEMANN**
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Second Deputy Director

EMC 07-148

July 13, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii 96813

Gentlemen and Dr. Fukino:

Subject:    June 2007 Spill Summary
            Honouliuli WWTP, Permit No. HI0020877

        In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS,
Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental
Protection Agency letter, we submit details of spills that occurred in the Honouliuli WWTP
collection and treatment system during June 2007.

        Please refer to the attached list for a summary of spills from the collection and treatment,
and disposal system in the Honouliuli basin for the month of June 2007.

        In addition, the following laboratory analysis results of cleanout overflow samples taken
on June 18, 2007, at 94-1116 Nalii Street, and on June 25, 2007, at 98-204 Aiea Kai Place are
provided, respectively:

        $BOD_5$ (mg/L) =   228     TSS (mg/L) =   672     pH (Units) = 7.82
        $BOD_5$ (mg/L) = 4,260    TSS (mg/L) = 9,840     pH (Units) = 7.00

        I certify under penalty of law that this document and all attachments were prepared under
my direction or supervision in accordance with a system designed to assure that qualified
personnel properly gather and evaluate the information submitted. Based on my inquiry of the

EXHIBIT 4I

35505

Regional Administrator, EPA
Chiyome L. Fukino, M.D.
July 13, 2007
Page Two

person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Cleveland Jaramilla at (808) 692-5115 or Lesley Toyota at (808) 692-5209 of our Monitoring and Compliance Branch, Division of Environmental Services.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment: June 2007 Monthly Spill Summary

EXHIBIT 4I

35506

# JUNE 2007  SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

( )=possibly

[C]=chlorinated

CD=construction damage

[D]=digested

DP=damaged pipe

EXF=exfiltration

FE=faulty equipment

FM=force main

G=grease

GT=grit

[H]=heat-treated

INT=intersection

M=miscellaneous (see Remarks)

OP=operator error

P=primary-treated

PM=preventive maintenance

PP=paper products

PWR=power

R=roots

RG=rags

RK=rocks

| DATE | DISCHARGE | | LOCATION: FACILITY OR SEWER LINE | ENTERED RECEIVING WATER | | | | S I G N S | DISCHARGE POINT | PRO LI | |
|------|-----------|---|--------------------------------|------------|---|---|---|-----|-----------------|------|---|
| | Estimated Volume (gals) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line | Siz |
| 06-18-07 | 80 | UT | 94-1118 Nalii Street | N | | | | N | cleanout | lateral | 6 |
| 06-19-07 | 10 | UT | 92-617 Palailai Street | N | | | | N | cleanout | lateral | 6 |
| 06-25-07 | 60 | UT | 98-204 Alaa Kai Place | N | | | | N | cleanout | lateral | 6 |

EXHIBIT 4I

35507

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

July 27, 2007

EMC 07-164

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject:    June 2007 Spill/Bypass Report
            Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

        In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d., of
the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998,
we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection
and treatment system during June 2007.

        Please refer to the attachment, June 2007 Wastestream Diversions, Sand Island
WWTP, NPDES Permit No. HI 0020117.

        I certify under penalty of law that this document and all attachments were prepared under
my direction or supervision in accordance with a system designed to assure that qualified
personnel properly gather and evaluate the information submitted. Based on my inquiry of the
person or persons who manage the system, or those persons directly responsible for gathering
the information, the information submitted is, to the best of my knowledge and belief, true,
accurate and complete. I am aware that there are significant penalties for submitting false
information, including the possibility of fine and imprisonment for knowing violations.

        If there are any questions on this matter, please contact Don Piepgrass of our Monitoring
and Compliance Branch, Division of Environmental Quality at (808) 527-6758.

