IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SIERRA CLUB, HAWAI‘I CHAPTER; HAWAI‘I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU ET. AL. <br><br> Defendants. | Civil No. 04-00463 DAE-BMK <br><br> **PLAINTIFFS' TABLE 1 (EXHIBIT 5A) (SUMMARY OF CCH COLLECTION SYSTEM SEWAGE SPILLS AND WWTP BYPASSES THAT REACHED "WATERS OF THE UNITED STATES" FROM MAY 30, 1999 TO DECEMBER 31, 2007)** |

# (PART 2 OF 3)

678503-1 / 7502-3

EXHIBIT 5A-Table 1, Part 2 of 3

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 01/02/04 | 01/03/04 | 388 Wana'ao Road | 1001 | Kailua Bay | Cause: Surcharge due to heavy rains. Initial call to Ed Gomes, HEER, on 1/3/04. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/8/04. | LBS granted waiver of the 5-day written reporting requirement to Ross T. on 1/5/04. Verbal reporting not done. Incomplete report rec'd from CSM 1/9/03 ("spill ongoing"). | 2 | A |
| 01/02/04 | 01/03/04 | 394 Wana'ao Road | 1001 | Kailua Bay | Cause: Surcharge due to heavy rains. Initial call to Ed Gomes, HEER, on 1/3/04. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/8/04. | LBS granted waiver of the 5-day written reporting requirement to Ross T. on 1/5/04. Verbal reporting not done. Incomplete report rec'd from CSM 1/9/03 ("spill ongoing"). | 2 | A |
| 01/02/04 | 01/03/04 | 98-164 Olepe Loop, Waimalu | 1001 | Waimalu Stream/Pearl Harbor | Cause: Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/6/04. Call rec'd 1735; Arrival 1900; Secured 1130. | LBS granted waiver of the 5-day written reporting requirement to Ross T. on 1/5/04. Verbal reporting not done. | 2 | A |
| 01/02/04 | 01/03/04 | 98-168 Pahemo Street | 1001 | Waimalu Stream/Pearl Harbor | Cause: Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/6/04. Call rec'd 1800; Arrived 1900; Secured 1130. | LBS granted waiver of the 5-day written reporting requirement to Ross T. on 1/5/04. Verbal reporting not done. | 2 | A |
| 01/02/04 | 01/03/04 | Kawaihae Street and May Way | 12600 | storm Drain, Maunalua Bay | Cause: Surcharge due to heavy rains. Overflow from the transition manhole between the City and County of Honolulu's (CCH) Kuliouou collection system and the East Honolulu Community Services (EHCS) collection system (surge manhole at the end of the Kuliouou Pump Station force main). CCH did monitoring (start 1/3/04). EHCS posted signs 1/3/04 and estimated volume. CWB approved removal of warning signs and termination of monitoring 1/7/04. | Initial report by EHCS to State Hospital. LBS granted waiver of the 5-day written reporting requirement to Ross T. on 1/5/04. Verbal reporting not done. Hawaii American spill report dtd 1/14/04. | 2 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3     035552

| Date Began | Date Ended | Overflow Location | Receiving Vol. | Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 01/02/04 | 01/02/04 | Hart Street WWPS, 1031 N. Nimitz Hwy. | 2E+05 | Honolulu Harbor | Cause: Surcharge causes by heavy rains. "Raw (untreated) sewage was released from the Hart Street Pump Station into Honolulu Harbor to prevent a major backup at the Sand Island WWTP due to heavy inflow caused by the torrential rains." (City and County of Honolulu press release dated 1/3/04) Initial report to Ed Gomes, HEER On Scene Coordinator. CWB approved removal of warning signs and termination of monitoring 1/6/04. Discharge from well well overflow line. 2/28/04 Monthly Spill Report: Start 2100, stop 2310. Remedial Action: Expansion of pump station and Sand Island WWTP to increase capacity currently under construction. Remarks: Excessive inflows due to sustained rainstorms/flooding. | LBS granted waiver of the 5-day written reporting requirement to Ross T. on 1/5/04. Verbal reporting not done. Ltr. 2/28/04 EMC 04-103 Monthly Spill Report | 1 | A |
| 01/02/04 | 01/03/04 | 1738 Palanehe Place, Kaiihi | 1001 | Kalihi Stream | Cause: Surcharge due to heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. Discharge from 10" main through SMH#SI83AA1050. CWB approved removal of warning signs and termination of monitoring 1/8/04. 2/28/04 Monthly Spill Report: Originally reported as Lehua Street. Call rec'd 1230, arrive 1230, stop 1200. Remedial Action: Inspect for obstructions after surcharge from heavy rain. Last cleaned 12-12-02. Remarks: Sustained rainstorms/flooding. |  |  |  |
| 01/03/04 | 01/09/04 | 5307C Kalanianaole Hwy. | 1001 | Waiilupe Stream | Cause: Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/8/04. 2/28/04 Monthly Spill Report: Call rec'd 1716, arrive 2100, stop 1600. Remedial Action: Inspect for obstructions after surcharge from heavy rain. Last cleaned: 05-22-02. Remarks: Sustained rainstorms/flooding. | LBS granted waiver of the 5-day written reporting requirement to Ross T. on 1/5/04. Verbal reporting not done. Ltr. 2/28/04 EMC 04-103 Monthly Spill Report | 7 | A |

EXHIBIT 5A-Table 1, Part 2 of 3    035553

| Date Began | Date Ended | Overflow Location | Receiving Waterbody | Vol | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 01/03/04 | 01/09/04 | 5403 Kalanianaole Hwy. | Wailupe Stream | 1001 | Cause: Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/8/04. 2/28/04 Monthly Spill Report: Call rec'd 1622, arrive 2100, stop 1600. Remedial Action: Inspect for obstructions after surcharge from heavy rain. Last cleaned: 07-12-02. Remarks: Sustained rainstorms/flooding. | LBS granted waiver of the 5-day written reporting requirement to Ross T. on 1/5/04. Verbal reporting not done. Ltr. 2/28/04 EMC 04-103 Monthly Spill Report | 7 | A |
| 01/14/04 | 01/14/04 | Wahiawa WWTP Outfall | Wahiawa Reservoir | 2875 | Cause: Power flicker caused the ultraviolet (UV) disinfection system to go off-line. Four (4) minutes undisinfected while lamps reset themselves and resume normal, full, disinfection. Signs posted and sampling initiated 1/14/04. Press release made. Sampling stopped and signs taken down 1/16/04. | LBS granted waiver of the 5-day written reporting requirement to Lesley T. on 1/14/04. | 1 | C |
| 01/14/04 | 01/14/04 | Wahiawa WWTP Outfall | Wahiawa Reservoir | 42060 | Cause: Power outage caused the ultraviolet (UV) disinfection system to go off-line. Signs posted and sampling initiated 1/14/04. Press release made. Sampling stopped and signs taken down 1/16/04. | LBS granted waiver of the 5-day written reporting requirement to Lesley T. on 1/14/04. | 1 | C |
| 01/14/04 | 01/14/04 | Wahiawa WWTP Outfall | Wahiawa Reservoir | 8194 | Cause: Power flicker caused the ultraviolet (UV) disinfection system to go off-line. Four (4) minutes undisinfected while lamps reset themselves and resume normal, full, disinfection. Signs posted and sampling initiated 1/16/04. Press release made. Sampling stopped and signs taken down 1/16/04. | Initial report to Sita Geleai at the State Hospital. LBS granted waiver of the 5-day written reporting requirement to Lesley T. on 1/15/04. | 1 | C |
| 01/19/04 | 01/19/04 | Wahiawa WWTP Outfall | Wahiawa Reservoir | 6388 | Cause: Power flicker caused the ultraviolet (UV) disinfection system to go off-line. Four (4) minutes undisinfected while lamps reset themselves and resume normal, full, disinfection. Signs posted and sampling initiated 1/19/04. Press release made. Sampling stopped and signs taken down 1/22/04. | LBS granted waiver of the 5-day written reporting requirement to Ferd J. on 1/20/04. | 1 | C |
| 01/22/04 | 01/22/04 | Wahiawa WWTP Outfall | Wahiawa Reservoir | 29670 | Cause: Power flicker caused the ultraviolet (UV) disinfection system to go off-line. Ten (10) minutes undisinfected while lamps reset themselves and resume normal, full, disinfection. Signs posted and sampling initiated 1/22/04. Press release made. Sampling stopped and signs taken down 1/26/04. | LBS granted waiver of the 5-day written reporting requirement to Lesley T. on 1/23/04. | 1 | C |
| 01/27/04 | 01/27/04 | Wahiawa WWTP Outfall | Wahiawa Reservoir | 16860 | Cause: power failure - HECO "lost a pole into Lake Wilson." Nine (9) minutes undisinfected while lamps reset themselves and resumed normal, full, disinfection. Signs posted and sampling initiated 1/27/04. Press release made. Sampling stopped and signs taken down 1/30/04. | Waiver of the 5-day written reporting requirement granted to Lesley T. 1/27/04 (LBS). | 1 | C |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3    035554

