IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, | Civil No. 04-00463 DAE-BMK |
| Plaintiffs, | **PLAINTIFFS' TABLE 1 (EXHIBIT 5A) (SUMMARY OF CCH COLLECTION SYSTEM SEWAGE SPILLS AND WWTP BYPASSES THAT REACHED "WATERS OF THE UNITED STATES" FROM MAY 30, 1999 TO DECEMBER 31, 2007)** |
| vs. | |
| CITY AND COUNTY OF HONOLULU ET. AL. | |
| Defendants. | |

# (PART 3 OF 3)

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 03/03/06 | 03/03/06 | 46-185 Nahiku St. | 9600 | Kaneohe Bay | Cause: heavy rains. The net volume exceeds 1,000 gallons. Pumper trucks are on-site. Signs were already posted from a previous spill (2/24/06). Sampling has already been iniated from an earlier event. Sampling stopped on 03/13/06. Posting from 3/3 - 13/2006. The area was cleaned, disinfected, and deodorized. News release is being prepared. 3/3/06 Press Release: Revise start time to 8:07 am (from 2:15 am); Add end time (10:15 am). 3/4/06 HEER Spill Report: Revise end time to 11:30 am (from 10:15 am). | According to a fax from the State Hospital, CCH reported the spill from 8:07 am to 11:30 am on 3/3/06. 3/4/06 HEER Spill Report. Fax 3/4/06 Day 2 Monitoring Results. Fax 3/6/06 Press Release. Fax 3/6/06 Day 3 Monitoring Results. Fax 3/6/06 Day 4 Monitoring Results. Fax 3/7/06 Day 5 Monitoring Results. Fax 3/8/06 Day 6 Monitoring Results. Fax 3/9/06 Day 7 Monitoring Results. Fax 3/10/06 Day 8 Monitoring Results. Fax 3/11/06 Day 9 Monitoring Results. Fax 3/12/06 Day 10 Monitoring Results. | 1 | A |
| 03/03/06 | 03/03/06 | 45-046 Lilipuna Road | 8925 | Kaneohe Bay | Cause: heavy rains. Spill entered Kaneohe Bay. Cleaned, disinfected, and deodorized the area. Signs posted on 3/3/06. Signs removed on 4/5/06. Sampling started on 3/3/06. Sampling stopped on 03/08/06. See spill reports on 3/20/06 and 3/29/06 for this location. 3/3/06 Press Release: Revise volume to 8,925 gallons (from 1,275 gallons). 3/4/06 Fax State Hospital Spill Report: End time 12:00 pm. 3/3/06 Fax Preliminary Spill Report: End time 10:30 am. | 3/4/06 Fax: State Hospital Spill Report. 3/3/06 Fax: Preliminary Spill Report (Ross Tanimoto). 3/3/06 Fax: Sign Map. 3/4/06 Fax: Monitoring Location Map. 3/6/06 Fax: Day 1 Monitoring Results. 3/6/06 Fax: Press Release. 3/6/06 Fax: Day 2 Monitoring Results. 3/7/06 Fax: Day 3 Monitoring Results.Tel: 3/8/06 informed Ross Tanimoto that sampling could be stopped at PBRC Pier and Kahananhau Circle sites. Other sampling sites need to be continued as they are part of other spill sampling sites. 3/8/06 Fax: Day 4 Monitoring Results. 3/9/06 Fax: Day 5 Monitoring Results. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

Page 43 of 63

EXHIBIT 5A-Table 1, Part 3 of 3     035573

| Date Begun | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 03/07/06 | 03/07/06 | End of Luluku Road (Hoomaluhia Botanical Garden) | 7500 | Storm Drain, Kamooalii Stream | Cause: roots and rain water. Rain water went into the system. Area was cleaned, disinfected, and deodorized. Signs posted on 3/7/06. Signs removed on 3/13/06 (?). Sampling conducted on 3/8/06. Sampling completed on 03/13/06. Appears that the majority of the spill was rain water and not sewage, according to Fuji. This spill is Department of Rec. and not environmental, as it occurred inside the botanical garden. | 3/7/06 Fax: State Hospital. 3/8/06 Fax: Initial spill report (Ross T.). 3/8/06 Fax: Sign Map. 3/8/06 Fax: Press Release. 3/8/06 Fax: Monitoring Map. 3/9/06 Day 1 Monitoring Data. SM granted waiver of the 5-day written reporting requirement to Ross Tanimoto via fax on 3/10/06. 3/10/06 Day 2 Monitoring Data. 3/13/06 Day 3 Monitoring Data. 3/13/06 Day 4 Monitoring Data. | 1 | A |
| 03/20/06 | 03/20/06 | 45-031A Lilipuna Place | 600 | Kaneohe Bay | Cause: Possible "Surging". Exact cause unknown at this time. No obstruction in line. Exact cause is being investigated. Fuji is contacting the Water Quality Laboratory (so they can initiate monitoring) and Ross Tanimoto (to arrange for signs to be posted). Signs were posted on 3/20/06. Signs were taken down on 4/5/06. Sampling was initiated on 3/21/06. Sampling was stopped on 4/5/06. 3/20/06 Tel. Ross Tanimoto: Cause unknown at this time. See spill reports on 3/03/06 and 3/29/06 for this location. | 3/20/06 Tel. Fuji; 3/21/06 Tel. Ross Tanimoto: Waiver granted (LBS). 3/21/06 Fax: Preliminary Spill Report. 3/21/06 Fax: Sign Map. 3/21/06 Fax: Monitoring Map. 3/22/06 Fax: Day 1 Monitoring Data. 3/23/06 Fax: Day 2 Monitoring Data. 3/24/06 Fax: Day 3 Monitoring Data. | 1 | A |
| 03/22/06 | 03/23/06 | Wahiawa WWTP | 700 | Wahiawa Reservoir | Cause: High flows (7.2 mgd) due to heavy rains. Raw sewage discharged from headworks upstream of the bar screens; sewage may have entered Wahiawa Reservoir. Due to unsafe conditions, sampling and signs postings will be done at a later date, when conditions improve. Press release will be made noting this. Sampling initiated March 23, 2006, sampling stopped March 24, 2006, signs posted 3/23/2006, signs removed 3/28/06. 4/19/06 Spill Report states CWB authorized removal of warning signs on 3/31/06. | Tel: 3/23/2006 Ross Tanimoto. 5-day waiver requested and granted to CCH. 3/23/06 Fax from State Hospital. 3/23/06 Fax CCH Preliminary Spill Report. 3/23/06 Fax: Sign locations. 3/24/06 Fax: Sampling locations. 3/24/06 Fax Day 1 monitoring results. 3/28/06 Fax Day 2 monitoring results. 4/19/06 EMC 06-105 Spill Report. | 2 | B |

