IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**DECLARATION OF CHRISTOPHER SPROUL** |

# DECLARATION OF

# CHRISTOPHER SPROUL

# ("Sproul II")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**DECLARATION OF CHRISTOPHER SPROUL** |

**DECLARATION OF CHRISTOPHER SPROUL**

I, Christopher Sproul, hereby declare and state under penalty of law that the following facts are true and correct:

1. I am an attorney admitted to the bar of this Court. I am a partner in Environmental Advocates, a law partnership, and counsel for SIERRA CLUB, HAWAIʻI CHAPTER, HAWAIʻI'S THOUSAND FRIENDS and OUR CHILDREN'S EARTH FOUNDATION (collectively, "Citizens") in this matter.

I make this Declaration based on my personal knowledge and am competent to testify to the matters set forth herein.

2. I am counsel of record for Citizens in this case (a) *Sierra Club, et al. v. City and County of Honolulu*, Civil No. 04-00463 DAE/BMK ("*Sierra Club*"); and in two other cases currently pending in the Court that address City and County of Honolulu ("CCH") sewage spills, (b) *United States, et al. v. City*

662099-1 / 7502-3

*and County of Honolulu*, Civ. No. 94-00765 DAE/KSC ("*EPA I*"; and (c) *United States, et al. v. City and County of Honolulu*, Civ. No. 07-00235 DAE/KSC ("*EPA II*").

## A.   PRIOR COURT PROCEEDINGS

3.   In October 1994, EPA and DOH filed *EPA I*, alleging that the CCH repeatedly violated the Clean Water Act ("CWA") from 1987 to 1992 by spilling raw sewage from CCH's Oʻahu sanitary sewage collection systems (i.e., the systems of sewer pipes and pump stations that collect and transport sewage to CCH's sewage wastewater treatment plants for treatment and discharge). A true and correct copy of EPA and DOH's complaint in *EPA I* is attached as **Exhibit A**.

EPA filed EPA I with a proposed consent decree addressing CCH's violations up to that point. The Court entered the consent decree in May 1995 ("1995 Consent Decree"). A true and correct copy of the 1995 Consent Decree is attached as **Exhibit B**.

4.   Citizens filed *Sierra Club* on July 29, 2004 alleging, *inter alia*, in their First and Second Claims for Relief that CCH violated the Clean Water Act by spilling sewage from CCH's sewage collection systems from May 1999 to the present.

5.   Citizens filed *Sierra Club* after concluding that the 1995 Consent Decree (in *EPA I*) failed to stop CCH's on-going raw sewage spill problems and failed to provide all the relief needed to stop the sewage spill problems. Moreover, CCH was not complying the 1995 Consent Decree and neither the State of Hawaii

nor the Environmental Protection Agency ("EPA") were enforcing the 1995 Consent Decree.

6. On September 30, 2005, this Court dismissed the Citizens' sewage spill claims in *Sierra Club* on res judicata grounds, reasoning that EPA's had prosecuted CCH sewage spills in the earlier-filed *EPA I* case. A true and correct copy of the Court's Order Granting Defendants' Motion to Dismiss Plaintiffs' First, Second, Ninth, Eleventh and Twelfth Claims for Relief is attached as **Exhibit C**.

7. In 2003 and 2004, apparently in recognition that the 1995 Consent Decree was inadequate by itself to curb CCH's sewage spill problems, EPA and DOH issued administrative orders requiring CCH to take additional actions to remedy the problem beyond those measures required by the 1995 Consent Decree.

EPA's June 30, 2003 administrative order required CCH to develop a new action plan for reducing sewage spills into Kalihi and Nuʻuanu streams. A true and correct copy of this EPA administrative order is attached as **Exhibit G**.

On April 15, 2004, the State of Hawaii Department of Health ("DOH") issued a proposed administrative order requiring CCH to implement various measures to reduce spills from CCH's force mains (the sewer lines that transport sewage under pressure from pump stations). A true and correct copy of this DOH administrative order is attached as **Exhibit H**.

8. On May 8, 2007, both EPA and DOH filed yet a third action against CCH for sewage spills, *EPA II*. The 2007 complaint by EPA and DOH in *EPA II* asserts a **single** CWA claim for injunctive relief against CCH for its March 2006 Beachwalk force-main sewer line rupture that spilled 48 million gallons of raw sewage into the Ala Wai canal and the ocean waters off Waikiki Beach. Concurrently with filing their complaint, EPA and DOH lodged a Stipulated Order purporting to resolve their **one** asserted claim.

The Stipulated Order grants EPA and DOH additional judicial relief against CCH for sewage spill reduction **beyond** that in the 1995 Consent Decree. Specifically, the 2007 Stipulated Order requires CCH remedial action on **six** force-main lines: (1) Beachwalk, (2) Ala Moana, (3) Old Hart Street, (4) Kailua/Kaneohe, (5) Waimalu, and (6) Kahala lines over a ten year schedule lasting until December 2018. A true and correct copy of the Stipulated Order is attached as **Exhibit E**.

