IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>Defendants. | Civil No. 04-00463 DAE-BMK<br><br>DECLARATION OF MATTHEW MCGRANAGHAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FIRST AND SECOND CLAIMS |

### DECLARATION OF MATTHEW MCGRANAGHAN

I, Matthew McGranaghan, declare as follows:

1. I am a resident of O'ahu and a citizen of the State of Hawaii.

2. I am a member of the Sierra Club, Hawaii Chapter, and an Associate Professor of Geography at the University of Hawaii, Manoa.

3. I make this Declaration on my personal knowledge, unless otherwise stated.

4. I make this Declaration as a professional geographer, as a long time resident of O'ahu, and based on my personal observations.

5. The following water bodies on O'ahu are tributaries to the Pacific Ocean: Ala Wai Boat Harbor, Ala

678073-1 / 7502-3

Wai Canal, Halawa Stream, Honolulu Harbor, Kahana Stream, Kahauiki Stream, Kalawahine Stream, Kalihi Stream, Kanaha Stream, Kamooalii Stream, Kaneohe Stream, Kapakahi Stream, Kapalama Canal, Kawainui Marsh, Kawainui Stream, Keehi Lagoon, Kewalo Basin, Liliha Stream, Manoa Stream, Maunawili Stream, Moanalua Stream, Nanakuli Stream, Nuuanu Stream, Palolo Stream, Pauoa Stream, Pearl Harbor, Puha Stream, Waiawa Stream, Wailupe Stream, Waiola Stream, Waiomao Stream, and Waolani Stream.

6. The following water bodies appear on USGS topographic maps (1:24,000 scale) which show that the water bodies drain to the Pacific Ocean: Ahuimanu Stream (Kaneohe quadrangle 1998), Aiea Stream (Waipahu quadgrangle 1998), Enchanted Lake (also known as Kaelepulu Pond) (Mokapu quadrangle 1983), Kahanaiki Stream flows to Kawainui Swamp or Marsh and thence to the ocean (Mokapu quadrangle 1983), Kawa Stream (Kaneohe quadrangle 1998), Keaahala Stream (Kaneohe quadrangle 1998), Niniko Stream flows to Waolani Stream and subsequently to the sea (Honolulu quadrangle 1969), Nuupia Pond (Mokapu 1983), Waikele Stream (Waipahu quadrangle 1998), Waimalu Stream (Waipahu quadrangle 1998).

7. The following water bodies are themselves part of the Pacific Ocean: Maunalua Bay, Mamala Bay, Kailua Bay, and Kaneohe Bay.

8. The following beaches drain to the Pacific Ocean: Ala Moana Beach, Kailua Beach, and Wailupe Beach.

678073-1 / 7502-3

9. Lake Wilson (also known as Wahiawa Reservoir) is a navigable water body in Central Oahu. It is fed by streams from the Koolau Mountains and passes the stream water north to the Pacific Ocean. Lake Wilson is deep and wide enough to allow boats to navigate on the lake. Individuals fish from boats on Lake Wilson. I have been in a small boat on Lake Wilson.

10. I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, May 15, 2008.

_____
MATTHEW MCGRANAGHAN