IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**CERTIFICATE OF WORD COUNT** |

**CERTIFICATE OF WORD COUNT**

Pursuant to Local Rule 7.5, I hereby certify that Plaintiffs' Separate and Concise Statement of Facts in Support of Their Motion for Partial Summary Judgment on Plaintiffs' First and Second Claims contains 1,485 words, exclusive of case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificate of service.

DATED:  Honolulu, Hawaiʻi, May 19, 2008.

                          /s/ William M. Tam
                        CHRISTOPHER SPROUL
                        Environmental Advocates
                        PAUL ALSTON
                        WILLIAM M. TAM
                        BLAKE K. OSHIRO
                        Alston Hunt Floyd & Ing
                        Attorneys for Plaintiffs
                        Sierra Club, Hawaiʻi Chapter,
                        Hawaiʻi's Thousand Friends, and Our
                        Children's Earth Foundation