CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel: (415)533-3376, Fax:(415)358-5695
Email: csproul@enviroadvocates.com

PAUL ALSTON
WILLIAM M. TAM
ALSTON HUNT FLOYD & ING
Attorneys At Law,
A Law Corporation
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi  96813
Tel:(808)524-1800; Fax:(808)524-5976
Email: palston@ahfi.com
       wtam@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻI'S THOUSAND FRIENDS
and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, | ) ) ) | Civil No. 04-00463 DAE-BMK |
| | ) | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) | |
| Defendant. | ) ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused true and

correct copies of the foregoing PLAINTIFFS' THIRD SET OF

INTERROGATORIES to be served on the following

parties by hand-delivery, electronic mail (e-mail), or U.S. mail,

postage prepaid (as indicated below) at the addresses noted

below:

|  | HAND DELIVERED | E-MAIL | MAILED |
|---|---|---|---|
| CARRIE OKINAGA, ESQ. | ( ) | ( X ) | ( ) |
| cokinaga@honolulu.gov | | | |
| KATHLEEN A. KELLY, ESQ. | ( ) | ( X ) | ( ) |
| kkelly@honolulu.gov | | | |

Corporation Counsel
City & County of Honolulu
530 So. King Street
Honolulu, HI 96813

| JAMES DRAGNA, ESQ. | ( ) | ( X ) | ( X ) |
|---|---|---|---|
| jim.dragna@bingham.com | | | |
| NANCY WILMS, ESQ. | ( ) | ( X ) | ( X ) |
| nancy.wilms@bingham.com | | | |
| BRYAN K. BROWN, ESQ. | ( ) | ( X ) | ( X ) |
| bryan.brown@bingham.com | | | |

c/o Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Attorneys for Defendants
City and County of Honolulu and
Frank Doyle, Director of the
Department of Environmental
Services, in his official capacity

DATED:  San Francisco, California, May 28, 2008.


_____
CHRISTOPHER SPROUL
Environmental Advocates


PAUL ALSTON
WILLIAM M. TAM
ALSTON HUNT FLOYD & ING

Attorneys for PLAINTIFFS SIERRA
CLUB, HAWAI'I CHAPTER, HAWAI'I'S
THOUSAND FRIENDS, and OUR
CHILDREN'S EARTH FOUNDATION