CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone:  (808) 768-5235
Facsimile:  (808) 768-5105
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499
Email:  nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>                    Defendant. | CIV. NO. CV04-00463 DAE-BMK<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S MOTION TO DISMISS PLAINTIFFS' SECOND CLAIM FOR RELIEF**<br>Date:        TBD<br>Time:        TBD<br>Judge:      Hon. David Alan Ezra |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S MOTION TO
DISMISS PLAINTIFFS' SECOND CLAIM FOR RELIEF

A/72563883.1/2017866-0000309724

TO THE HONORABLE JUDGE EZRA AND THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendants City and County of Honolulu ("CCH") hereby respectfully request that this Court, pursuant to Federal Rule of Evidence 201, take judicial notice of the following documents:

1.    Memorandum entitled <u>Clean Water Act Jurisdiction Following the U.S. Supreme Court's Decision in Rapanos v. United States & Carabell v. United States</u>, prepared by the United States Environmental Protection Agency ("EPA") and the United Stated Army Corps of Engineers, dated June 5, 2007. Records and reports of administrative agencies are judicially noticeable under Federal Rule of Evidence 201.  <u>Disabled Rights Action Comm. v. Las Vegas Events, Inc.</u>, 375 F.3d 861, 866 n.1 (9th Cir. 2004).  A true and correct copy of this Memorandum is attached hereto as **Exhibit A**.

2.    Manual entitled <u>U.S. EPA's NPDES Writers' Manual</u>, prepared by EPA, dated December 1996.  Records and reports of administrative agencies are judicially noticeable under Federal Rule of Evidence 201.  <u>Disabled Rights Action</u>

/ / /

/ / /

/ / /

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S MOTION TO DISMISS PLAINTIFFS' SECOND CLAIM FOR RELIEF**

A/72563883.1/2017866-0000309724

<u>Comm.</u>, 375 F.3d at 866 n.1.  True and correct copies of the relevant pages of this

Manual are attached hereto as **Exhibit B**.


DATED:    Honolulu, Hawaii          Respectfully submitted,
          June 12, 2008             CARRIE OKINAGA
                                    Corporation Counsel

                                    By:  /s/Kathleen A. Kelly_____
                                         Kathleen A. Kelly
                                         Attorneys for Defendant
                                         The City and County of Honolulu

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S MOTION TO DISMISS PLAINTIFFS' SECOND CLAIM FOR RELIEF**

A/72563883.1/2017866-0000309724