# EXHIBIT B

Case 1:04-cv-00463-DAE-BMK    Document 182-4    Filed 06/12/2008    Page 1 of 4



# U.S. EPA NPDES Permit Writers' Manual

**EPA**

EXHIBIT B

| | |
|---|---|
| United States<br>Environmental Protection<br>Agency | Office of Water<br>Washington, DC |

# NPDES Permit Writers' Manual

December 1996

> The statements in this document are intended solely as guidance. This document is not intended, nor can it be relied on, to create any rights enforceable by any party in litigation with the United States. EPA and State officials may decide to follow the guidance provided in this document, or to act at variance with the guidance, based on an analysis of specific site circumstances. This guidance may be revised without public notice to reflect changes in EPA's policy.

*Office of Wastewater Management*
*U.S. Environmental Protection Agency*
*Washington, DC 20460*

| Standard Conditions of NPDES Permits | Chapter 9 |
|---|---|

## 9.1 Types of Standard Conditions

A brief discussion of each of EPA's standard conditions for NPDES permits follows:

- **Duty to Comply [40 CFR §122.41(a)]**—The permittee must comply with all conditions of the permit. Noncompliance is a violation of the CWA and is grounds for injunctive relief, substantial monetary penalties, incarceration, changes or terminations to the permit, or denial of permit renewal.
- **Duty to Reapply [40 CFR §122.41(b)]**—If a permittee, after the expiration of its permit, desires to continue its activities, it must reapply for and obtain a new permit.
- **Need to Halt or Reduce Activity not a Defense [40 CFR §122.41(c)]**—The permittee may not use as a defense the reasoning that compliance could only be achieved by halting or reducing the permitted activity.
- **Duty to Mitigate [40 CFR §122.41(d)]**—The permittee is required to take all reasonable steps to prevent any discharge or sludge use or disposal in violation of this permit that has a reasonable likelihood of adversely affecting human health or the environment.
- **Proper Operation and Maintenance [40 CFR §122.41(e)]**—The permittee must properly operate and maintain all equipment and treatment systems used by the permittee for compliance with the terms of the permit. The permittee must provide appropriate laboratory controls and quality assurance procedures. Backup systems are required when needed to ensure compliance. However, each main line unit treatment process must be operated as a minimum.
- **Permit Actions [40 CFR §122.41(f)]**—The permit may be modified, revoked, reissued, or terminated for cause. The filing of a request by the permittee for a modification, revocation, reissuance, termination, or notification of planned changes or anticipated noncompliance does not halt any permit condition.
- **Property Rights [40 CFR §122.41(g)]**—The permit does not convey any property rights of any sort, or any exclusive privilege.
- **Duty to Provide Information [40 CFR §122.41(h)]**—The permittee must transmit any information needed to determine compliance with the permit or to modify the permit.
- **Inspection and Entry [40 CFR §122.41(i)]**—The permittee must, upon presentation of valid credentials by the Director or his representative, allow entry into the premises where the regulated activity and/or records are present. The Director must have access to and be able to make copies of any required records, inspect facilities, practices, operations, and equipment, and sample or monitor at reasonable times.