IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) <br> HAWAI'I'S THOUSAND FRIENDS;   ) <br> and OUR CHILDREN'S EARTH        ) <br> FOUNDATION,                     ) <br>                                 ) <br>         Plaintiffs,     ) <br>                                 ) <br>   vs.                           ) <br>                                 ) <br> CITY AND COUNTY OF              ) <br> HONOLULU and FRANK DOYLE,       ) <br> DIRECTOR OF THE DEPARTMENT      ) <br> OF ENVIRONMENTAL SERVICES,      ) <br> in his official capacity,       ) <br>                                 ) <br>         Defendants.     ) <br>                                 ) | CIVIL NO. CV04-00463 DAE-BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**CITY AND COUNTY OF HONOLULU'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION;REQUEST FOR JUDICIAL NOTICE; EXHIBITS A-B**

was duly served upon the following individuals at their address listed below on

June 12, 2008:

    Served Electronically through CM/ECF:     Email address

        CHRISTOPHER SPROUL     csproul@enviroadvocates.com
        Environmental Advocates
        5135 Anza Street
        San Francisco, California  94121

        PAUL ALSTON     palston@ahfi.com
        WILLIAM M. TAM     wtam@ahfi.com
        BLAKE K. OSHIRO     boshiro@ahfi.com
        Alston Hunt Floyd & Ing
        18th Floor, ASB Tower
        1001 Bishop Street
        Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

    DATED:  Honolulu, Hawaii, June 12, 2008.

                CARRIE K.S. OKINAGA
                Corporation Counsel

                By /s/ Kathleen A. Kelly
                    KATHLEEN A. KELLY
                    Deputy Corporation Counsel
                    Attorneys for Defendants