CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 768-5235
Facsimile: (808) 768-5105
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIV. NO. 04-00463 DAE-BMK<br><br>**DEFENDANT CITY AND COUNTY OF HONOLULU'S EX PARTE APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date Requested: June 30, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. David Alan Ezra |

## DEFENDANT CITY AND COUNTY OF HONOLULU'S EX PARTE APPLICATION TO EXPEDITE THE HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND CLAIM

Pursuant to Fed R. Civ. P. 6(d), Haw. Dist. Ct. R. Civ. P. 6(d), and L.R.7.2, defendant THE CITY AND COUNTY OF HONOLULU ("CCH"), by and through its attorneys, hereby files this ex parte application to expedite the hearing of CCH's concurrently-filed Motion to Dismiss Plaintiffs' Second Claim. CCH requests that the hearing on the Motion to Dismiss be scheduled for June 30, 2008 at 9:00 a.m. -- the same date and time this Court has scheduled the hearing on plaintiffs' Motion for Partial Summary Judgment ("MPSJ") on plaintiffs' First and Second Claims against CCH in this case. In the alternative, CCH requests the Court select a date to be determined by the Court after June 30, 2008 on which both Motions could be heard simultaneously.

This Application is based on the attached Memorandum of Points and Authorities and the records and files herein.

DATED:   Honolulu, Hawaii          CARRIE OKINAGA
         June 12, 2008             Corporation Counsel

                                   By: /s/Kathleen A. Kelly
                                       Kathleen A. Kelly
                                       Attorneys for Defendant
                                       The City and County Of Honolulu

## MEMORANDUM IN SUPPORT OF MOTION

I.  GOOD CAUSE EXISTS TO EXPEDITE THE HEARING ON CCH'S MOTION TO DISMISS

This Court, on request and for "good cause" shown, may order that the time be shortened for notice of a motion. Fed. R. Civ. P. 6(d); Haw. Dist. Ct. R. Civ. P. 6(d); L.R.7.2 (stating that the twenty-eight day notice for hearing period "may be shortened by order of court upon the submission of an ex parte application"). Here, good cause exists because plaintiffs' MPSJ and CCH's Motion to Dismiss both address plaintiffs' Second Claim for relief, and whether this Court has jurisdiction over the Second Claim. Because the same or similar issues of fact and law and the same parties or parties in interest are involved, consideration of these Motions at the same time would serve the Court's interest in economy and the orderly control and efficient disposition of matters on its docket. The Court has previously granted ex applications for orders shortening time to hear. For example, the Court granted CCH's Ex Parte Application For Order Shortening Time To Hear Motion to Stay on August 27, 2007 (Docket #127).

II. PLAINTIFFS WILL NOT BE PREJUDICED BY AN ORDER EXPEDITING THE HEARING ON THE MOTION TO DISMISS

CCH is requesting an expedited hearing date of June 30, 2008. CCH's Motion is being filed and served on June 12, 2008. Under L.R.7.4, plaintiffs' Opposition will be due 11 days after service of the Motion, on June 23,

2008. The expedited June 30, 2008 date occurs after plaintiffs' Opposition is due and therefore does not affect the timeframe within which plaintiffs' will prepare or file an Opposition to CCH's Motion. Accordingly, plaintiffs will not be prejudiced by CCH's request. To allow plaintiffs the 11 days in which to serve an Opposition, CCH will agree to expedite its Reply and file the Reply by June 26, 2008, four days before the scheduled hearing

Unlike plaintiffs, CCH will be substantially prejudiced if the Court grants summary judgment for plaintiffs' Second Claim without having heard CCH's Motion as to why that claim must be dismissed.

III. ALTERNATIVELY, CCH REQUESTS THE COURT POSTPONE THE HEARING DATE

In the alternative, CCH requests the Court select a date to be determined by the Court after June 30, 2008 on which both Motions could be heard simultaneously. This will not provide CCH with additional time to file its Opposition to MPSJ as that Motion is being filed concurrently with this ex parte applications, on June 12, 2008.

IV. CONCLUSION

For the foregoing reasons, CCH respectfully requests that this Court expedite the hearing on CCH's Motion to Dismiss to June 30, 2008, or alternatively, to select a date to be determined by the Court after June 30, 2008 on

which both plaintiffs' MPSJ and CCH's Motion to Dismiss could be heard simultaneously.

DATED: Honolulu, Hawaii
June 12, 2008

Respectfully submitted,

CARRIE OKINAGA
Corporation Counsel

By: /s/Kathleen A. Kelly
Kathleen A. Kelly
Attorneys for Defendant
The City and County Of Honolulu