IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) <br> HAWAI'I'S THOUSAND FRIENDS; ) <br> and OUR CHILDREN'S EARTH ) <br> FOUNDATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU and FRANK DOYLE, ) <br> DIRECTOR OF THE DEPARTMENT ) <br> OF ENVIRONMENTAL SERVICES, ) <br> in his official capacity, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. CV04-00463 DAE-BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**DEFENDANT CITY AND COUNTY OF HONOLULU'S EX PARTE APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO DISMISS**

was duly served upon the following individuals at their address listed below on June 12, 2008:

Served Electronically through CM/ECF:        Email address

    CHRISTOPHER SPROUL        csproul@enviroadvocates.com
    Environmental Advocates
    5135 Anza Street
    San Francisco, California  94121

    PAUL ALSTON        palston@ahfi.com
    WILLIAM M. TAM        wtam@ahfi.com
    BLAKE K. OSHIRO        boshiro@ahfi.com
    Alston Hunt Floyd & Ing
    18th Floor, ASB Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, June 12, 2008.

                CARRIE K.S. OKINAGA
                Corporation Counsel

                By /s/ Kathleen A. Kelly
                    KATHLEEN A. KELLY
                    Deputy Corporation Counsel
                    Attorneys for Defendants