CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 768-5235
Facsimile: (808) 768-5105
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIV. NO. CV04-00463 DAE-BMK<br><br>**DECLARATION OF KATHLEEN A. KELLY IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' FIRST AND SECOND CLAIMS**<br>Date:       June 30, 2008<br>Time:      9:00 a.m.<br>Judge:    Hon. David Alan Ezra |

## DECLARATION OF KATHLEEN A. KELLY

I, Kathleen A. Kelly, declare as follows:

1. I have personal knowledge of the following facts, or have been informed of them and believe them to be true, and would testify competently thereof if called as a witness.

2. I am Deputy Corporation Counsel for defendant City and County of Honolulu ("CCH"). I am admitted to practice before this Court.

3. I, and my staff under my direction, reviewed the exhibits attached to plaintiffs' Motion for Partial Summary Judgment ("MPSJ") related to the alleged spills and bypasses upon which their MPSJ is based. We noted those records often did not reflect that a spill reached receiving waters. We also noted that on many occasions, the records established only that a spill reached the storm drain and not a receiving water, contrary to plaintiffs' statement in their MPSJ that "[t]he Citizens do *not* include in their First Claim spills that CCH identified as reaching *only* a storm drain . . . ." MPSJ at 25 (emphasis in original). The records indicate that certain spills entered a dry stream bed, but do not establish that they entered a receiving water, or that such dry stream beds even have a hydrological connection to navigable waters. We also noted those records on occasion involve facilities and assets that were not owned by CCH. In addition, we determined from these records that there were a number of incidents where certain treatment

1

**DECLARATION OF KATHLEEN A. KELLY IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' FIRST AND SECOND CLAIMS**

processes were temporarily interrupted at the Wahiawa, Sand Island and Kailua Wastewater Treatment Plants ("WWTP") and that such interruptions were not bypasses. Finally, there were individual incidents that plaintiffs counted as multiple violations where such multiple counting is unsupported by the records. CCH's review of these records and its analysis of the First Claim spills and bypasses is attached hereto as **Exhibit A.**

   4. CCH also under took an analysis of the 207 spills at issue in the MPSJ under the Second Claim, and has determined that plaintiffs' evidence shows that 58 of these spills were treatment plant spills at the Honoluliuli WWTP. CCH's analysis of the Second Claim spills is attached as hereto as **Exhibit B.**

   5. The EPA/Corps, Clean Water Act Jurisdiction Following the U.S. Supreme Court's Decision in Rapanos v. United States & Carabell v. United States (June 5, 2007) ("Joint Guidance") is attached hereto as **Exhibit C**. Records and reports of administrative agencies are judicially noticeable under Federal Rule of Evidence 201. Disabled Rights Action Comm. v. Las Vegas Events, Inc., 375 F.3d 861, 866 n.1 (9th Cir. 2004).

   6. The Wahiawa WWTP effluent is regulated under a March 2, 1998 Consent Decree and Modification thereto, attached hereto as **Exhibits D and E**.

2

**DECLARATION OF KATHLEEN A. KELLY IN SUPPORT OF CITY AND COUNTY OF HONOLULU'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' FIRST AND SECOND CLAIMS**

A/72565553.1/2017866-0000300734

7. The relevant pages of the Kailua WWTP NPDES Permit is attached hereto as **Exhibit F**.

I, Kathleen A. Kelly, do declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of June 2008 in Honolulu, Hawaii.

By: /s/Kathleen A. Kelly
Kathleen A. Kelly