# EXHIBIT A

Factual Disputes Regarding Claim 1

| Date | Address | No evidence spill reached receiving water | Other Reason | Change # viol |
|---|---|---|---|---|
| 7/5/99 | Halawa Correctional Facility | | no evidence that a CCH asset is involved, no evidence supporting 3 violations | -3 |
| 7/13/99 | 4420 Lawehana St | storm drain only | | -1 |
| 7/17/99 | 1121 Middle | storm drain only | | -1 |
| 8/31/99 | 300 North Beretania | storm drain only | | -1 |
| 9/28/99 | 2289 Tantalus | dry stream bed -- all volume recovered | Not CCH facility, DHHL | -1 |
| 12/28/99 | Ft. Shafter | | Not CCH facility | -1 |
| 12/29/99 | 2005 Kalia | storm drain only -- all volume recovered | | -1 |
| 1/12/00 | 45-600 Keahala | storm drain only | | -1 |
| 1/19/00 | 3036 Kahaloa Dr | storm drain only | | -1 |
| 2/27/00 | 1030 Horner | storm drain only | | -1 |
| 3/13/00 | 2580 La-I Road | dry stream bed -- all volume recovered | | -1 |
| 3/20/00 | 2289 Tantalus | | Not CCH facility, DHHL | -1 |
| 4/16/00 | 927 Auloa | storm drain only | | -1 |
| 4/18/00 | 2303 Tantalus | | Not CCH facility, DHHL | -1 |
| 4/20/00 | 2289 Tantalus | | Not CCH facility, DHHL | -1 |
| 4/24/00 | Kapahu St., near mini park | dry stream bed | | -1 |
| 7/27/00 | 2646B Haili | storm drain only | | -1 |
| 8/1/00 | 901 River | storm drain only | | -1 |
| 8/2/00 | 901 River | storm drain only | | -1 |
| 9/2/00 | 411 N. King | storm drain only | | -1 |
| 9/14/00 | 1447 Alencastre | storm drain only | | -1 |
| 10/16/00 | 3750 Pelekane | storm drain only | | -1 |
| 12/06/00 | Waikapoki PS | | no evidence supporting 2 violations, dispute 1 | -1 |
| 12/11/00 | Pier 52 | storm drain only | | -1 |
| 12/28/00 | 3339 A Kauhana | storm drain only | | -1 |
| 2/25/01 | 60 North Kuakini | storm drain only | | -1 |
| 3/3/01 | 2010 Nuuanu Ave | storm drain only | | -1 |
| 3/1/01 | 2122 N. King | storm drain only | | -1 |
| 3/25/01 | 47-357 Ahuimanu | storm drain only | | -1 |
| 6/5/01 | 2400 Pacific Heights | storm drain only | | -1 |
| 8/11/01 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 10/17/01 | 99-745 Holoai | dry stream bed | | -1 |
| 10/31/01 | 2204 Star Rd | storm drain only | | -1 |
| 1/6/02 | 759 Iaukea St | dry stream bed | Not CCH facility, DHHL | -1 |
| 1/29/02 | Kailua WWTP | in-plant storm drain only | | -1 |
| 3/7/02 | Nimitz | | One day instead of two, spill duration 10 hours, 24 minutes | -1 |
| 6/30/02 | 2516 Pacific Heights Rd | storm drain only | | -1 |
| 7/01/02 | 2306 Pacific Heights Rd | no reported volume to receiving water | | -1 |
| 7/13/02 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. One day instead of 2, duration 11 hours | -2 |
| 11/11/02 | 2331 Pelekane Dr. | storm drain only | | -1 |

