# EXHIBIT B

Factual Disputes Regarding Claim 2

| Date | Violations |
|---|---|
| 6/23/1999 | 1 |
| 6/30/1999 | 1 |
| 8/8/1999 | 1 |
| 8/11/1999 | 1 |
| 9/30/1999 | 1 |
| 10/3/1999 | 1 |
| 10/7/1999 | 1 |
| 12/9/1999 | 1 |
| 1/12/2000 | 1 |
| 1/17/2000 | 1 |
| 1/26/2000 | 1 |
| 2/25/2000 | 1 |
| 4/3/2000 | 1 |
| 4/23/2000 | 1 |
| 7/13/2000 | 1 |
| 7/28/2000 | 1 |
| 9/19/2000 | 1 |
| 9/22/2000 | 1 |
| 9/29/2000 | 1 |
| 10/20/2000 | 1 |
| 11/4/2000 | 8 |
| 12/28/2000 | 1 |
| 1/3/2001 | 1 |
| 9/9/2001 | 1 |
| 1/27/2002 | 1 |
| 2/28/2002 | 1 |
| 5/17/2002 | 1 |
| 3/17/2003 | 1 |
| 6/18/2003 | 1 |
| 7/14/2003 | 1 |
| 12/7/2003 | 1 |
| 12/10/2003 | 1 |
| 12/11/2003 | 1 |
| 1/3/2004 | 1 |
| 4/8/2004 | 1 |
| 7/21/2004 | 1 |
| 7/22/2004 | 1 |
| 7/22/2004 | 1 |
| 7/29/2004 | 1 |
| 1/1/2005 | 1 |
| 1/30/2005 | 1 |
| 5/2/2005 | 1 |
| 5/15/2005 | 1 |
| 12/28/2005 | 1 |
| 2/12/2006 | 1 |
| 6/14/2006 | 1 |
| 7/31/2006 | 1 |
| 10/15/2006 | 1 |
| 12/9/2006 | 1 |
| 7/12/2007 | 1 |
| 11/4/2007 | 1 |
|  | 58 |