CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 768-5235
Facsimile: (808) 768-5105
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIV. NO. CV04-00463 DAE-BMK<br><br>**DECLARATION OF JAMES ROSSO**<br><br>Date:   June 30, 2008<br>Time:  9:00 am<br>Judge: Hon. David Alan Ezra |

## DECLARATION OF JAMES ROSSO

I, James Rosso, declare as follows:

1.   I am a Supervising Construction Inspector with the Department of Design and Construction Wastewater Branch.

2.   I have personal knowledge of the Kailua Road Pump Station incident that occurred on July 4, 2003.

3.   I was first notified of the leak at the Kailua Road Pump Station on July 4, 2003, and was designated to supervise the repair work.

4.   To my knowledge, no wastewater reached receiving waters as a result of the leak.

5.   Any spilled wastewater was contained to the pump station grounds no later than the following day.

6.   A bypass was installed no later than 2 days after the initial notification of the incident, or July 6, 2008.

7.   The leak was not ongoing for 35 days, and the leak did not reach receiving waters beyond July 4, 2003, if at all.

1

A/72504995.1/2017866-0000309724

I, James Rosso, do declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of June 2008 in Honolulu, Hawaii.

*James L. Rosso*

JAMES ROSSO