CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 768-5235
Facsimile: (808) 768-5105
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF HONOLULU<br><br>　　　　Defendant. | CIV. NO. CV 04-00463 DAE-BMK<br><br>**LR 7.5 CERTIFICATE OF COUNSEL**<br><br><br>Date:　　June 30, 2008<br>Time:　　9:00 am<br>Judge:　　Hon. David Alan Ezra |

## LR 7.5 CERTIFICATE OF COUNSEL

Pursuant to the Local Rules, Kathleen A. Kelly, attorney for Defendant City and County of Honolulu ("CCH"), hereby certifies that the word count for CCH's Memorandum In Support Of Defendant's Opposition to Plaintiffs' Motion For Partial Summary Judgment On Plaintiffs' First And Second Claims For Relief ("Reply Memorandum"), is 8,809 words. Accordingly, the Memorandum in Opposition complies with Local Rules 7.5(b) and (e).

DATED:  Honolulu, Hawaii  
             June 12, 2008

CARRIE OKINAGA  
Corporation Counsel

By: /s/Kathleen A. Kelly  
     KATHLEEN A. KELLY  
     Deputy Corporation Counsel  
     Attorneys for Defendants  
     City and County of Honolulu

A/72566270.1/2017866-0000309724