CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 768-5235
Facsimile: (808) 768-5105
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU<br><br>Defendant. | CIV. NO. CV 04-00463 DAE-BMK<br><br>**LR 7.5 CERTIFICATE OF COUNSEL**<br><br>Date: June 30, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. David A. Ezra |

## LR 7.5 CERTIFICATE OF COUNSEL

Pursuant to the Local Rules, Kathleen A. Kelly, attorney for Defendant City and County of Honolulu ("CCH"), hereby certifies that the word count for Defendant's "CCH Response" column in Opposition To Plaintiffs' Separate And Concise Statement Of Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment On Plaintiffs' First and Second Claims is 1,324 words. Accordingly, CCH's Response complies with Local Rules 5.6(d) and 7.5(e).

DATED: Honolulu, Hawaii
June 12, 2008

CARRIE OKINAGA
Corporation Counsel

By: /s/Kathleen A. Kelly
KATHLEEN A. KELLY
Deputy Corporation Counsel
Attorneys for Defendants
City and County of Honolulu

1