IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) <br> HAWAI'I'S THOUSAND FRIENDS;  ) <br> and OUR CHILDREN'S EARTH     ) <br> FOUNDATION,                   ) <br>                                ) <br>            Plaintiffs,        ) <br>                                ) <br>     vs.                        ) <br>                                ) <br> CITY AND COUNTY OF             ) <br> HONOLULU and FRANK DOYLE,      ) <br> DIRECTOR OF THE DEPARTMENT    ) <br> OF ENVIRONMENTAL SERVICES,    ) <br> in his official capacity,      ) <br>                                ) <br>            Defendants.         ) <br> _____) | CIVIL NO. CV04-00463 DAE-BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' FIRST AND SECOND CLAIMS; LR 7.5 CERTIFICATE OF COUNSEL**

was duly served upon the following individuals at their address listed below on

June 12, 2008:

    Served Electronically through CM/ECF:    <u>Email address</u>

        CHRISTOPHER SPROUL    csproul@enviroadvocates.com
        Environmental Advocates
        5135 Anza Street
        San Francisco, California  94121

        PAUL ALSTON    palston@ahfi.com
        WILLIAM M. TAM    wtam@ahfi.com
        BLAKE K. OSHIRO    boshiro@ahfi.com
        Alston Hunt Floyd & Ing
        18th Floor, ASB Tower
        1001 Bishop Street
        Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

    DATED:  Honolulu, Hawaii, June 12, 2008.

                      CARRIE K.S. OKINAGA
                      Corporation Counsel

                      By <u>/s/ Kathleen A. Kelly</u>
                          KATHLEEN A. KELLY
                          Deputy Corporation Counsel
                          Attorneys for Defendants