CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 768-5235
Facsimile: (808) 768-5105
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIV. NO. 04-00463 DAE-BMK<br><br>**ORDER GRANTING DEFENDANT CITY AND COUNTY OF HONOLULU'S EX PARTE APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO DISMISS** |

-2-

**ORDER GRANTING DEFENDANT CITY AND COUNTY
OF HONOLULU'S EX PARTE APPLICATION TO EXPEDITE
HEARING ON DEFENDANT'S MOTION TO DISMISS**

Upon review of the Ex Parte Application to Expedite Hearing on Defendant's Motion to Dismiss filed herein, and the Memorandum in Support of Motion thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED that said Ex Parte Application to Expedite Hearing on Defendant's Motion to Dismiss is hereby granted, and Defendant's Motion to Dismiss shall be heard before the Honorable David Alan Ezra, Judge of the above-entitled Court, in his courtroom at 9:00 a.m. on June 30, 2008, or as soon thereafter as counsel may be heard.

Plaintiffs may file a consolidated responsive memo combining 1) Plaintiffs' Memorandum in Opposition to the Defendant's Motion to Dismiss; and 2) Plaintiffs' Reply in support of their Motion for Partial Summary Judgment (filed on May 20, 2008) which shall be due on Monday, June 23, 2008.   Defendant's

OR-M-SHORT

-3-

Reply Memorandum in Support of Defendant's Motion to Dismiss shall be due on June 26, 2008.

DATED: Honolulu, Hawaii, June 18, 2008.



_____
David Alan Ezra
United States District Judge

Sierra Club, Hawai`i Chapter, et al. vs. city and County of Honolulu, Civil No. 04-00463 DAE-BMKI; ORDER GRANTING DEFENDANT CITY AND COUNTY OF HONOLULU'S EX PARTE APPLICATION TO EXPEDITE HEARING ON DEFENDANT'S MOTION TO DISMISS

OR-M-SHORT