CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553-3376
Fax:  (415) 358-5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON           1259-0
WILLIAM TAM           1887-0
BLAKE K. OSHIRO       6746-0
Alston Hunt Floyd & Ing
ASB Tower, 18th Floor
1001 Bishop Street
Honolulu, Hawaiʻi  96813
Tel:  (808) 524-1800
Fax:  (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Plaintiffs
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻIʻI'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>    Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE REPLY SEPARATE AND CONCISE STATEMENT OF FACTS EXCEEDING PAGE LIMITS AND WORD COUNT; DECLARATION OF WILLIAM M. TAM; ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE REPLY SEPARATE AND CONCISE STATEMENT OF FACTS EXCEEDING PAGE LIMITS AND WORD COUNT; CERTIFICATE OF SERVICE** |

681032_1/7502-3

**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE
TO FILE REPLY SEPARATE AND CONCISE STATEMENT
OF FACTS EXCEEDING PAGE LIMITS AND WORD COUNT**

Plaintiffs Sierra Club (Hawaiʻi Chapter), Hawaiʻi's Thousand Friends, and Our Children's Earth Foundation ("Plaintiffs") hereby move, *Ex Parte*, for leave to file a Separate and Concise Statement of Facts ("Reply SCSF")in support of Plaintiffs' Consolidated (1) Reply in Support of its Motion for Partial Summary Judgment On Plaintiffs' First And Second Claims (filed May 20, 2008) and (2) Opposition to Defendant City and County of Honolulu's Motion to Dismiss Plaintiffs' Second Claim (filed June 12, 2008)("Consolidated Response Memo") authorized by this Court's June 18, 2008 Order Granting Defendant City and County's Ex Parte  Application to Expedite Hearing on Defendant's Motion to Dismiss.

This motion is made pursuant to Local Rule 56.1 of the Rules of the United States District Court for the District of Hawaiʻi ("Local Rules" or "L.R.").  Plaintiffs request approval to exceed the page limit but not exceed 2000 new words (in addition to the words already submitted in the Separate and Concise Statement of Fact charts filed by Plaintiff and by Defendant to date).

Plaintiffs seek leave to file its Reply SCSF to respond to the evidentiary objections made by Defendants City and County of Honolulu ("CCH") in their Opposition to Plaintiffs' Separate and Concise Statement of Facts in Support of Their Motion for Partial

Summary Judgment and Counter-Motion (filed June 12, 2008) ("Opposition SCSF").

Local Rule 56.1(b) provides that an opposition to a separate and concise statement of facts should either: (1) accept the facts, or (2) set forth material facts as to which it is contended there exists a genuine issue necessary to be litigated. The rule does not allow for the inclusion of evidentiary objections. Evidentiary objections must be made in the opposing memorandum or in an appropriate motion.

Moreover, to the extent Defendant CCH's Motion to Dismiss (filed June 12, 2008) presents "matters outside the pleadings," Fed. R. Civ. Proc. Rule 12(d) provides that "the motion must be treated as one for summary judgment under Rule 56."

Leave to exceed the page limits and word count under L.R. 56.1(d) is warranted in light of the combined motions being heard on June 30, 2008 and the Consolidated Response Memo which serves as both a Reply in support of Plaintiffs' Motion for Partial Summary Judgment and an Opposition to Defendant City and County of Honolulu's Motion to Dismiss.

This Motion is brought pursuant to Rule 56.1 of the Rules of the United States District Court for the District of Hawaiʻi, the attached declaration, the files and records in this matter, and such further and additional matters that may be presented prior

to the adjudication of this Motion, all of which are incorporated herein by reference.

DATED: Honolulu, Hawaiʻi, June 19, 2008.

/s/ William Tam
CHRISTOPHER SPROUL
Environmental Advocates

PAUL ALSTON
WILLIAM TAM
BLAKE OSHIRO
Alston Hunt Floyd & Ing
Attorneys for Plaintiffs
Sierra Club, Hawaiʻi Chapter,
Hawaiʻi Thousand Friends, and Our
Children's Earth Foundation