IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SIERRA CLUB, HAWAI‘I CHAPTER; ) <br> HAWAI‘I'S THOUSAND FRIENDS; and ) <br> OUR CHILDREN'S EARTH FOUNDATION, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> CITY AND COUNTY OF HONOLULU and ) <br> FRANK DOYLE, DIRECTOR OF THE ) <br> DEPARTMENT OF ENVIRONMENTAL ) <br> SERVICES, in his official ) <br> capacity, ) <br>  ) <br> Defendants. ) <br> _____) | Civil No. 04-00463 DAE-BMK <br><br> **DECLARATION OF WILLIAM M. TAM** |

**DECLARATION OF WILLIAM M. TAM**

I, WILLIAM M. TAM, declare as follows:

1. I am an attorney licensed to practice before all courts in the State of Hawai‘i and Of Counsel with Alston Hunt Floyd & Ing. I am counsel for Plaintiffs Sierra Club, Hawai‘i Chapter, Hawai‘i's Thousand Friends and Our Children's Earth Foundation in this case. I make this declaration on my personal knowledge, unless otherwise stated.

2. Plaintiffs are filing a Reply Separate and Concise Statement of Facts ("Reply Statement") to Defendant City and County of Honolulu's Opposing Concise Statement in support of Plaintiffs' Consolidated: (1) Reply in Support of its Motion for Partial Summary Judgment on Plaintiffs and Second Claims (filed May 20, 2008); and (2) Opposition to Defendant City and County of Honolulu's Motion to Dismiss Plaintiffs' Second Claim (filed

681170_1/7502-3

June 12, 2008) ("Consolidated Response Memo") as authorized by this Court's June 18, 2008 Order Granting Defendant City and County's Ex Pater Application to Expedite Hearing on Defendant's Motion to Dismiss.

    3.    Under Rule 56.1 of the Rules of the United States District Court for the District of Hawai'i, a concise statement in support of a motion for summary judgment shall not exceed five (5) pages in length unless it contains no more than 1500 words.

    4.    Plaintiffs' Consolidated Response Memo is both a Reply in support of Plaintiffs' Motion for Partial Summary Judgment <u>and</u> a Memo in Opposition to Defendant City and County's Motion to Dismiss.

    5.    Plaintiffs will require additional pages and up to 2000 new words (other than incorporating the charts already filed by both Plaintiff and Defendant) in order to incorporate Plaintiffs' original Concise Statement, Defendant's opposing Concise Statement, and now Plaintiffs' Reply Statement in support of its Consolidated Response Memo (effectively three concise statements) into a single chart.

    6.    The Reply Statement will present in one comprehensive chart, and side by side by side, the following:

    (a)    Plaintiffs' original Concise Statement (with reference to the evidence);

    (b)    Defendant's Opposing Concise Statement with objections; and

(c) Plaintiffs' Reply to Defendant's Objections and additional responsive evidence.

The chart will assist the court, by providing in a single document, a side by side by side comparison of the material facts.

7. Finally, a higher word limit is needed to describe additional violations and new evidence received only recently from the Defendant in its overdue responses to discovery requests.

I declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawai'i, June 20, 2008.

_____
WILLIAM M. TAM