IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; ) | Civil No. 04-00463 DAE-BMK |
| HAWAI'I'S THOUSAND FRIENDS; and ) | |
| OUR CHILDREN'S EARTH FOUNDATION,) | **CERTIFICATE OF SERVICE** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF HONOLULU and ) | |
| FRANK DOYLE, DIRECTOR OF THE ) | |
| DEPARTMENT OF ENVIRONMENTAL ) | |
| SERVICES, in his official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

| | HAND-DELIVERED | E-MAIL via ECF | MAILED |
|---|---|---|---|
| CARRIE OKINAGA, ESQ.<br>_cokinaga@honolulu.gov_<br>KATHLEEN A. KELLY, ESQ.<br>_kkelly@co.honolulu.hi.us_<br>Corporation Counsel<br>City & County of Honolulu<br>530 So. King Street<br>Honolulu, HI  96813<br>      and | (   ) | ( X ) | (   ) |

|  | HAND-<br>DELIVERED | E-MAIL<br>via ECF | MAILED |
|---|---|---|---|
| JAMES DRAGNA, ESQ.<br>*jim.dragna@bingham.com*<br>NANCY WILMS, ESQ.<br>*nancy.wilms@bingham.com*<br>BRYAN K. BROWN, ESQ.<br>*bryan.brown@bingham.com*<br>c/o Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br><br>Attorneys for Defendants<br>City and County of Honolulu and<br>Frank Doyle, Director of the<br>Department of Environmental<br>Services, in his official capacity | ( ) | ( X ) | ( ) |

DATED:  Honolulu, Hawai'i, June 20, 2008.

　　　　　　　　　　　　/s/ William M. Tam
　　　　　　　　　　　CHRISTOPHER SPROUL
　　　　　　　　　　　ENVIRONMENTAL ADVOCATES

　　　　　　　　　　　PAUL ALSTON
　　　　　　　　　　　WILLIAM M. TAM
　　　　　　　　　　　BLAKE K. OSHIRO
　　　　　　　　　　　ALSTON HUNT FLOYD & ING

　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　SIERRA CLUB, HAWAI'I CHAPTER,
　　　　　　　　　　　HAWAI'I'S THOUSAND FRIENDS, and
　　　　　　　　　　　OUR CHILDREN'S EARTH FOUNDATION