CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553-3376
Fax:  (415) 358-5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON         1259-0
WILLIAM TAM         1887-0
BLAKE K. OSHIRO     6746-0
Alston Hunt Floyd & Ing
ASB Tower, 18th Floor
1001 Bishop Street
Honolulu, Hawaiʻi  96813
Tel:  (808) 524-1800
Fax:  (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Applicants
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻI'S THOUSAND FRIENDS and
OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>　　　　　Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**PLAINTIFFS' ERRATA TO: PLAINTIFFS' DECLARATION OF JODENE ISAACS; REVISED DECLARATION OF JODENE ISAACS; EXHIBITS 5(A), 6(A), and 6(B); CERTIFICATE OF SERVICE** |

681149-1 / 7502-3

**PLAINTIFFS' ERRATA TO:**
**PLAINTIFFS' DECLARATION OF JODENE ISAACS**

Plaintiffs file this Errata to correct errors in the following documents attached to Plaintiffs' Separate and Concise Statement (filed May 20, 2008) pursuant to Local Rule 56.1.

1. Declaration of Jodene Isaacs:

    A. Paragraph 39 (as filed) is revised to read: "Exhibits 6A and 6B attached to this Declaration are true and accurate copies of the print-outs of these computer files."

    B. Paragraph 44 (as filed) is revised to read: "I used the two DOH Clean Water Branch CCH sewage spills, overflows and bypasses summary lists attached to this Declaration as Exhibits 6A and 6B (collectively, "DOH's Summary Lists") to prepare Table 1, attached as Exhibit 5A to this Declaration."

    C. Paragraph 46(I) (as filed) is revised to read "The DOH Summary List for 1999 (Exhibit 6A) lacks a "Facility Type" field."

    D. Paragraph 47 (as filed) is revised to read: "DOH's Summary Lists (attached to this Declaration as Exhibits 6A and 6B) document that CCH's sewage spills and bypasses reached the following named water bodies: "

    E. Paragraph 51 (as filed) is revised to read: "I used the documents attached as Exhibit 4 to oversee the preparation of the Table 2, which is also included in this Declaration, *infra*. Table 2 is attached to this declaration as Exhibit 5B."

The corrected Declaration of Jodene Isaacs is attached in its entirety.

2. Exhibit 5A.

The filed version of Exhibit 5A was squeezed width-wise on the printed page such that the column titled "Water Volume" was truncated and dropped one or more lines of information.  Exhibit 5A attached is reprinted with wider margins so that the column "Water Volume" is not truncated and accurately reflects all the figures in the column.

3. Exhibit 6A.

Exhibit 6A is the response by the DOH Clean Water Branch from its computer database of all sewage spills, overflows and/or bypasses reported by CCH to DOH from May 1999 to December, 1999.

4. Exhibit 6B.

Exhibit 6B is the response by the DOH Clean Water Branch from its computer database of all sewage spills, overflows and/or bypasses reported by CCH to DOH from January 2000 to February 18, 2008.

Dated: Honolulu, Hawaii, June 23, 2008.

/s/ William Tam  
WILLIAM TAM  
Alston Hunt Floyd & Ing  
Attorneys for Plaintiffs  
Sierra Club, Hawaiʻi Chapter,  
Hawaiʻi Thousand Friends, and Our  
Children's Earth Foundation