## DOH Spill List Database, May - December 1999

| LOCATION OF SPILL/ BYPASS | DATE/TIME BEGAN DATE/TIME END | DUR | TYPE | QUANT (GAL) | ENTERED STORM DRAIN/ CONTAINED IN DRAIN | FACILITY/ RECEIVING WATERBODY AFFECTED | DAYS POSTED/ CLOSED | CAUSE/CORRECTIVE ACTIONS TAKEN |
|---|---|---|---|---|---|---|---|---|
| 1488 Hale Koa Drive, Waialae Nui, Honolulu, Oahu | 8/17/99 10:10 am 8/17/99 10:21 am | 11 min | raw | 300 | yes / yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots, all entered the storm drain, but CCH could not detect flow at Kahala, did not reach Kahala Stream, affected area cleaned and disinfected Tel: 8/17/99 C. Nishimura, Ltrs: 9/24/99, 9/29/99 |
| 300 North Beretania Street, Honolulu, Oahu | 8/31/99 6:35 pm 8/31/99 8:00 pm | 1 hr 25 min | raw | 300 | yes / no | Sand Island WWTP / storm drain, Nuuanu Stream | 9/1/99 9/7/99 stream | sewage spill caused by grease, discharged from 10 inch main, about 250 gallons entered storm drain, 30 gallons were pumped out, line cleared and affected area cleaned and disinfected Tel: 9/1/99 D. Piepgrass, FAXes: 9/1/99, 9/3/99, 9/7/99, Ltr: 9/24/99 |
| Valley Recreation Center, Waipio Valley, Oahu | 9/1/99 ~10:00 am 9/1/99 | unk | raw | unk | yes | Wahiawa WWTP / Waikakalaua Stream | no | sewage spill caused by backup in mainline from North Brooke Condo, Tel: 9/1/99 Karen Labasan |
| Intersection of Hookelewaa and Meheula, Mililani, Oahu | 9/3/99 1:00 pm 9/3/99 1:30 pm | 30 min | raw | 30 | yes / yes | Honouliuli WWTP / storm drain | no | sewage discharged from a cleanout, travelled onto dirt and into a storm drain Tel: 9/3/99 C. Nishimura, Ltr: 10/15/99 |
| Halawa Correctional Facility, Halawa, Oahu | 7/5/99 unk 7/7/99 ~11:00 am | unk | raw | unk | yes | Honouliuli WWTP / storm drain, Halawa Stream | no | sewage spill caused by plug in line, sewage backed up and discharged into storm drain which empties to Halawa Stream, notified Larry Kiyabu (Corrections, 484-7341) to call CWB, when this type of incident occurs, he will fax info to us Tel: 7/7/99 C. Nishi |
| 411 North King Street, Honolulu, Oahu | 7/8/99 6:50 pm 7/8/99 7:04 pm | 14 min | raw | 75 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease, 10 gallons entered the storm drain, contained, affected area cleaned and disinfected FAX from State Hospital 7/8/99, Ltrs: 8/25/99, 8/27/99 |
| 4420 Lawehana Street, Honolulu, Oahu | 7/13/99 5:25 pm 7/13/99 11:00 pm | 5 hrs 35 min | raw | 1067 | yes | storm drain / Pearl Harbor | 7/14/99 7/16/99 canal harbor | sewage spill caused by grease in line, about 1035 gallons entered the storm drain, outlet is Pearl Harbor, will monitor receiving waters, press release made Tel: 7/14/99 J. Lum, 7/14/99 to State Hospital, 7/14/99 C. Nishimura, Ltrs: 8/9/99, received 8/18/ |

