IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>        Defendants. | Civil No. 04-00463 DAE-BMK<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR LEAVE TO FILE REPLY SEPARATE AND CONCISE STATEMENT OF FACTS EXCEEDING PAGE LIMITS AND WORD COUNT** |

**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR
LEAVE TO FILE REPLY SEPARATE AND CONCISE
STATEMENT OF FACTS EXCEEDING PAGE LIMITS AND WORD COUNT**

Upon review of the foregoing Plaintiffs' *Ex Parte* Motion for Leave to File Reply Separate and Concise Statement of Facts Exceeding Page Limits and Word Count, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Plaintiffs' *Ex Parte* Motion is granted.  Plaintiff is hereby granted leave to file the Reply Separate and Concise Statement of Facts exceeding the page limits but not exceeding 2,000 new words (other than the words in the charts already filed by Plaintiff and by Defendant)in support of Plaintiffs's Motion for Partial Summary Judgment on Plaintiffs' First and Second Claims and in

681171_1/7502-3

Opposition to Defendant's Motion to Dismiss Plaintiffs' Second Claim.

DATED:   Honolulu, Hawai'i, June 23, 2008.



_____
David Alan Ezra
United States District Judge

---
*Sierra Club, Hawai'i Chapter, et al. V. City and County of Honolulu, et al.,* Civil No. 04-00463 DAE/BMK, United States District Court for the District of Hawai'i, **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR LEAVE TO FILE REPLY SEPARATE AND CONCISE STATEMENT OF FACTS EXCEEDING PAGE LIMITS AND WORD COUNT.**