IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; ) <br> HAWAIʻI'S THOUSAND FRIENDS; and ) <br> OUR CHILDREN'S EARTH FOUNDATION,) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF HONOLULU and ) <br> FRANK DOYLE, DIRECTOR OF THE ) <br> DEPARTMENT OF ENVIRONMENTAL ) <br> SERVICES, in his official ) <br> capacity, ) <br> ) <br> Defendants. ) <br> _____) | Civil No. 04-00463 DAE-BMK <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

|  | **HAND-DELIVERED** | **E-MAIL via ECF** | **MAILED** |
|---|---|---|---|
| CARRIE OKINAGA, ESQ. <br> cokinaga@honolulu.gov <br> KATHLEEN A. KELLY, ESQ. <br> kkelly@co.honolulu.hi.us <br> Corporation Counsel <br> City & County of Honolulu <br> 530 So. King Street <br> Honolulu, HI  96813 <br>     and | ( ) | ( X ) | ( ) |

|  | **HAND-<br>DELIVERED** | **E-MAIL<br>via ECF** | **MAILED** |
|---|---|---|---|
| JAMES DRAGNA, ESQ.<br>jim.dragna@bingham.com<br>NANCY WILMS, ESQ.<br>nancy.wilms@bingham.com<br>BRYAN K. BROWN, ESQ.<br>bryan.brown@bingham.com<br>c/o Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106 | ( ) | ( X ) | ( ) |

Attorneys for Defendants
City and County of Honolulu and
Frank Doyle, Director of the
Department of Environmental
Services, in his official capacity

DATED:  Honolulu, Hawai'i, June 23, 2008.

　　　　　/s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION