DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

June 3, 2008

EMC 08-122

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii 96813

Gentlemen and Dr. Fukino:

Subject:    May 2006 Spill Summary
Honouliuli WWTP, Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills and/or bypasses that occurred in the Honouliuli WWTP collection and treatment system during May 2006.

There were no reported spills/bypasses by the collection and treatment and disposal systems in the Honouliuli basin for May 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Cleveland Jaramilla at (808) 768-3253 or Lesley Toyota at (808) 768-3254 of our Monitoring and Compliance Branch, Division of Environmental Services.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Exhibit 1, Isaacs Reply Declaration

035700

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

*0020117*
*Spill C-1*

*2007 APR 19 10:15*
*4.23.07*

MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-090

April 18, 2007

Regional Administrator (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Gentlemen and Dr. Fukino:

Subject:    May 2006 Spill/Bypass Report
            Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d., of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during May 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  May 2006 Wastestream Diversions Report

Exhibit 1, Isaacs Reply Declaration

*0784472*
035701

# MAY 2006 WASTESTREAM DIVERSIONS
# SAND ISLAND WWTP, NPDES PERMIT #HI 0020117

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP          SI=Sand Island WWTP
KH=Kahuku WWTP             WM=Waimanalo WWTP
KK=Kailua WWTP             WN=Waianae WWTP
PK=Paalaa Kai WWTP         WW=Wahiawa WWTP

| DATE | DISCHARGE | | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER | | | | S I G N S | DISCHARGE POINT | PROBLEM LINE | | | C A U S E S | ESTIMATED DURATION | | | | | | REMEDIAL ACTION | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Volume (gals) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line | asset | Size | | Call Received | Time Start | Stop | Day | Hr | Min | | | |
| 14-May-06 | 125 | untreated | 2238 Kaluaopalena Street | Y | 5 | 0 | | N | cleanout | lateral | 3013519 | 6 | Grease and bad joint. | 1245 | 1314 | 1328 | | | 41 | Will place on one month PM until downstream line rehabilitated. | 04-11-06 | Could not vacuum 30-40 gals in concrete box. |
| 27-May-06 | 50 | untreated | 1938 King Street, South | N | | | | N | cleanout | lateral | 1005347 | 4 | Grease. | 2315 | 2350 | 05 | | | 50 | Will monitor and submit EIR. | 01-31-06 | |
| 30-May-06 | 160 | untreated | 1326 Middle Street | Y | 90 | 0 | | N | Hole in ground on grassy sidewalk next to curb | lateral | no asset # no lateral shown on map | 6 | Pipe broken. | 2115 | 2130 | 2345 | | | 15 | Lateral was repaired. | 02-13-06 | Traveled 6 storm drain m/h's up til the intersection of Middle St. & H-1 on ramp. |
| 31-May-06 | 10 | untreated | 1326 Middle Street | Y | 10 | 0 | | N | Possible broken lateral | lateral | no asset # no lateral shown on map | 6 | Possible broken lateral. | 0915 | 0915 | 1000 | | | 45 | Lateral was repaired. | 02-13-06 | Upon arrival evidenced by puddle by previous repair. |



✳ Add to database.

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-271

September 15, 2006

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:    August 2006 Monthly Spill Summary
            Honouliuli WWTP Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit a summary of spills that occurred in the Honouliuli WWTP collection and treatment system during August 2006.

Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of August 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Services at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  Honouliuli August 2006 Monthly Spill Summary

Exhibit 1, Isaacs Reply Declaration

035703

# AUGUST 2006  SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

| | | | |
|---|---|---|---|
| [P]=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated |

TREATMENT PLANTS
HN=Honouliuli WWTP   SI=Sand Island WWTP
KH=Kahuku WWTP   WM=Waimanalo WWTP
KK=Kailua WWTP   WN=Waianae WWTP
PK=Paalaa Kai WWTP   WW=Wahiawa WWTP

| DATE | DISCHARGE | | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER | | | | S I G N S | DISCHARGE POINT | PROBLEM LINE | | | C A U S E S | ESTIMATED DURATION | | | | | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Volume (gals) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line | Asset Number | Size | | Call Rcvd | Start/ Arrival | Stop | Days | Hours Total (min) | | |
| 22-Aug-06 | 300 | pretreated | TP HNWWTP Enviroquip MBR | N | | | | N | Discharge occurred from a cracked 2" flexible pumper truck hose connected between the MBR pump & feed tank | | | | Spillage escaped from a cracked 2" flexible hose. The crack occurred at the hose fitting that connected to the pump suction | | 1000 | 1010 | | 10 | | Mr. Ferd Jaramilla of the Division of Environmental Quality reported this spill to Mr. Marshall Lum of the Hawaii State Department of Health, Wastewater Branch (HDOH WWB) and to Ms. JoAnn Cola of the Environmental Protection Agency (EPA) on August 22, 2006 at 1:00 p.m. and 12:56 p.m., respectively.  An operator on routine daily surveillance noticed the wastewater spilling to the ground. He immediately secured the running MBR pump and stopped the siphoning by disconnecting the 2" flexible hose from the secured pump and placed it into the upstream feed tank. According to the pilot project's lead professor, the spill event will not likely recur. A new replacement 2" flexible reinforced rubber hose was installed and lessons learned from this event would be incorporated. The reinforced rubber hose features strain relief to prevent breakage at its ends. The spillage that had dissipated into ground was cleaned up where possible, and potentially contaminated area(s) were disinfected.  The required sample for pH/BOD/TSS analysis was performed resulting in pH = 7, TSS = 200 mg/L and BOD5 = 200 mg/L. |

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 06-296

October 13, 2006

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii 96813

Gentlemen and Dr. Fukino:

Subject:      September 2006 Monthly Spill Summary
              Honouliuli WWTP, NPDES Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills that occurred in the Honouliuli WWTP collection and treatment system during September 2006.

Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of September 2006.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Services at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment: Honouliuli September 2006 Monthly Spill Summary

# SEPTEMBER 2006  SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated

TREATMENT PLANTS
HN=Honouliuli WWTP   SI=Sand Island WWTP
KH=Kahuku WWTP    WM=Waimanalo WWTP
KK=Kailua WWTP    WN=Waianae WWTP
PK=Paalaa Kai WWTP  WW=Wahiawa WWTP

| DATE | DISCHARGE | | LOCATION FACILITY or SEWER LINE | ENTERED RECEIVING WATER | | | | SIGNS | DISCHARGE POINT | PROBLEM LINE | | | CAUSES | ESTIMATED DURATION | | | | | | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Volume (gals) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line | Size | Asset Number | | Call Rcvd | Start/ Arrival | Stop | Days | Hours | Total (min) | | |
| 09-03-06 | 1180 | UT | 99-164 Kalaloa Street | Y | 1180 | 0 | Halawa Stream | Y | MH#636387 | main | 15 | 637830 | Grease. | 1441 | 1453 | 1639 | | 1 | 58 | 10-06-05 | PM will be adjusted if needed.  Will monitor system. F. Juan took the sample. |
| 09-18-06 | 90 | UT | 99-1010 B Kahua Place | N | | | | N | cleanout | lateral | 6 | 609306 | Grease and rags. | 1815 | 1830 | 1940 | | 1 | 25 | 08-12-06 | W. Atiz assigned a crew to follow up and clean the line.  Pending results from follow up.  PM may need to be adjusted.  G. Malapit repaired "Y" on 9/27/06. Dissipated into grassy area/ground. |

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 ● KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 ● FAX: (808) 692-5113 ● Website: http://www.honolulu.gov



RECEIVED
OFFICE OF THE DIRECTOR
DEPT OF HEALTH

MUFI HANNEMANN
Mayor

7 APR 17 A8 :57

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-086

April 13, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:     March 2007 Spill Summary
             Honouliuli WWTP, Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the March 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills that occurred in the Honouliuli WWTP collection and treatment system during March 2007.

Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of March 2007.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Services at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  March 2007 Spill Summary

Exhibit 1, Isaacs Reply Declaration

035707

# MARCH 2007  SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | TREATMENT PLANTS |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | HN=Honouliuli WWTP    SI=Sand Island WWTP |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | KH=Kahuku WWTP    WM=Waimanalo WWTP |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | KK=Kailua WWTP    WN=Waianae WWTP |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | PK=Paalaa Kai WWTP    WW=Wahiawa WWTP |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |

| DATE | DISCHARGE | | LOCATION: FACILITY OR SEWER LINE | ENTERED RECEIVING WATER | | | | S I G N S | DISCHARGE POINT | PROBLEM LINE | | | C A U S E S | ESTIMATED DURATION | | | | | | LAST CLEANED | REMARKS |
|------|-----------|--|------|------|--|--|--|--|------|--|--|--|--|------|--|--|--|--|--|------|--------|
| | Estimated Volume (gals) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line | Size | Asset Number | | Time | | | Total Time | | | | |
| | | | | | | | | | | | | | | Call Rcvd | Start/ Arrival | Stop | D | H | M | | |
| 03-17-07 | 150 | WAS | TP | HNWWTP | N | | | | N | 2" sulphur slurry line from secondary odor control system connected to secondary WAS line feeding the gravity belt thickener | | | | PVC plastic 2" cap on the end of the 2" line failed causing release | | 0745 | 0800 | | | 15 | | Spill letter EMC 07-079 was issued. |
| 03-27-07 | 70 | UT | 94-1075 Puloku Street | Y | 50 | 0 | N/A | N | cleanout | lateral | 6 | 589345 | Roots. | 1600 | 1655 | 1715 | | 1 | 15 | 10-09-03 | Spill letter EMC 07-085 was issued. |

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

7   MAY 16   P1 :39

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Second Deputy Director

EMC 07-119

May 15, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:     April 2007 Spill Summary
             Honouliuli WWTP, Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills that occurred in the Honouliuli WWTP collection and treatment system during April 2007.

Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of April 2007.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Cleveland Jaramilla at (808) 692-5115 or Lesley Toyota at (808) 692-5209 of our Monitoring and Compliance Branch, Division of Environmental Services.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  April 2007 Spill Summary
Exhibit 1, Isaacs Reply Declaration

035709

# APRIL 2007  SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

| | | |
|---|---|---|
| ( )=possibly | FM=force main | P=primary-treated |
| [C]=chlorinated | G=grease | PM=preventive maintenance |
| CD=construction damage | GT=grit | PP=paper products |
| [D]=digested | [H]=heat-treated | PWR=power |
| DP=damaged pipe | INT=intersection | R=roots |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags |
| FE=faulty equipment | OP=operator error | RK=rocks |

| | |
|---|---|
| RP/MT=repair &/or maintenance | TREATMENT PLANTS |
| S=secondary-treated | HN=Honouliuli WWTP   SI=Sand Island WWTP |
| SL=sludge | KH=Kahuku WWTP   WM=Waimanalo WWTP |
| SW/SUR=storm water/surcharge | KK=Kailua WWTP   WN=Waianae WWTP |
| TRIB=tributary | PK=Paalaa Kai WWTP   WW=Wahiawa WWTP |
| U=unknown | |
| UT=untreated | |
| WAS=waste activated sludge | |

| DATE | DISCHARGE | | LOCATION: FACILITY OR SEWER LINE | ENTERED RECEIVING WATER | | | | S I G N S | DISCHARGE POINT | PROBLEM LINE | | | C A U S E S | ESTIMATED DURATION | | | | | | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Volume (gals) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line | Size | Asset Number | | Call Rcvd | Start/ Arrival | Stop | D | H | M | | |
| 04-16-07 | 30 | UT | 98-302 Kamehameha Highway | N | | | | N | cleanout | main | 8 | 620542 | Grease. | 0853 | 0924 | | | | 31 | 09-26-06 | Evidenced by toilet paper and debris around cleanout. Water dissipated. Nothing discharged into receiving waters. No one other than csm staff had access to spill site. |

✳ Added to CWB spill database 5-31-07 ℒBS

Missing 9/19/07 spill (report attached)



File:

Route: MT / AT / SM / LS / WO

# CLEAN WATER BRANCH

### Enforcement Section

## Preliminary Spill Information:

| | | | |
|---|---|---|---|
| Date/Time Began | 4/19/2007 7:50:00 AM | Date/Time Ended | 4/19/2007 8:27:00 AM |
| Date/Time Initially Reported | 4/19/2007 11:10:00 AM | Initial Report By | Leslie Toyota |
| WW District | Honouliuli | Facility Type | Collection System |
| Rec. Waterbody Type | Ground | | |
| Days Posted/Closed | | Posting Location | N/A |
| Type of Overflow | Raw Sewage | Quantity (gallons) | 15 |

Cause of Overflow: Cause: objects in the 4" riser section. The CCH crews arrived at 8:27 am. Only evidence of spill upon arrival. Appears that the spill came out of a private cleanout and entered onto street curbing. The spill did not enter receiving waters. The area was cleaned, disinfected, and deodorized.

Overflow Location: 94-113 Pupupuhi St.

Notes: Spill was reported to JoAnn's (EPA) voicemail.

| | | | |
|---|---|---|---|
| Classification | WWB | Owner | Private |
| Island | Oahu | Enforcement Action | |

Date printed: *Thursday, May 31, 2007*　　　　　　　　　　　*Page 1 of 1*

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Second Deputy Director

May 25, 2007

EMC 07-122

Regional Administrator (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Gentlemen and Dr. Fukino:

Subject:     April 2007 Spill/Bypass Report
             Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

        In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during April 2007.

        Please refer to the attachment, April 2007 Wastestream Diversion, Sand Island, NPDES Permit No. HI 0020117.

        I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

        If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 527-6758.

                                    Sincerely,

                                    Dr. Eric S. Takamura, P.E.
                                    Director

Attachment: April 2007 Wastestream Diversions Report

Exhibit 1, Isaacs Reply Declaration                                    035712

## APRIL 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP
## NPDES 1.03 A NPDES Permit No. HI 0020117

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION TIME Start/Arrival | Secure Spill | TOTAL D | H | M | DISCHARGED FROM | LINE TYPE | SIZE | ASSET NO. | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER Y/N | STORM DRAIN Volume (gals) | Removed | WATER BODY | CAUSE | REMEDIAL ACTION | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2309 St. Louis Drive | 04-01-07 | 1103 | 1135 | 1140 | | | 37 | MH#714885 | main | 8 | 716338 | 40 | N | | | | Roots. | Will send crew to follow up on PM on the main line. | |
| 2837 Dow Street | 04-02-07 | 0700 | 0930 | 1900 | 12 | | | 3" pvc drain | lateral | 6 | Not listed on map | 5 | N | | | | Broken pipe. | Repaired lateral on 4/2/07. | Sewer coming out of 3" pvc drain. Sewer only comes out when the 2 houses above drains their wastewater. |
| 1918 University Avenue | 04-02-07 | 1107 | 1142 | 1242 | | 1 | 35 | MH#368283 | main | 6 | 369542 | 10 | N | | | | Roots and mud. | Will send a crew to rod the main line. | SMH O/F is for church lateral. Church was asked to stop using water upon arrival. |
| 1421 Alapai Street | 04-02-07 | 1245 | 1305 | 1325 | | | 20 | MH#338514 | main | 6 | 342767 | 10 | N | | | | Grease and roots. | Will flush main line. | |
| 471 Maono Loop | 04-02-07 | 1515 | 1640 | | | 1 | 25 | cleanout | lateral | 6 | 468021 | 50 | N | | | | Roots. | Crew to follow up. | Dissipated into grassy area. |
| 1421 Alapai Street | 04-03-07 | 1106 | 1138 | 1154 | | | 48 | MH#338514 | main | 6 | 342767 | 240 | Y | 230 | | None | Grease and roots. | Will follow up with CCTV and flushing. | Entered storm drain on the corner of Alapai St. & Magellan. |
| 2121 King Street, South | 04-05-07 | 1021 | 1043 | 1056 | | | 2 | cleanout | lateral | 6 | 390283 | 30 | N | | | | Heavy paper towels. | Pending CCTV report from L. Kakuni, may have to repair line. | Cleanout discharged when opened at 10:54 a.m. and secured at 10:56 a.m. |
| 331 A Keawe Street | 04-06-07 | 0805 | 0844 | 0905 | | | 1 | Broken cast iron lateral in storm drain | lateral | 6 | No asset # listed | 150 | Y | 150 | 150 | None | Broken lateral. | Lateral repaired on 4/7/08. | Broken cast iron lateral in storm drain. NOTE: address on map where lateral is fronting is 661 Auahi Street. |
| 641 Keeaumoku Street | 04-11-07 | 0722 | 0812 | 0830 | | 1 | 8 | cleanout | lateral | 6 | 383733 | 90 | Y | 90 | 0 | None | Grease. | Fowarded EIR to EQ. Lateral is being cleaned weekly and EQ has enforced action to property owners. | Discharge was from a private cleanout in garage. Discharge entered storm drain under building in garage. |
| 641 Keeaumoku Street | 04-13-07 | 0823 | 0912 | 0917 | | | 54 | cleanout | lateral | 6 | 383733 | 74 | Y | 74 | 0 | None | Grease, rags and baby wipes. | Fowarded EIR to EQ. Lateral is being cleaned weekly and EQ has enforced action to property owners. | Cleanout under garage overflowing into storm drain in driveway. EIR made. 655 Keeaumoku St. is connected to this lateral too. |
| TP SIWWTP Return Flow Pump Station | 04-14-07 | 700 4/15/07 | 1155 | 0015 | | | 20 | Return flow pump station wetwell overflow | N/A | | | 16000 | | | | | Power tripped for the pump control panel resulting in a loss of pumping capability, wetwell then overflowed | Divert spillage into catchment recovery area, recover spillage and return to the plant, cleanup and disinfect area, restore wetwell pumpdown capability, investigate cause as to pump control panel electrical power trip | Marshall Lum granted Curtis Chun 5 day written waiver 245pm 16April2007. Spill letter EMC07-110. |

added to DB

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov

DEPT OF HEALTH

MUFI HANNEMANN
Mayor

7  JUN 12  P2:50

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Second Deputy Director

EMC 07-137

June 8, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:     May 2007 Spill Summary
             Honouliuli WWTP, Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit details of spills that occurred in the Honouliuli WWTP collection and treatment system during May 2007.

Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of May 2007.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Cleveland Jaramilla at (808) 692-5115 or Lesley Toyota at (808) 692-5209 of our Monitoring and Compliance Branch, Division of Environmental Services.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  May 2007 Spill Summary

Exhibit 1, Isaacs Reply Declaration

035714

# MAY 2007  SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

(  )=possibly

[C]=chlorinated

CD=construction damage

[D]=digested

DP=damaged pipe

EXF=exfiltration

FE=faulty equipment

FM=force main

G=grease

GT=grit

[H]=heat-treated

INT=intersection

M=miscellaneous (see Remarks)

OP=operator error

P=primary-treated

PM=preventive maintenance

PP=paper products

PWR=power

R=roots

RG=rags

RK=rocks

RP/MT=repair &/or maintenance

S=secondary-treated

SL=sludge

SW/SUR=storm water/surcharge

TRIB=tributary

U=unknown

UT=untreated

WAS=waste activated sludge

TREATMENT PLANTS

HN=Honouliuli WWTP   SI=Sand Island WWTP

KH=Kahuku WWTP   WM=Waimanalo WWTP

KK=Kailua WWTP   WN=Waianae WWTP

PK=Paalaa Kai WWTP   WW=Wahiawa WWTP

| DATE | DISCHARGE | | LOCATION: FACILITY OR SEWER LINE | ENTERED RECEIVING WATER | | | | S I G N S | DISCHARGE POINT | PROBLEM LINE | | | C A U S E S | ESTIMATED DURATION | | | | | | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Volume (gals) | Treatment Level | | STORM DRAIN | Volume (gal) | Removed | OCEAN/ STREAM | | | Line | Size | Asset Number | | Time | | | Total Time | | | | |
| | | | | | | | | | | | | | | Call Rcvd | Start/ Arrival | Stop | D | H | M | | |
| 05-05-07 | 2 | UT | 99-381 B Uwau Drive | N | | | | N | MH#621374 | main | 6 | 623268 & 623265 | Roots | 0845 | 0858 | 0915 | | | 30 | 08-29-05 | Evidenced by small pond.  Minute ponding dissipated. |

035715

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Second Deputy Director

EMC 07-142

June 28, 2007

Regional Administrator (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Gentlemen and Dr. Fukino:

Subject:    May 2007 Spill/Bypass Report
            Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the reporting requirements, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during May 2007.

Please refer to the attachment, May 2007 Wastestream Diversion, Sand Island WWTP, NPDES Permit No. HI 0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 527-6758.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachment:  May 2007 Wastestream Diversions Report

Exhibit 1, Isaacs Reply Declaration

035716

2007 JUN 29  1:17PM

# MAY 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP
## NPDES 1.03 A NPDES Permit No. HI 0020117

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION TIME Start/ Arrival | Secure Spill | TOTAL D | H | M | DISCHARGED FROM | LINE TYPE | SIZE | ASSET NO. | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER STORM DRAIN Y / N | Volume (gals) | Removed | WATER BODY | CAUSE | REMEDIAL ACTION | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1684 Kalakaua Avenue | 05-07-07 | 1635 | 1730 | 1750 | 1 | | 15 | private 2/1/2" cleanout | main | 8 | 384019 | 50 | N | | | | Paper towels and rocks. | Crew will flush main line. | Dissipated into ground. |
| 1929 Wilder Avenue | 05-08-07 | 0800 | 0830 | | | | 30 | cleanout | lateral | 6 | 3005364 | 20 | N | | | | Possible grease. | Had crew flush lateral and main line. | Evidenced by tissue around cleanout. |
| 1918 Algaroba Street | 05-09-07 | 1150 | 1215 | 1245 | | | 55 | private c/o | lateral | 6 | 390133 | 60 | N | | | | Grease. | Crew flushed main line. | Cleanout buried, release from m/h#386462. Water in property of complainant, some in driveway and road side curb vacuum water with vactor. |
| 100 Beretania Street, North | 05-12-07 | 1400 | 1453 | 1521 | 1 | | 21 | cleanout | lateral | 6 | 305894 | 150 | Y | 100 | 0 | Nuuanu Stream | Grease. | Will follow up on CCTV'ing the lateral for defects. | 50 gallons contained next to building. |
| 1049 Alewa Drive | 05-13-07 | 0903 | 0956 | 1008 | 1 | | 5 | cleanout | lateral | 6 | 286667 | 5 | N | | | | Roots. | CCTV request made, will follow up on defects. | Toilet tissue around cleanout. Contained-dissipated on site. |
| 1978 10th Avenue | 05-16-07 | 1100 | 1100 | 1130 | 7 | | 30 | Rock wall | main & lateral | 8 & 6 | 376616 & 69573 | 84.25 | Y | | | Palolo Stream | Possible break in main or lateral. | All repairs completed on 5/23/07. | Discharge entered canal on 1962 9th Avenue |
| 620 McCully Street | 05-21-07 | 1405 | 1420 | | | | 15 | MH#388368 | main | 6 | 391573 | 20 | Y | 20 | 20 | None | Toilet tissue. | Line was flushed. Will monitor. | Evidence at private storm drain and surface (6" under rim) upon arrival. |
| 1150 Alewa Drive | 05-28-07 | 0925 | 0946 | 0951 | | | 26 | cleanout | lateral | 4 | 286437 | 30 | N | | | | Crewman reported a broken lateral. | Will repair lateral. | Spill occurred upon cleanout being opened. Contained on grass, road-dissipated. |

0d28073083e6f3ed
Spill

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308, KAPOLEI, HI 96707
TELEPHONE: (808) 768-3486 FAX: (808) 768-3487 WEBSITE: http://www.co.honolulu.gov

2007 AUG 29  1:27 PM

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 07-178

August 28, 2007

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:     July 2007 Spill/Bypass Report
             Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

     In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d. of the
Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we
submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and
treatment system during July 2007.

     Please refer to the attachment, July 2007 Wastestream Diversions, Sand Island WWTP,
NPDES Permit No. HI 0020117.

     I certify under penalty of law that this document and all attachments were prepared under
my direction or supervision in accordance with a system designed to assure that qualified personnel
properly gather and evaluate the information submitted.  Based on my inquiry of the person or
persons who manage the system, or those persons directly responsible for gathering the
information, the information submitted is, to the best of my knowledge and belief, true, accurate and
complete.  I am aware that there are significant penalties for submitting false information, including
the possibility of fine and imprisonment for knowing violations.

     If there are any questions on this matter, please contact Don Piepgrass of our Monitoring
and Compliance Branch, Division of Environmental Quality at (808) 768-3335.

                                        Sincerely,

                                        Eric S. Takamura

                                        Eric S. Takamura, Ph.D., P.E.
                                        Director

Attachment:  July 2007 Wastestream Diversions Report
Exhibit 1, Isaacs Reply Declaration

035718
04D217

# JULY 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP
## NPDES Permit No. HI 0020117

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated
WAS=waste activated sludge

tc=terra cotta pipe
ci=cast iron pipe
di=ductile iron pipe
rc=reinforced concrete pipe
vc=vitrified cly pipe

TREATMENT PLANTS
HN=Honouliuli WWTP     SI=Sand Island WWTP
KH=Kahuku WWTP     WM=Waimanalo WWTP
KK=Kailua WWTP     WN=Waianae WWTP
PK=Paalaa Kai WWTP     WW=Wahiawa WWTP
TP=treatment plant

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION | | | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TIME | | TOTAL | | | | TYPE | SIZE | ASSET NO. | | Y/N | STORM DRAIN | | WATER BODY | | |
| | | | Start/ Arrival | Secure Spill | D | H | M | | | | | | | Volume (gals) | Removed | | | |
| 1442 Mokuna Place | 07-02-07 | 1915 | 2025 | 2115 | | | 2 | Private cleanout | lateral | 6 | 403600 | 50 | N | | | | Damaged lateral. | Dissipated into ground. Lateral line was repaired on 8/13/07. |
| 55 Ala Kimo Drive | 07-05-07 | 1141 | 1220 | 1220 | | | 39 | cleanout | lateral | 6 | 259780 | 15 | N | | | | Roots. | Evidenced by toilet paper around cleanout. Water dissipated. Nothing discharged into receiving waters. |
| 1623 Kealia Drive | 07-07-07 | 1030 | 1108 | 1149 | | 1 | 19 | ground | main | 6 | 251850 | 3 | N | | | | Roots and broken tc pipe. | Probably crack or separated joint. (Very small leak). Main line was rodded on 6/09/07. |
| 1206 King Street, South | 07-11-07 | 1630 | 1725 | 1805 | | 1 | 35 | Broken 4" ci pipe | lateral | 6 | No # for lateral listed on map | 60 | N | | | | Mud and possible broken pipe. | Contained in excavated trench, dissipated into ground. Repair completed on 7/12/07. |
| 654 Walea Place | 07-13-07 | 1343 | 1410 | 1438 | | | 55 | Road | main | 6 | 287332 | 20 | N | | | | Roots. | Water dissipated into ground. Nothing discharged into receiving waters. CCTV of main line showed defects. Repairs will be made. |
| 1762 Alewa Drive | 07-13-07 | 1405 | 1515 | | | 1 | 10 | cleanout | lateral | 6 | 255113 | 5 | N | | | | Roots. | Water dissipated. Nothing discharged into receiving waters. Place on PM list for laterals. |
| 2025 Puowaina Drive | 07-16-07 | 1645 | 1730 | | | | 45 | cleanout | lateral | 6 | 320439 | 50 | N | | | | Possibly 4" cap fell into cleanout riser. | Waste tissue and moisture around cleanout. Dissipated onto road and ground. Cleanout cap was missing. City replaced cap. CCTV of line show no obstruction of lines. |
| 1457 Ohialoke Street | 07-17-07 | 0905 | 1000 | 1045 | | 1 | 40 | MH#460544 | main | 6 | 462150 | 95 | N | | | | Roots. | Water dissipated into ground along hillside. Nothing discharged into receiving waters. Main line rodded and roots removed on 7/18/07. |
| 2488 Kapiolani Boulevard | 07-19-07 | 1525 | 1720 | 1830 | 3 | 5 | | cracks on sidewalk | lateral | 6 | 391906 | 175 | N | | | | Damaged lateral. | Dissipated onto sidewalk and curb - vacuumed most of spill. Line was CCTV. Repairs will be made. |
| TP SIWWTP, Up to 1,000 gallons of digested sludge exited the strain press and flowed out the Southwest bay door of building no. six | 07-19-07 | N/A | 2000 | 2030 | | | 30 | Strain press top hatch | | | | 1000 | N | | | | The strain press was clogged with fiber and the back pressure cause digested sludge to flow out the top hatch. | ADDITIONAL REMEDIAL MEASURES: A blow out sensor for the strain press will be installed that will automatically disable the feed pumps to prevent a future occurance. |

