

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** Main / Customer Services / Public Communications Division / Honolulu News 2002 / Wastewater Spills Into Kewalo Basin

**FOR IMMEDIATE RELEASE**
**October 13, 2002**

### <u>WASTEWATER SPILLS INTO KEWALO BASIN</u>

Grease clogging an eight-inch sewer line caused wastewater to backup and overflow a manhole in the parking structure of the Neal Blaisdell Center today (October 13).

The spill, estimated at 1,445 gallons, flowed into the parking structure's drainage system, which empties into the Kewalo Basin several blocks away.  The spill was reported at
12:35 p.m. and stopped at 2:32 p.m.

Warning signs were posted along the wharf area of Kewalo Basin, near Fisherman's Wharf.  Affected waters were sampled for laboratory analysis.  A city crew disinfected contaminated areas of the Blaisdell parking structure.  The State Department of Health was notified of the incident.

-30-

*Monday, October 14, 2002*

© Copyright 2002-2006 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

Exhibit 2, Isaacs Reply Declaration                                                     035800

Brief Electrical Disruption Causes Discharge Of Undisinfected Treated Wastewater Into Lake Wilson, City and County of Honolulu

Case 1:04-cv-00463-DAE-BMK     Document 192-4     Filed 06/23/2008     Page 2 of 44

The City and County of **Honolulu**
News and Events

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**


**Quick Find:**

**Search:**


**Search:**

**You are here:**  Main / Customer Services / Public Communications Division / Honolulu News Releases 2003 / Brief Electrical Disruption Causes Discharge Of Undisinfected Treated Wastewater Into Lake Wilson


**FOR IMMEDIATE RELEASE**
**July 31, 2003**


## BRIEF ELECTRICAL DISRUPTION CAUSES DISCHARGE OF UNDISINFECTED TREATED WASTEWATER INTO LAKE WILSON

An electrical power flicker at the Wahiawa Wastewater Treatment Plant last night (July 30) resulted in a spill into Lake Wilson of 3,500 gallons of effluent that had undergone tertiary treatment, but not the final ultraviolet (UV) disinfection.  (Tertiary treatment is a high level of wastewater treatment.)

The brief power disruption occurred at 11:52 p.m., knocking the UV equipment off-line for four minutes.  The system re-set itself and resumed normal functions once power was restored.

Warning signs are being posted, samples are being taken, and the State Department of Health has been notified.


-30-

Exhibit 2, Isaacs Reply Declaration                                                            035801



**You are here:**  Main / Customer Services / Public Communications Division / Honolulu News Releases 2003 / *Electrical Power Interruption Causes 'Disinfection Bypass' Into Lake Wilson*

**FOR IMMEDIATE RELEASE**
**September 24, 2003**

## ELECTRICAL POWER INTERRUPTION CAUSES 'DISINFECTION BYPASS' INTO LAKE WILSON

Electrical power interruptions triggered by an ongoing brushfire in Waialua disrupted the Wahiawa Wastewater Treatment Plant today (September 24), causing a discharge into Lake Wilson of 8,842 gallons of effluent that had undergone tertiary treatment, but not the final ultraviolet (UV) disinfection.  (Tertiary treatment is a high level of wastewater treatment.)

The power outage began at approximately 11:48 a.m., knocking the UV equipment off-line for 10 minutes.  The system re-set itself and resumed normal functions once power was stabilized.

Warning signs have been posted, samples are being taken, and the State Department of Health has been notified.  Since the discharged effluent was processed up to the level of disinfection, State Health officials consider the discharge a "disinfection bypass" and not a sewage spill.

-30-

Exhibit 2, Isaacs Reply Declaration                                                                         035802



**You are here:** Main / Customer Services / Public Communications Division / Honolulu News Releases 2003 / Stray Cat Causes Sewage Spill Into Honolulu Harbor

**FOR IMMEDIATE RELEASE**
**December 5, 2003**

### STRAY CAT CAUSES SEWAGE SPILL INTO HONOLULU HARBOR

A stray cat made its way into the Hart Street sewage pumping station in Iwilei at about 8 p.m. last night and caused a major short circuit in the plant's electrical system that shut the station down.  This caused an estimated 4.6 million gallons of untreated sewage that would otherwise have been processed by the Sand Island treatment plant to overflow into Honolulu Harbor, Nuuanu Stream and the Kapalama Canal.

City crews were alerted by the plant's automated monitoring system and responded in about an hour, however the damage also affected the transfer circuits, preventing use of the large emergency generator that keeps the plant in operation during commercial power outages.   In the interim, some of the load was diverted to another pump station on River Street and city tanker trucks were brought in to move sewage to the treatment plant.

The State Department of Health was notified as warning signs were posted and city technicians began monitoring water in the harbor, stream and canal.

The pump station serves the area between Salt Lake and Kalihi.  Electrical repairs are estimated to be completed and the plant should be back in operation by 9 a.m. today.

Exhibit 2, Isaacs Reply Declaration                                                                       035803

*Friday, December 05, 2003*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                                                    035804

file:///C|/Documents%20and%20Settings/Christopher%20...20of%20Spills/12-5-2005%20Hart%20st%20spill%20PR.htm (2 of 2) [6/19/2008 1:42:30 PM]

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

The City and County of **Honolulu** News and Events

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**Search:**

**Search:**

**You are here:** **Main** / **Customer Services** / **Public Communications Division** / **Honolulu News Releases 2004** / **ADDITIONAL SPILLS REPORTED FROM YESTERDAY'S HEAVY RAINS**

Exhibit 2, Isaacs Reply Declaration                                                    035805

**FOR IMMEDIATE RELEASE**
**January 3, 2004**

## ADDITIONAL SPILLS REPORTED FROM YESTERDAY'S HEAVY RAINS

Oahu's wastewater system is recovering today (January 3) from the residual effects of yesterday's heavy rains, as other spills on the island last night are being reported.

The Waimanalo Wastewater Treatment Plant, at 41-1060 Kalanianaole Highway, continues to have periodic spills. The raw and treated effluent has been flowing into a drainage ditch that discharges into Puha Stream.

