**FILE COPY**

EMC06-327

November 14, 2006

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Wastewater Branch
919 Ala Moana Boulevard, Room 309
Honolulu, Hawaii 96814-4920

Dear Dr. Fukino:

Subject:    Spill Out From Shoreline Easement Sewer Manhole at 45-046 Lilipuna Road
            Kailua Regional Waste Water Treatment Plant (WWTP)
            NPDES Permit No. HI 0021296

    Pursuant to Part I, 1. Reporting Requirements, Para 2. Noncompliances and Other
Incidents, Subsection a. Immediate Reporting, Item (2) Sewage Spill, we present the required
information in accordance with Subsection I. 1. 2.c., Written Submission. The five-day written
report waiver was granted by Ms. Ann Teruya of the State Department of Health Clean Water
Branch (DOH CWB) to Mr. Curtis Chun on November 3, 2006, at 10:04 a.m.

| | |
|---|---|
| **1. DESCRIPTION:** | On two (2) consecutive days, approximately 8,700 gallons of untreated wastewater spilled out from a shoreline easement sewer manhole (asset ID139898) at 45-046 Lilipuna Road and entered into Kaneohe Bay (receiving waters). The spill resulted from wet weather flows. |
| **2. DATES AND DURATION:** | The spill occurred between 1:55 p.m. and 3:00 p.m. on November 1, 2006, and again on November 2, 2006, between 11:45 a.m. and 2:00 p.m. The spill durations were, 1 hour and 5 minutes, and 2 hours and 15 minutes, respectively. The spill volumes were 1,950 gallons and 6,750 gallons, respectively. |
| **3. CAUSE:** | The cause of the spill was a lack of conveyance capacity during high wet weather flow. This is a recurrent wet weather spill discharge point. It is due to capacity loss from seawater and rainwater infiltration and inflow into the sewer pipe. |

CCH012287

Chiyome L. Fukino, M.D.
November 14, 2006
Page Two

4. **VERBAL REPORT:** Mr. Ray Kama telephoned Ms. Jamie Tanimoto from the DOH CWB on November 1, 2006, at approximately 10:50 a.m. and again on November 2, 2006, at 2:15 p.m. detailing attributes of the spill event.

5. **REMEDIAL MEASURES:** A news release (see attached) was issued on November 2, 2006. The easement area is inaccessible by service vehicle disallowing wastewater capture. The area was disinfected for each separate spill event. Signs were posted by 3:40 p.m. on November 1, 2006 (see attached sign posting map). Sampling commenced November 1, 2006 (see monitoring map attached). Mr. Chun obtained Mr. Watson Okubo of the DOH CWB concurrence to disestablish signing and to stop sampling on November 6, 2006, at 12:59 p.m. Signs were disestablished by 2:25 p.m. on November 6, 2006. Sampling results are attached to this report.

Long-term remedial action is to stop the seawater infiltration. Sealing out the infiltration by lining the sewerage, including laterals, will be completed before 2020.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If there are any questions related to this matter, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at (808) 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachments:  News Release
Sign Posting Map
Monitoring Map
Sampling Results

EST/CC:kn

CCH012288

 

# NEWS RELEASE

CITY AND COUNTY OF HONOLULU

**FOR IMMEDIATE RELEASE**                                    November 2, 2006

### MORE RAIN CAUSES WINDWARD WASTEWATER SPILLS

Runoff from heavy rain in the Koolaus today caused three more wastewater spills, including another one at the City's Kaneohe Pretreatment Facility, where untreated wastewater also overflowed yesterday.

Heavy downpours at mid-day resulted in an estimated 18,225 gallons of untreated wastewater – much of it runoff that infiltrated the sewer system – to overflow from two manholes in the Kaneohe facility between noon and 3:15 p.m.

In addition, an estimated 6,750 gallons of untreated wastewater overflowed from a manhole on Lilipuna Road and into Kaneohe Bay between 11:45 a.m. and 2 p.m. today. An estimated 1,200 gallons overflowed from that same manhole yesterday.

"Several days of heavy rains not only saturate the earth, but leave our wastewater system vulnerable to being overwhelmed by additional runoff," said Ken Shimizu, deputy director of Environmental Services.

National Weather Service preliminary data indicates 3.41 inches of rain fell at Ahuimanu and 3.98 inches at Luluku between 2 p.m. yesterday and 2 p.m. today.

In addition to the Kaneohe spills, Environmental Services crews responded to:

- Wastewater overflowing from a manhole near 3058 Pali Highway. An estimated 920 gallons spilled between 12:48 and 2:20 p.m. and were washed into nearby drainage systems that lead to Nuuanu Stream. Response crews found a 12-inch sewer main blocked by roots and rags.
- Two homeowner complaints about wastewater spills in Kailua that turned out to be simply runoff from the rainstorm. Department of Facility Maintenance pump trucks removed the standing water.

The state Department of Health has been notified about each of the spills. Warning signs have been posted and water samples are being collected from the affected bodies of water. The public is advised to heed the warning signs and stay away from affected areas.

