## Plaintiffs' Responses to CCH Objection A Violations

**Codes - CCH Objections**

- A: No volume
- B: Recovered
- C: Storm drain only
- D: Dry stream
- G: Duration

**Codes - Plaintiff's Counter Argument**

A-1: CCH's report named a specified water (either the ocean or a stream or similar water that flows to the ocean) that this spill reached or otherwise indicated that this spill reached such water. While CCH did not report the amount of the spill that entered the water, the Citizens need only establish that a given CCH sewage spill resulted in some pollutants entering waters of the United States. There is no minimum threshold of allowable pollutant discharge under the CWA.

A-2: CCH's report indicated that the spill prompted the posting of a public warning sign for the water related to the sewage spill.

B: CCH's report indicated that sewage entered a specified water. The discharge of pollutants to waters is unlawful. Even if CCH recovered the spilled sewage, liability for unauthorized discharge is not exonerated by subsequent removal of the pollutants discharged.

C-1: CCH's report indicated that this spill flowed into a storm drain and then reached a named or otherwise specified water. CCH's report further establishes that the storm drain is a tributary to the water in issue, hence even without proof that the spill reached the named or specified water, CCH would be liable for discharge to a tributary to that water. Finally, CCH's report indicates that all or most of the sewage spill to the storm drain was not recovered/pumped back out of the storm drain. Given that the storm drain flows to the waterway, this necessarily means that the sewage pollutants discharged into the storm drain eventually had to flow into the waterway.

C-2: CCH's report indicated that the spill prompted the posting of a public warning sign for the water related to the sewage spill.

C-3: CCH's report at least indicated that this spill flowed into a storm drain that flows into the ocean or a water that flows into the ocean. This report establishes that the storm drain is a tributary to waters of the United States, thus establishing that CCH unlawfully discharged pollutants to a tributary to a water of the United States.

D: CCH's report indicated that this spill flowed into a dry stream that intermittently carries flow to the Pacific Ocean. Such an intermittent stream is a water of the United States under controlling Ninth Circuit precedent.

G: CCH's report establishes the start and stop times and dates for this spill and that this spill lasted for multiple calendar days. Each calendar day that this spill continued constitutes a separate CWA violation.

"Isaacs Decl." = Declaration of Jodene Isaacs (Docket Document No. 178-2)

"Isaacs Errata Decl." = Errata Declaration of Jodene Isaacs, filed June 23, 2008

"Reply Isaacs Decl." = Reply Declaration of Jodene Isaacs in Support of Motion for Summary Judgment on First and Second Claims

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 7/1/02 | 2306 Pacific Heights Roads | A | A-1, A-2 | storm drain, Nuuanu Stream | 125 gallons sewage spill, 100 gallons entered storm drain, which leads to Nuuanu Stream, cause was due to a broken pipe, signs posted from previous spill, signs removed 7/26/2002, monitoring conducted from previous spill (stopped 7/8/02), affected area cleaned and disinfected. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4D at Bates Pg. 35295 | 1 |
| 12/1/03 | Kaneohe PTF | A | A-1 | Kawa Stream | Cause: High flows from heavy rainfall produced a high wetwell situation. Spill to ground. Flow was diverted to the old plant for storage to relieve the high wetwell level. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kawa Stream. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4E at Bates Pg. 35333 | 1 |

**Plaintiffs' Responses to CCH Objection A Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 1/2/04 | 1723 Lehua Street | A | A-1, A-2 | Kalihi Stream | Cause: Surcharge due to heavy rains. Discharge from 10" main through SMH#SI83MA0000. 2/28/04 Monthly Spill Report: Call rec'd 1230, arrive 1230, stop 1200 (??). Remedial Action: Inspect for obstructions after surcharge from heavy rain. Last cleaned: 12-12-02. Remarks: Sustained rainstorms/flooding. | Reported 1001 gallons. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35337 | 1 |
| 1/2/04 | 426 Kekau Place, Nuuanu | A | A-1, A-2 | Waiolani Stream | Cause: Surcharge from heavy rains. Signs posted and monitoring started 1/2/04. CWB approved removal of warning signs and termination of monitoring 1/8/04. 2/28/04 Monthly Spill Report: Call rec'd 1132, arrive 1201, stop 1330. Remedial Action: Inspect for damage from surcharge from heavy rain. Last cleaned: 09-26-03. Remarks: Sustained rainstorms/flooding. | Reported 3600 gallons. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35337 | 1 |
| 2/27/04 | Kaneohe Pretreatment Facility | A | A-1, A-2 | Kawa Stream | Cause: Heavy rain. Signs posted and samples collected starting 2/28/04. Watson Okubo approved removal of warning signs and cessation of monitoring 3/9/04. | Remarks: 20,000 gals spilled in plant / 25,000 gals spilled outside plant; also affected Bay View Golf Course. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kawa Stream/Kaneohe Bay. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35343 | 1 |
| 3/1/04 | 1809 Alu Place, Kalihi | A | A-1, A-2 | Kalihi Stream | Cause: Heavy roots. C/D/D. Discharge from 15" main through SMH SI83AA1049/SI83AA1050. Signs posted and sampling commenced 3/1/04. CWB approved removal of signs and cessation of monitoring 3/5/04. 4/28/04 March Spill/Bypass Report: Call rec'd 0755, arrive 0830, stop 1500. Remedial Action: CCTV main; place on monthly PM. Last cleaned: 02-23-04. | Reported 1500 gal. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35343 | 1 |

