## Plaintiffs' Responses to CCH's Objection B Violations

**Codes - CCH Objections**

- A: No volume
- B: Recovered
- C: Storm drain only
- D: Dry stream
- G: Duration

**Codes - Plaintiff's Counter Argument**

A-1: CCH's report named a specified water (either the ocean or a stream or similar water that flows to the ocean) that this spill reached or otherwise indicated that this spill reached such water. While CCH did not report the amount of the spill that entered the water, the Citizens need only establish that a given CCH sewage spill resulted in some pollutants entering waters of the United States. There is no minimum threshold of allowable pollutant discharge under the CWA.

B: CCH's report indicated that sewage entered a specified water. The discharge of pollutants to waters is unlawful. Even if CCH recovered the spilled sewage, liability for unauthorized discharge is not exonerated by subsequent removal of the pollutants discharged.

C-1: CCH's report indicated that this spill flowed into a storm drain and then reached a named or otherwise specified water. CCH's report further establishes that the storm drain is a tributary to the water in issue, hence even without proof that the spill reached the named or specified water, CCH would be liable for discharge to a tributary to that water.  Finally, CCH's report indicates that all or most of the sewage spill to the storm drain was not recovered/pumped back out of the storm drain.  Given that the storm drain flows to the waterway, this necessarily means that the sewage pollutants discharged into the storm drain eventually had to flow into the waterway.

C-2: CCH's report indicated that the spill prompted the posting of a public warning sign for the water related to the sewage spill.

D: CCH's report indicated that this spill flowed into a dry stream that intermittently carries flow to the Pacific Ocean. Such an intermittent stream is a water of the United States under controlling Ninth Circuit precedent.

"Isaacs Decl." = Declaration of Jodene Isaacs (Docket Document No. 178-2)

"Isaacs Errata Decl." = Errata Declaration of Jodene Isaacs, filed June 23, 2008

"Reply Isaacs Decl." = Reply Declaration of Jodene Isaacs in Support of Motion for Summary Judgment on First and Second Claims

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 3/13/00 | rear of 2580 La-I Road, Palolo, Honolulu | B, D | B, D | Palolo Stream | crack in 10 inch line, rocks caused damage to line, roots in line caused a backup, removed roots, line will need to be fixed, no leaks currently as it is 1/4 full with no obstructions, will continue cleaning on 3/14, need to pump out standing water in dry stream bed, CDD | Remarks: Rocks fell on main in dry stream bed; spill ponded/removed. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Palolo Stream. | Isaacs Decl., Ex. 4B at Bates Pg. 35228 | 1 |
| 4/28/05 | 254 North Beretania @ Aala Park | B, C | B, C-1, C-2 | storm drain, Nuuanu Stream | Cause:  Grease.  Spill from SMH #302017. 250 gallons to storm drain, then to Nuuanu Stream and Honolulu Harbor.  Signs posted 4/28/05 along Nimitz Hwy., and King & Beretania Sts.  Signs removed 5/2/05.  Monitoring initiated 4/29/05. Monitoring stopped 5/2/05. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4G at Bates Pg. 35378 | 1 |
| | | | | | | | **Total Violations in CCH Objection B Category** | **2** |