## Plaintiffs' Responses to CCH's Objection C Violations

**Codes - CCH Objections**

A: No volume
B: Recovered
C: Storm drain only
D: Dry stream
G: Duration

**Codes - Plaintiff's Counter Argument**

A-1: CCH's report named a specified water (either the ocean or a stream or similar water that flows to the ocean) that this spill reached or otherwise indicated that this spill reached such water. While CCH did not report the amount of the spill that entered the water, the Citizens need only establish that a given CCH sewage spill resulted in some pollutants entering waters of the United States. There is no minimum threshold of allowable pollutant discharge under the CWA.

A-2: CCH's report indicated that the spill prompted the posting of a public warning sign for the water related to the sewage spill.

B: CCH's report indicated that sewage entered a specified water. The discharge of pollutants to waters is unlawful. Even if CCH recovered the spilled sewage, liability for unauthorized discharge is not exonerated by subsequent removal of the pollutants discharged.

C-1: CCH's report indicated that this spill flowed into a storm drain and then reached a named or otherwise specified water. CCH's report further establishes that the storm drain is a tributary to the water in issue, hence even without proof that the spill reached the named or specified water, CCH would be liable for discharge to a tributary to that water. Finally, CCH's report indicates that all or most of the sewage spill to the storm drain was not recovered/pumped back out of the storm drain. Given that the storm drain flows to the waterway, this necessarily means that the sewage pollutants discharged into the storm drain eventually had to flow into the waterway.

C-2: CCH's report indicated that the spill prompted the posting of a public warning sign for the water related to the sewage spill.

C-3: CCH's report at least indicated that this spill flowed into a storm drain that flows into the ocean or a water that flows into the ocean. This report establishes that the storm drain is a tributary to waters of the United States, thus establishing that CCH unlawfully discharged pollutants to a tributary to a water of the United States.

D: CCH's report indicated that this spill flowed into a dry stream that intermittently carries flow to the Pacific Ocean. Such an intermittent stream is a water of the United States under controlling Ninth Circuit precedent.

G: CCH's report establishes the start and stop times and dates for this spill and that this spill lasted for multiple calendar days. Each calendar day that this spill continued constitutes a separate CWA violation.

"Isaacs Decl." = Declaration of Jodene Isaacs (Docket Document No. 178-2)

"Isaacs Errata Decl." = Errata Declaration of Jodene Isaacs, filed June 23, 2008

"Reply Isaacs Decl." = Reply Declaration of Jodene Isaacs in Support of Motion for Summary Judgment on First and Second Claims

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 7/13/99 | 4420 Lawehana Street, Honolulu, Oahu | C | C-1, C-2 | storm drain / Pearl Harbor | sewage spill caused by grease in line, about 1035 gallons entered the storm drain, outlet is Pearl Harbor, will monitor receiving waters, press release made Tel: 7/14/99 J. Lum, 7/14/99 to State Hospital, 7/14/99 C. Nishimura, Ltrs: 8/9/99, received 8/18/99 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Pearl Harbor. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4A at Bates Pg. 35211 | 1 |
| 7/17/99 | 1121 Middle Street, Moanalua, Honolulu, Oahu | C | C-1, C-2 | storm drain / Kahauiki Stream | sewage spill caused by ??, all entered the storm drain which leads to Kahauiki Stream Tel: 7/17/99 to HEER, FAXes: 7/21/99, 7/22/99, Ltrs: 8/25/99, 8/27/99 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Moanalua Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4A at Bates Pg. 35212 | 1 |

**Exhibit 8, Isaacs Reply Declaration**

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 8/31/99 | 300 North Beretania Street, Honolulu, Oahu | C | C-1, C-2 | Sand Island WWTP / storm drain, Nuuanu Stream | sewage spill caused by grease, discharged from 10 inch main, about 250 gallons entered storm drain, 30 gallons were pumped out, line cleared and affected area cleaned and disinfected Tel: 9/1/99 D. Piepgrass, FAXes: 9/1/99, 9/3/99, 9/7/99, Ltr: 9/24/99 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH also indicated that only 30 gallons of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4A at Bates Pg. 35215 | 1 |
| 1/12/00 | 45-600 Keahala Road, Kaneohe | C | C-1, C-2 | Storm Drain, Keaahala Stream | sewage discharge from manhole into storm drain which leads to Keaahala Stream, cause due to roots in mainline, press release made, sampling conducted, signs posted 1/12/2000, signs removed 1/14/2000 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Keaahala Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4B at Bates Pg. 35222 | 1 |
| 1/19/00 | 3036 Kahaloa Drive, Manoa, Honolulu | C | C-1, C-2 | Storm Drain, Manoa Stream | sag in line, debris collected in sag, signs posted 1/20/2000, signs removed 1/22/2000, CDD | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Manoa Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4B at Bates Pg. 35224 | 1 |
| 2/27/00 | 1030 Horner Street, Kalihi, Honolulu | C | C-1, C-2 | Storm Drain, Kalihi Stream | sewage spill caused by grease and grit in line, clean up completed at 2:15 pm, press release made, sampling conducted, signs posted 2/27/2000, signs removed 3/2/2000 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4B at Bates Pg. 35227 | 1 |
| 4/16/00 | 927 Auloa Road, Maunawili area | C | C-1 | Kahanaiki Stream/Kawa nui Marsh | sewage spill caused by roots, about 150 gallons entered Kahanaiki Stream, did not post signs or sample, area in not accessible | Remarks: Marsh dry/inaccessible; 50 gal contained/dissipated on site. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kawainui Marsh. | Isaacs Decl., Ex. 4B at Bates Pg. 35232 | 1 |
| 7/27/00 | 2646B Haili Road | C | C-1, C-2 | Nuuanu Stream | Runaway roots - trimmed roots upstream & the debris clogged the line & caused this spill (per Don Piepgrass @ 10:45 AM) | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4B at Bates Pg. 35242 | 1 |
| 8/1/00 | 901 River Street, Downtown | C | C-1 | Storm Drain, Honolulu Harbor | cause due to grease in six inch lateral, discharged from cleanout, affected area cleaned and disinfected | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Honolulu Harbor. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4B at Bates Pg. 35242 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 8/2/00 | 901 River Street, Downtown | C | C-1 | Storm Drain, Honolulu Harbor | cause due to grease in six inch lateral, discharged from cleanout, affected area cleaned and disinfected, note: same area as yesterday | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Honolulu Harbor. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4B at Bates Pg. 35242 | 1 |
| 9/2/00 | 411 North King Street, Kalihi | C | C-2, C-3 | storm drain, Nuuanu Stream/Honolulu Harbor | sewage spill caused by grease in lateral, sewage discharge from cleanout and approximately <100 gallons entered the storm drain, gutter which leads to Nuuanu Stream, cleaned and disinfected area | Remarks: Some contained in gutter. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Honolulu Harbor. CCH also indicated that none of this spill was recovered, though some of it was contained in a gutter. | Isaacs Decl., Ex. 4B at Bates Pg. 35243 | 1 |
| 9/14/00 | 1447 Alencastre Street, | C | C-1 | Ground, storm drain, Palolo Stream | sewage spill from manhole, caused by roots, lines cleared, cleaned and disinfected affected area, did not vactor inlet due to rain (intermittent showers at the time), roughly 1/2 mile from Palolo Stream, no posting required, no sampling needed | Remarks: Entered 1411 Alencastre St. drain - clean. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Palolo Stream. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4B at Bates Pg. 35244 | 1 |
| 10/16/00 | 3750 Pelekane Street, Nuuanu | C | C-1, C-2 | Ground, storm drain, Nuuanu Stream | sewage spill from manhole, caused by roots, 500 gallons entered storm drain which leads to Nuuanu Stream, signs posted 10/17/2000, signs removed 10/23/00, sampling conducted 10/17-22/2000 | Remarks: Bacti monitoring 10/17-23/00. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4B at Bates Pg. 35249 | 1 |
| 12/11/00 | Pier 52 (Matson yard) | C | C-1, C-2 | Honolulu Harbor | app. 300 gallons of raw sewage spilled from a corroded air relief valve piping on a 48 inch sewer main and entered a storm drain leading to Honolulu Harbor, a clamp was applied to force main break and reinforced with concrete, affected area cleaned and disinfected, signs were posted 12/11/2000, signs removed 12/13/2000, sampling conducted 12/11/2000 to 12/13/2000 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Honolulu Harbor. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4B at Bates Pg. 35253 | 1 |
| 12/28/00 | 3339-A Kauhana Street | C | C-1, C-2 | Storm Drain, Palolo Stream | sewage spill from a sewer manhole into a nearby storm drain and finally into Palolo Stream, cause due to root intrusion in the main line, due to potential exposure, signs were posted 12/28/2000, signs removed 1/2/2001 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Palolo Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4B at Bates Pg. 35255 | 1 |

