**Plaintiffs' Responses to CCH's Objection D Violations**

**Codes - CCH Objections**

- A: No volume
- B: Recovered
- C: Storm drain only
- D: Dry stream
- G: Duration

**Codes - Plaintiff's Counter Argument**

A-1: CCH's report named a specified water (either the ocean or a stream or similar water that flows to the ocean) that this spill reached or otherwise indicated that this spill reached such water. While CCH did not report the amount of the spill that entered the water, the Citizens need only establish that a given CCH sewage spill resulted in some pollutants entering waters of the United States. There is no minimum threshold of allowable pollutant discharge under the CWA.

A-2: CCH's report indicated that the spill prompted the posting of a public warning sign for the water related to the sewage spill.

B: CCH's report indicated that sewage entered a specified water. The discharge of pollutants to waters is unlawful. Even if CCH recovered the spilled sewage, liability for unauthorized discharge is not exonerated by subsequent removal of the pollutants discharged.

C-1: CCH's report indicated that this spill flowed into a storm drain and then reached a named or otherwise specified water. CCH's report further establishes that the storm drain is a tributary to the water in issue, hence even without proof that the spill reached the named or specified water, CCH would be liable for discharge to a tributary to that water. Finally, CCH's report indicates that all or most of the sewage spill to the storm drain was not recovered/pumped back out of the storm drain. Given that the storm drain flows to the waterway, this necessarily means that the sewage pollutants discharged into the storm drain eventually had to flow into the waterway.

C-2: CCH's report indicated that the spill prompted the posting of a public warning sign for the water related to the sewage spill.

C-3: CCH's report at least indicated that this spill flowed into a storm drain that flows into the ocean or a water that flows into the ocean. This report establishes that the storm drain is a tributary to waters of the United States, thus establishing that CCH unlawfully discharged pollutants to a tributary to a water of the United States.

D: CCH's report indicated that this spill flowed into a dry stream that intermittently carries flow to the Pacific Ocean. Such an intermittent stream is a water of the United States under controlling Ninth Circuit precedent.

G: CCH's report establishes the start and stop times and dates for this spill and that this spill lasted for multiple calendar days. Each calendar day that this spill continued constitutes a separate CWA violation.

"Isaacs Decl." = Declaration of Jodene Isaacs (Docket Document No. 178-2)

"Isaacs Errata Decl." = Errata Declaration of Jodene Isaacs, filed June 23, 2008

"Reply Isaacs Decl." = Reply Declaration of Jodene Isaacs in Support of Motion for Summary Judgment on First and Second Claims

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 3/13/00 | rear of 2580 La-I Road, Palolo, Honolulu | B, D | B, D | Palolo Stream | crack in 10 inch line, rocks caused damage to line, roots in line caused a backup, removed roots, line will need to be fixed, no leaks currently as it is 1/4 full with no obstructions, will continue cleaning on 3/14, need to pump out standing water in dry stream bed, CDD | Remarks: Rocks fell on main in dry stream bed; spill ponded/removed. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Palolo Stream. | Isaacs Decl., Ex. 4B at Bates Pg. 35228 | 1 |
| 4/24/00 | near minipark at end of Kapahu Street, Papakolea | D | D | Kalawahine Stream | discharge from manhole, cause due to roots, discharge to dry stream bed | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kanaha Stream. | Isaacs Decl., Ex. 4B at Bates Pg. 35234 | 1 |
| 10/17/01 | 99-745 Holoai Street, Aiea | D | D | Aiea Stream | sewage spill from manhole, 300 gallons entered Aiea Stream, cause due to roots, unable to take sample (stream bed was dry), CDD | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Aiea Stream. | Isaacs Decl., Ex. 4C at Bates Pg. A 010204 | 1 |

**Plaintiffs' Responses to CCH's Objection D Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 2/13/07 | 1677 Ala Aolani Street, Moanalua | D | D | Moanalua Stream | Cause: roots and grease clogged 10-inch vitrified clay sewer main (asset ID 215350). Sewage discharged from sewer manhole (asset ID 214401) and entered Moanalua Stream (concrete-lined). Stream is dry. Four (4) signs posted 2/14/2007, signs removed 2/15/2007. No samples could be taken, five day waiver granted. | Remarks: 750 reached Moanula Stream. CCH indicates that a sign was posted. CCH also indicated that none of this spill was recovered. | Reply Isaacs Decl., Ex. 3 at Bates Pg. CCH012233 | 1 |
| 7/31/07 | 98-785 Iho Place, Pearl City | C, D | C-2, C-3, D | Waimalu Stream | Cause: roots in upstream 8 inch main (asset ID605823), sewage spilled out of manhole (MH#604612), about 100 gallons dissipated along the 300 foot distance between manhole and storm drain catch basin. About 1,200 gallons entered a storm drain and entered a dry water hole (Waimalu dry stream bed) within the Pearl City GC where it was contained and dissipated. The dry stream bed is within the confines of a private golf course and there is no public access or endangerment. Signs posted 7/31/2007, signs removed 8/1/2007. Affected area was cleaned and disinfected. A CCTV crew also inspected the line; the report is pending. 8/14/07 July 2007 Spill Summary: Call rec'd: 1555; Arrival: 1625; Secured: 1735; Last cleaned: 07-30-00; Remarks: Wastewater entered dry water hole (Waimalu Dry Stream Bed). Made visual inspection of drains in golf course, no signs or smells from entry pint to side of freeway 1.7 miles from spill point. 8/1/07 rodding of main line was performed and subsequent CCTV inspection followed. Results of the inspection are pending. | Remarks: Wastewater entered dry water holde (Waimalu Dry Stream Bed). Made visual inspection of drains in golf course, no signs or smells from entry point to side of freeway 1.7 miles from spill point. On 8/1/07, rodding of mainline was performed and subsequent CCTV inspection followed. Results of the inspection are pending. CCH indicates that a sign was posted. CCH also indicates that none of this spill was recovered. | Isaacs Decl., Ex. 4I at Bates Pg. 35513 | 1 |
| | | | | | | | **Total Violations in CCH Objection D Category** | **5** |