## Plaintiffs' Responses to CCH's Objection G Violations

**Codes - CCH Objections**
- A: No volume
- B: Recovered
- C: Storm drain only
- D: Dry stream
- G: Duration

**Codes - Plaintiff's Counter Argument**

A-1: CCH's report named a specified water (either the ocean or a stream or similar water that flows to the ocean) that this spill reached or otherwise indicated that this spill reached such water. While CCH did not report the amount of the spill that entered the water, the Citizens need only establish that a given CCH sewage spill resulted in some pollutants entering waters of the United States. There is no minimum threshold of allowable pollutant discharge under the CWA.

A-2: CCH's report indicated that the spill prompted the posting of a public warning sign for the water related to the sewage spill.

B: CCH's report indicated that sewage entered a specified water. The discharge of pollutants to waters is unlawful. Even if CCH recovered the spilled sewage, liability for unauthorized discharge is not exonerated by subsequent removal of the pollutants discharged.

C-1: CCH's report indicated that this spill flowed into a storm drain and then reached a named or otherwise specified water. CCH's report further establishes that the storm drain is a tributary to the water in issue, hence even without proof that the spill reached the named or specified water, CCH would be liable for discharge to a tributary to that water. Finally, CCH's report indicates that all or most of the sewage spill to the storm drain was not recovered/pumped back out of the storm drain. Given that the storm drain flows to the waterway, this necessarily means that the sewage pollutants discharged into the storm drain eventually had to flow into the waterway.

C-2: CCH's report indicated that the spill prompted the posting of a public warning sign for the water related to the sewage spill.

C-3: CCH's report at least indicated that this spill flowed into a storm drain that flows into the ocean or a water that flows into the ocean. This report establishes that the storm drain is a tributary to waters of the United States, thus establishing that CCH unlawfully discharged pollutants to a tributary to a water of the United States.

D: CCH's report indicated that this spill flowed into a dry stream that intermittently carries flow to the Pacific Ocean. Such an intermittent stream is a water of the United States under controlling Ninth Circuit precedent.

G: CCH's report establishes the start and stop times and dates for this spill and that this spill lasted for multiple calendar days. Each calendar day that this spill continued constitutes a separate CWA violation.

"Isaacs Decl." = Declaration of Jodene Isaacs (Docket Document No. 178-2)

"Isaacs Errata Decl." = Errata Declaration of Jodene Isaacs, filed June 23, 2008

"Reply Isaacs Decl." = Reply Declaration of Jodene Isaacs in Support of Motion for Summary Judgment on First and Second Claims

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 1/2/2004 5:35:00 PM to 1/3/2004 11:30:00 PM | 98-164 Olepe Loop, Waimalu | C, G | C-1, C-2, G (18 hour duration of spill spanned two calendar days) | Waimalu Stream/Pearl Harbor | Cause: Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/6/04. Call rec'd 1735; Arrival 1900; Secured 1130. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Waimalu Stream/Pearl Harbor. CCH indicates that a sign was posted. CCH News Release also stated that Waimalu Stream/Pearl Harbor" were the waters affected by this spill. | Isaacs Decl., Ex. 4F at Bates Pg. 35337; Reply Isaacs Decl., Ex. 2 at Bates Pg. 35806 | 2 |
| 1/2/2004 5:35:00 PM to 1/3/2004 11:30:00 PM | 98-168 Pahemo Street | C, G | C-1, C-2, G (18 hour duration of spill spanned two calendar days) | Waimalu Stream/Pearl Harbor | Cause: Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/6/04. Call rec'd 1800; Arrived 1900; Secured 1130. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Waimalu Stream/Pearl Harbor. CCH indicates that a sign was posted. CCH News Release also stated that "Waimalu Stream/Pearl Harbor" were the waters affected by this spill. | Isaacs Decl., Ex. 4F at Bates Pg. 35337; Reply Isaacs Decl., Ex. B at Bates Pg. 35806 | 2 |

