## Plaintiffs' List of Sewage Spill to Ground Violations

| Bates | Date Began | Date Ended | Overflow Location | Quantity | Cause of Overflow | No. of Violations |
|---|---|---|---|---|---|---|
| 35206 | 6/8/99 | 6/8/99 | WWPS Waiawa Industrial Park | 1 | ARV discharged while testing force main | 1 |
| 35211 | 6/13/99 | 6/13/99 | 1450 Olino St | 4 | Manhole @ 4391 Halupa St; seeped into neighbor's property | 1 |
| 35211 | 6/14/99 | 6/14/99 | 94-570 Kupuna Loop | 2 | DP=damaged lateral | 1 |
| 35212 | 6/20/99 | 6/20/99 | 94-013 Waipahu Depot Rd | 20 | Evidence only contained on site / returned to system | 1 |
| 35212 | 6/20/99 | 6/20/99 | INT Kamokila Blvd / Uluohia St | 180 | Percolated into ground | 1 |
| 35207 | 6/28/99 | 6/28/99 | 98-1030 Palula Way | 20 | spilled down tile wall behind house; TV inspection showed opening in reducer & bend | 1 |
| 35212 | 6/29/99 | 6/29/99 | INT Lii Ipo ST / Kanuku St | 2 | Evidence only in gutter | 1 |
| 35215 | 9/3/99 | 9/3/99 | 92-737 Paakai St | 18 | Manhole in backyard easement | 1 |
| 35215 | 9/3/99 | 9/3/99 | INT Hookelewaa St / Meheula Prky | 30 | Contained/dissipated in drain | 1 |
| 35216 | 9/17/99 | 9/17/99 | 92-737 Paakai St | 6 | loads; PP=paper towels, sanity pads; manhole in backyard easement; exceeded recommendation holding time for BOD | 1 |
| A 009909 | 10/10/99 | 10/10/99 | 91-1796 Paeko St | 1 | Evidence only | 1 |
| A 009910 | 10/14/99 | 10/14/99 | 94-340 Waipahu Depot St. | 25 | Spill into garden; percolated | 1 |
| A 009913 | 11/13/99 | 11/13/99 | 94-013 Waipahu Depot Rd | 5 | NC=sample collected but rejected due to improper storage; spilled when releasing clog | 1 |
| A 009913 | 11/15/99 | 11/15/99 | 1482 Olino St. | 10 | No cover on private cleanout; contained in planter; returned to system | 1 |
| A 009916 | 12/23/99 | 12/23/99 | 99-811 Aiea Heights Dr | 300 | Spill flowed down/percolated into hillside | 1 |
| 35221 | 1/6/00 | 1/6/00 | 94-096 Awamoku St | 500 | DP=sag; remainder contained in drain--traced drain (also next day) | 1 |
| 35221 | 1/6/00 | 1/6/00 | 98-400 Kaluamoi Dr | 1 | seeped from mh cover | 1 |
| 35222 | 1/12/00 | 1/14/00 | 93-093 Waipahu Depot St | 15,000 - 20,000 | Goodfellow Bros excavation broke off bell end of force main; spill contained in trench; dye-test to see if reached Kapakahi Str negative | 3 |
| 35223 | 1/15/00 | 1/15/00 | 99-601 Hoohalawai Place | 40 | Percolated into ground | 1 |
| 35223 | 1/17/00 | 1/17/00 | 96-121 Waiawa Rd | 2600 | M=manhole bar opener blocked downstream invert; dissipated at site | 1 |
| 35225 | 1/24/00 | 1/24/00 | 99-1175 Aiea Heights Drive | 45 | Seepage from ground ran down roadside into grass | 1 |
| 35226 | 2/9/00 | 2/9/00 | 94-096 Awamoku St | 2 |  | 1 |
| 35227 | 2/22/00 | 2/22/00 | 94-099 Waipahu St | 50 | Mixed w/ debris in storm drain | 1 |
| 35228 | 3/8/00 | 3/8/00 | WWPS Waiawa WWPS Force Main | 40 | Evidence only; M=valve to secured, old FM open-spilled thru its cracks/formed large sinkhole | 1 |
| 35231 | 4/3/00 | 4/3/00 | 92-7018 Kahea Street | 1150 | Flowed into Makakilo Gulch; M=manhole rung | 1 |

