IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; ) <br> HAWAIʻI'S THOUSAND FRIENDS; and ) <br> OUR CHILDREN'S EARTH FOUNDATION,) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF HONOLULU and ) <br> FRANK DOYLE, DIRECTOR OF THE ) <br> DEPARTMENT OF ENVIRONMENTAL ) <br> SERVICES, in his official ) <br> capacity, ) <br> ) <br> Defendants. ) <br> _____) | Civil No. 04-00463 DAE/BMK <br><br> **CERTIFICATE OF WORD COUNT** |

**CERTIFICATE OF WORD COUNT**

Pursuant to Local Rule 7.5, I hereby certify that the Plaintiffs' Reply Separate and Concise Statement of Facts to Defendant City and County of Honolulu's Opposing Concise Statement contains 327 words, exclusive of case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificate of service.

DATED:  Honolulu, Hawaiʻi, June 23, 2008.

                                        /s/ William Tam
                                        CHRISTOPHER SPROU
                                        PAUL ALSTON
                                        WILLIAM TAM
                                        BLAKE OSHIRO
                                        Attorneys for Plaintiffs
                                        Sierra Club, Hawaiʻi Chapter,
                                        Hawaiʻi Thousand Friends, and Our
                                        Children's Earth Foundation