IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; ) <br> HAWAIʻI'S THOUSAND FRIENDS; and ) <br> OUR CHILDREN'S EARTH FOUNDATION,) <br> ) <br> Plaintiffs,       ) <br> ) <br> vs.            ) <br> ) <br> CITY AND COUNTY OF HONOLULU and ) <br> FRANK DOYLE, DIRECTOR OF THE    ) <br> DEPARTMENT OF ENVIRONMENTAL     ) <br> SERVICES, in his official      ) <br> capacity,                      ) <br> ) <br> Defendants.      ) <br> _____) | Civil No. 04-00463 DAE-BMK <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following parties by hand-delivery, electronic mail (e-mail), or U.S. mail, postage prepaid (as indicated below) at the addresses noted below:

| | **HAND-DELIVERED** | **E-MAIL via ECF** | **MAILED** |
|---|---|---|---|
| CARRIE OKINAGA, ESQ. <br> *cokinaga@honolulu.gov* <br> KATHLEEN A. KELLY, ESQ. <br> *kkelly@co.honolulu.hi.us* <br> Corporation Counsel <br> City & County of Honolulu <br> 530 So. King Street <br> Honolulu, HI  96813 <br>      and | ( ) | ( X ) | ( ) |

651629_1/7502-3

|  | HAND-DELIVERED | E-MAIL via ECF | MAILED |
|---|---|---|---|

JAMES DRAGNA, ESQ.                ( )        ( X )   ( )
*jim.dragna@bingham.com*
NANCY WILMS, ESQ.
*nancy.wilms@bingham.com*
BRYAN K. BROWN, ESQ.
*bryan.brown@bingham.com*
c/o Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106

Attorneys for Defendants
City and County of Honolulu and
Frank Doyle, Director of the
Department of Environmental
Services, in his official capacity

DATED:  Honolulu, Hawai'i, June 23, 2008.


   /s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAI'I CHAPTER,
HAWAI'I'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION