RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department Of Justice
ROBERT D. MULLANEY
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
E-mail: Robert.Mullaney@usdoj.gov

R. JUSTIN SMITH
Law and Policy Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390
Tel: (202) 514-9369
Fax: (202) 514-4231
E-mail: Justin.Smith@usdoj.gov

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF HONOLULU, <br><br> Defendant. | No. CV 04-00463 DAE-BMK <br><br> UNITED STATES' MOTION FOR AN EXTENSION OF TIME IN WHICH TO SUBMIT A BRIEF AS AMICUS CURIAE |

The United States of America, on behalf of the United States Environmental Protection Agency, requests that the Court provide a period of 19 days, or until July 14, 2008, in which the United States may determine whether to file a brief as amicus curiae, and to either submit that brief or inform the Court that it does not intend to file a brief.  In telephone calls with counsel for the parties, we were informed that plaintiffs do not oppose this motion but that defendant opposes the motion.

      1.  The United States Environmental Protection Agency ("EPA") administers the Clean Water Act ("CWA"), 33 U.S.C. § 1251 et seq., and brings actions under the CWA's enforcement provisions.  Proper operation and maintenance of municipal sewer systems is an important component of the CWA framework.  EPA has issued regulations governing the issuance of National Pollutant Discharge Elimination System ("NPDES") permits pursuant to Section 402 of the CWA, 33 U.S.C. § 1342, including specific regulations governing issuance of permits for publicly owned treatment works and municipal sewage collection systems like the one at issue in this case.  In addition, EPA issued both of the NPDES permits at issue in this matter.[1]

      2.  The United States is also the plaintiff in two separate Clean Water Act actions pending against the City and County of Honolulu before this Court.  These two cases involve similar CWA claims to those alleged in the present case.  *United States, et al. v. City and County of Honolulu*, No. CV-94-00765 DAE-KSC; *United States, et al. v. City and County of Honolulu*, No. CV-07-00235 DAE-KSC.  In addition, both the United States and the State of Hawaii are currently engaged in settlement negotiations with the City and County of Honolulu regarding alleged CWA violations and consent decree violations involving the City's collection system and wastewater treatment plants.

---

[1] The State of Hawaii co-signed these permits so that they could also operate as an authorization to discharge pursuant to State law.

3. The United States recently learned that the defendant in this action has raised the argument that spills from defendant's collection system, although they violate defendant's NPDES permit on its face, are not actionable unless they are spills into waters of the United States. This argument implicates the foregoing United States interests. Defendant's brief also raises other issues regarding the interpretation and application of the CWA as to which the United States has a significant interest.

4. The United States has previously addressed similar arguments in another CWA action, *United States, et al. v. City of Los Angeles*, No. 01-191-RSWL (C.D. Cal.). To illustrate the nature of the United States' interest in this matter, the brief submitted by the United States in that previous action is appended as Exhibit A.

5. It is our understanding that there is a hearing scheduled on June 30, 2008, to address defendant's motion to dismiss. The United States is not in a position to submit a brief by that date. Any draft brief must be reviewed and approved within the Department of Justice and by EPA, a process that requires significant internal coordination. The final decision as to whether to submit a brief will be made in the course of this internal coordination process.

6. A United States brief may be of significant assistance to the Court in this matter. The United States is responsible for bringing CWA enforcement actions nationwide, and frequently brings actions relating to violations of permits for municipal collection systems, including its two previous actions against the City and County of Honolulu. The Court may therefore find it beneficial to have the views of the United States available when it decides this matter.

7. By July 14, or earlier if practicable, the United States will either submit a brief as amicus curiae or notify the Court that it does not intend to do so. The United States requests that the Court defer any ruling on defendant's motion to

dismiss during this period.

                                Respectfully submitted,

                                FOR THE UNITED STATES OF AMERICA

Date:  June 26, 2008        /s/ Robert D. Mullaney

                                ROBERT D. MULLANEY
                                Trial Attorney
                                Environmental Enforcement Section
                                Environment and Natural Resources
                                 Division
                                U.S. Department of Justice
                                301 Howard Street, Suite 1050
                                San Francisco, California  94105
                                Tel:  (415) 744-6491
                                Fax:  (415) 744-6476

<u>CERTIFICATE OF SERVICE</u>

I, Robert D. Mullaney, hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the documents entitled "United States' Motion for an Extension of Time in Which to Submit a Brief as Amicus Curiae" was served on the following at their last known addresses:

Served by Electronic Mail:

| | |
|---|---|
| Carrie Okinaga<br>Corporation Counsel<br>cokinaga@honolulu.gov | June 26, 2008 |
| Nancy Wilms<br>James Dragna<br>Bingham McCutchen LLP<br>jim.dragna@bingham.com | June 26, 2008 |
| Mark Bennett, Attorney General<br>Kathleen Ho, Deputy Attorney General<br>State of Hawaii Office of the Attorney General<br>kathleen.s.ho@hawaii.gov | June 26, 2008 |
| Christopher Sproul<br>Environmental Advocates<br>csproul@enviroadvocates.com | June 26, 2008 |
| Bill Tam<br>Alston Hunt Floyd & Ing<br>wtam@ahfi.com | June 26, 2008 |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2008, at San Francisco, California.

/s/ Robert D. Mullaney
Robert D. Mullaney