IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER;<br>HAWAI'I'S THOUSAND FRIENDS;<br>and OUR CHILDREN'S EARTH<br>FOUNDATION,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF<br>HONOLULU and FRANK DOYLE,<br>DIRECTOR OF THE DEPARTMENT<br>OF ENVIRONMENTAL SERVICES,<br>in his official capacity,<br><br>            Defendants. | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**CITY AND COUNTY OF HONOLULU'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' SECOND CLAIM**

was duly served upon the following individuals at their address listed below on June 26, 2008:

Served Electronically through CM/ECF:  Email address

CHRISTOPHER SPROUL  csproul@enviroadvocates.com
Environmental Advocates
5135 Anza Street
San Francisco, California 94121

PAUL ALSTON  palston@ahfi.com
WILLIAM M. TAM  wtam@ahfi.com
BLAKE K. OSHIRO  boshiro@ahfi.com
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, June 26, 2008.

            CARRIE K.S. OKINAGA
            Corporation Counsel

            By /s/ Kathleen A. Kelly
              Kathleen A. Kelly
              Deputy Corporation Counsel
              Attorneys for Defendants