IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SIERRA CLUB, HAWAI`I CHAPTER, HAWAI`I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU, and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity,<br><br>      Defendants.<br>_____ | CV. NO. 04-00463 DAE-BMK |

ORDER GRANTING UNITED STATES' MOTION FOR AN EXTENSION
OF TIME IN WHICH TO SUBMIT A BRIEF AS AMICUS CURIAE

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing the United States' motion and the supporting memoranda, the Court GRANTS the United States' Motion for an Extension of Time in which to Submit a Brief as Amicus Curiae (Doc. # 194).

The United States shall have a period of time until July 14, 2008 to determine whether to file a brief as amicus curiae. On or before July 14, 2008, the

United States shall either: (1) submit a brief as amicus curiae, or (2) notify the court that it does not intend to do so.

The hearing on Monday, June 30, 2008, regarding Plaintiffs' Motion for Summary Judgment on Plaintiffs' First and Second Claims shall proceed as scheduled.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, June 30, 2008.



_____
David Alan Ezra
United States District Judge

Sierra Club, Hawaii Chapter, et al. v. City and County of Honolulu et al., CV. NO. 04-00463 DAE-BMK; ORDER GRANTING UNITED STATES' MOTION FOR AN EXTENSION OF TIME IN WHICH TO SUBMIT A BRIEF AS AMICUS CURIAE