# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00463DAE-BMK |
| CASE NAME: | Sierra Club, Hawaii Chapter, et al. V. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | William Tam |
| ATTYS FOR DEFT: | James Dragnar<br>Carrie Okinaga<br>Kathleen Kelly |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 06/30/2008 | TIME: | 9:00am-9:45am |

COURT ACTION:  EP:  [177] MOTION for Partial Summary Judgment.  [182] MOTION to Dismiss Plaintiffs' Second Claim.

Oral arguments heard.

[177] MOTION for Partial Summary Judgment- TAKEN UNDER ADVISEMENT

 [182] MOTION to Dismiss Plaintiffs' Second Claim- TAKEN UNDER ADVISEMENT

Court to issue order.

Court orders that a list on what is agreed upon and what is not agreed upon by Counsel, be submitted to the Court by 7/14/2008.

Defense Counsel allowed to submit

Submitted by:  Theresa Lam, Courtroom Manager