CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone:  (808) 768-5235
Facsimile:  (808) 768-5105
Email: kkelly@honolulu.gov

BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 91492)
NANCY M. WILMS (CA SBN 111837)
BRYAN K. BROWN (CA SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
City and County of Honolulu

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY AND COUNTY OF HONOLULU,<br>                    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV 04-00463 DAE-BMK<br><br>**SUBMISSIONS IN RESPONSE TO JUNE 30, 2008 HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATE OF SERVICE**<br><br>Date:        N/A<br>Time:        N/A<br>Judge:      Hon. David Alan Ezra |

A/72594830.1

In response to the Court's Order at the June 30, 2008 hearing, the parties have met and conferred and have agreed on the following joint submissions:

- Exhibit A -- Spills CCH Disputes Reached Receiving Waters
- Exhibit B -- Spills CCH Does Not Dispute Reached Receiving Waters

The spills listed in the above exhibits only relate to plaintiffs' first claim. All first claim spills included in plaintiffs' motion for partial summary judgment but not included in Exhibits A or B have been withdrawn by plaintiffs from their motion for partial summary judgment. With regard to Exhibit B, CCH only concedes that that the spills (or a potion thereof) entered a receiving water. CCH does not concede the volume of the spill or, as noted in Exhibit B, that any such spill resulted in multiple violations.

During the meet and confer process, the parties disagreed whether the list of disputed spills should include the parties' respective positions. CCH believes this information was requested by the Court as discussed at the June 30 hearing. Accordingly, CCH is also submitting:

- Exhibit C -- CCH's Chart of Disputed Spills -- Based on Plaintiffs' Reply Exhibit 5 .

Exhibit C is not a joint submission.    However, Exhibit C contains plaintiffs' positions as set forth in Exhibit 5 to their reply, and the listed spills are identical to the spills listed in Exhibit A.  CCH's position is a summary of arguments made in CCH's opposition to plaintiffs' motion for partial summary judgment and therefore does not represent new argument.


DATED:    Honolulu, Hawaii          Respectfully submitted,
          July 14, 2008             CARRIE OKINAGA
                                    Corporation Counsel

                                    By:  /s/Kathleen A. Kelly
                                         Kathleen A. Kelly
                                         Attorneys for Defendant
                                         The City and County Of Honolulu