# EXHIBIT A

EXHIBIT A

Joint List of Spills CCH Disputes Reached Receiving Waters

| Date | Overflow Location |
|---|---|
| 7/13/99 | 4420 Lawehana Street, Honolulu, Oahu |
| 7/17/99 | 1121 Middle Street, Moanalua, Honolulu, Oahu |
| 8/31/99 | 300 North Beretania Street, Honolulu, Oahu |
| 9/1/99 | Valley Recreation Center, Waipio Valley, Oahu |
| 1/12/00 | 45-600 Keahala Road, Kaneohe |
| 1/19/00 | 3036 Kahaloa Drive, Manoa, Honolulu |
| 2/27/00 | 1030 Homer Street, Kalihi, Honolulu |
| 3/13/00 | rear of 2580 La-I Road, Palolo, Honolulu |
| 4/16/00 | 927 Auloa Road, Maunawili area |
| 7/27/00 | 2646B Haili Road |
| 8/1/00 | 901 River Street, Downtown |
| 8/2/00 | 901 River Street, Downtown |
| 9/2/00 | 411 North King Street, Kalihi |
| 9/14/00 | 1447 Alencastre Street, |
| 10/16/00 | 3750 Pelekane Street, Nuuanu |
| 12/6/2000 8:00:00 PM to 12/7/2000 2:00:00 AM | Waikapoki PS, 45-919 Waitele Road, Kaneohe |
| 12/11/00 | Pier 52 (Matson yard) |
| 12/28/00 | 3339-A Kauhana Street |
| 2/25/01 | 60 North Kuakini Street, Kalihi |
| 3/1/01 | 2122 North King St. (corner of King and Gulick) |
| 3/3/01 | Nuuanu Ave. near Hawaii Baptist Academy (Elem.) |
| 3/25/01 | 47-357 Ahuimanu Road, Kahaluu |
| 6/5/01 | 2400 Pacific Heights Roads |
| 10/17/01 | 99-745 Ho'oai Street, Aiea |
| 10/31/01 | 2204 Star Road, Pahoa |
| 1/29/02 | Kailua Regional WWTP |
| 3/7/2002 3:55:00 PM to 3/8/2002 2:19:00 AM | Nimitz (Kamehameha) Hwy by War Memorial/Keehi Lagoon |
| 6/30/02 | 2516 Pacific Heights Road |
| 7/1/02 | 2306 Pacific Heights Roads |
| 11/11/02 | 3231 Pelekane Drive, Nuuanu |
| 4/7/03 | 1585 Laumaile St. (Kalihi) |
| 4/18/03 | 2485 Pacific Heights Road, Pauoa |
| 6/29/03 | 1940 Waikahe Pl. (Kalihi) |
| 7/4/2003 3:00:00 PM to 8/7/2003 | Kailua Road Pump Station |
| 7/15/03 | 1340 Liliha St. |
| 8/19/03 | 2239A Kauhana Street, Palolo |
| 9/18/03 | 3231 Pelekane Drive (Nuuanu) |
| 11/29/03 | 2002 Oswald Street, St. Louis Heights, Honolulu |

| Date | Overflow Location |
|---|---|
| 12/1/03 | Kaneohe PTF |
| 1/2/2004 7:00:00 PM to 1/3/2004 5:30:00 AM | Kawaihae Street and May Way |
| 2/6/04 | 1260 Richard Lane, Kalihi |
| 2/27/04 | Kaneohe Pretreatment Facility |
| 3/1/04 | 1809 Alu Place, Kalihi |
| 3/2/04 | 394 Wana'au Rd. |
| 4/6/04 | 1778 Ala Moana Blvd, Waikiki |
| 5/20/04 | Kukanono SPS |
| 7/26/04 | 2420 Koa Ave. (Waikiki) |
| 8/4/04 | 45-270 Waikalua Rd. |
| 8/4/04 | 1718 Piikea St., Halawa |
| 8/8/04 | 60 Kuakini Street (North) |
| 11/6/04 | 429 Wanaao Road, Kailua |
| 11/21/04 9:00 AM to 11/22/04 6:47:00 PM | 2580 Lai Road, Palolo Valley |
| 12/22/04 | 1757 St. Louis Drive |
| 1/29/05 | 5307-L Kalanianaole Hwy |
| 1/29/05 | Kalanianaole Highway & Pu'u Ikena |
| 1/29/05 | 4230 Salt Lake Blvd, Aliamanu WWPS #2 wet well |
| 2/2/05 | 5714 Kalanianaole Hwy, Niu Valley |
| 2/14/05 | 5683 Kalanianaole Hwy, Niu Valley |
| 2/26/05 | 5683 Kalanianaole Hwy, Niu Valley |
| 4/28/05 | 254 North Beretania @ Aala Park |
| 6/15/05 | 1000 Kamehameha Hwy. (Pearl Highlands Shopping Center) |
| 7/26/05 | 94-590 Awamoi St. (Waipahu) |
| 7/28/05 | 1622 Waikahalulu Lane |
| 8/20/05 | 2445 Kaala Street (Midpacific Institute) |
| 9/24/05 | 46-185 Nahiku Street (Kaneohe) |
| 10/13/2005 8:30:00 PM to 10/14/2005 12:30:00 AM | 3001 Numana Road, Kalihi |
| 11/2/05 | 2124 Wilson St. (Kalihi) |
| 11/5/05 | 3472 Kaau St./1401 & 1403 10th Ave (Palolo) |
| 2/12/06 | 4208 Salt Lake Boulevard |
| 2/24/06 | Intersection of Keolu and Hele Street |
| 3/3/06 | Primary clarifier at the Kailua Regional Wastewater Treatment Plant |
| 3/3/06 | Intersection of Keolu & Hele Sts. |
| 3/3/06 | 45-270 Waikalua Rd. (Kaneohe Civic Center) |
| 3/7/06 | End of Luluku Road (Hoomaluhia Botanical Garden) |
| 3/22/2006 11:50:00 PM to 3/23/2006 12:20:00 AM | Wahiawa WWTP |

| Date | Overflow Location |
|---|---|
| 3/29/06 | 45-031 Lilipuna Road, Kaneohe |
| 3/31/06 | 700 Umi Street, Kalihi |
| 3/31/06 | Aliamanu Pump Station #1, 4230 Salt Lake Blvd |
| 3/31/06 | 1015 North School St. |
| 3/31/06 | 98-159 Olepe Loop, Waimalu |
| 3/31/06 | 2330 Pacific Heights Road |
| 3/31/06 | 4389 Malia Street |
| 3/31/06 | Coral & Auahi Streets |
| 3/31/06 | 1025 Ala Moana Blvd. |
| 4/4/06 | intersection of Paa & Ahua Street, Mapunapuna |
| 5/5/06 | 524 Olive Avenue, Wahiawa |
| 6/16/06 | 1325 North School Street |
| 11/2/06 | 3058 Pali Hwy, Honolulu |
| 2/13/07 | 1677 Ala Aolani Street, Moanalua |
| 3/23/07 | 2301 Waiomao Road (Kaimuki) |
| 7/16/07 | 124 Olomana ln. |
| 7/31/07 | 98-785 Iho Place, Pearl City |
| 10/17/07 | Fronting 555 South Beretania |
| 11/4/07 | 98-156 Olepe Loop, Waimalu |