# EXHIBIT B

## Spills CCH Does Not Dispute Reached Receiving Waters

| Date Began | Date Ended | Overflow Location |
|---|---|---|
| 6/1/99 | 6/1/99 | 3086 Waialae Avenue, Kaimuki City Mill, Honolulu, Oahu |
| 7/25/99 | 7/25/99 | 1830 9th Avenue, Palolo, Honolulu, Oahu |
| 10/19/99 | 10/19/99 | 5231 Poola Street, Waialae Iki, Honolulu, Oahu |
| 11/7/99 | 11/7/99 | 99-015 Kauhale Street, Aiea, Oahu |
| 11/24/99 | 11/24/99 | 1001 Ahua Street, Honolulu, Oahu |
| 12/2/99 | 12/2/99 | 2293 Liliha Street near Wyllie, Honolulu, Oahu |
| 12/9/99 | 12/9/99 | between 3537 Makanui Place & 2374 10th Avenue, Palolo, Honolulu, Oahu |
| 1/11/00 | 1/11/00 | 1506 Amelia Street, Kalihi |
| 1/12/00 | 1/12/00 | 1673 Ala Aolani Street, Moanalua |
| 1/20/00 | 1/20/00 | 3194 Alika Avenue, Nuuanu, Honolulu |
| 1/20/00 | 1/20/00 | 45-285 Kaneohe Bay Drive, Bayview Golf Course, |
| 3/3/00 | 3/3/00 | 1240 Gulick Avenue, Kalihi, Honolulu |
| 7/4/00 | 7/4/00 | 3320 Kaohinani Dirve, Nuuanu |
| 7/18/00 | 7/18/00 | Pier 7, Honolulu |
| 7/25/00 | 7/25/00 | 2670 Pacific Heights Road, Honolulu |
| 7/27/00 | 7/27/00 | 2122 North King Street, Kalihi |
| 11/27/00 | 11/27/00 | 2500 Kalakaua Av, intersection w/ Lilioukanlani Av |
| 1/13/01 | 1/13/01 | 2861 Numana Rd, Kalihi Valley |
| 6/5/01 | 6/5/01 | 426B Kekau Place, Liliha |
| 8/18/01 | 8/18/01 | 141 Dowsett Ave., Nuuanu |
| 10/26/01 | 10/26/01 | 2312 Kam Hwy (Laumaka St), Kalihi |
| 11/2/01 | 11/2/01 | 1055 Ahua Street, Mapunapuna |
| 11/12/01 | 11/12/01 | 1545 Linapuni Street, Kalihi |
| 11/29/01 | 11/29/01 | 1485 Linapuni Street, Kalihi |
| 12/3/01 | 12/3/01 | 1485 Linapuni St., Kalihi (between 2 high-rises at Kuhio Park Terrace) |
| 1/27/02 | 1/27/02 | 99-002 Kauhale St., Aiea |
| 1/29/02 | 1/29/02 | intersection of Kino and School St, Kalihi |
| 1/29/02 | 1/29/02 | 426B Kekau Place, Nuuanu |
| 2/1/02 | 2/1/02 | 44-653 Kaneohe Bay Drive (spill report dated 4/10/02 says 44-637 Kaneohe Bay Drive) |
| 2/3/02 | 2/3/02 | 45-072 Waiape Street, Kaneohe |
| 2/18/02 | 2/18/02 | 45-072 Waiape Place, Kaneohe |
| 2/21/02 | 2/21/02 | 1240 Gulick Ave., Kalihi-Waena Elem. School |
| 3/16/02 | 3/16/02 | 1916 Aumoae Street, Liliha |
| 4/19/02 | 4/19/02 | 94-580 Waipahu St. |

EXHIBIT B

| | | | |
|---|---|---|---|
| 4/22/02 | 4/22/02 | 44-006 Hulakai Place | |
| 5/6/02 | 5/6/02 | Wahiawa WWTP | |
| 5/26/02 | 5/26/02 | Near intersection of Country Club Rd. and Pali Hwy | |
| 6/12/02 | 6/12/02 | 44-653C Kaneohe Bay Drive | |
| 7/29/02 | 7/29/02 | Nimitz Highway | |
| 10/13/02 | 10/13/02 | 777 Ward Ave, Neal Blaisdell Center, Honolulu | |
| 10/28/02 | 10/28/02 | corner of Kukui Street & College Walk, Nuuanu | |
| 12/30/02 | 12/30/02 | 1260 Richard Lane, Kalihi | |
| 1/17/03 | 1/17/03 | 407 North King Street | |
| 2/10/03 | 2/10/03 | Wahiawa WWTP | |
| 3/24/03 | 3/24/03 | Lai Road between telephone pole #111 and #112, Palolo Valley | |
| 4/3/03 | 4/3/03 | 1485 Linapuni Street (Kuhio Park Terrace) | |
| 4/28/03 | 4/28/08 | 256 N. Beretania | |
| 12/1/03 | 12/1/03 | Kaneohe Pretreatment Facility, Kaneohe | |
| 12/4/03 | 12/5/03 | Hart Street Pump Station | |
| 12/5/03 | 12/5/03 | Kuwili Street | |
| 12/5/03 | 12/5/03 | Awa Street Pump Station | |
| 12/7/03 | 12/7/03 | 127 Dowsett Avenue | |
| 12/7/03 | 12/7/03 | Treatment Plant Headworks | |
| 12/7/03 | 12/8/03 | Bypass-discharged through outfall | |
| 12/8/03 | 12/8/03 | 98-172 & 98-156 Olepe Loop (next to Pump Station) | |
| 12/10/03 | 12/10/03 | 1818 Alu Place, Kalihi Valley | |
| 1/2/04 | | 1723 Lehua Street | |
| 1/2/04 | | 426 Kekau Place, Nuuanu | |
| 1/2/04 | 1/2/04 | Hart Street WWPS, 1031 N. Nimitz Hwy. | |
| 2/26/04 | 2/27/04 | 394 Wana'ao Rd., Kailua, note: see cause for other locations | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as two violations. |
| 3/4/04 | 3/4/04 | Sand Island Beach Park | |
| 3/9/04 | 3/10/04 | Outfall | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as two violations |
| 6/24/04 | 6/24/04 | Ewa Beach PS, 91-690 Pohakupuna | |
| 7/22/04 | 7/22/04 | 1350 Sand Island Parkway (SI WWTP) | |
| 10/19/04 | 10/19/04 | 89-1068 Pikaiolena Street, Waianae | |
| 11/21/04 | 11/21/04 | Kuhio Park Terrace; 1162 Linapuni Street | |
| 1/9/05 | 1/9/05 | WWTP Effluent Forebay | |
| 1/21/05 | 1/21/05 | Pearl City Pump Station | |
| 1/29/05 | 1/29/05 | Kawaihae & May Way | |
| 10/25/05 | 10/25/05 | 3234 Woodlawn Drive | |
| 2/24/06 | 2/24/06 | 46-185 Nahiku St. | |

