# EXHIBIT C

## CCH's CHART OF DISPUTED SPILLS -- BASED ON PLAINTIFFS' REPLY EXHIBIT 5

| Date | Overflow Location | Description from DOH Summary Table (Isaacs Errata Decl., Ex. 6A & 6B) | CCH's Position | No. Violations in Dispute |
|---|---|---|---|---|
| 7/13/99 | 4420 Lawehana Street, Honolulu, Oahu | sewage spill caused by grease in line, about 1035 gallons entered the storm drain, outlet is Pearl Harbor, will monitor receiving waters, press release made Tel: 7/14/99 J. Lum, 7/14/99 to State Hospital, 7/14/99 C. Nishimura, Ltrs: 8/9/99, received 8/18/99 | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. U.S. v. Eidson, 108 F3d 1336 (11th Cir. 1997) has been overruled in 11th Circuit by Rapanos v. U.S., 547 US 715 (2006) plurality. | 1 |
| 7/17/99 | 1121 Middle Street, Moanalua, Honolulu, Oahu | sewage spill caused by ?? [sic], all entered the storm drain which leads to Kahauiki Stream Tel: 7/17/99 to HEER, FAXes: 7/21/99, 7/22/99, Ltrs: 8/25/99, 8/27/99 | Storm Drain Only<br><br>Id. | 1 |
| 8/31/99 | 300 North Beretania Street, Honolulu, Oahu | sewage spill caused by grease, discharged from 10 inch main, about 250 gallons entered storm drain, 30 gallons were pumped out, line cleared and affected area cleaned and disinfected Tel: 9/1/99 D. Piepgrass, FAXes: 9/1/99, 9/3/99, 9/7/99, Ltr: 9/24/99 | Storm Drain Only<br><br>Id. | 1 |
| 9/1/99 | Valley Recreation Center, Waipio Valley, Oahu | Wahiawa WWTP/Waikakalaua Stream<br><br>[Based on Plaintiffs' Reply Exh. 4] | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |
| 1/12/00 | 45-600 Keaahala Road, Kaneohe | sewage discharge from manhole into storm drain which leads to Keaahala Stream, cause due to roots in mainline, press release made, sampling conducted, signs posted 1/12/2000, signs removed 1/14/2000 | Storm Drain Only<br><br>Id. | 1 |
| 1/19/00 | 3036 Kahaloa Drive, Manoa, Honolulu | sag in line, debris collected in sag, signs posted 1/20/2000, signs removed 1/22/2000, CDD | Storm Drain Only<br><br>Id. | 1 |
| 2/27/00 | 1030 Homer Street, Kalihi, Honolulu | sewage spill caused by grease and grit in line, clean up completed at 2:15 pm, press release made, sampling conducted, signs posted 2/27/2000, signs removed 3/2/2000 | Storm Drain Only<br><br>Id. | 1 |

EXHIBIT C

| Date | Location | Description | Notes | Count |
|---|---|---|---|---|
| 3/13/00 | rear of 2580 La-I Road, Palolo, Honolulu | crack in 10 inch line, rocks caused damage to line, roots in line caused a backup, removed roots, line will need to be fixed, no leaks currently as it is 1/4 full with no obstructions, will continue cleaning on 3/14, need to pump out standing water in dry stream bed, CDD | Dry Stream Bed – All Volume Recovered<br><br>Genuine issue exists whether spills entered US waters.<br><br>Plaintiffs have not met burden of showing dry stream bed is U.S. water or has significant nexus to U.S. water. Envtl. Prot. Info. Center v. Pac. Lumber, 469 F.Supp. 2d 803 (N.D. Cal. 2007) (plaintiffs failed to establish intermittent stream was U.S. water because they provided no evidence stream had significant nexus to U.S. water, even though hydrologic connection existed).<br><br>Records show entire spill volume contained and returned to collection system. | 1 |
| 4/16/00 | 927 Auloa Road, Maunawili area | sewage spill caused by roots, about 150 gallons entered Kahanaiki Stream, did not post signs or sample, area in not accessible | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 7/27/00 | 2646E Haili Road | Runaway roots - trimmed roots upstream & the debris clogged the line & caused this spill (per Don Piepgrass @ 10:45 AM) | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 8/1/00 | 901 River Street, Downtown | cause due to grease in six inch lateral, discharged from cleanout, affected area cleaned and disinfected | Storm Drain Only<br><br>Id. | 1 |
| 8/2/00 | 901 River Street, Downtown | cause due to grease in six inch lateral, discharged from cleanout, affected area cleaned and disinfected, note: same area as yesterday | Storm Drain Only<br><br>Id. | 1 |
| 9/2/00 | 411 North King Street, Kalihi | sewage spill caused by grease in lateral, sewage discharge from cleanout and approximately <100 gallons entered the storm drain, gutter which leads to Nuuanu Stream, cleaned and disinfected area | Storm Drain Only<br><br>Id. | 1 |
| 9/14/00 | 1447 Alencastre Street, | sewage spill from manhole, caused by roots, lines cleared, cleaned and disinfected affected area, did not vactor inlet due to rain (intermittent showers at the time), roughly 1/2 mile from Palolo Stream, no posting required, no sampling needed | Storm Drain Only<br><br>Id. | 1 |
| 10/16/00 | 3750 Pelekane Street, Nuuanu | sewage spill from manhole, caused by roots, 500 gallons entered storm drain which leads to Nuuanu Stream, signs posted 10/17/2000, signs removed 10/23/00, sampling conducted 10/17- 22/2000 | Storm Drain Only<br><br>Id. | 1 |

