IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER;<br>HAWAI'I'S THOUSAND FRIENDS;<br>and OUR CHILDREN'S EARTH<br>FOUNDATION,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF<br>HONOLULU and FRANK DOYLE,<br>DIRECTOR OF THE DEPARTMENT<br>OF ENVIRONMENTAL SERVICES,<br>in his official capacity,<br><br>            Defendants. | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**SUBMISSIONS IN RESPONSE TO JUNE 30, 2008 HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

was duly served upon the following individuals at their address listed below on July 14, 2008:

Served Electronically through CM/ECF:        Email address

    CHRISTOPHER SPROUL        csproul@enviroadvocates.com
Environmental Advocates
5135 Anza Street
San Francisco, California  94121

    PAUL ALSTON        palston@ahfi.com
    WILLIAM M. TAM        wtam@ahfi.com
    BLAKE K. OSHIRO        boshiro@ahfi.com
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, July 14, 2008.

                CARRIE K.S. OKINAGA
                Corporation Counsel

                By /s/ Kathleen A. Kelly
                    KATHLEEN A. KELLY
                    Deputy Corporation Counsel
                    Attorneys for Defendants