**NOTICE OF WITHDRAWAL OF WILLIAM S. HUNT AS COUNSEL**

Pursuant to LR 83.6(b) of the United States District Court for the District of Hawaiʻi, William S. Hunt, hereby withdraws as counsel for Applicants Sierra Club, Hawaiʻi Chapter, Hawaiʻi's Thousand Friends and Our Children's Earth Foundation ("Applicants").  Paul Alston, William M. Tam and Blake K. Oshiro and the law firm of Alston Hunt Floyd & Ing will remain as counsel for said Applicants.

DATED:  Honolulu, Hawaiʻi, July 16, 2008.

    /s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻI'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION

---

*SIERRA CLUB, HAWAIʻI CHAPTER, et al. vs. CITY AND COUNTY OF HONOLULU, et al.;* Civil No. 04-00463 DAE/BMK; **NOTICE OF WITHDRAWAL OF WILLIAM S. HUNT AS COUNSEL**.