CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Tel:  (415) 553 - 3376
Fax:  (415) 358 - 5695
E-mail: csproul@enviroadvocates.com

PAUL ALSTON              1259-0
WILLIAM TAM              1887-0
BLAKE K. OSHIRO          6746-0
ALSTON HUNT FLOYD & ING
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi  96813
Tel:  (808) 524-1800
Fax:  (808) 524-5976
Email: palston@ahfi.com
       wtam@ahfi.com
       boshiro@ahfi.com

Attorneys for Plaintiffs SIERRA CLUB,
HAWAIʻI CHAPTER, HAWAIʻI'S THOUSAND
FRIENDS and OUR CHILDREN'S EARTH FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SIERRA CLUB, HAWAIʻI CHAPTER; HAWAIʻI'S THOUSAND FRIENDS; and OUR CHILDREN'S EARTH FOUNDATION, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU and FRANK DOYLE, DIRECTOR OF THE DEPARTMENT OF ENVIRONMENTAL SERVICES, in his official capacity, <br><br> Defendants. | Civil No. 04-00463 DAE/BMK <br><br> **AMENDED NOTICE OF WITHDRAWAL OF WILLIAM S. HUNT AS COUNSEL; CERTIFICATE OF SERVICE** |

## AMENDED NOTICE OF WITHDRAWAL OF WILLIAM S. HUNT AS COUNSEL

Pursuant to LR 83.6(b) of the United States District Court for the District of Hawaiʻi, William S. Hunt, hereby withdraws as counsel for Applicants Sierra Club, Hawaiʻi Chapter, Hawaiʻi's Thousand Friends and Our Children's Earth Foundation ("Applicants"). Paul Alston, William M. Tam and Blake K. Oshiro and the law firm of Alston Hunt Floyd & Ing will remain as counsel for said Applicants.

DATED:  Honolulu, Hawaiʻi, July 16, 2008.


 /s/ William M. Tam
CHRISTOPHER SPROUL
ENVIRONMENTAL ADVOCATES

PAUL ALSTON
WILLIAM M. TAM
BLAKE K. OSHIRO
ALSTON HUNT FLOYD & ING

Attorneys for Plaintiffs
SIERRA CLUB, HAWAIʻI CHAPTER,
HAWAIʻI'S THOUSAND FRIENDS, and
OUR CHILDREN'S EARTH FOUNDATION

--------------------------------------------------------------
*SIERRA CLUB, HAWAIʻI CHAPTER, et al. vs. CITY AND COUNTY OF HONOLULU, et al.;* Civil No. 04-00463 DAE/BMK; **AMENDED NOTICE OF WITHDRAWAL OF WILLIAM S. HUNT AS COUNSEL.**