IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; )<br>HAWAI'I'S THOUSAND FRIENDS;   )<br>and OUR CHILDREN'S EARTH        )<br>FOUNDATION,                                  )<br>                                                            )<br>           Plaintiffs,            )<br>                                                            )<br>   vs.                                              )<br>                                                            )<br>CITY AND COUNTY OF                      )<br>HONOLULU and FRANK DOYLE,    )<br>DIRECTOR OF THE DEPARTMENT )<br>OF ENVIRONMENTAL SERVICES,  )<br>in his official capacity,                          )<br>                                                            )<br>           Defendants.         )<br>_____) | CIVIL NO. CV04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**CITY AND COUNTY OF HONOLULU'S OPPOSITION TO AMICUS CURIAE BRIEF OF THE UNITED STATES OF AMERICA**

was duly served upon the following individuals at their address listed below on July 21, 2008:

Served Electronically through CM/ECF:          Email address

    CHRISTOPHER SPROUL          csproul@enviroadvocates.com
    Environmental Advocates
    5135 Anza Street
    San Francisco, California  94121

    PAUL ALSTON          palston@ahfi.com
    WILLIAM M. TAM          wtam@ahfi.com
    BLAKE K. OSHIRO          boshiro@ahfi.com
    Alston Hunt Floyd & Ing
    18th Floor, ASB Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, July 21, 2008.

                                    CARRIE K.S. OKINAGA
                                    Corporation Counsel

                                    By /s/ Kathleen A. Kelly
                                        KATHLEEN A. KELLY
                                        Deputy Corporation Counsel
                                        Attorneys for Defendants