CARRIE OKINAGA, 5958
Corporation Counsel
KATHLEEN A. KELLY, 6729
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 768-5235
Facsimile: (808) 768-5105
Email: kkelly@honolulu.gov

Bingham McCutchen LLP
JAMES J. DRAGNA (SBN 91492)
NANCY M. WILMS (SBN 111837)
BRYAN K. BROWN (SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
Email: nancy.wilms@bingham.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SIERRA CLUB, HAWAI'I CHAPTER; HAWAI'I'S THOUSAND FRIENDS, AND OUR CHILDREN'S EARTH FOUNDATION,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>            Defendant. | No. 04-00463 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the following document(s):

**RESPONSE TO PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION**

was duly served upon the following by e-mail, hand delivery or mailing the same, postage prepaid, on September 11, 2008:

|  | E-MAIL | DELIVERED | MAILED |
|---|---|---|---|
| CHRISTOPHER SPROUL<br>Environmental Advocates<br>5135 Anza Street<br>San Francisco, California  94121 |  | X |  |
| PAUL ALSTON<br>WILLIAM M. TAM<br>BLAKE K. OSHIRO<br>Alston Hunt Floyd & Ing<br>18th Floor, ASB Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813 | X | X (09-12-08) |  |

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, September 12, 2008.

CARRIE K.S. OKINAGA
Corporation Counsel

By /s/KATHLEEN A. KELLY
   KATHLEEN A. KELLY
   Deputy Corporation Counsel
   Attorneys for Defendant