                                    Sincerely,

                                    Eric S. Takamura, Ph.D., P.E.
                                    Director

Attachment:  June 2007 Wastestream Diversions Report

EXHIBIT 4I

35509

# JUNE 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP
## NPDES Permit No. HI 0020117

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | Start/Secure Arrival | Secure/Spill | D | H | M | DISCHARGED FROM | TYPE | LINE SIZE | | VOLUME (estimated) (gal) | Y/N | STORM DRAIN Volume (gal) | Removed | WATER BODY | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2657 Ferdinand Avenue | 06-02-07 | 1104 | 1232 | | | 1 | 28 | cleanout | lateral | 8 | 324450 | 6 | N | | | | Dirt and grit. | Waste water dissipated into the ground. Contacted on site. Performed CCTV lateral inspection, removed roots and applied roots. |
| 1118 Kamala Street | 06-08-07 | 1515 | 1645 | 1725 | | 2 | 10 | cleanout | main | 8 | 383300 | 25 | N | | | | Grease. | Waste water dissipated into the ground. Performed vactor flushing of main line on 6/8/07. CCTV inspection is pending. Main line on Pk'nacosta may have problems. DDC to investigate subcontractor whether this backup might is caused from the new condo in this area. |
| Atkinson & Mahukona Street | 06-08-07 | 1310 | 1330 | | | | 20 | MH932875 | main | 12 | 384300 & 384317 | 85 | N | | | | Grease. | Removed water from manhole to prevent more water from overflowing onto the street. Night vactor crew performed cleaning on 6/11/07. |
| 470 Hao Street | 06-10-07 | 1000 | 1034 | 1116 | | 1 | 16 | cleanout | lateral | 4 | 420086 | 5 | N | | | | Roots. | Waste water observed around cleanout. Waste water combined and dissipated on site. Spill occurred when toilet was flushed. Found roots. Cleared roots with electric eel and snaked roots on 6/12/07. |
| 1507 Ehupua Place | 06-11-07 | 1022 | 1058 | 1108 | | | 46 | cleanout | lateral | 6 | 462089 | 10 | N | | | | Roots. | Waste water observed in the area of the cleanout. Waste water combined and dissipated on site. Crew will follow up on clearing the lateral. CCTV inspection and application of roots. |
| 2012 Pacific Heights Road | 06-11-07 | 1059 | 1130 | | | | 31 | MH4029461 | lateral | 8 | 4029462 | 15 | Y | 5 | 0 | None | Grease and rags. | Found evidence of toilet paper and wastewater only in address. Wastewater had dissipated. Crew will follow up on rodding main line. |
| 2829 Dole Street | 06-13-07 | 1930 | 2010 | 2200 | | 2 | 30 | MH4027642 | main | 6 | 4027643 | 150 | N | | | | Rocks. | Wastewater dissipated into the grassy areas at Kanela Park. Crew rodded the line and reseted the blockage on 6/14/07. |
| 1314 King Street, South | 06-22-07 | 1152 | 1220 | | | | 28 | cleanout | lateral | 8 | 356213 | 10 | N | | | | Grease and rags. | Found evidence of toilet paper and rags around the cleanout. Wastewater was not dissipated into receiving waters. Crews cleared the lateral with an electric eel and performed CCTV inspection using the lateral camera. |
| 1875 Kapiolani Boulevard | 06-27-07 | 2300 | 2330 | 2340 | | | 40 | cleanout | lateral | 8 | 391410 | 50 | N | | | | Grease and rocks. | Wastewater dissipated into the ground. Line to be reopened pending HECO approval. There are high voltage electrical lines along side of the sewer pipe to be repair. |

EXHIBIT 4I

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 07-174

August 14, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii 96813

Gentlemen and Dr. Fukino:

Subject:    July 2007 Spill Summary
            Honouliuli WWTP, Permit No. HI0020877

        In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills that occurred in the Honouliuli WWTP collection and treatment system during July 2007.

        Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of July 2007.

        I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

        If there are any questions related to this matter, please contact Cleveland Jaramilla at (808) 768-3253 or Lesley Toyota at (808) 768-3254 of our Monitoring and Compliance Branch, Division of Environmental Services.