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations Spill/Bypass |
|---|---|---|---|---|---|---|---|
| 02/06/04 | 02/06/04 | 1260 Richard Lane, Kalihi | 2050 | Kalihi Stream | Cause: Grease, rags/plastic bags blocked 15-inch terra cotta main. All 2,050 gallons discharged from SMH SI-04AA1028 went to storm drain, then to Kalihi Stream. C/D/D. Initial report to April, State Hospital. Warning signs posted and samples taken 2/6/04. Watson Okubo authorized removal of warning signs and cessation of monitoring 2/13/04. 3/25/04 February Spill Report: Call rec'd 1645, arrive 1710, stop 1815. Remedial Action: Place on 2-month PM. Last Cleaned 03-24-99. | Granted waiver of 5-day written reporting requirement to Lesley T. 2/9/04 (LBS). L. Stoddard had to call CCH M&C to get the spill report. 3/25/04 EMC 04-134 February Spill Report | 1 A |
| 02/26/04 | | 394 Wana'ao Rd., Kailua, note: see cause for other locations | 1E+06 | Kaelepulu Stream / Kailua Beach | Cause: Heavy rain and pump malfunction at the Kalaheo bypass. Westcon, the Kalaheo contractor, was pumping to bypass the section under repair. One of their pumps malfunctioned, leaving only one operating. Since they were not able to keep up with the increased flow rate, the line surcharged and discharged from two (2) manholes fronting 394 Wana'ao Rd. The spill site is downstream of the Kailua Heights Pump Station. Other locations: 1066 Hele Street (21,600 gal), 1047 Keolu Drive (21,600 gal), 1025 Keolu Drive (24,300 gal), 1105 Keolu Drive (24,300 gal), 1111 Keolu Drive (24,300 gal), 1025 Keolu Drive (121,500 gal), Keolu Drive/Hele Street (24,300 gal), 1006 Kupau Street (121,500 gal), 1053 Liku Street (24,300 gal), 1185 Punua Place (12,000 gal), 394 Wanaao Road (400,000 gal), 394 Wanaao Road (108,000 gal) Warning signs were posted at park entrances and the boat ramp starting at 9:45 pm 2/26/04, stopped at 1:00 am due to darkness, and resumed 2/27/04 at dawn. Press release made 2/26/04 by Doug Woo, Parks and Recreation (lifeguards) were also notified. Watson Okubo approved removal of warning signs and cost | F. Juan, CSM, made initial, partial, notification to Site, State Hospital Operator. F. Juan called L. Stoddard, CWB, 2/27/04 at 7:55 am to relay the complete spill information. Map of Spill Monitoring Stations emailed by Ross T. 2/26/04 @ 11:27 pm. | 2 A |
| 02/28/04 | | 98-156 Olepe Loop, Waimalu | 10875 | Waimalu Stream, Pearl Harbor | Cause: Surcharge due to heavy rain. Signs posted and sampling started 2/28/04. CWB approved removal of signs and cessation of monitoring 3/5/04. | Fax CSM spill report and map of Spill Monitoring Stations 2/29/04. No waiver was requested. | 2 A |
| 02/27/04 | | Kaneohe Pretreatment Facility | 200 | Kawa Stream | Cause: Heavy rain. Signs posted and samples collected starting 2/28/04. Watson Okubo approved removal of warning signs and cessation of monitoring 3/9/04. | Fax spill report and map of Spill Monitoring Stations 2/29/04. | 1 A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3    035555

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 02/28/04 | 02/28/04 | Wahiawa WWTP Outfall | 31200 | Wahiawa Reservoir | Cause: UV system failed during power switch over to emergency generator power. Signs posted along lake shoreline by 6:00 pm 2/28/04. Monitoring initiated 2/29/04. Press release made. CWB approved removal of warning signs and cessation of monitoring 3/4/04. | Fax spill report, maps of monitoring stations and sign posting location 3/1/04. LBS granted waiver of the 5-day reporting requirement to Lesley Toyota 3/1/04. | 1 | C |
| 03/01/04 | 03/01/04 | 1089 Alu Place, Kalihi | 1500 | Kalihi Stream | Cause: Heavy roots. C/D/D. Discharge from 15" main through SMH SI83AA1049/SI83AA1050. Signs posted and sampling commenced 3/1/04. CWB approved removal of signs and cessation of monitoring 3/5/04. 4/28/04 March Spill/Bypass Report: Call rec'd 0755, arrive 0830, stop 1500. Remedial Action: CCTV main; place on monthly PM. Last cleaned: 02-23-04. | No waiver requested (LBS). 4/28/04 EMC 04-167 March Spill/Bypass Report | 1 | A |
| 03/02/04 | 03/02/04 | 394 Wana'au Rd. | 1E+05 | Kaelepulu Stream/Kailua Beach | Cause: Heavy rain caused surcharge. Monitoring combined with the 2/27/04 spill. Watson Okubo approved removal of warning signs and cessation of monitoring 3/9/04. | F. Juan, CSM, made initial, partial, notification to L. Stoddard while spill was ongoing. No waiver requested (LBS). | 1 | A |
| 03/02/04 | 03/02/04 | Waimanalo WWTP, 41-1060 Kalanianaole Hwy. | 1220 | Puha Stream | Cause: Heavy rains caused the injection wells to overflow. Two hundred (200) gallons were discharged into a ditch which leads to Puha Stream. Quantity is the total volume for two discharges: 11:10 am to 2:00 pm and 9:40 pm to 9:55 pm. 1,020 gallons were confined to WWTP ground. Jared called Safe Drinking Water and Wastewater Branches and they waived the press release. Watson Okubo approved removal of warning signs and cessation of monitoring on 3/8/04. | Notification via email. No waiver was requested. | 1 | B |
| 03/04/04 | 03/04/04 | Sand Island Beach Park | 2E+06 | Honolulu Harbor | Cause: Force main failure at the transition between the 66" diameter pipe under the harbor (Fort Armstrong Channel) and the 78" diameter pipe to the Sand Island WWTP. Signs posted and sampling commenced 3/4/04. Press release made 3/4/04. Watson Okubo approved cessation of monitoring 3/9/04. Warning signs on Sand Island to stay up until repairs are complete. Warning signs removed at Kewalo Basin, Point Panic, Honolulu Harbor, and Keehi Lagoon. 4/28/04 March Spill/Bypass Report: Start 0900, stop 1115. Remedial Action: Repairs underway. | 3/4/04 FAX: Initial M&C report and sign locations. 3/5/04 Map of monitoring stations. No waiver requested. 4/28/04 EMC 04-167 March Spill/Bypass Report | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3    035556