EXHIBIT 5A-Table I, Part 3 of 3    035574

| Date Began | Date Ended | Overflow Location | Receiving Vol/ Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|
| 03/24/06 | 03/29/06 | 445 Kaiolu, Waikiki | 5E+07 Ala Wai Canal | Cause: 42 inch sewer force main (asset ID#3013692) break on Kaiolu Street (the exact nature of the problem to be determined). Honolulu Police Dept. notified ENV of the problem at 7:03 am. Vactor trucks started removing & hauling wastewater at 8:54 am. The spill occurs when the second pump at Beachwalk WWPS is active. The spill entered a storm drain inlet on Ala Wai Blvd, and then entered the Ala Wai Canal. The canal was brown and turbid due to very heavy rains the previous night. No plume was evident.<br><br>UPDATE 3/30/2006: as of 3/29/2006 (12:05 pm), CCH stopped pumping raw sewage into the canal.<br><br>Monitoring initiated 3/24/06, sampling conducted from Ala Moana Beach Park to Natatorium, terminated 5/19/2006. Warning signs posted 3/24/06 along the canal, east side of Magic Island and Ala Wai Boat Harbor. NOTE: as of 3/29/2006, more signs posted Waikiki side of Ala Wai Canal, signs removed ?????. Press release made 3/24/06.<br><br>4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 0720, arrive 0833, stop 1380, duration 5 days, 5 hours, and 50 minutes. Remedial action: Line repaired & placed back in service. | 3/24/06 Tel. Don Piergrass - waiver of the 5-day written reporting requirement granted by LBS. 4/5/06 Tel. Message notifying Ross Tanimoto to stop sampling and remove signs for the Magic Island area. 4/28/2006: EMC 06-128 March 2006 Bypass/Spill Report | 6 | A |
| 03/26/06 | 03/26/06 | Waimanalo WWTP, Waimanalo | 82920 Ground, Stream, Beach | Cause: heavy rains, around 8:30 am, untreated wastewater (2725 gallons) spilling from a manhole located at the plant access gate, which entered Inoaole Stream and flowed to Bellows and Waimanalo Beach Parks, this stopped about 1:00 pm on 3/26/2006. Around 9:45 am to 9:50 am on March 26, 2006, the injection wells started to spill secondary treated, disinfected wastewater (80,195 gallons), signs posted 3/26/2006, signs removed 4/17/2006, sampling conducted 3/26/06 and sampling stopped on 4/17/06, news release made. | Email: 3/26/2006 Ross Tanimoto. Five day waiver requested and granted to CCH. Ltr: 4/26/2006 | 1 | B |

EXHIBIT 5A-Table 1, Part 3 of 3    035575

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 03/26/06 | 03/26/06 | 1065 Hele Street, Enchanted Lakes | 1600 | Ground, Stream, Beach | Cause: heavy rains, sewage discharged from manhole, signs posted 3/26/2006, signs removed 4/11/06 (except for the mouth of Kaelepulu Stream), sampling conducted 3/26/06, sampling stopped on 4/11/06 (except for the mouth of Kaelepulu Stream). Sampling stopped and signs removed on 4/17/06 from the mouth of Kaelepulu Stream per conversation with WO to Ross Tanimoto. | News release: 3/26/2006, Tel: 3/26/2006 to State Hospital. Five day waiver requested and granted to CCH. Per conversation with WO to Ross Tanimoto on 4/11/06, signs and sampling were stopped except for the mouth of Kaelepulu Stream. (another report stated that approximately 2400 gallons spilled) | 1 | A |
| 03/26/06 | 03/26/06 | Intersection of Keolu & Hele Streets, Enchanted Lakes | 1000 | Ground, Stream, Beach | Cause:  Heavy rain, surcharged sewer.  Signs posted 3/26/06.  Signs removed 4/17/06.  Monitoring initiated 3/26/06.  Monitoring stopped 4/9/06. | 3/26/06 Fax: State Hospital. 3/26/06 Fax: Sign Map. 3/28/06 Fax: Day 1 Monitoring Data. 3/28/06 Fax: Day 2 Monitoring Data. 3/29/06 Fax: Day 3 Monitoring Data. 3/30/06 Fax: Day 4 Monitoring Data. 3/31/06 Fax: Day 5 Monitoring Data. 4/1/06 Fax: Day 6 Monitoring Data. 4/2/06 Fax: Day 7 Monitoring Data. 4/3/06 Fax: Day 8 Monitoring Data. 4/4/06 Fax: Day 9 Monitoring Data. 4/5/06 Fax: Day 10 Monitoring Data. 4/6/06 Fax: Day 11 Monitoring Data. 4/7/06 Fax: Day 12 Monitoring Data. 4/8/06 Fax: Day 13 Monitoring Data. 4/9/06 Fax: Day 14 Monitoring Data. 4/10/06 Fax: Day 15 Monitoring Data. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035576

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 03/28/06 | 03/29/06 | Sand Island WWTP Return Pump Station | 1E+05 | Harbor | Cause: The lag pump Healy Ruff cable broke, leaving only the lead pump. It appears that sewage overflowed from thickener tank to drainage swale and offsite, possible state waters entry, CCH to verify. Return pump station operation under contractor control, not under City control. Press release to be made, signs posted 3/30/2006, signs removed 4/5/06. sampling conducted 3/29/2006, sampling stopped 4/5/06. 4/28/2006 March 2006 Bypass/Spill Report: Start 1700, stop 0015. Remedial action: Reconnect power to pump and reset control system. 8/30/06 Spill Report: With the broken float control cable, the lag pumps did not turn on. Alarms not hooked up to SCADA yet. | Tel: 3/29/2006 Jared Lum. Waiver for 5-day written notice granted to Jared Lum on 3/31/06. SSM notified Don Piergrass on 4/5/06 to stop sampling and have the signs removed after discussing with WO. 4/4/06 FAX: Day 6 monitoring results. 4/6/06 FAX: Day 8 (final) monitoring results. 4/28/2006: EMC 06-128 March 2006 Bypass/Spill Report. 8/30/06 Spill Report (EMC 06-249). | 2 | B |
|  | 03/29/06 | 45-031 Lilipuna Road, Kaneohe | 600 | Storm drain, Kaneohe Bay | Cause: unknown, still investigating, sewage discharging from manhole, entering storm drain which leads to Kaneohe Bay, signs posted 3/29/2006, signs removed 4/5/2006, sampling continued from previous spill, sampling stopped 4/5/2006. See spill reports on 3/06/06 and 3/20/06 for this location. | Tel: 3/29/2006 Fuji. Five day waiver requested and granted to CCH (AT). 2/39/06 Fax: Monitoring & Sign Map. 3/31/06 Fax: Day 1 Monitoring Data. 3/31/06 Fax: Day 2 Monitoring Data. 4/1/06 Fax: Day 3 Monitoring Data. 4/2/06 Fax: Day 4 Monitoring Data. 4/4/06 Fax: Day 6 Monitoring Data. 4/5/06 Fax: Day 7 Monitoring Data. 4/6/06 Fax: Day 8 Monitoring Data. | 1 | A |
| 03/30/06 | 04/03/06 | Waimanalo WWTP | 2E+05 | Ground, Stream, Beach | Cause: heavy rains. Injection wells couldn't handle incoming flows, flows discharging from injection well to ravine, which leads to the ocean. Signs are still posted from previous spill (3/26/06), signs removed 4/17/06, sampling continued from previous spill (3/26/06), sampling stopped 4/17/06. Upate 3/31/2006 heavy rains continuing, as of 12:20 pm, 3/31/2006, raw sewage being discharged. | Tel: 3/30/2006 to State Hospital, 3/31/2006 Jerry Kami. Five day waiver requested and granted to CCH, FAX: 4/2/2006 | 5 | B |
| 03/31/06 | 03/31/06 | 700 Umi Street, Kalihi | 1000 | Keehi Lagoon | Cause: Surcharge due to heavy rain. Discharge from SMH#283521, 267773, 263438. Problem line: 15" main, asset ID#267778. signs posted 4/1/2006, signs removed ??? 4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 1210, arrive 1315, stop 1410. Remarks: Unable to determine spill due to rain water getting into system. | FAX: 4/2/2006 Map of Warning Sign Locations. 4/28/2006: EMC 06-128 March 2006 Bypass/Spill Report. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3      035577