The Court entered the Stipulated Order on October 10, 2007. A true and correct copy of the Court's Order entering the Stipulated Order is attached as **Exhibit F**.

9. The Stipulated Order indicates that CCH, EPA, and DOH intend to pursue additional negotiations and additional judicial relief to address "all compliance issues associated with CCH's wastewater system." Stipulated Order, **Exhibit E** at 2.

10. EPA, DOH, and CCH have all represented to the Court that they are currently pursuing negotiations with the intent of agreeing to yet additional judicial relief requiring CCH to implement additional measures beyond those in the 1995 Consent Decree to address deficiencies in its sewage collection systems. *See, e.g.,* Declaration of Joann Cola in Support of United States' Reply to Sierra Club's Opposition to Entry of Stipulated Order at 2-3, 8-9, ¶¶ 6, 8, 10, 30-31, 33 (a true and correct copy of this Ms. Cola's Declaration is attached as **Exhibit I**); Plaintiff State of Hawai'i's Declaration of Lilian Stoddard in Support of Its Reply to Opposition of Sierra Club, et al., to the Entry of Stipulated Order at 4, ¶ 17 (a true and correct copy of Ms. Stoddard's Declaration is attached as **Exhibit J**); Declaration of Maile R. Chun in Support of Defendant City and County of Honolulu's (1) Ex Parte Application to Expedite Hearing on Motion to Stay, or Alternatively, to Stay Hearing on Plaintiffs' Motion for Partial Summary Judgment until after Defendant's Motion to Stay Is Heard and (2) Motion to Stay at 3-4, 7-9, ¶¶ 14, 19, 30, 37 (a true and correct copy of Ms. Stoddard's Declaration is attached as **Exhibit K**).

**B. CCH'S ON-GOING SEWAGE SPILL PROBLEM**

11. In 2004, the Citizens submitted two requests for documents to EPA pursuant to the Freedom of Information Act ("FOIA") 5 U.S.C. § 552, and a request for documents to DOH pursuant to the Uniform Information Practices Act ("UIPA"), Haw.

Rev. Stat. Chapter 92F. Among other things, these requests asked EPA and DOH for copies of documents relating to CCH's sewage spills. In response to these requests, both EPA and DOH sent the Citizens various documents reporting CCH's sewage spills. DOH also provided two spreadsheets (one from DOH's Clean Water Branch; the second from DOH's Wastewater Branch) summarizing CCH's spill reports to DOH. True and correct copies of these spreadsheets are attached as **Exhibits L and M**.

EPA provided the Citizens with a spreadsheet showing CCH's total sewage spills from 1995 to 2002 for its Oʻahu sewage collection systems. A true and correct copy of this spreadsheet is attached as **Exhibit N**.

These agencies also sent quarterly reports from CCH to EPA and DOH to the Citizens as required by the 1995 Consent Decree that, *inter alia*, reported CCH's sewage spills.

12. CCH provided Environmental Advocates copies of numerous sewage spill report press statements through e-mail messages that CCH also published on its internet web site. These e-mail messages from CCH to Environmental Advocates stated that CCH committed the following sewage spills:

(a) March 30, 2006 CCH e-mail press release: CCH reported a 48 million gallon CCH sewage spill from a rupture in the Beachwalk force main sewer line, at Kaiolu Street, into the Ala Wai Canal. Internet URL for this press release is:

http://www.honolulu.gov/refs/csd/publiccom/honnews06/citybeginswrappingupkaiolustreetsewerrepair.htm.

(b) April 2, 2006, CCH e-mail press release: CCH reported the closure of Waikiki Beach due to CCH's Beachwalk force main sewer line sewage spill. Internet URL for this press release is:

http://www.honolulu.gov/refs/csd/publiccom/honnews06/stateorderswaikikibeachesclosed.htm.

(c) April 4, 2006, CCH e-mail press release: CCH reported the closure of Waikiki Beach due to CCH's Beachwalk force main sewer line sewage spill. Internet URL for this press release is:

http://www.honolulu.gov/csd/publiccom/honnews06/waikikibeachesreopenwarningsignscomedown.htm.

(d) November 22, 2006, CCH e-mail press release: CCH reported another CCH sewage spill from the Beachwalk force main into the Ala Wai canal. Internet URL for this press release is:

http://www.honolulu.gov/csd/publiccom/honnews06/alawaiwastewaterspillreported.htm.