Factual Disputes Regarding Claim 1

| Date | Address | No evidence spill reached receiving water | Other Reason | Change # viol |
|---|---|---|---|---|
| 2/17/03 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 2/22/03 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 4/7/03 | 1585 Laumaile | storm drain only | | -1 |
| 4/10/03 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 4/18/03 | 2485 Pacific Heights Rd. | storm drain only | | -1 |
| 4/23/03 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 6/18/03 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 6/29/03 | 1940 Wakahe Pl | storm drain only | | -1 |
| 7/4/03 | Kailua Rd. WWPS | | One day instead of 35, dispute 34. | -34 |
| 7/15/03 | 1340 Liliha St | storm drain only | | -1 |
| 8/19/03 | 2239 A Kauhana St | storm drain only | | -1 |
| 9/18/03 | 3231 Pelekane Dr. | storm drain only | | -1 |
| 9/24/03 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 11/29/03 | 2002 Oswald | storm drain only | | -1 |
| 12/01/03 | Kaneohe PTF | ground only | | -1 |
| 1/2/04 | 1723 Lehua St. | no reported volume to receiving water | | -1 |
| 1/2/2004 | 2444 Hihiwai | storm drain only | One day instead of two, spill duration approx 15 hours | -2 |
| 1/2/2004 | 426 Kekau | no reported volume to receiving water | | -1 |
| 1/2/2004 | Waimanalo WWTP | | Not CCH facility | -2 |
| 1/2/2004 | 388 Wana'ao | no reported volume to receiving water | | -2 |
| 1/2/2004 | 394 Wana'ao | no reported volume to receiving water | | -2 |
| 1/2/2004 | 98-164 Olepe Loop | storm drain only | One day instead of two, spill duration approx 16.5 hours | -2 |
| 1/2/2004 | 98-168 Pahemo | storm drain only | One day instead of two, spill duration approx 16.5 hours | -2 |
| 1/2/2004 | Kawaihae | storm drain only | | -2 |
| 1/2/2004 | 1738 Palanehe | no reported volume to receiving water | | -1 |
| 1/3/2004 | 5307C Kalanianaole | storm drain only | One day instead of seven, spill duration approx 19 hours | -7 |

Page 2

Factual Disputes Regarding Claim 1

| Date | Address | No evidence spill reached receiving water | Other Reason | Change # viol |
|---|---|---|---|---|
| 1/3/2004 | 5403 Kalanianaole | storm drain only | One day instead of seven, spill duration approx 19 hours | -7 |
| 1/14/2004 | Wahiawa WWTP (all 3 occurences on same date) | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. One day instead of three, all incidents on same day. | -3 |
| 1/19/2004 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 1/22/2004 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 1/27/2004 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 2/6/2004 | 1260 Richard Ln | storm drain only | | -1 |
| 2/27/2004 | 98-156 Olepe Loop | storm drain only | | -2 |
| 2/27/2004 | Kaneohe PTF | no reported volume to receiving water | | -1 |
| 2/28/2004 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 3/1/2004 | 1089 Alu Place | no reported volume to receiving water | | -1 |
| 3/2/2004 | 394 Wana'ao | no reported volume to receiving water | | -1 |
| 3/2/2004 | Waimanalo WWTP | | Not CCH facility | -1 |
| 4/6/2004 | 1778 Ala Moana | storm drain only | | -1 |
| 5/20/2004 | Kukanono PS | no reported volume to receiving water | | -1 |
| 7/26/2004 | 2420 Koa | storm drain only | | -1 |
| 8/4/2004 | 45-270 Waikalua | no reported volume to receiving water | | -1 |
| 8/4/2004 | 1718 Pilikea | no reported volume to receiving water | | -1 |
| 8/8/2004 | 60 Kuakini | storm drain only | | -1 |
| 11/6/2004 | 429 Wana'ao | storm drain only | | -1 |
| 11/21/2004 | 2580 La-I Road | storm drain only | | -1 |
| 11/21/2004 | KPT; 1162 Linapuni St (reported as Amelia St.) | storm drain only | | -1 |
| 12/22/2004 | 1757 St. Louis Dr. | storm drain only | | -1 |
| 1/29/2005 | 5307 Kalanianaole | storm drain only | | -1 |
| 1/29/2005 | Kalanianaole and Pu'u Ikena | storm drain only | | -1 |
| 1/29/2005 | Aliamanu WWPS #2 | storm drain only | | -1 |
| 1/29/2005 | Waimanalo WWTP | | Not CCH facility | -1 |
| 2/2/2005 | 5714 Kalanianaole/ Niu Valley WWPS | storm drain only | | -1 |