**DOH Spill List Database, May - December 1999**

| LOCATION OF SPILL/ BYPASS | DATE/TIME BEGAN DATE/TIME END | DUR | TYPE | QUANT (GAL) | ENTERED STORM DRAIN/ CONTAINED IN DRAIN | FACILITY/ RECEIVING WATERBODY AFFECTED | DAYS POSTED/ CLOSED | CAUSE/CORRECTIVE ACTIONS TAKEN |
|---|---|---|---|---|---|---|---|---|
| 1121 Middle Street, Moanalua, Honolulu, Oahu | 7/17/99 9:22 am 7/17/99 9:52 am | 30 min | raw | 600 | yes | storm drain / Kahauiki Stream | 7/17/99 7/22/99 stream | sewage spill caused by ??, all entered the storm drain which leads to Kahauiki Stream Tel: 7/17/99 to HEER, FAXes: 7/21/99, 7/22/99, Ltrs: 8/25/99, 8/27/99 |
| 1830 9th Avenue, Palolo, Honolulu, Oahu | 7/25/99 6:30  7/25/99 6:45 | 15 min | raw | 250 | yes | storm drain / Palolo Stream | 7/26/99 7/28/99 stream | sewage spill caused by broom stick and rags, 100 gallons entered Palolo Stream FAXes: 7/26/99, 7/28/99, 7/29/99 Tel: 7/16/99 Denise Wong, 7/30/99 release notification from HEER, Ltrs: 8/27/99, 9/22/99, |
| La Mariana Restaurant 50 Sand Island Road, Honolulu, Oahu | 7/29/99 | unk | raw | unk | NA | Sand Island WWTP / Keehi Lagoon | 7/30/99 8/6/99 lagoon | sewage spill caused by a toilet left running, overflowed into holding tank. Sewage used to irrigate plants, some of which appeared to flow into the ocean. CWB inspection report |
| Fort Shafter, Oahu | 8/3/99 7:20 am 8/3/99 7:40 am | 20 min | raw | 50 | yes | Sand Island WWTP / storm drain | no | someone walked on an exposed sewer lateral, located in an earthen storm drain/open swale, and the line broke, sewage spill and absorbed into ground, repaired at 7:40 am, information to be submitted with the quarterly spill report Tel: 8/3/99 Cliff Takenak |
| 1930 Manoa Road, Honolulu, Oahu | 8/9/99 5:12 pm 8/9/99 5:30 pm | 18 min | raw | 255 | yes / yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots, estimated 200 gallons entered and was contained in a storm drain FAX: 8/9/99, Ltrs: 9/22/99, 9/24/99 |
| 1420 Wilhelmina Rise, Honolulu, Oahu | 9/4/99 8:50 pm 9/4/99 9:00 pm | 10 min | raw | 250 | yes / yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots, entered storm drain, contained, affected area cleaned and disinfected FAX: 9/4/99, Tel: 9/9/99 D. Piepgrass, Ltrs: 10/15/99, 11/12/99 |
| 1516 Bertran Street, St. Louis Heights, Honolulu, Oahu | 9/28/99 8:59 am 9/28/99 9:05 am | 6 min | raw | 6 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots, affected area cleaned and disinfected Tel: 9/28/99 C. Nishimura, Ltr: 10/15/99 |
| 2289 Tantalus Drive, Honolulu, Oahu | 9/28/99 9:15 am 9/28/99 11:30 am | 2 hrs 15 min | raw | 20 | no | Sand Island WWTP / Kanaha Stream | no | discharge from manhole to dry stream bed, used vactor truck to suck up spill, cause due to roots and grease Tel: 9/29/99 C. Nishimura, Ltr: 11/2/99 |
| Valley Recreation Center, Waipio Valley, Oahu | 9/30/99 1:15 pm 9/30/99 3:45 pm | 2 hrs 30 min | raw | unk | yes | Honouliuli WWTP | no | roots in line, sewage running off into storm drain which leads to stream, note: Northbrook condo's mainline, Valley Recreation Center tees into Northbrook, CWB follow up, third incident Tel: 9/30/99 Karen Labasan |