035719

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

June 3, 2008

EMC 08-124

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:    September 2007 Spill Summary
            Honouliuli WWTP, Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit any details of reported spills that occurred in the Honouliuli WWTP collection and treatment system during September 2007.

There were no reported spills from the collection and treatment and disposal system in the Honouliuli basin for the month of September 2007.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Cleveland Jaramilla at (808) 768-3253 or Lesley Toyota at (808) 768-3254of our Monitoring and Compliance Branch, Division of Environmental Services.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Exhibit 1, Isaacs Reply Declaration

035720





File:

Route: MT / AT / SM / LS / WO

# CLEAN WATER BRANCH

### Enforcement Section

## Preliminary Spill Information:

| | | | |
|---|---|---|---|
| Date/Time Began | 7/16/2007 | Date/Time Ended | |
| Date/Time Initially Reported | 7/16/2007 3:00:00 PM | Initial Report By | Fuji |
| WW District | Sand Island | Facility Type | Collection System |
| Rec. Waterbody Type | Nuuanu Stream | | |
| Days Posted/Closed | | Posting Location | N/A |
| Type of Overflow | Raw Sewage | Quantity (gallons) | 30 |
| Cause of Overflow | Initial report by Fuji | | |
| Overflow Location | 124 Olomana ln. | | |
| Notes | | | |
| Classification | CWB | Owner | City & County of Honolulu |
| Island | Oahu | Enforcement Action | |

Date printed: *Monday, October 15, 2007*                                               *Page 1 of 2*

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

DEPT OF HEALTH

MUFI HANNEMANN
Mayor

7   NOV 15   P2:

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

November 14, 2007

EMC 07-232

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:      October 2007 Spill Summary
              Honouliuli WWTP, Permit No. HI0020877

    In accordance with the <u>STANDARD PROVISIONS & REPORTING REQUIREMENTS</u>, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit any details of spills that occurred in the Honouliuli WWTP collection and treatment system during October 2007.

    Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of October 2007.

    The sample results for the October 26, 2007 spill at 98-971 Iliee Street are:

$$BOD_5 = 220 \text{ mg/L} \qquad TSS = 202 \text{ mg/L} \qquad pH = 7.30 \text{ pH standard units}$$

    I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Regional Administrator, EPA
Chiyome L. Fukino, M.D.
November 14, 2007
Page Two


        If there are any questions related to this matter, please contact Lesley Toyota at
(808) 768-3254 or Cleveland Jaramilla at (808) 768-3253 of our Monitoring and Compliance
Branch, Division of Environmental Services.

                        Sincerely,

                        Eric S. Takamura, Ph.D., P.E.
                        Director


Attachment:  Honouliuli October 2007 Spill Summary

# OCTOBER 2007  SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

( )=possibly
[C]=chlorinated
CD=construction damage
[D]=digested
DP=damaged pipe
EXF=exfiltration
FE=faulty equipment

FM=force main
G=grease
GT=grit
[H]=heat-treated
INT=intersection
M=miscellaneous (see Remarks)
OP=operator error

P=primary-treated
PM=preventive maintenance
PP=paper products
PWR=power
R=roots
RG=rags
RK=rocks

RP/MT=repair &/or maintenance
S=secondary-treated
SL=sludge
SW/SUR=storm water/surcharge
TRIB=tributary
U=unknown
UT=untreated
WAS=waste activated sludge

| DATE | DISCHARGE Estimated Volume (gals) | LOCATION: FACILITY OR SEWER LINE | ENTERED RECEIVING WATER | | | DISCHARGE POINT | PROBLEM LINE | | | CAUSES | ESTIMATED DURATION | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | STORM DRAIN | Volume (gal) | Removed | OCEAN/STREAM | | Line | Size | Asset Number | | TIME | | | TOTAL | | | |
| | | | | | | | | | | | | Arrival | Est. Start | Secure Spill | D | H | M | |
| 10-26-07 | 2000 | 98-971 Iliee Street | Y | 2000 | 0 | None | cleanout | main | 8 | 606095 | Roots | 1930 | | 2010 | | 3 | 25 | Wastewater continued to thin out in storm drain system past Aiea High School ( 1 mile down).  Completed rodding of main line 10/27/07. |

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

2007 NOV 29    1:24PM

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 07-251

November 28, 2007

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:    October 2007 Spill/Bypass Report
            Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d., of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during October 2007.

Please refer to the attachment, October 2007 Wastestream Diversions, Sand Island WWTP, NPDES Permit No. HI 0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3335.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:  October 2007 Wastestream Diversions Report

035725

## OCTOBER 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, MAIN SEWER
## NPDES Permit No. HI 0020117

| | | | | |
|---|---|---|---|---|
| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION | | | | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TIME | | | TOTAL | | | | TYPE | SIZE | ASSET NO. | | Y/N | STORM DRAIN | | WATER BODY | | |
| | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | | Volume (gals) | Removed | | | |
| 550 Beretania Street, South | 10-17-07 | 1015 | 1020 | | 1113 | | | 58 | MH#339018 | main | 8 | 343082 | 2650 | Y | 2650 | 50 | Honolulu Harbor | Paper towels. | Main line back in service at 12:45 p.m. Storm drain considered receiving waters per M. Iha Honolulu Harbor near Aloha Tower. Line to be flushed on 10/21/07. EQ to inspect Queen's Medical Center for possible violations. |
| 1336 Ahiahi Street | 10-18-07 | 1040 | 1050 | | 1146 | | | 10 | bathroom | main | 8 | 277723 | 10 | N | | | | Paper towel, rags, grease and roots. | Homeowner cleaned up water that backed up into house before crews could make an estimate. Vactor vacuumed approximately 10 gallons in front of 1637 Houghtailing St. Vactor flushed main line. |

# OCTOBER 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, SEWER LATERALS
## NPDES Permit No. HI 0020117

| | | | | |
|---|---|---|---|---|
| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION | | | | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TIME | | | TOTAL | | | | TYPE | SIZE | ASSET NO. | | STORM DRAIN | | | WATER BODY | | |
| | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | Y/N | Volume (gals) | Removed | | | |
| 1142 19th Avenue | 10-07-07 | 1530 | 1615 | | 1620 | | | 50 | cleanout | lateral | 6 | 453275 | 3 | N | | | | Roots. | CCTV'd with lateral camera. Roots in the lateral. Cut roots then applied rootx. |
| 1902 Komaia Drive | 10-17-07 | 1520 | 1840 | | 1840 | 3 | | 20 | cleanout | lateral | 6 | 323916 | 50 | N | | | | Roots. | Dissipated into ground. Evidenced by waste debris/tissue and moisture around cleanout. Lateral cleaned with eel and rootx applied. |

035727



*[Handwritten notes at top, partially legible:]* One-time monitoring Report. Not previously reported to CWB. Bathroom backup caused by obstruction in City main.

File:

Route: MT / AT / SM / LS / WO

# CLEAN WATER BRANCH

## Enforcement Section

## FINAL SPILL INFORMATION:

| | | | |
|---|---|---|---|
| Date/Time Began | 10/18/2007 10:40:00 AM | Date/Time Ended | 10/18/2007 11:46:00 AM |
| Date/Time Initially Reported | 11/28/2007 | Initial Report By | Monthly Spill Report |
| WW District | Sand Island | Facility Type | Collection System |
| Rec. Waterbody Type | n/a | | |
| Days Posted/Closed | 0 | Posting Location | N/A |
| Type of Overflow | Raw Sewage | Quantity (gallons) | 10 |

Cause of Overflow: Cause: Paper towel, rags, grease & roots in 8-inch main (asset #277723). Back up into bathroom. October 2007 Spill Summary Report: Call rec'd: 1040; Arrival: 1050; Secured: 1146; Remarks: Homeowner cleaned up water that backed up into house before crews could make an estimate. Vactor vacuumed approx. 10 gallons in front of 1637 Houghtailing St. Vactor flushed main line.