The Hart Street Wastewater Pump Station released untreated sewage into Honolulu Harbor from 9:00 p.m. to 11:10 p.m. last night to prevent a major backup at the Sand Island Wastewater Treatment Plant due to heavy inflow caused by the torrential rains. The pump station is located at 1031 N. Nimitz Highway.

More than 1,000 gallons of sewage also spilled out of a manhole last night at 209 -Kawaihae Street, between Kuliouou and Hawaii Kai. The spill has since stopped.

The following is a list of addresses of other sewage spills city wastewater crews responded to yesterday and the streams, harbor or beaches affected by the spills. All were caused by the heavy rains.

| Location of Spill | Affected Waters |
| --- | --- |
| 2444 Hihiwai Street | Ala Wai Canal |
| 98-164 Olepe Loop | Waimalu Stream/Pearl Harbor |
| 98-168 Pahemo Street | Waimalu Stream/Pearl Harbor |
| 5307 C Kalanianaole Highway | Wailupe Stream/beach area |
| 5403 Kalanianaole Highway | Wailupe Stream/beach area |
| 388 Wanaao Road | Kaelepulu Stream/Kawainui Stream/Kailua Beach |
| 394 Wanaao Road* | Kaelepulu Stream/Kawainui Stream/Kailua Beach |
| 1723 Lehua Street | Kalihi Stream |

Exhibit 2, Isaacs Reply Declaration                                035806

426 Kekau Place                    Nuuanu Stream

**\* Spill ongoing**.

    The State Department of Health has been notified of all spills.  Warning signs have, or will be posted in affected areas, which are undergoing sampling for contamination levels.

-30-

*Tuesday, January 06, 2004*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                        035807

file:///C|/Documents%20and%20Settings/Christopher%20...%20Spills/1%202&3-2004%20spill%20press%20release.htm (3 of 3) [6/19/2008 1:05:53 PM]

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

The City and County of **Honolulu** News and Events

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**Search:**

**Search:**

**You are here:**  **Main** / **Customer Services** / **Public Communications Division** / **Honolulu News Releases 2004** / **HEAVY RAINS CAUSE WASTEWATER OVERFLOWS**

Exhibit 2, Isaacs Reply Declaration                                     035808

**FOR IMMEDIATE RELEASE**
**January 2, 2004**

## HEAVY RAINS CAUSE WASTEWATER OVERFLOWS

### (Updated 8:30 p.m.)

Heavy rains were disrupting Oahu's wastewater system today (Friday, January 2), causing treated and raw sewage to overflow at the Waimanalo Wastewater Treatment Plant and untreated wastewater to back up from manhole covers in various parts of the island.

Unusually high and intense storm water inflow from heavy rainfall overloaded injection wells at the Waimanalo Wastewater Treatment Plant (located at 41-1060 Kalanianaole Highway) at 1:30 p.m., causing an undetermined amount of raw and treated wastewater to overflow onto the facility grounds and eventually into a drainage ditch that discharges into Puha Stream. The treated effluent had been processed at a high ("secondary") level, which uses sand filtration and sodium hypochlorite for disinfection.

The Waimanalo incident is continuing because of the ongoing rains, and an estimate of the spill will be released at a later date.

At 11:30 a.m., an earlier spill was reported in Nuuanu at 4265 Kekau Place, where a manhole was overflowing into Waolani Stream, which feeds into Nuuanu Stream. A City crew responded shortly after noon and the spill ended at 1:30 p.m. The spill was estimated at 3,600 gallons.

Overflowing manholes were also reported in Kalihi at 1723 Lehua Street and 1738 Palanene Place. The spills, which were reported at 12:30 p.m. and were continuing as of this report, were entering Kalihi Stream.

The State Department of Health was notified of all incidents. Warning signs have been, or will be posted along affected areas, which will also be sampled for contamination levels.

-30-

Exhibit 2, Isaacs Reply Declaration                                                    035809



**You are here:** Main / Customer Services / Public Communications Division / Honolulu News Releases 2004 / Work Continues On Ruptured Wastewater Line At Sand Island

**FOR IMMEDIATE RELEASE**
**March 8, 2004**

## WORK CONTINUES ON RUPTURED WASTEWATER LINE AT SAND ISLAND

The City continued its efforts today (March 8, 2004) to access a large, pressurized sewer main that ruptured Thursday, causing a wastewater spill estimated at two million gallons.

Two exploratory excavations were used to locate the force main and its alignment coming up from beneath the Honolulu Harbor entrance channel.  Interlocking steel sheet piles 30 and 50 feet in length and approximately four-feet wide were installed on either side of the ruptured pipe to hold back the surrounding soil and to help hold back the groundwater, which exists about five feet below ground surface.  The sheet piles extend about 40 feet on either side of the location where the water from the force main was coming up through the ground in the State Park.

Late Sunday, it was decided to use a process called "jet grouting," which will provide a leak-resistant system that will significantly reduce the amount of groundwater that would have to be pumped out of the excavation site.  The jet grout drill rig and its supporting equipment, including a tall bulk cement hopper, are being brought onto the site this afternoon.  Once treated with jet grout, the soil will sufficiently cure after five to seven days, holding back the groundwater so the pipe can be exposed and the problem in the pipe can be determined.  Possible causes for the break include corrosion, material stress failure, structural damage due to settlement of the pipe, or a combination of these factors.

The City has assembled a team of consultants to review the possible causes of the problem and to

Exhibit 2, Isaacs Reply Declaration                                                            035810

file:///C|/Documents%20and%20Settings/Christopher%20...es%20of%20Spills/3-9-2004%20SI%20outfall%20spill.htm (1 of 2) [6/19/2008 1:05:54 PM]

start identifying potential fixes that will be strong and durable enough to last many more years. This will take place while the jet grout cures. This will cut down the time of the actual pipe repair, and is aimed at getting the force main back into operation as soon as possible.

 For more information, contact City Environmental Services Director Frank Doyle at

692-5206.