-30-

**CONTACT:**
Ross Tanimoto, Chief, Environmental Services Monitoring & Compliance Branch, 692-5371

Exhibit 3, Isaacs Reply Declaration

CCH012289

# Sampling Results

| Enterococcus Bacterial Counts / 100 mL | | |
|---|---|---|
| Date | Ka Hanahou Circle | Mahalani Circle |
| 11/02/2006 | est. 710 | est. 8,900 |
| 11/03/2006 | 88 | 60 |
| 11/04/2006 | 110 | <30 |
| 11/05/2006 | 21 | 10 |
| 11/06/2006 | 5 | 10 |
| Clostridium Perfringens Counts / 100 mL | | |
| Date | Ka Hanahou Circle | Mahalani Circle |
| 11/02/2006 | 5 | 220 |
| 11/03/2006 | <0.7 | <3 |
| 11/04/2006 | 0.7 | <1 |
| 11/05/2006 | <0.7 | 3 |
| 11/06/2006 | <1 | 1 |

CCH012292

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 07-231

November 9, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California 94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
1250 Punchbowl Street
Honolulu, Hawaii 96813

Gentlemen and Dr. Fukino:

Subject:    Noncompliance Report
Collection System Spill at 98-156 Olepe Loop, Aiea on November 4, 2007
Honouliuli Wastewater Treatment Plant Tributary
Honouliuli WWTP, NPDES Permit No. HI 0020877

In accordance with the STANDARD PROVISIONS & REPORTING REQUIREMENTS of the subject permit, the City and County of Honolulu (City) is submitting this initial noncompliance with the best information available at this time. An updated report will be submitted following termination of receiving monitoring.

| | |
|---|---|
| **1. DESCRIPTION:** | Upon arriving at the site at approximately 9:30 a.m., on November 4, 2007, City personnel on a response call to a nearby storm water pumping station, observed evidence that a spill had occurred from a sewer manhole (Asset ID599515, referred to as manhole #1) based on its displaced manhole cover and surrounding grease. He also noted there was a small overflow from a nearby sewer manhole (Asset ID599546). |
| **2. DATE AND DURATION:** | The duration of the spill is estimated to be at least two (2) hours. The date of the spill is November 4, 2007. |
| **3. CAUSE:** | The cause of the spill is being determined. |

Exhibit 3, Isaacs Reply Declaration

CCH012068

Regional Administrator, EPA
Chiyome L. Fukino, M.D.
November 9, 2007
Page Two

| | | |
|---|---|---|
| **4. VERBAL REPORT:** | | Fax notification of the spill was made by Mr. Curtis Chun to State Department of Health, Clean Water Branch (DOH CWB) on November 4, 2007. Verbal notification of the event to Ms. JoAnn Cola of EPA was made by Ms. Lesley Toyota on November 5, 2007, at approximately 8:07 a.m., and by Mr. Cleveland Jaramilla on November 6, 2007, at approximately 10:01 a.m. |
| **5. REMEDIAL ACTION:** | | A news release was issued on November 4, 2007 (see attached news release). Receiving water monitoring was initiated at two (2) locations (see attached map). Eight (8) spill warning signs were posted downstream of the spill location (see attached map). Attached are the Bacteria monitoring data from November 4 to November 8, 2007. |
| **6. Mitigative Action** | | The spill location was cleaned of debris and disinfected. |

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Should you have questions, please contact Lesley Toyota at (808) 768-3254 or Cleveland Jaramilla at (808) 768-3253 of our Monitoring and Compliance Branch, Division of Environmental Quality.

Sincerely,

Eric S. Takamura, Ph.D., P.E
Director

Attachments:  News Release
Sampling Results
Spill Monitoring Map
Sign Posting Map

bcc:  CSM
WTD

EST/CJ:kn

 **NEWS RELEASE**



**ENVIRONMENTAL SERVICES DEPARTMENT**

CITY AND COUNTY OF HONOLULU

**FOR IMMEDIATE RELEASE**                                    November 4, 2007

### HEAVY RAIN CAUSES WASTWATER PROBLEMS

Heavy rains caused a spill of 5,000 gallons of wastewater early this morning from the Wahiawa Waste Water Treatment Plant into the reservoir.

Environmental Services Department personnel responded by readying portable equipment to accommodate the flow at the wastewater facility.

The City contacted the state Department of Health. Warning signs were posted and sampling and monitoring were initiated.

In addition, man holes at Hele Street and Keolu Drive in Kailua were reported to be overflowing wastewater into the storm drain system at mid morning. Signing and sampling were mobilized and the state Department of Health was notified. Another manhole on Olepe Loop in Waimalu was overflowing wastewater into the storm drain system that enters Pearl Harbor waters. Warning signs and sampling were undertaken.

Environmental Service Department crews and the Honolulu Fire Department pumped down floodwaters in the Lanikai area to reduce the risk of people opening manholes to drain floodwaters.