**Plaintiffs' Responses to CCH Objection A Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 3/2/04 | 394 Wana'au Rd. | A | A-1, A-2 | Kaelepulu Stream/Kailua Beach | Cause: Heavy rain caused surcharge. Monitoring combined with the 2/27/04 spill. Watson Okubo approved removal of warning signs and cessation of monitoring 3/9/04. | Reported 108000 gallons. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kaelepulu Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35344 | 1 |
| 5/20/04 | Kukanono SPS | A | A-1, A-2 | Kawainui Marsh | Cause: Break in force main just downstream of the flow meter. The pump station is located at the intersection of Manu Mele and Manu Oo near the Ulu Po Heiau. Signs posted at the entrance to the trail which leads from the heiau to the marsh and around the pump station. Signs removed 6/3/04. Vactor trucks pumped sewage from manholes upstream of the pump station and discharged to the Kailua Heights SPS (Kailua Rd. @ Kawainui Stream). Temporary clamp installed 5/21/04. Permanent repairs scheduled for week of 5/24/04. Press release made 5/20/04. | CCH News Release stated that some of the spilled wastewater entered Kawainui Marsh and that warning signs would be posted by the affected waters. | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35812 | 1 |
| 8/4/04 | 45-270 Waikalua Rd. | A | A-1, A-2 | Kaneohe Stream | Cause: Surcharge due to heavy rain. Flow entered Kaneohe Stream near Kaneohe Police Station. Kaneohe Stream eventually flows into Kaneohe Bay. Signs posted and samples taken 8/4/04. Spill downstream of Ahuimanu PTF. Sampling stopped August 18, 2004. Note: Permanent signs were posted in this area due to high bacti counts from wildlife droppings and residential debris. | Reported 5000 gallons. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kaneohe Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35360 | 1 |

## Plaintiffs' Responses to CCH Objection A Violations

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 8/4/04 | 1718 Piikea St., Halawa | A | A-1 | Halawa Stream/Pearl Harbor | Cause: Surcharge due to heavy rain. Spill discharged from a cleanout. Spill went down driveway into the back valley area, entered Halawa Stream, then discharged into Pearl Harbor.<br>Spill report did not include the time CCH rec'd the call. Crew arrived at site 8/4/2004 8:25 AM.<br>Per Monthly spill report: Call rec'd 7:15 AM. LPSS system scheduled for installation. Last cleaned 3/11/04. | Reported 900 gallons. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Halawa Stream / Pearl Harbor. CCH also indicated that none of this spill was recovered. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4F at Bates Pg. 35360 | 1 |
| 7/28/05 | 1622 Waikahalulu Lane | A | A-1, A-2 | Nuuanu Stream | Cause: rocks inside 8-inch terra cotta line created a blockage. The blockage was cleared. Spill entered into Nuuanu Stream besides the Liliuokalani Botanical Gardens. The spill occurred from a pipe that transversesUnder the Waikahalulu Bridge. The botanical garden is just west of the corner of School St. and Nuuanu Ave. The manhole (#309695) is situatedUnder the bridge. Approximately 140 gallons spilled onto the ground and dissipated. The area was cleaned, disinfected, and deodorized. Posted signs around the spill site and all the way down to Vineyard Blvd.<br><br>8/26/05 EMC 05-249 Monthly Spill Report: Call rec'd 1030, arrive 1050, stop 1155. Last cleaned 06-22-05. Remedial action: CCTV; Place on 6-month PM if no major defects. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35384 | 1 |
| 9/24/05 | 46-185 Nahiku Street (Kaneohe) | A | A-1 | Kaneohe Bay | Cause: line back up problem at Kaneohe station, sewage entered Kaneohe Bay, affected area cleaned and disinfected. Toilet tissue around manole. Less than 100 gallons entered into Kaneohe Bay. | Reported less than 100 gallons. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kaneohe Bay. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35385 | 1 |
| 3/1/06 | 46-185 Nahiku St. | A | A-1, A-2 | Kaneohe Bay | Cause: heavy rains. Signs have been posted from a previous spill (2/24/06), signs removed 3/13/2006. Bacti sampling has resumed on 3/2/06. | CCH News Release indicated that about 9,600 gallons of untreated wastewater spilled and reached the waters of Kaneohe Bay. | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35830 | 1 |