Plaintiffs' Responses to CCH's Objection C Violations

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|---|---|---|---|---|---|---|---|---|
| 2/25/01 | 60 North Kuakini Street, Kalihi | C | C-1. Note: CCH indicates that "most" but not all of this spill recovered, hence indicates some of spill went to waters | storm drain, Nuuanu Stream | sewage spill, cause unknown, 5 gallons went into the storm drain leading to Nuuanu Stream, initial reported to Mona at the State Hospital | Remarks: Most spill bermed in gutter & returned to system. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. | Isaacs Decl., Ex. 4C at Bates Pg. 35262 | 1 |
| 3/1/01 | 2122 North King St. (corner of King and Gulick) | C | C-1, C-2 | Storm Drain, Kalihi Stream | Grease buildup (per Don Piepgrass). The area was cleaned, disinfected, and deodorized. The line will be flushed. Told to post signs since the area is accessible to the public. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4C at Bates Pg. 35262 | 1 |
| 3/3/01 | Nuuanu Ave. near Hawaii Baptist Academy (Elem.) | C | C-1 | Nuuanu Stream | Went into storm drain. Roots and grease the cause. Went from storm drain into the stream. Lab tested stream from 3/3/01. Results were sent to DOH on 3/6/01. Notified D. Piepgrass and R. Tanimoto on 3/6/01 at 3:30pm to continue sampling for at least one more day. Notified D. Piepgrass to stop sampling on 3/7/01 at 3:00pm. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4C at Bates Pg. 35262 | 1 |
| 3/25/01 | 47-357 Ahuimanu Road, Kahaluu | C | C-1, C-2 | ground, Waiola Stream | sewage discharged from manhole and 150 gallons entered the storm drain which leads to Waiola Stream (meets with Kahaluu Stream which empties into Kaneohe Bay), cause due to grease, reported to State Hospital 3/25/01 (2:00 pm), affected area cleaned and disinfected, signs posted 3/25/2001, signs removed 4/2/2001, sampled 3/25/2001, sampling stopped 3/29/2001 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Ahuimanu Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4C at Bates Pg. 35263 | 1 |
| 6/5/01 | 2400 Pacific Heights Roads | C | C-1, C-2 | storm drain, Nuuanu Stream | discharge from manhole into storm drain which leads to Nuuanu Stream, cause due to roots, signs posted 6/5/2001, signs removed 6/8/2001, due to heavy rains, sampling will not be conducted | Remarks: Heavy rain; no monitoring per DOH Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4C at Bates Pg. 35270 | 1 |

## Plaintiffs' Responses to CCH's Objection C Violations

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|------|-------------------|----------------|------------------------------|---------------------|-----------------------------------------------------------------------|-----------------------------------|----------------------|----------------|
| 10/31/01 | 2204 Star Road, Pahoa | C | C-1, C-2 | storm drain, Nuuanu Stream | sewage spill caused by roots, discharge from manhole, all entered Nuuanu Stream, sampling conducted 10/31/2001, sampling stopped 11/4/2001, signs posted 10/31/2001, signs removed 11/5/2001, affected area cleaned & disinfected | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream.  CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4C at Bates Pg. A 010205 | 1 |
| 1/29/02 | Kailua Regional WWTP | C (in-plant) | C-3 | storm drain, Nuupia Ponds | Scum from the primary clarifer spilled and approximately 300 gallons entered the in-plant storm drain which leads to Nuupia Ponds.  Cause suspected to be scum valve malfunction. Affected area cleaned and disinfected | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered ?. | Isaacs Decl., Ex. 4D at Bates Pg. 35281 | 1 |
| 6/30/02 | 2516 Pacific Heights Road | C | C-1 | storm drain, Nuuanu Stream | 825 gallons sewage spill, 500 to 600 gallons entered storm drain, which leads to Nuuanu Stream, cause: surcharge from cleanout due to grease and roots from 8 inch VC pipe, CDD, sampling conducted 6/30/2002, sampling stopped 7/8/02, signs posted 6/30/2002, signs removed 7/26/02. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream.  CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4D at Bates Pg. 35292 | 1 |
| 11/11/02 | 3231 Pelekane Drive, Nuuanu | C | C-1, C-2 | storm drain, Nuuanu Stream | Sewage spill caused by roots and rags in 8" main, discharged from manhole into storm drain, 40 gallons entered storm drain, affected area cleaned and disinfected | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. | Isaacs Decl., Ex. 4D at Bates Pg. 35304 | 1 |
| 4/7/03 | 1585 Laumaile St. (Kalihi) | C | C-1 | Kalihi Stream | Cause: buildup of grease and roots in line, spill from cleanout - flowed over several properties before reaching storm drain and then Kalihi Stream.  Unknown amount entered storm drain and stream. Signs posted and City is currently monitoring. The spill site was cleaned, disinfected, and deodorized. | Remarks: Large amount dissipated in yard/on street. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4E at Bates Pg. 35316 | 1 |
| 4/18/03 | 2485 Pacific Heights Road, Pauoa | C | C-1 | storm drain, Nuuanu Stream | Cause: roots in a 8 inch pipe, signs were posted | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4E at Bates Pg. 35316 | 1 |