**Plaintiffs' Responses to CCH's Objection G Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Viola-tions |
|---|---|---|---|---|---|---|---|---|
| 1/2/2004 8:50:00 AM to 1/3/2004 1:00:00 AM | 2444 Hihiwai Street | C, G | C-1, C-2, G (multi hour duration of spill spanned two calendar days) | Ala Wai Canal | Cause: Surcharge due to heavy rain. Discharge from SMH#SI20BB0204. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/6/04. 2/28/04 Monthly Spill Report: Call rec'd 2050, arrive 2050, stop 1200. Remedial Action: Inspect for condition of line after surcharge from heavy rain. Last cleaned: 08-04-03. Remarks: Sustained rainstorms/flooding. | Reported 1001 gallons. Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Ala Wai Canal. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4F at Bates Pg. 35337 | 2 |
| 1/3/2004 11:00 PM to 1/4/2004 5:16 PM | 5307C Kalanianaole Hwy. | C, G | C-1, C-2, G 19 hour duration of spill spanned two calendar days) | Wailupe Stream | Cause: Surcharge from heavy rains. Initial report to Ed Gomes, HEER On Scene Coordinator. Actual volume unknown, but greater than 1,000 gallons. CWB approved removal of warning signs and termination of monitoring 1/8/04. 2/28/04 Monthly Spill Report: Call rec'd 1716, arrive 2100, stop 1600. Remedial Action: Inspect for obstructions after surcharge from heavy rain. Last cleaned: 05-22-02. Remarks: Sustained rainstorms/flooding. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Wailupe Stream. CCH also indicated that none of this spill was recovered. CCH indicates that a sign was posted. CCH News Release also stated that the spill affected the Wailupe Stream and beach area. | Isaacs Decl., Ex. 4F at Bates Pg. 35338; Reply Isaacs Decl., Ex. 2 at Bates Pg. 35806 | 2 |
| 12/6/2000 8:00:00 PM to 12/7/2000 2:00:00 AM | Waikapoki PS, 45-919 Wailele Road, Kaneohe | G | G (6 hour duration of spill spanned two calendar days) | Keaahala Stream | sewage spill from force main break (10-inch line, scheduled to be replaced in two months), break repaired at 12/7/2000 (2:00 am), cause due to corrosion in pipe, noted that the pump ran 138 minutes during the six hour period (930 gallons/minute, total of 128,000 gallons), estimated 10,000 gallons spilled and approximately 1000 gallons entered the stream, press release made, sampling conducted 12/7/2000, sampling stopped 12/13/2000, signs posted 12/7/2000, signs removed 12/15/2000 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Keaahala Stream. CCH indicates that a sign was posted. | Isaacs Decl., Ex. 4B at Bates Pg. 35248 | 2 |

**Plaintiffs' Responses to CCH's Objection G Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| 3/22/2006 11:50:00 PM to 3/23/2006 12:20:00 AM | Wahiawa WWTP | G | G (multi hour duration of spill spanned two calendar days) | Wahiawa Reservoir | Cause: High flows (7.2 mgd) due to heavy rains. Raw sewage discharged from headworks upstream of the bar screens; sewage may have entered Wahiawa Reservoir. Due to unsafe conditions, sampling and signs postings will be done at a later date, when conditions improve. Press release will be made noting this. Sampling initiated March 23, 2006, sampling stopped March 24, 2006, signs posted 3/23/2006, signs removed 3/28/06.  4/19/06 Spill Report states CWB authorized removal of warning signs on 3/31/06. | CCH News Release estimated 700 gallons of untreated wastewater at the Wahiawa Wastewater Treatment Plant was believed to have entered Lake Wilson. | Reply Isaacs Decl., Ex. 2 at Bates Pg. 35823 | 2 |
| 3/7/2002 3:55:00 PM to 3/8/2002 2:19:00 AM | Nimitz (Kamehameha) Hwy by War Memorial/Keehi Lagoon | G | G (10 hour duration of spill spanned two calendar days) | Keehi Lagoon | Break in force main, current estimate of volume is 3 to 3.5 million gallons, 19 pumper trucks were used to remove wastewater from several manholes upstream of pump station, Nimitz Highway was closed to facilitate pumper truck access, press release made, signs posted 3/7/2002, signs removed 3/14/2002, sampling conducted 3/7/2002, sampling stopped 3/13/2002 | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Keehi Lagoon. CCH also indicated that none of this spill was recovered. | Isaacs Decl., Ex. 4D at Bates Pg. 35284 | 2 |
| 7/4/2003 3:00:00 PM to 8/7/2003 | Kailua Road Pump Station | G, | G | Kawainui Stream | Cause: Sink hole, 18-inch force main break. 100 gallons entered Kawainue Stream; the rest of the spill was contained in the sink hole. Sampling started 7/5/03. Signs posted as of 7/7/03: The force main is being bypassed by hauling sewage from the pump station. As of 7/9/03: Force main discharging to sink hole when pumps are on, sucking sewage back into force main when pumps are off. Sink hole has been backfilled. 9/16/03: LBS approved cessation of monitoring and removal of warning signs. | Under the column titled Entered Receiving Waters - Ocean/Stream, CCH entered Kawainui Channel. CCH indicated that the spill started on July 4, 2003 and stopped on August 7, 2003 | Isaacs Decl., Ex. 4E at Bates Pg. 35324 | 35 |

**Plaintiffs' Responses to CCH's Objection G Violations**

| Date | Overflow Location | CCH Objections | Plaintiff's Counter Argument | Receiving Waterbody | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | Description from CCH Spill Reports | CCH Report Reference | No. Violations |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Violations in CCH Objection G Category | 49 |