**Plaintiffs' List of Sewage Spill to Ground Violations**

| Bates | Date Began | Date Ended | Overflow Location | Quantity | Cause of Overflow | No. of Violations |
|---|---|---|---|---|---|---|
| 35231 | 4/5/00 | 4/5/00 | 94-1017 Nalii St | 100 | Contained in trench; grease/debris blocked manhole, causing backup into laterals; spilled when contractor cut into lateral | 1 |
| 35232 | 4/6/00 | 4/6/00 | 94-729 Farrington Highway | 15 | Spilled when cleanout opened; intermittent; State of Hawaii contractor cut/plugged active lateral by mistake--lateral restored | 1 |
| 35232 | 4/15/00 | 4/15/00 | 94-013 Waipahu Depot Rd | 20 | Intermittent; contained/dissipated on site | 1 |
| 35235 | 5/4/00 | 5/4/00 | 98-108 Pahemo Place | 1 | Contained/percolated in yard | 1 |
| 35235 | 5/30/00 | 5/30/00 | 92-885 Makakilo Dr (behind fire station) | 1000 | Spill noticed as contractor worked nearby (had not excavated at site yet); flowed/absorbed into trench & down gully (inaccessible by public) | 1 |
| 35248 | 10/15/00 | 10/15/00 | 95-113 Lipoa Place | 5 | Contained on roadside | 1 |
| 35249 | 10/25/00 | 10/25/00 | 94-837 Kahualilani St | 75 | Contained in drain | 1 |
| 35250 | 10/27/00 | 10/27/00 | 98-168 Olepe Loop | 20 | DP=sag in line; contained in shower, returned to system | 1 |
| 35253 | 12/14/00 | 12/14/00 | 94-210 Leokane St | 20 | DP=sag in line caused grease build-up | 1 |
| 35258 | 1/7/01 | 1/7/01 | 98-1290 Kulawai St | 20 | Spilled when cleanout opened; M=hair; contained/dissipated on site | 1 |
| 35258 | 1/7/01 | 1/7/01 | 98-135 Lipoa Place | 15 | Intermittent | 1 |
| 35259 | 1/11/01 | 1/11/01 | 92-1020 Palailai PL | 5 | Spilled when cleanout opened | 1 |
| 35259 | 1/11/01 | 1/11/01 | 98-103 Kanuku St | 10 | Contained near driveway / returned to system | 1 |
| 35259 | 1/16/01 | 1/16/01 | 98-103 Kanuku St | 3 | Intermittent ; contained along driveway/returned to system | 1 |
| 35259 | 1/19/01 | 1/19/01 | 2465 Aumakua St | 20 | Evidence only around cleanout; PP=tissue | 1 |
| 35262 | 2/27/01 | 2/27/01 | 98-500 Hookanike St | 40 | M=rebar, plastic bags; contained in grassed area; vacuumed as spilled from cleanout into vactor trucks | 1 |
| 35263 | 3/24/01 | 3/24/01 | 9-140B Holo Pl | 2 | | 1 |
| 35266 | 4/11/01 | 4/11/01 | 98-204 Aiea Kai Pl | 15 | M=non-biodegradable paper towels | 1 |
| 35268 | 5/10/01 | 5/10/01 | 4-1248 Huakai St | 24 | | 1 |
| 35269 | 5/18/01 | 5/18/01 | 94-129 Poailani Circle | 10 | Seepage; most spilled when cleanout opened to release blockage in 4' riser; contained on driveway/along curbside | 1 |
| 35270 | 6/11/01 | 6/11/01 | 98-103 Kanuku St | 50 | Sample rejected by lab - not iced properly | 1 |
| 35270 | 6/12/01 | 6/12/01 | 99-147 Mikalemi St | 15 | | 1 |
| 35270 | 6/20/01 | 6/20/01 | 99-040B Upapulu Dr (across street from) | 115 | Grit heavy; seepage from basement of abandoned house | 1 |
| 35271 | 6/24/01 | 6/24/01 | 94-165 Waipahu Depot Rd | 0.5 | Spilled when cleanout opened; contained | 1 |
| 35275 | 8/5/01 | 8/5/01 | 98-1402 Kulawai St | 10 | Intermittent/contained/dissipated on site;sample improperly refrigerated | 1 |
| 35277 | 9/4/01 | 9/4/01 | 98-1426 Kulawai St | 25 | Contained around cleanout | 1 |
| 35278 | 9/19/01 | 9/19/01 | 94-695 Waipahu St | 100 | Contained | 1 |