| Date | | Location | Notes |
|---|---|---|---|
| 3/1/06 | | 46-185 Nahiku St. | |
| 3/3/06 | | Kaneohe PTF (45-230 Kualauli St.) | |
| 3/3/06 | | 46-185 Nahiku St. | |
| 3/3/06 | | 45-046 Lilipuna Road | |
| 3/20/06 | | 45-031A Lilipuna Place | |
| 3/24/06 | | 445 Kaiolu, Waikiki | |
| 3/29/06 | | 5307 Kalanianaole Hwy. | |
| 3/31/06 | | Kaneohe PTF | |
| 3/31/06 | | 5017 Kalanianaole Hwy., Wailupe | |
| 3/31/06 | | 1450 Ala Moana Blvd. (at Atkinson) | |
| 3/31/06 | | Ala Moana WWPS | |
| 4/5/06 | | 2590 La'i Road, Palolo Valley | |
| 7/19/06 | | Bypass at Primary Clarifier #4 | |
| 9/3/06 | | 99-164 Kalaloa Street, Salt Lake | |
| 11/1/06 | | Kaneohe PTF | |
| 11/1/06 | | Kaneohe PTF | |
| 11/1/06 | | Kaneohe Pretreatment Facility | |
| 11/1/06 | | Kaneohe Pretreatment Facility | |
| 11/1/06 | | 45-046 Lilipuna Road, Kaneohe (shoreline easement sewer manhole (SMH) | |
| 11/2/06 | | 45-046 Lilipuna Road, Kaneohe (shoreline easement sewer manhole (SMH) | |
| 11/14/06 | | rear of 2128B, Kealoha Lane, Kalihi | |
| 11/21/06 | | Beachwalk Emergency Bypass pipe connection (mauka side of the canal) | |
| 2/11/07 | | 801 Halekauwila Street | |
| 3/13/07 | | Kahanahou Circle, Kaneohe | |
| 4/10/07 | | Ka Hanahou Circle, Kaneohe | |
| 5/12/07 | | 100 N. Beretania St. | |
| 5/16/07 | | 1962 9th Ave., Palolo | |
| 10/30/07 | | 45-274 Waiape Place (Kaneohe near the pump station) | |
| 11/2/07 | | 45-270 Waikalua Road, Kaneohe | |
| 11/4/07 | | Wahiawa WWTP | |
| 11/4/07 | | Hele Street and Keolu Drive | |
| 12/31/07 | | Near Hele and Keolu Streets | |
| | | 1738 Palanehe Place, Kalihi | |
| 1/2/2004 11:00:00 PM to 1/3/2004 12:30:00 PM | 1/2/2004 2:30:00 PM to 1/3/2004 9:00:00 AM | 388 Wana'ao Road | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as two violations. |

| | | |
|---|---|---|
| 1/2/2004 2:30:00 PM to 1/3/2004 9:00:00 AM | 394 Wana'ao Road | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as two violations. |
| 1/2/2004 5:35:00 PM to 1/3/2004 11:30:00 PM | 98-168 Pahemo Street | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as two violations. |
| 1/2/2004 5:35:00 PM to 1/3/2004 11:30:00 PM | 98-164 Olepe Loop, Waimalu | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as two violations. |
| 1/2/2004 8:50:00 AM to 1/3/2004 1:00:00 AM | 2444 Hihiwai Street | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as two violations. |
| 1/3/2004 11:00 PM to 1/4/2004 5:16 PM | 5307C Kalanianaole Hwy. | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as two violations. |
| 1/3/2004 5:16:00 PM to 1/9/2004 9:00:00 PM | 5403 Kalanianaole Hwy. | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as seven violations. |
| 2/27/2004 12:15:00 PM to 2/28/2004 7:00:00 AM | 98-156 Olepe Loop, Waimalu | CCH contends that this spill should be counted as one violation, Plaintiffs contend this spill should be counted as two violations. |