2

| Date | Location | Description | No Evidence Supporting Multiple Violations | 1 (pls' claim 2) |
|---|---|---|---|---|
| 12/6/2000 8:00:00 PM to 12/7/2000 2:00:00 AM | Waikapoki PS, 45- 919 Wailele Road, Kaneohe | sewage spill from force main break (10- inch line, scheduled to be replaced in two months), break repaired at 12/7/2000 (2:00 am), cause due to corrosion in pipe, noted that the pump ran 138 minutes during the six hour period (930 gallons/minute, total of 128,000 gallons), estimated 10,000 gallons spilled and approximately 1000 gallons entered the stream, press release made, sampling conducted 12/7/2000, signs posted 12/7/2000, 12/13/2000, signs posted 12/7/2000, sampling stopped 12/15/2000 | Plaintiffs count individual incidents as multiple violations—e.g., 10pm-2am spill as 2 violations. Court's 10/30/07 Order & _Gwaltney_ counted annual and monthly violations, not *per day* violations. A day is one 24-hour period. 4 hours does not constitute 2 days. Genuine issue exists as to how "day" should be defined (see 10/30/07 order re whether 365 days of violations ran on calendar or permit year or rolling basis). | |
| 12/11/00 | Pier 52 (Matson yard) | app. 300 gallons of raw sewage spilled from a corroded air relief valve piping on a 48 inch sewer main and entered a storm drain leading to Honolulu Harbor, a clamp was applied to force main break and reinforced with concrete, affected area cleaned and disinfected, signs were posted 12/11/2000, signs removed 12/13/2000, sampling conducted 12/11/2000 to 12/13/2000 | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. _Eidson_ has been overruled in 11th Circuit by _Rapanos_ plurality. | 1 |
| 12/28/00 | 3339-A Kauhana Street | sewage spill from a sewer manhole into a nearby storm drain and finally into Palolo Stream, cause due to root intrusion in the main line, due to potential exposure, signs were posted 12/28/2000, signs removed 1/2/2001 | Storm Drain Only<br><br>Id. | 1 |
| 2/25/01 | 60 North Kuakini Street, Kalihi | sewage spill, cause unknown, 5 gallons went into the storm drain leading to Nuuanu Stream, initial reported to Mona at the State Hospital | Storm Drain Only<br><br>Id. | 1 |
| 3/1/01 | 2122 North King St. (corner of King and Gulick) | Grease buildup (per Don Piepgrass): The area was cleaned, disinfected, and deodorized. The line will be flushed. Told to post signs since the area is accessible to the public. | Storm Drain Only<br><br>Id. | 1 |
| 3/3/01 | Nuuanu Ave. near Hawaii Baptist Academy (Elem.) | Went into storm drain. Roots and grease the cause. Went from storm drain into the stream. Lab tested stream from 3/3/01. Results were sent to DOH on 3/6/01 at 3:30pm. Notified D. Piepgrass and R. Tanimoto on 3/6/01 to continue sampling for at least one more day. Notified D. Piepgrass to stop sampling on 3/7/01 at 3:00pm. | Storm Drain Only<br><br>Id. | 1 |
| 3/25/01 | 47-357 Ahuimanu Road, Kahaluu | sewage discharged from manhole and 150 gallons entered the storm drain which leads to Waiola Stream (meets with Kahaluu Stream which empties into Kaneohe Bay), cause due to grease, reported to State Hospital 3/25/01 (2:00 pm), affected area cleaned and disinfected, signs posted 3/25/2001, signs removed 4/2/2001, sampled 3/25/2001, sampling stopped 3/29/2001 | Storm Drain Only<br><br>Id. | 1 |
| 6/5/01 | 2400 Pacific Heights Roads | discharge from manhole into storm drain which leads to Nuuanu Stream, cause due to roots, signs posted 6/5/2001, signs removed 6/8/2001, due to heavy rains, sampling will not be conducted | Storm Drain Only<br><br>Id. | 1 |

A/72590390.1

| Date | Location | Description | Notes | Count |
|---|---|---|---|---|
| 10/17/01 | 99-745 Holoai Street, Aiea | sewage spill from manhole, 300 gallons entered Aiea Stream, cause due to roots, unable to take sample (stream bed was dry), CDD | Dry Stream Bed<br><br>Genuine issue exists whether spills entered US waters.<br><br>Plaintiffs have not met burden of showing dry stream bed is U.S. water or has significant nexus to U.S. water. Envtl. Prot. Info. Center v. Pac. Lumber, 469 F.Supp. 2d 803 (N.D. Cal. 2007) (plaintiffs failed to establish intermittent stream was U.S. water because they provided no evidence stream had significant nexus to U.S. water, even though hydrologic connection existed). | 1 |
| 10/31/01 | 2204 Star Road, Pahoa | sewage spill caused by roots, discharge from manhole, all entered Nuuanu Stream, sampling conducted 10/31/2001, sampling stopped 11/4/2001, signs posted 10/31/2001, signs removed 11/5/2001, affected area cleaned & disinfected | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 1/29/02 | Kailua Regional WWTP | Scum from the primary clarifer spilled and approximately 300 gallons entered the in- plant storm drain which leads to Nuupia Ponds. Cause suspected to be scum valve malfunction. Affected area cleaned and disinfected | Storm Drain Only<br><br>Id. | 1 |
| 3/7/2002 3:55:00 PM to 3/8/2002 2:19:00 AM | Nimitz (Kamehameha) Hwy by War Memorial/Keehi Lagoon | Break in force main, current estimate of volume is 3 to 3.5 million gallons, 19 pumper trucks were used to remove wastewater from several manholes upstream of pump station, Nimitz Highway was closed to facilitate pumper truck access, press release made, signs posted 3/7/2002, signs removed 3/14/2002, sampling conducted 3/7/2002, sampling stopped 3/13/2002 | No Evidence Supporting Multiple Violations<br><br>Plaintiffs count individual incidents as multiple violations—e.g., 10pm-2am spill as 2 violations. Court's 10/30/07 Order & Gwaltney counted annual and monthly violations, not per day violations. A day is one 24-hour period. 4 hours does not constitute 2 days. Genuine issue exists as to how "day" should be defined (see 10/30/07 order re whether 365 days of violations ran on calendar or permit year or rolling basis). | 1 (pls' claim 2) |
| 6/30/02 | 2516 Pacific Heights Road | 825 gallons sewage spill, 500 to 600 gallons entered storm drain, which leads to Nuuanu Stream, cause: surcharge from cleanout due to grease and roots from 8 inch VC pipe, CDD, sampling conducted 6/30/2002, sampling stopped 7/8/02, signs posted 6/30/2002, signs removed 7/26/02. | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 7/1/02 | 2306 Pacific Heights Roads | 125 gallons sewage spill, 100 gallons entered storm drain, which leads to Nuuanu Stream, cause was due to a broken pipe, signs posted from previous spill, signs removed 7/26/2002, monitoring conducted from previous spill (stopped 7/8/02), affected area cleaned and disinfected. | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |

4

| Date | Location | Description | Notes | Count |
|---|---|---|---|---|
| 11/11/02 | 3231 Pelekane Drive, Nuuanu | Sewage spill caused by roots and rags in 8" main, discharged from manhole into storm drain, 40 gallons entered storm drain, affected area cleaned and disinfected | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 4/7/03 | 1585 Laumaile St. (Kalihi) | Cause: buildup of grease and roots in line, spill from cleanout - flowed over several properties before reaching storm drain and then Kalihi Stream. Unknown amount entered storm drain and stream. Signs posted and City is currently monitoring. The spill site was cleaned, disinfected, and deoderized [sic]. | Storm Drain Only<br><br>Id. | 1 |
| 4/18/03 | 2485 Pacific Heights Road, Pauoa | Cause: roots in a 8 inch pipe, signs were posted | Storm Drain Only<br><br>Id. | 1 |
| 6/29/03 | 1940 Waikahe Pl. (Kalihi) | Cause: Grease in 6-inch VC lateral. Area was cleaned, disinfected, and deodorized. Cleanup completed 8:45 am. Five (5) gallons entered into storm drain. CCH notified Heidi (State Hospital) at 9:20am on 6/29/03. Spill from cleanout. Upstream manhole SI83GE1001. CCH will follow-up with an electric eel (a peice [sic] of cleaning equipment made up of long coiled steel that attaches to a turning engine which spins the coils and a cutting head in a lateral to release blockages). | Storm Drain Only<br><br>Id. | 1 |
| 7/4/2003 3:00:00 PM to 8/7/2003 | Kailua Road Pump Station | Cause: Sink hole, 18-inch force main break. 100 gallons entered Kawainue Stream: the rest of the spill was contained in the sink hole. Sampling started 7/5/03. Signs posted as of 7/7/03: The force main is being bypassed by hauling sewage from the pump station. As of 7/9/03: Force main discharging to sink hole when pumps are on, sucking sewage back into force main when pumps are off. Sink hole has been backfilled. 9/16/03: LBS approved cessation of monitoring and removal of warning signs. | No Evidence Supporting Multiple Violations<br><br>Plaintiffs count individual incidents as multiple violations—e.g., 10pm-2am spill as 2 violations. Court's 10/30/07 Order & Gwaltney counted annual and monthly violations, not per day violations. A day is one 24-hour period. 4 hours does not constitute 2 days. Genuine issue exists as to how "day" should be defined (see 10/30/07 order re whether 365 days of violations ran on calendar or permit year or rolling basis). | 34 (pls' claim 35) |
| 7/15/03 | 1340 Liliha St. | Cause: Grease. Spill discharged from manhole SI-020H2005. Eight (8) inch terra cotta line. Unable to sample due to time of the spill (Audrey) to clarify). Spill area was cleaned, disinfected, and deodorized. Warning signs posted. Map of warning signs will be faxed to DOH. Lab will be sampling today. Press release being made today. | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 8/19/03 | 2239A Kauhana Street, Palolo | Cause: grease and broken 6-inch terra cotta main, entered storm drain and Palolo Stream. Stopped monitoring 8/25/03. | Storm Drain Only<br><br>Id. | 1 |

| Date | Location | Description | Status/Notes | # |
|---|---|---|---|---|
| 9/18/03 | 3231 Pelekane Drive (Nuuanu) | Cause: Grease, root intrusion, and paper products clogged 8-inch clay pipe. Discharge from manhole #259272 to storm drain which leads to Nuuanu Stream. Warning signs previously posted. Corrective actions: Rodded pipe to cut roots. C/D/D. EMC 03-434: Last cleaned 5/14/03. Place on 2-month PM. | Storm Drain Only<br><br>Id. | 1 |
| 11/29/03 | 2002 Oswald Street, St. Louis Heights, Honolulu | Cause: roots, bed sheet, & broom handle. 660 gallons spilled from manhole (SI21AZ0221) and unknown amount entered Manoa Stream. Crew arrived 3:10 pm, CCH tried to clean area (note: heavy rainfall during that time), stream posted 11/29/2003, signs removed 12/3/03, sampling conducted from Saturday through Tuesday. LBS authorized removal of signs and cessation of sampling on Wednesday 12/3/03 at 8:15 am. EMC 03-579: Place on 3-month PM. Last cleaned 10/16/02. | Storm Drain Only<br><br>Id. | 1 |
| 12/1/03 | Kaneohe PTF | Cause: High flows from heavy rainfall produced a high wetwell situation. Spill to ground. Flow was diverted to the old plant for storage to relieve the high wetwell level. | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |
| 1/2/2004 7:00:00 PM to 1/3/2004 5:30:00 AM | Kawaihae Street and May Way | Cause: Surcharge due to heavy rains. Overflow from the transition manhole between the City and County of Honolulu's (CCH) Kuliouou collection system and the East Honolulu Community Services (EHCS) collection system (surge manhole at the end of the Kuliouou Pump Station force main). CCH did monitoring (start 1/3/04). EHCS posted signs 1/3/04 and estimated volume. CWB approved removal of warning signs and termination of monitoring 1/7/04. | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 2 |
| 2/6/04 | 1260 Richard Lane, Kalihi | Cause: Grease, rags/plastic bags blocked 15-inch terra cotta main All 2,050 gallons discharged from SMH SI-04AA1028 went to storm drain, then to Kalihi Stream. C/D/D. Initial report to April, State Hospital. Warning signs posted and samples taken 2/6/04. Watson Okubo authorized removal of warning signs and cessation of monitoring 2/13/04. 3/25/04 February Spill Report: Call rec'd 1645, arrive 1710, stop 1815. Remedial Action: Place on 2-month PM. Last Cleaned 03-24-99. | Storm Drain Only<br><br>Id. | 1 |
| 2/27/04 | Kaneohe Pretreatment Facility | Cause: Heavy rain. Signs posted and samples collected starting 2/28/04. Watson Okubo approved removal of warning signs and cessation of monitoring 3/9/04. | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |
| 3/1/04 | 1809 Alu Place, Kalihi | Cause: Heavy roots. C/D/D. Discharge from 15" main through SMH SI83AA1049/SI83AA1050. Signs posted and sampling commenced 3/1/04. CWB approved removal of signs and cessation of monitoring 3/5/04. 4/28/04 March Spill/Bypass Report: Call rec'd 0755, arrive 0830, stop 1500. Remedial Action: CCTV main; place on monthly PM. Last cleaned: 02-23-04. | No Reported Volume to Receiving Water<br><br>Id. | 1 |