                            Sincerely,

                            Eric S. Takamura

                            Eric S. Takamura, Ph.D., P.E.
                            Director

Attachment: July 2007 Spill Summary

EXHIBIT 4I

35512

# JULY 2007 SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RO=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

W.AS=waste activated sludge

**TREATMENT PLANTS**
HN=Honouliuli WWTP  SI=Sand Island WWTP
KH=Kahuku WWTP  WM=Waimanalo WWTP
KK=Kailua Kai WWTP  WN=Waianae WWTP
PK=Paalaa Kai WWTP  WW=Wahiawa WWTP

| DATE | DISCHARGE Estimated Volume (gals) | Treatment Level | LOCATION: FACILITY OR SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | SIGNS | DISCHARGE POINT | PROBLEM LINE Line Size | Asset Number | CAUSES | ESTIMATED DURATION Call Rcvd | Start/ Arrival Time | Stop | Total Time D | H | M | LAST CLEANED | REMARKS |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 07-12-07 | 30 | See Remarks | TI HNWWTP return flow pump station discharge header | N | | | N S | Hairline crack of PVC fitting for return flow pump station discharge header | N/A | | plant operator speculated long term UV sunlight exposure weathered PVC fitting | N/A | 7/12/07 08:30 | 7/18/07 11:30 | 6 | 3 | | N/A | The spilled wastewater consisted of primary clarifide, scrubber water from the central odor control system, and intermittent plant wastewater discharge. A spill letter will be issued. |
| 07-31-07 | 1300 | UT | 98-78 lho Place | Y | 1200 | 0 | Y | MH#604612 | main | 8 | 605823 | Roots. | 1555 | 1625 | 1735 | | 1 | 40 | 07-30-00 | Wastewater entered dry water hole (Waimalu Dry Stream Bed). Made visual inspection of drains in golf course, no signs or smells from entry point to side of freeway 1.7 miles from spill point. On 8/1/07, rodding of mainline was performed and subsequent CCTV inspection followed. Results of the inspection are pending. |

EXHIBIT 4I

35513

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308, KAPOLEI, HI 96707
TELEPHONE: (808) 768-3486 FAX: (808) 768-3487 WEBSITE: http://www.co.honolulu.gov



**MUFI HANNEMANN**
Mayor

**ERIC S. TAKAMURA, Ph.D., P.E.**
Director

**KENNETH A. SHIMIZU**
Deputy Director

**ROSS S. TANIMOTO, P.E.**
Deputy Director

EMC 07-178

August 28, 2007

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject:    July 2007 Spill/Bypass Report
            <u>Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117</u>

In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during July 2007.

Please refer to the attachment, July 2007 Wastestream Diversions, Sand Island WWTP, NPDES Permit No. HI 0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3335.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:  July 2007 Wastestream Diversions Report

<span style="color:red">EXHIBIT 41</span>

35515

# JULY 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP
# NPDES Permit No. H 0020117

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated |
| | | | WAS=waste activated sludge |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION TIME Start/Arrival | Secure Spill | D | H | M | DISCHARGED FROM | TYPE | SIZE | LINE | VOLUME (estimate) (gals) | Y/N | STORM DRAIN Volume (gals) | Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1442 Mokuna Place | 07-__-07 | 1915 | 2025 | 2115 | | 2 | | Private cleanout | lateral | 6 | 403800 | 50 | N | | |
| 55 Ala Kimo Drive | 07-__-07 | 1141 | 1220 | 1220 | | | 39 | cleanout | lateral | 6 | 259780 | 15 | N | | |
| 1623 Kealia Drive | 07-__-07 | 1030 | 1108 | 1149 | | 1 | 19 | ground | main | 6 | 251850 | 3 | N | | |
| 1206 King Street, South | 07-1_-07 | 1630 | 1725 | 1805 | | 1 | 35 | Broken 4" ci pipe | lateral | 6 | No # for lateral listed on map | 60 | N | | |
| 654 Walea Place | 07-__-07 | 1343 | 1410 | 1438 | | | 55 | Road | main | 6 | 287332 | 20 | N | | |
| 1762 Alewa Drive | 07-__-07 | 1405 | 1515 | | | 1 | 10 | cleanout | lateral | 6 | 255113 | 5 | N | | |
| 2025 Puowaina Drive | 07-__-07 | 1645 | 1730 | | | | 45 | cleanout | lateral | 6 | 320439 | 50 | N | | |
| 1457 Ohialoke Street | 07-1_-07 | 0905 | 1000 | 1045 | | 1 | 40 | MH#460544 | main | 6 | 482150 | 95 | N | | |
| 2488 Kapiolani Boulevard | 07-__-07 | 1525 | 1720 | 1830 | | 3 | 5 | cracks on sidewalk | lateral | 6 | 391906 | 175 | N | | |
| TP SIWWTP, Up to 1,000 gallons of digested sludge exited the strain press and flowed out the Southwest bay door of building no. six | 07-__-07 | N/A | 2000 | 2030 | | | 30 | Strain press top hatch | | | | 1000 | N | | |