| Date Began | Date Ended | Overflow Location | Receiving Vol. Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|
| 03/09/04 | 03/10/04 | Outfall | 1E+06 Mamala Bay | "Bypass to effluent flow bay." Assume discharge was from force main spill site to Sand Island WWTP effluent forebay. Warning signs are already posted around Sand Island. | No waiver requested. Initial report to State Hospital operator. | 2 | C |
| 04/06/04 | 04/06/04 | 1778 Ala Moana Blvd, Waikiki | Ala Wai Boat Harbor 50 | Cause: unknown. Sewage spill from manhole SI35FA0083, 50 gallons entered a storm drain which leads to Ala Wai Boat Harbor, affected area cleaned and disinfected. 5/27/2004 April Spill Summary: Call rec'd 0900, arrived 0915, source unknown. Remedial action: Investigate cause & revise PM. Last cleaned: 02-04-04 | Tel: 4/6/2004 Craig Nishimura, 5 day waiver granted. 5/27/2004 EMC 04-219 April Spill Summary | 1 | A |
| 05/20/04 | 05/20/04 | Kukanono SPS | 2000 Kawainui Marsh | Cause: Break in force main just downstream of the flow meter. The pump station is located at the intersection of Manu Mele and Manu Oo near the Ulu Po Heiau. Signs posted at the entrance to the trail which leads from the heiau to the marsh and around the pump station. Signs removed 6/3/04. Vactor trucks pumped sewage from manholes upstream of the pump station and discharged to the Kailua Heights SPS (Kailua Rd. @ Kawainui Stream). Temporary clamp installed 5/21/04. Permanent repairs scheduled for week of 5/24/04. Press release made 5/20/04. | Tel: 5/20/04: LBS granted waiver of the 5-day written reporting requirement to Ross Tanimoto. | 1 | A |
| 06/24/04 | 06/24/04 | Ewa Beach PS, 91-690 Pohakupuna | 6975 Storm Drain, Bay | Cause: Contractor was probing (drilling 3-inch diameter holes) and hit the force main approx. 4-feet below grade. The pumps were shut off at 10:15 am. Approx. 50 gallons per minute (gpm) flowed into the storm drain from 9:30 am to 10:15 am. The flow rate decreased to 15 gpm after the pumps were shut off. Spill was secured at 11:15 am. Spill site is approx. 300 yards from the rocky shoreline. Storm drain is tidally influenced. Signs will be posted along the shoreline for 500 feet on both sides of the storm drain outfall. Water quality samples will be collected and a press release issued today. 6/25/04 email from Jared Lum, CCH M&C:2250 gallons of sewage discharged into the storm drain from 9:30 am to 10:15 am. At 10:15 am, the spill into the storm drain was halted. However, excavation showed two 1-inch holes in the concrete pipe from which sewage was still leaking. It is estimated that 4725 gallons of sewage continued seeping into the ground from 10:15 am to 3:30 pm at a rate of 15 gpm. Total estimated spill volume was therefore 6975 gallons. At 3:30 pm, the spill w | Tel. 6/24/04 LBS to Barbosa, T&D. He originally called Clean Air Branch who referred the call to Watson Okubo, CWB Monitoring Section Supervisor. Watson gave Barbosa's number to LBS. LBS called Barbosa, who provided Zack Asato's cell phone number. LBS called Zack in the field to get the spill report. Spill entered into Mamala Bay. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A–Table 1, Part 2 of 3    035557

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 07/22/04 | 07/22/04 | 1350 Sand Island Parkway (SI WWTP) | 20000 | storm drain, Mamala Bay | Cause: HECO contractor (Jas. W. Glover, Ltd., P.O. Box 5779, Hon., HI 96809, tel. 591-8977) was drilling a hole for the new transmission line along Sand Island Parkway when the drill penetrated the steel jacket and ruptured the new 48 inch diameter fiberglass Hart Street force main. Based on utility drawings the force main is located approximately 60 feet from the Parkway SPS toward the Sand Island WWTP Control Building. Wastewater spilled from the force main onto the Sand Island WWTP parking lot and then into the storm drain inlet. The storm drain appears to discharge into Honolulu Harbor by the Coast Guard station. Receiving waters sampled and warning signs posted 7/22/04. CWB sent a team to investigate. The spill was ongoing at 2:15 pm. Leakage from the force main was diverted to the Parkway Pump Station wet well. The HECO contractor, Glover, stated that the flow rate was the same when the incident occurred as it was in the photograph. The storm drain inlet was blocked with sand bags by 9:30 am. At the time when the inlet was blocked off, the flow rate was approximately. CCH investigated the storm drain Friday 7/23/04. Traces of force main. It will take approximately 3 days to connect the old force main. | Tel: 7/22/2004 Don Piergrass requested and was granted a waiver of the five-day written reporting requirement. Warning sign posting and monitoring location maps rec'd 7/22/04. Monitoring results rec'd 7/23/04. Ltr. 8/26/2004: EMC 04-343 Monthly Spill Summary Report. | 1 | A |
| 07/26/04 | 07/26/04 | 2420 Koa Ave. (Waikiki) | 400 | storm drain, Ala Wai Canal | Cause: Grease in 4-inch lateral. Spill was from a cleanout. 400 gallons entered into the Ulumu Street storm drain. Pumped out 200 gallons. Jim Baginski does not know if the 200 gallons was strictly all sewage. There was a discrepancy as to where the storm drain discharged into surface water. Jim believes that it discharges to Kunio Beach while Ross says Ala Wai Canal. CCH will take water quality samples at the Ala Wai Canal per Ross Tanimoto. Scott Murakawa verified with CCH Storm Water Quality and it was determined that the Ulumu Street storm drain discharges to Ala Wai Canal. CCH SWQ sent map of drainage system to CWB. CWB authorized the removal of warning signs and cessation of monitoring July 28, 2004. Monthly Spill Summary Report. Call rec'd: 1008; Arrival: 1100 (spill in progress); Stop: 1120. Monitor lateral. Last cleaned: 3/29/04. | 7/26/04 Tel: LBS granted 5-day waiver to Ross Tanimoto. Ltr. 8/26/2004; EMC 04-343 Monthly Spill Summary Report. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3    035558