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 03/31/06 | 03/31/06 | Aliamanu Pump Station #2, 4230 Salt Lake Blvd | 8132 | Storm Drain, Pearl Harbor | Cause: inflow and infiltration caused by heavy rainfall resulted in influent flow to exceed the pumping capacity of the PS.  Sign posting and receiving water sampling for this spill was waived by DOH, due to obligations CCH had for other spills during the heavy rain event | FAX: 4/2/2006; 4/28/2006: March 2006 Bypass/Spill report, Ltr: 8/4/2006 | 1 | A |
| 03/31/06 | | Waimanalo WWTP | 15450 | Ground, Stream, Beach | Cause: heavy rains resulting in overflows. Signs and sampling continuing for previous spill (3/26/06). Approximately 36,450 gallons of secondary, filtered, disinfected effluent spilled from disposal wells of which approximately 28,000 gallons entered into Inoaole Stream. At 12:20 pm, raw sewage spilled from the manhole (gravity system) just outside of the plant entrance and entered into Inoaole Stream. | FAX: 4/2/2006 | 1 | B |
| 03/31/06 | | 1015 North School St. | 16000 | storm drain, Honolulu Harbor | Cause: Surcharge due to heavy rain.  Discharge from manhole #274438. Problem line: 36" main, asset ID#278867. Approximately 10,000 gallons entered the storm drain, which eventually discharges to Honolulu Harbor. Approximately 500 gallons was removed by the CCH. CWB assisted the CCH with water monitoring. Signs posted on 3/31/06 by the CCH. The CCH was notified on 4/26/06 that signs could be removed. 4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 1300, arrive 1340, stop 1500. Remarks: Trunk line; unknown if entered stream, spill flowed through storm system. | 4/1/06 Fax of Warning Sign Locations. 4/28/2006: EMC 06-128 March 2006 Bypass/Spill Report. 8/2/06: EMC 06-214 Spill Report. | 1 | A |
| 03/31/06 | | 1716 Pilkea Street | 100 | Halawa Stream | Cause: Storm water/surcharge.  Discharge from MH#483006.  Problem line: 8" main; asset #483982. 3/13/2006 Monthly Spill Report: Call rec'd 1300, arrive 1630.  Remarks: Spill not in progress upon arrival-evidence around manhole. 6/28/06 Spill Report: States the spill was first reported to Watson Okubo, CWB, by CSM on 4/1/06 @ 11:30 AM. Sign posting and rec'g water monitoring were waived by Mr. Okubo. | 3/13/2006 EMC 06-107 Monthly Spill Report. 6/28/06 EMC 06-172 Spill Report | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035578

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations Spill/Bypass |
|---|---|---|---|---|---|---|---|
| 03/31/06 | 03/31/06 | 98-159 Olepe Loop, Waimalu | 700 | Pearl Harbor | Cause: Surcharged line due to heavy rain. Spill from MHs #599434, 599515, 599474, & 599552. Problem line: 15" main. Asset ID# 600809, 600670, 600638, 600702. Flow entered Pearl Harbor at Blaisdell Park. Signs posted 4/1/2006, signs removed 4/4/2006. Monitoring initiated 4/1/2006, monitoring stopped 4/4/2006. Press release made. 3/13/2006 Monthly Spill Report: Call rec'd 1300, arrive 1340, stop 1430. Last cleaned 09-27-05. Remarks: 600 gals. entered storm drain at 98-143 Olepe Loop. | FAX: 4/2/2006 CCH. Tel. 4/3/06. SSM notified Lesley Toyota on 4/4/06 to stop sampling and remove signs after discussing with WO. Ltr: 4/4/2006 EMC 06-098; 3/13/2006 EMC 06-107 Monthly Spill Report. 6/28/06 EMC 06-173 Spill Report w/bact summary. | 1 A |
| 03/31/06 | 03/31/06 | 2330 Pacific Heights Road | 80 | Nuuanu Stream | Cause: Surcharge due to heavy rains, more info to follow. Discharge from SMH#293646. Problem line: 8" main, asset ID#295629<br><br>4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 1315, arrive 1400, stop 1420. Remarks: Heavy rain, sewage diluted | Tel: 4/2/2006 to State Hospital, Fuji. 4/28/2006: EMC 06-128 March 2006 Bypass/Spill Report | 1 A |
| 03/31/06 | 03/31/06 | 5307 Kalanianaole Hwy. | 100 | Storm Drain/Wailupe Beach | Cause: Surcharge due to heavy rains. Discharge from SMH#464765. Problem line: 24" main, asset ID#466126. Signs posted 4/1/2006, signs removed 4/11/2006.<br><br>4/28/2006 March 2006 Spill/Bypass Report: Call rec'd 1327, arrive 2015, stop 2330. Remarks: Pump Station failure.<br><br>8/2/06 EMC 06-218 Spill Report: Cause: The spill may have been aggravated by a downstream pump station failure from 5:05 pm to 5:30 pm. | Ltr: 4/28/2006 EMC 06-128 March 2006 Spill/Bypass Report. 8/2/06 EMC 06-218 Spill Report. | 1 A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035579

Page 50 of 63

| Date Began | Date Ended | Overflow Location | Receiving Vol. Waterbody | Cause of Overflow | Notes | No. of Violations Spill/Bypass |
|---|---|---|---|---|---|---|
| 03/31/06 | | Kaneohe PTF | 10000 ground, Kawa Stream | Cause: heavy rain. Sewage discharging from manhole located between influent pump station and effluent pump station; Probably entering Kawa Stream. Signs posted 3/31/06, signs removed 5/5/2006; Sampling conducted 4/1/06, sampling stopped 5/3/06. Press release to be made. | Tel: 3/31/2006 Ross Tanimoto. Five day waiver requested and granted to CCH. 4/1/06 Fax: Monitoring Map. 4/2/06 Fax: State Hospital. 4/2/06 Fax: Day 1 Monitoring Data. 4/3/06 Fax: Day 2 Monitoring Data. 4/4/06 Fax: Day 3 Monitoring Data. 4/5/06 Fax: Day 4 Monitoring Data. 4/6/06 Fax: Day 5 Monitoring Data. 4/7/06 Fax: Day 6 Monitoring Data. 4/8/06 Fax: Day 7 Monitoring Data. 4/9/06 Fax: Day 8 Monitoring Data. 4/10/06 Fax: Day 9 Monitoring Data. 4/11/06 Fax: Day 10 Monitoring Data. 4/12/06 Fax: Day 11 Monitoring Data. 4/14/06 Fax: Day 12 & 13 Monitoring Data. 4/17/06 Fax: Day 14-16 Monitoring Data. 4/18/06 Fax: Day 17 Monitoring Data. 4/19/06 Fax: Day 18 Monitoring Data. 4/20/06 Fax: Day 19 Monitoring Data. 4/21/06 Fax: Day 20 Monitoring Data. 4/23/06 Fax: Day 21-22 Monitoring Data. 4/24/06 Fax: Day 23 Monitoring Data. 4/25/06 Fax: Day 24 Monitoring Data. 4/26/06 Fax: Day 25 Monitoring Data. 4/28/06 Fax: Day 27 Monitoring Data. 5/1/06 Fax: Day 28 Monitoring Data. 5/1/06 Fax: Day 29 Monitoring Data. 5/1/06 Fax: Day 30 Monitoring Data. 5/3/06 Fax: Day 3 | 1 A |
| 03/31/06 | 03/31/06 | 4389 Malia Street | 100 Storm Drain/Kapakahi Stream | Cause: Surcharge due to heavy rains. Ala Moana WWPS failed. Discharge from SMH#456961. Problem line: 30" main, asset ID#458409