(e) November 3, 2006, CCH e-mail press release: CCH reported another 64,000 gallon CCH sewage spill from the Sand Island Wastewater Treatment Plant. Internet URL for

this press release is:

http://www.honolulu.gov/csd/publiccom/honnews06/sandisland wastewaterspillestimatechanges.htm.

(f) November 2, 2006, CCH e-mail press release: CCH reported several CCH sewage spills in Kaneohe and Nuuanu. Internet URL for this press release is: http://www.honolulu.gov/csd/publiccom/honnews06/raincausesmo rewastewaterespills.htm.

(g) November 1, 2006, CCH e-mail press release: CCH reported several CCH sewage spills in Kaneohe that flowed into Kaua Stream, a tributary of Kaneohe Bay. Internet URL for this press release is: http://www.honolulu.gov/csd/publiccom/honnews06/cityresponds tostormwarningrunoffcausesanotherwastewater spill.htm.

(h) October 15, 2006 CCH e-mail press release: CCH reported two CCH sewage spills. Internet URL for this press release is: http://www.honolulu.gov/csd/publiccom/honnews06/ poweroutagecausestwosewagespills.htm.

(i) October 16, 2006 CCH e-mail press release CCH reported a CCH sewage spill from CCH's Kailua WWTP. Internet URL for this press release is: http://www.honolulu.gov/csd/publiccom/honnews06/kailuawastew aterbypassreported.htm.

(j) September 17, 2006, CCH e-mail press release: CCH reported a CCH sewage spill in Wahiawa. Internet URL for

this press release is:

http://www.honolulu.gov/csd/publiccom/honnews06/wahiawawastewaterdischarge.htm.

(k) September 3, 2006, CCH e-mail press release: CCH reported a CCH sewage spill in Halawa. Internet URL for this press release is:

http://www.honolulu.gov/csd/publiccom/honnews06/sewagespillreportedinhalawa.htm.

(l) June 27, 2006, CCH e-mail press release: CCH reported a CCH sewage spill in Kapolei. Internet URL for this press release is:

http://www.honolulu.gov/csd/publiccom/honnews06/sewagespillreportedinkapolei.htm.

(m) March 31, 2006, CCH e-mail press release: CCH reported a series of CCH sewage spills on the Windward Coast. Internet URL for this press release is:

http://www.honolulu.gov/csd/publiccom/honnews06/rainscausewindwardsewagespills.htm.

(n) March 29, 2006, CCH e-mail press release: CCH reported a 108,000 gallon CCH sewage spill at the Sand Island WWTP, some of which flowed into Honolulu Harbor. This press release further described the Beachwalk force main spill into the Ala Wai canal and resulting closure of Waikiki Beach. Internet URL for this press release is:

http://www.honolulu.gov/csd/publiccom/honnews06/repairedsewermainreturningtoservicesewagespillreportedo nsandisland.htm.

(o) March 26, 2006, CCH e-mail press release: CCH reported a series of five CCH sewage spills on the Windward Coast. Internet URL for this press release is: http://www.honolulu.gov/csd/publiccom/honnews06/rainscausewindwardsewagespillsbrokenkaiolusewermaintemporarilysealed.htm.

(p) March 3, 2006, CCH e-mail press release: CCH reported a series of eight CCH sewage spills on the Windward Coast. Internet URL for this press release is: http://www.honolulu.gov/csd/publiccom/honnews06/windwardfloodingcauseseightwastewaterspil ls.htm.

(q) February 24, 2006, CCH e-mail press release: CCH reported CCH sewage spills in Kaneohe and Enchanted Lakes. Internet URL for this press release is: http://www.honolulu.gov/csd/publiccom/honnews06/heavyrainscausekaneohesewagespill.htm.

(r) March 13, 2007, CCH e-mail press release: CCH reported a CCH spill of 3,150 gallons of raw sewage into Kaneohe Bay that prompted the posting of public warning signs. Internet URL for this press release is: http://www.honolulu.gov/csd/publiccom/honnews07/cityreapiringbrokenwastewaterpipeinkaneohe.htm.

I attached true and correct copies of the above CCH e-mail press releases either to the Declaration of Christopher Sproul

submitted in Support of Plaintiffs' Motion to Intervene filed with the Court in *EPA I* on March 6, 2007 or the Reply Declaration of Christopher Sproul submitted in Support of Plaintiffs' Motion to Intervene filed with the Court in *EPA I* on April 5, 2007.

13. On October 17, 2007, CCH issued an e-mail press release reporting a 2,600 gallon CCH spill from a sewer main line on South Beretania Street. A true and correct copy of this press release is attached as **Exhibit O**. The internet URL for this press release is: http://www.honolulu.gov/csd/publiccom/honnews07/sewagespill.htm.