Factual Disputes Regarding Claim 1

| Date | Address | No evidence spill reached receiving water | Other Reason | Change # viol |
|---|---|---|---|---|
| 2/14/2005 | 5683 Kalanianaole | storm drain only | One day instead of three, spill duration approx 1hour 30 minutes | -3 |
| 2/26/2005 | 5683 Kalanianaole | storm drain only | | -1 |
| 4/28/2005 | 254 N. Beretenia | storm drain only -- all volume recovered | | -1 |
| 6/15/2005 | 1000 Kamehameha Hwy | storm drain only | | -1 |
| 6/17/2005 | 2289 Tantalus | dry stream bed | Not CCH facility, DHHL | -1 |
| 6/22/2005 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 7/26/2005 | 94-590 Awamoi | storm drain only | | -1 |
| 7/26/2005 | 1622 Waikahalulu Ln | no reported volume to receiving water | | -1 |
| 8/20/2005 | 2445 Kaala St. | storm drain only | | -1 |
| 9/24/2005 | 46-185 Nahiku | no reported volume to receiving water | | -1 |
| 10/13/2005 | 3001 Numana Rd | no reported volume to receiving water | | -1 |
| 11/2/2005 | 2124 Wilson | storm drain only | | -1 |
| 11/5/2005 | 3472 kaau | storm drain only | | -1 |
| 2/12/2006 | 4208 Salt Lake Boulevard | storm drain only | | -1 |
| 2/24/2006 | Keolu and Hele | storm drain only | | -1 |
| 3/1/2006 | 46-185 Nahiku St. | no reported volume to receiving water | | -1 |
| 3/3/2006 | Waimanalo WWTP | | Not CCH facility | -2 |
| 3/3/2006 | Kailua WWTP | storm drain only | | -1 |
| 3/3/2006 | Keolu and Hele | no reported volume to receiving water | | -1 |
| 3/3/2006 | 45-270 Waikalua | storm drain only | | -1 |
| 3/7/2006 | End of Luluku | no reported volume to receiving water | | -1 |
| 3/22/2006 | Wahiawa WWTP | | One day instead of (2). CCH to introduce new document. | -1 |
| 3/26/2006 | 1065 Hele St. | no reported volume to receiving water | | -1 |
| 3/26/2006 | Keolu and Hele | no reported volume to receiving water | | -1 |
| 3/26/2006 | Waimanalo WWTP | | Not CCH facility | -1 |
| 3/28/2006 | SI WWTP | storm drain only | | -1 |
| 3/29/2006 | 45-031 Lilipuna | storm drain only | | -1 |
| 3/30/2006 | Waimanalo WWTP | | Not CCH facility | -5 |
| 3/31/2006 | Waimanalo WWTP | | Not CCH facility | -1 |
| 3/31/2006 | 700 Umi St. | storm drain only | | -1 |
| 3/31/2006 | Aliamanu WWPS | storm drain only | | -1 |
| 3/31/2006 | 1015 N. School St. | storm drain only | | -1 |
| 3/31/2006 | 1716 Piikea St. | storm drain only | | -1 |
| 3/31/2006 | 98-159 Olepe Loop | storm drain only | | -1 |

Factual Disputes Regarding Claim 1

| Date | Address | No evidence spill reached receiving water | Other Reason | Change # viol |
|---|---|---|---|---|
| 3/31/2006 | 2330 Pacific Heights Rd. | storm drain only | | -1 |
| 3/31/2006 | 4389 Malia St. | storm drain only | | -1 |
| 3/31/2006 | Coral and Auahi | storm drain only | | -1 |
| 3/31/2006 | 1025 Ala Moana Blvd | storm drain only | | -1 |
| 4/4/2006 | Paa and Ahua | storm drain only | | -1 |
| 5/5/2006 | 524 Olive | storm drain only | | -1 |
| 6/16/2006 | 1325 N. School St. | storm drain only | | -1 |
| 9/14/2006 | Wahiawa WTTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -2 |
| 10/15/2006 | Wahiawa WTTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 10/15/2006 | Mokapu Outfall | | discharge in accordance with permit. No intentional diversion. | -1 |
| 11/2/2006 | 3059 Pali Hwy | storm drain only | | -1 |
| 12/27/2006 | 1267 Mikole St | storm drain only | | -1 |
| 1/29/2007 | Wahiawa WWTP | | discharge in accordance with March 2, 1998 Consent Decree as amended May 21, 2001. No intentional diversion. | -1 |
| 2/13/2007 | 1677 Ala Aolani St | dry stream bed | | -1 |
| 3/23/2007 | 2301 Waiomao Rd | storm drain only | | -1 |
| 4/9/2007 | SI WWTP | | discharge in accordance with permit. No intentional diversion. | -1 |
| 5/12/2007 | 100 N. Beretania | | | -1 |
| 7/16/2007 | 124 Olomana Ln | no reported volume to receiving water | | -1 |
| 7/31/2007 | 96-785 Iho Place | storm drain only, dry stream bed | | -1 |
| 10/17/2007 | Fronting 555 S. Beretania | storm drain only | | -1 |
| 11/4/2007 | 98-156 Olele Loop | storm drain only | | -1 |
| 11/4/2007 | SI WWTP | | discharge in accordance with permit. No intentional diversion. | -1 |
| 12/5/2007 | SI WWTP | | discharge in accordance with permit. No intentional diversion. | -1 |
| | | | | -216 |