35551

## DOH Spill List Database, May - December 1999

| LOCATION OF SPILL/ BYPASS | DATE/TIME BEGAN DATE/TIME END | DUR | TYPE | QUANT (GAL) | ENTERED STORM DRAIN/ CONTAINED IN DRAIN | FACILITY/ RECEIVING WATERBODY AFFECTED | DAYS POSTED/ CLOSED | CAUSE/CORRECTIVE ACTIONS TAKEN |
|---|---|---|---|---|---|---|---|---|
| Fort Armstrong, Forrest Ave, Kakaako area, Oahu | 10/2/99 4:00 pm 10/3/99 1:15 pm | 9 hrs 15 min | raw | 300,000 to 400,00 | yes / yes | Sand Island WWTP / storm drain | no | sewage spill caused by damaged air relief valve, spill occurred within secured construction area, most of which was contained within excavation, a portion (480 gallons) entered a storm drain, but stopped by a plug (vacuumed out), the line was repaired, se |
| 1464 Helu Street, Kailua, Oahu | 10/6/99 8:31 am 10/6/99 8:51 am | 20 min | raw | 30 | yes | Kailua Regional WWTP / storm drain | no | sewage spill caused by grease, discharged from manhole, affected area cleaned and disinfected Tel: 11/16/99 K. Sugihara, Ltr: 11/23/99 |
| 5231 Poola Street, Waialae Iki, Honolulu, Oahu | 10/19/99 8:00 pm 10/19/99 8:40 pm | 40 min | raw | 200 | yes / no | Sand Island WWTP / unnamed stream | 10/20/99 10/21/99 stream | sewage spill caused by roots, discharged from a 8 inch main, about 100 gallons entered a stream, this stream leads to Wailupe Beach, sampling conducted, signs posted Tel: 10/19/99 to Joan Bettencourt last nite, 10/20/99 D. Piepgrass, FAX: 10/20/99, Ltrs: |
| 2005 Kalia Road, Waikiki, Honolulu, Oahu | 10/30/99 9:20 am 10/30/99 9:52 am | 32 min | raw | 160 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by paper towels and grease in twelve inch line, 150 gallons entered the storm drain, all was pumped out, clean and disinfected area Tel: 11/1/99 D. Piepgrass, FAX: 10/30/99, Ltrs: 11/19/99, 11/24/99 |
| 369 Hobron Lane, Waikiki, Oahu | 11/6/99 8:00 am 11/6/99 8:38 am | 38 min | raw | 40 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots and grease, entered storm drain, storm drain vacuumed, cleaned and disinfected area Tel: 11/6/99 daily log to Bill Perry, FAX: 11/7/99, Ltrs: 12/3/99, 1/14/2000 |
| 99-015 Kauhale Street, Aiea, Oahu | 11/7/99 1:34 pm 11/7/99 3:08 pm | 1 hr 34 min | raw | 188 | no | Honouliuli WWTP / Aiea Stream | no | sewage spill caused by grease in line, spill went over embankment and about 60-70 gallons entered the stream, vacuumed storm drain, cleaned and disinfected area, reported to State Hospital Tel: 11/8/99 J. Lum, FAX: 11/7/99, State Hospital phone log 11/7/9 |

**DOH Spill List Database, May - December 1999**

| LOCATION OF SPILL/ BYPASS | DATE/TIME BEGAN DATE/TIME END | DUR | TYPE | QUANT (GAL) | ENTERED STORM DRAIN/ CONTAINED IN DRAIN | FACILITY/ RECEIVING WATERBODY AFFECTED | DAYS POSTED/ CLOSED | CAUSE/CORRECTIVE ACTIONS TAKEN |
|---|---|---|---|---|---|---|---|---|
| 1001 Ahua Street, Honolulu, Oahu | 11/24/99 1:00 pm 11/24/99 1:14 pm | 14 min | raw | 60 | yes | Sand Island WWTP / storm drain, Moanalua Stream | no | grease build up in 10 inch vc main, 10 gallons entered Moanalua Stream, affected area cleaned and disinfected Tel: 11/24/99 Warren White, FAXes: 11/25/99, 11/27/99, Ltrs: 1/14/2000, 1/25/2000 |
| 2293 Liliha Street near Wyllie, Honolulu, Oahu | 12/2/99 10:10 am 12/2/99 2:05 pm | 3 hrs 55 min | raw | 4800 | no | Sand Island WWTP / Waolani Stream | 12/2/99 12/6/99 stream | sewage discharge from manhole, cause due to roots and possible surcharging from storm water, all entered Waolani Stream, line was rodded and affected area cleaned and disinfected, sampling conducted, signs posted Tel: 12/2/99 C. Nishimura, FAXes: 12/3/99, |
| 42-401 Hui Io Street, Ahuimanu, Oahu | 12/4/99 4:15 pm 12/4/99 4:35 pm | 20 min | raw | 80 | yes / yes | Kailua Regional WWTP / storm drain | no | sewage spill caused by roots, all entered storm drain, affected cleaned and disinfected Tel: 12/6/99 K. Sugihara, FAX: 12/4/99, 24 hour emergency log, |
| Kahuku WWTP, Oahu | 12/7/99 8:00 am 12/7/99 9:00 am | 1 hr | 2nd, chlorin | 10600 | no | Kahuku WWTP / wetlands, bird sanctuary | 12/7/99 12/13/99 sanctuary | break in 8 inch cast iron force main between WWTP and injection well. Fish & Wildlife personnel discovered the discharge this morning and called CCH to repair and pump back effluent, effluent is ponding in pasture and going into wetlands/bird sanctuary ( |
| between 3537 Makanui Place & 2374 10th Avenue, Palolo, Honolulu, Oahu | 12/9/99 1:00 pm 12/9/99 5:00 pm | 4 hrs | raw | 5500 | no | Sand Island WWTP / Waiomao Stream, Palolo Stream | 12/9/99 12/13/99 stream | sewage spill caused by roots, grease and rags, line was routed, press release made, signs posted, sampling conducted, note that there is a future project to replace line Tel: 12/9/99 C. Nishimura, 12/10/99 C. Nishimura, FAXes: 12/10/99, 12/12/99, Ltr: 1/2 |
| Likelike Hwy across from Bishop Museum, Oahu | 12/19/99 7:05 pm 12/19/99 8:05 pm | 1 hr | raw | 90 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by heavy debris and grit, 50 gallons entered the storm drain, affected area cleaned and disinfected FAX: 12/19/99, 24-hour emergency daily log dated 12/19/99, Ltr: 1/27/2000 |
| 4222 Kahala Ave, Honolulu, Oahu | 12/20/99 1:45 pm 12/20/99 unk | unk | raw | 50 | yes / yes | Sand Island WWTP / storm drain | no | sewage spill, cause unknown, evidence only Ltr: 1/27/2000 |
| Waiomao Road, Palolo, Honolulu, Oahu | 12/24/99 1:05 pm 12/24/99 1:25 pm | 20 min | raw | 560 | | Sand Island WWTP / | | sewage spill caused by grease and coconut husks FAX: 12/24/99 |