Overflow Location: 1336 Ahiahi Street

Notes: Ltr: 11/28/2007 EMC 07-251 Monthly Spill Summary Report

| | | | |
|---|---|---|---|
| Classification | WWB | Owner | City & County of Honolulu |
| Island | Oahu | Enforcement Action | |

Waiver issued date:

Waiver issued by:

HI 0020877

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website:  http://www.honolulu.gov

MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 07-262

December 14, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:    November 2007 Spill Summary
            Honouliuli WWTP, Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit any details of spills that occurred in the Honouliuli WWTP collection and treatment system during November 2007.

Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of November 2007.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Cleveland Jaramilla at (808) 768-3253 or Lesley Toyota at (808) 768-3254 of our Monitoring and Compliance Branch, Division of Environmental Quality.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:  Honouliuli November 2007 Spill Summary
Exhibit 1, Isaacs Reply Declaration

035729

07G U9

## DECEMBER 2007  SPILL SUMMARY
## HONOULIULI WWTP NPDES PERMIT #HI 0020877

| | | | | |
|---|---|---|---|---|
| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION | | | | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TIME | | | TOTAL | | | | TYPE | SIZE | ASSET NO. | | STORM DRAIN | | | WATER BODY | | |
| | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | Y/N | Volume (gals) | Removed | | | |
| 98-156 | Olepe Loop | 11-04-07 | | | | | | | MH#599515 & 599546 | | | | | Y | | | Wainalu Stream | | A preliminary spill report was submitted to EPA and DOH on November 9, 2007 (EMC 07-231). City is in the process of submitting a detailed report on this spill event. |
| TP | HNWWTP, Grit Tank | 11-04-07 | N/A | N/A | 0926 | 0928 | | | 2 | Overflow occurred from the common channel fronting the grit tanks | | | | 1000 | N | | | | Cause was due to an oversight of over pumping to the common channel upstream of the grit tanks in response to relieving the rising water level at the preliminary bar screen area. | Reduced influent low lift pumping. Spill letter issued EMC 07-243 dated 11/29/07.  The operator was unable to collect a sample since the spill dissipated in the grassy area. |
| TP | HNWWTP, Scum Pit Located Between Primary Clarifiers #1 and #2 | 11-28-07 | N/A | N/A | 0830 | 0835 | | | 5 | Scum Pit | | | | 50 | N | | | | Manhole cover pinched scum line discharge hose. | Unable to take required sample because spilled wastewater was absorbed into ground. WWB waived written reporting.  The discharge hose is no longer used. |

035730

*Reported to CWB*

*Not in Spill Summary Report*



File:

Route: MT / AT / SM / LS / WO

# CLEAN WATER BRANCH

## Enforcement Section

## FINAL SPILL INFORMATION:

| | | | |
|---|---|---|---|
| Date/Time Began | 10/25/2007 3:15:00 PM | Date/Time Ended | 10/25/2007 6:30:00 PM |
| Date/Time Initially Reported | 10/26/2007 5:40:00 AM | Initial Report By | Ben Reyes, CCH |
| WW District | Sand Island | Facility Type | Collection System |
| Rec. Waterbody Type | Ground | | |
| Days Posted/Closed | | Posting Location | N/A |
| Type of Overflow | Raw Sewage | Quantity (gallons) | 60 |
| Cause of Overflow | Cause: roots, affected area cleaned and disinfected | | |
| Overflow Location | 3234 Noela Street, Diamond Head | | |
| Notes | FAX: 10/27/2007 State Hospital | | |
| Classification | WWB | Owner | City & County of Honolulu |
| Island | Oahu | Enforcement Action | |
| Waiver issued date: | | | |
| Waiver issued by: | | | |



*Reported to CWB*

*Not in Spill Summary Report*



File:

Route: MT / AT / SM / LS / WO

# CLEAN WATER BRANCH

## Enforcement Section

### FINAL SPILL INFORMATION:

| | | | |
|---|---|---|---|
| Date/Time Began | 10/5/2007 6:10:00 PM | Date/Time Ended | 10/5/2007 7:25:00 PM |
| Date/Time Initially Reported | 10/5/2007 10:34:00 PM | Initial Report By | Ben Reyes, CCH |
| WW District | Sand Island | Facility Type | Collection System |
| Rec. Waterbody Type | Ground | | |
| Days Posted/Closed | | Posting Location | N/A |
| Type of Overflow | Raw Sewage | Quantity (gallons) | 75 |
| Cause of Overflow | Cause: rock and bike pedal stuck in pipe, affected area cleaned and disinfected | | |
| Overflow Location | 2733 Nakookoo Street, Moiliili | | |
| Notes | FAX: 10/5/2007 from State Hospital | | |
| Classification | WWB | Owner | City & County of Honolulu |
| Island | Oahu | Enforcement Action | |
| Waiver issued date: | | | |
| Waiver issued by: | | | |

HI 0020117

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

'M/ 2007 DEC 28   3:13 PM

MST
LBS
SM

**MUFI HANNEMANN**
Mayor



**ERIC S. TAKAMURA, Ph.D., P.E.**
Director

**KENNETH A. SHIMIZU**
Deputy Director

**ROSS S. TANIMOTO, P.E.**
Deputy Director

EMC 07-263

December 27, 2007

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:     November 2007 Spill/Bypass Report
             <u>Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117</u>

    In accordance with the <u>REPORTING REQUIREMENTS</u>, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective December 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during November 2007.

    Please refer to the attachment, November 2007 Wastestream Diversions, Sand Island WWTP, NPDES Permit No. HI 0020117.

    I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

    If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3335.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:  November 2007 Wastestream Diversions Report

Exhibit 1, Isaacs Reply Declaration

D 035783

# NOVEMBER 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, MAIN SEWER/TP
## NPDES Permit No. HI 0020117

| | | | | |
|---|---|---|---|---|
| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | TIME | | | TOTAL | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Arrival | Est. Start | Secure Spill | D | H | M | | TYPE | SIZE | ASSET NO. | | Y/N | Volume (gals) | Removed | WATER BODY | | |
| 1718 Piikea Street | 11-04-07 | 1052 | 1152 | | 1400 | | 3 | 8 | cleanout | main | 8 | 483959 | 10 | N | | | | Heavy rains. | Spill dissipated and contained on site. Flushed main line with Vactor. No obstructing debris collected indicating overflow was from wet weather. |
| 2101 Nuuanu Avenue | 11-04-07 | 1121 | 1142 | | 1200 | | | 39 | MH#286244 | main | 12 | 289956 | 10 | N | | | | Heavy rains. | Spill dissipated and was contained on site. Monitored spill location because of heavy rains. |
| 1439 Alencastre Street | 11-05-07 | 1017 | 1100 | | 1245 | | 2 | 28 | cleanout | main | 6 | 402363 | 500 | Y | 250 | 0 | None | Roots and rags. | Wastewater entered storm drain at 1411 Alencastre Street. Discharged from cleanout due to blockage (roots/rags) in main line. Water was diverted with sand bags into downstream sewer manhole (250 gallons). Main line rodded and CCTV inspected satisfactorily. |
| 2301 St. Louis Drive | 11-08-07 | 0638 | 0758 | | 0850 | | 2 | 12 | MH#714885 | main | 8 | 716336 | 350 | Y | 275 | 75 | None | Roots and grease. | Spill entered a storm drain at 2202 Oswald St. Approximately 75 gallons removed with Vactor. Removed roots and grease when main line was rodded on 11/9/07. Main line CCTV inspected satisfactorily. |
| 1432 Wilhelmina Rise | 11-11-07 | 0845 | 0922 | | 0944 | | | 59 | MH#695247 | main | 8 | 697706 | 8850 | Y | 8850 | 0 | None | Roots and debris. | Blockage was caused by rags and plastic shopping bags and items were removed. City and State DOH personnel determined spill did not receiving receiving waters. |
| 1343 Kam IV Road | 11-28-07 | 1800 | | 1940 | 2030 | | 2 | 30 | MH#242086 | main | 6 | 244539 | 150 | N | | | | Grease and rags. | Dissipated onto road and curbing. On 11/29/07, the lateral was cleaned of roots/grease. Rootx was applied. Lateral was placed on PM schedule. |
| TP SIWWTP, Return Flow Pump Station | 11-04-07 | N/A | N/A | 2207 | 2230 | | | 23 | Return Flow Pump Station Well (berm) | N/A | | | 25312 | N | | | | Suspect Heally Ruff Float Stiction Caused Erroneous Level Indication (False Level) | Diverted a significant portion of the spill to screenings building tunnel sump. |

## NOVEMBER 2007 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, SEWER LATERALS
## NPDES Permit No. HI 0020117

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
|---|---|---|---|---|
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | | DATE | CALL RECD | ESTIMATED DURATION | | | | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TIME | | | TOTAL | | | | TYPE | SIZE | ASSET NO. | | STORM DRAIN | | | WATER BODY | | |
| | | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | Y / N | Volume (gals) | Removed | | | |
| 2043 | Dillingham Boulevard | 11-06-07 | 1710 | 1835 | | 1900 | | 1 | 50 | cleanout | lateral | 6 | 673516 | 100 | N | | | | Tissue build up. | Dissipated onto sidewalk and curbing. Vactor crew flushed lateral and mainline. Cleared main line with electric eel. Lateral added to mainline PM schedule. |
| 2032 | Alaeloa Street | 11-28-07 | 1635 | 2205 | 2220 | | | | 15 | cleanout | lateral | 6 | 413829 | 90 | N | | | | Roots. | Spilled when cleanout opened. Dissipated onto ground and side of mountain. On 11/29/07 the main line was flushed. |

035735

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308, KAPOLEI, HI 96707
TELEPHONE: (808) 768-3486 FAX: (808) 768-3487 WEBSITE: http://www.co.honolulu.gov



MUFI HANNEMANN
Mayor

JAN 16 P2:36

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 08-011

January 15, 2008

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii 96813

Gentlemen and Dr. Fukino:

Subject:     December 2007 Spill Summary
             Honouliuli WWTP, Permit No. HI0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, we submit any details of spills that occurred in the Honouliuli WWTP collection and treatment system during December 2007.