-30-


*Monday, March 08, 2004*

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                035811

file:///C|/Documents%20and%20Settings/Christopher%20...es%20of%20Spills/3-9-2004%20SI%20outfall%20spill.htm (2 of 2) [6/19/2008 1:05:54 PM]



The City and County of **Honolulu** News and Events

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Quick Find:

Quick Find:

Search:

Search:

**You are here:** [Main](#) / [Customer Services](#) / [Public Communications Division](#) / [Honolulu News Releases 2004](#) / Wastewater Spill At Kailua Pump Station

**FOR IMMEDIATE RELEASE**
**May 20, 2004**

### <u>WASTEWATER SPILL AT KAILUA PUMP STATION</u>

City wastewater personnel are working to contain a sewage spill caused by a ruptured pressurized line at the Kukanono Wastewater Pump Station in Kailua.

The spill began at about 12 noon today (Thursday, May 20) on the grounds of the pump station at 705 Manu Oo Street and some of the wastewater has entered Kawainui Marsh.  The precise quantity, scope and cause of the spill is still being determined.  Although the spill is an area not generally accessible to the public, warning signs will be posted and the affected area will be sampled for analysis.

The State Department of Health has been notified of the incident.

-30-

*Thursday, May 20, 2004*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii
[Privacy Statement](#) | [Technical Support](#) | [Customer Service](#) | [Policy](#) | [Accessibility](#) | [Diversity Statement](#)

Exhibit 2, Isaacs Reply Declaration                                                035812

The City and County of **Honolulu**
News and Events

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** Main / Customer Services / Public Communications Division / Honolulu News Releases 2004 / Ewa Sewage Spill Stopped

## EWA SEWAGE SPILL STOPPED

A private contractor doing excavation outside a fence at the Ewa Beach Wastewater Pump Station accidentally broke a 30-inch pressurized sewer line today (Thursday, June 24), causing 3,150 gallons of sewage to spill before the leak was stopped by city workers.

The spill began at 9:30 a.m. at 91-690 Pohakupuna Road.  A backhoe operator from Frank Colluccio Construction Company, accidentally ruptured the line, sending the untreated wastewater into a nearby storm drain that empties into Ewa Beach.  The pump station was shut down temporarily and the spill was stopped at 11:15 a.m.

Warning signs are being posted along affected areas of the beach and also along public access paths to the beach.  Ocean waters at the scene are also being tested for contamination.

-30-

*Thursday, June 24, 2004*

© Copyright 2002-2006 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

Exhibit 2, Isaacs Reply Declaration                                         035813

file:///C|/Documents%20and%20Settings/Christopher%20Nuu...eb%20Notices%20of%20Spills/6-24-2004%20Ewa%20spill..htm [6/19/2008 1:05:55 PM]



You are here:  Main / Customer Services / Public Communications Division / Honolulu News Releases 2004 / New Ewa Sewage Leak Found and Stopped

**FOR IMMEDIATE RELEASE**
**June 25, 2004**

### NEW EWA SEWAGE LEAK FOUND AND STOPPED

Further excavation at the scene of a wastewater spill in Ewa yesterday (Thursday, June 24) uncovered another leak in the ruptured sewer line, raising the final estimate of the spill volume to 6,975 gallons.

The incident began yesterday morning when an employee of Frank Colluccio Construction Company doing excavation work outside a fence at the Ewa Beach Wastewater Pump Station punctured a 30-inch pressurized sewer line.  The spill, which entered a nearby storm drain leading to Ewa Beach, was believed to have been stopped at 11:15 a.m.

However, after further digging, additional sewage was discovered spilling into the ground from two one-inch holes in the pipe. This spill was stopped by 3:30 p.m., and the leak was subsequently sealed.

Warning signs have been posted along affected areas of Ewa Beach and also along public access paths to the beach.  Ocean waters at the scene are also being tested for contamination.  Affected ground areas have been disinfected.  The State Department of Health has been notified of the situation.

-30-

*Friday, June 25, 2004*

© Copyright 2002-2006 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

Exhibit 2, Isaacs Reply Declaration                                                                     035814

HECO Contractor Accidentally Causes Sewage Spill Near Sand Island Wastewater Treatment Plant , City and County of Honolulu

Case 1:04-cv-00463-DAE-BMK    Document 192-4    Filed 06/23/2008    Page 16 of 44

The City and
County of **Honolulu**
News and Events

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** **Main** / **Customer Services** / **Public Communications Division** / **Honolulu News Releases 2004** / HECO Contractor Accidentally Causes Sewage Spill Near Sand Island Wastewater Treatment Plant

**FOR IMMEDIATE RELEASE**
**July 22, 2004**


## HECO CONTRACTOR ACCIDENTALLY CAUSES SEWAGE SPILL NEAR SAND ISLAND WASTEWATER TREATMENT PLANT


A private contractor working for Hawaiian Electric Company inadvertently drilled into a 48-inch pressurized sewer line near the Sand Island Wastewater Treatment Plant (WWTP) this morning (Thursday, July 22), causing an estimated 20,000 gallons of untreated wastewater to spill into a nearby storm drain before the flow was diverted back into the wastewater treatment system.

The incident occurred at about 9:30 a.m. on the treatment plant property near the Parkway Wastewater Pump Station (WWPS).  The ruptured underground line leads from the Hart Street WWPS to the Sand Island WWTP.   The spilled wastewater in the storm drain did not enter Honolulu Harbor.

While the spill continues, the flow is being pumped to the Parkway WWPS.  Crews are working to ultimately divert the flow to an old force main, which will take about three days to reconnect.  The broken force main is expected to be repaired in two weeks.

The State Department of Health has been notified, and the area has been disinfected and deodorized.  Warning signs have been posted and sampling to check for contamination is underway.