-30-

Contact:
Bill Brennan, 527-6928

-30-

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-045

February 28, 2007

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii 96814-4920

Dear Dr. Fukino:

Subject:     Spill Report
             801 Halekauwila Street Sewer Manhole Overflow into Kewalo Basin
             Sand Island WWTP, NPDES No. HI 0020117

Following the reporting requirements of the subject permit, we submit details of the noncompliant event. Ms. Ann Teruya from the State Department of Health, Clean Water Branch (DOH CWB) waived the five-day reporting requirement to Mr. Curtis Chun on February 12, 2007, at 8:28 a.m.

| | |
|---|---|
| **1. DESCRIPTION:** | 960 gallons of untreated wastewater overflowed out of a sewer manhole (asset ID342056) at 801 Halekauwila Street, and into the storm drain system, of which, a portion drained into receiving waters at Kewalo Basin (see attached drainage map). The downstream terra cotta 6-inch main sewer (asset ID344967), installed in 1897, developed a grease impaction that caused the backup (see attached sewerage map). |
| **2. DATE AND DURATION:** | On February 11, 2007, approximately between 9:06 a.m. and 9:54 a.m., for a duration of 48 minutes, 960 gallons overflowed from sewer manhole (asset ID342056). 200 gallons was successfully retrieved from the storm drain system and returned into the sewer system. |
| **3. CAUSE:** | Impacted grease accumulation in main sewer (asset ID344967) caused the backup. |
| **4. VERBAL REPORT:** | On February 12, 2007, at 8:28 a.m., Mr. Chun verbally informed details of the untreated wastewater spill to Ms. Teruya of the DOH CWB. |

Exhibit 3, Isaacs Reply Declaration

Chiyome L. Fukino, M.D.
February 28, 2007
Page Two

**5. REMEDIAL MEASURES:**   Warning signs were posted along the waterway and water body embankments accessible by the public, by 2:50 p.m., February 11, 2007. Water quality samples were taken commencing February 11, 2007 (see attached signing and monitoring maps). Monitoring locations were revised to suit dispersive conditions. A news release was issued on February 11, 2007 (see attached news release). Spill response details, maps of the sign posting and water quality sampling, and the water quality sample results were communicated to the DOH CWB by phone, fax, and email as soon as they were available (see attached sampling results). Mr. Watson Okubo of the DOH CWB authorized the removal of warning signs and cessation of sampling on February 12, 2007, at 5:07 p.m. All signs were removed by February 13, 2007, at 9:15 a.m.

Reviews are underway to address the area's grease problem. There are only four (4) sewer laterals that contribute wastewater to the sewer manhole that overflowed.

I certify under penalty of law that this document was prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachments:   Drainage Map
Sewerage Map
Signing Map
Monitoring Map
News Release
Sampling Results

bcc:   CSM, Florendo Juan (w/attach.)
WQL, Ken Tenno (w/attach.)
RC, Milton Iha (w/attach.)
ENV, Jack Pobuk (w/attach.)
EST/CC:kn

CCH012223

5.  REMEDIAL MEASURES:    Warning signs, were posted along the waterway and water body embankments accessible by the public, by 2:50 p.m., February 11, 2007. Water quality samples were taken commencing February 11, 2007 (see attached signing and monitoring maps). Monitoring locations were revised to suit dispersive conditions. A news release was issued on February 11, 2007 (see attached news release). Spill response details, maps of the sign posting and water quality sampling, and the water quality sample results were communicated to the DOH CWB by phone, fax, and email as soon as they were available (see attached sampling results). Mr. Watson Okubo of the DOH CWB authorized the removal of warning signs and cessation of sampling on February 12, 2007, at 5:07 p.m. All signs were removed by February 13, 2007, at 9:15 a.m.

Reviews are underway to address the area's grease problem. There are only four (4) sewer laterals that contribute wastewater to the sewer manhole that overflowed.

I certify under penalty of law that this document was prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachments:  Drainage Map
              Sewerage Map
              Signing Map
              Monitoring Map
              News Release
              Sampling Results

bcc:  CSM, Florendo Juan (w/attach.)
      WQL, Ken Tenno (w/attach.)
      RC, Milton Iha (w/attach.)
      ENV, Jack Pobuk (w/attach.)
EST/CC:kn

CCH012224

02-11-2007  04:11pm  From-CCH ENVCS INV                    +8085276061        T-449  P.001/002  F-467

DEPARTMENT OF ENVIRONMENTAL SERVICES
CITY AND COUNTY OF HONOLULU
DIVISION OF ENVIRONMENTAL QUALITY
1000 ULUOHIA STREET, SUITE 303
KAPOLEI, HAWAII 96707





ERIC S. TAKAMURA, Ph.D., P.E.
Director

ATHAN K. ADACHI
Chief

## FAX COVER SHEET

**TO:** CURTIS CHUN (4:11pm)      **DATE:** 11 FEBRUARY 2007

ENV. SERV. / M&C BRANCH      **FAX NO:** _____

**FROM:** STEVE-O      **PHONE:** _____

**BRANCH:** RC BRANCH      **FAX NO:** (808) 692-5520

**SUBJECT:** SPILL MAP OF SIGNS POSTED FOR: 801 HALEKAUWILA ST.

---

**TOTAL NUMBER OF PAGES TRANSMITTED (including cover sheet):** 2

**NOTES:**

1 SIGN POSTED AT ENTRANCE POINT PANIC STEPS, LEADING INTO OCEAN

3 SIGNS POSTED AT POINT PANIC PARKING LOT

6 SIGNS POSTED AT KAKAAKO WATERFRONT PARK, (PARKING LOT)

8 SIGNS POSTED AT INSIDE KAKAAKO WATERFRONT PARK SHORELINE

5 SIGNS POSTED AT KEWALO BASIN PARK

* NOTIFIED JIM BAGINSKI AT 2:50PM, LAST SIGN POSTED AT KEWALO BASIN PARK.