Plaintiffs' Responses to CCH Objection A Violations

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 3/3/06 | Intersection of Keolu & Hele Sts. | A | A-1, A-2 | Enchanted Lake | Cause: heavy rains. Pumper trucks are on-site. Signs have already been posted from a previous spill (2/24/06), signs removed 3/13/2006. Sampling initiated on 3/3/06. Sampling stopped on 03/13/06. The area was cleaned, disinfected, and deodorized. News release being prepared. | CCH News Release stated that about 31,320 gallons of untreated wastewater "spilled from a manhole and entered a storm drain that empties into Kaelepulu Marsh, which empties into Kailua Bay." | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35829 | 1 |
| 3/7/06 | End of Luluku Road (Hoomaluhia Botanical Garden) | A | A-1, A-2 | Storm Drain, Kamooalii Stream | Cause: roots and rain water. Rain water went into the system. Area was cleaned, disinfected, and deodorized. Signs posted on 3/7/06. Signs removed on 3/13/06 (?). Sampling onducted on 3/8/06. Sampling completed on 03/13/06. Appears that the majority of the spill was rain water and not sewage, according to Fuji. This spill is Department of Rec. and not environmental, as it occurred inside the botanical garden. | CCH News release estimated that 7,500 gallons spilled and that the spilled waste water is believed to have entered nearby Kamooalii Stream. | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35831 | 1 |
| 5/12/07 | 100 N. Beretania St. | CCH lists this spill in Kelly Decl., Exhibit A, but does not state on what basis CCH is objecting to its liability for this spill | A-1, A-2 | storm drain, Nuuanu Stream | Cause:  Grease in 6-inch diameter vitrified clay pipe lateral (asset#305894) installed 6/30/88.  Approximately 100 gallons entered Nuuanu Stream.  50 gallons of spilled wastewater was recovered.  The area serviced is the Chinese Cultural Plaza.  Periodic lateral cleaning is not usually performed.  The lateral will be CCTV'd.  Signs posted on 5/12/07. Signs removed on 5/18/07. Sampling started on 5/12/07. Sampling stopped on 5/18/07.Spill Summary Report:  Call rec'd: 1400; Arrival: 1453; Secured: 1521; Remedial Action:  Will follow up on CCTV'ing the lateral for defects. Remarks:  50 gallons contained next to bldg. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream.  CCH also indicates that none of this spill was recovered. | Reply Isaacs Decl., Ex. 1 at Bates Pg. 35717 | 1 |
| 7/16/07 | 124 Olomana ln. | A | A-1, A-2 | Nuuanu Stream | Initial report by Fuji | | | 1 |

**Plaintiffs' Responses to CCH Objection A Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 1/2/2004 11:00:00 PM to 1/3/2004 12:30:00 PM | 1738 Palanehe Place, Kalihi | A | A-1, A-2 | Kalihi Stream | Cause: Surcharge due to heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. Discharge from 10" main through SMH#SI83AA1050. CWB approved removal of warning signs and termination of monitoring 1/8/04. 2/28/04 Monthly Spill Report: Originally reported as Lehua Street. Call rec'd 1230, arrive 1230, stop 1200. Remedial Action: Inspect for obstructions after surcharge from heavy rain. Last cleaned 12-12-02. Remarks: Sustained rainstorms/flooding. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. CCH also indicated that none of this spill was recovered and that a sign was posted. A CCH News Release on 1/2/04 state that the spill entered Kalihi Stream, and was continuing at the time CCH issed the News Release. | Isaacs Decl., Ex. 4F at Bates Pg. 35337; Reply Isaacs Decl., Ex. 2 at Bates Pg. 35809 | 1 |
| 1/2/2004 2:30:00 PM to 1/3/2004 9:00:00 AM | 388 Wana'ao Road | A | A-1, A-2 | Kailua Bay | Cause: Surcharge due to heavy rains. Initial call to Ed Gomes, HEER, on 1/3/04. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/8/04. | CCH press release reported spill at 388 Wana'ao and indicated "Kaelepulu Stream/Kawainui Stream/Kailua Beach" as waters affected by the spill. | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35806 | 2 |
| 1/2/2004 2:30:00 PM to 1/3/2004 9:00:00 AM | 394 Wana'ao Road | A | A-1, A-2 (18 hour duration of spill spanned two calendar days) | Kailua Bay | Cause: Surcharge due to heavy rains. Initial call to Ed Gomes, HEER, on 1/3/04. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/8/04. | CCH press release reported spill at 394 Wana'ao and indicated "Kaelepulu Stream/Kawainui Stream/Kailua Beach" as waters affected by the spill. | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35806 | 2 |
| 10/13/2005 8:30:00 PM to 10/14/2005 12:30:00 AM | 3001 Numana Road, Kalihi | A | A-1 | Kalihi Stream | Cause: roots/rocks/tree branches, affected area cleaned, spill entered Kalihi Stream 11/28/05 EMC 05-357 Monthly Spill Report: Call rec'd 2030, arrive 2055, stop 0030. Last cleaned 07-15-05. Remedial action: Remove debris; replace MH cover; check MHs in area. Spill not in progress upon arrival - dried waste & tissue around MH located in stream area. Discharge from MH 233633. Problem line: 12" main 235389 | Reported 75 gal. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. | Isaacs Decl., Ex. 4G at Bates Pg. 35398 | 2 |

**Plaintiffs' Responses to CCH Objection A Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Violations in CCH Objection A Category | 24 |

**Exhibit 6, Isaacs Reply Declaration**  **Page 7 of 7**