## Plaintiffs' Responses to CCH's Objection C Violations

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|------|------|------|------|------|------|------|------|------|
| 6/29/03 | 1940 Waikahe Pl. (Kalihi) | C | C-1 | Kalihi Stream | Cause: Grease in 6-inch VC lateral. Area was cleaned, disinfected, and deodorized. Cleanup completed 8:45 am. Five (5) gallons entered into storm drain. CCH notified Heidi (State Hospital) at 9:20am on 6/29/03.  Spill from cleanout. Upstream manhole SI83GE1001. CCH will follow-up with an electric eel (a peice of cleaning equipment made up of long coiled steel that attaches to a turning engine which spins the coils and a cutting head in a lateral to release blockages). | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4E at Bates Pg. 35321 | 1 |
| 7/15/03 | 1340 Liliha St. | C | C-1, C-2 | storm drain, Nuuanu Stream | Cause: Grease.  Spill discharged from manhole SI-02OH2005.  Eight (8) inch terra cotta line. Unable to sample due to time of the spill (Audrey to clarify).  Spill area was cleaned, disinfected, and deodorized. Warning signs posted. Map of warning signs will be faxed to DOH. Lab will be sampling today. Press release being made today. | Remarks: Part of Nuuanu Stream contamination investigation. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4E at Bates Pg. 35325 | 1 |
| 8/19/03 | 2239A Kauhana Street, Palolo | C | C-1, C-2 | Storm Drain, Palolo Stream | Cause: grease and broken 6-inch terra cotta main, entered storm drain and Palolo Stream.  Stopped monitoring 8/25/03. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Palolo Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4E at Bates Pg. 35326 | 1 |
| 9/18/03 | 3231 Pelekane Drive (Nuuanu) | C | C-1, C-2 | storm drain, Nuuanu Stream | Cause: Grease, root intrusion, and paper products clogged 8-inch clay pipe. Discharge from manhole #259272 to storm drain which leads to Nuuanu Stream. Warning signs previously posted. Corrective actions:  Rodded pipe to cut roots.  C/D/D. EMC 03-434:  Last cleaned 5/14/03. Place on 2-month PM. | Remarks: Warning signs previously posted. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. | Isaacs Decl., Ex. 4E at Bates Pg. 35327 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 11/29/03 | 2002 Oswald Street, St. Louis Heights, Honolulu | C | C-1, C-2 | Storm Drain, Manoa Stream | Cause: roots, bed sheet, & broom handle. 660 gallons spilled from manhole (SI21AZ0221) and unknown amount entered Manoa Stream. Crew arrived 3:10 pm. CCH tried to clean area (note: heavy rainfall during that time), stream posted 11/29/2003, signs removed 12/3/03, sampling conducted from Saturday through Tuesday. LBS authorized removal of signs and cessation of sampling on Wednesday 12/3/03 at 8:15 am. EMC 03-579: Place on 3-month PM. Last cleaned 10/16/02. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Manoa/Palolo Streams. | Isaacs Decl., Ex. 4E at Bates Pg. 35332 | 1 |
| 2/6/04 | 1260 Richard Lane, Kalihi | C | C-1, C-2 | Kalihi Stream | Cause: Grease, rags/plastic bags blocked 15-inch terra cotta main All 2,050 gallons discharged from SMH SI-04AA1028 went to storm drain, then to Kalihi Stream. C/D/D. Initial report to April, State Hospital. Warning signs posted and samples taken 2/6/04. Watson Okubo authorized removal of warning signs and cessation of monitoring 2/13/04. 3/25/04 February Spill Report: Call rec'd 1645, arrive 1710, stop 1815. Remedial Action: Place on 2-month PM. Last Cleaned 03-24-99. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35340 | 1 |
| 4/6/04 | 1778 Ala Moana Blvd, Waikiki | C | C-1 | Ala Wai Boat Harbor | Cause: unknown. Sewage spill from manhole SI35FA0083, 50 gallons entered a storm drain which leads to Ala Wai Boat Harbor, affected area cleaned and disinfected. 5/27/2004 April Spill Summary: Call rec'd 0900, arrived 0915, stop 0930. Remedial action: Investigate cause & revise PM. Last cleaned: 02-04-04 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Ala Wai Boat Harbor. | Isaacs Decl., Ex. 4F at Bates Pg. 35351 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 7/26/04 | 2420 Koa Ave. (Waikiki) | C | C-1, C-2 | storm drain, Ala Wai Canal | Cause: Grease in 4-inch lateral.  Spill was from a cleanout.  400 gallons entered into the Uluniu Street storm drain.  Pumped out 200 gallons.  Jim Baginski does not know if the 200 gallons was strictly all sewage.  There was a discrepancy as to where the storm drain discharged into surface water.  Jim believes that it discharges to Kuhio Beach while Ross says Ala Wai Canal.  CCH will take water quality samples at the Ala Wai Canal per Ross Tanimoto.  Scott Murakawa verified with CCH Storm Water Quality and it was determined that the Uluniu Street storm drain discharges to Ala Wai Canal.  CCH SWQ sent map of drainage system to CWB.  CWB authorized the removal of warning signs and cessation of monitoring July 28, 2004.  Monthly Spill Summary Report:  Call rec'd: 1008; Arrival: 1100 (spill in progress); Stop: 1120.  Monitor lateral.  Last cleaned: 3/29/04. | Remarks: spill entered Uluniu St drain; grease from lateral. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Ala Wai Canal. CCH also indicated that only 200 of the 400 gallons spilled were recovered.  CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35360 | 1 |
| 8/8/04 | 60 Kuakini Street (North) | C | C-1 | storm drain, Nuuanu Stream | Cause: Grease.  Discharge from cleanout. Problem line: 6-inch lateral. No signs posted.  No stream samples taken. 9/27/2004 Monthly Spill Summary Report: Call rec'd: 0900; Arrival: 0910 (spill in progress); Stop: 0921.  Place on 6-month PM.  Last cleaned: 8/6/02. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4F at Bates Pg. 35361 | 1 |
| 11/6/04 | 429 Wanaao Road, Kailua | C | C-1, C-2 | Kaelepulu Stream / Kailua Beach | Cause:  Heavy rain.  See attached email message for details of the mitigative actions. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kaelepulu Stream. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35391 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|---|---|---|---|---|---|---|---|---|
| 11/21/04 | Kuhio Park Terrace; 1162 Linapuni Street | C | C-1, C-2 | Kalihi Stream | Cause:  Grease in 10-inch vitrified clay main pipe.  Call rec'd 8:15 pm; arrived on site 9:15 pm, and secured at 11:30 pm.  Spill from sewer manhole #242368 to Kalihi Stream.  Initial call to State Hospital Operator.  Signs posted and monitoring initiated 11/22/04.  Signs were removed on 2/15/05 per e-mail from Ross Tanimoto.  Press release made 11/22/04.  (Monthly spill report references spill location as 1506 Amelia Street.)  Last cleaned 9/24/04.  Will place on 3-month PM schedule. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream. CCH indicates that a sign was posted.  CCH News Release indicated that this spill actually occurred on 1506  Amelia Street, which is located immediately behind Kuhio Park Terrace.  (Kuhio Park Terrance is on Linapuni St.) The news release also stated that all of the spill entered Kalihi Stream. | Isaacs Decl., Ex. 4F at Bates Pg. 35392; Reply Isaacs Decl., Ex. 2 at Bates Pg. 35842 | 1 |
| 12/22/04 | 1757 St. Louis Drive | C | C-3 | Storm Drain, Manoa Stream | Cause: grease and grit in 8-inch vc main line, surcharge to due heavy rainfall.  200 gallons discharged from MH#715609.  Affected area cleaned and disinfected, signs were posted from earlier spill (12/22/2004) from Manoa Stream spill site to Ala Wai Canal.  Monthly Spill Summary Report: Call rec'd: 1032; Arrival: 1100; Secured: 1130; Duration: 30 m.  Will CCTV line and place on 3 month PM.  Last cleaned: 7/15/04. | Under the column titled Entered Receiving Waters CCH indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4F at Bates Pg. 35393 | 1 |
| 1/29/05 | 5307-L Kalanianaole Hwy | C | C-1, C-2 | Wailupe Stream, ocean | Cause: heavy rain.  Discharge from SMHs #464866 and #464765 to Wailupe Stream.  Surcharge of 24-inch main. Press release made on 1/29/05.  Signs posted 1/29/05 at Kawaikui Beach Park.  Sampling initiated 1/29/05.  Signs removed and monitoring stopped 2/4/05.  2/23/05 Monthly Spill Summary Report: Call rec'd 1130, arrival 1130, stop 1900; Last cleaned 5/22/02. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Wailupe Stream. CCH indicates that a sign was posted.  CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35371 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|---|---|---|---|---|---|---|---|---|
| 1/29/05 | Kalanianaole Highway & Pu'u Ikena | C | C-1, C-2 | Ocean | Cause: sewer main was blocked with pieces of lumber, plastic bags, and grease.  Heavy rain did not cause the spill, but contributed to the volume.  Press release made on 1/29/05.  Signs posted 1/29/05 at Kawaikui Beach Park.  Sampling initiated 1/29/05.\n\nSigns removed and monitoring stopped 2/4/05.\n\n2/23/2005 Monthly Spill Summary Report: Call rec'd 1300, arrival 1145 (how did they arrive before called?), stop 1908.  Last cleaned 7/12/02. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kawainui Beach. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35371 | 1 |
| 1/29/05 | 4230 Salt Lake Blvd, Aliamanu WWPS #2 wet well | C | C-1, C-2 | Storm Drain, beach | Cause:  Heavy rain.  Overflow from wet well to storm drain, then to Hickam AFB drainage system, discharge to Hickam Beach.  Operator utilized standby portable pump to pump extra flow through collection system.  Press release made on 1/29/05.\n\nSigns posted 1/29/05 at Hickam Beach.  Sampling initiated 1/30/05.\n\nSigns removed and monitoring stopped 2/4/05.\n\n2/23/2005 Monthly Spill Summary Report: Call rec'd 1445, arrival 1445, stop 1655. | Remarks: Heavy rains overcame the station's pumping capacity. Discharge point was from an 8" overflow line in the wet well. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Salt Lake. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35371 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 2/2/05 | 5714 Kalanianaole Hwy, Niu Valley | C | C-1, C-2 | Storm Drain, ocean | Cause: broken force main from Niu Valley WWPS.  Untreated wastewater spilled from the 16-inch pipe. Sewage was hauled in pumper trucks to bypass the broken pipe.  Force main repairs completed 2/3/05 @ 1:15 AM.  Press release made on 2/2/05.  Signs posted 2/2/05.  Sampling initiated 2/2/05.  Signs removed and monitoring stopped 2/4/05.  Ltr: 2/14/2005 EMC 05-047 Spill Report: "Maintenance crew arrived at site 9:15 AM and secured the spill after one (1) hour and 45 minutes."  3/18/2005 Monthly Spill Summary Report: Call rec'd 0730, arrive 0730, stop 0915. Remedial action:  Pipe repair completed on 2/3/05. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Niu Beach. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4G at Bates Pg. 35371 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|---|---|---|---|---|---|---|---|---|
| 2/14/05 | 5683 Kalanianaole Hwy, Niu Valley | C | C-1, C-2 | Storm Drain, ocean | Cause: possible corrosion in 16 inch cast ductile iron force main (Niu Valley WWPS). Cause to be determined later. Crews currently working. Using tanker trucks to truck sewage to designated manholes to the west of spill site which enters the next pump station. Press release made on 2/14/2005.