## Plaintiffs' List of Sewage Spill to Ground Violations

| Bates | Date Began | Date Ended | Overflow Location | Quantity | Cause of Overflow | No. of Violations |
|---|---|---|---|---|---|---|
| 35278 | 9/19/01 | 9/19/01 | INT Ulune St / Wiliko St 99-230 | 90 | | 1 |
| 35278 | 9/23/01 | 9/23/01 | 1303 Noelani Pl | 250 | Channel dry/inaccessbile | 1 |
| A 010203 | 10/1/01 | 10/1/01 | 94-695 Waipahu St | 870 | Contained in grass & under building | 1 |
| A 010204 | 10/16/01 | 10/16/01 | 91-911 Mailani St | 95 | Dirt/leaves in storm drain | 1 |
| A 010204 | 10/17/01 | 10/17/01 | 99-920 Iwaena St | 4 | Evidence-ponding on roadway | 1 |
| A 010205 | 11/6/01 | 11/6/01 | Kalaeloa (formerly Barbers Point Naval Air Station) | 3 | Truck tipped over, bin cover moved to open position releasing sludge | 1 |
| A 010206 | 11/22/01 | 11/22/01 | 98-1746 Ipuala Loop | 25 | | 1 |
| A 010207 | 12/7/01 | 12/7/01 | 98-103 Kanuku St | 50 | Contained in driveway entrance; sample improperly iced | 1 |
| A 010207 | 12/8/01 | 12/8/01 | 98-103 Kanuku St | 50 | Contained on site; sample improperly iced | 1 |
| A 010207 | 12/9/01 | 12/9/01 | 98-103 Kanuku St | 20 | Contained on site; sample failed glucose-glutamic acid QC check | 1 |
| A 010208 | 12/27/01 | 12/27/01 | 5-1012 Kanae St | 50 | | 1 |
| 35281 | 1/23/02 | 1/23/02 | 95-491 Kaulia Pl | 35 | Rocks in lateral - no cleanout cap | 1 |
| 35281 | 1/29/02 | 1/29/02 | 426B Kekau Pl | 400 | Possible surcharge from heavy rain | 1 |
| 35284 | 3/5/02 | 3/5/02 | 15 Kanuku Pl | 50 | | 1 |
| 35288 | 4/15/02 | 4/15/02 | 98-2001 Kikala St | 50 | Spilled when cleanout cap removed | 1 |
| 35288 | 4/19/02 | 4/19/02 | 94-965 Waipahu St | 2260 | DP=sag; contained on property | 1 |
| 35289 | 4/29/02 | 4/29/02 | 98-204 Aiea Kai Pl | 10 | Evidence only | 1 |
| 35291 | 6/12/02 | 6/12/02 | 94-289 Leonui St | 10 | PP=toilet tissue | 1 |
| 35292 | 6/28/02 | 6/28/02 | 94-1048 Eleu St | 40 | | 1 |
| 35297 | 8/5/02 | 8/5/02 | 94-054 Awamoku St | 1200 | M=debris | 1 |
| 35297 | 8/6/02 | 8/6/02 | 98-208 Aiea Kai PL | 30 | | 1 |
| 35298 | 8/31/02 | 8/31/02 | 94-116 Pupukahi St | 40 | Contained in apartment/parking stall; blockage self-released | 1 |
| 35298 | 9/15/02 | 9/15/02 | 94-1143 Kaloli Loop | 3 | | 1 |
| 35299 | 9/20/02 | 9/20/02 | 94-896 Moloalo St | 120 | Toilets spilled into warehouse | 1 |
| 35299 | 9/25/02 | 9/25/02 | 2283 Auhuhu St | 10 | Contained/percolated around cleanout | 1 |
| 35302 | 10/15/02 | 10/15/02 | 1225 Waimano Home Rd | 40 | Spilled when cleanout cap removed; contained around cleanup | 1 |
| 35302 | 10/17/02 | 10/17/02 | 92-535 Pilipono St | 75 | Spilled when cleanout cap removed; contained around cleanup | 1 |
| 35306 | 12/24/02 | 12/24/02 | 94-054 Awamoku St (Brown Estates) | 80 | | 1 |
| 35312 | 3/16/03 | 3/16/03 | 94-065 Kuahelani Ave | 800 | Dissipated in drain | 1 |
| 35313 | 3/21/03 | 3/21/03 | 92-577 Makakilo Dr | 110 | Spilled when cleanout cap removed; M=plastic bags | 1 |
| 35313 | 3/30/03 | 3/30/03 | 98-103 Kanuku St | 5 | Spilled when cleanout cap removed | 1 |