| | | | |
|---|---|---|---|
| 3/2/04 | 394 Wana'au Rd. | Cause: Heavy rain caused surcharge. Monitoring combined with the 2/27/04 spill. Watson Okubo approved removal of warning signs and cessation of monitoring 3/9/04. | No Reported Volume to Receiving Water<br><br>Id. | 1 |
| 4/6/04 | 1778 Ala Moana Blvd, Waikiki | Cause: unknown. Sewage spill from manhole SI35FA0083, 50 gallons entered a storm drain which leads to Ala Wai Boat Harbor, affected area cleaned and disinfected. 5/27/2004 April Spill Summary: Call rec'd 0900, arrived 0915, stop 0930. Remedial action: Investigate cause & revise PM. Last cleaned: 02-04-04 | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 5/20/04 | Kukanono SPS | Cause: Break in force main just downstream of the flow meter. The pump station is located at the intersection of Manu Mele and Manu Oo near the Ulu Po Heiau. Signs posted at the entrance to the trail which leads from the heiau to the marsh and around the pump station. Signs removed 6/3/04. Vactor trucks pumped sewage from manholes upstream of the pump station and discharged to the Kailua Heights SPS (Kailua Rd. @ Kawainui Stream). Temporary clamp installed 5/21/04. Permanent repairs scheduled for week of 5/24/04. Press release made 5/20/04. | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |
| 7/26/04 | 2420 Koa Ave. (Waikiki) | Cause: Grease in 4-inch lateral. Spill was from a cleanout 400 gallons entered into the Uluniu Street storm drain. Pumped out 200 gallons. Jim Baginski does not know if the 200 gallons was strictly all sewage. There was a discrepancy as to where the storm drain discharged into surface water. Jim believes that it discharges to Kuhio Beach while Ross says Ala Wai Canal. CCH will take water quality samples at the Ala Wai Canal per Ross Tanimoto. Scott Murakawa verified with CCH Storm Water Quality and it was determined that the Uluniu Street storm drain discharges to Ala Wai Canal. CCH SWQ sent map of drainage system to CWB: CWB authorized the removal of warning signs and cessation of monitoring July 28, 2004. Monthly Spill Summary Report: Call rec'd: 1008; Arrival: 1100 (spill in progress); Stop: 1120. Monitor lateral. Last cleaned: 3/29/04. | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 8/4/04 | 45-270 Waikalua Rd. | Cause: Surcharge due to heavy rain. Flow entered Kaneohe Stream near Kaneohe Police Station. Kaneohe Stream eventually flows into Kaneohe Bay. Signs posted and samples taken 8/4/04. "Spill downstream of Ahuimanu PTF. Sampling stopped August 18, 2004.n Note: Permanent signs were posted in this area due to high bacti counts from wildlife droppings and residential debris. | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |
| 8/4/04 | 1718 Piikea St, Halawa | Cause: Surcharge due to heavy rain. Spill discharged from a cleanout. Spill went down driveway into the back valley area, entered Halawa Stream, then discharged into Pearl Harbor. Spill report did not include the time CCH rec'd the call. Crew arrived at site 8/4/2004 8:25 AM. Per Monthly spill report: Call rec'd 7:15 AM. LPSS system scheduled for installation. Last cleaned 3/11/04. | No Reported Volume to Receiving Water<br><br>Id. | 1 |

7

A/72590390.1

| Date | Location | Cause / Description | Notes | # |
|---|---|---|---|---|
| 8/8/04 | 60 Kuakini Street (North) | Cause: Grease. Discharge from cleanout. Problem line: 6-inch lateral. No signs posted. No stream samples taken. 9/27/2004 Monthly Spill Summary Report: Call rec'd: 0900; Arrival: 0910 (spill in progress); Stop: 0921. Place on 6-month PM. Last cleaned: 8/6/02. | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. <u>Eidson</u> has been overruled in 11th Circuit by <u>Rapanos</u> plurality. | 1 |
| 11/6/04 | 429 Wanaao Road, Kailua | Cause: Heavy rain. See attached email message for details of the mitigative actions. | Storm Drain Only<br><br><u>Id.</u> | 1 |
| 11/21/04 9:00 AM to 11/22/04 6:47:00 PM | 2580 Lai Road, Palolo Valley | Cause: A hole in an 10-inch pipe allowed rocks and soil to block the pipe, resulting in the discharge of raw wastewater through the same pipe hole into Pukele Stream. Warning signs posted, monitoring initiated, and press release made 11/23/04. The complainant first noticed the spill 9:00 am on Sunday 11/21/04, but did not report it because he thought the offices were closed. He called CSM 11/22/04 @ 1:05 pm. The crew went out to investigate, but the site was very steep and heavily vegetated, so they could not immediately confirm the spill. Eventually they accessed the spill site using ropes and saw the exposed and broken pipe along the stream bank. This stretch of the sewer line is concrete encased. It appears the heavy rains eroded the stream bank, exposing the pipe, and rocks and/or debris carried by the stream first broke the pipe, then filled it, blocking the flow in the pipe. The rate of spill was estimated at 1 gpm. Duration was estimated at 33 hours, 47 minutes. There is no way to know for certain when the pipe was damaged and the spill started. The pipe was repaired by | Storm Drain Only<br><br><u>Id.</u> | 2 |
| 12/22/04 | 1757 St. Louis Drive | Cause: grease and grit in 8-inch vc main line, surcharge to due heavy rainfall. 200 gallons discharged from MH#715609. Affected area cleaned and disinfected, signs were posted from earlier spill (12/22/2004) from Manoa Stream spill site to Ala Wai Canal. Monthly Spill Summary Report: Call rec'd: 1032; Arrival: 1100; Secured: 1130; Duration: 30 m. Will CCTV line and place on 3 month PM. Last cleaned: 7/15/04. | Storm Drain Only<br><br><u>Id.</u> | 1 |
| 1/29/05 | 5307-L Kalanianaole Hwy | Cause: heavy rain. Discharge from SMHs #464866 and #464765 to Wailupe Stream. Surcharge of 24-inch main. Press release made on 1/29/05. Signs posted 1/29/05 at Kawaikui Beach Park. Sampling initiated 1/29/05.<br><br>Signs removed and monitoring stopped 2/4/05.<br><br>2/23/05 Monthly Spill Summary Report: Call rec'd 1130, arrival 1130, stop 1900; Last cleaned 5/22/02. | Storm Drain Only<br><br><u>Id.</u> | 1 |