EXHIBIT 4I

tc=terra cotta pipe
cl=cast iron pipe
di=ductile iron pipe
rc=reinforced concrete pipe
vc=vitrified cly pipe

TREATMENT PLANTS
HN=Honouliuli WWTP    SI=Sand Island WWTP
KH=Kahuku WWTP    WM=Waimanalo WWTP
KK=Kailua WWTP    WN=Waianae WWTP
PK=Paalaa Kai WWTP    WW=Wahiawa WWTP
TP=treatment plant

| WATER WATER BODY | CAUSE | REMARKS |
|---|---|---|
| | Damaged lateral. | Dissipated into ground. Lateral line was repaired on 8/13/07. |
| | Roots. | Evidenced by toilet paper around cleanout. Water dissipated. Nothing discharged into receiving waters. |
| | Roots and broken tc pipe. | Probably crack or separated joint. (Very small leak). Main line rodded on 6/09/07. |
| | Mud and possible broken pipe. | Contained in excavated trench, dissipated into ground. Repair completed on 7/12/07. |
| | Roots. | Water dissipated into ground. Nothing discharged into receiving waters. CCTV of main line showed defects. Repairs will be made. |
| | Roots. | Water dissipated. Nothing discharged into receiving waters. Place on PM list for laterals. |
| | Possibly 4" cap fell into cleanout riser. | Waste tissue and moisture around cleanout. Dissipated onto road and ground. Cleanout cap was missing. City replaced cap. CCTV of line show no obstruction of lines. |
| | Roots. | Water dissipated into ground along hillside. Nothing discharged into receiving waters. Main line rodded and roots removed on 7/18/07. |
| | Damaged lateral. | Dissipated onto sidewalk and curb - vacuumed most of spill. Line was CCTV. Repairs will be made. |
| | The strain press was clogged with fiber and the back pressure cause digested sludge to flow out the top hatch. | ADDITIONAL REMEDIAL MEASURES: A blow out sensor for the strain press will be installed that will automatically disable the feed pumps to prevent a future occurance. |

EXHIBIT 41

35517

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

September 13, 2007

EMC 07-192

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:     August 2007 Monthly Spill Summary
             Honouliuli WWTP, Permit No. HI0020877

      In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills that occurred in the Honouliuli WWTP collection and treatment system during August 2007.

      Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of August 2007.

      I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

      If there are any questions related to this matter, please contact Lesley Toyota at (808) 768-3254 or Cleveland Jaramilla at (808) 768-3253 of our Monitoring and Compliance Branch, Division of Environmental Services.

                              Sincerely,

                              Eric S. Takamura, Ph.D., P.E.
                              Director

Attachment:  Honouliuli August 2007 Spill Summary

EXHIBIT 41

35519

# AUGUST 2007 SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

WAS=waste activated sludge

TREATMENT PLANTS
HN=Honouliuli WWTP    SI=Sand Island WWTP
KH=Kahuku WWTP    WM=Waimanalo WWTP
KK=Kailua WWTP    WN=Waianae WWTP
PK=Paalaa Kai WWTP    WW=Wahiawa WWTP