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 08/04/04 | 08/04/04 | 45-270 Waikalua Rd. | 5000 | Kaneohe Stream | Cause: Surcharge due to heavy rain. Flow entered Kaneohe Stream near Kaneohe Police Station. Kaneohe Stream eventually flows into Kaneohe Bay. Signs posted and samples taken 8/4/04. Spill downstream of Ahuimanu PTF. Sampling stoped August 18, 2004. Note: Permanent signs were posted in this area due to high bacti counts from wildlife droppings and residential debris. | Tel. 8/4/04: MR granted waiver to Ross Tanimoto. | 1 | A |
| 08/04/04 | 08/04/04 | 1718 Piikea St., Halawa | 900 | Halawa Stream/Pearl Harbor | Cause: Surcharge due to heavy rain. Spill discharged from a cleanout. Spill went down driveway into the back valley area, entered Halawa Stream, then discharged into Pearl Harbor. Spill report did not include the time CCH rec'd the call. Crew arrived at site 8/4/2004 8:25 AM. Per Monthly spill report: Call rec'd 7:15 AM. LPSS system scheduled for installation. Last cleaned 3/11/04. | No waiver requested. Ltr: 8/26/2004 EMC 04-334: spill report. Ltr. 9/13/04 EMC 04-357: Monthly spill report. | 1 | A |
| 08/08/04 | 08/08/04 | 60 Kuakini Street (North) | 40 | storm drain, Nuuanu Stream | Cause: Grease. Discharge from cleanout. Problem line: 6-inch lateral. No signs posted. No stream samples taken. 9/27/2004 Monthly Spill Summary Report. Call rec'd: 0900; Arrival: 0910 (spill in progress); Stop: 0921. Place on 6-month PM. Last cleaned: 8/6/02. | Ltr. 9/27/2004: EMC 04-371 Monthly Spill Summary Report. | 1 | A |
| 0/19/04 | 10/19/04 | 89-1068 Pikaiolena Street, Waianae | 130 | Nanakuli Stream | Cause: Grease and rocks blocked sewer line. Approx. 150 gallons spilled from manhole and entered Nanakuli Stream. Affected areas were cleaned and disinfected. Warning signs were posted along the banks and at the mouth of Nanakuli Stream. A sandbar was placed at the mouth of the stream prevented the stream from discharging into the ocean. Jerome Ababa email 11/5/04 requesting permission to remove warning signs. LBS granted permission. | LBS granted waiver of the 5-day written reporting requirement to Jerome Ababa 10/20/04 via email. | 1 | A |
| 1/06/04 | 11/06/04 | 429 Wanaao Road, Kailua | 5000 | Kaelepulu Stream / Kailua Beach | Cause: Heavy rain. See attached email message for details of the mitigative actions. | 11/8/04: email notification by Ross T. to CWB. 11/8/04 Fax: Map of monitoring stations & press release. 11/8/04: LBS granted waiver to Ross T. via email. | 1 | A |

EXHIBIT 5A-Table 1, Part 2 of 3    035559

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 11/21/04 | 11/22/04 | 2580 La I Road, Palolo Valley | 2027 | Palolo Stream | Cause: A hole in an 10-inch pipe allowed rocks and soil to block the pipe, resulting in the discharge of raw wastewater through the same pipe hole into Pukele Stream. Warning signs posted, monitoring initiated, and press release made 11/23/04. The complainant first noticed the spill 9:00 am on Sunday 11/21/04, but did not report it because he thought the offices were closed. He called CSM 11/22/04 @ 1:05 pm. The crew went out to investigate, but the site was very steep and heavily vegetated, so they could not immediately confirm the spill. Eventually they accessed the spill site using ropes and saw the exposed and broken pipe along the stream bank. This stretch of the sewer line is concrete encased. It appears the heavy rains eroded the stream bank, exposing the pipe, and rocks and/or debris carried by the stream first broke the pipe, then filled it, blocking the flow in the pipe. The rate of spill was estimated at 1 gpm. Duration was estimated at 33 hours, 47 minutes. There is no way to know for certain when the pipe was damaged and the spill started. The pipe was repaired by 3:00 am on | 11/22/04: Initial notification made to Heidi, State Hospital Operator. 11/23/04: Fax of press release. 11/24/04: Fax day 1 (11/23/04) monitoring results. 11/26/04: 7:26 am: Fax day 2 (11/24/04) monitoring results. 11/26/04; 11:37 am: Fax day 3 (11/25/04) monitoring results. 11/26/04; 4:01 pm: Fax days 2 & 3 (1/24 & 25/04) monitoring results. 11/29/04: Fax days 4 & 5 (1/26 & 27/04) monitoring results. 11/30/04: Fax CSM Wastewater Spill/Bypass Report & telecon Jim Baginski, CCH CSM, to L. Stoddard, CWB, with explanation. Waiver not requested. | 2 | A |
| 11/21/04 | 11/22/04 | Kuhio Park Terrace; 1162 Linapuni Street | 2000 | Kalihi Stream | Cause: Grease in 10-inch vitrified clay main pipe. Call rec'd 8:15 pm; arrived on site 9:15 pm, and secured at 11:30 pm. Spill from sewer manhole #242368 to Kalihi Stream. Initial call to State Hospital Operator. Signs posted and monitoring initiated 11/22/04. Signs were removed on 2/15/05 per e-mail from Ross Tanimoto. Press release made 11/22/04. (Monthly spill report references spill location as 1506 Amelia Street.) Last cleaned 9/24/04. Will place on 3-month PM schedule. | 11/21/04: Initial notification made to Leann Young, State Hospital Operator. 11/22/04: Telecon Don Plepgrass to LBS, CWB. Granted waiver of 5-day written reporting requirement. 11/22/04: Fax of press release, sign posting map and monitoring station map. | 1 | A |
| 12/22/04 | 12/22/04 | 1757 St. Louis Drive | 200 | Storm Drain, Manoa Stream | Cause: grease and grit in 8-inch vc main line, surcharge to due heavy rainfall. 200 gallons discharged from MH#715609. Affected area cleaned and disinfected, signs were posted from earlier spill (12/22/2004) from Manoa Stream spill site to Ala Wai Canal. Monthly Spill Summary Report: Call rec'd: 1032; Arrival: 1100; Secured: 1130; Duration: 30 m. Will CCTV line and place on 3 month PM. Last cleaned: 7/15/04. | Tel: 12/22/2004 Florindo Juan, Milton Iha. Tel: 12/22/04: left message for Ross stating that sampling is not necessary due to heavy rainfall event. Ltr. 1/21/2005: EMC 05-017 Monthly Spill Summary Report. Ltr. 3/16/2005: EMC 05-091, Spill report late "due to illness." | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3    035560

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 01/09/05 | 01/09/05 | WWTP Effluent Forebay | 6E+05 | Kaneohe Bay | Cause: HECO power outage. Emergency generator (EG) engaged, but a short in the day tank stopped fuel to the generator and the EG stopped. The effluent forebay flooded, overflowing into the swale along the fenceline, then to Nu'upia Pond, finally into Kaneohe Bay. The effluent received full secondary treatment. Eventually, the surcharge backed up into the UV disinfection process, inundating it and causing the UV process to cut out. Therefore, an undetermined portion of the discharge was not disinfected. Warning signs posted and sampling initiated 1/9/05. Signs removed and sampling stopped 1/12/05. | Fax 1/9/05, 6:27 AM: Incomplete and incorrect (500,000 gallons) information. Fax 1/10/05, 11:45 AM: Sign posting map, Ltr: 1/14/2005 spill report, Ltr: 3/16/2005 | 1 | B |
| 01/21/05 | 01/21/05 | Pearl City Pump Station | 2E+06 | Waiawa Stream, Pearl Harbor | Cause: An electrical contractor removed a fitting (12-inch elbow) from a seldom used pipe which is connected to the discharge end of the pumps and the force mains. The contractor then fled. Sewage flooded the pump station (4-feet deep) because there is a flood wall around the station. A hole was made in the flood wall, releasing the sewage to flow to Waiawa Stream and Pearl Harbor. The upstream collection system backed up, spilling to the stream and into a few residences. CCH will be doing water quality sampling and putting up signs from the pump station down to Pearl Harbor. Signs posted and sampling initiated 1/21/05. Press release made 1/21/05. 1/31/05: CWB approved cessation of monitoring and removal of signs except at the watercress farm. | 1/21/05: Spill is ongoing. DOH awaiting more info. Jared Lum requested a waiver of the 5-day reporting requirement on 1/24/05. Waiver granted (SM). J. Lum will be sending the bacti sampling results for Saturday's sampling... FAX: 1/25/2005, 1/27/2005. 2/14/05 EMC 05-034: Monthly spill summary report, Ltr: 3/16/2005 EMC-05-093 noncompliant spill report from CCH | 1 | A |
| 01/29/05 | 01/29/05 | 5307-L Kalanianaole Hwy | 13500 | Wailupe Stream, ocean | Cause: heavy rain. Discharge from SMHs #464866 and #464765 to Wailupe Stream. Surcharge of 24-inch main. Press release made on 1/29/05. Signs posted 1/29/05 at Kawaikui Beach Park. Sampling initiated 1/29/05. Signs removed and monitoring stopped 2/4/05. 2/23/05 Monthly Spill Summary Report: Call rec'd 1130, arrival 1130, stop 1900; Last cleaned 5/22/02. | No waivers requested. Tel 2/4/05: Additional information provided by Don Piergrass, including start and end times and revised spill quantity, Ltrs: 2/14/2005 EMC 05-043 (late); 2/23/2005 EMC 05-061 Monthly Spill Summary Report. | 1 | A |