4/28/2006 March 2006 Spill/Bypass Report: Call rec'd 1515, arrive 1640, stop 1640. Remarks: Spill not in progress upon arrival - evidence around manhole; M=Pump Station failed. | Ltr: 4/28/2006 EMC 06-128 March 2006 Spill/Bypass Report | 1 A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3     035580

| Date Began | Date Ended | Overflow Location | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|
| 03/31/06 | 03/31/06 | 5017 Kalanianaole Hwy., Wailupe | 100 Wailupe Beach | Cause: Surcharged lines caused by heavy rainfall complicated by a broken sewer manhole cover. Signs removed 4/11/06 per Watson Okubo. Manhole cone repaired. Long-term mitigative actions include plans for 2 CIPs: Niu Valley Shopping Center Relief Sewer and Kalanianaole Hwy. Structural Rehabilitation. These projects will provide increased capacity and reduce inflow and infiltration. | 8/2/06 EMC 06-219 Spill Report. | 1 | A |
| 03/31/06 | 03/31/06 | 1450 Ala Moana Blvd. (at Atkinson) | 6900 Storm Drain/Ala Moana Beach | Cause: Surcharge due to heavy rains. Discharge from SMH#4016068. Problem line: 24" main, asset ID#4016069 4/28/2006 March 2006 Spill/Bypass Report: Call rec'd 1633, arrive 1648, stop 1752. Remarks: AM WWPS lost electric power; enter storm drain at Ala Moana & Atkinson. 5/4/07 Spill Report: Revise volume from 6,900 gallons (total) to 9,600 gallons (total) with 9,100 gallons to storm drain system/receiving waters. "The possibility of flushed siphon debris, due to wet weather, which impaired flow, exists. Reviews are underway to address the area's wet weather capacity problem." Initial verbal report by Vernon Hoffman to Watson Okubo (CWB) on April 1, 2006 at 11:30 a.m. Warning signs posted 3/31/06. Monitoring included in Beachwalk Force Main Spill monitoring. Mr. Okubo authorized cessation of monitoring on 5/19/06 and removal of warning signs on 5/23/06. All signs were removed by 5/26/06. | Ltr. 4/28/2006 EMC 06-128 March 2006 Spill/Bypass Report. 5/4/07 EMC 07-108 Spill Report | 1 | A |
| 03/31/06 | 03/31/06 | Coral & Auahi Streets | 100 Storm Drain/Honolulu Harbor | Cause: Surcharge due to heavy rains. AM WWPS failed. Discharge from SMH#3010725. Problem line: 72" main, asset ID#3010728. 4/28/2006 March 2006 Spill/Bypass Report: Call rec'd 170515, arrive 1900840, stop 173640. Remarks: Pump Station electrical failure. | Ltr. 4/28/2006 EMC 06-128 March 2006 Spill/Bypass Report | 1 | A |
| 03/31/06 | 03/31/06 | 1025 Ala Moana Blvd. | 100 Storm Drain/Ala Moana Beach/Kewalo Basin | Cause: Surcharge due to heavy rains. AM WWPS failure. Discharge from SMH#4009797. Problem line: 69" main, asset ID#4009794. 4/28/2006 EMC 06-128 March 2006 Spill/Bypass Report: Call rec'd 1740, arrive 1741. Remarks: Pump Station failure. | Ltr. 4/28/2006 EMC 06-128 March 2006 Spill/Bypass Report | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035581

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 03/31/06 | 03/31/06 | Ala Moana WWPS | 2E+06 | Ocean | Cause: Power failure. Signs posted on 4/1/06. Signs removed on 4/5/06. Sampling initiated on 4/1/06. Sampling stopped on 4/1/06. Signs were posted along entrances to Kakaako Park waterfront and along the shoreline. 4/28/2006 March 2006 Bypass/Spill Report: Call rec'd/arrive 1705, stop 1730. Remedial Action: Reset automatic switchgear and restarted pumps. Remarks: Automatic switchgear tripped when power was lost and generator started at the same time the power was restored. | FAX: 4/2/2006. SSM notified Don Piergrass on 4/5/06 to stop sampling and have the signs removed after discussing with WO. 4/28/2006: EMC 06-128 March 2006 Bypass/Spill Report | 1 | A |
| 04/04/06 | 04/04/06 | intersection of Paa & Ahua Street, Mapunapuna | 60 | Moanalua Stream | Cause: grease. Discharge from MH#239923. 20 gallons entered storm drain. Affected area cleaned and disinfected. Problem line: 10" main asset #240297 5/26/06 April 2006 Bypass/Spill Report: Call rec'd 1810, start 2010. Remedial action: Place on 6 month PM schedule. Last cleaned: 10-25-04. | FAX: 4/5/2006 from State Hospital. 5/26/06 EMC 06-149 April 2006 Spill/Bypass Report | 1 | A |
| 04/05/06 | 04/05/06 | 2590 La'i Road, Palolo Valley | 660 | Palolo Stream | Cause: It appears that rocks damaged the 10-inch sewer main (asset #375403) which runs along Palolo Stream during last week's storm; Signs posted 4/5/2006, signs removed 5/18/06; sampling conducted 4/5/2006, sampling stopped 4/21/06. Sewer pipe was repaired and covered with a concrete jacket to minimize the chances of future breakage. 5/26/06 April 2006 Bypass/Spill Report: Call rec'd 0900, start 0900, stop 2000. Last cleaned: 10-26-05. | Tel: 4/5/2006 Fuji - five day waiver requested and granted to CCH by AT. 7/17/06 EMC 06-200 Spill Report. 5/26/06 EMC 06-149 April 2006 Spill/Bypass Report | 1 | A |
| 05/05/06 | 05/05/06 | 524 Olive Avenue, Wahiawa | 250 | Wahiawa Reservoir | Cause: rocks, grease, paper towels, about 200 gallons spilled from SMH 12106 and entered storm drain which leads to Lake Wilson (Wahiawa Reservoir), affected area cleaned and disinfected. Monitoring initiated 5/7/06 and warning signs posted on 5/8/06. Watson approved cessation of monitoring & removal of warning signs 5/9/06. Per 5/8/06 Preliminary Spill Report: Crews arrived @ 9:45 p.m., spill in progress. End time 10:35 p.m. Revise end time from 5/6/06 @ 12:40 a.m. to 5/5/06 @ 10:35 p.m. | Fax: 5/6/2006 from State Hospital. 5/8/06 Zhijun Zhou requested & Watson Okubo granted waiver of the 5-day reporting requirement. Fax 5/8/06 Preliminary Spill Report, Map of sampling locations, & day 1 monitoring results. Fax 5/8/06 Map of Sign Locations, day 2 monitoring results. Fax 5/9/06 Day 3 monitoring results. Fax 5/10/06 Day 4 monitoring results. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035582