14. At my direction, Freya McCamant, an attorney with Environmental Advocates, prepared a summary of CCH's Quarterly Consent Decree Reports to EPA and DOH. Environmental Advocates filed Ms. McCamant's summary table with this Court on January 6, 2005 as **Exhibit 1** to the Declaration of Freya McCamant in support of Plaintiffs' Memorandum in Opposition to Dismiss Plaintiffs' First, Second, Ninth, and Twelfth Claims for Relief in *Sierra Club*. This summary table indicated that CCH experienced the following total spills:

  1999 (from July 1 to December 31) - 111 spills

  2000 - 304 spills

  2001 - 223 spills

  2002 - 186 spills

  2003 - 196 spills

  2004 (from January 1 through September 30) - 149 spills

15. The spreadsheet from EPA referred to in paragraph 11 and attached as **Exhibit N** showed similar CCH spill totals for 2000-2002 (the years overlapping in the two spreadsheets).

16. I have reviewed the numerous documents provided by EPA and DOH in response to the Citizens' FOIA and UIPA requests, including the spreadsheets attached as **Exhibits L, M** and **N** and the Quarterly Reports (referenced in the preceding paragraph) and CCH e-mail messages (referenced in paragraph 11) that report sewage spills.

These exhibits document hundreds of CCH's sewage spills in recent years from numerous causes.

In these spills, raw sewage bubbles out of sewer manholes or other exit points from CCH's collection systems and flows into public streets, streams, beaches, and other publicly accessible areas.

By far the most frequent cause of CCH's spills has been blockages in gravity sewer main lines (i.e. lines that convey sewage via gravity flow and which make up the vast majority of the sewer lines in CCH's collection system). The primary cause is root intrusion, grease build-up, and accumulated sediment and debris in the lines.

Other frequent causes include:

   1.   breaks in gravity main lines;
   2.   pump station failures;

    3.    excessive "infiltration and inflow" ("I/I") into sewer lines (rising groundwater or storm water runoff flowing into leaky sewer lines during rainy weather) overwhelming the capacity of gravity main lines and pump stations; and

    4.    rupture of force main sewer lines (i.e. sewer lines that convey sewage pumped under pressure from pump stations).

17. On January 11, 2005, the Citizens filed (in this case, *Sierra Club)* Plaintiffs' Separate and Concise Statement of Facts In Support of Their (1) Motion for Partial Summary Judgment on Plaintiffs' Third, Fourth, Eighth, and Twelfth Claims, and (2) Combined (A) Counter-Motion for Summary Judgment on Plaintiffs' Twelfth Claim, and (B) Memorandum in Opposition to Defendants' Motions (1) to Dismiss Plaintiffs' First, Second, Ninth, and Twelfth Claims for Relief, (2) to Dismiss the Amended Complaint as to Defendant Frank Doyle, (4) for a More Definitive Statement, and (5) to Stay the Action ("Plaintiffs' SCSF") and accompanying exhibits. Plaintiffs' SCSF and accompanying exhibits included evidence documenting the following CCH sewage spills:

(a) December 4-5, 2003, CCH spilled about 7.5 million gallons of raw sewage from the Hart Street pump station into local waters due to a short circuit that caused a power failure at the pump station.

662099-1 / 7502-3          13

(b) Early January 2004, CCH experienced a series of major spills that caused beach closures all over eastern and southern Oʻahu.

(c) March 4, 2004, the CCH force main line that transports sewage from Ala Moana Pump Station underneath Honolulu Harbor to the Sand Island WWTP ruptured, spilling 2 million gallons of raw sewage into Honolulu Harbor and the Pacific Ocean and closing beaches from Point Panic to Keʻehi Lagoon.

These sewage spills are also listed in the DOH Spreadsheet attached as **Exhibit L** at pages 74, 80-82, 90.

C.  **EPA'S FAILURE TO ENFORCE THE 1995 CONSENT DECREE**

18. EPA's response to the Citizens' 2004 FOIA request included a spreadsheet showing CCH's sewage spill totals from 1995 to 2002. This spreadsheet compared these spill totals to the 1995 Consent Decree goals for spills. The spreadsheet showed that CCH's total number of spills from 1995 to 2002 exceeded the 1995 Consent Decree's goals in every year. A true and correct copy of this spreadsheet is attached as **Exhibit N**.

19. EPA wrote letters to CCH repeatedly and complained about CCH's noncompliance with the 1995 Consent Decree. In particular, CCH (a) failed to reclaim 10 million gallons per day of wastewater at CCH's Honouliuli Wastewater Treatment Plant ("WWTP"); and (b) failed to put a daily average of 10 dry tons of

sewage sludge to beneficial reuse. EPA provided copies of this correspondence in response to the Citizens' FOIA requests.

EPA has never returned to Court to enforce the 1995 Consent Decree.

Executed in San Francisco, California on November 8, 2007.

*Christopher A. Sproul*
_____
Christopher Sproul