35553

## DOH Spill List Database, May - December 1999

| LOCATION OF SPILL/ BYPASS | DATE/TIME BEGAN DATE/TIME END | DUR | TYPE | QUANT (GAL) | ENTERED STORM DRAIN/ CONTAINED IN DRAIN | FACILITY/ RECEIVING WATERBODY AFFECTED | DAYS POSTED/ CLOSED | CAUSE/CORRECTIVE ACTIONS TAKEN |
|---|---|---|---|---|---|---|---|---|
| Fort Shafter PS, Honolulu, Oahu | 12/28/99 6:30 am 12/28/99 6:35 am | 5 min | raw | 1000 | no | Sand Island WWTP / Kahauiki stream | 12/28/99 12/30/99 stream | a bypass line leaked near on the of the seals on the line, the bypass line was used to repair a force main to the Sand Island WWTP, 250 gallons entered the stream Tel: 12/28/99 Clifton Takenaka, FAX: 12/30/99, |
| 2005 Kalia Road at intersection with Paoa, Honolulu, Oahu | 12/29/99 8:40 am 12/29/99 9:05 am | 25 min | raw | 1250 | yes | Sand Island WWTP / storm drain, Duke Kahanamoku Beach, Ilikai boat harbor | 12/29/99 12/31/99 beach, harbor | grease blockage in sewer line resulting in app. 1000 gallons entering the storm drain, 1000 gallons pumped out of storm drain, CDD, press release made, sampling conducted, signs posted Tel: 12/29/99 Ross Tanimoto, D. Piepgrass, FAXes: 12/29/99, 12/31/99, |
| 1390 Miller Street, Honolulu, Oahu | 12/29/99 11:15 am 12/29/99 11:50 pm | 35 min | raw | 15 | yes / yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease, 5 gallons entered the storm drain, contained Ltr: 1/27/2000 |
| 2211 Aniniku Street, Honolulu, Oahu | 5/10/99 10:00 am 5/14/99 11:15 am | 4 days 1 hr | raw, ground | 6200 | no | Sand Island WWTP / Kanaha Stream | 5/14/99 5/28/99* stream | exfiltration from broken 8 inch main into dry stream bed (Kanaha Stream) within construction site, ponding in pit, no public access, currently vacuuming with truck, removed 3000 gallons (some sewage, mostly groundwater/runoff)*estimate only, CCH not sure |
| 2525 South King Street, Honolulu, Oahu | 5/14/99 9:59 am 5/14/99 10:09 am | 10 min | raw | 3 - 4 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease, grit and paper towels in the main, spill contained in storm drain Tel: 5/14/99 C. Nishimura, Ltrs: 6/8/99, 6/15/99 |
| Bldg 1860, Aliamanu Military Reservation, Oahu | 5/18/99 11:30 pm 5/19/99 1:30 am | 2 hrs | raw | 200 | yes | Sand Island WWTP / storm drain, retention basin | 5/19/99 5/24/99 | sewage spill caused by grease in line, line was unclogged, affected area cleaned and disinfected, pumping out water behind weir, signs posted, sampling to be conducted 5/21/99 Tel: 5/20/99 C. Takenaka, Ltr: 5/25/99 |
| Aliamanu Military Reservation, Oahu | 5/20/99 1:00 pm 5/20/99 6:00 pm | 5 hrs | raw | 6000 | yes | Sand Island WWTP / storm drain | 5/20/99 5/21/99 park 5/21/99 lake | gravity line break located on crater rim, sewage flowed down to the city park (traveled along a jogging trail to the park), entered a storm drain located in the parking lot, and possibly into the lake, entire area was disinfected, signs posted Tel: 5/20/9 |