Please refer to the attached list for a summary of spills from the collection and treatment, and disposal system in the Honouliuli basin for the month of December 2007.

The City has found a typographical error on the November 2007 spill summary submitted via a December 14, 2007 transmittal letter (EMC 07-262). A corrected summary report with updated information is being included as an attachment.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Exhibit 1, Isaacs Reply Declaration

035736

Regional Administrator, EPA
Chiyome L. Fukino, M.D., DOH
January 15, 2008
Page Two


If there are any questions related to this matter, please contact Cleveland Jaramilla at (808) 768-3253 or Jerome Ababa at (808) 768-3255 of our Monitoring and Compliance Branch, Division of Environmental Quality.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director


Attachments:  Honouliuli December 2007 Spill Summary
Honouliuli November 2007 Spill Summary (corrected)

# NOVEMBER 2007 SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

| | | |
|---|---|---|
| ( )=possibly | FM=force main | P=primary-treated |
| [C]=chlorinated | G=grease | PM=preventive maintenance |
| CD=construction damage | GT=grit | PP=paper products |
| [D]=digested | [H]=heat-treated | PWR=power |
| DP=damaged pipe | INT=intersection | R=roots |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags |
| FE=faulty equipment | N/A=not applicable | RK=rocks |
| | OP=operator error | |

| | | |
|---|---|---|
| RP/MT=repair &/or maintenance | tc=terra cotta pipe |
| S=secondary-treated | ci=cast iron pipe |
| SL=sludge | di=ductile iron pipe |
| SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| TRIB=tributary | vc=vitrified cly pipe |
| U=unknown | |
| UT=untreated | |
| WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | | DATE | CALL RECD | ESTIMATED DURATION | | | | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TIME | | | TOTAL | | | | TYPE | SIZE | ASSET NO. | | STORM DRAIN | | | WATER BODY | | |
| | | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | Y / N | Volume (gals) | Removed | | | |
| 98-156 | Olepe Loop | 11-04-07 | U | 0930 | 0700 | 1400 | | 7 | | MH#599515 & 599546 | main | 15 | 600698 | 195 | Y | 195 | | Waimalu Stream | Heavy rains. | A preliminary spill report was submitted to EPA and DOH on November 9, 2007 (EMC 07-231). City will be submitting separately a final report of this spill event. |
| TP | HNWWTP, Grit Tank | 11-04-07 | N/A | N/A | 0926 | 0928 | | | 2 | Overflow occurred from the common channel fronting the grit tanks | | | | 1000 | N | | | | Cause was due to an oversight of over pumping to the common channel upstream of the grit tanks in response to relieving the rising water level at the preliminary bar screen area. | Reduced influent low lift pumping. Spill letter issued EMC 07-243 dated 11/29/2007. The operator was unable to collect a sample since the spill dissipated in the grassy area. |
| TP | HNWWTP, Scum Pit Located Between Primary Clarifiers #1 and #2 | 11-28-07 | N/A | N/A | 0830 | 0835 | | | 5 | Scum Pit | | | | 50 | N | | | | Manhole cover pinched scum discharge hose. | Unable to take required sample because spilled wastewater was absorbed into ground. State DOH Wastewater Water Branch waived written reporting. The discharge use is no longer used. |

035738

## DECEMBER 2007  SPILL SUMMARY
## HONOULIULI WWTP NPDES PERMIT #HI 0020877

| | | | |
|---|---|---|---|
| (  )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION | | | TOTAL | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TIME | | | | | | | TYPE | SIZE | ASSET NO. | | STORM DRAIN | | | WATER BODY | | |
| | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | Y / N | Volume (gals) | Removed | | | |
| 94-1243  Huakai Street | 12-21-07 | 1945 | 2050 | 1945 | 2130 | | 1 | 45 | MH #585358 | main | 8 | 588745 | 50 | N | | | | Grease and sag in the downstream line | Spill area was deodorized and disinfected.  Verbal notification was made to LeAnn Young of the State Hospital on 12-21-07 at 1200.  Main line was flushed on 12-27-07.  Spill sample results: BOD5 287 mg/L; TSS 216 mg/L and pH 7.54 s.u. |

035739



DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

DEPT OF HEALTH

FEB 15  P2 :37

MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 08-040

February 14, 2008

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:    January 2008 Spill Summary
            Honouliuli WWTP (HWWTP), Permit No. HI0020877

    In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS,
Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental
Protection Agency letter, we submit the subject spill summary report for the Honouliuli basin.
Please note there were no reportable spills from the HWWTP collection system and there was
one (1) in-plant spill at the HWWTP.

    I certify under penalty of law that this document and all attachments were prepared
under my direction or supervision in accordance with a system designed to assure that qualified
personnel properly gather and evaluate the information submitted.  Based on my inquiry of the
person or persons who manage the system, or those persons directly responsible for gathering
the information, the information submitted is, to the best of my knowledge and belief, true,
accurate and complete.  I am aware that there are significant penalties for submitting false
information, including the possibility of fine and imprisonment for knowing violations.

    If there are any questions related to this matter, please contact Cleveland Jaramilla of
our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3253.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:  January 2008 Spill Summary

Exhibit 1, Isaacs Reply Declaration

035740

## JANUARY 2008  SPILL SUMMARY
## HONOULIULI WWTP NPDES PERMIT #HI 0020877

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
|---|---|---|---|---|
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION | | | | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TIME | | | TOTAL | | | | TYPE | SIZE | ASSET NO. | | STORM DRAIN | | | WATER BODY | | |
| | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | Y / N | Volume (gals) | Removed | | | |
| TP | HWWTP Scum Pit located between Primary Clarifier #1 and #2 | 01-13-08 | N/A | N/A | 0635 | 0805 | | 1 | 30 | Scum Pit | | | | 1,800 | N | | | | Scum pumps were inadvertently left in the "OFF" position. | In plant ground spill was contained on site and disinfected. Spill consisted of PC scum and R1 water. Details of the spill event and mitigative actions taken is being submitted to DOH. |

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

February 27, 2008

EMC 08-054

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

Dear Ms. Cola and Dr. Fukino:

Subject:     January 2008 Spill/Bypass Report
             Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

    In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during January 2008.

    Please refer to the attachment, January 2008 Wastestream Diversions, Sand Island WWTP, NPDES Permit No. HI 0020117.

    I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

    If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3335.

                                            Sincerely,

                                            Eric S. Takamura

                                            Eric S. Takamura, Ph.D., P.E.
                                            Director

Attachment:  January 2008 Wastestream Diversions Report

## JANUARY 2008 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, MAIN SEWERS / TREATMENT PLANT
## NPDES Permit No. HI 0020117

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
|---|---|---|---|---|
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION TIME Arrival | ESTIMATED DURATION TIME Est. Start | ESTIMATED DURATION TIME Secure Spill | TOTAL D | TOTAL H | TOTAL M | DISCHARGED FROM | LINE TYPE | LINE SIZE | LINE ASSET NO. | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER STORM DRAIN Y/N | ENTERED RECEIVING WATER STORM DRAIN Volume (gals) | ENTERED RECEIVING WATER STORM DRAIN Removed | ENTERED RECEIVING WATER WATER BODY | CAUSE | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TP SIWWTP Return Flow Pump Station SMH Overflow | 01-04-08 | N?A | N/A | 1300 | 1305 | | | 5 | SMH adjacent to return flow pump station | N/A | | N/A | 400 | N | | | | Temporary work isolation plug not removed causing backup to occur. | N/A | Involved personnel disseminated lessons learned from this event to preclude recurrence. |
| 2207 Ahe Place | 01-25-08 | 0814 | 0903 | | 1026 | 2 | | 12 | MH#374560 | main | 12 | 376129 | 2640 | Y | 2640 | 0 | Palolo Stream | Roots & rags. | 02-28-99 | Discharge entered storm drain next to sewer manhole. Main line rodded. Adjusted PM frequency and PM activity. |
| 4228 Salt Lake Boulevard | 01-28-08 | 0930 | 0950 | | 1000 | | | 30 | MH#217808 | main | 8 | 219071 | 5 | N | | | None | Grease. | 05-20-06 | Wastewater overflow from manhole entered the pump station. Main line was flushed and subsequently CCTV inspected satisfactorily. |