-30-

Exhibit 2, Isaacs Reply Declaration                                      035815

file:///C|/Documents%20and%20Settings/Christopher%20...otices%20of%20Spills/7-22-04%20Sand%20Is%20spill.htm (1 of 2) [6/19/2008 1:05:56 PM]



**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** **Main** / **Customer Services** / **Public Communications Division** / **Honolulu News Releases 2004** / Wet Weather Continues To Cause Sewage Problems

**FOR IMMEDIATE RELEASE**
**February 27, 2004**

## WET WEATHER CONTINUES TO CAUSE SEWAGE PROBLEMS

Heavy rains continued to disrupt sewer systems on Oahu today (Friday, February 27), causing backups at manholes in Kailua and Waimalu, a sewage spill at a pump station in Aliamanu and even an overflow at the City's biggest treatment plant at Sand Island.

As of this report, Kaelepulu Stream and Kailua Bay were continuing to receive spilled sewage from the following sources:

- Two manholes at 394 Wanaao Road, which stopped spewing sewage yesterday, began backing up again at 12:10 p.m. today, spilling 200 gallons of raw sewage per minute;

- A manhole at 1060 Hele Street in Keolu Hills, which begin overflowing 25 gallons of sewage per minute beginning at 1:00 p.m.;

Exhibit 2, Isaacs Reply Declaration                                                    035816

- A manhole at the intersection of Keolu Drive and Hele Street, which began spilling wastewater at 4:30 p.m.

In Waimalu, a manhole at 98-156 Olepe Loop began overflowing at 12:15 p.m., sending 25 gallons of sewage per minute down a storm drain and into Pearl Harbor.

Meanwhile, the Aliamanu Wastewater Pump Station No. 1 resumed spilling sewage for the second day onto the Navy Marine Golf Course Driving Range. Today's spill, estimated at 25 gallons per minute, began at 4 p.m. and is ongoing.

Sewage also began overflowing at the Sand Island Wastewater Treatment Plant at 3 p.m. today, flooding the plant grounds but not entering public waters or Honolulu Harbor. The spillage occurred at the plant's "influent channel," where raw sewage is transported for further treatment after large solids have been removed from the wastewater entering the plant.

The State Department of Health has been notified of all incidents and warning signs have been posted in affected areas that are accessible to the general public. Affected public waters have been—or will be—tested for contamination.

People in areas by overflowing sewer manholes are advised to be cautious and avoid contact with puddles or ponding water.

-30-

.

Exhibit 2, Isaacs Reply Declaration                                           035817



**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:**  Main / Customer Services / Public Communications Division / 2005 / Wastewater Spills Into Nuupia Pond

**FOR IMMEDIATE RELEASE**
**January 10, 2005**

### WASTEWATER SPILLS INTO NUUPIA POND

A Hawaiian Electric Company (HECO) power outage, together with high winds and rains, disrupted power at the Kailua Regional Wastewater Treatment Plant (WWTP) early this morning (January 9), resulting in approximately 600,000 gallons of partially treated secondary wastewater effluent to overflow onto treatment plant grounds and spill into the Kaneohe Marine Corp Base Hawaii Naval Reservation's Nuupia Pond.

HECO power was unavailable from 12 midnight to 5:30 a.m., January 9. A malfunction to the facility's emergency power generation system resulted in the wastewater spillage condition to occur from 1:30 a.m. to 4:00 a.m. The spillage of partially treated secondary effluent did not undergo ultraviolet disinfection.

The Kailua WWTP is located at 95 Kaneohe Bay Drive. Pollution warning signs will be posted, and sampling will be done of receiving waters affected by the discharge. The State Department of Health has been notified of the incident.

-30-

*Monday, January 10, 2005*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

Exhibit 2, Isaacs Reply Declaration                                              035818



**You are here:**  Main / Customer Services / Public Communications Division / 2005 / Niu Sewage Spill Update

**FOR IMMEDIATE RELEASE**                    February 27, 2005
Release E-20

### <u>NIU SEWAGE SPILL UPDATE</u>

   After working through the night, city crews have completed repairs on a trouble-plagued sewage main in Niu that ruptured yesterday.

   They replaced a 20-foot section of the 16-inch force main.  The line has been tested and is again functioning. The trench that was dug  to allow access to the broken pipe was being filled in by 2 p.m.

   About 3,000 gallons of untreated wastewater spilled from the break yesterday. It was the third time this month that sewage spilled from a rupture in that pipe, which carries sewage from the Niu Wastewater Pumping Station under Kalanianaole Highway toward town.

   Sewage spills occurred in the same underground pipe twice earlier this month. On Feb. 2, a rupture occurred near the Niu pumping station, on the mauka side of the highway. On Feb. 14, another break occurred, on the makai side of the highway several hundred feet downstream.

   Yesterday's spill occurred near the Valentine's Day break. Collection System Maintenance Division officials said the cause again appeared to be corrosion cracks.

   Because of the earlier spills, the city has begun preparing plans to install a temporary surface bypass for the Niu main as well as a permanent underground replacement.

   Some of the spilled wastewater entered the storm drain system, which flows to the ocean. The state Health Department has been notified. Warning signs have been posted and shoreline waters will be tested.

Exhibit 2, Isaacs Reply Declaration                                                                 035819

For more information contact:

Mark Matsunaga, 352-1528

*Wednesday, March 02, 2005*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

Government | Kama'aina | Business | Visitors | Kids World | On-Line Services | Economic Development

Exhibit 2, Isaacs Reply Declaration                                                                          035820



**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** Main / Customer Services / Public Communications Division / Honolulu News Releases 2004 / Wet Weather Continues To Cause Sewage Problems

**FOR IMMEDIATE RELEASE**
**February 27, 2004**

### WET WEATHER CONTINUES TO CAUSE SEWAGE PROBLEMS

Heavy rains continued to disrupt sewer systems on Oahu today (Friday, February 27), causing backups at manholes in Kailua and Waimalu, a sewage spill at a pump station in Aliamanu and even an overflow at the City's biggest treatment plant at Sand Island.

As of this report, Kaelepulu Stream and Kailua Bay were continuing to receive spilled sewage from the following sources:

- Two manholes at 394 Wanaao Road, which stopped spewing sewage yesterday, began backing up again at 12:10 p.m. today, spilling 200 gallons of raw sewage per minute;

- A manhole at 1060 Hele Street in Keolu Hills, which begin overflowing 25 gallons of sewage per minute beginning at 1:00 p.m.;

Exhibit 2, Isaacs Reply Declaration                                                         035821

- A manhole at the intersection of Keolu Drive and Hele Street, which began spilling wastewater at 4:30 p.m.