# Sign Map

Exhibit 3, Isaacs Reply Declaration

CCH012227



Sign Map

Exhibit 3, Isaacs Reply Declaration

CCH012228



Spill Monitoring Map (Revised)
Halekauwila St Spill
2/11/04

Sampling Sites

1 – Point Panic

2 – Kakaako Waterfront Park

3 – Kewalo Basin Park    (revised 2/12/07)

CCH012229



Spill Monitoring Map

Halekauwila St Spill

2/11/04

**Sampling Sites**

1 – Aloha Tower

2 – West End of Kakaako Waterfront Park

3 – Kakaako Waterfront Park

4 – Kewalo Basin Park

CCH012230



**NEWS RELEASE**

**ENVIRONMENTAL SERVICES DEPARTMENT**

CITY AND COUNTY OF HONOLULU

**FOR IMMEDIATE RELEASE**                                February 11, 2007

### CITY RESPONDS TO OVERFLOWING MANHOLE ON HALEKAUWILA STREET

Crews from the City Environmental Services Department responded to an overflowing sewer manhole fronting 801 Halekauwila Street. The spill was reported to the City at 9:06 a.m this morning (February 11, 2007).

Responding crews were able to release the blockage in the sewer line by 9:54 a.m. The blockage is believed to be caused by grease.

An estimated 960 gallons of wastewater spilled into a nearby stormdrain. City crews were able to remove approximately 200 gallons from the stormdrain system.

Warning signs have been posted along Kewalo Basin Park, Kewalo Basin, Point Panic and Kakaako Waterfront Park. Water samples are being taken. The public is advised to heed the signs. The state Health Department has been notified.

-30-

**Contact:**

Ken Kawahara, 692-5372

Mark Matsunaga, 527-5767

CCH012231

DEPARTMENT OF ENVIRONMENTAL SERVICES
**CITY AND COUNTY OF HONOLULU**
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-049

February 28, 2007

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii 96814-4920

Dear Dr. Fukino:

Subject:    Spill Report
            1677 Ala Aolani Street Sewer Manhole Overflow
            Sand Island WWTP, NPDES No. HI 0020117

    Following the reporting requirements of the subject permit, we submit details of the noncompliant event. Ms. Ann Teruya from the State Department of Health, Clean Water Branch (DOH CWB) waived the five-day reporting requirement to Mr. Curtis Chun on February 14, 2007, at 8:45 a.m.

| | |
|---|---|
| **1. DESCRIPTION:** | 750 gallons of untreated wastewater overflowed out of an easement sewer manhole (asset ID214401) at 1677 Ala Aolani Street, and into receiving waters, Moanalua Stream. The downstream vitrified clay 10-inch main sewer (asset ID215350), installed in 1965, developed a root and grease impaction that caused the backup (see attached sewerage map). |
| **2. DATE AND DURATION:** | On February 13, 2007, approximately between 6:15 p.m. and 7:10 p.m., for a duration of 25 minutes, 750 gallons overflowed from the easement sewer manhole (asset ID214401). |
| **3. CAUSE:** | Impacted root and grease accumulation in main sewer (asset ID215350) caused the backup (see attached sewer map). |
| **4. VERBAL REPORT:** | On February 14, 2007, at 8:45 a.m., Mr. Chun verbally informed details of the untreated wastewater spill to Ms. Teruya of the DOH CWB. |

CCH012233

Chiyome L. Fukino, M.D.
February 28, 2007
Page Two

5. **REMEDIAL MEASURES:** Warning signs, were posted along the waterway and water body embankments accessible by the public, by 9:20 a.m., February 14, 2007 (see attached signing map). Water quality sampling was waived by Mr. Watson Okubo of the DOH CWB because the Moanalua Stream bed where the spill dispersed was concrete lined, and lacked transport potential (dried up and no expected rains). Spill response details and maps of the sign posting and involved sewerage were communicated to the DOH CWB by phone, fax, and email as soon as they were available. Mr. Okubo of the DOH CWB authorized the removal of warning signs and cessation of sampling on February 15, 2007, at 8:05 a.m. All signs were removed by February 15, 2007, at 9:35 a.m.

Reviews are underway to address the area's root and grease problem. The spillage occurred at a transitional diameter change (8-inch to 10-inch), and is in an easement area that is more difficult to maintain.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions, please contact Ross Tanimoto of our Monitoring and Compliance Branch, Division of Environmental Quality at 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachments:  Signing Map
              Sewer Map

bcc: CSM, Florendo Juan (w/attach.)
     RC, Milton Iha (w/attach.)
     ENV, Jack Pobuk (w/attach.)