Signs posted along the beach (Niu Beach, Kawaikui Beach Park) 2/14/2005; Signs removed 2/18/05; Sampling conducted 2/14/2005; Sampling ended 2/17/05.

Repairs completed and PS back online at 3:00 am (2/16/2005)

2/17/05-MR received call from Florendo Juan (CCH-Env. Services) to let us know that they are late in reporting it to CWB (this is basically their initial report to us). He also wanted to know who initially reported the spill to the DOH. Info from F. Juan: CCH-Env. Services received call at 3:50 p.m. CCH crew arrived on-scene between 4:30 and 4:55 p.m. They have no estimate of spill volume because when they got there, the spill had already stopped (stopped when pump station operators turned pump station off at 4:55 p.m.). Only saw evidence of spill (water pu

2/18/05, 11:13 a.m.-MR received call from

2/25/05 Spill Report: States spill stopped a

3/18/2005 Monthly Spill Summary Report: | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Niu Beach. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35371 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 2/26/05 | 5683 Kalanianaole Hwy, Niu Valley | C | C-1, C-2 | Storm Drain, Pacific Ocean | Cause: corrosion and cracking in 16 inch force main. Spill entered a storm drain that empties into the ocean at Niu Beach. The nearby Niu WWPS was shut down to relieve pressure on the main. Tanker trucks were used to remove sewage from the PS to Wailupe, where they will empty their loads into another sewer line. The crews replaced a 20 foot section of the 16 inch force main. The force main was repaired and returned to service on 2/26/05 at 12:00 p.m.Signs posted 2/26/2005; Signs removed 3/2/2005; Sampling started 2/26/05; Sampling stopped 3/2/2005.3/28/05 Spill Report: Finally report end time.3/18/2005 Monthly Spill Summary Report: Call rec'd 1054, arrive 1100, stop 1120. Remedial action: Pipe repair completed on 2/27/05. | CCH News Release stated that about 3,000 gallons of untreated wastewater were spilled and at least "some of the spilled wastewater entered the storm drain system, which flows to the ocean." | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35812 | 1 |
| 4/28/05 | 254 North Beretania @ Aala Park | B, C | B, C-1, C-2 | storm drain, Nuuanu Stream | Cause: Grease. Spill from SMH #302017. 250 gallons to storm drain, then to Nuuanu Stream and Honolulu Harbor. Signs posted 4/28/05 along Nimitz Hwy., and King & Beretania Sts. Signs removed 5/2/05. Monitoring initiated 4/29/05. Monitoring stopped 5/2/05. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4G at Bates Pg. 35378 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|------|-------------------|----------------|------------------------------|---------------------|----------------------------------------------------------------------|-----------------------------------|----------------------|-----------------|
| 6/15/05 | 1000 Kamehameha Hwy. (Pearl Highlands Shopping Center) | C | C-1, C-2 | Waiawa Stream, Pearl Harbor | Cause:  Rocks, rags, & grease in the eight (8") inch main.  Press release made 6/16/05.  Signs posted 6/16/05.  Sampling initiated 6/16/05.  Signs removed 6/20/05.  Last day of sampling 6/20/05.  Approximately 1100 gallons of untreated wastewater discharged from sewer manholes (551911 and 4014609). The spill flowed into Waiawa Stream then discharged into the Pacific Ocean at Pearl Harbor.<br><br>7/15/05 Monthly Spill Report:  Call rec'd 1920, arrive 2030, stop 2035.  Last cleaned 09-23-03.  Remedial action: CCTV; Place on 6-month PM if line is structurally sound. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Waiawa Stream. CCH indicates that a sign was posted.  CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35380 | 1 |
| 7/26/05 | 94-590 Awamoi St. (Waipahu) | C | C-1, C-2 | ground, Waikele Stream | Cause: grease in the 10-inch vc line. 150 of 200 gallons of spill entered into Waikele Stream. Area was cleaned, disinfected, and deodorized. Signs were posted the night of the spill. Signs were taken down on 8/1/05. Started monitoring on 7/28/05. Reason for the delayed sampling was that the initial report was that the spill entered into an area of the stream that is dry; however, upon further investigation, the stream was determined to be flowing on 7/28/05 and sampling was initiated. Overflow occurred from two manholes (manhole #'s 3011870 and 3011868). Public access is difficult.<br><br>8/12/05 Monthly Spill  Report:  Call rec'd 1930, arrive 2030, stop 2140.  Last cleaned 06-02-05.  Remedial action: Place on 1-month PM rehab downstream line segments. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Waikele Stream. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35384 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 8/20/05 | 2445 Kaala Street (Midpacific Institute) | C | C-1, C-2 | Storm Drain, Manoa Stream | Cause:  roots in line, discharge from SMH #368255, sewage entered storm drain on Maile Way, entered Manoa Stream, sampling began 8/20/2005, sampling stopped 8/24/2005, signs posted 8/20/2005 along Manoa Stream and Ala Wai Canal up to Kalakaua Bridge, signs removed 8/24/2005.  10/17/05 EMC 05-304 Monthly Spill Report:  Call rec'd 1050, arrive 1116, stop 1241.  Last cleaned 02-24-05.  Remedial action: CCTV 8/12/05; Place on 24-month PM. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Manoa Stream. CCH indicates that a sign was posted.  CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35385 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 11/2/05 | 2124 Wilson St. (Kalihi) | C | C-2, C-3 | Storm Drain, Kalihi Stream | Cause:  Grease, grit and rags, damaged pipe.  Drop line coming off of the spill site manhole may also be clogged; will need to be cleared before CCTVing can be done.  Preliminary report - apparently a dropline or a joint that is misaligned.  CCH will need to confirm by CCTVing the line.  Approximately 200 gallons entered the storm drain which eventually leads to Kalihi Stream. Approximately 50 gallons was removed.  The area was signed 11/3/05 in the morning and signs taken down on 11/7/05. Sampling started 11/3/05 in the morning and stopped on 11/7/05.<br><br>12/28/05 EMC 05-386 Monthly Spill Report: Call rec'd 1925, arrive 1945, stop 2120.  Last cleaned 04-06-00.  Remedial action: Remove black head hose & clear debris, main line flowing good.  Remarks: Drop line clogged with plastic pipe lining & hose section.<br><br>6/30/06 Spill Report:  Cause was an abandoned contractor's hose in the dropline and delaminated plastic lining in the pigeonhole nozzle which obstructed all flow.  Blockage occurred in asset #4023666 and spill from asset #247151. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kalihi Stream.  CCH also indicates that 50 gallons of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35399 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|------|-------------------|----------------|------------------------------|---------------------|------------------------------------------------------------------------|-----------------------------------|----------------------|----------------|