## Plaintiffs' List of Sewage Spill to Ground Violations

| Bates | Date Began | Date Ended | Overflow Location | Quantity | Cause of Overflow | No. of Violations |
|---|---|---|---|---|---|---|
| 35316 | 4/1/03 | 4/1/03 | 98-103 Kanuku St | 10 | PP=toilet paper, car blocked access to catch basin | 1 |
| 35316 | 4/2/03 | 4/2/03 | 98-273 Aiea Kai Pl | 25 | PP=paper towels | 1 |
| 35317 | 4/22/03 | 4/22/03 | 91-1811 Park Row St | 70 | Contained/percolated in grass/dirt area | 1 |
| 35317 | 5/10/03 | 5/10/03 | 94-695 Waipahu St | 1105 | Contained on site; removed/dissipated | 1 |
| 35318 | 5/14/03 | 5/14/03 | 94-307 Hilihua Way | 3 | | 1 |
| 35318 | 5/19/03 | 5/19/03 | 98-103 Kanuku St | 10 | Evidence contained | 1 |
| 35318 | 5/20/03 | 5/20/03 | 98-083 Kanuku Place | 10 | Spilled when cleanout cap removed | 1 |
| 35318 | 5/23/03 | 5/23/03 | 98-1130 Kahapili St | 45 | Seeped from ground | 1 |
| 35319 | 5/26/03 | 5/26/03 | 98-1130 Kahapili St | 3 | Seeped from ground; contained | 1 |
| 35325 | 7/25/03 | 7/25/03 | 98-1380 Kulawai St | 90 | Spilled when cleanout cap removed; contained/dissipated around cleanout | 1 |
| 35327 | 9/22/03 | 9/22/03 | 94-075 Poailani Circle | 375 | Contained/dissipated in drain | 1 |
| 35330 | 10/17/03 | 10/17/03 | 95-150 Kamehameha Highway | 800 | Contractor cut top of pipe to retrieve fiberglass bag used to create cast-in-place pipe; PP=toilet paper plugged pipe, causing spill through hole; contained in trench/entered downstream hole in pipe | 1 |
| 35332 | 11/22/03 | 11/22/03 | 98-1438 Kulawai St | 15 | Spilled when cleanout cap removed | 1 |
| 35332 | 11/30/03 | 11/30/03 | 99-160 Kalaloa St | 60 | No sample; area saturated by heavy rains | 1 |
| 35339 | 1/27/04 | 1/27/04 | 98-204 Aiea Kai Pl | 90 | Spilled when cleanout cap removed; absorbed by debris in drain | 1 |
| 35340 | 1/31/04 | 1/31/04 | 92-1151B Palahia St | 580 | M=rebars/rocks in manhole; no cover | 1 |
| 35340 | 2/5/04 | 2/5/04 | 98-1815 Ipuala Pl | 68 | Contained/dissipated on site | 1 |
| 35351 | 4/23/04 | 4/23/04 | 94-376 Welehu St & 94-450 Kapuahi St | 3600 | Private contractor's pumps malfunctioned, manholes overflowed into 3 catch basins (dry when checked by CSM) | 1 |
| 35353 | 5/30/04 | 5/30/04 | 94-590 Awamoi St | 60 | Intermittent; heavy grease (see EIR 040704C) | 1 |
| 35353 | 6/1/04 | 6/1/04 | 99-040B Upapulu Dr | 350 | Spill from exposed damaged riser on adjacent property (demolished house) | 1 |
| 35361 | 8/7/04 | 8/7/04 | 94-716 Kaaka St | 2 | Evidence around manhole | 1 |
| 35362 | 8/16/04 | 8/16/04 | 92-586 Awawa St | 40 | Spilled when cleanout opened | 1 |
| 35362 | 8/16/04 | 8/16/04 | 98-139 Kanuku St | 75 | Contained/dissipated on road/sidewalk | 1 |
| 35364 | 9/18/04 | 9/18/04 | easement Welo St | 19000 | M=bicycle frame, boulders | 1 |
| 35365 | 9/29/04 | 9/29/04 | 94-695 Waipahu St | 60 | | 1 |
| 35370 | 1/3/05 | 1/3/05 | 99-1010 Kahua Pl | 2 | Roots and debris found in the line | 1 |
| 35370 | 1/8/05 | 1/8/05 | 99-370 Moanalua Rd | 60 | Spill dissipated into the ground | 1 |
| 35370 | 1/23/05 | 1/23/05 | 98-302 Kamehameha Hwy | 60 | | 1 |