| Date | Location | Description | | Type | Count |
|---|---|---|---|---|---|
| 1/29/05 | Kalanianaole Highway & Pu'u Ikena | Cause: sewer main was blocked with pieces of lumber, plastic bags, and grease. Heavy rain did not cause the spill, but contributed to the volume. Press release made on 1/29/05. Signs posted 1/29/05 at Kawaikui Beach Park. Sampling initiated 1/29/05. <br><br>Signs removed and monitoring stopped 2/4/05. <br><br>2/23/2005 Monthly Spill Summary Report: Call rec'd 1300, arrival 1145 (how did they arrive before called?), stop 1908. Last cleaned 7/12/02. | Storm Drain Only | Id. | 1 |
| 1/29/05 | 4230 Salt Lake Blvd, Aliamanu WWPS #2 wet well | Cause: Heavy rain. Overflow from wet well to storm drain, then to Hickam AFB drainage system, discharge to Hickam Beach. Operator utilized standby portable pump to pump extra flow through collection system. Press release made on 1/29/05. <br><br>Signs posted 1/29/05 at Hickam Beach. Sampling initiated 1130105. <br><br>Signs removed and monitoring stopped 2/4/05. <br><br>2/23/2005 Monthly Spill Summary Report: Call rec'd 1445, arrival 1445, stop 1655. | Storm Drain Only | Id. | 1 |
| 2/2/05 | 5714 Kalanianaole Hwy, Niu Valley | Cause: broken force main from Niu Valley WWPS. Untreated wastewater spilled from the 16-inch pipe. Sewage was hauled in pumper trucks to bypass the broken pipe. Force main repairs completed 2/3/05 @ 1:15 AM. <br><br>Press release made on 2/2/05. Signs posted 2/2/05. Sampling initiated 2/2/05. <br><br>Signs removed and monitoring stopped 2/4/05. <br><br>Ltr: 2/14/2005 EMC 05-047 Spill Report: "Maintenance crew arrived at site 9:15 AM and secured the spill after one (1) hour and 45 minutes." <br><br>3/18/2005 Monthly Spill Summary Report: Call rec'd 0730, arrive 0730, stop 0915. Remedial action: Pipe repair completed on 2/3/05. | Storm Drain Only | Id. | 1 |

9

| | | | | |
|---|---|---|---|---|
| 2/14/05 | 5683 Kalanianaole Hwy, Niu Valley | Cause: possible corrosion in 16 inch cast ductile iron force main (Niu Valley WWPS). Cause to be determined later. Crews currently working. Using tanker trucks to truck sewage to designated manholes to the west of spill site which enters the next pump station. Press release made on 2/14/2005.<br><br>Signs posted along the beach (Mu Beach, Kawaikui Beach Park) 2/14/2005; Signs removed 2/18/05; Sampling conducted 2/14/2005; Sampling ended 2/17/05.<br><br>Repairs completed and PS back online at 3:00 am (2/16/2005)<br><br>2/17/05-MR received call from Florendo Juan (CCH-Env. Services) to let us know that they are late in reporting it to CWB (this is basically their initial report to us). He also wanted to know who initially reported the spill to the DOH. Info from F. Juan: CCH-Env. Services received call at 3:50 p.m. CCH crew arrived on-scene between 4:30 and 4:55 p.m. They have no estimate of spill volume because when they got there, the spill had already stopped (stopped when pump station operators turned pump station off at 4:55 p.m.). Only saw evidence of spill (water pu<br><br>2/18/05, 11:13 a.m.-MR received call from<br><br>2/25/05 Spill Report: States spill stopped a<br><br>3/1812005 Monthly Spill Summary Report: | Storm Drain Only<br><br>Id. | 1 |
| 2/26/05 | 5683 Kalanianaole Hwy, Niu Valley | Cause: corrosion and cracking in 16 inch force main. Spill entered a storm drain that empties into the ocean at Niu Beach. The nearby Niu WWPS was shut down to relieve pressure on the main. Tanker trucks were used to remove sewage from the PS to Wailupe, where they will empty their loads into another sewer line. The crews replaced a 20 foot section of the 16 inch force main. The force main was repaired and returned to service on 2/26/05 at 12:00 p.m. Signs posted 2/26/2005; Signs removed 3/2/2005; Sampling started 2/26/05; Sampling stopped 3/2/2005.3/28/05 Spill Report: Finally report end time. 3/18/2005 Monthly Spill Summary Report: Call rec'd 1054, arrive 1100, stop 1120. Remedial action: Pipe repair completed on 2/27/05. | Storm Drain Only<br><br>Id. | 1 |
| 4/28/05 | 254 North Beretania @ Aala Park | , Cause: Grease. Spill from SMH #302017. 250 gallons to storm drain, then to Nuuanu Stream and Honolulu Harbor. Signs posted 4/28/05 along Nimitz Hwy., and King & Beretania Sts. Signs removed 5/2/05. Monitoring initiated 4/29/05. Monitoring stopped 512/05. | Storm Drain Only – All Volume Recovered<br><br>Id.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |

| Date | Location | Description | Notes | Count |
|---|---|---|---|---|
| 6/15/05 | 1000 Kamehameha Hwy. (Pearl Highlands Shopping Center) | Cause: Rocks, rags, & grease in the eight (8") inch main. Press release made 6/16/05. Signs posted 6/16/05. Sampling initiated 6/16/05. Signs removed 6/20/05. Last day of sampling 6/20/05. Approximately 1100 gallons of untreated wastewater discharged from sewer manholes (551911 and 4014609). The spill flowed into Waiawa Stream then discharged into the Pacific Ocean at Pearl Harbor.<br><br>7/15/05 Monthly Spill Report: Call rec'd 1920, arrive 2030, stop 2035. Last cleaned 09-23-03. Remedial action: CCTV; Place on 6-month PM if line is structurally sound. | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 7/26/05 | 94-590 Awamoi St. (Waipahu) | Cause: grease in the 10-inch vc line. 150 of 200 gallons of spill entered into Waikele Stream. Area was cleaned, disinfected, and deodorized. Signs were posted the night of the spill. Signs were taken down on 8/1/05. Started monitoring on 7/28/05. Reason for the delayed sampling was that the initial report was that the spill entered into an area of the stream that is dry; however, upon further investigation, the stream was determined to be flowing on 7/28/05 and sampling was initiated. Overflow occurred from two manholes (manhole #'s 3011870 and 3011868). Public access is difficult.<br><br>8/12/05 Monthly Spill Report: Call rec'd 1930, arrive 2030, stop 2140. Last cleaned 06-02-05. Remedial action: Place on 1-month PM rehab downstream line segments. | Storm Drain Only<br><br>Id. | 1 |
| 7/28/05 | 1622 Waikahalulu Lane | Cause: rocks inside 8-inch terra cotta line created a blockage. The blockage was cleared. Spill entered into Nuuanu Stream besides the Liliuokalani Botanical Gardens. The spill occurred from a pipe that transversesUnder [sic] the Waikahalulu Bridge. The botanical garden is just west of the corner of School St. and Nuuanu Ave. The manhole (#309695) is situated Under the bridge. Approximately 140 gallons spilled onto the ground and dissipated. The area was cleaned, disinfected, and deodorized. Posted signs around the spill site and all the way down to Vineyard Blvd.<br><br>8/26/05 EMC 05-249 Monthly Spill Report: Call rec'd 1030, arrive 1050, stop 1155. Last cleaned 06-22-05. Remedial action: CCTV; Place on 6-month PM if no major defects. | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |
| 8/20/05 | 2445 Kaala Street (Mid pacific Institute) | Cause: roots in line, discharge from SMH #368255, sewage entered storm drain on Maile Way, entered Manoa Stream, sampling began 8/20/2005, sampling stopped 8/24/2005, signs posted 8/20/2005 along Manoa Stream and Ala Wai Canal up to Kalakaua Bridge, signs removed 8/24/2005.<br><br>10/17/05 EMC 05-304 Monthly Spill Report: Call rec'd 1050, arrive 1116, stop 1241. Last cleaned 02-24-05. Remedial action: CCTV 8/12/05; Place on 24-month PM. | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |

| Date | Location | Description | Category | Count |
|---|---|---|---|---|
| 9/24/05 | 46-185 Nahiku Street (Kaneohe) | Cause: line back up problem at Kaneohe station, sewage entered Kaneohe Bay, affected area cleaned and disinfected, Toilet tissue around manole [sic]. Less than 100 gallons entered into Kaneohe Bay. | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |
| 10/13/2005 8:30:00 PM to 10/14/2005 12:30:00 AM | 3001 Numana Road, Kalihi | Cause: roots/rocks/tree branches, affected area cleaned, spill entered Kalihi Stream<br><br>11/28/05 EMC 05-357 Monthly Spill Report: Call rec'd 2030, arrive 2055, stop 0030. Last cleaned 07-15-05. Remedial action: Remove debris; replace MH cover; check MHs in area. Spill not in progress upon arrival - dried waste & tissue around MH located in stream area. Discharge from MH 233633. Problem line: 12" main 235389 | No Reported Volume to Receiving Water<br><br>Id. | 2 |
| 11/2/05 | 2124 Wilson St. (Kalihi) | Cause: Grease, grit and rags, damaged pipe. Drop line coming off of the spill site manhole may also be clogged; will need to be cleared before CCTVing can be done. Preliminary report - apparently a dropline or a joint that is misaligned. CCH will need to confirm by CCTVing the line. Approximately 200 gallons entered the storm drain which eventually leads to Kalihi Stream. Approximately 50 gallons was removed. The area was signed 11/3/05 in the morning and signs taken down on 11/7/05. Sampling started 11/3/05 in the morning and stopped on 11/7/05.<br><br>12/28/05 EMC 05-386 Monthly Spill Report: Call rec'd 1925, arrive 1945, stop 2120. Last cleaned 04-06-00. Remedial action: Remove black head hose & clear debris, main line flowing good. Remarks: Drop line clogged with plastic pipe lining & hose section.<br><br>6/30/06 Spill Report: Cause was an abandoned contractor's hose in the dropline and delaminated plastic lining in the pigeonhole nozzle which obstructed all flow. Blockage occurred in asset #4023666 and spill from asset #247151. | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 11/5/05 | 3472 Kaau St./1401 & 1403 10th Ave (Palolo) | Cause: grease is the immediate cause. CCH suspected an open pipe on 6" main. Apparently the spill occurred on an easement that is on private property. Approximately 230 gallons went into the storm drain that eventually discharges into Palolo Stream. The area was cleaned, disinfected, and deodorized. Sampling from 11/5/05 to 11/9/05. Posting of signs from 11/5/05 to 11/9/05. 12/28/05 EMC 05- 386 Monthly Spill Report: Call rec'd 1115, arrive 1159, stop 1208. Last cleaned 02- 22-02. Remedial action: Revise PM to 12 months. Remarks: Probably separated pipe in property. | Storm Drain Only<br><br>Id. | 1 |

A/72590390.1

| Date | Location | Description | Notes | |
|---|---|---|---|---|
| 2/12/06 | 4208 Salt Lake Boulevard | Cause: Broken 8" inch cast iron force main pipe that was installed July 8, 1953. Repairs were completed at 11:30am on 2/13/06. This is a permanent fix on an old pipe. The area was cleaned, disinfected, and deodorized. The spill came up out of the ground only when the pump station (Aliamanu PS #2) was in operation. When the public called about foul odor there was only evidence of a spill. The spill was not constantly flowing. Fuji (CCH) arrived at site at 1:08 am. The spill was in progress. The CCH limited the use of the pump station until pumper trucks could get to the scene of the spill. The estimate of the spill came from the pump station operator. The entire spill entered into the storm drain and is believed to have entered into Hickam Harbor, which still needs to be confirmed by CCH. Environmental Quality Division posted signs and sampled. It appears that the spill did not reach Hickam Beach, based on the bacti monitoring results from CCH. Press release made 2/12/06.<br><br>3/24/2006: Feb 2006 Bypass/Spill Report: Call rec'd 0045, arrive 0600, Duration: 5 hr | Storm Drain Only<br><br>Id. | 1 |
| 2/24/06 | Intersection of Keolu and Hele Street | Cause: Heavy rains. The spill entered into a nearby storm drain catch basin, which leads to a small stream, which leads to Enchanted Lakes which eventually discharges to Kailua Beach. Signs posted 2/24/06, signs removed 3/2/06 (another spill event occurred on 3/3/06 at this same location, signs were not physically removed). Sampling conducted February 24th, stopped on February 27th. Press release to follow. Details to follow. Tanker trucks are onsite. Note: signs being kept up, anticipating storm event | Storm Drain Only<br><br>Id. | 1 |
| 3/3/06 | Primary clarifier at the Kailua Regional Wastewater Treatment Plant | Cause: heavy rains. Spill from the primary clarifier at KRWWTP. The net volume is estimated to be roughly 2,000 gallons (1,000 gallons spilled from the PC and was contained; another 1,000 gallons spilled to the ground and entered the plant storm drain system, which eventually discharges to Nuupia Pond. Signs posted 3/3/2006, signs removed on 3/6/2006; Sampling initiated 3/3/2006, sampling stopped on 3/6/2006. News release being prepared. Four (4) signs were posted inside the fenceline of the WWTP and additional signs posted along Kaneohe Bay shoreline. | Storm Drain Only<br><br>Id. | 1 |
| 3/3/06 | Intersection of Keolu & Hele Sts. | Cause: heavy rains. Pumper trucks are on-site. Signs have already been posted from a previous spill (2/24/06), signs removed 3/13/2006. Sampling initiated on 3/3/06. Sampling stopped an 03/13/06. The area was cleaned, disinfected, and deodorized. News release being prepared. | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |

| Date | Location | Description | Notes | Count |
|---|---|---|---|---|
| 3/3/06 | 45-270 Waikalua Rd. (Kaneohe Civic Center) | Cause: heavy rains. 300 gallons of the 400 gallons entered a storm drain/catch basin on Kamehameha Highway. Storm drain eventually discharges to Kaneohe Stream which eventually leads to Kaneohe Bay. Signs posted on 3/3/06. Signs removed on 3/13/2006, Sampling started on 3/3/06. Sampling stopped on 03/13/06 per WO. | Storm Drain Only. Genuine issue exists whether spills entered U.S. waters. Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 3/7/06 | End of Luluku Road (Hoomaluhia Botanical Garden) | Cause: roots and rain water. Rain water went into the system. Area was cleaned, disinfected, and deodorized. Signs posted on 3/7/06. Signs removed on 3/13/06 (?). Sampling conducted [sic] on 3/8/06. Sampling completed on 03/13/06. Appears that the majority of the spill was rain water and not sewage, according to Fuji. This spill is Department of Rec. and not environmental, as it occurred inside the botanical garden. | No Reported Volume to Receiving Water. Genuine issue exists whether spills entered US waters. Records show entire spill volume contained and returned to collection system. | 1 |
| 3/22/2006 11:50:00 PM to 3/23/2006 12:20:00 AM | Wahiawa WWTP | Cause: High flows (7.2 mgd) due to heavy rains. Raw sewage discharged from headworks upstream of the bar screens; sewage may have entered Wahiawa Reservoir. Due to unsafe conditions, sampling and signs postings will be done at a later date, when conditions improve. Press release will be made noting this. Sampling initiated March 23, 2006, sampling stopped March 24, 2006, signs posted 3/23/2006, signs removed 3/28/06. 4/19/06 Spill Report states CWB authorized removal of warning signs on 3/31/06. | No Evidence Supporting Multiple Violations. Plaintiffs count individual incidents as multiple violations—e.g., 10pm-2am spill as 2 violations. Court's 10/30/07 Order & Gwaltney counted annual and monthly violations, not per day violations. A day is one 24-hour period. 4 hours does not constitute 2 days. Genuine issue exists as to how "day" should be defined (see 10/30/07 order re whether 365 days of violations ran on calendar or permit year or rolling basis). | 1 (pls' claim 2) |
| 3/29/06 | 45-031 Lilipuna Road, Kaneohe | Cause: unknown, still investigating, sewage discharging from manhole, entering storm drain which leads to Kaneohe Bay, signs posted 3/29/2006, signs removed 4/5/2006, sampling continued from previous spill, sampling stopped 4/5/2006. See spill reports on 3/06/06 and 3/20/06 for this location. | Storm Drain Only. Genuine issue exists whether spills entered U.S. waters. Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 3/31/06 | 700 Umi Street, Kalihi | Cause: Surcharge due to heavy rain.. Discharge from SMH#263521, 267773, 263438. Problem line: 15" main, asset ID#267778. signs posted 4/1/2006, signs removed ???  4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 1210, arrive 1315, stop 1410. Remarks: Unable to determine spill due to rain water getting into system. | Storm Drain Only Id. | 1 |
| 3/31/06 | Aliamanu Pump Station #1, 4230 Salt Lake Blvd | Cause: inflow and infiltration caused by heavy rainfall resulted in influent flow to exceed the pumping capacity of the PS. Sign posting and receiving water sampling for this spill was waived by DOH, due to obligations CCH had for other spills during the heavy rain event | Storm Drain Only Id. | 1 |

| | | | | |
|---|---|---|---|---|
| 3/31/06 | 1015 North School St. | Cause: Surcharge due to heavy rain. Discharge from manhole #274438. Problem line: 36" main, asset ID#278867. Approximately 10,000 gallons entered the storm drain, which eventually discharges [sic] to Honolulu Harbor. Approximately 500 gallons was removed by the CCH. CWB assisted the CCH with water monitoring. Signs posted on 3/31/06 by the CCH. The CCH was notified on 4/26/06 that signs could be removed. 4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 1300, arrive 1340, stop 1500. Remarks: Trunk line; unknown if entered stream, spill flowed through storm system. | Storm Drain Only | 1 |
| | | Id. | | |
| 3/21/06 | 98-159 Olepe Loop, Waimalu | Cause: Surcharged line due to heavy rain. Spill from MHs #599434, 599515, 599474, & 599552. Problem line: 15" main, Asset ID# 600609, 600670, 600638, 600702. Flow entered Pearl Harbor at Blaisdell Park. Signs posted 4/1/2006, signs removed 4/4/2006. Monitoring initiated 4/1/2006, monitoring stopped 4/4/2006. Press release made. | Storm Drain Only | 1 |
| | | 3/13/2006 Monthly Spill Report: Call rec'd 1300, arrive 1340, stop 1430. Last cleaned 09-27-05. Remarks: 600 gals. entered storm drain at 98-143 Olepe Loop. | Id. | |
| 3/31/06 | 2330 Pacific Heights Road | Cause: Surcharge due to heavy rains, more info to follow. Discharge from SMH#293646. Problem line: 8" main, asset ID#295629 | Storm Drain Only | 1 |
| | | 4/28/2006 March 2006 Bypass/Spill Report: Call rec'd 1315, arrive 1400, stop 1420. Remarks: Heavy rain, sewage diluted | Id. | |
| 3/31/06 | 4389 Malia Street | Cause: Surcharge due to heavy rains. Ala Moana WWPS failed. Discharge from SMH#456961. Problem line: 30" main, asset ID#458409 | Storm Drain Only | 1 |
| | | 4/28/2006 March 2006 Spill/Bypass Report: Call rec'd 1515, arrive 1640, stop 1640. Remarks: Spill not in progress upon arrival - evidence around manhole; M=Pump Station failed. | Id. | |
| 3/31/06 | Coral & Auahi Streets | Cause: Surcharge due to heavy rains. AM WWPS failed. Discharge from SMH#3010725. Problem line: 72" main, asset ID#3010728. | Storm Drain Only | 1 |
| | | 4/28/2006 March 2006 Spill/Bypass Report: Call rec'd 170515, arrive 1900640, stop 173640. Remarks: Pump Station electrical failure. | Id. | |
| 3/31/06 | 1025 Ala Moana Blvd. | Cause: Surcharge due to heavy rains. AM WPS failure. Discharge from SMH#4009797. Problem line: 69" main, asset ID#4009794. | Storm Drain Only | 1 |
| | | 4/28/2006 EMC 06-128 March 2006 Spill/Bypass Report: Call rec'd 1740, arrive 1741. Remarks: Pump Station failure. | Id. | |