| DATE | DISCHARGE Estimated Volume (gal) | DISCHARGE Treatment Level | LOCATION: FACILITY OR SEWER LINE | ENTERED RECEIVING WATER STORM DRAIN | ENTERED RECEIVING WATER Volume (gal) | ENTERED RECEIVING WATER Removed | ENTERED RECEIVING WATER OCEAN/STREAM | S I G N S | DISCHARGE POINT | PROBLEM LINE Line | PROBLEM LINE Size | PROBLEM LINE Asset Number | C A U S E S | Call Rcvd | ESTIMATED DURATION Start/Arrival | ESTIMATED DURATION Stop | Total Time D | Total Time H | Total Time M | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-22-07 | 15 | UT | 99-141 Hoea Place | N | | | | | cleanout | lateral | 6 | 4008/12 | Roots | 0850 | 1040 | | | | 50 | 02-05-07 | Water dissipated. Cleaned roots with eel and roots. CSM staff did not witness water spilling upon arrival, only evidence of toilet paper around cleanout. |

EXHIBIT 4I

35520

DEPARTMENT OF ENVIRONMENTAL SERVICES

## CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

**MUFI HANNEMANN**
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

September 28, 2007

EMC 07-197

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:     August 2007 Spill/Bypass Report
             Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the <u>REPORTING REQUIREMENTS</u>, Section I, Items 2.c. and 2.d., of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during August 2007.

Please refer to the attachment, August 2007 Wastestream Diversions, Sand Island WWTP, NPDES Permit No. HI 0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3335.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:  August 2007 Wastestream Diversions Report

EXHIBIT 4I

35522

# AUGUST 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, SEWER LATERALS
## NPDES Permit No. HI 00 :0117

**Legend**

( ) = possibly
[C]=redirected
CD=construction damage
[D]=digested
DP=damaged pipe
EX=exfiltration
FE=fill/equipment

FM=force main
G=grease
GT=grit
[H]=high tide
INT=intersec_in
M=miscellan_us (see Remarks)
OP=operator_mor

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SWSU/R=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated
WAS=waste activated sludge

tc=terra cotta pipe
ci=cast iron pipe
di=ductile iron pipe
rc=reinforced concrete pipe
vc=vitrified c/y pipe

**TREATMENT PLANTS**
HN=Honouliuli WWTP    SI=Sand Island WWTP
KH=Kahuku WWTP    WM=Waimanalo WWTP
KK=Kailua WWTP    WN=Wahiawa WWTP
PK=Paalaa Kai WWTP    WW=Wahiawa WWTP
TP=treatment plant

| LOCATION FACILITY or SEWER LINE | DATE | CALL REC'D | Time Start/Final | Secure | D | H | M | DISCHARGED FROM | TYPE | LINE SIZE | VOLUME (estimate) (gals) | STORM DRAIN Y/N | Volume (gals) | Removed | WATER BODY | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 603 Hao Street | 08-01-07 | 07-31-07 1822 | 305 | 1315 | | | 3 | cleanout | lateral | 420021 / 6 | 5 | N | | | | Roots. | Call received on 7/31/07. Caller reported backup (not spilling) and requested crew to come the following day when someone would be at the residence. Evidence only upon arrival. Duration estimated between 2-3 hours and intermittent based on single family residence probable peak flow period. Nothing discharged into receiving waters, water dissipated. Eel cleanout and remove roots and Root. |
| 871 Kapiolani Boulevard | 08-02-07 | 1235 | 310 | 1320 | | | 45 | cleanout | lateral | 344852 / 5 | 5 | N | | | | Grease & paper towels. | Cleanout overflowing when opened. Water dissipated. Cleaned grease with eel and TV'd on 8/2/07. |
| 1847 Kuakini Street | 08-07-07 | 1900 | 320 | 1945 | | | 45 | cleanout | lateral | 119939 / 6 | 80 | N | | | | Roots. | Dissipated into ground. Eeled lateral (roots) and also put rock on 8/8/07. |
| 1347 Kapiolani Boulevard | 08-15-07 | 1134 | 305 | 1330 | | | 56 | cleanout | lateral | 363818 / 6 | 40 | N | | | | Grease. | Cleanout overflowed during eeling and surge. Water collected in driveway and sucked out with vactor. Clear grease with eel and EIR made. |
| 631 Keeaumoku Street | 08-16-07 | 1052 | 133 | 1138 | | | 46 | From base of toilet | lateral | 383747 / 6 | 50 | Y | 30 | 0 | None | Grease. | Storm drain full of ocean water. Lateral cleaned on 8/28/07. Main line flushed on 8/28/07. |
| 3957 Monterey Place | 08-22-07 | 1825 | 205 | 2225 | | | 20 | cleanout | lateral | 696454 / 6 | 70 | N | | | | Roots. | Spilled when cleanout was opened. Dissipated into ground. On 8/23 cleared roots with eel and roots lateral. |
| 831 Keeaumoku Street | 08-25-07 | 1226 | 312 | 1314 | | | 48 | cleanout | lateral | 383747 / 6 | 50 | Y | 20 | 0 | | Grease. | Vacuumed about 30 gals. (Vactor #8482). Eeled and flushed main line. |
| 829 Keeaumoku Street | 08-26-07 | 0842 | 0914 | 0921 | | | 39 | Base of toilet | lateral | 383747 / 6 | 25 | Y | 5 | 0 | | Grease. | Evidence by spill and toilet tissue and excrement. Signs that it entered storm drain. Flushed main line and eeled lateral. EIR made. |
| 631 Keeaumoku Street | 08-28-07 | 0940 | 045 | 1105 | | 1 | 25 | Private cleanout from bathroom | lateral | | 40 | Y | 25 | 0 | | Grease. | Dissipated in storm drain debris; down drain dry. Main line visible with vactor, may need to use other cleaning methods. |
| 1177 Kapiolani Boulevard | 08-29-07 | 1520 | 645 | 1325 | | | 4 | cleanout | lateral | 3004588 / 6 | 30 | N | | | | Paper towels, tampons and pads. | Evidence only upon arrival. Spill caused when CSM opened cleanout around 15 minutes after arrival. Note: Different parts of the lateral goes under water and main line was visible. Main line okay. Lateral was tv'd and cleaned. |