EXHIBIT 5A-Table 1, Part 2 of 3    035561

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 01/29/05 | 01/29/05 | Kalanianaole Highway & Pu'u Ikena | 1E+05 | Ocean | Cause: sewer main was blocked with pieces of lumber, plastic bags, and grease. Heavy rain did not cause the spill, but contributed to the volume. Press release made on 1/29/05. Signs posted 1/29/05 at Kawaikui Beach Park. Sampling initiated 1/29/05. Signs removed and monitoring stopped 2/4/05. 2/23/2005 Monthly Spill Summary Report: Call rec'd 1300, arrival 1145 (how did they arrive before called?), stop 1908. Last cleaned 7/12/02. | quantity is greater than 100,000 gallons. No waivers requested. Tel 2/4/05: Additional information provided by Don Piergrass, including revised spill quantity. Ltr: 2/23/2005 EMC 05-061Monthly Spill Summary Report. Ltr. 2/25/05 EMC 05-062 Spill Report (late) | 1 | A |
| 01/29/05 | | Kawaihae & May Way | 36000 | Ocean | Cause: heavy rain. Discharge from surge manhole where the City and County of Honolulu's Kuliouou WWPS force main discharges to the East Honolulu collection system. Press release made on 1/29/05. Signs posted 1/29/05 at Kuliouou and Maunalua Beach Parks. Sampling initiated 1/29/05. Signs removed and monitoring stopped 2/4/05. | HEER Release Notification did not have complete spill information (no end time or rec'g water name). No waivers requested. Tel 2/4/05: Additional information provided by Don Piergrass, including revised spill quantity. Ltr: 2/14/2005 EMC 05-042 Spill Report (late). | 1 | A |
| 11/29/05 | 01/29/05 | 4230 Salt Lake Blvd, Aliamanu WWPS #2 wet well | 5700 | Storm Drain, beach | Cause: Heavy rain. Overflow from wet well to storm drain, then to Hickam AFB drainage system, discharge to Hickam Beach. Operator utilized standby portable pump to pump extra flow through collection system. Press release made on 1/29/05. Signs posted 1/29/05 at Hickam Beach. Sampling initiated 1/30/05. Signs removed and monitoring stopped 2/4/05. 2/23/2005 Monthly Spill Summary Report: Call rec'd 1445, arrival 1445, stop 1655. | Telephone call 1/31/05, 10:10 am Don Piergrass: LBS granted waiver of the five-day written reporting requirement. Ltrs: 2/14/2005 EMC 05-044; Ltr: 2/23/2005 EMC 05-061Monthly Spill Summary Report. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3    035562

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 01/29/05 | 01/29/05 | Waimanalo WWTP Injection Wells | 1480 | Incanloe Stream | Cause: Too much rain for the injection wells. Overflow from Injection Wells 1/4 and 2. Discharge to the stream started 4:00 pm and ended 8:00 pm. Volume discharged to stream: 960 gallons. The spill was disinfected secondary effluent. Press release 1/29/05. Signs were posted at Bellows Beach Park, Waimanalo Beach Park, and the stream along the polo field on 1/30/05. Sampling initiated 1/30/05. Signs removed and monitoring stopped 2/3/05. 2/23/05 EMC 05-051 Spill Report: Remedial Actions: WWTP upgrades to improve process/disposal capacity are scheduled for later this year. Collection system remediation projects to reduce I/I are being included in the City Capital Improvement Program. | Tel 1/31/05; 3:35 pm: Jared Lum - LBS granted waiver of the five-day written reporting requirement. 2/23/05 EMC 05-051 Spill Report. | 1 | B |
| 02/02/05 | 02/02/05 | 5714 Kalanianaole Hwy, Niu Valley | 2025 | Storm Drain, ocean | Cause: broken force main from Niu Valley WWPS. Untreated wastewater spilled from the 16-inch pipe. Sewage was hauled in pumper trucks to bypass the broken pipe. Force main repairs completed 2/3/05 @ 1:15 AM. Press release made on 2/2/05. Signs posted 2/2/05. Sampling initiated 2/2/05. Signs removed and monitoring stopped 2/4/05. Ltr: 2/14/2005 EMC 05-047 Spill Report: "Maintenance crew arrived at site 9:15 AM and secured the spill after one (1) hour and 45 minutes." 3/18/2005 Monthly Spill Summary Report: Call rec'd 0730, arrive 0730, stop 0915. Remedial action: Pipe repair completed on 2/3/05. | Initial rpt was via fax to MST/LS- not much info given. 2/4/05 Tel. Don Plepgrass: LBS granted waiver of the 5-day written reporting requirement. Ltr: 2/14/2005 EMC 05-047 Spill Report. 3/18/2005 Monthly Spill Summary Report EMC 05-081 | 1 | A |

EXHIBIT 5A-Table 1, Part 2 of 3   035563

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 02/14/05 | 02/16/05 | 5683 Kalanianaole Hwy, Niu Valley | 31200 | Storm Drain, ocean | Cause: possible corrosion in 16 inch cast ductile iron force main (Niu Valley WWPS). Cause to be determined later. Crews currently working. Using tanker trucks to truck sewage to designated manholes to the west of spill site which enters the next pump station. Press release made on 2/14/2005. Signs posted along the beach (Niu Beach, Kawaikui Beach Park) 2/14/2005; Signs removed 2/18/05; Sampling conducted 2/14/2005; Sampling ended 2/17/05. Repairs completed and PS back online at 3:00 am (2/16/2005) 2/17/05-MR received call from Florendo Juan (CCH-Env. Services) to let us know that they are late in reporting it to CWB (this is basically their initial report to us). He also wanted to know who initially reported the spill to the DOH. Info from F. Juan: CCH-Env. Services received call at 3:50 p.m. CCH crew arrived on-scene between 4:30 and 4:55 p.m. They have no estimate of spill volume because when they got there, the spill had already stopped (stopped when pump station operators turned pump station off at 4:55 p.m.). Only saw evidence of spill (water puddled onto road 2/18/05, 11:13 a.m.-MR received call from Don Peigrass. 2/25/05 Spill Report. States spill stopped at 4:37 pm for a 3/18/2005 Monthly Spill Summary Report | Tel: 2/14/2005 Ross Tanimoto, 2/15/2005 Don Piegrass, FAXes: 2/14/2005, 2/15/2005, 2/16/2005, 2/17/2005, 2/17/05-MR received call from Florendo Juan (CCH-Env. Services) 2/18/05, 11:13 a.m-MR received call from Don Peigrass. Ltr. 2/25/05 EMC 05-1064 Spill Report. 3/18/2005 Monthly Spill Summary Report EMC 05-081 | 3 | A |
| 02/26/05 | 02/26/05 | 5683 Kalanianaole Hwy, Niu Valley | 3000 | Storm Drain, Pacific Ocean | Cause: corrosion and cracking in 16 inch force main. Spill entered a storm drain that empties into the ocean at Niu Beach. The nearby Niu WWPS was shut down to relieve pressure on the main. Tanker trucks were used to remove sewage from the PS to Wailupe, where they will empty their loads into another sewer line. The crews replaced a 20 foot section of the 16 inch force main. The force main was repaired and returned to service on 2/26/05 at 12:00 p.m.Signs posted 2/26/2005; Signs removed 3/2/2005; Sampling started 2/26/05; Sampling stopped time.3/18/2005 Monthly Spill Summary Report: Finally report end 3/2/2005.3/28/05 Spill Report. Remedial action: Pipe repair completed on 2/27/05. | News releases dated 2/26/2005, 2/27/2005, FAXes: 2/27/2005, 2/28/2005, 3/1/2005. Mike Tsuji granted Don Piegrass a waiver of the written 5 day waiver for the noted still event on March 1, 2005 at approximately 11 a.m. Ltr. 3/28/05 EMC 05-099 Spill Report. 3/18/2005 Monthly Spill Summary Report EMC 05-081 | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3    035564