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 06/16/06 | 06/16/06 | 1325 North School Street | 750 | storm drain, Kapalama Canal | Cause: rags in the line. Spill from SMH#272855 entered the storm drain, then the canal. Preliminary info. Sampling started at 1:30 pm. Signs removal approved by Watson Okubo, CWB, on 6/22/06 & removed 6/23/06. Monitoring stopped 6/22/06. 7/17/06 EMC 06-199 Combined Spill Report: To help prevent future spills, the City increased the cleaning frequency to monthly. The compromised joint will be corrected under Haughtailing Sewer Rehabilitation Project by Limtiaco Consulting Group. | 7/17/06 EMC 06-199 Combined Spill Report. | 1 | A |
| 07/19/06 | 07/19/06 | Bypass at Primary Clarifier #4 | 6E+05 | Ocean | Cause: The bottom of a fiberglass trough inside a clarifier at the Honouliuli Wastewater Treatment Plant failed, resulting in less-than-full primary treatment wastewater that was discharged through the Barbers Point outfall. About 12 feet of the bottom of the trough, called a "launder," in the No. 4 primary clarifier cracked and buckled. An estimated 597,524 gallons of partially treated wastewater was discharged before all of the solids in it had settled to the bottom of the clarifier. The discharge was diluted with effluent from the secondary treatment plant before it left the outfall. The outfall is more than 2 miles offshore at a depth of 200 feet, so the bypass is expected to have negligible effects on the environment. Press release made by CCH on 7/20/06. | 7/20/06: conference call with CCH (Lesley Toyota) and DOH (Alec Wong, Scott Miyashiro) to discuss the details of bypass. | 1 | C |
| 09/03/06 | 09/03/06 | 99-164 Kalaloa Street, Salt Lake | 1180 | Halawa Stream | Cause: grease block 15-inch main pipe (asset #637830) sewage discharged from manhole #636387 and entered Halawa Stream, signs posted 9/3/2006, signs removed 9/7/2006, sampling conducted 9/3/2006, sampling stopped 9/7/06, press release made on 9/3/2006, affected area was cleaned and disinfected, followup call to CWB on 9/5/2006 by Fuji, CCH. Sewage from 15 inch main. Entered drain. Fax: 9/6/06 spill came out of manhole at 99-166 Kalaloa Street, Aiea 96701. Approximately 1,000 gallons entered into the storm drain system and an unknown portion was recovered. Call rec'd 2:41 pm; Arrive 2:53 pm; Secured 4:39 pm. | Tel: 9/3/2006, 9/5/2006. Ltr. 9/8/06 EMC06-269, Ltr: 10/13/2006 EMC 06-296 | 1 | A |

EXHIBIT 5A-Table 1, Part 3 of 3    035583

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 09/14/06 | 09/14/06 | Wahiawa WWTP | 26555 | Wahiawa Reservoir | Cause: momentary UV disinfection loss was attributed to a false low level water level power cutout. Power cutout protects equipment from overheating if water level drops too low. This resulted in the bypass of the ultraviolet radiation disinfection of the secondary treated effluent prior to discharge to Wahiawa Reservoir. Signs posted 9/14/2006, signs removed 9/15/2006, sampling conducted 9/14/2006, sampling stopped 9/15/2006, press release made. | Tel: 9/14/2006 Curtis Chun, five day waiver was granted by CWB. Ltr. 9/21/06 EMC06-276 UV Disinfection Bypass Report | 1 | C |
| 09/14/06 | 09/14/06 | Wahiawa WWTP | 18755 | Wahiawa Reservoir | Cause: a defective relay that services two coincident signals of low water level from two independent ultrasonic water level detectors. This resulted in bypass of ultraviolet radiation disinfection of the secondary treated effluent. Signs posted 9/14/2006, signs removed 9/15/2006, sampling conducted 9/14/2006, sampling stopped 9/15/2006 | FAX: 9/14/2006 from CCH, five day waiver granted by CWB, note earlier bypass occurred same day | 1 | C |
| 10/15/06 | | Wahiawa WWTP | 12700 | Wahiawa Reservoir | Cause: power outage as a result of HECO generating stations emergency shutdown due to Big Island earthquake. Emergency generator was turned on. During the transition, no UV disinfection was provided, roughly 12,700 gallons of filtered, secondary treated effluent was discharged without UV disinfection. Sampling started on 10/16/06 and stopped on 10/17/06. Signs posted on 10/15/06 and signs removed on 10/17/06. | FAXes: 10/16/2006, Tel: 10/16/2006 Curtis Chun, five day waiver granted to CCH, Ltr: 11/6/2006 EMC 06-316 | 1 | C |
| 10/15/06 | | Mokapu Outfall | 52000 | Kailua Bay | Cause: Power outage. Biotower bypass. Press release made. Warning signs not required. Initially attempted to bring the emergency generator on-line, but it was taking too long, so they attempted to bypass the biotower. Biotower pump station was inoperable due to lack of power. Once they tested the bypassing of the biotower for 15 minutes, the emergency generators started & they no longer needed to bypass the biotower. | Tel. 10/16/06 4:00 p.m.: LBS granted waiver of the 5-day written reporting requirement to Ross Tanimoto. | 1 | C |

Page 54 of 63

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035584

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 11/01/06 | | Kaneohe PTF | 3000 | Ground, state waters | Cause: faulty level sensor to EPS, spill to ground, no sampling or no signing to be done. Updated 11/1/2006: spill has continued (exceeded 3000 gallons) and has entered receiving waters, press release to be made | FAX: 11/1/2006. Granted 5-day waiver for written report to Curtis Chun on 11/2/06 (SM). Fax: 11/3/06 sampling results for 11/2/06. Fax: 11/6/06 sampling results for 11/3/06. Fax: 11/6/06 sampling results for 11/4/06. Fax: 11/8/06 sampling results for 11/6/06. Fax: 11/8/06 sampling results for 11/7/06. | 1 | A |
| 11/01/06 | 11/01/06 | Kaneohe PTF | 550 | Bay | Cause: SMH overflow spill in front of Kaneohe PTF, wastewater entered Waikalua Stream, persisting rains have increased Kaneohe PTF loads, 40 MGD pumped to Kailua Regional WWTP as of 10 am, Nov 1, 2006. Signs have been posted 11/1/2006, signs removed 11/11/2006, sampling to be conducted. WO authorized Curtis Chun per telcon to discontinue sampling based on dangerous sampling conditions. | FAX: 11/1/2006. Based on 11/1/06 press release from CCH some of the wastewater may have been carried by runoff from heavy rains into nearby Kaua Stream and then into Kaneohe Bay. Granted 5-day waiver for written report to Curtis Chun on 11/2/06 (SM), EMC 06-331 | 1 | A |
| 11/01/06 | 11/01/06 | Kaneohe Pretreatment Facility | 200 | Kaua Stream and Kaneohe Bay | Cause: heavy rainfall. Overflow from a cleanout on the grounds of the Kaneohe Pretreatment Facility | Granted 5-day waiver for written report to Curtis Chun on 11/2/06 (SM), Ltr: 11/15/2006 EMC 06-331 | 1 | A |
| 11/01/06 | 11/01/06 | Kaneohe Pretreatment Facility | 4200 | Kaua Stream and Kaneohe Bay | Cause: heavy rainfall. Overflow from two manholes at the plant. | Granted 5-day waiver for written report to Curtis Chun on 11/2/06 (SM), Ltr: 11/15/2006 EMC 06-331 | 1 | A |
| 11/01/06 | 11/01/06 | 45-046 Lilipuna Road, Kaneohe (shoreline easement sewer manhole (SMH) | 1950 | Kaneohe Bay | Cause:heavy flows from wet weather, sewage discharge from manhole and entered Kaneohe Bay, signs posted 11/1/2006, signs removed 11/6/2006. Spill volume revised from 1200 gallons to 1950 gallons due to a revised spill start time. Spill start time revised from 2:20 pm to 1:55 pm. | Email: 11/1/2006. Granted 5-day waiver for written report to Curtis Chun on 11/2/06 (SM). Spill volume revised from 900 to 1200 gallons on 11/2/06. | 1 | A |
| 11/02/06 | 11/02/06 | 45-046 Lilipuna Road, Kaneohe (shoreline easement sewer manhole (SMH) | 6750 | Kaneohe Bay | Cause:heavy flows from wet weather. Heavy surcharging in the 8" sewermain. Sewage discharge from manhole and entered Kaneohe Bay, signs posted 11/1/2006, signs removed 11/6/2006. Signs and sampling from previous spill on 11/1/06. | Fax: 11/3/06 bacti data. Fax: 11/6/06 sampling results for11/5/06. Fax: 11/6/06 sampling results for 11/4/06. Fax: 11/6/06 CWB authorized pulling of signs and signs posting. Fax: 11/8/06 sampling results for 11/6/06 | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3       035585