35554

DOH Spill List Database, May - December 1999

| LOCATION OF SPILL/ BYPASS | DATE/TIME BEGAN DATE/TIME END | DUR | TYPE | QUANT (GAL) | ENTERED STORM DRAIN/ CONTAINED IN DRAIN | FACILITY/ RECEIVING WATERBODY AFFECTED | DAYS POSTED/ CLOSED | CAUSE/CORRECTIVE ACTIONS TAKEN |
|---|---|---|---|---|---|---|---|---|
| 410 Atkinson Drive, Honolulu, Oahu | 5/4/99 8:40 am 5/4/99 8:55 am | 15 min | raw | 60 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by grease, paper buildup, 30 gallons entered the storm drain, contained in storm drain Tel: 5/4/99 C. Nishimura, Ltrs: 5/28/99, 6/15/99 |
| 3462 Paalea Street, Honolulu, Oahu | 5/21/99 9:00 pm 5/21/99 9:18 pm | 18 min | raw | 20 | yes | Sand Island WWTP | no | sewage spill caused by grease and roots, sewage seeping thru wall and onto sidewalk and street Tel: 5/24/99 D. Piepgrass, Ltrs: 6/15/99, 6/15/99 |
| 2306 Kipona Place, Palolo, Honolulu, Oahu | 5/29/99 11:18 am 5/29/99 12:16 | 58 min | raw | 290 | no | Sand Island WWTP / Waiamao Stream | 5/29/99 6/17/99 stream | sewage spill caused by grease, roots and coconut husks (coconuts were removed) note: conferred with Eugene Akazawa regarding signs, he okayed removal, but asked if the city could do some checking on the lines (possibly dye testing...) Tel: 5/29/99 to Stat |
| 3086 Waialae Avenue, Kaimuki City Mill, Honolulu, Oahu | 6/1/99 10:30 am 6/2/99 1:30 am | 15 hrs | raw | 320 | no | Sand Island WWTP / Palolo Stream | 6/1/99 6/16/99 stream | sewage spill caused by ruptured 8 inch line, sampling conducted, signs posted, line was repaired note: conferred with Eugene Akazawa regarding signs, he okayed removal, but asked if the city could do some checking on the lines (possibly dye testing...) Te |
| 1827 Palipaa Street, Waialae Nui, Honolulu, Oahu | 6/9/99 11:45 am 6/9/99 11:55 am | 10 min | raw | 55 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots and debris, dissipated in storm drain Tel: 6/10/99, Roy Takara, Ltrs: 6/30/99, 7/26/99 |
| 1639 Hale Koa, Waialae Nui, Oahu | 6/18/99 1:20 pm 6/18/99 1:23 pm | 3 min | raw | 24 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots, all entered the storm drain, contained in drain, affected area cleaned and disinfected Tel: 6/18/99 C. Nishimura, Ltrs: 6/30/99, 7/26/99 |
| 2042 Manoa Road, Honolulu, Oahu | 6/20/99 10:05 am 6/20/99 10:25 am | 20 min | raw | 50 | yes | Sand Island WWTP / storm drain | no | sewage spill caused by roots in line, affected area cleaned and disinfected Tel: 6/21/99 C. Nishimura, Ltrs: 7/21/99, 7/26/99 |
| intersection of Ninihua Lane and Young Street, Makiki, Honolulu, Oahu | 6/22/99 12:45 pm 6/22/99 12:50 pm | 5 min | raw | 20 | yes | Sand Island WWTP / storm drain | no | sewage spilled from cleanout, cause due to grease, all entered storm drain, dissipated in drain, affected area cleaned, five day waiver given Tel: 6/22/99 C. Nishimura, Ltrs: 7/26/99 |

35555

**DOH Spill List Database, May - December 1999**

| LOCATION OF SPILL/ BYPASS | DATE/TIME BEGAN DATE/TIME END | DUR | TYPE | QUANT (GAL) | ENTERED STORM DRAIN/ CONTAINED IN DRAIN | FACILITY/ RECEIVING WATERBODY AFFECTED | DAYS POSTED/ CLOSED | CAUSE/CORRECTIVE ACTIONS TAKEN |
|---|---|---|---|---|---|---|---|---|
| 1247 North School Street, Kalihi, Honolulu, Oahu | 6/22/99 12:50 pm 6/22/99 12:55 pm | 5 min | raw | 5 | yes | Sand Island WWTP / storm drain | no | sewage spilled from cleanout, cause due to grease and debris, unknown amount entered storm drain, 5 day waiver given Tel: 6/24/99 C. Nishimura, Ltr: 7/26/99 |

35556