## JANUARY 2008 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, SEWER LATERALS
## NPDES Permit No. HI 0020117

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
|---|---|---|---|---|
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION TIME Arrival | Est. Start | Secure Spill | TOTAL D | H | M | DISCHARGED FROM | TYPE | SIZE | ASSET NO. | VOLUME (estimate) (gals) | Y / N | STORM DRAIN Volume (gals) | Removed | WATER BODY | CAUSE | LAST CLEANED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2138 School Street, North | 01-08-08 | 1900 | 2045 | 2130 | | | 1 | 45 | cleanout | lateral | 6 | 244597 | 10 | N | | | None | Possible grease. | 12-21-07 | Evidenced by toilet paper around cleanout. Grease EIR initiated. |
| 1806 Lanakila Avenue | 01-10-08 | 2157 | 2300 | | | | 1 | 3 | cleanout | lateral | 6 | 278820 | 20 | N | | | None | Grease and broken pipe. | 07-30-99 | Observed evidence of cleanout overflow from wetness on road and around cleanout, and grease. Submitted EIR for grease. CCTV inspection |
| 100 Beretania Street, North | 01-15-08 | 1500 | 1600 | | | | | 15 | cleanout | lateral | 4 | 4046065 | 50 | N | | | None | Possible grease. | 10-18-07 | Evidenced by toilet paper and excessive sewage around cleanout and adjacent bus stop area. Excess spill contained on and around roadside and planter area. Volume pumped from ground was 50 gallons. Main line was flushed. Sewer manhole that was recently paved over by contractor was subsequently exposed. |
| 2922 Laola Place | 01-24-08 | 0745 | 0840 | | 0930 | | 1 | 45 | cleanout | lateral | 6 | 295113 | 10 | N | | | None | Roots. | 05-16-05 | Water dissipated into ground. Lateral rodded, rootX treated and placed on recurring PM. |
| 2522 Kalakaua Avenue | 01-28-08 | 1118 | 1150 | | | | | | cleanout | lateral | 4 | | 20 | N | | | None | Paper towels. | | Evidenced by toilet paper and water on road. Wastewater overflow was contained curbside and vactor recovered. |

Exhibit 1, Isaacs Reply Declaration

035744

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 ● KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 ● FAX: (808) 768-3487 ● Website: http://www.honolulu.gov

DEPT OF HEALTH

MUFI HANNEMANN
Mayor

8   MAR 14  P3 :04



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 08-070

March 13, 2008

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:    February 2008 Spill Summary
            Honouliuli WWTP, Permit No. HI0020877

    In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS,
Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental
Protection Agency letter, we submit any details of spills that occurred in the Honouliuli WWTP
basin.  Please note that there were three (3) reportable spills from the Honouliuli WWTP
collection system and none at the Honouliuli WWTP.

    I certify under penalty of law that this document and all attachments were prepared
under my direction or supervision in accordance with a system designed to assure that qualified
personnel properly gather and evaluate the information submitted.  Based on my inquiry of the
person or persons who manage the system, or those persons directly responsible for gathering
the information, the information submitted is, to the best of my knowledge and belief, true,
accurate and complete.  I am aware that there are significant penalties for submitting false
information, including the possibility of fine and imprisonment for knowing violations.

    If there are any questions related to this matter, please contact Cleveland Jaramilla of
our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3253.

Sincerely,

Eric S. Takamura

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:  February 2008 Spill Summary

Exhibit 1, Isaacs Reply Declaration

035745

# FEBRUARY 2008  SPILL SUMMARY
# HONOULIULI WWTP NPDES PERMIT #HI 0020877

|  |  |  |  |
|---|---|---|---|
| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary |
| EXF=exfiltration | M=miscellanous (see Remarks) | RG=rags | U=unknown |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated |
|  |  |  | WAS=waste activated sludge |

tc=terra cotta pipe
ci=cast iron pipe
di=ductile iron pipe
rc=reinforced concrete pipe
vc=vitrified cly pipe

| LOCATION FACILITY or SEWER LINE | | DATE | CALL RECD | ESTIMATED DURATION | | | TOTAL | | | DISCHARGED FROM | LINE | | ASSET NO. | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Arrival | Est. Start | Secure Spill | D | H | M |  | TYPE | SIZE |  |  | Y/N | STORM DRAIN Volume (gals) | Removed | WATER BODY |  |  |
| 99-873 | Aiea Heights Drive | 02-02-08 | 0955 | 1015 | U | 1035 |  |  | 40 | manhole (Asset# 608438) | main | 6 | 609811 | 10 | N |  |  |  | Roots | Unable to collect sample since spill absorbed in the ground.  City crew rodded and cleaned main line on 2/4/08. |
| 99-856 | Aiea Heights Drive | 02-04-08 | 0915 | 1045 | U | U | 1 |  | 30 | cleanout | lateral | 6 | 609796 | 5 | N |  |  |  | Roots | Evidenced by water and toilet paper around cleanout.  Water was contained on property and soaked into ground.  Unable to collect a sample.  Lateral was cleaned on the same day. |
| 98-302 | Kamehameha Highway | 02-17-08 | 1433 | 1455 | U | 1530 |  |  | 57 | cleanout | main | 8 | 620442 | 200 | N |  |  |  | Grease and rags | Approximately 75 gallons disappated into the ground while the remaining 125 gallons was vacuumed up.  Line was flushed on February 19, 2008.  Separate written notification submitted to DOH and EPA (dated 2/22/08, EMC 08-056).  An Environmental Incident Report request was submitted. |

# CITY AND COUNTY OF HONOLULU

DEPARTMENT OF ENVIRONMENTAL SERVICES

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

March 28, 2008

EMC 08-082

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii 96814

Dear Ms. Cola and Dr. Fukino:

Subject: February 2008 Spill/Bypass Report
Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during February 2008.

Please refer to the attachment, February 2008 Wastestream Diversions, Sand Island WWTP, NPDES Permit No. HI 0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3335.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment: February 2008 Wastestream Diversions Report

Exhibit 1, Isaacs Reply Declaration

035747

# FEBRUARY 2008 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, MAIN SEWERS / TREATMENT PLANT
## NPDES Permit No. HI 0020117

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
|---|---|---|---|---|
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | Arrival Start | Est. Start | Secure Spill | D | H | M | DISCHARGED FROM | TYPE | SIZE | ASSET NO. | VOLUME (estimate) (gals) | Y/N | Volume (gals) | Removed | WATER BODY | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4228 Salt Lake Boulevard | 02-05-08 | 0926 | | | 1000 | | | 34 | MH#217808 | main | 8 | 219071 | 68 | Y | 68 | 0 | None | Grease. | Vactor flushed main line up and downstream from spill manhole. CCTV inspection and chemical (BioTech) treatment completed satisfactorily. |
| 3255 Pali Highway | 02-06-08 | 1825 | 1900 | | 2215 | | 3 | 50 | MH#259129 | main | 10 | 260089 | 2300 | N | 700 | 0 | Waolani Stream | Wet weather and surcharge. | 1600 gallons percolated into the ground. The line was rodded and CCTV inspected satisfactorily. |
| 550 Beretania Street, South | 02-07-08 | 1017 | 1040 | | 1045 | | | 28 | MH#339018 | main | 8 | 343082 | 560 | Y | 520 | 0 | Honolulu Harbor | Grease & rags. | Trouble call received from Queen's Hospital 1301 Punchbowl Street. EIR submitted to EQ per Fuji. Flushed main line after blockage was released. |
| 4287 Kahala Avenue | 02-22-08 | 1202am | 1205 | | 0100 | 1 | | 15 | SMH#477314 | main | 10 | 479128 | 70 | Y | 5 | 5 | None | Grease and rags. | Sand bags were placed in the storm drain to mitigate receiving waters impact.. The nearest storm drain that wastewater could drain to was approximately 1/4 mile away from the spill manhole. The mainline was vactor flushed and CCTV inspected satisfactorily. |
| 2510 Notley Street | 02-28-08 | 1001 | 1020 | | 1040 | | | 39 | cleanout | main | 6 | 243606 | 200 | Y | 20 | 0 | None | Debris | 6" main choked by fishing line entanglement. 180 gallons spilled onto the sidewalk area. Vactor recovered majority of spillage 20 gallons of wastewater entered the storm drain, dissipating into the dirt within the storm drain. Flushing of the main line completed. |

**FEBRUARY 2008 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, SEWER LATERALS**
**NPDES Permit No. HI 0020117**

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
|---|---|---|---|---|
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION | | | TOTAL | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TIME | | | | | | | TYPE | SIZE | ASSET NO. | | STORM DRAIN | | | WATER BODY | | |
| | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | Y / N | Volume (gals) | Removed | | | |
| 100 N Beretania Street | 02-01-08 | 0914 | 0925 | | 1045 | 1 | | 31 | cleanout | lateral | 4 | 305894 | 400 | N | | | None | Grease. | Blockage released in riser. Vactor recovered 100 gallons. 300 gallons of spilled wastewater was returned to the system. Repairs to the system were completed. |
| 2554 Halekoa Drive | 02-21-08 | 0726 | 0825 | | | | | 59 | cleanout | lateral | 6 | 670660 | 20 | N | | | None | Roots. | Evidence of spill noted upon arrival. Rootx applied to lateral after eeling. No follow up needed. Lateral placed onto PM list. |
| 1160 Ala Napunani Street | 02-25-08 | 1312 | 1340 | | 1405 | | | 53 | cleanout | lateral | 6 | 226890 | 30 | N | | | None | Grease and paper products. | EIR initiated. Placed lateral on PM schedule. Cleaning of lateral was completed. |