In Waimalu, a manhole at 98-156 Olepe Loop began overflowing at 12:15 p.m., sending 25 gallons of sewage per minute down a storm drain and into Pearl Harbor.

Meanwhile, the Aliamanu Wastewater Pump Station No. 1 resumed spilling sewage for the second day onto the Navy Marine Golf Course Driving Range. Today's spill, estimated at 25 gallons per minute, began at 4 p.m. and is ongoing.

Sewage also began overflowing at the Sand Island Wastewater Treatment Plant at 3 p.m. today, flooding the plant grounds but not entering public waters or Honolulu Harbor. The spillage occurred at the plant's "influent channel," where raw sewage is transported for further treatment after large solids have been removed from the wastewater entering the plant.

The State Department of Health has been notified of all incidents and warning signs have been posted in affected areas that are accessible to the general public. Affected public waters have been—or will be—tested for contamination.

People in areas by overflowing sewer manholes are advised to be cautious and avoid contact with puddles or ponding water.

-30-

.

Exhibit 2, Isaacs Reply Declaration                                           035822

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

The City and
County of **Honolulu**
News and Events

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**Search:**

**You are here:** **Main** / **Customer Services** / **Public Communications Division** / **honnews06** / Wastewater Spill Reported At Lake Wilson

**FOR IMMEDIATE RELEASE**                    March 23, 2006

-

### WASTEWATER SPILL REPORTED AT LAKE WILSON

Last night's heavy rain is believed to have caused the spill of an estimated 700 gallons of untreated wastewater at the Wahiawa Wastewater Treatment Plant.

The spill occurred between 11:50 p.m. and 12:20 a.m., when heavy rain was falling in the area. The spilled wastewater is believed to have entered Lake Wilson.

The lake's waters are being sampled and warning signs are being posted as conditions allow. The State Health Department has been notified.

The public is advised to avoid the waters of Lake Wilson as well as Lower Kaukonahua Stream, into which the lake flows.

Exhibit 2, Isaacs Reply Declaration                                        035823

-30-

**Contact:**

Ross Tanimoto, ENV, 692-5371

Mark Matsunaga, 527-5767

*Thursday, March 23, 2006*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                      035824



Government | Kama'aina | Business | Visitors | Kids World | On-Line Services | Economic Development

**Quick Find:**

**Quick Find:**

Search:

Search:

**You are here:** Main / Customer Services / Public Communications Division / honnews06 / Rains Cause Windward Sewage Spills

**FOR IMMEDIATE RELEASE**                    March 31, 2006

-

### RAINS CAUSE WINDWARD SEWAGE SPILLS

The City Department of Environmental Services is working to halt two sewage spills caused by today's heavy rains.

An unknown amount of untreated wastewater spilled from a main that feeds the Kaneohe Pretreatment Facility and entered Kaua Stream, which flows into Kaneohe Bay. That spill is ongoing.

A spill at the state-owned Waimanalo Wastewater Treatment Plant also continues. That began overnight, as partially treated wastewater overwhelmed the saturated ground around the plant's injection wells. By mid-morning, an estimated 36,000 gallons had spilled. Runoff from the heavy rains at midday – the National Weather Service recorded 2.67 inches in Waimanalo between noon and 1 p.m. – flooded the entrance to the plant, and caused an unknown amount of untreated wastewater to escape from the plant inlet.

The state Department of Health has been notified about both spills. Warning signs are being posted and water samples are being collected. The public is advised to avoid the affected waters.

In related news, the Air Force has closed Bellows Beach Park for the weekend due to flooding and other factors. The park is normally open to the public on weekends.

The heavy rains also closed Hanauma Bay, the Honolulu Zoo, Foster Botanical Garden, the Kaneohe District Park swimming pool and all City golf courses except Kahuku.

-30-

**Contact:**

Mark Matsunaga, 527-5767

Exhibit 2, Isaacs' Reply Declaration                    035825

Bill Brennan, 527-6928

*Monday, April 03, 2006*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                        035826

file:///C|/Documents%20and%20Settings/Christopher%20N...0of%20Spills/3-29-2006%20spill%20press%20release.html (2 of 2) [6/19/2008 1:06:04 PM]



Government | Kama'aina | Business | Visitors | Kids World | On-Line Services | Economic Development

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** Main / Customer Services / Public Communications Division / honnews06 / Rains Cause Windward Sewage Spills

**FOR IMMEDIATE RELEASE**                    March 31, 2006

<u>RAINS CAUSE WINDWARD SEWAGE SPILLS</u>

The City Department of Environmental Services is working to halt two sewage spills caused by today's heavy rains.

An unknown amount of untreated wastewater spilled from a main that feeds the Kaneohe Pretreatment Facility and entered Kaua Stream, which flows into Kaneohe Bay. That spill is ongoing.

A spill at the state-owned Waimanalo Wastewater Treatment Plant also continues. That began overnight, as partially treated wastewater overwhelmed the saturated ground around the plant's injection wells. By mid-morning, an estimated 36,000 gallons had spilled. Runoff from the heavy rains at midday – the National Weather Service recorded 2.67 inches in Waimanalo between noon and 1 p.m. – flooded the entrance to the plant, and caused an unknown amount of untreated wastewater to escape from the plant inlet.

The state Department of Health has been notified about both spills. Warning signs are being posted and water samples are being collected. The public is advised to avoid the affected waters.

In related news, the Air Force has closed Bellows Beach Park for the weekend due to flooding and other factors. The park is normally open to the public on weekends.

The heavy rains also closed Hanauma Bay, the Honolulu Zoo, Foster Botanical Garden, the Kaneohe District Park swimming pool and all City golf courses except Kahuku.