EST/CC:kn

CCH012234

DEPARTMENT OF ENVIRONMENTAL SERVICES
**CITY AND COUNTY OF HONOLULU**
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

EMC 07-084

April 5, 2007

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii 96814-4920

Dear Dr. Fukino:

Subject:     Spill Report
             45-007 Ka Hanahou Place Force Main Break
             Kailua Regional WWTP, NPDES No. HI 0021296

       Following the reporting requirements of the subject permit, we submit details of the noncompliant event. Ms. Ann Teruya from the State Department of Health, Clean Water Branch (DOH CWB) waived the five-day reporting requirement and communicated this to Mr. Curtis Chun on March 13, 2007, at 2:56 p.m.

|  |  |
|---|---|
| **1. DESCRIPTION:** | 3,150 gallons of untreated wastewater overflowed out of a force main (asset ID3014863) at 45-007 Ka Hanahou Place, and into Kaneohe Bay, receiving waters. The break was located just outside of the Ka Hanahou Wastewater Pump Station property. |
| **2. DATE AND DURATION:** | On March 13, 2007, approximately between 8:30 a.m. and 10:00 a.m., for a duration of 1 hour and 30 minutes, 3,150 gallons discharged out from the force main. |
| **3. CAUSE:** | The City is continuing to investigate the cause of the force main break. Results of this investigation will be provided under separate cover. |

Exhibit 3, Isaacs Reply Declaration

Chiyome L. Fukino, M.D.
April 5, 2007
Page Two

| | |
|---|---|
| 4. **VERBAL REPORT:** | On March 13, 2007, at 9:28 a.m., Mr. Chun verbally communicated the details of the untreated wastewater spill to Ms. Teruya of the DOH CWB. |
| 5. **REMEDIAL MEASURES:** | Bypass pumping was secured, incoming wastewater was diverted by tankers, and repair work was started by 9:30 a.m. on March 13, 2007. The section of the pipe that broke was repaired by installing a stainless steel strap, which was satisfactorily tested, allowing normal pump station operation at 5:15 p.m., on March 13, 2007. Warning signs were posted along the waterway and water body embankments were accessible by the public by 12:05 p.m., on March 13, 2007. Water quality samples were taken commencing March 13, 2007 (see attached signing and sampling maps). A news release was issued on March 13, 2007 (see attached news release). Spill response details, maps of the sign posting and water quality sampling, and the water quality sample results were communicated to the DOH CWB by phone, fax, and email as soon as they were available (see attached sampling results). Mr. Watson Okubo of the DOH CWB authorized the removal of warning signs and cessation of sampling on March 19, 2007, at 8:07 a.m. All signs were removed by March 19, 2007, at 11:15 a.m.

A project titled "Ka Hanahou WWPS Force Main Reconstruction" is currently underway to construct a new 8-inch force main. Notice to Proceed was issued on March 5, 2007. Completion date is August 31, 2007. |

I certify under penalty of law that this document was prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I

CCH012312

Chiyome L. Fukino, M.D.
April 5, 2007
Page Three

am aware that there are significant penalties for submitting false information, including the
possibility of fine and imprisonment for knowing violations.

    If you have any questions, please contact Ross Tanimoto of our Monitoring and
Compliance Branch, Division of Environmental Quality at 692-5371.

                              Sincerely,

                              Dr. Eric S. Takamura, P.E.
                              Director

Attachments:  Spill Map
              Signing Map
              Monitoring Map
              News Release
              Sampling Results

bcc:  WTD, Harry Hauck
      WQL, Ken Tenno
      RC, James Baginski
      ENV, Jack Pobuk

EST/CC:kn



NEWS RELEASE

**ENVIRONMENTAL SERVICES DEPARTMENT**

CITY AND COUNTY OF HONOLULU

**FOR IMMEDIATE RELEASE**                                    March 13, 2007

### CITY REPAIRING BROKEN WASTEWATER PIPE IN KANEOHE

Crews from the City Environmental Services Department are working to repair a rupture in a sewer main fronting 45-007 Ka Hanahou Place.

The break was discovered by a City crew about 8:30 a.m. in an 8-inch force main (a pipe that moves wastewater under pressure). An estimated 3,150 gallons of wastewater entered nearby Kaneohe Bay before workers contained the spill. Tanker trucks are being used to divert and haul wastewater from the area under repair.

Warning signs have been posted and water samples are being collected. The public is advised to heed the warning signs and stay away from affected areas. The state Health Department has been notified.

-30-

Contact:

Ken Kawahara, 692-5372

Mark Matsunaga, 527-5767

CCH012317

*Sample Results*

### Enterococci, bacterial counts/100 mL

| Date | Vicinity of Spill (Kahanahou Place) | Kahanahou Circle | Mahalani Circle |
|---|---|---|---|
| 13-Mar-07 | 20 | 33 | 5 |
| 14-Mar-07 | 120 | 21 | 9 |
| 15-Mar-07 | 62 | 9 | 1 |
| 16-Mar-07 | 66 | 49 | 86 |

### Clostridium Perfringens, bacterial counts/100 mL

| Date | Vicinity of Spill (Kahanahou Place) | Kahanahou Circle | Mahalani Circle |
|---|---|---|---|
| 13-Mar-07 | 260 | <2 | 3 |
| 14-Mar-07 | 120 | <0.7 | 4 |
| 15-Mar-07 | 84 | 0.7 | 2 |
| 16-Mar-07 | 43 | 1 | 5 |

CCH012318

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 692-5159 • FAX: (808) 692-5113 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Second Deputy Director