| 11/5/05 | 3472 Kaau St./1401 & 1403 10th Ave (Palolo) | C | C-2, C-3 | Palolo Stream | Cause: grease is the immediate cause. CCH suspected an open pipe on 6" main. Apparently the spill occurred on an easement that is on private property. Approximately 230 gallons went into the storm drain that eventually discharges into Palolo Stream. The area was cleaned, disinfected, and deodorized. Sampling from 11/5/05 to 11/9/05. Posting of signs from 11/5/05 to 11/9/05. 12/28/05 EMC 05-386 Monthly Spill Report: Call rec'd 1115, arrive 1159, stop 1208.  Last cleaned 02-22-02.  Remedial action: Revise PM to 12 months.  Remarks: Probably separated pipe in property. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Palolo Stream.   CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4G at Bates Pg. 35399 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 2/12/06 | 4208 Salt Lake Boulevard | C | C-1, C-2 | storm drain/Pearl Harbor | Cause: Broken 8" inch cast iron force main pipe that was installed July 8, 1953. Repairs were completed at 11:30am on 2/13/06. This is a permanent fix on an old pipe. The area was cleaned, disinfected, and deodorized. The spill came up out of the ground only when the pump station (Aliamanu PS #2) was in operation. When the public called about foul odor there was only evidence of a spill. The spill was not constantly flowing. Fuji (CCH) arrived at site at 1:08 am. The spill was in progress. The CCH limited the use of the pump station until pumper trucks could get to the scene of the spill. The estimate of the spill came from the pump station operator. The entire spill entered into the storm drain and is believed to have entered into Hickam Harbor, which still needs to be confirmed by CCH. Environmental Quality Division posted signs and sampled. It appears that the spill did not reach Hickam Beach, based on the bacti monitoring results from CCH. Press release made 2/12/06.<br><br>3/24/2006: Feb 2006 Bypass/Spill Report: Call rec'd 0045, arrive 0600, Duration: 5 hrs | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Pearl Harbor. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4I at Bates Pg. 35439 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 2/24/06 | Intersection of Keolu and Hele Street | C | C-1, C-2 | Kailua Bay | Cause: Heavy rains. The spill entered into a nearby storm drain catch basin, which leads to a small stream, which leads to Enchanted Lakes which eventually discharges to Kailua Beach. Signs posted 2/24/06, signs removed 3/2/06 (another spill event occurred on 3/3/06 at this same location, signs were not physically removed). Sampling conducted February 24th, stopped on February 27th. Press release will be made. Tanker trucks are onsite. Details to follow. Note: signs being kept up, anticipating storm event | CCH News Release indicated that Kaelepulu Stream and Kailua Bay had received spilled sewage from the manhole at the intersection of Keolu Drive and Hele Street. | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35816 | 1 |
| 3/3/06 | Primary clarifier at the Kailua Regional Wastewater Treatment Plant | C | C-2, C-3 | storm drain, Nuupia Ponds | Cause: heavy rains. Spill from the primary clarifier at KRWWTP. The net volume is estimated to be roughly 2,000 gallons (1,000 gallons spilled from the PC and was contained; another 1,000 gallons spilled to the ground and entered the plant storm drain system, which eventually discharges to Nuupia Pond. Signs posted 3/3/2006, signs removed on 3/6/2006; Sampling initiated 3/3/2006, sampling stopped on 3/6/2006. News release being prepared. Four (4) signs were posted inside the fenceline of the WWTP and additional signs posted along Kaneohe Bay shoreline. | CCH News Release indicated that about 102,000 gallons of untreated wastewater spilled and reached Kaneohe Bay. | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35829 | 1 |
| 3/3/06 | 45-270 Waikalua Rd. (Kaneohe Civic Center) | C | C-1, C-2 | Kaneohe Stream | Cause: heavy rains. 300 gallons of the 400 gallons entered a storm drain/catch basin on Kamehameha Highway. Storm drain eventually discharges to Kaneohe Stream which eventually leads to Kaneohe Bay. Signs posted on 3/3/06. Signs removed on 3/13/2006. Sampling started on 3/3/06. Sampling stopped on 03/13/06 per WO. | CCH News Release estimated that 400 gallons of untreated wastewater spilled from a manhole and "entered a storm drain that leads to Kaneohe Bay. " | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35829 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|------|-------------------|----------------|------------------------------|---------------------|----------------------------------------------------------------------|-----------------------------------|----------------------|----------------|
| 3/29/06 | 45-031 Lilipuna Road, Kaneohe | C | C-2, C-3 | Storm drain, Kaneohe Bay | Cause: unknown, still investigating, sewage discharging from manhole, entering storm drain which leads to Kaneohe Bay, signs posted 3/29/2006, signs removed 4/5/2006, sampling continued from previous spill, sampling stopped 4/5/2006. See spill reports on 3/06/06 and 3/20/06 for this location. | CCH News Release on 3/31/06 stated that unknown amount of untreated wastewater spilled "and entered Kaua Stream, which flows into Kaneohe Bay." | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35825 | 1 |
| 3/31/06 | 700 Umi Street, Kalihi | C | C-1, C-2 | Keehi Lagoon | Cause: Surcharge due to heavy rain. Discharge from SMH#263521, 267773, 263438. Problem line: 15" main, asset ID#267778. signs posted 4/1/2006, signs removed ???<br><br>4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 1210, arrive 1315, stop 1410. Remarks: Unable to determine spill due to rain water getting into system. | Remarks: Unable to determine spill due to rain water getting into system. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Keehi Lagoon. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35446 | 1 |
| 3/31/06 | Aliamanu Pump Station #1, 4230 Salt Lake Blvd | C | C-1, C-2 | Storm Drain, Pearl Harbor | Cause: inflow and infiltration caused by heavy rainfall resulted in influent flow to exceed the pumping capacity of the PS. Sign posting and receiving water sampling for this spill was waived by DOH, due to obligations CCH had for other spills during the heavy rain event | Remarks: Ala Moana WWPS lost electric power; enter storm drain at Ala Moana & Alkinson. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Ala Moana Beach. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35446 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 3/31/06 | 1015 North School St. | C | C-2, C-3 | storm drain, Honolulu Harbor | Cause: Surcharge due to heavy rain. Discharge from manhole #274438. Problem line: 36" main, asset ID#278867. Approximately 10,000 gallons entered the storm drain, which eventually disharges to Honolulu Harbor. Approximately 500 gallons was removed by the CCH. CWB assisted the CCH with water monitoring. Signs posted on 3/31/06 by the CCH. The CCH was notified on 4/26/06 that signs could be removed. 4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 1300, arrive 1340, stop 1500.  Remarks:  Trunk line; unknown if entered stream, spill flowed through storm system. | Remarks: Trunk line; unknown if entered stream, spill flowed through storm system. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Honolulu Harbor. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4I at Bates Pg. 35446 | 1 |
| 3/31/06 | 98-159 Olepe Loop, Waimalu | C | C-1, C-2 | Pearl Harbor | Cause:  Surcharged line due to heavy rain. Spill from MHs #599434, 599515, 599474, & 599552.  Problem line: 15" main, Asset ID# 600609, 600670, 600638, 600702. Flow entered Pearl Harbor at Blaisdell Park.  Signs posted 4/1/2006, signs removed 4/4/2006.  Monitoring initiated 4/1/2006, monitoring stopped 4/4/2006. Press release made.  3/13/2006 Monthly Spill Report:  Call rec'd 1300, arrive 1340, stop 1430.  Last cleaned 09-27-05.  Remarks: 600 gals. entered storm drain at 98-143 Olepe Loop. | Remarks: Entered storm drain at 98-143 Olepe Loop. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Pearl Harbor by Blaisdell Park. CCH indicates that a sign was posted.  CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35443 | 1 |
| 3/31/06 | 2330 Pacific Heights Road | C | C-1, C-2 | Nuuanu Stream | Cause:  Surcharge due to heavy rains, more info to follow.  Discharge from SMH#293646.  Problem line: 8" main, asset ID#295629  4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 1315, arrive 1400, stop 1420.  Remarks:  Heavy rain, sewage diluted | Remarks: Heavy rain, sewage diluted. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH indicates that a sign was posted.  CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35447 | 1 |