## Plaintiffs' List of Sewage Spill to Ground Violations

| Bates | Date Began | Date Ended | Overflow Location | Quantity | Cause of Overflow | No. of Violations |
|---|---|---|---|---|---|---|
| 35371 | 2/22/05 | 2/22/05 | 94-185 Kapuahi Pl | 60 | Cause: Debris in the line | 1 |
| 35372 | 3/18/05 | 3/18/05 | 98-535 Iho Pl | 1100 | Spill dissipated into the ditch. Did not reach receiving stream | 1 |
| 35372 | 3/24/05 | 3/24/05 | 98-703 Iho Pl | 100 | | 1 |
| 35380 | 5/26/05 | 5/26/05 | 94-264 Farrington Hwy | 75 | M=black sludge; debris absorbed spill | 1 |
| 35384 | 7/1/05 | 7/1/05 | 94-1054 Hahana St | 85 | New line subdivision - line may not have been turned over to City yet | 1 |
| 35398 | 10/16/05 | 10/16/05 | Pacific Palisades WWPS | 10000 | Cone check valve #2 for force main was held open by debris; wastewater backed up into well, then into overflow cesspool. | 1 |
| 35398 | 10/22/05 | 10/22/05 | 98-135 Kanuku St | 5 | Spill not in progress upon arrival, contained on site; M=debris | 1 |
| 35399 | 10/28/05 | 10/28/05 | 94-336 Kahuanani St | 50 | Spill not in progress upon arrival - waste & tissue around cleanout; percolated into grassy area / dissipated from curb | 1 |
| 35399 | 11/3/05 | 11/3/05 | 94-1010 Hanauna St | 5 | Spill not in progress upon arrival - evidence around cleanout; leaves & debris absorbed spill | 1 |
| 35400 | 11/21/05 | 11/21/05 | 94-551 Kupuna Loop | 300 | Spill not in progress upon arrival - debris and water ponded on road and embarkment | 1 |
| 35400 | 12/16/05 | 12/16/05 | 92-1011 Aliinui Dr | 300 | Spill not in progress upon arrival - dissipated on driveway and into ground | 1 |
| 35400 | 12/19/05 | 12/19/05 | 96-302 Kamehameha Hwy | 40 | Spill not in progress upon arrival - evidence ponded around cleanout; no sample taken - spill compromised | 1 |
| 35420 | 1/6/06 | 1/6/06 | 99-1184 Aiea Heights Dr | 10 | Spill not in progress upon arrival - evidence on road; M=overload when cesspool truck emptied tank in upstream manhole | 1 |
| 35420 | 1/23/06 | 1/23/06 | 94-233 Paiwa St | 50 | Percolated into ground | 1 |
| 35436 | 2/16/06 | 2/16/06 | 91-778 Pohakupuna Rd | 30 | Spill not in progress upon arrival - percolated into ground | 1 |
| 35436 | 2/27/06 | 2/27/06 | 98-273 Aiea Kai Pl | 200 | PP=tissue; dissipated along sidewalk curbing to cul-de-sac | 1 |
| 35443 | 3/1/06 | 3/1/06 | 952 3rd St | 42 | Vacuum approx 30 gals of ponded spill | 1 |
| 35443 | 3/2/06 | 3/2/06 | 94-185 Kapuahi Pl | 60 | Spill dissipated on sidewalk/road curb | 1 |
| 35443 | 3/29/06 | 3/29/06 | 91-1037 Ahuua St | 25 | Percolated into ground | 1 |
| 35443 | 3/31/06 | 3/31/06 | 98-171 Aiea Kai Way | 5 | Spill not in progress upon arrival-evidence around manhole | 1 |
| 35450 | 4/23/06 | 4/23/06 | 93-059 Wajipio Point Access Rd | 750 | Longitudinal crack in 30" DIP (ductile iron pipe) force main; damage due to external corrosion | 1 |
| 35450 | 4/26/06 | 4/26/06 | 99-142 Pooholua Dr | 287 | No discharge to receiving waters. Spill was along mountainside; no public access | 1 |
| 35456 | 6/10/06 | 6/10/06 | Waipahu St & Awamoi St | 60 | vacuumed up spill | 1 |