15

| Date | Location | Description | Category | Notes | |
|---|---|---|---|---|---|
| 4/4/06 | Intersection of Paa & Ahua Street, Mapunapuna | Cause: grease. Discharge from MH#239923. 20 gallons entered storm drain. Affected area cleaned and disinfected. Problem line: 10" main asset #240297<br><br>5/26/06 April 2006 Bypass/Spill Report: Call rec'd 1810, start 2010. Remedial action: Place on 6 month PM schedule: Last cleaned: 10-25-04. | Storm Drain Only | Id. | 1 |
| 5/5/06 | 524 Olive Avenue, Wahiawa | Cause: rocks, grease, paper towels, about 200 gallons spilled from SMH 121006 and entered storm drain which leads to Lake Wilson (Wahiawa Reservoir), affected area cleaned and disinfected. Monitoring initiated 5/7/06 and warning signs posted on 5/8/06. Watson approved cessation of monitoring & removal of warning signs 5/9/06.<br><br>Per 5/8/06 Preliminary Spill Report: Crews arrived @ 9:45 p.m., spill in progress. End time 10:35 p.m. Revise end time from 5/6/06 @ 12:40 a.m. to 5/5/06 @ 10:35 p.m. | Storm Drain Only | Id. | 1 |
| 6/16/06 | 1325 North School Street | Cause: rags in the line. Spill from SMH#272855 entered the storm drain, then the canal. Preliminary info. Sampling started at 1:30 pm. Signs removal approved by Watson Okubo, CWB, on 6/22/06 & removed 6/23/06. Monitoring stopped 6/22/06.<br><br>7/17/06 EMC 06-199 Combined Spill Report: To help prevent future spills, the City increased the cleaning frequency to monthly. The compromised joint will be correctedUnder [sic] Haughtailing Sewer Rehabilitation Project by Limtiaco Consulting Group. | Storm Drain Only | Id. | 1 |
| 11/2/06 | 3058 Pali Hwy, Honolulu | Cause: roots and rags blocking a 12" sewer main. Wastewater overflowed from a manhole. Sewage washed into a nearby drainage system that leads to Nuuanu Stream. Signs posted on 11/2/06. Signs removed on 11/6/2006 Sampling conducted on 11/2/06. Sampling stopped on 11/6/2006 | Storm Drain Only | Id. | 1 |
| 2/13/07 | 1677 Ala Aolani Street, Moanalua | Cause: roots and grease clogged 10-inch vitrified clay sewer main (asset ID 215350). Sewage discharged from sewer manhole (asset ID 214401) and entered Moanalua Stream (concrete-lined). Stream is dry. Four (4) signs posted 2/14/2007, signs removed 2/15/2007. No samples could be taken, five day waiver granted. | Dry Stream Bed | Genuine issue exists whether spills entered US waters.<br><br>Plaintiffs have not met burden of showing dry stream bed is U.S. water or has significant nexus to U.S. water. Envtl. Prot. Info. Center v. Pac. Lumber, 469 F.Supp. 2d 803 (N.D. Cal. 2007) (plaintiffs failed to establish intermittent stream was U.S. water because they provided no evidence stream had significant nexus to U.S. water, even though hydrologic connection existed). | 1 |
| 3/23/07 | 2301 Waiomao Road (Kaimuki) | Cause: crushed main sewer piping that was probably caused by land movement. The CCH-DDC has an on-going investigation of this area's land movement. The storm drain location is at the intersection of Waiamao Road and 10th Avenue. The area was cleaned, disinfected, and deodorized. Repairs completed on 3/24/07 at 9:00am. | Storm Drain Only | Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |

16

| | | | |
|---|---|---|---|
| 7/16/07 | 124 Olomana ln. | Initial report by Fuji | No Reported Volume to Receiving Water<br><br>Genuine issue exists whether spills entered US waters.<br><br>Records show entire spill volume contained and returned to collection system. | 1 |
| 7/31/07 | 98-785 Iho Place, Pearl City. | Cause: roots in upstream 8 inch main (asset 1D605823), sewage spilled out of manhole (MH#604612), about 100 gallons dissipated along the 300 foot distance between manhole and storm drain catch basin. About 1,200 gallons entered a storm drain and entered a dry water hole (Waimalu dry stream bed) within the Pearl City GC where it was contained and dissipated. The dry stream bed is within the confines of a private golf course and there is no public access or endangerment. Signs posted 7/31/2007, signs removed 8/1/2007. Affected area was cleaned and disinfected. A CCTV crew also inspected the line; the report is pending. 8/14/07 July 2007 Spill Summary: Call rec'd: 1555; Arrival: 1625; Secured: 1735; Last cleaned: 07-30-00: Remarks: Wastewater entered dry water hole (Waimalu Dry Stream Bed). Made visual inspection of drains in golf course, no signs or smells from entry pint to side of freeway 1.7 miles from spill point. 8/1/07 rodding of main line was performed and subsequent CCTV inspection followed. Results of the inspection are pending. | Storm Drain Only, Dry Stream Bed<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality.<br><br>Plaintiffs have not met burden of showing dry stream bed is U.S. water or has significant nexus to U.S. water. Envtl. Prot. Info. Center v. Pac. Lumber, 469 F.Supp. 2d 803 (N.D. Cal. 2007) (plaintiffs failed to establish intermittent stream was U.S. water because they provided no evidence stream had significant nexus to U.S. water, even though hydrologic connection existed). | 1 |
| 10/17/07 | Fronting 555 South Beretania | Cause: undetermined although the CCH removed lots of rags/paper towels. The CCH arrived on scene at 10:20 am and observed the manhole overflowing. The spill was secured at 11:13 am. Approximately 2,650 gallons entered a storm drain just downstream of the spill location. Approximately 50 gallons was pumped out by the CCH, The storm drain discharges near the Falls of Clyde which is near the Honolulu Generating Station (Pier 7). Press release called in at 2:05pm POC is Bill Brennan with CCH. Signs posted on 10/17/07. Signs removed on 10/19/07. Samples collected on 10/17/07. Sampling stopped on 10/19/07. | Storm Drain Only<br><br>Genuine issue exists whether spills entered U.S. waters.<br><br>Records do not indicate spills reaching storm drains entered receiving waters. Plaintiffs have not demonstrated spills left catch basin, let alone that drains are US waters or have a "significant nexus" to them. Justice Kennedy's test is not limited to isolated wetlands. Eidson has been overruled in 11th Circuit by Rapanos plurality. | 1 |
| 11/4/07 | 98-156 Olepe Loop, Waimalu | Cause: Heavy rains causing overflows to storm drain system that drains into Pearl Harbor via Waimalu Stream, signs posted 11/4/2007, signs removed 11/11/2007, sampling began 11/4/2007, sampling stopped 11/8/2007.<br><br>11/9/2007 Spill Report: Arrived at site 9:30 am. Discharge from SMHs (asset IDs 599515 & 599546). Duration = 2 hrs. | Storm Drain Only<br><br>Id. | 1 |

17