EXHIBIT 4I

35523

# AUGUST 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, SEWER MAINS
## NPDES Permit No. HI 0020117

| ( )=possibly | FM=force main | P=primary-treated | RPMT=repair &/or maintenance | tc=terra cotta pipe | TREATMENT PLANTS |
| C=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe | HN=Honouliuli WWTP   SI=Sand Island WWTP |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe | KH=Kahuku WWTP   WA=Waimanalo WWTP |
| D=digested | H=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe | KK=Kailua WWTP   WN=Waianae WWTP |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified clay pipe | PK=Paalaa Kai WWTP   WW=Wahiawa WWTP |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | | TP=treatment plant |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | | |
| | | | WAS=waste activated sludge | | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION Time Start/End | ESTIMATED DURATION Time Secure Spill | Total Spill Time D | Total Spill Time H | Total Spill Time M | DISCHARGED FROM | LINE TYPE | LINE SIZE | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER STORM DRAIN Y/N | ENTERED RECEIVING WATER STORM DRAIN Volume (gals) | ENTERED RECEIVING WATER STORM DRAIN Removed | ENTERED RECEIVING WATER WATER BODY | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1954 Aupuni Street | 08-01-07 | 1222 | 1300 | 1330 | | 1 | 6 | cleanout | main | 6 | 252104 | 90 | N | | | | Roots & broken pipe. | Spill was in progress before arrival. Spill was contained in yard. Lines in this area are scheduled to be fixed by private contractor. Will change PM frequency. |
| 1956 Ala Mahamoe Place | 08-07-07 | 1630 | 945 | 1710 | | | 40 | cleanout | main | 8 | 229804 | 50 | N | | | | Roots. | Dissipated into ground. Crew rodded line on 8/8/07. Took out about 15 gallons of roots. |
| 1738 Elua Street | 08-22-07 | 0605 | 629 | 0740 | | 1 | 35 | MH#247764 | main | 6 | 250705 | 75 | Y | 75 | 0 | Kalihi Stream | Grease, roots and sag. | Heavy debris in storm drain contained/absorbed spill. Spill was intermittant. Line flushed with vactor and rodded on 8/22/07. PM frequency to be changed from 12 months to 6 months. Frequency changed 6 months on 8/13/07. |

EXHIBIT 4I

35524