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 04/28/05 | 04/28/05 | 254 North Beretania @ Aala Park | 300 | storm drain, Nuuanu Stream | Cause: Grease. Spill from SMH #302017. 250 gallons to storm drain, then to Nuuanu Stream and Honolulu Harbor. Signs posted 4/28/05 along Nimitz Hwy., and King & Beretania Sts. Signs removed 5/2/05. Monitoring initiated 4/29/05. Monitoring stopped 5/2/05. | Tel. 4/29/05 Lesley Toyota requested and was granted waiver of the 5-day reporting requirement (LBS). 4/29/05: fax from CCH showing locations of 45 signs posted; 5/1/05: Fax of sewage spill report from State Hospital; 5/2/05; 5/2/05: e-mail from Leslie Toyota stating that signs were removed, Ltr: 7/11/2005 EMC 05-194 | 1 | A |
| 06/15/05 | 06/15/05 | 1000 Kamehameha Hwy. (Pearl Highlands Shopping Center) | 1100 | Waiawa Stream, Pearl Harbor | Cause: Rocks, rags, & grease in the eight (8") inch main. Press release made 6/16/05. Signs posted 6/16/05. Sampling initiated 6/16/05. Signs removed 6/20/05. Last day of sampling 6/20/05. Approximately 1100 gallons of untreated wastewater discharged from sewer manholes (551911 and 4014609). The spill flowed into Waiawa Stream then discharged into the Pacific Ocean at Pearl Harbor. 7/15/05 Monthly Spill Report: Call rec'd 1920, arrive 2030, stop 2035. Last cleaned 09-23-03. Remedial action: CCTV; Place on 6-month PM if line is structurally sound. | 6/16/05 Tel.: LBS granted waiver of the 5-day written reporting requirement to Ferd J., CCH M&C, Ltr: 7/15/2005 EMC 05-207 Monthly Spill Report; Ltr: 9/28/05 EMC 05-280: Spill Report | 1 | A |
| 06/17/05 | 06/17/05 | 2289 Tantalus Drive | 130 | Kanaha Stream | Cause: Roots. 120 gallons of the 130 gallon total went to the dry stream bed. No samples were collected. No warning signs posted. 7/28/05 EMC 05-225 Monthly Spill Summary Report: Call rec'd 1515, arrive 1555, stop 1815. Last cleaned 06-04-05. Remedial action: Place on 2-month PM; line pipes. | Initial report to State Hospital Operator (Leanne Young) by CSM. Initial report to CWB by Lesley Toyota, CCH M&C, on 6/27/05 when she received the spill report. No waiver. Ltr: 7/15/2005 EMC 05-200 (late). 7/28/05 EMC 05-225 Monthly Spill Summary Report | 1 | A |
| 06/22/05 | 06/22/05 | WWTP Outfall | 24784 | Wahiawa Reservoir | Cause: HECO power outages caused interruption of the UV disinfection system operation. First incident started at 7:57 pm and ended at 8:07 pm for a duration of 10 minutes. Second incident started at 9:05 pm and ended at 9:10 pm for a duration of 5 minutes. Total duration = 15 minutes. Signs were posted 6/22/05. Sampling initiated 6/23/05. Press release made 6/23/05. CWB authorized cessation of monitoring and removal of warning signs 6/24/05. 1/13/06 Bypass Report: Revise total volume from 9,070 to 24,784 (16,346 + 8,438). | Initial notification made to State Hospital Operator. 6/23/05 8:30 a.m. Tel. LBS granted waiver of the 5-day written reporting requirement to Zhijun Zhou, CCH M&C Branch. 1/13/06 EMC05-379 Bypass Report. | 1 | C |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims    Page 35 of 63

| Date Began | Date Ended | Overflow Location | Receiving Vol Waterbody | | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 07/26/05 | 07/26/05 | 94-590 Awamoi St. (Waipahu) | 200 | ground, Waikele Stream | Cause: grease in the 10-inch vc line. 150 of 200 gallons of spill entered into Waikele Stream. Area was cleaned, disinfected, and deodorized. Signs were posted the night of the spill. Signs were taken down on 8/1/05. Started monitoring on 7/28/05. Reason for the delayed sampling was that the initial report was that the spill entered into an area of the stream that is dry; however, upon further investigation, the stream was determined to be flowing on 7/28/05 and sampling was initiated. Overflow occurred from two manholes (manhole #'s 3011870 and 3011868). Public access is difficult. 8/12/05 Monthly Spill Report: Call rec'd 1930, arrive 2030, stop 2140. Last cleaned 06-02-05. Remedial action: Place on 1-month PM rehab downstream line segments. | 5-day waiver granted (SM). Ferd from CCH called DOH on 7/28/05 at 11:50 am. Fax: 7/27/2005 (State Hospital), 7/29/05 (bacti data), 8/1/05 (bacti data), 8/2/05 (bacti data), 7/29/05 (map of monitoring sites), 7/28/05 (map of monitoring locations). E-mail: 7/29/05 from Ferd (monitoring sites), 8/2/05 from Leslie Toyota notifying DOH that signs were removed on 8/1/05. 8/12/05 EMC 05-241 Monthly Spill Report. Ltr: 9/28/05 EMC 05-282: noncompliance (spill) report from CCH | 1 | A |
| 7/28/05 | 07/28/05 | 1622 Waikahalulu Lane | 270 | Nuuanu Stream | Cause: roots inside 8-inch terra cotta line created a blockage. The blockage was cleared. Spill entered into Nuuanu Stream besides the Liluokalani Botanical Gardens. The spill occurred from a pipe that transverses under the Waikahalulu Bridge. The botanical garden is just west of the corner of School St. and Nuuanu Ave. The manhole (#309695) is situated under the bridge. Approximately 140 gallons spilled onto the ground and dissipated. The area was cleaned, disinfected, and deodorized. Posted signs around the spill site and all the way down to Vineyard Blvd. 8/26/05 EMC 05-249 Monthly Spill Report: Call rec'd 1030, arrive 1050, stop 1155. Last cleaned 06-22-05. Remedial action: CCTV; Place on 6-month PM if no major defects. | 5-day waiver granted to Don Piepgrass (SM). E-mail: 7/29/05 (monitoring sites), 8/1/05, 8/2/05 Fax: 7/27/05 (spill rpt from State Hospital), 7/28/05 (map of monitoring signs), 7/29/05 (map of monitoring sites), 8/1/05 (bacti results), 8/2/05 (bacti results). 8/1/05-CCH given permission to stop sampling and remove signs per WO. Ltr: 9/29/05 EMC 05-283: noncompliance report w/spill information. Ltr. 8/26/05 EMC 05-249 Monthly Spill Report | 1 | A |
| 08/20/05 | 08/20/05 | 2445 Kaala Street (Midpacific Institute) | 4750 | Storm Drain, Manoa Stream | Cause: roots in line, discharge from SMH #368255, sewage entered storm drain on Malle Way, entered Manoa Stream, sampling began 8/20/2005, sampling stopped 8/24/2005, signs posted 8/20/2005 along Manoa Stream and Ala Wai Canal up to Kalakaua Bridge, signs removed 8/24/2005. 10/17/05 EMC 05-304 Monthly Spill Report: Call rec'd 1050, arrive 1116, stop 1241. Last cleaned 02-24-05. Remedial action: CCTV 8/12/05; Place on 24-month PM. | FAXes: 8/20/2005, 8/22/2005, email: 8/22/2005. LBS granted waiver of the 5-day written reporting requirement to Don Piepgrass at 11:00 am. 8/22/05. Ltr. 10/17/05 EMC 05-304 & Ltr. 10/20/2005 EMC 05-316, both monthly spill reports. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3    035566