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 11/02/06 | 11/02/06 | 3058 Pali Hwy, Honolulu | 920 | Nuuanu Stream | Cause: roots and rags blocking a 12" sewer main. Wastewater overflowed from a manhole. Sewage washed into a nearby drainage system that leads to Nuuanu Stream. Signs posted on 11/2/06. Signs removed on 11/6/2006 Sampling conducted on 11/2/06. Sampling stopped on 11/6/2006 | Fax: 11/3/06 maps of signage and sampling locations. News release made on 11/2/06. Fax: 11/6/06 sampling results for 11/5/06. Fax: 11/6/06 sampling results for 11/4/06. | 1 | A |
| 11/14/06 | 11/14/06 | rear of 2128B, Kealoha Lane, Kalihi | 250 | Kalihi Stream | cause: The 8-inch diameter sewer main (asset ID4027653) downstream was clogged with grease. Total spill volume = 250 gallons with 100 gallons entering Kalihi Stream. Affected area cleaned and disinfected; Signs posted 11/14/2006, signs removed 11/20/2006; sampling taken November 14, 2006 to November 19, 2006. Watson Okubo, CWB, authorized sign removal & cessation of sampling on Nov. 20, 2006. Spill did not come from sewer manhole or from a cleanout. The spill release point was a compromised City lateral (asset ID244932) at two separate locations. The 6-inch terra cotta lateral was built June 30, 1922 and has not been rehabilitated. "A repair sequence has commenced to restore the compromised sewerage." | Tel: 11/14/2006 Fuji, CCH. Tel 11/15/06: AT granted waiver of the 5-day reporting requirement to Curtis Chun, CCH. 12/7/06 EMC 06-345 Spill Report. | 1 | A |
| 11/21/06 | 11/21/06 | Beachwalk Emergency Bypass pipe connection (mauka side of the canal) | 800 | Ala Wai Canal | Cause: Operator error.  Flow was diverted to the Beachwalk Emergency Bypass (BWEB) pipe when a crack developed in the 42 year old Beachwalk force main, rendering it unusable. When flow was diverted to the BWEB, the relief valves on the gate valves (mauka side of the Ala Wai Canal) were not closed, resulting in a 500-800 gallon spill, with an unknown amount entering the canal. Signs posted 11/21/2006, signs removed 11/22/2006; Sampling conducted 11/21/2006. Signs posted along canal, Ala Wai Harbor, and Magic Island. | FAXes: 11/21/2006, 11/22/2006. Cross reference 15,000 gallon spill to ground, same date. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3     035586

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 12/27/06 | 12/27/06 | 1267 Mikole St. (Sand Island WWTP) | 25 | Storm Drain, Sand Island Beach Park | Cause: contractor did not secure the end of the hose causing it to "flutter" and come out of the manhole. A mixture of ground water and sewage from the end of the hose entered into a storm drain fronting the overflow location. The CCH arrived at 1:10 pm. A contractor was running a bypass hose from the pit (ground water mixed with sewage) to a manhole. Approximately 20 gallons entered into the storm drain. The area was cleaned, disinfected and deodorized. 1/17/07 Dec. 2006 Spill/Bypass Summary Report: Call rec'd 1230, 1310. | 1/17/07 EMC 07-005 Dec. 2006 Spill/Bypass Summary Report | 1 | A |
| 01/29/07 | 01/29/07 | Wahiawa WWTP | 8000 | Lake Wilson | Cause: power outage. Approximately 8,000 gallons of filtered secondary treated wastewater was discharged into Lake Wilson without receiving ultraviolet disinfection because of electrical power discontinuities due to high winds. The facility lost power source "B" (Kipapa) and power source "A" (Castner) as a result of power flickers or power outages. Only one of required three UV disinfection lamp banks was operating during the outage. Sampling began on 1/29/07. Sampling stopped on 1/31/07. Signs posted on 1/29/07. Signs removed on 1/31/07. A news release was issued by the CCH. DLNR has been apprised of the treatment bypass discharged into Lake Wilson. Five day written report waiver granted to Curtis Chun on 1/29/07. | FAX: 1/30/07 press release and description of spill. FAX: 1/30/07 map of sampling locations. E-MAIL: 1/30/07 sampling results. E-MAIL: 1/31/07 sampling results. | 1 | C |
| 02/11/07 | 02/11/07 | 801 Halekauwila Street | 960 | Kewalo Basin | Cause: grease blockage in 6-inch diameter terra cotta main line (asset ID 344967). Discharge from SMH (asset ID 342056) The spill entered storm drains near 801 Halekauwila Street, which eventually leads to Kewalo Basin. Approximately 200 gallons was pumped out from the storm drainage system. Press release made on 2/11/2007. Signs posted 2/11/2007 along Kewalo Basin Park, Kewalo Basin, Point Panic, and Kakaako Waterfront Park. Signs removed 2/13/2007, sampling began 2/11/2007, sampling stopped 2/12/07. | Tel: 2/12/2007 Curtis Chun, CCH, E-MAIL 2/12/07: Update on spill, press release, maps of posting and sampling locations. E-MAIL 2/12/07: bacti data from 1st day; E MAIL 2/13/07: closure of spill event, bacti data from 2nd day, Ltr: 2/28/2007 EMC 07-045 Spill Report. Ltr: 3/16/2007 EMC 07-060 | 1 | A |