DEPARTMENT OF ENVIRONMENTAL SERVICES

# CITY AND COUNTY OF HONOLULU

1000 ULUOHIA STREET, SUITE 308 ● KAPOLEI, HAWAII 96707

PHONE: (808) 768-3486 ● FAX: (808) 768-3487 ● Website: http://www.honolulu.gov

CO 20117
Spill



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 08-094

April 28, 2008

Ms. Jo Ann Cola (WTR-7)
U.S. Environmental Protection Agency
Water Management Division, Region IX
75 Hawthorne Street
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
919 Ala Moana Boulevard, Room 300
Honolulu, Hawaii  96814

2008 APR 30   2:28 PM

Dear Ms. Cola and Dr. Fukino:

Subject:      March 2008 Spill/Bypass Report
              Sand Island Wastewater Treatment Plant (WWTP), Permit No. HI0020117

In accordance with the REPORTING REQUIREMENTS, Section I, Items 2.c. and 2.d. of the Sand Island WWTP modified NPDES Permit No. HI 0020117, effective November 2, 1998, we submit details of spills and/or bypasses that occurred in the Sand Island WWTP collection and treatment system during March 2008.

Please refer to the attachment, March 2008 Wastestream Diversions, Sand Island WWTP, NPDES Permit No. HI 0020117.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions on this matter, please contact Don Piepgrass of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3335.

Sincerely,

Eric S. Takamura

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:  March 2008 Wastestream Diversions Report

Exhibit 1, Isaacs Reply Declaration

088820

035750

## NO REPORTED TREATMENT PLANT OR MAIN SEWER SPILLS

### MARCH 2008 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, MAIN SEWERS / TREATMENT PLANT
### NPDES Permit No. HI 0020117

| | | | |
|---|---|---|---|
| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION | | | | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TIME | | | TOTAL | | | | TYPE | SIZE | ASSET NO. | | STORM DRAIN | | | WATER BODY | | |
| | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | Y / N | Volume (gals) | Removed | | | |
| | | | | | | | | | | | | | | | | | | | |

035751

## MARCH 2008 WASTESTREAM DIVERSIONS, SAND ISLAND WWTP, SEWER LATERALS
## NPDES Permit No. HI 0020117

| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | ESTIMATED DURATION | | | | | | DISCHARGED FROM | LINE | | | VOLUME (estimate) (gals) | ENTERED RECEIVING WATER | | | | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TIME | | | TOTAL | | | | TYPE | SIZE | ASSET NO. | | Y / N | STORM DRAIN | | WATER BODY | | |
| | | | Arrival | Est. Start | Secure Spill | D | H | M | | | | | | | Volume (gals) | Removed | | | |
| 1531 Molehu Drive | 03-19-08 | 0721 | 0800 | | | | | 10 | cleanout | lateral | 6 | 484528 | 10 | N | | | None | Board of Water Supply broke lateral while repairing their line. | Water dissipated into ground. |

035752

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor

ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

May 15, 2008

EMC 08-120

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:    April 2008 Spill Summary
            Honouliuli WWTP, Permit No. HI0020877

    In accordance with the <u>STANDARD PROVISIONS & REPORTING REQUIREMENTS</u>, Section E, of the subject permit, as modified by the January 5, 1994 U.S. Environmental Protection Agency letter, the City and County of Honolulu is providing a summary of wastewater spills within the Honouliuli WWTP tributary and treatment plant during April 2008.

    I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

    If there are any questions related to this matter, please contact Cleveland Jaramilla of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 768-3253.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachment:  April 2008 Spill Summary

035753

**APRIL 2008  SPILL SUMMARY**
**HONOULIULI WWTP NPDES PERMIT #HI 0020877**

| | | | |
|---|---|---|---|
| ( )=possibly | FM=force main | P=primary-treated | RP/MT=repair &/or maintenance | tc=terra cotta pipe |
| [C]=chlorinated | G=grease | PM=preventive maintenance | S=secondary-treated | ci=cast iron pipe |
| CD=construction damage | GT=grit | PP=paper products | SL=sludge | di=ductile iron pipe |
| [D]=digested | [H]=heat-treated | PWR=power | SW/SUR=storm water/surcharge | rc=reinforced concrete pipe |
| DP=damaged pipe | INT=intersection | R=roots | TRIB=tributary | vc=vitrified cly pipe |
| EXF=exfiltration | M=miscellaneous (see Remarks) | RG=rags | U=unknown | |
| FE=faulty equipment | OP=operator error | RK=rocks | UT=untreated | |
| | | | WAS=waste activated sludge | |

| LOCATION FACILITY or SEWER LINE | DATE | CALL RECD | TIME Arrival | TIME Est. Start | TIME Secure Spill | TOTAL D | TOTAL H | TOTAL M | DISCHARGED FROM | LINE TYPE | LINE SIZE | LINE ASSET NO. | VOLUME (estimate) (gals) | STORM DRAIN Y/N | STORM DRAIN Volume (gals) | STORM DRAIN Removed | WATER BODY | CAUSE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1846  Lanikeha Place | 04-02-08 | 0739 | 0900 | | | | 1 | 21 | MH#536636 | main | 6 | 538558 | 5 | N | | | | Grit | The cause was due to grit accumulation in the main.  Line was rodded on April 4, 2008.  No sampling was performed because the spill disappated into the ground. |
| 94-749  Haakoa Place | 04-12-08 | 1136 | 1210 | | 1227 | | | 51 | MH#617157 ✓ | main | 6 | 618132 | 51 | N | | | | Grease | The spill location was cleaned, deodorized and disinfected.  An EIR request was submitted.  The manhole was flushed on April 14, 2008.  A CCTV was performed on the sewer line on April 29, 2008.  The following are spill sampling results:  BOD5=358 mg/L, TSS=208 mg/L and pH=7.37 s.u.  A separate spill report to EPA and DOH was submitted on April 17, 2008 (EMC 08-093) and May 6, 2008 (EMC 08-106). |
| 94-272  Hanawai Circle | 04-18-08 | 1910 | 2000 1950? | | 2210 | | 3 | | cleanout | main | 8 | 617663 & 617627 | 75 | N | | | | Grease | The spill dissipated onto the grassy area.  A follow up on April 25, 2008 revealed grease obstructions into two sewer mains.  An EIR was submitted.  The sampling results are as follows:  BOD5=8,400 mg/L, TSS=28,400 mg/L and pH=7.02 s.u. |
| 872  1st Street | 04-17-08 | 1937 | 2000 | 2010 | 2030 | | | 20 | cleanout | lateral | 6 | 598080 | 60 | N | | | | Debris | Spill occurred when a cleanout cap was removed by the City crew.  The following are the laboratory results on a sample of the spill: BOD5=358 mg/L, TSS=208 mg/L and pH=7.37 s.u. |
| 98-1402  Kulawai Street | 04-22-08 | 1420 | 1435 | 1445 | 1450 | | | 5 | cleanout | lateral | 4 | 608950 | 5 | N | | | | Roots | City crew eeled and CCTV the line on April 23, 2008.  Sampling could not be performed because the spill disappetted into the ground.  The lateral has been placed on a root control program. |
| TP  Northeast of the preaeration tanks (at the MBR location) | 04-01-08 | N/A | N/A | 2150 | 2204 | | | 14 | MBR screening hopper | | | | 30 | N | | | | Screenings plugged a drain line to the hopper. | This is an in-plant ground only spill.  The screenings were cleared from the hopper and drain line.  Area was disinfected and cleaned.  The hopper will be monitored for screening overload.  A sample of the spill was collected but was never received by the City's lab.  Procedures for sample delivery to the lab will be reviewed by plant operating staff. |
| TP  Return pump station | 04-02-08 | N/A | N/A | 1030 | 1130 | | 1 | | PVC tee leakage | | | | 20 | N | | | | A stress crack occurred around the base of the glued in flange. This crack may be the result of existing stresses due to the way the tee is braced and supported, compounded by the cyclic hydraulic pressuri  created by the "ON" and "OFF" operation of the pump. | This is an in-plant to ground spill.  Gravel area was disinfected.  Approximately 20 gallons spilled to the ground  before remainder was contained in a pan.  Remaining leakage was contained in a pan.  The PVC tee was replaced on the same day.  Analytical results were the following: TSS=270 mg/L, pH=6.37 s.u.  Sampling personnel inadvertatly did not request BOD5 analisis. |
| TP  South of new Solids Handling Facility | 04-16-08 | N/A | N/A | U | | | | U | De-commissioned pipe from a manhole | | | | 28 | N | | | | Contractor error | This is  an in-plant to ground spill.  The pipe was struck by a contractor operating an excavator.  The spill occurred sometime between 5:00 p.m. on April 16, 2008 to when the spill was discovered on 8:00 a.m. on April 17, 2008.  The wastewater is believed to be gray water from the effluent station.  The construction contractor inadvertatly did not take a sample.  Construction staff will be reminded of the NPDES permit requirement to sample. |

Exhibit 1, Isaacs Reply Declaration

035754