-30-

**Contact:**

Mark Matsunaga, 527-5767

Exhibit 2, Isaacs' Reply Declaration                                035827

Bill Brennan, 527-6928

*Monday, April 03, 2006*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                      035828

file:///C|/Documents%20and%20Settings/Christopher%2...20of%20Spills/3-31-2006%20Kaneohe%20PTF%20spill.htm (2 of 2) [6/19/2008 1:06:05 PM]

The City and
County of **Honolulu**
News and Events

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**FOR IMMEDIATE RELEASE**                    March 3, 2006

## WINDWARD FLOODING CAUSES
## EIGHT WASTEWATER SPILLS

The Department of Environmental Services responded to eight wastewater spills in Windward Oahu this morning, all of them caused by runoff from the heavy rains and flooding that overwhelmed City facilities.

"The volume of water from the overnight rains overwhelmed our wastewater system in several spots in Windward Oahu," said Eric Takamura, director of Environmental Services. "That was despite a maximum effort by our crews who worked through the night, using 10 pumper trucks, to try to remove runoff that had flooded the system. That effort is still continuing as runoff continues to enter the system."

- Kaneohe Pre-Treatment Facility on Kualauli Street. An estimated 102,000 gallons of untreated wastewater spilled between 4:15 a.m. and 1:30 p.m. today and reached Kaneohe Bay.

- Kailua Regional Wastewater Treatment Plant on Kaneohe Bay Drive. An estimated 1,000 gallons of untreated wastewater spilled and overflowed a basin on the plant grounds, into Nuupia Pond between 3:30 and 3:40 a.m.

- Waimanalo Wastewater Treatment Plant on Kalanianaole Highway. An estimated 15,230 gallons of treated wastewater spilled from injection wells and entered a gully that leads to the ocean near Bellows and Waimanalo beach about 5:15 a.m.

- Intersection of Keolu Drive and Hele Street in Enchanted Lake. An estimated 31,320 gallons of untreated wastewater spilled from a manhole between 4:30 and 8:50 a.m.  The spilled wastewater

Exhibit 2, Isaacs Reply Declaration                                             035829

entered a storm drain that empties into Kaelepulu Marsh, which empties into Kailua Bay.

- The 46-100 block of Nahiku Street in Kaneohe. An estimated 9,600 gallons of untreated wastewater overflowed from a manhole between 8:07 and 10:15 a.m. The spill is believed to have reached the waters of Kaneohe Bay.

- Punawai Sewage Pumping Station on Halaulani Street in Kaneohe. An estimated 9,875 gallons of untreated wastewater spilled between 2:15 and 8:50 a.m. and nearby waters.

- Waikalua near the Kaneohe Civic Center. An estimated 400 gallons of untreated wastewater  spilled from a manhole between 7:20 and 7:30 a.m.  Most of it entered a storm drain that leads to Kaneohe Bay.

- A manhole at 46-046 Lilipuna Road in Kaneohe. An estimated 8,925 gallons of untreated wastewater entered a storm drain that leads to Kaneohe Bay between 9:05 and 10:30 a.m.

The state Department of Health was notified about each spill. Warning signs have posted along Waimanalo and Bellows beach, Kailua Beach and Kaneohe Bay as well as some of the bodies of water leading to them. Water samples are being taken.

The public is advised to avoid the affected areas, heed the warning signs and stay out of the water.

City crews are still at some of the scenes and will stay  on or return tomorrow for cleanup as needed.

-30-

**Contact:**

Bill Brennan, 527-6928

Mark Matsunaga, 527-5767

*Friday, March 03, 2006*

© Copyright 2002-2006 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                                035830

file:///C|/Documents%20and%20Settings/Christopher%20N...20of%20Spills/3-3-2006%20spill%20press%20release.html (2 of 2) [6/19/2008 1:06:05 PM]



**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** Main / Customer Services / Public Communications Division / honnews06 / Wastewater Spill Reported At Hoomaluhia Botanical Garden

**FOR IMMEDIATE RELEASE**                     March 7, 2006

## WASTEWATER SPILL REPORTED AT HOOMALUHIA BOTANICAL GARDEN

A City Department of Environmental Services crew responded to a wastewater spill at Hoomaluhia Botanical Garden in Kaneohe that appeared to have been rain runoff overflowing from a sewer line that was blocked by tree roots.

A manhole near the park's second gate was reported overflowing about 7 a.m. A Collection System Maintenance Division crew responded and found the 6-inch line blocked by roots. An estimated 7,500 gallons spilled before the roots were cleared by 9:35 a.m.

"What was coming out was very clear water," said Lori Kahikina-Moniz, assistant chief of the Collection System Maintenance Division. "The sewer line serves Hoomaluhia's comfort station. There's only one family camping there, and it's unlikely they could have generated that much wastewater. It was more likely runoff that infiltrated the line and couldn't drain away because of the root blockage."

Some of the spilled water is believed to have entered nearby Kamooalii Stream. Warning signs have been posted and water samples were taken. The state Department of Health has been notified. The public is advised to avoid affected areas.

-30-

**Contact:**

Lori Kahikina-Moniz, assistant chief, Collection System Maintenance Division, 768-7220

Exhibit 2, Isaacs Reply Declaration                                        035831

file:///C|/Documents%20and%20Settings/Christopher%20N...20of%20Spills/3-7-2006%20spill%20press%20release.html (1 of 2) [6/19/2008 1:06:06 PM]

Mark Matsunaga, 527-5767

*Wednesday, March 08, 2006*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                        035832

The City and
County of **Honolulu**
News and Events

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** **Main** / **Customer Services** / **Public Communications Division** / **honnews06** / **Partial Treatment Bypass Reported At Honouliuli Wastewater Treatment Plant**

**FOR IMMEDIATE RELEASE**                July 20, 2006

-

-

## PARTIAL TREATMENT BYPASS REPORTED
## AT HONOULIULI WASTEWATER TREATMENT PLANT

The bottom of a fiberglass trough inside a clarifier at the Honouliuli Wastewater Treatment Plant failed yesterday (Wednesday, July 19, 2006) afternoon, resulting in less-than-full treatment of nearly 600,000 gallons of wastewater that was discharged from the Barbers Point outfall.