EMC 07-107

May 4, 2007

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii 96814-4920

Dear Dr. Fukino:

Subject:     Spill Report
             45-007 Ka Hanahou Place Force Main Break
             Kailua Regional WWTP, NPDES No. HI 0021296

        Following the reporting requirements of the subject permit, we submit details of the noncompliant event. Ms. Ann Teruya from the State Department of Health, Clean Water Branch (DOH CWB) waived the five-day reporting requirement and communicated this to Mr. Curtis Chun on April 10, 2007, at 2:06 p.m.

| | |
|---|---|
| 1. **DESCRIPTION:** | 11,250 gallons of untreated wastewater overflowed out of a force main (asset ID3014863) at 45-007 Ka Hanahou Place, and into Kaneohe Bay, receiving waters. The break was located just outside of the Ka Hanahou Wastewater Pump Station property. |
| 2. **DATE AND DURATION:** | On April 10, 2007, approximately between 8:00 a.m. and 9:15 a.m., for a duration of 1 hour and 15 minutes. |
| 3. **CAUSE:** | Corrosion caused structural failure. |
| 4. **VERBAL REPORT:** | On April 10, 2007, at 8:41 a.m., Mr. Chun verbally communicated the details of the untreated wastewater spill to Mr. Scott Miyashiro of the DOH CWB. |
| 5. **REMEDIAL MEASURES:** | Station pumping was secured. Incoming wastewater was diverted and hauled by tanker trucks away from the area, and repair work commenced at 9:30 a.m., on April 10, 2007. Warning signs were posted along the waterway and water body embankments accessible by the public, by 10:47a.m., on April 10, 2007. |

CCH012319

Chiyome L. Fukino, M.D.
May 4, 2007
Page Two

> Water quality samples were taken commencing
> April 10, 2007 (see attached signing and
> sampling maps). A news release was issued
> on April 10, 2007 (see attached news release).
> Spill response details, maps of the sign posting
> and water quality sampling, and the water
> quality sample results were communicated to
> the DOH CWB by phone, fax, and email as
> soon as they were available (see attached
> sampling results). No disinfection was applied
> to the spilled wastewater because sufficient
> disinfection contact time was unavailable.
>
> The section of the pipe that broke was repaired
> by installing a mechanically jointed replacement
> piping section, which was satisfactorily tested,
> allowing normal pump station operation at
> 1:46 p.m., on April 10, 2007. Ms. Teruya of
> the DOH CWB authorized the cessation of
> sampling on April 13, 2007, at 12:42 p.m. and
> to keep signs posted until April 16, 2007. All
> signs were removed by April 16, 2007,
> at 7:50 a.m.
>
> The Ka Hanahou force main piping (asset
> ID3014863) is being replaced.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions, please contact Ross Tanimoto of our Department of Environmental Services at 692-5371.

Sincerely,

Dr. Eric S. Takamura, P.E.
Director

Attachments: Spill Map
Signing Map
Monitoring Map
News Release
Sampling Results

bcc: WTD, Harry Hauck (w/attach.)
WQL, Ken Tenno (w/attach.)
RC, James Baginski (w/attach.)
ENV, Jack Pobuk (w/attach.)
EST/CC:kn

Exhibit 3, Isaacs Reply Declaration

CCH012320



**NEWS RELEASE**

**ENVIRONMENTAL SERVICES DEPARTMENT**

CITY AND COUNTY OF HONOLULU

**FOR IMMEDIATE RELEASE**                                      April 10, 2007

## CITY REPAIRED BROKEN WASTEWATER PIPE IN KANEOHE

Crews from the City Environmental Services Department repaired a rupture in a sewer main fronting 45-007 Ka Hanahou Place at 1:46 p.m.

The break, in an 8-inch ductile iron force main (a pipe that moves wastewater under pressure), was discovered by a City employee about 8:00 a.m. An estimated 11,250 gallons of wastewater entered nearby Kaneohe Bay before workers contained the spill. Tanker trucks were used to divert and haul wastewater from the area while under repair.

The force main will be replaced by the end of the year with a more durable 8-inch, high-density polyethylene pipe. The contractor was given permission on March 5 to proceed with the work, and materials are being shipped to Oahu.

Warning signs have been posted and water samples are being collected. The public is advised to heed the warning signs and stay away from affected areas. The state Health Department has been notified.

-30-

**Contact:**

Ken Kawahara, 692-5372

Mark Matsunaga, 527-5767

DEPARTMENT OF ENVIRONMENTAL SERVICES
**CITY AND COUNTY OF HONOLULU**
1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

November 20, 2007

EMC 07-236

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii 96814-4920

Dear Dr. Fukino:

Subject:     Spill Report
             45-072 Waiape Place Sewer Manhole Overflow into Kaneohe Bay
             Kailua Regional WWTP, NPDES No. HI 0021296

Following the reporting requirements of the subject permit, we submit details of the noncompliant event. Ms. Ann Teruya from the State Department of Health, Clean Water Branch (DOH CWB) approved a request from Mr. Curtis Chun to waive the five-day reporting requirement on October 31, 2007, at 8:43 a.m.