**Exhibit 8, Isaacs Reply Declaration**

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola- tions |
|---|---|---|---|---|---|---|---|---|
| 3/31/06 | 4389 Malia Street | C | C-1, C-2 | Storm Drain/Kapaka hi Stream | Cause:  Surcharge due to heavy rains. Ala Moana WWPS failed. Discharge from SMH#456961.  Problem line: 30" main, asset ID#458409  4/28/2006 March 2006 Spill/Bypass Report: Call rec'd 1515, arrive 1640, stop 1640.  Remarks:  Spill not in progress upon arrival - evidence around manhole; M=Pump Station failed. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kapakahi Stream. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4I at Bates Pg. 35447 | 1 |
| 3/31/06 | Coral & Auahi Streets | C | C-1, C-2 | Storm Drain/Honolul u Harbor | Cause:  Surcharge due to heavy rains. AM WWPS failed.  Discharge from SMH#3010725.  Problem line: 72" main, asset ID#3010728.  4/28/2006 March 2006 Spill/Bypass Report: Call rec'd 170515, arrive 1900640, stop 173640.  Remarks: Pump Station electrical failure. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Honolulu Harbor. CCH indicates that a sign was posted.  CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35447 | 1 |
| 3/31/06 | 1025 Ala Moana Blvd. | C | C-1, C-2 | Storm Drain/Ala Moana Beach/ Kewalo Basin | Cause:  Surcharge due to heavy rains. AM WWPS failure.  Discharge from SMH#4009797.  Problem line:  69" main, asset ID#4009794.  4/28/2006 EMC 06-128 March 2006 Spill/Bypass Report: Call rec'd 1740, arrive 1741.  Remarks:  Pump Station failure. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Ala Moana Beach & Kewalo Basin. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35447 | 1 |