**Plaintiffs' List of Sewage Spill to Ground Violations**

| Bates | Date Began | Date Ended | Overflow Location | Quantity | Cause of Overflow | No. of Violations |
|---|---|---|---|---|---|---|
| 35456 | 6/19/06 | 6/19/06 | 94-1128 Lumikula St | 80 | Dissipated into ground | 1 |
| 35456 | 6/26/06 | 6/26/06 | 4600 Kapolei Parkway | 1905 | 500 gallons dissipated in the ground. Dissipated into ground. the manhole and storm drain inaccessible | 1 |
| 35465 | 7/8/06 | 7/8/06 | 94-1116 Nalii St | 10 | Upon opening c/o - caused a spill. Contained on site, dissipation | 1 |
| 35465 | 7/9/06 | 7/9/06 | Lii Ipo & Kanuku St | 60 | Intermittent spill. Contained on grassy area at the corner | 1 |
| 35482 | 10/9/06 | 10/9/06 | 98-302 Kamehameha Hwy | 160 | Contained on ground side of building. Accumulated up approx. 120 gal | 1 |
| 35482 | 10/11/06 | 10/11/06 | 91-1010 Noulu St | 350 | Reached several storm drain manholes. No receiving waters | 1 |
| 35520 | 8/22/07 | 8/22/07 | 99-145 Inea Pl | 15 | Water dissipated. Cleared roots with eel and rootx. CSM staff did not witness water spilling upon arrival, only evidence of toilet paper around cleanout | 1 |
| 35407 | 10/17/07 | 10/17/07 | Berelania St South | 2650 | Main line back in service at 12:45pm. Storm drain considered receiving waters per M Iha Honolulu Harbor near Aloha Tower. | 1 |
| 35407 | 10/26/07 | 10/26/07 | 98-971 Iliee Street | 2000 | Continued to thin out in drain pass Aiea Highschool (1 mile down) | 1 |
| 35407 | 11/4/07 | 11/4/07 | 98-156 Olepe Loop | 25 | Evidenced by toilet paper, grease chunks on roadway. | 1 |
| 35409 | 12/21/07 | 12/21/07 | 94-1243 Huakai St | 50 | Illegible | 1 |
| 35409 | 12/31/07 | 12/31/07 | 1020 Keolu Dr | 9000 | High level alarm @ 12:58am not overflowing yet. First truck arrived at 2:30am spill in progress. Lab notified by Jim B. regarding samples | 1 |

| | |
|---|---|
| **Total Violations Claim Two that are Uncontested by Opposition Exhibit B** | **148** |

**Key for "Cause of Overflow" Column**

| | | |
|---|---|---|
| DP=damaged pipe | Misc.=miscellaneous (see Remarks) | OP= Operator Error |
| FE=Faulty equipment | NC=noncompliant | Paper Products=paper products |