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 09/26/05 | 09/26/05 | 46-185 Nahiku Street (Kaneohe) | 100 | Kaneohe Bay | Cause: line back up problem at Kaneohe station, sewage entered Kaneohe Bay, affected area cleaned and disinfected. Toilet tissue around manole. Less than 100 gallons entered into Kaneohe Bay. | FAX: 9/26/2005 to State Hospital | 1 | A |
| 10/13/05 | 10/14/05 | 3001 Numana Road, Kalihi | 75 | Kalihi Stream | Cause: roots/rocks/tree branches, affected area cleaned, spill entered Kalihi Stream 11/28/05 EMC 05-357 Monthly Spill Report: Call rec'd 2030, arrive 2055, stop 0030. Last cleaned 07-15-05. Remedial action: Remove debris; replace MH cover; check MHs in area. Spill not in progress upon arrival - dried waste & tissue around MH located in stream area. Discharge from MH 233633. Problem line: 12" main 235389 | Tel: 10/14/2005 to State Hospital, Ben Reyes. 11/28/05 EMC 05-357 Monthly Spill Report | 2 | A |
| 10/25/05 | 10/25/05 | 3234 Woodlawn Drive | 8250 | Manoa Stream | Cause: Roots in 8" main 329724.  Discharge from clean out to Manoa Stream.  Signs posted on 10/25/05. Signs taken down on 10/31/05. Sampling conducted on 10/25/05. Sampling stopped at 10/31/05. 11/28/05 EMC 05-357 Monthly Spill Report: Call rec'd 0740, arrive 0811, stop 0835.  Last cleaned 02-12-04. Remedial action:  Cut roots in main; 6-month rodding PM. | Fax: 10/25/05 map of signs and sampling locations. Signs posted along Manoa Stream, along Ala Wai canal, and up to Ala Moana Blvd bridge just adjacent to Ala Wai Marine. Informed Don Plengrass on 10/31/05 at 10:30am to cease sampling and take down signs (per WO). 11/28/05 EMC 05-357 Monthly Spill Report | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 2 of 3     035567

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 11/02/05 | 11/02/05 | 2124 Wilson St. (Kalihi) | 250 | Storm Drain, Kalihi Stream | Cause: Grease, grit and rags, damaged pipe. Drop line coming off of the spill site manhole may also be clogged; will need to be cleared before CCTVing can be done. Preliminary report - apparently a dropline or a joint that is misaligned. CCH will need to confirm by CCTVing the line. Approximately 200 gallons entered the storm drain which eventually leads to Kalihi Stream. Approximately 50 gallons was removed. The area was signed 11/3/05 in the morning and signs taken down on 11/7/05. Sampling started 11/3/05 in the morning and stopped on 11/7/05. 12/28/05 EMC 05-386 Monthly Spill Report: Call rec'd 1925, arrive 1945, stop 2120. Last cleaned 04-06-00. Remedial action: Remove black head hose & clear debris, main line flowing good. Remarks: Drop line clogged with plastic pipe lining & hose section. 6/30/06 Spill Report: Cause was an abandoned contractor's hose in the dropline and delaminated plastic lining in the pigeonhole nozzle which obstructed all flow. Blockage occurred in asset #4023666 and spill from asset #247151. | FAX: 11/3/2005 to State Hospital, Ben Reyes. Granted 5-day waiver for written report on 11/3/05 (sm). E-mail: Don Piergrass - map of signs and additional spill information. E-mail: Lesley Toyota - bacti results from first day of sampling. Fax: Lesley Toyota - bacti results for 11/4, 11/5, and 11/6. Informed Lesley Toyota on 11/7 that sampling could be stopped and signs removed. 12/28/05 EMC 05-386 November 2005 Spill/Bypass Report. 6/30/06 EMC06-182 Spill Report | 1 | A |
| 11/05/05 | 11/05/05 | 3472 Kaau St./1401 & 1403 10th Ave (Palolo) | 265 | Palolo Stream | Cause: grease is the immediate cause. CCH suspected an open pipe on 6" main. Apparently the spill occurred on an easement that is on private property. Approximately 230 gallons went into the storm drain that eventually discharges into Palolo Stream. The area was cleaned, disinfected, and deodorized. Sampling from 11/5/05 to 11/9/05. Posting of signs from 11/5/05 to 11/9/05. 12/28/05 EMC 05-386 Monthly Spill Report: Call rec'd 1115, arrive 1159, stop 1208. Last cleaned 02-22-02. Remedial action: Revise PM to 12 months. Remarks: Probably separated pipe in property. | Fax: 11/7/05 map of sign posting. Granted 5-day waiver for spill reporting to Don Piergrass on 11/7/05 (sm). MST gave permission on 11/9/05 to CCH for the signs to be removed. 12/28/05 EMC 05-386 Monthly Spill Report | 1 | A |

EXHIBIT 5A–Table 1, Part 2 of 3          035568

| Date Began | Date Ended | Overflow Location | Receiving Waterbody | Vol | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 02/12/06 | 02/12/06 | 4208 Salt Lake Boulevard | storm drain/Pearl Harbor | 833 | Cause: Broken 8" inch cast iron force main pipe that was installed July 8, 1953. Repairs were completed at 11:30am on 2/13/06. This is a permanent fix on an old pipe. The area was cleaned, disinfected, and decolorized. The spill came up out of the ground only when the pump station (Aliamanu PS #2) was in operation. When the public called about foul odor there was only evidence of a spill. The spill was not constantly flowing. Fuji (CCH) arrived at site at 11:08 am. The spill was in progress. The CCH limited the use of the pump station until pumper trucks could get to the scene of the spill. The estimate of the spill came from the pump station operator. The entire spill entered into the storm drain and is believed to have entered into Hickam Harbor, which still needs to be confirmed by CCH. Environmental Quality Division posted signs and sampled. It appears that the spill did not reach Hickam Beach, based on the bacti monitoring results from CCH. Press release made 2/12/06. | 3/24/2006; EMC 06-075Feb 2006 Bypass/Spill Report | 1 | A |
| 02/24/06 | 02/24/06 | Intersection of Keolu and Hele Street | Kailua Bay | 1625 | 3/24/2006; Feb 2006 Bypass/Spill Report: Call rec'd 0045, arrive 0600, Duration: 5 hrs, 15 min. Remedial action: New Bypass/Spill Report Cause: Heavy rains. The spill entered into a nearby storm drain catch basin, which leads to a small stream, which leads to Enchanted Lakes which eventually discharges to Kailua Beach. Signs posted 2/24/06, signs removed 3/2/06 (another spill event occurred on 3/3/06 at this same location, signs were not physically removed). Sampling conducted February 24th, stopped on February 27th. Press release will be made. Tanker trucks are onsite. Details to follow. Note: signs being kept up, anticipating storm event | Fax: 2/24/06 initial spill report. 5-day written reporting requirement waiver granted to Ross Tanimoto on 2/24/06 (sm), Feb 27th Pam Nonaka | 1 | A |
| 02/24/06 | 02/24/06 | 46-185 Nahiku St. | Kaneohe Bay | 2520 | Cause: pump station losing capacity. Spill is from a gravity line. The CCH is trying to alter the pump characteristics. Signs posted 2/24/06, signs removed 3/2/06 (another spill event occurred on 3/3/06 at this same location, signs were not physically removed). Sampling conducted February 24th and stopped on February 27th. Note: signs being kept up till further notice, anticipating storm event. More information to follow. | Fax: 2/24/06 from Ross Tanimoto with initial spill report. 5 day written report waiver granted to Ross on 2/24/06 (sm), 2/28/2006 Pam Nonaka | 1 | A |