EXHIBIT 5A-Table 1, Part 3 of 3     035587

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 02/13/07 | 02/13/07 | 1677 Ala Aolani Street, Moanalua | 750 | Moanalua Stream | Cause: roots and grease clogged 10-inch vitrified clay sewer main (asset ID 215350). Sewage discharged from sewer manhole (asset ID 214401) and entered Moanalua Stream (concrete-lined). Stream is dry. Four (4) signs posted 2/14/2007, signs removed 2/15/2007. No samples could be taken, five day waiver granted. | Tel: 2/14/2007 Curtis Chun. FAX 2/14/07: Update on spill, signing map. FAX 2/13/07: initial spill report that was received by the State Hospital. Call received by L. Young from B. Reyes at 2105 hrs. Ltr: 2/28/2007, EMC 07-049 Spill Report. FAX 2/15/07: notification of clearing of signs and event closure.Ltr: 3/16/2007 EMC 07-060 | 1 | A |
| 03/13/07 | 03/13/07 | Kahanahou Circle, Kaneohe | 3150 | Kaneohe Bay | Cause: break (rupture) in an 8-inch force main. Signs posted on 3/13/07. Signs removed on 3/16/07. Sampling started on 3/13/07. Sampling stopped on 3/16/07. Appears that permanent signs were posted at Kaneohe Beach Park. | Tel: 3/13/2007 Curtis Chun, five day waiver granted to CCH. FAX 3/13/07: preliminary spill information. FAX 3/13/07: notification of change in volume of discharge from 4500gallons to 3150 gallons. FAX 3/13/07: news release and signing map, info on kahanahou wwps and force main. FAX 3/13/07: monitoring map. E-MAIL 3/14/07: sampling results for 1st day. FAX 3/14/07: update on repairs efforts. FAX 3/15/07: sampling results for 2nd day. E-MAIL 3/16/07: confirmation of sign removal and cessation of sampling. Bacteriological data provided for 3rd day. FAX 3/19/07: monitoring results for 4th day. Confirmation that the event is closed. | 1 | A |
| 03/23/07 | 03/23/07 | 2301 Waiomao Road (Kaimuki) | 40 | Palolo Stream | Cause: crushed main sewer piping that was probably caused by land movement. The CCH-DDC has an on-going investigation of this area's land movement. The storm drain location is at the intersection of Waiamao Road and 10th Avenue. The area was cleaned, disinfected, and deodorized. Repairs completed on 3/24/07 at 9:00am. | 3/27/07 FAX: spill information. 3/27/07 FAX: update on spill, signing map provided, Ltr: 5/4/2007 EMC 07-104 March 2007 Spill Summary Report | 1 | A |
| 04/09/07 | 04/09/07 | Sand Island WWTP Outfall | 3E+05 | Mamala Bay | Cause: Power outage for 5 minutes. UV disinfection system was down for about 7 minutes. | | 1 | C |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035588

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violati ons | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 04/10/07 | 04/10/07 | Ka Hanahou Circle, Kaneohe | 11250 | Kaneohe Bay | Cause: re-break (rupture) in an 8-inch force main (asset ID 3014863). Corrosion caused structural failure. Press release made 4/10/07. Signs posted on 4/10/07. Signs removed on 4/16/07. Sampling started on 4/10/07. Sampling stopped on 4/13/07. Appears that permanent signs were posted at Kaneohe Beach Park. 5/4/07 Spill Report: The section of pipe that broke was repaired by installing a mechanically jointed replacement pipe section. The force main is being replaced. | CWB-enforcement section conducted a site inspection on 4/10/07. 5/4/07 EMC 07-107 Spill Report. | 1 | A |
| 05/12/07 | 05/12/07 | 100 N. Beretania St. | 150 | storm drain, Nuuanu Stream | Cause: Grease in 6-inch diameter vitrified clay lateral (asset#305894) installed 6/30/88. Approximately 100 gallons entered Nuuanu Stream. 50 gallons of spilled wastewater was recovered. The area serviced is the Chinese Cultural Plaza. Periodic lateral cleaning is not usually performed. The lateral will be CCTV'd. Signs posted on 5/12/07. Signs removed on 5/18/07. Sampling started on 5/12/07. Sampling stopped on 5/18/07 Spill Summary Report: Call rec'd: 1400; Arrival: 1453; Secured: 1521; Remedial Action: Will follow up on CCTV'ing the lateral for defects. Remarks: 50 gallons contained next to bldg. | 5/14/07 Fax & email: Sewer map, sign posting & monitoring location map, results of Day 1 & Day 2 monitoring. 5/14/07; 1:40 pm: LBS granted waiver of the 5-day written reporting requirement to Curtis Chun, FAX: 5/14/2007 from State Hospital. 5/31/07 EMC 07-124 Spill Report; 6/28/2007 EMC 07-142 Spill Summary Report | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035589

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 05/16/07 | 05/18/07 | 1962 9th Ave., Palolo | 168 | Palolo Stream | Cause: The assessment repair crews reported compromised piping from slow ground movement as the cause of the piping breaches. Piping breaks of a lateral (asset#695793) and upstream main (asset#376616). The area has steep terrain.  Signs posted on 5/16/07.  Signs removed on 5/21/07.  Sampling started on 5/16/07. Sampling stopped on 5/18/07. News release 5/17/07. End date & time revised from 5/18/07 @ 9:00 AM to 5/23/07 @ 11:30 AM on 5/30/07 per Curtis Chun. Duration: 7 days and 30 minutes. | 5/17/07 FAX: preliminary spill information, signing and monitoring map. 5/17/07 FAX: signing and monitoring maps. 5/17/07 FAX: news release and sampling results from 1st day. Ann Teruya authorized waiver of 5-day written reporting requirement. No press release required per WO. 5/18/07 FAX: storm drain map showing possible flow of sewage to storm drain, bacti results from 2nd day.  5/21/07 FAX: Herman Ellis informs Curtis Chun that repairs made on 5/19/07. WO authorized removal of signs once all repairs were completed, bacti results from 3rd day. 6/26/2007 EMC 07-142; 6/28/2007 EMC 07-142 Spill Summary Report; 7/2/2007 EMC 07-144 | 3 | A |
| 07/16/07 | | 124 Olomana ln. | 30 | Nuuanu Stream | Spill Summary Report: Call rec'd: 1100; Arrival: 1100; Secured: 1130; Duration: 7 days, 30 minutes; Remedial Action:  All repairs completed on 5/23/07.  Remarks: Discharge entered canal on 1962 9th Avenue.  Address is 1978 10th Avenue.  Discharged from "rock wall." Problem lines: 8-inch main (asset#376616) and 6-inch lateral (asset#69573). Volume est. 84.25 gallons.<br><br>Initial report by Fuji | | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035590