About 12 feet of the bottom of the trough, called a "launder," in the No. 4 clarifier cracked and buckled about 2 p.m. That resulted in an estimated 597,524 gallons of partially treated wastewater being discharged before all of the solids in it had settled to the bottom of the clarifier. Much of the discharge was diluted with effluent that had received secondary treatment before it all left the outfall.

The flow into the No. 4 clarifier was stopped and diverted to another clarifier by 2:45 p.m.

The outfall is more than 2 miles offshore, at a depth of 200 feet, so the bypass is expected to have negligible effects on the environment.

The Department of Health and Environmental Protection Agency have been notified.

-30-

**Contact:**

Mark Matsunaga, 527-5767

*Thursday, July 20, 2006*
    Exhibit 2, Isaacs Reply Declaration                                                035833



**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** Main / Customer Services / Public Communications Division / honnews06 / **City Responds To Storm Warning; Runoff Causes Another Wastewater Spill**

**FOR IMMEDIATE RELEASE**                    November 1, 2006

### CITY RESPONDS TO STORM WARNING;
### RUNOFF CAUSES ANOTHER WASTEWATER SPILL

City buses that would normally use the Pali Highway will continue to be diverted to Likelike Highway tomorrow morning, whether the state clears the highway of mudslides overnight or not, City Transportation Services officials decided tonight. The affected routes are 55, 56, 57 and 65.

The highway was closed in both directions today because of slides near the tunnels and near Castle Junction. The closure and the rain caused lengthy delays in pau hana traffic.

City agencies spent the day responding to flooding and related problems on Oahu and were standing by to respond to heavy rains initially forecast for this evening. With the worst of the rain apparently over, the Oahu Civil Defense Agency's Emergency Operations Center has been deactivated.

The Department of Facility Maintenance helped remove water from three homes in Kaaawa that flooded this evening. Tonight's Manoa Neighborhood Board meeting was cancelled.

The rains that fell on an already-saturated Windward Oahu caused another wastewater spill at the City's Kaneohe Pretreatment Facility this afternoon following three spills there this morning.

A heavy influx of runoff caused an estimated 4,200 gallons of untreated wastewater to overflow from two manholes at the plant between 1:30 and 3:30 p.m. At least some of the wastewater entered nearby Kaua Stream, which leads into Kaneohe Bay.

The state Department of Health has been notified. Water samples are being collected and warning signs are being posted. The public is advised to heed the signs and avoid affected areas.

The Health Department requires that all spills of more than 1,000 gallons and any that reach public waters must be publicly reported.

-30-

**Contact:**     Exhibit 2, Isaacs Reply Declaration                    035834

Bill Brennan, 527-6928

Mark Matsunaga, 527-5767

*Thursday, November 02, 2006*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                     035835



**FOR IMMEDIATE RELEASE**                    November 2, 2006

## RAIN CAUSES MORE WASTEWATER SPILLS

Runoff from heavy rain in the Koolaus today caused three more wastewater spills, including another one at the City's Kaneohe Pretreatment Facility, where untreated wastewater also overflowed yesterday.

Heavy downpours at mid-day resulted in an estimated 18,225 gallons of untreated wastewater -– much of it runoff that infiltrated the sewer system – to overflow from two manholes in the Kaneohe facility between noon and 3:15 p.m.

In addition, an estimated 6,750 gallons of untreated wastewater overflowed from a manhole on Lilipuna Road and into Kaneohe Bay between 11:45 a.m. and 2 p.m. today. An estimated 1,200 gallons overflowed from that same manhole yesterday.

"Several days of heavy rains not only saturate the earth, but leave our wastewater system vulnerable to being overwhelmed by additional runoff," said Ken Shimizu, deputy director of Environmental Services.

National Weather Service preliminary data indicates 3.41 inches of rain fell at Ahuimanu and 3.98 inches at Luluku between 2 p.m. yesterday and 2 p.m. today.

In addition to the Kaneohe spills, Environmental Services crews responded to:

- Wastewater overflowing from a manhole in the Dowsett area of Nuuanu, near 3058 Pali Highway. An estimated 920 gallons spilled between 12:48 and 2:20 p.m. and were washed into nearby drainage systems that lead to Nuuanu Stream. Response crews found a 12-inch sewer main blocked by roots and rags.
- Two homeowner complaints about wastewater spills in Kailua that turned out to be simply runoff from the rainstorm. Department of Facility Maintenance pump trucks removed the standing

Exhibit 2, Isaacs Reply Declaration*                                                    035838

file:///C|/Documents%20and%20Settings/Christopher%20N...tices%20of%20Spills/11-1-2006-%20Lilipuna%20spill.htm (1 of 2) [6/19/2008 1:06:08 PM]

water.

The state Department of Health has been notified about each of the spills. Warning signs have been posted and water samples are being collected from the affected bodies of water. The public is advised to heed the warning signs and stay away from affected areas.

-30-

**CONTACT:**

Ross Tanimoto, Chief, Environmental Services Monitoring & Compliance Branch, 692-5371

*Thursday, November 02, 2006*

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                                035837



**You are here:**  Main / Customer Services / Public Communications Division / honnews06 / **Crack Found In Beachwalk Force Main; Sewage Diverted To Emergency Bypass**

**FOR IMMEDIATE RELEASE**                    November 21, 2006

## CRACK FOUND IN BEACHWALK FORCE MAIN;
## SEWAGE DIVERTED TO EMERGENCY BYPASS

The emergency bypass sewage system that was installed in Waikiki this summer will be placed into operation by 1 p.m. today to allow crews to repair a crack discovered this morning in the Beachwalk force main.

"When we launched the emergency bypass project in May, I announced that it was the City's top priority," said Mayor Mufi Hannemann. "Now we can see why. Had we not already installed the emergency pumps and pipes, we'd be facing another crisis today."

The crack was discovered by crews that were excavating around the 42-inch reinforced concrete pipe, near the Beachwalk pump station, on Kuhio Avenue at Kaiolu Street. The crack is about 3 feet long around the circumference of the pipe, and 4 inches wide.