| | |
|---|---|
| **1. DESCRIPTION:** | 400 gallons of untreated wastewater overflowed from a sewer manhole (asset ID150153) at 45-072 Waiape Place, via Kaneohe Stream and into Kaneohe Bay (see attached sewer map). |
| **2. DATE AND DURATION:** | On October 30, 2007, the overflow occurred approximately between 8:23 a.m. and 1:10 p.m. The duration of the spill was 4 hours and 47 minutes. |
| **3. CAUSE:** | Roots and rags formed a blockage in the downstream 8-inch sewer main (Asset ID152328). |
| **4. VERBAL REPORT:** | On October 30, 2007, at 2:00 p.m., Mr. Herman Ellis verbally communicated the details of the untreated wastewater spill to Mr. Scott Miyashiro of the DOH CWB. |

CCH012330

Chiyome L. Fukino, M.D.
November 20, 2007
Page Two

**5. REMEDIAL MEASURES:**    The main sewer blockage was cleared. The spill affected area was cleaned and disinfected. On the day of the spill, spill warning signs were posted along the waterway and water body embankments accessible by the public (see attached sign map). All signs were up by 4:15 p.m.

Water quality samples were taken commencing October 30, 2007 (see attached monitoring map). Spill response details, map of the sign posting, water quality sampling, and water quality sample results were communicated to the DOH CWB by phone, fax, and email as soon as they were available (see attached sampling results).

Mr. Miyashiro authorized to terminate the receiving water sampling on November 1, 2007, at 2:28 p.m., and to keep signs posted until November 5, 2007, morning. All signs were removed by November 5, 2007, at 9:30 a.m.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions, please contact Curtis Chun of our Monitoring and Compliance Branch, Division of Environmental Qualityat 768-3258.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachments:  Spill Map
Signing Map
Monitoring Map
Sampling Results

bcc:  CSM (w/attach.)
EST/CC:kn

Exhibit 3, Isaacs Reply Declaration

DEPARTMENT OF ENVIRONMENTAL SERVICES
## CITY AND COUNTY OF HONOLULU
1000  ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707
PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov



MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

EMC 07-231

November 9, 2007

Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street (W-5-3)
San Francisco, California  94105

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
1250 Punchbowl Street
Honolulu, Hawaii  96813

Gentlemen and Dr. Fukino:

Subject:    Noncompliance Report
            Collection System Spill at 98-156 Olepe Loop, Aiea on November 4, 2007
            Honouliuli Wastewater Treatment Plant Tributary
            Honouliuli WWTP, NPDES Permit No. HI 0020877

        In accordance with the <u>STANDARD PROVISIONS & REPORTING REQUIREMENTS</u> of
the subject permit, the City and County of Honolulu (City) is submitting this initial noncompliance
with the best information available at this time.  An updated report will be submitted following
termination of receiving monitoring.

|  |  |
|---|---|
| **1. DESCRIPTION:** | Upon arriving at the site at approximately 9:30 a.m., on November 4, 2007, City personnel on a response call to a nearby storm water pumping station, observed evidence that a spill had occurred from a sewer manhole (Asset ID599515, referred to as manhole #1) based on its displaced manhole cover and surrounding grease.  He also noted there was a small overflow from a nearby sewer manhole (Asset ID599546). |
| **2. DATE AND DURATION:** | The duration of the spill is estimated to be at least two (2) hours.  The date of the spill is November 4, 2007. |
| **3. CAUSE:** | The cause of the spill is being determined. |

CCH012068

Regional Administrator, EPA
Chiyome L. Fukino, M.D.
November 9, 2007
Page Two

**4. VERBAL REPORT:**      Fax notification of the spill was made by
                            Mr. Curtis Chun to State Department of Health,
                            Clean Water Branch (DOH CWB) on
                            November 4, 2007. Verbal notification of the
                            event to Ms. JoAnn Cola of EPA was made by
                            Ms. Lesley Toyota on November 5, 2007, at
                            approximately 8:07 a.m., and by
                            Mr. Cleveland Jaramilla on November 6, 2007,
                            at approximately 10:01 a.m.

**5. REMEDIAL ACTION:**    A news release was issued on
                            November 4, 2007 (see attached news
                            release). Receiving water monitoring was
                            initiated at two (2) locations (see attached
                            map). Eight (8) spill warning signs were posted
                            downstream of the spill location (see attached
                            map). Attached are the Bacteria monitoring
                            data from November 4 to November 8, 2007.

**6. Mitigative Action**   The spill location was cleaned of debris and
                            disinfected.

I certify under penalty of law that this document and all attachments were prepared
under my direction or supervision in accordance with a system designed to assure that qualified
personnel properly gather and evaluate the information submitted. Based on my inquiry of the
person or persons who manage the system, or those persons directly responsible for gathering
the information, the information submitted is, to the best of my knowledge and belief, true,
accurate and complete. I am aware that there are significant penalties for submitting false
information, including the possibility of fine and imprisonment for knowing violations.

Should you have questions, please contact Lesley Toyota at (808) 768-3254 or
Cleveland Jaramilla at (808) 768-3253 of our Monitoring and Compliance Branch, Division of
Environmental Quality.