**Exhibit 8, Isaacs Reply Declaration**

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|---|---|---|---|---|---|---|---|---|
| 4/4/06 | intersection of Paa & Ahua Street, Mapunapuna | C | C-1 | Moanalua Stream | Cause: grease. Discharge from MH#239923.  20 gallons entered storm drain. Affected area cleaned and disinfected. Problem line: 10" main asset #240297

5/26/06 April 2006 Bypass/Spill Report: Call rec'd 1810, start 2010.  Remedial action: Place on 6 month PM schedule; Last cleaned: 10-25-04. | Remarks: Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Moanalua Stream (and also indicated that this spill entered the storm drain).  CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35453 | 1 |
| 5/5/06 | 524 Olive Avenue, Wahiawa | C | C-2, C-3 | Wahiawa Reservoir | Cause: rocks, grease, paper towels, about 200 gallons spilled from SMH 121006 and entered storm drain which leads to Lake Wilson (Wahiawa Reservoir), affected area cleaned and disinfected.  Monitoring initiated 5/7/06 and warning signs posted on 5/8/06.  Watson approved cessation of monitoring & removal of warning signs 5/9/06.

Per 5/8/06 Preliminary Spill Report: Crews arrived @ 9:45 p.m., spill in progress.  End time 10:35 p.m. Revise end time from 5/6/06 @ 12:40 a.m. to 5/5/06 @ 10:35 p.m. | | | 1 |
| 6/16/06 | 1325 North School Street | C | C-1, C-2 | storm drain, Kapalama Canal | Cause: rags in the line. Spill from SMH#272855 entered the storm drain, then the canal. Preliminary info. Sampling started at 1:30 pm. Signs removal approved by Watson Okubo, CWB, on 6/22/06 & removed 6/23/06.  Monitoring stopped 6/22/06.

7/17/06 EMC 06-199 Combined Spill Report:  To help prevent future spills, the City increased the cleaning frequency to monthly.  The compromised joint will be correctedUnder Haughtailing Sewer Rehabilitation Project by Limtiaco Consulting Group. | Remarks: Traced spill to nearest downstream entry point. Notified Ross at EQ for sample taking. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kapalama Canal. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35461 | 1 |