EXHIBIT 5A-Table 1, Part 2 of 3     035569

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 03/01/06 | 03/01/06 | 46-185 Nahiku St. | 5 | Kaneohe Bay | Cause: heavy rains. Signs have been posted from a previous spill (2/24/06), signs removed on 3/13/2006. Bacti sampling has resumed on 3/2/06. | Email: Ross Tanimoto 3/1/2006. 3/2/06 Fax Monitoring Map. Fax 3/3/06 Day 1 Monitoring Results. (see 3/3/06 spill @ same address for the rest of the monitoring data) | 1 | A |
| 03/03/06 | 03/04/06 | Waimanalo WWTP, Injection wells #2 and #4 | 26190 | Ocean | Cause: heavy rains and flooding. Per the CCH's report: "Also, the extended storm conditions saturated the ground reducing the well disposal capacity." Spill of secondary treated and disinfected wastewater from injection wells #2 and #4. At approximately 5:15am the spill entered receiving waters and is ongoing. Signs posted 3/3/2006, signs removed 3/13/2006 and sampling initiated 3/3/2006, sampling stopped 03/13/06 . News realease being prepared. | | 2 | B |
| 03/03/06 | 03/03/06 | Primary clarifier at the Kailua Regional Wastewater Treatment Plant | 2000 | storm drain, Nuupia Ponds | Cause: heavy rains. Spill from the primary clarifier at KRWWTP. The net volume is estimated to be roughly 2,000 gallons (1,000 gallons spilled from the PC and was contained; another 1,000 gallons spilled to the ground and entered the plant storm drain system, which eventually discharges to Nuupia Pond. Signs posted 3/3/2006, signs removed on 3/6/2006; Sampling initiated 3/3/2006, sampling stopped on 3/6/2006. News release being prepared. Four (4) signs were posted inside the fenceline of the WWTP and additional signs posted along Kaneohe Bay shoreline. | 3/3/06 Fax: Preliminary Spill Report (Ross T.). 3/3/09 Fax: Monitoring & Sign Maps. 3/4/06 Fax: Day 1 Monitoring Data. 3/6/06 Fax: Day 2 Monitoring Data. 3/5/06 Fax: Day 3 Monitoring Data. 3/7/2006 Fax: Day 4 Monitoring Data. | 1 | B |

EXHIBIT 5A-Table 1, Part 2 of 3      035570

| Date Begun | Date Ended | Overflow Location | Viol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 03/03/06 | 03/03/06 | Kaneohe PTF (45-230) [Kualauli St.] | 1E+05 | Kaneohe Bay | Cause: heavy rains. The net volume is estimated to exceed 1,000 gallons. Signs posted 3/3/06, signs removed 5/5/06 (signs continued to be posted for another spill at the same location on 3/31/06) and sampling initiated 3/3/06, sampling stopped 3/20/06 (per WO). News release is being prepared. Kawa and Mikiola sites terminated for sampling on 3/12/06. 3/3/06 Preliminary Spill Report: Start 1:00 am, end 3:15 am, start again at 4:15 am, ongoing @ 7:47 am. 3/3/06 Press Release: Revise volume to 102,000 gallons (from >1,000 gallons); Revise start time to 4:15 a.m.; Add end time. | 3/3/06 Fax: Preliminary Spill Report. 3/3/06 Fax: Monitoring & Sign Maps. 3/4/06 Fax: Day 1 Monitoring Data. 3/6/06 Fax: Day 2 Monitoring Data. 3/6/06 Fax: Press Release. 3/6/06 Fax: Day 3 Monitoring Data. 3/7/06 Fax: Day 4 Monitoring Data. 3/8/06 Fax: Day 5 Monitoring Data. 3/9/06 Fax: Day 6 Monitoring Data. 3/10/06 Fax: Day 7 Monitoring Data. 3/13/06 Fax: Day 8 Monitoring Data. 3/13/06 Fax: Day 9 Monitoring Data. 3/13/06 Fax: Day 10 Monitoring Data. 3/14/06 Fax: Day 11 Monitoring Data. 3/15/06 Fax: Day 12 Monitoring Data. 3/16/06 Fax: Day 13 Monitoring Data. 3/17/06 Fax: Day 14 Monitoring Data. 3/18/06 Fax: Day 15 Monitoring Data. 3/19/06 Fax: Day 16 Monitoring Data. 3/21/06 Fax: Day 17 Monitoring Data (final). | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 03/03/06 | 03/03/06 | Intersection of Keolu & Hele Sts. | 31320 | Enchanted Lake | Cause: heavy rains. Pumper trucks are on-site. Signs have already been posted from a previous spill (2/24/06), signs removed 3/13/2006. Sampling initiated on 3/3/06. Sampling stopped on 03/13/06. The area was cleaned, disinfected, and deodorized. News release being prepared. | 3/3/06 7:12 am Fax: Preliminary Spill Report (Ross Tanimoto). 3/3/06 Fax: Monitoring Map. 3/4/06 Fax: State Hospital; 3/3/06 8:04 am, Fax (Ross Tanimoto). 3/4/06 Fax: Day 1 Monitoring Data. 3/6/06 Fax: Day 2 Monitoring Data. 3/6/06 Fax: Press Release. 3/6/06 Fax: Day 3 Monitoring Data. 3/7/06 Fax: Day 4 Monitoring Data. 3/8/06 Fax: Day 5 Monitoring Data. 3/9/06 Fax: Day 6 Monitoring Data. 3/10/06 Fax: Day 7 Monitoring Data. 3/13/06 Fax: Day 8 Monitoring Data. 3/13/06 Fax: Day 9 Monitoring Data. 3/13/06 Fax: Day 10 Monitoring Data (final). | 1 | A |
| 03/03/06 | 03/03/06 | 45-270 Waikalua Rd. (Kaneohe Civic Center) | 400 | Kaneohe Stream | Cause: heavy rains. 300 gallons of the 400 gallons entered a storm drain/catch basin on Kamehameha Highway. Storm drain eventually discharges to Kaneohe Stream which eventually leads to Kaneohe Bay. Signs posted on 3/3/06. Signs removed on 3/13/2006. Sampling started on 3/3/06. Sampling stopped on 03/13/06 per WO. | 3/3/06 Fax: Sign Map. 3/3/06 Fax: Preliminary Spill Report. 3/3/06 Fax: Monitoring Map. 3/4/06 Fax: State Hospital. 3/4/06 Fax: Day 1 Monitoring Data. 3/6/06 Fax: Day 2 Monitoring Data. 3/6/06 Fax: Press Release. 3/6/06 Fax: Day 3 Monitoring Data. 3/7/06 Fax: Day 4 Monitoring Data. 3/8/06 Fax: Day 5 Monitoring Data. 3/9/06 Fax: Day 6 Monitoring Data. 3/10/06 Fax: Day 7 Monitoring Data. 3/13/06 Fax: Day 8 Monitoring Data. 3/13/06 Fax: Day 9 Monitoring Data (final). | 1 | A |

EXHIBIT 5A-Table 1, Part 2 of 3    035572