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 07/31/07 | 07/31/07 | 98-785 Iho Place, Pearl City | 1300 | Waimalu Stream | Cause: roots in upstream 8 inch main (asset ID605823), sewage spilled out of manhole (MH#604612), about 100 gallons dissipated along the 300 foot distance between manhole and storm drain catch basin. About 1,200 gallons entered a storm drain and entered a dry water hole (Waimalu dry stream bed) within the Pearl City GC where it was contained and dissipated. The dry stream bed is within the confines of a private golf course and there is no public access or endangerment. Signs posted 7/31/2007, signs removed 8/1/2007. Affected area was cleaned and disinfected. A CCTV crew also inspected the line; the report is pending. 8/14/07 July 2007 Spill Summary: Call rec'd: 1555; Arrival: 1625; Secured: 1735; Last cleaned: 07-30-00; Remarks: Wastewater entered dry water hole (Waimalu Dry Stream Bed). Made visual inspection of drains in golf course, no signs or smells from entry pint to side of freeway 1.7 miles from spill point. 8/1/07 rodding of main line was performed and subsequent CCTV inspection followed. Results of the inspection are pending. | Ltr. 8/3/2007 EMC 07-170. 8/14/07 EMC 07-174 July 2007 Spill Summary. | 1 | A |
| 10/17/07 | 10/17/07 | Fronting 555 South Beretania | 2650 | Honolulu Harbor | Cause: undetermined although the CCH removed lots of rags/paper towels. The CCH arrived on scene at 10:20 am and observed the manhole overflowing. The spill was secured at 11:13 am. Approximately 2,650 gallons entered a storm drain just downstream of the spill location. Approximately 50 gallons was pumped out by the CCH. The storm drain discharges near the Falls of Clyde which is near the Honolulu Generating Station (Pier 7). Press release called in at 2:05pm POC is Bill Brennan with CCH. Signs posted on 10/17/07. Signs removed on 10/19/07. Samples collected on 10/17/07. Sampling stopped on 10/19/07. | ENV quality in process of doing sign postings. Fuji has left a voicemail with lab to conduct sampling. Fuji will notify the person in charge of the CCH's press releases. Fuji will call back with more information as it becomes available. 10/17/07 TEL: Fuji notified DOH that press release made, signs posted, and sampling initiated. | 1 | A |

TABLE 1, Declaration of Jodene Isaacs in Support of Plaintiffs' Motion for Partial Summary Judgment on First and Second Claims

EXHIBIT 5A-Table 1, Part 3 of 3    035591

| Date Began | Date Ended | Overflow Location | Vol | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/Bypass |
|---|---|---|---|---|---|---|---|---|
| 10/30/07 | 10/30/07 | 45-274 Waiape Place (Kaneohe near the pump station) | 400 | Kaneohe Stream | Cause: roots and rags formed a blockage in the 8-inch sewer main (asset ID150328). Spill came out of a manhole (asset ID150153) at 45-072 Waiape Place, via Kaneohe Stream and into Kaneohe Bay. Waiting on call back from Jim Baginski to help with posting of signs. Waiting on call back from Ken Tenno re: sampling. Signs posted on 10/31/07. Signs removed on 11/5/07. Sampling started on 10/31/07. Sampling stopped on 11/1/07. Majority of spill entered into the stream. 11/20/07 Spill Report: Water quality samples were taken commencing 10/30/07. Mr. Scott Miyashiro, CWB, authorized to terminate receiving water sampling on 11/1/07 and to keep signs posted until 11/5/07. All signs were removed by 9:30 AM 11/5/07. | 10/31 10:35am FAX: updated spill information, maps of signs and sampling locations. 11/20/07 EMC 07-236 Spill Report | 1 | A |
| 11/02/07 | 11/02/07 | 45-270 Waikalua Road, Kaneohe | | Kaneohe Stream | Cause: blockage of a foreign object. Overflow from manhole near the Kaneohe Police Station. Curtis got the call at 7:11am. Curtis will call back with more info as it becomes available. Per Jim Baginski (CCH), the manhole cover was never dislodged. At approximately 6:45am an HPD officer noticed spill coming out of pick hole of the manhole. The CCH did not witness any discharge from the manhole and therefore the spill volume is unknown. Sign posted on 11/2/07. Sign removed on 11/5/07 | 11/2/07 9:00am: spoke to Jim Baginski and instructed to post a sign at the spill entry point into Kaneohe stream The sign is to remain posted through the weekend. 11/5/07 fax: update on spill, map of signs, and note on closure of spill. | 1 | A |
| 11/04/07 | 11/04/07 | Wahiawa WWTP | 5000 | Wahiawa Reservoir | Cause: heavy rains causing influent channel overflow into the old chlorine contact chamber that discharges into the reservoir, portable equipment brought in to accommodate incoming wastewater /storm water flow, signs posted 11/4/2007, signs removed 11/11/2007, | Emails dated 11/4/2007, 11/5/2007, Honolulu Advertiser article dated 11/4/2007, Star Bulletin article dated 11/5/2007, monitoring results submitted 11/5/2007, 11/6/07 fax: monitoring result for 1st and 2nd day provided, 11/9/2007, 11/13/2007 | 1 | B |

EXHIBIT 5A-Table 1, Part 3 of 3          035592

| Date Began | Date Ended | Overflow Location | Vol. | Receiving Waterbody | Cause of Overflow | Notes | No. of Violations | Spill/ Bypass |
|---|---|---|---|---|---|---|---|---|
| 11/04/07 | 11/04/07 | 98-156 Olepe Loop, Waimalu | 1255 | Waimalu Stream | Cause: Heavy rains causing overflows to storm drain system that drains into Pearl Harbor via Waimalu Stream, signs posted 11/4/2007, signs removed 11/11/2007, sampling began 11/4/2007, sampling stopped 11/8/2007. 11/9/2007 Spill Report: Arrived at site 9:30 am. Discharge from SMHs (asset IDs 599515 & 599546). Duration = 2 hrs. | Emails: 11/4/2007, 11/5/2007, Honolulu Advertiser article dated 11/4/2007, Star Bulletin article dated 11/5/2007, monitoring results submitted 11/5/2007, Ltr:11/10/2007, Spill Report: 11/9/2007 EMC 07-231; Ltr: 12/14/2007 EMC 07-262; Ltr: 1/15/2008 EMC 08-008 | 1 | A |
| 11/04/07 | 11/04/07 | Hele Street and Keolu Drive | 11200 | Kaelepulu Stream / Kailua Beach | Cause: wet weather, overload of 21 inch line. Signs were posted on 11/4/07. Signs were removed on 11/09/07. Sampling was started on 11/4/07. Sampling stopped on 11/08/07 | 11/4/07 e-mail: sign map provided, 11/5/07 e-mail: bacti monitoring results provided. 11/5/07 fax: update on spill, monitoring results for 1st and 2nd day, sign posting map, 11/9/2007 | 1 | A |
| 11/04/07 | 11/04/07 | Outfall | | Mamala Bay | Cause: High flows in excess of UV Disinfection Facility design capacity caused the UV influent to jump the weir into the Effluent Pump Station (EPS) wet well, bypassing the UV disinfection process. Influent instantaneous peak flow was 231 mgd. UV Facility design flow is 180 mgd. The volume that bypassed disinfection is unknown at this time. The majority of the effluent passed through the UV process and was disinfected prior to discharge. The partial bypass was not reported to the State Hospital Operator on Sunday and there was no press release. | | 1 | C |
| 12/05/07 | 12/05/07 | Outfall | 0 | Mamala Bay | Multiple failures at the Effluent Pump Station caused the bypass of the UV disinfection unit. No posting. | | 1 | C |
| 12/31/07 | 12/31/07 | Near Hele and Keolu Streets | 13500 | Ocean | Cause: heavy rainfall. Signs posted on 12/31/07. Signs removed on 1/3/08. Sampling conducted on 12/31/07. Sampling stopped on 1/2/08. | 12/31/07 FAX: update on spill with sampling and signing maps. 1/2/08 FAX: spill bacti monitoring results for 1st day. 1/2/08 FAX: spill bacti monitoring results for 2nd day. | 1 | A |

**Total Violations Claim One    332**

EXHIBIT 5A-Table 1, Part 3 of 3    035593