"The small amount of wastewater that escaped when the main was exposed has been contained within the pit," said Craig Nishimura, deputy director of the Department of Design and Construction. "Fortunately the emergency bypass is already in place, and we're putting that into service now so we can get on with repairs and completing the bypass."

An estimated 15,000 gallons of wastewater escaped into the pit and was pumped back into the pump station, in what is classified as a contained spill.

In order for repairs to be performed, wastewater that normally would go through the pump station and force main will be diverted to the emergency bypass system, which consists of a series of pumps and temporary plastic pipes along the Ala Wai Canal.

Exhibit 2; Isaacs Reply Declaration                                                     035838

The Beachwalk force main was built in 1964, more than 40 years ago, to carry almost all of the wastewater from Waikiki and several surrounding neighborhoods under pressure toward the next pump station at Ala Moana and ultimately to the Sand Island Wastewater Treatment Plant.

The Beachwalk force main ruptured in March after weeks of heavy rain, and because there was no alternate or backup at the time, the City was forced to divert 48 million gallons of untreated wastewater into the Ala Wai Canal.

The City immediately went to work on the Beachwalk Wastewater Emergency Bypass project, just in case the force main broke again.

That project is more than half-completed, with the installation of the emergency pumps and temporary pipes, including a section that's submerged in the bottom of the canal. Phase two of the project involves reinforcing the soil under Kaiolu Street with a process called jet grouting, and then installing two permanent underground pipes to replace the existing force main. Those pipes will be installed using a process called microtunneling, drilling horizontally from a pit on the mauka side of the Ala Wai Canal under the canal and Kaiolu Street to the Beachwalk pump station.

The crew that found the crack in the force main was excavating a pit in preparation for removing and replacing a section of the existing force main, just outside the Beachwalk pump station. That work was scheduled to begin next week, and would have required diverting wastewater to the emergency bypass in any event.

"We'll just move up our timetable on that particular job," said Nishimura.

The emergency bypass is expected to be in operation for two months, he said.

The state Department of Health has been notified. Water samples are being collected along the Ala Wai to ensure no spill goes undetected. That's part of a monitoring plan for the emergency bypass operation.

For more on the Beachwalk Wastewater Emergency Bypass project, see the website at www. beachwalkbypass.com or call the project hotline at 808-203-5777.

-30-

**Media contact:**

Craig Nishimura, Deputy Director of Design and Construction, 523-4716

Jim McCoy, Hoakea Communications, 543-8374

*Tuesday, November 21, 2006*

© Copyright 2002-2006 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

Exhibit 2, Isaacs Reply Declaration                                                                 035839

The City and County of **Honolulu**
News and Events

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** **Main** / **Customer Services** / **Public Communications Division** / **honnews06** / Ala Wai Warning Signs Come Down

**FOR IMMEDIATE RELEASE**                    November 22, 2006
-
-

## ALA WAI WARNING SIGNS COME DOWN

-

City crews are removing warning signs along the Ala Wai Canal and Ala Moana that were posted yesterday in the wake of a minor spill of untreated wastewater that occurred during the switchover to the Beachwalk wastewater emergency bypass system.

When the transfer occurred shortly before 1 p.m., an estimated 500 to 800 gallons spilled from a bleeder valve that a contractor had left partially open. An unknown portion of that entered the canal on the mauka bank.

City crews posted 173 warning signs along the canal, the Ala Wai Yacht Harbor and portions of Magic Island, and warned surfers and canoe paddlers.

As part of the procedures for transferring Waikiki's sewage to the emergency bypass system, water samples were collected from various points in the canal before and after the transfer. And results of overnight laboratory tests today indicated no appreciable rise in bacteria counts in the canal or offshore. In fact, bacteria levels in the morning samples were higher than the ones taken in the afternoon, after the spill occurred.

The state Department of Health reviewed those results this afternoon and instructed the City to remove the warning signs.

The switch to the emergency bypass system occurred after a crack was found earlier today in the 42-year-old Beachwalk force main.  That discovery led the City to divert wastewater from Waikiki and nearby neighborhoods to the emergency bypass system. That series of temporary pumps and pipes was installed after a break in the Beachwalk force main in March forced the City to divert sewage into the Ala Wai for

Exhibit 2, Isaacs Reply Declaration                                                035840

five days.

-30-

**CONTACT:**

Ross Tanimoto, Chief, Environmental Services Monitoring & Compliance Branch, 692-5371

*Wednesday, November 22, 2006*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii

Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                                035841

file:///C|/Documents%20and%20Settings/Christopher%2...REPLY/Web%20Notices%20of%20Spills/11-22-2006%20.htm (2 of 2) [6/19/2008 1:41:22 PM]



**Quick Find:**

**Quick Find:**

**Search:**

**Search:**

**You are here:** Main / Customer Services / Public Communications Division / Honolulu News Releases 2004 / Overflow Stopped At Kalihi Manhole

**FOR IMMEDIATE RELEASE**
**November 22, 2004**

## OVERFLOW STOPPED AT KALIHI MANHOLE

Grease blocking a sewer line caused wastewater to overflow from a manhole behind Kuhio Park Terrace and enter Kalihi Stream last night (Sunday, November 21).

City crews arrived at 9:15 p.m. at the site, which is located on State of Hawaii property adjacent to 1506 Amelia Street, and stopped the spill by 11:30 p.m. Approximately 2,000 gallons of untreated wastewater entered Kalihi Stream, which discharges into Keehi Lagoon.

The spill site was cleaned and disinfected. Warning signs are being posted along affected areas and affected waters have been tested for contamination. The State Department of Health was notified of the incident.

For more information, call 523-4423.

-30-

*Monday, November 22, 2004*

---

© Copyright 2002-2006 City and County of Honolulu, Hawaii
Privacy Statement | Technical Support | Customer Service | Policy | Accessibility | Diversity Statement

Exhibit 2, Isaacs Reply Declaration                                    035842

City

**Government** | **Kama'aina** | **Business** | **Visitors** | **Kids World** | **On-Line Services** | **Economic Development**

Exhibit 2, Isaacs Reply Declaration                                                     035843