Sincerely,

Eric S. Takamura, Ph.D., P.E
Director

Attachments:   News Release
               Sampling Results
               Spill Monitoring Map
               Sign Posting Map

bcc:  CSM
      WTD

EST/CJ:kn

CCH012069

 

**NEWS RELEASE**

**ENVIRONMENTAL SERVICES DEPARTMENT**

CITY AND COUNTY OF HONOLULU

**FOR IMMEDIATE RELEASE**                                          November 4, 2007

### HEAVY RAIN CAUSES WASTWATER PROBLEMS

Heavy rains caused a spill of 5,000 gallons of wastewater early this morning from the Wahiawa Waste Water Treatment Plant into the reservoir.

Environmental Services Department personnel responded by readying portable equipment to accommodate the flow at the wastewater facility.

The City contacted the state Department of Health. Warning signs were posted and sampling and monitoring were initiated.

In addition, man holes at Hele Street and Keolu Drive in Kailua were reported to be overflowing wastewater into the storm drain system at mid morning. Signing and sampling were mobilized and the state Department of Health was notified. Another manhole on Olepe Loop in Waimalu was overflowing wastewater into the storm drain system that enters Pearl Harbor waters. Warning signs and sampling were undertaken.

Environmental Service Department crews and the Honolulu Fire Department pumped down floodwaters in the Lanikai area to reduce the risk of people opening manholes to drain floodwaters.

-30-

**Contact:**
**Bill Brennan, 527-6928**

-30-

Exhibit 3, Isaacs Reply Declaration

CCH012070

DEPARTMENT OF ENVIRONMENTAL SERVICES

**CITY AND COUNTY OF HONOLULU**

1000 ULUOHIA STREET, SUITE 308 • KAPOLEI, HAWAII 96707

PHONE: (808) 768-3486 • FAX: (808) 768-3487 • Website: http://www.honolulu.gov

**FILE COPY**

MUFI HANNEMANN
Mayor



ERIC S. TAKAMURA, Ph.D., P.E.
Director

KENNETH A. SHIMIZU
Deputy Director

ROSS S. TANIMOTO, P.E.
Deputy Director

November 29, 2007

EMC 07-240

Chiyome L. Fukino, M.D.
Director of Health
State Department of Health
Environmental Management Division
Clean Water Branch
919 Ala Moana Boulevard, Room 301
Honolulu, Hawaii 96814-4920

Dear Dr. Fukino:

Subject:     Spill Report
             Sewer Manhole Overflow at Hele Street and Keolu Drive
             Kailua Regional WWTP, NPDES No. HI 0021296

        In accordance with the reporting requirements of the subject permit, we submit details
of the noncompliant event. On November 5, 2007, at 3:45 p.m., Mr. Scott Miyashiro from the
State Department of Health, Clean Water Branch (DOH CWB) approved a request from
Mr. Curtis Chun to waive the five-day reporting requirement.

| | |
|---|---|
| 1. DESCRIPTION: | Approximately 11,200 gallons of untreated wastewater overflowed out of a sewer manhole (asset ID7992) at Hele Street and Keolu Drive, and into Kaelepulu Stream, receiving waters. The overflow resulted from intensive wet weather flows, which could not be accommodated by the 21-inch sewer main (asset ID4836). |
| 2. DATE AND DURATION: | The overflow occurred on November 4, 2007, between 7:20 a.m. and 12:00 p.m., for duration of 4 hours and 40 minutes. |
| 3. CAUSE: | Intensive wet weather caused flows beyond capacity of the system. |
| 4. VERBAL REPORT: | On November 4, 2007, at 1:14 p.m., Mr. Frederick Sheldon notified the spill event to State Hospital Operator, Ms. Sharlene Asierto. |
| 5. REMEDIAL MEASURES: | Wastewater was captured and hauled by vactor and cesspool trucks. Warning signs were posted along the drainage path and water body |

Exhibit 3, Isaacs Reply Declaration

CCH012336

Chiyome L. Fukino, M.D.
November 29, 2007
Page Two

embankments accessible by the public, by 3:00 p.m., on November 4, 2007. Crews cleaned and disinfected the area. Water quality samples were taken commencing on the day of the spill (see attached signing and sampling maps). A news release was issued on November 4, 2007 (see attached news release). Spill response details, maps of the sign posting and water quality sampling, and the water quality sample results were communicated to the DOH CWB by phone, fax, and email as soon as they were available (see attached sampling results).

Mr. Watson Okubo of the DOH CWB authorized the ending of sampling on November 8, 2007, at 5:45 p.m. Mr. Okubo authorized the removal of warning signs for the morning of November 9, 2007. All signs were removed by November 9, 2007, at 9:30 a.m.

Main sewer capacity upgrade is tentatively scheduled for completion in 2010.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

If you have any questions, please contact Curtis Chun of our Monitoring and Compliance Branch, Department of Environmental Services at 768-3258.

Sincerely,

Eric S. Takamura, Ph.D., P.E.
Director

Attachments:   Sewer Map
               Signing Map
               Monitoring Map
               News Release
               Sampling Results

bcc:   CSM, Florendo Juan (w/attach.)
       WQL, Ken Tenno (w/attach.)
       RC, James Baginski (w/attach.)
       ENV, Jack Pobuk (w/attach.)

EST/CC:kn

Exhibit 3, Isaacs Reply Declaration

CCH012337