**Exhibit 8, Isaacs Reply Declaration**

Plaintiffs' Responses to CCH's Objection C Violations

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|------|-------------------|----------------|------------------------------|---------------------|----------------------------------------------------------------------|-----------------------------------|----------------------|----------------|
| 11/2/06 | 3058 Pali Hwy, Honolulu | C | C-1 | Nuuanu Stream | Cause: roots and rags blocking a 12" sewer main. Wastewater overflowed from a manhole. Sewage washed into a nearby drainage system that leads to Nuuanu Stream. Signs posted on 11/2/06. Signs removed on 11/6/2006 Sampling conducted on 11/2/06. Sampling stopped on 11/6/2006 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Nuuanu Stream. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35489 | 1 |
| 3/23/07 | 2301 Waiomao Road (Kaimuki) | C | C-2, C-3 | Palolo Stream | Cause: crushed main sewer piping that was probably caused by land movement. The CCH-DDC has an on-going investigation of this area's land movement. The storm drain location is at the intersection of Waiamao Road and 10th Avenue. The area was cleaned, disinfected, and deodorized. Repairs completed on 3/24/07 at 9:00am. | Remarks: Dripping into storm drain. *Confirmed minute leak into storm drain from CCTV inspection at approx. 2:15pm. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35503 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|------|-------------------|----------------|------------------------------|---------------------|------------------------------------------------------------------------|------------------------------------|----------------------|-----------------|
| 7/31/07 | 98-785 Iho Place, Pearl City | C, D | C-2, C-3, D | Waimalu Stream | Cause: roots in upstream 8 inch main (asset ID605823), sewage spilled out of manhole (MH#604612), about 100 gallons dissipated along the 300 foot distance between manhole and storm drain catch basin.  About 1,200 gallons entered a storm drain and entered a dry water hole (Waimalu dry stream bed) within the Pearl City GC where it was contained and dissipated.  The dry stream bed is within the confines of a private golf course and there is no public access or endangerment.  Signs posted 7/31/2007, signs removed 8/1/2007.  Affected area was cleaned and disinfected.  A CCTV crew also inspected the line; the report is pending. 8/14/07 July 2007 Spill Summary:  Call rec'd: 1555; Arrival: 1625; Secured: 1735; Last cleaned: 07-30-00; Remarks: Wastewater entered dry water hole (Waimalu Dry Stream Bed). Made visual inspection of drains in golf course, no signs or smells from entry pint to side of freeway 1.7 miles from spill point. 8/1/07 rodding of main line was performed and subsequent CCTV inspection followed.  Results of the inspection are pending. | Remarks: Wastewater entered dry water holde (Waimalu Dry Stream Bed). Made visual inspection of drains in golf course, no signs or smells from entry point to side of freeway 1.7 miles from spill point. On 8/1/07, rodding of mainline was performed and subsequent CCTV inspection followed. Results of the inspection are pending. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35513 | 1 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|---|---|---|---|---|---|---|---|---|
| 10/17/07 | Fronting 555 South Beretania | C | C-1, C-2 | Honolulu Harbor | Cause: undetermined although the CCH removed lots of rags/paper towels. The CCH arrived on scene at 10:20 am and observed the manhole overflowing. The spill was secured at 11:13 am. Approximately 2,650 gallons entered a storm drain just downstream of the spill location. Approximately 50 gallons was pumped out by the CCH. The storm drain discharges near the Falls of Clyde which is near the Honolulu Generating Station (Pier 7). Press release called in at 2:05pm POC is Bill Brennan with CCH. Signs posted on 10/17/07. Signs removed on 10/19/07. Samples collected on 10/17/07. Sampling stopped on 10/19/07. | Remarks: Storm drain considered receiving waters per M. Iha Honolulu Harbor near Aloha Tower.   CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35726 | 1 |
| 11/4/07 | 98-156 Olepe Loop, Waimalu | C | C-1, C-2 | Waimalu Stream | Cause: Heavy rains causing overflows to storm drain system that drains into Pearl Harbor via Waimalu Stream, signs posted 11/4/2007, signs removed 11/11/2007, sampling began 11/4/2007, sampling stopped 11/8/2007.  11/9/2007 Spill Report:  Arrived at site 9:30 am.  Discharge from SMHs (asset IDs 599515 & 599546).  Duration = 2 hrs. | Indicated 5000 gallons.  CCH also indicates that none of this spill was recovered. | Reply Isaacs Decl., Ex. 3 at Bates Pg. CCH012070 | 1 |
| 1/2/2004 5:35:00 PM to 1/3/2004 11:30:00 PM | 98-164 Olepe Loop, Waimalu | C, G | C-1, C-2, G (18 hour duration of spill spanned two calendar days) | Waimalu Stream/Pearl Harbor | Cause:  Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator.  Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/6/04.  Call rec'd 1735; Arrival 1900; Secured 1130. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Waimalu Stream/Pearl Harbor. CCH indicates that a sign was posted. CCH News Release also stated that Waimalu Stream/Pearl Harbor" were the waters affected by this spill. | Isaacs Decl., Ex. 4F at Bates Pg. 35337; Reply Isaacs Decl., Ex. 2 at Bates Pg. 35806 | 2 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 1/2/2004 5:35:00 PM to 1/3/2004 11:30:00 PM | 98-168 Pahemo Street | C, G | C-1, C-2, G (18 hour duration of spill spanned two calendar days) | Waimalu Stream/Pearl Harbor | Cause:  Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator.  Actual volume unknown, but greater than 1,000 gallons.  CWB approved removal of warning signs and termination of monitoring 1/6/04.  Call rec'd 1800; Arrived 1900; Secured 1130. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Waimalu Stream/Pearl Harbor. CCH indicates that a sign was posted. CCH News Release also stated that "Waimalu Stream/Pearl Harbor" were the waters affected by this spill. | Isaacs Decl., Ex. 4F at Bates Pg. 35337; Reply Isaacs Decl., Ex. B at Bates Pg. 35806 | 2 |
| 1/2/2004 7:00:00 PM to 1/3/2004 5:30:00 AM | Kawaihae Street and May Way | C | C-1, C-2 | storm Drain, Maunalua Bay | Cause:  Surcharge due to heavy rains.  Overflow from the transition manhole between the City and County of Honolulu's (CCH) Kuliouou collection system and the East Honolulu Community Services (EHCS) collection system (surge manhole at the end of the Kuliouou Pump Station force main).  CCH did monitoring (start 1/3/04).  EHCS posted signs 1/3/04 and estimated volume.  CWB approved removal of warning signs and termination of monitoring 1/7/04. | | | 2 |
| 1/2/2004 8:50:00 AM to 1/3/2004 1:00:00 AM | 2444 Hihiwai Street | C, G | C-1, C-2, G (multi hour duration of spill spanned two calendar days) | Ala Wai Canal | Cause:  Surcharge due to heavy rain.  Discharge from SMH#SI20BB0204. Initial report to Ed Gomes, HEER On Scene Coordinator.  Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/6/04. 2/28/04 Monthly Spill Report:  Call rec'd 2050, arrive 2050, stop 1200.  Remedial Action:  Inspect for condition of line after surcharge from heavy rain.  Last cleaned: 08-04-03.  Remarks:  Sustained rainstorms/flooding. | Reported 1001 gallons. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Ala Wai Canal. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35337 | 2 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 1/3/2004 11:00 PM to 1/4/2004 5:16 PM | 5307C Kalanianaole Hwy. | C, G | C-1, C-2, G 19 hour duration of spill spanned two calendar days) | Wailupe Stream | Cause: Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/8/04. 2/28/04 Monthly Spill Report: Call rec'd 1716, arrive 2100, stop 1600. Remedial Action: Inspect for obstructions after surcharge from heavy rain. Last cleaned: 05-22-02. Remarks: Sustained rainstorms/flooding. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Wailupe Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. CCH News Release also stated that the spill affected the Wailupe Stream and beach area. | Isaacs Decl., Ex. 4F at Bates Pg. 35338; Reply Isaacs Decl., Ex. 2 at Bates Pg. 35806 | 2 |
| 1/3/2004 5:16:00 PM to 1/9/2004 9:00:00 PM | 5403 Kalanianaole Hwy. | C | C-1, C-2 | Wailupe Stream | Cause: Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/8/04. 2/28/04 Monthly Spill Report: Call rec'd 1622, arrive 2100, stop 1600. Remedial Action: Inspect for obstructions after surcharge from heavy rain. Last cleaned: 07-12-02. Remarks: Sustained rainstorms/flooding. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Wailupe Stream. CCH also indicated that none of this spill was recovered and a warning sign was posted. CCH News Release likewise stated that the spill affected the Wailupe Stream and beach area. | Isaacs Decl., Ex. 4F at Bates Decl., Ex. 2 at Bates Pg. 35806 | 7 |

**Plaintiffs' Responses to CCH's Objection C Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|---|---|---|---|---|---|---|---|---|
| 11/21/04 9:00 AM to 11/22/04 6:47:00 PM | 2580 Lai Road, Palolo Valley | C | C-1, C-2 | Palolo Stream | Cause: A hole in an 10-inch pipe allowed rocks and soil to block the pipe, resulting in the discharge of raw wastewater through the same pipe hole into Pukele Stream. Warning signs posted, monitoring initiated, and press release made 11/23/04. The complainant first noticed the spill 9:00 am on Sunday 11/21/04, but did not report it because he thought the offices were closed. He called CSM 11/22/04 @ 1:05 pm. The crew went out to investigate, but the site was very steep and heavily vegetated, so they could not immediately confirm the spill. Eventually they accessed the spill site using ropes and saw the exposed and broken pipe along the stream bank. This stretch of the sewer line is concrete encased. It appears the heavy rains eroded the stream bank, exposing the pipe, and rocks and/or debris carried by the stream first broke the pipe, then filled it, blocking the flow in the pipe. The rate of spill was estimated at 1 gpm. Duration was estimated at 33 hours, 47 minutes. There is no way to know for certain when the pipe was damaged and the spill started. The pipe was repaired by | Remarks: Spill actually started at 9 am on 11/21/04, however call was not received until 1:05 pm the next day. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Palolo Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35392 | 2 |
| 2/27/2004 12:15:00 PM to 2/28/2004 7:00:00 AM | 98-156 Olepe Loop, Waimalu | C | C-1, C-2 | Waimalu Stream, Pearl Harbor | Cause: Surcharge due to heavy rain. Signs posted and sampling started 2/28/04. CWB approved removal of signs and cessation of monitoring 3/5/04. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Waimalu Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35343 | 2 |

| | |
|---|---|
| Total Violations in CCH Objection C Category | 92 |

*(See Isaacs Reply Declarataion, Paragraph 19 for Further discussion of C1, C3.)*

| | |
|---|---|
| Total Violations C1 = | 81 |
| Total Violations C3 = | 11 |